**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Connecticut

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy  04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Ho Wan<br>First name<br><br>Kwok<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | Miles<br>First name<br><br>Kwok; Guo<br>Middle name<br><br>_____<br>Last name<br><br>Wengui<br>First name<br><br>_____<br>Middle name<br><br>Guo<br>Last name | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 9 5 9 5<br>OR<br>9 xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9 xx – xx – ____ ____ ____ ____ |

Debtor 1    Ho Wan    Kwok    Case number (if known)_____
         First Name   Middle Name   Last Name

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN |
| **5. Where you live** | c/o Golden Spring (New York) Ltd.<br>Number       Street<br><br>162 East 64th Street<br><br>New York                    NY    10065<br>City                           State   ZIP Code<br><br>New York<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number       Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                           State   ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number       Street<br><br>_____<br><br>_____<br>City                           State   ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number       Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                           State   ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>_____<br>_____<br>_____<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>_____<br>_____<br>_____<br>_____ |

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 2

Debtor 1    **Ho Wan**        **Kwok**                    Case number *(if known)*_____
           First Name   Middle Name   Last Name

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No
☐ Yes.

| District | When (MM/DD/YYYY) | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____
                        MM/DD/YYYY

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____
                        MM/DD/YYYY

**11. Do you rent your residence?**

☒ No.   Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.
    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Ho Wan Kwok**   Case number *(if known)*_____
          First Name   Middle Name   Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number   Street

_____

_____
City                                State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☒ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1    Ho Wan    Kwok      Case number *(if known)*_____
         First Name    Middle Name    Last Name

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
                 Number    Street

_____

_____
City    State    ZIP Code

Debtor 1    __Ho Wan__    _____    __Kwok_____      Case number *(if known)*_____
           First Name       Middle Name       Last Name

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   Ho Wan Kwok
           First Name   Middle Name   Last Name

Case number (if known)_____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☒ No. Go to line 16b.
- ☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☒ No. Go to line 16c.
- ☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.
Litigation expenses, claims, and judgments

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

- ☒ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

- ☐ 1-49
- ☒ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0-$50,000
- ☒ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☒ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Ho Wan Kwok                              ✗ _____
Signature of Debtor 1                            Signature of Debtor 2

Executed on  02/15/2022                         Executed on _____
             MM / DD / YYYY                                  MM / DD / YYYY

Debtor 1  Ho Wan Kwok
First Name  Middle Name  Last Name

Case number (if known) _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ /s/ William R. Baldiga
Signature of Attorney for Debtor

Date 02/15/2022
MM / DD / YYYY

William R. Baldiga
Printed name

Brown Rudnick LLP
Firm name

7 Times Square
Number   Street

_____

New York                                NY        10036
City                                    State     ZIP Code

Contact phone (212) 209-4800      Email address  wbaldiga@brownrudnick.com

4813846                                 NY
Bar number                              State

---

Debtor 1 __Ho Wan_____ _____ __Kwok_____     Case number *(if known)*_____
         First Name      Middle Name      Last Name

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

❏ No
❏ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

❏ No
❏ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
❏ No
❏ Yes. Name of Person_____.
      Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ _____    ✗ _____
  Signature of Debtor 1                                                           Signature of Debtor 2

Date     _____                                               Date     _____
        MM / DD / YYYY                                                                              MM / DD / YYYY

Contact phone _____       Contact phone _____

Cell phone     _____       Cell phone     _____

Email address  _____       Email address  _____

**Fill in this information to identify your case:**

Debtor 1: Ho Wan Kwok (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Connecticut

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

Creditor's Name: Pacific Alliance Asia Opportunity
Number / Street: C/O O'Melveney & Myers, LLP
7 Times Square
City / State / ZIP Code: New York, NY 10065
Contact: Stuart Sarnoff, Esq
Contact phone: _____

What is the nature of the claim? Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: – $_____
   Unsecured claim: $_____

$ (approx) 254,000,000.00

**2**

Creditor's Name: Golden Spring New York
Number / Street: 162 E. 64th Street
City / State / ZIP Code: New York, NY 10605
Contact: Max Krasner
Contact phone: _____

What is the nature of the claim? Litigation Funding

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: – $_____
   Unsecured claim: $_____

$ (approx) 21,000,000.00

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor 1  **Ho Wan**     **Kwok**     Case number *(if known)* _____
     First Name    Middle Name    Last Name

|  |  | **Unsecured claim** |
|---|---|---|

**3**   **Rui Ma**
Creditor's Name
750 Lexington Avenue - 25th Floor
Number   Street
C/O Arkin Solbakken, LLP

New York    NY    10022
City    State    ZIP Code

Robert C. Angelillo
Contact

_____
Contact phone

What is the nature of the claim? **Litigation**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ **20,000,000**

---

**4**   **Cheng Jian Wu Jian She**
Creditor's Name
136-20 38th Avenue, Suite 3D
Number   Street
C/O Law Office of Ning Ye, Esq.

