**Fill in this information to identify your case:**

Debtor 1: Ho Wan Kwok (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Connecticut

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 104

### For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

Creditor's Name: Pacific Alliance Asia Opportunity
Number / Street: C/O O'Melveney & Myers, LLP
7 Times Square
City / State / ZIP Code: New York, NY 10065
Contact: Stuart Sarnoff, Esq
Contact phone: _____

What is the nature of the claim? Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ (approx) 254,000,000.00

**2**

Creditor's Name: Golden Spring New York
Number / Street: 162 E. 64th Street
City / State / ZIP Code: New York, NY 10605
Contact: Max Krasner
Contact phone: _____

What is the nature of the claim? Litigation Funding

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ (approx) 21,000,000.00

Debtor 1  **Ho Wan** _First Name_ _Middle Name_ **Kwok** _Last Name_   Case number (if known) _____

**Unsecured claim**

**3 Rui Ma**
Creditor's Name
750 Lexington Avenue - 25th Floor
C/O Arkin Solbakken, LLP
New York    NY    10022
Robert C. Angelillo
Contact

What is the nature of the claim? **Litigation**    $ 20,000,000

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

**4 Cheng Jian Wu Jian She**
Creditor's Name
136-20 38th Avenue, Suite 3D
C/O Law Office of Ning Ye, Esq.
Flushing    NY    11354
Ning Ye, Esq.
Contact

What is the nature of the claim? **Litigation**    $ 14,898483.90

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

**5 Ning Ye**
Creditor's Name
135-11 38th Avenue
C/O Arkin Solbakken, LLP
New York    NY    10022
Robert C. Angelillo
Contact

What is the nature of the claim? **Litigation**    $ 12,000,000

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

**6 Guo Baosheng**
Creditor's Name
135-11 38th Avenue
C/O Law Office of Ning Ye, Esq.
Flushing    NY    11354
Ning Ye, Esq.
Contact

What is the nature of the claim? **Litigation**    $ 12,000,000

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

**7 Yang Lan and Wu Zheng**
Creditor's Name
750 Lexington Avenue - 25th Floor
C/O Arkin Solbakken, LLP
New York    NY    10022
Robert C. Angelillo
Contact

What is the nature of the claim? **Litigation**    $ 10,000,000

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

Debtor 1   Ho Wan Kwok       Case number (if known) _____
         First Name  Middle Name  Last Name

**Unsecured claim**

### 8. Hong Qi Qu
Creditor's Name
136-20 38th Avenue, Suite 3D
C/O Kevin Tung, Esq.
Flushing, NY 11354
Contact: Kevin Tung, Esq.

What is the nature of the claim? **Litigation**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ 9,809,422.71

### 9. Nan Tong Si Jian
Creditor's Name
136-20 38th Avenue, Suite 3D
C/O Kevin Tung, Esq.
Flushing, NY 11354
Contact: Kevin Tung, Esq.

What is the nature of the claim? **Litigation**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ 5,568,522.66

### 10. Jian Gong
Creditor's Name
136-20 38th Avenue, Suite 3D
C/O Kevin Tung, Esq.
Flushing, NY 11354
Contact: Kevin Tung, Esq.

What is the nature of the claim? **Litigation**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ 5,380,262.32

### 11. Yan Zhao
Creditor's Name
135-11 8th Ave
C/O Law Office of Ning Ye, Esq.
Flushing, NY 11354
Contact: Ning Ye, Esq.

What is the nature of the claim? **Litigation**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ 3,000,000

### 12. Yua Hua Zhuang Shi
Creditor's Name
136-20 38th Avenue, Suite 3D
C/O Kevin Tung, Esq.
Flushing, NY 11354
Contact: Kevin Tung, Esq.

What is the nature of the claim? **Litigation**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ 1,571,530.36

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 3

Debtor 1  Ho Wan Kwok    Case number *(if known)*_____

**Unsecured claim**

**13** Liehong Zhuang/Xiao Yan Zhu
Creditor's Name
224 West 35th Street, 11th Floor
C/O Trexler & Zhang, LLP
New York, NY 10001
Jonathan T. Trexler, Esq.

What is the nature of the claim? Litigation
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ 1,005,000

**14** Weican Meng/Boxun, Inc.
Creditor's Name
750 Lexington Avenue, 25th Floor
C/O Arkin Solbakken, LLP
New York, NY 10022
Robert C. Angelillo

What is the nature of the claim? Litigation
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ 1,000,000

**15** Samuel Nunberg
Creditor's Name
363 Seventh Ave, 5th Floor
C/O Nesenoff & Miltenberg, LLP
New York, NY 10001
Andrew T. Miltenberg, Esq.

What is the nature of the claim? Litigation
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ 1,000,000

**16** Lamp Capital, LLC
Creditor's Name
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231
C/O NYS, Secretary of State

What is the nature of the claim? Litigation Loan
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ 1,000,000

**17** Jun Chen aka Jonathan Ho
Creditor's Name
41-25 Kissena Blvd, Suite 112
C/O Wayne Wei Zhu, Esq
Flushing, NY 11355
Wayne Wei Zhu

What is the nature of the claim? Litigation
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ 1,000,000

Debtor 1  **Ho Wan** _____ **Kwok** _____  Case number (if known) _____

|  | Unsecured claim |
|---|---|

**18**
Creditor's Name: Yue Hua Zhu Shi
Number/Street: 136-20 38th Avenue, Suite 3D
C/O Kevin Tung, Esq.
City/State/ZIP: Flushing, NY 11354
Contact: Kevin Tung, Esq.
Contact phone: _____

What is the nature of the claim? **Litigation**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: – $_____
Unsecured claim: $_____

$ **981,501.72**

**19**
Creditor's Name: Jia Li Wang
Number/Street: 335 Madison Avenue, 12th Floor
C/O Thompson Hine
City/State/ZIP: New York, NY 10017
Contact: Brian P. Lanciault, Esq
Contact phone: _____

What is the nature of the claim? **Litigation**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: – $_____
Unsecured claim: $_____

$ **430,000**

**20**
Creditor's Name: WA&HF, LLC/Ruizeng An
Number/Street: 41 Madison Avenue, 31st Floor
C/O AFN Law
City/State/ZIP: New York, NY 10010
Contact: Angus Ni, Esq.
Contact phone: _____

What is the nature of the claim? **Litgiation**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: – $_____
Unsecured claim: $_____

$ **319,130**

**Part 2: Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ /s/ Ho Wan Kwok
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date 02/15/2022
     MM / DD / YYYY

Date _____
     MM / DD / YYYY

Official Form 104     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 5

[Print]  [Save As...]                                                                              [Reset]