# United States Bankruptcy Court
**District of Connecticut**

In re **Ho Wan Kwok**    Case No. **22-50073**
Debtor(s)    Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **February 15, 2022**    **/s/ Ho Wan Kwok**
**Ho Wan Kwok**
Signature of Debtor

22-50073

Pacific Alliance Asia Opportunity
C/O O'Melveney & Myers, LLP
7 Times Square
New York, NY 10065 USA
Attn: Stuart Sarnoff, Esq

Golden Spring New York
162 E. 64th Street
New York, NY 10605 USA
Attn: Max Krasner

Rui Ma
C/O Arkin Solbakken, LLP
750 Lexington Avenue - 25th Floor
New York, NY 10022 USA
Attn: Robert C. Angelillo

Cheng Jian Wu Jian She
C/O Law Office of Ning Ye, Esq.
136-20 38th Avenue, Suite 3D
Flushing, NY 11354 USA
Attn: Ning Ye, Esq.

Ning Ye
C/O Arkin Solbakken, LLP
135-11 38th Avenue
New York, NY 10022 USA
Attn: Robert C. Angelillo

Guo Baosheng
C/O Law Office of Ning Ye, Esq.
135-11 38th Avenue
Flushing, NY 11354 USA
Attn: Ning Ye, Esq.

Yang Lan and Wu Zheng
C/O Arkin Solbakken, LLP
750 Lexington Avenue - 25th Floor
New York, NY 10022 USA
Attn: Robert C. Angelillo

Hong Qi Qu
C/O Kevin Tung, Esq.
136-20 38th Avenue, Suite 3D
Flushing, NY 11354 USA
Attn: Kevin Tung, Esq.

Nan Tong Si Jian

C/O Kevin Tung, Esq.
136-20 38th Avenue, Suite 3D
Flushing, NY 11354 USA
Attn: Kevin Tung, Esq.

Jian Gong
C/O Kevin Tung, Esq.
136-20 38th Avenue, Suite 3D
Flushing, NY 11354 USA
Attn: Kevin Tung, Esq.

Yan Zhao
C/O Law Office of Ning Ye, Esq.
135-11 38th Avenue
Flushing, NY 11354 USA
Attn: Ning Ye, Esq.

Yua Hua Zhuang Shi
C/O Kevin Tung, Esq.
136-20 38th Avenue, Suite 3D
Flushing, NY 11354 USA
Attn: Kevin Tung, Esq.

Liehong Zhuang/Xiao Yan Zhu
C/O Trexler & Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001 USA
Attn: Jonathan T. Trexler, Esq.

Weican Meng/Boxun, Inc.
C/O Arkin Solbakken, LLP
750 Lexington Avenue - 25th Floor
New York, NY 10022 USA
Attn: Robert C. Angelillo

Samuel Nunberg
C/O Nesenoff & Miltenberg, LLP
363 Seventh Ave, 5th Floor
New York, NY 10001 USA
Attn: Andrew T. Miltenberg, Esq.

Lamp Capital, LLC
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231 USA
Attn: C/O NYS, Secretary of State

Jun Chen aka Jonathan Ho
C/O Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Suite

Flushing, NY 11355 USA
Attn: Wayne Wei Zhu

Yue Hua Zhu Shi
C/O Kevin Tung, Esq.
136-20 38th Avenue, Suite 3D
Flushing, NY 11354 USA
Attn: Kevin Tung, Esq.

Jia Li Wang
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017 USA
Attn: Brian P. Lanciault, Esq.

WA&HF, LLC/Ruizeng An
C/O AFN Law
41 Madison Avenue, 31st Floor
New York, NY 10010 USA
Attn: Angus Ni, Esq.

Xiqiu Fu
c/o The Lanier Law Firm
10940 W. Sam Houston Pkwy N., Suite 100
Houston, TX 77064 USA
Attn: Lawrence P. Wilson

Jonathan Young
141 Allenby Road
Wellington Point, QLD 4160 Australia

CHENG (NY)
c/o Randazza Law Firm
2764 Sahara Dr., Suite 109
Las Vegas, NV 89117 USA

SHI
C/O Thompson Hine
20 N. Clark St., Ste 3200
Chicago, IL 60602 USA
Attn: Steven A. Block, Esq.

