# Notice Recipients

District/Off: 0205–5          User: admin                    Date Created: 2/17/2022
Case: 22–50073               Form ID: pdfdoc1                Total: 60


**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
9343402     22–50073

TOTAL: 1


**Recipients of Notice of Electronic Filing:**
ust      U. S. Trustee        USTPRegion02.NH.ECF@USDOJ.GOV
aty      Dylan Kletter        dkletter@brownrudnick.com

TOTAL: 2


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Ho Wan Kwok      Golden Spring (New York) Ltd.      162 East 64th Street      New York, NY 10065
9343455  Bi Hai Ge Lin    C/O Kevin Tung, Esq.      38th Avenue, Suite 3d      Flushing, NY 11354 USA
9343425  CHENG (NY)       c/o Randazza Law Firm      2764 Sahara Dr., Suite 109      Las Vegas, NV 89117
         USA
9343450  Chao–Chic Chiu      c/o Giordano, Halleran &. Ciesla, P.C.      1250 Broadway, 36th Floor      New York, NY
         10010 USA      Attn: Christopher Marino
9343406  Cheng Jian Wu Jian She      C/O Law Office of Ning Ye, Esq.      136–20 38th Avenue, Suite 3D      Flushing,
         NY 11354 USA      Attn: Ning Ye, Esq.
9343431  Chenglong Wang      C/O HGT Law      250 Park Avenue, 7th Floor      New York, NY 10177
         USA      Attn: Hung Ta
9343452  Chong Sheen Raphanella      C/O Wolf Haldenstein Adler Freeman & Her      270 Madison Avenue      New
         York, NY 10016 USA      Attn: Matthew Guiney
9343457  Fu Le Hong Ma      C/O Kevin Tung, Esq.      38th Avenue, Suite 3d      Flushing, NY 11354 USA
9343458  Fu Le Hong Ma      C/O Kevin Tung, Esq.      38th Avenue, Suite 3d      Flushing, NY 11354 USA
9343404  Golden Spring New York      162 E. 64th Street      New York, NY 10605 USA      Attn: Max Krasner
9343408  Guo Baosheng      C/O Law Office of Ning Ye, Esq.      135–11 38th Avenue      Flushing, NY 11354
         USA      Attn: Ning Ye, Esq.
9343449  HUIZHEN WANG      c/o Giordano, Halleran &. Ciesla, P.C.      1250 Broadway, 36th Floor      New York,
         NY 10010 USA      Attn: Christopher Marino
9343410  Hong Qi Qu      C/O Kevin Tung, Esq.      136–20 38th Avenue, Suite 3D      Flushing, NY 11354
         USA      Attn: Kevin Tung, Esq.
9343421  Jia Li Wang      C/O Thompson Hine      335 Madison Avenue, 12th Floor      New York, NY 10017
         USA      Attn: Brian P. Lanciault, Esq.
9343435  Jiamei Lu      C/O Thompson Hine      335 Madison Avenue, 12th Floor      New York, NY 10017
         USA      Attn: Brian P. Lanciault, Esq.
9343412  Jian Gong      C/O Kevin Tung, Esq.      136–20 38th Avenue, Suite 3D      Flushing, NY 11354
         USA      Attn: Kevin Tung, Esq.
9343434  Jianhu Yi and Qiuju Jia      C/O Arthur Angel, Esq.      1305 n. Poinsettia Place      Los Angeles, CA 90046
         USA
9343424  Jonathan Young      141 Allenby Road      Wellington Point, QLD 4160      AUSTRALIA
9343419  Jun Chen aka Jonathan Ho      C/O Wayne Wei Zhu, Esq.      41–25 Kissena Blvd, Suite      Flushing, NY
         11355 USA      Attn: Wayne Wei Zhu
9343436  Jun Liu      C/O Thompson Hine      335 Madison Avenue, 12th Floor      New York, NY 10017
         USA      Attn: Brian P. Lanciault, Esq.
9343430  Kaixin Hong      C/O HGT Law      250 Park Avenue, 7th Floor      New York, NY 10177 USA      Attn:
         Hung Ta
9343447  Keyi Zilkie      c/o Giordano, Halleran &. Ciesla, P.C.      1250 Broadway, 36th Floor      New York, NY
         10010 USA      Attn: Christopher Marino
9343418  Lamp Capital, LLC      One Commerce Plaza      99 Washington Avenue      Albany, NY 12231
         USA      Attn: C/O NYS, Secretary of State
9343415  Liehong Zhuang/Xiao Yan Zhu      C/O Trexler & Zhang, LLP      224 West 35th Street, 11th Floor      New
         York, NY 10001 USA      Attn: Jonathan T. Trexler, Esq.
9343437  Linda Cheng      C/O Thompson Hine      335 Madison Avenue, 12th Floor      New York, NY 10017
         USA      Attn: Brian P. Lanciault, Esq.
9343438  Mao–Fu Weng      C/O Thompson Hine      335 Madison Avenue, 12th Floor      New York, NY 10017
         USA      Attn: Brian P. Lanciault, Esq.
9343411  Nan Tong Si Jian      C/O Kevin Tung, Esq.      136–20 38th Avenue, Suite 3D      Flushing, NY 11354
         USA      Attn: Kevin Tung, Esq.
9343407  Ning Ye      C/O Arkin Solbakken, LLP      135–11 38th Avenue      New York, NY 10022 USA      Attn:
         Robert C. Angelillo
9343403  Pacific Alliance Asia Opportunity      C/O OMelveney & Myers, LLP      7 Times Square      New York, NY
         10065 USA      Attn: Stuart Sarnoff, Esq
9343451  Rong Zhang      C/O Wolf Haldenstein Adler Freeman & Her      270 Madison Avenue      New York, NY
         10016 USA      Attn: Matthew Guiney
9343439  RuQin Wang      C/O Thompson Hine      335 Madison Avenue, 12th Floor      New York, NY 10017
         USA      Attn: Brian P. Lanciault, Esq.
9343405  Rui Ma      C/O Arkin Solbakken, LLP      750 Lexington Avenue – 25th Floor      New York, NY 10022
         USA      Attn: Robert C. Angelillo

