# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 2/17/2022 |
| Case: 22–50073 | Form ID: pdfdoc2 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust            U. S. Trustee            USTPRegion02.NH.ECF@USDOJ.GOV

                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
                William R. Baldiga            Brown Rudnick LLP            7 Times Square            New York, NY 10036

                                                                                    TOTAL: 1