# Notice Recipients

District/Off: 0205–5  User: admin  Date Created: 2/17/2022
Case: 22–50073  Form ID: pdfdoc2  Total: 4

**Recipients of Notice of Electronic Filing:**
ust　　U. S. Trustee　　USTPRegion02.NH.ECF@USDOJ.GOV
aty　　Dylan Kletter　　dkletter@brownrudnick.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Ho Wan Kwok　　Golden Spring (New York) Ltd.　　162 East 64th Street　　New York, NY 10065
　　William R. Baldiga, Esq.　　Brown Rudnick LLP　　7 Times Square　　New York, NY 10036

TOTAL: 2