**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>        Debtor. | Case No. 22-50073<br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** |

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby appears as counsel for Logan Cheng f/k/a Shui-Yuan Cheng, party-in-interest in the above-captioned proceeding, and request that he be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices or other papers, filed or served, in this case, or any proceeding herein, be served upon the undersigned at the following address:

Jay M. Wolman
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Telephone: 702-420-2001
ecf@randazza.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

Dated: February 17, 2022.                 Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman – ct29129 of
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
P: 702-420-2001
F: 305-437-7662
ecf@randazza.com

*Counsel for Creditor*
*Logan Cheng f/k/a Shui-Yuan Cheng*

# CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on February 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

I FURTHER CERTIFY that on February 17, 2022, a true and correct copy of the foregoing document was deposited in the United States Mail, first class postage prepaid, properly addressed to each of the following:

Pacific Alliance Asia Opportunity
c/o O'Melveney & Myers, LLP
Stuart Sarnoff, Esq.
7 Times Square
New York, NY 10065

Golden Spring New York
c/o Max Krasner
162 E. 64th Street
New York, NY 10605

Rui Ma
c/o Arkin Solbakken, LLP
Robert C. Angelillo
750 Lexington Avenue, 25th Floor
New York, NY 10022

Cheng Jian Wu Jian She
c/o Law Office of Ning Ye, Esq.
Ning Ye, Esq.
136-20 38th Avenue, Ste. 3D
Flushing, NY 11354

Ning Ye
c/o Arkin Solbakken, LLP
Robert C. Angelillo
750 Lexington Avenue, 25th Floor
New York, NY 10022

Guo Baosheng
c/o Law Office of Ning Ye, Esq.
Ning Ye, Esq.

136-20 38th Avenue, Ste. 3D
Flushing, NY 11354

Yang Lan and Wu Zheng
c/o Arkin Solbakken, LLP
Robert C. Angelillo
750 Lexington Avenue, 25th Floor
New York, NY 10022

Hong Qi Qu
c/o Kevin Tung, Esq.
136-20 38th Avenue, Ste. 3D
Flushing, NY 11354

Nan Tong Si Jian
c/o Kevin Tung, Esq.
136-20 38th Avenue, Ste. 3D
Flushing, NY 11354

Jian Gong
c/o Kevin Tung, Esq.
136-20 38th Avenue, Ste. 3D
Flushing, NY 11354

Yan Zhao
c/o Law Office of Ning Ye, Esq.
Ning Ye, Esq.
136-20 38th Avenue, Ste. 3D
Flushing, NY 11354

Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
136-20 38th Avenue, Ste. 3D
Flushing, NY 11354

Liehong Zhuang/Xiao Yan Zhu
c/o Trexler & Zhang, LLP
Jonathan T. Trexler, Esq.
224 West 35th Street, 11th Floor
New York, NY 1001

Weican Meng/ Boxun, Inc.
c/o Arkin Solbakken, LLP
Robert C. Angelillo
750 Lexington Avenue, 25th Floor
New York, NY 10022

Samuel Nunberg
c/o Nesenoff & Mittenberg, LLP
Andrew T. Mittenberg, Esq.
363 Seventh Ave, 5th Floor
New York, NY 1001

Lamp Capital, LLC
c/o NYS, Secretary of State
One Commerce Plaza
99 Washington Ave
Albany, NY 12231

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Ste.112
Flushing, NY 11355

Yue Hua Zhu Shi
c/o Kevin Tung, Esq.
136-20 38th Avenue, Ste. 3D
Flushing, NY 11354

Jia Li Wang
c/o Thompson Hine
Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017

WA&HF, LLC/ Ruizeng An
c/o AFN Law
Angus Ni, Esq.
41 Madison Avenue, 31st Floor
New York, NY 10010

/s/ Jay M. Woman ct29129
Jay M. Wolman