**Fill in this information to identify your case:**

Debtor 1: Ho Wan Kwok (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): ___

United States Bankruptcy Court for the: District of Connecticut

Case number (If known): 22-50073

☑ Check if this is an amended filing

## Official Form 104
## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

Creditor's Name: Pacific Alliance Asia Opportunity
Number Street: 7 Times Square
C/O O'Melveney & Myers, LLP
City: New York    State: NY    ZIP Code: 10065
Contact: Stuart Sarnoff, Esq
Contact phone: ___

What is the nature of the claim? Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $___
   Value of security:   – $___
   Unsecured claim:      $___

$ (approx) 254,000,000.00

**2**

Creditor's Name: Golden Spring New York
Number Street: 162 E. 64th Street
City: New York    State: NY    ZIP Code: 10605
Contact: Max Krasner
Contact phone: mkrasner@gsnyus.com

What is the nature of the claim? Litigation Funding

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $___
   Value of security:   – $___
   Unsecured claim:      $___

$ (approx) 21,000,000.00

| Debtor 1 | _____ | Case number (if known) 22-50073 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

**Unsecured claim**

### 3. Rui Ma
**Creditor's Name**
900 Third Avenue, 18th Floor
c/o Arkin Solbakken, LLP
New York, NY 10022

Contact: Robert C. Angelillo

**What is the nature of the claim?** Litigation

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  - Value of security: − $_____
  - Unsecured claim: $_____

$ 20,000,000

---

### 4. Cheng Jian Wu Jian She
**Creditor's Name**
136-20 38th Avenue, Suite 3D&3F
c/o Kevin Kerveng Tung, P.C.
Flushing, NY 11354

Contact: Kevin Tung, Esq
ktung@kktlawfirm.com

**What is the nature of the claim?** Litigation

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  - Value of security: − $_____
  - Unsecured claim: $_____

$ 14,898,483.90

---

### 5. Ning Ye
**Creditor's Name**
135-11 38th Avenue, Suite 1A
c/o Law Office of Ning Ye, Esq.
Flushing, NY 11354

Contact: Ning Ye, Esq
yeningusa@gmail.com

**What is the nature of the claim?** Litigation

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  - Value of security: − $_____
  - Unsecured claim: $_____

$ 12,000,000

---

### 6. Guo Baosheng
**Creditor's Name**
135-11 38th Avenue, Suite 1A
c/o Law Office of Ning Ye, Esq.
Flushing, NY 11354

Contact: Ning Ye, Esq
yeningusa@gmail.co

**What is the nature of the claim?** Litigation

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  - Value of security: − $_____
  - Unsecured claim: $_____

$ 12,000,000

---

### 7. Yan Lan and Wu Zheng
**Creditor's Name**
900 Third Avenue, 18th Floor
C/O Arkin Solbakken, LLP
New York, NY 10022

Contact: Robert C. Angelillo, Esq.
rangelillo@arkin-law.c

**What is the nature of the claim?** Litigation

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  - Value of security: − $_____
  - Unsecured claim: $_____

$ 10,000,000

---

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Debtor 1 _____
         First Name  Middle Name  Last Name

Case number (if known) 22-50073

**Unsecured claim**

| 8 | Hong Qi Qu | What is the nature of the claim? Litigation | $ 9,809,422.71 |

Creditor's Name: Hong Qi Qu
Number Street: 136-20 38th Avenue, Suite 3D & 3F
c/o Kevin Kerveng Tung, P.C.
City: Flushing  State: NY  ZIP Code: 11354
Contact: Kevin Tung, Esq.
Contact phone: ktung@kktlawfirm.co

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
       Value of security: – $_____
       Unsecured claim: $_____

| 9 | Nan Tong Si Jian | What is the nature of the claim? Litigation | $ 5,568,522.66 |

Creditor's Name: Nan Tong Si Jian
Number Street: 136-20 38th Avenue, Suite 3D & 3F
C/O Kevin Kerveng Tung, P.C.
City: Flushing  State: NY  ZIP Code: 11354
Contact: Kevin Tung, Esq.
Contact phone: ktung@kktlawfirm.co

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
       Value of security: – $_____
       Unsecured claim: $_____

| 10 | Jian Gong | What is the nature of the claim? Litigation | $ 5,380,262.32 |

Creditor's Name: Jian Gong
Number Street: 136-20 38th Avenue, Suite 3D
C/O Kevin Kerveng Tung, P.C.
City: Flushing  State: NY  ZIP Code: 11354
Contact: Kevin Tung, Esq.
Contact phone: ktung@kktlawfirm.co

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $ /s/ Ho Wan Kwok
       Value of security: – $_____
       Unsecured claim: $_____

| 11 | Yan Zhao | What is the nature of the claim? Litigation | $ 3,000,000 |

Creditor's Name: Yan Zhao
Number Street: 135-11 38th Avenue, Suite 1A
C/O Law Office of Ning Ye, Esq.
City: Flushing  State: NY  ZIP Code: 11354
Contact: Ning Ye
Contact phone: yeningusa@gmail.co

