# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 2/18/2022 |
| Case: 22–50073 | Form ID: pdfdoc20 | Total: 25 |

**Recipients of Notice of Electronic Filing:**
ust    U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
aty    Dylan Kletter    dkletter@brownrudnick.com
aty    Jay Marshall Wolman    jmw@randazza.com

                                                                        TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Ho Wan Kwok    Golden Spring (New York) Ltd.    162 East 64th Street    New York, NY 10065
cr    Logan Cheng    c/o Randazza Legal Group, PLLC    100 Pearl Street    14th Floor    Hartford, CT 06103
9343406    Cheng Jian Wu Jian She    c/o Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq.
9343404    Golden Spring New York    162 E. 64th Street    New York, NY 10605 USA    Attn: Max Krasner
9343408    Guo Baosheng    c/o Law Office of Ning Ye, Esq.    135–11 38th Avenue, Suite 1A    Flushing, NY 11354 USA    Attn: Ning Ye, Esq.
9343410    Hong Qi Qu    c/o Kevin Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq.
9343449    Huizen Wang    c/o Giordano, Halleran &. Ciesla P.C.    1250 Broadway, 36th Floor    New York, NY 10010 USA    Attn: Christopher Marino
9343412    Jian Gong    C/O Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq.
9343419    Jun Chen aka Jonathan Ho    C/O Wayne Wei Zhu, Esq.    4125 Kissena Blvd, Suite 112    Flushing, NY 11355 USA    Attn: Wayne Wei Zhu
9343418    Lamp Capital, LLC    667 Madison Avenue    New York, NY 10065
9343415    Liehong Zhuang/Xiao Yan Zhu    C/O Trexler & Zhang, LLP    224 West 35th Street, 12th Floor    New York, NY 10001 USA    Attn: Jonathan T. Trexler, Esq.
9343411    Nan Tong Si Jian    C/O Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq.
9343407    Ning Ye    c/o Law Office of Ning Ye, Esq.    135–11 38th Avenue, Suite 1A    Flushing, NY 11354    Attn: Ning Ye, Esq.
9343403    Pacific Alliance Asia Opportunity    C/O O'Melveney & Myers, LLP    7 Times Square    New York, NY 10065 USA    Attn: Stuart Sarnoff, Esq
9343405    Rui Ma    900 Third Avenue, 18th Floor    c/o Arkin Solbakken, LLP    Attn: Robert C. Angelillo    New York, NY 10022
9343417    Samuel Nunberg    C/O Nesenoff & Miltenberg, LLP    363 Seventh Ave, 5th Floor    New York, NY 10001 USA    Attn: Andrew T. Miltenberg, Esq.
9343416    Weican Meng/Boxun, Inc.    C/O Arkin Solbakken, LLP    900 Third Avenue, 18th Floor    New York, NY 10022 USA    Attn: Robert C. Angelillo
9343454    Xiong Xian Wei Ye    C/O Kevin Tung, Esq.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq
9343413    Yan Zhao    C/O Law Office of Ning Ye, Esq.    135–11 38th Avenue, Suite 1A    Flushing, NY 11354 USA    Attn: Ning Ye, Esq.
9343409    Yang Lan and Wu Zheng    900 Third Avenue, 18th Floor    c/o Arkin Solbakken, LLP    New York, NY 10022    Attn: Robert C. Angelillo
9343414    Yua Hua Zhuang Shi    C/O Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq.
9344053    Yue Hua Zhu Shi    136–20 38th Avenue, Suite 3D    c/o Kevin Kerveng Tung, P.C.    Flushing, NY 11354    Attn: Kevin Tung, Esq.

                                                                        TOTAL: 22