**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | |
| Ho Wan Kwok | Case Number: 22-50073 |
| Debtor | Chapter: 11 |

**NOTICE OF DEADLINES TO CURE**
**FILING DEFICIENCIES TO AVOID DISMISSAL OF CASE**

**NOTICE IS HEREBY GIVEN THAT** the above debtor filed a Voluntary Petition on February 15, 2022. Pursuant to the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, and the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Connecticut, the Clerk has noted the Voluntary Petition and/or Schedules and Statements deficiencies listed below.

**PLEASE REVIEW THE FOLLOWING LIST OF DEFICIENCIES CAREFULLY. FAILURE TO TIMELY CURE THE DEFICIENCIES MAY RESULT IN THE DISMISSAL OF YOUR CASE WITHOUT FURTHER NOTICE.**

**DEFICIENCIES THAT MUST BE CURED**
**WITHIN FIVE (5) DAYS OF THE DATE OF THIS NOTICE**

I.  **VOLUNTARY PETITION**

   Counsel who signed the Voluntary Petition on behalf of the debtor is not admitted to practice in this Court in accordance with D. Conn. L. Civ. R. 5(a) and (b) and improperly used a CM/ECF Filer's PACER login and password to file the Voluntary Petition in violation of D. Conn. Bankr. L. R. Appendix A, Administrative Procedures for electronic case filing.

   An Amended Voluntary Petition to cure the above deficiencies must be filed on or before **February 28, 2022,** or, among other things, the debtor's case may be dismissed without further notice.

II. **AMENDED LIST OF CREDITORS**

   The debtor failed to include an attention line for Lamp Capital LLC on the amended list of 20 largest unsecured creditors (ECF No. 10). Please note that any address listed for a creditor that is a business entity such as a corporation, partnership, or bank, must also include an attention line addressed to an Officer, President, Manager or General Agent of the business (i.e., Attn: President). *See,* D. Conn. Bankr. L. R. 1007-1 and 2002-1(a).

   The attorney for the debtor is **directed** to re-file the list of creditors to include the missing attention line (i.e., Attn: President) for any creditor that is a business entity **on or before February 28, 2022,** or the debtor's case may dismissed without further notice.

**DEFICIENCIES THAT MUST BE CURED WITHIN**
**FOURTEEN (14) DAYS AFTER THE DATE THE VOLUNTARY PETITION WAS FILED**

**III.    SCHEDULES**

The following Schedules are required to be filed by the debtor in accordance with Fed. R. Bankr. P. 1007(b) and (c) and were not filed with the Voluntary Petition. The attorney for the debtor is **directed** to file the missing Schedule(s) **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the debtor's case may dismissed without further notice:

1. Summary of Schedules
   (Official Form B 106sum)

2. Schedule A/B – Real and Property
   (Official Form B 106A/B)

3. Schedule C − Property Claimed as Exempt
   (Official Form B 106C)

4. Schedule D − Creditors Holding Secured Claims
   (Official Form B 106D)

5. Schedule E/F − Creditors Holding Unsecured Claims
   (Official Form B 106E/F)

6. Schedule G − Executory Contracts and Unexpired Leases
   (Official Form B 106G)

7. Schedule H − Codebtors
   (Official Form B 106H)

8. Schedule I − Current Income of Individual Debtor(s)
   (Official Form B 106I)

9. Schedule J − Current Expenditures of Individual Debtor(s)
   (Official Form B 106J)

10. Declaration Concerning Debtor's Schedules
    (Official Form B 106Dec)

**IV.    STATEMENT OF FINANCIAL AFFAIRS**

Statement of Financial Affairs was not filed with the Voluntary Petition.
*See*, Fed. R. Bankr. P. 1007(b) and (c).

The attorney for the debtor is **directed** to file the Statement of Financial Affairs on Official Form B 107 **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the debtor's case may dismissed without further notice.

V. **DISCLOSURE OF ATTORNEY COMPENSATION**

Pursuant to Fed. R. Bankr. P. 2016(b) and D. Conn. Bankr. L. R. 2014-1, the attorney for the debtor has failed to file a statement of compensation.

Attorney for the debtor(s) is **directed** to file statement of compensation (B2030) **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the debtor's case may dismissed without further notice.

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov.

Date: February 23, 2022

    _____
    Pietro Cicolini
    Clerk of Court