# Notice Recipients

District/Off: 0205–5        User: admin              Date Created: 2/23/2022
Case: 22–50073              Form ID: pdfdoc2         Total: 5

**Recipients of Notice of Electronic Filing:**
ust    U. S. Trustee           USTPRegion02.NH.ECF@USDOJ.GOV
aty    Dylan Kletter           dkletter@brownrudnick.com
aty    Jay Marshall Wolman     jmw@randazza.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Ho Wan Kwok      Golden Spring (New York) Ltd.    162 East 64th Street    New York, NY 10065
cr    Logan Cheng      c/o Randazza Legal Group, PLLC   100 Pearl Street        14th Floor    Hartford, CT 06103

TOTAL: 2