**Fill in this information to identify your case:**

Debtor 1: Ho Wan Kwok (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Connecticut

Case number (If known): 22-50073

☑ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

Creditor's Name: Pacific Alliance Asia Opportunity
Number / Street: 7 Times Square
C/O O'Melveney & Myers, LLP
City / State / ZIP: New York, NY 10065
Contact: Stuart Sarnoff, Esq
Contact phone: ssarnoff@omm.com

What is the nature of the claim? Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: – $_____
Unsecured claim: $_____

$ (approx) 254,000,000.00

**2**

Creditor's Name: Golden Spring New York
Number / Street: 162 E. 64th Street
City / State / ZIP: New York, NY 10605
Contact: Max Krasner
Contact phone: mkrasner@gsnyus.com

What is the nature of the claim? Litigation Funding

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: – $_____
Unsecured claim: $_____

$ (approx) 21,000,000.00

Debtor 1 _____
        First Name   Middle Name   Last Name

Case number *(if known)* 22-50073_____

**Unsecured claim**

| # | Creditor | Nature of claim | Status | Amount |
|---|---|---|---|---|
| 3 | **Rui Ma** <br> 900 Third Avenue, 18th Floor <br> c/o Arkin Solbakken, LLP <br> New York, NY 10022 <br> Contact: Robert C. Angelillo <br> rangelillo@arkin-law.com | Litigation | ☐ Contingent <br> ☐ Unliquidated <br> ☑ Disputed <br> ☐ None of the above apply <br> Lien: ☐ No ☐ Yes | $20,000,000 |
| 4 | **Cheng Jian Wu Jian She** <br> 136-20 38th Avenue, Suite 3D&3F <br> c/o Kevin Kerveng Tung, P.C. <br> Flushing, NY 11354 <br> Contact: Kevin Tung, Esq <br> ktung@kktlawfirm.com | Litigation | ☐ Contingent <br> ☐ Unliquidated <br> ☑ Disputed <br> ☐ None of the above apply <br> Lien: ☐ No ☐ Yes | $14,898,483.90 |
| 5 | **Ning Ye** <br> 135-11 38th Avenue, Suite 1A <br> c/o Law Office of Ning Ye, Esq. <br> Flushing, NY 11354 <br> Contact: Ning Ye, Esq <br> yeningusa@gmail.com | Litigation | ☐ Contingent <br> ☐ Unliquidated <br> ☑ Disputed <br> ☐ None of the above apply <br> Lien: ☐ No ☐ Yes | $12,000,000 |
| 6 | **Guo Baosheng** <br> 135-11 38th Avenue, Suite 1A <br> c/o Law Office of Ning Ye, Esq. <br> Flushing, NY 11354 <br> Contact: Ning Ye, Esq <br> yeningusa@gmail.com | Litigation | ☐ Contingent <br> ☐ Unliquidated <br> ☑ Disputed <br> ☐ None of the above apply <br> Lien: ☐ No ☐ Yes | $12,000,000 |
| 7 | **Yan Lan and Wu Zheng** <br> 900 Third Avenue, 18th Floor <br> C/O Arkin Solbakken, LLP <br> New York, NY 10022 <br> Contact: Robert C. Angelillo, Esq. <br> rangelillo@arkin-law.com | Litigation | ☐ Contingent <br> ☐ Unliquidated <br> ☑ Disputed <br> ☐ None of the above apply <br> Lien: ☐ No ☐ Yes | $10,000,000 |

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Debtor 1 _____
      First Name    Middle Name    Last Name

Case number (*if known*) 22-50073

**Unsecured claim**

| # | Creditor | Claim details | Amount |
|---|---|---|---|
| 8 | **Hong Qi Qu**<br>136-20 38th Avenue, Suite 3D & 3F<br>c/o Kevin Kerveng Tung, P.C.<br>Flushing, NY 11354<br>Contact: Kevin Tung, Esq.<br>ktung@kktlawfirm.com | Nature of claim: Litigation<br>☐ Contingent ☐ Unliquidated ☑ Disputed ☐ None of the above apply<br>Lien on property? ☐ No ☐ Yes | $9,809,422.71 |
| 9 | **Nan Tong Si Jian**<br>136-20 38th Avenue, Suite 3D & 3F<br>C/O Kevin Kerveng Tung, P.C.<br>Flushing, NY 11354<br>Contact: Kevin Tung, Esq.<br>ktung@kktlawfirm.com | Nature of claim: Litigation<br>☐ Contingent ☐ Unliquidated ☑ Disputed ☐ None of the above apply<br>Lien on property? ☐ No ☐ Yes | $5,568,522.66 |
| 10 | **Jian Gong**<br>136-20 38th Avenue, Suite 3D<br>C/O Kevin Kerveng Tung, P.C.<br>Flushing, NY 11354<br>Contact: Kevin Tung, Esq.<br>ktung@kktlawfirm.com | Nature of claim: Litigation<br>☐ Contingent ☐ Unliquidated ☑ Disputed ☐ None of the above apply<br>Lien on property? ☐ No ☐ Yes. Total claim (secured and unsecured): /s/ Ho Wan Kwok | $5,380,262.32 |
| 11 | **Yan Zhao**<br>135-11 38th Avenue, Suite 1A<br>C/O Law Office of Ning Ye, Esq.<br>Flushing, NY 11354<br>Contact: Ning Ye<br>yeningusa@gmail.com | Nature of claim: Litigation<br>☐ Contingent ☐ Unliquidated ☑ Disputed ☐ None of the above apply<br>Lien on property? ☐ No ☐ Yes | $3,000,000 |
| 12 | **Yua Hua Zhuang Shi**<br>136-20 38th Avenue, Suite 3D & 3F<br>C/O Kevin Kerveng Tung, P.C.<br>Flushing, NY 11354<br>Contact: Kevin Tung, Esq.<br>ktung@kktlawfirm.com | Nature of claim: Litigation<br>☐ Contingent ☐ Unliquidated ☑ Disputed ☐ None of the above apply<br>Lien on property? ☐ No ☐ Yes | $1,571,530.36 |

