# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok,[1]<br><br>              Debtor. | Chapter 11<br><br>Case No. 22-50073<br><br>February 24, 2022 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned counsel hereby appears as counsel for Pacific Alliance Asia Opportunity Fund L.P., and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, and 9010, requests that all notices given or required to be given and all papers served and filed in this case be given to and served upon the undersigned at the address set forth below:

Patrick M. Birney (CT No. 19875)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103-3597
Tel.: (860) 275-8275
Fax: (860) 275-8299
pbirney@rc.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Title 11 of the United States Code, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, pleadings, motions, applications, complaints, demands, hearings, requests for pleadings, disclosure statements, plans, letters, objections, answering or reply papers, memoranda and briefs

---

[1]     The last four digits of the Debtor's taxpayer identification number are 9595.

in support of any of the foregoing, and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, facsimile, or otherwise filed or delivered to the clerk, court, or judge in connection with and with regard to this bankruptcy case and any proceeding related thereto as well as the property of the Debtors.

| | |
|---|---|
| Dated: Hartford, Connecticut<br>February 24, 2022 | **Pacific Alliance Asia Opportunity Fund L.P.**<br><br>*By: /s/ Patrick M. Birney*<br>Patrick M. Birney (CT No. 19875)<br>**ROBINSON & COLE LLP**<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-8275<br>Facsimile: (860) 275-8299<br>E-mail: pbirney@rc.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2022, a copy of the foregoing notice and request has been served by operation of the court's electronic filing system or by First Class U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties in interest may access this document through the court's CM/ECF System.

              */s/ Patrick M. Birney*
              Patrick M. Birney