# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 22-50073<br><br>February 24, 2022 |

## MOTION FOR ADMISSION PRO HAC VICE

      Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned, a member of the Bar of this Court, respectfully moves that the Court admit Peter Friedman, a member of the Bar of the District of Columbia, to represent Pacific Alliance Asia Opportunity Fund L.P., and in accordance with Local Rule 83.1(d), I represent that:

      1.      The primary office of Attorney Friedman is: O'Melveny & Myers LLP, 1625 Eye Street NW, Washington, DC 20006.  Attorney Friedman's telephone number is (202) 383-5302 and his email address is pfriedman@omm.com.

      2.      Attorney Friedman is a member in good standing of all states and jurisdictions set forth in his affidavit, attached as Exhibit A.

      3.      To the best of my knowledge and belief, Attorney Friedman is a member in good standing of the courts listed in his affidavit and he has not been denied admission or disciplined

---

[1]     The last four digits of the Debtor's taxpayer identification number are 9595.

by this Court; no disciplinary proceedings are pending against him; and he has not been denied admission or disciplined by any other court.

4. Service of all papers directed to Pacific Alliance Asia Opportunity Fund L.P. may be made upon the undersigned, pursuant to Rule 83.1(c) of the Local Rules of Civil Procedure.

Dated: Hartford, Connecticut
February 24, 2022

**Pacific Alliance Asia Opportunity Fund L.P.**

By: */s/ Patrick M. Birney*
Patrick M. Birney (CT No. 19875)
Annecca H. Smith (CT No. 31148)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8275
Facsimile: (860) 275-8299
E-mail: pbirney@rc.com
asmith@rc.com

## **CERTIFICATION**

I hereby certify that the foregoing Motion for Admission of Visiting Attorney was filed electronically on February 24, 2022, and therefore will be sent by email to those receiving email notices from the Court's electronic filing system.

                                                     /s/ Patrick M. Birney
                                                      Patrick M. Birney