**Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Ho Wan Kwok,[1] | Case No. 22-50073 |
| Debtor. | |

## ORDER ADMITTING VISITING ATTORNEY

On this __ day of _____, 2022, came on for consideration the Motion for Admission of Visiting Attorney (the "Motion"), filed by a member of the bar of this Court on behalf of Peter Friedman, Esq., attorney for Pacific Alliance Asia Opportunity Fund L.P. in the above-entitled case.

The Court, having determined no reason for denying the application, accordingly grants the relief requested in the Motion.

IT IS HEREBY ORDERED, that Peter Friedman, Esq. is hereby admitted to practice in the U.S. District Court for the District of Connecticut in connection with the above-referenced case, and with respect to this case, he shall have all the rights, privileges and responsibilities of a member of the bar of this Court.

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

FURTHER ORDERED, that all notices directed to Attorney Friedman can be served by directing same to the offices of Patrick M. Birney, Robinson & Cole LLP, 280 Trumbull Street, Hartford, CT 06103.

Signed this __ day of _____, 2022

                                                                                                  _____
Hon. United States Bankruptcy Court Judge