# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok,[1]<br><br>               Debtor. | Chapter 11<br><br>Case No. 22-50073<br><br>February 24, 2022 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned, a member of the Bar of this Court, respectfully moves that the Court admit Stuart M. Sarnoff, a member of the Bar of the State of New York, to represent Pacific Alliance Asia Opportunity Fund L.P., and in accordance with Local Rule 83.1(d), I represent that:

      1.      The primary office of Attorney Sarnoff is: O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036. Attorney Sarnoff's telephone number is (202) 326-2293 and his email address is ssarnoff@omm.com.

      2.      Attorney Sarnoff is a member in good standing of all states and jurisdictions set forth in his affidavit, attached as <u>Exhibit A</u>.

      3.      To the best of my knowledge and belief, Attorney Sarnoff is a member in good standing of the courts listed in his affidavit and he has not been denied admission or disciplined

---

[1]     The last four digits of the Debtor's taxpayer identification number are 9595.

by this Court; no disciplinary proceedings are pending against him; and he has not been denied admission or disciplined by any other court.

4. Service of all papers directed to Pacific Alliance Asia Opportunity Fund L.P. may be made upon the undersigned, pursuant to Rule 83.1(c) of the Local Rules of Civil Procedure.

Dated: Hartford, Connecticut
February 24, 2022

**Pacific Alliance Asia Opportunity Fund L.P.**

By: */s/ Patrick M. Birney*
Patrick M. Birney (CT No. 19875)
Annecca H. Smith (CT No. 31148)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8275
Facsimile: (860) 275-8299
E-mail: pbirney@rc.com
asmith@rc.com

**CERTIFICATION**

I hereby certify that the foregoing Motion for Admission of Visiting Attorney was filed electronically on February 24, 2022, and therefore will be sent by email to those receiving email notices from the Court's electronic filing system.

                                                             /s/ Patrick M. Birney
                                                              Patrick M. Birney