**Exhibit A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Ho Wan Kwok,[1] | Case No. 22-50073 |
| Debtor. | |

## AFFIDAVIT OF STUART M. SARNOFF IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Stuart M. Sarnoff, having been duly sworn, states:

1.  I submit this Affidavit in support of the motion for my admission as a visiting attorney as counsel on behalf of Pacific Alliance Asia Opportunity Fund L.P. I am fully competent to testify as to the matters herein and have personal knowledge of the facts herein. All information in this Affidavit is true and correct to the best of my knowledge.

2.  I am a partner in the firm of O'Melveny Myers LLP, practicing primarily out of the firm's office located at Times Square Tower, 7 Times Square, New York, NY 10036. My telephone number is (212) 325-2293 and my office email address is ssarnoff@omm.com.

3.  Pursuant to Local Rule of the United States District Court for the District of Connecticut 83.1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the Bar in the state of New York (Bar No. 1976034). I am also admitted before the District Court for the Eastern and Southern Districts of New York, as well as the United States Courts of Appeals for the Second Circuit and the Fifth Circuit.

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

4.  I have no pending disciplinary complaints, and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

5.  I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case and I also certify that I am generally familiar with this Court's Local Rules and have reviewed the Federal Rules of Civil and Criminal Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6.  I designate my sponsoring attorney, Patrick M. Birney, Esquire (Connecticut Juris No. 19875) as my agent for service of process at the following address: Robinson & Cole LLP, 280 Trumbull Street, Hartford, CT 06103.

7.  I further certify that the fee of $200 has been paid to the Clerk's Office of the United States District Court of the District of Connecticut prior to the filing of this motion and that this Court will receive a certificate of good standing from the state of New York within 60 days of admission.

*[ signature follows on next page ]*

I declare under penalty of perjury that the foregoing is true and accurate.

Stuart M. Sarnoff
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2293
E-Mail: ssarnoff@omm.com

Sworn to and Subscribed before me on this 24 day of February, 2022.

Notary Public
My Commission Expires: 02/08/2024

KATHY M HOYOS
Notary Public - State of New York
NO. 01HO6336803
Qualified in Queens County
My Commission Expires Feb 8, 2024