**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok,[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No. 22-50073<br><br>February 24, 2022 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned, a member of the Bar of this Court, respectfully moves that the Court admit David V. Harbach II, a member of the Bar of the State of Texas, to represent Pacific Alliance Asia Opportunity Fund L.P., and in accordance with Local Rule 83.1(d), I represent that:

1.      The primary office of Attorney Harbach is: O'Melveny & Myers LLP, 1625 Eye Street NW, Washington, DC 20006.  Attorney Harbach's telephone number is (202) 383-5127 and his email address is dharbach@omm.com.

2.      Attorney Harbach is a member in good standing of all states and jurisdictions set forth in his affidavit, attached as <u>Exhibit A</u>.

3.      To the best of my knowledge and belief, Attorney Harbach is a member in good standing of the courts listed in his affidavit and he has not been denied admission or disciplined by this Court; no disciplinary proceedings are pending against him; and he has not been denied admission or disciplined by any other court.

---

[1]      The last four digits of the Debtor's taxpayer identification number are 9595.

4.      Service of all papers directed to Pacific Alliance Asia Opportunity Fund L.P. may

be made upon the undersigned, pursuant to Rule 83.1(c) of the Local Rules of Civil Procedure.

Dated:  Hartford, Connecticut
       February 24, 2022

**Pacific Alliance Asia Opportunity Fund L.P.**

By: _/s/  Patrick M. Birney_
    Patrick M. Birney (CT No. 19875)
    Annecca H. Smith (CT No. 31148)
    **ROBINSON & COLE LLP**
    280 Trumbull Street
    Hartford, CT 06103
    Telephone:  (860) 275-8275
    Facsimile:  (860) 275-8299
    E-mail: pbirney@rc.com
            asmith@rc.com

**<u>CERTIFICATION</u>**

I hereby certify that the foregoing Motion for Admission of Visiting Attorney was filed electronically on February 24, 2022, and therefore will be sent by email to those receiving email notices from the Court's electronic filing system.

_/s/ Patrick M. Birney_____
Patrick M. Birney