**Exhibit A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-50073 |

**AFFIDAVIT OF DAVID V. HARBACH II IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE**

David V. Harbach II, having been duly sworn, states:

1. I submit this Affidavit in support of the motion for my admission as a visiting attorney as counsel on behalf of Pacific Alliance Asia Opportunity Fund L.P. I am fully competent to testify as to the matters herein and have personal knowledge of the facts herein. All information in this Affidavit is true and correct to the best of my knowledge.

2. I am a partner in the firm of O'Melveny & Myers LLP, practicing primarily out of the firm's office located at 1625 Eye Street NW, Washington, DC 20006. My telephone number is (202) 383-5127 and my office email address is dharbach@omm.com.

3. Pursuant to Local Rule of the United States District Court for the District of Connecticut 83.1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the Bar in Texas (Bar No. 24008592).

4. I have no pending disciplinary complaints, and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

5.  I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case and I also certify that I am generally familiar with this Court's Local Rules and have reviewed the Federal Rules of Civil and Criminal Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6.  I designate my sponsoring attorney, Patrick M. Birney, Esquire (Connecticut Juris No. 19875) as my agent for service of process at the following address: Robinson & Cole LLP, 280 Trumbull Street, Hartford, CT 06103.

7.  I further certify that the fee of $200 has been paid to the Clerk's Office of the United States District Court of the District of Connecticut prior to the filing of this motion and that this Court will receive a certificate of good standing from Texas within 60 days of admission.

*[ signature follows on next page ]*

I declare under penalty of perjury that the foregoing is true and accurate.

_____
David V. Harbach II
**O'MELVENY & MYERS LLP**
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5127
E-Mail: dharbach@omm.com

Sworn to and Subscribed before me on this 22 day of February, 2022.

BENJAMIN TAYLOR BLUE
NOTARY PUBLIC
REG. #7687965
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JANUARY 31, 2024

_____
Notary Public
My Commission Expires: 01/31/2024