**<u>Exhibit B</u>**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Ho Wan Kwok,[1] | Case No. 22-50073 |
| Debtor. | |

## <u>ORDER ADMITTING VISITING ATTORNEY</u>

On this ___ day of _____, 2022, came on for consideration the Motion for

Admission of Visiting Attorney (the "<u>Motion</u>"), filed by a member of the bar of this Court on

behalf of David V. Harbach II, Esq., attorney for Pacific Alliance Asia Opportunity Fund L.P. in

the above-entitled case.

The Court, having determined no reason for denying the application, accordingly grants

the relief requested in the Motion.

IT IS HEREBY ORDERED, that David V. Harbach II, Esq. is hereby admitted to

practice in the U.S. District Court for the District of Connecticut in connection with the above-

referenced case, and with respect to this case, he shall have all the rights, privileges and

responsibilities of a member of the bar of this Court.

---

[1]     The last four digits of the Debtor's taxpayer identification number are 9595.

FURTHER ORDERED, that all notices directed to Attorney Harbach can be served by directing same to the offices of Patrick M. Birney, Robinson & Cole LLP, 280 Trumbull Street, Hartford, CT 06103.

Signed this __ day of _____, 2022

_____
Hon. United States Bankruptcy Court Judge