# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
|  | : |  |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

## CERTIFICATE OF SERVICE

I, Dylan P. Kletter, hereby certify that on the 24th day of February 2022, (i) the *Debtor's Motion to Extend Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs* [Docket No. 27]; and (ii) the *Emergency Request for Hearing in Connection with Debtor's Motion to Extend Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs, or, in the Alternative, Entry of Bridge Order* [Docket No. 28] were electronically filed and sent by first class mail and electronic mail on all parties listed in Exhibit A.

Dated: February 25, 2022

**BROWN RUDNICK LLP**

By: /s/ *Dylan Kletter*
185 Asylum Street
Hartford, CT 06103
Attn: Dylan Kletter, Esq.
Telephone:  (860) 509-6500
Facsimile:  (860) 509-6653
Email: dkletter@brownrudnick.com

Seven Times Square
New York, NY 10036
Attn: William R. Baldiga, Esq. (*pro hac* pending)
Attn: Bennett S. Silverberg, Esq. (*pro hac* pending)
Attn: Uriel Pinelo, Esq. (*pro hac* pending)
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email: wbaldiga@brownrudnick.com
        bsilverberg@brownrudnick.com
        upinelo@brownrudnick.com

## Exhibit A

| | Party | Address 1 | Address 2 | Attention | City | State | Zip | Country | Phone | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Logan Cheng f/k/a Shui-Yuan Cheng | Randazza Legal Group, PLLC | 100 Pearl Street, 14th Floor | Jay M. Wolman | Hartford | CT | 6103 | USA | 702-420-2001 | ecf@randazza.com |
| 2 | Pacific Alliance Asia Opportunity | C/O O'Melveney & Myers, LLP | 7 Times Square | Stuart Sarnoff, Esq | New York | NY | 10065 | USA | | ssarnoff@omm.com |
| 3 | Pacific Alliance Asia Opportunity | C/O Robinson & Cole LLP | 280 Trumbull Street | Annecca H. Smith and Patrick M. Birney | Hartford | CT | 06103 | USA | (860) 275-8275 | pbirney@rc.com; asmith@rc.com |
| 4 | Golden Spring New York | 162 E. 64th Street | | Max Krasner | New York | NY | 10605 | USA | | mkrasner@gsnyus.com |
| 5 | Rui Ma | C/O Arkin Solbakken, LLP | 900 Third Avenue, 18th Floor | Robert C. Angelillo | New York | NY | 10022 | USA | | rangelillo@arkin-law.com |
| 6 | Cheng Jia Wu Jian She | C/O Kevin Kerveng Tung, P.C. | 136-20 38th Avenue, Suite 3D & 3F | Kevin Tung, Esq. | Flushing | NY | 11354 | USA | | ktung@kktlawfirm.com |
| 7 | Ning Ye | C/O Law Office of Ning Ye, Esq. | 135-11 38th Avenue, Suite 1A | Ning Ye, Esq. | Flushing | NY | 11354 | USA | | yeningusa@gmail.com |
| 8 | Guo Baosheng | C/O Law Office of Ning Ye, Esq. | 135-11 38th Avenue, Suite 1A | Ning Ye, Esq. | Flushing | NY | 11354 | USA | | yeningusa@gmail.com |
| 9 | Yang Lan and Wu Zheng | C/O Arkin Solbakken, LLP | 900 Third Avenue, 18th Floor | Robert C. Angelillo | New York | NY | 10022 | USA | | rangelillo@arkin-law.com |
| 10 | Hong Qi Qu | C/O Kevin Kerveng Tung, P.C. | 136-20 38th Avenue, Suite 3D & 3F | Kevin Tung, Esq. | Flushing | NY | 11354 | USA | | ktung@kktlawfirm.com |
| 11 | Nan Tong Si Jian | C/O Kevin Kerveng Tung, P.C. | 136-20 38th Avenue, Suite 3D & 3F | Kevin Tung, Esq. | Flushing | NY | 11354 | USA | | ktung@kktlawfirm.com |
| 12 | Jian Gong | C/O Kevin Kerveng Tung, P.C. | 136-20 38th Avenue, Suite 3D & 3F | Kevin Tung, Esq. | Flushing | NY | 11354 | USA | | ktung@kktlawfirm.com |
| 13 | Yan Zhao | C/O Law Office of Ning Ye, Esq. | 135-11 38th Avenue, Suite 1A | Ning Ye, Esq. | Flushing | NY | 11354 | USA | | yeningusa@gmail.com |
| 14 | Yua Hua Zhuang Shi | C/O Kevin Kerveng Tung, P.C. | 136-20 38th Avenue, Suite 3D & 3F | Kevin Tung, Esq. | Flushing | NY | 11354 | USA | | ktung@kktlawfirm.com |
| 15 | Liehong Zhuang/Xiao Yan Zhu | C/O Trexler & Zhang, LLP | 224 West 35th Street, 12th Floor | Jonathan T. Trexler, Esq. | New York | NY | 10001 | USA | | jtrexler@trexlerlaw.com |
| 16 | Weican Meng/Boxun, Inc. | C/O Arkin Solbakken, LLP | 900 Third Avenue, 18th Floor | Robert C. Angelillo | New York | NY | 10022 | USA | | rangelillo@arkin-law.com |
| 17 | Samuel Nunberg | C/O Nesenoff & Miltenberg, LLP | 363 Seventh Ave, 5th Floor | Andrew T. Miltenberg, Esq. | New York | NY | 10001 | USA | | amiltenberg@nmllplaw.com |
| 18 | Lamp Capital, LLC | 667 Madison Avenue | | Bernardo Enriquez | New York | NY | 10065 | USA | | bernardo@lampcapital.org. |
| 19 | Jun Chen aka Jonathan Ho | C/O Wayne Wei Zhu, Esq. | 4125 Kissena Blvd, Suite 112 | Wayne Wei Zhu | Flushing | NY | 11355 | USA | | zhulawoffice@gmail.com |
| 20 | Yue Hua Zhu Shi | C/O Kevin Kerveng Tung, P.C. | 136-20 38th Avenue, Suite 3D & 3F | Kevin Tung, Esq. | Flushing | NY | 11354 | USA | | ktung@kktlawfirm.com |
| 21 | Xiong Xian Wei Ye | C/O Kevin Kerveng Tung, P.C. | 136-20 38th Avenue, Suite 3D & 3F | Kevin Tung, Esq. | Flushing | NY | 11354 | USA | | ktung@kktlawfirm.com |
| 22 | HUIZHEN WANG | c/o Giordano, Halleran & Ciesla, P.C. | 1250 Broadway, 36th Floor | Christopher Marino | New York | NY | 10010 | USA | | cmarino@ghclaw.com |
| 23 | Office of the United States Trustee | 150 Court Street, Room 302 | | Kim L. McCabe and Holley L. Claiborn | New Haven | CT | 06510 | USA | 202-306-6617 | kim.mccabe@usdoj.gov; Holley.L.Claiborn@usdoj.gov |