**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok,[1]<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 22-50073<br><br>February 25, 2022 |

**NOTICE OF WITHDRAWAL PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE MADE APPLICABLE TO THIS CONTESTED MATTER BY RULES 9014 AND 7041 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE WITHDRAWING THE MOTION FOR ADMISSION *PRO HAC VICE* OF LUCY F. KWESKIN, ESQ.**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("Civil Rule 41(a)(1)(A)(i)"), made applicable by Rules 9014 and 7041 of the Federal Rules of Bankruptcy Procedure, Pacific Alliance Asia Opportunity Fund L.P. withdraws the *Motion for Admission Pro Hac Vice* filed on behalf of Lucy F. Kweskin (the "Motion") [Dkt. No. 24]. No answer or objection to the Motion has been filed, and this Court has not ruled on the Motion, rendering withdrawal by notice pursuant to Civil Rule 41(a)(1)(A)(i) appropriate.

*[ Signature follows on next page ]*

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

Dated:  Hartford, Connecticut
       February 25, 2022

**Pacific Alliance Asia Opportunity Fund L.P.**

*By: /s/  Patrick M. Birney*
Patrick M. Birney (CT No. 19875)
Annecca H. Smith (CT No. 31148)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone:  (860) 275-8275
Facsimile:  (860) 275-8299
E-mail: pbirney@rc.com
       asmith@rc.com

## **CERTIFICATION**

I hereby certify that the foregoing Notice of Withdrawal was filed electronically on February 25, 2022, and therefore will be sent by email to those receiving email notices from the Court's electronic filing system.

                                                     _/s/ Patrick M. Birney_
                                                     Patrick M. Birney