# Notice Recipients

District/Off: 0205−5   User: admin   Date Created: 2/25/2022
Case: 22−50073   Form ID: pdfdoc1   Total: 65

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
20          Pacific Alliance Asia Opportunity Fund L.P.
9343402     22−50073
                                                                                            TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust         U. S. Trustee          USTPRegion02.NH.ECF@USDOJ.GOV
aty         Annecca H. Smith       asmith@rc.com
aty         Dylan Kletter          dkletter@brownrudnick.com
aty         Jay Marshall Wolman    jmw@randazza.com
aty         Patrick M. Birney      pbirney@rc.com
                                                                                            TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Ho Wan Kwok         Golden Spring (New York) Ltd.     162 East 64th Street     New York, NY 10065
cr          Logan Cheng         c/o Randazza Legal Group, PLLC    100 Pearl Street      14th Floor     Hartford, CT 06103
aty         Peter Friedman      O'Melveny & Myers LLP    1625 Eye Street NW      Washington, DC 20006      ALEXANDRIA
9343455     Bi Hai Ge Lin       C/O Kevin Tung, Esq.    38th Avenue, Suite 3d     Flushing, NY 11354 USA
9343425     CHENG (NY)          c/o Randazza Law Firm    2764 Sahara Dr., Suite 109     Las Vegas, NV 89117 USA
9343450     Chao−Chic Chiu      c/o Giordano, Halleran &. Ciesla, P.C.    1250 Broadway, 36th Floor     New York, NY 10010 USA    Attn: Christopher Marino
9343406     Cheng Jian Wu Jian She    c/o Kevin Kerveng Tung, P.C.    136−20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq.
9343431     Chenglong Wang      C/O HGT Law    250 Park Avenue, 7th Floor     New York, NY 10177 USA    Attn: Hung Ta
9343452     Chong Sheen Raphanella    C/O Wolf Haldenstein Adler Freeman & Her    270 Madison Avenue    New York, NY 10016 USA    Attn: Matthew Guiney
9343457     Fu Le Hong Ma       C/O Kevin Tung, Esq.    38th Avenue, Suite 3d     Flushing, NY 11354 USA
9343404     Golden Spring New York    162 E. 64th Street    New York, NY 10605 USA    Attn: Max Krasner
9343408     Guo Baosheng        c/o Law Office of Ning Ye, Esq.    135−11 38th Avenue, Suite 1A     Flushing, NY 11354 USA    Attn: Ning Ye, Esq.
9343410     Hong Qi Qu          c/o Kevin Tung, P.C.    136−20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq.
9343449     Huizen Wang         c/o Giordano, Halleran &. Ciesla P.C.    1250 Broadway, 36th Floor     New York, NY 10010 USA    Attn: Christopher Marino
9343421     Jia Li Wang         C/O Thompson Hine    335 Madison Avenue, 12th Floor     New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq.
9343435     Jiamei Lu           C/O Thompson Hine    335 Madison Avenue, 12th Floor     New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq.
9343412     Jian Gong           C/O Kevin Kerveng Tung, P.C.    136−20 38th Avenue, Suite 3D     Flushing, NY 11354 USA    Attn: Kevin Tung, Esq.
9343434     Jianhu Yi and Qiuju Jia    C/O Arthur Angel, Esq.    1305 n. Poinsettia Place     Los Angeles, CA 90046 USA
9343424     Jonathan Young      141 Allenby Road    Wellington Point, QLD 4160    AUSTRALIA
9343419     Jun Chen aka Jonathan Ho    C/O Wayne Wei Zhu, Esq.    4125 Kissena Blvd, Suite 112     Flushing, NY 11355 USA    Attn: Wayne Wei Zhu
9343436     Jun Liu             C/O Thompson Hine    335 Madison Avenue, 12th Floor     New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq.
9343430     Kaixin Hong         C/O HGT Law    250 Park Avenue, 7th Floor     New York, NY 10177 USA    Attn: Hung Ta
9343447     Keyi Zilkie         c/o Giordano, Halleran &. Ciesla, P.C.    1250 Broadway, 36th Floor     New York, NY 10010 USA    Attn: Christopher Marino
9343418     Lamp Capital, LLC    Attn: Bernardo Enriquez    667 Madison Avenue     New York, NY 10065
9343415     Liehong Zhuang/Xiao Yan Zhu    C/O Trexler & Zhang, LLP    224 West 35th Street, 12th Floor    New York, NY 10001 USA    Attn: Jonathan T. Trexler, Esq.
9343437     Linda Cheng         C/O Thompson Hine    335 Madison Avenue, 12th Floor     New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq.
9343438     Mao−Fu Weng         C/O Thompson Hine    335 Madison Avenue, 12th Floor     New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq.
9343411     Nan Tong Si Jian    C/O Kevin Kerveng Tung, P.C.    136−20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq.
9343407     Ning Ye     c/o Law Office of Ning Ye, Esq.    135−11 38th Avenue, Suite 1A     Flushing, NY 11354    Attn: Ning Ye, Esq.
9343403     Pacific Alliance Asia Opportunity    C/O O'Melveney & Myers, LLP    7 Times Square     New York, NY 10065 USA    Attn: Stuart Sarnoff, Esq

