# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: admin | Date Created: 2/25/2022 |
| Case: 22−50073 | Form ID: pdfdoc1 | Total: 66 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
20           Pacific Alliance Asia Opportunity Fund L.P.
9343402      22−50073

                                                                                                                                  TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust          U. S. Trustee           USTPRegion02.NH.ECF@USDOJ.GOV
aty          Annecca H. Smith        asmith@rc.com
aty          Dylan Kletter           dkletter@brownrudnick.com
aty          Jay Marshall Wolman     jmw@randazza.com
aty          Patrick M. Birney       pbirney@rc.com

                                                                                                                                  TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Ho Wan Kwok        Golden Spring (New York) Ltd.        162 East 64th Street        New York, NY 10065
cr           Logan Cheng        c/o Randazza Legal Group, PLLC        100 Pearl Street        14th Floor        Hartford, CT 06103
aty          Peter Friedman        O'Melveny & Myers LLP        1625 Eye Street NW        Washington, DC 20006 ALEXANDRIA
aty          Stuart M. Sarnoff        O'Melveny & Myers LLP        Times Square Tower        7 Times Square        New York, NY 10036 NEW YORK
9343455      Bi Hai Ge Lin        C/O Kevin Tung, Esq.        38th Avenue, Suite 3d        Flushing, NY 11354 USA
9343425      CHENG (NY)        c/o Randazza Law Firm        2764 Sahara Dr., Suite 109        Las Vegas, NV 89117 USA
9343450      Chao−Chic Chiu        c/o Giordano, Halleran &. Ciesla, P.C.        1250 Broadway, 36th Floor        New York, NY 10010 USA        Attn: Christopher Marino
9343406      Cheng Jian Wu Jian She        c/o Kevin Kerveng Tung, P.C.        136−20 38th Avenue, Suite 3D & 3F        Flushing, NY 11354 USA        Attn: Kevin Tung, Esq.
9343431      Chenglong Wang        C/O HGT Law        250 Park Avenue, 7th Floor        New York, NY 10177 USA        Attn: Hung Ta
9343452      Chong Sheen Raphanella        C/O Wolf Haldenstein Adler Freeman & Her        270 Madison Avenue        New York, NY 10016 USA        Attn: Matthew Guiney
9343457      Fu Le Hong Ma        C/O Kevin Tung, Esq.        38th Avenue, Suite 3d        Flushing, NY 11354 USA
9343404      Golden Spring New York        162 E. 64th Street        New York, NY 10605 USA        Attn: Max Krasner
9343408      Guo Baosheng        c/o Law Office of Ning Ye, Esq.        135−11 38th Avenue, Suite 1A        Flushing, NY 11354 USA        Attn: Ning Ye, Esq.
9343410      Hong Qi Qu        c/o Kevin Tung, P.C.        136−20 38th Avenue, Suite 3D & 3F        Flushing, NY 11354 USA        Attn: Kevin Tung, Esq.
9343449      Huizen Wang        c/o Giordano, Halleran &. Ciesla P.C.        1250 Broadway, 36th Floor        New York, NY 10010 USA        Attn: Christopher Marino
9343421      Jia Li Wang        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.
9343435      Jiamei Lu        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.
9343412      Jian Gong        C/O Kevin Kerveng Tung, P.C.        136−20 38th Avenue, Suite 3D        Flushing, NY 11354 USA        Attn: Kevin Tung, Esq.
9343434      Jianhu Yi and Qiuju Jia        C/O Arthur Angel, Esq.        1305 n. Poinsettia Place        Los Angeles, CA 90046 USA
9343424      Jonathan Young        141 Allenby Road        Wellington Point, QLD 4160        AUSTRALIA
9343419      Jun Chen aka Jonathan Ho        C/O Wayne Wei Zhu, Esq.        4125 Kissena Blvd, Suite 112        Flushing, NY 11355 USA        Attn: Wayne Wei Zhu
9343436      Jun Liu        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.
9343430      Kaixin Hong        C/O HGT Law        250 Park Avenue, 7th Floor        New York, NY 10177 USA        Attn: Hung Ta
9343447      Keyi Zilkie        c/o Giordano, Halleran &. Ciesla, P.C.        1250 Broadway, 36th Floor        New York, NY 10010 USA        Attn: Christopher Marino
9343418      Lamp Capital, LLC        Attn: Bernardo Enriquez        667 Madison Avenue        New York, NY 10065
9343415      Liehong Zhuang/Xiao Yan Zhu        C/O Trexler & Zhang, LLP        224 West 35th Street, 12th Floor        New York, NY 10001 USA        Attn: Jonathan T. Trexler, Esq.
9343437      Linda Cheng        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.
9343438      Mao−Fu Weng        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.
9343411      Nan Tong Si Jian        C/O Kevin Kerveng Tung, P.C.        136−20 38th Avenue, Suite 3D & 3F        Flushing, NY 11354 USA        Attn: Kevin Tung, Esq.
9343407      Ning Ye        c/o Law Office of Ning Ye, Esq.        135−11 38th Avenue, Suite 1A        Flushing, NY 11354        Attn: Ning Ye, Esq.

