# File an Order:

[22-50073 Ho Wan Kwok](#)

Type: bk  
Assets: y

Chapter: 11 v  
Judge: jam

Office: 5 (Bridgeport)  
Case Flag: DebtEd

**22-50073:** *pdfdoc2 form:*

<u>Error</u>: error: No document found for pdf form

---

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Senteio, Renee entered on 2/25/2022 at 3:43 PM EST and filed on 2/25/2022  
**Case Name:** Ho Wan Kwok  
**Case Number:** [22-50073](#)  
**Document Number:** [35](#)

**Docket Text:**  
**ORDER GRANTING IN PART MOTION TO EXPEDITE HEARING.** On February 24, 2022, Ho Wan Kwok (the "Debtor") filed a Motion to Extend Deadline to File Schedules (the "Motion to Extend Deadline," ECF No. [27]), and a Motion to Expedite Hearing on the Motion to Extend Deadline (the "Motion to Expedite Hearing," ECF No. [28]). It is hereby:

**ORDERED:** The Motion to Expedite Hearing is **GRANTED IN PART**. The hearing on the Motion to Extend Deadline will be held on March 1, 2022 at 3:30 p.m. in the United States Bankruptcy Court for the District of Connecticut, 915 Lafayette Boulevard, Bridgeport, CT 06604; and it is further

**ORDERED:** At or before 5:00 p.m. on February 25, 2022, the Debtor's counsel shall serve this Order on: (i) the 20 Largest Unsecured Creditors via email or overnight mail so that it is received no later than February 26, 2022; and (ii) the United States Trustee, all parties who have appeared in the case, and all parties entitled to service under the applicable Federal Rules of Bankruptcy Procedure and Local Rules of Bankruptcy Procedure; and it is further

**ORDERED:** At or before 12:00 p.m. on February 28 2022, the Debtor's counsel shall file a Certificate of Service demonstrating that service has been made in compliance with this Order. Signed by Judge Julie A. Manning on February 25, 2022. (Senteio, Renee)

The following document(s) are associated with this transaction:

**22-50073 Notice will be electronically mailed to:**

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.  
pbirney@rc.com, ctrivigno@rc.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.  
pfriedman@omm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.  
dharbach@omm.com

Dylan Kletter on behalf of Debtor Ho Wan Kwok  
dkletter@brownrudnick.com,  
adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;jrobinson@brownrudnick.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

**22-50073 Notice will not be electronically mailed to:**