# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: admin | Date Created: 2/25/2022 |
| Case: 22−50073 | Form ID: pdfdoc2 | Total: 11 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
20    Pacific Alliance Asia Opportunity Fund L.P.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
aty    Annecca H. Smith    asmith@rc.com
aty    David V. Harbach, II    dharbach@omm.com
aty    Dylan Kletter    dkletter@brownrudnick.com
aty    Jay Marshall Wolman    jmw@randazza.com
aty    Patrick M. Birney    pbirney@rc.com
aty    Peter Friedman    pfriedman@omm.com
aty    Stuart M. Sarnoff    ssarnoff@omm.com

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Ho Wan Kwok    Golden Spring (New York) Ltd.    162 East 64th Street    New York, NY 10065
cr    Logan Cheng    c/o Randazza Legal Group, PLLC    100 Pearl Street    14th Floor    Hartford, CT 06103

TOTAL: 2