**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>    Debtor. | Case No. 22-50073<br>Chapter 11<br><br>**MOTION FOR LEAVE TO APPEAR REMOTELY** |

On February 25, 2022, this Court entered an Order (ECF No. 35) scheduling an expedited hearing on March 1, 2022, at 3:30 p.m. in this matter.[1] This hearing is to be in-person without a remote option. Pursuant to General Order 2021-04 at ¶ 1(c) & (d), the presiding judge has discretion to permit remote participation. Remote participation is requested.

Due to the short notice, undersigned counsel for Creditor Logan Cheng is unable to appear in-person. Although not listed as one of the 20 Largest Creditors by Debtor, Creditor Logan Cheng likely is one of the 20 largest and has, therefore, a significant interest in participating in these proceedings.[2] Remote attendance would likely also be in the interests of Debtor's other Creditors, none of whom are identified as having a Connecticut address. While Mr. Cheng would, of course, appreciate the opportunity for all proceedings in this matter to enjoy remote participation, especially where the sheer number of creditors would appear to make reasonable social distancing for in-court proceedings feasible, it is especially requested for the March 1 hearing.

Dated: February 28, 2022.

                                                    Respectfully submitted,

                                                  /s/ Jay M. Wolman
                                                  Jay M. Wolman – ct29129 of
                                                  Randazza Legal Group, PLLC
                                                  100 Pearl Street, 14th Floor
                                                  Hartford, CT 06103
                                                  P: 702-420-2001
                                                  F: 305-437-7662

---

[1] Due to the short notice, compliance with General Order 2021-04, Paragraph 1(c)'s four-business day requirement is impossible.

[2] For example, purported creditor Golden Spring (New York), Ltd., is identified as one of the 20 Largest Creditors, when, in fact, it is believed to be a shell company and alter ego of Debtor himself.

[ecf@randazza.com](mailto:ecf@randazza.com)

*Counsel for Creditor*
*Logan Cheng f/k/a Shui-Yuan Cheng*

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that on February 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

I FURTHER CERTIFY that on February 28, 2022, a true and correct copy of the foregoing document was deposited in the United States Mail, first class postage prepaid, properly addressed to each of the following:

Pacific Alliance Asia Opportunity
c/o O'Melveney & Myers, LLP
Stuart Sarnoff, Esq.
7 Times Square
New York, NY 10065

Golden Spring New York
c/o Max Krasner
162 E. 64th Street
New York, NY 10605

Rui Ma
c/o Arkin Solbakken, LLP
Robert C. Angelillo
750 Lexington Avenue, 25th Floor
New York, NY 10022

Cheng Jian Wu Jian She
c/o Law Office of Ning Ye, Esq.
Ning Ye, Esq.
136-20 38th Avenue, Ste. 3D
Flushing, NY 11354

Ning Ye
c/o Arkin Solbakken, LLP
Robert C. Angelillo
750 Lexington Avenue, 25th Floor
New York, NY 10022

Guo Baosheng
c/o Law Office of Ning Ye, Esq.
Ning Ye, Esq.

136-20 38th Avenue, Ste. 3D
Flushing, NY 11354

Yang Lan and Wu Zheng
c/o Arkin Solbakken, LLP
Robert C. Angelillo
750 Lexington Avenue, 25th Floor
New York, NY 10022

Hong Qi Qu
c/o Kevin Tung, Esq.
136-20 38th Avenue, Ste. 3D
Flushing, NY 11354

Nan Tong Si Jian
c/o Kevin Tung, Esq.
136-20 38th Avenue, Ste. 3D
Flushing, NY 11354

Jian Gong
c/o Kevin Tung, Esq.
136-20 38th Avenue, Ste. 3D
Flushing, NY 11354

Yan Zhao
c/o Law Office of Ning Ye, Esq.
Ning Ye, Esq.
136-20 38th Avenue, Ste. 3D
Flushing, NY 11354

Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
136-20 38th Avenue, Ste. 3D
Flushing, NY 11354

Liehong Zhuang/Xiao Yan Zhu
c/o Trexler & Zhang, LLP
Jonathan T. Trexler, Esq.
224 West 35th Street, 11th Floor
New York, NY 10001

Weican Meng/ Boxun, Inc.
c/o Arkin Solbakken, LLP
Robert C. Angelillo
750 Lexington Avenue, 25th Floor
New York, NY 10022

Samuel Nunberg
c/o Nesenoff & Mittenberg, LLP
Andrew T. Mittenberg, Esq.
363 Seventh Ave, 5th Floor
New York, NY 10001

Lamp Capital, LLC
c/o NYS, Secretary of State
One Commerce Plaza
99 Washington Ave
Albany, NY 12231

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Ste.112
Flushing, NY 11355

Yue Hua Zhu Shi
c/o Kevin Tung, Esq.
136-20 38th Avenue, Ste. 3D
Flushing, NY 11354

Jia Li Wang
c/o Thompson Hine
Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017

WA&HF, LLC/ Ruizeng An
c/o AFN Law
Angus Ni, Esq.
41 Madison Avenue, 31st Floor
New York, NY 10010

/s/ Jay M. Woman ct29129
Jay M. Wolman