# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtor. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Dylan P. Kletter, hereby certify that on the 25th day of February 2022, (i) the *Order Granting in Part Motion to Expedite Hearing* [Docket No. 35 were electronically filed and sent by overnight mail and electronic mail on all parties listed in Exhibit A.

Dated: February 28, 2022         **BROWN RUDNICK LLP**

By: /s/ *Dylan Kletter*
185 Asylum Street
Hartford, CT 06103
Attn: Dylan Kletter, Esq.
Telephone: (860) 509-6500
Facsimile: (860) 509-6653
Email: dkletter@brownrudnick.com

Seven Times Square
New York, NY 10036
Attn: William R. Baldiga, Esq. (*pro hac* pending)
Attn: Bennett S. Silverberg, Esq. (*pro hac* pending)
Attn: Uriel Pinelo, Esq. (*pro hac* pending)
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: wbaldiga@brownrudnick.com
          bsilverberg@brownrudnick.com
          upinelo@brownrudnick.com

**Exhibit A**

64517561 v1-WorkSiteUS-038210/0001

| | Party | Address 1 | Address 2 | Attention | City | State | Zip | Country | Email |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Logan Cheng f/k/a Shui-Yuan Cheng | Randazza Legal Group, PLLC | 100 Pearl Street, 14th Floor | Jay M. Wolman | Hartford | CT | 6103 | USA | ecf@randazza.com |
| 2 | Pacific Alliance Asia Opportunity | C/O O'Melveney & Myers, LLP | 7 Times Square | Stuart Sarnoff, Esq; Peter Friedman; David V. Harbach | New York | NY | 10065 | USA | ssarnoff@omm.com; pfriedman@omm.com; dharbach@omm.com |
| 3 | Pacific Alliance Asia Opportunity | C/O Robinson & Cole LLP | 280 Trumbull Street | Annecca H. Smith and Patrick M. Birney | Hartford | CT | 06103 | USA | pbirney@rc.com; asmith@rc.com |
| 4 | Golden Spring New York | 162 E. 64th Street | | Max Krasner | New York | NY | 10605 | USA | mkrasner@gsnyus.com |
| 5 | Rui Ma | C/O Arkin Solbakken, LLP | 900 Third Avenue, 18th Floor | Robert C. Angelillo | New York | NY | 10022 | USA | rangelillo@arkin-law.com |
| 6 | Cheng Jian Wu Jian She | C/O Kevin Kerveng Tung, P.C. | 136-20 38th Avenue, Suite 3D & 3F | Kevin Tung, Esq. | Flushing | NY | 11354 | USA | ktung@kktlawfirm.com |
| 7 | Ning Ye | C/O Law Office of Ning Ye, Esq. | 135-11 38th Avenue, Suite 1A | Ning Ye, Esq. | Flushing | NY | 11354 | USA | yeningusa@gmail.com |
| 8 | Guo Baosheng | C/O Law Office of Ning Ye, Esq. | 135-11 38th Avenue, Suite 1A | Ning Ye, Esq. | Flushing | NY | 11354 | USA | yeningusa@gmail.com |
| 9 | Yang Lan and Wu Zheng | C/O Arkin Solbakken, LLP | 900 Third Avenue, 18th Floor | Robert C. Angelillo | New York | NY | 10022 | USA | rangelillo@arkin-law.com |
| 10 | Hong Qi Qu | C/O Kevin Kerveng Tung, P.C. | 136-20 38th Avenue, Suite 3D & 3F | Kevin Tung, Esq. | Flushing | NY | 11354 | USA | ktung@kktlawfirm.com |
| 11 | Nan Tong Si Jian | C/O Kevin Kerveng Tung, P.C. | 136-20 38th Avenue, Suite 3D & 3F | Kevin Tung, Esq. | Flushing | NY | 11354 | USA | ktung@kktlawfirm.com |
| 12 | Jian Gong | C/O Kevin Kerveng Tung, P.C. | 136-20 38th Avenue, Suite 3D & 3F | Kevin Tung, Esq. | Flushing | NY | 11354 | USA | ktung@kktlawfirm.com |
| 13 | Yan Zhao | C/O Law Office of Ning Ye, Esq. | 135-11 38th Avenue, Suite 1A | Ning Ye, Esq. | Flushing | NY | 11354 | USA | yeningusa@gmail.com |
| 14 | Yua Hua Zhuang Shi | C/O Kevin Kerveng Tung, P.C. | 136-20 38th Avenue, Suite 3D & 3F | Kevin Tung, Esq. | Flushing | NY | 11354 | USA | ktung@kktlawfirm.com |
| 15 | Liehong Zhuang/Xiao Yan Zhu | C/O Trexler & Zhang, LLP | 224 West 35th Street, 12th Floor | Jonathan T. Trexler, Esq. | New York | NY | 10001 | USA | jtrexler@trexlerlaw.com |
| 16 | Weican Meng/Boxun, Inc. | C/O Arkin Solbakken, LLP | 900 Third Avenue, 18th Floor | Robert C. Angelillo | New York | NY | 10022 | USA | rangelillo@arkin-law.com |
| 17 | Samuel Nunberg | C/O Nesenoff & Miltenberg, LLP | 363 Seventh Ave, 5th Floor | Andrew T. Miltenberg, Esq. | New York | NY | 10001 | USA | amiltenberg@nmllplaw.com |
| 18 | Lamp Capital, LLC | 667 Madison Avenue | | Bernardo Enriquez | New York | NY | 10065 | USA | bernardo@lampcapital.org. |
| 19 | Jun Chen aka Jonathan Ho | C/O Wayne Wei Zhu, Esq. | 4125 Kissena Blvd, Suite 112 | Wayne Wei Zhu | Flushing | NY | 11355 | USA | zhulawoffice@gmail.com |
| 20 | Yue Hua Zhu Shi | C/O Kevin Kerveng Tung, P.C. | 136-20 38th Avenue, Suite 3D & 3F | Kevin Tung, Esq. | Flushing | NY | 11354 | USA | ktung@kktlawfirm.com |
| 21 | Xiong Xian Wei Ye | C/O Kevin Kerveng Tung, P.C. | 136-20 38th Avenue, Suite 3D & 3F | Kevin Tung, Esq. | Flushing | NY | 11354 | USA | ktung@kktlawfirm.com |
| 22 | HUIZHEN WANG | c/o Giordano, Halleran & Ciesla, P.C. | 1250 Broadway, 36th Floor | Christopher Marino | New York | NY | 10010 | USA | cmarino@ghclaw.com |
| 23 | Office of the United States Trustee | 150 Court Street, Room 302 | | Kim L. McCabe and Holley L. Claiborn | New Haven | CT | 06510 | USA | kim.mccabe@usdoj.gov; Holley.L.Claiborn@usdoj.gov |