**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
|  | : |  |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

**ORDER ADMITTING VISITING ATTORNEY**

On this __ day of _____, 2022, came on for consideration the Motion for Admission of Visiting Attorney (the "Motion"), filed by a member of the bar of this Court on behalf of William Baldiga Esq., attorney for Ho Wan Kwok the debtor in the above-entitled case.

The Court, having determined no reason for denying the application, accordingly grants the relief requested in the Motion.

**IT IS HEREBY ORDERED**, that William Baldiga, Esq. is hereby admitted to practice in the U.S. District Court for the District of Connecticut in connection with the above-referenced case, and with respect to this case, he shall have all the rights, privileges and responsibilities of a member of the bar of this Court

Signed this __ day of _____, 2022

_____
Hon. United States Bankruptcy Court Judge