**CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any parties unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                         */s/ Dylan P. Kletter*
                                                         Dylan P. Kletter

64517039 v1-WorkSiteUS-038210/0001