**File an Order:**

[22-50073 Ho Wan Kwok](#)

Type: bk  Chapter: 11 v  Office: 5 (Bridgeport)
Assets: y  Judge: jam  Case Flag: DebtEd

**22-50073:** *pdfdoc2 form:*
Error: error: No document found for pdf form

---

U.S. Bankruptcy Court

District of Connecticut

Notice of Electronic Filing

The following transaction was received from Senteio, Renee entered on 2/28/2022 at 4:00 PM EST and filed on 2/28/2022
**Case Name:**       Ho Wan Kwok
**Case Number:**     [22-50073](#)
**Document Number:** [47](#)

**Docket Text:**
**ORDER GRANTING MOTION FOR LEAVE TO APPEAR REMOTELY.** The Motion for Leave to Appear Remotely, ECF No. [42], is **GRANTED** only with regard to the moving creditor Logan Cheng and his counsel, and only with regard to the expedited hearing on the Debtor's Motion to Extend Deadline scheduled to be held on March 1, 2022 at 3:30 p.m. Counsel for the creditor Logan Cheng must e-mail the Courtroom Deputy at calendarconnect_bpt@ctb.uscourts.gov to obtain the ZoomGov connection information for the expedited hearing on the Debtor's Motion to Extend Deadline. Signed by Judge Julie A. Manning on February 28, 2022. (Senteio, Renee)

The following document(s) are associated with this transaction:

**22-50073 Notice will be electronically mailed to:**

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

Dylan Kletter on behalf of Debtor Ho Wan Kwok
dkletter@brownrudnick.com,
adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;jrobinson@brownrudnick.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Jay Marshall Wolman on behalf of Creditor Logan Cheng

jmw@randazza.com, ecf-6898@ecf.pacerpro.com

**22-50073 Notice will not be electronically mailed to:**