# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 2/28/2022 |
| Case: 22–50073 | Form ID: pdfdoc2 | Total: 11 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
20      Pacific Alliance Asia Opportunity Fund L.P.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     U. S. Trustee           USTPRegion02.NH.ECF@USDOJ.GOV
aty     Annecca H. Smith        asmith@rc.com
aty     David V. Harbach, II    dharbach@omm.com
aty     Dylan Kletter           dkletter@brownrudnick.com
aty     Jay Marshall Wolman     jmw@randazza.com
aty     Patrick M. Birney       pbirney@rc.com
aty     Peter Friedman          pfriedman@omm.com
aty     Stuart M. Sarnoff       ssarnoff@omm.com

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Ho Wan Kwok     Golden Spring (New York) Ltd.   162 East 64th Street    New York, NY 10065
cr      Logan Cheng     c/o Randazza Legal Group, PLLC  100 Pearl Street        14th Floor      Hartford, CT 06103

TOTAL: 2