# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re: <br><br> Ho Wan Kwok,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-50073 <br><br> March 1, 2022 |

## CERTIFICATION OF SERVICE

I, Patrick M. Birney, hereby certify that on the 28th day of February, 2022, the *Objection of Pacific Alliance Asia Opportunity Fund L.P.'s Response in Opposition to Debtor's Motion to Extend Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Objection") was filed via the Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice to all parties receiving notification through CM/ECF.

        */s/ Patrick M. Birney*_____
        Patrick M. Birney

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.