# Notice Recipients

District/Off: 0205−5     User: admin     Date Created: 3/1/2022
Case: 22−50073     Form ID: pdfdoc1     Total: 68

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
20    Pacific Alliance Asia Opportunity Fund L.P.
9343402    22−50073

                                                                                                                 TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust    U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
aty    Annecca H. Smith    asmith@rc.com
aty    David V. Harbach, II    dharbach@omm.com
aty    Dylan Kletter    dkletter@brownrudnick.com
aty    Holley L. Claiborn    holley.l.claiborn@usdoj.gov
aty    Jay Marshall Wolman    jmw@randazza.com
aty    Patrick M. Birney    pbirney@rc.com
aty    Peter Friedman    pfriedman@omm.com
aty    Stuart M. Sarnoff    ssarnoff@omm.com

                                                                                          TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Ho Wan Kwok    Golden Spring (New York) Ltd.    162 East 64th Street    New York, NY 10065
cr    Logan Cheng    c/o Randazza Legal Group, PLLC    100 Pearl Street    14th Floor    Hartford, CT 06103
aty    William Baldiga    Brown Rudnick LLP    Seven Times Square    New York, NY 10036 NEW YORK
9343455    Bi Hai Ge Lin    C/O Kevin Tung, Esq.    38th Avenue, Suite 3d    Flushing, NY 11354 USA
9343425    CHENG (NY)    c/o Randazza Law Firm    2764 Sahara Dr., Suite 109    Las Vegas, NV 89117 USA
9343450    Chao−Chic Chiu    c/o Giordano, Halleran &. Ciesla, P.C.    1250 Broadway, 36th Floor    New York, NY 10010 USA    Attn: Christopher Marino
9343406    Cheng Jian Wu Jian She    c/o Kevin Kerveng Tung, P.C.    136−20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq.
9343431    Chenglong Wang    C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta
9343452    Chong Sheen Raphanella    C/O Wolf Haldenstein Adler Freeman & Her    270 Madison Avenue    New York, NY 10016 USA    Attn: Matthew Guiney
9343457    Fu Le Hong Ma    C/O Kevin Tung, Esq.    38th Avenue, Suite 3d    Flushing, NY 11354 USA
9343404    Golden Spring New York    162 E. 64th Street    New York, NY 10605 USA    Attn: Max Krasner
9343408    Guo Baosheng    c/o Law Office of Ning Ye, Esq.    135−11 38th Avenue, Suite 1A    Flushing, NY 11354 USA    Attn: Ning Ye, Esq.
9343410    Hong Qi Qu    c/o Kevin Tung, P.C.    136−20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq.
9343449    Huizen Wang    c/o Giordano, Halleran &. Ciesla P.C.    1250 Broadway, 36th Floor    New York, NY 10010 USA    Attn: Christopher Marino
9343421    Jia Li Wang    C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq.
9343435    Jiamei Lu    C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq.
9343412    Jian Gong    C/O Kevin Kerveng Tung, P.C.    136−20 38th Avenue, Suite 3D    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq.
9343434    Jianhu Yi and Qiuju Jia    C/O Arthur Angel, Esq.    1305 n. Poinsettia Place    Los Angeles, CA 90046 USA
9343424    Jonathan Young    141 Allenby Road    Wellington Point, QLD 4160    AUSTRALIA
9343419    Jun Chen aka Jonathan Ho    C/O Wayne Wei Zhu, Esq.    4125 Kissena Blvd, Suite 112    Flushing, NY 11355 USA    Attn: Wayne Wei Zhu
9343436    Jun Liu    C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq.
9343430    Kaixin Hong    C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta
9343447    Keyi Zilkie    c/o Giordano, Halleran &. Ciesla, P.C.    1250 Broadway, 36th Floor    New York, NY 10010 USA    Attn: Christopher Marino
9343418    Lamp Capital, LLC    Attn: Bernardo Enriquez    667 Madison Avenue    New York, NY 10065
9343415    Liehong Zhuang/Xiao Yan Zhu    C/O Trexler & Zhang, LLP    224 West 35th Street, 12th Floor    New York, NY 10001 USA    Attn: Jonathan T. Trexler, Esq.
9343437    Linda Cheng    C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq.
9343438    Mao−Fu Weng    C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq.
9343411    Nan Tong Si Jian    C/O Kevin Kerveng Tung, P.C.    136−20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq.

