# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 3/1/2022 |
| Case: 22–50073 | Form ID: pdfdoc1 | Total: 69 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
20          Pacific Alliance Asia Opportunity Fund L.P.
9343402     22–50073

                                                                                                TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust     U. S. Trustee          USTPRegion02.NH.ECF@USDOJ.GOV
aty     Annecca H. Smith       asmith@rc.com
aty     David V. Harbach, II   dharbach@omm.com
aty     Dylan Kletter          dkletter@brownrudnick.com
aty     Holley L. Claiborn     holley.l.claiborn@usdoj.gov
aty     Jay Marshall Wolman    jmw@randazza.com
aty     Patrick M. Birney      pbirney@rc.com
aty     Peter Friedman         pfriedman@omm.com
aty     Stuart M. Sarnoff      ssarnoff@omm.com

                                                                                                TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Ho Wan Kwok        Golden Spring (New York) Ltd.        162 East 64th Street         New York, NY 10065
cr          Logan Cheng        c/o Randazza Legal Group, PLLC       100 Pearl Street         14th Floor         Hartford, CT 06103
aty         Bennett Silverberg        Brown Rudnick LLP        Seven Times Square         New York, NY 10036 NEW YORK
aty         William Baldiga        Brown Rudnick LLP        Seven Times Square         New York, NY 10036 NEW YORK
9343455     Bi Hai Ge Lin        C/O Kevin Tung, Esq.         38th Avenue, Suite 3d         Flushing, NY 11354 USA
9343425     CHENG (NY)        c/o Randazza Law Firm         2764 Sahara Dr., Suite 109         Las Vegas, NV 89117 USA
9343450     Chao–Chic Chiu        c/o Giordano, Halleran &. Ciesla, P.C.         1250 Broadway, 36th Floor         New York, NY 10010 USA        Attn: Christopher Marino
9343406     Cheng Jian Wu Jian She        c/o Kevin Kerveng Tung, P.C.         136–20 38th Avenue, Suite 3D & 3F         Flushing, NY 11354 USA         Attn: Kevin Tung, Esq.
9343431     Chenglong Wang        C/O HGT Law         250 Park Avenue, 7th Floor         New York, NY 10177 USA        Attn: Hung Ta
9343452     Chong Sheen Raphanella        C/O Wolf Haldenstein Adler Freeman & Her         270 Madison Avenue         New York, NY 10016 USA         Attn: Matthew Guiney
9343457     Fu Le Hong Ma        C/O Kevin Tung, Esq.         38th Avenue, Suite 3d         Flushing, NY 11354 USA
9343404     Golden Spring New York        162 E. 64th Street         New York, NY 10605 USA         Attn: Max Krasner
9343408     Guo Baosheng        c/o Law Office of Ning Ye, Esq.         135–11 38th Avenue, Suite 1A         Flushing, NY 11354 USA        Attn: Ning Ye, Esq.
9343410     Hong Qi Qu        c/o Kevin Tung, P.C.         136–20 38th Avenue, Suite 3D & 3F         Flushing, NY 11354 USA        Attn: Kevin Tung, Esq.
9343449     Huizen Wang        c/o Giordano, Halleran &. Ciesla P.C.         1250 Broadway, 36th Floor         New York, NY 10010 USA         Attn: Christopher Marino
9343421     Jia Li Wang        C/O Thompson Hine         335 Madison Avenue, 12th Floor         New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.
9343435     Jiamei Lu        C/O Thompson Hine         335 Madison Avenue, 12th Floor         New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.
9343412     Jian Gong        C/O Kevin Kerveng Tung, P.C.         136–20 38th Avenue, Suite 3D         Flushing, NY 11354 USA        Attn: Kevin Tung, Esq.
9343434     Jianhu Yi and Qiuju Jia        C/O Arthur Angel, Esq.         1305 n. Poinsettia Place         Los Angeles, CA 90046 USA
9343424     Jonathan Young        141 Allenby Road         Wellington Point, QLD 4160         AUSTRALIA
9343419     Jun Chen aka Jonathan Ho        C/O Wayne Wei Zhu, Esq.         4125 Kissena Blvd, Suite 112         Flushing, NY 11355 USA        Attn: Wayne Wei Zhu
9343436     Jun Liu        C/O Thompson Hine         335 Madison Avenue, 12th Floor         New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.
9343430     Kaixin Hong        C/O HGT Law         250 Park Avenue, 7th Floor         New York, NY 10177 USA         Attn: Hung Ta
9343447     Keyi Zilkie        c/o Giordano, Halleran &. Ciesla, P.C.         1250 Broadway, 36th Floor         New York, NY 10010 USA        Attn: Christopher Marino
9343418     Lamp Capital, LLC        Attn: Bernardo Enriquez         667 Madison Avenue         New York, NY 10065
9343415     Liehong Zhuang/Xiao Yan Zhu        C/O Trexler & Zhang, LLP         224 West 35th Street, 12th Floor         New York, NY 10001 USA        Attn: Jonathan T. Trexler, Esq.
9343437     Linda Cheng        C/O Thompson Hine         335 Madison Avenue, 12th Floor         New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.
9343438     Mao–Fu Weng        C/O Thompson Hine         335 Madison Avenue, 12th Floor         New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.
9343411     Nan Tong Si Jian        C/O Kevin Kerveng Tung, P.C.         136–20 38th Avenue, Suite 3D & 3F         Flushing, NY 11354 USA        Attn: Kevin Tung, Esq.

