# EXHIBIT A
## (PROPOSED ORDER)

24387164-v1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[3]<br><br>Debtor. | Chapter 11 Case No.<br><br>22-50073 (JAM) |

**ORDER ON THE MOTION OF PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. TO EXPEDITE THE HEARING AND LIMIT NOTICE FOR THE MOTION OF PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. FOR ENTRY OF ORDER CONFIRMING THE INAPPLICABILITY OF THE AUTOMTAIC STAY OR, IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d)(2) OF THE BANKRUPTCY CODE**

Upon consideration of the *Motion of Pacific Alliance Asia Opportunity Fund L.P. to Expedite the Hearing and Limit Notice for the Motion of Pacific Alliance Asia Opportunity Fund L.P. for Entry of Order Confirming the Inapplicability of the Automatic Stay or, in the Alternative, Relief from the Automatic Stay Pursuant to Section 362(d)(2) of the Bankruptcy Code* (the "Motion"), pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rules 2002, 9006, and 9007 and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and upon all of the proceedings had before this Court; and the Court having determined after due deliberation

---

[3] The last four digits of the Debtor's taxpayer identification number are 9595.

that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein:

**IT IS ORDERED THAT**:

1. Pacific Alliance Asia Opportunity Fund L.P.'s request for an expedited hearing, shortened time, and limited notice on the Stay Motion, as defined herein, is **GRANTED**.

2. Good cause exists to grant the Motion.

3. The notice period for the hearing on the *Motion of Pacific Alliance Asia Opportunity Fund L.P. for Entry of Order Confirming the Inapplicability of the Automatic Stay or, in the Alternative, Relief from the Automatic Stay Pursuant to Section 362(d)(2) of the Bankruptcy Code* [ECF No. 50] ("Stay Motion") is hereby reduced from 21 days.

4. The Stay Motion is hereby scheduled to be held at a hearing on **March 22, 2022 at 1:00 p.m.** before the Honorable Julie A. Manning, United States Bankruptcy Judge in the United States Bankruptcy Court for the District of Connecticut, the same date and time the Court is currently scheduled to preside over the Chapter 11 Case Management Conference.

5. Any objection to the Stay Motion shall be filed and served on or before **Tuesday, March 15, 2022** and replies, if any, filed by **March 21, 2022 at 9:00 a.m.**

6. Notice of the Stay Motion shall be limited to the Notice Parties (as defined in the Motion). PAX shall serve, or cause to be served, copies of the Stay Motion upon the Notice Parties by overnight courier, e-mail or facsimile no later than March 4, 2022. Such service shall be deemed sufficient notice of the hearing on the Stay Motion.

Dated: _____, 2022  
Bridgeport, Connecticut

_____  
HONORABLE JULIE A. MANNING  
UNITED STATES BANKRUPTCY JUDGE