# File an Order:

22-50073 Ho Wan Kwok

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 5 (Bridgeport) |
| Assets: y | Judge: jam | Case Flag: DebtEd |

**22-50073:** *pdfdoc1 form:*

Error: error: No document found for pdf form

---

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Senteio, Renee entered on 3/2/2022 at 9:49 AM EST and filed on 3/2/2022
**Case Name:** Ho Wan Kwok
**Case Number:** 22-50073
**Document Number:** 60

**Docket Text:**
**ORDER GRANTING IN PART MOTION TO EXTEND DEADLINE.** On February 24, 2022, Ho Wan Kwok (the 'Debtor') filed a Motion to Extend Deadline to File Schedules or Provide Required Information (the 'Motion to Extend Deadline,' ECF No. [27]). An expedited hearing on the Motion to Extend Deadline was held on March 1, 2022. Upon consideration of the relief sought in the Motion to Extend Deadline, the Objections to the Motion to Extend Deadline, ECF No. [49] and ECF No. [50], and the arguments advanced by counsel during the hearing, it is hereby
**ORDERED:** Effective as of 5:23 p.m. on March 1, 2022, the Debtor is granted an extension of time through and including March 9, 2022, to file all schedules, statements, and all other documents/information required to be filed in accordance with the applicable provisions of 11 U.S.C. § 521, Fed. R. Bankr. P. 1007, and D. Conn. L. Bankr. R. 1007-1. (Related Doc # [27]) Signed by Judge Julie A. Manning on March 2, 2022. (Senteio, Renee)

The following document(s) are associated with this transaction:

**22-50073 Notice will be electronically mailed to:**

William Baldiga on behalf of Debtor Ho Wan Kwok
wbaldiga@brownrudnick.com

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

Dylan Kletter on behalf of Debtor Ho Wan Kwok
dkletter@brownrudnick.com,
adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;jrobinson@brownrudnick.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com

Bennett Silverberg on behalf of Debtor Ho Wan Kwok

bsilverberg@brownrudnick.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

**22-50073 Notice will not be electronically mailed to:**

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
holley.l.claiborn@usdoj.gov