United States Bankruptcy Court
District of Connecticut

In re:  Case No. 22-50073-jam
Ho Wan Kwok  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-5     User: admin     Page 1 of 2
Date Rcvd: Feb 28, 2022     Form ID: pdfdoc2     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ho Wan Kwok, Golden Spring (New York) Ltd., 162 East 64th Street, New York, NY 10065-7478 |
| cr | + | Logan Cheng, c/o Randazza Legal Group, PLLC, 100 Pearl Street, 14th Floor, Hartford, CT 06103-4500 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20 | | Pacific Alliance Asia Opportunity Fund L.P. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 02, 2022      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2022 at the address(es) listed below:

**Name**     **Email Address**

Annecca H. Smith
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

David V. Harbach, II
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com

Dylan Kletter
    on behalf of Debtor Ho Wan Kwok dkletter@brownrudnick.com
    adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;jrobinson@brownrudnick.com

Jay Marshall Wolman
    on behalf of Creditor Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com

District/off: 0205-5 　　　　　　　　　　　　User: admin 　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Feb 28, 2022 　　　　　　　　　　Form ID: pdfdoc2 　　　　　　　　　Total Noticed: 2

Patrick M. Birney
　　　　on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com  ctrivigno@rc.com

Peter Friedman
　　　　on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com

Stuart M. Sarnoff
　　　　on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com

U. S. Trustee
　　　　USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 8

**File an Order:**

22-50073 Ho Wan Kwok

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 5 (Bridgeport) |
| Assets: y | Judge: jam | Case Flag: DebtEd |

**22-50073:** *pdfdoc2 form:*

<u>Error</u>: error: No document found for pdf form

---

U.S. Bankruptcy Court

District of Connecticut

Notice of Electronic Filing

The following transaction was received from Senteio, Renee entered on 2/28/2022 at 4:00 PM EST and filed on 2/28/2022
**Case Name:**          Ho Wan Kwok
**Case Number:**        22-50073
<u>**Document Number:**</u> 47

**Docket Text:**
**ORDER GRANTING MOTION FOR LEAVE TO APPEAR REMOTELY.** The Motion for Leave to Appear Remotely, ECF No. [42], is **GRANTED** only with regard to the moving creditor Logan Cheng and his counsel, and only with regard to the expedited hearing on the Debtor's Motion to Extend Deadline scheduled to be held on March 1, 2022 at 3:30 p.m. Counsel for the creditor Logan Cheng must e-mail the Courtroom Deputy at calendarconnect_bpt@ctb.uscourts.gov to obtain the ZoomGov connection information for the expedited hearing on the Debtor's Motion to Extend Deadline. Signed by Judge Julie A. Manning on February 28, 2022. (Senteio, Renee)

The following document(s) are associated with this transaction:

**22-50073 Notice will be electronically mailed to:**

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

Dylan Kletter on behalf of Debtor Ho Wan Kwok
dkletter@brownrudnick.com,
adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;jrobinson@brownrudnick.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Jay Marshall Wolman on behalf of Creditor Logan Cheng


jmw@randazza.com, ecf-6898@ecf.pacerpro.com

**22-50073 Notice will not be electronically mailed to:**