AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions:*

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| William Baldiga | (212) 209-4800 | 3/2/2022 |

| 4. DELIVERY ADDRESS OR EMAIL | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| adeering@brownrudnick.com | New York | NY | 10036 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 22-50073 | Julie A. Manning | 10. FROM 3/1/2022 | 11. TO 3/1/2022 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Ho Wan Kwok | 13. CITY Bridgeport | 14. STATE Connecticut |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Hearing | 3/01/22 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [ ] | NO. OF COPIES 1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

| 18. SIGNATURE | PROCESSED BY |
|---|---|
| /s/William Baldiga | Pamela Esposito |

| 19. DATE | PHONE NUMBER |
|---|---|
| 3/2/2022 | 203-579-5808 |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| Falzarono Court Reporters | U.S. Bankruptcy Court<br>915 Lafayette Blvd.<br>Bridgeport, CT 06604 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

Case No. 22-50073 Ho Wan Kwok

Hearing held on March 1, 2022

ECF No. 27 – Motion to Extend Deadline to File Schedules or Provide Required Information filed by Dylan Kletter on behalf of Ho Wan Kwok, Debtor.

**22-50073** Ho Wan Kwok
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 03/02/2022

# Attorneys

| | | |
|---|---|---|
| **William Baldiga**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>New York<br>212-209-4800<br>212-209-4801 (fax)<br>wbaldiga@brownrudnick.com<br>  *Assigned: 03/01/2022*<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>Golden Spring (New York) Ltd.<br>162 East 64th Street<br>New York, NY 10065<br>*(Debtor)* |
| **Patrick M. Birney**<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8200<br>(860) 275-8299 (fax)<br>pbirney@rc.com<br>  *Assigned: 02/24/2022* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Holley L. Claiborn**<br>Office of The United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br>(203) 773-2217 (fax)<br>holley.l.claiborn@usdoj.gov<br>  *Assigned: 02/28/2022* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Peter Friedman**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5302<br>pfriedman@omm.com<br>  *Assigned: 02/25/2022*<br>  *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **David V. Harbach, II**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5127<br>dharbach@omm.com | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

Assigned: 02/25/2022
*LEAD ATTORNEY*

**Dylan Kletter**
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103
860-509-6500
dkletter@brownrudnick.com
Assigned: 02/15/2022

representing

**Ho Wan Kwok**
Golden Spring (New York) Ltd.
162 East 64th Street
New York, NY 10065
*(Debtor)*

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
202-326-2293
ssarnoff@omm.com
Assigned: 02/25/2022
*LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Bennett Silverberg**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
bsilverberg@brownrudnick.com
Assigned: 03/01/2022
*LEAD ATTORNEY*

representing

**Ho Wan Kwok**
Golden Spring (New York) Ltd.
162 East 64th Street
New York, NY 10065
*(Debtor)*

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
860-275-8325
860-275-8299 (fax)
asmith@rc.com
Assigned: 02/24/2022

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Jay Marshall Wolman**
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
702-420-2001
jmw@randazza.com
Assigned: 02/17/2022

representing

**Logan Cheng**
c/o Randazza Legal Group, PLLC
100 Pearl Street
14th Floor
Hartford, CT 06103
*(Creditor)*