# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: admin | Date Created: 3/4/2022 |
| Case: 22−50073 | Form ID: pdfdoc2 | Total: 14 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
20          Pacific Alliance Asia Opportunity Fund L.P.

                                                                                                    TOTAL: 1

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| aty | Annecca H. Smith | asmith@rc.com |
| aty | Bennett Silverberg | bsilverberg@brownrudnick.com |
| aty | David V. Harbach, II | dharbach@omm.com |
| aty | Dylan Kletter | dkletter@brownrudnick.com |
| aty | Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| aty | Jay Marshall Wolman | jmw@randazza.com |
| aty | Patrick M. Birney | pbirney@rc.com |
| aty | Peter Friedman | pfriedman@omm.com |
| aty | Stuart M. Sarnoff | ssarnoff@omm.com |
| aty | William Baldiga | wbaldiga@brownrudnick.com |

                                                                                                    TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Ho Wan Kwok | Golden Spring (New York) Ltd. | 162 East 64th Street | New York, NY 10065 | |
| cr | Logan Cheng | c/o Randazza Legal Group, PLLC | 100 Pearl Street | 14th Floor | Hartford, CT 06103 |

                                                                                                    TOTAL: 2