# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 3/4/2022 |
| Case: 22–50073 | Form ID: pdfdoc1 | Total: 69 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
20        Pacific Alliance Asia Opportunity Fund L.P.
9343402   22–50073
                                                    TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust      U. S. Trustee       USTPRegion02.NH.ECF@USDOJ.GOV
aty      Annecca H. Smith       asmith@rc.com
aty      Bennett Silverberg       bsilverberg@brownrudnick.com
aty      David V. Harbach, II       dharbach@omm.com
aty      Dylan Kletter       dkletter@brownrudnick.com
aty      Holley L. Claiborn       holley.l.claiborn@usdoj.gov
aty      Jay Marshall Wolman       jmw@randazza.com
aty      Patrick M. Birney       pbirney@rc.com
aty      Peter Friedman       pfriedman@omm.com
aty      Stuart M. Sarnoff       ssarnoff@omm.com
aty      William Baldiga       wbaldiga@brownrudnick.com
                                                      TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Ho Wan Kwok       Golden Spring (New York) Ltd.       162 East 64th Street       New York, NY 10065
cr      Logan Cheng       c/o Randazza Legal Group, PLLC       100 Pearl Street       14th Floor       Hartford, CT 06103
9343455   Bi Hai Ge Lin       C/O Kevin Tung, Esq.       38th Avenue, Suite 3d       Flushing, NY 11354 USA
9343425   CHENG (NY)       c/o Randazza Law Firm       2764 Sahara Dr., Suite 109       Las Vegas, NV 89117 USA
9343450   Chao−Chic Chiu       c/o Giordano, Halleran &. Ciesla, P.C.       1250 Broadway, 36th Floor       New York, NY 10010 USA       Attn: Christopher Marino
9343406   Cheng Jian Wu Jian She       c/o Kevin Kerveng Tung, P.C.       136−20 38th Avenue, Suite 3D & 3F       Flushing, NY 11354 USA       Attn: Kevin Tung, Esq.
9343431   Chenglong Wang       C/O HGT Law       250 Park Avenue, 7th Floor       New York, NY 10177 USA       Attn: Hung Ta
9343452   Chong Sheen Raphanella       C/O Wolf Haldenstein Adler Freeman & Her       270 Madison Avenue       New York, NY 10016 USA       Attn: Matthew Guiney
9343457   Fu Le Hong Ma       C/O Kevin Tung, Esq.       38th Avenue, Suite 3d       Flushing, NY 11354 USA
9343404   Golden Spring New York       162 E. 64th Street       New York, NY 10605 USA       Attn: Max Krasner
9343408   Guo Baosheng       c/o Law Office of Ning Ye, Esq.       135−11 38th Avenue, Suite 1A       Flushing, NY 11354 USA       Attn: Ning Ye, Esq.
9343410   Hong Qi Qu       c/o Kevin Tung, P.C.       136−20 38th Avenue, Suite 3D & 3F       Flushing, NY 11354 USA       Attn: Kevin Tung, Esq.
9343449   Huizen Wang       c/o Giordano, Halleran &. Ciesla P.C.       1250 Broadway, 36th Floor       New York, NY 10010 USA       Attn: Christopher Marino
9343421   Jia Li Wang       C/O Thompson Hine       335 Madison Avenue, 12th Floor       New York, NY 10017 USA       Attn: Brian P. Lanciault, Esq.
9343435   Jiamei Lu       C/O Thompson Hine       335 Madison Avenue, 12th Floor       New York, NY 10017 USA       Attn: Brian P. Lanciault, Esq.
9343412   Jian Gong       C/O Kevin Kerveng Tung, P.C.       136−20 38th Avenue, Suite 3D       Flushing, NY 11354 USA       Attn: Kevin Tung, Esq.
9343434   Jianhu Yi and Qiuju Jia       C/O Arthur Angel, Esq.       1305 n. Poinsettia Place       Los Angeles, CA 90046 USA
9343424   Jonathan Young       141 Allenby Road       Wellington Point, QLD 4160       AUSTRALIA
9343419   Jun Chen aka Jonathan Ho       C/O Wayne Wei Zhu, Esq.       4125 Kissena Blvd, Suite 112       Flushing, NY 11355 USA       Attn: Wayne Wei Zhu
9343436   Jun Liu       C/O Thompson Hine       335 Madison Avenue, 12th Floor       New York, NY 10017 USA       Attn: Brian P. Lanciault, Esq.
