# File an Order:

22-50073 Ho Wan Kwok

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 5 (Bridgeport) |
| Assets: y | Judge: jam | Case Flag: DebtEd |

**22-50073:** *pdfdoc2 form:*

> Error: error: No document found for pdf form

---

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Esposito, Pamela entered on 3/4/2022 at 11:41 AM EST and filed on 3/4/2022

**Case Name:** Ho Wan Kwok
**Case Number:** 22-50073
**Document Number:** 71

**Docket Text:**
**ORDER GRANTING IN PART MOTION TO EXPEDITE HEARING.** On March 2, 2022, Pacific Alliance Asia Opportunity Fund, L.P. ("PAX") filed a Motion for Entry of Order Confirming the Inapplicability of the Automatic Stay or, in the alternative, Relief from the Automatic Stay (the "Stay Motion," ECF No. 57), and a Motion to Schedule Hearing and Limit Notice on the Stay Motion (the "Motion to Expedite Hearing," ECF No. 58). Upon review of the Motion to Expedite Hearing, it is hereby:
**ORDERED:** The Motion to Expedite Hearing is **GRANTED IN PART.** A preliminary hearing on the Stay Motion will be held on March 22, 2022 at 2:00 p.m. in the United States Bankruptcy Court for the District of Connecticut, 915 Lafayette Boulevard, Bridgeport, CT 06604; and it is further
**ORDERED:** Any objection to the Stay Motion shall be filed at or before 5:00 p.m. on March 15, 2022, and replies to an objection, if any, shall be filed at or before 5:00 p.m. on March 18, 2022; and it is further
**ORDERED:** At or before 5:00 p.m. on March 4, 2022, counsel for PAX shall serve this Order on: (i) the 20 Largest Unsecured Creditors via email or overnight mail so that it is received no later than March 7, 2022; and (ii) the United States Trustee and all parties who have appeared in the case, and all parties in accordance with the applicable Federal Rules of Bankruptcy Procedure and Local Rules of Bankruptcy Procedure; and it is further
**ORDERED:** At or before 5:00 p.m. on March 8, 2022, counsel for PAX shall file a Certificate of Service demonstrating that service has been made in compliance with this Order. Signed by Judge Julie A. Manning on March 4, 2022. (Esposito, Pamela)

The following document(s) are associated with this transaction:

**22-50073 Notice will be electronically mailed to:**

William Baldiga on behalf of Debtor Ho Wan Kwok
wbaldiga@brownrudnick.com

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

Dylan Kletter on behalf of Debtor Ho Wan Kwok
dkletter@brownrudnick.com,
adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;rstark@brownrudnick.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com

Bennett Silverberg on behalf of Debtor Ho Wan Kwok
bsilverberg@brownrudnick.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

**22-50073 Notice will not be electronically mailed to:**

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
holley.l.claiborn@usdoj.gov