# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 3/4/2022 |
| Case: 22–50073 | Form ID: pdfdoc2 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust     U. S. Trustee     USTPRegion02.NH.ECF@USDOJ.GOV
aty     Holley L. Claiborn     holley.l.claiborn@usdoj.gov
aty     Patrick M. Birney     pbirney@rc.com

TOTAL: 3