**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok[1]<br><br>               Debtor.<br><br>Pacific Alliance Asia Opportunity Fund L.P.,<br><br>               Movant,<br><br>vs.<br><br>Ho Wan Kwok,<br><br>               Respondent | Chapter 11 Case No.<br><br>22-50073 (JAM)<br><br><br><br><br><br><br><br><br><br>March 4, 2022 |

## CERTIFICATION OF SERVICE

I, Patrick M. Birney, certify that on March 4, 2022, I caused a true and correct copy of the *Court Order Granting In Part Motion to Expedite Hearing* [ECF 72] to be served via electronic mail, on the parties identified on the list attached hereto as Exhibit A and via overnight mail to those parties listed on the list attached hereto as Exhibit B.

Dated:  Hartford, Connecticut  
         March 4, 2022

Respectfully submitted,  
**Pacific Alliance Asia Opportunity Fund L.P**

By: */s/ Patrick M. Birney*  
    Patrick M. Birney, Esq. (CT No. 19875)  
    ROBINSON & COLE LLP  
    280 Trumbull Street  
    Hartford, CT 06103  
    Telephone: (860) 275-8290  
    Facsimile: (860) 275-8299  
    pbirney@rc.com

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

# EXHIBIT A

**20 Largest Creditors[2]**

Golden Spring New York
Max Krasner
162 E. 64th Street
New York, NY 10605
mkrasner@gsnyus.com

Rui Ma
c/o Arkin Solbakken, LLP
Attn: Robert C. Angelillo
900 Third Avenue, 18th Floor
New York, NY 10022
rangelillo@arkin-law.com

Cheng Jian Wu Jian She
c/o Kevin Tung
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354
ktung@kktlawfirm.com

Ning Ye
c/o Law Office of Ning Ye, Esq.
135-11 38th Avenue, Suite 1A
Flushing, NY 11354
yeningusa@gmail.com

Guo Baosheng
c/o Law Office of Ning Ye, Esq.
135-11 38th Avenue, Suite 1A
Flushing, NY 11354
yeningusa@gmail.com

Yan Lan and Wu Zheng
c/o Arkin Solbakken, LLP
Attn: Robert C. Angelillo
900 Third Avenue, 18th Floor
New York, NY 10022
rangelillo@arkin-law.com

Hong Qi Qu
c/o Kevin Tung
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354
ktung@kktlawfirm.com

Nan Tong Si Jian
c/o Kevin Tung
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354
ktung@kktlawfirm.com

Jian Gong
c/o Kevin Tung
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354
ktung@kktlawfirm.com

Yan Zhao
c/o Law Office of Ning Ye, Esq.
135-11 38th Avenue, Suite 1A
Flushing, NY 11354
yeningusa@gmail.com

Yua Hua Zhuang Shi
c/o Kevin Tung
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354
ktung@kktlawfirm.com

Liehong Zhuang/Xiao Yan Zhu
c/o Trexler & Zhang, LLP
Attn: Jonathan T. Trexler, Esq.
224 West 35th Street, 12th Floor
New York, NY 10001
jtrexler@trexlerlaw.com

---

[2] Based on the *Second Amended 20 Largest Unsecured Creditors* [ECF 20] and not including Movant Pacific Alliance Asia Opportunity Fund L.P.

Weican Meng/Boxun, Inc.
c/o Arkin Solbakken, LLP
Attn: Robert C. Angelillo
900 Third Avenue, 18th Floor
New York, NY 10022
rangelillo@arkin-law.com

Lamp Capital, LLC
c/o Bernardo Enriquez
667 Madison Avenue
New York, NY 10065
bernardo@lampcapital.org

Yue Hua Zhu Shi
c/o Kevin Tung
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354
ktung@kktlawfirm.com

Huizen Wang
c/o Girodano Halleran Ciesla PC
Attn: Christopher Marino
1250 Broadway 36th Floor
New York, NY 10010
cmarino@ghclaw.com

Samuel Nunberg
c/o Nesenoff & Miltenberg, LLP
Attn: Andrew T. Miltenberg
363 Seventh Ave., 5th Floor
New York, NY 10001
amiltenberg@nmllplaw.com

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu
4125 Kissena Blvd., Suite 112
Flushing, NY 11355
zhulawoffice@gmail.com

Xiong Xian Wei Ye
c/o Kevin Tung
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354
ktung@kktlawfirm.com

**Counsel for the Debtor, Han Wo Kwok**
**BROWN RUDNICK LLP**
William Baldiga
Dylan Kletter
Bennett Silverberg
185 Asylum Street
Hartford, CT 06103
wbaldiga@brownrudnick.com
dkletter@brownrudnick.com
bsilverberg@brownrudnick.com

**Other Parties Requesting Notice**
Logan Cheng
c/o Randazza Legal Group, PLLC
Attn: Jay Marshall Wolman
100 Pearl Street, 14th Floor
Hartford, CT 06103
jmw@randazza.com

**Office of the United States Trustee**
Holley L. Claiborn on behalf of the U.S. Trustee
Office of the United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
Holley.l.claiborn@usdoj.gov
USTPRegion02.NH.ECF@usdoj.gov

## EXHIBIT B

**Internal Revenue Service**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5-Q30-133
Philadelphia, PA 19104