Connecticut Local Form Change of Address 06/2020

# United States Bankruptcy Court
# District of Connecticut

| Name(s) of Debtor(s) listed on the bankruptcy case: Ho Wan Kwok | Case No.: 22-50073 |
| --- | --- |
| | Adversary Proceeding No.: |
| | Chapter: 11 |

## CHANGE OF MAILING ADDRESS FOR DEBTOR, CREDITOR or OTHER PARTY IN INTEREST

This change of mailing address is submitted by: *(Mark only one)*

☒ Debtor  ☐ Joint Debtor  ☐ Creditor  ☐ Other _____

*(Party in interest, plaintiff, defendant, professional retained by the estate, etc.)*

Full Name: Ho Wan Kwok

*Separate forms must be completed for each requestor updating their address.*

**List the address previously provided to the Court:**

162 East 64th Street
Street Address - Line 1

_____
Street Address - Line 2

c/o Golden Spring (New York) Ltd.
ATTN: Line (if applicable, for Creditor)

New York, NY 10065
City, State and Zip Code

**List the new address:**

373 Taconic Road
(new) Street Address - Line 1

_____
(new) Street Address - Line 2

_____
(new) ATTN: Line (if applicable, for Creditor)

Greenwich, CT 06831
(new) City, State and Zip Code

Ho Wan Kwok
Filer's printed full name | Title of corporate officer, partner, or agent (if applicable)

[signature]  3/10/2022
Filer's signature | Date