# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>    Debtor. | CHAPTER 11<br><br>Case No. 22-50073 (JAM)<br><br>March 15, 2022 |

## NOTICE OF APPEARANCE, REQUEST FOR NOTICES AND DEMAND FOR SERVICE OF PAPERS

 PLEASE TAKE NOTICE that Kristin B. Mayhew, Esquire, of McElroy, Deutsch, Mulvaney & Carpenter, LLP, 30 Jelliff Lane, Southport, Connecticut 06890-1436, hereby enters her appearance as counsel on behalf of **RUI MA, ZHENG WU, and WEICAN MENG** in the above-referenced bankruptcy proceeding, and hereby requests, pursuant to 11 U.S.C. 1109(b) and Rules 2002, 9007, 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure that a true, complete and accurate copy of each and every notice required to be given in the above-captioned case, as well as all copies of pleadings and other papers filed in the above matter, be directed to:

   Kristin B. Mayhew, Esquire
   McElroy, Deutsch, Mulvaney & Carpenter, LLP
   30 Jelliff Lane
   Southport, CT  06890-1436
   Tel.: 203.319.4022
   Fax: 203.259.0251
   E-mail kmayhew@mdmc-law.com

 PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without

limitation, orders and notices of any application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way, the rights or interests of the Debtors with respect to the above-captioned proceeding.

Dated:  March 15, 2022				By:      /s/ Kristin B. Mayhew
					Kristin B. Mayhew – ct20896
					McElroy, Deutsch, Mulvaney & Carpenter, LLP
					30 Jelliff Lane
					Southport, CT  06890-1436
					Tel.:    203.319.4022
					Fax:    203.259.0251
					Email   kmayhew@mdmc-law.com

2

## CERTIFICATE OF SERVICE

    I, Kristin B. Mayhew, hereby certify that a copy of the foregoing Notice of Appearance was filed electronically with the Court on March 15, 2022. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

                                       /s/ Kristin B. Mayhew  
                                       Kristin B. Mayhew