UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re: <br><br> HO WAN KWOK, <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-50073 (JAM) <br><br><br> Re: Docket No. 57 |

**STATEMENT OF CREDITORS RUI MA AND ZHENG WU IN
QUALIFIED SUPPORT OF RELIEF REQUESTED BY PACIFIC ALLIANCE ASIA
OPPORTUNITY FUND L.P.**

Creditors Rui Ma and Zheng Wu ("**Creditors**"), by and through their undersigned counsel, hereby submit this statement in qualified support of the request by Pacific Alliance Asia Opportunity Fund L.P. ("**PAX**") for certain relief in connection with the automatic stay in this case [Docket No. 57] (the "**Motion**"), and respectfully states as follows:

1.  The Motion and supporting exhibits describe a lengthy and unbroken record of contumacious behavior by the Debtor that is egregious and an affront to the judicial system. The Creditors' experiences with the Debtor, and the basis for their claims in this case, are even more shocking and further establish that the Debtor believes himself to be above the law and is utterly incapable of acting in good faith with respect to his creditors or the judicial system.

2.  The extensive efforts of PAX to pursue the Debtor and his assets are commendable and advance the interests of creditors generally, particularly because the Debtor is highly practiced at obfuscating his assets and interests in shells of family and nominees. Accordingly, the Creditors support the relief requested by PAX in the Motion, and fully support the exercise by the New York Supreme Court of its full powers under NY Judiciary Act § 753 against the

1

Debtor. As massive monetary sanctions have failed to prompt corrective behavior by the Debtor, the Creditors submit that such an outcome is not only appropriate but would be in the best interests of the estate.

3. However, the Creditors submit that the order proposed by PAX should be clarified to avoid any potential unintended consequences to creditors generally, and request that any order authorizing the requested relief for PAX include the following language:

> ORDERED that any payment from or property of the Debtor obtained or marshalled by Movant through any such contempt orders is property of the estate to be disposed of in accordance with the Bankruptcy Code and subject to further order of this Court, and the rights of all parties in interest with respect thereto are reserved in all respects; and it is further
>
> ORDERED that, absent further order of the Court, any portion of Movant's claims against the Debtor resulting from the accrual of monetary civil contempt sanctions against the Debtor after the commencement of this case shall not be paid or satisfied prior to the satisfaction in full of all allowed claims of creditors who are not insiders or affiliates of the Debtor.

4. The Creditors reserve all of their rights with respect to the claims of any party in interest to property of the estate and to the distribution of any such property.

Dated: March 15, 2022

/s/  Kristin B. Mayhew
Kristin B. Mayhew (ct20896)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
30 Jelliff Lane
Southport, CT  06890-1436
Tel.(203) 319-4000
Fax(203) 259-0251
Email: kmayhew@mdmc-law.com- and -

        Carollynn H.G. Callari (*pro hac vice* pending)
        David S. Forsh (*pro hac vice* pending)
        **CALLARI PARTNERS LLC**
        1800 Avenue of the Stars, 12th Floor
        Los Angeles, CA 90067
        Telephone:  (212) 202-3050
        Email:      ccallari@callaripartners.com
                        dforsh@callaripartners.com

        *Attorneys for Rui Ma and Zheng Wu*

KBM/234446/0002/1818467v1
03/15/22-HRT/KLW

## CERTIFICATE OF SERVICE

I, Kristin B. Mayhew, hereby certify that a true and accurate copy of the foregoing Statement of Creditors Rui Ma and Zheng Wu in Qualified Support of Relief Requested by Pacific Alliance Asia Opportunity Fund L.P. was filed with the Court on March 15, 2022. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

/s/ Kristin B. Mayhew
Kristin B. Mayhew