**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| In re: | CHAPTER 11 |
| HO WAN KWOK, | Case No. 22-50073(JAM) |
| Debtor. | March 15, 2022 |

**MOTION FOR AN ORDER ADMITTING**
**CAROLLYNN CALLARI *PRO HAC VICE***

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut as incorporated by Local Rules of Bankruptcy Procedure 9083-1, 9083-2 and 9083-3 of the United States Bankruptcy Court for the District of Connecticut, Kristin B. Mayhew, a member of the Bar of the United States District Court for the District of Connecticut, moves this Court to permit the appearance of Carollynn H.G. Callari, of the law firm Callari Partners, LLC (the "Admittee"), to practice *pro hac vice* before the United States Bankruptcy Court for the District of Connecticut on behalf of creditors Rui Ma, Zheng Wu and Weican Meng in the above-referenced action. In support of this Motion, the undersigned respectfully represents to the Court the following:

1. Carollynn H.G. Callari is as member in good standing of the bars of the State of New York (Bar #2674208) and the State of New Jersey (Bar #053961994).

2. Ms. Callari has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

3.      Ms. Callari has not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.  Ms. Callari has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut and the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Connecticut.  An Affidavit from Ms. Callari attesting to these representations is appended hereto as **Exhibit A**.

4.      Ms. Callari maintains an office at One Rockefeller Plaza, 10th Floor, New York, New York 300 10020, Telephone (212) 202-3050, Fax (732) 243-0163 and email at ccallari@callaripartners.com.

5.      The $200.00 fee required by D. Conn. L. Civ. R. 83.1(d)(3) for Ms. Callari's admission *pro hac vice* is tendered herewith.

6.      In accordance with D. Conn. L. Civ. R. 83.1(c), the undersigned agrees to accept service on behalf of Ms. Callari.

7.      Attorney Callari has designated the undersigned as her agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of her admission, in accordance with Local Rule 83.1(d).

WHEREFORE, Kristin B. Mayhew respectfully requests that this Court grant Ms. Callari permission to appear *pro hac vice* in this matter.

          By   /s/ Kristin B. Mayhew
               Kristin B. Mayhew (ct20896)
               McElroy, Deutsch, Mulvaney & Carpenter, LLP
               30 Jelliff Lane
               Southport, CT  06890-1436
               Tel.  (203) 319-4000
               Fax  (203) 259-0251
               Email: kmayhew@mdmc-law.com