# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br>                Debtor. | CHAPTER 11<br><br>Case No. 22-50073(JAM)<br><br>March 15, 2022 |

**AFFIDAVIT IN SUPPORT OF MOTION FOR AN ORDER ADMITTING
CAROLLYNN H.G. CALLARI *PRO HAC VICE***

STATE OF NEW YORK    )
                                        )    ss.
COUNTY OF NEW YORK )

1. I, Carollynn Callari, am over the age of 21 years and believe in the obligations of an oath.

2. I am a partner in the law firm of office of Callari Partners which maintains an office at One Rockefeller Plaza, 10th Floor, New York, New York 300 10020, Telephone (212) 202-3050, Fax (732) 243-0163 and email at ccallari@callaripartners.com.

3. I am a member in good standing of the bars of the State of New York (Bar #2674208) and the State of New Jersey (Bar #053961994).

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. I do not have any grievances pending against me and I have not been denied admission, reprimanded, suspended, disbarred or disciplined by any Court.

6.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut and the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Connecticut.

7.  I designate Attorney Kristin B. Mayhew as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned matter.

Dated this 15th day of March, 2022.

*Carollynn H.G. Callari*
Carollynn H.G. Callari

Subscribed and sworn to before me
this 15 day of March, 2022.

_____
Notary Public
My Commission expires:

Arianna A. Berardi
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 50104966
MY COMMISSION EXPIRES May 15, 2024