**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| HO WAN KWOK, | : | Case No. 22-50073(JAM) |
| Debtor. | : |  |
|  | : |  |

**PROPOSED ORDER GRANTING MOTION FOR AN ORDER**
**ADMITTING CAROLLYNN H.G. CALLARI *PRO HAC VICE***

AND NOW, upon consideration of the Motion of Kristin B. Mayhew for an Order Admitting Carollyn H.G. Callari *Pro Hac Vice* (the "Motion"), and any and all responses thereto, it is hereby

ORDERED that the Motion is GRANTED, that Carollynn H.G. Callari is admitted *pro hac vice*, and it is further

ORDERED that Kristin B. Mayhew will receive service on behalf of Ms. Callari in accordance with D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 9083-3.

_____
The Honorable Julie A. Manning
Chief United States Bankruptcy Judge

KBM/234446/0002/1818457v1
03/15/22-HRT/KBM