## CERTIFICATE OF SERVICE

I, Kristin B. Mayhew, hereby certify that a true and accurate copy of the foregoing Motion for an Order Admitting Carollyn H.G. Callari *Pro Hac Vice* was filed with the Court on March 15, 2022. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

/s/ Kristin B. Mayhew
Kristin B. Mayhew

KBM/234446/0002/1818457v1
03/15/22-HRT/KLW