**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| HO WAN KWOK, | : | Case No. 22-50073(JAM) |
|                 Debtor. | : | |
| | : | March 16, 2022 |

**MOTION FOR AN ORDER ADMITTING**
**DAVID S. FORSH *PRO HAC VICE***

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut as incorporated by Local Rules of Bankruptcy Procedure 9083-1, 9083-2 and 9083-3 of the United States Bankruptcy Court for the District of Connecticut, Kristin B. Mayhew, a member of the Bar of the United States District Court for the District of Connecticut, moves this Court to permit the appearance of David S. Forsh of the law firm Callari Partners, LLC (the "Admittee"), to practice *pro hac vice* before the United States Bankruptcy Court for the District of Connecticut on behalf of creditors Rui Ma, Zheng Wu and Weican Meng in the above-referenced action. In support of this Motion, the undersigned respectfully represents to the Court the following:

    1.    David S. Forsh is as member in good standing of the bars of the State of New York (Bar # 4596680) and the State of Texas (Bar # 24094202).

    2.    Mr. Forsh has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

3. Mr. Forsh has not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.  Mr. Forsh has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut, the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.  A Declaration from Mr. Forsh attesting to these representations is appended hereto as **Exhibit A**.

4. Mr. Forsh maintains an office at One Rockefeller Plaza, 10th Floor, New York, New York 300 10020, Telephone (212) 202-3050, Fax (732) 243-0163 and email at dforsh@callaripartners.com .

5. The $200.00 fee required by D. Conn. L. Civ. R. 83.1(d)(3) for Mr. Forsh's admission *pro hac vice* is tendered herewith.

6. In accordance with D. Conn. L. Civ. R. 83.1(c), the undersigned agrees to accept service on behalf of Mr. Forsh.

7. Attorney Forsh has designated the undersigned as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission, in accordance with Local Rule 83.1(d).

WHEREFORE, Kristin B. Mayhew respectfully requests that this Court grant Mr. Forsh permission to appear *pro hac vice* in this matter.

By   /s/ Kristin B. Mayhew
Kristin B. Mayhew (ct20896)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
30 Jelliff Lane
Southport, CT  06890-1436
Tel.  (203) 319-4000
Fax  (203) 259-0251
Email: kmayhew@mdmc-law.com