# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br>      Debtor. | CHAPTER 11<br><br>Case No. 22-50073(JAM)<br><br>March 16, 2022 |

**DECLARATION OF DAVID S. FORSH
IN SUPPORT OF ADMISSION *PRO HAC VICE***

I, David S. Forsh, make this declaration pursuant to 28 U.S.C. §1746 as follows:

1. I am a partner in the law firm of Callari Partners which maintains an office at One Rockefeller Plaza, 10th Floor, New York, New York 300 10020, Telephone (212) 202-3050, Fax (732) 243-0163 and email at dforsh@callaripartners.com.

2. I submit this declaration in support of admission to practice *pro hac vice* before this Court in connection with the above-captioned matter that is pending before this Court. I am over the age of 21 years and if called upon to testify, I could and would testify competently to the facts set forth herein.

3. I am a member in good standing of the bars of the State of New York (Bar # 4596680) and the State of Texas (Bar # 24094202).

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. I do not have any grievances pending against me and I have not been denied admission, reprimanded, suspended, disbarred or disciplined by any Court.

6. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut, the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

7. I designate Attorney Kristin B. Mayhew as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of March, 2022.

_____
David S. Forsh