## CERTIFICATE OF SERVICE

I, Kristin B. Mayhew, hereby certify that a true and accurate copy of the foregoing Motion for an Order Admitting David S. Forsh *Pro Hac Vice* was filed with the Court on March 16, 2022.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's CM/ECF System.

       /s/ Kristin B. Mayhew
Kristin B. Mayhew