# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 3/17/2022 |
| Case: 22−50073 | Form ID: pdfdoc2 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     U. S. Trustee     USTPRegion02.NH.ECF@USDOJ.GOV
aty     Holley L. Claiborn     holley.l.claiborn@usdoj.gov

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
            Craig R. Jalbert, CIRA     Verdolino & Lowey, P.C.     124 Washington Street     Foxboro, MA 02035
            Stretto     Sheryl Betance, Senior Managing Director     410 Exchange, Ste. 100     Irvine,, CA 92602

TOTAL: 2