UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>        Debtor. | Case No. 22-50073 (JAM)<br><br>Chapter 11<br><br>**CREDITOR LOGAN CHENG'S REPLY TO OBJECTION TO MOTION TO STAY** |

        Creditor Logan Cheng, by and through undersigned counsel, hereby replies to Debtor's Objection [ECF No. 83] to the Motion of Pacific Alliance Asia Opportunity Fund L.P. for Entry of an Order Confirming the Inapplicability of the Automatic Stay or, in the Alternative, Relief from the Automatic Stay Pursuant to Section 362(d)(2) of the Bankruptcy Code, dated March 1, 2022 [ECF No. 57] (the "PAX Motion"), filed by Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), and states as follows:

        1.     Creditor joins the Statement of Creditors Rui Ma and Zheng Wu in Qualified Support of Relief Requested by Pacific Alliance Asia Opportunity Fund L.P. [ECF No. 84].

        2.     Creditor concurs that Debtor's contumacious misconduct must be the subject of redress, and Creditor fully supports the relief sought by PAX, with the proposed modifications to PAX's proposed order submitted by Creditors Ma and Wu.

        3.     Debtor's assets must be properly marshalled, and the use of shell companies cannot be countenanced. For example, in Debtor's *Global Notes* [ECF No. 77], on page 12 thereof, Debtor acknowledges that Eastern Profit Corporation Limited ("Eastern Profit") was determined to be "in essence, a shell corporation for" the Debtor.[1] Yet, Debtor, through that very same Eastern Profit entity, is engaged in collections litigation in the U.S. District Court for the Eastern District of Virginia, against its own judgment debtor, spending what must be presumed to be assets of

---

[1] Oddly, Debtor states he is "schedul[ing] this action", *i.e.*, the action against Strategic Vision in the Southern District of New York, but the S.D. N.Y. action is actually omitted from the Schedule in response to SOFA Question 9, and the E.D. Virginia collections litigation is omitted as well.

RANDAZZA | LEGAL GROUP

Debtor's Estate, paying the same law firm, Schulman Bhattacharya, LLC, that is listed as a six-figure creditor in Debtor's schedules. *See Eastern Profit Corp. Ltd. v. Strategic Vision US, LLC,* Case No. 1:21-mc-00027-EDA-TCB (E.D. Va. filed Nov. 26, 2021). That collections litigation is seemingly ongoing, with counsel for Strategic Vision US appearing on February 25, 2022, after the Petition was filed in this matter, which must be presumed to be in relation to post-judgment discovery matters.

WHEREFORE Creditor Logan Cheng respectfully requests this Honorable Court allow the PAX Motion, as modified.

Dated: March 18, 2022.                                   Respectfully submitted,

/s/ Jay M. Wolman_____
Jay M. Wolman – ct29129 of
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
P: 702-420-2001
F: 305-437-7662
ecf@randazza.com

*Counsel for Creditor*
*Logan Cheng f/k/a Shui-Yuan Cheng*

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that on March 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Jay M. Woman ct29129
Jay M. Wolman

RANDAZZA | LEGAL GROUP