**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>Debtor. | Chapter 11 Case No.<br><br>Case No. 22-50073 (JAM) |

**MOTION OF PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO REPLY IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER CONFIRMING THE INAPPLICABILITY OF THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d)(2) OF THE BANKRUPTCY CODE**

Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), creditor of the above-captioned debtor ("Kwok" or the "Debtor"), by and through its undersigned counsel, hereby moves (the "Motion") for authorization to exceed any page limit requirements for *Pacific Alliance Asia Opportunity Fund L.P.'s Reply in Support of Motion for Entry of an Order Confirming the Inapplicability of the Automatic Stay or, in the Alternative, Relief from the Automatic Stay Pursuant to Section 362(d)(2) of the Bankruptcy Code* (the "Reply"), filed concurrently herewith. Although the instant matter is a contested matter rather than an adversary proceeding subject to the limitations of Local Rule 7007-2(a), PAX files this Motion out of an abundance of caution and in support respectfully states as follows:

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

24552058-v2

## BACKGROUND

1. On March 1, 2022, PAX filed the *Motion of Pacific Alliance Asia Opportunity Fund L.P. for Entry of an Order Confirming the Inapplicability of the Automatic Stay or, in the Alternative, Relief from the Automatic Stay Pursuant to Section 362(d)(2) of the Bankruptcy Code* [ECF No. 57] (the "Stay Motion").

2. On March 15, 2022, the Debtor filed the *Debtor's Objection to Motion of Pacific Alliance Asia Opportunity Fund L.P. for Entry of an Order Confirming the Inapplicability of the Automatic Stay or, in the Alternative, Relief from the Automatic Stay Pursuant to Section 362(d)(2) of the Bankruptcy Code* [ECF No. 83] (the "Objection").

3. To address the issues that were raised in the Objection, the Reply details the *Rooker-Feldman* doctrine and principles of *res judicata*; corrects numerous misrepresentations made in the Objection; and distinguishes the inapposite cases cited by the Debtor. In addition, the Reply contains relevant factual background of the voluminous relevant state court proceedings. As a result, the Reply totals seventeen (17) pages.

## BASIS FOR RELIEF

4. Local Rule 7007-2(a) provides, among other things, that a "reply brief shall not exceed ten (10) pages." Local Bankr. R. 7007-2(a). Although Local Rule 7007-2(a) applies on its face only to briefs in adversary proceedings (and not expressly to contested matters) in an abundance of caution PAX seeks leave of the Court to exceed the 10 pages,[2] and cause exists to grant the requested relief.

---

[2] The Debtor appears to share in this understanding insofar as its Objection exceeds the page limits imposed by Local Rule 7007-2(a), as well.

24552058-v2

5. The Stay Motion and subsequent Objection concern a number of legal doctrines and standards, as well as a complex factual background. Moreover, the Debtors' 30-page Objection mischaracterized not only the historical litigation's facts and findings but also the Stay Motion itself. PAX required in excess of 10 pages to adequately explicate the law, describe the facts, and correct the Debtor's mischaracterizations.

6. For these reasons, should Local Rule 7007-2(a) apply to the Reply, cause exists to grant PAX leave to exceed the page limit.

WHEREFORE, PAX respectfully requests the entry of an order, substantially in the form attached hereto as Exhibit A, granting (a) PAX leave to exceed the page limitation imposed by Local Rule 7007-2(a) and (b) such other and further relief as the Court deems just and proper.

*[ Signature block follows on next page ]*

| | |
|---|---|
| Dated: March 18, 2022<br>Hartford, Connecticut | **The Movant,**<br>Pacific Alliance Asia Opportunity Fund L.P<br><br>By: */s/ Patrick M. Birney*<br>Patrick M. Birney (CT No. 19875)<br>Annecca H. Smith (CT No. 31148)<br>**ROBINSON & COLE LLP**<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-8275<br>Facsimile: (860) 275-8299<br>E-mail: pbirney@rc.com<br>       asmith@rc.com<br><br>-and-<br><br>Peter Friedman (admitted *pro hac vice*)<br>Stuart M. Sarnoff (admitted *pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>Email: pfriedman@omm.com<br>       ssarnoff@omm.com |

24552058-v2