# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok,[1]<br><br>               Debtor. | Chapter 11<br><br>Case No. 22-50073<br><br>March 18, 2022 |

## CERTIFICATION OF SERVICE

I, Patrick M. Birney, hereby certify that on the 18th day of March, 2022, (a) *Pacific Alliance Asia Opportunity Fund L.P.'s Reply in Support of Motion for Entry of an Order Confirming the Inapplicability of the Automatic Stay or, in the Alternative, Relief from the Automatic Stay Pursuant to Section 362(d)(2) of the Bankruptcy Code* [ECF No. 98] (the "Reply") and (b) the *Motion of Pacific Alliance Asia Opportunity Fund L.P. for Leave to Exceed Page Limit with Respect to Reply in Support of Motion for Entry of an Order Confirming the Inapplicability of the Automatic Stay or, in the Alternative, Relief from the Automatic Stay Pursuant to Section 362(d)(2) of the Bankruptcy Code* [ECF No. 99] were filed via the Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice to all parties receiving notification through CM/ECF.

                                                                                 */s/ Patrick M. Birney*_____
                                                                                  Patrick M. Birney

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.