United States Bankruptcy Court
District of Connecticut

In re:  
Ho Wan Kwok  
    Debtor

Case No. 22-50073-jam  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0205-5      User: admin      Page 1 of 3  
Date Rcvd: Mar 16, 2022      Form ID: pdfdoc1      Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ho Wan Kwok, 373 Taconic Road, Greenwich, CT 06831-2828 |
| aty | + | Carollynn H.G. Callari, Law Firm of Callari Partners, LLC, One Rockefeller Plaza, 10th Floor, New York, NY 10020-2073 |
| cr | + | Logan Cheng, c/o Randazza Legal Group, PLLC, 100 Pearl Street, 14th Floor, Hartford, CT 06103-4500 |
| 9343455 | + | Bi Hai Ge Lin, C/O Kevin Tung, Esq., 38th Avenue, Suite 3d, Flushing, NY 11354 USA 11363 |
| 9343425 | | CHENG (NY), c/o Randazza Law Firm, 2764 Sahara Dr., Suite 109, Las Vegas, NV 89117 USA |
| 9343450 | + | Chao-Chic Chiu, c/o Giordano, Halleran &. Ciesla, P.C., 1250 Broadway, 36th Floor, New York, NY 10010 USA 10001-3709, Attn: Christopher Marino |
| 9343406 | + | Cheng Jian Wu Jian She, c/o Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232, Attn: Kevin Tung, Esq. |
| 9343431 | + | Chenglong Wang, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9343452 | + | Chong Sheen Raphanella, C/O Wolf Haldenstein Adler Freeman & Her, 270 Madison Avenue, New York, NY 10016-0601, Attn: Matthew Guiney |
| 9343457 | + | Fu Le Hong Ma, C/O Kevin Tung, Esq., 38th Avenue, Suite 3d, Flushing, NY 11354 USA 11363 |
| 9343404 | + | Golden Spring New York, 162 E. 64th Street, New York, NY 10605 USA 10065-7478, Attn: Max Krasner |
| 9343408 | + | Guo Baosheng, c/o Law Office of Ning Ye, Esq., 135-11 38th Avenue, Suite 1A, Flushing, NY 11354-4440, Attn: Ning Ye, Esq. |
| 9343410 | + | Hong Qi Qu, c/o Kevin Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232, Attn: Kevin Tung, Esq. |
| 9343449 | + | Huizen Wang, c/o Giordano, Halleran &. Ciesla P.C., 1250 Broadway, 36th Floor, New York, NY 10010 USA 10001-3709, Attn: Christopher Marino |
| 9343421 | + | Jia Li Wang, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343435 | + | Jiamei Lu, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343412 | + | Jian Gong, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D, Flushing, NY 11354-4232, Attn: Kevin Tung, Esq. |
| 9343434 | + | Jianhu Yi and Qiuju Jia, C/O Arthur Angel, Esq., 1305 n. Poinsettia Place, Los Angeles, CA 90046-4305 |
| 9343419 | + | Jun Chen aka Jonathan Ho, C/O Wayne Wei Zhu, Esq., 4125 Kissena Blvd, Suite 112, Flushing, NY 11355-3150, Attn: Wayne Wei Zhu |
| 9343436 | + | Jun Liu, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343430 | + | Kaixin Hong, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9343447 | + | Keyi Zilkie, c/o Giordano, Halleran &. Ciesla, P.C., 1250 Broadway, 36th Floor, New York, NY 10010 USA 10001-3709, Attn: Christopher Marino |
| 9343418 | + | Lamp Capital, LLC, Attn: Bernardo Enriquez, 667 Madison Avenue, New York, NY 10065-8029 |
| 9343415 | + | Liehong Zhuang/Xiao Yan Zhu, C/O Trexler & Zhang, LLP, 224 West 35th Street, 12th Floor, New York, NY 10001-2532, Attn: Jonathan T. Trexler, Esq. |
| 9343437 | + | Linda Cheng, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343438 | + | Mao-Fu Weng, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343411 | + | Nan Tong Si Jian, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232, Attn: Kevin Tung, Esq. |
| 9343407 | + | Ning Ye, c/o Law Office of Ning Ye, Esq., 135-11 38th Avenue, Suite 1A, Flushing, NY 11354-4440, Attn: Ning Ye, Esq. |
| 9343451 | + | Rong Zhang, C/O Wolf Haldenstein Adler Freeman & Her, 270 Madison Avenue, New York, NY 10016-0601, Attn: Matthew Guiney |
| 9343439 | + | RuQin Wang, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343405 | + | Rui Ma, 900 Third Avenue, 18th Floor, c/o Arkin Solbakken, LLP, Attn: Robert C. Angelillo, New York, NY 10022-5000 |
| 9343426 | + | SHI, C/O Thompson Hine, 20 N. Clark St., Ste 3200, Chicago, IL 60602-5093, Attn: Steven A. Block, Esq. |
| 9343417 | + | Samuel Nunberg, C/O Nesenoff & Miltenberg, LLP, 363 Seventh Ave, 5th Floor, New York, NY 10001-3915, Attn: Andrew T. Miltenberg, Esq. |
| 9343440 | + | Teli Chen, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343422 | + | WA&HF, LLC/Ruizeng An, C/O AFN Law, 41 Madison Avenue, 31st Floor, New York, NY 10010-2345, Attn: Angus Ni, Esq. |
| 9343427 | + | WANG, C/O Carmody Torrance Sandak & Hennessey, 195 Church Street, P.O. Box 1950, New Haven, CT 6509 USA 06509-1950, Attn: David Grudberg |
| 9343416 | + | Weican Meng/Boxun, Inc., C/O Arkin Solbakken, LLP, 900 Third Avenue, 18th Floor, New York, NY 10022-5000, Attn: Robert C. Angelillo |
| 9343441 | + | Weiguo Sun, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343442 | + | Weixiand Ge, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343429 | + | Wen Lin, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |

