**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| HO WAN KWOK<br>a/k/a WENGUI GUO<br>a/k/a MILES GUO, | Case No. 22-50073 (JAM) |
| Debtor. | |

**UNITED STATES TRUSTEE'S MOTION TO EXPEDITE HEARING ON UNITED STATES TRUSTEE'S MOTION FOR AN ORDER DIRECTING THE APPOINTMENT OF AN EXAMINER OR, IN THE ALTERNATIVE, MOTION FOR <u>ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE</u>**

William K. Harrington, the United States Trustee for Region 2 ("United States Trustee"), respectfully moves, through counsel, pursuant to Fed. R. Bankr. P. 9006(c)(1), 9007, and 2002(m) for an order scheduling an expedited hearing on the United States Trustee's Motion For An Order Directing The Appointment Of An Examiner Or, In The Alternative, Motion For Order Directing The Appointment Of A Chapter 11 Trustee (the "Examiner/Trustee Motion"). In support of this motion, the United States Trustee respectfully represents and alleges as follows:

**FACTS**

1. Ho wan Kwok, also known as Wengui Guo and Miles Kwok ("Debtor"), filed a voluntary chapter 11 petition ("Petition") on February 15, 2022. ECF 1.

2. The Debtor's Petition was filed by the firm of Brown Rudnick LLP ("BR Counsel"). ECF 1. The Debtor recently filed an application to employ BR Counsel as his chapter 11 counsel. ECF 86. The Court has scheduled a hearing on April 12, 2022 to consider the application to employ BR Counsel. ECF 91.

1

3. As of the filing of this motion, the United States Trustee has not appointed an Official Committee of Unsecured Creditors.

4. The Debtor is a debtor in possession.

5. The meeting of creditors pursuant to 11 U.S.C. §341(a) is scheduled for March 21, 2022. ECF 6.

## RELIEF REQUESTED

6. Today, the United States Trustee has filed the Examiner/Trustee Motion seeking an order directing the appointment of an examiner pursuant to 11 U.S.C. § 1104(c)(1) and/or (2), or in the alternative, an order directing the appointment of a chapter 11 trustee pursuant to 11 U.S.C. § 1104(a)(2) and the United States Trustee seeks an expedited hearing on the Examiner/Trustee Motion.

7. Pursuant to Rule 9006(c)(1), the Court may reduce, for cause shown, the time period for scheduling of a hearing on the Examiner/Trustee Motion.

8. Pursuant further to Rule 9007 and Rule 2002(m), the Court has the general authority to prescribe and regulate notice.

9. In light of the nature of the relief request in the Examiner/Trustee Motion and for the protection of the estate and its creditors, cause exists for the Court to shorten the notice period for the Examiner/Trustee Motion. The United States Trustee seeks a hearing on March 29, 2022 or on such other date that the Court may be determine to be appropriate.

**WHEREFORE,** the United States Trustee respectfully requests that the Court enter an order scheduling an expedited hearing on the Examiner/Trustee Motion on a date and time acceptable and convenient for this Court.

Dated: March 19, 2022  
     New Haven, Connecticut

Respectfully submitted,  
WILLIAM K. HARRINGTON  
UNITED STATES TRUSTEE FOR REGION 2

By:    /s/ Holley L. Claiborn  
       Holley L. Claiborn

      /s/ Steven E. Mackey  
      Steven E. Mackey

Trial Attorneys  
Office of the United States Trustee  
Giaimo Federal Building, Room 302  
150 Court Street  
New Haven, CT 06510  
Holley.L.Claiborn@usdoj.gov  
Federal Bar No.: ct17216 (Connecticut)  
Steven.E.Mackey@usdoj.gov  
Federal Bar No: ct09932 (Connecticut)  
(203) 773-2210

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| HO WAN KWOK<br>a/k/a WENGUI GUO<br>a/k/a MILES GUO, | Case No. 22-50073 (JAM) |
| **Debtor.** | |

***PROPOSED* ORDER GRANTING**
**UNITED STATES TRUSTEE'S MOTION TO EXPEDITED HEARING**
**ON UNITED STATES TRUSTEE'S MOTION FOR AN ORDER DIRECTING THE**
**APPOINTMENT OF AN EXAMINER OR, IN THE ALTERNATIVE, MOTION FOR**
**ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

The United States Trustee ("Movant") having moved, pursuant to Fed. R. Bankr. P. 9006(c)(1), 9007, and 2002(m), for an order scheduling an expedited hearing on the United States Trustee's Motion For An Order Directing The Appointment Of An Examiner Or, In The Alternative, Motion For Order Directing The Appointment Of A Chapter 11 Trustee (ECF ___) (the "Substantive Motion") in the chapter 11 case of Ho wan Kwok a/k/a Wengui Guo a/k/a Miles Guo ("Debtor"); and the Court having found cause to grant the relief requested;

**ORDERED** that a hearing will be held on the Substantive Motion on _____, 2022 at ____ a.m./p.m. at the United States Bankruptcy Court for the District of Connecticut, 915 Lafayette Boulevard, Bridgeport, Connecticut; and it is further

**ORDERED** that the Movant shall serve the Substantive Motion and this order via CM/ECF on counsel for the Debtor and all appearing parties, and by U.S. Mail on the Debtor and on all creditors. The Movant shall file a certificate of service by _____, 2022 at ___ a.m./p.m.; and it is further

**ORDERED** that any objection to the Substantive Motion shall be filed on or before 4:00 p.m. on _____, 2022.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **HO WAN KWOK** <br> a/k/a **WENGUI GUO** <br> a/k/a **MILES GUO,** | **Case No. 22-50073 (JAM)** |
| **Debtor.** | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 19, 2022 the foregoing motion was served on all appearing parties via the Court's electronic filing system as listed below:

**Parties Served Via CM/ECF**

William Baldiga on behalf of Debtor Ho Wan Kwok
wbaldiga@brownrudnick.com

William R. Baldiga on behalf of Debtor Ho Wan Kwok
wbaldiga@brownrudnick.com

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Carollynn H.G. Callari on behalf of Creditor Rui Ma
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor Weican Meng
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor Zheng Wu
ccallari@callaripartners.com

David S. Forsh on behalf of Creditor Rui Ma
dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Weican Meng
dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Zheng Wu
dforsh@callaripartners.com
Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.

pfriedman@omm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

Dylan Kletter on behalf of Debtor Ho Wan Kwok
dkletter@brownrudnick.com,
adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;rstark@brownrudnick.com

Kristin B. Mayhew on behalf of Creditor Rui Ma
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Weican Meng
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Zheng Wu
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com

Bennett Silverberg on behalf of Debtor Ho Wan Kwok
bsilverberg@brownrudnick.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Dated: March 19, 2022          Respectfully submitted,
New Haven, Connecticut
                               WILLIAM K. HARRINGTON
                               UNITED STATES TRUSTEE FOR REGION 2


                        By:    /s/ Holley L. Claiborn
                               Holley L. Claiborn
                               Trial Attorney
                               Office of the United States Trustee
                               Giaimo Federal Building, Room 302
                               150 Court Street
                               New Haven, CT 06510
                               Holley.L.Claiborn@usdoj.gov
                               (203) 773-2210
                               Federal Bar No.: ct17216 (Connecticut)