UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| HO WAN KWOK<br>a/k/a WENGUI GUO<br>a/k/a MILES GUO, | Case No. 22-50073 (JAM) |
| Debtor. | |

NOTICE OF APPOINTMENT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to 11 U.S.C. § 1102(a), hereby appoints the following unsecured creditors of chapter 11 debtor Ho Wan Kwok a/k/a Wengui Guo a/k/a Miles Guo, which creditors are among the largest unsecured claimants and have indicated a willingness to serve, to the Official Committee of Unsecured Creditors:

RUI MA
c/o Carrollyn H.G. Callari
Callari Partners LLC
100 Somerset Corporate Blvd., 2nd Floor
Bridgewater, NJ 08807
Telephone: (908) 240-3964
Email: ccallari@callaripartners.com

NING YE
135-11 38th Avenue, #1A
Flushing, NY 11354
Telephone: (718) 308-6626
Email: yeningusa@gmail.com

SAMUEL DAN NUNBERG
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401
Telephone: (646) 318-0115
Email: snunberg@winstonashe.com

Dated: New Haven, Connecticut  　　　Respectfully submitted,
　　　　March 21, 2021

　　　　　　　　　　　　　　　　　　　WILLIAM K. HARRINGTON
　　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE FOR REGION 2

　　　　　　　　　　　　　　By:　　　/s/ *Kim L. McCabe*
　　　　　　　　　　　　　　　　　　　Kim L. McCabe
　　　　　　　　　　　　　　　　　　　Assistant United States Trustee
　　　　　　　　　　　　　　　　　　　Office of the United States Trustee
　　　　　　　　　　　　　　　　　　　Giaimo Federal Building
　　　　　　　　　　　　　　　　　　　150 Court Street, Room 302
　　　　　　　　　　　　　　　　　　　New Haven, CT  06510
　　　　　　　　　　　　　　　　　　　Telephone: (203)773-2210
　　　　　　　　　　　　　　　　　　　Email: kim.mccabe@usdoj.gov
　　　　　　　　　　　　　　　　　　　Federal Bar No. ct 23661(Connecticut)