**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>                Debtor. | Chapter 11 Case No.<br><br>Case No. 22-50073 (JAM)<br><br>Re: ECF No. 99 |

**ORDER GRANTING MOTION OF PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO REPLY IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER CONFIRMING THE INAPPLICABILITY OF THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d)(2) OF THE BANKRUPTCY CODE**

Upon consideration of the motion (the "Motion")[2] for an order authorizing Pacific Alliance Asia Opportunity Fund L.P. ("PAX") to exceed the page limit for the Reply; the Court having reviewed the Motion; and the Court having found after due deliberation that PAX has demonstrated good and sufficient cause for approval thereof; it is hereby ORDERED that:

1. The Motion is granted.

2. PAX is permitted to exceed the page limit prescribed by Local Rule 7007-2(a) with respect to the Reply, which shall not exceed 17 pages.

Dated at Bridgeport, Connecticut this 21st day of March, 2022.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed in the Motion.

24552058-v2