**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| | : | Ref. Dkt. No. 107 |
| Debtor. | : | |

## AFFIDAVIT OF SERVICE

I, Parker Popky, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 21, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Declaration of Mr. Ho Wan Kwok in Support of the Chapter 11 Case and Certain Motions** (Docket No. 107)

Dated: March 21, 2022

_____
Parker Popky

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 21st day of March 2022 by Parker Popky.

_____
(Notary's official signature)

```
ANDREW BALDWIN
Notary Public
State of Colorado
Notary ID # 20194026880
My Commission Expires 07-18-2023
```

# **<u>Exhibit A</u>**



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Cheng Jian Wu Jian She | c/o Kevin Kerveng Tung, PC | 136 20 38th Avenue Suite 3D and 3F | Flushing | NY | 11354 |
| Golden Spring New York | Max Krasner | 162 E 64th Street | New York | NY | 10605 |
| Guo Baosheng | c/o Law Office of Ning Ye, Esq. | 135 11 38th Avenue Suite 1A | Flushing | NY | 11354 |
| Hong Qi Qu | c/o Kevin Kerveng Tung, PC | 136 20 38th Avenue Suite 3D and 3F | Flushing | NY | 11354 |
| Huizhen Wang | Giordano, Halleran, Ciesla, Marino | 1250 Broadway 36th Floor | New York | NY | 10010 |
| Internal Revenue Service | c/o Centralized Insolvency Op | 2970 Market St Mail Stop 5 Q30 133 | Philadelphia | PA | 19104 |
| Internal Revenue Service | c/o Centralized Insolvency Op | P O Box 7346 | Philadelphia | PA | 19101-7346 |
| Jian Gong | c/o Kevin Kerveng Tung, PC | 136 20 38th Avenue Suite 3D and 3F | Flushing | NY | 11354 |
| Jun Chen aka Jonathan Ho | c/o Wayne Wei Zhu, Esq. | 4125 Kissena Blvd Suite 112 | Flushing | NY | 11355 |
| Lamp Capital, LLC | Bernardo Enriquez | 667 Madison Avenue | New York | NY | 10065 |
| Liehong Zhuang/Xiao Yan Zhu | c/o Trexler & Zhang, LLP, Trexler | 224 West 35th Street 12th Floor | New York | NY | 10001 |
| Nan Tong Si Jian | c/o Kevin Kerveng Tung, PC | 136 20 38th Avenue Suite 3D and 3F | Flushing | NY | 11354 |
| Ning Ye | c/o Law Office of Ning Ye, Esq. | 135 11 38th Avenue Suite 1A | Flushing | NY | 11354 |
| Pacific Alliance Asia Opportunity | O'Melveney & Myers: Sarnoff et al. | 7 Times Square | New York | NY | 10065 |
| Rui Ma | c/o Arkin Solbakken, RC Angelillo | 900 Third Avenue 18th Floor | New York | NY | 10022 |
| Samuel Nunberg | c/o Nesenoff & Miltenberg | 363 Seventh Ave 5th Floor | New York | NY | 10001 |
| US Attorney's Office District of CT | c/o CT Financial Ctr New Haven Off | 157 Church Street Floor 25 | New Haven | CT | 06510 |
| Weican Meng/Boxun, Inc. | c/o Arkin Solbakken, RC Angelillo | 900 Third Avenue 18th Floor | New York | NY | 10022 |
| Xiong Xian Wei Ye | c/o Kevin Kerveng Tung, PC | 136 20 38th Avenue Suite 3D and 3F | Flushing | NY | 11354 |
| Yan Zhao | c/o Law Office of Ning Ye, Esq. | 135 11 38th Avenue Suite 1A | Flushing | NY | 11354 |
| Yang Lan and Wu Zheng | c/o Arkin Solbakken, RC Angelillo | 900 Third Avenue 18th Floor | New York | NY | 10022 |
| Yua Hua Zhuang Shi | c/o Kevin Kerveng Tung, PC | 136 20 38th Avenue Suite 3D and 3F | Flushing | NY | 11354 |
| Yue Hua Zhu Shi | c/o Kevin Kerveng Tung, PC | 136 20 38th Avenue Suite 3D and 3F | Flushing | NY | 11354 |

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Cheng Jian Wu Jian She | c/o Kevin Kerveng Tung, P.C. | Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Golden Spring New York | Max Krasner | | mkrasner@gsnyus.com |
| Guo Baosheng | c/o Law Office of Ning Ye, Esq. | Ning Ye, Esq. | yeningusa@gmail.com |
| Hong Qi Qu | c/o Kevin Kerveng Tung, P.C. | Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Huizhen Wang | c/o Giordano, Halleran &. Ciesla, PC | Christopher Marino | cmarino@ghclaw.com |
| Jian Gong | c/o Kevin Kerveng Tung, P.C. | Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Jun Chen aka Jonathan Ho | c/o Wayne Wei Zhu, Esq. | Wayne Wei Zhu | zhulawoffice@gmail.com |
| Lamp Capital, LLC | Bernardo Enriquez | | bernardo@lampcapital.org |
| Liehong Zhuang/Xiao Yan Zhu | c/o Trexler & Zhang, LLP | Jonathan T. Trexler, Esq. | jtrexler@trexlerlaw.com |
| Logan Cheng f/k/a Shui-Yuan Cheng | Randazza Legal Group, PLLC | Jay M. Wolman | ecf@randazza.com |
| Nan Tong Si Jian | c/o Kevin Kerveng Tung, P.C. | Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Ning Ye | c/o Law Office of Ning Ye, Esq. | Ning Ye, Esq. | yeningusa@gmail.com |
| Office of the United States Trustee | Kim L. McCabe & Holley L. Claiborn | | kim.mccabe@usdoj.gov<br>Holley.L.Claiborn@usdoj.gov |
| Pacific Alliance Asia Opportunity | c/o O'Melveney & Myers, LLP | Stuart Sarnoff, Esq; Peter Friedman; David V. Harbach | ssarnoff@omm.com<br>pfriedman@omm.com<br>dharbach@omm.com |
| Pacific Alliance Asia Opportunity | c/o Robinson & Cole LLP | Attn: Annecca H. Smith and Patrick M. Birney | pbirney@rc.com<br>asmith@rc.com |
| Rui Ma | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo | rangelillo@arkin-law.com |
| Rui Ma, Zheng Wu, Weican Meng | c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Kristin B. Mayhew | kmayhew@mdmc-law.com |
| Samuel Nunberg | c/o Nesenoff & Miltenberg, LLP | Andrew T. Miltenberg, Esq. | amiltenberg@nmllplaw.com |
| Weican Meng/Boxun, Inc. | c/o Arkin Solbakken, LLP | Robert C. Angelillo | rangelillo@arkin-law.com |
| Xiong Xian Wei Ye | c/o Kevin Kerveng Tung, P.C. | Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Yan Zhao | c/o Law Office of Ning Ye, Esq. | Ning Ye, Esq. | yeningusa@gmail.com |
| Yang Lan and Wu Zheng | c/o Arkin Solbakken, LLP | Robert C. Angelillo | rangelillo@arkin-law.com |
| Yua Hua Zhuang Shi | c/o Kevin Kerveng Tung, P.C. | Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Yue Hua Zhu Shi | c/o Kevin Kerveng Tung, P.C. | Kevin Tung, Esq. | ktung@kktlawfirm.com |