**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>Debtor. | CHAPTER 11<br><br>Case No. 22-50073 (JAM)<br><br>March 22, 2022 |

**NOTICE OF APPEARANCE, REQUEST FOR NOTICES**
**AND DEMAND FOR SERVICE OF PAPERS**

    PLEASE TAKE NOTICE that Peter Zarella, Esquire, of McElroy, Deutsch, Mulvaney & Carpenter, LLP, One State Street, 14th Floor, Hartford, CT 06103, hereby enters his appearance as counsel on behalf of **RUI MA, ZHENG WU, and WEICAN MENG** in the above-referenced bankruptcy proceeding, and hereby requests, pursuant to 11 U.S.C. 1109(b) and Rules 2002, 9007, 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure that a true, complete and accurate copy of each and every notice required to be given in the above-captioned case, as well as all copies of pleadings and other papers filed in the above matter, be directed to:

>Peter Zarella
>McElroy, Deutsch, Mulvaney & Carpenter, LLP
>One State Street, 14th Floor
>Hartford, CT 06103-3102
>Tel.:   860-241-2688
>Fax:   860-522-2796
>E-mail pzarella@mdmc-law.com

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, request, complaint or demand,

1

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way, the rights or interests of the Debtors with respect to the above-captioned proceeding.

| | |
|---|---|
| Dated:  March 22, 2022 | By:      /s/ *Peter Zarella*<br>Peter Zarella  (ct29657)<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>One State Street, 14th Floor<br>Hartford, CT  06103-3102<br>Tel.:    860-241-2688<br>Fax:    860-522-2796<br>E-mail  pzarella@mdmc-law.com |

## **CERTIFICATE OF SERVICE**

I, Peter Zarella, hereby certify that a copy of the foregoing Notice of Appearance was filed electronically with the Court on March 22, 2022. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

   /s/ Peter Zarella
Peter Zarella