UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

In re: : Chapter 11

Ho Wan Kwok, : Case No. 22-50073 (JAM)

                Debtor. :

---

Supplement to the February 2022 Monthly Operating Report

As disclosed in the Global Notes to the Statement of Financial Affairs, there were two payments, totaling $109,827.12, that were inadvertently made by the family on February 16, 2022, on account of pre-petition obligations. These payments are being treated as gifts. The payments, totaling $109,827.12, are reflected in the $161,323 reported in Part 1(e) of the Operating Report.

The payments made were as follows:

| | |
|---|---|
| Clayman & Rosenberg, LLP | $ 89,508.91 |
| Selas Montbrial Avocats | $ 20,318.21 |
| Total | $109,827.12 |