# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
March 23, 2022

In re:
Ho Wan Kwok
Debtor*

Case Number: 22–50073
Chapter: 11

### NOTICE OF HEARING

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE NOTICE** that Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **April 13, 2022** at **10:00 AM** to consider and act upon the following matter(s):

> **Application to Employ Brown Rudnick LLP as Counsel for the Debtor /Application of the Debtor for Entry of an Order Authorizing the Employment and Retention of Brown Rudnick LLP as Counsel for the Debtor (Re: Doc #86)**

> **Application to Employ Stretto, Inc. as Claims and Noticing Agent /Debtor's Application for Authorization to Retain and Employ Stretto as Claims and Noticing Agent (Re: Doc #87)**

> **Application to Employ Verdolino & Lowey, P.C. as Financial Advisor /Debtor's Application for Authorization to Retain and Employ Verdolino & Lowey, P.C. as Financial Advisor (Re: Doc #90)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non–evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above–mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above–referenced matter and may enter an order granting that relief.

**OBJECTION(S) DUE:** April 6, 2022 before 4:00 p.m. Untimely objections may not be considered.

Dated: March 23, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – rms