## United States Bankruptcy Court
## District of Connecticut



In re:

Ho Wan Kwok

Case Number: 22-50073

Chapter: 11

Debtor*

### ORDER GRANTING MOTION TO EXPEDITE HEARING

William K. Harrington, the United States Trustee for Region 2 (the "Movant"), having filed a Motion to Expedite Hearing (the "Motion", ECF No. 103), in connection with a Motion for an Order Directing the Appointment of an Examiner or, in the Alternative, Motion for Order Directing the Appointment of a Chapter 11 Trustee (the "Motion for Appointment", ECF No. 102), it appearing that the relief in the Motion should be granted; it is hereby

**ORDERED:** A hearing to consider the Motion for Appointment will be held on April 13, 2022, at 10:00 AM, at United States Bankruptcy Court 915 Lafayette Blvd. Bridgeport CT 06604 ; and it is further

**ORDERED:** Service of the Order Granting the Motion to Expedite Hearing and the Motion for Appointment must be made on all parties entitled to notice under applicable statutes and/or rules on or before March 24, 2022 by 5:00 PM; and it is further

**ORDERED:** A certificate of service demonstrating that the provisions of the Order Granting Motion for Expedited Hearing have been complied with must be filed **on or before** March 29, 2022 by 5:00 PM.

**ORDERED:** Responses in support of or in opposition to the Motion for Appointment will be filed by 5:00 PM on April 6, 2022.

Dated: March 23, 2022

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

* For the purposes of this order, "Debtor" means "Debtors" where applicable.