**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| Debtor. | : | Ref. Dkt. No. 117-119 |

**AFFIDAVIT OF SERVICE**

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 22, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtor's Motion for Entry of Interim and Final Dip Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief** (Docket No. 117)

- **Emergency Request for Hearing on Interim Relief in Connection with Debtor's Motion for Entry of Interim and Final Dip Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief** (Docket No. 118)

[THIS SPACE INTENTIONALLY LEFT BLANK]

- **Motion of Debtor for Entry of an Order Authorizing (I) Employment and Payment of Professionals Utilized in the Ordinary Course, (II) Payment of Prepetition Claims, and (III) Granting Related Relief** (Docket No. 119)

Dated: March 23, 2022

*[Signature]*
Sabrina G. Tu

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 23rd day of March, 2022, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *[Signature]*

```
SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025
```

# **Exhibit A**



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Cheng Jian Wu Jian She | c/o Kevin Kerveng Tung, PC | 136 20 38th Avenue Suite 3D and 3F | Flushing | NY | 11354 |
| Golden Spring (New York) Ltd. | Cohn Birnbaum & Shea: SD Rosen | 100 Pearl Street | Hartford | CT | 06103 |
| Golden Spring New York | Max Krasner | 162 E 64th Street | New York | NY | 10605 |
| Guo Baosheng | c/o Law Office of Ning Ye, Esq. | 135 11 38th Avenue Suite 1A | Flushing | NY | 11354 |
| Hong Qi Qu | c/o Kevin Kerveng Tung, PC | 136 20 38th Avenue Suite 3D and 3F | Flushing | NY | 11354 |
| Huizhen Wang | Giordano, Halleran, Ciesla, Marino | 1250 Broadway 36th Floor | New York | NY | 10010 |
| Internal Revenue Service | c/o Centralized Insolvency Op | 2970 Market St Mail Stop 5 Q30 133 | Philadelphia | PA | 19104 |
| Internal Revenue Service | c/o Centralized Insolvency Op | P O Box 7346 | Philadelphia | PA | 19101-7346 |
| Jian Gong | c/o Kevin Kerveng Tung, PC | 136 20 38th Avenue Suite 3D and 3F | Flushing | NY | 11354 |
| Jun Chen aka Jonathan Ho | c/o Wayne Wei Zhu, Esq. | 4125 Kissena Blvd Suite 112 | Flushing | NY | 11355 |
| Lamp Capital, LLC | Bernardo Enriquez | 667 Madison Avenue | New York | NY | 10065 |
| Liehong Zhuang/Xiao Yan Zhu | c/o Trexler & Zhang, LLP, Trexler | 224 West 35th Street 12th Floor | New York | NY | 10001 |
| Nan Tong Si Jian | c/o Kevin Kerveng Tung, PC | 136 20 38th Avenue Suite 3D and 3F | Flushing | NY | 11354 |
| Ning Ye | c/o Law Office of Ning Ye, Esq. | 135 11 38th Avenue Suite 1A | Flushing | NY | 11354 |
| Pacific Alliance Asia Opportunity | O'Melveney & Myers: Sarnoff et al. | 7 Times Square | New York | NY | 10065 |
| Rui Ma | c/o Arkin Solbakken, RC Angelillo | 900 Third Avenue 18th Floor | New York | NY | 10022 |
| Rui Ma | c/o Callari Ptnrs Attn: CHG Callari | 100 Somerset Corp Blvd 2nd Fl | Bridgewater | NJ | 08807 |
| Rui Ma, Zheng Wu, Weican Meng | c/o McElroy et al LLP, P Zarella | One State Street 14th Floor | Hartford | CT | 06103-3102 |
| Samuel Dan Nunberg | | 600 South Dixie Highway Suite 455 | West Palm Beach | FL | 33401 |
| Samuel Nunberg | c/o Nesenoff & Miltenberg | 363 Seventh Ave 5th Floor | New York | NY | 10001 |
| US Attorney's Office District of CT | c/o CT Financial Ctr New Haven Off | 157 Church Street Floor 25 | New Haven | CT | 6510 |
| Weican Meng/Boxun, Inc. | c/o Arkin Solbakken, RC Angelillo | 900 Third Avenue 18th Floor | New York | NY | 10022 |
| Xiong Xian Wei Ye | c/o Kevin Kerveng Tung, PC | 136 20 38th Avenue Suite 3D and 3F | Flushing | NY | 11354 |
| Yan Zhao | c/o Law Office of Ning Ye, Esq. | 135 11 38th Avenue Suite 1A | Flushing | NY | 11354 |
| Yang Lan and Wu Zheng | c/o Arkin Solbakken, RC Angelillo | 900 Third Avenue 18th Floor | New York | NY | 10022 |
| Yua Hua Zhuang Shi | c/o Kevin Kerveng Tung, PC | 136 20 38th Avenue Suite 3D and 3F | Flushing | NY | 11354 |
| Yue Hua Zhu Shi | c/o Kevin Kerveng Tung, PC | 136 20 38th Avenue Suite 3D and 3F | Flushing | NY | 11354 |

