AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

*Please Read Instructions:*

| 1. NAME Patrick M. Birney | 2. PHONE NUMBER (860) 275-8275 | 3. DATE 3/23/2022 |
|---|---|---|

| 4. DELIVERY ADDRESS OR EMAIL pbirney@rc.com | 5. CITY Hartford | 6. STATE CT | 7. ZIP CODE 06103 |
|---|---|---|---|

| 8. CASE NUMBER 22-50073 | 9. JUDGE Judge Julie A. Manning | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 3/22/2022 | 11. TO 3/22/2022 |

| 12. CASE NAME Ho Wan Kwok | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY Bridgeport | 14. STATE Connecticut |

15. ORDER FOR

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☒ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Hearing | 3/22/2022 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES 1 | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | | | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|

| 18. SIGNATURE /s/ Patrick M. Birney | PROCESSED BY Pamela Esposito |
|---|---|
| 19. DATE 3/2/2022 | PHONE NUMBER 203-579-5808 |

| TRANSCRIPT TO BE PREPARED BY Fiore Reporting and Transcription | COURT ADDRESS U.S. Bankruptcy Court 915 Lafayette Blvd. Bridgeport, CT 06604 |
|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY

**22-50073** Ho Wan Kwok
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 03/23/2022

# Attorneys

| | | |
|---|---|---|
| **William Baldiga**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>New York<br>212-209-4800<br>212-209-4801 (fax)<br>wbaldiga@brownrudnick.com<br>*Assigned: 03/01/2022*<br>*LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **William R. Baldiga**<br>Brown, Rudnik, Freed & Gesmer<br>One Financial Center<br>Boston, MA 02111<br>(617) 330-9000<br>617-289-0420 (fax)<br>wbaldiga@brownrudnick.com<br>*Assigned: 03/09/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Patrick M. Birney**<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8200<br>(860) 275-8299 (fax)<br>pbirney@rc.com<br>*Assigned: 02/24/2022* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Carollynn H.G. Callari**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>ccallari@callaripartners.com<br>*Assigned: 03/16/2022*<br>*LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |
| **Holley L. Claiborn** | representing | **U. S. Trustee** |

Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
(203) 773-2217 (fax)
holley.l.claiborn@usdoj.gov
*Assigned: 02/28/2022*

**David S. Forsh**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
dforsh@callaripartners.com
*Assigned: 03/17/2022*
*LEAD ATTORNEY*

**Peter Friedman**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5302
pfriedman@omm.com
*Assigned: 02/25/2022*
*LEAD ATTORNEY*

**David V. Harbach, II**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5127
dharbach@omm.com
*Assigned: 02/25/2022*
*LEAD ATTORNEY*

**Dylan Kletter**
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103
860-509-6500
dkletter@brownrudnick.com
*Assigned: 02/15/2022*

**Steven E. Mackey**
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

representing  **U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

(203) 773-2210
*Assigned: 03/22/2022*

(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

**Kristin B. Mayhew**
McElroy, Deutsch, Mulvaney & Carpenter
30 Jeliff Lane
Southport, CT 06890
(203) 319-4011
203-259-0251 (fax)
kmayhew@mdmc-law.com
*Assigned: 03/15/2022*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
202-326-2293
ssarnoff@omm.com
*Assigned: 02/25/2022*
*LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Bennett Silverberg**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
bsilverberg@brownrudnick.com
*Assigned: 03/01/2022*
*LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
860-275-8325
860-275-8299 (fax)
asmith@rc.com
*Assigned: 02/24/2022*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Jay Marshall Wolman**
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
702-420-2001
jmw@randazza.com
*Assigned: 02/17/2022*

representing

**Logan Cheng**
c/o Randazza Legal Group, PLLC
100 Pearl Street
14th Floor
Hartford, CT 06103
*(Creditor)*

**Peter J. Zarella**

representing

**Rui Ma**

McElroy, Deutsch, Mulvaney & Carpenter,
One State Street, 14th floor
Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
 *Assigned: 03/22/2022*

*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

---

12:00 PM  21-50644   The Nash Engineering Company
          Ch: 7

          Trustee: George I. Roumeliotis

**Matter:**  **#62; Motion to Approve Stipulation Extending Time (Chubb) Filed by George I. Roumeliotis, Trustee**

---

02:00 PM  22-50073   Ho Wan Kwok
          Ch: 11

**Matter:**  **#8; Chapter 11 Case Management Conference/Status Conference**

---

02:00 PM  22-50073   Ho Wan Kwok
          Ch: 11

**Matter:**  **#57; Motion of Pacific Alliance Asia Opportunity Fund L.P. for Entry of an Order Confirming the Inapplicability of the Automatic Stay or, in the Alternative, Relief from the Automatic Stay Pursuant to Section 362(d)(2) of the Bankruptcy Code Filed by Patrick M. Birney on behalf of Pacific Alliance Asia Opportunity Fund L.P.**

---