United States Bankruptcy Court
District of Connecticut

| | |
|---|---|
| In re: | Case No. 22-50073-jam |
| Ho Wan Kwok | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 21, 2022 | Form ID: pdfdoc2 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ho Wan Kwok, 373 Taconic Road, Greenwich, CT 06831-2828 |
| cr | + | Logan Cheng, c/o Randazza Legal Group, PLLC, 100 Pearl Street, 14th Floor, Hartford, CT 06103-4500 |
| | + | Peter Friedman, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036-6524 |
| ca | + | Stretto, 410 Exchange, Suite 100, Irvine, CA 92602-1331 |
| | + | Stuart M. Sarnoff, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036-6524 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Zheng Wu |
| 20 | | Pacific Alliance Asia Opportunity Fund L.P. |
| 20 | | Rui Ma |
| 20 | | Weican Meng |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Mar 23, 2022 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Annecca H. Smith | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com |
| Bennett Silverberg | |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 21, 2022 | Form ID: pdfdoc2 | Total Noticed: 5 |

on behalf of Debtor Ho Wan Kwok bsilverberg@brownrudnick.com

Carollynn H.G. Callari

on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com

Carollynn H.G. Callari

on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com

Carollynn H.G. Callari

on behalf of Creditor Zheng Wu ccallari@callaripartners.com

David S. Forsh

on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com

David S. Forsh

on behalf of Creditor Zheng Wu dforsh@callaripartners.com

David S. Forsh

on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com

David V. Harbach, II

on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com

Dylan Kletter

on behalf of Debtor Ho Wan Kwok dkletter@brownrudnick.com
adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;rstark@brownrudnick.com

Holley L. Claiborn

on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Jay Marshall Wolman

on behalf of Creditor Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com

Kristin B. Mayhew

on behalf of 20 Largest Creditor Weican Meng kmayhew@mdmc-law.com
kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew

on behalf of Creditor Zheng Wu kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew

on behalf of 20 Largest Creditor Rui Ma kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Patrick M. Birney

on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com

Peter Friedman

on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com

Stuart M. Sarnoff

on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com

U. S. Trustee

USTPRegion02.NH.ECF@USDOJ.GOV

William Baldiga

on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com

William R. Baldiga

on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com

TOTAL: 21

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>Debtor. | Chapter 11 Case No.<br><br>Case No. 22-50073 (JAM)<br><br>Re: ECF No. 99 |

**ORDER GRANTING MOTION OF PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO REPLY IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER CONFIRMING THE INAPPLICABILITY OF THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d)(2) OF THE BANKRUPTCY CODE**

Upon consideration of the motion (the "Motion")[2] for an order authorizing Pacific Alliance Asia Opportunity Fund L.P. ("PAX") to exceed the page limit for the Reply; the Court having reviewed the Motion; and the Court having found after due deliberation that PAX has demonstrated good and sufficient cause for approval thereof; it is hereby ORDERED that:

1. The Motion is granted.

2. PAX is permitted to exceed the page limit prescribed by Local Rule 7007-2(a) with respect to the Reply, which shall not exceed 17 pages.

Dated at Bridgeport, Connecticut this 21st day of March, 2022.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed in the Motion.

24552058-v2