# United States Bankruptcy Court
## District of Connecticut



In re:

    Ho Wan Kwok

    Debtor*

Case Number: 22-50073

Chapter: 11

## ORDER GRANTING MOTION FOR EXPEDITED HEARING AND SETTING OBJECTION DEADLINE FOR DIP FINANCING MOTION

Ho Wan Kwok (the "Movant"), having filed a Motion to Expedite Hearing (the "Motion", ECF No. 118), in connection with a Motion for Entry of Interim and Final DIP Orders (the "DIP Financing Motion", ECF No. 117), it appearing that the relief in the Motion to Expedite Hearing should be granted; it is hereby

**ORDERED:** A hearing to consider the DIP Financing Motion will be held on April 13, 2022, at 10:00 a.m, at the United States Bankruptcy Court for the District of Connecticut, 915 Lafayette Boulevard, Bridgeport, CT 06604; and it is further

**ORDERED:** Any objection to the DIP Financing Motion shall be filed **at or before 5:00 p.m. on April 6, 2022**; and it is further

**ORDERED:** Service of the Order Granting the Motion for Expedited Hearing and the DIP Financing Motion shall be made on all parties entitled to notice under applicable statutes and/or rules **at or before on March 25, 2022 by 5:00 p.m.**; and it is further

**ORDERED:** A certificate of service demonstrating that the provisions of the Order Granting Motion for Expedited Hearing have been complied with must be filed **at or before 5:00 pm. on March 28, 2022.**

Dated:    March 24, 2022

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

\* For the purposes of this order, "Debtor" means "Debtors" where applicable.