# Notice Recipients

District/Off: 0205–5  User: admin  Date Created: 3/24/2022
Case: 22–50073  Form ID: pdfdoc2  Total: 4

**Recipients of Notice of Electronic Filing:**
ust    U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
aty    Holley L. Claiborn    holley.l.claiborn@usdoj.gov
aty    William Baldiga    wbaldiga@brownrudnick.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty    Steven E. Mackey    Office of the U.S. Trustee    The Giaimo Federal Building    150 Court Street, Room 302    New Haven, CT 06510

TOTAL: 1