## Notice Recipients

District/Off: 0205−5  User: admin  Date Created: 3/24/2022
Case: 22−50073  Form ID: 112  Total: 2

**Recipients of Notice of Electronic Filing:**
aty   William Baldiga   wbaldiga@brownrudnick.com
aty   William R. Baldiga   wbaldiga@brownrudnick.com

TOTAL: 2