**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **HO WAN KWOK** <br> a/k/a WENGUI GUO <br> a/k/a MILES GUO, | **Case No. 22-50073 (JAM)** |
| **Debtor.** | |

### CERTIFICATE OF SERVICE re ECF 102, ECF 116 and ECF 126

This certifies that copies of the following documents have been served on the dates noted below and by the methods noted herein:

**Documents Served**
1) United States Trustee's Motion For An Order Directing the Appointment of An Examiner or in the Alternative, an Order Directing the Appointment of a Chapter 11 Trustee ("Motion") (ECF 102);
2) Amended proposed order on the Motion (ECF 116);
3) Order scheduling expedited hearing on the Motion (ECF 126).

**Service by CM/ECF of ECF 102 on March 19, 2022; service by CM/ECF of ECF 116 on March 22, 2022, and service by CM/ECF of ECF 126 on March 23, 2022 to the following:**

William Baldiga on behalf of Ho Wan Kwok, Debtor
wbaldiga@brownrudnick.com

Patrick M. Birney on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.,
tpbirney@rc.com, ctrivigno@rc.com

Peter Friedman for pro hac vice
pfriedman@omm.com

David V. Harbach for pro hac vice
dharbach@omm.com

Dylan Kletter on behalf of Ho Wan Kwok, Debtor  dkletter@brownrudnick.com, adeering@brownrudnick.com; upinelo@brownrudnick.com; bsilverberg@brownrudnick.com; rstark@brownrudnick.com

Stuart M. Sarnoff for pro hac vice
ssarnoff@omm.com

Bennett Silverberg on behalf of Ho Wan Kwok, Debtor
bsilverberg@brownrudnick.com

Annecca H. Smith on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P
asmith@rc.com

Jay Marshall Wolman on behalf of Creditor  Logan Cheng f/k/a Shui-Yuan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

William Baldiga on behalf of Debtor Ho Wan Kwok
wbaldiga@brownrudnick.com

William R. Baldiga on behalf of Debtor Ho Wan Kwok
wbaldiga@brownrudnick.com

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Rui Ma
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Weican Meng
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor Zheng Wu
ccallari@callaripartners.com

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

David S. Forsh on behalf of 20 Largest Creditor Rui Ma
dforsh@callaripartners.com

David S. Forsh on behalf of 20 Largest Creditor Weican Meng
dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Zheng Wu
dforsh@callaripartners.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

Dylan Kletter on behalf of Debtor Ho Wan Kwok
dkletter@brownrudnick.com,
adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;rstark@brownrudnick.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Rui Ma
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Weican Meng
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Zheng Wu
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com

Bennett Silverberg on behalf of Debtor Ho Wan Kwok
bsilverberg@brownrudnick.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Peter J. Zarella on behalf of 20 Largest Creditor Rui Ma
pzarella@mdmc-law.com

Peter J. Zarella on behalf of 20 Largest Creditor Weican Meng
pzarella@mdmc-law.com

Peter J. Zarella on behalf of Creditor Zheng Wu
pzarella@mdmc-law.com

**Service of ECF 102, ECF 116, and ECF 126 on March 23, 2022 By First Class U.S. Mail, Postage Prepaid to the following:**

Ho Wan Kwok
373 Taconic Road
Greenwich, CT 06831
(Debtor)

Bi Hai Ge Lin
c/o Kevin Tung, Esq.
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232

CHENG (NY)
c/o Randazza Law Firm
2764 Sahara Dr., Suite 109
Las Vegas, NV 89117 USA

Chao-Chic Chiu
c/o Giordano, Halleran &. Ciesla P.C.
Attn: Christopher Marino
1250 Broadway, 36th Floor
New York, NY 10001-3709

Cheng Jian Wu Jian She
c/o Kevin Kerveng Tung, P.C
Attn: Kevin Tung, Esq.
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232

Chenglong Wang
C/O HGT Law
Attn: Hung Ta
250 Park Avenue, 7th Floor
New York, NY 10177-0799

Chong Sheen Raphanella
c/oWolf Haldenstein Adler Freeman & Herz
Attn: Matthew Guiney
270 Madison Avenue
New York, NY 10016-0601

Fu Le Hong Ma
c/o Kevin Tung, Esq.
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232

Golden Spring New York
Attn: Max Krasner
162 E. 64th Street
New York, NY 10065-7478

Guo Baosheng
c/o Law Office of Ning Ye, Esq
Attn: Ning Ye, Esq.
135-11 38th Avenue, Suite 1A
Flushing, NY 11354-4440

Hong Qi Qu
c/o Kevin Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232

Huizen Wang
c/o Giordano, Halleran &. Ciesla P.C.
Attn: Christopher Marino
1250 Broadway, 36th Floor
New York, NY 10001-3709

Jia Li Wang
c/o Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

Jiamei Lu
c/o Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

Jian Gong
c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue, Suite 3D
Flushing, NY 11354-4232

Jianhu Yi and Qiuju Jia
c/o Arthur Angel, Esq.
1305 N. Poinsettia Place
Los Angeles, CA 90046-4305

Jonathan Young
141 Allenby Road
Wellington Point, QLD 4160
AUSTRALIA

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
Attn: Wayne Wei Zhu
4125 Kissena Blvd, Suite 112
Flushing, NY 11355-3150

