**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| | : | Ref. Dkt. Nos. 131-132 |
| Debtor. | : | |

## AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 24, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Granting Motion for Expedited Hearing and Setting Objection Deadline for DIP Financing Motion** (Docket No. 131)
- **Notice of Hearing** (Docket No. 132)

Dated: March 24, 2022

Sabrina G. Tu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 24th day of March, 2022, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ______________



# **Exhibit A**



# Exhibit A

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Cheng Jian Wu Jian She | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | 136-20 38th Avenue, Suite 3D & 3F | Flushing | NY | 11354 |
| Golden Spring (New York) Ltd. | Attn: Max Krasner | 162 E. 64th Street | | New York | NY | 10605 |
| Golden Spring (New York) Ltd. | c/o Cohn Birnbaum & Shea, P.C. | Attn: Scott D. Rosen | 100 Pearl Street | Hartford | CT | 06103 |
| Guo Baosheng | c/o Law Office of Ning Ye, Esq. | Attn: Ning Ye | 135-11 38th Avenue, Suite 1A | Flushing | NY | 11354 |
| Hong Qi Qu | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | 136-20 38th Avenue, Suite 3D & 3F | Flushing | NY | 11354 |
| Huizhen Wang | c/o Giordano, Halleran &. Ciesla, P.C. | Attn: Christopher Marino | 1250 Broadway, 36th Floor | New York | NY | 10010 |
| Internal Revenue Service | c/o Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5-Q30-133 | Philadelphia | PA | 19104 |
| Internal Revenue Service | c/o Centralized Insolvency Operation | P. O. Box 7346 | | Philadelphia | PA | 19101-7346 |
| Jian Gong | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | 136-20 38th Avenue, Suite 3D & 3F | Flushing | NY | 11354 |
| Jun Chen aka Jonathan Ho | c/o Wayne Wei Zhu, Esq. | Attn: Wayne Wei Zhu | 4125 Kissena Blvd, Suite 112 | Flushing | NY | 11355 |
| Lamp Capital, LLC | Attn: Bernardo Enriquez | 667 Madison Avenue | | New York | NY | 10065 |
| Liehong Zhuang/Xiao Yan Zhu | c/o Trexler & Zhang, LLP | Attn: Jonathan T. Trexler, Esq. | 224 West 35th Street, 12th Floor | New York | NY | 10001 |
| Nan Tong Si Jian | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | 136-20 38th Avenue, Suite 3D & 3F | Flushing | NY | 11354 |
| Ning Ye | c/o Law Office of Ning Ye, Esq. | Attn: Ning Ye | 135-11 38th Avenue, Suite 1A | Flushing | NY | 11354 |
| Pacific Alliance Asia Opportunity | c/o O'Melveney & Myers, LLP | Attn: Sarnoff, Friedman, Harbach | 7 Times Square | New York | NY | 10065 |
| Rui Ma | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo | 900 Third Avenue, 18th Floor | New York | NY | 10022 |
| Rui Ma | c/o Callari Partners LLC | Attn: Carrollyn H.G. Callari | 100 Somerset Corporate Blvd, 2nd Fl | Bridgewater | NJ | 08807 |
| Rui Ma, Zheng Wu, Weican Meng | McElroy, Deutsch, Mulvaney & Carpenter | Attn: Peter Zarella | One State Street, 14th Floor | Hartford | CT | 06103-3102 |
| Samuel Dan Nunberg | | 600 South Dixie Highway, Ste 455 | | West Palm Beach | FL | 33401 |
| Samuel Nunberg | c/o Nesenoff & Miltenberg, LLP | Attn: Andrew T. Miltenberg, Esq. | 363 Seventh Ave, 5th Floor | New York | NY | 10001 |
| US Attorney's Office District of CT | c/o Connecticut Financial Center | New Haven Office | 157 Church Street Floor 25 | New Haven | CT | 06510 |
| Weican Meng/Boxun, Inc. | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo | 900 Third Avenue, 18th Floor | New York | NY | 10022 |
| Xiong Xian Wei Ye | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq | 136-20 38th Avenue, Suite 3D & 3F | Flushing | NY | 11354 |
| Yan Zhao | c/o Law Office of Ning Ye, Esq. | Attn: Ning Ye | 135-11 38th Avenue, Suite 1A | Flushing | NY | 11354 |
| Yang Lan and Wu Zheng | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo | 900 Third Avenue, 18th Floor | New York | NY | 10022 |
| Yua Hua Zhuang Shi | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | 136-20 38th Avenue, Suite 3D & 3F | Flushing | NY | 11354 |
| Yue Hua Zhu Shi | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | 136-20 38th Avenue, Suite 3D & 3F | Flushing | NY | 11354 |

# **Exhibit B**



# Exhibit B

Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Cheng Jian Wu Jian She | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Golden Spring (New York) Ltd. | Attn: Max Krasner | | mkrasner@gsnyus.com |
| Guo Baosheng | c/o Law Office of Ning Ye, Esq. | Attn: Ning Ye | yeningusa@gmail.com |
| Hong Qi Qu | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Huizhen Wang | c/o Giordano, Halleran &. Ciesla, P.C. | Attn: Christopher Marino | cmarino@ghclaw.com |
| Jian Gong | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Jun Chen aka Jonathan Ho | c/o Wayne Wei Zhu, Esq. | Attn: Wayne Wei Zhu | zhulawoffice@gmail.com |
| Lamp Capital, LLC | Attn: Bernardo Enriquez | | bernardo@lampcapital.org |
| Liehong Zhuang/Xiao Yan Zhu | c/o Trexler & Zhang, LLP | Attn: Jonathan T. Trexler, Esq. | jtrexler@trexlerlaw.com |
| Logan Cheng f/k/a Shui-Yuan Cheng | c/o Randazza Legal Group, PLLC | Attn: Jay M. Wolman | ecf@randazza.com |
| Nan Tong Si Jian | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Ning Ye | c/o Law Office of Ning Ye, Esq. | Attn: Ning Ye | yeningusa@gmail.com |
| Office of the United States Trustee | Attn: Kim L. McCabe, Holley L. Claiborn | | kim.mccabe@usdoj.gov<br>Holley.L.Claiborn@usdoj.gov |
| Pacific Alliance Asia Opportunity | c/o O'Melveney & Myers, LLP | Attn: Stuart Sarnoff, Peter Friedman, David V. Harbach | ssarnoff@omm.com<br>pfriedman@omm.com<br>dharbach@omm.com |
| Pacific Alliance Asia Opportunity | c/o Robinson & Cole LLP | Attn: Annecca H. Smith and Patrick M. Birney | pbirney@rc.com<br>asmith@rc.com |
| Rui Ma | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo | rangelillo@arkin-law.com |
| Rui Ma, Zheng Wu, Weican Meng | McElroy, Deutsch, Mulvaney & Carpenter | Attn: Kristin B. Mayhew | kmayhew@mdmc-law.com |
| Samuel Nunberg | c/o Nesenoff & Miltenberg, LLP | Attn: Andrew T. Miltenberg, Esq | amiltenberg@nmllplaw.com |
| Weican Meng/Boxun, Inc. | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo | rangelillo@arkin-law.com |
| Xiong Xian Wei Ye | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq | ktung@kktlawfirm.com |
| Yan Zhao | c/o Law Office of Ning Ye, Esq. | Attn: Ning Ye | yeningusa@gmail.com |
| Yang Lan and Wu Zheng | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo | rangelillo@arkin-law.com |
| Yua Hua Zhuang Shi | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Yue Hua Zhu Shi | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | ktung@kktlawfirm.com |