# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| HO WAN KWOK | : | Case No. 22-50073 (JAM) |
| Debtor | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

**PLEASE TAKE NOTICE** that GOLDEN SPRING (NEW YORK) LTD, by its attorney, Scott D. Rosen, Esq., of Cohn Birnbaum & Shea P.C. (*"Counsel"*), hereby appears in the above-captioned case. Pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, Counsel requests that his name be added to the mailing list maintained by the Clerk in the above-captioned case, and that all notices given and all papers served on any party, filed with the Court or delivered to the Office of the United States Trustee in the above-captioned case, be given to and served upon Counsel at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all of the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, Bankruptcy Code, and Local Rules of Bankruptcy Procedure, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, operating reports, requests or petitions, answering or reply papers, memoranda and brief in support of any of the foregoing and any other document brought before this Court with respect to this case and any

proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, email, text message or otherwise, all of which shall be sent to:

>Scott D. Rosen, Esq.
>Cohn Birnbaum & Shea P.C.
>100 Pearl Street, 12th Floor
>Hartford, CT 06103
>Tel.: (860) 493-2220
>Fax  (860) 727-0361
>Email: srosen@cbshealaw.com

>GOLDEN SPRING (NEW YORK) LTD

Dated: March 28, 2022          By:     /s/ Scott D. Rosen
>Scott D. Rosen
>COHN BIRNBAUM & SHEA P.C.
>100 Pearl Street, 12th Floor
>Hartford, CT 06103
>Tel. 860-493-2200
>Fax. 860-727-0361
>Email: srosen@cbshealaw.com
>Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March 2022, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

   /s/ Scott D. Rosen
Scott D. Rosen

213038v1