

# Fidelity National Title
### INSURANCE COMPANY

**Instructions for the use of this Affidavit form**
1. Attach a legal description of the property as Exhibit A.
2. Choose the version of Paragraph 5 which applies to your fact situation.
3. Record the affidavit after the passage of the time limits set forth in the applicable version of Paragraph 5.

## AFFIDAVIT MADE PURSUANT TO
## SECTION 49-13a OF THE CONNECTICUT GENERAL STATUTES

STATE OF CONNECTICUT)
) __Bridgeport__       Date: 03/09/22
COUNTY OF __Fairfield__ ) (Place of signing)

1. The undersigned, being duly sworn, states that (s)he is over the age of eighteen years, and understands the meaning of an oath.

2. This affidavit pertains to certain property (the "Property") known as __73-75 Hallett Street__, __Bridgeport__, Connecticut, which Property is more particularly described in Exhibit A attached hereto and made a part hereof.

3. The Property is subject to a mortgage (the "Mortgage") dated January 7, 1975 and recorded in Volume 1528, at Page 170, as assigned to Doris Perkins and William Perkins by virtue of an Assignment of Mortgage dated December 21, 1977, and recorded in Volume __1575__, at Page __1112__ of the __Bridgeport__ Land Records.

4. The undersigned is in possession of the Property.

5. The time limited in the Mortgage for the full performance of the conditions thereof expired on _____ (the "Performance Date"). More than twenty (20) years have elapsed since the Performance Date, the holder of the mortgage has not filed on the land records a notice pursuant to Section 49-13a(b) of the Connecticut General Statutes and, to the best of the knowledge of the undersigned, the undersigned and all of the predecessors of the undersigned have been in undisturbed possession of the Property since the Performance Date.

**[OR]**

(5.) The Mortgage does not disclose the time when the note or indebtedness is payable or the time for full performance of the conditions of the mortgage. More than

Rev. 9-06

forty (40) years have elapsed since the recordation of the Mortgage, the holder of the mortgage has not filed on the land records a notice pursuant to Section 49-13a(b) of the Connecticut General Statutes and, to the best of the knowledge of the undersigned, the undersigned and all of the predecessors of the undersigned have been in undisturbed possession of the Property since the recordation of the mortgage.

**[OR]**

5. The time limited in the Mortgage for the full performance of the conditions thereof expired on _____ (the "Performance Date"). More than ten (10) years have elapsed since the holder of the mortgage has filed on the land records a notice pursuant to Section 49-13a(b) of the Connecticut General Statutes and, to the best of the knowledge of the undersigned, the undersigned and all of the predecessors of the undersigned have been in undisturbed possession of the Property since the Performance Date.

**[OR]**

5. The Mortgage does not disclose the time when the note or indebtedness is payable or the time for full performance of the conditions of the mortgage. More than ten (10) years have elapsed since the holder of the mortgage has filed on the land records a notice pursuant to Section 49-13a(b) of the Connecticut General Statutes and, to the best of the knowledge of the undersigned, the undersigned and all of the predecessors of the undersigned have been in undisturbed possession of the Property since the recordation of the mortgage.

RICHARD J. SHERMAN
Print Name:                                             Print Name:

/s/ Richard J. Sherman
Subscribed and sworn to before me this 9th day of March, 2022.

_____
Commissioner of the Superior Court
Notary Public
My Commission Expires:

Rev. 9-06

## SCHEDULE A

**NORTHERLY:** By Hamilton Street, 68.41 feet, more or less;

**EASTEFLY:** By Hallett Street, 55 feet, more or less;

**SOUTHERLY:** By land now or formerly of Jane Tedesco, 69.16 feet, more or less;

**WESTERLY:** By land now or formerly of Jane Tedesco, 88.77 feet, more or less.

Theo Easterly and Southerly lines of said premises, form an angle of 89° 16' 20" and the Northwest and the Northerly and Westerly lines of said premises form an angle of 66° 47' 40" at the Southeast.

Said premises are also known as 73-75 Hallett Street.

Subject to such zoning regulations and/or restrictions as may have been established by the said City of Bridgeport.