**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| HO WAN KWOK | : | Case No. 22-50073 (JAM) |
| Debtor | : | |

**MOTION FOR ENLARGEMENT OF TIME**

Golden Spring (New York) Ltd. ("GSNY"), by and through its attorneys, Cohn Birnbaum & Shea P.C., pursuant to Fed. R. Bankr. P. 9006(b), hereby moves for an enlargement of time up to and including April 8, 2022, to respond and/or object to a subpoena served upon it by Pacific Alliance Asia Opportunity Fund L.P. ("PAX"). In support of its motion GSNY states as follows:

1. GSNY is a creditor of the Debtor and is a prospective DIP lender to the Debtor's bankruptcy estate.

2. On March 29, 2022, PAX caused a Subpoena to be served on GSNY's statutory agent for service, CT Corporation System.

3. On March 30, 2022, CT Corporation System forwarded the Subpoena to GSNY. GSNY received the Subpoena on March 31, 2022.

4. The subpoena demands the production of documents on April 1, 2022.

5. Fed. R. Bankr. P. 9006(b) provides, in pertinent part, as follows:

> [W]hen an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefore is made before the expiration of the period originally prescribed or as extended by a previous order.

212185-v1-23609001

6. The Subpoena was issued pursuant to Fed. R. Bankr. P. 9016, which incorporates Fed. R. Civ. P. 45, which provides, generally, that a subpoena should allow "a reasonable time to comply," *see generally* Fed. R. Civ. P. 45(d)(3)(A)(i) and that the parties should "avoid imposing undue burden and expense on the person subject to the subpoena." *See generally* Fed. R. Civ. P. 45(d)(2)(1).

7. The Subpoena seeks documents from GSNY and its members, agents, attorneys, investment bankers, consultants, accountants, insurers, or others." *Subpoena,* Instruction (d).

8. GSNY has begun marshaling responsive documents and has communicated with its agents to obtain responsive documents. Some of GSNY's agents are outside of the United States. Some of GSNY's agents are on holiday.

9. GSNY requests an enlargement of time to respond or object to the Subpoena. GSNY needs additional time to contact parties with responsive documents and produce said documents. Without knowing the contents of these documents, GSNY cannot determine what objections to the document requests, if any, it might assert.

10. GSNY contacted PAX regarding this request. PAX consented to an enlargement of time to and including April 6, 2022 but did not consent to the enlargement of time to April 8, 2022, as requested herein.

11. This is the first request as to this time limitation.

WHEREFORE, Golden Spring (New York) Ltd. requests an enlargement of time up to and including April 8, 2022 to respond and/or object to the subpoena issued by Pacific Alliance Asia Opportunity Fund L.P. ("PAX").

                                                  GOLDEN SPRING (NEW YORK) LTD

Dated: April 1, 2022                    By:   /s/ Timothy D. Miltenberger
                                                 Timothy D. Miltenberger (CT08874)
                                                 COHN BIRNBAUM & SHEA P.C.
                                                 100 Pearl Street, 12th Floor
                                                 Hartford, CT 06103
                                                 Tel. 860-493-2200
                                                 Fax. 860-727-0361
                                                 Email: tmiltenberger@cbshealaw.com
                                                 Its Attorneys

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| HO WAN KWOK | : | Case No. 22-50073 (JAM) |
| Debtor | : | |

**PROPOSED ORDER**
**GRANTING MOTION FOR ENLARGEMENT OF TIME**

Upon the motion of creditor Golden Spring (New York) Ltd. ("GSNY") requesting an enlargement of time up to and including April 8, 2022, to respond and/or object to a subpoena served upon it by Pacific Alliance Asia Opportunity Fund L.P. ("PAX") and good cause having been shown, it is by the Court,

ORDERED, that the motion is granted and GSNY is hereby allowed an extension of time through April 8, 2022, to respond to the subpoena served by PAX.

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April 2022, the foregoing Motion for Enlargement of Time and Proposed Order were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Timothy D. Miltenberger
Timothy D. Miltenberger

212185-v1-23609001