**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,[1]<br><br>                    Debtor. | Chapter 11 Case No.<br><br>22-50073 (JAM)<br><br>April 4, 2022 |

**PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S RESPONSE**
**TO GOLDEN SPRING (NEW YORK) LTD.'S MOTION FOR EXTENSION**
**OF TIME AND RESERVATION OF RIGHTS RELATED TO THE APRIL 13, 2022**
**HEARING ON THE DIP FINANCING MOTION**

Pacific Alliance Asia Opportunity Fund L.P. ("PAX") files this response (the "Response") to Golden Spring (New York), Ltd.'s ("Golden Spring") *Motion for Enlargement of Time* (the "Motion") [ECF No. 152] and reservation of rights related to the April 13, 2022 hearing (the "DIP Hearing") on the *Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Unsecured, Unsubordinated Postpetition Financing; and (II) Scheduling Interim and Final Hearings; and (III) Granting Related Relief* (the "DIP Motion") [ECF No. 117] filed by Ho Wan Kwok, the above-captioned debtor and debtor in possession (the "Debtor"). In Support of its Response and Reservation of Rights, PAX states as follows:

**RESPONSE**

1.      On March 22, 2022, the Debtor filed the DIP Motion, wherein Golden Spring is identified as the putative debtor in possession lender. The DIP Motion identifies Golden Spring as an "entity owned and controlled by the Debtor's son." DIP Motion, ¶ 2. The Debtor's Bankruptcy Schedules D and F also list Golden Spring as holding both secured and unsecured

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

1

claims against the Debtor in the aggregate amount of $21,000,000.00 pursuant to one or more Litigation Funding Agreements. *See* Schedule D, p. 18; Schedule F, p. 19 [ECF No. 78].

2. On March 24, 2022, the Court scheduled the DIP Hearing. *See* ECF No. 131.

3. On March 29, 2022, PAX served its *Notice of Deposition of Golden Spring (New York) Limited Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure* (the "Deposition Notice"), *Subpoena to Produce Documents in a Bankruptcy Case* (the "Document Subpoena") and *Subpoena to Testify at a Deposition* (the "Deposition Subpoena") related to the relief the Debtor seeks in the DIP Motion.

4. The Document Subpoena sought the production of documents by April 1, 2022 and the Deposition Subpoena seeks the deposition of a Golden Spring corporate representative on April 12, 2022, prior to the DIP Hearing.

5. On April 1, 2022, Golden Spring filed its *Motion for Enlargement of Time* (the "Enlargement Motion")*,* wherein it requests an enlargement of time to respond or object to the Document Subpoena as it is "marshaling responsive documents and [communicates] with its agents to obtain responsive documents." *Id.*, ¶¶ 8-9. [ECF No. 152].

6. Counsel for PAX and Golden Spring have engaged in a meet and confer regarding the Enlargement Motion and, subject to its Reservation of Rights, *infra*, PAX does not object to Golden Spring's Enlargement Motion so long as Golden Spring produces responsive documents to the Document Subpoena by Friday, April 8, 2022, identifies its corporate representative for the Rule 30(b)(6) Deposition by Friday, April 8, 2022 and produces the witness on April 12, 2022 in accordance with the Deposition Notice.

**RESERVATION OF RIGHTS**

7. PAX reserves its right to seek the adjournment of the DIP Hearing if Golden Springs does not comply with the Document Subpoena and produce responsive documents by

Friday, April 8, 2022; fails to identify its corporate representative for the Rule 30(b)(6) deposition by Friday April 8, 2022; and/or fails to produce the designated representative on April 12, 2022. Further, PAX continues to reserve all rights, claims and defenses with respect to these chapter 11 proceedings, including but not limited to its right to contest venue, seek dismissal of the case, and any other remedy.

## CONCLUSION

Subject to the aforesaid Reservation of Rights, PAX does not object to the relief requested in the Enlargement Motion.

Dated: Hartford, Connecticut
April 4, 2022

**Pacific Alliance Asia Opportunity Fund L.P.**

By: */s/ Patrick M. Birney*
  Patrick M. Birney (CT No. 19875)
  Annecca H. Smith (CT No. 31148)
  **ROBINSON & COLE LLP**
  280 Trumbull Street
  Hartford, CT 06103
  Telephone: (860) 275-8275
  Facsimile: (860) 275-8299
  E-mail: pbirney@rc.com
        asmith@rc.com

  Peter Friedman (admitted *pro hac vice*)
  Stuart M. Sarnoff (admitted *pro hac vice*)
  **O'MELVENY & MYERS LLP**
  Times Square Tower
  7 Times Square
  New York, NY 10036
  Telephone: (212) 326-2293
  E-Mail: pfriedman@omm.com
        ssarnoff@omm.com