**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor.[1] | : |
| | : |
| | : |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE**, that the undersigned appears for THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules, demands that all notices given or required to be given in this case and all papers, documents and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, Post Office address, fax number, email address and telephone number set forth below.

    **PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, every order, application, motion, petition, pleading, plan, request, complaint, demand, or other document which is filed with or brought before this Court or which affects the Debtor or the property of the Debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

conveyed by mail delivery, telephone, telegraph, facsimile transmission, email, telex or otherwise.

Dated: Bridgeport, Connecticut       Respectfully Submitted,
       April 5, 2022

                                 By:    /s/Irve J. Goldman
                                        Irve J. Goldman (ct02404)
                                        Pullman & Comley, LLC
                                        850 Main Street, P.O. Box 7006
                                        Bridgeport, CT  06601-7006
                                        Tel: 203 330 2213
                                        igoldman@pullcom.com
                                        Attorneys for the Official Committee of Unsecured Creditors – Application Pending

# **CERTIFICATION**

       I hereby certify that on April 5, 2022, a copy of the foregoing was filed electronically and served upon the following parties by mail on anyone unable to accept electronic filing.  Notice of this filing will be send by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

| | | |
|---|---|---|
| **William Baldiga**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>New York<br>212-209-4800<br>212-209-4801 (fax)<br>wbaldiga@brownrudnick.com<br>  *Assigned: 03/01/2022*<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **William R. Baldiga**<br>Brown, Rudnik, Freed & Gesmer<br>One Financial Center<br>Boston, MA 02111<br>(617) 330-9000<br>617-289-0420 (fax)<br>wbaldiga@brownrudnick.com<br>  *Assigned: 03/09/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Patrick M. Birney**<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8200<br>(860) 275-8299 (fax)<br>pbirney@rc.com<br>  *Assigned: 02/24/2022* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Carollynn H.G. Callari**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>ccallari@callaripartners.com<br>  *Assigned: 03/16/2022*<br>  *LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |

| | | |
|---|---|---|
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |
| **Holley L. Claiborn**<br>Office of The United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br>(203) 773-2217 (fax)<br>holley.l.claiborn@usdoj.gov<br> *Assigned: 02/28/2022* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **David S. Forsh**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>dforsh@callaripartners.com<br> *Assigned: 03/17/2022*<br> *LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |
| **Peter Friedman**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5302<br>pfriedman@omm.com<br> *Assigned: 02/25/2022*<br> *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **David V. Harbach, II**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5127<br>dharbach@omm.com<br> *Assigned: 02/25/2022* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

*LEAD ATTORNEY*

**Dylan Kletter**
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103
860-509-6500
dkletter@brownrudnick.com
 *Assigned: 02/15/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Steven E. Mackey**
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
 *Assigned: 03/22/2022*

representing

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

**Kristin B. Mayhew**
McElroy, Deutsch, Mulvaney & Carpenter
30 Jeliff Lane
Southport, CT 06890
(203) 319-4011
203-259-0251 (fax)
kmayhew@mdmc-law.com
 *Assigned: 03/15/2022*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

**Timothy D. Miltenberger**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103
860-493-2200
Tmiltenberger@cbshealaw.com
 *Assigned: 03/31/2022*

representing

**Golden Spring (New York) LTD**
*(Interested Party)*

**Scott D. Rosen**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor

representing

**Golden Spring (New York) LTD**
*(Interested Party)*

Hartford, CT 06103-4500
(860) 493-2200
860-727-0361 (fax)
srosen@cb-shea.com
  *Assigned: 03/28/2022*

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
202-326-2293
ssarnoff@omm.com
  *Assigned: 02/25/2022*
  *LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Bennett Silverberg**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
bsilverberg@brownrudnick.com
  *Assigned: 03/01/2022*
  *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
860-275-8325
860-275-8299 (fax)
asmith@rc.com
  *Assigned: 02/24/2022*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Jay Marshall Wolman**
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
702-420-2001
jmw@randazza.com
  *Assigned: 02/17/2022*

representing

**Logan Cheng**
c/o Randazza Legal Group, PLLC
100 Pearl Street
14th Floor
Hartford, CT 06103
*(Creditor)*

**Peter J. Zarella**
McElroy, Deutsch, Mulvaney & Carpenter,
One State Street, 14th floor
Hartford, CT 06103

representing

**Rui Ma**
*(20 Largest Creditor)*

6

860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
 *Assigned: 03/22/2022*

        **Weican Meng**
        *(20 Largest Creditor)*

        **Zheng Wu**
        *(Creditor)*


        /s/ *Irve J. Goldman*
        Irve J. Goldman

ACTIVE/83201.1/IJG/10241992v1