**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor.[1] | : |
| | : |
| | : |

**ORDER AUTHORIZING RETENTION AND EMPLOYMENT**
**OF PULLMAN & COMLEY, LLC AS COUNSEL FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon the Application of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case, for authority to retain and employ Pullman & Comley, LLC ("P&C") as its counsel, effective as of March 29, 2022 (the "Application"), and upon the Declaration of Irve J. Goldman, Esq. accompanying the Application, and the Court being satisfied that P&C: (i) does not represent any other entity having an adverse interest in connection with this case; (ii) does not have or represent interests adverse to the Committee or the creditors of this estate, (iii) is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code; and that the employment of P&C is in the best interests of the Committee, and notice of the Application having been given to the Debtor, the United States Trustee, and all appearing parties; and it appearing that no other notice need be given; and no adverse interest being represented; and after due deliberation and sufficient cause appearing therefor; it is

**ORDERED**, that the Application is hereby granted and approved in all respects; and it is further

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

2

**ORDERED**, that in accordance with section 1103 of the Bankruptcy Code, the Committee is hereby authorized and empowered to retain and employ P&C as its counsel, effective as of March 29, 2022, and it is further

**ORDERED**, that the allowance of any compensation to be paid to P&C shall be determined in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and as may be established by this Court.