**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok,[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No. 22-50073<br><br>April 5, 2022 |

**CERTIFICATION OF SERVICE**

I, Patrick M. Birney, hereby certify that on the 4th day of April, 2022, *Pacific Alliance Asia Opportunity Fund L.P.'s Response to Golden Spring (New York) Ltd.'s Motion for Extension of Time and Reservation of Rights Related to the April 13, 2022 Hearing on the DIP Financing Motion* [ECF No. 154] was filed via the Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice to all parties receiving notification through CM/ECF.

*/s/ Patrick M. Birney_____*
Patrick M. Birney

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.