**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor.[1] | : |
| | : |
| | : |

**OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTOR'S PROPOSED RETENTION OF <u>VERDOLINO & LOWEY, P.C. AS FINANCIAL ADVISOR</u>**

The Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Debtor and Debtor in Possession, Ho Wan Kwok (the "<u>Debtor</u>"), herby joins in and adopts by reference the Objection of Rui Ma and Weican Meng to the Debtor's Proposed Retention of Verdolino & Lowey, P.C. as Financial Advisor.

**WHEREFORE**, the Committee respectfully requests that the Court deny the Application to Retain Verdolino & Lowey, P.C. as Financial Advisor and grant such other or further relief as it may deem just, equitable and proper.

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

2

Dated: Bridgeport, Connecticut
April 6, 2022

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HO WAN KWOK**

By: */s/Irve J. Goldman*
Irve J. Goldman
Jonathan A. Kaplan
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601-7006
(203) 330-2213
igoldman@pullcom.com

Its Attorneys (Application Pending)

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor.[1] | : |
| | : April 6, 2022 |
| | : |

**CERTIFICATION OF SERVICE**

I Irve J. Goldman, herby certify that on the 6th day of April, 2022, The Official Committee of Unsecured Creditors' (the "Committee") *Objection to the Debtor's Proposed Retention of Verdolino & Lowey, P.C. as Financial Advisor* was filed via the Court's CM/ECF electronic filing system ("CM/ECF"), which sent notice to all parties receiving notification through CM/ECF.

*/s/ Irve J. Goldman*
Irve J. Goldman

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

ACTIVE/83201.1/IJG/10245666v1