**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok[1]<br><br>Debtor. | Chapter 11 Case No.<br><br>22-50073 (JAM) |

**JOINDER OF PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. TO THE OBJECTIONS TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING (I) EMPLOYMENT AND PAYMENT OF PROFESSIONALS UTILIZED IN THE ORDINARY COURSE, (II) PAYMENT OF PREPETITION CLAIMS AND (III) GRANTING RELATED RELIEF FILED BY THE UNITED STATES TRUSTEE AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), by and through undersigned counsel, hereby joins (the "Joinder") in the objections to the *Debtor's Motion for Entry of An Order Authorizing (I) Employment and Payment of Professionals Utilized in the Ordinary Course, (II) Payment of Prepetition Claims; And (III) Granting Related Relief* filed by the United States Trustee (the "UST Objection") [Dkt. No. 119] and the Official Committee of Unsecured Creditors (the "UCC Objection" and together with the UST Objection the "Objections") [Dkt No. 174],[2] which are incorporated herein by reference. For the reasons cited in the Objections, PAX respectfully requests that the Court sustain the Objections and deny the relief requested in the Motion. PAX reserves its rights to modify or supplement this Joinder as necessary and appropriate, including after the docketing of objections by other parties in interest.

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.
[2] Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the Objections.

<table>
<tr><td>Dated: Hartford, Connecticut<br>April 6, 2022</td><td>**Pacific Alliance Asia Opportunity Fund L.P.**<br><br>By: */s/ Patrick M. Birney*<br>Patrick M. Birney (CT No. 19875)<br>Annecca H. Smith (CT No. 31148)<br>**ROBINSON & COLE LLP**<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone:  (860) 275-8275<br>Facsimile:  (860) 275-8299<br>E-mail: pbirney@rc.com<br>asmith@rc.com<br><br>-and-<br><br>Peter Friedman (admitted *pro hac vice*)<br>Stuart M. Sarnoff (admitted *pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2293<br>E-mail: pfriedman@omm.com<br>ssarnoff@omm.com</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2022, a copy of the foregoing was filed electronically through the Court's CM/ECF System and served in the manner described in the accompanying Motion.

*/s/ Patrick M. Birney*  
Patrick M. Birney