## **EXHIBIT B**

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,[1]<br><br>            Debtor. | Chapter 11 Case No.<br><br>22-50073 (JAM) |
| Pacific Alliance Asia Opportunity Fund L.P.,<br><br>            Movant<br><br>Vs.<br><br>Ho Wak Kwok,<br><br>            Respondent | |

**ORDER DISMISSING THE DEBTOR'S CHAPTER 11 CASE**

Upon the motion [Docket No. _____] (the "Motion") of the Pacific Alliance Asia Opportunity Fund L.P s (the "PAX"), for entry of an order (this "Order") dismissing the Debtor's chapter 11 case or, in the alternative, partial joinder to United States Trustee's motion for an order directing the appointment of a chapter 11 trustee; it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of the Motion in this district is proper for the purpose of issuing this Order pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Federal Rules of

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Connecticut, and that, except as otherwise ordered herein, no other or further notice is necessary; and any objections (if any) to the Motion having been withdrawn or overruled on the merits; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to Bankruptcy Code sections 105(a) and 1112(b), the chapter 11 case of Ho Wan Kwok (the "Debtor") is hereby DISMISSED.

3.      The Debtor shall remit to the U.S. Trustee all accrued and unpaid U.S. Trustee Fees by no later than five business days after entry of this Order.

4.      Any stay imposed by operation of Bankruptcy Code section 362(a) is hereby ABROGATED, LIFTED, and deemed NULL and VOID.

5.      The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6.      To the extent that this Order is inconsistent with any prior order or pleading with respect to the Motion in the Chapter 11 Case, the terms of this Order shall govern.

7.      The Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.


Dated: _____, 2022
        Bridgeport, Connecticut

                                        _____
                                        JULIE A. MANNING
                                        UNITED STATES BANKRUPTCY JUDGE