**EXHIBIT A**
**(PROPOSED ORDER)**

24387164-v1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[2]<br><br>Debtor. | Chapter 11 Case No.<br><br>22-50073 (JAM) |

### ORDER ON MOTION OF PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. TO SCHEDULE A STATUS CONFERENCE, SET BRIEFING SCHEDULE AND SCHEDULE HEARING REGARDING ITS MOTION TO DISMISS CHAPTER 11 CASE OR, IN THE ALTERNATIVE, PARTIAL JOINDER TO UNITED STATES TRUSTEE'S MOTION FOR AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

Upon consideration of the *Motion of Pacific Alliance Opportunity Fund L.P. to Schedule a Status Conference, Set Briefing Schedule and Schedule Hearing Regarding Its Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee* (the "Motion"), pursuant to sections 105(a) and (d)(1) of the Bankruptcy Code and Bankruptcy Rules 2002, 9006, and 9007; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and upon all of the

---

[2] The last four digits of the Debtor's taxpayer identification number are 9595.

1

proceedings had before this Court; and the Court having determined after due deliberation that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein:

**IT IS ORDERED THAT**:

1. Pacific Alliance Asia Opportunity Fund L.P.'s request for an expedited hearing, shortened time, and limited notice on the Stay Motion, as defined herein, is **GRANTED**.

**2.** A Status Conference on the Dismissal Motion shall be held **on April 13, 2022 at 10:00 a.m.**

3. Good cause exists to grant the remaining relief requested in the Motion.

4. The Dismissal Motion is hereby scheduled to be held at a hearing on **_____, 2022 at __:00 a.m./p.m.** before the Honorable Julie A. Manning, United States Bankruptcy Judge in the United States Bankruptcy Court for the District of Connecticut.

5. Any objection to the Dismissal Motion shall be filed and served on or before **_____, 2022** and replies, if any, filed by _____ .

6. Notice of the Dismissal Motion shall be limited to the Notice Parties (as defined in the Motion). PAX shall serve, or cause to be served, copies of the Dismissal Motion and this Order upon the Notice Parties by overnight courier, e-mail or facsimile no later than _____, 2022. Such service shall be deemed sufficient notice of the hearing on the Stay Motion.

Dated: _____, 2022  
Bridgeport, Connecticut

_____  
HONORABLE JULIE A. MANNING  
UNITED STATES BANKRUPTCY JUDGE