# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-50073 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned, a member of the Bar of this Court, respectfully moves that the Court admit Laura Aronsson, a member of the Bar of the State of New York and the State of California, to represent Pacific Alliance Asia Opportunity Fund L.P., and in accordance with Local Rule 83.1(d), I represent that:

1. The primary office of Attorney Aronsson is: O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036. Attorney Aronsson's telephone number is (212) 728-5841 and her email address is laronsson@omm.com.

2. Attorney Aronsson is a member in good standing of all states and jurisdictions set forth in his affidavit, attached as Exhibit A.

3. To the best of my knowledge and belief, Attorney Aronsson is a member in good standing of the courts listed in his affidavit and she has not been denied admission or disciplined

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

by this Court; no disciplinary proceedings are pending against her; and she has not been denied admission or disciplined by any other court.

4. Service of all papers directed to Pacific Alliance Asia Opportunity Fund L.P. may be made upon the undersigned, pursuant to Rule 83.1(c) of the Local Rules of Civil Procedure.

Dated: Hartford, Connecticut
April 7, 2022

**Pacific Alliance Asia Opportunity Fund L.P.**

By: */s/ Patrick M. Birney*
Patrick M. Birney (CT No. 19875)
Annecca H. Smith (CT No. 31148)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8275
Facsimile: (860) 275-8299
E-mail: pbirney@rc.com
  asmith@rc.com

## CERTIFICATION

I hereby certify that the foregoing Motion for Admission of Visiting Attorney was filed electronically on April 7, 2022, and therefore will be sent by email to those receiving email notices from the Court's electronic filing system.

/s/  Patrick M. Birney
Patrick M. Birney