# Notice Recipients

| District/Off: 0205−5 | User: admin | Date Created: 4/8/2022 |
|---|---|---|
| Case: 22−50073 | Form ID: pdfdoc2 | Total: 16 |

**Recipients of Notice of Electronic Filing:**
```
ust     U. S. Trustee          USTPRegion02.NH.ECF@USDOJ.GOV
aty     Annecca H. Smith       asmith@rc.com
aty     Bennett Silverberg     bsilverberg@brownrudnick.com
aty     Carollynn H.G. Callari ccallari@callaripartners.com
aty     David S. Forsh         dforsh@callaripartners.com
aty     David V. Harbach, II   dharbach@omm.com
aty     Dylan Kletter          dkletter@brownrudnick.com
aty     Holley L. Claiborn     holley.l.claiborn@usdoj.gov
aty     Irve J. Goldman        igoldman@pullcom.com
aty     Jonathan Kaplan        jkaplan@pullcom.com
aty     Patrick M. Birney      pbirney@rc.com
aty     Peter Friedman         pfriedman@omm.com
aty     William Baldiga        wbaldiga@brownrudnick.com
aty     William R. Baldiga     wbaldiga@brownrudnick.com
```
                                                  TOTAL: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db      Ho Wan Kwok        373 Taconic Road      Greenwich, CT 06831
aty     Steven E. Mackey   Office of the U.S. Trustee   The Giaimo Federal Building   150 Court Street, Room 302   New Haven, CT 06510
```
                                                  TOTAL: 2