# Notice Recipients

District/Off: 0205–5    User: admin    Date Created: 4/8/2022
Case: 22–50073    Form ID: pdfdoc1    Total: 86

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| 20 | Pacific Alliance Asia Opportunity Fund L.P. | |
| cr | Zheng Wu | |
| 20 | Rui Ma | |
| 20 | Weican Meng | |
| intp | Golden Spring (New York) LTD | |
| crcm | Official Committee of Unsecured Creditors | |
| 9343402 | 22–50073 | |

TOTAL: 7

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| aty | Annecca H. Smith | asmith@rc.com |
| aty | Bennett Silverberg | bsilverberg@brownrudnick.com |
| aty | Carollynn H.G. Callari | ccallari@callaripartners.com |
| aty | David S. Forsh | dforsh@callaripartners.com |
| aty | David V. Harbach, II | dharbach@omm.com |
| aty | Dylan Kletter | dkletter@brownrudnick.com |
| aty | Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| aty | Irve J. Goldman | igoldman@pullcom.com |
| aty | Jay Marshall Wolman | jmw@randazza.com |
| aty | Jonathan Kaplan | jkaplan@pullcom.com |
| aty | Kristin B. Mayhew | kmayhew@mdmc–law.com |
| aty | Laura Aronsson | laronsson@omm.com. |
| aty | Mia N. Gonzalez | mgonzalez@omm.com. |
| aty | Patrick M. Birney | pbirney@rc.com |
| aty | Peter Friedman | pfriedman@omm.com |
| aty | Peter J. Zarella | pzarella@mdmc–law.com |
| aty | Scott D. Rosen | srosen@cb–shea.com |
| aty | Stuart M. Sarnoff | ssarnoff@omm.com |
| aty | Timothy D. Miltenberger | Tmiltenberger@cbshealaw.com |
| aty | William Baldiga | wbaldiga@brownrudnick.com |
| aty | William R. Baldiga | wbaldiga@brownrudnick.com |

TOTAL: 22

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Ho Wan Kwok | 373 Taconic Road    Greenwich, CT 06831 |
| cr | Logan Cheng | c/o Randazza Legal Group, PLLC    100 Pearl Street    14th Floor    Hartford, CT 06103 |
| ca | Stretto | 410 Exchange, Suite 100    Irvine, CA 92602 |
| aty | Steven E. Mackey | Office of the U.S. Trustee    The Giaimo Federal Building    150 Court Street, Room 302    New Haven, CT 06510 |
| 9343455 | Bi Hai Ge Lin | C/O Kevin Tung, Esq.    38th Avenue, Suite 3d    Flushing, NY 11354 USA |
| 9343425 | CHENG (NY) | c/o Randazza Law Firm    2764 Sahara Dr., Suite 109    Las Vegas, NV 89117 USA |
| 9343450 | Chao–Chic Chiu | c/o Giordano, Halleran &. Ciesla, P.C.    1250 Broadway, 36th Floor    New York, NY 10010 USA    Attn: Christopher Marino |
| 9343406 | Cheng Jian Wu Jian She | c/o Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. |
| 9343431 | Chenglong Wang | C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta |
| 9343452 | Chong Sheen Raphanella | C/O Wolf Haldenstein Adler Freeman & Her    270 Madison Avenue    New York, NY 10016 USA    Attn: Matthew Guiney |
| 9343457 | Fu Le Hong Ma | C/O Kevin Tung, Esq.    38th Avenue, Suite 3d    Flushing, NY 11354 USA |
| 9343404 | Golden Spring New York | 162 E. 64th Street    New York, NY 10605 USA    Attn: Max Krasner |
| 9343408 | Guo Baosheng | c/o Law Office of Ning Ye, Esq.    135–11 38th Avenue, Suite 1A    Flushing, NY 11354 USA    Attn: Ning Ye, Esq. |
| 9343410 | Hong Qi Qu | c/o Kevin Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. |
| 9343449 | Huizen Wang | c/o Giordano, Halleran &. Ciesla P.C.    1250 Broadway, 36th Floor    New York, NY 10010 USA    Attn: Christopher Marino |
| 9343421 | Jia Li Wang | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343435 | Jiamei Lu | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343412 | Jian Gong | C/O Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. |

9343434   Jianhu Yi and Qiuju Jia        C/O Arthur Angel, Esq.        1305 n. Poinsettia Place        Los Angeles, CA 90046 USA

9343424   Jonathan Young        141 Allenby Road        Wellington Point, QLD 4160        AUSTRALIA

9343419   Jun Chen aka Jonathan Ho        C/O Wayne Wei Zhu, Esq.        4125 Kissena Blvd, Suite 112        Flushing, NY 11355 USA        Attn: Wayne Wei Zhu

9343436   Jun Liu        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.

9343430   Kaixin Hong        C/O HGT Law        250 Park Avenue, 7th Floor        New York, NY 10177 USA        Attn: Hung Ta

9343447   Keyi Zilkie        c/o Giordano, Halleran &. Ciesla, P.C.        1250 Broadway, 36th Floor        New York, NY 10010 USA        Attn: Christopher Marino

9343418   Lamp Capital, LLC        Attn: Bernardo Enriquez        667 Madison Avenue        New York, NY 10065

9343415   Liehong Zhuang/Xiao Yan Zhu        C/O Trexler & Zhang, LLP        224 West 35th Street, 12th Floor        New York, NY 10001 USA        Attn: Jonathan T. Trexler, Esq.

