United States Bankruptcy Court
District of Connecticut

In re:  
Ho Wan Kwok  
    Debtor

Case No. 22-50073-jam  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0205-5      User: admin      Page 1 of 3  
Date Rcvd: Apr 08, 2022      Form ID: pdfdoc2      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ho Wan Kwok, 373 Taconic Road, Greenwich, CT 06831-2828 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | Apr 08 2022 18:26:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Annecca H. Smith | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com |
| Bennett Silverberg | on behalf of Debtor Ho Wan Kwok bsilverberg@brownrudnick.com |
| Carollynn H.G. Callari | on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com |
| Carollynn H.G. Callari | |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 2 of 3 |
| Date Rcvd: Apr 08, 2022 | Form ID: pdfdoc2 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Zheng Wu ccallari@callaripartners.com |
| Carollynn H.G. Callari | |
| | on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com |
| David S. Forsh | |
| | on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com |
| David S. Forsh | |
| | on behalf of Creditor Zheng Wu dforsh@callaripartners.com |
| David S. Forsh | |
| | on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com |
| David V. Harbach, II | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com |
| Dylan Kletter | |
| | on behalf of Debtor Ho Wan Kwok dkletter@brownrudnick.com adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;rstark@brownrudnick.com |
| Holley L. Claiborn | |
| | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |
| Irve J. Goldman | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com rmccoy@pullcom.com |
| Jay Marshall Wolman | |
| | on behalf of Creditor Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com |
| Jonathan Kaplan | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com prulewicz@pullcom.com;rmccoy@pullcom.com |
| Kristin B. Mayhew | |
| | on behalf of Creditor Zheng Wu kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of 20 Largest Creditor Weican Meng kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of 20 Largest Creditor Rui Ma kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Laura Aronsson | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com. |
| Mia N. Gonzalez | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com. |
| Patrick M. Birney | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com |
| Peter Friedman | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter J. Zarella | |
| | on behalf of Creditor Zheng Wu pzarella@mdmc-law.com |
| Peter J. Zarella | |
| | on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com |
| Peter J. Zarella | |
| | on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com |
| Scott D. Rosen | |
| | on behalf of Interested Party Golden Spring (New York) LTD srosen@cb-shea.com kseaman@cbshealaw.com |
| Stuart M. Sarnoff | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com |
| Timothy D. Miltenberger | |
| | on behalf of Interested Party Golden Spring (New York) LTD Tmiltenberger@cbshealaw.com msullivan@cbshealaw.com;dtempera@cbshealaw.com |
| U. S. Trustee | |
| | USTPRegion02.NH.ECF@USDOJ.GOV |
| William Baldiga | |
| | on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com |
| William R. Baldiga | |
| | on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com |

District/off: 0205-5                    User: admin                         Page 3 of 3
Date Rcvd: Apr 08, 2022                 Form ID: pdfdoc2                    Total Noticed: 2
TOTAL: 30

ct136 04/2019

# United States Bankruptcy Court

### District of Connecticut



In re:

Ho Wan Kwok

Debtor*

Case Number: 22-50073

Chapter: 11

### ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

A Motion for admission for Attorney Laura Aronsson to appear as a visiting attorney was filed on April 7, 2022 (the "Motion", ECF No. 187), by local counsel, Attorney Patrick M. Birney (the "Sponsoring Attorney"). As the Motion satisfies the requirements of D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 1001-1(b); it is hereby

**ORDERED**: Attorney Laura Aronsson is hereby admitted *pro hac vice* for the purposes of this case only; and it is further

**ORDERED:** The Sponsoring Attorney is not excused from attendance in court pursuant to D. Conn. L. Civ. R. 83.1(d)(2).

Dated: April 8, 2022

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.