# EXHIBIT

# B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, | Case No: 22-50073 (JAM) |
| Debtor. | |
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND, L.P., | Contested Matter [Doc. No. 57] |
| Movant, | |
| v. | |
| HO WAN KWOK, | |
| Respondent. | |

**[PROPOSED] ORDER ON CONSENT COMPELLING**
**HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC**
**TO TRANSPORT AND DELIVER THAT CERTAIN YACHT, THE "LADY MAY"**

Upon the Motion of Pacific Alliance Asia Opportunity Fund L.P. for Entry of an Order Confirming the Inapplicability of the Automatic Stay or, in the Alternative, Relief from the Automatic Stay Pursuant to Section 362(D)(2) of the Bankruptcy Code [Doc. No. 57] (the "Stay Relief Motion"), seeking a determination that the automatic stay did not apply or, in the alternative, relief from the automatic stay to permit it to proceed in that certain civil proceeding captioned *Pacific Alliance Asia Opportunity Fund, L.P. v. Kwok*, Index No. 652077/2017, to seek to compel the debtor, Ho Wan Kwok, to cause the return of that certain vessel, known as the "Lady May," to the navigable waters of New York, and further upon the Statement [Doc. No. __] (the "Statement") filed by HK International Funds Investments (USA) Limited, LLC ("HK USA) regarding such Stay Relief Motion, wherein HK USA—the undisputed "registered owner" of the Lady May—articulated its consent to the entry of this Order compelling the return of the Lady

1

May, and established the reasonable basis for the terms and conditions set forth herein through the submission of that certain Declaration of Russel Stockil (the "Declaration"), the Yacht Management Director for Yachtzoo SARL, the yacht management company for the Lady May; there appearing good and sufficient cause to enter this Order, it is hereby

**ORDERED**, that HK USA shall transport and deliver the Lady May to the navigable waters of Connecticut, immediately upon the completion of the service and maintenance identified in the Statement, and otherwise on the terms and conditions set forth in this Order;

**ORDERED**, on the first and fifteenth day of each month until the Lady May has been returned to the navigable waters of Connecticut, HK USA shall file with this Court a Progress Report Regarding the Lady May setting forth: (i) the current physical location of the Lady May; (ii) the status of the service and maintenance tasks identified in the Declaration, and the reasonable anticipated timing of the remaining service and maintenance tasks to be performed; (iii) the status of arrangements for the transport by freighter of the Lady May in accordance with this Order or, once departed from France, the status of such transport by freighter of the Lady May; and (iv) the anticipated timing of the return of the Lady May in compliance with this Order; and

**ORDERED**, that upon the delivery of the Lady May to the navigable waters of Connecticut fully in accordance with this Order, HK USA shall keep and maintain at all times the Lady May physically present in the navigable waters of Connecticut, subject to further order of this Court upon motion of any party-in-interest, and entered after notice and a hearing.