# EXHIBIT

# C

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, | Case No:  22-50073 (JAM) |
| Debtor. | |
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND, L.P., | Contested Matter [Doc. No. 57] |
| Movant, | |
| v. | |
| HO WAN KWOK, | |
| Respondent. | |

## DECLARATION OF RUSSELL STOCKIL

I, Russell Stockil, hereby declare as follows:

1.     I am the Yacht Management Director for Yachtzoo SARL ("Yachtzoo"), the yacht management company for the vessel, the "Lady May," and I am personally involved in the daily management of the Lady May. As such, I have personal knowledge of the facts set forth in this declaration.

2.     HK International Funds Investments (USA) Limited, LLC and Yachtzoo signed a management contract with respect to the Lady May on May 1, 2021. That contract requires Yachtzoo to provide financial administration, technical support and management, safety management, and human resources services for the Lady May's crew members. Yachtzoo continues to perform under that contract.

3.     The Lady May is currently alongside the shipyard MB92 La Ciotat SAS ("MB92"), 46 Quai François Mitterrand, 13600 La Ciotat, France, and completing service and

1

maintenance tasks that can be completed in water – such as HVAC servicing, duct cleaning, servicing of lifesaving appliances and firefighting equipment. A true and genuine copy of the original Quotation dated March 16, 2022, provided by MB92 is appended hereto as **Exhibit 1**. The time frame set forth in the Quotation was estimated before the discovery of the sea inlet valve issue described below.

4.      The timing of such service had originally been dictated by a necessary stabilizer service. Stabilizers are an integral part of the vessel's operation. In this instance, stabilizer service became necessary because an unusual noise was observed emitting from the stabilizers. The stabilizer service is also considered mandatory at this time because there was no record of a prior service and oil change.

5.      The stabilizer service must be carried out by the stabilizer's manufacturer, Quantum Marine Stabilizer ("Quantum"). Quantum dictated the schedule based on its availability. We requested stabilizer service from Quantum in December 2021 and paid a deposit on 22nd December 2021 to secure the stabilizer service as soon as possible. Their earliest availability dictated by Quantum was 21st April 2022. A true and genuine copy of the Estimate dated December 9, 2021, provided by Quantum is appended hereto as **Exhibit 2**.

6.      As soon as this stabilizer service is completed, there will be a sea trial to confirm correct function and then the Lady May will be hauled out of the water to complete other engineering work, including (but not limited to) as follows:

   a.  Overboard valves (the scope of this service is still under discussion and this matter could potentially increase the time required in the drydock);
   b.  Antifouling;
   c.  Clearance measurements for rudder and propeller shafts (need to confirm that they are within the stipulated ranges);
   d.  Tank cleaning, inspections and repair (grey/black/water);
   e.  Anode replacements;

f.   Windlass service and anchor chain inspection; and
g.   Sea inlet valves replacement.

7.      With respect to the replacement of the sea inlet valve (item g above), the bolts on the valves are rusted. Unbolting them will be very difficult and some bolts may need to be cut, causing damage to the surrounding elements. There is also a possibility that the hull flanges and filter may be corroded which would then necessitate their replacement. Considering the bolts' and valves' conditions, it will take a minimum of 3 weeks to complete this work assuming the best case scenario and that no cutting and no welding will be necessary.  Worst case scenario, this work may require at least 6 weeks in drydock. During this sea inlet valve replacement work, no other work can be done in the engine room. A true and genuine copy of the See Inlet Valves Replacement report is appended hereto as **Exhibit 3**. As a consequence, the originally contemplated schedule for service and maintenance may be delayed.

8.      These services and maintenance are essential to the proper functioning of the vessel and necessary to avoid more complicated and costly issues in future operation as well as to ensure the safety of the passengers and crew.

9.      Once the services, maintenance and repairs described above are complete, annual surveys by the vessel Class Society (Lloyds Register) and Flag State (Cayman Islands) are due to be carried out. These will be scheduled based on the progress of the shipyard period and conducted during the final period of the stay at La Ciotat shipyard. These surveys consist of an annual Hull and Machinery survey, Annual Large Yacht Code Compliance (safety) survey, annual safety radio survey, and annual Marine Pollution (air and oil) surveys.

10.     In the absence of any unanticipated delays, it is presently expected that the Lady May will be available for travel from France in June, 2022.

3

11.     However, given the design characteristics of the vessel, the Lady May is not capable of safely voyaging across the Atlantic Ocean to the United States of America. Accordingly, it must be transported in a freighter. Arrangements are currently being made for such freighter transportation to take place as soon as the service and maintenance is complete.

12.     Ordinarily, it takes approximately 12 to 15 days to load a yacht onto a freighter and transport the yacht by freighter from the South of France, across the Atlantic Ocean to New York or Baltimore. Baltimore is presently the discharge port for the transport freighter.  From there, the Lady May can proceed directly to Connecticut.

13.     Assuming everything proceeds without any extenuating circumstances causing a delay, including the timely loading of the Lady May onto a freighter, I reasonably anticipate that the Lady May should arrive in the navigable waters of Connecticut by 1st July, 2022.

 Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: April 10, 2022

_____

Russell Stockil

# EXHIBIT 1



Builder: Feadship
LOA: 46.2 m
Quotation Ref.: MLM-CE924-3.00
Date: 16 March 2022

# MY Lady May
**Quotation**



MB92 La Ciotat SAS   /   46 Quai François Mitterrand, 13600 La Ciotat, France   /   T: +33 (0)4 42 83 83 00   /   info-laciotat@mb92.com

MI

**Section Lady May - O79 - Spring 2022**

**Section 000 - Yard Services**

**Section 005 - Arrival Formalities**

Ref: **MYY-005220316-V3**   Date: **16 March 2022**

Quote: **005 - Arrival Formalities**
Title: **Project Details**

| | |
|---|---|
| Vessel Name | MY Lady May |
| Contact Name | Momchill Ivanov |
| Contact Email | captain@yachtladymay.com |
| Date | Sat 16 Mar 02 |
| Author | P. Bernard |
| Dates | |
| Estimated Date of Arrival | Wed 23 Mar 22 |
| Estimated Date of Departure | Wed 18 May 22 |
| Estimated Haul Out Date | Fri 29 Apr 22 |
| Estimated Launch Date | Sun 15 May 22 |
| Vessel Details | |
| IMO Number | 1012359 |
| Class | Lloyds Register |
| Flag | Cayman Islands |
| Year of Completion | 2014 |
| Hull Construction | Aluminium |
| Superstructure Construction | Aluminium |
| Builder | Feadship |
| Dimensions | |
| LOA | 46.2 m |
| Beam | 9.0 m |
| Draught | 2.4 m |
| Displacement | |
| Gross Tonnage | 406t |

MI

## Section 006 - Customs

Ref: **MYY-006220316-V3**   Date: **16 March 2022**                                        Type: **Pro Rata**

**MB92 Specification**

- Temporary shipyard importation formalities will allow the vessel to be invoiced HT (without tax), this is only applicable to vessels registered outside of the EU.
- Temporary shipyard importation formalities will not exempt the vessel from payment of tax on the following items; State supplied services (electricity, water and rubbish), items purchased directly by the vessel, services conducted outside of the shipyard and/or any travel expenses.
- Valuable objects such as artworks or potentially restricted items such as morphine, shells or exotic animal products should only be brought into France with their accompanying documentation (invoice, certificate of authenticity, etc.)

Quote: **006 - Customs**
Type: **Pro Rata**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Vessel Customs Arrival Formalities | 1 | un | €400 | €400 |
| Discount | 20 | % | €-80.00 | €-80.00 |
| Ship Sanitation Certification | | un | €650 | |
| Shipyard "PA" VAT Exemption Fee | 0.2 | % | €0.00 | |
| Minimum Invoiceable Amount 750€ | | | | |
| VAT exemption to be calculated as 0.2% on final invoice value if required | | | | |

| **Total** | **€320** |
|---|---|

## Section 009 - Insurance Contribution

Ref: **MYY-009220316-V3**   Date: **16 March 2022**                                        Type: **Pro Rata**

**MB92 Specification**
The payment of the Insurance contribution depends on the level of the Insurance coverage you subscribe.
You can choose between 3 Waivers of Insurance: 3M €, 5M € or 10M €*.
Please liaise with your insurers to ensure the Waiver of Insurance is countersigned before your arrival.
* 10M € Waiver - upon request and subject to MB92 approval

Quote: **009 - Insurance Contribution**
Title: **% To Be Billed on Final Invoice**
Type: **Pro Rata**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| 3M € Waiver - To be levied on final invoice amount | 1.25 | % | | |
| 5M € Waiver - To be levied on final invoice amount | 1.5 | % | | |
| *10M € Waiver - To be levied on final invoice amount | 1.75 | % | | |

| **Total** | **€0.00** |
|---|---|

## Section 010 - Vessel Services

## Section 011 - Alongside Dockage

Ref: **MYY-011220316-V3**   Date: **16 March 2022**                                        Type: **Pro Rata**

**MB92 Specification**
Dock place allocation will be made on acceptance of the vessel in an alongside berth.

**Notes**
7 days alongside are offered to finish the quotation process.

MI

16/3/22 17:21        MB92 La Ciotat, 46 Quai François Mitterrand - CS 20015, 13703 La Ciotat Cedex, Tel: +33 (0)4 42 83 83 00, Email: info-laciotat@mb92.com        3 of 33
SAS CAPITAL 8 775 000 €, RCS Marseille B 423 864 651  NACE 3315Z, No TVA Intracommunautaire FR 13 423 864 651


