# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>                              Debtor. | CHAPTER 11<br><br>Case No. 22-50073(JAM) |
| Rui Ma,<br><br>                              Movant<br><br>v.<br><br>Ho Wan Kwok,<br><br>                              Respondent | Contested Matter<br><br>April 12, 2022 |

## PROPOSED ORDER GRANTING MOTION OF RUI MA FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW PENDING STATE COURT LITIGATION TO PROCEED

Upon the *Motion of Rui Ma for Relief from the Automatic Stay to Allow Pending State Court Litigation to Proceed* [ECF ___] (the "Motion") filed by creditor Rui Ma ("Movant"); and after proper notice and a hearing having been held on the Motion; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and venue of the Motion in this district is proper for the purpose of issuing this Order pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (G); and

1

this Court having found that proper and adequate notice of the Motion and hearing; and any objections (if any) to the Motion having been withdrawn or overruled on the merits; and after due deliberation thereon; and sufficient "cause" having been found; and it appearing that the relief sought in the Motion should be granted; it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that the automatic stay provided in 11 U.S.C. § 362(a) is hereby modified pursuant to 11 U.S.C. § 362(d)(1) to permit the Movant and/or her successors and assignees, to proceed to a final judgment in the litigation pending before the Supreme Court of the State of New York, New York County, Index No. 158140/2017, against the debtor Ho Wan Kwok a/k/a Guo Wengui, including any related appeals, remands or related proceedings; and it is further

ORDERED that nothing herein shall operate to impose a stay or otherwise impair any rights of Movant to proceed with litigation against or recoveries from Golden Spring New York Ltd; and it is further

ORDERED that Movant is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

ORDERED that the fourteen (14) day stay provided in Fed. R. Bankr. P. 4001(a)(3) is hereby waived; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2022
Bridgeport, Connecticut

_____
JULIE A. MANNING
UNITED STATES BANKRUPTCY JUDGE

KBM/M1738/1001/1824240v3
04/12/22-HRT/BD