UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>       Debtor. | CHAPTER 11<br><br>Case No. 22-50073(JAM) |
| Rui Ma,<br><br>       Movant<br><br>v.<br><br>Ho Wan Kwok,<br><br>       Respondent | Contested Matter<br><br>April 12, 2022 |

## NOTICE OF CONTESTED MATTER RESPONSE DATE

Rui Ma ("the Movant") has filed a Motion for Relief from the Automatic Stay to Allow Pending State Court Litigation to Proceed (the "Motion") with the United States Bankruptcy Court for the District of Connecticut. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than April 26, 2022, in accordance with Federal Rules of Bankruptcy Procedure 2002(a) and 9014.[1] In the absence of a timely filed

---

[1] Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

1

response, the proposed order in the Contested Matter *may* enter without further notice and hearing, see 11 U.S.C. § 102(1).

| | |
|---|---|
| Dated: April 12, 2022 | */s/ Kristin B. Mayhew* |
| | Kristin B. Mayhew |
| | **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** |
| | 30 Jelliff Lane |
| | Southport, CT 06890 |
| | (203) 319-4000 |
| | kmayhew@mdmc-law.com |

- and -

Carollynn H.G. Callari (*pro hac vice*)
David S. Forsh (*pro hac vice*)
**CALLARI PARTNERS LLC**
One Rockefeller Plaza, 10th Floor
New York, NY 10020
(212) 202-3050
ccallari@callaripartners.com
dforsh@callaripartners.com

*Attorneys for Rui Ma*