# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>                      Debtor. | CHAPTER 11<br><br>Case No. 22-50073(JAM) |
| Rui Ma,<br><br>                      Movant<br><br>v.<br><br>Ho Wan Kwok,<br><br>                      Respondent | Contested Matter<br><br>April 12, 2022 |

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure 2002 and 7004, the undersigned certifies that on the 12th day of April, 2022, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system and by first class U.S. mail on the parties listed below:

1. **Documents Served:**

    a. Motion of Rui Ma for Relief from the Automatic Stay to Allow Pending State Court Litigation to Proceed.

    b. Proposed Order

    **c.** Notice of Contested Matter/Response Date

**2. Parties Served Via First Class Mail:**

Securities and Exchange Commission
Northeast Regional Office
The Woolworth Building
233 Broadway
New York, NY 10279-0001

Securities and Exchange Commission
Securities and Exchange Commission
New York Regional Office
7 World Trade Center, 13th Floor
New York, NY 10048

CT Department of Revenue Services
Attn Collections Unit - Bankruptcy Team
450 Columbus Blvd Ste 1
Hartford CT 06103-1837

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

Stretto
410 Exchange, Suite 100
Irvine, CA 92602-1331

U. S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510-2022

Bennett Silverberg
Brown Rudnick LLP
Seven Times Square
New York 10036-6548

William Baldiga
Brown Rudnick LLP
Seven Times Square
New York 10036-6548

Ho Wan Kwok
373 Taconic Road
Greenwich, CT 06831

    */s/ Kristin B. Mayhew*
    Kristin B. Mayhew
    **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
    30 Jelliff Lane
    Southport, CT 06890
    (203) 319-4000
    kmayhew@mdmc-law.com