**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
|  | : |  |
|  | : | Ref. Dkt. Nos. 180, 195-198, 205 |
| Debtor. | : |  |

**AFFIDAVIT OF SERVICE**

I, Amanda Hinchey, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 11, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtor's Response to United States Trustee's Motion for an Order Directing the Appointment of an Examiner or, in the Alternative, Motion for Order Directing the Appointment of a Chapter 11 Trustee** (Docket No. 180)

- **Debtor's Reply in Support of Application of the Debtor for Entry of an Order Authorizing the Employment and Retention of Brown Rudnick LLP as Counsel for the Debtor** (Docket No. 195)

- **Debtor's Omnibus Reply to Objections to Debtor's Applications to Retain Verdolino & Lowey, P.C., Stretto, Inc. And Debtor's Ordinary Course Professional Motion** (Docket No. 196)

- **Notice of Filing of Proposed Chapter 11 Plan of Ho Wan Kwok** (Docket No. 197)

- **Omnibus Reply of Debtor in Support of Entry of Order Approving DIP Facilities** (Docket No. 198)

[THIS SPACE INTENTIONALLY LEFT BLANK]

- **Amended Affidavit of Craig R. Jalpert in Support of Debtor's Application for Authorization to Retain and Employ Verdolino & Lowey, P.C. as Financial Advisor** (Docket No. 205)

Dated: April 12, 2022

_____
Amanda Hinchey

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 12th day of April 2022 by Amanda Hinchey.

_____
(Notary's official signature)

PARKER LEATHERBURY POPKY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214038112
MY COMMISSION EXPIRES SEPTEMBER 27, 2025

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Cheng Jian Wu Jian She | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | 136-20 38th Avenue, Ste 3D & 3F | Flushing | NY | 11354 |
| Golden Spring (New York) Ltd. | Attn: Max Krasner | 162 E. 64th Street | | New York | NY | 10605 |
| Golden Spring (New York) Ltd. | c/o Cohn Birnbaum & Shea, P.C. | Attn: Scott Rosen & Timothy Miltenberger | 100 Pearl Street, 12th Floor | Hartford | CT | 06103 |
| Guo Baosheng | c/o Law Office of Ning Ye, Esq. | Attn: Ning Ye | 135-11 38th Avenue, Ste 1A | Flushing | NY | 11354 |
| HK Intl Funds Investments (USA) Ltd, LLC | c/o Zeisler & Zeisler, P.C. | Attn: Stephen Kindseth & Aaron Romney | 10 Middle Street, 15th floor | Bridgeport | CT | 06605 |
| Hong Qi Qu | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | 136-20 38th Avenue, Ste 3D & 3F | Flushing | NY | 11354 |
| Huizhen Wang | c/o Giordano, Halleran &. Ciesla, P.C. | Attn: Christopher Marino | 1250 Broadway, 36th Floor | New York | NY | 10010 |
| Internal Revenue Service | c/o Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5-Q30-133 | Philadelphia | PA | 19104 |
| Internal Revenue Service | c/o Centralized Insolvency Operation | P. O. Box 7346 | | Philadelphia | PA | 19101-7346 |
| Jian Gong | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | 136-20 38th Avenue, Ste 3D & 3F | Flushing | NY | 11354 |
| Jun Chen aka Jonathan Ho | c/o Wayne Wei Zhu, Esq. | Attn: Wayne Wei Zhu | 4125 Kissena Blvd, Ste 112 | Flushing | NY | 11355 |
| Lamp Capital, LLC | Attn: Bernardo Enriquez | 667 Madison Avenue | | New York | NY | 10065 |
| Liehong Zhuang/Xiao Yan Zhu | c/o Trexler & Zhang, LLP | Attn: Jonathan T. Trexler, Esq. | 224 West 35th Street, 12th Floor | New York | NY | 10001 |
| Nan Tong Si Jian | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | 136-20 38th Avenue, Ste 3D & 3F | Flushing | NY | 11354 |
| Ning Ye | c/o Law Office of Ning Ye, Esq. | Attn: Ning Ye | 135-11 38th Avenue, Ste 1A | Flushing | NY | 11354 |
| Official Committee of Unsecured Creditors | c/o Pullman & Comley, LLC | Attn: Irve J. Goldman | 850 Main Street, P.O. Box 7006 | Bridgeport | CT | 06601-7006 |
| Official Committee of Unsecured Creditors | c/o Pullman & Comley, LLC | Attn: Jonathan A. Kaplan | 90 State House Square | Hartford | CT | 06103 |
| Pacific Alliance Asia Opportunity | c/o O'Melveney & Myers, LLP | Attn: S. Sarnoff, P. Friedman, D. Harbach | 7 Times Square | New York | NY | 10065 |
| Rui Ma | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo | 900 Third Avenue, 18th Floor | New York | NY | 10022 |
| Rui Ma | c/o Callari Partners LLC | Attn: Carrollyn H.G. Callari | 100 Somerset Corp Blvd., 2nd Fl | Bridgewater | NJ | 08807 |
| Rui Ma, Zheng Wu, Weican Meng | c/o McElroy, Deutsch, Mulvaney & Carpenter | Attn: Peter Zarella | One State Street, 14th Floor | Hartford | CT | 06103-3102 |
| Samuel Dan Nunberg | | 600 South Dixie Highway, Suite 455 | | W Palm Beach | FL | 33401 |
| Samuel Nunberg | c/o Nesenoff & Miltenberg, LLP | Attn: Andrew T. Miltenberg, Esq. | 363 Seventh Ave, 5th Floor | New York | NY | 10001 |
| US Attorney's Office for the District of CT | c/o Connecticut Financial Center | New Haven Office | 157 Church Street Floor 25 | New Haven | CT | 06510 |
| Weican Meng/Boxun, Inc. | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo | 900 Third Avenue, 18th Floor | New York | NY | 10022 |
| Xiong Xian Wei Ye | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq | 136-20 38th Avenue, Ste 3D & 3F | Flushing | NY | 11354 |
| Yan Zhao | c/o Law Office of Ning Ye, Esq. | Attn: Ning Ye | 135-11 38th Avenue, Ste 1A | Flushing | NY | 11354 |
| Yang Lan and Wu Zheng | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo | 900 Third Avenue, 18th Floor | New York | NY | 10022 |
| Yua Hua Zhuang Shi | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | 136-20 38th Avenue, Ste 3D & 3F | Flushing | NY | 11354 |
| Yue Hua Zhu Shi | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | 136-20 38th Avenue, Ste 3D & 3F | Flushing | NY | 11354 |

