AO 435 (Rev. 04/18)
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME: Patrick M. Birney | 2. PHONE NUMBER: (860) 275-8275 | 3. DATE: 4/13/2022 |
| 4. DELIVERY ADDRESS OR EMAIL: pbirney@rc.com | 5. CITY: Hartford | 6. STATE: CT  7. ZIP CODE: 06103 |
| 8. CASE NUMBER: 22-50073 | 9. JUDGE: Judge Julie A. Manning | DATES OF PROCEEDINGS  10. FROM: 4/13/2022  11. TO: 4/13/2022 |
| 12. CASE NAME: Ho Wan Kwok | | LOCATION OF PROCEEDINGS  13. CITY: Bridgeport  14. STATE: Connecticut |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Hearing | 4/13/2022 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES 1 | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /s/ Patrick M. Birney
19. DATE: 4/13/2022

PROCESSED BY: Pamela Esposito
PHONE NUMBER: 203-579-5808

TRANSCRIPT TO BE PREPARED BY: Fiore Reporting and Transcription

COURT ADDRESS:
U.S. Bankruptcy Court
915 Lafayette Blvd.
Bridgeport CT  06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

### Honorable Julie A. Manning

### Wednesday April 13 2022

Current as of 04/13/2022, 4:32 pm

---

10:00 AM  22-50073   Ho Wan Kwok
                     Ch: 11

Matter:     #8; Chapter 11 Case Management Conference/Status Conference

---

10:00 AM  22-50073   Ho Wan Kwok
                     Ch: 11

Matter:     #57; Motion of Pacific Alliance Asia Opportunity Fund L.P. for Entry of an Order Confirming the Inapplicability of the Automatic Stay or, in the Alternative, Relief from the Automatic Stay Pursuant to Section 362(d)(2) of the Bankruptcy Code Filed by Patrick M. Birney on behalf of Pacific Alliance Asia Opportunity Fund L.P., 20 Largest Creditor

---

10:00 AM  22-50073   Ho Wan Kwok
                     Ch: 11

Matter:     #86; Application of the Debtor for Entry of an Order Authorizing the Employment and Retention of Brown Rudnick LLP as Counsel for the Debtor Filed by William R. Baldiga on behalf of Ho Wan Kwok

---

10:00 AM  22-50073   Ho Wan Kwok
                     Ch: 11

Matter:     #87; Debtor's Application for Authorization to Retain and Employ Stretto as Claims and Noticing Agent Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor

---

10:00 AM  22-50073   Ho Wan Kwok

|        |                                                                                                                                                                                                       |
|--------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|        | Ch: 11                                                                                                                                                                                                |
| Matter: | #90; Debtor's Application for Authorization to Retain and Employ Verdolino & Lowey, P.C. as Financial Advisor Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor |

| 10:00 AM | 22-50073   Ho Wan Kwok |
|----------|------------------------|
|          | Ch: 11                 |
| Matter: | #102; United States Trustee's Motion for an Order Directing the Appointment of an Examiner, or in the alternative, Motion for Order Directing the Appointment of a Chapter 11 Trustee Filed by Holley L. Claiborn on behalf of U. S. Trustee |

| 10:00 AM | 22-50073   Ho Wan Kwok |
|----------|------------------------|
|          | Ch: 11                 |
| Matter: | #117; Debtor's Motion for Entry of Interim and Final DIP Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor |

| 10:00 AM | 22-50073   Ho Wan Kwok |
|----------|------------------------|
|          | Ch: 11                 |
| Matter: | #119; Motion of Debtor for Entry of an Order Authorizing (I) Employment and Payment of Professionals Utilized in the Ordinary Course, (II) Payment of Prepetition Claims, and (III) Granting Related Relief Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor |

| 10:00 AM | 22-50073   Ho Wan Kwok |
|----------|------------------------|
|          | Ch: 11                 |
| Matter: | #186; Motion for Order to Schedule a Status Conference, Set Briefing Schedule and Schedule Hearing Regarding Its Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee Filed by Patrick M. Birney on behalf of Pacific Alliance Asia Opportunity Fund L.P., 20 Largest Creditor |

| 10:00 AM | 22-50073   Ho Wan Kwok |
|----------|------------------------|
|          | Ch: 11                 |

