# United States Bankruptcy Court

## District of Connecticut

Filed and Entered
On Docket
April 13, 2022

In re:
Ho Wan Kwok
Debtor*

Case Number: 22–50073
Chapter: 11

### NOTICE OF HEARING

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE NOTICE** that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **April 27, 2022** at **09:30 AM** to consider and act upon the following matter(s):

> **Debtor's Motion (I) Setting Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, and (III) Approving Notice Thereof Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor. (Re: Doc #146)**

> **Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331 to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professional Fee Parties Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor. (Re: Doc #148)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non–evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above–mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above–referenced matter and may enter an order granting that relief.

**TO THE FILING PARTY:** You are required to serve this Notice of Hearing in accordance with the Bankruptcy Rules and file a Certificate of Service with the court indicating the name and address of each party served unless service was made electronically through CM/ECF.

**OBJECTION(S) DUE:** April 20, 2022 before 4:00 p.m. Untimely objections may not be considered.

**CERTIFICATE OF SERVICE DUE:** April 20, 2022 before 4:00 p.m. Untimely certificates of service may result in the hearing not being held.

Dated: April 13, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – rms