# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 4/13/2022 |
| Case: 22–50073 | Form ID: 112 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty      William Baldiga      wbaldiga@brownrudnick.com
aty      William R. Baldiga      wbaldiga@brownrudnick.com

TOTAL: 2