# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: admin | Date Created: 4/13/2022 |
| Case: 22−50073 | Form ID: 112 | Total: 86 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| 20 | Pacific Alliance Asia Opportunity Fund L.P. |
| cr | Zheng Wu |
| 20 | Rui Ma |
| 20 | Weican Meng |
| intp | Golden Spring (New York) LTD |
| crcm | Official Committee of Unsecured Creditors |
| intp | HK International Funds Investments (USA) Limited, LLC |
| 9343402 | 22−50073 |

TOTAL: 8

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Aaron Romney | aromney@zeislaw.com |
| aty | Annecca H. Smith | asmith@rc.com |
| aty | Bennett Silverberg | bsilverberg@brownrudnick.com |
| aty | Carollynn H.G. Callari | ccallari@callaripartners.com |
| aty | David S. Forsh | dforsh@callaripartners.com |
| aty | David V. Harbach, II | dharbach@omm.com |
| aty | Dylan Kletter | dkletter@brownrudnick.com |
| aty | Irve J. Goldman | igoldman@pullcom.com |
| aty | Jay Marshall Wolman | jmw@randazza.com |
| aty | Jonathan Kaplan | jkaplan@pullcom.com |
| aty | Kristin B. Mayhew | kmayhew@mdmc−law.com |
| aty | Laura Aronsson | laronsson@omm.com |
| aty | Mia N. Gonzalez | mgonzalez@omm.com. |
| aty | Patrick M. Birney | pbirney@rc.com |
| aty | Peter Friedman | pfriedman@omm.com |
| aty | Peter J. Zarella | pzarella@mdmc−law.com |
| aty | Scott D. Rosen | srosen@cb−shea.com |
| aty | Stephen M. Kindseth | skindseth@zeislaw.com |
| aty | Stuart M. Sarnoff | ssarnoff@omm.com |
| aty | Timothy D. Miltenberger | Tmiltenberger@cbshealaw.com |
| aty | William Baldiga | wbaldiga@brownrudnick.com |
| aty | William R. Baldiga | wbaldiga@brownrudnick.com |

TOTAL: 22

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Ho Wan Kwok | 373 Taconic Road    Greenwich, CT 06831 |
| cr | Logan Cheng | c/o Randazza Legal Group, PLLC    100 Pearl Street    14th Floor    Hartford, CT 06103 |
| ca | Stretto | 410 Exchange, Suite 100    Irvine, CA 92602 |
| 9343455 | Bi Hai Ge Lin | C/O Kevin Tung, Esq.    38th Avenue, Suite 3d    Flushing, NY 11354 USA |
| 9343425 | CHENG (NY) | c/o Randazza Law Firm    2764 Sahara Dr., Suite 109    Las Vegas, NV 89117 USA |
| 9343450 | Chao−Chic Chiu | c/o Giordano, Halleran &. Ciesla, P.C.    1250 Broadway, 36th Floor    New York, NY 10010 USA    Attn: Christopher Marino |
| 9343406 | Cheng Jian Wu Jian She | c/o Kevin Kerveng Tung, P.C.    136−20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. |
| 9343431 | Chenglong Wang | C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta |
| 9343452 | Chong Sheen Raphanella | C/O Wolf Haldenstein Adler Freeman & Her    270 Madison Avenue    New York, NY 10016 USA    Attn: Matthew Guiney |
| 9343457 | Fu Le Hong Ma | C/O Kevin Tung, Esq.    38th Avenue, Suite 3d    Flushing, NY 11354 USA |
| 9343404 | Golden Spring New York | 162 E. 64th Street    New York, NY 10605 USA    Attn: Max Krasner |
| 9343408 | Guo Baosheng | c/o Law Office of Ning Ye, Esq.    135−11 38th Avenue, Suite 1A    Flushing, NY 11354 USA    Attn: Ning Ye, Esq. |
| 9343410 | Hong Qi Qu | c/o Kevin Tung, P.C.    136−20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. |
| 9343449 | Huizen Wang | c/o Giordano, Halleran &. Ciesla P.C.    1250 Broadway, 36th Floor    New York, NY 10010 USA    Attn: Christopher Marino |
| 9343421 | Jia Li Wang | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343435 | Jiamei Lu | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343412 | Jian Gong | C/O Kevin Kerveng Tung, P.C.    136−20 38th Avenue, Suite 3D    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. |
| 9343434 | Jianhu Yi and Qiuju Jia | C/O Arthur Angel, Esq.    1305 n. Poinsettia Place    Los Angeles, CA 90046 USA |

