## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtor. | : | |

## MOTION TO PERMIT
## JEFFREY L. JONAS TO APPEAR *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned, a member in good standing of the bar of this Court and having entered an appearance in this matter, hereby moves for the admission *pro hac vice* of Jeffrey L. Jonas of Brown Rudnick LLP for the purposes of this cause. In accordance with D. Conn. L. Civ. R. 83.1(d), and based on the Affidavit of Jeffrey L. Jonas, which is annexed hereto as Exhibit A, and is made a part hereof, the undersigned represents as follows:

1.     Jeffrey L. Jonas ("Mr. Jonas") is an attorney in the law firm of Brown Rudnick LLP, with an office located at Seven Times Square, New York, NY. Mr. Jonas is a member in good standing of the bar of the State of New York, among others. There are no disciplinary proceedings pending against Mr. Jonas in any jurisdiction.

2.     Mr. Jonas has not been disciplined or denied admission by this Court or any other Court in any jurisdiction.

3.     Mr. Jonas is familiar with the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

4.    Mr. Jonas has particular experience in chapter 11 bankruptcy cases and, in particular, representing debtors in chapter 11 cases.

5.    The Affidavit of Jeffrey L. Jonas in Support of this Motion to Permit Counsel to Appear Pro Hac Vice is attached as Exhibit A.

6.    The Motion is made promptly and it does not require modification of any scheduling order or the deadlines established by any standing order.  Mr. Jonas will submit a certificate of from the bar of the state in which he has his primary office.  The $200.00 fee required by Local Rule 83.1(d)(3) for Mr. Jonas's admission *pro hac vice* is tendered herewith.

WHEREFORE, the undersigned respectfully requests that this Court grant Jeffrey L. Jonas permission to appear *pro hac vice* in this matter.

Dated: April 19, 2022                           Respectfully submitted,


                                                */s/ Dylan P. Kletter*
                                                Dylan P. Kletter (ct28197)
                                                Brown Rudnick LLP
                                                185 Asylum Street, 38th Floor
                                                Hartford, Connecticut 06103
                                                Tel:  (860) 509-6500
                                                Fax:  (860) 509-6501
                                                Email:  dkletter@brownrudnick.com

                                                *Proposed counsel for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any parties unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Dylan P. Kletter*
Dylan P. Kletter

## EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| | : | |
| | : | |
| Debtor. | : | |

### AFFIDAVIT OF JEFFREY L. JONAS IN SUPPORT OF
### MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE*

JEFFREY L. JONAS, being duly sworn, states:

1.      I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this affidavit.  I respectfully apply for this Court's permission for me to appear *pro hac vice* as attorney for debtor Ho Wan Kwok.

2.      I am an attorney in the law firm of Brown Rudnick LLP, with offices at Seven Times Square, New York, NY 10036 and One Financial Center, Boston, MA 02111.  My telephone number is 212-209-4800, my fax number is 212-209-4801, and my e-mail is as follows: jjonas@brownrudnick.com.

3.      I am admitted to practice law in the State of New York, am a member in good standing of the bar of the State of New York (bar identification #5909924), among other, and there are no disciplinary proceedings pending against me in any jurisdiction, and I have never been convicted of any crime.

4.      I have never been denied admission to the United States District Court of Connecticut or any other court in any jurisdiction, nor have I ever been disciplined by, resigned from, or surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5.      I have fully reviewed and am familiar with the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6.      I hereby designate Attorney Dylan P. Kletter of Brown Rudnick LLP as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned matter.

7.      I will submit a certificate of good standing from the United States District Court for the Southern District of New York, from the court of the state in which I have my primary office.

8.      The required $200.00 fee has been tendered along with the motion for my admission pro hac vice in the above-captioned matter.

9.      The foregoing is true and correct to best of my knowledge.

April 19, 2022

Jeffrey L. Jonas

Subscribed and sworn to before me this 19th day of April, 2022.

Notary Public:
My Commission Expires: May 19 2023

Vicki A. Goldstein
Notary Public, State of New York
No. 01GO5078233
Qualified in Queens County
Commission Expires May 19, 2023

**PROPOSED ORDER**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtor. | : | |

## ORDER ADMITTING VISITING ATTORNEY

On this __ day of _____, 2022, came on for consideration the Motion for Admission of Visiting Attorney (the "Motion"), filed by a member of the bar of this Court on behalf of Jeffrey L. Jonas Esq., attorney for Ho Wan Kwok the debtor in the above-entitled case.

The Court, having determined no reason for denying the application, accordingly grants the relief requested in the Motion.

**IT IS HEREBY ORDERED**, that Jeffrey L. Jonas, Esq. is hereby admitted to practice in the U.S. District Court for the District of Connecticut in connection with the above-referenced case, and with respect to this case, he shall have all the rights, privileges and responsibilities of a member of the bar of this Court

Signed this __ day of _____, 2022

_____
Hon. United States Bankruptcy Court Judge

64676333 v1-WorkSiteUS-038210/0001