# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 4/21/2022 |
| Case: 22–50073 | Form ID: pdfdoc2 | Total: 11 |

**Recipients of Notice of Electronic Filing:**
```
ust     U. S. Trustee            USTPRegion02.NH.ECF@USDOJ.GOV
aty     Bennett Silverberg       bsilverberg@brownrudnick.com
aty     Dylan Kletter            dkletter@brownrudnick.com
aty     Holley L. Claiborn       holley.l.claiborn@usdoj.gov
aty     Irve J. Goldman          igoldman@pullcom.com
aty     William Baldiga          wbaldiga@brownrudnick.com
aty     William R. Baldiga       wbaldiga@brownrudnick.com
```
                                                                TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db      Ho Wan Kwok         373 Taconic Road      Greenwich, CT 06831
aty     Andrew M. Carty     Brown Rudnick LLP     Seven Times Square     New York, NY 10036
aty     Jeffrey L Jonas     Brown Rudnick LLP     Seven Times Square     New York, NY 10036
aty     Steven E. Mackey    Office of the U.S. Trustee    The Giaimo Federal Building    150 Court Street, Room 302     New Haven, CT 06510
```
                                                                TOTAL: 4