# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor.[1] | : |
| | : |
| | : |

## LIST OF WITNESSES AND EXHIBITS OF THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Official Committee of Unsecured Creditors of Ho Wan Kwok (hereinafter "UCC"), by its undersigned counsel, hereby submits the following list of witnesses and exhibits in connection with the Application to Employ Verdolino & Lowey, P.C. as Financial Advisor filed by Debtor Ho Wan Kwok [Docket No. 90] (the "V&A Application"), the Motion for Entry of Interim and Final DIP Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief filed by Debtor Ho Wan Kwok [Docket No. 117] (the "DIP Motion"), and the UCC's objections thereto.

WITNESSES – The following is a list of witnesses, some or all of whom may be called to testify at the hearing:

    A.    V&A Application: Craig Jalbert

    B.    DIP Motion:   Debtor, Ho Wan Kwok

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

The UCC reserves the right to examine witnesses listed on other parties' witness lists, as well as to call other witnesses not listed herein for purposes of providing rebuttal testimony.

EXHIBITS – The UCC intends to offer the following exhibits in connection with the DIP Motion:

UCC Exhibit 1:   Debtor's Declaration in Support of the Chapter 11 Case and Certain Motions

UCC Exhibit 2:   Debtor's Proposed Interim DIP Order and Debtor-in-Possession Credit Agreement

UCC Exhibit 3:   Jalbert April 8, 2022 Deposition Exhibit 10

UCC Exhibit 4:   Debtor's Motion to Employ Professionals in Ordinary Course

The UCC reserves the right to offer other documentary evidence not listed herein for purposes of rebuttal.

Dated:  Bridgeport, Connecticut
        April 22, 2022

                                              **OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HO WAN KWOK**

By:   */s/Irve J. Goldman*
      Irve J. Goldman
      Jonathan A. Kaplan
      Pullman & Comley, LLC
      850 Main Street, 8th Floor
      PO Box 7006
      Bridgeport, CT 06601-7006
      (203) 330-2213
      igoldman@pullcom.com

      Its Attorneys (Application Pending)