**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor.[1] | : |
| | : |
| | : |

**CERTIFICATION OF SERVICE**

I Irve J. Goldman, herby certify that on the 22nd day of April, 2022, the Motion for Rule 2004 Examination of HK International Funds Investment (USA) Limited, LLC, Notice of Motion, the Subpoena and a proposed order was filed via the Court's CM/ECF electronic filing system ("CM/ECF"), which sent notice to all parties receiving notification through CM/ECF which are listed as attached hereto.

Dated: Bridgeport, Connecticut
       April 22, 2022

                                              **OFFICIAL COMMITTEE OF UNSECURED**
                                              **CREDITORS OF HO WAN KWOK**

                                        By:    */s/Irve J. Goldman*
                                                  Irve J. Goldman
                                                  Jonathan A. Kaplan
                                                  Pullman & Comley, LLC
                                                  850 Main Street, 8th Floor
                                                  PO Box 7006
                                                  Bridgeport, CT 06601-7006
                                                  (203) 330-2213
                                                  igoldman@pullcom.com

                                                  Its Attorneys (Application Pending)

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

**22-50073** Ho Wan Kwok

# List of Parties Served

**Laura Aronsson**
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
212-728-5841
laronsson@omm.com
  *Assigned: 04/08/2022*
  *LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**William Baldiga**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
New York
212-209-4800
212-209-4801 (fax)
wbaldiga@brownrudnick.com
  *Assigned: 03/01/2022*
  *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**William R. Baldiga**
Brown, Rudnik, Freed & Gesmer
One Financial Center
Boston, MA 02111
(617) 330-9000
617-289-0420 (fax)
wbaldiga@brownrudnick.com
  *Assigned: 03/09/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Patrick M. Birney**
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8200
(860) 275-8299 (fax)
pbirney@rc.com
  *Assigned: 02/24/2022*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Carollynn H.G. Callari**
Law Firm of Callari Partners, LLC

representing

**Rui Ma**
*(20 Largest Creditor)*

One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
ccallari@callaripartners.com
  *Assigned: 03/16/2022*
  *LEAD ATTORNEY*

|  |  |  |
|---|---|---|
|  |  | **Weican Meng**<br>*(20 Largest Creditor)* |
|  |  | **Zheng Wu**<br>*(Creditor)* |
| **Andrew M. Carty**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>acarty@brownrudnick.com<br>  *Assigned: 04/15/2022*<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Holley L. Claiborn**<br>Office of The United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br>(203) 773-2217 (fax)<br>holley.l.claiborn@usdoj.gov<br>  *Assigned: 02/28/2022* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **David S. Forsh**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>dforsh@callaripartners.com<br>  *Assigned: 03/17/2022*<br>  *LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |

3

|  |  |  |
|---|---|---|
|  |  | **Weican Meng**<br>*(20 Largest Creditor)* |
|  |  | **Zheng Wu**<br>*(Creditor)* |
| **Peter Friedman**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5302<br>pfriedman@omm.com<br> *Assigned: 02/25/2022*<br> *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Irve J. Goldman**<br>Pullman & Comley<br>850 Main Street<br>8th Floor<br>Bridgeport, CT 06604<br>203-330-2000<br>203-576-8888 (fax)<br>igoldman@pullcom.com<br> *Assigned: 04/05/2022* | representing | **Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |
| **Mia N. Gonzalez**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>212-728-5698<br>mgonzalez@omm.com<br> *Assigned: 04/08/2022*<br> *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **David V. Harbach, II**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5127<br>dharbach@omm.com<br> *Assigned: 02/25/2022*<br> *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Jeffrey L Jonas**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |

