# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor.[1] | : |
| | : |
| | : |

## NOTICE OF MOTION FOR AUTHORIZATION TO CONDUCT A RULE 2004 EXAMINATION AND OBJECTION DEADLINE

The Official Committee of Unsecured Creditors of the Debtor, Ho Wan Kwok, by and through its undersigned attorneys, has filed a Motion of the Official Committee of Unsecured Creditors of the Debtor for Authorization to Conduct an Examination of Golden Spring (New York) Ltd. and to Subpoena Production of Documents Pursuant to Fed. R. Bankr. P. 2004 and 9016 and D. Conn. Bankr. L.R. 2004-1 (the "Motion"), with the U.S. Bankruptcy Court. Notice is hereby given that any objections to the Motion must be filed with the Court **no later than April 29, 2022**[2]. In the absence of a timely filed objection, the proposed order accompanying the Motion *may* be entered without further notice and hearing, *see*, 11 U.S.C. § 102 (1).

Dated at Bridgeport, Connecticut this 22th day of April, 2022.

PULLMAN & COMLEY, LLC

By:   /s/Irve J. Goldman
      Irve J. Goldman (ct02404)
      Pullman & Comley, LLC
      850 Main Street, 8th Floor
      P. O. Box 7006
      Bridgeport, CT  06601-7006
      Tel: (203) 330-2213
      Fax: (203) 576-8888
      igoldman@pullcom.com
      Proposed Attorneys for the Official Committee of
      Unsecured Creditors of the Debtor, Ho Wan Kwok

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

[2] Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.