**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |

**DEBTOR'S WITNESS AND EXHIBIT LIST
FOR HEARING SCHEDULED ON APRIL 27, 2022 AT 9:30A.M. EST**

Ho Wan Kwok (the "Debtor") hereby submits this Witness and Exhibit List in connection with the hearing to be held on April 27, 2022 at 9:30 a.m. (Eastern Standard Time) for A) *Debtor's Motion for Entry of Interim and Final DIP Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief [Docket No. 117]* and B) *Debtor's Application for Authorization to Retain and Employ Verdolino & Lowey, P.C. as Financial Advisor [Docket No. 90]* (the "Hearing").

**WITNESSES**

The Debtor may call one or more of the following witnesses at the Hearing:

1. Craig Jalbert, Certified Insolvency and Restructuring Advisor, Principal at Verdolino & Lowery, P.C.;

2. Ho Wan Kwok (Debtor); and

3. Any witness listed by any other party.

1

## **EXHIBITS**

The Debtor may offer into evidence any one or more of the following exhibits:

| Debtor's Ex. No. | ECF No. | Description | Offered | Obj. | Admit | Disposition |
|---|---|---|---|---|---|---|
| Debtor 01 | 77 | Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs | | | | |
| Debtor 02 | 78 | Official Form 106Sum – Summary of Assets and Liabilities and Certain Statistical Information / Schedules A, B, C, D, E, F, G, H, I and J | | | | |
| Debtor 03 | 79 | Declaration About Individual Debtor's Schedules | | | | |
| Debtor 04 | 80 | Amended Official Form 122B - Chapter 11 Statement of Your Current Monthly Income | | | | |
| Debtor 05 | 90 | Debtor's Application for Authorization to Retain and Employ Verdolino & Lowey, P.C. as Financial Advisor | | | | |
| Debtor 06 | 117 | Debtor's Motion for Entry of Interim and Final DIP Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief | | | | |
| Debtor 07 | 197 | Notice of Filing of Proposed Chapter 11 Plan of Ho Wan Kwok | | | | |
| Debtor 08 | 198 | Omnibus Reply of Debtor in Support of Entry of Order Approving DIP Facilities | | | | |
| | | Any exhibit identified or offered by any other party. | | | | |

The Debtor reserves the right to modify, amend or supplement this Witness and Exhibit List at any time prior to, or during, the Hearing. The Debtor also reserves the right to ask the Court to take judicial notice of pleadings, transcripts and/or documents filed in connection with this bankruptcy case.

Dated: April 22, 2022

**BROWN RUDNICK LLP**

By: */s/ William R. Baldiga*
Dylan P. Kletter, Esq.
185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 509-6500
Facsimile: (860) 509-6501
Email: dkletter@brownrudnick.com

-and-

William R. Baldiga, Esq. (*Pro Hac Vice*)
Bennett S. Silverberg, Esq. (*Pro Hac Vice*)
Jeffrey L. Jonas, Esq. (*Pro Hace Vice*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email:  wbaldiga@brownrudnick.com
          bsilverberg@brownrudnick.com
          jjonas@brownrudnick.com

*Proposed Counsel for*
*Ho Wan Kwok, Debtor*

64680112