**Fill in this information to identify your case:**

Debtor 1 __Ho Wan Kwok__
　　　　　First Name　　　Middle Name　　　Last Name

Debtor 2 _____
(Spouse if, filing)　First Name　　Middle Name　　Last Name

United States Bankruptcy Court for the: __DISTRICT OF CONNECTICUT__

Case number __22-50073__
(if known)

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Ho Wan Kwok　　　　　　　　　　　X _____
Ho Wan Kwok　　　　　　　　　　　　　　Signature of Debtor 2
Signature of Debtor 1

Date __3/9/2022__　　　　　　　　　　　　Date _____

Official Form 106Dec　　　Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

**DEBTOR 03**