**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok[1]<br><br>        Debtor. | Chapter 11 Case No.<br><br>Case No. 22-50073 (JAM)<br><br>April 22, 2022 |

**PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S WITNESS LIST
AND EXHIBIT LIST RE DEBTOR'S APPLICATION FOR AUTHORIZATION TO
RETAIN AND EMPLOY VERDOLINO & LOWEY, P.C. AS FINANCIAL ADVISOR
AND DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL DIP ORDERS
AUTHORIZING THE DEBTOR TO OBTAIN UNSECURED, SUBORDINATED
POSTPETITION FINANCING**

In accordance with the Court's instructions at the April 13, 2022 hearing and in advance of the

April 27, 2022 hearing on Debtor's *Application for Authorization to Retain and Employ*

*Verdolino & Lowey, P.C. as Financial Advisor* [ECF No. 90] and *Debtor's Motion for Entry of*

*Interim and Final DIP Orders Authorizing the Debtor to Obtain Unsecured, Subordinated*

*Postpetition Financing* [ECF No. 117], Pacific Alliance Asia Opportunity Fund L.P. ("PAX")

respectfully submits its Witness List and Exhibit List:

**WITNESS LIST**

1.      Ho Wan Kwok, Debtor.

2.      Craig Jalbert, Verdolino & Lowey, P.C.

**EXHIBIT LIST**

1.      PAX 01: Notice of Deposition of Verdolino & Lowey, P.C., dated March 28,

2022.

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

2.      PAX 02: Email from C. Jalbert to B. Silverberg re Kwok Engagement Letter, dated March 3, 2022, and bearing Bates Numbers KWOK00001646-48.

3.      PAX 03: Email from C. Jalbert to B. Silverberg re Kwok Engagement Letter and Post-Petition Retainer, dated March 2, 2022, and bearing Bates Numbers KWOK0000149-51.

4.      PAX 04: Debtor's Application for Authorization to Retain and Employ Verdolino & Lowey, P.C. as Financial Advisor, dated March 16, 2022, and filed on the docket in this matter as ECF No. 90.

5.      PAX 05: Debtor's Schedules, dated March 9, 2022, and filed on the docket in this matter as ECF No. 78.

6.      PAX 06: Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs, dated March 9, 2022, and filed on the docket in this matter as ECF No. 77.

7.      PAX 07: Email from A. Mitchell to M. Flynn and M. Francis re Kwok's Expenses, dated March 18, 2022, and bearing Bates Numbers KWOK00001752-56.

8.      PAX 08: Monthly Operating Report, dated March 22, 2022, and filed on the docket in this matter as ECF No. 120.

9.      PAX 09: Email from M. Flynn to A. Mitchell, M. Francis and Redacted Name re Kwok's Expenses, dated March 21, 2022, and bearing Bates Numbers KWOK00001684-90.

10.     PAX 10: Email from M. Flynn to A. Mitchell, M. Francis and Redacted Name re Kwok's Expenses, dated March 21, 2022, and bearing Bates Numbers KWOK00001691-97.

11.     PAX 11: Email from M. Schindler to S. Pohl and C. Jalbert re V&L's Qualifications (with attachments), dated March 2, 2022, and bearing Bates Numbers KWOK00001713-27.

12.     PAX 12: PAX's First Request for Production of Documents Directed to Verdolino & Lowey, P.C., dated March 28, 2022.

13.     PAX 13: Verdolino & Lowey, P.C.'s Objections and Responses to PAX's First Request for Production of Documents, dated March 31, 2022.

14.     PAX 14: Transcript of the April 8, 2022 Deposition of Craig Jalbert.

15.     PAX 15: Transcript of the April 12, 2022 Deposition of Yvette Wang.

16.     PAX 16: Declaration of Ho Wan Kwok, dated March 20, 2022, and filed on the docket in this matter as ECF No. 107.

17.     PAX 17: Transcript of the 341 Meeting of Creditors, dated March 21, 2022.

18.     PAX 18: Affidavit of Ho Wan Kwok filed in *Ace Decade Holdings Limited v. USB AG*, Index No. 653316/2015 (N.Y. Sup. Ct.) (English), dated February 5, 2016.

19.     PAX 19: Affidavit of Ho Wan Kwok filed in *Ace Decade Holdings Limited v. USB AG*, Index No. 653316/2015 (N.Y. Sup. Ct.) (Chinese), dated February 5, 2016.

20.     PAX 20: Complaint, *Ace Decade Holdings Limited v. USB AG*, Index No. 653316/2015 (N.Y. Sup. Ct.), dated October 5, 2015.

21.     PAX 21: Monthly Operating Report, dated April 20, 2022, and filed on the docket in this matter as ECF No. 242.

[*Signature on Following Page*]

Dated: April 22, 2022
Hartford, Connecticut

**Pacific Alliance Asia Opportunity Fund L.P.**

By: */s/ Patrick M. Birney*
     Patrick M. Birney (CT No. 19875)
     Annecca H. Smith (CT No. 31148)
     **ROBINSON & COLE LLP**
     280 Trumbull Street
     Hartford, CT 06103
     Telephone: (860) 275-8275
     Facsimile: (860) 275-8299
     E-mail: pbirney@rc.com
            asmith@rc.com

     -and-

     Peter Friedman (admitted *pro hac vice*)
     Stuart M. Sarnoff (admitted *pro hac vice*)
     **O'MELVENY & MYERS LLP**
     7 Times Square
     New York, NY 10036
     Telephone: (212) 326-2000
     Facsimile: (212) 326-2061
     E-mail: pfriedman@omm.com
            ssarnoff@omm.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2022, a copy of the foregoing was filed electronically through the Court's CM/ECF System.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  Parties in interest may access this filing through the Court's CM/ECF System.


/s/    *Patrick M. Birney*
Patrick M. Birney