# **EXHIBIT PAX 02**

Email from C. Jalbert to B. Silverberg re Kwok Engagement Letter, dated March 3, 2022, and bearing Bates Numbers KWOK00001646-48

PAX-002-001

From: Craig Jalbert on behalf of Craig Jalbert <CJalbert@vlpc.com>
Sent: Fri 3/04/2022 6:54 PM (GMT-00:00)
To: Pohl, Steven D.; Silverberg, Bennett S.; MaryJo Schindler
Cc: Axelrod, Tristan G.
Bcc:
Subject: RE: Kwok

My feeling is that in an individual case, the FA duties are markedly different than of an operating business case. I'll play with the wording now. Hey Tristan, how are you sir? It's been a while.

Craig R. Jalbert, CIRA
Verdolino & Lowey. P.C.
124 Washington Street, Suite 101
Foxboro, MA 02035
Phone - 508-543-1720
Fax - 508-543-4114
Mobile - 508-889-1990
cjalbert@vlpc.com

**From:** Pohl, Steven D. <SPohl@brownrudnick.com>
**Sent:** Friday, March 4, 2022 1:48 PM
**To:** Silverberg, Bennett S. <BSilverberg@brownrudnick.com>; MaryJo Schindler <mjschindler@vlpc.com>
**Cc:** Craig Jalbert <CJalbert@vlpc.com>; Axelrod, Tristan G. <TAxelrod@brownrudnick.com>
**Subject:** RE: Kwok

Yes
FA to debtor

**Steven D. Pohl**
spohl@brownrudnick.com
617.856.8594

**From:** Silverberg, Bennett S. <BSilverberg@brownrudnick.com>
**Sent:** Friday, March 4, 2022 1:45 PM
**To:** MaryJo Schindler <mjschindler@vlpc.com>
**Cc:** Craig Jalbert <CJalbert@vlpc.com>; Pohl, Steven D. <SPohl@brownrudnick.com>; Axelrod, Tristan G. <TAxelrod@brownrudnick.com>
**Subject:** Re: Kwok


EXHIBIT
JALBERT 2
4/8/22
LYNCH

KWOK00001646

PAX-002-001

Thanks – no postpetition retainer expected. Big Q is whether it's us retaining you or the client. I would think you're retained by the client as his financial advisor.

--
**Bennett S. Silverberg**
Partner
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
O: 212.209.4924
M: 917.538.2798
F: 212.938.2924
bsilverberg@brownrudnick.com
www.brownrudnick.com
Please consider the environment before printing this e-mail

**From:** MaryJo Schindler <mjschindler@vlpc.com>
**Date:** Friday, March 4, 2022 at 1:42 PM
**To:** Silverberg, Bennett S. <BSilverberg@brownrudnick.com>
**Cc:** Craig Jalbert <CJalbert@vlpc.com>
**Subject:** FW: Kwok

CAUTION: External E-mail. Use caution accessing links or attachments.

fyi

**From:** Craig Jalbert <CJalbert@vlpc.com>
**Sent:** Thursday, March 3, 2022 5:21 PM
**To:** Silverberg, Bennett S. <BSilverberg@brownrudnick.com>; Matt Flynn <MFlynn@vlpc.com>
**Cc:** MaryJo Schindler <mjschindler@vlpc.com>
**Subject:** Kwok

PAX-002-003

V&L proposed engagement letter and affidavit for your review. Please run the draft motion to employ by me when ready. Thanks.

Craig R. Jalbert, CIRA

Verdolino & Lowey. P.C.

124 Washington Street, Suite 101

Foxboro, MA  02035

Phone - 508-543-1720

Fax - 508-543-4114

Mobile - 508-889-1990

cjalbert@vlpc.com

For your protection, please do not transmit orders or instructions by e-mail or include account numbers, Social Security numbers, credit card numbers, passwords, or other personal information.

***********************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

***********************************************************************

For your protection, please do not transmit orders or instructions by e-mail or include account numbers, Social Security numbers, credit card numbers, passwords, or other personal information.

KWOK00001648