# **EXHIBIT PAX 07**

Email from A. Mitchell to M. Flynn and M. Francis re Kwok's Expenses, dated March 18, 2022, and bearing Bates Numbers KWOK00001752-56

## Matt Flynn

From: ▮▮▮
Sent: Mon 3/21/2022 9:27 PM (GMT-00:00)
To: Aaron Mitchell; Matt Flynn
Cc: Melissa Francis
Bcc:
Subject: Re: Expenses
Attachments: Summary of Living Expenses Feb 15-28.xlsx

Hi Matt,

As discussed, attached please find the summary of expenses for the related period.
Let me know if you have any questions. Thank you

Kind regards,
▮▮▮

From: ▮▮▮
Date: Monday, March 21, 2022 at 3:18 PM
To: Aaron Mitchell <aaron@lmesq.com>, Matt Flynn <MFlynn@vlpc.com>
Cc: Melissa Francis <melissaf@gsnyus.com>
Subject: Re: Expenses

Hi Matt,

I have a question on the insurance, can you give me a call to discuss? ▮▮▮

Kind regards,
▮▮▮

From: Aaron Mitchell <aaron@lmesq.com>
Date: Monday, March 21, 2022 at 9:54 AM
To: Matt Flynn <MFlynn@vlpc.com>
Cc: Melissa Francis <melissaf@gsnyus.com>, ▮▮▮
Subject: Re: Expenses

▮▮▮ can you get the information requested below? This due today. Thanks.

Aaron A. Mitchell, Esq.



KWOK00001752

PAX-007-001

*Partner*
**Lawall & Mitchell, LLC**
p:  973-285-3280
c:  914-760-8963
w:  lmesq.com
e:  aaron@lmesq.com




> On Mar 20, 2022, at 8:47 PM, Matt Flynn <MFlynn@vlpc.com> wrote:
>
> Thank you!
>
> Matthew R. Flynn, CPA, CFF, CIRA
> Verdolino & Lowey, P.C.
> 124 Washington Street, Suite # 101
> Foxboro, MA 02035
> voice- (508) 543-1720 ext. 253
> fax-    (508) 543-4114
> cell-   (508) 922-4943
> email- mflynn@vlpc.com
>
> ---
>
> **From:** Aaron Mitchell <aaron@lmesq.com>
> **Sent:** Sunday, March 20, 2022 8:47:16 PM
> **To:** Matt Flynn <MFlynn@vlpc.com>
> **Cc:** Melissa Francis <melissaf@gsnyus.com>; ▓▓▓▓▓
> **Subject:** Re: Expenses
>
> I will check with ▓▓▓ on those.

Aaron A. Mitchell, Esq.

*Partner*
**Lawall & Mitchell, LLC**
p:  973-285-3280
c:  914-760-8963
w:  lmesq.com
e:  aaron@lmesq.com





On Mar 20, 2022, at 7:52 PM, Matt Flynn <MFlynn@vlpc.com> wrote:

Thanks Aaron.   What about the house expenses (utilities, maintenance, etc.), cars, cell phone bills, gifts, gas, insurance?
Thank you.

Matthew R. Flynn, CPA, CFF, CIRA
Verdolino & Lowey, P.C.
124 Washington Street, Suite # 101
Foxboro, MA 02035
voice-  (508) 543-1720 ext. 253
fax-    (508) 543-4114
cell-   (508) 922-4943
email-  mflynn@vlpc.com

---

**From:** Aaron Mitchell <aaron@lmesq.com>
**Sent:** Friday, March 18, 2022 12:02:17 PM
**To:** Matt Flynn <MFlynn@vlpc.com>; Melissa Francis <melissaf@gsnyus.com>
**Subject:** Expenses

Not final - I want to double confirm allocation, but this is what we have so far.

Aaron A. Mitchell, Esq.
*Partner*
**Lawall & Mitchell, LLC**
p:  973-285-3280
c:  914-760-8963
w:  lmesq.com
e:  aaron@lmesq.com




KWOK00001754

PAX-007-003

For your protection, please do not transmit orders or instructions by e-mail or
include account numbers, Social Security numbers, credit card numbers,
passwords, or other personal information.

KWOK00001755

PAX-007-004

| | B | C | D | E |
|---|---|---|---|---|
| 3 | Living Expenses Miles Kwok for the Period of February 15, 2022 - February 28, 2022 | | | |
| 4 | | | | |
| 6 | Categories | Amount | % Distribution | Adjusted Total |
| 7 | Travel | 880.86 | 50% | 440.43 |
| 8 | Meals | 3,114.82 | 30% | 934.45 |
| 9 | Security | 43,655.44 | 40% | 17,462.18 |
| 10 | Chaueffeur | 3,269.24 | 40% | 1,307.70 |
| 11 | Utilities | 7,118.38 | 30% | 2,135.51 |
| 12 | Repair & Maintenance | 3,200.00 | 30% | 960.00 |
| 13 | Insurance | 13,611.00 | 30% | 4,083.30 |
| 15 | Grand Total | 74,849.74 | | 27,323.56 |

KWOK00001756

PAX-007-005