# **EXHIBIT PAX 09**

Email from M. Flynn to A. Mitchell, M. Francis and Redacted Name re Kwok's Expenses, dated March 21, 2022, and bearing Bates Numbers KWOK00001684-90

**Matt Flynn**

| | |
|---|---|
| From: | Matt Flynn |
| Sent: | Mon 3/21/2022 11:15 PM (GMT-00:00) |
| To: | Aaron Mitchell (aaron@lmesq.com); melissaf@gsnyus.com; |
| Cc: | Craig Jalbert |
| Bcc: | |
| Subject: | FW: Expenses |
| Attachments: | Summary of Living Expenses Feb 15-28 - V&L updated.xlsx |

Upon further review and discussions, we have revised the allocation percentages on the attached.

1)  Increased the meals, to 50%.  Since Miles and his wife are the primary residents at the CT house, notwithstanding their daughter or others might also consume, but primarily it is Miles and his wife at the house full-time and it is more conservative and easier to allocate that way.

2)  Security- Increased to 100%.   The primary reason that security has been retained is directly related to Miles, again, notwithstanding they might by directly assigned to his wife if she leaves, etc.

3)  Utilities- Increased to 50%.   Again, same explanation as the meals.   For the most part it is Miles & his wife occupying the CT property.   We did remove the cost of the Sherry's internet that was previously included.

4)  Housekeeper- Changed the description from Repairs & Maintenance to more accurately classify the expense in this line item.   Also, we increased the allocation % to 50% similar to the meals and utilities.

5)  Insurance-  Changed allocation to 0% since it pertained solely to The Sherry.

In our humble opinion, it is best to be more conservative (higher allocations attributable to Miles) than the alternative.

Please let us know if you have any questions or if we should plan a call to discuss.   Alternatively, if our changes are acceptable, then we can update the operating report that is due to be filed today.

Thank you.


Matthew R. Flynn, CPA, CFF, CIRA
Verdolino & Lowey, P.C.
124 Washington Street, Suite # 101
Foxboro, MA 02035
voice- (508) 543-1720 ext. 253
fax-   (508) 543-4114
cell-  (508) 922-4943
email-  mflynn@vlpc.com

---

From:
Sent: Monday, March 21, 2022 5:27:14 PM



EXHIBIT
JALBERT 9
4/8/22
LYNCH

KWOK00001684

PAX-009-001

**To:** Aaron Mitchell <aaron@lmesq.com>; Matt Flynn <MFlynn@vlpc.com>
**Cc:** Melissa Francis <melissaf@gsnyus.com>
**Subject:** Re: Expenses

Hi Matt,

As discussed, attached please find the summary of expenses for the related period.

Let me know if you have any questions. Thank you

Kind regards,

**From:**
**Date:** Monday, March 21, 2022 at 3:18 PM
**To:** Aaron Mitchell <aaron@lmesq.com>, Matt Flynn <MFlynn@vlpc.com>
**Cc:** Melissa Francis <melissaf@gsnyus.com>
**Subject:** Re: Expenses

Hi Matt,

I have a question on the insurance, can you give me a call to discuss?

Kind regards,

**From:** Aaron Mitchell <aaron@lmesq.com>
**Date:** Monday, March 21, 2022 at 9:54 AM
**To:** Matt Flynn <MFlynn@vlpc.com>

**Cc:** Melissa Francis <melissaf@gsnyus.com>, 
**Subject:** Re: Expenses

▓ can you get the information requested below? This due today. Thanks.

Aaron A. Mitchell, Esq.
*Partner*
**Lawall & Mitchell, LLC**
p: 973-285-3280
c: 914-760-8963
w: lmesq.com
e: aaron@lmesq.com

> On Mar 20, 2022, at 8:47 PM, Matt Flynn <MFlynn@vlpc.com> wrote:
>
> Thank you!
>
> Matthew R. Flynn, CPA, CFF, CIRA
> Verdolino & Lowey, P.C.
> 124 Washington Street, Suite # 101
> Foxboro, MA 02035
> voice- (508) 543-1720 ext. 253
> fax-   (508) 543-4114
> cell-  (508) 922-4943
> email- mflynn@vlpc.com
>
> ---
>
> **From:** Aaron Mitchell <aaron@lmesq.com>
> **Sent:** Sunday, March 20, 2022 8:47:16 PM
> **To:** Matt Flynn <MFlynn@vlpc.com>

**Cc:** Melissa Francis <melissaf@gsnyus.com>; 
**Subject:** Re: Expenses

I will check with ▇ on those.

Aaron A. Mitchell, Esq.
*Partner*
**Lawall & Mitchell, LLC**
p: 973-285-3280
c: 914-760-8963
w: lmesq.com
e: aaron@lmesq.com

> On Mar 20, 2022, at 7:52 PM, Matt Flynn <MFlynn@vlpc.com> wrote:
>
> Thanks Aaron.    What about the house expenses (utilities, maintenance,  etc.), cars, cell phone bills, gifts, gas, insurance?
>
> Thank you.
>
>
> Matthew R. Flynn, CPA, CFF, CIRA
> Verdolino & Lowey, P.C.
> 124 Washington Street, Suite # 101
> Foxboro, MA 02035
> voice- (508) 543-1720 ext. 253
> fax-    (508) 543-4114
> cell-   (508) 922-4943
> email- mflynn@vlpc.com

**From:** Aaron Mitchell <aaron@lmesq.com>
**Sent:** Friday, March 18, 2022 12:02:17 PM
**To:** Matt Flynn <MFlynn@vlpc.com>; Melissa Francis <melissaf@gsnyus.com>
**Subject:** Expenses

Not final - I want to double confirm allocation, but this is what we have so far.

Aaron A. Mitchell, Esq.
*Partner*
**Lawall & Mitchell, LLC**
p: 973-285-3280
c: 914-760-8963
w: lmesq.com
e: aaron@lmesq.com

For your protection, please do not transmit orders or instructions by e-mail or
include account numbers, Social Security numbers, credit card numbers, passwords, or other personal information.

| | B | C | D | E | F |
|---|---|---|---|---|---|
| 3 | Living Expenses Miles Kwok for the Period of February 15, | | | | |
| 4 | 2022 - February 28, 2022 | | | | |
| 5 | | | | | |
| 6 | Categories | Amount | % Distribution | Adjusted Total | |
| 7 | Travel | 880.86 | 50% | 440.43 | |
| 8 | Meals | 3,114.82 | 50% | 1,557.41 | |
| 9 | Security | 43,655.44 | 100% | 43,655.44 | |
| 10 | Chaueffeur | 3,269.24 | 40% | 1,307.70 | |
| 11 | Utilities | 5,869.38 | 50% | 2,934.69 | Removed Sherry internet ($1,249) |
| 12 | Housekeping (CT House) | 3,200.00 | 50% | 1,600.00 | |
| 13 | Insurance | 13,611.00 | 0% | - | Removed- Pertained to The Sherry |
| 15 | Grand Total | 73,600.74 | | 51,495.67 | |

KWOK00001689

PAX-009-006

|    | G |
|----|---|
| 3  |   |
| 4  |   |
| 5  | Prior |
| 6  | % Distribution |
| 7  | 50% |
| 8  | 30% |
| 9  | 40% |
| 10 | 40% |
| 11 | 30% |
| 12 | 30% |
| 13 | 30% |
| 15 |   |

KWOK00001690

PAX-009-007