# __EXHIBIT PAX 10__

Email from M. Flynn to A. Mitchell, M. Francis and Redacted Name re
Kwok's Expenses, dated March 21, 2022, and bearing Bates Numbers
KWOK00001691-97

## Matt Flynn

From:     Matt Flynn
Sent:     Mon 3/21/2022 10:22 PM (GMT-00:00)
To:       ▓▓▓▓▓▓▓ Melissa Francis; Aaron Mitchell
Cc:
Bcc:
Subject: Re: Expenses

How much was paid during this period for the Sherrry?

Matthew R. Flynn, CPA, CFF, CIRA
Verdolino & Lowey, P.C.
124 Washington Street, Suite # 101
Foxboro, MA 02035
voice- (508) 543-1720 ext. 253
fax-   (508) 543-4114
cell-  (508) 922-4943
email- mflynn@vlpc.com

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Monday, March 21, 2022 6:04:20 PM
**To:** Matt Flynn <MFlynn@vlpc.com>; Melissa Francis <melissaf@gsnyus.com>; Aaron Mitchell <aaron@lmesq.com>
**Subject:** Re: Expenses

If the expenses for the Sherry should not be included, then utilities will be reduced, as there as an internet expense for the Sherry in the totals.

Kind regards,

▓▓▓▓▓▓

**From:** Matt Flynn <MFlynn@vlpc.com>
**Date:** Monday, March 21, 2022 at 6:01 PM
**To:** Melissa Francis <melissaf@gsnyus.com>, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Aaron Mitchell <aaron@lmesq.com>
**Subject:** RE: Expenses

Correct, he doesn't own it, but he lives in the CT house, so these expenses that are paid are benefiting him.
I have a question regarding the insurance as well, since this is insurance on the apartment at the Sherry.  I am not it should be included in this calculation, but interested on your thoughts and also asking Craig.



KWOK00001691

PAX-010-001

Matthew R. Flynn, CPA, CFF, CIRA
Verdolino & Lowey, P.C.
124 Washington Street, Suite # 101
Foxboro, MA 02035
voice- (508) 543-1720 ext. 253
fax-   (508) 543-4114
cell-  (508) 922-4943
email- mflynn@vlpc.com

**From:** Melissa Francis <melissaf@gsnyus.com>
**Sent:** Monday, March 21, 2022 5:56 PM
**To:** Matt Flynn <MFlynn@vlpc.com>; ███████████████████Aaron Mitchell
<aaron@lmesq.com>
**Subject:** RE: Expenses

Great.  Since MK doesn't own the CT property, can you please just explain the applicability of the
following entries as his monthly expenses.  And, what type of insurance is it?

| | | | |
|---|---|---|---|
| Utilities | 7,118.38 | 30% | 2,135.51 |
| Repair & Maintenance | 3,200.00 | 30% | 960.00 |
| Insurance | 13,611.00 | 30% | 4,083.30 |

Best,

Melissa B. Francis
General Counsel
Golden Spring (New York) Ltd.
162 East 64th Street | New York, NY 10065
Direct: 917.239.8333

*This message and any attachments thereto are confidential, intended solely for the addressee(s), and may
contain legally privileged information.  Any unauthorized use or disclosure is  strictly prohibited.

**From:** Matt Flynn <MFlynn@vlpc.com>
**Sent:** Monday, March 21, 2022 5:54 PM
**To:** Melissa Francis <melissaf@gsnyus.com>; ███████████████████Aaron Mitchell
<aaron@lmesq.com>
**Subject:** RE: Expenses

Thanks.

KWOK00001692

I just went through them over the phone with███, and he has had discussions with Aaron (and others) on the %'s, and have reasonable basis for them.

Matthew R. Flynn, CPA, CFF, CIRA
Verdolino & Lowey, P.C.
124 Washington Street, Suite # 101
Foxboro, MA 02035
voice- (508) 543-1720 ext. 253
fax-    (508) 543-4114
cell-   (508) 922-4943
email- mflynn@vlpc.com


**From:** Melissa Francis <melissaf@gsnyus.com>
**Sent:** Monday, March 21, 2022 5:51 PM
**To:** Matt Flynn <MFlynn@vlpc.com>; ███████████████████Aaron Mitchell <aaron@lmesq.com>
**Subject:** RE: Expenses

None, as long as the percentages are accurate and these numbers are easy to compile monthly, it's fine by me.

Best,


Melissa B. Francis
General Counsel
Golden Spring (New York) Ltd.
162 East 64th Street | New York, NY 10065
Direct: 917.239.8333

*This message and any attachments thereto are confidential, intended solely for the addressee(s), and may contain legally privileged information. Any unauthorized use or disclosure is strictly prohibited.

**From:** Matt Flynn <MFlynn@vlpc.com>
**Sent:** Monday, March 21, 2022 5:37 PM
**To:**███████████████████Aaron Mitchell <aaron@lmesq.com>
**Cc:** Melissa Francis <melissaf@gsnyus.com>
**Subject:** Re: Expenses

Thanks ███ I will take a look and revert soon..

