# EXHIBIT PAX 11

Email from M. Schindler to S. Pohl and C. Jalbert re V&L's Qualifications (with attachments), dated March 2, 2022, and bearing Bates Numbers KWOK00001713-27

## Matt Flynn

| | |
|---|---|
| From: | MaryJo Schindler |
| Sent: | Wed 3/02/2022 9:48 PM (GMT-00:00) |
| To: | Pohl, Steven D.; Craig Jalbert |
| Cc: | Matt Flynn |
| Bcc: | |
| Subject: | RE: V&L quals |
| Attachments: | VLPC Overview - Business and Individual Advisory Services March 2022 .pdf; CRAIG R JALBERT - CV.pdf |

Hi Steve:

Attached please find V&L's Firm overview along with Craig's CV.

Thank you and please let me know if you'll need anything further.

MJ


Mary Jo Schindler Bailey
Verdolino & Lowey, P.C.
Certified Public Accountants
124 Washington Street, Suite 101
Foxborough, MA  02035
P 508-543-1720
F 508-543-4114



## VERDOLINO & LOWEY, P.C.
### Certified Public Accountants

### Verdolino & Lowey, P.C. Firm Experience

Verdolino & Lowey, P.C. ("V&L" or the "Firm") is organized as a boutique business consulting and accounting firm with forty-seven employees. The Firm is practiced in all facets of advising businesses as well as individuals in financial distress and/or bankruptcy. We provide a full range of services tailored to pursue a course of action that will meet a client's distinct needs and protect their interests, in a cost effective and efficient manner, while maximizing recoveries for our client. The Firm's objective is to extend the value of the business or individual assets and to tactically resolve all outstanding financial issues and obligations. Our consulting and advisory services, as well as our complete back office support provided to clients, are organized in such a manner to assist our clients with navigating through the business and financial issues one faces during a business closure or reorganization, and to provide pre-bankruptcy consulting and analysis services, with a strategic focus on maximizing assets, limiting liabilities and exposure to potential risks, reconciling claims, implementing strategic tax-planning and compliance, and effectively handling all the various issues that will arise and require efficient and effective resolution.

In providing such services to businesses and individuals, Verdolino & Lowey and its principals have been appointed in numerous fiduciary roles acting as: <u>State and Federal Court Receivers, Transition and Wind-Down Consultants, Officers and Directors, Post Effective Date Fiduciaries, Chapter 11 Trustees, Assignees, Examiners, Liquidating Agents, and Disbursing Agents. In addition, we have been appointed as the Accountants and Financial Advisors and provided Litigation Support to numerous other professionals acting in these same roles.</u> We have been involved in thousands of cases in and out of bankruptcy, including over 500 Chapter 11 operating and/or liquidating cases in over 30 years working with companies and individuals in financial distress or bankruptcy.

In addition to our vast experience working with distressed businesses and individuals relative to Chapter 11, V&L also provides services for high net-worth families and individuals, such as cash flow planning, complex tax planning and compliance for individuals, trusts and business entities; estate, gift and trust income tax planning and compliance; bankruptcy and insolvency advice, including receiverships and assignments for the benefit of creditors; forensic accounting; and records reconstruction; "part-time" CFO services and federal and state political campaign finance reporting. V&L's Principals specialize in customized services for our clients.

V&L is a diverse "all-inclusive" turn-key operation, possessing extensive and high-level fiduciary experience, an advanced accounting staff, and seamless back-office operations, as well as exceptional business-advisory and cash management services.

**VERDOLINO & LOWEY, P.C.**
Certified Public Accountants

**Firm Experience, Continued**

V&L is routinely engaged to perform all administrative functions necessary for each unique matter, including but not limited to, bookkeeping and accounting; all tax planning and required filings, compliance and reporting as necessary; reviewing and approving for payment all applications for administrative expenses; and preparation of monthly, quarterly and year-end operating reports. Our distinct staff positions us for an immediate response to all our client's specific needs and projects and allows us to provide a valuable level of service at reasonable rates.

Set forth below please find a sampling of some of our notable individual and business bankruptcy related engagements.

- **D. Drumm** - Chapter11 individual debtor-in-possession was the head of the Anglo Irish Bank prior to its collapse and 2009 nationalization, during which time the debtor fled to US and filed bankruptcy. Our services included but were not limited to the preparation and assembly of bankruptcy schedules and the statement of financial affairs, including financial data collection, compilation, and executory contract review; records retention; UST required reporting; budgets and cash projections; Ch. 11 plan development; preparation of federal and state tax returns; preference analysis and claims administration.