Flushing    NY    11354
City    State    ZIP Code

Ning Ye, Esq.
Contact

_____
Contact phone

What is the nature of the claim? **Litigation**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ **14,898483.90**

---

**5**   **Ning Ye**
Creditor's Name
135-11 38th Avenue
Number   Street
C/O Arkin Solbakken, LLP

New York    NY    10022
City    State    ZIP Code

Robert C. Angelillo
Contact

_____
Contact phone

What is the nature of the claim? **Litigation**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ **12,000,000**

---

**6**   **Guo Baosheng**
Creditor's Name
135-11 38th Avenue
Number   Street
C/O Law Office of Ning Ye, Esq.

Flushing    NY    11354
City    State    ZIP Code

Ning Ye, Esq.
Contact

_____
Contact phone

What is the nature of the claim? **Litigation**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ **12,000,000**

---

**7**   **Yang Lan and Wu Zheng**
Creditor's Name
750 Lexington Avenue - 25th Floor
Number   Street
C/O Arkin Solbakken, LLP

New York    NY    10022
City    State    ZIP Code

Robert C. Angelillo
Contact

_____
Contact phone

What is the nature of the claim? **Litigation**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ **10,000,000**

---

Debtor 1  Ho Wan Kwok    Case number (if known) _____
        First Name  Middle Name  Last Name

**Unsecured claim**

**8. Hong Qi Qu**
Creditor's Name
136-20 38th Avenue, Suite 3D
Number  Street
C/O Kevin Tung, Esq.
Flushing    NY    11354
City        State  ZIP Code
Kevin Tung, Esq.
Contact

What is the nature of the claim? Litigation    $ 9,809,422.71

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security:                    − $_____
    Unsecured claim                         $_____

**9. Nan Tong Si Jian**
Creditor's Name
136-20 38th Avenue, Suite 3D
C/O Kevin Tung, Esq.
Flushing    NY    11354
Kevin Tung, Esq.
Contact

What is the nature of the claim? Litigation    $ 5,568,522.66

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security:                    − $_____
    Unsecured claim                         $_____

**10. Jian Gong**
Creditor's Name
136-20 38th Avenue, Suite 3D
C/O Kevin Tung, Esq.
Flushing    NY    11354
Kevin Tung, Esq.
Contact

What is the nature of the claim? Litigation    $ 5,380,262.32

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security:                    − $_____
    Unsecured claim                         $_____

**11. Yan Zhao**
Creditor's Name
135-11 8th Ave
C/O Law Office of Ning Ye, Esq.
Flushing    NY    11354
Ning Ye, Esq.
Contact

What is the nature of the claim? Litigation    $ 3,000,000

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security:                    − $_____
    Unsecured claim                         $_____

**12. Yua Hua Zhuang Shi**
Creditor's Name
136-20 38th Avenue, Suite 3D
C/O Kevin Tung, Esq.
Flushing    NY    11354
Kevin Tung, Esq.
Contact

What is the nature of the claim? Litigation    $ 1,571,530.36

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security:                    − $_____
    Unsecured claim                         $_____

Debtor 1: Ho Wan Kwok (First Name / Middle Name / Last Name)

Case number (if known): _____

**Unsecured claim**

---

**13. Liehong Zhuang/Xiao Yan Zhu**
Creditor's Name
224 West 35th Street, 11th Floor
C/O Trexler & Zhang, LLP
New York, NY 10001
Contact: Jonathan T. Trexler, Esq.

What is the nature of the claim? Litigation
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ 1,005,000

---

**14. Weican Meng/Boxun, Inc.**
Creditor's Name
750 Lexington Avenue, 25th Floor
C/O Arkin Solbakken, LLP
New York, NY 10022
Contact: Robert C. Angelillo

What is the nature of the claim? Litigation
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ 1,000,000

---

**15. Samuel Nunberg**
Creditor's Name
363 Seventh Ave, 5th Floor
C/O Nesenoff & Miltenberg, LLP
New York, NY 10001
Contact: Andrew T. Miltenberg, Esq.

What is the nature of the claim? Litigation
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ 1,000,000

---

**16. Lamp Capital, LLC**
Creditor's Name
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231
Contact: C/O NYS, Secretary of State

What is the nature of the claim? Litigation Loan
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ 1,000,000

---

**17. Jun Chen aka Jonathan Ho**
Creditor's Name
41-25 Kissena Blvd, Suite 112
C/O Wayne Wei Zhu, Esq
Flushing, NY 11355
Contact: Wayne Wei Zhu

What is the nature of the claim? Litigation
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ 1,000,000

---

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 4

Debtor 1: Ho Wan Kwok (First Name / Middle Name / Last Name)

Case number (if known): _____

**Unsecured claim**

---

**18** 

Creditor's Name: Yue Hua Zhu Shi
Number / Street: 136-20 38th Avenue, Suite 3D
C/O Kevin Tung, Esq.
City: Flushing  State: NY  ZIP Code: 11354
Contact: Kevin Tung, Esq.
Contact phone: _____

What is the nature of the claim? Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: – $_____
   Unsecured claim: $_____

$ 981,501.72

---

**19**

Creditor's Name: Jia Li Wang
Number / Street: 335 Madison Avenue, 12th Floor
C/O Thompson Hine
City: New York  State: NY  ZIP Code: 10017
Contact: Brian P. Lanciault, Esq
Contact phone: _____

What is the nature of the claim? Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: – $_____
   Unsecured claim: $_____

$ 430,000

---

**20**

Creditor's Name: WA&HF, LLC/Ruizeng An
Number / Street: 41 Madison Avenue, 31st Floor
C/O AFN Law
City: New York  State: NY  ZIP Code: 10010
Contact: Angus Ni, Esq.
Contact phone: _____

What is the nature of the claim? Litgiation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: – $_____
   Unsecured claim: $_____

$ 319,130

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ /s/ Ho Wan Kwok
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date: 02/15/2022
MM / DD / YYYY

Date: _____
MM / DD / YYYY

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 5

Print    Save As...    Reset