WANG
C/O  Carmody Torrance Sandak & Hennessey LLP.
195 Church Street, P.O. Box 1950
New Haven, CT 6509 USA
Attn: David Grudberg

Zhengjun Dong
C/O HGT Law

250 Park Avenue, 7th Floor
New York, NY 10177 USA
Attn: Hung Ta

Wen Lin
C/O HGT Law
250 Park Avenue, 7th Floor
New York, NY 10177 USA
Attn: Hung Ta

Kaixin Hong
C/O HGT Law
250 Park Avenue, 7th Floor
New York, NY 10177 USA
Attn: Hung Ta

Chenglong Wang
C/O HGT Law
250 Park Avenue, 7th Floor
New York, NY 10177 USA
Attn: Hung Ta

Xiaoping Luo
C/O HGT Law
250 Park Avenue, 7th Floor
New York, NY 10177 USA
Attn: Hung Ta

Xiaobo He
C/O HGT Law
250 Park Avenue, 7th Floor
New York, NY 10177 USA
Attn: Hung Ta

Jianhu Yi and Qiuju Jia
C/O Arthur Angel, Esq.
1305 n. Poinsettia Place
Los Angeles, CA 90046 USA

Jiamei Lu
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017 USA
Attn: Brian P. Lanciault, Esq.

Jun Liu
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017 USA
Attn: Brian P. Lanciault, Esq.

Linda Cheng
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017 USA
Attn: Brian P. Lanciault, Esq.

Mao-Fu Weng
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017 USA
Attn: Brian P. Lanciault, Esq.

RuQin Wang
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017 USA
Attn: Brian P. Lanciault, Esq.

Teli Chen
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017 USA
Attn: Brian P. Lanciault, Esq.

Weiguo Sun
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017 USA
Attn: Brian P. Lanciault, Esq.

Weixiand Ge
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017 USA
Attn: Brian P. Lanciault, Esq.

Xingyu Yan
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017 USA
Attn: Brian P. Lanciault, Esq.

Yan Gao
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017 USA
Attn: Brian P. Lanciault, Esq.

Yi Li

C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017 USA
Attn: Brian P. Lanciault, Esq.

Ying Liu
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017 USA
Attn: Brian P. Lanciault, Esq.

Keyi Zilkie
c/o Giordano, Halleran &. Ciesla, P.C.
1250 Broadway, 36th Floor
New York, NY 10010 USA
Attn: Christopher Marino

YUNXIA WU
c/o Giordano, Halleran &. Ciesla, P.C.
1250 Broadway, 36th Floor
New York, NY 10010 USA
Attn: Christopher Marino

HUIZHEN WANG
c/o Giordano, Halleran &. Ciesla, P.C.
1250 Broadway, 36th Floor
New York, NY 10010 USA
Attn: Christopher Marino

Chao-Chic Chiu
c/o Giordano, Halleran &. Ciesla, P.C.
1250 Broadway, 36th Floor
New York, NY 10010 USA
Attn: Christopher Marino

Rong Zhang
C/O Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016 USA
Attn: Matthew Guiney

Chong Sheen Raphanella
C/O Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016 USA
Attn: Matthew Guiney

Xiaodan Wang
C/O Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue

New York, NY 10016 USA
Attn: Matthew Guiney

Zhong Xian Wei Ye
C/O Kevin Tung, Esq.
38th Avenue, Suite 3d
Flushing, NY 11354 USA

Bi Hai Ge Lin
C/O Kevin Tung, Esq.
38th Avenue, Suite 3d
Flushing, NY 11354 USA

Zhen Yuan Jian Zhu
C/O Kevin Tung, Esq.
38th Avenue, Suite 3d
Flushing, NY 11354 USA

Fu Le Hong Ma
C/O Kevin Tung, Esq.
38th Avenue, Suite 3d
Flushing, NY 11354 USA

Fu Le Hong Ma
C/O Kevin Tung, Esq.
38th Avenue, Suite 3d
Flushing, NY 11354 USA