9343426    SHI        C/O Thompson Hine        20 N. Clark St., Ste 3200        Chicago, IL 60602 USA        Attn: Steven A. Block, Esq.

9343417    Samuel Nunberg        C/O Nesenoff & Miltenberg, LLP        363 Seventh Ave, 5th Floor        New York, NY 10001 USA        Attn: Andrew T. Miltenberg, Esq.

9343440    Teli Chen        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.

9343422    WA&HF, LLC/Ruizeng An        C/O AFN Law        41 Madison Avenue, 31st Floor        New York, NY 10010 USA        Attn: Angus Ni, Esq.

9343427    WANG        C/O Carmody Torrance Sandak & Hennessey        195 Church Street, P.O. Box 1950        New Haven, CT 6509 USA        Attn: David Grudberg

9343416    Weican Meng/Boxun, Inc.        C/O Arkin Solbakken, LLP        750 Lexington Avenue – 25th Floor        New York, NY 10022 USA        Attn: Robert C. Angelillo

9343441    Weiguo Sun        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.

9343442    Weixiand Ge        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.

9343429    Wen Lin        C/O HGT Law        250 Park Avenue, 7th Floor        New York, NY 10177 USA        Attn: Hung Ta

9343433    Xiaobo He        C/O HGT Law        250 Park Avenue, 7th Floor        New York, NY 10177 USA        Attn: Hung Ta

9343453    Xiaodan Wang        C/O Wolf Haldenstein Adler Freeman & Her        270 Madison Avenue        New York, NY 10016 USA        Attn: Matthew Guiney

9343432    Xiaoping Luo        C/O HGT Law        250 Park Avenue, 7th Floor        New York, NY 10177 USA        Attn: Hung Ta

9343443    Xingyu Yan        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.

9343423    Xiqiu Fu        c/o The Lanier Law Firm        10940 W. Sam Houston Pkwy N., Suite 100        Houston, TX 77064 USA        Attn: Lawrence P. Wilson

9343448    YUNXIA WU        c/o Giordano, Halleran &. Ciesla, P.C.        1250 Broadway, 36th Floor        New York, NY 10010 USA        Attn: Christopher Marino

9343444    Yan Gao        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.

9343413    Yan Zhao        C/O Law Office of Ning Ye, Esq.        135–11 38th Avenue        Flushing, NY 11354 USA        Attn: Ning Ye, Esq.

9343409    Yang Lan and Wu Zheng        C/O Arkin Solbakken, LLP        750 Lexington Avenue – 25th Floor        New York, NY 10022 USA        Attn: Robert C. Angelillo

9343445    Yi Li        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.

9343446    Ying Liu        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.

9343414    Yua Hua Zhuang Shi        C/O Kevin Tung, Esq.        136–20 38th Avenue, Suite 3D        Flushing, NY 11354 USA        Attn: Kevin Tung, Esq.

9343420    Yue Hua Zhu Shi        C/O Kevin Tung, Esq.        136–20 38th Avenue, Suite 3D        Flushing, NY 11354 USA        Attn: Kevin Tung, Esq.

9343456    Zhen Yuan Jian Zhu        C/O Kevin Tung, Esq.        38th Avenue, Suite 3d        Flushing, NY 11354 USA

9343428    Zhengjun Dong        C/O HGT Law        250 Park Avenue, 7th Floor        New York, NY 10177 USA        Attn: Hung Ta

9343454    Zhong Xian Wei Ye        C/O Kevin Tung, Esq.        38th Avenue, Suite 3d        Flushing, NY 11354 USA

TOTAL: 57