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
       Value of security: – $_____
       Unsecured claim: $_____

| 12 | Yua Hua Zhuang Shi | What is the nature of the claim? Litigation | $ 1,571,530.36 |

Creditor's Name: Yua Hua Zhuang Shi
Number Street: 136-20 38th Avenue, Suite 3D & 3F
C/O Kevin Kerveng Tung, P.C.
City: Flushing  State: NY  ZIP Code: 11354
Contact: Kevin Tung, Esq.
Contact phone: ktung@kktlawfirm.co

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
       Value of security: – $_____
       Unsecured claim: $_____

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 3

Debtor 1 _____
          First Name   Middle Name   Last Name

Case number (*if known*) 22-50073

**Unsecured claim**

### 13
**Creditor's Name:** Liehong Zhuang/Xiao Yan Zhu
**Number Street:** 224 West 35th Street, 12th Floor
C/O Trexler & Zhang, LLP
**City:** New York **State:** NY **ZIP Code:** 10001
**Contact:** Jonathan T, Trexler, Esq
**Contact phone:** jtrexler@trexlerlaw.co

What is the nature of the claim? Litigation
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security: − $_____
  Unsecured claim: $_____

$ 1,005,000

### 14
**Creditor's Name:** Weican Meng/Boxun, Inc.
**Number Street:** 900 Third Avenue, 18th Floor
C/O Arkin Solbakken, LLP
**City:** New York **State:** NY **ZIP Code:** 10022
**Contact:** Robert C. Angelillo, Esq.
**Contact phone:** rangelillo@arkin-

What is the nature of the claim? Litigation
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security: − $_____
  Unsecured claim: $_____

$ 1,000,000

### 15
**Creditor's Name:** Samuel Nunberg
**Number Street:** 363 Seventh Ave, 5th Floor
C/O Nesenoff & Miltenberg, LLP
**City:** New York **State:** NY **ZIP Code:** 10001
**Contact:** Andrew T. Miltenberg, Esq.
**Contact phone:** amiltenberg@nmllpla

What is the nature of the claim? Litigation
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security: − $_____
  Unsecured claim: $_____

$ 1,000,000

### 16
**Creditor's Name:** Lamp Capital, LLC
**Number Street:** 667 Madison Avenue
**City:** New York **State:** NY **ZIP Code:** 10065
**Contact:** bernardo@lampcapital.org
**Contact phone:**

What is the nature of the claim? Litigation Funding
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security: − $_____
  Unsecured claim: $_____

$ 1,000,000

### 17
**Creditor's Name:** Jun Chen aka Jonathan Ho
**Number Street:** 4125 Kissena Blvd, Suite 112
C/O Wayne Wei Zhu, Esq
**City:** Flushing **State:** NY **ZIP Code:** 11355
**Contact:** Wayne Wei Zhu
**Contact phone:** zhulawoffice@gmail.

What is the nature of the claim? Litigation
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security: − $_____
  Unsecured claim: $_____

$ 1,000,000

Debtor 1 _____
         First Name   Middle Name   Last Name

Case number (*if known*) 22-50073 _____

**Unsecured claim**

### 18

**Yue Hua Zhu Shi**
Creditor's Name

136-20 38th Avenue, Suite 3D
Number    Street

C/O Kevin Kerveng Tung, P.C.

Flushing                NY    11354
City                    State  ZIP Code

Kevin Tung, Esq.
Contact
KTUNG@KKTLAWFIRM.COM
Contact phone

**What is the nature of the claim?** Litigation

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:              −  $_____
       Unsecured claim                    $_____

$ 981,501.72

### 19

**Xiong Xian Wei Ye**
Creditor's Name

136-20 38th Avenue, Suite 3D &3F
Number    Street

C/O Kevin Tung, Esq.

Flushing                NY    11354
City                    State  ZIP Code

Kevin Tung, Esq.
Contact
ktung@kktlawfirm.com
Contact phone

**What is the nature of the claim?** Litigation

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:              −  $_____
       Unsecured claim                    $_____

$ 792,443.40

### 20

**Huizen Wang**
Creditor's Name

c/o Girodano Halleran Ciesla PC
Number    Street

1250 Broadway 36th Floor

New York                NY    10010
City                    State  ZIP Code

Christopher Marino
Contact
cmarino@ghclaw.co
Contact phone

**What is the nature of the claim?** Litigation

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:              −  $_____
       Unsecured claim                    $_____

$ 432,616.64

| Part 2: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✗ /s/ Ho Wan Kwok _____
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date  02/18/2022
      MM / DD / YYYY

Date  _____
      MM / DD / YYYY

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 5