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3

**Debtor 1** _____
   First Name   Middle Name   Last Name

**Case number** *(if known)* 22-50073 _____

|  | **Unsecured claim** |
|---|---|

**13**  
Creditor's Name: Liehong Zhuang/Xiao Yan Zhu  
Number/Street: 224 West 35th Street, 12th Floor  
C/O Trexler & Zhang, LLP  
City/State/ZIP: New York, NY 10001  
Contact: Jonathan T, Trexler, Esq  
Contact phone: jtrexler@trexlerlaw.com  

What is the nature of the claim? Litigation  
As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☒ Disputed  
☐ None of the above apply  
Does the creditor have a lien on your property?  
☐ No  
☐ Yes. Total claim (secured and unsecured): $_____  
   Value of security: − $_____  
   Unsecured claim: $_____  

$ 1,005,000

**14**  
Creditor's Name: Weican Meng/Boxun, Inc.  
Number/Street: 900 Third Avenue, 18th Floor  
C/O Arkin Solbakken, LLP  
City/State/ZIP: New York, NY 10022  
Contact: Robert C. Angelillo, Esq.  
Contact phone: rangelillo@arkin-law.com  

What is the nature of the claim? Litigation  
As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☒ Disputed  
☐ None of the above apply  
Does the creditor have a lien on your property?  
☐ No  
☐ Yes. Total claim (secured and unsecured): $_____  
   Value of security: − $_____  
   Unsecured claim: $_____  

$ 1,000,000

**15**  
Creditor's Name: Samuel Nunberg  
Number/Street: 363 Seventh Ave, 5th Floor  
C/O Nesenoff & Miltenberg, LLP  
City/State/ZIP: New York, NY 10001  
Contact: Andrew T. Miltenberg, Esq.  
Contact phone: amiltenberg@nmllplaw.com  

What is the nature of the claim? Litigation  
As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☒ Disputed  
☐ None of the above apply  
Does the creditor have a lien on your property?  
☐ No  
☐ Yes. Total claim (secured and unsecured): $_____  
   Value of security: − $_____  
   Unsecured claim: $_____  

$ 1,000,000

**16**  
Creditor's Name: Lamp Capital, LLC  
Number/Street: 667 Madison Avenue  
City/State/ZIP: New York, NY 10065  
Contact: Bernardo Enriquez  
Contact phone: bernardo@lampcapital.org  

What is the nature of the claim? Litigation Funding  
As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☒ None of the above apply  
Does the creditor have a lien on your property?  
☐ No  
☐ Yes. Total claim (secured and unsecured): $_____  
   Value of security: − $_____  
   Unsecured claim: $_____  

$ 1,000,000

**17**  
Creditor's Name: Jun Chen aka Jonathan Ho  
Number/Street: 4125 Kissena Blvd, Suite 112  
C/O Wayne Wei Zhu, Esq  
City/State/ZIP: Flushing, NY 11355  
Contact: Wayne Wei Zhu  
Contact phone: zhulawoffice@gmail.com  

What is the nature of the claim? Litigation  
As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☒ Disputed  
☐ None of the above apply  
Does the creditor have a lien on your property?  
☐ No  
☐ Yes. Total claim (secured and unsecured): $_____  
   Value of security: − $_____  
   Unsecured claim: $_____  

$ 1,000,000

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 4

Debtor 1 _____
     First Name     Middle Name     Last Name

Case number (*if known*) 22-50073

**Unsecured claim**

### 18

**Creditor's Name:** Yue Hua Zhu Shi
**Number / Street:** 136-20 38th Avenue, Suite 3D
C/O Kevin Kerveng Tung, P.C.
**City / State / ZIP:** Flushing, NY 11354
**Contact:** Kevin Tung, Esq.
**Contact phone:** KTUNG@KKTLAWFIRM.COM

**What is the nature of the claim?** Litigation

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim: $_____

$ 981,501.72

### 19

**Creditor's Name:** Xiong Xian Wei Ye
**Number / Street:** 136-20 38th Avenue, Suite 3D &3F
C/O Kevin Tung, Esq.
**City / State / ZIP:** Flushing, NY 11354
**Contact:** Kevin Tung, Esq.
**Contact phone:** ktung@kktlawfirm.com

**What is the nature of the claim?** Litigation

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim: $_____

$ 792,443.40

### 20

**Creditor's Name:** Huizen Wang
**Number / Street:** c/o Girodano Halleran Ciesla PC
1250 Broadway 36th Floor
**City / State / ZIP:** New York, NY 10010
**Contact:** Christopher Marino
**Contact phone:** cmarino@ghclaw.com

**What is the nature of the claim?** Litigation

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim: $_____

$ 432,616.64

---

**Part 2:   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ /s/ Ho Wan Kwok
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date 02/23/2022
   MM / DD / YYYY

Date _____
   MM / DD / YYYY

Official Form 104     **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 5