| | | | | |
|---|---|---|---|---|
| 9343451 | Rong Zhang | C/O Wolf Haldenstein Adler Freeman & Her | 270 Madison Avenue | New York, NY 10016 USA    Attn: Matthew Guiney |
| 9343439 | RuQin Wang | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343405 | Rui Ma | 900 Third Avenue, 18th Floor | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo    New York, NY 10022 |
| 9343426 | SHI | C/O Thompson Hine | 20 N. Clark St., Ste 3200 | Chicago, IL 60602 USA    Attn: Steven A. Block, Esq. |
| 9343417 | Samuel Nunberg | C/O Nesenoff & Miltenberg, LLP | 363 Seventh Ave, 5th Floor | New York, NY 10001 USA    Attn: Andrew T. Miltenberg, Esq. |
| 9343440 | Teli Chen | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343422 | WA&HF, LLC/Ruizeng An | C/O AFN Law | 41 Madison Avenue, 31st Floor | New York, NY 10010 USA    Attn: Angus Ni, Esq. |
| 9343427 | WANG | C/O Carmody Torrance Sandak & Hennessey | 195 Church Street, P.O. Box 1950 | New Haven, CT 6509 USA    Attn: David Grudberg |
| 9343416 | Weican Meng/Boxun, Inc. | C/O Arkin Solbakken, LLP | 900 Third Avenue, 18th Floor | New York, NY 10022 USA    Attn: Robert C. Angelillo |
| 9343441 | Weiguo Sun | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343442 | Weixiand Ge | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343429 | Wen Lin | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |
| 9343433 | Xiaobo He | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |
| 9343453 | Xiaodan Wang | C/O Wolf Haldenstein Adler Freeman & Her | 270 Madison Avenue | New York, NY 10016 USA    Attn: Matthew Guiney |
| 9343432 | Xiaoping Luo | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |
| 9343443 | Xingyu Yan | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343454 | Xiong Xian Wei Ye | C/O Kevin Tung, Esq. | 136–20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 USA    Attn: Kevin Tung, Esq |
| 9343423 | Xiqiu Fu | c/o The Lanier Law Firm | 10940 W. Sam Houston Pkwy N., Suite 100 | Houston, TX 77064 USA    Attn: Lawrence P. Wilson |
| 9343448 | YUNXIA WU | c/o Giordano, Halleran &. Ciesla, P.C. | 1250 Broadway, 36th Floor | New York, NY 10010 USA    Attn: Christopher Marino |
| 9343444 | Yan Gao | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343413 | Yan Zhao | C/O Law Office of Ning Ye, Esq. | 135–11 38th Avenue, Suite 1A | Flushing, NY 11354 USA    Attn: Ning Ye, Esq. |
| 9343409 | Yang Lan and Wu Zheng | 900 Third Avenue, 18th Floor | c/o Arkin Solbakken, LLP | New York, NY 10022    Attn: Robert C. Angelillo |
| 9343445 | Yi Li | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343446 | Ying Liu | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343414 | Yua Hua Zhuang Shi | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. |
| 9344053 | Yue Hua Zhu Shi | 136–20 38th Avenue, Suite 3D | c/o Kevin Kerveng Tung, P.C. | Flushing, NY 11354    Attn: Kevin Tung, Esq. |
| 9343456 | Zhen Yuan Jian Zhu | C/O Kevin Tung, Esq. | 38th Avenue, Suite 3d | Flushing, NY 11354 USA |
| 9343428 | Zhengjun Dong | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |

TOTAL: 58