| ID | Name | Address |
|---|---|---|
| 9343403 | Pacific Alliance Asia Opportunity | C/O O'Melveney & Myers, LLP    7 Times Square    New York, NY 10065 USA    Attn: Stuart Sarnoff, Esq |
| 9343451 | Rong Zhang | C/O Wolf Haldenstein Adler Freeman & Her    270 Madison Avenue    New York, NY 10016 USA    Attn: Matthew Guiney |
| 9343439 | RuQin Wang | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343405 | Rui Ma | 900 Third Avenue, 18th Floor    c/o Arkin Solbakken, LLP    Attn: Robert C. Angelillo    New York, NY 10022 |
| 9343426 | SHI | C/O Thompson Hine    20 N. Clark St., Ste 3200    Chicago, IL 60602 USA    Attn: Steven A. Block, Esq. |
| 9343417 | Samuel Nunberg | C/O Nesenoff & Miltenberg, LLP    363 Seventh Ave, 5th Floor    New York, NY 10001 USA    Attn: Andrew T. Miltenberg, Esq. |
| 9343440 | Teli Chen | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343422 | WA&HF, LLC/Ruizeng An | C/O AFN Law    41 Madison Avenue, 31st Floor    New York, NY 10010 USA    Attn: Angus Ni, Esq. |
| 9343427 | WANG | C/O Carmody Torrance Sandak & Hennessey    195 Church Street, P.O. Box 1950    New Haven, CT 6509 USA    Attn: David Grudberg |
| 9343416 | Weican Meng/Boxun, Inc. | C/O Arkin Solbakken, LLP    900 Third Avenue, 18th Floor    New York, NY 10022 USA    Attn: Robert C. Angelillo |
| 9343441 | Weiguo Sun | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343442 | Weixiand Ge | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343429 | Wen Lin | C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta |
| 9343433 | Xiaobo He | C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta |
| 9343453 | Xiaodan Wang | C/O Wolf Haldenstein Adler Freeman & Her    270 Madison Avenue    New York, NY 10016 USA    Attn: Matthew Guiney |
| 9343432 | Xiaoping Luo | C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta |
| 9343443 | Xingyu Yan | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343454 | Xiong Xian Wei Ye | C/O Kevin Tung, Esq.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq |
| 9343423 | Xiqiu Fu | c/o The Lanier Law Firm    10940 W. Sam Houston Pkwy N., Suite 100    Houston, TX 77064 USA    Attn: Lawrence P. Wilson |
| 9343448 | YUNXIA WU | c/o Giordano, Halleran &. Ciesla, P.C.    1250 Broadway, 36th Floor    New York, NY 10010 USA    Attn: Christopher Marino |
| 9343444 | Yan Gao | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343413 | Yan Zhao | C/O Law Office of Ning Ye, Esq.    135–11 38th Avenue, Suite 1A    Flushing, NY 11354 USA    Attn: Ning Ye, Esq. |
| 9343409 | Yang Lan and Wu Zheng | 900 Third Avenue, 18th Floor    c/o Arkin Solbakken, LLP    New York, NY 10022    Attn: Robert C. Angelillo |
| 9343445 | Yi Li | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343446 | Ying Liu | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343414 | Yua Hua Zhuang Shi | C/O Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. |
| 9344053 | Yue Hua Zhu Shi | 136–20 38th Avenue, Suite 3D    c/o Kevin Kerveng Tung, P.C.    Flushing, NY 11354    Attn: Kevin Tung, Esq. |
| 9343456 | Zhen Yuan Jian Zhu | C/O Kevin Tung, Esq.    38th Avenue, Suite 3d    Flushing, NY 11354 USA |
| 9343428 | Zhengjun Dong | C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta |

TOTAL: 59