| | | | | |
|---|---|---|---|---|
| 9343407 | Ning Ye | c/o Law Office of Ning Ye, Esq. | 135–11 38th Avenue, Suite 1A | Flushing, NY 11354    Attn: Ning Ye, Esq. |
| 9343451 | Rong Zhang | C/O Wolf Haldenstein Adler Freeman & Her | 270 Madison Avenue | New York, NY 10016 USA    Attn: Matthew Guiney |
| 9343439 | RuQin Wang | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343405 | Rui Ma | 900 Third Avenue, 18th Floor | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo    New York, NY 10022 |
| 9343426 | SHI | C/O Thompson Hine | 20 N. Clark St., Ste 3200 | Chicago, IL 60602 USA    Attn: Steven A. Block, Esq. |
| 9343417 | Samuel Nunberg | C/O Nesenoff & Miltenberg, LLP | 363 Seventh Ave, 5th Floor | New York, NY 10001 USA    Attn: Andrew T. Miltenberg, Esq. |
| 9343440 | Teli Chen | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343422 | WA&HF, LLC/Ruizeng An | C/O AFN Law | 41 Madison Avenue, 31st Floor | New York, NY 10010 USA    Attn: Angus Ni, Esq. |
| 9343427 | WANG | C/O Carmody Torrance Sandak & Hennessey | 195 Church Street, P.O. Box 1950 | New Haven, CT 6509 USA    Attn: David Grudberg |
| 9343416 | Weican Meng/Boxun, Inc. | C/O Arkin Solbakken, LLP | 900 Third Avenue, 18th Floor | New York, NY 10022 USA    Attn: Robert C. Angelillo |
| 9343441 | Weiguo Sun | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343442 | Weixiand Ge | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343429 | Wen Lin | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |
| 9343433 | Xiaobo He | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |
| 9343453 | Xiaodan Wang | C/O Wolf Haldenstein Adler Freeman & Her | 270 Madison Avenue | New York, NY 10016 USA    Attn: Matthew Guiney |
| 9343432 | Xiaoping Luo | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |
| 9343443 | Xingyu Yan | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343454 | Xiong Xian Wei Ye | C/O Kevin Tung, Esq. | 136–20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 USA    Attn: Kevin Tung, Esq |
| 9343423 | Xiqiu Fu | c/o The Lanier Law Firm | 10940 W. Sam Houston Pkwy N., Suite 100 | Houston, TX 77064 USA    Attn: Lawrence P. Wilson |
| 9343448 | YUNXIA WU | c/o Giordano, Halleran & Ciesla, P.C. | 1250 Broadway, 36th Floor | New York, NY 10010 USA    Attn: Christopher Marino |
| 9343444 | Yan Gao | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343413 | Yan Zhao | C/O Law Office of Ning Ye, Esq. | 135–11 38th Avenue, Suite 1A | Flushing, NY 11354 USA    Attn: Ning Ye, Esq. |
| 9343409 | Yang Lan and Wu Zheng | 900 Third Avenue, 18th Floor | c/o Arkin Solbakken, LLP | New York, NY 10022    Attn: Robert C. Angelillo |
| 9343445 | Yi Li | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343446 | Ying Liu | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343414 | Yua Hua Zhuang Shi | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. |
| 9344053 | Yue Hua Zhu Shi | 136–20 38th Avenue, Suite 3D | c/o Kevin Kerveng Tung, P.C. | Flushing, NY 11354    Attn: Kevin Tung, Esq. |
| 9343456 | Zhen Yuan Jian Zhu | C/O Kevin Tung, Esq. | 38th Avenue, Suite 3d | Flushing, NY 11354 USA |
| 9343428 | Zhengjun Dong | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |

TOTAL: 57