| | | | | | |
|---|---|---|---|---|---|
| 9343407 | Ning Ye | c/o Law Office of Ning Ye, Esq. | 135–11 38th Avenue, Suite 1A | Flushing, NY 11354 | Attn: Ning Ye, Esq. |
| 9343451 | Rong Zhang | C/O Wolf Haldenstein Adler Freeman & Her | 270 Madison Avenue | New York, NY 10016 USA | Attn: Matthew Guiney |
| 9343439 | RuQin Wang | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA | Attn: Brian P. Lanciault, Esq. |
| 9343405 | Rui Ma | 900 Third Avenue, 18th Floor | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo | New York, NY 10022 |
| 9343426 | SHI | C/O Thompson Hine | 20 N. Clark St., Ste 3200 | Chicago, IL 60602 USA | Attn: Steven A. Block, Esq. |
| 9343417 | Samuel Nunberg | C/O Nesenoff & Miltenberg, LLP | 363 Seventh Ave, 5th Floor | New York, NY 10001 USA | Attn: Andrew T. Miltenberg, Esq. |
| 9343440 | Teli Chen | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA | Attn: Brian P. Lanciault, Esq. |
| 9343422 | WA&HF, LLC/Ruizeng An | C/O AFN Law | 41 Madison Avenue, 31st Floor | New York, NY 10010 USA | Attn: Angus Ni, Esq. |
| 9343427 | WANG | C/O Carmody Torrance Sandak & Hennessey | 195 Church Street, P.O. Box 1950 | New Haven, CT 6509 USA | Attn: David Grudberg |
| 9343416 | Weican Meng/Boxun, Inc. | C/O Arkin Solbakken, LLP | 900 Third Avenue, 18th Floor | New York, NY 10022 USA | Attn: Robert C. Angelillo |
| 9343441 | Weiguo Sun | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA | Attn: Brian P. Lanciault, Esq. |
| 9343442 | Weixiand Ge | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA | Attn: Brian P. Lanciault, Esq. |
| 9343429 | Wen Lin | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA | Attn: Hung Ta |
| 9343433 | Xiaobo He | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA | Attn: Hung Ta |
| 9343453 | Xiaodan Wang | C/O Wolf Haldenstein Adler Freeman & Her | 270 Madison Avenue | New York, NY 10016 USA | Attn: Matthew Guiney |
| 9343432 | Xiaoping Luo | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA | Attn: Hung Ta |
| 9343443 | Xingyu Yan | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA | Attn: Brian P. Lanciault, Esq. |
| 9343454 | Xiong Xian Wei Ye | C/O Kevin Tung, Esq. | 136–20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 USA | Attn: Kevin Tung, Esq |
| 9343423 | Xiqiu Fu | c/o The Lanier Law Firm | 10940 W. Sam Houston Pkwy N., Suite 100 | Houston, TX 77064 USA | Attn: Lawrence P. Wilson |
| 9343448 | YUNXIA WU | c/o Giordano, Halleran & Ciesla, P.C. | 1250 Broadway, 36th Floor | New York, NY 10010 USA | Attn: Christopher Marino |
| 9343444 | Yan Gao | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA | Attn: Brian P. Lanciault, Esq. |
| 9343413 | Yan Zhao | C/O Law Office of Ning Ye, Esq. | 135–11 38th Avenue, Suite 1A | Flushing, NY 11354 USA | Attn: Ning Ye, Esq. |
| 9343409 | Yang Lan and Wu Zheng | 900 Third Avenue, 18th Floor | c/o Arkin Solbakken, LLP | New York, NY 10022 | Attn: Robert C. Angelillo |
| 9343445 | Yi Li | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA | Attn: Brian P. Lanciault, Esq. |
| 9343446 | Ying Liu | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA | Attn: Brian P. Lanciault, Esq. |
| 9343414 | Yua Hua Zhuang Shi | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 USA | Attn: Kevin Tung, Esq. |
| 9344053 | Yue Hua Zhu Shi | 136–20 38th Avenue, Suite 3D | c/o Kevin Kerveng Tung, P.C. | Flushing, NY 11354 | Attn: Kevin Tung, Esq. |
| 9343456 | Zhen Yuan Jian Zhu | C/O Kevin Tung, Esq. | 38th Avenue, Suite 3d | Flushing, NY 11354 USA | |
| 9343428 | Zhengjun Dong | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA | Attn: Hung Ta |

TOTAL: 58