9343430   Kaixin Hong       C/O HGT Law       250 Park Avenue, 7th Floor       New York, NY 10177 USA       Attn: Hung Ta
9343447   Keyi Zilkie       c/o Giordano, Halleran &. Ciesla, P.C.       1250 Broadway, 36th Floor       New York, NY 10010 USA       Attn: Christopher Marino
9343418   Lamp Capital, LLC       Attn: Bernardo Enriquez       667 Madison Avenue       New York, NY 10065
9343415   Liehong Zhuang/Xiao Yan Zhu       C/O Trexler & Zhang, LLP       224 West 35th Street, 12th Floor       New York, NY 10001 USA       Attn: Jonathan T. Trexler, Esq.
9343437   Linda Cheng       C/O Thompson Hine       335 Madison Avenue, 12th Floor       New York, NY 10017 USA       Attn: Brian P. Lanciault, Esq.
9343438   Mao−Fu Weng       C/O Thompson Hine       335 Madison Avenue, 12th Floor       New York, NY 10017 USA       Attn: Brian P. Lanciault, Esq.
9343411   Nan Tong Si Jian       C/O Kevin Kerveng Tung, P.C.       136−20 38th Avenue, Suite 3D & 3F       Flushing, NY 11354 USA       Attn: Kevin Tung, Esq.

| | | | | |
|---|---|---|---|---|
| 9343407 | Ning Ye | c/o Law Office of Ning Ye, Esq. | 135–11 38th Avenue, Suite 1A | Flushing, NY 11354    Attn: Ning Ye, Esq. |
| 9343451 | Rong Zhang | C/O Wolf Haldenstein Adler Freeman & Her | 270 Madison Avenue | New York, NY 10016 USA    Attn: Matthew Guiney |
| 9343439 | RuQin Wang | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343405 | Rui Ma | 900 Third Avenue, 18th Floor | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo    New York, NY 10022 |
| 9343426 | SHI | C/O Thompson Hine | 20 N. Clark St., Ste 3200 | Chicago, IL 60602 USA    Attn: Steven A. Block, Esq. |
| 9343417 | Samuel Nunberg | C/O Nesenoff & Miltenberg, LLP | 363 Seventh Ave, 5th Floor | New York, NY 10001 USA    Attn: Andrew T. Miltenberg, Esq. |
| 9343440 | Teli Chen | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343422 | WA&HF, LLC/Ruizeng An | C/O AFN Law | 41 Madison Avenue, 31st Floor | New York, NY 10010 USA    Attn: Angus Ni, Esq. |
| 9343427 | WANG | C/O Carmody Torrance Sandak & Hennessey | 195 Church Street, P.O. Box 1950 | New Haven, CT 6509 USA    Attn: David Grudberg |
| 9343416 | Weican Meng/Boxun, Inc. | C/O Arkin Solbakken, LLP | 900 Third Avenue, 18th Floor | New York, NY 10022 USA    Attn: Robert C. Angelillo |
| 9343441 | Weiguo Sun | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343442 | Weixiand Ge | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343429 | Wen Lin | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |
| 9343433 | Xiaobo He | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |
| 9343453 | Xiaodan Wang | C/O Wolf Haldenstein Adler Freeman & Her | 270 Madison Avenue | New York, NY 10016 USA    Attn: Matthew Guiney |
| 9343432 | Xiaoping Luo | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |
| 9343443 | Xingyu Yan | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343454 | Xiong Xian Wei Ye | C/O Kevin Tung, Esq. | 136–20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 USA    Attn: Kevin Tung, Esq |
| 9343423 | Xiqiu Fu | c/o The Lanier Law Firm | 10940 W. Sam Houston Pkwy N., Suite 100 | Houston, TX 77064 USA    Attn: Lawrence P. Wilson |
| 9343448 | YUNXIA WU | c/o Giordano, Halleran &. Ciesla, P.C. | 1250 Broadway, 36th Floor | New York, NY 10010 USA    Attn: Christopher Marino |
| 9343444 | Yan Gao | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343413 | Yan Zhao | C/O Law Office of Ning Ye, Esq. | 135–11 38th Avenue, Suite 1A | Flushing, NY 11354 USA    Attn: Ning Ye, Esq. |
| 9343409 | Yang Lan and Wu Zheng | 900 Third Avenue, 18th Floor | c/o Arkin Solbakken, LLP | New York, NY 10022    Attn: Robert C. Angelillo |
| 9343445 | Yi Li | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343446 | Ying Liu | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343414 | Yua Hua Zhuang Shi | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. |
| 9344053 | Yue Hua Zhu Shi | 136–20 38th Avenue, Suite 3D | c/o Kevin Kerveng Tung, P.C. | Flushing, NY 11354    Attn: Kevin Tung, Esq. |
| 9343456 | Zhen Yuan Jian Zhu | C/O Kevin Tung, Esq. | 38th Avenue, Suite 3d | Flushing, NY 11354 USA |
| 9343428 | Zhengjun Dong | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |

TOTAL: 56