| District/off: 0205-5 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 16, 2022 | Form ID: pdfdoc1 | Total Noticed: 56 |

| | | |
|---|---|---|
| 9343433 | + | Xiaobo He, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9343453 | + | Xiaodan Wang, C/O Wolf Haldenstein Adler Freeman & Her, 270 Madison Avenue, New York, NY 10016-0601, Attn: Matthew Guiney |
| 9343432 | + | Xiaoping Luo, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9343443 | + | Xingyu Yan, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343454 | + | Xiong Xian Wei Ye, C/O Kevin Tung, Esq., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232, Attn: Kevin Tung, Esq |
| 9343423 | + | Xiqiu Fu, c/o The Lanier Law Firm, 10940 W. Sam Houston Pkwy N., Suite 100, Houston, TX 77064-5768, Attn: Lawrence P. Wilson |
| 9343448 | + | YUNXIA WU, c/o Giordano, Halleran & Ciesla, P.C., 1250 Broadway, 36th Floor, New York, NY 10010 USA 10001-3709, Attn: Christopher Marino |
| 9343444 | + | Yan Gao, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343413 | + | Yan Zhao, C/O Law Office of Ning Ye, Esq., 135-11 38th Avenue, Suite 1A, Flushing, NY 11354-4440, Attn: Ning Ye, Esq. |
| 9343409 | + | Yang Lan and Wu Zheng, 900 Third Avenue, 18th Floor, c/o Arkin Solbakken, LLP, New York, NY 10022-5000, Attn: Robert C. Angelillo |
| 9343445 | + | Yi Li, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343446 | + | Ying Liu, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343414 | + | Yua Hua Zhuang Shi, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232, Attn: Kevin Tung, Esq. |
| 9344053 | + | Yue Hua Zhu Shi, 136-20 38th Avenue, Suite 3D, c/o Kevin Kerveng Tung, P.C., Flushing, NY 11354-4232, Attn: Kevin Tung, Esq. |
| 9343456 | + | Zhen Yuan Jian Zhu, C/O Kevin Tung, Esq., 38th Avenue, Suite 3d, Flushing, NY 11354 USA 11363 |
| 9343428 | + | Zhengjun Dong, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |

TOTAL: 56

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rui Ma |
| cr | | Weican Meng |
| cr | | Zheng Wu |
| 9343402 | | 22-50073 |
| 9343424 | | Jonathan Young, 141 Allenby Road, Wellington Point, QLD 4160, AUSTRALIA |
| 20 | | Pacific Alliance Asia Opportunity Fund L.P. |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2022              Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Annecca H. Smith | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com |
| Bennett Silverberg | |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 16, 2022 | Form ID: pdfdoc1 | Total Noticed: 56 |

|  |  |
|---|---|
| | on behalf of Debtor Ho Wan Kwok bsilverberg@brownrudnick.com |
| David V. Harbach, II | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com |
| Dylan Kletter | |
| | on behalf of Debtor Ho Wan Kwok dkletter@brownrudnick.com adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;rstark@brownrudnick.com |
| Holley L. Claiborn | |
| | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |
| Jay Marshall Wolman | |
| | on behalf of Creditor Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com |
| Kristin B. Mayhew | |
| | on behalf of Creditor Zheng Wu kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of Creditor Weican Meng kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of Creditor Rui Ma kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Patrick M. Birney | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com |
| Peter Friedman | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Stuart M. Sarnoff | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com |
| U. S. Trustee | |
| | USTPRegion02.NH.ECF@USDOJ.GOV |
| William Baldiga | |
| | on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com |
| William R. Baldiga | |
| | on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com |

TOTAL: 15

ct136                                                                                                                    04/2019

# United States Bankruptcy Court

## District of Connecticut



In re:  Ho Wan Kwok

Debtor*

Case Number: 22-50073

Chapter: 11

### ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

A Motion for admission for Attorney Carollynn H.G. Callari to appear as a visiting attorney was filed on March 15, 2022 (the "Motion", ECF No. 85), by local counsel, Attorney Kristin B. Mayhew (the "Sponsoring Attorney"). As the Motion satisfies the requirements of D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 1001-1(b); it is hereby

**ORDERED**: Attorney Carollynn H.G. Callari is hereby admitted *pro hac vice* for the purposes of this case only; and it is further

**ORDERED:** The Sponsoring Attorney is not excused from attendance in court pursuant to D. Conn. L. Civ. R. 83.1(d)(2).

Dated: March 16, 2022

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.