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Cheng Jian Wu Jian She | c/o Kevin Kerveng Tung, P.C. | Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Golden Spring (New York) Ltd. | Attn: Scott D. Rosen | c/o Cohn Birnbaum & Shea, P.C. | srosen@cbshealaw.com |
| Golden Springs (New York) Ltd. | Max Krasner | | mkrasner@gsnyus.com |
| Guo Baosheng | c/o Law Office of Ning Ye, Esq. | Ning Ye, Esq. | yeningusa@gmail.com |
| Hong Qi Qu | c/o Kevin Kerveng Tung, P.C. | Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Huizhen Wang | c/o Giordano, Halleran &. Ciesla, P.C. | Christopher Marino | cmarino@ghclaw.com |
| Jian Gong | c/o Kevin Kerveng Tung, P.C. | Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Jun Chen aka Jonathan Ho | c/o Wayne Wei Zhu, Esq. | Wayne Wei Zhu | zhulawoffice@gmail.com |
| Lamp Capital, LLC | Bernardo Enriquez | | bernardo@lampcapital.org |
| Liehong Zhuang/Xiao Yan Zhu | c/o Trexler & Zhang, LLP | Jonathan T. Trexler, Esq. | jtrexler@trexlerlaw.com |
| Logan Cheng f/k/a Shui-Yuan Cheng | Randazza Legal Group, PLLC | Jay M. Wolman | ecf@randazza.com |
| Nan Tong Si Jian | c/o Kevin Kerveng Tung, P.C. | Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Ning Ye | c/o Law Office of Ning Ye, Esq. | Ning Ye, Esq. | yeningusa@gmail.com |
| Office of the United States Trustee | Kim L. McCabe and Holley L. Claiborn | | kim.mccabe@usdoj.gov<br>Holley.L.Claiborn@usdoj.gov |
| Pacific Alliance Asia Opportunity | c/o O'Melveney & Myers, LLP | Stuart Sarnoff, Esq; Peter Friedman; David V. Harbach | ssarnoff@omm.com<br>pfriedman@omm.com<br>dharbach@omm.com |
| Pacific Alliance Asia Opportunity | c/o Robinson & Cole LLP | Attn: Annecca H. Smith and Patrick M. Birney | pbirney@rc.com<br>asmith@rc.com |
| Rui Ma | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo | rangelillo@arkin-law.com |
| Rui Ma, Zheng Wu, Weican Meng | McElroy, Deutsch, Mulvaney & Carpenter | Attn: Kristin B. Mayhew | kmayhew@mdmc-law.com |
| Samuel Nunberg | c/o Nesenoff & Miltenberg, LLP | Andrew T. Miltenberg, Esq. | amiltenberg@nmllplaw.com |
| Weican Meng/Boxun, Inc. | c/o Arkin Solbakken, LLP | Robert C. Angelillo | rangelillo@arkin-law.com |
| Xiong Xian Wei Ye | c/o Kevin Kerveng Tung, P.C. | Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Yan Zhao | c/o Law Office of Ning Ye, Esq. | Ning Ye, Esq. | yeningusa@gmail.com |
| Yang Lan and Wu Zheng | c/o Arkin Solbakken, LLP | Robert C. Angelillo | rangelillo@arkin-law.com |
| Yua Hua Zhuang Shi | c/o Kevin Kerveng Tung, P.C. | Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Yue Hua Zhu Shi | c/o Kevin Kerveng Tung, P.C. | Kevin Tung, Esq. | ktung@kktlawfirm.com |

In re: Ho Wan Kwok
Case No. 22-50073 (JAM)