Jun Liu
c/o Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

Kaixin Hong
c/o HGT Law
Attn: Hung Ta
250 Park Avenue, 7th Floor
New York, NY 10177-0799

Keyi Zilkie
c/o Giordano, Halleran &. Ciesla P.C.
Attn: Christopher Marino
1250 Broadway, 36th Floor
New York, NY 10001-3709

Lamp Capital, LLC
Attn: Bernardo Enriquez
667 Madison Avenue
New York, NY 10065-8029

Liehong Zhuang/Xiao Yan Zhu
c/o Trexler & Zhang, LLP
Attn: Jonathan T. Trexler, Esq.
224 West 35th Street, 12th Floor
New York, NY 10001-2532

Linda Cheng
c/o Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

Mao-Fu Weng
c/o Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

Nan Tong Si Jian
c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232

Ning Ye
c/o Law Office of Ning Ye, Esq.
Attn: Ning Ye, Esq.
135-11 38th Avenue, Suite 1A
Flushing, NY 11354-4440

Rong Zhang
c/o Wolf Haldenstein Adler Freeman & Herz
Attn: Matthew Guiney
270 Madison Avenue
New York, NY 10016-0601

RuQin Wang
c/o Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

Rui Ma
c/o Arkin Solbakken, LLP
Attn: Robert C. Angelillo
900 Third Avenue, 18th Floor
New York, NY 10022-5000

SHI
c/o Thompson Hine
Attn: Steven A. Block, Esq.
20 N. Clark St., Ste 3200
Chicago, IL 60602-5093

Samuel Nunberg
c/o Nesenoff & Miltenberg, LLP
Attn: Andrew T. Miltenberg, Esq.
363 Seventh Ave, 5th Floor
New York, NY 10001-3915

Teli Chen
c/o Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

WA&HF, LLC/Ruizeng An
c/o AFN Law
Attn: Angus Ni, Esq.
41 Madison Avenue, 31st Floor
New York, NY 10010-2345

WANG
c/o Carmody Torrance Sandak & Hennessey
Attn: David Grudberg
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

Weican Meng/Boxun, Inc.
c/o Arkin Solbakken, LLP
Attn: Robert C. Angelillo
900 Third Avenue, 18th Floor
New York, NY 10022-5000

Weiguo Sun
c/o Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

Weixiand Ge
c/o Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

Wen Lin
c/o HGT Law
Attn: Hung Ta
250 Park Avenue, 7th Floor
New York, NY 10177-0799

Xiaobo He
c/o HGT Law
Attn: Hung Ta
250 Park Avenue, 7th Floor
New York, NY 10177-0799

Xiaodan Wang
c/o Wolf Haldenstein Adler Freeman & Herz
Attn: Matthew Guiney
270 Madison Avenue
New York, NY 10016-0601

Xingyu Yan
c/o Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

Xiqiu Fu
c/o The Lanier Law Firm
Attn: Lawrence P. Wilson
10940 W. Sam Houston Pkwy N., Suite 100
Houston, TX 77064-5768

Yan Gao
c/o Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

Yang Lan and Wu Zheng
c/o Arkin Solbakken, LLP
Attn: Robert C. Angelillo
900 Third Avenue, 18th Floor
New York, NY 10022-5000

Ying Liu
c/o Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

Yue Hua Zhu Shi
c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue, Suite 3D
Flushing, NY 11354-4232

Xiaoping Luo
c/o HGT Law
Attn: Hung Ta
250 Park Avenue, 7th Floor
New York, NY 10177-0799

Xiong Xian Wei Ye
c/o Kevin Tung, Esq.
Attn: Kevin Tung, Esq
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232

YUNXIA WU
c/o Giordano, Halleran &. Ciesla P.C.
Attn: Christopher Marino
1250 Broadway, 36th Floor
New York, NY 10001-3709

Yan Zhao
c/o Law Office of Ning Ye, Esq.
Attn: Ning Ye, Esq.
135-11 38th Avenue, Suite 1A
Flushing, NY 11354-4440

Yi Li
c/o Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

Yua Hua Zhuang Shi
c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232

Zhen Yuan Jian Zhu
c/o Kevin Tung, Esq.
136-20 38th Avenue, Suite 3D
Flushing, NY 11354-4232

Zhengjun Dong
c/o HGT Law
Attn: Hung Ta
250 Park Avenue, 7th Floor
New York, NY 10177-0799

Logan Cheng
c/o Randazza Legal Group, PLLC
Attn: Jay M. Wolman, Esq.
100 Pearl Street, 14th Floor
Hartford, CT 06103-4500

Dated: March 24, 2022
      New Haven, Connecticut

Respectfully submitted,
WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE FOR REGION 2

By:   /s/ Holley L. Claiborn
      Holley L. Claiborn

      /s/ Steven E. Mackey
      Steven E. Mackey

      Trial Attorneys
      Office of the United States Trustee
      Giaimo Federal Building, Room 302
      150 Court Street
      New Haven, CT 06510
      Holley.L.Claiborn@usdoj.gov
      Federal Bar No.: ct17216 (Connecticut)
      Steven.E.Mackey@usdoj.gov
      Federal Bar No: ct09932 (Connecticut)
      (203) 773-2210