9343437   Linda Cheng        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.

9343438   Mao–Fu Weng        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.

9343411   Nan Tong Si Jian        C/O Kevin Kerveng Tung, P.C.        136–20 38th Avenue, Suite 3D & 3F        Flushing, NY 11354 USA        Attn: Kevin Tung, Esq.

9343407   Ning Ye        c/o Law Office of Ning Ye, Esq.        135–11 38th Avenue, Suite 1A        Flushing, NY 11354        Attn: Ning Ye, Esq.

9343451   Rong Zhang        C/O Wolf Haldenstein Adler Freeman & Her        270 Madison Avenue        New York, NY 10016 USA        Attn: Matthew Guiney

9343439   RuQin Wang        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.

9343426   SHI        C/O Thompson Hine        20 N. Clark St., Ste 3200        Chicago, IL 60602 USA        Attn: Steven A. Block, Esq.

9348491   Samuel Dan Nunberg        600 South Dixie Highway, Suite 455        West Palm Beach, FL 33401

9343417   Samuel Nunberg        C/O Nesenoff & Miltenberg, LLP        363 Seventh Ave, 5th Floor        New York, NY 10001 USA        Attn: Andrew T. Miltenberg, Esq.

9343440   Teli Chen        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.

9343422   WA&HF, LLC/Ruizeng An        C/O AFN Law        41 Madison Avenue, 31st Floor        New York, NY 10010 USA        Attn: Angus Ni, Esq.

9343427   WANG        C/O Carmody Torrance Sandak & Hennessey        195 Church Street, P.O. Box 1950        New Haven, CT 6509 USA        Attn: David Grudberg

9343441   Weiguo Sun        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.

9343442   Weixiand Ge        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.

9343429   Wen Lin        C/O HGT Law        250 Park Avenue, 7th Floor        New York, NY 10177 USA        Attn: Hung Ta

9343433   Xiaobo He        C/O HGT Law        250 Park Avenue, 7th Floor        New York, NY 10177 USA        Attn: Hung Ta

9343453   Xiaodan Wang        C/O Wolf Haldenstein Adler Freeman & Her        270 Madison Avenue        New York, NY 10016 USA        Attn: Matthew Guiney

9343432   Xiaoping Luo        C/O HGT Law        250 Park Avenue, 7th Floor        New York, NY 10177 USA        Attn: Hung Ta

9343443   Xingyu Yan        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.

9343454   Xiong Xian Wei Ye        C/O Kevin Tung, Esq.        136–20 38th Avenue, Suite 3D & 3F        Flushing, NY 11354 USA        Attn: Kevin Tung, Esq

9343423   Xiqiu Fu        c/o The Lanier Law Firm        10940 W. Sam Houston Pkwy N., Suite 100        Houston, TX 77064 USA        Attn: Lawrence P. Wilson

9343448   YUNXIA WU        c/o Giordano, Halleran &. Ciesla, P.C.        1250 Broadway, 36th Floor        New York, NY 10010 USA        Attn: Christopher Marino

9343444   Yan Gao        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.

9343413   Yan Zhao        C/O Law Office of Ning Ye, Esq.        135–11 38th Avenue, Suite 1A        Flushing, NY 11354 USA        Attn: Ning Ye, Esq.

9343409   Yang Lan and Wu Zheng        900 Third Avenue, 18th Floor        c/o Arkin Solbakken, LLP        New York, NY 10022        Attn: Robert C. Angelillo

9343445   Yi Li        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.

9343446   Ying Liu        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA        Attn: Brian P. Lanciault, Esq.

9343414   Yua Hua Zhuang Shi        C/O Kevin Kerveng Tung, P.C.        136–20 38th Avenue, Suite 3D & 3F        Flushing, NY 11354 USA        Attn: Kevin Tung, Esq.

9344053   Yue Hua Zhu Shi        136–20 38th Avenue, Suite 3D        c/o Kevin Kerveng Tung, P.C.        Flushing, NY 11354        Attn: Kevin Tung, Esq.

9343456   Zhen Yuan Jian Zhu        C/O Kevin Tung, Esq.        38th Avenue, Suite 3d        Flushing, NY 11354 USA

9343428   Zhengjun Dong        C/O HGT Law        250 Park Avenue, 7th Floor        New York, NY 10177 USA        Attn: Hung Ta

TOTAL: 57