Quote: **011 - Alongside Dockage**
Title: **Dockage & Line Handling**
Type: **Pro Rata**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Alongside Dockage | 42 | dy | €280 | €11,760 |
| 7 days alongside offered to finish quotation process | -7 | dy | €280 | €-1,960 |
| Line Handling - Arrival | 1 | un | €150 | €150 |
| Line Handling - Departure | 1 | un | €150 | €150 |
| **Total** | | | | **€10,100** |

## Section 013 - Electricity Connect & Supply

Ref: **MYY-013220316-V3**   Date: **16 March 2022**   Type: **Pro Rata**

**MB92 Specification**
All shore power requirements will be provided by the client prior to arrival.

Quote: **013 - Electricity Connect & Supply**
Type: **Pro Rata**
Period: **Initial Offer**

| Description | Date | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|---|
| Electricity Connect - Arrival | | 1 | un | €277 | €277 |
| Electricity Disconnect - Departure | | 1 | un | €185 | €185 |
| Electricity kWh Price | | 0 | kWh | €0.29 | |
| **Total** | | | | | **€462** |

## Section 014 - Fresh Water Connect & Supply

Ref: **MYY-014220316-V3**   Date: **16 March 2022**   Type: **Pro Rata**

**MB92 Specification**
Number of hose connections required to be specified by client prior to arrival.

Quote: **014 - Fresh Water Connect & Supply**
Type: **Pro Rata**
Period: **Initial Offer**

| Description | Date | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|---|
| Water Connect - Arrival | | 1 | un | €100.00 | €100.00 |
| Water Disconnect - Departure | | 1 | un | €50.00 | €50.00 |
| Water m³ Price | | 0 | m³ | €4.20 | |
| **Total** | | | | | **€150** |

## Section 015 - Rubbish & Waste Disposal

Ref: **MYY-015220316-V3**   Date: **16 March 2022**   Type: **Pro Rata**

**MB92 Specification**
This quote assumes a waste disposal system which includes recycling facilities within the yard.
For a dedicated bin recycling system, please inquire prior to arrival.

MI


Quote: **015 - Rubbish & Waste Disposal**
Type: **Pro Rata**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Waste Management and Recycling | 57 | dy | €11.00 | €627 |
| 5m³ Skip per Emptying | 0 | un | €315 | |
| 15m³ Skip per Emptying | 0 | un | €597 | |
| 30m³ Skip per Emptying | 0 | un | €870 | |
| Chemical Waste Disposal (paint etc.) | 0 | litres | €1.41 | |
| **Total** | | | | **€627** |

## Section 016 - Environmental Monitoring

Ref: **MYY-016220316-V3**    Date: **16 March 2022**    Type: **Pro Rata**

**MB92 Specification**
All vessels are required to conduct a safety awareness briefing on arrival and to sign off the security plan.

Quote: **016 - Environmental Monitoring**
Type: **Pro Rata**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Fire and Security Plan (incl. Briefing) on Arrival | 1 | un | €290 | €290 |
| Health, Safety and Environmental Compliance & Monitoring | 57 | dy | €35.00 | €1,995 |
| PERMITS TO WORK | | | | |
| Permit for Enclosed Spaces | | un | €140 | |
| Permit for Hot Works | | un | €50.00 | |
| Permit for Works Aloft | | un | €50.00 | |
| Permit for Diving | | un | €50.00 | |
| **Total** | | | | **€2,285** |

## Section 031 - Container & Office Rental

Ref: **MYY-031220316-V3**    Date: **16 March 2022**    Type: **Pro Rata**

**MB92 Specification**
- All office and storage fees will be billed on a pro rata basis.
- Prices shown are for the supply of containers to a single location in the shipyard. Subsequent movements requested around the shipyard will be invoiced additionally.
- Container shelving will be quoted on a case by case basis.

MI

16/3/22 17:21     MB92 La Ciotat, 46 Quai François Mitterrand - CS 20015, 13703 La Ciotat Cedex, Tel: +33 (0)4 42 83 83 00, Email: info-laciotat@mb92.com     5 of 33
SAS CAPITAL 8 775 000 €, RCS Marseille B 423 864 651  NACE 3315Z, No TVA Intracommunautaire FR 13 423 864 651


Quote: **031 - Container & Office Rental**
Type: **Pro Rata**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| CONTAINERS | | | | |
| x 40' Container(s) Rental | 57 | dy | €22.00 | |
| x 40' Owner Supply Container(s) Ground Rental | 57 | dy | €15.00 | |
| 40' Container(s) Return Delivery | | un | €540 | |
| x 20' Container(s) Rental | 57 | dy | €11.00 | |
| x 20' Owner Supply Container(s) Ground Rental | 57 | dy | €7.00 | |
| 20' Container Return Delivery | | un | €473 | |
| OFFICES & FACILITIES | | | | |
| x 20' Portacabin Office(s) Rental | 57 | dy | €13.00 | |
| x 20' Canteen(s) for 15 People | 57 | dy | €11.00 | |
| x 20' Changing Room(s) for 15 People | 57 | dy | €12.00 | |
| 20' Block Return Delivery | 0 | un | €300 | |
| 20' Block Installation & Dismantling | 0 | un | €788 | |
| REFRIGERATION | | | | |
| x 10' Refrigerator/Freezer Container(s) Rental | 57 | dy | €30.00 | |
| 10' Refrigerator/Freezer Return Delivery | | un | €1,050 | |
| **Total** | | | | **€0.00** |

## Section 033 - Internet Connection

Ref: **MYY-033220316-V3**   Date: **16 March 2022**                                    Type: **Pro Rata**

**MB92 Specification**
In addition to the guest shipyard wifi, hi-speed internet can be provided at all locations around the shipyard. Fibre optic access is available in certain berths, please inquire for further details.

Quote: **033 - Internet Connection**
Title: **Optional**
Type: **Pro Rata**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Connection/Setup | 1 | un | €350 | €350 |
| Daily internet Access Fee | 57 | dy | €5.20 | €296 |
| **Total** | | | | **€646** |

## Section 048 - Standard Labour

Ref: **MYY-048220316-V3**   Date: **16 March 2022**                                    Type: **Pro Rata**

**Project Management Fee**
A Project Management and Technical Team will be dedicated to Lady May and would be composed of a lead PM, additional PMs and foremen – all of whom will be assisted by our internal Paint Surveyor and our technical office.
This can be fine-tuned according to the final approved scope of works.
Lead PM will be dedicated to the project from start to finish except in case of Force Majeure or Health/Family Reasons.

**Notes**
- Rates listed are for MB92 La Ciotat staff only and do not apply to any sub-contracted labour rates.
- Internal labour may be supplied only at the discretion of MB92 La Ciotat .
- Except where specifically included in quotes, all labour hours including (but not limited to) concierge, designers, engineering and technical supervision will be billed on a pro rata basis.
- All works listed in this quote are based on Normal Hours. Unless mentioned otherwise, works outside of these hours will be invoiced as per the following timetable:

16/3/22 17:21          MB92 La Ciotat, 46 Quai François Mitterrand - CS 20015, 13703 La Ciotat Cedex, Tel: +33 (0)4 42 83 83 00, Email: info-laciotat@mb92.com          6 of 33
SAS CAPITAL 8 775 000 €, RCS Marseille B 423 864 651 NACE 3315Z, No TVA Intracommunautaire FR 13 423 864 651

MI



MY Lady May Quotation

Normal Hours [x1.0]
- Monday to Friday 08:00 to 17:00

Overtime 1 [x1.25]
- Monday to Friday 17:00 to 22:00

Overtime 2 [x1.50]
- Saturday

Double Time [x2.0]
- Monday to Saturday after 22:00
- Sunday
- National holidays

---

Quote: **048 - Standard Labour**
Title: **MB92 La Ciotat Internal Labour Rates**
Type: **Pro Rata**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price |
|---|---|---|---|
| MB92 Internal Labour - Carpenter | | hr | €65.00 |
| MB92 Internal Labour - Composite | | hr | €65.00 |
| MB92 Internal Labour - Designer | | hr | €90.00 |
| MB92 Internal Labour - Diver | | hr | €280 |
| MB92 Internal Labour - Electricity | | hr | €65.00 |
| MB92 Internal Labour - Engineering | | hr | €85.00 |
| MB92 Internal Labour - General | | hr | €50.00 |
| MB92 Internal Labour - Hardware | | hr | €58.00 |
| MB92 Internal Labour - HSE | | hr | €70.00 |
| MB92 Internal Labour - Machining | | hr | €85.00 |
| MB92 Internal Labour - Mechanic | | hr | €80.00 |
| MB92 Internal Labour - Metal Work | | hr | €80.00 |
| MB92 Internal Labour - Plumbing | | hr | €65.00 |
| MB92 Internal Labour - Stores | | hr | €45.00 |

Quote: **048 - Standard Labour**
Title: **% of Project Management to be Billed on Final Invoice**
Type: **Pro Rata**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| To be levied on final invoice amount | 3 | % | €0.00 | |
| **Total** | | | | **€0.00** |

---

## Section 049 - Forklift & Crane Crew Items

Ref: **MYY-049220316-V3**    Date: **16 March 2022**    Type: **Pro Rata**

**MB92 Specification**
- These items will be invoiced on a time and materials basis.
- All equipment rates include a driver, except scissor lifts.
- Equipment listed below may not be driven by non-MB92 employees unless they have the required permits.
- Crane rates may be negotiable if rented on a long term bases.
- Cranes operated after 21:00 on Weekdays, Saturday, and Sunday are subject to an additional charge.