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Cheng Jian Wu Jian She | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Golden Spring (New York) Ltd. | Attn: Max Krasner | | mkrasner@gsnyus.com |
| Golden Spring (New York) Ltd. | c/o Cohn Birnbaum & Shea, P.C. | Attn: Scott D. Rosen & Timothy D. Miltenberger | srosen@cbshealaw.com tmiltenberger@cbshealaw.com |
| Guo Baosheng | c/o Law Office of Ning Ye, Esq. | Attn: Ning Ye | yeningusa@gmail.com |
| Hong Qi Qu | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Huizhen Wang | c/o Giordano, Halleran &. Ciesla, P.C. | Attn: Christopher Marino | cmarino@ghclaw.com |
| Jian Gong | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Jun Chen aka Jonathan Ho | c/o Wayne Wei Zhu, Esq. | Attn: Wayne Wei Zhu | zhulawoffice@gmail.com |
| Lamp Capital, LLC | Attn: Bernardo Enriquez | | bernardo@lampcapital.org |
| Liehong Zhuang/Xiao Yan Zhu | c/o Trexler & Zhang, LLP | Attn: Jonathan T. Trexler, Esq. | jtrexler@trexlerlaw.com |
| Logan Cheng f/k/a Shui-Yuan Cheng | c/o Randazza Legal Group, PLLC | Attn: Jay M. Wolman | ecf@randazza.com |
| Nan Tong Si Jian | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Ning Ye | c/o Law Office of Ning Ye, Esq. | Attn: Ning Ye | yeningusa@gmail.com |
| Office of the United States Trustee | Attn: Kim L. McCabe and Holley L. Claiborn | | kim.mccabe@usdoj.gov Holley.L.Claiborn@usdoj.gov |
| Pacific Alliance Asia Opportunity | c/o O'Melveney & Myers, LLP | Attn: Stuart Sarnoff, Peter Friedman, David V. Harbach | ssarnoff@omm.com pfriedman@omm.com dharbach@omm.com |
| Pacific Alliance Asia Opportunity | c/o Robinson & Cole LLP | Attn: Annecca H. Smith and Patrick M. Birney | pbirney@rc.com asmith@rc.com |
| Rui Ma | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo | rangelillo@arkin-law.com |
| Rui Ma | c/o Callari Partners LLC | Attn: Carrollyn H.G. Callari | ccallari@callaripartners.com |
| Rui Ma, Zheng Wu, Weican Meng | McElroy, Deutsch, Mulvaney & Carpenter | Attn: Kristin B. Mayhew | kmayhew@mdmc-law.com |
| Rui Ma, Zheng Wu, Weican Meng | McElroy, Deutsch, Mulvaney & Carpenter | Attn: Peter Zarella | pzarella@mdmc-law.com |
| Samuel Dan Nunberg | | | snunberg@winstonashe.com |
| Samuel Nunberg | c/o Nesenoff & Miltenberg, LLP | Attn: Andrew T. Miltenberg, Esq. | amiltenberg@nmllplaw.com |
| Weican Meng/Boxun, Inc. | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo | rangelillo@arkin-law.com |
| Xiong Xian Wei Ye | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq | ktung@kktlawfirm.com |
| Yan Zhao | c/o Law Office of Ning Ye, Esq. | Attn: Ning Ye | yeningusa@gmail.com |
| Yang Lan and Wu Zheng | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo | rangelillo@arkin-law.com |
| Yua Hua Zhuang Shi | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Yue Hua Zhu Shi | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | ktung@kktlawfirm.com |