**Matter:** #193; Order Granting In Part Motion for Order to Schedule Status Conference, Set Briefing Schedule, and Schedule Hearing on Motion to Dismiss

**22-50073** Ho Wan Kwok
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 04/13/2022

# Parties

| | | |
|---|---|---|
| **Logan Cheng**<br>c/o Randazza Legal Group, PLLC<br>100 Pearl Street<br>14th Floor<br>Hartford, CT 06103<br>*Added: 02/17/2022*<br>*(Creditor)* | represented by | **Jay Marshall Wolman**<br>Randazza Legal Group, PLLC<br>100 Pearl Street, 14th Floor<br>Hartford, CT 06103<br>702-420-2001<br>jmw@randazza.com<br>*Assigned: 02/17/22* |
| **Golden Spring (New York) LTD**<br>*Added: 03/28/2022*<br>*(Interested Party)* | represented by | **Timothy D. Miltenberger**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103<br>860-493-2200<br>Tmiltenberger@cbshealaw.com<br>*Assigned: 03/31/22* |
| | | **Scott D. Rosen**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103-4500<br>(860) 493-2200<br>860-727-0361 (fax)<br>srosen@cb-shea.com<br>*Assigned: 03/28/22* |
| **HK International Funds Investments (USA) Limited, LLC**<br>*Added: 04/11/2022*<br>*(Interested Party)* | represented by | **Stephen M. Kindseth**<br>Zeisler & Zeisler<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>(203) 368-4234<br>203-367-9678 (fax)<br>skindseth@zeislaw.com<br>*Assigned: 04/11/22* |
| | | **Aaron Romney**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>aromney@zeislaw.com<br>*Assigned: 04/11/22* |

| | | |
|---|---|---|
| **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>SSN / ITIN: 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<br>*Added: 02/15/2022*<br>*(Debtor)* | represented by | **William Baldiga**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>New York<br>212-209-4800<br>212-209-4801 (fax)<br>wbaldiga@brownrudnick.com<br>*Assigned: 03/01/22*<br>*LEAD ATTORNEY*<br><br>**William R. Baldiga**<br>Brown, Rudnik, Freed & Gesmer<br>One Financial Center<br>Boston, MA 02111<br>(617) 330-9000<br>617-289-0420 (fax)<br>wbaldiga@brownrudnick.com<br>*Assigned: 03/09/22*<br><br>**Dylan Kletter**<br>Brown Rudnick LLP<br>185 Asylum Street<br>Hartford, CT 06103<br>860-509-6500<br>dkletter@brownrudnick.com<br>*Assigned: 02/15/22*<br><br>**Bennett Silverberg**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>bsilverberg@brownrudnick.com<br>*Assigned: 03/01/22*<br>*LEAD ATTORNEY* |
| **Rui Ma**<br>*Added: 03/15/2022*<br>*(20 Largest Creditor)* | represented by | **Carollynn H.G. Callari**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>ccallari@callaripartners.com<br>*Assigned: 03/16/22*<br>*LEAD ATTORNEY*<br><br>**David S. Forsh**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th |

|  |  |  |
|---|---|---|
| | | Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>dforsh@callaripartners.com<br>*Assigned: 03/17/22*<br>*LEAD ATTORNEY*<br><br>**Kristin B. Mayhew**<br>McElroy, Deutsch, Mulvaney & Carpenter<br>30 Jeliff Lane<br>Southport, CT 06890<br>(203) 319-4011<br>203-259-0251 (fax)<br>kmayhew@mdmc-law.com<br>*Assigned: 03/15/22*<br><br>**Peter J. Zarella**<br>McElroy, Deutsch, Mulvaney & Carpenter,<br>One State Street, 14th floor<br>Hartford, CT 06103<br>860-241-2688<br>860-522-2796 (fax)<br>pzarella@mdmc-law.com<br>*Assigned: 03/22/22* |
| **Weican Meng**<br>*Added: 03/15/2022*<br>*(20 Largest Creditor)* | represented by | **Carollynn H.G. Callari**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>ccallari@callaripartners.com<br>*Assigned: 03/16/22*<br>*LEAD ATTORNEY*<br><br>**David S. Forsh**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>dforsh@callaripartners.com<br>*Assigned: 03/17/22*<br>*LEAD ATTORNEY*<br><br>**Kristin B. Mayhew**<br>McElroy, Deutsch, Mulvaney & Carpenter<br>30 Jeliff Lane |