| | | | | |
|---|---|---|---|---|
| 9343424 | Jonathan Young | 141 Allenby Road | Wellington Point, QLD 4160 | AUSTRALIA |
| 9343419 | Jun Chen aka Jonathan Ho | C/O Wayne Wei Zhu, Esq. | 4125 Kissena Blvd, Suite 112 | Flushing, NY 11355 USA    Attn: Wayne Wei Zhu |
| 9343436 | Jun Liu | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343430 | Kaixin Hong | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |
| 9343447 | Keyi Zilkie | c/o Giordano, Halleran & Ciesla, P.C. | 1250 Broadway, 36th Floor | New York, NY 10010 USA    Attn: Christopher Marino |
| 9343418 | Lamp Capital, LLC | Attn: Bernardo Enriquez | 667 Madison Avenue | New York, NY 10065 |
| 9343415 | Liehong Zhuang/Xiao Yan Zhu | C/O Trexler & Zhang, LLP | 224 West 35th Street, 12th Floor | New York, NY 10001 USA    Attn: Jonathan T. Trexler, Esq. |
| 9343437 | Linda Cheng | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343438 | Mao–Fu Weng | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343411 | Nan Tong Si Jian | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. |
| 9343407 | Ning Ye | c/o Law Office of Ning Ye, Esq. | 135–11 38th Avenue, Suite 1A | Flushing, NY 11354    Attn: Ning Ye, Esq. |
| 9343451 | Rong Zhang | C/O Wolf Haldenstein Adler Freeman & Her | 270 Madison Avenue | New York, NY 10016 USA    Attn: Matthew Guiney |
| 9343439 | RuQin Wang | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343426 | SHI | C/O Thompson Hine | 20 N. Clark St., Ste 3200 | Chicago, IL 60602 USA    Attn: Steven A. Block, Esq. |
| 9348491 | Samuel Dan Nunberg | 600 South Dixie Highway, Suite 455 | West Palm Beach, FL 33401 | |
| 9343417 | Samuel Nunberg | C/O Nesenoff & Miltenberg, LLP | 363 Seventh Ave, 5th Floor | New York, NY 10001 USA    Attn: Andrew T. Miltenberg, Esq. |
| 9343440 | Teli Chen | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343422 | WA&HF, LLC/Ruizeng An | C/O AFN Law | 41 Madison Avenue, 31st Floor | New York, NY 10010 USA    Attn: Angus Ni, Esq. |
| 9343427 | WANG | C/O Carmody Torrance Sandak & Hennessey | 195 Church Street, P.O. Box 1950 | New Haven, CT 6509 USA    Attn: David Grudberg |
| 9343441 | Weiguo Sun | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343442 | Weixiand Ge | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343429 | Wen Lin | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |
| 9343433 | Xiaobo He | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |
| 9343453 | Xiaodan Wang | C/O Wolf Haldenstein Adler Freeman & Her | 270 Madison Avenue | New York, NY 10016 USA    Attn: Matthew Guiney |
| 9343432 | Xiaoping Luo | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |
| 9343443 | Xingyu Yan | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343454 | Xiong Xian Wei Ye | C/O Kevin Tung, Esq. | 136–20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 USA    Attn: Kevin Tung, Esq |
| 9343423 | Xiqiu Fu | c/o The Lanier Law Firm | 10940 W. Sam Houston Pkwy N., Suite 100 | Houston, TX 77064 USA    Attn: Lawrence P. Wilson |
| 9343448 | YUNXIA WU | c/o Giordano, Halleran & Ciesla, P.C. | 1250 Broadway, 36th Floor | New York, NY 10010 USA    Attn: Christopher Marino |
| 9343444 | Yan Gao | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343413 | Yan Zhao | C/O Law Office of Ning Ye, Esq. | 135–11 38th Avenue, Suite 1A | Flushing, NY 11354 USA    Attn: Ning Ye, Esq. |
| 9343409 | Yang Lan and Wu Zheng | 900 Third Avenue, 18th Floor | c/o Arkin Solbakken, LLP | New York, NY 10022    Attn: Robert C. Angelillo |
| 9343445 | Yi Li | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343446 | Ying Liu | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343414 | Yua Hua Zhuang Shi | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. |
| 9344053 | Yue Hua Zhu Shi | 136–20 38th Avenue, Suite 3D | c/o Kevin Kerveng Tung, P.C. | Flushing, NY 11354    Attn: Kevin Tung, Esq. |
| 9343456 | Zhen Yuan Jian Zhu | C/O Kevin Tung, Esq. | 38th Avenue, Suite 3d | Flushing, NY 11354 USA |
| 9343428 | Zhengjun Dong | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |

TOTAL: 56