| | | |
|---|---|---|
| 2122094800<br>212-209-4801 (fax)<br>jjonas@brownrudnick.com<br>  *Assigned: 04/21/2022*<br>  *LEAD ATTORNEY* | | |
| **Jonathan Kaplan**<br>Pullman & Comley, LLC<br>90 State House Square<br>Hartford, CT 06103<br>860-424-4379<br>860-424-4370 (fax)<br>jkaplan@pullcom.com<br>  *Assigned: 04/05/2022* | representing | **Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |
| **Stephen M. Kindseth**<br>Zeisler & Zeisler<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>(203) 368-4234<br>203-367-9678 (fax)<br>skindseth@zeislaw.com<br>  *Assigned: 04/11/2022* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| **Dylan Kletter**<br>Brown Rudnick LLP<br>185 Asylum Street<br>Hartford, CT 06103<br>860-509-6500<br>dkletter@brownrudnick.com<br>  *Assigned: 02/15/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Steven E. Mackey**<br>Office of the U.S. Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br>  *Assigned: 03/22/2022* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Kristin B. Mayhew**<br>McElroy, Deutsch, Mulvaney & Carpenter<br>30 Jeliff Lane<br>Southport, CT 06890<br>(203) 319-4011 | representing | **Rui Ma**<br>*(20 Largest Creditor)* |

203-259-0251 (fax)
kmayhew@mdmc-law.com
  *Assigned: 03/15/2022*

|  |  |  |
|---|---|---|
|  |  | **Weican Meng** *(20 Largest Creditor)* |
|  |  | **Zheng Wu** *(Creditor)* |
| **Timothy D. Miltenberger** Cohn Birnbaum & Shea P.C. 100 Pearl Street 12th Floor Hartford, CT 06103 860-493-2200 Tmiltenberger@cbshealaw.com  *Assigned: 03/31/2022* | representing | **Golden Spring (New York) LTD** *(Interested Party)* |
| **Aaron Romney** Zeisler & Zeisler PC 10 Middle Street 15th Floor Bridgeport, CT 06604 203-368-4234 203-367-9678 (fax) aromney@zeislaw.com  *Assigned: 04/11/2022* | representing | **HK International Funds Investments (USA) Limited, LLC** *(Interested Party)* |
| **Scott D. Rosen** Cohn Birnbaum & Shea P.C. 100 Pearl Street 12th Floor Hartford, CT 06103-4500 (860) 493-2200 860-727-0361 (fax) srosen@cb-shea.com  *Assigned: 03/28/2022* | representing | **Golden Spring (New York) LTD** *(Interested Party)* |
| **Stuart M. Sarnoff** O'Melveny & Myers LLP Times Square Tower 7 Times Square New York, NY 10036 202-326-2293 ssarnoff@omm.com  *Assigned: 02/25/2022*  *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.** *(20 Largest Creditor)* |

| | | |
|---|---|---|
| **Bennett Silverberg**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>bsilverberg@brownrudnick.com<br> *Assigned: 03/01/2022*<br> *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Annecca H. Smith**<br>Robinson & Cole, LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>860-275-8325<br>860-275-8299 (fax)<br>asmith@rc.com<br> *Assigned: 02/24/2022* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Jay Marshall Wolman**<br>Randazza Legal Group, PLLC<br>100 Pearl Street, 14th Floor<br>Hartford, CT 06103<br>702-420-2001<br>jmw@randazza.com<br> *Assigned: 02/17/2022* | representing | **Logan Cheng**<br>c/o Randazza Legal Group, PLLC<br>100 Pearl Street<br>14th Floor<br>Hartford, CT 06103<br>*(Creditor)* |
| **Peter J. Zarella**<br>McElroy, Deutsch, Mulvaney & Carpenter,<br>One State Street, 14th floor<br>Hartford, CT 06103<br>860-241-2688<br>860-522-2796 (fax)<br>pzarella@mdmc-law.com<br> *Assigned: 03/22/2022* | representing | **Rui Ma**<br>*(20 Largest Creditor)*<br><br>**Weican Meng**<br>*(20 Largest Creditor)*<br><br>**Zheng Wu**<br>*(Creditor)* |