Aaron/Melissa, do you have any comments/thoughts on the attached?

Thank you.

Matthew R. Flynn, CPA, CFF, CIRA
Verdolino & Lowey, P.C.
124 Washington Street, Suite # 101
Foxboro, MA 02035

KWOK00001693

voice- (508) 543-1720 ext. 253
fax-   (508) 543-4114
cell-   (508) 922-4943
email-  mflynn@vlpc.com

---

**From:** ███████████████████
**Sent:** Monday, March 21, 2022 5:27:14 PM
**To:** Aaron Mitchell <aaron@lmesq.com>; Matt Flynn <MFlynn@vlpc.com>
**Cc:** Melissa Francis <melissaf@gsnyus.com>
**Subject:** Re: Expenses

Hi Matt,

As discussed, attached please find the summary of expenses for the related period. Let me know if you have any questions. Thank you

Kind regards,

████████

**From:** ███████████████████
**Date:** Monday, March 21, 2022 at 3:18 PM
**To:** Aaron Mitchell <aaron@lmesq.com>, Matt Flynn <MFlynn@vlpc.com>
**Cc:** Melissa Francis <melissaf@gsnyus.com>
**Subject:** Re: Expenses

Hi Matt,

I have a question on the insurance, can you give me a call to discuss? ███████████

Kind regards,

████████

**From:** Aaron Mitchell <aaron@lmesq.com>
**Date:** Monday, March 21, 2022 at 9:54 AM
**To:** Matt Flynn <MFlynn@vlpc.com>
**Cc:** Melissa Francis <melissaf@gsnyus.com>, ████████████████████
**Subject:** Re: Expenses

████ can you get the information requested below? This due today. Thanks.

KWOK00001694

Aaron A. Mitchell, Esq.
*Partner*
**Lawall & Mitchell, LLC**
p:  973-285-3280
c:  914-760-8963
w:  lmesq.com
e:  aaron@lmesq.com


  

> On Mar 20, 2022, at 8:47 PM, Matt Flynn <MFlynn@vlpc.com> wrote:
>
> Thank you!
>
> Matthew R. Flynn, CPA, CFF, CIRA
> Verdolino & Lowey, P.C.
> 124 Washington Street, Suite # 101
> Foxboro, MA 02035
> voice- (508) 543-1720 ext. 253
> fax-   (508) 543-4114
> cell-  (508) 922-4943
> email- mflynn@vlpc.com
>
> ---
>
> **From:** Aaron Mitchell <aaron@lmesq.com>
> **Sent:** Sunday, March 20, 2022 8:47:16 PM
> **To:** Matt Flynn <MFlynn@vlpc.com>
> **Cc:** Melissa Francis <melissaf@gsnyus.com>; ▮▮▮▮▮▮▮▮▮▮▮▮
> **Subject:** Re: Expenses
>
> I will check with ▮▮▮ on those.

Aaron A. Mitchell, Esq.
*Partner*
**Lawall & Mitchell, LLC**
p:  973-285-3280
c:  914-760-8963
w:  lmesq.com
e:  aaron@lmesq.com

KWOK00001695

PAX-010-005




On Mar 20, 2022, at 7:52 PM, Matt Flynn <MFlynn@vlpc.com> wrote:

Thanks Aaron.    What about the house expenses (utilities, maintenance,  etc.), cars, cell phone bills, gifts, gas, insurance? Thank you.

Matthew R. Flynn, CPA, CFF, CIRA
Verdolino & Lowey, P.C.
124 Washington Street, Suite # 101
Foxboro, MA 02035
voice- (508) 543-1720 ext. 253
fax-    (508) 543-4114
cell-   (508) 922-4943
email-  mflynn@vlpc.com

---

**From:** Aaron Mitchell <aaron@lmesq.com>
**Sent:** Friday, March 18, 2022 12:02:17 PM
**To:** Matt Flynn <MFlynn@vlpc.com>; Melissa Francis <melissaf@gsnyus.com>
**Subject:** Expenses

Not final - I want to double confirm allocation, but this is what we have so far.

Aaron A. Mitchell, Esq.
*Partner*
**Lawall & Mitchell, LLC**
p:  973-285-3280
c:  914-760-8963
w:  lmesq.com
e:  aaron@lmesq.com




KWOK00001696

PAX-010-006

For your protection, please do not transmit orders or instructions by e-mail or
include account numbers, Social Security numbers, credit card numbers,
passwords,or other personal information.

For your protection, please do not transmit orders or instructions by e-mail or
include account numbers, Social Security numbers, credit card numbers,
passwords,or other personal information.

For your protection, please do not transmit orders or instructions by e-mail or
include account numbers, Social Security numbers, credit card numbers,
passwords,or other personal information.

KWOK00001697

PAX-010-007