- **HGRL f/k/a LRG Healthcare,** filed a petition seeking relief under Chapter 11 of the United States Bankruptcy Code and Verdolino & Lowey, PC was subsequently retained by the Debtor as its Wind-Down Consultant. A sampling of services provided were the coordination of financial reporting and related services, including but not limited to managing and reporting upon the liquidity of the Debtor, account management, bankruptcy cash funds tracing analyses, determining, verifying and adjudicating claims, liquidation, selling or abandoning of the assets or any portion of assets of the Debtor, assisting with periodic statements, reports, preparing and coordinating submissions and providing information to the Bankruptcy Court and others, completing final Medicare/Medicaid cost reports, preparing final audits and completion and submission of final federal and state tax filings and local property tax exemption filing and administrative and governance reporting and service

- **JACKSON, Curtis James III** – Craig R. Jalbert was appointed as Disbursing Agent by the major creditors supporting the approved Third Amended Chapter 11 Plan of Reorganization in this case, to administer periodic distributions of the Funds pursuant to the Plan and in accordance with the Agreement.

- **A. Kilberg** – Chapter 11 individual debtor-in-possession owned & operated SBA lending enterprise. The Firm was retained to file schedules, prepare budgets and cash flow analyses along with communicating with creditors, negotiating settlements and winding-down of contracts, as well as assisting the UST office with various projects including preference and insider analyses.

## VERDOLINO & LOWEY, P.C.
### Certified Public Accountants

### Firm Experience, Continued

- **The International Golf Club, LLC** – Craig Jalbert was appointed as Chief Restructuring Officer ("CRO") for the Debtor and two affiliates to be an independent fiduciary to oversee the filing of the three Chapter 11 cases. Mr. Jalbert oversaw the preparation of filing documents, preparing Statements of Financial Affairs, Schedules, Monthly Operating Reports, sale of the debtors, plan development, communication with creditors and all constituent parties to the case

- **The Northwest Group, LLC** – A Chapter 11 bankruptcy case filed in April 2020 in the SDNY. On July 17, 2020, Craig Jalbert was appointed as the sole Independent Manager of the Debtor and an affiliate. Jalbert oversaw the bankruptcy working closely with Debtor's Counsel and the Debtor's Financial Advisor to operate the business, select a stalking horse bidder in a contested process until the Debtors' sale on August 27, 2020.

- **W. Kwiatek,** V&L was employed as Accountants to the Chapter 7 Trustee. In this role, V&L conducted an extensive investigation and analysis of thousands of pages of documents in order to determine funds due to the bankruptcy estate. In addition, V&L prepared multiyear federal and state tax returns for the Debtor's estate.

- **M. Morrissey-** V&L was employed as Accountants to the Chapter 7 Trustee. This Debtor owned multiple rental real estate properties. V&L worked to develop the 13-week cash flow reports necessary to gain authorization from its lenders for use of the cash collateral. V&L prepared reconciliations of actual activity vs the budget, and also provided monthly bookkeeping services and preparation of the required Monthly Operating Reports. In addition, V&L prepared multiyear federal and state tax returns for the Debtor's estate.

- **R. Simon** - The Firm was recently retained as accountant to the UST in an individual bankruptcy matter, where the Debtor filed bankruptcy for himself as well as for his construction company. The Firm will be working on a preference and a fraudulent transfer analysis.

- **B. Smith** - Chapter 11 individual debtor-in-possession who owned & operated Computune, a fast oil change automotive enterprise with numerous locations in greater Boston. The Firm was retained to file schedules, prepare budgets and cash flow analyses along with communicating with creditors, negotiating settlements and winding-down of contracts, distributions to equity stakeholders, claims analysis and reconciliation; and monitoring the mail for issues that might be of importance to former Responsible Parties, Officers, Directors and Shareholders and follow up as needed.

**VERDOLINO & LOWEY, P.C.**
Certified Public Accountants

Firm Experience, Continued

- **M. Walsh** - Chapter 11 - V&L was employed as the Accountant and Financial Advisor to the Debtor who owned multiple rental real estate properties. V&L developed the 13-week cash flow reports necessary to gain authorization from its lenders for use of cash collateral. In addition, V&L prepared reconciliations of actual activity compared to the monthly budget and used that information to assist with developing future budgets. V&L provided monthly bookkeeping services and was instrumental in preparing the Monthly Operating Reports for the UST. Most importantly, V&L prepared extensive analyses and schedules to develop the projections and liquidation analyses that accompanied the Plan of Reorganization. In addition, V&L provided tax advisory services in connection with the Plan and Disclosure Statement, as well as tax preparation work for the Debtor, individually, and also for the bankruptcy estate.