MI

Quote: **049 - Forklift & Crane Crew Items**
Title: **MB92 La Ciotat Equipment Rates**
Type: **Pro Rata**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| 1.5t Forklift | | hr | €75.00 | |
| 2.5t Forklift | | hr | €90.00 | |
| 6t Forklift | | hr | €100.00 | |
| 4t Telescopic Forklift | | hr | €130 | |
| 10t Flat-bed Truck | | hr | €100.00 | |
| 45t Mobile Crane | | hr | €170 | |
| 70t Mobile Crane | | hr | €240 | |
| 100t Mobile Crane | | hr | €290 | |
| 120t Mobile Crane | | dy | €3,900 | |
| 160t Mobile Crane | | dy | €4,500 | |
| 16m Cherry Picker | | dy | €164 | |
| Return Delivery 16m Cherry Picker | | un | €350 | |
| **Total** | | | | **€0.00** |

## Section 052 - Shipyard Access - Owner's Contractors

Ref: **MYY-052220316-V3**   Date: **16 March 2022**                                  Type: **Pro Rata**

**MB92 Specification**
- The vessel may request entry into the shipyard for directly engaged sub-contractors (i.e. MB92 La Ciotat does not pay them) up to a maximum value of 10% of the total amount invoiced by MB92 La Ciotat.
- For each vessel direct contractor there will be a one-off administrative charge per person to cover the process of checking their fiscal and insurance status. This is to ensure that any future exposure is minimised, as well as for providing the shipyard access badge.
- An additional daily rate per person will be levied as contribution to the site development and investment made by the companies based in the shipyard.

**Notes**
- Daily fees are based on Monday to Friday only (5 day working week)
- Any directly engaged contractors must conform to the requirements laid out in the document "Owner's Contractor Requirements" which will be provided upon arrival by default or if requested.
- Due to the varying implications concerning warranty, social security payment liabilities, on site health and safety, and payment conditions, MB92 La Ciotat is obliged to discuss any handling of the Owner's Contractors on a case by case basis.

**Exclusions**
- Any handling of materials tools or other equipment supplied or received from any Owner's Contractor
- Fees do not include any management or support to any Owner's Contractor.

Quote: **052 - Shipyard Access - Owner's Contractors**
Title: **Administration Fee per Badge - T&M Rates**
Type: **Pro Rata**
Period: **Initial Offer**

| Name | Company | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|---|
| Example Name | | 0 | un | €100.00 | |
| **Total** | | | | | **€0.00** |

Quote: **052 - Shipyard Access - Owner's Contractors**
Title: **Daily Contribution Fee - T&M Rates**
Type: **Pro Rata**
Period: **Initial Offer**

| Name | Company | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|---|
| Example Name | | 0 | dy | €75.00 | |

MI

| Total | €0.00 |
|---|---|

## Section 060 - Docking

## Section 061 - Haul Out & Launch

Ref: **MYY-061220316-V3**   Date: **16 March 2022**                                      Type: **Fixed Price**

**MB92 Specification**
- All docking and associated fees will be billed on a pro rata basis.
- All dry docking operations are weather dependent.
- All dry docking operations are subject to signature of docking plan before commencement of operation.
- Price for chocking is with a maximum keel chock height of 500mm. If an increased chocking height is required for rudder, stabilizer, shaft or other works this will be invoiced additionally.

Quote: **061 - Haul Out & Launch**
Type: **Fixed Price**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| 2000t Synchro Lift | 1 | un | €12,000 | €12,000 |
| Block Preparation & Line Handling | 1 | un | €2,670 | €2,670 |
| Design Hours for Docking Plan | 1 | un | €320 | €320 |
| Divers for Verifications | 1 | un | €1,470 | €1,470 |
| Cleaning Area after Launch | 5 | hr | €50.00 | €250 |
| **Total** | | | | **€16,710** |

## Section 062 - Daily Hardstanding

Ref: **MYY-062220316-V3**   Date: **16 March 2022**                                      Type: **Pro Rata**

**MB92 Specification**
Hardstanding rates will be invoiced on a pro rata basis.

Quote: **062 - Daily Hardstanding**
Type: **Pro Rata**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Ground Rental on Hard | 17 | dy | €455 | €7,735 |
| **Total** | | | | **€7,735** |

## Section 063 - Access Tower

Ref: **MYY-063220316-V3**   Date: **16 March 2022**                                      Type: **Pro Rata**

**MB92 Specification**
- According to health and safety regulations a scaffolding boarding access will be provided with steps.
- Could be revised if additional access tower is required for safety reason.
- To billed on a pro rata basis.

Quote: **063 - Access Tower**
Type: **Pro Rata**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Access Tower Installation | 1 | un | €529 | €529 |
| Access Tower Rental - Based on 1 off | 17 | dy | €20.00 | €340 |
| **Total** | | | | **€869** |

## Section 064 - Fire Main

Ref: **MYY-064220316-V3**   Date: **16 March 2022**                                      Type: **Pro Rata**

**MB92 Specification**
- A single standard ISC fresh water fire connection is obligatory for all vessels.

16/3/22 17:21          MB92 La Ciotat, 46 Quai François Mitterrand - CS 20015, 13703 La Ciotat Cedex, Tel: +33 (0)4 42 83 83 00, Email: info-laciotat@mb92.com          9 of 33
SAS CAPITAL 8 775 000 €, RCS Marseille B 423 864 651  NACE 3315Z, No TVA Intracommunautaire FR 13 423 864 651

MI

- To billed on a pro rata basis.

## Quote: **064 - Fire Main**
Type: **Pro Rata**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Fire Main Installation | 1 | un | €48.00 | €48.00 |
| Fire Main Maintenance | 17 | dy | €25.00 | €425 |
| **Total** | | | | **€473** |

## Section 065 - Grey & Black Water Disposal

Ref: **MYY-065220316-V3**   Date: **16 March 2022**                                    Type: **Pro Rata**

**MB92 Specification**
- Grey and black water solutions are dependent on the vessels location in the shipyard, this quote is linked only to the vessel's position on the hardstanding and does not apply to vessels in the water.
- To billed on a pro rata basis.

## Quote: **065 - Grey & Black Water Disposal**
Type: **Pro Rata**

| Description | Type | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|---|
| Grey & Black Water System Connection | | 1 | un | €265 | €265 |
| Grey Water System Maintenance Fee | | 17 | dy | €25.00 | €425 |
| Grey Water Disposal - Incl. in Maintenance Fee (Direct to Filtration System) | | | un | €0.00 | |
| **Total** | | | | | **€690** |

## Section 066 - Seawater Cooling

Ref: **MYY-066220316-V3**   Date: **16 March 2022**                                    Type: **Pro Rata**

**MB92 Specification**
- Cooling water will be supplied at approximately 1.5 bar.
- To billed on a pro rata basis.

**Notes**
- Seawater Cooling connection & disconnection will be carried out in Time & Material
- Cooling Tower size will be determined according to the vessel requirements
- Cooling Tower size could be reassessed upon final inspection on board
- Fresh Water consumption will be charged according to section 014

**Exclusions**
- Supply of chemical product for cleaning - recycling

## Quote: **066 - Seawater Cooling**
Type: **Pro Rata**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Seawater Cooling Connection & Disconnection | 1 | un | T&M | |
| Cooling tower type 1 - Small Tower : 10m3/hour | 17 | dy | €65.00 | €1,105 |
| Cooling tower type 2 - Large Tower : 25m3/hour | 0 | dy | €75.00 | |
| **Total** | | | | **€1,105** |

## Section 071 - D0084 - Protection

Ref: **MYY-071220316-V3**   Date: **16 March 2022**                                    Type: **Budgetary Estimate**

**Client Specification**
- Deck protection once yacht is out of the water- Swimming platform , Main deck sides and MD aft

**MB92 Specification**
- External protection of the vessel as per client specification

- TEMPORARY PROTECTION as per GA
  - Teak protection with outside carpet 120 m²
    - Manpower
    - Material, product and fees
- Bulkheads and windows on 1.2m



## Notes

- Quote to be issued following confirmation/ agreement of exact scope of works and subsequent inspection, at which time various options will be presented.
- Level of maintenance requirement to be determined and agreed at time of works.

Quote: **071 - Protection**
Type: **Budgetary Estimate**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Teak protection with outside carpet 120 m² - Labour | 1 | un | €1,248 | €1,248 |
| Teak protection with outside carpet 120 m² - Material | 1 | un | €1,846 | €1,846 |
| Bulkheads and windows on 1.2m | 1 | un | €2,782 | €2,782 |
| Megaboard proplex | 20 | un | €6.68 | €134 |
| **Total** | | | | **€6,010** |

16/3/22 17:21     MB92 La Ciotat, 46 Quai François Mitterrand - CS 20015, 13703 La Ciotat Cedex, Tel: +33 (0)4 42 83 83 00, Email: info-laciotat@mb92.com     11 of 33
SAS CAPITAL 8 775 000 €, RCS Marseille B 423 864 651  NACE 3315Z, No TVA Intracommunautaire FR 13 423 864 651

MI



## Section 100 - Class and Flag

## Section 106 - E0113 - Valve Pressure Testing

Ref: **MYY-106220316-V3**   Date: **16 March 2022**

**Client Specification**
- Trough hull valves
- Take off , clean and replace if necessary
- Following is to be looked at :
  - V4020 - Overboard Cooling Water - Globe DN65
  - V4036 - Exhaust Overboard - Globe DN150
  - V4021 - Overboard - Globe DN80
  - V4051 - Sea inlet - Gate DN50
  - V4001 - Sea inlet - Butterfly DN300
  - V4003 - Sea Inlet - Butterfly DN250
  - V4023 - Overboard - Globe DN32
  - V4024 - Overboard - Globe DN32
  - V4002 - Sea Inlet - Butterfly DN300
  - V4004 - Sea Inlet - Butterfly DN250
  - V4052 - Sea Inlet - Gate DN50
  - V4026 - Overboard - Globe DN32
  - V4035 - Exhaust Overboard - Globe DN150
  - V4025 - Overboard Cooling Water - Globe DN65