Southport, CT 06890
(203) 319-4011
203-259-0251 (fax)
kmayhew@mdmc-law.com
*Assigned: 03/15/22*

**Peter J. Zarella**
McElroy, Deutsch, Mulvaney & Carpenter,
One State Street, 14th floor
Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
*Assigned: 03/22/22*

**Official Committee of Unsecured Creditors**
*Added: 04/05/2022*
*(Creditor Committee)*

represented by

**Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604
203-330-2000
203-576-8888 (fax)
igoldman@pullcom.com
*Assigned: 04/05/22*

**Jonathan Kaplan**
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
860-424-4379
860-424-4370 (fax)
jkaplan@pullcom.com
*Assigned: 04/05/22*

**Pacific Alliance Asia Opportunity Fund L.P.**
*Added: 02/24/2022*
*(20 Largest Creditor)*

represented by

**Laura Aronsson**
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
212-728-5841
laronsson@omm.com
*Assigned: 04/08/22*
*LEAD ATTORNEY*

**Patrick M. Birney**
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8200
(860) 275-8299 (fax)
pbirney@rc.com
*Assigned: 02/24/22*

**Peter Friedman**
O'Melveny & Myers LLP
1625 Eye Street NW

Washington, DC 20006
202-383-5302
pfriedman@omm.com
*Assigned: 02/25/22*
*LEAD ATTORNEY*

**Mia N. Gonzalez**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-728-5698
mgonzalez@omm.com.
*Assigned: 04/08/22*
*LEAD ATTORNEY*

**David V. Harbach, II**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5127
dharbach@omm.com
*Assigned: 02/25/22*
*LEAD ATTORNEY*

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
202-326-2293
ssarnoff@omm.com
*Assigned: 02/25/22*
*LEAD ATTORNEY*

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
860-275-8325
860-275-8299 (fax)
asmith@rc.com
*Assigned: 02/24/22*

**Stretto**
410 Exchange, Suite 100
Irvine, CA 92602
800-634-7734
ecf@cases-cr.stretto-services.com;aw01@ecfcbis.com;pacerpleadings@stretto.com
*Added: 03/21/2022*
*(Claims/Noticing Agent)*

| | | |
|---|---|---|
| **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building | represented<br>by | **Holley L. Claiborn**<br>Office of The United States<br>Trustee |

150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*Added: 02/15/2022*
*(U.S. Trustee)*

**Zheng Wu**
*Added: 03/15/2022*
*(Creditor)*

The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
(203) 773-2217 (fax)
holley.l.claiborn@usdoj.gov
*Assigned: 02/28/22*

**Steven E. Mackey**
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
*Assigned: 03/22/22*

represented by

**Carollynn H.G. Callari**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
ccallari@callaripartners.com
*Assigned: 03/16/22*
*LEAD ATTORNEY*

**David S. Forsh**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
dforsh@callaripartners.com
*Assigned: 03/17/22*
*LEAD ATTORNEY*

**Kristin B. Mayhew**
McElroy, Deutsch, Mulvaney & Carpenter
30 Jeliff Lane
Southport, CT 06890
(203) 319-4011
203-259-0251 (fax)
kmayhew@mdmc-law.com
*Assigned: 03/15/22*

**Peter J. Zarella**
McElroy, Deutsch, Mulvaney & Carpenter,
One State Street, 14th floor
Hartford, CT 06103
860-241-2688

860-522-2796 (fax)
pzarella@mdmc-law.com
*Assigned: 03/22/22*