- **Carla's Pasta Inc** – Craig R. Jalbert was recently appointed as the Post-Confirmation Liquidating Custodian in this Chapter 11 matter, appointed to oversee the ongoing causes of action, manage cash flow, perform claims reconciliation, tax planning and preparation, budgeting and any other task necessary to implement the terms of the Chapter 11 Plan.

- **Greensill Capital, Inc.** – Craig R. Jalbert was recently appointed as Trustee of the Greensill US Liquidation Trust, established pursuant to the Chapter 11 Plan of Liquidation. The Plan of Liquidation was confirmed in the Southern District of New York US Bankruptcy Court and Craig was appointed to oversee and manage numerous ongoing causes of action, to act as disbursing agent, and perform all other fiduciary services necessary, with the powers and responsibilities set forth in the Chapter 11 Plan of Liquidation.

- **Shamrock Finance:** Chapter 11, this was a business debtor in possession that operated a wholesale auto auction enterprise. V&L was retained as financial advisors to the debtor and compiled the schedules and financial statements for the filing.

- **inTerra Innovation, Inc**: Chapter 11 business debtor-in-possession closely held concrete materials supplier to construction industry. V&L was retained as financial advisors, compiling the Debtor's schedules and providing guidance through the entire process of budget planning and reporting. The engagement resulted in successful reorganization plan.

- **Prominent New York Family Office** – The Firm serves as a contract professional for this New York family office that serves in excess of 50 family members. Services include: family wide financial and investment performance reporting, centralized family wide payroll processing and reporting; general accounting, record keeping, bill paying and cash flow planning for various family members;

## VERDOLINO & LOWEY, P.C.
### Certified Public Accountants

### Firm Experience, Continued

preparation of numerous individual and trust tax returns and other tax compliance support; and various other special projects on an as needed basis.

- **Florida Family Office** – The Firm was retained to assist in the redesign of the family office including evaluating various financial and investment reporting software; implementation and future maintenance of the selected software for 40 plus family entities; and prepared an historical investment performance analysis of various family asset classes. Total family assets are in the $300M to $600M range.

- **New England Family** – Retained to provide comprehensive family office service by family patriarch subsequent to the onset of health issues. Retention continued by matriarch subsequent to the passing of her husband. Services provided include income, gift and estate tax planning and compliance services; general accounting, record keeping, bill paying and cash flow planning; assistance with investment advisor selection; serving as trustee in connection with various family trusts; assist matriarch with family communication with and among 3 children; assist with the maintenance of the family's 3 residential properties; and facilitator of family needs with other family financial professionals. Total family assets in the $25M to $50M range.

- **Broadstone Group, LLC** – Retained by client to **administer multiple contracts** that it had with the government of Azerbaijan, to assist with the successful delivery of the inaugural 2015 European Games and 2017 Islamic Solidarity Games. The Firm's responsibilities included human resources, payroll, accounting, financial reporting and liaise with government officials. The projects lasted over 4 years and included the retention of over 500 international staff and administration of more than $100 million in contract funding. The Firm continues to provide back-office accounting and administrative services to this client related to other international and large-scale sporting events.

- **Bethlehem Steel Corporation Liquidating Trust** – The Firm acts as the **Administrator and Accountant to the Trust** which was created to address the liquidation of the remaining post-confirmation assets and to administer the post-confirmation issues from the Bethlehem Steel Corporation bankruptcy case. Responsibilities have included: assisting the Trustee as requested, maintaining the books of account for the Trust; preparing periodic financial reports; preparing all required federal, state and local tax returns; assisting with the claims resolution procedures; assuming responsibility as claims agent after discovering hundreds of errors totaling in excess of $1.2 billion dollars in the claims register which had been maintained by the firm originally contracted to provide this service; organizing and overseeing all disbursement activity of the trust, including the distribution of over $35 million dollars to general unsecured creditors and $25 million dollars in disbursements to other third parties; and assisting in the liquidation and recovery of

**VERDOLINO & LOWEY, P.C.**
Certified Public Accountants

Firm Experience, Continued

some of the remaining trust assets. The current claims register maintained by the Firm included over 15,000 claims totaling over $5.5 billion dollars.