**MB92 Specification**
- Removal, cleaning, and testing of valves

**Scope of Works**
*Butterfly/Ball Valves*
- Removal of valves
- Cleaning of boat flanges
- Cleaning of the valve at the workshop an reassembling
- Hydraulic test on bench at 6 bars with report
- Re-installation on board of existing valve if test is acceptable, or with new valve supplied by shipyard
- Cleaning of working area

*Globe & Gate Valves*
- Removal of valves
- Cleaning of boat flanges
- Dismounting of valve at the workshop
- Cleaning of all interior parts
- Grinding of seat and disc
- New packing and seals
- Reconditioning of nuts, bolts and studs
- Re-assembling and re-installation on board
- Hydraulic test on bench at 6 bars with report
- Cleaning of working area

**Notes**
- Assumes all parts are in good working order and does not include work on damaged or worn parts or threads
- Assumes free access to all valves for removal and does not include the removal of any peripheral equipment or piping

**Exclusions**
- Purchase or replacement of valves, gaskets, or any other parts not mentioned above
- Difficult access - estimated
- Removal of pipes, flooring, or wall covers
- Polyester powder coating for any parts
- Plastification
- Replacement of bolting with A4 stainless steel
- Painting, repairs, replacement of any damaged mounting hardware such as threaded rod, nuts and bolts
- Painting of valves:
  - Full system with offshore paint - protection, blasting, 1 layer of zinc, 1 layer of primer, 2 layers of finish
  - Single layer of white paint - Sanding, protection, and 1 layer of white paint



Quote: **106 - Valve Pressure Testing**
Period: **Initial Offer**

| Description | Type | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|---|
| V4020 - Overboard Cooling Water - Globe DN65 | DN65_Globe | 1 | un | €546 | €546 |
| V4036 - Exhaust Overboard - Globe DN150 | DN150_Globe | 1 | un | €924 | €924 |
| V4021 - Overboard - Globe DN80 | DN80_Globe | 1 | un | €626 | €626 |
| V4051 - Sea inlet - Gate DN50 | DN50_Gate | 1 | un | €517 | €517 |
| V4001 - Sea inlet - Butterfly DN300 | DN300_Butterfly | 1 | un | €1,212 | €1,212 |
| V4003 - Sea Inlet - Butterfly DN250 | DN250_Butterfly | 1 | un | €868 | €868 |
| V4023 - Overboard - Globe DN32 | DN32_Globe | 1 | un | €440 | €440 |
| V4024 - Overboard - Globe DN32 | DN32_Globe | 1 | un | €440 | €440 |
| V4002 - Sea Inlet - Butterfly DN300 | DN300_Butterfly | 1 | un | €1,212 | €1,212 |
| V4004 - Sea Inlet - Butterfly DN250 | DN250_Butterfly | 1 | un | €868 | €868 |
| V4052 - Sea Inlet - Gate DN50 | DN50_Gate | 1 | un | €517 | €517 |
| V4026 - Overboard - Globe DN32 | DN32_Globe | 1 | un | €440 | €440 |
| V4035 - Exhaust Overboard - Globe DN150 | DN150_Globe | 1 | un | €924 | €924 |
| V4025 - Overboard Cooling Water - Globe DN65 | DN65_Globe | 1 | un | €546 | €546 |
| Access - estimated, to be confirmed upon inspection | | 1 | un | €2,175 | €2,175 |
| Transport | | 1 | un | €1,299 | €1,299 |
| Launch fees | | 1 | un | €986 | €986 |
| **Total** | | | | | **€14,539** |

Quote: **106 - Valve Pressure Testing**
Title: **T&M Rates for Painting Valves**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Single Layer of White Paint (DN15 to DN150) | | un | €126 | |
| Single Layer of White Paint (DN200 to DN350) | | un | €168 | |
| Single Layer of White Paint (DN400 to DN600) | | un | €224 | |
| Full Paint System (DN15 to DN150) | | un | €168 | |
| Full Paint System (DN200 to DN350) | | un | €224 | |
| Full Paint System (DN400 to DN600) | | un | €280 | |
| **Total** | | | | **€0.00** |
| **Section subtotal** | | | | **€14,539** |

MB92 La Ciotat, 46 Quai François Mitterrand - CS 20015, 13703 La Ciotat Cedex, Tel: +33 (0)4 42 83 83 00, Email: info-laciotat@mb92.com
SAS CAPITAL 8 775 000 €, RCS Marseille B 423 864 651  NACE 3315Z, No TVA Intracommunautaire FR 13 423 864 651

MI

## Section 116 - E0109 - E0110 - E0112 - Shaft Survey

Ref: **MYY-116220316-V3**    Date: **16 March 2022**                              Type: **Budgetary Estimate**

### Client Specification

- Shafts
  - Inspection , check clearance on cutlass bearings
  - Inspection of seals and Water pump rebuild
- Propellers Inspection , Straightened and rebalance if needed

### MB92 Scope of Works

- Staging
- General visual inspection
- Removal of the rope guards (if existing)
- Take measurement of bearing tolerances where access is possible
- Install back the rope guards
- Supply report for Class

### Notes

- Assumes all parts are in good working order and does not include work on damaged or worn parts or threads
- Scope based on supply of correct technical information / drawings from vessel
- Scope to be clarified once Vessel is alongside

### Exclusions

- Measurement of inboard shaft tube bearing
- Special Tools (owner supply)
- Access Removal other than rope guards covers if any
- Welding work
- Paint Repair (see section 600)
- OEM service engineer if requested by vessel.
- Shaft removal
- Shaft Seal Service
- Propeller removal and balancing
- Rebuild of Sea Water pump
- Class Fee

Quote: **116 - E0109 - E0110 - Shaft Survey**
Type: **Budgetary Estimate**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| 6t Forklift | 2 | hr | €100.00 | €200 |
| 16m Cherry Picker | 1 | dy | €164 | €164 |
| Bearing Clearance measurement | 16 | hr | €80.00 | €1,280 |
| Report for Class | 4 | hr | €85.00 | €340 |
| **Total** | | | | **€1,984** |

MI

## Section 126 - E0111 - Rudder Survey

Ref: **MYY-126220316-V3**    Date: **16 March 2022**                              Type: **Budgetary Estimate**

**Client Specification**
- Rudders
  - Inspect , check clearance , seals

**MB92 Scope of Works**
- Install scaffolding;
- Measure neck bearing clearances;
- Report for Class

**Exclusions**
- Remoaval of access plate if any to be carried our in T&M
- Dropping Rudders
- Purchase or replacement of any part
- Oil supply and change
- Paint repairs
- Any Class Fees
- Anything not included in this offer
- Anything not mentioned above

---

Quote: **126 - E0111 - Rudder Survey**
Type: **Budgetary Estimate**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Scaffold Access | 2 | un | €943 | €1,885 |
| Take Rudder Clearances | 8 | hr | €80.00 | €640 |
| 6t Forklift | 2 | hr | €100.00 | €200 |
| Report for Class | 2 | hr | €85.00 | €170 |
| **Total** | | | | **€2,895** |

16/3/22 17:21      MB92 La Ciotat, 46 Quai François Mitterrand - CS 20015, 13703 La Ciotat Cedex, Tel: +33 (0)4 42 83 83 00, Email: info-laciotat@mb92.com      15 of 33
SAS CAPITAL 8 775 000 €, RCS Marseille B 423 864 651  NACE 3315Z, No TVA Intracommunautaire FR 13 423 864 651

MI



## Section 150 - Grey & Black Water Tank Cleaning

Ref: **MYY-150220316-V3**    Date: **16 March 2022**    Type: **Fixed Price**

### MB92 Specification
- B&G Water tanks as per "E0110-Tanks and shaftline.pdf"
  - 1 : 6,05m3
  - 2 : 6,05m3

### Scope of Works
- Removal and remounting of tank lid
- Cleaning of tank using high pressure washing
- Removal and destruction of cleaning residue

### Notes
- Assumes tanks are in condition appropriate for age of vessel.
- Assumes free access to tank tops and does not include removal of any peripheral items or furniture.
- Local protection of runs for pipe work will be charged on a T&M basis

### Exclusions
- Pumping of any liquids stored in tanks
- MARPOL destruction of existing liquid in tank, solids or cleaning residue
- Inspection of tank, photos or reports
- Any repairs to tanks including any damaged threads or fittings on access hatches
- Replacement of hatch gaskets where necessary
- Gaz Free Certificate

Quote: **150 - Grey & Black Water Tank Cleaning**
Type: **Fixed Price**
Period: **Initial Offer**

| Description | Quantity | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Opening & Closing of Hatch(es) | 1 | un | €130 | €130 |
| Cleaning of Tank | 6.0 | m³ | €1,352 | €1,352 |
| Permit for Enclosed Spaces | 1 | un | €140 | €140 |
| Additional Pumping of Existing Liquids in Tank | 0 | hr | €205 | |
| MARPOL Certified Destruction of Fluids | 0 | m³ | €55.00 | |
| **Total** | | | | **€1,622** |