- **Brookstone Holdings Corp., et al.** - United States Bankruptcy Court, District of Delaware, Chapter 11, Case No. 14-10752 - Craig R. Jalbert and Verdolino & Lowey, P.C. (the "Firm") were employed by the Chapter 11 Oversight Board in July 2014, as the **Distribution Trustee** of the Distribution Trust. The Firm administers the Distribution Trust pursuant to the terms of the Debtors' Second Modified Joint Chapter 11 Plan of Reorganization, the Court Orders and the Distribution Trust Agreement.

- **Buckingham Oil – Chapter 11** bankruptcy matter, Buckingham Oil Interests owned more than 300 oil and gas wells on 100 prospects in 11 different states, including Texas, Louisiana, Mississippi, and Colorado. V&L was retained as the **Financial Advisor to the Chapter 11 Trustee** and provided such services as: Preparation and assembly of bankruptcy schedules and statement of financial affairs, including financial data collection, compilation, and executory contract review; records retention; UST required reporting; budgets and cash projections; plan development; preparation of federal and state tax returns; preference analysis and claims administration.

- **Clark Cutler McDermott Company** – CCM was a century old manufacturer of acoustic insulation, interior trim, vibration control, and precision leveling products to the automotive industry in North America. Craig R. Jalbert was appointed as the **CCM Liquidating Trustee** following its Chapter 11 filing, to hold and administer the Liquidating Trust Assets, which consisted mainly of an operating business, substantial manufacturing and production inventory, and real estate in Massachusetts and North Carolina. Jalbert also oversaw the completion of a foreign subsidiary liquidation, the downsizing of the company, renting and management of certain buildings to a third party, tax abatement filings, rezoning discussions with the Town of Franklin and sale negotiations of the real estate as a whole and of certain standalone buildings. As Trustee, Jalbert maximized assets, and managed the day-to-day operations of the operating subsidiary, while marketing the business along with the real estate and inventory. Back-office support has been provided, along with working closely with an advisory board. This engagement is on-going.

- **Corinthian Distribution Trust - Corinthian Colleges, Inc.** ("CCI") - was a large for-profit post-secondary education company in North America. Its subsidiaries offered career-oriented diploma and degree programs in health care, business, criminal justice, transportation technology and maintenance, construction trades, and information technology. CCI filed for **Chapter 11 in the United States Bankruptcy Court, District of Delaware,** on May 4, 2015, and subsequently on August 28, 2015, the Court confirmed the Debtors' Third Amended and Modified

**VERDOLINO & LOWEY, P.C.**
Certified Public Accountants

**Firm Experience, Continued**

Combined Disclosure Statement and Chapter 11 Plan of Liquidation. In accordance with the Plan, the Corinthian Distribution Trust was established, and Verdolino & Lowey P.C. was appointed as Trustee and Financial Advisors to pursue the Retained Causes of Action where appropriate; as well as to oversee the administration, protection, preservation and liquidation of the Aggregate Trust Assets and to distribute the proceeds therefrom to the Trust beneficiaries, in an expeditious and orderly manner. The engagement involves strategic tax planning to align tax regulations and obligations as closely as possible with the planned vision for the Trust; monthly reporting; preparation of budgets; Trust management; and claims administration.

- **Carlson Group, Inc.** - The Firm was initially appointed as accountant/financial advisor to the Official Committee of Unsecured Creditors. After confirming a Liquidating Plan of Reorganization, Craig Jalbert was appointed as the Debtors' **Liquidating Supervisor** in the Carlson Group, Inc. Chapter 11 bankruptcy case. Carlson was a $300 million construction and architectural design firm that did business in approximately 15 states. The Firm has conducted large-scale claim, including and especially those made by bonding companies, preference and insider analyses. The Firm also assisted Counsel in an extensive investigation and document review concerning a potential D&O claim. In its prior role as accountant to the Official Committee of Unsecured Creditors, the Firm coordinated and mobilized a records retrieval effort at six Debtor offices scattered all over the country. Drawing on the expertise of a handful of experienced bankruptcy personnel within the Firm, over 700 boxes of records were packed and shipped to the Firms' warehouse facility where they were subsequently inventoried.