Quote: **150 - Grey & Black Water Tank Cleaning**
Type: **Fixed Price**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Opening & Closing of Hatch(es) | 1 | un | €130 | €130 |
| Cleaning of Tank | 6.0 | m³ | €1,352 | €1,352 |
| Permit for Enclosed Spaces | 1 | un | €140 | €140 |
| Additional Pumping of Existing Liquids in Tank | 0 | hr | €205 | |
| MARPOL Certified Destruction of Fluids | 0 | m³ | €55.00 | |
| **Total** | | | | **€1,622** |
| **Section subtotal** | | | | **€3,244** |

16/3/22 17:21    MB92 La Ciotat, 46 Quai François Mitterrand - CS 20015, 13703 La Ciotat Cedex, Tel: +33 (0)4 42 83 83 00, Email: info-laciotat@mb92.com    16 of 33
SAS CAPITAL 8 775 000 €, RCS Marseille B 423 864 651  NACE 3315Z, No TVA Intracommunautaire FR 13 423 864 651

MI


**Section 166 - D0081 - Anchor Windlass**

Ref: **MYY-166220316-V3**    Date: **16 March 2022**                     Type: **Budgetary Estimate**

**Client Specification**
- Anchor Windlass and Winches
  - Inspection and service

**MB92 Scope of works - Windlass**
- Running Test and visual inspection
- Install deck protection
- Strip deck gear and stow on deck
- Measure brake band thickness
- Disconnect electric motor
- Take oil sample from gearbox
- Drain, flush and change oil
- Remove electric motor to workshop
- Motor service, bearings, cleaning ,varnish, brake adjustment
- Remount and connect motors
- Remount deck gear
- Test run

**Notes**
- Assumes adequate access for motor removal difficult access may incur additional cost
- Removal of planetary drive reduction box and service will be quoted separately, oil samples will give a good indication of gearbox condition. How ever may be required for deck seal replacement
- Work on seized or damaged components may incur additional cost

**Exclusions**
- OEM Service and OEM parts
- Relining of brakes
- Any replacement of parts except when mentioned
- Scaffold or steel structure to allow access
- Logistics such as cranes and forklifts
- MB92 assistance for handling

---

Quote: **166 - D0081 - Anchor Windlass**
Type: **Budgetary Estimate**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Running Test and visual inspection | 2 | hr | €85.00 | €170 |
| Install deck protection | 4 | hr | €85.00 | €340 |
| Materials for protection | 2 | un | €218 | €435 |
| Strip deck gear stow on deck | 16 | hr | €85.00 | €1,360 |
| Measure brake band thickness | 2 | hr | €85.00 | €170 |
| Disconnect electric motor | 8 | hr | €85.00 | €680 |
| Take oil sample from gearbox | 2 | hr | €85.00 | €170 |
| Drain , flush and change oil | 4 | hr | €85.00 | €340 |
| Oil disposal | 10 | litres | €1.31 | €13.05 |
| Shell Omala S2 GX 220 | 10 | litres | €4.75 | €47.50 |
| Remove electric motor to workshop | 14 | hr | €80.00 | €1,120 |
| Motor service , bearings, cleaning ,varnish, brake adjustment | 54 | hr | €80.00 | €4,320 |
| Remount and connect motors | 14 | hr | €80.00 | €1,120 |
| Remount deck gear | 14 | hr | €80.00 | €1,120 |
| Shop supplies | 1 | un | €218 | €218 |
| Test run | 1 | hr | €85.00 | €85.00 |
| **Total** | | | | **€11,708** |

MI

16/3/22 17:21          MB92 La Ciotat, 46 Quai François Mitterrand - CS 20015, 13703 La Ciotat Cedex, Tel: +33 (0)4 42 83 83 00, Email: info-laciotat@mb92.com          17 of 33
SAS CAPITAL 8 775 000 €, RCS Marseille B 423 864 651  NACE 3315Z, No TVA Intracommunautaire FR 13 423 864 651

**Section 200 - Major Equipment**

16/3/22 17:21    MB92 La Ciotat, 46 Quai François Mitterrand - CS 20015, 13703 La Ciotat Cedex, Tel: +33 (0)4 42 83 83 00, Email: info-laciotat@mb92.com    18 of 33
SAS CAPITAL 8 775 000 €, RCS Marseille B 423 864 651  NACE 3315Z, No TVA Intracommunautaire FR 13 423 864 651

MI


## Section 281 - E0120 - Thrusters

Ref: **MYY-281220316-V3**   Date: **16 March 2022**                                    Type: **Budgetary Estimate**

**Client Specification**

- Bow and Stern Thruster
  - Inspection , change gear oil and replace Zinc where needed

- Bow thruster model: ZF TT 1000 , L-Drive Unit
- Stern Thruster: ZF TT 1000, L-Drive Unit
- Scope of work: Zinc replacement and basic oil replacement and inspection
- No records of maintenance found

**MB92 Scope of Works**

- On both bow and stern thrusters:
  - Scafffolding
  - Control of the propellers and internal plays
  - Take oil samples for analysis
  - Drain oil from crankases
  - Opening of the bottom cover for visual inspection
  - Reinstall all the dismantled parts
  - Zinc anodes replacement including supply
  - Tests & controls
  - Fill with new oil SHELL OMALA 100

**Notes**

- If some additional works have to be done, another estimate will be issued
- Parts if needed: Available in 3-4 weeks

**Exclusions**

- OEM Service and parts
- Service of the hydraulic motor
- Access to the thruster, tunnel, and protection around the working areas.
- Dismantling of the grills - see section 695
- Any paint work needed in the tunnel.
- Propspeed works - see section 696
- Cleaning of the tunnel.
- Treatment of wasted oil.
- Cleaning / Polishing of the propellers
- Any Class Fees
- Any parts or works other than listed
- Cranage & Logistic assistance will be charged on pro-rata basis

---

Quote: **281 - E0120 - Thrusters**
Type: **Budgetary Estimate**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Scaffolding | 4 | un | €870 | €3,480 |
| O'ring set | 2 | un | €14.05 | €28.10 |
| Bolt set | 2 | un | €20.09 | €40.18 |
| Anode | 4 | un | €134 | €537 |
| Hexagon head screw | 8 | un | €5.08 | €40.60 |
| Oil analysis | 2 | un | €150 | €300 |
| Liters of Shell OMALA 100 (estimated) | 40 | litres | €5.71 | €229 |
| Rags, absorbers, cleaning product,... | 1 | un | €37.91 | €37.91 |
| Packing and transport for parts | 1 | un | €163 | €163 |
| Labour for work described above - estimated | 1 | un | €1,920 | €1,920 |
| Travelling expenses and fees | 2 | un | €97.50 | €195 |
| **Total** | | | | **€6,970** |

MI

16/3/22 17:21      MB92 La Ciotat, 46 Quai François Mitterrand - CS 20015, 13703 La Ciotat Cedex, Tel: +33 (0)4 42 83 83 00, Email: info-laciotat@mb92.com      19 of 33
SAS CAPITAL 8 775 000 €, RCS Marseille B 423 864 651  NACE 3315Z, No TVA Intracommunautaire FR 13 423 864 651


| Section 300 - Systems |
|---|

| Section 327 - I0082 - Duct and Vent Cleaning |
|---|

Ref: **MYY-327220316-V3**   Date: **16 March 2022**                    Type: **Fixed Price**

**Client Specification**

- Professional Duct and vent cleaning
- The vents are blocked and spitting out black deposits , hair and etc even though the air handlers has been cleaned once a week.

**MB92 Scope of Works**

- Galley exhaust network cleaning and degreasing
  - Galley located on Main deck
  - Exhaust fan located into galley hood
  - Access :
    - from Galley hood
    - from exit grid on Sun deck
  - Cleaning includes hood filters, galley hood plenum, exhaust duct, firedamper and exhaust fan turbine

- Laundry exhaust network cleaning and dedusting
  - Laundry located on Lower deck
  - 2 dryers
  - Access :
    - from behind dryers
    - from exhaust fans
  - Cleaning includes dryers filters, 2 exhaust ducts and 2 exhaust fans turbines

- Air Conditioning Units cleaning and disinfection
  - 3 AC Units inventoried and connected with ducts on:
  - Bridge deck :
    - FA 1 serving Galley, Main saloon and Dining and 4 Guest cabins
  - Lower deck :
    - FA 2 serving 5 Crew cabins, Crew mess, Laundry and Bridge deck
    - AC 2 serving Owner stateroom
  - Cleaning includes connected ducts as far as possible

- Fan coils cleaning and disinfection : 21 fan coils inventoried and connected with ducts :
  - Sun deck : 2
  - Bridge deck : 1
  - Main deck : 8
    - Main saloon : 4
    - Galley : 2
    - Storage : 1
    - Study : 1
  - Lower deck : 10
    - Crew mess : 1
    - 3 Crew cabins : 3
    - Captain cabin : 1
    - Laundry : 1
    - 2 Twin Guest cabins : 2
    - 2 Double Guest cabins : 2
  - Cleaning includes filters, evaporators, turbines and connected ducts.

- Ventilation exhaust network cleaning and disinfection
  - 23 air vents inventoried and connected with exhaust ducts :
    - Main deck : 3
      - Owner stateroom : 3
    - Lower deck : 20
      - 3 Crew cabins : 6
      - Captain cabin : 2
      - Dayhead : 1
      - Laundry : 1
      - 2 Twin Guest cabins : 4
      - 2 Double Guest cabins : 6
  - 3 Exhaust units not located for Crew, Guest and Owner areas
  - Cleaning includes exhaust units turbines and connected ducts.