- **Dendreon Corporation – Chapter 11 bankruptcy matter, District of Delaware**, of a public company. The Firm was initially retained as a Wind-Down Consultant to advise the Debtors' and their professionals prior to the Plan Effective Date and review records, Post-Confirmation Budgets, and assist with the Effective Date Distribution. On the Effective Date Craig R. Jalbert was appointed as Plan Administrator, and later became the Liquidating Trustee. The Plan Administrator reviewed and worked with counsel to object to claims where necessary. The Plan Administrator distributed $473,000,000 in cash and stock to Allowed Claimants totaling approximately $644,000,000. The Plan Administrator expects to make a second and Final Distribution of approximately $12,000,000 in the coming months. The Plan Administrator assisted in the preparing and filing of multiple tax returns to report activity for 2 years including the sale of the Debtors' assets for approximately $495,000,000.

- **LyondellBasell f/k/a Lyondell Chemical Company–** Craig R. Jalbert and the Firm (V&L) currently acts as the **administrator** for the Creditor Representative and the Trusts formed in accordance with the Third Amended and Restated Joint Chapter 11 Plan of Reorganization. V&L manages the daily affairs and business of the Trusts established by the Plan for the benefit of the unsecured creditors, which

**VERDOLINO & LOWEY, P.C.**
Certified Public Accountants

### Firm Experience, Continued

contain both cash and stock of the Reorganized Debtor. V&L oversees and processes all distributions to unsecured creditors, apportioned in both cash and stock, manages all accounts and investments, is responsible for all tax planning, compliance and financial reporting, and assists with all other causes of action where necessary. To date, $250 million has been distributed in stock and cash to approximately 4,000 creditors.

- **New England Compounding Center -** New England Compounding Center (NECC) filed for protection under Chapter 11 of the U.S. Bankruptcy Code in 2012. The filing, which was made in the United States Bankruptcy Court for the District of Massachusetts, sought to establish a substantial fund to compensate individuals and families affected by a nationwide meningitis outbreak. **V&L** provided pre-bankruptcy consulting and analysis services and was later retained by the NECC Tort Trust to provide tax advisory, planning and compliance services, disbursing services, as well as all financial reporting requirements.

- **A Family Office Portfolio Company** – Craig R. Jalbert and the Firm were appointed as financial consultants to this struggling retail Company, whose lack of resources were exacerbated by the devastating effects of Covid-19 on the retail industry. The Firm successfully negotiated settlements with the company's creditors, landlords, and factories abroad, seamlessly interacting with the Company to terminate many contracts and leases to the satisfaction of both the client and its business partners. The Firm assisted with tracking the liquidation of inventory and strengthening and supporting the company's E-commerce business. V&L's success has enabled the client to survive in a challenging market and reset its retail business model. The engagement is ongoing.

- **F-Squared Investment Management LLC, Chapter 11, District of Delaware, F-** Squared and its affiliated companies, formerly investment advisors and mutual-fund distributors, filed for bankruptcy in the District of Delaware approximately seven months after they entered into a settlement agreement with the Securities and Exchange Commission and agreeing to pay $35 million to settle charges for defrauding investors by falsifying the performance of its fund indexes. Pursuant to the confirmed bankruptcy plan, a liquidating trust was formed, and Craig Jalbert was named as liquidating trustee to reconcile and allow claims and prosecute and settle causes of action belonging to the debtors for distribution to the trust's beneficiaries. The engagement is ongoing.

- **Joseph Stadelmann Electrical Contractors, Inc.** – Serving as a U.S. District Court appointed Receiver. Seized assets of the debtor and auctioned same. Collected accounts receivable and terminated leases and rental arrangements. Discovered numerous transfers to insiders (and their relatives) and affiliated entities amongst the plethora of activity and identified misappropriated funds. Initiated litigation to avoid such transactions and ultimately settled the litigation.

**VERDOLINO & LOWEY, P.C.**
Certified Public Accountants

**Firm Experience, Continued**

- **K'Nex Limited Partnership Group, L.P.** – Craig R. Jalbert was appointed as Trustee/Assignee of all of the United States and Canadian assets of K'Nex, a fabricator of a construction toy system consisting of interlocking plastic rods, connectors, bricks, gears and wheels that can be used to create countless shapes and angles allowing for the assembling of machines and structures including simulated roller coasters and buildings, The appointment is subject to the jurisdiction of the Chancery Court of the State of Delaware as an assignment for the benefit of creditors. The company had a wholly owned subsidiary Canadian subsidiary. The Company was a major creditor of Toys R Us, and duties include overseeing the United States and Canadian bankruptcies and management of the claim process. The engagement is ongoing.