MI

**Note**

Masking of areas are include in sucbontractor scope but not overall protection

**Exclusions**

- Specific protection for this job
- The supply and replacement of defective parts found during disassembly
- Dismounting & remounting of deck heads, fairing, dampers in T&M
- Dismounting & remounting of access hatches in engine room and saloon in T&M
- Logistics, staging, cranes, etc...
- Metal works
- Repair works

Quote: **327 - I0082 - Duct and Vent Cleaning**
Type: **Fixed Price**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Galley exhaust network cleaning and degreasing | 1 | un | €2,882 | €2,882 |
| Laundry exhaust network cleaning and dedusting | 1 | un | €1,607 | €1,607 |
| Fresh Air Units cleaning and disinfection | 1 | un | €4,077 | €4,077 |
| Fan coils cleaning and disinfection | 1 | un | €5,534 | €5,534 |
| Ventilation exhaust network cleaning and disinfection | 1 | un | €3,934 | €3,934 |
| **Total** | | | | **€18,032** |

## Section 341 - E0117 - OWS

Ref: **MYY-341220316-V3**   Date: **16 March 2022**

**Client Specification**
Oily Water Separator
1000h service and certification
Brand: Brannstrom Sweden AB. Model:BM488

**MB92 Scope of Works**
- Visual and functional inspection
- Disassemble unit
- Service pumps
- Replace prefilter
- Remove sensor unit, calibrate Sensor and re-install. Provide Certificate
- Check electrovalve
- Remount unit
- OPTION : Remove & replace particle filter

**Notes**
- Pressure reducer installation to be quoted upon visual & functional inspection

**Inclusions**
- Certificate for Sensor Calibration
- Transport of spare parts

**Exclusions**
- Repair or replace unpredicted defective parts
- Replacement of electrovalve
- Any paint works, metal works
- Protection

Quote: **341 - E0117 - OWS**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Disassemble unit, service pumps and replace prefilter | 1 | un | €1,485 | €1,485 |
| Calibrate Sensor. Certificate | 1 | un | €1,050 | €1,050 |
| Pump service kit | 1 | kit | €900 | €900 |
| Pre filter kit | 1 | un | €120 | €120 |
| Shipping fees of spare kits | 1 | un | €300 | €300 |
| Option : Particle Filter kit | 1 | un | €1,800 | ◊ €1,800 |
| **Total**  ◊ Optional items €1,800 not included in total. | | | | **€3,855** |

MI

## Section 400 - Deck

## Section 401 - D0056 - Carbon Fiber Swim Ladder Repair

Ref: **MYY-401220316-V3**    Date: **16 March 2022**                    Type: **Budgetary Estimate**

**Client Specification**
- Carbon fiber swim ladder is broken severely
- The entire system have to be improved as at the moment the ladder is pivoting too much , doesn't have enough support to the hull and it is floating away from the hull instead of staying close to it

**MB92 Scope of Works**
- Remove damaged pins
- Repair damaged carbon IWO of pins
- Glue in new pins
- Swinging arm junction metal part removal
- Cleaning up and repairing swinging arm junction
- Gluing of new metal swinging arm pieces
- Dry fit onboard vessel
- Adjustment of top step and making of landing pad on ladder to suit rub rail form for a nice snug fit and suppor the ladder

**Notes**
- Carbon finish on passerelle will need topcoat varnishing after works

**Exclusions**
- Any other parts or service works than listed
- Cranage & Logistic assistance will be charged on pro-rata basis
- Painting or top coat varnishing of any parts
- Any parts replacement if found worn, other than listed
- Protection

Quote: **401 - D0056 - Carbon Fiber Swim Ladder Repair**
Type: **Budgetary Estimate**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Labour - Estimated | 1 | un | €5,550 | €5,550 |
| Material - Estimated | 1 | un | €5,155 | €5,155 |
| **Total** | | | | **€10,705** |

**Name** Carbon Fiber ladder 2.JPG  **Name** Carbon fiber ladder 3.JPG  **Name** Carbon fiber ladder 4.JPG

  

16/3/22 17:21          MB92 La Ciotat, 46 Quai François Mitterrand - CS 20015, 13703 La Ciotat Cedex, Tel: +33 (0)4 42 83 83 00, Email: info-laciotat@mb92.com          23 of 33
SAS CAPITAL 8 775 000 €, RCS Marseille B 423 864 651  NACE 3315Z, No TVA Intracommunautaire FR 13 423 864 651

MI

**Name** Carbon fiber ladder.jpeg



16/3/22 17:21    MB92 La Ciotat, 46 Quai François Mitterrand - CS 20015, 13703 La Ciotat Cedex, Tel: +33 (0)4 42 83 83 00, Email: info-laciotat@mb92.com    24 of 33
SAS CAPITAL 8 775 000 €, RCS Marseille B 423 864 651  NACE 3315Z, No TVA Intracommunautaire FR 13 423 864 651

MI

## Section 402 - D0067 - Anchor Pocket Stainless Fashion Plate

Ref: **MYY-402220316-V3**   Date: **16 March 2022**

**Client Specification**

- Anchor pocket stainless plate on hull, needs deep sanding and polishing. Damage caused from picking/dropping Anchor

**MB92 Specification**

- Surfaces grinding/rectification with finishing sanding
- Cleaning of the sanded areas by using a passivation acid
- Cleaning and rinsing of the acid
- Polishing of the anchor pockets mirror polishing finishing

**Notes**

- This quote is a budgetary estimate and will be confirmed upon inspection
- Works to be carried out from a cherry picker
- 5 days of work for both anchor pockets
- Polish finishing quality to be discussed and agreed by both parties

**Exclusion**

- Treatment of deep scratches
- Material recharging by means of welding
- Polishing of the anchor trunk
- Paint works touch-up
- Anything not included in this offer
- Anything not mentioned above

Quote: **402 - D0067 - Anchor Pocket Stainless Fashion Plate**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Anchor Pocket sanding and polishing | 1 | un | €8,840 | €8,840 |
| 16m Cherry Picker | 5 | dy | €164 | €820 |
| **Total** | | | | **€9,660** |

16/3/22 17:21      MB92 La Ciotat, 46 Quai François Mitterrand - CS 20015, 13703 La Ciotat Cedex, Tel: +33 (0)4 42 83 83 00, Email: info-laciotat@mb92.com      25 of 33
SAS CAPITAL 8 775 000 €, RCS Marseille B 423 864 651  NACE 3315Z, No TVA Intracommunautaire FR 13 423 864 651

MI

## Section 421 - D0063 - MD and Upper Deck Teak Sanding and Caulking

Ref: **MYY-421220316-V3**   Date: **16 March 2022**

**Client Specification**

- Teak on Main deck needs to be sanded and re-caulked in places
- On numerous places the caulking is higher than the teak and teak grains are as deep as 5mm
- Roughly 120 Sq. m of surface is to be sanded

**MB92 Scope of Works**

- Light sanding with 40 - 60 - 80 Grit
- Detailing

**Notes**

- Cauking product to be confirmed
- Inspection needs to done to send a proper quotation
- The repairs or removal of margin planks will be charged on a time and material base or quoted case by case or quoted on arrival measurement will be revised on board and final invoice will be pro-rata

**Exclusions**

- Protection
- Scaffolding & Tenting
- Local tent in Time and Materials
- Heating
- General logistics
- Removal of hardware / deck fittings in T&M
- Caulking repair

Quote: **421 - D0063 - MD and Upper Deck Teak Sanding and Caulking**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Sanding and recaulking | 120 | m² | €60.75 | €7,290 |
| Caulking (price per linear meter) | | m | €35.00 | |
| **Total** | | | | **€7,290** |

16/3/22 17:21    MB92 La Ciotat, 46 Quai François Mitterrand - CS 20015, 13703 La Ciotat Cedex, Tel: +33 (0)4 42 83 83 00, Email: info-laciotat@mb92.com    26 of 33
SAS CAPITAL 8 775 000 €, RCS Marseille B 423 864 651  NACE 3315Z, No TVA Intracommunautaire FR 13 423 864 651

MI



## Section 600 - Paint

## Section 601 - P0022 - Paint works

Ref: **MYY-601220316-V3**    Date: **16 March 2022**    Type: **Budgetary Estimate**

### Client Specification

- Paint repairs around the vessel
- Various areas around the boat are to be repaired, painted and/or polished
- This includes:
  - Guest areas- Main deck , passages PS and SB side and stairs to upper deck.
  - Swimming platform - numerous blistering and scratches
  - Gangway-scratches and chips
  - Fly deck window system - poles

### MB92Scope of Works

- Protection of all non painted areas
- Corrosion opening using cisel and grinding machine P24/36
- Application of Hullgard epoxy primer
- Apply as necessary Awlfair trowable compound to match surrounding areas
- Fine filler Awlgrip surfacing filler can be applied to fill sanding scratches and porosity of Awlfair FW
- Seal out any new applied fairing with Highbuild Epoxy Primer
- Application of 3 coats of 545 Epoxy primer
- Application of 3 coats wet on wet of Awlgrip Gline - colour to be confirmed

### Notes

- This is a budgetray estimate based on pictures (please refer to document in Appendix)
- To be confirmed upon inspection after yacht arrival
- Work to be carried out outside. Climatic conditions cannot be guaranteed, however the products will be applied in the best condition possible
- No guarantee is applicable on local repairs
- Only local spot repairs with hard cut line

### Exclusions

- Composite repairs if required
- Tent , Extraction and filtration
- Caulking
- Removal of hardware
- Extra works due to silicon polishing or other polishing compounds
- Custom paint colours
- Sign writing, application of names etc ( or Removal )
- Cranes, Windlass, etc (unless otherwise mentioned above)
- Removal or painting of deck heads (unless otherwise mentioned above)
- Interior locker/door faces (unless otherwise mentioned ). When dismantled, to be paint up to watertight seal. If not exterior faces only
- Lights / light fittings
- Lifesaving equipment
- Accommodation / boarding ladders (unless otherwise mentioned)
- Jacuzzi / pool interiors
- Removable furniture
- Varnish work
- More than one protection of top coated surfaces
- All other works not directly involving a high gloss super yacht quality finish
- Any fairing/ shape improvements
- Rub rail of the swim platform to be re used