- **SW US, INC.** – Craig R. Jalbert was appointed as Trustee/Assignee of all of the United States assets of SW US, Inc., doing business world-wide as "Kit & Ace", a retailer of luxury athletic clothing, the appointment approved and subject to the jurisdiction of the Chancery Court of the State of Delaware as an assignment for the benefit of creditors. The company had 25 stores in 15 states and assets in a distribution center and warehouses in California, Texas and Washington. Duties include overseeing closing of all stores in the United States, working with the landlords, liquidating assets in the United States, filing claims against affiliated in Australia and England. The engagement is ongoing.

- **An LLC owned by three business titans** – was healthcare-focused entity created through a joint venture by American companies. The company explored a wide range of healthcare solutions, as well as piloted new ways to make primary care easier to access, insurance benefits simpler to understand and easier to use, and prescription drugs more affordable. The Company encountered financial distress and could no longer support its operations. Craig R. Jalbert was appointed Sole Manager to wind down the business affairs. The engagement is ongoing.

- **CA IN, Inc.** – Craig R. Jalbert was appointed as Trustee/Assignee of all of the United States assets of CA IN, Inc. a management company which provided certain corporate support services to companies, mostly hotels. The appointment is subject to the jurisdiction of the Chancery Court of the State of Delaware as an assignment for the benefit of creditors. Duties include notification of creditors, preparing the appropriate court filings and management of the claim process. The engagement is ongoing.

- **Old CPF LLC.** – Formerly known as Carolina Pride Foods, a family-run business producing quality pork products including hot dogs, sausages, luncheon meats, ham, and bacon for almost 100 years in the Southeast United States. Craig R. Jalbert was appointed as Trustee/Assignee of all of the United States assets of

KWOK00001722
PAX-011-010

**VERDOLINO & LOWEY, P.C.**
Certified Public Accountants

**Firm Experience, Continued**

CA IN, Inc. The appointment is subject to the jurisdiction of the Chancery Court of the State of Delaware as an assignment for the benefit of creditors. Duties include notification of creditors, preparing the appropriate court filings and management of the claim process. The engagement is ongoing.

- **Vivisource Laboratories, Inc.** – Craig R. Jalbert was appointed to serve as Chapter 11 examiner by the US Bankruptcy Court, District of Massachusetts. Jalbert and the Firm performed an extensive examination of this contract research organization, focusing primarily on post-petition operations, specifically post-petition liabilities, monthly reporting, and cash-flow projections.

- **Commonwealth of Massachusetts' Attorney General** and **Just Energy, Inc.** - Verdolino & Lowey has been retained by the Commonwealth of Massachusetts' Attorney General and Just Energy, Inc. to serve as an independent trustee, and to compute damages and administer disbursements to over 50,000 beneficiaries, in connection with the Trust fund and restitution program, established for the purpose of making restitution to certain customers. The Firm oversees the Trust pursuant to the settlement agreement between the two parties, which was structured to resolve the Commonwealth's alleged claims against the company. The engagement is ongoing.

- **GPX International Tire Corporation** - Craig R. Jalbert is the **Court-appointed, post-confirmation Liquidating Supervisor**, and responsible for overseeing litigation, filing tax returns, reporting to the United States Trustee, analyzing proofs of claim, and making distributions and all other duties required to close the case.

- **Grand Wireless Corporation** – Craig R. Jalbert acted as Chapter 11 Trustee, operating a 12-store wireless phone retail chain from June 2006 through November 2006; managed the company to profitability; filed and confirmed a Plan of Reorganization. Mr. Jalbert has since been appointed as the Liquidating Trustee and Disbursing Agent. During the case, Mr. Jalbert had sole responsibility for operating the business, negotiating lease extensions and settling various lease defaults. Since confirmation, Mr. Jalbert has been working on claim objections, settling an insider avoidance action and paying allowed claims as provided by the Plan.

- **Ground Round, Inc. and Affiliates** – V&L acted as **accountants and financial advisors to the debtor operated** or franchised 130 restaurants in 25 states. Worked with professionals to liquidate assets after paying secured creditors over $4,000,000, plus proceeds from sales of remaining liquor licenses and avoidance actions. Craig R. Jalbert is the Court-appointed, post-confirmation Liquidating Agent. Sold remaining assets, settled claims with hundreds of creditors including 25 states and numerous other local property and meals/sales/use tax authorities and prosecuted avoidance actions with Counsel.