Quote: **601 - P0022 - Paint works**
Type: **Budgetary Estimate**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Paint works - Budgetary estimate | 1 | un | €26,000 | €26,000 |
| **Total** | | | | **€26,000** |

16/3/22 17:21    MB92 La Ciotat, 46 Quai François Mitterrand - CS 20015, 13703 La Ciotat Cedex, Tel: +33 (0)4 42 83 83 00, Email: info-laciotat@mb92.com    27 of 33
SAS CAPITAL 8 775 000 €, RCS Marseille B 423 864 651  NACE 3315Z, No TVA Intracommunautaire FR 13 423 864 651

MI



## Section 691 - Pressure Washing

Ref: **MYY-691220316-V3**   Date: **16 March 2022**

**MB92 Specification**
- Estimated hull surface: 425m2

**Notes**
- MB92 La Ciotat will not be held responsible for any damage caused to existing paint systems during this operation
- Quote assumes that the vessel antifouling system is still functioning correctly and that the underwater area is not covered by growth other than slime and has no patina residue that cannot be removed using the standard pressure washing procedure outlined above

**Exclusions**
- Scrapping works below waterline, these are to be conducted on a time and materials basis
- Crossover pipes and tanks – quotation after inspection

Quote: **691 - Pressure Washing**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Pressure Washing | 425 | m² | €3.86 | €1,641 |
| Cherry Picker Rental Based on 2 Used | 1 | dy | €328 | €328 |
| **Total** | | | | **€1,969** |

16/3/22 17:21    MB92 La Ciotat, 46 Quai François Mitterrand - CS 20015, 13703 La Ciotat Cedex, Tel: +33 (0)4 42 83 83 00, Email: info-laciotat@mb92.com    28 of 33
SAS CAPITAL 8 775 000 €, RCS Marseille B 423 864 651  NACE 3315Z, No TVA Intracommunautaire FR 13 423 864 651

MI

## Section 692 - P0038 - Antifoul

Ref: **MYY-692220316-V3**　Date: **16 March 2022**

### MB92 Specification
- Estimated hull surface: 425m2
- Antifouling: Trilux 33 - 24 months Specification

### Scope of Works
- Protection using appropriate tape for area not to be painted (e.g. boot top line, stainless bow plate, anodes , sensor, plimsole marks, etc.)
- Application: Roller

### Notes
- Assumes that existing antifouling is in reasonable condition
- Antifouling of vessels on the yacht lift or dry docks will not cover areas under the chocks
- Vessels antifouled on the travel lift will have the chock areas antifouled after the lifting from the chocks and before the launch. No priming or other works can be completed; the areas antifouled in the way of the chocks will only be covered by warranty if the launch time falls out of the manufacturers recommended time
- The cherry picker pricing is for antifouling works only
- A spray application is only possible in tented conditions
- The antifouling calculation is based on the number of coats applied. For thickness based calculations please inquire. *denotes low volume solids antifouls which could result in additional coats required to achieve manufactures recommended DFTs

### Inclusions
- Additional coat around waterline

### Exclusions
- Antifouling of propellers & shafts
- Any local repair - to be quoted separately after pressure washing is complete
- The antifouling of jet drives or intakes which will be billed on a time and materials basis or quoted separately
- Crossover pipes and tanks – quotation after inspection
- Hull pipe fittings – antifouling stops 50mm inside pipes from hull surface

---

Quote: **692 - P0038 - Antifoul**
Title: **International - Trilux 33**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Application of 3 Coats of Antifoul | 1381.25 | m² | €5.60 | €7,735 |
| Price based on using Roller application | | | | |
| Cherry Picker Rental Based on 1 Used | 5.0 | dy | €164 | €820 |
| Supply of Antifoul - International - Trilux 33 | 200 | litres | €42.86 | €8,573 |
| **Total** | | | | **€17,128** |

16/3/22 17:21

MB92 La Ciotat, 46 Quai François Mitterrand - CS 20015, 13703 La Ciotat Cedex, Tel: +33 (0)4 42 83 83 00, Email: info-laciotat@mb92.com
SAS CAPITAL 8 775 000 €, RCS Marseille B 423 864 651  NACE 3315Z, No TVA Intracommunautaire FR 13 423 864 651

29 of 33

MI

## Section 695 - E0114 - Grills & Sea Chest

Ref: **MYY-695220316-V3** Date: **16 March 2022**

**Client Specification**
- Seachest : Inspection , clean all valves , clean strainer basket and repair if needed

**MB92 Specification**
- Remove and replace grills below WL.

**Exclusions**
- Fixing of damaged threads or replacement of fastenings
- Any materials, works other than stated, or any resulting works

Quote: **695 - Grills & Sea Chest**
Period: **Initial Offer**

| Description | Diameter | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|---|
| Thrusters grills | 0,6m² < A < 1m² | 4 | un | €263 | €1,052 |
| Sea chests | A > 1m² | 2 | un | €315 | €630 |
| 1.5t Forklift | | | hr | €75.00 | |
| 16m Cherry Picker | | | dy | €164 | |
| **Total** | | | | | **€1,682** |

MI

MY Lady May Quotation

## Section 696 - P0037 - P0036 - P0035 - Propspeed Works

Ref: **MYY-696220316-V3**   Date: **16 March 2022**

**Client Specification**
- Propellers Apply 2 coats of Propspeed
- Rudders Apply 2 coats of Propspeed
- Shafts Apply 2 coats of Propspeed

**MB92 Specification**
Propspeed works for propellors, rudders and shafts

**Scope of Works**
1. Preparation of propellers, bow, and stern thrusters
2. Application of Propspeed to propellers, bow, and stern thrusters

**Notes**
- Yard can't be held responsible in case of noise or vibrations if no sea trials were conducted with yard attendance prior haul out
- Painting of the propeller blade Leading and Trailing edge is not recommended and if done is the responsibility of the client

**Exclusions**
- Removal of any props
- Any materials, works other than stated, or any resulting works

Quote: **696 - P0037 - P0036 - P0035 - Propspeed Works**
Title: **Bow & Stern Thruster Propellers**
Period: **Initial Offer**

| Description | Qty | Un | Unit Price | Total Price |
|---|---|---|---|---|
| Labour for Preparation & Application | 48 | hr | €65.00 | €3,120 |
| Supply Kits of Prop Speed | 6 | un | €493 | €2,958 |
| 16m Cherry Picker | 2 | dy | €164 | €328 |
| **Total** | | | | **€6,406** |

| Total ◊ *Optional items €1,800 not included in total.* | **€192,249** |
|---|---|
| Grand Total | **€192,249** |

## Signature & Acceptance

Ref: **MYY-220316-V3**   Date: **16 March 2022**

| Signature - Owner's Representative | Signature - Yard Representative |
|---|---|
| MOMCHIL IVANOV  | |
| Date   16TH MAR 2022 | Date |

**Notes**
  i.   All works subject to MB92 La Ciotat's Standard Terms & Conditions or ICOMIA Yacht Repair Contract
  ii.  All prices are without VAT
  iii. Quote valid for 30 days from issue

MI



# Summary

| Lady May - O79 - Spring 2022 | |
|---|---|
| **006 - Customs** | **€320** |
| **009 - Insurance Contribution**<br>% To Be Billed on Final Invoice | **€0.00** |
| **011 - Alongside Dockage**<br>Dockage & Line Handling | **€10,100** |
| **013 - Electricity Connect & Supply** | **€462** |
| **014 - Fresh Water Connect & Supply** | **€150** |
| **015 - Rubbish & Waste Disposal** | **€627** |
| **016 - Environmental Monitoring** | **€2,285** |
| **031 - Container & Office Rental** | **€0.00** |
| **033 - Internet Connection**<br>Optional | **€646** |
| **048 - Standard Labour**<br>MB92 La Ciotat Internal Labour Rates | **€0.00** |
| **048 - Standard Labour**<br>% of Project Management to be Billed on Final Invoice | **€0.00** |
| **049 - Forklift & Crane Crew Items**<br>MB92 La Ciotat Equipment Rates | **€0.00** |
| **052 - Shipyard Access - Owner's Contractors**<br>Administration Fee per Badge - T&M Rates | **€0.00** |
| **052 - Shipyard Access - Owner's Contractors**<br>Daily Contribution Fee - T&M Rates | **€0.00** |
| **061 - Haul Out & Launch** | **€16,710** |
| **062 - Daily Hardstanding** | **€7,735** |
| **063 - Access Tower** | **€869** |
| **064 - Fire Main** | **€473** |
| **065 - Grey & Black Water Disposal** | **€690** |
| **066 - Seawater Cooling** | **€1,105** |
| **071 - Protection** | **€6,010** |
| **106 - Valve Pressure Testing** | **€14,539** |
| **106 - Valve Pressure Testing**<br>T&M Rates for Painting Valves | **€0.00** |
| **116 - E0109 - E0110 - Shaft Survey** | **€1,984** |
| **126 - E0111 - Rudder Survey** | **€2,895** |
| **150 - Grey & Black Water Tank Cleaning** | **€1,622** |
| **150 - Grey & Black Water Tank Cleaning** | **€1,622** |
| **166 - D0081 - Anchor Windlass** | **€11,708** |