**VERDOLINO & LOWEY, P.C.**
Certified Public Accountants

**Firm Experience, Continued**

- **Ibis Technology, Inc. – Craig R. Jalbert was appointed as President and Director of this public company. Responsible for the complete wind-down** of the corporation including closing all facilities, payment of all debts, termination of employee benefit plans and distribution of funds to shareholders and liquidation of assets including IP and equipment. Mr. Jalbert worked with Counsel to cease SEC reporting and liquidate in accordance with the approved Liquidating Plan and MA law.

- **ACT Manufacturing, Inc. - Liquidating CEO. Chapter 11** bankruptcy matter of a public company where $35 million in cash was distributed post-effective date. The Firm also assisted Counsel for the Official Committee of General Unsecured Creditors in an extensive investigation and document review concerning a potential D&O claim. Identified approximately $65,000,000 of avoidable transactions and investigated and reconciled all claims. Claims as originally filed in the case exceeded $750,000,000 and were approximately $360,000,000 at the time the case closed. From a records management standpoint, the Firm identified, inventoried and stored over 2,000 boxes of records, as well as millions of the former Debtor's electronic files.

- **Exide Technologies – Chapter 11, District of Delaware - Craig R. Jalbert** was appointed as Trustee of the Vernon Tort Claims Trust pursuant to the Debtor's approved Fourth Amended Plan of Reorganization. Trustee primary responsibilities, among other things, is to preserve trust assets, oversee and assist with the litigation process where necessary, administer the claims resolution procedures, and prosecute and settle causes of action belonging to the debtors for distribution to the trust's beneficiaries. The engagement is ongoing.

- **MZT Holdings, Inc.** (formerly known as Matritech, Inc.) – Appointed President and Director of this solvent public company. Responsible for the complete wind-down of the corporation including transition to buyer, payment of all debts, termination of employee benefit plans and distribution of funds to shareholders. Approximately $13,000,000 was available for distribution. Worked with Counsel to cease SEC reporting and liquidate all assets in accordance with the approved Liquidating Plan and DE law.

- **MotherNature.com** - As **Liquidating President and Treasurer** of MotherNature.com, the Firm oversaw the orderly liquidation of a publicly traded company that raised over $120,000,000 from investors. Its duties in that case included arranging for a public auction of all hard assets, negotiating the sale terms of the Debtor's customer list and URL and the processing of three distributions to shareholders.

**VERDOLINO & LOWEY, P.C.**
Certified Public Accountants

**Firm Experience, Continued**

- **Modern Continental Construction Corporation – Bankruptcy Court appointed Liquidating Supervisor.** Responsible for wind-down of the bankruptcy estate; completing several projects; collecting receivables; overseeing complex litigation; filing tax returns; assessing value and liquidating remaining assets including an investment in another operating company; reporting to the United States Trustee; making distributions and all other duties required to close the case.

- **Payton Construction Corporation** – A $300 million dollar construction company with over 300 employees - The Firm was first appointed as accountant/financial advisor to the Official Committee of Unsecured Creditors in the Chapter 11 bankruptcy of this office remodeling and reconstruction firm. Shortly thereafter **Craig R. Jalbert and the Firm were appointed as the Debtors sole representative to wind-down the affairs of the Debtor.** The Firm Assisted counsel in a large scale analysis of records and documents; reviewing the Debtor's viability; operated the company to complete approximately 20 projects including bonded projects after management stepped aside; litigating and settling with the bonding company as to the amount of their secured claim; litigating and settling with insiders regarding avoidable transactions; reviewing claims as necessary and otherwise supporting the Committee and its counsel in the successful wind-down of this Debtor.

- **Reed and Barton Corporation - Chapter 11** bankruptcy matter – This Company was a prominent American silversmith manufacturer and one of the nation's foremost designers and distributors of high quality silverware and tableware, along with flatware, crystal drinkware, picture frames, ornaments, and baby giftware. V&L was retained by the Debtor as accountants and financial advisor. V&L provided such services as: Preparation and assembly of bankruptcy schedules and statement of financial affairs, including financial data collection, compilation, and executory contract review; records retention; UST required reporting; budgets and cash projections; plan development; preparation of federal and state tax returns; and assisted in the sale evaluation consulting with the Debtor's management, investment banker and Committee Financial Advisor to evaluate competing bids to select the highest and best bid to be presented at the final sale hearing regarding sale of substantially all of Debtor's non-real estate assets, as well assisting in reconciling post-closing sale issues.