MB92 La Ciotat, 46 Quai François Mitterrand - CS 20015, 13703 La Ciotat Cedex, Tel: +33 (0)4 42 83 83 00, Email: info-laciotat@mb92.com<br>SAS CAPITAL 8 775 000 €, RCS Marseille B 423 864 651 NACE 3315Z, No TVA Intracommunautaire FR 13 423 864 651

| | |
|---|---|
| **281 - E0120 - Thrusters** | **€6,970** |
| **327 - I0082 - Duct and Vent Cleaning** | **€18,032** |
| **341 - E0117 - OWS** | **€3,855** |
| | ◊ Optional items €1,800 not included in total. |
| **401 - D0056 - Carbon Fiber Swim Ladder Repair** | **€10,705** |
| **402 - D0067 - Anchor Pocket Stainless Fashion Plate** | **€9,660** |
| **421 - D0063 - MD and Upper Deck Teak Sanding and Caulking** | **€7,290** |
| **601 - P0022 - Paint works** | **€26,000** |
| **691 - Pressure Washing** | **€1,969** |
| **692 - P0038 - Antifoul**<br>International - Trilux 33 | **€17,128** |
| **695 - Grills & Sea Chest** | **€1,682** |
| **696 - P0037 - P0036 - P0035 - Propspeed Works**<br>Bow & Stern Thruster Propellors | **€6,406** |
| Total ◊ *Optional items €1,800 not included in total.* | **€192,249** |
| Grand Total | **€192,249** |

MI

# EXHIBIT 2





**Page** 1/2
**Date** 09-Dec-2021
**Quote** QS-16008
**Builder Hull No** FDV 688
**Vessel Name** LADY MAY
**Contract No** QS-16008 REV.1

| Quantum Contact: | B. STAUFFER |
| --- | --- |
| Direct Phone: +1 (954) 587-8971 EMAIL: bstauffer@quantumhydraulic.com | |

## Quantum Marine Stabilizers

3685 SW 30th. Avenue
Ft. Lauderdale FL   33312

Note: Quantum is proud of its reputation for quality and service. To ensure this position, Quantum's policy is to develop and maintain its own team of highly trained service technicians. Quantum does NOT have service agreements with or endorse third party service providers.

Bill To:     M/Y LADY MAY (FEADSHIP 688)
HK  INTERNATIONAL FUNDS INVESTMENTS (USA)
C/O YACHTZOO LLC, C/O CATARINEAU & GIVENS
MIAMI FLORIDA  8000 SW
UNITED STATES

Ship To:     M/Y LADY MAY (FEADSHIP 688)
PESTO SEA GROUP SRL
CALATA MOLO VECCHIO MOD.3
GENOVA   16128
ITALY

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | VAT/Reseller Number | |
| --- | --- | --- | --- | --- | --- | --- |
| | QS-LADY MAY | B. STAUFFER | | Prepayment | | |

| Quantity | Item Number | Description | UOM | Unit Price | Ext. Price |
| --- | --- | --- | --- | --- | --- |
| 2 | QMFIL28003 | FILTER ELEMENT PRESSURE PARKER WPF3 05 MICRON ECOGLASS III (INCLUDES O | EA | €138.27 | €276.54 |
| 1 | QMFIL14002 | FILTER ELEMENT RETURN SCHROEDER K (10MICRON-SYNTH) (FITS RT) | EA | €75.30 | €75.30 |
| 2 | QMCAR13117 | CARTRIDGE CHECK VALVE NOSE TO SIDE 80GPM 5000PSI T-16A CRACK @ 15PSI | EA | €175.76 | €351.52 |
| 2 | QMCAR13340 | CARTRIDGE DIRECTIONAL 2WAY 2POS SOLENOID NC 4GPM (2PORT UNLOADER) <ALT | EA | €192.93 | €385.86 |
| 2 | QMCOI80016 | COIL 28VDC SUN W/ DIN43650 PINS FORM A FLEX | EA | €50.25 | €100.50 |
| 2 | QMSUP23105-0D | SUPPRESSOR W&M HYD NOISE 3000PSI 24GPM SAE16 W/ POPPET & CORE VALVE AN | EA | €748.14 | €1,496.28 |
| 2 | QMACC55007 | KIT ACCUMULATOR BLADDER 5.0 GALLON HYDAC BLADDER | EA | €869.66 | €1,739.32 |
| | NOTE: | IN CASE PRE-CHARGE IS FOUND OK, BLADDERS CAN BE KEPT AS SPARE FOR FUTURE SERVICE | | | |
| 1 | QMCOO20060 | TUBE STACK FOR BOWMAN HYDRAULIC COOLER FOR FC140-****-4 | EA | €866.87 | €866.87 |
| 1 | QMCOO20071 | ORING SEAL FOR BOWMAN HYDRAULIC COOLER FOR FC STYLE (ONE ORING) | EA | €7.70 | €15.40 |
| 1 | QMFEL00850 | FITTING ELBOW 90 SAEM 16 X NPTM 16 POSITIONABLE STEEL | EA | €28.25 | €28.25 |
| 1 | QMVAL12278 | VALVE CHECK SWING HIGH FLOW 1" NPT FEMALE CLASS 125 BRONZE (FRESH WATE | EA | €73.07 | €73.07 |

Standard Delivery: Ex-works Fort Lauderdale.
Standard Lead Time: 15 Business days from receipt of Purchase Order.
Please check actual lead time at order placement.
Validity of Quote: 30 days
Subject to Quantum Standard Terms and Conditions of Sales - https://quantumstabilizers.com/terms/conditions.pdf




# ESTIMATE

**Page** 2/2
**Date** 09-Dec-2021
**Quote** QS-16008
**Builder Hull No** FDV 688
**Vessel Name** LADY MAY

**Contract No** QS-16008 REV.1

| Quantum Contact: | B. STAUFFER |
|---|---|
| Direct Phone: +1 (954) 587-8971 EMAIL: bstauffer@quantumhydraulic.com | |

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | VAT/Reseller Number |
|---|---|---|---|---|---|
| | QS-LADY MAY | B. STAUFFER | | Prepayment | |

| Quantity | Item Number | Description | UOM | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| | NOTE: | 2 PRESSURE GAUGES MOVING FORWARD, LOCAL NEW HOSES TO BE MANUFACTURED VIA SHIPYARD | | | |
| 4 | QCCYL00093-AD00 | CYLINDER MAIN 95/60/277MM (QC1800 HD) 45MM & 57MM BEARING ID - V00 REV | EA | €6,476.61 | €25,906.44 |
| 4 | QCPIN22100-BA02 | KIT PIN CYLINDER TAPER 50MM NOMINAL 2012-DESIGN (57MM BEARING ID) FULL | EA | €2,126.50 | €8,506.00 |
| 4 | QCPIN18101-AA02 | KIT PIN CYLINDER TAPER 40MM NOMINAL 2012-DESIGN (45MM BEARING ID) FULL | EA | €2,029.59 | €8,118.36 |
| 2 | AHS0000104-CA00 | HOSE KIT FOR HULL UNIT 1800 COMPLETE V00 REV C | EA | €1,062.73 | €2,125.46 |
| 4.00 | LABOR | QM LABOR FOR 2 TECHNICIANS 2 DAYS ON SITE EA, BASED ON 10 HOURS A DAY | EA | €1,600.00 | €6,400.00 |
| 4.00 | TRAVEL | TRAVEL TIME FOR 2 TECHNICIANS, BASED ON 10 HOURS A DAY | EA | €900.00 | €3,600.00 |
| 6 | SUBSISTENCE | HOTELS, FOOD, DRINKS AND SMALL TAXIS FARES | EA | €275.00 | €1,650.00 |
| 2 | TRAVEL EXPENSES | TRAVEL EXPENSES ESTIMATED | EA | €1,000.00 | €2,000.00 |
| 1 | FREIGHT | ESTIMATED FREIGHT CHARGES NL>IT | EA | €750.00 | €750.00 |
| 1 | FREIGHT | ESTIMATED FREIGHT CHARGES USA>IT | EA | €750.00 | €750.00 |

Subject to Quantum's Terms and Conditions at
www.quantumhydraulic.com

| | |
|---|---|
| **Subtotal** | €65,215.17 |
| **Misc** | €0.00 |
| **Tax** | €0.00 |
| **Freight** | €0.00 |
| **Trade Discount** | €0.00 |
| **Total** | €65,215.17 |

**Standard Delivery: Ex-works Fort Lauderdale.**
**Standard Lead Time: 15 Business days from receipt of Purchase Order.**
**Please check actual lead time at order placement.**
**Validity of Quote: 30 days**
**Subject to Quantum Standard Terms and Conditions of Sales - https://quantumstabilizers.com/terms/conditions.pdf**

# EXHIBIT 3



# Sea Inlet valves replacement

**MB92 La Ciotat**

Date





## / Summary

**A. Valves positions and conditions**

**B. Expected "best case" planning**

2

# A/ Valves positions and conditions



View of filters tops – Need to access under, on hull bottom, to remove the bolts.





3

# A/ Valves positions and conditions



Space around the filters. Access very difficult. Some cut-out may be needed.

   

4

# A/ Valves positions and conditions



Bolts are completely rusty. Unbolting will be very difficult and may need bolts to be cut, causing damages on the surroundings elements.
No guaranty that the hull flanges and filter are not corroded and need replacement.





5

# B/ Expected "best case" planning





Considering bolts and valves conditions, 3 weeks minimum to complete the work assuming no cutting and no welding will be necessary. Worst case scenario 6 weeks +.

No guaranty on the launch date. It will highly depends on what we will find after removal.

During this work, no other works can be done in the engine room.

6



# Thank you

**MB92 La Ciotat**

Date