- **RNI Wind Down Corporation** – Craig R. Jalbert was the Court appointed Plan Administrator of a public company. Total cash turned over to the Plan Administrator exceeded $280,000,000. Total creditor claims in the case were approximately $100,000,000, which are being paid in full, with interest where applicable. The Firm is winding down numerous foreign non-Debtor subsidiaries, settling numerous claims objections and other litigation and expects to pay equity holders approximately $180,000,000 over time.

**VERDOLINO & LOWEY, P.C.**
Certified Public Accountants

Firm Experience, Continued

- **Rural Metro – Chapter 11 Bankruptcy Matter** – This Company was a national leader in private ambulance and fire protection services coast to coast. Craig R. Jalbert was appointed as Creditor Representative and Trustee of the Litigation Trust pursuant to the Chapter 11 Plan of Reorganization, to administer the Creditor Fund, resolve claims, provide litigation support, and liquidate Litigation Trust assets.

- **ServiSense.com** – Liquidating Supervisor in this telecommunications bankruptcy. V&L successfully met the challenges posed by a company that conducted business in 48 states. Not only were withdrawal papers filed in each state, income and sales and use tax requirements were thoroughly researched to ensure that all of the Debtor's returns were properly filed. The firm prepared and filed over two-thousand sales and use and telecommunication tax returns in this case alone.

KWOK00001726
PAX-011-014

# CRAIG R. JALBERT, CIRA
Principal, Verdolino & Lowey, P.C.
Foxboro, Massachusetts

T 508-543-1720     cjalbert@vlpc.com     F 508-543-4114

## EXPERIENCE

Craig R. Jalbert joined Verdolino & Lowey, P.C. as a Principal in 1987. He has extensive experience and a specialty practice in forensic and fraud investigations; wind-downs; fiduciary services; bankruptcy; liquidations; accounting; taxation; financial advisory services; business and investment valuation; liquidations in accordance with state laws; cash flow and business analyses; business or asset liquidation; tax services; creditor claims reconciliation; creditor and shareholder distributions and insolvency testing/analysis. He is also frequently engaged to provide guidance and advice to businesses, both inside and outside of bankruptcy, for: wind-downs, records reconstruction, forensic investigations and litigation support. Craig also possesses an expertise in the areas of dispute resolution; expert witness services; D&O and other litigation matters. Craig has been involved in over 7,500 bankruptcy cases, including over 500 Chapter 11 cases. Craig has also been appointed as a post-confirmation fiduciary, both a Federal and State Court Receiver, as an Assignee in Assignments for the Benefit of Creditors and an Officer and/or Director numerous times. Prior to joining Verdolino & Lowey, Craig was a senior auditor with Arthur Andersen & Co. in the Commercial Audit Division of the Boston office. His areas of concentration were planning, administering and executing financial statement audits, and special projects for medium to large size companies. Other responsibilities included supervising and training staff accountants. Craig was also inducted as a Fellow in the American College of Bankruptcy.

## PUBLICATIONS AND LECTURES

Speaker, American Bankruptcy Institute Conference in July 2017 on Fiduciary Roll.

Speaker, Delaware Chancery Court Conference in October 2018 on ABCs.

Speaker, Wilmington DE bar luncheon November 2018 on ABCs.

Speaker, November 2018 Massachusetts Continuing Legal Education Seminar, Alternatives to Bankruptcy

Speaker, Association of Insolvency and Restructuring Advisors annual conference in June 2019 on state taxation in bankruptcy.

Speaker, Association of Insolvency and Restructuring Advisors annual conference in June 2019 on closely held company distress.

Speaker, American Bankruptcy Institute Conference in July 2019 on Alternatives to Bankruptcy.

## PROFESSIONAL AFFILIATIONS

Fellow, American College of Bankruptcy
American Institute of Certified Public Accountants
Massachusetts Society of Certified Public Accountants
American Bankruptcy Institute
Association of Insolvency and Restructuring Advisors
Association of Certified Fraud Examiners

## EDUCATIONAL BACKGROUND
Certified Insolvency and Restructuring Advisor (CIRA); Bachelor of Science in Accountancy, with Honors, Boston College, 1983; Continuing Professional Education courses throughout accounting career, including courses regarding accounting, taxation, bankruptcy, insolvency; forensic accounting and related matters.