# EXHIBIT PAX 15

Transcript of the April 12, 2022 Deposition of Yvette Wang

1          UNITED STATES BANKRUPTCY COURT

2             DISTRICT OF CONNECTICUT

3              BRIDGEPORT DIVISION

4                _____

5

6

7

        In re:                    )Case No.

8                                  )22-50073-(JAM)
              Ho Wan Kwok,         )

9                                  )
                 Debtor.           )

10                                 )

11

12

13

14        REMOTE  VIDEOTAPED  DEPOSITION

15                    OF

16     (30(b)(6) CORPORATE REPRESENTATIVE

17              YAN PING WANG

18          Tuesday, April 12, 2022

19            New York, New York

20

21

22

23

24

25     Reported by:  B. Suzanne Hull, CSR No. 13495

                                    Page 1

PAX-015-001

APPEARANCES

For the Debtor    Brown Rudnick
Ho Wan Kwok:     By MR. BENNETT S. SILVERBERG
                 MR. KENNETH AULET
                 Attorneys at Law
                 Times Square Tower
                 7 Times Square
                 New York, New York 10036
                 (212) 209-4924
                 (212) 209-4950
                 bsilverberg@brownrudnick.com
                 kaulet@brownrudnick.com

For Creditor Pacific O'Melveny & Myers
Alliance Asia     By MR. DAVID V. HARBACH II
Opportunity Fund,  Attorney at Law
L.P.:             1625 Eye Street NW
                 Washington, DC 20006
                 (202) 383-5127
                 dharbach@omm.com
                 - and -
                 By MR. STUART M. SARNOFF
                 MS. AISLING MURRAY
                 Attorneys at Law
                 Times Square Tower
                 7 Times Square
                 New York, New York 10036
                 (212) 326-2293
                 (212) 728-5831
                 ssarnoff@omm.com
                 amurray@omm.com

For Creditor     Cohn Birnbaum Shea
Golden Spring     By MR. SCOTT D. ROSEN
(New York) Limited: Attorney at Law
                 100 Pearl Street
                 Hartford, Connecticut 06103
                 (860) 493-2220
                 srosen@cbshealaw.com

Page 2

APPEARANCES (Continued)

For United States   United States Department of
Trustee:            Justice
                    By MS. HOLLEY L. CLAIBORN
                    Attorney at Law
                    1100 L. Street NW
                    Room 12210
                    Washington, DC 20005
                    (202) 514-2000
                    holley.l.claiborn@usdoj.gov

For the Committee on Pullman & Comley
Secured Creditors:  By MR. JONATHAN KAPLAN
                    Attorney at Law
                    90 State House Square
                    Hartford, Connecticut 06103
                    (860) 424-4379
                    jkaplan@pullcom.com

The Videographer:   Jeffrey Nichols
The Interpreter:    Sunny Johnston (Mandarin)
The Check           Una Wilkinson (Mandarin)
Interpreter:

Also Present:       Makenzie Russo

Page 3

INDEX

EXAMINATION BY                              PAGE

MR. HARBACH                                 10

E X H I B I T S

EXHIBIT       DESCRIPTION                  PAGE
Exhibit 1 -   Transcript of testimony of     19
              Yan Ping Wang, taken
              October 11, 2018, forty-two
              pages
Exhibit 2 -   Trial transcript, dated        28
              April 26, 2019, one hundred
              twenty-five pages
Exhibit 3 -   Director and officer register, 43
              Golden Spring (New York)
              Limited, Delaware Corporation,
              three pages
Exhibit 4 -   Affidavit of Yan Ping Wang,    55
              dated November 14, 2013, three
              pages

Page 4

EXHIBITS (Continued)

EXHIBIT       DESCRIPTION                  PAGE
Exhibit 5 -   Exhibit B, Golden Spring      166
              (New York)'s Delaware
              certificate of incorporation
              and certificate of revival,
              dated March 10, 2015, five
              pages
Exhibit 6 -   Pacific Alliance Asia         209
              Opportunity Fund L.P.'s notice
              of deposition of Golden Spring
              (New York) Limited pursuant to
              Rule 30(b)(6) of the Federal
              Rules of Civil Procedure,
              dated March 29, 2022, seven
              pages

Page 5

2 (Pages 2 - 5)

**Page 6**

```
 1   QUESTIONS INSTRUCTED NOT TO
 2   ANSWER:
 3                Page 36    Line 18
 4                Page 37    Line 25
 5                Page 41    Line 16
 6                Page 65    Line 9
 7                Page 126   Line 20
 8                Page 128   Line 18
 9                Page 130   Line 2
10                Page 150   Line 5
11                Page 157   Line 17
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 8**

```
 1        MR. ROSEN:  Good morning.              09:16:24
 2        Scott Rosen, Cohn Birnbaum & Shea,     09:16:24
 3   representing Golden Spring (New York).      09:16:28
 4        MR. KAPLAN:  Jonathan Kaplan,          09:16:36
 5   Pullman & Comley, representing the Committee of  09:16:36
 6   Unsecured Creditors.                        09:16:40
 7        MR. AULET:  Kenneth Aulet, of Brown Rudnick,  09:16:40
 8   representing the debtor, Ho Wan Kwok.       09:16:43
 9        MR. SILVERBERG:  Bennett Silverberg,   09:16:46
10   Brown Rudnick, representing the debtor.     09:16:49
11        MS. RUSSO:  Makenzie Russo, with       09:16:52
12   O'Melveny & Myers, representing Pacific Alliance.  09:16:56
13        MR. SARNOFF:  Stuart Sarnoff,          09:16:57
14   Pacific Alliance.                           09:17:02
15        MS. CLAIBORN:  And I am Holley Claiborn, for  09:17:02
16   the U.S. Trustee.                           09:17:04
17        THE VIDEOGRAPHER:  Thank you.          09:17:05
18        Will the court reporter please swear in both  09:17:06
19   interpreters and then the witness.          09:17:09
20        THE REPORTER:  Raise your right hand,  09:17:14
21   please.                                     09:17:15
22
23            SUNNY JOHNSTON,
24   having been called as an interpreter to interpret
25   English into Mandarin and Mandarin into English, was
```

**Page 7**

```
 1            New York, New York
 2      Tuesday, April 12, 2022; 9:15 a.m.
 3            162 East 64th Street
 4
 5      THE VIDEOGRAPHER:  Good morning.
 6      We are going on the record at 9:15 a.m. on  09:15:21
 7   April 12th, 2022.                           09:15:25
 8      This is media unit one of the video-recorded  09:15:27
 9   deposition of Yvette Wang as a 30(b)(6) witness for  09:15:31
10   Golden Spring (New York), taken by          09:15:37
11   Creditor Pacific Alliance In Re: Ho Wan Kwok, filed  09:15:39
12   in the United States Bankruptcy Court, District of  09:15:47
13   Connecticut, Bridgeport Division.  The case number is  09:15:47
14   22-50073 (JAM).                             09:15:49
15      This deposition is being held virtually via  09:15:50
16   Zoom.                                       09:15:57
17      My name is Jeff Nichols, from the firm   09:15:57
18   Veritext Legal Solutions, and I am the videographer.  09:15:59
19   The court reporter is Suzanne Hull, from the firm  09:16:02
20   Veritext Legal Solutions.                   09:16:06
21      Counsel will now please state their       09:16:07
22   appearances and affiliations for the record.  09:16:10
23      MR. HARBACH:  Good morning.              09:16:14
24      I'm David Harbach, with O'Melveny & Myers,  09:16:15
25   and I represent Pacific Alliance.           09:16:19
```

**Page 9**

```
 1   duly sworn to interpret the proceedings to the best
 2   of her abilities and interpreted as follows:
 3                                               09:17:20
 4        THE INTERPRETER:  Yes, I do.           09:17:20
 5        THE REPORTER:  Raise your right hand,  09:17:25
 6   please, Check Interpreter.                  09:17:27
 7
 8            UNA WILKINSON,
 9   having been called as an interpreter to interpret
10   English into Mandarin and Mandarin into English, was
11   duly sworn to interpret the proceedings to the best
12   of her abilities and interpreted as follows:
13                                               09:17:42
14        THE CHECK INTERPRETER:  Yes, I do.     09:17:42
15        THE REPORTER:  Raise your right hand please,
16   Witness.
17
18            YAN PING WANG,
19   called as a 30(b)(6) Corporate Representative by
20   counsel for Creditor Pacific Alliance Asia
21   Opportunity Fund, L.P., being first duly sworn,
22   testified as follows:
23                                               09:17:59
24        THE WITNESS:  Yes.                     09:17:59
25        THE REPORTER:  Okay.  State credentials,  09:18:02
```

3 (Pages 6 - 9)

1 please.                                    09:18:06
2        THE INTERPRETER:  Yes.              09:18:08
3    Good morning, everyone.                 09:18:09
4    Court certified Mandarin interpreter,   09:18:10
5 California State Certified Interpreter     09:18:13
6 Sunny Johnston.  Certification number is 301314.  09:18:14
7        THE REPORTER:  Check Interpreter,   09:18:18
8 credentials, please.                       09:18:22
9        THE CHECK INTERPRETER:  I am the check  09:18:25
10 interpreter for Mandarin and English, and  09:18:26
11 a court-certified interpreter for the Unified Court  09:18:29
12 System in New York state.                  09:18:33
13        THE REPORTER:  Thank you.           09:18:36
14        THE VIDEOGRAPHER:  Thank you.       09:18:37
15    You may proceed, Counsel.               09:18:37
16                                            09:18:37
17        EXAMINATION                         09:18:40
18 BY MR. HARBACH:                            09:18:40
19    Q.  Good morning, Ms. Wang.             09:18:41
20    My name is David Harbach, as you just heard.  09:18:44
21    And a couple housekeeping matters before we  09:18:50
22 get started.                               09:18:53
23    Are you able to hear -- are you able to hear  09:18:54
24 me okay?                                   09:18:55
25    A.  Yes.                                09:19:09

Page 10

1    I can hear you clearly.                  09:19:10
2    Q.  I'm aware that you had given depositions in  09:19:12
3 the past in English.                        09:19:15
4    Would you be comfortable proceeding in   09:19:18
5 English today?                              09:19:21
6    A.  Okay.  My mother tongue is not English, but  09:19:37
7 I can try to go through the deposition in English;  09:19:54
8 however, I do need the interpreter stand by in case  09:19:57
9 I don't understand anything.                09:20:00
10    Q.  That -- that sounds perfect, and that is  09:20:02
11 just fine with us; so we can proceed in English.  And  09:20:05
12 if you have a question or you would like a question  09:20:10
13 translated into Mandarin or if you would like an  09:20:13
14 answer translated into Mandarin, please just say so,  09:20:20
15 and Ms. Johnston can help.                  09:20:24
16    Is that acceptable to you?               09:20:27
17    A.  Okay.  Yes.                          09:20:30
18    Thank you.                              09:20:52
19    Q.  Okay.  Very good.                    09:20:52
20    And just a few more things.  Because we are  09:20:56
21 doing this deposition remotely, it is very important  09:20:59
22 for the court reporter that only one person be  09:21:03
23 speaking at a time.                         09:21:08
24    Do you understand?                       09:21:09
25    A.  (In English)  Yes, I do.  Yeah.      09:21:12

Page 11

1    Q.  Okay.  Super.                        09:21:13
2    So if you would, please wait for me to   09:21:18
3 finish my question before you start answering, and  09:21:21
4 I'll do my best to wait for you to stop speaking  09:21:24
5 before I ask my next question.              09:21:28
6    Okay?                                    09:21:30
7    A.  Yes, sir.                            09:21:31
8    Thank you.                              09:21:33
9    Q.  Okay.  Super.                        09:21:33
10    And as I said a moment ago, if there is  09:21:35
11 a question that you do not understand, please just  09:21:40
12 let me know, and I'm happy to try and rephrase it.  09:21:43
13 And if there is a question that you would prefer be  09:21:48
14 translated in order to answer it, that is no problem.  09:21:52
15 That is what Ms. Johnston is here for.      09:21:56
16    Okay?                                    09:21:59
17    A.  Yes, sir.                           09:22:00
18    Thank you.                              09:22:02
19    Q.  Okay.  Are you on any medication or --  09:22:02
20        MR. ROSEN:  Counsel, before we start,  09:22:11
21 stipulations as to objections and signing.  09:22:13
22    What is your preference?                 09:22:18
23        MR. HARBACH:  I'm not sure I understand,  09:22:20
24 Scott.                                      09:22:22
25        MR. ROSEN:  The usual stipulations?  All  09:22:24

Page 12

1 objections reserved to trial except for form?  09:22:27
2        MR. HARBACH:  Yeah.  That's okay with me.  09:22:32
3        MR. ROSEN:  Okay.  The witness is not going  09:22:36
4 to waive the signing and reading of the transcript.  09:22:38
5        MR. HARBACH:  I didn't hear you, Scott.  09:22:42
6    Could you please speak up?               09:22:44
7        MR. ROSEN:  Yes.                      09:22:46
8    The witness will not waive the signing and  09:22:46
9 reading of the transcript.                  09:22:49
10        MR. HARBACH:  Okay.  Understood.     09:22:50
11 BY MR. HARBACH:                             09:22:58
12    Q.  Ms. Wang, I was just about to ask you if you  09:22:58
13 are on any medication or under the influence of  09:23:01
14 any-- -- anything that might impair your memory or  09:23:05
15 interfere with your ability to answer questions  09:23:09
16 truthfully.                                 09:23:12
17    A.  No.                                  09:23:15
18    Q.  Is there any reason you can think of why you  09:23:17
19 cannot provide truthful testimony today?    09:23:20
20    A.  I don't think there is any reason, sir.  09:23:24
21    Q.  Okay.  Super.                        09:23:29
22    I believe you have been deposed at least  09:23:30
23 once before in October of 2018 in litigation  09:23:37
24 involving PAX.                              09:23:44
25    Do you recall that deposition?           09:23:46

Page 13

4 (Pages 10 - 13)

| | Page 14 | | Page 16 |
|---|---|---|---|

**Page 14**

1    A. I remember I was deposed before, but I don't    09:23:48
2 recollect the -- the dates -- the precise dates.    09:23:56
3    Q. Understand.    09:23:59
4      Other than that deposition where PAX    09:24:00
5 examined you, have you been deposed in any other    09:24:09
6 litigation since then?    09:24:13
7    A. Sir, since -- since then? You mean since    09:24:15
8 when?    09:24:19
9    Q. Well, I'll represent to you that the    09:24:20
10 deposition that PAX conducted of you was in October    09:24:23
11 of 2018.    09:24:26
12      And my question is have you been deposed    09:24:30
13 since then?    09:24:33
14    A. I believe so.    09:24:34
15    Q. And do you recall when?    09:24:37
16    A. I don't recall.    09:24:44
17    Q. In what proceeding?    09:24:45
18    A. It was in a case called Strategic Vision,    09:24:49
19 Eastern Profits -- or Eastern Profits, Strategic    09:24:57
20 Vision. It should be the same case.    09:25:02
21    Q. Okay. And in -- in what course is that    09:25:04
22 case, if you know?    09:25:07
23    A. In a court in New York.    09:25:08
24    Q. Okay. Any other depositions, besides that    09:25:11
25 one, since October of 2018?    09:25:20

Page 14

**Page 15**

1    A. Hmmm. No.    09:25:25
2    Q. Do you understand that you are here today as    09:25:27
3 a corporate representative of Golden Spring    09:25:35
4 (New York)?    09:25:40
5    A. Yes, I do.    09:25:40
6    Q. Did you review the topics that we intend to    09:25:42
7 cover with you today that were contained in the    09:25:48
8 deposition notice before your testimony today?    09:25:51
9    A. Yes.    09:25:55
10      I did review the topics.    09:25:59
11    Q. Okay. What did you do to prepare -- excuse    09:26:01
12 me -- prepare for your deposition today, generally    09:26:05
13 speaking?    09:26:08
14    A. I prepared with our law firm -- with our    09:26:09
15 attorneys.    09:26:15
16    Q. Okay. Did you review documents?    09:26:16
17    A. Yes.    09:26:21
18      I did review documents.    09:26:22
19    Q. Did you meet with any other personnel at    09:26:24
20 Golden Spring to prepare for your deposition today?    09:26:29
21    A. Meet -- I'm sorry.    09:26:32
22      What do you mean? You mean meet in person?    09:26:38
23 What do you mean, meet?    09:26:41
24    Q. Well, a moment ago you said that the law    09:26:43
25 firm assisted you in preparing for today.    09:26:49

Page 15

**Page 16**

1    A. Correct.    09:26:51
2    Q. Did you meet with them in person to do that    09:26:52
3 preparation?    09:26:56
4    A. No.    09:26:57
5      Due to COVID, I meet our counsels via -- via    09:26:59
6 video call.    09:27:07
7    Q. Thank you.    09:27:08
8      Did you have communications with anyone else    09:27:08
9 at Golden Spring -- via telephone, videoconference,    09:27:11
10 or otherwise -- to prepare for today's deposition?    09:27:17
11      MR. ROSEN: Objection.    09:27:24
12      The witness can answer without disclosing    09:27:25
13 any conversations with either inhouse counsel or    09:27:28
14 outside counsel.    09:27:32
15      THE WITNESS: Sir, sorry.    09:27:36
16      Can you repeat your question?    09:27:37
17 BY MR. HARBACH:    09:27:40
18    Q. Yes.    09:27:41
19      It was a yes-or-no question that did not    09:27:41
20 call for any -- any privileged information.    09:27:43
21      The question is did you meet with any    09:27:46
22 personnel at Golden Spring -- via telephone, Zoom,    09:27:50
23 videoconference or otherwise -- to prepare for your    09:27:57
24 deposition today?    09:28:01
25    A. Yes, I did.    09:28:01

Page 16

**Page 17**

1    Q. With whom did you communicate at    09:28:05
2 Golden Spring to prepare for your deposition today?    09:28:08
3    A. I communicated with the owner of    09:28:11
4 Golden Spring (New York) Limited, Mr. Qiang Guo. Let    09:28:18
5 me spell, Q-i-a-n-g, last name G-u-o.    09:28:25
6    Q. How much time did you spend communicating    09:28:32
7 with him?    09:28:37
8    A. How much time? Like, ten fifteen -- about,    09:28:38
9 like, fifteen minutes -- ten, fifteen minutes.    09:28:49
10    Q. Is there anyone else at Golden Spring with    09:28:52
11 whom you communicated to prepare for today's    09:28:55
12 deposition?    09:28:57
13    A. No.    09:28:57
14    Q. Is there anyone else in the world, other    09:28:58
15 than attorneys, with whom you communicated to prepare    09:29:01
16 for today's deposition?    09:29:05
17    A. No.    09:29:07
18    Q. What is the name of -- withdrawn.    09:29:09
19      A moment ago, when you said you met with    09:29:26
20 lawyers to prepare for today's deposition, lawyers    09:29:29
21 from which firm or firms?    09:29:35
22    A. Attorneys from Mr. Scott Rosen's firm.    09:29:37
23 I couldn't pronounce his law firm's name. It should    09:29:45
24 be -- I mean, it is complicated for me to pronounce    09:29:49
25 his law firm's name; so Mr. Scott Rosen and his    09:29:55

Page 17

Veritext Legal Solutions
866 299-5127

| | | | |
|---|---|---|---|
| 1 colleague, Mr. Timothy -- Tim.          09:29:59 | | 1 the -- the second one that says deposition of          09:35:07 | |
| 2     Q.  Tim Miltenberger?          09:30:01 | | 2 Yvette Wang.          09:35:11 | |
| 3     A.  I believe so.  I don't remember his last          09:30:05 | | 3         MR. ROSEN:  Counsel, before you proceed with          09:35:11 | |
| 4 name.  It sounds like it correct.          09:30:07 | | 4 the question, could you please explain to me which of          09:35:13 | |
| 5     Q.  Okay.  Did you meet or consult with any          09:30:09 | | 5 the 30(b)(6) topics this document pertains to.          09:35:17 | |
| 6 lawyers from the Brown Rudnick firm to prepare for          09:30:13 | | 6         MR. HARBACH:  Well, it could be -- it could          09:35:23 | |
| 7 today's deposition?          09:30:23 | | 7 be any number of them because the document is the          09:35:25 | |
| 8     A.  No, I didn't.          09:30:24 | | 8 transcript of her prior deposition; so it will be          09:35:29 | |
| 9     Q.  When was Golden Spring (New York) Limited          09:30:27 | | 9 multiple such topics.          09:35:33 | |
| 10 formed?          09:30:40 | | 10         MR. ROSEN:  I'll reserve the right to object          09:35:36 | |
| 11     A.  Golden Spring (New York) Limited was formed          09:30:40 | | 11 and instruct the witness not to answer if it exceeds          09:35:38 | |
| 12 in the year of 2015.          09:30:45 | | 12 the scope of the 30(b)(6).          09:35:42 | |
| 13     Q.  Does March 2015 sound about right to you?          09:30:47 | | 13         But go ahead and proceed.          09:35:43 | |
| 14     A.  In March, yes.          09:30:54 | | 14         MR. HARBACH:  Understood.          09:35:46 | |
| 15     Q.  What is Golden Spring (New York)'s          09:30:59 | | 15         Is there anyone who can't see the exhibit in          09:35:49 | |
| 16 relationship to Golden Spring (Hong Kong)?          09:31:03 | | 16 their marked exhibits folder before I go on?          09:35:51 | |
| 17     A.  Golden Spring (New York) Limited is          09:31:09 | | 17 BY MR. HARBACH:          09:35:55 | |
| 18 100 percent owned by China Golden Spring (Hong Kong).          09:31:15 | | 18     Q.  Okay.  Ms. Wang, can you see it?          09:36:00 | |
| 19     Q.  And for purposes of today's deposition, I'm          09:31:21 | | 19     A.  Sir, I can see a .pd-- it says .pdf file          09:36:03 | |
| 20 going to refer to China Golden Spring (Hong Kong) as          09:31:27 | | 20 with forty-two pages.          09:36:07 | |
| 21 just Golden Spring (Hong Kong).          09:31:33 | | 21     Q.  You got it?          09:36:09 | |
| 22         Is that okay with you?          09:31:36 | | 22     A.  This is the one?          09:36:11 | |
| 23     A.  Yes.          09:31:37 | | 23         Got it.  Okay.          09:36:12 | |
| 24     Q.  Okay.  Did you ever work at Golden Spring          09:31:39 | | 24     Q.  Yes, ma'am.          09:36:13 | |
| 25 (Hong Kong)?          09:31:45 | | 25         Please open that one up.          09:36:15 | |
| Page 18 | | Page 20 | |

| | | | |
|---|---|---|---|
| 1     A.  Yes.          09:31:49 | | 1     A.  (Witness complies.)          09:36:18 | |
| 2     Q.  Do you recall when you worked there?          09:31:50 | | 2         Yes.          09:36:18 | |
| 3     A.  That was back to 2016 for, like, a couple of          09:31:53 | | 3     Q.  So just to refresh your recollection before          09:36:19 | |
| 4 months.          09:32:05 | | 4 I proceed, the question I put to you concerned the          09:36:22 | |
| 5     Q.  Okay.  I would like to show you what I'm          09:32:07 | | 5 dates that you worked at Golden Spring (Hong Kong).          09:36:25 | |
| 6 going to mark as Exhibit 1.          09:32:22 | | 6 And I believe you said that it was approximately          09:36:31 | |
| 7         (Deposition Exhibit Number 1          09:32:22 | | 7 2016.  And I just want to show you in the deposition          09:36:36 | |
| 8         was marked for identification.)          09:32:29 | | 8 in 2018 where you were asked about this.  Let me read          09:36:42 | |
| 9         MR. HARBACH:  And we'll just wait a moment          09:32:32 | | 9 what you said, and then ask the question again.          09:36:49 | |
| 10 for my colleague to drop it in there.  Just sit          09:32:34 | | 10         So I -- can I direct your attention to page          09:36:52 | |
| 11 tight, everybody.  It will be there in a second.          09:32:56 | | 11 thirty of the transcript.          09:36:55 | |
| 12 Sorry for the delay.  We are working on it.  It seems          09:33:17 | | 12     A.  (Witness complies.)          09:37:00 | |
| 13 to be a little slow.  It is uploading now.          09:33:30 | | 13     Q.  Let me know when you are there.          09:37:02 | |
| 14         Ms. Russo is telling me it should be in          09:34:30 | | 14     A.  Page thirty, three, zero, sir; right?          09:37:09 | |
| 15 there, but I don't see it in my marked exhibits          09:34:33 | | 15     Q.  Yes, ma'am.  That is right.          09:37:15 | |
| 16 folder.          09:34:37 | | 16         And it is the -- you know, page thirty of          09:37:18 | |
| 17         Does anyone else?          09:34:38 | | 17 the miniature pages.          09:37:21 | |
| 18         MR. KAPLAN:  There -- there are two folders.          09:34:42 | | 18         Do you see how each of the miniature pages          09:37:23 | |
| 19 It looks like it is in the second one.          09:34:45 | | 19 is numbered?          09:37:26 | |
| 20         MR. HARBACH:  Okay.  Got it.          09:34:57 | | 20     A.  I am on page thirty.          09:37:30 | |
| 21         MR. ROSEN:  Counsel --          09:34:59 | | 21         What do you mean, miniature pages?  I don't          09:37:33 | |
| 22         MR. HARBACH:  That seems --          09:35:00 | | 22 understand that.          09:37:38 | |
| 23         MR. ROSEN:  -- before we --          09:35:00 | | 23     Q.  Well, each -- sure.          09:37:39 | |
| 24         MR. HARBACH:  That seems to be the way it is          09:35:02 | | 24         Each page of the document that I just sent          09:37:41 | |
| 25 on -- on my computer.  It is in the second one in          09:35:05 | | 25 you has four pages of the transcript on it.          09:37:44 | |
| Page 19 | | Page 21 | |

6 (Pages 18 - 21)

PAX-015-006

| | |
|---|---|
| 1    Do you see that?                     09:37:47 | 1  from 2018, I believe; so before that I don't believe    09:40:44 |
| 2    A.  Yes.                             09:37:48 | 2  I work for Golden Spring (New York).  Technically,    09:40:52 |
| 3    Q.  Okay.  So those are the page numbers that    09:37:48 | 3  I work for Golden Spring (Hong Kong) and -- which    09:40:56 |
| 4  I am referring to.  And on page thirty, at line ten,    09:37:52 | 4  include the time of the 2016, when I revert because    09:41:01 |
| 5  you were asked a question that reads:    09:38:03 | 5  2015 -- 2016 I revert.  2016, that is a more    09:41:06 |
| 6      "QUESTION:  Then you moved to Hong Kong    09:38:05 | 6  consecutive period of time for me to base in    09:41:12 |
| 7  in 2015 to work in September of 2015 to work    09:38:07 | 7  Hong Kong; so besides that, I traveled between    09:41:16 |
| 8  for Golden Spring (Hong Kong)?"    09:38:13 | 8  Hong Kong/U.S.    09:41:20 |
| 9    And your answer was:    09:38:18 | 9    Q.  Okay.  So I think I understand you, but    09:41:22 |
| 10      "ANSWER:  Yes."    09:38:19 | 10  I want to make sure.    09:41:25 |
| 11    Do you see that there?    09:38:21 | 11    In approximately 2015 you started working    09:41:28 |
| 12    A.  Sir, which page?  It is page thirty, but    09:38:23 | 12  for Golden Spring (Hong Kong), and you worked for    09:41:33 |
| 13  there are four -- four little page number.    09:38:26 | 13  Golden Spring (Hong Kong) until sometime in 2018, at    09:41:40 |
| 14    Q.  For --    09:38:31 | 14  which point you began working for Golden Spring    09:41:46 |
| 15    A.  I'm not sure which one.    09:38:32 | 15  (New York).    09:41:49 |
| 16    Q.  Right.    09:38:34 | 16    Do I have that right?    09:41:49 |
| 17    A.  Is it Page 113 or 14, 15 or 16?  Which one    09:38:35 | 17    A.  I officially started to work for    09:41:53 |
| 18  you are talking about?    09:38:39 | 18  Golden Spring (New York) from 2018, yes.  You are    09:41:57 |
| 19    Q.  I understand.  I understand your confusion.    09:38:41 | 19  correct on that.    09:42:03 |
| 20    When I refer to page numbers of this    09:38:44 | 20    Q.  Okay.  And prior to that, you worked for    09:42:04 |
| 21  transcript, I am only talking about the pages -- the    09:38:46 | 21  Golden Spring (Hong Kong); is that correct?    09:42:10 |
| 22  page numbers for the small pages.    09:38:51 | 22    A.  I believe it is more a mix because I was    09:42:14 |
| 23    A.  Oh.    09:38:53 | 23  working for Golden Spring (Hong Kong) and same time    09:42:20 |
| 24    Q.  Okay?    09:38:54 | 24  I was working for Mr. Qiang Guo, his family business    09:42:23 |
| 25    And I know it is confusing.  I'm sorry.    09:38:57 | 25  in China also; so that is the reason when I referred    09:42:29 |
| Page 22 | Page 24 |

| | |
|---|---|
| 1    A.  All right.  Let me go back and find it.    09:38:59 | 1  I was in Hong Kong in 2016.  That is a -- as I said,    09:42:33 |
| 2    Q.  Yeah.  Go back to page thirty of the little    09:39:01 | 2  a period of consecutive time for me to -- leaving    09:42:42 |
| 3  pages.    09:39:04 | 3  Hong Kong and working Hong Kong -- for Hong Kong.    09:42:46 |
| 4    A.  (Witness complies.)    09:39:06 | 4  That is my -- that is my representation.    09:42:49 |
| 5    Yes.    09:39:14 | 5    Q.  Were you -- at the time you were working for    09:42:51 |
| 6    I'm on the little page, on page thirty right    09:39:14 | 6  Golden Spring (Hong Kong), were you physically in    09:42:55 |
| 7  now.    09:39:17 | 7  Hong Kong?    09:43:00 |
| 8    Q.  Okay.  Yes.  Sorry for the confusion.    09:39:17 | 8    A.  Not always.    09:43:03 |
| 9    So take a look at line ten on page thirty,    09:39:19 | 9    Q.  Okay.  When did you move to the    09:43:05 |
| 10  and you will see a question there about when you    09:39:22 | 10  United States?    09:43:11 |
| 11  moved to Hong Kong to work for Golden Spring    09:39:26 | 11    A.  What do you mean, move, sir?    09:43:11 |
| 12  (Hong Kong).    09:39:30 | 12    Q.  When did you come to the United States for    09:43:17 |
| 13    Do you see that?    09:39:31 | 13  the first time?  How about that?    09:43:22 |
| 14    A.  Yes.    09:39:35 | 14    A.  That was many years ago.    09:43:26 |
| 15    I saw this.    09:39:53 | 15    Q.  Did you come to the United States during the    09:43:28 |
| 16    Q.  Okay.  And so my question for you is --    09:39:55 | 16  time that you worked for Golden Spring (Hong Kong)?    09:43:34 |
| 17  first of all, let's just focus on the date.    09:40:00 | 17    A.  Yes.    09:43:37 |
| 18    Okay?  Having read this, does that inform    09:40:03 | 18    During the time I worked for Golden Spring    09:43:39 |
| 19  your judgment about when it was that you began to    09:40:09 | 19  (Hong Kong), I did travel into the United States    09:43:43 |
| 20  work for Golden Spring (Hong Kong)?    09:40:12 | 20  also.    09:43:46 |
| 21    A.  My answer, back to this page, which I mean    09:40:16 | 21    Q.  Okay.  When was that?    09:43:47 |
| 22  that, yes.  I moved to Hong Kong in 2015, and then    09:40:25 | 22    A.  Oh, I couldn't recall.  It should -- between    09:43:49 |
| 23  I worked in there.  I traveled to -- in U.S.  But if    09:40:28 | 23  2015 to 2017 or '18.  I couldn't recall.    09:43:56 |
| 24  you have my full Golden Spring (New York) corporation    09:40:34 | 24    Q.  When you came to the United States in that    09:44:07 |
| 25  records, I officially start work in Golden Spring    09:40:41 | 25  time period, did you return to China?    09:44:10 |
| Page 23 | Page 25 |

7 (Pages 22 - 25)

PAX-015-007

**Page 26**

1 MR. ROSEN: Objection. Counsel, could you   09:44:15
2 please show me which of the 30(b)(6) topics this   09:44:18
3 relates to and give me some explanation as to where   09:44:21
4 you are going here.   09:44:24
5 MR. HARBACH: Yeah. Sure.   09:44:26
6 I am really just trying to get basic   09:44:26
7 background of the witness' affiliation with the   09:44:29
8 company that she represents. It is very basic. I am   09:44:34
9 trying to figure out when she worked, where, and for   09:44:36
10 whom. That's it. It informs her competency as the   09:44:40
11 30(b)(6) witness, and it gives con- -- it gives   09:44:44
12 context to her later testimony.   09:44:47
13 MR. ROSEN: I -- honestly, I don't see how   09:44:49
14 her travel plans has anything to do with this.   09:44:52
15 And I'm going to instruct the witness at   09:44:56
16 this point to simply not answer questions about her   09:44:58
17 travel and her whereabouts at various times. If you   09:45:02
18 would like to ask questions about her specific duties   09:45:05
19 and what she performed and when she performed it,   09:45:08
20 I have no objection to that.   09:45:11
21 MR. HARBACH: And you -- you are going to   09:45:12
22 object to any question about her physical location   09:45:13
23 when she performed those duties? Is that what   09:45:16
24 I understand?   09:45:18
25 MR. ROSEN: You -- your questions were going   09:45:20

**Page 27**

1 way beyond that. If you want to ask her specific   09:45:23
2 duty and where she was, then we can address that   09:45:25
3 question as it comes up. But you are asking about   09:45:28
4 general travel plans. You are asking about her --   09:45:31
5 her work for other companies. She is a 30(b)(6)   09:45:35
6 witness for Golden Spring (New York), and that is   09:45:38
7 where the questions should be directed.   09:45:41
8 BY MR. HARBACH:   09:45:44
9 Q. Ms. Wang, where were you physically located   09:45:45
10 when you worked for Golden Spring (Hong Kong)?   09:45:47
11 A. What do you mean, physically located?   09:45:55
12 I mean, like, stay in hotel or staying -- I mean,   09:45:59
13 I don't understand, sir.   09:46:03
14 Q. What country were you in when you worked for   09:46:04
15 Golden Spring (Hong Kong)?   09:46:07
16 A. I was in Hong Kong, and I was -- I traveled   09:46:10
17 in the U.S. I traveled in UK. I mean, I still don't   09:46:14
18 understand what do you mean physically located, but   09:46:19
19 that is the places I had been to.   09:46:22
20 Q. Okay. Did there come a time when you   09:46:24
21 merge -- moved to the United States permanently for   09:46:29
22 work?   09:46:35
23 A. Sir, what do you mean permanently?   09:46:35
24 Q. Did you move?   09:46:38
25 A. Permanent --   09:46:40

**Page 28**

1 Q. Did you move? Do you know what I mean by   09:46:42
2 move?   09:46:47
3 A. Yes.   09:46:47
4 Q. Okay. Did there come a time when you moved   09:46:48
5 to the United States for work?   09:46:51
6 A. Yes.   09:46:59
7 Q. When was that?   09:47:00
8 A. That was started I became to be the officer   09:47:01
9 and director of Golden Spring (New York).   09:47:09
10 Q. Which was when?   09:47:11
11 A. That was beginning of 2018, late of 2017.   09:47:17
12 I couldn't remember. It should be beginning of 2018.   09:47:25
13 Q. Okay. I'm going to show you another   09:47:29
14 document.   09:47:36
15 MR. HARBACH: We'll call this one number   09:47:38
16 two.   09:47:41
17 (Deposition Exhibit Number 2   09:47:41
18 was marked for identification.)   09:48:39
19 BY MR. HARBACH:   09:48:39
20 Q. Do you see Exhibit 2 in your folder,   09:48:40
21 Ms. Wang?   09:48:42
22 A. Yes.   09:48:44
23 Q. Okay. It should also be a .pdf. Please   09:48:46
24 open it up.   09:48:51
25 A. (Witness complies.)   09:48:52

**Page 29**

1 Yes, I did.   09:48:54
2 Q. Okay. Now, on this one I'm going to ask you   09:48:55
3 to turn to page -- okay -- forty-nine.   09:49:01
4 A. (Witness complies.)   09:49:14
5 Q. Tell me when you are on page forty-nine.   09:49:27
6 A. Yes, I am.   09:49:34
7 Q. Okay. Looking at line five, the question   09:49:35
8 was put to you:   09:49:39
9 "QUESTION: And when did you move to   09:49:41
10 New York to start working for the Guo   09:49:43
11 family?"   09:49:47
12 Your answer:   09:49:48
13 "ANSWER: That was a date I never   09:49:50
14 forget. That was April 23rd, 2015."   09:49:52
15 Do you see that there?   09:49:59
16 A. Yes, I did.   09:50:01
17 MR. HARBACH: Okay. This deposition, for   09:50:02
18 the record -- correction.   09:50:04
19 This testimony, for the record, was given in   09:50:06
20 May of 2019, just under three years ago.   09:50:09
21 BY MR. HARBACH:   09:50:15
22 Q. So is that accurate that you moved to   09:50:16
23 New York to start working for the Guo family in April   09:50:20
24 of 2015?   09:50:24
25 A. As I said, English is not my mother   09:50:26

8 (Pages 26 - 29)

1 language. When you say move, I mean, I understand    09:50:32
2 better by now more than two, three -- three, four    09:50:35
3 years ago, and that was right. I left China. I came    09:50:40
4 to New York -- I came to New York first. Then I went    09:50:45
5 back to Hong Kong.    09:50:49
6      So regarding work for it the Guo family,    09:50:50
7 which I refer always as my -- my boss -- like, the    09:50:54
8 owner of Golden Spring, Mr. Qiang Guo -- Q-i-a-n-g    09:51:00
9 G-u-o -- that is the same Guo family.    09:51:06
10    Q. So did you start working for the Guo family    09:51:09
11 in New York in April of 2015? Is that correct or not    09:51:23
12 correct?    09:51:33
13    A. I started to work for the Guo family from    09:51:33
14 2000 -- end of 2008. That is, like --    09:51:39
15    Q. Yeah. Let me -- let me interrupt and ask my    09:51:43
16 question again as you may have misunderstood it.    09:51:46
17      Did you start working for the Guo family in    09:51:49
18 New York in April of 2015?    09:51:52
19    A. Start work for the Guo family. I mean,    09:52:00
20 again, I don't remember this question many years ago.    09:52:13
21 As I said --    09:52:17
22    Q. No.    09:52:18
23      You -- you -- you testified that it was    09:52:18
24 a date you'll never forget; so that is why I'm    09:52:20
25 pressing you a little bit on it.    09:52:25

Page 30

1      My question is when did you start working    09:52:27
2 for the Guo family in New York? The transcript here    09:52:32
3 seems to suggest that that was in April of 2015, and    09:52:38
4 I'm asking you whether that is accurate.    09:52:44
5      Is it accurate? Is it not accurate? Or do    09:52:47
6 you not know?    09:52:51
7    A. April 23rd in 2015. That is the date    09:52:52
8 I never forgot because I left China. I was never --    09:53:00
9 I was never able to go back.    09:53:03
10    Okay?    09:53:06
11      So that is accurate. When I answered this    09:53:07
12 question, I don't believe I have any interpreter help    09:53:10
13 me by then; so the question looks like right now    09:53:14
14 reading as when did you move to New York to start    09:53:18
15 working for the Guo family? I was not quite    09:53:21
16 understanding this question without translation by    09:53:24
17 then; so if you ask me when I start to work for Guo    09:53:27
18 family, I can tell you, I started -- my career    09:53:31
19 started from 2008, but I started to work for Guo    09:53:36
20 family outside of China. That was started from 2015.    09:53:40
21 That is my correct and truthful answer now.    09:53:44
22    Q. And that was in New York City; correct?    09:53:47
23    A. Starting from New York and Hong Kong.    09:53:49
24    Q. Okay.    09:53:53
25    A. I mean, by then Mr. Qiang Guo, he was in    09:54:06

Page 31

1 New York and Hong Kong both. I don't see now where    09:54:09
2 there is any problem. I said I'll work in New York    09:54:11
3 and Hong Kong -- starting from New York and back to    09:54:11
4 Hong Kong because I originally need to follow    09:54:13
5 Mr. Qiang Guo, if that makes sense to you, sir.    09:54:18
6    Q. Well, I just want to point out that I wasn't    09:54:21
7 suggesting there was a problem. I am just trying to    09:54:25
8 understand the facts of what happened; so here is my    09:54:28
9 next question.    09:54:31
10      When did you start working at Golden Spring    09:54:32
11 New York)?    09:54:36
12    A. I believe I replied your question, sir,    09:54:40
13 about Golden Spring (New York). That was started --    09:54:44
14 I was appointed as officer and director of    09:54:46
15 Golden Spring (New York).    09:54:50
16    Q. When?    09:54:50
17    A. 2018.    09:54:51
18    Q. Do you recall when in 2018?    09:54:54
19    A. In spring of 2018.    09:54:59
20    Q. Okay. Let's go back to Exhibit 1. Let me    09:55:02
21 know when you have got Exhibit 1 pulled up, Ms. Wang.    09:55:14
22    A. (Witness complies.)    09:55:19
23      Yes. I'm here.    09:55:20
24    Q. Okay. Page numbers again, I'm talking about    09:55:22
25 the little page numbers. If you please go to page    09:55:25

Page 32

1 thirty-five.    09:55:32
2    A. (Witness complies.)    09:55:36
3    Q. Let me know --    09:55:50
4    A. Yes.    09:55:51
5    Q. -- when you are there.    09:55:52
6    A. Yes. I'm here.    09:55:54
7    Q. Okay. Take a look on page thirty-five of    09:55:55
8 Exhibit 1, line ten.    09:55:59
9    A. (Witness complies.)    09:56:00
10    Q. The question reads:    09:56:05
11      "QUESTION: You said in February of 2018    09:56:07
12      you came to work for Golden Spring    09:56:09
13      (New York)?"    09:56:09
14      And your answer was:    09:56:13
15      "ANSWER: Yes."    09:56:15
16      Now, my only focus here is on whether    09:56:16
17 February of '18 sounds like the correct date to you    09:56:18
18 of when you started working for Golden Spring    09:56:22
19 (New York).    09:56:25
20    A. Sir, I replied as in spring of 2018.    09:56:28
21 I mean --    09:56:33
22    Q. I'm -- I'm not suggesting anything other    09:56:36
23 than whether February is correct.    09:56:39
24      Does that sound about right to you?    09:56:42
25    A. I don't recall. In spring of 2018. You    09:56:46

Page 33

Veritext Legal Solutions
866 299-5127

PAX-015-009

**Page 34**

1  could check on Golden Spring (New York)'s corporation  09:56:49
2  book. It should be clearly in there.  09:56:54
3  Q. Was anyone else working at Golden Spring  09:56:56
4  (New York) when you started there in the spring of  09:57:07
5  2018?  09:57:09
6  A. What do you mean, is there anyone working at  09:57:10
7  Golden Spring (New York)?  09:57:20
8  Q. Well, you mentioned that you were, I think  09:57:21
9  you said, appointed to Golden Spring in the spring of  09:57:24
10  2018.  09:57:29
11  My question for you is at the time that you  09:57:32
12  were appointed, were there any other people working  09:57:34
13  for Golden Spring (New York)?  09:57:40
14  A. Mr. Qiang Guo, himself.  09:57:44
15  Q. Okay. And what was his job?  09:57:49
16  A. He is one of the directors of Golden Spring  09:57:55
17  (New York).  09:57:59
18  Q. Anyone else?  09:57:59
19  A. No.  09:58:03
20  Just me and himself, when I was appointed.  09:58:08
21  Q. So no other employees who worked at  09:58:14
22  Golden Spring at that time?  09:58:19
23  A. I don't recall.  09:58:23
24  Q. Do you recall whether there was a chauffeur  09:58:23
25  who worked for Golden Spring (New York) at that time?  09:58:33

**Page 35**

1  A. I don't recall.  09:58:35
2  Q. Let's take a look at Exhibit 1 again.  09:58:35
3  A. (Witness complies.)  09:58:41
4  Q. And this time let's go to page forty.  09:58:51
5  A. (Witness complies.)  09:58:55
6  Q. Tell me when you are there.  09:59:02
7  A. Yes, I am.  09:59:07
8  Q. Take a look at line seven. You say:  09:59:08
9  "ANSWER: I remember that there was  09:59:24
10  a driver. I met a chauffeur, a Korean  09:59:25
11  gentleman, yes."  09:59:30
12  And then there is a question:  09:59:33
13  "QUESTION: You believe he was an  09:59:35
14  employee of Golden Spring before February of  09:59:36
15  '18?"  09:59:39
16  Your answer:  09:59:40
17  "ANSWER: February of 2018, that was he  09:59:43
18  told me by then.  09:59:46
19  "QUESTION: You met a chauffeur who told  09:59:48
20  you that he was an employee of Golden Spring  09:59:50
21  (New York)?  09:59:53
22  "ANSWER: Yes."  09:59:54
23  And then you say that he was the one who  09:59:55
24  picked you up at the airport.  09:59:58
25  Does that refresh your recollection about  10:00:01

**Page 36**

1  whether there was a chauffeur employed at  10:00:03
2  Golden Spring (New York) when you started there?  10:00:07
3  A. Sir, I am the witness today -- in my  10:00:12
4  understanding is about bankruptcy. I mean that this  10:00:18
5  is my task -- this was my testimony how many years  10:00:21
6  ago? Three, four years ago?  10:00:27
7  I mean, I could remember by then because  10:00:29
8  that was a relatively closer date. I was deposed in  10:00:32
9  October 2018, as you said. Now it is almost three  10:00:37
10  and a half, four years after. I mean, just so many  10:00:41
11  years pass by, I couldn't remember that. But since  10:00:45
12  my testimony back to 2018 in here said that, that is  10:00:50
13  possible. That reminded me. That's right. But that  10:00:54
14  doesn't mean that after three and a half, four years,  10:00:57
15  I still should remember all the details; right? I am  10:01:02
16  being deposed in here about a bankruptcy.  10:01:02
17  Am I correct about this?  10:01:07
18  Q. Well, you are -- you are right about one  10:01:09
19  part, and that is that I offered you this information  10:01:11
20  to see if it would help refresh your memory.  10:01:14
21  And, indeed, that was the question, whether  10:01:19
22  reading this transcript helps refresh your memory  10:01:22
23  about whether there was a chauffeur working at  10:01:25
24  Golden Spring (New York) when you started.  10:01:30
25  A. I --  10:01:31

**Page 37**

1  MR. ROSEN: At this point, I'm going to  10:01:31
2  instruct the witness not to answer any further  10:01:33
3  questions along these lines.  10:01:36
4  This is a deposition in a contested matter  10:01:37
5  for approval of a DIP financing arrangement in  10:01:41
6  a bankruptcy case. So far, the list of 30(b)(6)  10:01:49
7  topics, these questions barely hit on any of these --  10:01:52
8  of the topics, maybe a little bit on the ownership  10:01:55
9  structure. You have already covered the officers,  10:01:58
10  employees, and directors, and so far nothing about  10:02:02
11  a DIP loan.  10:02:06
12  So I would ask you, if you are going to do  10:02:07
13  a fishing expedition or try and extend litigation  10:02:10
14  from other courts here, that I would have to instruct  10:02:12
15  the witness not to answer.  10:02:17
16  BY MR. HARBACH:  10:02:18
17  Q. Ms. Wang, just a moment ago you said that  10:02:18
18  reading this deposition transcript did help you  10:02:22
19  remember.  10:02:26
20  And so my question is was there or was there  10:02:26
21  not a chauffeur working at Golden Spring (New York)  10:02:29
22  at the time you started there?  10:02:32
23  A. As my testimony back to 2018 said so, it is  10:02:37
24  possible. You are helpful, sir.  10:02:42
25  Q. Okay. Was Mr. Mileson Kwok living in  10:02:44

10 (Pages 34 - 37)

1 New York when you started working at Golden Spring    10:03:01
2 (New York)?    10:03:03
3     MR. ROSEN: Objection. I instruct the    10:03:03
4 witness not to answer.    10:03:05
5     This has no relevance whatsoever to any of    10:03:06
6 the 30(b)(6) deposition topics, none. And the    10:03:06
7 purpose of this is strictly to either relitigate or    10:03:12
8 extend litigation from other courts or to harass this    10:03:13
9 witness.    10:03:17
10 BY MR. HARBACH:    10:03:18
11     Q. Ms. Wang, do you know who Mileson Kwok is?    10:03:18
12     A. Can you spell the name again, sir, please?    10:03:25
13     Q. Yes.    10:03:28
14     M-i-l-e-s-o-n Kwok, K-w-o-k.    10:03:29
15     Do you know who that is?    10:03:39
16     A. I don't know who you are referring, sir.    10:03:41
17     Q. Okay. You have mentioned someone who was    10:03:43
18 a director of Golden Spring at the time you became    10:03:47
19 a director.    10:03:51
20     What is that person's name?    10:03:52
21     A. If you refer to Mr. Qiang Guo, the same    10:03:56
22 director when I was appointed, his name is Q-i-a-n-g    10:04:01
23 G-u-o. His English name is Mileson, M-i-l-e-s-o-n,    10:04:08
24 and the last name is G-u-o, sir, if that is helpful    10:04:20
25 to you.    10:04:25

Page 38

1     Is this the person you are referring?    10:04:27
2     Q. It -- it is.    10:04:29
3     A. Okay.    10:04:29
4     Q. And --    10:04:29
5     A. I never heard about someone called    10:04:30
6 Mileson Kwok. I mean, I never heard about this    10:04:33
7 person.    10:04:36
8     Q. Okay. How is Mileson Guo related to    10:04:36
9 Wengui Guo? And that is spelled W-e-n-g-u-i G-u-o.    10:04:45
10     How are they related, if at all, if you    10:04:57
11 know?    10:05:00
12     A. Mr. Qiang Guo -- Q-i-a-n-g G-u-o -- he is    10:05:00
13 the son of Mr. H-o W-a-n K-w-o-k.    10:05:07
14     Q. And that is H-o W-a-n K-w-o-k; correct?    10:05:23
15     A. You are right, sir.    10:05:29
16     Q. So for ease of understanding for everyone    10:05:30
17 who is reading this transcript, can we please refer    10:05:33
18 to Mr. Ho Wan Kwok's son as Mileson? Is that okay    10:05:36
19 with you?    10:05:45
20     A. No, sir.    10:05:46
21     I will prefer to stay with Mr. Qiang Guo.    10:05:47
22 The reason because, again, English is not my mother    10:05:51
23 language. I do not want to pronounce something which    10:05:54
24 was -- which could be misunderstood by everyone here,    10:05:58
25 if I may.    10:06:03

Page 39

1     Q. No problem at all.    10:06:04
2     A. Thank you.    10:06:08
3     Q. So we'll stick with Qiang Guo.    10:06:09
4     A. Thank you.    10:06:14
5     Q. Okay. And you just testified that he is    10:06:14
6 son of Ho Wan Kwok, the debtor; right?    10:06:17
7     A. You are right, sir.    10:06:21
8     Q. So my question is was Qiang Guo living in    10:06:22
9 New York when you started working at Golden Spring    10:06:26
10 (New York)?    10:06:28
11     A. What do you mean, living in New York, sir?    10:06:30
12 Like, I mean, I don't understand. Travel in there.    10:06:35
13 I met him in there, yes. I don't understand what you    10:06:38
14 mean, living in New York.    10:06:42
15     MR. HARBACH: Sunny, perhaps you can help    10:06:45
16 me. My question in English would be did    10:06:48
17 Mr. Qiang Guo live in New York at the time you    10:06:52
18 started working at Golden Spring (New York)?    10:06:56
19     Could you please translate that for me?    10:06:59
20     THE INTERPRETER: (Interprets question.)    10:07:36
21     THE WITNESS: (Through the Interpreter)    10:07:36
22 I officially started working for Golden Spring    10:07:36
23 (New York) in 2018. I don't recall whether or not    10:07:39
24 Mr. Qiang Guo was living in New York at the time.    10:07:41
25 ///

Page 40

1 BY MR. HARBACH:    10:07:46
2     Q. Did you see him in New York personally    10:07:46
3 around the time that you started working at    10:07:54
4 Golden Spring (New York)?    10:07:57
5     A. I don't recall.    10:08:01
6     Q. Have you ever seen Mr. Qiang Guo personally    10:08:02
7 in New York?    10:08:10
8     A. Yes, I did.    10:08:13
9     Q. When was the last time?    10:08:14
10     A. I don't recall.    10:08:18
11     Q. Within the last year?    10:08:21
12     A. I don't recall.    10:08:25
13     Q. Within the last five years?    10:08:26
14     A. Yes.    10:08:30
15     It was possible.    10:08:37
16     Q. Was Mr. Ho Wan Kwok living in New York at    10:08:38
17 the time you started working for Golden Spring    10:08:47
18 (New York)?    10:08:49
19     MR. ROSEN: Objection. This is the same    10:08:51
20 issue.    10:08:53
21     I think -- Counsel, could you please explain    10:08:55
22 the relevance of this question to me.    10:08:56
23     MR. HARBACH: Well, as you know,    10:09:02
24 Mr. Ho Wan Kwok is the debtor, and it is certainly    10:09:03
25 with-- within the scope of appropriate topics, in    10:09:07

Page 41

11 (Pages 38 - 41)

PAX-015-011

| | |
|---|---|
| 1 our view, for me to explore Mr. Ho Wan Kwok's      10:09:13 | 1    A. Yes.                          10:12:23 |
| 2 relationship to Golden Spring (New York), which is    10:09:17 | 2    Q. Did you create this document?        10:12:24 |
| 3 his putative lender on this DIP loan; so I'm starting   10:09:20 | 3    A. I don't recall. It should be prepared by --  10:12:26 |
| 4 with the question about where Mr. Kwok lived at the   10:09:29 | 4 I don't recall.                      10:12:37 |
| 5 time the witness started working at Golden Spring    10:09:32 | 5    Q. Give me just one moment, please.        10:12:37 |
| 6 (New York). That is the relevance.            10:09:34 | 6       MR. HARBACH: Sorry for the -- delay,     10:13:55 |
| 7 BY MR. HARBACH:                      10:09:35 | 7 y'all, but hopefully I've just saved us a little   10:13:58 |
| 8    Q. Ms. Wang, what is the answer?          10:09:35 | 8 time.                            10:14:02 |
| 9       MR. ROSEN: I'm going to instruct the     10:09:37 | 9 BY MR. HARBACH:                     10:14:04 |
| 10 witness not to answer this question. This is --     10:09:38 | 10    Q. I'm going to ask you to put aside Exhibit 3, 10:14:05 |
| 11 there is no relevance that I can see to disclosing     10:09:42 | 11 and I'll come back to that a little later.      10:14:08 |
| 12 the whereabouts and the present location of parties   10:09:44 | 12       Okay?                       10:14:12 |
| 13 here to a DIP loan funding. This is just -- it is     10:09:48 | 13    A. Yes.                          10:14:12 |
| 14 just harassment.                      10:09:53 | 14    Q. When -- when you were working for        10:14:13 |
| 15       MR. HARBACH: So you are -- you are     10:09:57 | 15 Golden Spring (Hong Kong), did you have any titles?  10:14:28 |
| 16 instructing the witness not to answer, Scott?       10:09:58 | 16    A. I don't recall. Too many years ago.      10:14:35 |
| 17       MR. ROSEN: Yes, I am.             10:10:01 | 17    Q. What were your duties at Golden Spring     10:14:42 |
| 18       MR. HARBACH: Okay.              10:10:03 | 18 (Hong Kong)?                       10:14:45 |
| 19 BY MR. HARBACH:                     10:10:03 | 19       MR. ROSEN: Objection. This -- can you    10:14:47 |
| 20    Q. Ms. Wang, when you started working at     10:10:04 | 20 please point to which topic on 30(b)(6) that      10:14:50 |
| 21 Golden Spring (New York), what was your title?      10:10:06 | 21 a corporate witness of Golden Spring (New York) that 10:14:55 |
| 22    A. I was -- I am -- I was the -- the president,  10:10:11 | 22 this would -- this would be appropriate to?      10:14:59 |
| 23 secretary, I believe treasurer also, and director.    10:10:16 | 23       MR. HARBACH: Again, I'm exploring her    10:15:01 |
| 24    Q. So you said, to make sure I have this right:  10:10:23 | 24 competency to testify as a representative of      10:15:04 |
| 25 President, secretary, treasurer, and director; is     10:10:27 | 25 Golden Spring (New York) by reference to her prior  10:15:07 |
| Page 42 | Page 44 |

| | |
|---|---|
| 1 that correct?                        10:10:31 | 1 experience and its relationship to her current     10:15:10 |
| 2    A. Correct.                       10:10:32 | 2 titles.                           10:15:13 |
| 3    Q. I'm going to show you -- let's call this     10:10:32 | 3       MR. ROSEN: I'll let the objection stand.   10:15:16 |
| 4 number three.                       10:10:41 | 4       But you can answer the question.       10:15:19 |
| 5       (Deposition Exhibit Number 3       10:10:43 | 5 BY MR. HARBACH:                     10:15:22 |
| 6       was marked for identification.)       10:10:48 | 6    Q. The question, Ms. Wang, was what were your  10:15:23 |
| 7       MR. HARBACH: Wait for it to get populated. 10:10:48 | 7 duties at Golden Spring (Hong Kong)?          10:15:25 |
| 8 I'm told it should be there. I have it.          10:11:27 | 8    A. I took instruction from the owner of       10:15:28 |
| 9 BY MR. HARBACH:                      10:11:30 | 9 company, Mr. Qiang Guo, and worked for him.      10:15:34 |
| 10    Q. Ms. Wang, do you have number three?      10:11:30 | 10    Q. Did you -- doing what?             10:15:42 |
| 11    A. Yes, sir.                       10:11:34 | 11    A. Doing the task that he request me to do.    10:15:46 |
| 12    I have it.                        10:11:35 | 12 I don't recall. It is too many years ago.        10:15:52 |
| 13    Q. Okay. Super.                    10:11:36 | 13    Q. You -- you -- you don't recall what your   10:15:54 |
| 14    Open that -- that one up.            10:11:37 | 14 tasks were?                        10:15:56 |
| 15    A. (Witness complies.)              10:11:39 | 15    A. It is pretty diversified.            10:15:58 |
| 16    Q. And tell me if you recognize this document.  10:11:42 | 16    Q. Okay. Do you recall whether when you were  10:16:04 |
| 17    A. Yes.                          10:11:46 | 17 working for Golden Spring (Hong Kong) you did any  10:16:15 |
| 18    Q. Okay. This is a document that you helped   10:11:50 | 18 work for Mr. Ho Wan Kwok?                10:16:20 |
| 19 create and submitted with an affidavit, isn't it?    10:11:57 | 19    A. I'm sorry.                      10:16:21 |
| 20    A. What do you mean I created, sir?        10:12:01 | 20    Sir, what is your question?            10:16:22 |
| 21    Q. Well, let me withdraw that question.      10:12:08 | 21    Q. When you were working for Golden Spring    10:16:24 |
| 22    You said that you recognized this document.   10:12:11 | 22 Hong Kong, did you do any work for Mr. Ho Wan Kwok? 10:16:30 |
| 23    What is it?                       10:12:13 | 23    A. I don't recall.                   10:16:32 |
| 24    A. It is a director and officer register.      10:12:14 | 24    Q. Who appointed you to be president,        10:16:33 |
| 25    Q. For Golden Spring (New York) Limited?     10:12:19 | 25 secretary, treasurer, and a director of Golden Spring 10:16:45 |
| Page 43 | Page 45 |

| | | |
|---|---|---|
| 1 | (New York) Limited? | 10:16:51 |
| 2 | A. I was appointed by Mr. Qiang Guo. | 10:16:52 |
| 3 | Q. When he appointed you to those positions, | 10:16:56 |
| 4 | what did he tell you your duties would be? | 10:17:00 |
| 5 | A. I was appointed, and he -- he requested me | 10:17:03 |
| 6 | to operate -- to run Golden Spring (New York), his | 10:17:14 |
| 7 | company, as general. | 10:17:19 |
| 8 | Q. Tell me what you mean by as general. | 10:17:21 |
| 9 | A. I mean any task, assignment as the owner of | 10:17:25 |
| 10 | company, himself, he requested to do that I will work | 10:17:34 |
| 11 | for him. | 10:17:39 |
| 12 | Q. When you assumed the role of president, | 10:17:40 |
| 13 | secretary, treasurer, and director of Golden Spring | 10:17:56 |
| 14 | (New York), did you have any financial professional | 10:18:02 |
| 15 | knowledge? | 10:18:05 |
| 16 | A. What do you mean, financial professional | 10:18:07 |
| 17 | knowledge, sir? | 10:18:14 |
| 18 | Q. Let's go back to Exhibit 1. | 10:18:15 |
| 19 | A. (Witness complies.) | 10:18:18 |
| 20 | Q. Correction. Sorry. | 10:18:24 |
| 21 | Exhibit 2. | 10:18:27 |
| 22 | A. (Witness complies.) | 10:18:28 |
| 23 | Q. Page forty-seven. | 10:18:35 |
| 24 | A. (Witness complies.) | 10:18:39 |
| 25 | Q. Actually, you might need to look a bit | 10:18:51 |

Page 46

| | | |
|---|---|---|
| 1 | earlier on to forty-six. | 10:18:55 |
| 2 | Tell me when you are there. | 10:18:59 |
| 3 | A. I am on page forty-six. | 10:19:01 |
| 4 | Q. Okay. At the bottom of page forty-six there | 10:19:03 |
| 5 | is an answer that begins -- and it was in response to | 10:19:07 |
| 6 | a question about some exhibit you were being shown. | 10:19:11 |
| 7 | In the course of your answer, which goes on to page | 10:19:15 |
| 8 | forty-seven, you say, among other things: | 10:19:19 |
| 9 | "ANSWER: I am administrator to | 10:19:22 |
| 10 | Golden Spring. This is not my choice because | 10:19:24 |
| 11 | Chinese Communist party, they kidnap almost | 10:19:27 |
| 12 | all my colleague, between me and the company; | 10:19:32 |
| 13 | so my background, I do not have financial | 10:19:35 |
| 14 | professional knowledge. I do not have | 10:19:38 |
| 15 | American real estate professional knowledge." | 10:19:41 |
| 16 | And your answer goes on. | 10:19:44 |
| 17 | But I have just read the two sentences that | 10:19:47 |
| 18 | I am interested in for my question because my | 10:19:49 |
| 19 | question to you was when you assumed the roles of | 10:19:52 |
| 20 | president, secretary, treasurer, and director of | 10:19:55 |
| 21 | Golden Spring (New York) Limited, did you have any | 10:20:00 |
| 22 | financial professional knowledge? | 10:20:04 |
| 23 | What is the answer? | 10:20:10 |
| 24 | A. These deposition happened in which year, | 10:20:11 |
| 25 | sir? 2018 or '19? | 10:20:17 |

Page 47

| | | |
|---|---|---|
| 1 | Q. The transcript that I just read from was not | 10:20:21 |
| 2 | a deposition. It was testimony in court, and it was | 10:20:23 |
| 3 | in May of 2019. | 10:20:28 |
| 4 | A. Okay. | 10:20:32 |
| 5 | Q. But these -- these appear to have been your | 10:20:32 |
| 6 | words, and so that is why I asked the question. | 10:20:35 |
| 7 | A. So back to 2019, my testifying -- my | 10:20:39 |
| 8 | testimony was correct. I mean, the entire -- | 10:20:44 |
| 9 | Mr. Qiang Guo, his family business, including his | 10:20:50 |
| 10 | employees, were all persecuted. They are either | 10:20:53 |
| 11 | arrested, kidnapped, or disappeared. I was one of | 10:21:00 |
| 12 | the survivor by then. That was correct. | 10:21:04 |
| 13 | And then when I testified back to 2019, | 10:21:07 |
| 14 | I said I don't have -- that was -- I am humble; | 10:21:10 |
| 15 | right? So that was my testimony -- test- -- | 10:21:18 |
| 16 | testimony. And then now in 2022, I mean, I could | 10:21:21 |
| 17 | learn lots in three years; right? | 10:21:26 |
| 18 | Q. Of course. | 10:21:29 |
| 19 | A. So -- | 10:21:29 |
| 20 | Q. Of course. | 10:21:29 |
| 21 | A. -- that doesn't mean I don't have anything | 10:21:29 |
| 22 | for now -- | 10:21:31 |
| 23 | Q. Of course. | 10:21:32 |
| 24 | A. -- to testify in this bankruptcy, you know, | 10:21:32 |
| 25 | deposition. | 10:21:35 |

Page 48

| | | |
|---|---|---|
| 1 | Q. Yeah. I understand that -- that three years | 10:21:35 |
| 2 | have passed. My question isn't about today. | 10:21:38 |
| 3 | My question is about the day when you were | 10:21:43 |
| 4 | appointed to be president, secretary, treasurer, and | 10:21:47 |
| 5 | director of Golden Spring (New York). I'm asking | 10:21:53 |
| 6 | about that day. | 10:21:56 |
| 7 | And my question is as of that day, did you | 10:21:59 |
| 8 | have any financial professional knowledge? | 10:22:03 |
| 9 | A. What kind of financial professional | 10:22:08 |
| 10 | knowledge you are looking for back to three years | 10:22:13 |
| 11 | ago, sir? | 10:22:15 |
| 12 | Q. They were your words, Ms. Wang. You said, | 10:22:16 |
| 13 | I do not have financial professional knowledge. | 10:22:21 |
| 14 | I don't know what you meant. That would be a good | 10:22:26 |
| 15 | question, but it is what you said; so that is why | 10:22:28 |
| 16 | I used those words in asking you. It is a simple | 10:22:33 |
| 17 | question. | 10:22:36 |
| 18 | All I'm asking is at the time you assumed | 10:22:38 |
| 19 | all of those titles at Golden Spring (New York), did | 10:22:41 |
| 20 | you have any financial professional knowledge? Yes | 10:22:44 |
| 21 | or no? | 10:22:49 |
| 22 | A. When I say I didn't -- when I said I don't | 10:22:54 |
| 23 | have, as I repeat again, that is our culture -- our | 10:22:58 |
| 24 | culture, Chinese culture. I was humble to say | 10:23:05 |
| 25 | I don't have professional knowledge. | 10:23:09 |

Page 49

13 (Pages 46 - 49)

PAX-015-013

| | |
|---|---|
| 1    Q.  I understand.                          10:23:11 | 1  Mr. Ho Wan Kwok and his family?              10:25:46 |
| 2    A.  English is not my mother language.  I do not  10:23:12 | 2        MR. ROSEN:  Objection.  Calls for a legal   10:25:51 |
| 3  mean that I know nothing about financial, if that is   10:23:15 | 3  conclusion.                                  10:25:52 |
| 4  the answer you are looking for, sir.          10:23:20 | 4        You can answer that.                   10:25:53 |
| 5    Q.  All I'm looking for is the truth, first of   10:23:22 | 5        THE WITNESS:  I need interpreter help me.   10:25:56 |
| 6  all.                                         10:23:25 | 6  I don't understand your question, sir.        10:25:59 |
| 7        Second, I am not asking you to be humble or   10:23:26 | 7        MR. HARBACH:  Okay.  But before we -- before   10:26:01 |
| 8  proud.  I'm just asking you to be honest.      10:23:31 | 8  we go there -- actually, let -- let's -- Sunny, if   10:26:03 |
| 9    A.  I am.                                  10:23:34 | 9  you don't mind, I will ask the question again.  And   10:26:09 |
| 10    Q.  So similarly, I mean, you were under oath   10:23:34 | 10  I'm -- I'm sorry to refer to you by your first name.   10:26:12 |
| 11  when you testified in court, and I think the   10:23:38 | 11  That is unprofessional.  Sorry.  Ms. Johnston.   10:26:15 |
| 12  expectation would have been that you be honest then   10:23:40 | 12  BY MR. HARBACH:                               10:26:15 |
| 13  as well.                                     10:23:43 | 13    Q.  Ms. Wang, the question is in your capacity   10:26:20 |
| 14    A.  I was.                                10:23:44 | 14  as president of Golden Spring (New York) Limited,   10:26:23 |
| 15    Q.  Okay.  So I wasn't there that day.  All   10:23:45 | 15  isn't it true that you serve as an administrator for   10:26:30 |
| 16  I have is the transcript.  And I'm just being -- I'm   10:23:48 | 16  the interests of Mr. Kwok -- Mr. Ho Wan Kwok and his   10:26:35 |
| 17  being honest with you.  That is the reason for my   10:23:52 | 17  family?                                      10:26:40 |
| 18  question is because I saw that you said that you   10:23:54 | 18        MR. ROSEN:  I'll repeat the objection.   10:26:43 |
| 19  don't have any financial professional knowledge.   10:23:58 | 19        You can answer the question.            10:26:46 |
| 20        So I suppose the question is if you were   10:24:01 | 20        MR. HARBACH:  (Interprets question.)    10:27:15 |
| 21  just being humble back in 2019, do you mean to say   10:24:05 | 21        THE CHECK INTERPRETER:  The check       10:27:15 |
| 22  that you, in fact, did have financial professional   10:24:10 | 22  interpreter heard Mr. Kwok and Mr. Ho Wan Kwok and   10:27:16 |
| 23  knowledge when you were appointed to all of those   10:24:14 | 23  his family.                                  10:27:20 |
| 24  positions at Golden Spring?  Is that what you were   10:24:16 | 24        MR. HARBACH:  That is correct.          10:27:21 |
| 25  trying to say?                                10:24:20 | 25        That was the question.                  10:27:22 |
|                                      Page 50 |                                      Page 52 |
| 1    A.  I am not trying to say anything.  My   10:24:20 | 1        THE CHECK INTERPRETER:  Yes.            10:27:24 |
| 2  testimony -- back to 2019, that was my testimony, and   10:24:23 | 2        But not Wengui Guo; right?              10:27:25 |
| 3  that -- I stay with that.  That is a -- true and   10:24:27 | 3        MR. HARBACH:  That --                   10:27:29 |
| 4  accurate information, sir.  And regarding right now   10:24:31 | 4        THE INTERPRETER:  That is his Mandarin name,   10:27:29 |
| 5  what are you looking for after three years, I do not   10:24:34 | 5  Ho Wan Kwok.  The Mandarin is Wengui Guo.       10:27:36 |
| 6  understand, and I will do my best to help you.   10:24:38 | 6        THE CHECK INTERPRETER:  But, I mean, the   10:27:42 |
| 7    Q.  Okay.  Same question about the next sentence   10:24:40 | 7  counsel said Ho Wan Kwok.                      10:27:43 |
| 8  on the transcript, which says:                10:24:44 | 8        MR. HARBACH:  Yes.                      10:27:45 |
| 9        "I do not have American real estate   10:24:46 | 9        The reason that counsel said Ho Wan Kwok was   10:27:45 |
| 10        professional knowledge."                10:24:49 | 10  because the witness said that is how she knows the   10:27:48 |
| 11        Was that true when you said those words in   10:24:50 | 11  debtor.  I asked her earlier whether she knew the   10:27:51 |
| 12  2019?                                        10:24:53 | 12  name Wengui Guo, and she said she knows him as   10:27:56 |
| 13    A.  It is correct.  I am not real -- realtor.   10:24:55 | 13  Ho Wan Kwok; so that is why I used that name.   10:28:01 |
| 14  I am not a licensed realtor; right?  That was   10:25:00 | 14        THE INTERPRETER:  Yes.                  10:28:03 |
| 15  correct.                                     10:25:03 | 15        MR. HARBACH:  But we can clear this -- we   10:28:05 |
| 16    Q.  Okay.  So it is correct that at least as of   10:25:06 | 16  can clear this up now, Ms. Wilkinson.         10:28:06 |
| 17  May of 2019 you did not have American real estate   10:25:09 | 17        THE CHECK INTERPRETER:  Okay.           10:28:08 |
| 18  professional knowledge --                     10:25:14 | 18  BY MR. HARBACH:                               10:28:08 |
| 19    A.  Correct.                              10:25:15 | 19    Q.  Ms. Wang, what name would you prefer to use   10:28:08 |
| 20    Q.  -- correct?                           10:25:16 | 20  going forward to refer to Mr. Qiang Guo's father?   10:28:12 |
| 21    A.  I don't have a license at all by then.   10:25:16 | 21    A.  Mr. Ho Wan Kwok.                        10:28:18 |
| 22    Q.  Next question.                        10:25:19 | 22    Q.  Very good.                            10:28:19 |
| 23        Is it true that in your capacity as   10:25:29 | 23    A.  That is the debtor; right?  That is the   10:28:20 |
| 24  president of Golden Spring (New York) Limited you   10:25:36 | 24  debtor's name.                                10:28:21 |
| 25  serve as an administrator for the interests of   10:25:42 | 25        Am I right.                            10:28:23 |
|                                      Page 51 |                                      Page 53 |

14 (Pages 50 - 53)

PAX-015-014

1    Q. You are right. That is correct.    10:28:24
2    A. Let's go with it, yeah. Uh-huh.    10:28:25
3    Q. So would you like Ms. Johnston to repeat the    10:28:27
4    question in Chinese for you, ma'am?    10:28:30
5    A. Yes, please.    10:28:32
6    Q. Okay.    10:28:34
7        THE INTERPRETER: Mr. Harbach, can you just    10:28:37
8    repeat the question one more time, please.    10:28:39
9        MR. HARBACH: Sure. No problem.    10:28:42
10        THE INTERPRETER: Just so you know, the    10:28:46
11    interpreter does not speak Cantonese; so I will just    10:28:48
12    re-- I will just say the name the way you pronounce    10:28:53
13    it instead of saying the Mandarin name.    10:28:54
14        MR. HARBACH: Okay. That -- that's fine.    10:28:57
15    And, obviously, I speak neither; so I will rely on    10:28:59
16    you all.    10:29:02
17    BY MR. HARBACH:    10:29:03
18    Q. So here is the question.    10:29:03
19        In your capacity as president of    10:29:05
20    Golden Spring (New York) Limited, isn't it true that    10:29:07
21    you serve as an administrator for the interests of    10:29:12
22    Mr. Ho Wan Kwok and his family?    10:29:18
23        MR. ROSEN: Objection.    10:29:23
24    You may answer.    10:29:25
25    THE WITNESS: (Through Interpreter) Well,    10:29:59

Page 54

1    first of all, I don't know what you meant by the word    10:30:07
2    administrator.    10:30:10
3        And, second, I worked for Mr. Qiang Guo.    10:30:11
4        MR. HARBACH: Is that the end of the answer,    10:30:22
5    Ms. Johnston?    10:30:23
6        THE INTERPRETER: Yes, it was.    10:30:25
7        MR. HARBACH: Okay. Thank you.    10:30:27
8    BY MR. HARBACH:    10:30:28
9    Q. Let's take a look now at Exhibit 4.    10:30:28
10        (Deposition Exhibit Number 4    10:30:31
11        was marked for identification.)    10:30:35
12        THE WITNESS: (Witness complies.)    10:30:35
13    BY MR. HARBACH:    10:30:57
14    Q. Okay. I have got it, Ms. Wang. I hope you    10:30:57
15    do too.    10:31:00
16    A. (In English) Yes.    10:31:01
17    I am here.    10:31:03
18    Q. Very good.    10:31:04
19        Open up Exhibit 4, please.    10:31:05
20    A. Yes.    10:31:07
21    Q. And the first thing I want to do is go to    10:31:07
22    the very last page.    10:31:10
23    A. (Witness complies.)    10:31:12
24    Q. Are you there?    10:31:14
25    A. Yes.    10:31:15

Page 55

1    Q. Is that your signature on the top right of    10:31:15
2    Exhibit 4?    10:31:19
3    A. Sorry, sir.    10:31:25
4        You mean Exhibit 4; right?    10:31:26
5    Q. Yes, sir -- or excuse me. Yes, ma'am.    10:31:28
6    A. Okay. I opened the wrong one.    10:31:33
7    Q. Okay.    10:31:35
8    A. So let me go back.    10:31:35
9        Exhibit 4, you mean the director and officer    10:31:37
10    register?    10:31:40
11    Q. No. No. No.    10:31:41
12    A. Okay. That's --    10:31:44
13    Q. This is the one that says exhibit, and then    10:31:44
14    it has the number next to it, four.    10:31:47
15    A. Okay.    10:31:50
16    Q. So when you open that up, the first page    10:31:51
17    says affidavit of Yan Ping Wang.    10:31:54
18        Let me know if you have the right document.    10:31:58
19    A. Yes.    10:32:01
20    Q. Good.    10:32:01
21        Now go to the last page of it, please. That    10:32:02
22    is page three.    10:32:05
23    A. (Witness complies.)    10:32:06
24    Yes.    10:32:06
25    Q. My question to you is is that signature on    10:32:07

Page 56

1    the top right-hand corner of page three of Exhibit 4    10:32:12
2    yours?    10:32:16
3    A. Yes.    10:32:17
4    Q. Okay. Now let's go back to page one.    10:32:18
5    A. (Witness complies.)    10:32:21
6    Q. And you can see that this is an affidavit    10:32:21
7    that you signed and that was filed in the    10:32:26
8    Supreme Court of the State of New York on May 16th of    10:32:28
9    2018.    10:32:32
10        Do you see that?    10:32:34
11    A. Yes.    10:32:35
12    Q. Okay. Now, I also note that on page    10:32:40
13    three -- sorry to keep jerking you around.    10:32:43
14        Could you please go to page three.    10:32:47
15    A. The last page; right?    10:32:50
16    Q. Yes, ma'am.    10:32:54
17    A. (Witness complies.)    10:32:55
18    Yes.    10:32:55
19    I am here.    10:32:56
20    Q. You will see above the notary public's    10:32:56
21    signature that it indicates that it was sworn on    10:32:59
22    May 15th of 2018.    10:33:02
23        Do you see that there?    10:33:04
24    A. Yes.    10:33:05
25    Q. Okay. Now go back to page one for me.    10:33:08

Page 57

15 (Pages 54 - 57)

**Page 58**

1    A. (Witness complies.)            10:33:11
2    Q. Tell me when you are there.          10:33:14
3    A. Yes.                  10:33:17
4    Q. The very first sentence of your dep--    10:33:18
5 excuse me. Of this affidavit says:          10:33:23
6        "I am the president of Golden Spring    10:33:26
7    (New York) Limited, and in that capacity    10:33:28
8    serve as an administrator for the interests    10:33:32
9    of the defendant sued herein as Kwok Ho    10:33:35
10   Wan" --                  10:33:35
11   And then there follows several akas.      10:33:42
12       -- "and his family," period.        10:33:46
13   Do you see that sentence?          10:33:48
14   A. Yes.                  10:33:52
15   Q. So I'll ask you to tell me what being an    10:33:52
16 administrator of the interests of Mr. Kwok Ho Wan and  10:34:00
17 his family means, because they are your words.    10:34:12
18   A. This is drafted by the attorneys also; so in  10:34:16
19 my understanding, an administrator, these words --  10:34:20
20 as, again, I am not native speaker at all -- means  10:34:25
21 that I work for Golden Spring and take instruction    10:34:29
22 from owner of Golden Spring to work out the      10:34:32
23 assignment and task Golden Spring request me to do is  10:34:39
24 what I mean in here.              10:34:43
25   Q. How many affidavits do you think you have    10:34:44

**Page 59**

1 signed in your lifetime?            10:34:48
2    A. I don't recall.              10:34:50
3    Q. More than five?              10:34:52
4    A. I don't recall.              10:34:55
5    Q. More than twenty-five?          10:34:57
6    A. I don't recall.              10:34:59
7    Q. Maybe more than fifty?          10:35:01
8    A. I don't recall.              10:35:04
9    Q. Do you know what -- what an affidavit is?    10:35:08
10   A. What do you mean, do I know what affidavit    10:35:12
11 is?                    10:35:17
12   Q. Do you know what an affidavit is? Do you    10:35:18
13 know what the word means?          10:35:20
14   A. I don't understand your question.      10:35:23
15   MR. HARBACH: Ms. Johnston, can you please    10:35:30
16 translate.                  10:35:33
17   Do you know what an affidavit is?      10:35:34
18   THE INTERPRETER: (Interprets question.)    10:35:47
19   THE WITNESS: So I don't understand your    10:35:47
20 question. All I have done in that I work for      10:35:58
21 Golden Spring (New York) Limited. I am not native    10:36:01
22 speaker. I am definitely not legal person either;    10:36:01
23 right?                  10:36:01
24   So like, I just to be here, and then what    10:36:06
25 being before there to tell the legal all the truthful  10:36:07

**Page 60**

1 information as best of my capacity and as best of my  10:36:11
2 knowledge --                10:36:15
3 BY MR. HARBACH:              10:36:16
4    Q. Okay.                10:36:16
5    A. -- is what I can say.            10:36:16
6    Q. Okay.                10:36:18
7    A. I don't know what you are looking for.    10:36:18
8 I mean, if you are looking for words in the      10:36:20
9 dictionary, I don't know what you are looking for.    10:36:22
10   Q. I'm asking you if you know what an affidavit  10:36:24
11 is.                    10:36:27
12   A. Affidavit is a legal paperwork.      10:36:28
13   Q. Okay. And do you understand that an    10:36:30
14 affidavit is a piece of legal paperwork where    10:36:34
15 a person provides testimony that is sworn under oath?  10:36:38
16   A. Yes.                  10:36:46
17   Q. Okay. And you told me a moment ago you    10:36:47
18 actually, I want to be fair.          10:36:51
19   You don't -- you don't know how many      10:36:54
20 affidavits you may have done in the past; is that    10:36:56
21 correct?                  10:37:01
22   A. I don't recall. Like, why should I recall    10:37:02
23 how many of them? I mean --          10:37:08
24   Q. I'm not -- I'm not suggesting --      10:37:10
25   A. I don't work in a law firm; right?      10:37:12

**Page 61**

1    Q. I'm not --                10:37:14
2    A. So why should I recall?          10:37:14
3    Q. I'm not suggesting whether you should or you  10:37:16
4 shouldn't. All I'm asking is whether you know how  10:37:19
5 many affidavits you have prepared in your life.    10:37:23
6    And I understood your answer to be that you    10:37:26
7 do not know; is that right?          10:37:29
8    A. Sir, now you are asking in my life. I don't  10:37:31
9 recall. That is my answer.          10:37:36
10   Q. Okay. That is fine. That is all I'm    10:37:38
11 asking.                  10:37:41
12   You have told me that you understand an    10:37:43
13 affidavit to be a legal document where a person    10:37:46
14 provides testimony that is sworn under oath; is that  10:37:51
15 right?                  10:37:55
16   A. The sentence which you read me through, this  10:37:58
17 was I signed back to 2018. And then now as      10:38:01
18 April 2020 [sic] of course I couldn't remember that,  10:38:08
19 like, four years ago almost.          10:38:15
20   Q. But --                10:38:17
21   A. But I do know that that is a legal      10:38:17
22 paperwork. I gave all my truthful and honest    10:38:19
23 information in that paperwork. This I am testifying  10:38:22
24 right now.                  10:38:25
25   Q. Okay. And so when you signed this affidavit  10:38:26

16 (Pages 58 - 61)

PAX-015-016

1  in May of 2018, it was truthful when you signed it;    10:38:29
2  is that correct?    10:38:39
3     A.  When I signed and I gave all my truthful    10:38:41
4  information.    10:38:47
5     Q.  Was this -- this affidavit that is Exhibit 4    10:38:49
6  that we're looking at, was it true when you signed it    10:38:53
7  and swore to it?    10:38:58
8     A.  I signed affidavit back to 2018 of this    10:39:03
9  one.  That is my best and truthful knowledge and    10:39:07
10  information I gave.    10:39:12
11     Q.  Is that a "yes"?    10:39:12
12     A.  I answered your question, sir, already.    10:39:17
13     Q.  Well, I'm going to ask it one more time.    10:39:20
14  I think you may have, but I want to ask it one more    10:39:24
15  time just to make sure we are clear.    10:39:28
16        Was this affidavit -- that is, Exhibit 4 --    10:39:30
17  true at the time that you signed it?    10:39:32
18     A.  What do you mean, at the time when I signed    10:39:37
19  it?  I mean, I signed it as true back in 2018.    10:39:46
20     Q.  Right.    10:39:51
21        And -- and here's the -- here's the problem.    10:39:51
22  Just a few minutes ago, when I asked you about the    10:39:55
23  first sentence of Exhibit 4, you said something about    10:39:59
24  this document being prepared by lawyers and that    10:40:00
25  English isn't your first language and that -- and so    10:40:06

Page 62

1  that is why I'm asking these questions so that I can    10:40:12
2  understand whether what is written on the page here    10:40:15
3  is your truthful testimony or not.    10:40:19
4     A.  So....    10:40:27
5     Q.  All I can do is ask you -- let me finish my    10:40:29
6  question.    10:40:33
7        I don't know what is in your brain.  All    10:40:33
8  I can do is ask questions.  You have told me that you    10:40:36
9  signed this document.  You have told me that you    10:40:39
10  understand it is an affidavit.  You have told me what    10:40:41
11  you understand an affidavit to be.    10:40:45
12        And so now all I'm asking you is whether    10:40:50
13  this particular affidavit was true when you signed    10:40:53
14  it.  That is a yes, no, I don't know, or I don't    10:40:59
15  remember question.    10:41:06
16     A.  This is several questions, sir.  I cannot    10:41:11
17  only answer one yes or one no.    10:41:14
18     Q.  Sure you can.  It is a single question.  The    10:41:17
19  answer can be either yes, it could be no, it could be    10:41:21
20  I don't know, or it could be I don't remember.    10:41:25
21     A.  The affidavit --    10:41:32
22     Q.  Do you need me to ask the question one more    10:41:33
23  time?    10:41:36
24     A.  The affidavit, which I signed back to 2018,    10:41:36
25  was drafted by attorney, yes.  My language -- English    10:41:39

Page 63

1  is not my native language, yes.  I signed affidavit    10:41:45
2  back to 2018.  That is a truthful information as best    10:41:50
3  of my knowledge.  By then, when I signed my name in    10:41:53
4  there, yes.    10:41:57
5        I'm testifying right now to explain and let    10:41:58
6  you know all of those yes and no, that is my truthful    10:42:02
7  testimony by now, yes.  This is all my yes and no    10:42:06
8  answer, sir.    10:42:10
9     Q.  At the time that you signed Exhibit 4, did    10:42:11
10  you understand it?    10:42:14
11     A.  Understand what?    10:42:18
12     Q.  Did you understand what you were signing?    10:42:19
13     A.  The affidavit.    10:42:22
14     Q.  Were you able to read it and understand what    10:42:24
15  it said?    10:42:27
16     A.  I don't understand your question.  What --    10:42:31
17  you are asking my recollection back to 2018?    10:42:35
18     Q.  You --    10:42:38
19     A.  I don't recall.    10:42:38
20     Q.  You don't recall whether when you signed    10:42:38
21  this affidavit you understood what it said?    10:42:41
22     A.  It is four years ago, sir.  I don't recall    10:42:46
23  the details by then.    10:42:49
24     Q.  Do you make a habit of signing affidavits    10:42:51
25  under oath when you don't understand what they say --    10:42:55

Page 64

1  with- -- withdrawn.    10:42:58
2        MR. HARBACH:  Scott, you don't have to    10:43:01
3  object.    10:43:02
4  BY MR. HARBACH:    10:43:03
5     Q.  Do you recall whether this affidavit was    10:43:04
6  translated for you?    10:43:06
7     A.  I don't recall.  Again, like, it is three or    10:43:07
8  four years ago.  I don't recall.    10:43:11
9     Q.  When was the last affidavit that you    10:43:16
10  executed, approximately?    10:43:26
11        MR. ROSEN:  Objection.    10:43:28
12        THE WITNESS -- we have really got to move on, David.    10:43:30
13  This is --    10:43:34
14        MR. HARBACH:  Listen, now, Scott.  This is    10:43:35
15  nothing personal, obviously.  I would love nothing    10:43:38
16  more than to move on, but I'm just trying to get the    10:43:40
17  witness to adopt what she swore to three years ago.    10:43:44
18        MR. ROSEN:  All right.  How is that relevant    10:43:51
19  to the 30(b)(6) deposition topics today?    10:43:53
20        MR. HARBACH:  Oh, because it is squarely    10:43:56
21  within what her job is as president of Golden Spring    10:43:58
22  (New York).  That is 100 percent within the scope of    10:44:02
23  what we're talking about here.  She has told us about    10:44:05
24  all the titles that she has, and I'm exploring what    10:44:09
25  she does.  And she has filed an affidavit saying that    10:44:13

Page 65

17 (Pages 62 - 65)

PAX-015-017

1 her job is what we have read several times, and now   10:44:16
2 she doesn't want to answer that. She doesn't want to   10:44:20
3 own that; so I'm going to stop arguing, but it is   10:44:23
4 plainly relevant. Plainly relevant.   10:44:27
5       You can instruct her not to answer. You can   10:44:30
6 instruct her not to answer any question that mentions   10:44:33
7 Ho Wan Kwok if you want. But I'm going to stay right   10:44:36
8 here until I understand what was in this witness'   10:44:39
9 head when she signed this affidavit.   10:44:42
10      MR. ROSEN: Well, I think you have -- you   10:44:44
11 have pretty much established on the record that what   10:44:46
12 you are going for has nothing to do with this DIP   10:44:50
13 loan.   10:44:52
14      So I am going to instruct the witness not to   10:44:52
15 answer this question.   10:44:55
16      MR. HARBACH: Okay. I think we should take   10:44:56
17 a little break because, among other things, I need to   10:44:59
18 go to the restroom.   10:45:01
19      So can we please, Mr. Videographer, take ten   10:45:03
20 minutes.   10:45:06
21      THE VIDEOGRAPHER: We are going off the   10:45:06
22 record.   10:45:08
23      The time is 10:45.   10:45:08
24      (Short recess taken.)   10:45:10
25      THE VIDEOGRAPHER: We are back on the   11:00:21

Page 66

1 (New York), you served as an administrator for the   11:01:57
2 interests of Mr. Kwok Ho Wan and his family?   11:02:01
3    A. Yes.   11:02:07
4       As the language read in my affidavit, yes.   11:02:13
5    Q. Do you recall what you meant by an   11:02:16
6 administrator for the interests of Mr. Kwok Ho Wan   11:02:45
7 and his family?   11:02:49
8    A. The language in this affidavit was drafted   11:02:51
9 by attorney, and, in my understanding,   11:02:57
10 Golden Spring -- as per Mr. Qiang Guo's instruction,   11:03:03
11 Golden Spring, like, pay Mr. Ho Wan Kwok, like, his   11:03:10
12 lifestyle and then et cetera; so that was my   11:03:17
13 understanding.   11:03:21
14    Q. That was your understanding of your role?   11:03:22
15 Because that was what my question was about.   11:03:27
16    A. My role as president of Golden Spring or   11:03:31
17 administrator?   11:03:35
18    Q. Well, you have stated that as president, you   11:03:36
19 served as an administrator of Mr. Kwok   11:03:42
20 Ho Wan's interests.   11:03:46
21      And so I'm asking about whether what you   11:03:50
22 just described was your role in May of 2018.   11:03:54
23    A. I am the president of Golden Spring. I took   11:04:01
24 instruction from Mr. Qiang Guo and served as an   11:04:05
25 administrator -- administrator for his father.   11:04:09

Page 68

1 record.   11:00:23
2      The time is 11:00 o'clock.   11:00:23
3 BY MR. HARBACH:   11:00:31
4    Q. Ms. Wang, before the break I was asking you   11:00:35
5 about Exhibit 4, which is an affidavit that you   11:00:37
6 signed in May of 2018.   11:00:43
7      MR. HARBACH: Scott, I confess, I do not   11:00:48
8 recall where we left off was with your   11:00:51
9 instructing the witness not to answer my question --   11:00:54
10 any more questions about this. And let me -- and let   11:01:00
11 me just -- let me say before you answer that if you   11:01:04
12 let me answer one or two -- ask one or two more, I'll   11:01:07
13 move on.   11:01:13
14      MR. ROSEN: I appreciate that, and yeah.   11:01:14
15 Please -- I'll instruct the witness at this time to   11:01:18
16 answer the question.   11:01:22
17      MR. HARBACH: Okay. Thank you.   11:01:24
18 BY MR. HARBACH:   11:01:25
19    Q. So Ms. Wang, do you still have Exhibit 4 in   11:01:25
20 front of you?   11:01:30
21    A. Exhibit 4? Yes, sir. Yes.   11:01:32
22    Q. Okay. So again, reminding you that this   11:01:38
23 affidavit was signed in May 2018.   11:01:41
24      My question for you is is it true that in   11:01:45
25 May of 2018, as president of Golden Spring   11:01:51

Page 67

1    Q. And was that true from the moment you began   11:04:13
2 working at Golden Spring?   11:04:17
3    A. Oh, sir, the moment -- again, you are asking   11:04:21
4 the time; right?   11:04:25
5    Q. Well, I'm asking whether what you just   11:04:27
6 described as your duties as an administrator, was   11:04:31
7 that true from the beginning, from when you first   11:04:38
8 started working at Golden Spring (New York)?   11:04:40
9    A. When I started working for Golden Spring   11:04:42
10 (New York), I did take instruction from Mr. Qiang Guo   11:04:52
11 to -- to serve, as I said, as administrator for his   11:04:54
12 father.   11:05:00
13    Q. And so that would have been in the spring of   11:05:00
14 2018, when you started working for Golden Spring   11:05:04
15 (New York); is that right?   11:05:07
16    A. Correct, sir.   11:05:10
17    Q. And how frequently did you communicate with   11:05:11
18 Mr. Qiang Guo during that time, say the spring of   11:05:16
19 2018?   11:05:22
20    A. I don't recall, but I do believe we -- we   11:05:24
21 talk as needed.   11:05:29
22    Q. Okay. Once a day?   11:05:30
23    A. I don't recall.   11:05:35
24    Q. Okay. Do you recall whether you talked to   11:05:36
25 him once a week?   11:05:39

Page 69

18 (Pages 66 - 69)

PAX-015-018

**Page 70**

1  A. I don't recall. As I said, we just talk as   11:05:43
2  needed. If, you know, we need to talk, we just talk.   11:05:47
3  Q. Okay.   11:05:51
4  A. I don't, like, calculate, yeah.   11:05:52
5  Q. No. I understand.   11:05:54
6  And I don't mean to be asking for a precise   11:05:56
7  calculation. I'm just trying to get a sense of how   11:05:58
8  often you talked to him.   11:06:02
9  When you talked to him, meaning   11:06:03
10 Mr. Qiang Guo, did you speak by phone? in person?   11:06:06
11 a mix?   11:06:12
12 A. Both.   11:06:15
13 Q. Okay. Hang on one second, please. Sorry   11:06:22
14 for the holdup.   11:06:58
15 How often did you communicate with   11:07:01
16 Mr. Ho Wan Kwok in the spring of 2018 to fulfill your   11:07:07
17 role, as you have described it?   11:07:13
18 A. I don't recall.   11:07:17
19 Q. Did you ever communicate with him?   11:07:18
20 A. Yes.   11:07:23
21 We did communicate.   11:07:26
22 Q. And was that in person?   11:07:27
23 A. Yes.   11:07:31
24 In person.   11:07:33
25 Q. Okay. And how frequently?   11:07:33

**Page 71**

1  A. I don't recall.   11:07:37
2  Q. Okay. More than one a week?   11:07:40
3  A. Sir, you are asking back to 2018, when   11:07:45
4  I start work for Golden Spring?   11:07:51
5  Q. Yes. Yes, ma'am. I am.   11:07:54
6  A. Oh, I don't recall.   11:07:57
7  Q. Okay. Let's see.   11:07:58
8  MR. HARBACH: Oh, thank you.   11:08:26
9  BY MR. HARBACH:   11:08:26
10 Q. My colleague reminds me, I meant to ask this   11:08:28
11 question.   11:08:32
12 When you started working at Golden Spring   11:08:32
13 (New York) in New York City, where did you reside?   11:08:37
14 I don't mean the -- the exact address, but where did   11:08:41
15 you reside?   11:08:45
16 MR. ROSEN: Objection. There are security   11:08:47
17 reasons that Ms. Wang does not want to give   11:08:51
18 a residence address.   11:08:54
19 Are you talking about a city or -- something   11:08:57
20 as general as a city or are you talking address?   11:09:00
21 MR. HARBACH: I'll -- I'll try and ask the   11:09:05
22 question in a way that avoids those concerns, Scott.   11:09:07
23 MR. ROSEN: Thank you.   11:09:11
24 BY MR. HARBACH:   11:09:12
25 Q. Ms. Wang, when you started working at   11:09:12

**Page 72**

1  Golden Spring (New York) in New York City in 2018,   11:09:15
2  did you reside in the same location as   11:09:21
3  Mr. Ho Wan Kwok?   11:09:24
4  A. I lived in New York.   11:09:33
5  Q. Did you reside -- again, I'm not talking   11:09:34
6  about now.   11:09:41
7  I'm talking about in 2018, when you started   11:09:41
8  working at Golden Spring (New York), did you reside   11:09:46
9  in the same dwelling as Mr. Ho Wan Kwok?   11:09:51
10 A. Sir, what do you mean by dwelling? Do you   11:10:00
11 mean --   11:10:03
12 Q. A house.   11:10:03
13 A. Is it --   11:10:04
14 Q. Is it a house? an apartment? It doesn't   11:10:05
15 matter.   11:10:09
16 Did you live in the same home as   11:10:09
17 Mr. Ho Wan Kwok?   11:10:12
18 A. No.   11:10:12
19 Q. Have you ever been to the -- withdrawn.   11:10:19
20 Have you ever lived in the eighteenth floor   11:10:22
21 apartment of the Sherry-Netherland?   11:10:29
22 A. I visited there, sir.   11:10:33
23 Q. Fair enough.   11:10:36
24 I'm asking whether you have ever resided   11:10:36
25 there.   11:10:40

**Page 73**

1  A. What do you mean, reside? As in, like,   11:10:40
2  my -- my home? No.   11:10:45
3  Q. Okay. Have you ever stayed there for --   11:10:47
4  MR. HARBACH: And, Scott, this is my last   11:10:52
5  one.   11:10:54
6  BY MR. HARBACH:   11:10:55
7  Q. Have you ever stayed there for more than   11:10:55
8  a couple of weeks?   11:10:58
9  A. I don't recall.   11:10:59
10 Q. Okay. Can we turn now to -- back to   11:11:00
11 Exhibit 1.   11:11:20
12 A. (Witness complies.)   11:11:22
13 Q. Tell me when you have got it up, Ms. Wang.   11:11:28
14 A. Yes, I am.   11:11:35
15 Q. Okay. The cover page, just to help you   11:11:36
16 orient yourself, is dated October 11th, 2018, which   11:11:44
17 was the date of this deposition.   11:11:49
18 Okay?   11:11:52
19 A. Yes.   11:11:54
20 Q. All right. And so that is approximately --   11:11:54
21 I don't know -- six months after you started working   11:12:00
22 at Golden Spring (New York)?   11:12:03
23 A. And -- yes. Kind of.   11:12:11
24 Q. You said you started working in the spring   11:12:13
25 of 2018; so approximately six months.   11:12:16

19 (Pages 70 - 73)

| | Page 74 | | Page 76 |
|---|---|---|---|

1    Is that fair?    11:12:19
2    A.  Yes.    11:12:20
3    Q.  Okay.  So let's go to page sixty.    11:12:21
4    A.  (Witness complies.)    11:12:32
5    Q.  And, again, looking at the little pages.    11:12:33
6    Tell me when you are there.    11:12:45
7    A.  Yes.    11:12:50
8    Q.  Okay.  The very top of page sixty there is    11:12:50
9    a -- the tail end of a question and then a question    11:12:54
10    that begins on line two:    11:12:57
11    "QUESTION:  Do you know Mileson Kwok?"    11:13:00
12    Your answer is:    11:13:04
13    "ANSWER:  Yes."    11:13:05
14    The question:    11:13:06
15    "QUESTION:  Is that Mr. Kwok's son?    11:13:06
16    "ANSWER:  Yes.    11:13:09
17    "QUESTION:  Have you ever met him in    11:13:11
18    person?    11:13:12
19    "ANSWER:  Yes.    11:13:13
20    "QUESTION:  Does he have any role at    11:13:14
21    Golden Spring?    11:13:17
22    "ANSWER:  I don't know.    11:13:19
23    "QUESTION:  You never interacted with    11:13:22
24    him in regard to any Golden Spring business?    11:13:24
25    "ANSWER:  No."    11:13:28

Page 74

1    was accurate.    11:14:41
2    Q.  Okay.    11:14:42
3    A.  The testimony right now, after I was    11:14:43
4    corrected, is accurate also, sir.    11:14:45
5    Q.  I see.    11:14:48
6    And so the -- the correction concerned his    11:14:49
7    name; right?    11:14:51
8    A.  Yes.    11:14:52
9    Mr. Qiang Guo's name.    11:14:53
10    Q.  Okay.    11:14:55
11    A.  That is reason why I am insisting calling    11:14:56
12    him Mr. Qiang Guo; right?    11:15:00
13    So that is the accurate -- you know, his    11:15:00
14    official name.    11:15:04
15    Q.  Understood.    11:15:04
16    A.  That works better for me, yeah.    11:15:05
17    MR. HARBACH:  And with apologies to the    11:15:07
18    reporter for interrupting.  I'll try to do better.    11:15:10
19    BY MR. HARBACH:    11:15:13
20    Q.  Next question on the deposition transcript    11:15:13
21    is:    11:15:16
22    "QUESTION:  Is that Mr. Kwok's son?    11:15:17
23    "ANSWER:  Yes."    11:15:20
24    So there is no question whether it is    11:15:22
25    Mileson Kwok or Qiang Guo.    11:15:25

Page 76

1    Did I read that correctly?    11:13:36
2    A.  Yes.    11:13:38
3    Q.  Can you explain -- well, first of all, is    11:13:39
4    that true?    11:13:46
5    A.  Well --    11:13:52
6    Q.  Let's go through them -- let's go through    11:13:53
7    them one by one so we can be crystal clear.  First    11:13:57
8    question:    11:14:01
9    "QUESTION:  Do you know Mileson Kwong?"    11:14:01
10    Was that true in October 11th, 2018, you    11:14:09
11    knew Mileson Kwok?  Was that true?    11:14:11
12    A.  I was given a wrong impression back in 2018.    11:14:13
13    Like, I was thinking, like, Mileson go with Kwok    11:14:17
14    also.  The reason why --    11:14:22
15    Q.  I am --    11:14:22
16    A.  -- I am --    11:14:24
17    Q.  -- going to --    11:14:24
18    A.  -- testifying --    11:14:24
19    Q.  -- interrupt.    11:14:24
20    A.  -- right now --    11:14:25
21    Q.  Yeah.    11:14:25
22    A.  -- I was corrected by Mr. Qiang Guo.    11:14:27
23    He purposely corrected me after -- I forget when.  He    11:14:30
24    corrected me and said that he always go with    11:14:33
25    Mileson Kwok; so the testimony by then back in 2018    11:14:37

Page 75

1    We are talking about Mr. Kwok Ho Wan's son;    11:15:27
2    correct?    11:15:34
3    A.  Correct.    11:15:34
4    Q.  And Mr. Ho Wan Kwok has one, and only one,    11:15:35
5    son; correct?    11:15:40
6    A.  Correct.    11:15:42
7    Q.  Okay.  Next question:    11:15:43
8    "QUESTION:  Have you ever met him" --    11:15:47
9    Meaning who we're calling Qiang Guo.    11:15:51
10    -- "in person?"    11:15:54
11    Your answer was:    11:15:56
12    "ANSWER:  Yes."    11:15:58
13    Was that true that you had met Qiang Guo in    11:16:01
14    person as of October 11th, 2018?    11:16:05
15    A.  Yes.    11:16:07
16    Q.  Okay.  Next question:    11:16:07
17    "QUESTION:  Does he, Qiang Guo, have any    11:16:17
18    role at Golden Spring?"    11:16:17
19    Your answer was you don't know.    11:16:19
20    Now, this is six months after you said you    11:16:22
21    started at Golden Spring.  Months after what you    11:16:25
22    claim earlier were conversations with Mr. Qiang Guo    11:16:31
23    about your role and duties.    11:16:35
24    So why, six months after you started at    11:16:39
25    Golden Spring, did you say that you didn't know    11:16:42

Page 77

20 (Pages 74 - 77)

Page 78

```
 1  whether he had any role?              11:16:46
 2      A.  That was after --             11:16:50
 3      Q.  Isn't that -- isn't that also true that you  11:16:52
 4  did not know?                         11:16:55
 5      A.  So sir, you finish your question; so can  11:17:02
 6  I start to answer or you still have more, sir?  I'll  11:17:06
 7  wait until you finish.                11:17:09
 8      Q.  You -- thank you for waiting.   11:17:11
 9          You can answer if you answer my question.  11:17:12
10          The question is is it true that as of  11:17:15
11  October 11th, 2018, you did not know whether  11:17:19
12  Qiang Guo had any role at Golden Spring?  That is the  11:17:27
13  question.                             11:17:30
14      A.  Back to 2018, I don't know by then in my  11:17:33
15  understanding the role means employee or employees;  11:17:38
16  so by then I did not know whether he was employee or  11:17:43
17  not.  But I do know he is the boss.  He is the owner.  11:17:47
18  I do not know whether he is employee or not because  11:17:51
19  he was majorly handling the Golden Spring majority of  11:17:54
20  work by then.  I only work and cooperate with him as  11:18:00
21  needed back in 2018.                  11:18:05
22      Q.  In 2018 you didn't say he was the boss?  Six  11:18:07
23  months after you claimed to have started working with  11:18:13
24  him you didn't say he was the boss, did you?  11:18:16
25      A.  I was not asked whether he was the boss or  11:18:19
```

Page 79

```
 1  not.                                  11:18:24
 2      Q.  You were asked whether he had any role?  11:18:24
 3      A.  Any role, in my understanding back to 2018,  11:18:27
 4  as employee.                          11:18:32
 5      Q.  Okay.  How about the next question:  11:18:33
 6          "QUESTION:  You never interacted with  11:18:37
 7      him in regards to any Golden Spring  11:18:39
 8      business?"                        11:18:43
 9          That was the question you were asked, and  11:18:46
10  the answer you gave was:               11:18:48
11          "ANSWER:  No."                 11:18:51
12          My question for you right now is is it  11:18:52
13  true -- is it true that as of October 11th, 2018, you  11:18:55
14  had not interacted with Qiang Guo in regard to any  11:19:01
15  Golden Spring business?  Is that true or not?  11:19:07
16      A.  It is a correct answer because back in 2018,  11:19:13
17  Mr. Qiang Guo, he was the major person running  11:19:19
18  Golden Spring; so I don't understand -- again,  11:19:22
19  English not my native language -- what is interacted  11:19:29
20  with.  My understanding, by then he was running the  11:19:33
21  company.  I just work for him as he needed.  That is  11:19:35
22  my understanding; so -- which is correct.  11:19:38
23      Q.  Right.                        11:19:41
24          And you told me five minutes ago that you  11:19:41
25  had contact with him -- you didn't remember how  11:19:44
```

Page 80

```
 1  frequently -- and that it was -- I believe you said  11:19:47
 2  a mix of by phone and in person.       11:19:51
 3          Do you -- does that not count as interaction  11:19:59
 4  in your mind?                         11:20:02
 5      A.  Interact with him in Golden Spring business.  11:20:03
 6  I mean, him and myself, we're friend also along the  11:20:06
 7  way for so many years; so when you ask me five  11:20:11
 8  minutes ago, I mean, we do, like, meet and talk as  11:20:14
 9  needed.  But the question back to 2018, it is asking  11:20:18
10  about interacted with him in regard to any  11:20:23
11  Golden Spring business, which my testify was true.  11:20:26
12  He was in charge of all the Golden Spring business  11:20:29
13  back to then.  And I know I'm part of Golden Spring,  11:20:32
14  but, really, like, he -- he was the person running  11:20:36
15  the business.                         11:20:39
16      Q.  Ms. Wang, isn't it true that, in fact, you  11:20:40
17  were not interacting with Qiang Guo, certainly not in  11:20:46
18  2018, about Golden Spring business?  Isn't that true?  11:20:51
19      A.  Can you reframe your question again, sir?  11:20:56
20      Q.  Isn't it true that in 2018 you, in fact,  11:21:01
21  were not interacting with Mr. Qiang Guo at all  11:21:05
22  related to anything Golden Spring was doing?  Isn't  11:21:10
23  that the truth?                       11:21:14
24      A.  I don't recall.  It is too long time ago,  11:21:15
25  and this deposition was conducted -- I don't believe  11:21:21
```

Page 81

```
 1  I had an interpreter by then.          11:21:25
 2      Q.  Isn't it also true that the boss of  11:21:27
 3  Golden Spring (New York), when you started working  11:21:30
 4  there, wasn't Qiang Guo; it was Mr. Ho Wan Kwok?  11:21:32
 5  Isn't that true?                      11:21:37
 6      A.  Golden Spring (New York)'s boss is always  11:21:38
 7  Mr. Qiang Guo.                        11:21:43
 8      Q.  Isn't it true that you have been a long-term  11:21:44
 9  employee of Mr. Ho Wan Kwok?           11:21:53
10      A.  I have been working for Mr. Qiang Guo,  11:22:00
11  himself, and his family.              11:22:04
12      Q.  Yeah.  I'm -- I'm not asking about  11:22:06
13  Mr. Qiang Guo.  I'll ask the question again.  11:22:08
14          Isn't it true that you were a long-term  11:22:13
15  employee of Mr. Ho Wan Kwok?           11:22:18
16      A.  I don't believe so.  Mr. Ho Wan Kwok, he  11:22:23
17  never pay me or ever pays me or pay me at all.  11:22:25
18      Q.  Does he tell you --            11:22:29
19      A.  So I always work for Mr. Qiang Guo and his  11:22:31
20  business.                             11:22:35
21      Q.  Does Mr. Ho Wan Kwok ever tell you what to  11:22:35
22  do?                                   11:22:37
23      A.  What do you mean, ever tell me what to -- if  11:22:38
24  they ask me for help, of course I will offer my help  11:22:42
25  to him.                               11:22:45
```

21 (Pages 78 - 81)

Veritext Legal Solutions
866 299-5127

1  Q. Does -- does Mr. Ho Wan Kwok ever give you  11:22:46
2  direction?  11:22:48
3  A. He ask for support and help, which I'm  11:22:49
4  always willing to do that for him.  11:22:55
5  Q. Does he ask -- ever ask you to go get  11:22:57
6  coffee?  11:23:00
7  A. I don't recall.  11:23:01
8  What do you mean?  11:23:03
9  Q. You don't -- you don't recall whether  11:23:05
10  Mr. Ho Wan Kwok has ever asked you to get coffee?  11:23:07
11  A. Sir, I mean, I don't recall. Just, like,  11:23:11
12  why I should recall someone ask me to get coffee;  11:23:15
13  right?  11:23:18
14  Q. Well, I don't -- I don't know. Maybe he has  11:23:19
15  asked you to get coffee hundreds of times. Maybe he  11:23:21
16  never has. All I can do is ask the question.  11:23:25
17  Do you recall --  11:23:28
18  A. I don't recall that.  11:23:28
19  Q. -- if Mr. Ho Wan Kwok has ever asked you to  11:23:29
20  go get coffee?  11:23:32
21  A. I don't recall.  11:23:34
22  Q. Okay. What about to translate something for  11:23:34
23  him, meaning Mr. Ho Wan Kwok? Have you ever done  11:23:37
24  that for him?  11:23:40
25  A. Yes, I did.  11:23:41

Page 82

1  Q. How frequently?  11:23:42
2  A. I don't recall.  11:23:44
3  Q. More than once?  11:23:48
4  A. Yes.  11:23:50
5  More than once.  11:23:51
6  Q. Okay. When was the last time you translated  11:23:52
7  something for Mr. Ho Wan Kwok?  11:23:55
8  A. I don't recall.  11:23:57
9  Q. Okay. Let's go to --  11:24:01
10  MR. HARBACH: What is 331? I can't see. Is  11:24:08
11  that --  11:24:11
12  BY MR. HARBACH:  11:24:13
13  Q. Okay. Let's go to Exhibit 2, please.  11:24:13
14  A. (Witness complies.)  11:24:15
15  Q. And I'll ask you -- do you have Exhibit 2,  11:24:23
16  Ms. Wang?  11:24:26
17  A. Yes.  11:24:27
18  Q. Okay. Can you go, please, to page  11:24:27
19  forty-eight.  11:24:32
20  A. (Witness complies.)  11:24:34
21  Q. Tell me when you are there.  11:24:46
22  A. I'm working on it, sir. Forty-eight.  11:24:50
23  Q. Yes, ma'am.  11:24:53
24  A. Yes.  11:24:56
25  I am here.  11:24:56

Page 83

1  Q. Okay. And so there is a long answer on page  11:24:57
2  forty-eight that goes from line twelve to line  11:25:02
3  twenty-three. And I'm not going to read the whole  11:25:06
4  thing, but I want to direct your attention to the  11:25:10
5  second half of that answer. It says:  11:25:15
6  "They are arrested and put in jail by  11:25:19
7  Chinese Communist party. And a lot of his  11:25:22
8  family member, including his son, his  11:25:26
9  daughter, niece, nephew, and his  11:25:28
10  sister-in-law, brothers, they were all  11:25:32
11  threatened, kidnapped, and put in jail  11:25:37
12  without any reason until now, including all  11:25:40
13  of his, like, long-term employee, just like  11:25:43
14  me."  11:25:47
15  So you are talking about Mr. Ho Wan Kwok  11:25:50
16  here; correct?  11:25:56
17  A. Can I read the entire from sentence twelve  11:25:58
18  until twenty-three?  11:26:04
19  Q. Absolutely. Take your time, read it to  11:26:05
20  yourself, and let me know when you are finished.  11:26:08
21  A. Thank you.  11:26:11
22  Okay. I finished it, sir.  11:27:12
23  Q. Thank you.  11:27:15
24  My question is the person who you were  11:27:15
25  talking about in this answer, who you refer to as he  11:27:18

Page 84

1  and his, is Mr. Ho Wan Kwok; correct?  11:27:22
2  A. And reading from the language, of course,  11:27:28
3  this is by -- by the transcript court recorder.  11:27:33
4  Like, it -- reading from the language, it looks like  11:27:39
5  yes. But I am referring to -- as I am starting from  11:27:43
6  the Guo family, is not just his immediate family, the  11:27:47
7  entire Guo family.  11:27:52
8  Q. Yes.  11:27:53
9  And you said on line two:  11:27:54
10  "Mr. Kwok, Miles Kwok, he is number  11:27:56
11  seventh son of the whole family."  11:28:06
12  You are talking about the debtor,  11:28:07
13  Kwok Ho Wan; correct?  11:28:10
14  A. Correct.  11:28:12
15  Q. Okay. And then you describe all of his  11:28:12
16  relatives and the terrible things that happens to  11:28:16
17  them. And then you say that the people to whom that  11:28:21
18  happened include all of his, meaning  11:28:29
19  Mr. Kwok Ho Wan -- all of his long-term employee,  11:28:34
20  just like me; so this is the basis for my question  11:28:41
21  five minutes ago:  11:28:49
22  Isn't it true that you are a long-term  11:28:51
23  employee of Mr. Ho Wan Kwok? Is that true or not?  11:28:55
24  A. I am a long-term employee for the Guo  11:29:01
25  family. I mean, I didn't remember clearly what was  11:29:09

Page 85

22 (Pages 82 - 85)

Veritext Legal Solutions
866 299-5127

PAX-015-022

1 recorded in here. Like, obviously, I was never in    11:29:12
2 jail. I am under threatened, but I was not kidnapped    11:29:17
3 and in jail. I think it is still blamed to my broken    11:29:21
4 English back there. When I say long-term employee,    11:29:27
5 my real -- my meaning as the Guo family. I am    11:29:30
6 a long-term employee of Guo family.    11:29:32
7    Q. Who?    11:29:36
8    A. Mr. Ho Wan Kwok, he never hired me by    11:29:37
9 himself.    11:29:43
10    Q. Well, who -- who -- first, since you brought    11:29:43
11 it up, who was the person who hired you to work for    11:29:45
12 the Guo family?    11:29:49
13    A. It was a company. It was a company called    11:29:51
14 Pangu, P-a-n-g-u. Beijing Pangu.    11:29:53
15    Q. Yeah.    11:29:58
16    And who was the boss of Beijing Pangu when    11:29:59
17 you were hired to work for the Guo family?    11:30:03
18    A. You mean boss, like the owner?    11:30:07
19    Q. Well, you know, you can ascribe whatever    11:30:11
20 meaning you want to boss, Ms. Wang, but you seem to    11:30:14
21 understand that Qiang Guo is the boss of    11:30:17
22 Golden Spring; so you tell me.    11:30:19
23    A. Oh, understand.    11:30:21
24    So Beijing Pangu was owned by the Guo    11:30:22
25 families.    11:30:28

Page 86

1    Q. Okay. So who was it --    11:30:29
2    MR. HARBACH: And -- and, Scott, I won't    11:30:32
3 stay here long, but she brought it up.    11:30:35
4 BY MR. HARBACH:    11:30:37
5    Q. Ms. Wang, who was it who told you at the    11:30:38
6 very beginning -- when you first started working for    11:30:41
7 the Guo family, who was it who told you you were    11:30:44
8 hired? Which person?    11:30:47
9    A. I was advised by the HR department, which    11:30:49
10 I couldn't recall. That was back in 20- -- 2008.    11:30:57
11 I couldn't recall. But I was informed by the HR    11:31:02
12 department I was hired.    11:31:06
13    Q. I'm going to apologize for rewinding just    11:31:07
14 for a moment back to an earlier topic. I'll try and    11:31:19
15 make this clear and efficient.    11:31:24
16    In Exhibit 4, which is your affidavit, you    11:31:32
17 recall that -- that I asked you several questions    11:31:46
18 about what being an administrator for    11:31:49
19 Mr. Ho Wan Kwok's interests meant? You with me?    11:31:52
20    A. Yes.    11:31:58
21    Q. Okay. So the reason I'm coming back to this    11:31:58
22 is because I neglected to point something else out to    11:32:02
23 you. And it is Exhibit 1; so could you turn to    11:32:07
24 Exhibit 1, please.    11:32:15
25    A. (Witness complies.)    11:32:17

Page 87

1    So it is not Exhibit 2? You want me to go    11:32:23
2 back to Exhibit 1, sir; right?    11:32:26
3    Q. Yes, ma'am.    11:32:29
4    A. (Witness complies.)    11:32:32
5    I'm here.    11:32:33
6    Q. Okay. Thank you.    11:32:34
7    Now, could you please scroll forward on the    11:32:35
8 small pages to page forty-six.    11:32:38
9    A. (Witness complies.)    11:32:42
10    Yes.    11:32:52
11    Q. Okay. Very good.    11:32:53
12    Now, on this subject of what administrator    11:32:54
13 means, if you'll look down at line twenty of page    11:32:59
14 forty-six, you'll see a question:    11:33:06
15    "QUESTION: I'm asking you whether or    11:33:11
16    not you serve as an administrator for    11:33:12
17    Mr. Kwok's" --    11:33:17
18    That is Ho Wan Kwok -- for his interests.    11:33:18
19 And your answer was:    11:33:22
20    "ANSWER: Yes."    11:33:24
21    And then you were asked:    11:33:25
22    "QUESTION: What does that mean?"    11:33:27
23    And you said:    11:33:30
24    "ANSWER: Translator," comma,    11:33:31
25    "assistant."    11:33:33

Page 88

1    Do you see that there?    11:33:36
2    A. Yes.    11:33:37
3    Q. Now, you have already told us that you --    11:33:38
4 you have, in fact, done some translation for    11:33:41
5 Mr. Kwok -- Mr. Ho Wan Kwok; right?    11:33:45
6    A. I translate for him -- translated for him,    11:33:48
7 yes.    11:33:52
8    Q. Yes.    11:33:53
9    And if -- you also said -- it also says that    11:33:53
10 you were his assistant.    11:34:00
11    Is that true?    11:34:01
12    A. I mean that I -- I testified as an    11:34:03
13 administrator for Mr. Ho Wan Kwok and I help him as    11:34:09
14 per Mr. Qiang Guo's instruction, including, like,    11:34:13
15 help him translate, make him understand, include,    11:34:17
16 like, assist as he needs -- right? -- to support him.    11:34:22
17 It does not mean I have -- I have a title called    11:34:27
18 assistant; so if that is what you are looking for.    11:34:30
19    Q. Well --    11:34:32
20    A. My meaning was I help him to understand as    11:34:33
21 to language and support him as he needed as his son's    11:34:36
22 instruction.    11:34:40
23    Q. Okay. And so what does that mean, other    11:34:41
24 than the translation work, when you say that assisted    11:34:43
25 means support him as needed? What sorts of things    11:34:47

Page 89

23 (Pages 86 - 89)

PAX-015-023

1 did you do for him back in 2018?                 11:34:51
2      MR. ROSEN: Objection. Could -- can you     11:34:57
3 clarify, when you use the word you, are you referring  11:34:59
4 to Golden Spring, or are you referring to the witness  11:35:01
5 personally?                                      11:35:04
6      MR. HARBACH: That's fair, Scott.            11:35:06
7      I believe when -- when she was deposed in  11:35:08
8 2018, she was testifying in both her capacity as  11:35:11
9 a representative of Golden Spring and in her personal  11:35:16
10 capacity; so she is going to have to clarify that for  11:35:20
11 me.                                             11:35:24
12      MR. ROSEN: You can answer.                 11:35:26
13      THE WITNESS: I don't recall.               11:35:29
14 BY MR. HARBACH:
15      Q. Okay. And in any case, your role as an  11:35:31
16 administrator for Mr. Ho Wan Kwok's interests, that,  11:35:35
17 according to you, was in your capacity as president  11:35:42
18 of Golden Spring (New York) Limited; correct?   11:35:46
19      A. I was requested by Mr. Qiang Guo to help  11:35:52
20 back in 2018; that is correct.                   11:35:57
21      Q. Okay. Well, I want to make sure you     11:36:01
22 understand my question because since Mr. Rosen  11:36:04
23 helpfully raised capacity, I want to make sure we get  11:36:07
24 this correct.                                   11:36:11
25      Okay?                                      11:36:12

                                              Page 90

1      So bearing in mind that we are talking about  11:36:13
2 what being an administrator for Mr. Ho Wan Kwok's  11:36:18
3 interests means -- that is what we're talking   11:36:23
4 about -- I'm going to direct you back to Exhibit 1 --  11:36:26
5 correction. Exhibit 4 -- sorry.                 11:36:32
6      A. So Exhibit 4, sir; right? Which one are we  11:36:36
7 talking about? Four?                            11:36:41
8      Q. Yes, ma'am.                            11:36:42
9      The number four.                           11:36:46
10      A. I'm here.                              11:36:48
11      Q. And this affidavit, which you have already  11:36:49
12 told us you signed and swore to as being true and  11:36:53
13 correct, states that you're serving as an       11:36:57
14 administrator for the interests of Mr. Ho Wan Kwok  11:37:02
15 and his family was in your capacity as president of  11:37:07
16 Golden Spring (New York) Limited; isn't that correct?  11:37:14
17      A. I was hired by Golden Spring (New York), and  11:37:23
18 I take instruction from the owner of Golden Spring  11:37:28
19 (New York). And I was available to support his  11:37:32
20 family, including his father. That is what the  11:37:36
21 capacity, to me, means in here.                 11:37:40
22      Q. And -- and what you just described,     11:37:43
23 according to you, was in your capacity as president  11:37:45
24 of Golden Spring (New York) Limited; isn't that  11:37:50
25 right?                                          11:37:54

                                              Page 91

1      A. I don't understand, sir. I mean, capacity,  11:37:54
2 I am available. I am here. I offer my support as  11:38:02
3 Mr. Qiang Guo requested me to do. That is my    11:38:05
4 understanding about capacity. If that is the    11:38:08
5 capacity you are talking, that is the same, yes.  11:38:10
6      Q. Well, I hear you.                       11:38:13
7      All I'm trying to confirm is that that was  11:38:15
8 what you were supposed to do, according to you, as  11:38:19
9 president of Golden Spring (New York) Limited was  11:38:23
10 translate for Mr. Kwok Ho Wan and cater to his  11:38:30
11 personal needs; is that right? Is that what you are  11:38:34
12 saying?                                         11:38:38
13      MR. ROSEN: Objection.                      11:38:39
14      You -- you can answer.                     11:38:40
15      THE WITNESS: Let me repeat again.          11:38:44
16      My capacity as president of Golden Spring  11:38:46
17 (New York) is to work as per the owner of company  11:38:50
18 requesting needs to me, including assist his father,  11:38:55
19 translate for his father, and that including here I'm  11:38:58
20 being deposed today; right?                     11:39:02
21      And sign the affidavit. Including a lot of  11:39:05
22 things, I mean, if I may say, not only as you just  11:39:08
23 tried to describe me as assistant or translator, if  11:39:12
24 that is helpful to you, sir.                    11:39:17
25 ///

                                              Page 92

1 BY MR. HARBACH:                                 11:39:18
2      Q. Well, translator and assistant, again,  11:39:18
3 Ms. Wang, those were your words, not mine. I just  11:39:22
4 read them to you from a transcript. And so all I'm  11:39:25
5 doing is trying to explore what your job as president  11:39:28
6 of Golden Spring (New York) Limited was. And you  11:39:31
7 have -- you have explained part of that to us,   11:39:34
8 I think. And I'm just trying to understand what  11:39:38
9 assistant means.                               11:39:45
10      Besides being a translator, can you tell me  11:39:53
11 any more about that?                            11:39:57
12      Q. About what, sir?                       11:39:58
13      Q. About what you meant when you said you were  11:39:59
14 Kwok Ho Wan's assistant.                        11:40:04
15      A. That is what I -- that is -- that was not,  11:40:09
16 I mean, in my language. I mean, still I don't --  11:40:13
17 I don't have this as my native language when I named  11:40:19
18 that, which means I offered that support and service.  11:40:23
19 I don't have a title called translator or assistant.  11:40:26
20 Obviously --                                    11:40:31
21      Q. Which --                               11:40:31
22      A. -- I don't have it, yeah; so I offered that  11:40:32
23 support.                                        11:40:33
24      Q. Okay.                                   11:40:33
25      A. This is what I'm meaning, if that is     11:40:34

                                              Page 93

                          24 (Pages 90 - 93)

1 helpful.                                    11:40:37
2     Q.  Got it.                             11:40:37
3        Tell me what -- now, what you just meant    11:40:38
4 right now when you said support.            11:40:40
5        Besides translation, what else?      11:40:42
6     A.  For example, I am being deposed right now in    11:40:44
7 this bankruptcy.                            11:40:51
8     Q.  Okay.                               11:40:53
9     A.  This is as per Mr. Qiang Guo's instruction;    11:40:53
10 right?                                     11:40:57
11        And so....                          11:40:57
12     Q.  Is your testimony -- I don't think this is    11:40:58
13 what you are saying, but I'll ask it anyway because    11:41:00
14 it is a fair inference from your words.     11:41:03
15        Is your testimony today in support of    11:41:06
16 Mr. Ho Wan Kwok?                           11:41:08
17        MR. ROSEN:  Objection.              11:41:11
18        You can answer that.                11:41:14
19        THE WITNESS:  I am testimony -- I am testify    11:41:15
20 today for a bankruptcy like a -- I believe the topic    11:41:19
21 is about DIP loan; right?                  11:41:24
22 BY MR. HARBACH:                            11:41:27
23     Q.  And I would love to get there, but we --    11:41:27
24 we're -- well, let me just ask one more time.    11:41:29
25 I understand that you are not -- you are    11:41:32

Page 94

1 saying that assistant was not your title.    11:41:36
2 I understand that.  I understand that your title was    11:41:39
3 all those titles I recited several times now at    11:41:42
4 Golden Spring (New York) Limited.  And I also    11:41:46
5 understand that according to you, in your capacity as    11:41:50
6 president, you served as an administrator of the    11:41:54
7 interests of Mr. Ho Wan Kwok and the family.    11:41:58
8        You were asked at a deposition about what    11:42:04
9 serving as an administrator meant, and you said    11:42:07
10 translator and assistant.  Now, we all know what    11:42:12
11 a translator is, and that is clear.  It is clear that    11:42:18
12 you performed that service for Mr. Kwok.    11:42:21
13        All I'm trying to understand, Ms. Wang, is    11:42:24
14 what else you did for him, and so far the only thing    11:42:27
15 you have said is testify at this deposition.    11:42:31
16        Is there anything else?             11:42:33
17     A.  Yes.                               11:42:37
18        MR. ROSEN:  Objection.              11:42:38
19        You can answer.                     11:42:40
20        THE WITNESS:  Yes.                  11:42:42
21 BY MR. HARBACH:                            11:42:43
22     Q.  Okay.  What else?                  11:42:44
23     A.  For example, Mr. Qiang Guo, obviously, he    11:42:47
24 instructed Golden Spring to pay his father's, like,    11:42:54
25 food, clothes, and, like, including this -- they call    11:43:01

Page 95

1 the lifestyle -- I mean, take care of his father.    11:43:10
2     Q.  When did he give you that instruction?    11:43:13
3     A.  Oh, I don't recall.  I should -- from long    11:43:16
4 time ago.  I mean, son take care of the father.    11:43:22
5 I mean, that is kind of natural to me, so....    11:43:25
6     Q.  Well, I'm not going to quarrel with -- with    11:43:28
7 whether it is natural or not.               11:43:32
8        My only question is you just said that --    11:43:34
9 that Mr. Qiang Guo gave you the instruction that you    11:43:39
10 just recited.                              11:43:43
11        And my question is when?  You said a long    11:43:45
12 time ago?  How long ago?                   11:43:48
13     A.  I don't recall.                    11:43:51
14     Q.  More than a month ago?             11:43:52
15     A.  It should be longer than more than a month.    11:43:57
16     Q.  Okay.  Had he given you that instruction by    11:44:00
17 the time of your deposition in October of 2018?    11:44:03
18     A.  I don't recall.                    11:44:08
19     Q.  Had he given you that instruction by the    11:44:08
20 time of your trial testimony in May of 2019?    11:44:12
21     A.  I don't recall.                    11:44:17
22     Q.  Isn't it possible?                 11:44:18
23     A.  I don't recall.                    11:44:23
24     Q.  Well, did he give you that instruction    11:44:24
25 sometime in 2020?                          11:44:33

Page 96

1     A.  I really don't recall.              11:44:35
2     Q.  How long has Golden Spring (New York) been    11:44:40
3 paying for Mr. Kwok's lifestyle, as you just said?    11:44:57
4     A.  How long?  I believe since I was appointed.    11:45:03
5 I mean, I don't recall clearly.  I don't recall.  But    11:45:13
6 a long time.                               11:45:17
7     Q.  Okay.  Well, you said two things there.  You    11:45:19
8 said you believe since you were appointed and you    11:45:22
9 have said you don't recall; so I have -- I'm going to    11:45:25
10 have to ask you to tell me which it is.    11:45:29
11     A.  I don't recall.  And I shouldn't speculate    11:45:33
12 or guess because when I was appointed, as    11:45:37
13 I testified, like, a couple of minutes ago, which was    11:45:42
14 true, Mr. Qiang Guo was operating and running his    11:45:46
15 business; so that is the reason I correct my answer    11:45:50
16 to be I don't recall because I was not paying that by    11:45:53
17 myself.  I don't recall the answers.       11:45:59
18     Q.  Understood.                        11:46:00
19        What role did you have -- as president,    11:46:01
20 secretary, treasurer, and director of Golden Spring,    11:46:13
21 what role did you have in making sure that    11:46:18
22 Mr. Kwok's -- Mr. Ho Wan Kwok's lifestyle needs were    11:46:24
23 paid for?                                  11:46:29
24     A.  Sorry, sir.                        11:46:31
25        Can you please repeat your question?    11:46:33

Page 97

25 (Pages 94 - 97)

PAX-015-025

1    Q. Yes, ma'am.                    11:46:35
2        As president, secretary, treasurer, and    11:46:36
3 director of Golden Spring (New York) Limited, what    11:46:42
4 role did you have in ensuring that Mr. Ho Wan Kwok's    11:46:47
5 lifestyle needs were paid for?            11:46:53
6    A. What role I ensured with? I mean, sorry.    11:46:55
7        That's -- that's the question you were    11:47:05
8 asking for; right?                    11:47:06
9    Q. Yes, ma'am.                    11:47:08
10        And I'll try one more time in English, and    11:47:08
11 then we might need to use Ms. Johnston.        11:47:11
12    A. Yes, please.                    11:47:15
13        I feel the same.                11:47:16
14    Q. It's okay. I'll try it one more time.    11:47:17
15        You have stated that Mr. Qiang Guo gave you    11:47:21
16 instruction to take care of his father, I mean, more    11:47:25
17 or less. You don't remember exactly when he gave you    11:47:35
18 that instruction, but it was a long time ago.    11:47:37
19        Have I got that right so far?        11:47:41
20    A. Yes.                        11:47:43
21    Q. Okay. And I'm asking now, in your role as    11:47:47
22 president, and all those other titles, of        11:48:00
23 Golden Spring (New York) Limited, what did you do to    11:48:03
24 ensure that Mr. Ho Wan Kwok and his lifestyle needs    11:48:13
25 were taken care of? Do you understand the question?    11:48:20
                                Page 98

1    A. I believe so.                    11:48:27
2    Q. Okay. So what is the answer?            11:48:29
3    A. For example, like, I communicate with    11:48:34
4 Mr. Qiang Guo about the fund, including this depo.    11:48:42
5 He take care of the request and then make sure the    11:48:52
6 funds in there to take care of his father.        11:49:01
7    Q. We're going to -- we're going to talk about    11:49:04
8 the fund in just a moment. But you mentioned    11:49:10
9 lifestyle needs earlier, things like clothing, food,    11:49:14
10 transportation -- basics.                11:49:22
11        As president of Golden Spring (New York)    11:49:29
12 Limited, were you involved in paying for or providing    11:49:31
13 those things for Mr. Ho Wan Kwok?            11:49:39
14    A. Yes.                        11:49:45
15    Q. Please tell me what you did.            11:49:46
16    A. Like, I will review the bills and verify --    11:49:52
17 if there is any need to verify -- and process the    11:50:03
18 payment in clothing.                    11:50:07
19    Q. What types of bills?                11:50:08
20    A. Like, clothes. Like, food -- grocery food.    11:50:11
21    Q. And -- and are these credit card bills or    11:50:19
22 are they receipts directly from the vendor or what?    11:50:21
23    A. I believe they are both.            11:50:26
24    Q. Okay.                        11:50:28
25    A. It is a mixed.                    11:50:29
                                Page 99

1    Q. Who do you receive those from?            11:50:31
2    A. Which bill you were talking about, sir?    11:50:33
3    Q. Any of the above.                11:50:38
4    A. I mean, some of them, they go through from    11:50:41
5 the card. Some of them we received it from the --    11:50:45
6 the vendor.                        11:50:48
7    Q. Okay. How many of those bills do you    11:50:50
8 receive from Mr. Ho Wan Kwok directly?        11:50:56
9    A. Directly? I don't recall.            11:50:59
10    Q. How do you know whether -- any of the    11:51:06
11 expenses that you review to take care of        11:51:10
12 Mr. Ho Wan Kwok's lifestyle, how do you know or    11:51:14
13 verify, as you said, whether any of them are actually    11:51:19
14 his?                            11:51:23
15    A. I mean, Mr. Qiang Guo, he requested    11:51:25
16 Golden Spring to take care of both his parents; so    11:51:32
17 I mean, only, like, is -- is clarified, like this is    11:51:38
18 his father's clothes and then we obviously will    11:51:45
19 verify from that. Like --                11:51:48
20    Q. And --                    11:51:51
21    A. -- grocery bill, I think it is more, like,    11:51:52
22 mixed for the mom and that.                11:51:55
23    Q. Okay. And, number one, how do you know that    11:51:57
24 it is Mr. Ho Wan Kwok's clothing that is being    11:52:01
25 purchased? How do you verify that?            11:52:05
                                Page 100

1    A. I verifying with the vendor directly.    11:52:07
2    Q. And -- huh.                    11:52:13
3        So you -- you ask a vendor whether the    11:52:19
4 clothing was purchased by Mr. Ho Wan Kwok?        11:52:22
5    A. Yeah. Because the man's clothes, the    11:52:27
6 women's clothes are pretty obvious; right?        11:52:32
7        But I do need to verify, yes.        11:52:35
8    Q. Yeah. I get the difference between men's    11:52:38
9 and women's clothes.                    11:52:42
10        So is it the case that any -- any -- any    11:52:44
11 charge that is obviously for men's clothing you    11:52:49
12 assume is Mr. Ho Wan Kwok, and any charge that is for    11:52:53
13 women's clothing you assume is for his wife?    11:52:59
14    A. I don't assume. I mean, I have to verify    11:53:04
15 because I need to report back the funds; right? --    11:53:07
16 the financials to the owner of the company clearly --    11:53:15
17    Q. Absolutely.                    11:53:18
18    A. -- so I verify.                11:53:19
19    Q. Absolutely.                    11:53:20
20    A. So I verify.                    11:53:21
21    Q. Let's -- do you -- do you review any credit    11:53:22
22 card bills as part of that process?            11:53:25
23    A. Sometimes.                    11:53:29
24    Q. Okay. And when you re -- when you review    11:53:30
25 a credit card bill, let's just pretend there is    11:53:35
                                Page 101

Veritext Legal Solutions
866 299-5127

PAX-015-026

1 a charge on there for -- yeah, I don't know -- a stay    11:53:39
2 in a hotel. Let's just take that as an example.    11:53:45
3        How do you verify who made the charge?    11:53:48
4    A. Like, a hotel, you mean; right? For an    11:53:54
5 example.    11:54:02
6    Q. I'm taking that as an example.    11:54:02
7    A. If hotel, we obviously, Golden Spring, will    11:54:05
8 call the hotel to verify.    11:54:09
9    Q. To verify that the charge was made?    11:54:10
10    A. Yes.    11:54:14
11        That is part of internal, I mean, audit.    11:54:14
12 It -- it is normal.    11:54:18
13    Q. Okay. So how about figuring out who used    11:54:19
14 the credit card? How would you do that?    11:54:23
15    A. You -- I don't follow your question, sir.    11:54:26
16        Who used credit cards? You mean    11:54:34
17 Mr. Ho Wan Kwok, how he used credit card; right?    11:54:36
18    Q. Sure.    11:54:40
19        That -- that is -- that is a possibility,    11:54:41
20 but I don't know. I'm asking you.    11:54:43
21    A. No.    11:54:45
22        He doesn't use Golden Spring's credit cards.    11:54:45
23    Q. Does Golden Spring have credit cards?    11:54:48
24    A. We have debit card.    11:54:51
25    Q. Okay. Does Golden Spring have any credit    11:54:53
Page 102

1 cards. As of now, no.    11:54:58
2    A. As of now, no.    11:55:00
3    Q. Okay. Does Mr. Kwok have access to the    11:55:03
4 Golden Spring debit card?    11:55:12
5    A. No.    11:55:15
6    Q. What about his wife? Does he [sic] have    11:55:15
7 access to the Golden Spring debit card?    11:55:18
8    A. I don't recall.    11:55:21
9    Q. You are the treasurer of Golden Spring    11:55:25
10 (New York) Limited; right?    11:55:33
11    A. Yes.    11:55:36
12    Q. You -- you really don't know whether    11:55:38
13 Ho Wan Kwok's wife has access to the company debit    11:55:43
14 card?    11:55:48
15    A. She had one before, but I'm not sure whether    11:55:49
16 that one is still activated.    11:55:53
17    Q. When did she have one?    11:55:56
18    A. Long time ago.    11:55:58
19    Q. Can you do better than that?    11:56:00
20    A. What do you mean, can I do better than that,    11:56:05
21 sir?    11:56:10
22    Q. You know what I mean.    11:56:10
23        MR. ROSEN: Objection.    11:56:12
24        Can you please ask the witness directly what    11:56:15
25 your question is?    11:56:17
Page 103

1        MR. HARBACH: Sure. Sure.    11:56:19
2        I'm sorry to be cute.    11:56:21
3 BY MR. HARBACH:    11:56:22
4    Q. Ms. Wang, can you give us a more precise    11:56:23
5 date range during which Mr. Ho Wan Kwok's wife had    11:56:28
6 access to the Golden Spring (New York) debit card?    11:56:32
7    A. I don't recall, sir.    11:56:38
8    Q. Do you recall the last time that she --    11:56:42
9 meaning Mr. Ho Wan Kwok's wife -- used the    11:56:46
10 Golden Spring (New York) debit card?    11:56:49
11    A. I don't recall.    11:56:53
12    Q. Did you, as president and treasurer of    11:56:54
13 Golden Spring (New York) Limited, authorize    11:56:59
14 Mr. Ho Wan Kwok's wife to use the Golden Spring    11:57:04
15 (New York) debit card?    11:57:09
16    A. Authorized? I believe yes. And    11:57:12
17 Mr. Qiang Guo requested Golden Spring to do that.    11:57:17
18    Q. But you don't recall when that was?    11:57:20
19    A. Correct.    11:57:25
20    Q. Okay. And I believe you testified a moment    11:57:27
21 ago that to your knowledge Mr. Ho Wan Kwok has never    11:57:34
22 used the Golden Spring (New York) debit card; is that    11:57:38
23 correct?    11:57:43
24    A. He never has Golden Spring (New York) debit    11:57:46
25 card at all.    11:57:51
Page 104

1    Q. Has he ever used the debit card number to    11:57:55
2 purchase anything, to your knowledge?    11:57:58
3    A. I don't know.    11:58:01
4    Q. Has he ever asked you -- "he" meaning    11:58:03
5 Mr. Ho Wan Kwok.    11:58:08
6        Has he ever asked you to purchase anything    11:58:09
7 for him in your capacity as president of    11:58:12
8 Golden Spring?    11:58:15
9    A. I believe so.    11:58:19
10    Q. Okay. Can you give us an example of    11:58:21
11 anything he has asked you to purchase for him?    11:58:25
12    A. I mean, I don't recall the details, but it    11:58:29
13 happened.    11:58:33
14    Q. You don't remember a single thing that    11:58:34
15 Mr. Ho Wan Kwok has asked you to purchase for him?    11:58:37
16    A. I don't recall.    11:58:43
17    Q. How many times has it happened that he has    11:58:44
18 asked you to purchase something for him?    11:58:49
19    A. I don't recall.    11:58:54
20    Q. More than once?    11:58:54
21    A. Correct.    11:58:57
22    Q. More than a hundred times?    11:58:59
23    A. I don't recall.    11:59:02
24    Q. On the occasions when Mr. Ho Wan Kwok has    11:59:03
25 asked you to purchase something for him, what do you    11:59:15
Page 105

27 (Pages 102 - 105)

PAX-015-027

1 do?                                        11:59:18
2    A. As per Mr. Qiang Guo's instruction, I help    11:59:20
3 him, yes. I go to buy for him.              11:59:28
4    Q. Okay. Have -- has -- have you ever --    11:59:32
5 has -- have you ever refused a request from    11:59:37
6 Mr. Ho Wan Kwok that you purchase something for him?    11:59:41
7    A. Yes.                                  11:59:45
8    Q. When was that?                        11:59:46
9    A. I don't recall. But I obviously need to    11:59:48
10 report it to Mr. Qiang Guo, and if he reject it,    11:59:56
11 I will reject.                             12:00:01
12    Q. Okay. Is your -- so I want to make sure    12:00:03
13 I understand the process.                   12:00:07
14        Is it your testimony that every time    12:00:07
15 Mr. Ho Wan Kwok asks you to buy something for him    12:00:10
16 that you consult his son to get permission? Is that    12:00:14
17 correct or not?                            12:00:23
18    A. Not every time. Like, as you said, for    12:00:23
19 example, buy coffee; right?                 12:00:27
20        Obviously I don't need to consult with    12:00:28
21 Mr. Qiang Guo.                             12:00:30
22    Q. Okay. How do you decide when to consult    12:00:32
23 with Mr. Kwok Ho Wan's son about a purchase that    12:00:35
24 Mr. Kwok Ho Wan wants you to make?          12:00:43
25    A. I don't recall. But that happened.     12:00:46
                                            Page 106

1    Q. Do you have any -- any thoughts about that?    12:00:49
2    A. Like, a legal fee?                    12:00:53
3    Q. No.                                 12:00:57
4        I'm -- I'm just asking you in general. I'm    12:00:58
5 not asking you about legal fees yet, although    12:01:00
6 hopefully we will get there.                12:01:05
7        I'm asking you about in general if    12:01:06
8 Mr. Ho Wan Kwok says, hey, Yvette, I would like you    12:01:08
9 to buy me X, how do you know whether just to buy X or    12:01:14
10 whether to get his son's permission? How do you    12:01:21
11 decide?                                   12:01:30
12    A. Well, yearly, like, his food and his coffee    12:01:30
13 and then his transportation, those lifestyle were    12:01:34
14 already approved by Mr. Qiang Guo; so you already --    12:01:40
15 Golden Spring just to go ahead to buy or purchase and    12:01:44
16 then report back to Mr. Qiang Guo; so anything    12:01:49
17 except -- besides -- except which words? Except    12:01:53
18 that, we obviously, Golden Spring, need to escalate    12:01:57
19 to Mr. Qiang Guo to get approval.           12:02:02
20    Q. Understood.                         12:02:04
21        And so if I -- if I have you correctly,    12:02:05
22 things like food, clothing, transportation -- those    12:02:08
23 things do not require specific approval of    12:02:15
24 Mr. Qiang Guo and, in your mind, you can just buy    12:02:19
25 them for Mr. Kwok without getting his permission.    12:02:26
                                            Page 107

1        Have I got that right?              12:02:29
2    A. Yeah. That is the instruction was given to    12:02:31
3 Golden Spring; so --                       12:02:34
4    Q. And is this --                       12:02:35
5    A. -- we just go buy.                    12:02:38
6    Q. Is that true, no matter how expensive the    12:02:40
7 item is?                                   12:02:42
8    A. Sir, what -- what is your range about    12:02:44
9 expensive? I mean --                       12:02:48
10    Q. Well, let's take -- let's take    12:02:50
11 transportation as an example.               12:02:53
12        Are you aware that -- that Mr. Kwok    12:02:54
13 frequently travels in a Maybach limousine?    12:02:57
14    A. Am I aware? What do you mean am I aware?    12:03:05
15    Q. Do you know -- do you know what a limousine    12:03:09
16 is?                                        12:03:12
17    A. Limo, yes. I do know.                 12:03:13
18    Q. Okay. And do you know what a Maybach is?    12:03:15
19    A. Yes.                               12:03:18
20    Q. Okay. Is it a type of car; right?       12:03:19
21    A. Correct.                           12:03:22
22    Q. Isn't it true that Mr. Ho Wan Kwok       12:03:22
23 frequently travels by Maybach?              12:03:27
24    A. Sir -- sir, I know Mileson want his father    12:03:32
25 to be safe and secured; so that is the thing I know.    12:03:38
                                            Page 108

1 But I don't know, like, frequency. I use that.    12:03:43
2 Obviously, I am not following his father every day.    12:03:48
3 I cannot tell that.                        12:03:50
4    Q. Does -- does Golden Spring -- I'll ask you    12:03:51
5 to accept for purposes of this deposition today --    12:03:54
6 just take my word for it that within the last month    12:03:59
7 Mr. Kwok has traveled at least once by Maybach.    12:04:02
8        Okay?                             12:04:08
9        Let's just assume that.             12:04:08
10        My question for you is is that Maybach    12:04:11
11 transportation that Golden Spring (New York) has paid    12:04:17
12 for?                                      12:04:19
13    A. Golden Spring (New York) pays -- pays the --    12:04:21
14 the gasolines and -- yeah. The gasolines. That    12:04:24
15 is --                                      12:04:31
16    Q. Does --                            12:04:31
17    A. -- what transportation we are paying.    12:04:32
18    Q. Does Golden Spring (New York) own any    12:04:35
19 Maybach vehicles?                          12:04:36
20    A. Oh, I -- I couldn't remember, like, if    12:04:38
21 Maybach owned by Golden Spring or not. I mean,    12:04:47
22 Golden Spring owns a couple of cars. They all    12:04:50
23 ultimately owned by Mr. Qiang Guo.          12:04:53
24    Q. Yeah. I get that.                    12:04:56
25        Tell me about the cars that Golden Spring    12:04:57
                                            Page 109

28 (Pages 106 - 109)

1 owns. You just mentioned that there are a couple.    12:04:59
2       What are they?    12:05:06
3    A. I'm not car person; so I have to find out.    12:05:07
4    Q. Okay. Are they nice cars?    12:05:11
5    A. I cannot tell.    12:05:14
6    Q. And you don't know whether one of the cars    12:05:16
7 that Golden Spring (New York) owns is a Maybach; is    12:05:20
8 that right?    12:05:24
9    A. I don't know because this is Mr. Mileson,    12:05:26
10 like Mr. Qiang Guo, he purchased directly.    12:05:31
11    Q. Yeah.    12:05:34
12    A. So I'm not --    12:05:35
13    Q. I -- I -- I understand.    12:05:36
14       But I'm asking about Golden Spring    12:05:37
15 (New York).    12:05:40
16       Okay?    12:05:40
17       I'm asking about Golden Spring (New York)    12:05:41
18 Limited, of which you are the president, treasurer,    12:05:44
19 secretary, and director. I'm asking if you know    12:05:48
20 whether Golden Spring (New York) Limited owns    12:05:52
21 a Maybach automobile.    12:05:55
22       Do you know?    12:05:57
23    A. I don't recall. I have to find out.    12:05:59
24    Q. Okay. You have also told me that    12:06:02
25 Golden Spring (New York) pays for Mr. Ho Wan Kwok's    12:06:07

                                    Page 110

1 transportation; right?    12:06:13
2    A. Correct.    12:06:15
3    Q. And that would include transportation by    12:06:16
4 car; correct?    12:06:20
5    A. Correct.    12:06:22
6    Q. That would include arranging for a leased    12:06:24
7 vehicle if that is how he wanted to travel; correct?    12:06:32
8    A. We pay the gasoline.    12:06:37
9    Q. Okay. I heard that. I'm just trying to    12:06:42
10 figure out who owns the vehicle, Ms. Wang.    12:06:45
11       Do you know whether Golden Spring (New York)    12:06:49
12 Limited has rented or leased a Maybach in order to    12:06:52
13 transport Mr. Ho Wan Kwok? Do you know?    12:06:57
14    A. I don't know.    12:07:02
15    MR. HARBACH: So Mr. -- Mr. Rosen, I'll take    12:07:10
16 the witness up on her offer to get back to us on the    12:07:15
17 types of cars that Golden Spring (New York) owns,    12:07:19
18 and, in particular, whether they own any Maybach    12:07:24
19 automobiles, if that is okay with you.    12:07:28
20    MR. ROSEN: We'll take it under advisement.    12:07:31
21    MR. HARBACH: Okay.    12:07:33
22    MR. ROSEN: Your request is -- is noted.    12:07:33
23    MR. HARBACH: All right. Thank you.    12:07:38
24    THE WITNESS: Sir, can we have a break?    12:07:49
25 I mean, it is 12:00.    12:07:51

                                    Page 111

1 BY MR. HARBACH:    12:07:53
2    Q. Sure.    12:07:53
3    A. I do need a lunch break, yeah.    12:07:53
4    Q. If -- if you would like to take a break now,    12:07:56
5 that is no problem at all.    12:07:58
6    MR. HARBACH: I don't know if Suzanne or    12:08:02
7 Jeff who takes us off, but I will suggest reconvening    12:08:03
8 at -- at 1:00 o'clock.    12:08:08
9       Is that amenable to folks?    12:08:10
10    MR. ROSEN: Yes.    12:08:13
11    MR. HARBACH: Okay.    12:08:15
12    THE VIDEOGRAPHER: We are going off the    12:08:16
13 record.    12:08:17
14       The time is 12:08.    12:08:17
15    (Luncheon recess taken.)    13:01:33
16    THE VIDEOGRAPHER: We are back on the    13:01:33
17 record.    13:01:36
18       The time is 1:01.    13:01:36
19 BY MR. HARBACH:    13:01:40
20    Q. Good afternoon, Ms. Wang -- Ms. Wang.    13:01:46
21       One little loose end that has nothing to do    13:01:48
22 with what I was asking you about before lunch.    13:01:53
23       Okay? Do you know someone called Yu Yong?    13:01:56
24 That is Y-u Y-o-n-g.    13:02:02
25    A. Yes.    13:02:09

                                    Page 112

1    Q. Okay. Who is that person?    13:02:10
2    A. I met her in New York before.    13:02:13
3    Q. Okay. Do you know what she does for    13:02:17
4 a living?    13:02:25
5    A. When I met with her, she was working    13:02:26
6 together with the family also.    13:02:29
7    Q. The -- the Guo family?    13:02:30
8    A. Yes.    13:02:34
9    Q. With whom specifically?    13:02:35
10    A. With Mr. Qiang Guo.    13:02:38
11    Q. Anyone else?    13:02:44
12    A. I believe with -- with Mr. Qiang Guo's    13:02:45
13 father together --    13:02:49
14    Q. And --    13:02:51
15    A. -- but I don't have the details.    13:02:52
16    Q. Okay. And approximately when was that that    13:02:54
17 you met her?    13:02:57
18    A. 2015.    13:02:58
19    Q. Okay. Thank you.    13:03:01
20       A new subject.    13:03:04
21       Who set up Golden Spring (New York) Limited?    13:03:07
22    A. In my understanding, it was set up by    13:03:13
23 Mr. Qiang Guo.    13:03:19
24    Q. Who -- when you say it is your    13:03:20
25 understanding, do you know that or did somebody tell    13:03:23

                                    Page 113

29 (Pages 110 - 113)

PAX-015-029

1 you that?                                13:03:26
2    A. This is I learned afterwards. I believe    13:03:27
3 there will be -- there will be law firms supporting    13:03:31
4 by him, but he set up the company.        13:03:34
5    Q. Why did he set up the company?      13:03:37
6    A. I got to know later on -- not, like, when he    13:03:39
7 set up the company -- he was trying to do business    13:03:46
8 outside of China, like, mainly in the U.S. here.    13:03:50
9    Q. What sort of business?            13:03:54
10    A. Like, business related to real estate,    13:03:56
11 investment -- like a diversified business.    13:04:02
12    Q. Okay. Who funded Golden Spring (New York)    13:04:06
13 when it was created?                13:04:11
14    A. I learned afterwards Mr. Qiang Guo, he    13:04:12
15 arranged the fund -- fund the Golden Spring.    13:04:22
16    Q. When you say he arranged it, do you mean    13:04:26
17 that he, himself, provided the money?        13:04:29
18    A. Hmmm. No.                  13:04:34
19       He arranged via his -- another company.    13:04:35
20 I believe it is called Bravo Luck.        13:04:40
21    Q. I see.                    13:04:44
22       And so your understanding is that the money    13:04:45
23 that funded Golden Spring (New York) Limited when it    13:04:48
24 was created came from Bravo Luck?        13:04:55
25    A. That is what I learned.          13:05:00
                                Page 114

1    Q. From whom?                  13:05:01
2    A. From Mr. Qiang Guo.            13:05:03
3    Q. Have you ever spoken to Mr. Ho Wan Kwok    13:05:05
4 about Bravo Luck?                  13:05:10
5    A. Hmmm. I don't recall.          13:05:13
6    Q. Have you ever spoken to Mr. Ho Wan Kwok    13:05:16
7 about the source of money that was used to fund    13:05:20
8 Golden Spring (New York) Limited when it was created?    13:05:24
9    A. No.                      13:05:28
10       I don't recall I did that.        13:05:30
11    Q. Do you know how Bravo Luck got the money    13:05:34
12 that you say funded Golden Spring (New York) Limited?    13:05:41
13    A. I don't know.                13:05:44
14    Q. What is -- what was Golden Spring      13:05:47
15 (New York)'s business purpose when it was created?    13:05:52
16    A. Oh, Golden Spring was created as a family    13:05:57
17 office owned by Mr. Qiang Guo; so Mr. Qiang Guo was    13:06:04
18 planning, as I said, to develop and expand the    13:06:09
19 business in the United States, including, like, as    13:06:14
20 I said, investment, real estate, and the business    13:06:21
21 he -- he was doing by then.            13:06:25
22    Q. Where does Mr. Qiang Guo live today? What    13:06:28
23 country?                      13:06:33
24    A. He lives in UK.              13:06:38
25    Q. How long has he lived there?        13:06:41
                                Page 115

1       MR. ROSEN: Objection. What is the -- what    13:06:44
2 is the relevance of this, David?          13:06:46
3       MR. HARBACH: I'm trying to explore the    13:06:49
4 witness' most recent answer about the business    13:06:52
5 purpose of Golden Spring. She said that he -- that    13:06:55
6 he, Qiang Guo, created it to do X, Y, and Z. And I'm    13:06:59
7 trying to inquire about how long he was actually in    13:07:05
8 the country after Golden Spring was created. That is    13:07:09
9 why I'm asking.                    13:07:12
10       MR. ROSEN: Just note for the record that we    13:07:13
11 are all here in different locations at this    13:07:14
12 deposition. And in today's world where your -- where    13:07:18
13 your seat is doesn't necessarily mean a whole lot.    13:07:23
14       But with that said, I would instruct the    13:07:26
15 witness to answer.                  13:07:29
16 BY MR. HARBACH:                    13:07:30
17    Q. The -- the question was when -- or how long    13:07:30
18 has Mr. Qiang Guo lived in the UK?        13:07:36
19    A. For years. I mean --            13:07:40
20    Q. Are you finished with your answer?      13:07:51
21       You said for years, maybe?          13:08:03
22    A. My -- my answer was not four, f-o-u-r, as    13:08:04
23 years. This is my answer.            13:08:04
24    Q. All right.                  13:08:04
25    A. I don't know how many, yeah.        13:08:06
                                Page 116

1    Q. You don't know how many years?        13:08:06
2    A. Correct.                    13:08:08
3    Q. Could it be more than ten years?      13:08:09
4    A. I don't think so.              13:08:11
5    Q. How long, if -- if you know, how long after    13:08:13
6 Golden Spring (New York) Limited was created did    13:08:24
7 Mr. Guo -- Qiang Guo move to the UK?        13:08:28
8    A. I cannot recall.              13:08:34
9    Q. All right. Do you know -- what can you tell    13:08:40
10 us about what Golden Spring (New York) Limited has    13:08:47
11 done to advance the business purposes you just    13:08:50
12 described?                      13:08:55
13    A. Mr. Qiang Guo was in the United States in    13:08:55
14 2015, and then he travels a lot also. And,      13:09:05
15 obviously, he set up the company, and then we develop    13:09:12
16 business structure and plan from there; so that is    13:09:16
17 still his direction, which we have been doing until    13:09:22
18 his father started to do his whistle-blower moment.    13:09:28
19    Q. What was the business plan in the beginning?    13:09:33
20    A. Investment.                  13:09:37
21    Q. Okay. In, I believe, you mentioned real    13:09:41
22 estate.                        13:09:48
23       What else?                  13:09:48
24    A. We started from real estate. There was real    13:09:49
25 estate, like, investment.            13:09:53
                                Page 117

30 (Pages 114 - 117)

PAX-015-030

**Page 118**

```
 1   Q.  Okay.  So any other business purpose,      13:09:54
 2  besides investing money?                         13:09:57
 3   A.  And operate as a family office in New York  13:10:00
 4  here to support other family projects.           13:10:09
 5   Q.  Okay.  You have mentioned earlier the       13:10:15
 6  support of Mr. Ho Wan Kwok.                       13:10:19
 7      What other family projects has Golden Spring  13:10:23
 8  (New York) Limited supported?                     13:10:27
 9   A.  Including their project -- real estate.     13:10:29
10  Like, including, like, interviews and handouts.  The  13:10:39
11  architecture, designer, like, real estate-related  13:10:45
12  vendors, and then we, like, facilitate and coordinate  13:10:50
13  by them.                                         13:10:54
14   Q.  Is Golden Spring (New York) Limited a --    13:10:55
15  a for-profit enterprise?                         13:10:59
16   A.  It is.                                      13:11:03
17   Q.  And what is its source of income?           13:11:03
18   A.  Source of income?  I mean, we are           13:11:08
19  a for-profit company, but we are not turning to,  13:11:16
20  like, make revenue yet; so the source of income is  13:11:23
21  supposed to be, like, a -- we build up the project  13:11:31
22  under the family plan, and then we start to make  13:11:31
23  profit from those projects -- investment projects.  13:11:36
24   Q.  Okay.  So the -- the company invests money  13:11:40
25  and hopes to make money from investments.        13:11:43
```

**Page 119**

```
 1      Is that it?                                  13:11:47
 2   A.  That's part of the source of income, yes.   13:11:48
 3  Planned.                                         13:11:52
 4   Q.  Does the -- does the company, Golden Spring  13:11:52
 5  (New York) Limited, have any clients?  Or is it just  13:11:57
 6  the family?                                      13:12:01
 7   A.  I mean, family office typically, to our     13:12:02
 8  understanding, is support and serve for the family  13:12:08
 9  business; so our clients are the family.         13:12:13
10   Q.  Okay.  And that includes Mr. Ho Wan Kwok,   13:12:15
11  does it not?                                     13:12:20
12   A.  He is the person -- the owner of the company  13:12:21
13  requesting Golden Spring to support; so Golden Spring  13:12:28
14  does not, like, plan or, like, having profit from his  13:12:31
15  father, which, like, we didn't think about that and  13:12:39
16  how; right?                                      13:12:43
17   Q.  Well, you just said a moment ago that       13:12:45
18  Golden Spring (New York) limited's clients was the  13:12:47
19  family.  And I ask you if that included           13:12:58
20  Mr. Ho Wan Kwok.                                 13:13:00
21      The reason I asked that question is because  13:13:01
22  Mr. Ho Wan Kwok a member of the family, is he not?  13:13:04
23   A.  So this is my answer.  Golden Spring --     13:13:09
24      MR. ROSEN:  Hold off answering, please, just  13:13:15
25  for a second.                                    13:13:18
```

**Page 120**

```
 1      I'd object on the -- on the grounds that I'm  13:13:18
 2  not sure that your use of the word client is -- is  13:13:23
 3  being understood.                                13:13:25
 4      Could you clarify that, please?              13:13:25
 5      MR. HARBACH:  Sure.                          13:13:29
 6  BY MR. HARBACH:                                  13:13:32
 7   Q.  Ms. Wang, do you know what I mean by the    13:13:33
 8  word client?                                     13:13:36
 9   A.  Client means that you offer services to get  13:13:39
10  paid.                                            13:13:43
11   Q.  Okay.  A moment ago you said that the client  13:13:44
12  of Golden Spring (New York) Limited was the family.  13:13:51
13      Did you mean that in the sense that you just  13:13:55
14  described, or did you mean that in a different way?  13:13:59
15   A.  I mean the client is the Guo family.        13:14:02
16  I mean, they -- they are, as I testified before,  13:14:06
17  like, a hundred family member.  They all could be our  13:14:12
18  clients.  They are all business people.          13:14:15
19   Q.  Okay.                                       13:14:18
20   A.  So as a client of Golden Spring, which      13:14:19
21  I mean.                                          13:14:22
22   Q.  Okay.  Do you mean that members of the      13:14:23
23  family pay Golden Spring?                        13:14:25
24   A.  I mean if Golden Spring offered a service   13:14:31
25  and then helped them to invest successfully, yes.  13:14:34
```

**Page 121**

```
 1  Golden Spring would be paid.                     13:14:39
 2   Q.  Okay.  So now my question is is             13:14:40
 3  Mr. Ho Wan Kwok part of the family that is a client  13:14:45
 4  of Golden Spring (New York) Limited?             13:14:50
 5      MR. ROSEN:  Objection to form.               13:14:54
 6      It -- the -- is your question is he          13:14:58
 7  individually a client?  Because what you asked is is  13:15:01
 8  he part of the family that is a client.          13:15:05
 9      MR. HARBACH:  Well, I'm sorry for -- for --  13:15:08
10  I'm really not meaning to be confusing.          13:15:11
11  BY MR. HARBACH:                                  13:15:14
12   Q.  I understood, Ms. Wang, you to say a moment  13:15:14
13  ago that the family -- which is composed of numerous  13:15:17
14  people, you said.                                13:15:22
15      That the family is a client of Golden Spring  13:15:22
16  (New York) Limited; is that correct?             13:15:26
17   A.  The family and their family member who are  13:15:29
18  the business people; correct?                    13:15:36
19      They are the Golden Spring's clients.  Of    13:15:37
20  course, I don't mean that like in the minor kids;  13:15:40
21  right?                                           13:15:44
22      So I made that very clear.                   13:15:44
23   Q.  Is Mr. Ho Wan Kwok a member of that family?  13:15:46
24   A.  He is one of the family member, yes.        13:15:50
25   Q.  To your knowledge, has Mr. Ho Wan Kwok ever  13:15:53
```

31 (Pages 118 - 121)

PAX-015-031

1 contributed or paid any money to Golden Spring 13:16:06
2 (New York) Limited? 13:16:11
3   A. No. 13:16:13
4   To my knowledge. 13:16:16
5   Q. To your knowledge, has any business 13:16:17
6 organization that Mr. Ho Wan Kwok owns or controls 13:16:26
7 ever contributed any money to Golden Spring 13:16:32
8 (New York) Limited? 13:16:36
9   MR. ROSEN: Objection. 13:16:39
10   You can answer the question. 13:16:40
11   THE WITNESS: To my knowledge, no. 13:16:42
12 BY MR. HARBACH: 13:16:45
13   Q. And you -- as the treasurer of Golden Spring 13:16:49
14 (New York) Limited, would that be something you would 13:16:53
15 expect to know if it had happened? 13:16:56
16   A. Since I was -- 13:16:59
17   MR. ROSEN: Object. 13:17:03
18   You can answer. 13:17:04
19   THE WITNESS: Since I was appointed of 13:17:07
20 treasurer of Golden Spring, I didn't see any money 13:17:11
21 come from Mr. Ho Wan Kwok. And Golden Spring doesn't 13:17:13
22 look at him as a client; so he is a family member, 13:17:17
23 but he is not our kind of like prospective client. 13:17:21
24 He is the owner. He is the father of the owner, 13:17:25
25 like, it -- that's our understanding. 13:17:31

Page 122

1 BY MR. HARBACH: 13:17:32
2   Q. He, in fact, is the owner, isn't he, 13:17:33
3 Ms. Wang? 13:17:36
4   MR. ROSEN: Objection. 13:17:37
5   THE WITNESS: He is not the owner at all. 13:17:38
6 BY MR. HARBACH: 13:17:42
7   Q. Were you an employee or a director or 13:17:46
8 officer of Golden Spring at the time that it was 13:17:53
9 created? 13:17:56
10   A. You mean back to 2015, sir? 13:18:00
11   Q. Yes. 13:18:04
12   A. No. 13:18:05
13   Q. Returning to my question about Golden Spring 13:18:06
14 (New York) Limited's source of income, is there 13:18:16
15 anything else in that category, other than returns on 13:18:22
16 investment? 13:18:26
17   A. What do you mean? Like any other source of 13:18:28
18 income besides what I reply to you before? 13:18:38
19   Q. Yes. 13:18:41
20   A. Okay. So that would be our major source of 13:18:42
21 income. Like, a family office -- I mean, in my 13:18:45
22 understanding you already do investment; so when you 13:18:51
23 investment, you get revenue, and then we got paid, 13:18:54
24 and so we got. 13:18:57
25   Q. I understand that. 13:18:57

Page 123

1   I'm asking you whether there was anything 13:18:58
2 else. 13:19:00
3   A. As far as I know, like, that is all I know. 13:19:03
4   Q. Okay. 13:19:08
5   A. That is the plan. I mean, as a family 13:19:09
6 office -- right? -- we are supposed to do investment 13:19:12
7 and make revenue -- make revenue. I mean, I am not 13:19:15
8 a law firm. I am not other, you know, service 13:19:18
9 company. And then any other source of income 13:19:20
10 I should be expect. 13:19:22
11   Q. Does Golden Spring (New York) Limited have 13:19:24
12 any bank accounts? 13:19:28
13   A. You are asking which time apparent, sir? 13:19:30
14   Q. I'm asking currently. 13:19:41
15   A. Yes. 13:19:43
16   Q. How many? 13:19:43
17   A. One. 13:19:46
18   Q. At which bank? 13:19:52
19   MR. ROSEN: Objection. There are security 13:19:55
20 issues involved here, and we're -- I understand that 13:19:59
21 Golden Spring's bank accounts have been shut down as 13:20:06
22 part of what has been described to me as a harassment 13:20:09
23 scheme; so I would ask at this point not to 13:20:13
24 disclose -- the witness not to disclose the location 13:20:16
25 of the bank account. 13:20:19

Page 124

1   MR. HARBACH: Okay. Scott, I'm not meaning 13:20:20
2 to disregard your instruction. I'm going to ask 13:20:25
3 another question, and if you want to include this 13:20:28
4 under your objection, please do. But I'm going to 13:20:31
5 ask this one. 13:20:34
6 BY MR. HARBACH: 13:20:35
7   Q. Ms. Wang, is Golden Spring (New York)'s bank 13:20:35
8 account with a U.S. bank? 13:20:38
9   A. Yes. 13:20:42
10   Q. What is the approximate current balance in 13:20:43
11 that account? 13:20:54
12   A. I mean, for the safety, same reason. I am 13:20:57
13 very hesitant to tell you because PAX already, like, 13:21:05
14 harassed all Golden Spring's bank account. 13:21:09
15   So we are talking about DIP loan; right? 13:21:14
16   Q. Well, yeah. 13:21:18
17   You know the reasons that the -- that the 13:21:19
18 deposition has been noticed, and I'm not going to get 13:21:21
19 into a debate with you about whether the question is 13:21:26
20 proper. 13:21:28
21   My question is what is the approximate 13:21:30
22 balance in Golden Spring's one bank account in the 13:21:33
23 United States? 13:21:38
24   MR. ROSEN: I'm going to object and would 13:21:41
25 like, if it is acceptable to counsel, to take a short 13:21:44

Page 125

32 (Pages 122 - 125)

1 recess to discuss this with my client.                13:21:50
2      MR. HARBACH:  Of course.  No problem at all.  13:21:52
3      THE VIDEOGRAPHER:  We are going off the        13:21:55
4 record.                                               13:21:56
5      The time is 1:21.                                13:21:56
6      (Short recess taken.)                            13:22:00
7      THE VIDEOGRAPHER:  We are back on the          13:33:59
8 record.                                               13:34:01
9      The time is 1:34.                                13:34:01
10     MR. HARBACH:  Scott, did you want to put       13:34:06
11 anything on the record here or no?                   13:34:11
12     MR. ROSEN:  No.                                 13:34:14
13     I did not need to put anything on the           13:34:15
14 record.                                               13:34:18
15 BY MR. HARBACH:                                       13:34:18
16  Q.  Okay.  Ms. Wang, did you speak with anyone    13:34:19
17 else during the break, besides your lawyer?          13:34:21
18  A.  I only talked with Mr. Scott Rosen.            13:34:23
19  Q.  Okay.  Thank you.                               13:34:25
20     The pending question before the break was       13:34:26
21 what is the approximate balance in Golden Spring     13:34:31
22 (New York) Limited's one U.S. bank account?          13:34:37
23     MR. ROSEN:  I'm going to object and instruct   13:34:45
24 the witness not to answer that specific question     13:34:47
25 because of Golden Spring's concerns about maintaining 13:34:50

Page 126

1 the integrity and usability of the bank account in   13:34:54
2 light of credits' rights actions that have been taken 13:34:58
3 by -- by PAX.                                         13:35:03
4 BY MR. HARBACH:                                       13:35:05
5  Q.  Leaving aside the identity of the bank,         13:35:06
6 approximately how much value in liquid assets does   13:35:11
7 Golden Spring (New York) Limited own?                13:35:20
8  A.  Golden Spring as -- I mean, enough funds to    13:35:23
9 support Golden Spring, the operation.  I mean, we     13:35:33
10 don't have cash flow issue, so....                   13:35:37
11  Q.  All right.  And your judgment about what       13:35:40
12 might be a cash flow issue and our judgment about     13:35:44
13 what might be a cash flow issue and Judge Manning's   13:35:48
14 judgment about what might be a cash flow issue could  13:35:54
15 be three very different things.                       13:35:57
16     And so that is why I'm asking approximately     13:35:59
17 how much money in liquid assets does Golden Spring    13:36:03
18 (New York) Limited own?                              13:36:09
19  A.  The balance is changing every day because      13:36:12
20 things happen every day; so I don't want to           13:36:19
21 speculate.  Obviously, I did not check the bank       13:36:22
22 balance right now; so I cannot say.                   13:36:25
23  Q.  What -- what -- when -- when was the last       13:36:27
24 time you checked the balance?                         13:36:29
25  A.  I don't recall.  It is the financial --         13:36:30

Page 127

1 finance department, they are doing that.              13:36:34
2  Q.  Well, you are the treasurer; right?             13:36:37
3      MR. ROSEN:  Excuse me.  I thought this was     13:36:40
4 questions setting aside the bank account.  The        13:36:42
5 question was what is -- what are the values of the    13:36:45
6 liquid assets, setting aside the bank account.        13:36:47
7      MR. HARBACH:  Yeah.  I meant -- and I can't    13:36:50
8 believe I said -- if I didn't, I'm mistaken.  I meant 13:36:53
9 the identity of the bank.  I'm not -- I'm not          13:36:56
10 interested in getting the identification of the bank. 13:36:59
11 I'm just trying to figure out how much money          13:37:02
12 Golden Spring (New York) Limited has.  That's it.     13:37:05
13 BY MR. HARBACH:                                       13:37:02
14  Q.  How much money does the company have?  Do      13:37:11
15 you know?                                             13:37:13
16  A.  The money enough to support all of the daily   13:37:14
17 operation.                                            13:37:18
18  Q.  Are you -- are you unwilling to tell me how    13:37:18
19 much money Golden Spring has or do you not know how   13:37:23
20 much money Golden Spring has?                         13:37:27
21     MR. ROSEN:  Yeah.  I -- I have to object        13:37:29
22 here.  There are concerns about the integrity and     13:37:31
23 usability of Golden Spring's assets in light of       13:37:36
24 creditor activity that has been conducted by PAX; so  13:37:41
25 these are -- these are sensitive issues.  If -- if    13:37:46

Page 128

1 you want to get to questions about where is the loan  13:37:50
2 proceeds going to come from, then we can -- we can     13:37:52
3 certainly go there.  But with respect to its current  13:37:56
4 assets, at this point the credit just -- just          13:38:00
5 outweighs any -- any -- any relevancy.                 13:38:03
6      MR. HARBACH:  I -- I think I understand your   13:38:10
7 objection, and rather than engage it fully, I will    13:38:13
8 just note that we strongly disagree.  But if you are   13:38:16
9 instructing the witness not to answer, I'll try and    13:38:20
10 move on.                                               13:38:23
11     MR. ROSEN:  Thank you.                          13:38:24
12 BY MR. HARBACH:                                       13:38:24
13  Q.  Approximately how much profit did              13:38:32
14 Golden Spring (New York) make in the last year?      13:38:35
15  A.  Because of the -- the entire, like, PAX --     13:38:41
16 right? -- this case, I mean, PAX obviously subpoenaed  13:38:49
17 all Golden Spring's bank.  And then in my              13:38:53
18 understanding, my console device, like, PAX didn't     13:38:57
19 get anything; so -- because PAX specifically hurt our  13:39:01
20 bank relationship in the last year, as you said,       13:39:05
21 I mean, we didn't make profit last year.               13:39:07
22  Q.  You did not make a profit last year?           13:39:10
23  A.  Correct.                                        13:39:14
24     MR. ROSEN:  Objection.                          13:39:16
25 ///

Page 129

33 (Pages 126 - 129)

PAX-015-033

BY MR. HARBACH:                                13:39:17

Q. Was there a -- was there a loss of -- of --        13:39:18
there was a loss of approximately how much last year?   13:39:20
Do you understand the question?                 13:39:33

A. Of course.                                   13:39:34

Q. So what is --                                13:39:37

A. But I don't know why it is related to this    13:39:38
as well.  It is sensitive information, which I have    13:39:42
to keep it.                                     13:39:44

Q. You are -- so you are -- you are -- you are    13:39:45
unwilling to answer what the size of Golden Spring    13:39:46
(New York) Limited's loss was last year; is that    13:39:51
right?                                          13:39:57

MR. ROSEN:  Objection.  This is not an asset    13:39:57
disclosure deposition for Golden Spring.  And -- and    13:40:01
in light of the pending litigation that is already    13:40:03
out there, questions like this are overstepping what    13:40:05
the scope of this deposition is supposed to be,    13:40:09
which, again, this is a contested matter in    13:40:11
a bankruptcy case for a DIP loan, which is being    13:40:15
granted on a fully subordinated basis; so that's --    13:40:19
that is what we are here today on, not asset    13:40:23
disclosure.                                     13:40:27

MR. HARBACH:  Is that an instruction not to    13:40:34
answer, Scott?                                  13:40:36

                                                Page 130

MR. ROSEN:  Yes, it is.                         13:40:37

BY MR. HARBACH:                                13:40:39

Q. Who made the requests to Golden Spring        13:40:39
(New York) for debtor-in-possession financing?    13:40:42

A. I -- can I ask a translator to help me        13:40:47
understand this question?                       13:40:53

Q. Of course.                                   13:40:55

MR. HARBACH:  Ms. Johnston, I'll repeat it.    13:40:56

Who made the request to Golden Spring          13:41:00
(New York) Limited for debtor-in-possession    13:41:02
financing?                                      13:41:09

THE INTERPRETER:  (Interprets question.)    13:41:42

THE CHECK INTERPRETER:  Can the check          13:41:42
interpreter help with that term?                13:41:45

THE INTERPRETER:  Sure.                        13:41:48

THE WITNESS:  From the interpreter             13:41:55
understanding, it is debtor's loan; right?  Debtor's    13:41:57
position.  Debtor's loan.                       13:42:01

BY MR. HARBACH:                                13:42:01

Q. Well, Ms. -- Ms. Wang, on several occasions    13:42:01
today you have pointed out to me that we are here to    13:42:03
talk about a DIP loan.                          13:42:09

Do you know what a DIP loan is?                13:42:10

A. Yes.                                         13:42:15

It is a loan between the debtor and lender.    13:42:16

                                                Page 131

Q. Okay.  Do you know what DIP stands for?      13:42:19

A. Yes.                                         13:42:27

Q. What does it stand for?                       13:42:29

A. It is a DIP loan displaying between --        13:42:31
I mean, I'm not a lawyer; right?                13:42:42

It is a loan between the lender and the        13:42:43
debtor.                                         13:42:48

Q. Thirty seconds ago you said to me that you    13:42:49
know what DIP stands for.  It is okay if you don't.    13:42:53
I'm just asking for an honest answer.           13:43:00

Do you know what DIP stands for?  It is an    13:43:04
acronym.                                        13:43:09

A. It is a loan.  It is a loan.  That's my     13:43:09
answer.                                         13:43:13

Q. Okay.  It stands for debtor in possession.    13:43:13
Okay?                                           13:43:17

It is not a secret, but -- I'll keep going.    13:43:19

Who made the request to Golden Spring          13:43:26
(New York) for debtor-in-possession financing that is    13:43:32
at issue here?                                  13:43:37

A. The owner of Golden Spring (New York).      13:43:39

Q. The owner of Golden Spring (New York) made    13:43:44
a request to Golden Spring (New York) for DIP    13:43:52
financing?  Is that your testimony?            13:43:57

A. I don't understand your question.           13:44:00

                                                Page 132

Q. Who asked for the loan?                       13:44:05

A. I was not involved in this loan negotiation.    13:44:10

Q. Do you know who made the request for the    13:44:15
loan?                                           13:44:20

A. I was not involved in the negotiation of    13:44:22
this loan.  I just got instruction and advice from    13:44:28
the owner of Golden Spring.                     13:44:32

Q. Okay.  Is the answer to this question -- is    13:44:34
the answer to my question you don't know?       13:44:39

A. I was not involved.                          13:44:41

Q. You know what?  Let's use the interpreter.    13:44:42

MR. HARBACH:  Ms. Johnston, can you -- well,    13:44:48
let's do it this way.                           13:44:53

BY MR. HARBACH:                                13:44:57

Q. Do you know who made the request to         13:44:57
Golden Spring (New York) Limited for the loan that is    13:44:59
the subject of today's deposition?             13:45:03

A. I don't have personal knowledge.            13:45:09

Q. Has anyone told you who made the loan -- who    13:45:11
made the request for the loan that is the subject of    13:45:19
today's deposition?                             13:45:22

A. Has anyone told me?                          13:45:24

Q. Well, you said you didn't have personal    13:45:31
knowledge.                                      13:45:33

A. Yes.                                         13:45:35

                                                Page 133

34 (Pages 130 - 133)

PAX-015-034

1   Q. And I know what that -- and I know what that   13:45:35
2   means.                                            13:45:39
3       So I am asking you whether you have ever      13:45:39
4   learned from anyone else who made the request for the DIP   13:45:42
5   loan that is the subject of today's deposition.   13:45:45
6   A. I heard this from Mr. Qiang Guo about his      13:45:53
7   DIP loan.                                         13:45:58
8   Q. Who did he say requested the DIP loan?        13:45:59
9   A. He mentioned his father -- his father's       13:46:05
10  attorney.                                         13:46:16
11  Q. Do you recall that attorney's name?           13:46:17
12  A. I don't recall. He didn't tell me, and        13:46:20
13  I don't recall.                                   13:46:23
14  Q. When was that request made, if you know?      13:46:24
15  A. In March.                                      13:46:33
16  Q. Of what year?                                  13:46:41
17  A. Of this year.                                  13:46:43
18  Q. Were you -- as president, secretary,          13:46:45
19  treasurer, and director of Golden Spring (New York)   13:46:53
20  Limited -- involved in the decision about whether to   13:46:58
21  provide DIP financing to the debtor?             13:47:03
22  A. I was advised by Mr. Qiang Guo afterwards.    13:47:06
23  That was a quite short time period. And he handled;   13:47:16
24  so the answer to you is I was not involved.      13:47:24
25  Q. Were you consulted by Mr. Guo --              13:47:27
                                                   Page 134

1   Mr. Qiang Guo on the decision about whether      13:47:32
2   Golden Spring (New York) would agree to provide DIP   13:47:36
3   financing to the debtor here?                     13:47:40
4   A. What do you mean, consulted?                  13:47:42
5   Q. Do you know what consulted means?             13:47:45
6   A. Of course I know.                             13:47:48
7   Q. Okay. So were you consulted by               13:47:49
8   Mr. Qiang Guo about the decision on whether      13:47:53
9   Golden Spring (New York) would agree to provide DIP   13:47:59
10  financing to the debtor?                          13:48:03
11  A. You mean he -- when he was making the         13:48:05
12  decision?                                         13:48:08
13  Q. Well, we're going to get to who made the      13:48:09
14  decision. I'm trying to figure out whether you were   13:48:14
15  involved and, if so, how. You told me a couple of   13:48:18
16  minutes ago that you were not involved with the   13:48:23
17  decision.                                         13:48:25
18      I'm asking if Mr. Qiang Guo spoke to you     13:48:26
19  about the decision.                               13:48:30
20  A. Yes.                                           13:48:33
21      He spoke to me about the decision.           13:48:34
22  Q. Before he made it or after?                   13:48:36
23  A. After.                                         13:48:40
24  Q. And am I right that the decision was his,     13:48:41
25  not yours? Correct?                               13:48:47
                                                   Page 135

1   A. Golden Spring has been the litigation        13:48:49
2   funding for Mr. Qiang Guo's father, I mean, for   13:48:56
3   several years. Mr. Qiang Guo made the decision,   13:49:01
4   given the short time apparent. As the president of   13:49:05
5   the company, I am aligned with that, and he knew and   13:49:09
6   he knows I am going to align with that.           13:49:13
7   Q. I see.                                         13:49:15
8   A. So no need --                                 13:49:16
9   Q. And is that --                                13:49:16
10  A. No need to argue that, yeah, if that is what   13:49:17
11  you are looking for.                              13:49:20
12  Q. I'm -- I'm -- I'm -- you know, I'm not        13:49:21
13  trying to argue with you. I'm just trying to     13:49:22
14  understand what happened.                         13:49:25
15      And so how about this?                        13:49:28
16      You understand that litigation funding in    13:49:31
17  the past that Golden Spring may have provided to   13:49:43
18  Mr. Ho Wan Kwok is different from the DIP loan that   13:49:46
19  we are talking about today? You understand that   13:49:49
20  those are two different things; right?           13:49:51
21  A. Correct.                                       13:49:54
22  Q. Okay. And so I would like to focus just on   13:49:54
23  the DIP loan and not litigation financing that may   13:49:58
24  have occurred in the past.                        13:50:03
25      Do you understand?                            13:50:05
                                                   Page 136

1   A. Yes.                                           13:50:06
2   Q. Okay. And so do I have it right that         13:50:10
3   according to you, the decision about whether to agree   13:50:13
4   to the DIP loan for the debtor was Mr. Qiang Guo's   13:50:20
5   decision? Correct?                               13:50:27
6   A. He made a decision, obviously on behalf of   13:50:34
7   Golden Spring, and he is the owner of the company.   13:50:41
8   And we're aligned.                                13:50:43
9   Q. Okay. And you are the president, and all   13:50:45
10  those other titles, of Golden Spring (New York)   13:50:49
11  Limited; correct?                                 13:50:52
12  A. Correct.                                       13:50:58
13  Q. Have you ever disagreed with Mr. Qiang Guo   13:50:59
14  about a decision that he has made?               13:51:02
15  A. Yes, of course.                               13:51:03
16  Q. Okay. And did he solicit your agreement for   13:51:06
17  this decision?                                    13:51:08
18  A. For this DIP loan decision, you mean?        13:51:09
19  Q. Uh-huh.                                        13:51:13
20  A. No.                                            13:51:14
21  Q. Why?                                           13:51:19
22  A. He just -- he told you --                     13:51:20
23  Q. Why?                                           13:51:21
24  Q. He told you -- he told you about it after he   13:51:22
25  had made a decision; correct?                     13:51:24
                                                   Page 137

35 (Pages 134 - 137)

| | |
|---|---|
| 1   A. He briefed me what happened.    13:51:26 | 1   Do you talk to him twenty times a day?    13:54:16 |
| 2   Q. What did he tell you?    13:51:30 | 2   A. Obviously not.    13:54:19 |
| 3   A. About this DIP loan, and then he didn't have    13:51:31 | 3   Q. Well, it is not obvious because you won't    13:54:20 |
| 4   enough time within the short limit of time.  He took    13:51:38 | 4   answer the question.    13:54:22 |
| 5   care of that.    13:51:42 | 5   How often do you speak to him?    13:54:23 |
| 6   Q. Okay.    13:51:43 | 6   MR. ROSEN:  Objection.    13:54:27 |
| 7   A. So he always advise me with something in the    13:51:44 | 7   THE WITNESS:  As needed.    13:54:28 |
| 8   short limit of time or urgency kind of like it.    13:51:47 | 8   MR. ROSEN:  Counsel, please specify a time    13:54:29 |
| 9   Q. Okay.    13:51:51 | 9   frame.    13:54:32 |
| 10   A. And then he took it like that.  He briefed    13:51:52 | 10   MR. HARBACH:  Sure.    13:54:33 |
| 11   me.  That's it.    13:51:51 | 11   BY MR. HARBACH:    13:54:34 |
| 12   Q. Okay.  And I will ask you one more time what    13:51:57 | 12   Q. From the moment you learned about the DIP    13:54:34 |
| 13   he said when he briefed you, and then I'll -- I'll    13:52:01 | 13   loan from some attorney until today, how frequently    13:54:37 |
| 14   try this another way.    13:52:04 | 14   have you spoken with Mr. Kwok Ho Wan?    13:54:44 |
| 15   A. Okay.    13:52:06 | 15   A. Oh, I think I met him, like, more than    13:54:51 |
| 16   Q. What did he say when he briefed you, if you    13:52:06 | 16   a week ago -- a week ago.    13:54:55 |
| 17   remember?  I mean, this was, what, a month ago?    13:52:09 | 17   Q. Okay.  That's one time.    13:54:58 |
| 18   A. So what are you asking about?  Like, when    13:52:14 | 18   Any other times you can think of?    13:55:04 |
| 19   the brief happened or the DIP loan happened, sir?    13:52:16 | 19   A. I don't recall.    13:55:07 |
| 20   Q. Fifteen seconds ago you told me a couple of    13:52:18 | 20   Q. On that one occasion that you do recall, did    13:55:10 |
| 21   times that Mr. Qiang Guo briefed you.    13:52:22 | 21   you discuss the DIP loan with Mr. Kwok Ho Wan?    13:55:15 |
| 22   Do you remember that?    13:52:26 | 22   A. No.    13:55:19 |
| 23   A. Yes.    13:52:27 | 23   Q. When you saw Mr. Kwok most recently -- you    13:55:40 |
| 24   Q. What did he say when he briefed you?    13:52:28 | 24   said it was about a week ago -- was that in the    13:55:45 |
| 25   A. He said he retained attorney and worked    13:52:32 | 25   Golden Spring (New York) offices?    13:55:48 |
| Page 138 | Page 140 |
| 1   together with the lenders' attorney and then -- to    13:52:45 | 1   A. Yes.    13:55:52 |
| 2   take care of the DIP loan.  And that is what he told    13:52:48 | 2   Q. Okay.  Do you recall what you did discuss    13:55:52 |
| 3   me.    13:52:53 | 3   with him on that occasion?    13:55:56 |
| 4   Q. Okay.  Was that the first time you had heard    13:52:53 | 4   A. We just -- like, I send my regards, like,    13:55:58 |
| 5   about the DIP loan?    13:52:57 | 5   social.    13:56:09 |
| 6   A. No.    13:52:59 | 6   And he asked, are you doing good; right?    13:56:10 |
| 7   Q. Who was the first person you heard about it    13:53:01 | 7   So that's it, yeah.    13:56:13 |
| 8   from?    13:53:05 | 8   We chat -- and he chat whether I am safe,    13:56:14 |
| 9   A. I heard from the attorneys -- our attorneys.    13:53:06 | 9   and I did the same.  That's it.  We didn't -- we    13:56:17 |
| 10   Q. Okay.  Before this conversation with    13:53:10 | 10   didn't chat about other stuff.  I don't -- we didn't.    13:56:20 |
| 11   Qiang Guo?    13:53:13 | 11   Q. Okay.  And that was it, just -- just, like,    13:56:23 |
| 12   A. Correct.  Yes.    13:53:14 | 12   hi, how are you, that sort of thing?    13:56:26 |
| 13   Q. Have you ever spoken with Mr. Ho Wan Kwok    13:53:23 | 13   A. Yes.    13:56:29 |
| 14   about the DIP loan ever?    13:53:26 | 14   Obviously he was here, I believe, like,    13:56:29 |
| 15   A. I don't recall.    13:53:29 | 15   meeting his attorneys.  And I -- because this is my    13:56:33 |
| 16   Q. Is it possible that you have?    13:53:32 | 16   office; so I arranged the office, like, you know,    13:56:39 |
| 17   A. Unlikely.  I don't recall.    13:53:36 | 17   like, take care of them; like, you know, arrange    13:56:44 |
| 18   Q. How often do you speak with Mr. Ho Wan Kwok?    13:53:48 | 18   their food and coffee, those kinds of stuff; so my    13:56:46 |
| 19   A. Oh, we meet as needed.    13:53:51 | 19   office did that for them.    13:56:49 |
| 20   Q. A few times a week?    13:53:56 | 20   Q. Your office or you?    13:56:51 |
| 21   A. As needed.    13:54:00 | 21   A. My office.  I instructed my office to do    13:56:52 |
| 22   Q. More or less than a few times a week?    13:54:02 | 22   that.    13:56:58 |
| 23   A. As needed.    13:54:07 | 23   Q. Okay.  You have -- in your capacity as    13:56:58 |
| 24   Q. I mean, as needed could be twenty times    13:54:11 | 24   president and so forth of Golden Spring -- you know    13:57:16 |
| 25   a day, Ms. Wang.    13:54:14 | 25   what I mean by and so forth; right?    13:57:20 |
| Page 139 | Page 141 |

36 (Pages 138 - 141)

PAX-015-036

| | |
|---|---|
| 1  A. I don't really know that.              13:57:23 | 1  BY MR. HARBACH:                    14:00:32 |
| 2  Q. Okay.                               13:57:25 | 2  Q. Did Mr. Qiang Guo ever tell you how the   14:00:32 |
| 3  A. What means so forth?               13:57:26 | 3  $8 million figure was arrived at?         14:00:35 |
| 4  Q. Sure.                              13:57:27 | 4  A. (In English) No.                  14:00:38 |
| 5     I mean all those other titles, president,  13:57:29 | 5  Q. Are you familiar with the terms of the DIP  14:00:52 |
| 6 secretary, treasurer, director.          13:57:33 | 6 loan?                            14:01:00 |
| 7     You hold all four titles; right?      13:57:35 | 7  A. You just asked me, yes.  Now, yes.   14:01:01 |
| 8  A. Correct.                           13:57:37 | 8     MR. HARBACH:  Let's use the interpreter,  14:01:11 |
| 9  Q. Okay.  And you are the only president;  13:57:38 | 9 please.                          14:01:13 |
| 10 correct?                              13:57:40 | 10    Ms. Johnston, could you please ask:  Are you  14:01:15 |
| 11  A. Correct.                          13:57:41 | 11 familiar with the terms of the DIP loan?   14:01:19 |
| 12  Q. The only treasurer; correct?        13:57:42 | 12    THE INTERPRETER:  (Question interpreted.)  14:01:34 |
| 13  A. Yes.                              13:57:44 | 13    THE WITNESS:  (Through the Interpreter)  14:01:34 |
| 14  Q. Okay.  And what decisions are you empowered  13:57:44 | 14 This was my first time involved in this matter; so  14:01:50 |
| 15 to make in those roles without Qiang Guo's  13:58:00 | 15 I know it was a loan.  But I am unfamiliar with the  14:01:54 |
| 16 permission?                           13:58:06 | 16 terms.                          14:01:58 |
| 17  A. I make most of the daily operation decisions  13:58:06 | 17 BY MR. HARBACH:                   14:02:05 |
| 18 in here.  Of course, I will brief him when we meet or  13:58:15 | 18  Q. Have you read the DIP loan agreement?   14:02:05 |
| 19 chat, but I made the, like, daily operation decision  13:58:19 | 19  A. (In English) Briefly, I went through, yes.  14:02:08 |
| 20 by myself in here.                      13:58:25 | 20  Q. When was that?                 14:02:17 |
| 21  Q. How much is the -- the DIP loan that is at  13:58:26 | 21  A. You mean when or what?          14:02:18 |
| 22 issue in this case?                      13:58:29 | 22  Q. I'm sorry.                     14:02:23 |
| 23  A. The DIP loan is $8 million U.S.      13:58:30 | 23     When?  When did you go through it briefly?  14:02:24 |
| 24  Q. And who did you learn that from?     13:58:39 | 24  A. Oh, when I was -- I prepped with the   14:02:28 |
| 25  A. Who did I got this from?  From      13:58:41 | 25 counsels, I believe.                  14:02:35 |
| Page 142 | Page 144 |

| | |
|---|---|
| 1  Mr. Qiang Guo.                         13:58:46 | 1  Q. Okay.  And how long ago was that?    14:02:36 |
| 2  Q. Okay.  Do you know where the $8 million  13:58:46 | 2  A. I'm sorry.                      14:02:40 |
| 3 figure came from?                        13:58:54 | 3     What was your question?  How long ago was  14:02:44 |
| 4  A. When Mr. Qiang Guo advise me, he advise me  13:58:55 | 4 that?                            14:02:47 |
| 5 will take care of that also, as we always did.  Like  13:59:06 | 5  Q. Yes, ma'am.                    14:02:47 |
| 6 the fund; like, for example, like, you asked did his  13:59:10 | 6     I'm -- I'm -- I'm -- I'm not interested in   14:02:49 |
| 7 father ask for buy something, like, he will -- I have  13:59:14 | 7 what any of the attorneys told you, but I am   14:02:51 |
| 8 to escalate for him.  He will make a decision for him  13:59:17 | 8 interested in when you met with them.       14:02:54 |
| 9 that way.                               13:59:21 | 9     So when was it that you read the DIP loan  14:02:56 |
| 10  Q. I'm trying to understand, if you know, how  13:59:22 | 10 agreement?                        14:03:00 |
| 11 the figure of $8 million was arrived at.     13:59:29 | 11  A. When, you ask; right?            14:03:01 |
| 12    MR. ROSEN:  Could we have the -- the   13:59:33 | 12  Q. Correct.                      14:03:03 |
| 13 interpreter on that?                     13:59:35 | 13  A. Before this deposition.  Yesterday.    14:03:04 |
| 14    I believe the witness may have misunderstood  13:59:36 | 14  Q. Yesterday?                    14:03:10 |
| 15 the question the first time.              13:59:39 | 15  A. Yes.                         14:03:13 |
| 16    MR. HARBACH:  Sure.                13:59:41 | 16  Q. Was -- was yesterday the first time you saw  14:03:14 |
| 17    Ms. Johnston, do you need me to repeat it?  13:59:42 | 17 the DIP loan agreement?               14:03:19 |
| 18    THE INTERPRETER:  Yes, please.      13:59:47 | 18  A. I know it existed before yesterday, but  14:03:23 |
| 19 BY MR. HARBACH:                      13:59:48 | 19 I didn't pay too much of attention until my attorney,  14:03:28 |
| 20  Q. Ms. Wang, I'm asking if you know how the  13:59:49 | 20 like, prepped me.                    14:03:34 |
| 21 $8 million figure was arrived at.          13:59:55 | 21  Q. Was yesterday the first day you saw the DIP  14:03:36 |
| 22    THE INTERPRETER:  (Question interpreted.)  13:59:55 | 22 loan agreement?                     14:03:40 |
| 23    THE WITNESS:  (Through the Interpreter)  14:00:17 | 23  A. I didn't recall.  I may have seen that   14:03:43 |
| 24 I was not involved in how the $8 million was arrived;  14:00:22 | 24 before, but I couldn't recall.            14:03:46 |
| 25 so I do not have any personal knowledge.    14:00:28 | 25    MR. HARBACH:  Scott, this question is not  14:03:54 |
| Page 143 | Page 145 |

37 (Pages 142 - 145)

1  remotely intended to invade the privilege, but I hope   14:03:56
2  you will understand why I am asking it.   14:04:01
3  BY MR. HARBACH:   14:04:03
4    Q.  Ms. Wang, when you met with the attorneys   14:04:04
5  yesterday, was there an interpreter available to help   14:04:06
6  you?   14:04:09
7    A.  No.   14:04:13
8    Q.  When you read the DIP loan agreement   14:04:18
9  yesterday, did you understand it?   14:04:21
10    A.  I know it is a loan.  It is 8 million, and   14:04:31
11  interest is at 5 percent and subject to the court to   14:04:34
12  approve by the end.   14:04:38
13    Q.  Okay.  Do you know anything else about the   14:04:42
14  conditions that are attached to the loan?   14:04:46
15    A.  I learned from the reading it is kind of   14:04:51
16  like a 50 percent pay the lender -- no.  The debtors   14:04:55
17  professional.  Another 50 percent is going to pay   14:05:01
18  U.S. Trustee and the other attorney related.   14:05:05
19    Q.  Are you familiar with the term events of   14:05:10
20  default?   14:05:14
21    A.  You mean in this DIP loan agreement?   14:05:15
22    Q.  Yes, ma'am.   14:05:21
23    A.  I didn't pay attention about that.   14:05:22
24    Q.  Do you know what any of the events of   14:05:25
25  default that are in this DIP loan agreement are?   14:05:29

Page 146

1    A.  Can I have, like, interpreter help me on   14:05:32
2  this?  Because it is about this DIP loan details.   14:05:40
3    Q.  Of course.  Of course.   14:05:44
4    MR. HARBACH:  I'll repeat it for   14:05:46
5  Ms. Johnston.   14:05:49
6  BY MR. HARBACH:   14:05:51
7    Q.  Do you know what any of the events of   14:05:51
8  default in this DIP loan agreement are?   14:05:53
9    THE INTERPRETER:  (Question interpreted.)   14:05:53
10    THE WITNESS:  I don't recall.   14:06:10
11  BY MR. HARBACH:   14:06:10
12    Q.  You don't recall or you don't know?   14:06:10
13    A.  I don't recall.   14:06:15
14    Q.  Do you know who Arethusa Forsyth is?   14:06:17
15  A-r-e-t-h-u-s-a, last name F, like Frank,   14:06:50
16  o-r-s-y-t-h.   14:06:58
17    Do you know who that person is?   14:07:00
18    A.  This is attorney retained by Mr. Qiang Guo   14:07:04
19  work on this DIP loan.   14:07:09
20    Q.  Did you have any -- withdrawn.   14:07:10
21    Do you know how Attorney Forsyth is being   14:07:16
22  paid?   14:07:28
23    A.  I'm sorry.   14:07:29
24    Interpreter, can I have some support?   14:07:30
25    THE INTERPRETER:  (Question interpreted.)   14:07:30

Page 147

1    THE WITNESS:  Ah, okay.  Again, not my   14:07:39
2  native language.   14:07:41
3    So Mr. Qiang Guo advised me, and he is   14:07:42
4  taking care of that also.  Because this attorney   14:07:46
5  based in UK; so like, where Mr. Qiang Guo is at.  He   14:07:52
6  will take care.  For Golden Spring, we didn't receive   14:07:56
7  invoice yet.  Probably will come, but I didn't see   14:08:00
8  that yet.   14:08:03
9  BY MR. HARBACH:   14:08:04
10    Q.  So when Mr. Qiang Guo told you that he would   14:08:04
11  take care of it, you understood that to mean that   14:08:07
12  Golden Spring (New York) would pay for her services;   14:08:10
13  is that right?   14:08:14
14    A.  That is my understanding.  For   14:08:15
15  Golden Spring, like, we didn't receive invoice.  If   14:08:21
16  we receive that invoice, we will take care of that.   14:08:23
17    Q.  Okay.  Are there any other current officers   14:08:26
18  and directors of Golden Spring (New York) Limited,   14:08:50
19  besides you and Qiang Guo?   14:08:57
20    A.  No.   14:09:03
21    Only me and him.   14:09:03
22    Q.  Okay.  Am I right that there was a time,   14:09:05
23  a few months in 2020, when you were replaced as   14:09:14
24  president by someone named Daniel Podhaskie,   14:09:23
25  P-o-d-h-a-s-k-i-e?  Is that right?   14:09:27

Page 148

1    A.  Correct.   14:09:37
2    Q.  It looks like Mr. Podhaskie was in those   14:09:38
3  roles for a little less than two months.   14:09:49
4    Does that sound about right to you?   14:09:53
5    A.  Yes.   14:09:55
6    Q.  Okay.  And why was it that he replaced you   14:09:58
7  for those couple of months?   14:10:02
8    A.  Because I -- I was -- I had personal issue   14:10:04
9  by then, which I couldn't perform as my job as duty.   14:10:13
10    Q.  I see.   14:10:20
11    And when that personal issue was resolved,   14:10:21
12  you returned --   14:10:25
13    A.  That's right.   14:10:28
14    Q.  -- is that right?   14:10:29
15    A.  Yes.  That's right.   14:10:30
16    Q.  Okay.  Did you have a briefing with   14:10:31
17  Mr. Podhaskie when you came back on the job?   14:10:50
18    A.  I don't recall.   14:10:59
19    Q.  Okay.  Do you recall, in any conversations   14:11:02
20  with Mr. Podhaskie, whether he was in contact with   14:11:08
21  Mr. Ho Wan Kwok?   14:11:14
22    A.  No.   14:11:19
23    I don't recall.  We just handed over, like,   14:11:22
24  the daily operation work.  I mean, I don't recall   14:11:31
25  anything more than that.   14:11:35

Page 149

38 (Pages 146 - 149)

PAX-015-038

1   Q. To your knowledge, is Mr. Podhaskie    14:11:36
2   currently, as of today, working for Golden Spring    14:11:45
3   (New York)?    14:11:48
4   A. No.    14:11:48
5   Q. Who is the current general counsel of    14:11:50
6   Golden Spring (New York)?    14:11:56
7   MR. ROSEN: I'm going to object to that    14:12:00
8   question, and I have been advised for matters of    14:12:02
9   personal security that general counsel does not wish    14:12:09
10  to disclose general counsel's identity.    14:12:12
11  MR. HARBACH: Okay. I think I can work    14:12:17
12  around it, Scott. Just don't hesitate to interrupt    14:12:19
13  if -- if you want to, but I'm going to try and work    14:12:23
14  around that.    14:12:26
15  Okay?    14:12:27
16  MR. ROSEN: Okay.    14:12:27
17  BY MR. HARBACH:
18  Q. Ms. Wang, your lawyer doesn't want you to    14:12:28
19  say the name, but do you know who the current general    14:12:31
20  counsel of Golden Spring (New York) is?    14:12:35
21  A. Yes, I know.    14:12:37
22  Q. Okay. And do you communicate with that    14:12:39
23  person?    14:12:42
24  A. Yes, we do.    14:12:46
25  Q. How regularly? How often do you communicate    14:12:49
Page 150

1   with that person?    14:12:52
2   A. We communicated -- it is not a daily basis,    14:12:53
3   but several times per week.    14:13:03
4   Q. Okay. I find it interesting that you have    14:13:06
5   a clear recollection of how often you speak with the    14:13:13
6   general counsel, but no recollection with any clarity    14:13:18
7   of how often you speak with Mr. Ho Wan Kwok.    14:13:24
8   Can you explain that?    14:13:28
9   A. Yes, sir.    14:13:31
10  Because I'm the president of the    14:13:33
11  Golden Spring, and that is my job to communicate with    14:13:35
12  my employee, including my general counsel and the    14:13:38
13  rest of our employees; so that is my job. I am being    14:13:42
14  paid to do that; so Mr. Ho Wan Kwok -- I mean, we    14:13:46
15  don't communicate on a regular basis or any -- kind    14:13:53
16  of like as you said, a regular basis. We just    14:13:56
17  communicate as we need. I mean, he is not employee;    14:13:59
18  right?    14:14:04
19  And then I don't report to him; so why    14:14:04
20  should I, you know, keep that rhythm and then to talk    14:14:07
21  with someone who is not in my job work?    14:14:10
22  Q. Just one moment, please. Hang on one    14:14:14
23  second.    14:14:24
24  When was the current general counsel of    14:14:49
25  Golden Spring hired?    14:14:52
Page 151

1   A. Less than two years ago.    14:14:53
2   Q. Okay.    14:15:05
3   A. Less than -- closer to two years.    14:15:11
4   Q. Approximately two years ago?    14:15:14
5   A. Yes.    14:15:17
6   About two years ago. A little more or less.    14:15:18
7   Q. Okay. And -- and were you involved in the    14:15:22
8   decision to hire this person?    14:15:28
9   A. Yes.    14:15:30
10  I make all the decision about the    14:15:35
11  recruitment as the president of the company.    14:15:38
12  Q. How many other people did you interview for    14:15:41
13  that position?    14:15:45
14  A. Wow. I mean, when I hire people, I'm pretty    14:15:47
15  much, if I can say, picky; so I did interview, like,    14:15:56
16  several candidates.    14:16:02
17  Q. Okay. Do you know where the person who is    14:16:04
18  currently the general counsel worked immediately    14:16:09
19  before coming to Golden Spring?    14:16:13
20  A. Can you please repeat again?    14:16:20
21  Q. Yes.    14:16:23
22  A. Sorry.    14:16:24
23  Q. The -- the person who is general counsel of    14:16:25
24  Golden Spring, who you said you were involved in    14:16:28
25  hiring, where did that person work immediately before    14:16:31
Page 152

1   Golden Spring, if you know?    14:16:36
2   A. I do know, but I don't feel comfortable to    14:16:41
3   give any details about my current employee --    14:16:44
4   Q. Okay.    14:16:47
5   A. -- and including previous employer.    14:16:48
6   Q. How about this?    14:16:51
7   A. That safety reason again.    14:16:52
8   Q. Give me -- give me the -- give me the first    14:16:54
9   letter of the company where the general counsel    14:16:56
10  worked before coming to Golden Spring.    14:16:59
11  MR. ROSEN: Objection. That's -- that is    14:17:02
12  the -- it is the same issue.    14:17:04
13  MR. HARBACH: Because of the first letter?    14:17:10
14  MR. ROSEN: We are not playing, you know,    14:17:12
15  twenty questions here. David, c'mon.    14:17:17
16  BY MR. HARBACH:    14:17:24
17  Q. Was the general counsel's prior employer --    14:17:24
18  was the identity of the general counsel's prior    14:17:31
19  employer a factor in your decision to hire that    14:17:39
20  person?    14:17:44
21  A. Well, I don't understand your question, sir.    14:17:44
22  Can I ask for the interpreter to help me?    14:17:46
23  Sorry.    14:17:49
24  Q. No problem.    14:17:51
25  MR. HARBACH: Here we go, Ms. Johnston.    14:17:52
Page 153

39 (Pages 150 - 153)

PAX-015-039

BY MR. HARBACH:    14:17:55

Q.  Is the -- was the identity of the general    14:17:55
counsel's provider employer a factor in your decision    14:17:58
to hire that person?    14:18:05

THE INTERPRETER:  (Question interpreted.)    14:18:24

THE WITNESS:  When I interview and hire    14:18:31
people, like the previous employer before me, that    14:18:33
does matter also.  And, obviously, you know, I want    14:18:40
to hire the high quality of talent; right?    14:18:44

Where they are from, that do matter.  And,    14:18:48
plus, I still care about, like, the loyalty with the    14:18:51
previous job.  You already -- I don't like, you know,    14:18:54
employee or the candidate jumping too often from job    14:18:59
to job.  But besides that, you know, I do care about,    14:19:04
like, the interview -- the feeling of the interview;    14:19:09
right?    14:19:11

The understanding and the communication and    14:19:12
the people skill, of course the capability of    14:19:14
professional, that all matters; so to answer your    14:19:17
question, the previous employer does matter, but it    14:19:20
is not only the -- only one reason for me to make    14:19:23
a decision to send out the offer.    14:19:27

BY MR. HARBACH:    14:19:31

Q.  Did you contact this general counsel's    14:19:31
previous employer during the hiring process?    14:19:34

Page 154

A.  I remember my HR department by then, they    14:19:42
conducted the background check and reference check.    14:19:47
I didn't do that by myself.  I have a company do    14:19:51
that.    14:19:54

Q.  So you did -- you, personally, did not speak    14:19:54
to anyone at this person's prior employer; correct?    14:19:57

A.  I mean, I manage the entire, like, employee.    14:20:03
I mean, as the president of the company, my    14:20:06
understanding is you are the -- the HR department    14:20:09
will do that for me; right?    14:20:12

Q.  You know, Ms. Wang, it is a simple question.    14:20:14
I'm not suggesting you should have.  I'm just asking    14:20:17
whether you did.    14:20:20

A.  No, I didn't.    14:20:21

Q.  Okay.    14:20:23

A.  My HR department did that, uh-huh.    14:20:24

Q.  Okay.  Did you personally conduct any of the    14:20:27
reference calls for this person?    14:20:30

A.  No.    14:20:32

I didn't do that.  But my -- my -- in    14:20:35
person, my -- personally.    14:20:40

Q.  But your understanding is that somebody in    14:20:43
your HR department did?    14:20:44

A.  Correct.    14:20:46

Q.  Are there any other inhouse lawyers for    14:20:47

Page 155

Golden Spring (New York), apart from the general    14:21:00
counsel?    14:21:03

A.  Which time period you are asking, sir?    14:21:04

Q.  Currently.    14:21:10

A.  No.    14:21:12

Q.  How many employees does Golden Spring    14:21:14
(New York) Limited currently have?    14:21:26

MR. ROSEN:  I believe that information has    14:21:34
been previously provided.  And I believe, David, you    14:21:36
are aware of the sensitivity to the employee issue.    14:21:41
I -- I don't think we have an objection to answering    14:21:45
how many employees there are, but I would ask you    14:21:50
not -- not to get into any personal or identifying    14:21:54
information with respect to that.    14:21:57

MR. HARBACH:  Yeah.  I -- I -- thank you,    14:22:00
Scott.    14:22:02

I do understand the position of    14:22:04
Golden Spring (New York) as had been represented to    14:22:06
us by counsel and repeated by counsel for the debtor    14:22:09
in -- in a previous proceeding; so I will respect    14:22:14
your request for purposes of this deposition while    14:22:22
noting that we disagree strongly with the -- the    14:22:25
basis of it.    14:22:29

BY MR. HARBACH:    14:22:33

Q.  So for the moment, Ms. Wang, my question is    14:22:33

Page 156

just the number of employees.    14:22:36

How many employees currently work at    14:22:38
Golden Spring (New York) Limited?    14:22:43

A.  Oh, currently I believe it is about fourteen    14:22:45
of them, including myself.    14:22:53

Q.  Including you?    14:22:55

A.  Yes.    14:22:58

Q.  Does that also include Mr. Qiang Guo?  Or    14:22:58
no?    14:23:04

A.  No.    14:23:05

Q.  Okay.  So you and the general counsel --    14:23:05
does that include that person?    14:23:10

A.  Correct.    14:23:13

Q.  Okay.  So you, the general counsel, and    14:23:14
twelve other people?    14:23:21

A.  Yes.    14:23:23

Q.  Do all of those people work at the family    14:23:23
office?    14:23:32

MR. ROSEN:  I object to this.  The -- there    14:23:36
are issues of physical security that I have been    14:23:38
alerted to.  And if -- if -- if you would like,    14:23:41
David, I do have a statement from the Golden Spring    14:23:47
security team that I could read into the record.    14:23:50
If -- if -- if you think it is appropriate.  But --    14:23:54

MR. HARBACH:  I -- I appreciate that, Scott.    14:23:59

Page 157

40 (Pages 154 - 157)

| | |
|---|---|
| 1 I mean, I -- as I said before, we -- we understand   14:24:02 | 1   A. He advised me he will take care of that.   14:27:15 |
| 2 the position that you are taking. And if your   14:24:05 | 2   Q. Did he tell you where the money was coming   14:27:18 |
| 3 position is whether all employees work in the same   14:24:08 | 3 from?   14:27:20 |
| 4 location presents a security risk such that you are   14:24:13 | 4   A. So far not yet. But he said he will take   14:27:21 |
| 5 going to direct the witness not to answer, that is   14:24:16 | 5 care of that, as he always does.   14:27:26 |
| 6 okay. I'll just note for the record that we -- we   14:24:19 | 6   Q. Did you ask him where the money was coming   14:27:27 |
| 7 disagree and reserve the right to take it up with the   14:24:22 | 7 from?   14:27:30 |
| 8 Judge, like we do just about all of the objections   14:24:26 | 8   A. I didn't.   14:27:31 |
| 9 that have been made today. But -- but -- but that is   14:24:30 | 9   Q. Okay.   14:27:37 |
| 10 sufficient for present purposes, if that is okay with   14:24:34 | 10   A. He said he will take care of that.   14:27:39 |
| 11 you.   14:24:36 | 11   Q. No.   14:27:40 |
| 12   MR. ROSEN: Yes.   14:24:37 | 12   I -- I -- I understand that he said he will   14:27:41 |
| 13   That -- that is fine.   14:24:38 | 13 take care of it. I'm just asking if you know where   14:27:43 |
| 14   MR. HARBACH: Okay.   14:24:40 | 14 the money was coming from, and -- and I think I have   14:27:46 |
| 15 BY MR. HARBACH:   14:24:41 | 15 got the answer.   14:27:49 |
| 16   Q. Does Golden Spring -- as far as -- as you   14:24:52 | 16   A. We have trust between each other for so many   14:27:51 |
| 17 are concerned, Ms. Wang, does Golden Spring   14:24:54 | 17 years. When -- as the owner of the company, he said   14:27:54 |
| 18 (New York) Limited expect to be repaid for the DIP   14:24:59 | 18 he will take care of that, and I will just let him do   14:27:57 |
| 19 loan?   14:25:05 | 19 his part. I am doing my part; right? So....   14:28:01 |
| 20   A. It is a loan, yes. Golden Spring is going   14:25:06 | 20   Q. Listen, that -- that is fine. But you have   14:28:05 |
| 21 to expect to be repaid.   14:25:12 | 21 been tendered as the person at Golden Spring   14:28:07 |
| 22   Q. We were speaking earlier about bank accounts   14:25:14 | 22 (New York) Limited with knowledge about all these   14:28:11 |
| 23 and whatnot, and I'm -- and I'm not intending to   14:25:30 | 23 topics that we have noticed. One of the topics is   14:28:14 |
| 24 reopen that can of worms, but I am going to ask this   14:25:33 | 24 the source of funds used by Golden Spring to finance   14:28:17 |
| 25 precise question.   14:25:38 | 25 the DIP loan agreement. And so I -- I just asked you   14:28:21 |
| Page 158 | Page 160 |

| | |
|---|---|
| 1   What is the source of the moneys that will   14:25:38 | 1 if you know, and so we are clear, your answer is you   14:28:26 |
| 2 fund the DIP loan if it is approved?   14:25:41 | 2 don't know, but Qiang Guo said he would take care of   14:28:31 |
| 3   A. And it will be arranged by Mr. Qiang Guo   14:25:43 | 3 it, and that's enough for you.   14:28:35 |
| 4 directly.   14:25:53 | 4   MR. ROSEN: That's -- objection. That   14:28:38 |
| 5   Q. What is the source of the moneys that will   14:25:53 | 5 mischaracterizes the testimony.   14:28:40 |
| 6 fund the DIP loan if it is approved?   14:25:58 | 6   MR. HARBACH: Oh, Scott, how does that   14:28:42 |
| 7   A. It will be arranged by Mr. Qiang Guo   14:26:06 | 7 mischaracterize the testimony?   14:28:44 |
| 8 directly.   14:26:08 | 8   MR. ROSEN: Because she also testified that   14:28:45 |
| 9   Q. Do you know where the money will come from?   14:26:08 | 9 it could be from his wealth.   14:28:47 |
| 10   A. I was not advised yet, but Mr. Qiang Guo   14:26:13 | 10 BY MR. HARBACH:   14:28:47 |
| 11 said that he will take care of that, as he always do.   14:26:19 | 11   Q. Okay. So did he -- did he say that? My   14:28:50 |
| 12   Q. So you are president and treasurer of   14:26:22 | 12 question is did he say that to you? Did he say that   14:28:55 |
| 13 Golden Spring. You are here testifying today about   14:26:25 | 13 I am -- I'm going to take care of it from my wealth?   14:28:59 |
| 14 a DIP loan, as I have been reminded countless times.   14:26:29 | 14 Is that what he said?   14:29:02 |
| 15 And your testimony is that you do not know where the   14:26:35 | 15   A. Correct.   14:29:09 |
| 16 money to fund the DIP loan is coming from.   14:26:39 | 16   Q. He said that to you?   14:29:09 |
| 17   Have I got that right?   14:26:45 | 17   A. Yes.   14:29:12 |
| 18   MR. ROSEN: Objection. That   14:26:47 | 18   As always, we chat. He briefed me. He   14:29:13 |
| 19 mischaracterizes the witness' testimony.   14:26:48 | 19 said, I will take care of that. You don't worry.   14:29:17 |
| 20   You can answer the question.   14:26:55 | 20 And I have place to rent. My understanding, after so   14:29:20 |
| 21   THE WITNESS: It will be arranged by   14:26:56 | 21 many years, that will come from his wealth.   14:29:23 |
| 22 Mr. Qiang Guo directly from his or -- his wealth, in   14:26:58 | 22   Q. Okay. So he did not say to you, I will take   14:29:26 |
| 23 my understanding, as always we do.   14:27:06 | 23 care of it from my money. He just said, I will take   14:29:29 |
| 24 BY MR. HARBACH:   14:27:10 | 24 care of it, and based on your experience with him   14:29:34 |
| 25   Q. Did he tell you that?   14:27:11 | 25 over the years, you understood that to mean from his   14:29:39 |
| Page 159 | Page 161 |

41 (Pages 158 - 161)

1 wealth.                                    14:29:42
2      Have I got that right?               14:29:43
3    A. So you remind me, like, he said I have it.  14:29:45
4 I will take care of that. That's his, as we said,  14:29:51
5 quote to quote. He said that to me. In my  14:29:55
6 understanding, that will come from his -- his wealth.  14:29:58
7    Q. Okay. And when was this conversation?  14:30:00
8    A. That was yesterday also.          14:30:03
9    Q. Was yesterday the -- the first time you  14:30:06
10 learned what the source of the funds used to finance  14:30:17
11 the DIP loan agreement were coming from?  14:30:24
12    A. There was a -- in order to prep the  14:30:30
13 deposition today, like, he went through this DIP loan  14:30:37
14 arrangement with me a little bit.          14:30:41
15    Q. Okay.                            14:30:43
16    A. Yeah. He mentioned to me, I have it.  14:30:44
17 I will take care of that --                14:30:46
18    Q. All right.                       14:30:48
19    A. -- you know, as a conversation.      14:30:49
20    Q. Fair enough.                     14:30:50
21      My only question for you is when he told you  14:30:51
22 yesterday, I have it. I'll take care of it, is that  14:30:54
23 the first time you learned what the source of the DIP  14:30:58
24 loan funds would be?                     14:31:03
25    A. That is the time I heard from him because  14:31:05

Page 162

1 I need to prep the deposition today. But I know he  14:31:11
2 has it for so many years; so it is not, like, the  14:31:15
3 first time -- right? -- I got -- oh, you have money.  14:31:20
4 It is not like that way. I know he had it.  14:31:23
5    Q. Oh, I got it. I got you. And, believe me,  14:31:25
6 I am not trying to suggest that yesterday was the  14:31:28
7 first day you learned he had money. Not at all.  14:31:31
8 I get that.                              14:31:35
9      What I'm -- what I'm trying to focus on is  14:31:36
10 was yesterday the first day that you learned that the  14:31:38
11 money that would fund the DIP loan was going to come  14:31:44
12 from Qiang Guo?                          14:31:47
13    A. That was the time I heard from him, yes.  14:31:52
14    Q. Okay. What is your understanding as to how  14:31:55
15 the DIP loan is going to be repaid? If you know.  14:32:04
16    A. I don't know.                     14:32:11
17    Q. Okay. Give me ten seconds, folks, please.  14:32:13
18 Excuse me.                               14:32:31
19      Okay. Thanks, everybody.           14:33:24
20      Subject change.                   14:33:29
21      Ms. Wang, does -- does Golden Spring  14:33:37
22 (New York) Limited have any kind of company bylaws  14:33:45
23 that you know of?                        14:33:49
24    A. Yes.                           14:33:50
25      We do have bylaws.                14:33:50

Page 163

1    Q. Okay. And do those bylaws say anything  14:33:52
2 about decisions of the company and how they are to be  14:33:56
3 made?                                   14:34:04
4    A. Yes.                           14:34:04
5    Q. Okay. And do those bylaws include rules  14:34:05
6 about how the -- the president and treasurer are to  14:34:10
7 be involved?                             14:34:13
8    A. Yes.                           14:34:14
9    Q. Okay. And as far as you are aware,  14:34:16
10 Golden Spring has operated within the constraints of  14:34:22
11 those bylaws properly as long as you have been there?  14:34:27
12    A. What do you mean, properly, sir?   14:34:31
13    Q. Well, have they -- while you have been at  14:34:34
14 Golden Spring (New York), the rules been  14:34:38
15 followed as laid out in the bylaws?       14:34:41
16    A. I mean, we are family office. I mean, we're  14:34:44
17 private company and family office. I work for  14:34:48
18 Mr. Qiang Guo, himself, for my entire career; so  14:34:53
19 like, he authorized me to make a decision.  14:35:02
20 I communicated with him. I mean, we don't have  14:35:06
21 issue. If there is missing any paperwork, it doesn't  14:35:08
22 mean that anybody purposely do anything wrong; so we  14:35:11
23 are a family office.                     14:35:14
24    Q. I'm not suggesting anything about  14:35:16
25 wrongdoing, certainly not on purpose. I asked you if  14:35:19

Page 164

1 the company had bylaws. You said yes.       14:35:25
2      My next question is has the company abided  14:35:27
3 by the bylaws as long as you have been there, as far  14:35:31
4 as you know?                             14:35:35
5      MR. ROSEN: Objection. That's -- that is --  14:35:37
6 that is very broad.                      14:35:37
7      What particular aspect of the bylaws are you  14:35:41
8 looking for?                             14:35:44
9      MR. HARBACH: Well, I tried to remain  14:35:45
10 focused on decision making and the powers of the  14:35:47
11 president and treasurer; so I guess I'll ask it that  14:35:50
12 way.                                    14:35:55
13 BY MR. HARBACH:                           14:35:55
14    Q. Have -- have the bylaws about the authority  14:35:55
15 and power of the president and the treasurer been  14:35:58
16 respected since you have been at Golden Spring?  14:36:04
17      MR. ROSEN: Objection. The bylaws are not  14:36:07
18 in the record. It -- it is -- the question is -- is  14:36:09
19 hopelessly vague.                        14:36:13
20      But you can answer.                14:36:15
21      THE WITNESS: Me and Mr. Qiang Guo, we  14:36:18
22 manage Golden Spring (New York) Limited based on our  14:36:23
23 aligned -- aligned -- our aligned agreement and  14:36:26
24 proper authorization.                    14:36:31
25 ///

Page 165

42 (Pages 162 - 165)

BY MR. HARBACH:                              14:36:32

Q. Okay. Let me ask a different question.    14:36:35

When you were appointed as president,    14:36:40
secretary, treasurer of Golden Spring (New York) in    14:36:47
the spring of 2018 -- that's -- so that is the time    14:36:52
I'm focusing on -- were you aware that the company's    14:36:57
charter had been inoperative and void since March 1    14:37:01
of 2017?    14:37:07

MR. ROSEN: Objection. Assumes facts not on    14:37:10
the record.    14:37:13

THE WITNESS: I don't recall.    14:37:15

BY MR. HARBACH:    14:37:16

Q. Do you recall ever executing a revival --    14:37:18
a certificate of revival on behalf of Golden Spring    14:37:23
(New York) Limited to correct that problem?    14:37:27

A. I don't recall. If you have documents, you    14:37:33
can remind me, sir.    14:37:36

Q. Give me just one second.    14:37:38

Okay. I think we're going to put up another    14:39:17
exhibit here real quick that might help you remember.    14:39:21

MR. HARBACH: Yeah. It is 808. Yeah. It    14:39:30
is 808.    14:39:40

(Deposition Exhibit Number 5    14:39:43
was marked for identification.)    14:39:46

MR. HARBACH: Thanks for your patience.    14:39:46

Page 166

I think we have got the document here.    14:39:49

THE WITNESS: Sorry.    14:40:02

Sir, can we have a break after this    14:40:05
document?    14:40:07

BY MR. HARBACH:    14:40:08

Q. Sure.    14:40:08

A. Thank you.    14:40:09

Q. So what is fixing to come through is    14:40:18
Exhibit 5. There we go.    14:40:21

All right. I had myself muted. I'm sorry.    14:41:02
Could you please go to the last page of    14:41:04
Exhibit 5.    14:41:07

A. (Witness complies.)    14:41:08

Yes. I'm here.    14:41:09

Q. Okay. You see how this one is captioned    14:41:10
state of Delaware, certificate for revival of    14:41:14
charter?    14:41:18

A. Yes.    14:41:18

Q. And there is a signature at the bottom.    14:41:19
Is that yours?    14:41:23

A. Yes.    14:41:24

Q. And the very bottom right hand of the page    14:41:27
it says -- there is a stamp there that says filed    14:41:30
ten -- there is a time of 10:23:18, I think it says.    14:41:37

A. Yes.    14:41:46

Page 167

Q. Okay. So this is what I was asking you    14:41:46
about a minute ago. In paragraph three, it says the    14:41:52
date of filing of the corporation's original    14:41:56
certificate of incorporation in Delaware was    14:42:00
03/10/2015.    14:42:04

Do you see that?    14:42:07

A. Yes.    14:42:08

Q. So that March 10th of 2015 was the --    14:42:13
apparently the date of incorporation of Golden Spring    14:42:16
(New York) Limited.    14:42:20

And then if you look down at paragraph five,    14:42:21
it says:    14:42:25

"The corporation was duly organized and    14:42:26
carried on the business authorized by its    14:42:29
charter until the first day of March AD 2017,    14:42:32
at which time its charter became inoperative    14:42:41
and void for nonpayment of taxes and/or    14:42:44
failure to file a complete annual report and    14:42:49
the certificate of revival is filed by    14:42:54
authority of the duly elected directors of    14:42:56
the corporation in accordance with the laws    14:43:00
of the state of Delaware."    14:43:04

Were you able to follow along with me while    14:43:07
I read that?    14:43:09

A. Yes.    14:43:10

Page 168

Q. Okay. So now does this refresh your    14:43:11
recollection about whether when you were hired at    14:43:19
Golden Spring in the spring of 2018 the charter had    14:43:23
been made inoperative and void?    14:43:32

A. So what is your question, sir? Are you    14:43:43
expecting me to reply?    14:43:46

Q. Yes, ma'am.    14:43:47

Before I dug up this document, when I asked    14:43:48
you that same question, you said I don't remember or    14:43:52
I don't recall. And you said to me, if you have any    14:43:56
documents, maybe that could help me; so I'm providing    14:44:00
you a document to try and help you.    14:44:04

And the question is whether seeing this    14:44:09
document refreshes your recollection about whether at    14:44:11
the time you assumed your duties at Golden Spring    14:44:15
(New York) in the spring of 2018 the company, in    14:44:21
fact, had become inoperative -- correction.    14:44:27

The charter of the company had become    14:44:30
inoperative and void.    14:44:33

A. So you are asking me why? Or what is your    14:44:41
question, sir? Why or --    14:44:45

Q. I'm asking whether this is, in fact, true    14:44:48
that at the time you were hired in the spring of    14:44:54
2018 -- okay? -- whether at that time the charter of    14:44:58
Golden Spring (New York) Limited was inoperative and    14:45:06

Page 169

43 (Pages 166 - 169)

1 void.                                          14:45:12
2      MR. ROSEN: Objection. The -- the document   14:45:12
3 speaks for itself.                             14:45:14
4      MR. HARBACH: It -- it does, indeed, Scott.  14:45:16
5 And that is quite fair.                        14:45:19
6      Unfortunately, the history of this        14:45:21
7 litigation is that sometimes documents are challenged  14:45:23
8 as being inauthentic and forgeries when they are  14:45:26
9 plainly not; so I'm afraid I have to ask the   14:45:31
10 question.                                       14:45:34
11      MR. ROSEN: You can answer the question.   14:45:34
12      THE WITNESS: Sir, I don't -- I don't know  14:45:36
13 what happened before I was officially hired, but if  14:45:39
14 you read back the entire Golden Spring, including,  14:45:45
15 I believe, the corporation, was set up by attorney  14:45:49
16 from William Connolly. The attorney's name is   14:45:52
17 addressed on page three, Jerry L. Shulman; so   14:45:58
18 I know -- I got to know -- Jerry was Mr. Qiang Guo's  14:46:03
19 attorney. And William Connolly was, like, a -- what  14:46:07
20 is technically, like, the Golden Spring charters,  14:46:11
21 like, the documentation, you know, all the paperwork;  14:46:17
22 so the answer to you was, like, when I was hired --  14:46:20
23 of course, I don't know what happened before me, but,  14:46:25
24 obviously, Jerry Shulman, the attorney by then was --  14:46:28
25 maintained the -- the record here or fix the record  14:46:32

Page 170

1 somehow, which I am not aware of that before me.  14:46:36
2 BY MR. HARBACH:                                14:46:41
3      Q. Okay. Just a moment.                   14:46:42
4      Okay. We thought we were having a fire    14:46:50
5 drill in our building, but it is only a test. Sorry  14:46:53
6 for the noise.                                 14:46:56
7      I understood what you said, Ms. Wang.     14:47:00
8 You -- you signed this document, and it was filed in  14:47:03
9 Delaware in October of 2018.                   14:47:12
10      Do you remember signing it?              14:47:18
11      A. I don't recall. Too many years ago.   14:47:22
12      Q. I gather, from what you said a moment ago,  14:47:24
13 that if I were to ask you how you learned that the  14:47:29
14 charter of Golden Spring had become inoperative and  14:47:38
15 void, you would say it was -- it was from the  14:47:41
16 attorney you mentioned; is that right?          14:47:45
17      A. I read this from the exhibit you present to  14:47:50
18 me. And the attorney's name, Jerry Shulman, is on  14:47:55
19 that. Obviously, my understanding, he was working on  14:48:02
20 this before.                                    14:48:05
21      Q. Okay. Did -- do you recall having      14:48:06
22 conversations with Mr. Shulman?                14:48:08
23      A. I don't recall.                        14:48:11
24      Q. And you recall Mr. Shulman -- that is   14:48:12
25 S-h-u-l-m, like Mary, a-n.                      14:48:18

Page 171

1      You recall him being a lawyer at          14:48:22
2 Williams & Connolly; is that right?            14:48:25
3      A. He is attorney of William Connolly, yes.  14:48:28
4      Q. Okay. And did you say -- make sure I heard  14:48:31
5 you correctly.                                  14:48:34
6      Did you say that -- that he and            14:48:34
7 Williams & Connolly represented Qiang Guo?      14:48:38
8      A. In these .pdf -- in these exhibit,      14:48:45
9 William Connolly, Jerry Shulman -- Jerry represents  14:48:51
10 Golden Spring Limited also.                     14:48:56
11      Q. Okay. Did -- did Mr. Shulman represent  14:48:58
12 Qiang Guo?                                      14:49:01
13      A. I --                                    14:49:02
14      Q. Because I believe that is what you said  14:49:06
15 a few minutes ago. I'm just trying to make sure  14:49:08
16 I heard you correctly.                          14:49:11
17      A. I believe so.                          14:49:13
18      Q. Okay. To your knowledge, did Mr. Shulman of  14:49:14
19 Williams & Connolly represent Ho Wan Kwok?      14:49:19
20      A. I don't know that.                      14:49:22
21      Q. Okay. The -- the document that is on the  14:49:25
22 screen there says that the reason the charter became  14:49:31
23 inoperative and void was for nonpayment of taxes  14:49:37
24 and/or failure to file a complete annual report.  14:49:42
25      Do you know which of those reasons, or both  14:49:50

Page 172

1 reasons, were why the charter of Golden Spring became  14:49:55
2 inoperative and void?                          14:50:03
3      A. As I said, before me, what happened I don't  14:50:05
4 know. But since I was appointed, Golden Spring never  14:50:14
5 has this problem.                              14:50:20
6      Q. Okay. Well, it apparently had the problem  14:50:21
7 for six months after you were appointed because the  14:50:24
8 certificate of revival wasn't filed until October; so  14:50:28
9 I'll ask the same question. And maybe you don't  14:50:35
10 know. It is okay if you don't know, but all I can do  14:50:37
11 is ask.                                         14:50:40
12      Do you know what the reason was why the   14:50:41
13 charter became inoperative and void?            14:50:45
14      A. I don't know the reason, but I am not able  14:50:53
15 to fix everything that happened before me from day  14:50:56
16 one I was appointed; right?                     14:51:00
17      So the six months, that is a fair time. But  14:51:02
18 I need to spend on time and then start to catch up  14:51:04
19 and fix what happened before me.               14:51:08
20      Q. Yeah. And thank you.                    14:51:09
21      You requested a short break.              14:51:19
22      MR. HARBACH: And why don't we take that   14:51:21
23 now.                                            14:51:23
24      Just so everybody knows -- I hesitate to say  14:51:24
25 it, but I'm close to finishing up. Why don't we take  14:51:28

Page 173

**44 (Pages 170 - 173)**

PAX-015-044

| | |
|---|---|
| 1 a break until 3:00 o'clock.                    14:51:33 | 1    A.  No.                              15:06:30 |
| 2        THE VIDEOGRAPHER:  We are going off the    14:51:36 | 2    Q.  Where did it come from?              15:06:31 |
| 3 record.                          14:51:37 | 3    A.  It come from his own successful investment.  15:06:33 |
| 4        The time is 2:51 p.m.            14:51:37 | 4    Q.  Okay.  I'm asking about the money that he    15:06:42 |
| 5        (Short recess taken.)            15:02:54 | 5 originally invested to become successful, didn't that  15:06:46 |
| 6        THE VIDEOGRAPHER:  We are back on the    15:02:54 | 6 come from his father?                  15:06:52 |
| 7 record.                          15:02:57 | 7    A.  No.                              15:06:54 |
| 8        The time is 3:02.              15:02:57 | 8    Q.  Okay.  Where did it come from?          15:06:55 |
| 9        MR. HARBACH:  Apologies, everyone.  There    15:03:28 | 9    A  What I -- what I learned is that it come    15:06:58 |
| 10 was a loud announcement on our loudspeakers here.    15:03:30 | 10 from his family -- his extended family.          15:07:05 |
| 11 That is why I remained muted.            15:03:34 | 11    Q.  Who told you that?              15:07:08 |
| 12 BY MR. HARBACH:                  15:03:34 | 12    A.  I learned from him.              15:07:12 |
| 13    Q.  One cleanup question, Ms. Wang, before we    15:03:38 | 13    Q.  That is what he told you?          15:07:14 |
| 14 proceed to the next topic.              15:03:42 | 14    A.  (Nods head.)                  15:07:17 |
| 15        Could you describe one successful investment  15:03:44 | 15    Q.  Okay.  Next subject, do you remember earlier  15:07:21 |
| 16 that Golden Spring (New York) has made since you have  15:03:49 | 16 in our time today I explained to you that there was    15:07:28 |
| 17 been president?                    15:03:53 | 17 a difference between the -- the DIP loan, which we    15:07:31 |
| 18    A.  Since I was appointed as a president; so the    15:03:55 | 18 just talked about for some time, and then also loans    15:07:35 |
| 19 first job, of course, is build up the entire team and    15:04:10 | 19 to fund litigation?  Do you remember that?        15:07:39 |
| 20 then start back to the operation.  And then we did    15:04:13 | 20    A.  Yes.                          15:07:43 |
| 21 have some projects in discussion and then develop.    15:04:22 | 21    Q.  Okay.  And so now I want to talk about that    15:07:45 |
| 22 But because of a Pacific Alliance branded lawsuit,    15:04:26 | 22 second category, which is the loans that        15:07:50 |
| 23 I mean, our bank balance was very seriously hurt; so  15:04:35 | 23 Golden Spring (New York) has made to Ho Wan Kwok for  15:07:55 |
| 24 we were not able to complete the full investment    15:04:39 | 24 litigation.                        15:08:02 |
| 25 project.  But we did have some -- very prospective    15:04:43 | 25        Okay?                      15:08:04 |
| **Page 174** | **Page 176** |

| | |
|---|---|
| 1 one before.                        15:04:49 | 1    A.  Yes.                          15:08:06 |
| 2    Q.  Okay.  Leaving aside the prospective one, is  15:04:50 | 2    Q.  Okay.  So I -- for -- for right now I'm not    15:08:06 |
| 3 there any investment project that Golden Spring has    15:04:55 | 3 talking about the DIP loan.              15:08:09 |
| 4 done that has succeeded since you have been        15:05:02 | 4        Do you understand?              15:08:11 |
| 5 president?                        15:05:05 | 5    A.  Yes.                          15:08:12 |
| 6    A.  As I just explained, because our banking    15:05:06 | 6    Q.  Okay.  According to Mr. Ho Wan Kwok,        15:08:15 |
| 7 relationship was hurted by Pacific Alliance; so we    15:05:10 | 7 Golden Spring (New York) has loaned him approximately  15:08:23 |
| 8 were not able to complete a full successful        15:05:16 | 8 $21 million to pay for litigation costs.        15:08:29 |
| 9 project -- investment project.            15:05:20 | 9        My question to you is are you aware of that?  15:08:35 |
| 10    Q.  Okay.  So -- so the answer is no?          15:05:22 | 10    A.  Yes.                          15:08:39 |
| 11    A.  Correct.                    15:05:25 | 11    Q.  Okay.  Who requested those loans?          15:08:43 |
| 12    Q.  Okay.  Did you know Qiang Guo before you    15:05:26 | 12    A.  Who requested those loans?  You mean the --  15:08:47 |
| 13 became an officer and director of Golden Spring    15:05:37 | 13 I mean, can you explain more about the question?      15:08:59 |
| 14 (New York) Limited?                15:05:42 | 14    Q.  Who requested that Golden Spring (New York)  15:09:05 |
| 15    A.  Yes.                        15:05:42 | 15 Limited would make those loans to cover        15:09:10 |
| 16    Q.  Okay.  Can you describe for me one        15:05:42 | 16 Mr. Ho Wan Kwok's litigation costs?          15:09:16 |
| 17 successful business enterprise that Qiang Guo has    15:05:48 | 17    A.  I believe they borrowed -- requested from    15:09:21 |
| 18 launched since you have known him.          15:05:54 | 18 Mr. Qiang Guo directly, the owner of Golden Spring.    15:09:28 |
| 19    A.  I don't want to put his business, any    15:05:57 | 19    Q.  By the borrower, you mean Mr. Ho Wan Kwok?    15:09:38 |
| 20 specific name, at any risk for obvious reason.  But    15:06:06 | 20    A.  That's right.                  15:09:38 |
| 21 what I can tell you is that he has been very        15:06:10 | 21    Q.  Are you cap-- -- withdrawn.            15:09:44 |
| 22 successful in the investment world for -- in -- in    15:06:13 | 22        So father asked son to make the loans.    15:09:45 |
| 23 all of -- in different countries.          15:06:19 | 23        Is that what you understand?        15:09:52 |
| 24    Q.  And isn't it true that the -- the money that  15:06:21 | 24    A.  Yes.                          15:09:54 |
| 25 he got to invest came from his father?        15:06:25 | 25    Q.  Okay.  Who approved those loans for        15:09:54 |
| **Page 175** | **Page 177** |

45 (Pages 174 - 177)

PAX-015-045

1 Golden Spring (New York)?                    15:10:03
2     A. They were approved by both Mr. Qiang Guo and   15:10:06
3 myself, as the president of Golden Spring.        15:10:13
4     Q. How did you become aware of the loans that   15:10:18
5 were requested?                        15:10:20
6     A. I heard from Mr. Qiang Guo.              15:10:22
7     Q. Did you have any conversations with        15:10:28
8 Mr. Ho Wan Kwok about those loans?            15:10:30
9     A. No.                          15:10:34
10        I don't recall.                   15:10:37
11     Q. Okay. You never asked him what the money    15:10:38
12 was for?                           15:10:43
13     A. No.                          15:10:44
14        That was a conversation between           15:10:47
15 Mr. Qiang Guo and Mr. Ho Wan Kwok.            15:10:48
16     Q. Okay. Were any of the litigation loans that   15:10:51
17 Mr. Ho Wan Kwok asked for refused?             15:11:04
18     A. Yes.                          15:11:12
19     Q. By whom?                        15:11:14
20     A. Refused by Mr. Qiang Guo.              15:11:17
21     Q. Did you agree, in your capacity as         15:11:20
22 president, that it should have been refused?       15:11:25
23     A. I am aligned with Mr. Qiang Guo's rejection.   15:11:29
24     Q. Okay. Are you ever not aligned with his      15:11:35
25 decisions about matters involving millions of      15:11:38
                                   Page 178

1 dollars?                          15:11:42
2     A. Yes.                          15:11:43
3     Q. Okay. Can you describe occasion on which    15:11:47
4 your opinion prevailed?                   15:11:51
5     A. For example, I make all the decision on the   15:11:56
6 daily operation, including outfit --             15:12:00
7     Q. I'm not asking about -- I'm not asking about   15:12:04
8 daily operations. I'm asking about a decision      15:12:07
9 involving more than a million dollars.            15:12:11
10        Has there ever been --                15:12:15
11     A. I don't understand what you are asking       15:12:17
12 about. More than a million dollars is very general.   15:12:20
13 I mean, I don't understand what you are asking, sir.  15:12:23
14     Q. Okay. You just told me a moment ago that    15:12:25
15 there have been occasions when you have disagreed   15:12:28
16 with Mr. Qiang Guo; right?                  15:12:31
17     A. That's right.                     15:12:33
18     Q. Okay. My question to you is has there ever   15:12:34
19 been a disagreement between you and him about      15:12:38
20 a decision that involved more than a million dollars?  15:12:43
21     A. More than a million dollars?             15:12:48
22     Q. Yes.                          15:12:52
23     A. I mean, we did have some disagreements in    15:12:53
24 the very beginning about some potential investment   15:12:58
25 project; so we didn't get agreement, and he was    15:13:01
                                   Page 179

1 convinced, if that is what you were talking about.    15:13:05
2     Q. Well, I'm not talking about anything in      15:13:11
3 particular. I'm just asking. And I'm trying to get   15:13:15
4 an understanding of what real authority you have as   15:13:18
5 president and treasurer of Golden Spring (New York)   15:13:21
6 Limited. Because what you have told me thus far is   15:13:24
7 that the DIP loan was approved by Mr. Qiang Guo     15:13:28
8 without your input and that it was enough for you    15:13:33
9 that he told you that he would take care of it. And   15:13:38
10 when it comes to the litigation funding, you have    15:13:42
11 told me that father asked son and that you have never  15:13:45
12 spoken to father about it, not even to ask him what   15:13:49
13 the money was for.                     15:13:51
14        So what I'm trying to understand is what    15:13:53
15 exactly your role is. I mean, I know what your      15:13:56
16 titles are, but I'm trying to understand what your   15:14:00
17 role is; so that is why I'm asking these questions.   15:14:04
18        And so my question is is there an occasion   15:14:08
19 you can point to where you disagreed with         15:14:13
20 Mr. Qiang Guo over a decision that involved more than  15:14:18
21 a million dollars?                     15:14:23
22     A. Yes.                          15:14:26
23     Q. Okay. How recently?                  15:14:27
24     A. What do you mean, how recently? I already   15:14:30
25 explained, like, regarding when I was appointed     15:14:35
                                   Page 180

1 and --                           15:14:38
2     Q. Okay.                         15:14:39
3     A. -- disagreements about investment projects.   15:14:39
4 I am talking about real estate or investment project  15:14:43
5 in New York.                        15:14:47
6     Q. Okay. And that was --                15:14:47
7     A. I didn't convince him. I didn't convince    15:14:49
8 him. They are all more than a million projects;     15:14:51
9 right?                           15:14:54
10        And I -- and I just testified this        15:14:54
11 afternoon -- this morning, and he made decision about  15:14:56
12 the vehicles, which I don't align with that. But, of  15:15:00
13 course, we didn't get agreement, and he purchased the  15:15:06
14 cars. Because I don't agree with that; so that is    15:15:09
15 the reason why I don't want to get too much of      15:15:12
16 details, even as the president. We are a family     15:15:14
17 office; right?                       15:15:18
18        If we don't get aligned and -- that he is   15:15:19
19 the owner of the company about the director; right?   15:15:21
20        So he made the decision about the vehicles,  15:15:25
21 and then I made the decision about the investment    15:15:30
22 opportunity. And then we did have disagreement. We   15:15:33
23 take care of -- we take care of the result by the    15:15:35
24 end.                            15:15:37
25     Q. Okay. All right. And so there -- I think    15:15:37
                                   Page 181

46 (Pages 178 - 181)

1  I understand your answer, but there are two things    15:15:39
2  that I just want to clarify and make sure of.    15:15:43
3      Number one, examples of disagreement.    15:15:45
4  I asked you about timing.  You just explained that    15:15:48
5  one of those examples was when you were appointed in    15:15:52
6  2018 the -- you mentioned a real estate project.    15:15:55
7  Understood.    15:15:59
8      You also mentioned the vehicles just now    15:16:00
9  that we were talking about earlier today.    15:16:03
10     Any other examples that you can think of?    15:16:07
11     A.  You are asking me about more than a million,    15:16:12
12  which -- I mean, the advisement project, they are    15:16:19
13  more than a million.    15:16:23
14     Q.  I understand.  And I got that.    15:16:24
15     I'm asking whether there are any other    15:16:26
16  examples, besides those two.    15:16:29
17     A.  We are a family office in here.  If you are    15:16:32
18  asking about his father's legal thing, I mean that    15:16:39
19  his father -- as per Mr. Qiang Guo advise me, his    15:16:44
20  father might want to bring some litigation, which he    15:16:47
21  was asking me advice, which I give him my advice and    15:16:51
22  then he took it to support his father or not.  That    15:16:56
23  happened also.    15:16:59
24     Q.  With respect -- with respect to the -- the    15:17:00
25  vehicles, I believe you said that even though you    15:17:05

Page 182

1  disagreed, Mr. Qiang Guo decided to buy the vehicles    15:17:09
2  anyway; right?    15:17:14
3      A.  That's right.    15:17:16
4      Q.  Okay.  And isn't that true that, in general,    15:17:19
5  if you disagree, as you said, Mr. Qiang Guo is going    15:17:29
6  to be the one who decides, according to you?    15:17:34
7      A.  No.    15:17:38
8      It is -- it happened on his side also.  If    15:17:41
9  I don't disagree, he will go with me.    15:17:46
10     Q.  Okay.  Can you think of an example where you    15:17:49
11  have disagreed and your point of view prevailed and    15:17:57
12  the decision at issue involved more than a million    15:18:10
13  dollars?    15:18:14
14     A.  Sir, I just replied to your question.  Like,    15:18:17
15  the real estate property investment project.    15:18:21
16     Q.  Besides -- besides that one.    15:18:25
17     A.  I mean, as I explained, that is our business    15:18:29
18  plan; right?    15:18:32
19     We do real estate investment.    15:18:33
20     I already testified that as a family office;    15:18:35
21  right?    15:18:38
22     Q.  I'm -- I'm going to interpret your answer as    15:18:39
23  that is the only example you can think of.    15:18:42
24     A.  I don't agree.  I don't agree.  This is not    15:18:44
25  my answer.  I give you my answer very clear.    15:18:47

Page 183

1      Q.  Well, then tell me -- tell me another    15:18:50
2  example then.  Tell me another example of a decision    15:18:54
3  involving more than a million dollars with which you    15:18:57
4  disagree and your opinion prevailed, besides the real    15:19:00
5  estate project that you have already mentioned three    15:19:05
6  times.    15:19:08
7      Any other example?    15:19:09
8      A.  I answered already.    15:19:12
9      Q.  Are any of the $21 million in litigation    15:19:14
10  loans to Golden Spring (New York) expected to be    15:19:29
11  repaid?    15:19:32
12     A.  Yes.    15:19:34
13     Q.  Are any of the loans in writing?    15:19:34
14     A.  Yes.    15:19:41
15     Q.  Have you seen the -- the documents for any    15:19:41
16  of the loans?    15:19:49
17     A.  Yes.    15:19:53
18     Q.  Where are they?    15:19:53
19     A.  They are in my office.    15:19:55
20     Q.  On East 64th Street or wherever?    15:20:02
21     A.  What do you mean, wherever?    15:20:09
22     Q.  I'm sorry.  I'm trying to avoid using the    15:20:11
23  exact address.    15:20:15
24     Are they at the family office in    15:20:15
25  New York City?    15:20:18

Page 184

1      A.  I believe in the morning of -- this morning    15:20:18
2  I already testified my address, which you have it,    15:20:21
3  sir.  It is on the 64th Street office, Golden Spring    15:20:25
4  (New York)'s office.    15:20:29
5      Q.  Okay.    15:20:29
6      A.  You don't need to avoid mentioning the    15:20:30
7  address, sir.  You have it.    15:20:34
8      Q.  Well, forgive me for being extra careful in    15:20:36
9  light of your security concerns.    15:20:40
10     A.  Thank you.    15:20:43
11     Q.  Is that -- is that the address where the    15:20:44
12  loan documents are located?    15:20:45
13     A.  Correct.    15:20:47
14     Q.  How many such loan documents are there?    15:20:47
15     A.  Several of them.    15:20:51
16     Q.  More than ten?    15:20:52
17     A.  Several of them.    15:20:58
18     Q.  Do you know whether it is more than ten or    15:21:00
19  not?    15:21:02
20     A.  I replied, several of them.    15:21:04
21     Q.  Did you sign them?    15:21:07
22     A.  Yes.    15:21:11
23     Q.  Who signed them for the borrower?    15:21:12
24     A.  The borrower signed it.    15:21:19
25     Q.  Who is the borrower?    15:21:23

Page 185

47 (Pages 182 - 185)

Page 186

```
 1   A.  Mr. Ho Wan Kwok.                    15:21:25
 2   Q.  Okay.  Were you present when he signed them?  15:21:27
 3   A.  I don't recall.                     15:21:30
 4   Q.  Okay.  How many of the $21 million in loan   15:21:33
 5  are undocumented?                        15:21:42
 6   A.  I don't recall.  I couldn't give you the    15:21:44
 7  precise number.                          15:21:50
 8       MR. HARBACH:  Okay.  Well, we'll --  we'll   15:21:51
 9  request --  Scott, we'll request that Golden Spring   15:21:54
10  (New York) Limited immediately produce to us all of   15:21:59
11  the documents that the witness has just described,   15:22:02
12  namely, the loan agreements substantiating any    15:22:09
13  portion of the $21 million in litigation loans that   15:22:13
14  the debtor has taken out from Golden Spring    15:22:16
15  (New York).                              15:22:20
16       MR. ROSEN:  I understand the request, and we   15:22:21
17  will take it under advisement.           15:22:23
18       MR. HARBACH:  Okay.               15:22:25
19  BY MR. HARBACH:                          15:22:29
20   Q.  Ms. Wang, are you familiar with the terms of   15:22:29
21  any of those loans, meaning the litigation loans?   15:22:32
22   A.  They are loans.  They have interest.  They   15:22:36
23  should be paid back.                     15:22:43
24   Q.  What interest rate?                 15:22:44
25   A.  I couldn't remember clearly.  I couldn't    15:22:46
```

Page 187

```
 1  remember clearly.  Like, 2, 3 percent.  I couldn't   15:22:53
 2  remember.                                15:22:56
 3   Q.  Who negotiated the interest rate on those   15:22:56
 4  loans for Golden Spring (New York)?      15:22:59
 5   A.  Me and Mr. Qiang Guo, we designed it.   15:23:01
 6   Q.  Who negotiated with the -- the borrower,   15:23:06
 7  Mr. Ho Wan Kwok, for the interest rate on these   15:23:13
 8  loans?                                   15:23:16
 9   A.  I don't recall.                     15:23:18
10   Q.  Did you communicate with Mr. Ho Wan Kwok   15:23:21
11  about the interest rate on these loans?   15:23:26
12   A.  I don't recall.                     15:23:29
13   Q.  Is the interest rate the same on all of the   15:23:32
14  loans?                                   15:23:38
15   A.  As far as I know, I remember, yes.   15:23:39
16   Q.  Is the total figure of approximately   15:23:45
17  $21 million in litigation loans about correct, to   15:23:50
18  your recollection?                       15:23:56
19   A.  Approximately number -- yes.  Correct.   15:23:57
20   Q.  Okay.  And approximately how much of that   15:24:02
21  million is in documented loans?          15:24:05
22   A.  I don't have it on the top of my head.   15:24:08
23       MR. ROSEN:  Can I ask, David, can you please   15:24:18
24  clarify.                                 15:24:21
25       When you say documented loans, what   15:24:22
```

Page 188

```
 1  specifically do you mean by documented?   15:24:25
 2       MR. HARBACH:  Sure.               15:24:28
 3       What I mean is that the witness has   15:24:30
 4  indicated earlier in her testimony that some of the   15:24:34
 5  loans were in writing and that there were loan    15:24:38
 6  agreements; so that is how I interpreted her answer.   15:24:44
 7  And I -- and I gather that some of them were and some   15:24:47
 8  of them weren't.  And so when I say documented loans,   15:24:50
 9  I mean the loans for which there is a written loan   15:24:54
10  agreement that she signed and that the borrower   15:24:58
11  signed.                                  15:25:03
12       Does that help?                   15:25:05
13       MR. ROSEN:  Yes.                  15:25:06
14       Thank you.                       15:25:08
15       MR. HARBACH:  Okay.               15:25:09
16  BY MR. HARBACH:                          15:25:10
17   Q.  So Ms. Wang, does that change -- that   15:25:10
18  doesn't change any of your answers, I assume.   15:25:13
19       Did you understand what I meant?   15:25:15
20   A.  I replied my question.  That is the best of   15:25:17
21  my knowledge for this second.            15:25:21
22   Q.  Okay.  So just to make -- just to -- to   15:25:24
23  recap and make sure I understand.        15:25:27
24       There is approximately $21 million in   15:25:31
25  litigation loans that have been made by Golden Spring   15:25:35
```

Page 189

```
 1  (New York) to Mr. Ho Wan Kwok; correct?   15:25:39
 2   A.  Correct.                            15:25:41
 3   Q.  And some of those loans are -- are   15:25:47
 4  documented, by which I mean there is a written loan   15:25:50
 5  agreement; correct?                      15:25:55
 6   A.  Correct.                            15:25:57
 7       Besides that, we do have notes, like, on our   15:25:59
 8  financial book that recorded as a loan also.   15:26:06
 9   Q.  Okay.  And then some of those loans do not   15:26:08
10  have a -- a loan agreement in writing; correct?   15:26:11
11   A.  But in our financial records it is   15:26:16
12  documented as a loan; correct.           15:26:20
13   Q.  I understand.  I understand.         15:26:22
14       But my point is for those, there is not   15:26:24
15  a loan agreement that you signed and that   15:26:28
16  Mr. Ho Wan Kwok signed that contains an interest rate   15:26:31
17  and formal terms; right?                 15:26:36
18   A.  Correct.                            15:26:40
19       There were some other loans between   15:26:41
20  Mr. Qiang Guo and Mr. Ho Wan Kwok also.   15:26:45
21   Q.  Okay.                              15:26:47
22   A.  So financial notes was the loan agreement   15:26:48
23  and then with our loan --               15:26:52
24   Q.  Okay.                              15:26:55
25   A.  -- agreement.                       15:26:56
```

48 (Pages 186 - 189)

```
 1    Q. And so for the ones -- not the ones that   15:26:57
 2  were oral, but the ones that are in writing, you said   15:26:59
 3  those documents are currently at the East 64th Street   15:27:04
 4  office; correct?                                    15:27:12
 5    A. Correct.                                       15:27:13
 6       MR. HARBACH: Okay. So Scott, it is those      15:27:15
 7  documents that we are requesting.                   15:27:19
 8       MR. ROSEN: I understand.                      15:27:20
 9       Thank you.                                     15:27:22
10  BY MR. HARBACH:                                     15:27:22
11    Q. Okay. Now, Ms. Wang, with respect to the      15:27:23
12  oral loans, who recorded them?                      15:27:26
13    A. What do you mean, who recorded them? For      15:27:31
14  Golden Spring?                                      15:27:34
15    Q. Yes, ma'am.                                    15:27:34
16       I think you just mentioned a moment ago that  15:27:35
17  even the loans that were not documented with a loan 15:27:39
18  agreement were recorded on the books of Golden Spring 15:27:41
19  (New York); right?                                  15:27:46
20    A. Correct.                                       15:27:47
21    Q. So I'm asking who recorded them on the        15:27:47
22  books?                                              15:27:50
23    A. Golden Spring's finance.                       15:27:51
24    Q. Okay. Was that at your direction?             15:27:55
25    A. Correct.                                       15:27:59
                                                Page 190
```

```
 1       MR. HARBACH: Sure.                            15:29:50
 2  BY MR. HARBACH:                                     15:29:51
 3    Q. Was Golden Spring (New York) Limited          15:29:52
 4  involved in assisting Mr. Kwok in filling out his   15:29:54
 5  bankruptcy schedules or his statement of financial  15:29:58
 6  affairs?                                            15:30:01
 7    A. No.                                            15:30:03
 8    Q. What about Mr. Kwok's monthly operating       15:30:04
 9  reports? Do you know what those are?                15:30:14
10    A. Yes.                                           15:30:17
11    Q. Okay. Was anyone at Golden Spring             15:30:20
12  (New York) involved in helping prepare              15:30:24
13  Mr. Ho Wan Kwok's monthly operating reports?        15:30:28
14    A. We were requested to pull out his lifestyle   15:30:31
15  expenses. That is, I directed Golden Spring to help. 15:30:40
16    Q. Okay. Who made the request to you?            15:30:47
17    A. I couldn't remember. Probably his attorney.   15:30:49
18  I couldn't remember.                                15:30:57
19    Q. Okay. And if I understand you correctly,      15:30:58
20  you directed one of your employees to assist?       15:31:00
21    A. Correct.                                       15:31:06
22       MR. HARBACH: Okay. And I'll just note for     15:31:07
23  the record, Scott, that I won't ask who that person 15:31:09
24  is because I understand that you will object on the 15:31:17
25  same basis as before. And I'll just note that we    15:31:20
                                                Page 192
```

```
 1    Q. How did you learn about the terms of those   15:28:00
 2  oral loans?                                         15:28:04
 3    A. I got to know from Mr. Qiang Guo also.        15:28:07
 4    Q. Were you personally involved in negotiating  15:28:10
 5  any or -- or tendering any oral loans to            15:28:16
 6  Mr. Ho Wan Kwok?                                    15:28:22
 7    A. I didn't attend the -- the conversation       15:28:23
 8  between Mr. Qiang Guo and his father, no. I didn't. 15:28:30
 9    Q. Has Mr. Ho Wan Kwok ever asked you for       15:28:33
10  a loan from Golden Spring?                          15:28:36
11    A. I don't recall.                                15:28:38
12    Q. Does that mean it is possible that he has?   15:28:40
13    A. I don't recall.                                15:28:49
14    Q. With apologies if I asked you this question  15:28:57
15  before. I honestly don't remember.                  15:29:00
16       Have you ever spoken to Mr. Ho Wan Kwok       15:29:02
17  about any of the litigation loans, whether oral or  15:29:06
18  written?                                            15:29:11
19    A. I don't recall.                                15:29:12
20    Q. Were you personally involved in helping      15:29:13
21  Mr. Kwok fill out his bankruptcy schedules and his 15:29:33
22  statement of financial affairs?                     15:29:38
23       MR. ROSEN: Objection. The witness is not     15:29:41
24  here to testify in her personal capacity. I would   15:29:44
25  ask you to rephrase the question.                   15:29:48
                                                Page 191
```

```
 1  continue to disagree with that objection.           15:31:24
 2       Is that okay?                                  15:31:26
 3       MR. ROSEN: Yes.                                15:31:27
 4  BY MR. HARBACH:                                     15:31:35
 5    Q. Do you know what the firm Verdolino & Lowey   15:31:35
 6  is?                                                 15:31:42
 7    A. Verdolino Lowey.                               15:31:43
 8    Q. Have you ever heard of them?                  15:31:45
 9    A. No.                                            15:31:48
10       I don't recall.                                15:31:53
11    Q. Okay. Do you know who Craig Jalbert is?       15:31:53
12    A. I don't know this name.                        15:31:59
13    Q. Okay.                                          15:31:59
14    A. Craig Jalbert.                                 15:32:02
15    Q. This may seem obvious from your earlier       15:32:03
16  answer, but please bear with me.                    15:32:15
17       Leaving aside the person's name, is it true   15:32:18
18  that there are personnel at Golden Spring (New York) 15:32:26
19  Limited who could assist in compiling and calculating 15:32:31
20  the lifestyle expenses of Mr. Ho Wan Kwok?          15:32:40
21    A. Yes.                                           15:32:48
22    Q. Focusing now just for a moment on those       15:32:49
23  lifestyle expenses.                                 15:33:07
24       Okay?                                          15:33:10
25    A. Yes.                                           15:33:12
                                                Page 193
```

49 (Pages 190 - 193)

PAX-015-049

```
 1    Q. Has -- has Mr. Kwok ever made any requests    15:33:12
 2  to you to have Golden Spring (New York) pay for    15:33:21
 3  expenses related to his lifestyle?    15:33:28
 4        Excuse me.    15:33:31
 5    A. I don't recall, but it is possible.    15:33:33
 6    Q. Okay.  What I'm asking about is, you know,    15:33:39
 7  hey, Yvette, I need Golden Spring to pay for me to    15:33:46
 8  drive to Manhattan or I need Golden Spring to pay for    15:33:52
 9  this suit that I need for my trip to court -- things    15:33:57
10  like that.    15:34:02
11        Does he make requests to you like that?    15:34:03
12    A. I don't recall.  But there was some requests    15:34:06
13  that he made -- he made to me, like, as before, like,    15:34:15
14  buy some very expensive, like, furniture, I believe.    15:34:19
15  And I -- obviously, it is more than his lifestyle.    15:34:22
16  I report it to Mr. Qiang Guo, and Mr. Qiang Guo    15:34:26
17  reject it --    15:34:29
18    Q. Okay.    15:34:29
19    A. -- so I reject it to him also.    15:34:30
20    Q. Right.    15:34:32
21    A. Yeah.    15:34:34
22    Q. I'm asking about, you know, day-to-day    15:34:34
23  stuff, like the -- however -- you know, I don't mind    15:34:37
24  telling you it has been a real mystery to all of us    15:34:43
25  creditors and, I think, to the U.S. Trustee how    15:34:48
                                              Page 194
```

```
 1  Mr. Kwok pays for things.  We really have had    15:34:52
 2  a difficult time figuring out how that happens.  And    15:34:55
 3  so I am hoping that you can help me understand    15:34:58
 4  a little bit because, according to him, Golden Spring    15:35:01
 5  (New York) Limited pays for all this stuff.  And    15:35:04
 6  since you are the president and treasurer of    15:35:07
 7  Golden Spring (New York) Limited, I'm hoping you can    15:35:09
 8  help us understand.    15:35:14
 9        So I know we talked earlier about your    15:35:15
10  review of credit card bills and -- and so forth, but    15:35:17
11  for something like that, say Mr. -- Mr. Ho Wan Kwok    15:35:21
12  needs to take a trip into Manhattan for some reason    15:35:26
13  and he needs a car.    15:35:30
14        Does he come to you?  I mean, you say you    15:35:33
15  run the day-to-day operations of Golden Spring.    15:35:36
16        Does he come to you or -- or send you    15:35:40
17  a message and say, hey, I need a car set up?  I mean,    15:35:42
18  how does that work?    15:35:46
19    A. Okay.  So to reply to this specific    15:35:48
20  question, as the president of a company, I mean,    15:35:50
21  I already don't deal with this kind of very small    15:35:53
22  request from him; so Golden Spring does have    15:35:57
23  a security which, as you understood probably, sir,    15:36:01
24  like as per Mr. Qiang, was a regiment because    15:36:06
25  Mr. Qiang would -- does care the most is the life    15:36:13
                                              Page 195
```

```
 1  safety of his father; so the communication that    15:36:17
 2  happens between Ho Wan Kwok and the security to    15:36:21
 3  arrange the trip to Manhattan; so that one I don't    15:36:22
 4  need to get involved because it is too small for me.    15:36:26
 5    Q. Okay.  And then what about other day-to-day    15:36:30
 6  lifestyle needs, like in a recent proceeding the --    15:36:34
 7  the U.S. Trustee asked about what if he needed to buy    15:36:42
 8  a pair of shoes?    15:36:47
 9        Just walk us through how that happens.    15:36:49
10    A. I don't even -- I mean, yes.  I review some    15:36:52
11  of the credit card bill or the bills, but I do have    15:36:56
12  my finance.  I mean, I don't need to do finance job.    15:37:00
13  I don't even remember to see very often he buys    15:37:04
14  shoes.  I mean --    15:37:09
15    Q. Does he buy anything?    15:37:12
16    A. Yes.    15:37:14
17    He buy -- he buy clothes, yes.    15:37:16
18    Q. Okay.  So how does he buy clothes?    15:37:20
19    A. He buy clothes from the shops, I believe.    15:37:23
20    Q. Okay.  Does he physically go to the shops or    15:37:28
21  does he shop online?    15:37:32
22    MR. HARBACH:  Scott, I promise I am just    15:37:34
23  trying to understand.  I don't -- I won't dwell here    15:37:37
24  unnecessarily.    15:37:39
25  ///    15:37:...
                                              Page 196
```

```
 1  BY MR. HARBACH:    15:37:40
 2    Q. Go ahead, Ms. Wang.    15:37:41
 3    A. I don't get involves in his personal life;    15:37:43
 4  so I cannot say.    15:37:47
 5    Q. So you don't -- you don't know whether he    15:37:48
 6  likes to go in the stores to shop or he shops online?    15:37:51
 7    A. I do see bills from the shops, which    15:37:57
 8  I verify.  I have the finance verify that it was his    15:38:03
 9  purchase.    15:38:08
10    Q. Okay.    15:38:08
11    A. We take care of that; so I don't need to    15:38:09
12  follow him --    15:38:13
13    Q. All right.    15:38:13
14    A. -- where he goes; right?    15:38:14
15    So I don't know --    15:38:14
16    Q. No.    15:38:17
17    I -- I know that.  I'm not suggesting you    15:38:17
18  follow him.    15:38:19
19    What I'm really just trying to understand is    15:38:20
20  how does the transaction happen?  Mr. Kwok walks into    15:38:23
21  Saks Fifth Avenue and sees a suit he wants to buy.    15:38:29
22  Let's just pretend that's what happens.    15:38:35
23        Okay?    15:38:37
24        And he is in there, and he says, I like that    15:38:38
25  suit.  And he tries it on, and it looks good, and so    15:38:41
                                              Page 197
```

Veritext Legal Solutions
866 299-5127

Page 198

```
 1   he wants to buy it.                        15:38:45
 2       What happens next?  How does it get from   15:38:47
 3   there to being on a bill that you see?      15:38:49
 4       A.  Oh, that doesn't happen often at all.  That   15:38:54
 5   is number one.  And that did happen before.  Like,   15:38:58
 6   sometimes I can see from the securities credit   15:39:03
 7   card -- debit card -- let me correct -- to see that   15:39:07
 8   purchase.  And then, obviously, my finance will dive   15:39:10
 9   in and verify and confirm that he has purchased.  But   15:39:14
10   that does not happen often at all.           15:39:17
11       Q.  Okay.  Well, you did mention that he buys   15:39:21
12   clothes; right?                              15:39:24
13       A.  Yes.                                 15:39:27
14       Q.  Okay.  So you give me an example of how he   15:39:28
15   will buy some clothes.                       15:39:34
16       If the Saks Fifth Avenue example doesn't   15:39:36
17   happen very often, tell me what does happen.   15:39:43
18       A.  He just doesn't buy clothes very often, not   15:39:43
19   only the shoes at Saks Fifth Avenue.          15:39:49
20       Q.  Does Mr. Kwok have a credit card?     15:39:54
21       A.  As far as I know, he doesn't have.  At least   15:40:07
22   Golden Spring never give him.                 15:40:12
23       Q.  Does he have a debit card?           15:40:14
24       A.  Golden Spring didn't give him.        15:40:17
25       Q.  How do the things that he does purchase end   15:40:20
```

Page 199

```
 1   up on a bill that you review?  Tell me how that   15:40:25
 2   happens.                                      15:40:30
 3       A.  For his clothes, I mean, I know, like,   15:40:31
 4   Mr. Qiang Guo, he has some shops in Manhattan.  When   15:40:36
 5   he is in Manhattan he -- he -- I mean, quite often   15:40:43
 6   shopping there, and sometimes I saw the bill from the   15:40:49
 7   shop, which I -- obviously finance will need to   15:40:52
 8   verify.  But, Mr. Qiang Guo purchase.  But, like,   15:40:55
 9   his father has purchased.  That happened before; so   15:40:59
10   like -- that is, like, in my understanding.   15:41:03
11   Mr. Qiang Guo took care of his father.        15:41:06
12       Q.  So Mr. Qiang Guo will buy something for his   15:41:08
13   dad, finance it.                             15:41:12
14       Golden Spring will verify that how?  By   15:41:14
15   calling Mr. Qiang Guo and asking him?         15:41:16
16       A.  Sometimes we do that, yes.           15:41:19
17       Q.  Okay.  And when Mr. Qiang Guo is in the UK,   15:41:21
18   as you have told me is where he lives, how does that   15:41:27
19   change things?  How does Mr. -- Mr. Ho Wan Kwok buy   15:41:31
20   something while his son is in the UK?         15:41:36
21       A.  What do you mean, change things?  I mean,   15:41:39
22   the shops obviously know Mr. Qiang Guo, whether he is   15:41:43
23   in New York or not; so the father came and then   15:41:47
24   shopping there.  I mean, I don't know what is your   15:41:52
25   question, sir.                               15:41:54
```

Page 200

```
 1       Q.  Okay.  So I think you do know my question,   15:41:55
 2   and it is really not hard.  But it seems to be really   15:42:02
 3   hard to get an answer to it.                  15:42:06
 4       How does Mr. Ho Wan Kwok purchase things,   15:42:10
 5   and how does what -- something that he wants to buy   15:42:20
 6   and buys end up on a bill for you to review?  And you   15:42:23
 7   have given me one example.                    15:42:27
 8       You said there are times when Mr. Qiang Guo   15:42:29
 9   will purchase something, and it will then end up on   15:42:31
10   a bill for you to review and verify; right?   15:42:35
11       A.  No.                                  15:42:42
12       That is not my answer.  You misunderstood   15:42:42
13   me, sir.                                     15:42:45
14       Q.  Okay.  Please explain.               15:42:46
15       A.  I will use my translator since you have been   15:42:49
16   misunderstanding me along the way, which I don't feel   15:42:53
17   you get this.  Sorry.                        15:42:57
18       Like, can I have my interpreter --       15:43:01
19       Q.  Absolutely.                         15:43:04
20       A.  -- I mean, to help me.               15:43:05
21       Q.  Absolutely.                         15:43:06
22       MR. HARBACH:  So for clarity of the record,   15:43:07
23   Ms. Johnston, the question is I'm trying to   15:43:09
24   understand how -- when Mr. Ho Wan Kwok wants to   15:43:13
25   purchase something, how does it get -- from the   15:43:16
```

Page 201

```
 1   decision by Mr. Ho Wan Kwok to purchase something,   15:43:20
 2   how does that end up on a bill that Ms. Wang sees?   15:43:25
 3       THE INTERPRETER:  (Question interpreted.)   15:43:29
 4       THE WITNESS:  (Through the Interpreter)   15:43:29
 5   Okay.  First of all, when I saw when I review bills,   15:43:38
 6   those were only in respect to Mr. Ho Wan Kwok's   15:44:44
 7   purchase for clothing and shoes.  And Mr. Qiang Guo   15:44:47
 8   has certain shops he goes to on a regular basis; so   15:44:51
 9   if his father were to shop there, then the shop would   15:44:57
10   know to send the bill to New York Golden Spring; so   15:45:02
11   in other words his father's purchase was under   15:45:10
12   Mr. Qiang Guo's profile.                     15:45:14
13       I don't think maybe you understood what   15:45:16
14   I meant.  That is why I wanted the interpreter to   15:45:18
15   interpret for me.                           15:45:21
16   BY MR. HARBACH:                             15:45:23
17       Q.  Thank you very much.                 15:45:23
18       And I do understand that example.        15:45:26
19       What about for groceries?               15:45:28
20       A.  (In English)  Groceries, I mean, he lives in   15:45:33
21   his wife's house; so if there is any grocery needed   15:45:41
22   to be purchased, it is for both of them; so while   15:45:45
23   Golden Spring was requested to pull out, like,   15:45:51
24   Mr. Ho Wan Kwok, his grocery purchase from his wife,   15:45:58
25   like a general purchase; so I mean, the husband, the   15:46:03
```

51 (Pages 198 - 201)

PAX-015-051

1 wife live together. He is living in his wife's    15:46:08
2 house. It doesn't make sense, like, he buy his own    15:46:11
3 stuff, separate account.    15:46:14
4    Q. I understand that.    15:46:15
5       I'm just asking how the groceries are paid    15:46:16
6 for.    15:46:19
7    A. It paid by Golden Spring also.    15:46:21
8    Q. Same question as before.    15:46:26
9       Do they just go to a grocery store and the    15:46:29
10 grocery store sends the bill to Golden Spring? Or do    15:46:34
11 they buy their groceries online? How does that work?    15:46:38
12    A. Grocery, most of them go with the debit    15:46:42
13 card.    15:46:46
14    Q. Okay.    15:46:46
15    A. And buy --    15:46:47
16    Q. So....    15:46:50
17    A. And buy online also, yes.    15:46:52
18    Q. Okay. And so even if the purchase is    15:46:53
19 online, some sort of card, like if it is a debit card    15:46:56
20 or a credit card, needs to be used; right?    15:47:03
21    A. Correct.    15:47:07
22    Q. Okay. Who uses that card?    15:47:08
23    A. Who use that card?    15:47:10
24       They -- people. I mean, his wife use it    15:47:16
25 also.    15:47:20

Page 202

1    Q. Does he ever use the --    15:47:20
2    A. I mean --    15:47:23
3    Q. Does he ever use the card?    15:47:24
4    A. I don't think so. He doesn't read English    15:47:26
5 at all, so....    15:47:30
6    Q. I mean, well, I don't know that you need to    15:47:31
7 read English to use a credit card or a debit card.    15:47:33
8       Does he ever use the card to make purchases    15:47:37
9 himself?    15:47:42
10    A. Which time period you are asking about and    15:47:42
11 by what kind of purchase methods?    15:47:44
12    Q. You --    15:47:44
13    A. If you are asking about online, he doesn't    15:47:47
14 read English.    15:47:50
15    Q. I mean, you have to be able to read English    15:47:51
16 to shopping online; right?    15:47:53
17    Q. Does that --    15:47:53
18    A. So with that, I can confirm he doesn't.    15:47:54
19    Q. Were -- well, number one, I'm pretty sure    15:47:55
20 there are Websites in Chinese.    15:48:00
21       And, number two, let's just stick with the    15:48:03
22 grocery example.    15:48:06
23       Does he ever use the credit card or the    15:48:11
24 debit card to buy groceries?    15:48:15
25    MR. ROSEN: Objection.    15:48:19

Page 203

1    THE WITNESS: I don't know.    15:48:20
2    MR. ROSEN: She testified numerous times    15:48:25
3 that he is not authorized as a user of the card, and    15:48:27
4 she has answered this question numerous times.    15:48:30
5    MR. HARBACH: I don't believe she said -- it    15:48:32
6 wasn't a question of whether he was an authorized    15:48:32
7 user. I believe she said that he never used it.    15:48:35
8 BY MR. HARBACH:    15:48:38
9    Q. Does his wife use it?    15:48:38
10    A. Use what?    15:48:40
11    Q. The debit card or the credit card to buy    15:48:42
12 groceries?    15:48:47
13    A. It is possible.    15:48:48
14    Q. Do you know one way or the other?    15:48:51
15    A. I mean, I don't live in their home; right?    15:48:59
16 Who is buying groceries? From my end, I can't see,    15:49:03
17 like, an Amazon purchase or, like, a Whole Foods    15:49:09
18 purchase. Who uses those cards? I need to find out.    15:49:11
19    Q. Okay. So it sounds like, from what you just    15:49:14
20 said, it could have been Mr. Ho Wan Kwok's wife or it    15:49:19
21 could have been Mr. Ho Wan Kwok, couldn't it?    15:49:23
22    A. I'm not giving you an answer in here because    15:49:26
23 I don't know.    15:49:32
24    Q. That is what I'm getting at. You don't    15:49:32
25 know.    15:49:35

Page 204

1       From what you are looking at on the bill,    15:49:36
2 you don't know who used the card, do you? Do you?    15:49:38
3    A. You are talking about grocery?    15:49:47
4    Q. I'm talking about the examples you just    15:49:49
5 gave, Whole Foods or whatever else.    15:49:51
6       When you see that on the bill, you just said    15:49:53
7 you don't know who uses the card; correct?    15:49:56
8    A. The family uses the card. I do know. The    15:50:00
9 family uses the card.    15:50:04
10    Q. Sure. Sure.    15:50:06
11       And Mr. Ho Wan Kwok is a member of the    15:50:07
12 family, isn't he?    15:50:10
13    A. Correct.    15:50:12
14       But he does not read English at all.    15:50:13
15    Q. Okay. Does his wife?    15:50:16
16    A. His wife what?    15:50:18
17    Q. Does his wife read English?    15:50:21
18    A. I don't believe so.    15:50:24
19    MR. HARBACH: Okay. Give me just thirty    15:50:29
20 seconds, please.    15:50:32
21 BY MR. HARBACH:    15:53:11
22    Q. Thank you for your patience. Hopefully    15:53:12
23 I saved us a little time by taking that break. A few    15:53:14
24 cleanup questions, and I think we are finished.    15:53:19
25       What is your understanding of how    15:53:22

Page 205

52 (Pages 202 - 205)

PAX-015-052

1 Mr. Ho Wan Kwok is going to repay the $21 million in  15:53:24
2 litigation loans?                                    15:53:28
3    A. I don't have understanding. I mean, he need   15:53:30
4 to pay back those loans if he win the case and then,  15:53:38
5 I mean, I assume there will be some success, and then  15:53:42
6 he should pay back the loan. That is all my           15:53:46
7 understanding.                                        15:53:49
8    Q. Is there a Golden Spring (New York) owned      15:53:50
9 car that stays at Mr. and Ms. Kwok's residence?       15:53:54
10    A. I don't recall. As I said, I am not a car     15:54:06
11 person. I mean, Mr. Qiang Guo will deal with the car  15:54:09
12 at that part.                                         15:54:13
13    Q. Well, doesn't Golden Spring (New York)        15:54:14
14 Limited pay for a chauffeur for Mr. Ho Wan Kwok?      15:54:17
15    A. We pay the employees, yes.                     15:54:23
16    Q. Okay. And my question to you isn't about      15:54:26
17 what kind of car it is.                               15:54:30
18       I'm just asking whether there is a car and    15:54:32
19 a chauffeur that is available to Mr. Kwok whenever he  15:54:35
20 needs it.                                             15:54:39
21    A. I mean, Mr. Qiang Guo would -- does rent       15:54:44
22 a car for his father, and then Golden Spring pay the  15:54:50
23 chauffeur. That is what I can confirm.                15:54:53
24    Q. Okay. Do you have personal knowledge of who   15:54:58
25 owns the residence where they live?                   15:55:04

Page 206

1    One -- one -- the famous one more question        15:57:11
2 that we lawyers like to ask.                           15:57:14
3 BY MR. HARBACH:                                        15:57:16
4    Q. You have mentioned a couple of times that     15:57:17
5 Golden Spring has enough money to carry on its daily  15:57:19
6 operations.                                            15:57:23
7       What is the operating budget for               15:57:25
8 Golden Spring (New York) for those daily operations?  15:57:29
9 The annual budget, say, approximately.                 15:57:34
10    A. The annual is going to be anything            15:57:42
11 between -- I mean, operating mean paying the lease,  15:57:47
12 paying the employees and office supplies, furniture,  15:57:54
13 everything.                                            15:57:59
14    Q. I'm asking, yeah, everything that you would   15:57:59
15 lump under day-to-day operations, as you said        15:58:02
16 earlier.                                              15:58:06
17    A. I'm answering your question, sir.             15:58:07
18       It is anything and everything between annual  15:58:10
19 lease between 2 to 3 million, at least -- at least   15:58:13
20 the minimal.                                          15:58:17
21    Q. Okay. All right. Those are all my             15:58:18
22 questions.                                            15:58:21
23       MR. HARBACH: I don't know if any of the      15:58:23
24 other counsel who have endured this to this point    15:58:24
25 want to ask any questions.                            15:58:28

Page 208

1       MR. HARBACH: Don't worry, Scott.              15:55:09
2 I won't stay here long.                               15:55:11
3       THE WITNESS: You are asking personal          15:55:15
4 knowledge?                                            15:55:18
5 BY MR. HARBACH:                                       15:55:19
6    Q. I'm asking if you know.                        15:55:19
7       MR. ROSEN: If you know. It calls for          15:55:21
8 yes-or-no answer.                                     15:55:26
9       THE WITNESS: I don't have personal            15:55:26
10 knowledge.                                            15:55:28
11       MR. HARBACH: Okay. I'm going to make         15:55:29
12 a request, Scott, to supplement our earlier request  15:55:30
13 for the loan documents.                               15:55:39
14       I'm also going to request that Golden Spring  15:55:40
15 (New York) please promptly produce to us the         15:55:43
16 notations in the books and records that the witness  15:55:50
17 referred to as evidencing the oral loans for         15:55:55
18 litigation.                                           15:56:02
19       Do you understand what I'm talking about?     15:56:04
20       MR. ROSEN: I'm just taking notes right now.  15:56:07
21       MR. HARBACH: Okay.                            15:56:10
22       MR. ROSEN: I believe I understand your       15:56:13
23 question, and we will take that under advisement.    15:56:15
24       MR. HARBACH: Okay. Those are -- just --      15:56:18
25 just one second, please.                              15:56:27

Page 207

1       THE VIDEOGRAPHER: It doesn't sound like it.   15:58:39
2       MR. HARBACH: All right. Well, Ms. Wang,       15:58:42
3 thank you very much for your time and your patience   15:58:44
4 with my questions today.                              15:58:48
5       THE VIDEOGRAPHER: We are off the record at    15:58:51
6 3:58 p.m.                                             15:58:53
7       And this concludes today's testimony given    15:58:54
8 by Yvette Wang as a 30(b)(6) witness for             15:58:57
9 Golden Spring (New York).                             15:59:00
10       The total number of media units used was one  15:59:00
11 and will be retained by Veritext Legal Solutions.    15:59:04
12       MR. HARBACH: This is David Harbach, of       16:03:38
13 O'Melveny & Myers, for Pacific Alliance.             16:04:03
14       And I would like to supplement the           16:04:06
15 deposition exhibits with one additional exhibit that  16:04:10
16 will be called Exhibit 6.                             16:04:13
17       (Deposition Exhibit Number 6                  16:04:13
18       was marked for identification.)               16:04:16
19       MR. HARBACH: And it is the notice of         16:04:16
20 deposition for today's witness. I have spoken to the  16:04:21
21 deponent's counsel, Mr. Rosen, and he does not object  16:04:25
22 to it being added as an exhibit.                      16:04:28
23       MR. ROSEN: Can we put -- put it up on the    16:04:32
24 screen?                                              16:04:36
25       MR. HARBACH: Yes. Yes.                        16:04:37

Page 209

53 (Pages 206 - 209)

PAX-015-053

| | |
|---|---|
| 1     My colleague is working on that right now.  16:04:39 | 1  STATE OF CALIFORNIA ) |
| 2     THE REPORTER: Mr. Rosen, would you like  16:05:30 |     ) ss. |
| 3 a copy of the transcript?  16:05:35 | 2  COUNTY OF KERN    ) |
| 4     MR. ROSEN: Yes.  16:06:02 | 3 |
| 5     THE REPORTER: And would you like a rough?  16:06:09 | 4 |
| 6     MR. ROSEN: Yes.  16:06:14 | 5     I, B. Suzanne Hull, a Certified Shorthand |
| 7     Copy to be delivered tonight.  16:06:22 | 6 Reporter in the State of California, holding |
| 8 (4:28 p.m.) | 7 Certificate Number 13495, do hereby certify that |
| 9     --ooOoo-- | 8 YAN PING WANG, the witness named in the foregoing |
| 10 | 9 deposition, was by me duly sworn; that said |
| 11 | 10 deposition, was taken Tuesday, April 12, 2022, at the |
| 12 | 11 time and place set forth on the first page hereof. |
| 13 | 12     That upon the taking of the deposition, the |
| 14 | 13 words of the witness were written down by me in |
| 15 | 14 stenotypy and thereafter transcribed by computer |
| 16 | 15 under my supervision; that the foregoing is a true |
| 17 | 16 and correct transcript of the testimony given by the |
| 18 | 17 witness. |
| 19 | 18     Pursuant to Federal Rule 30(e), transcript |
| 20 | 19 review was requested. |
| 21 | 20     I further certify that I am neither counsel |
| 22 | 21 for nor in any way related to any party to said |
| 23 | 22 action, nor in any way interested in the result or |
| 24 | 23 outcome thereof. |
| 25 | 24 /// |
|                     Page 210 | 25 /// |
| |                     Page 212 |

| | |
|---|---|
| 1 STATE OF CALIFORNIA ) | 1     Dated this 12th day of April, 2022, at |
|     ) ss. | 2 Bakersfield, California. |
| 2 COUNTY OF KERN    ) | 3 |
| 3 | |
| 4     I, YAN PING WANG, do hereby certify: | 4     B. Suzanne Hull, CSR No. 13495 |
| 5     That I have read the foregoing | 5 |
| 6 deposition; | 6 |
| 7     That I have made such changes in form and/or | 7 |
| 8 substance to the within deposition, as might be | 8 |
| 9 necessary to render the same true and correct; | 9 |
| 10     That having made such changes thereon, I | 10 |
| 11 hereby subscribe my name to the deposition. | 11 |
| 12     I declare, under penalty of perjury, that | 12 |
| 13 the foregoing is true and correct. | 13 |
| 14     Executed this _____ day of _____, | 14 |
| 15 2022, at _____, California. | 15 |
| 16 | 16 |
| 17 | 17 |
| 18     _____ | 18 |
| 19 | 19 |
| 20 | 20 |
| 21 | 21 |
| 22 | 22 |
| 23 | 23 |
| 24 | 24 |
| 25 | 25 |
|                     Page 211 |                     Page 213 |

54 (Pages 210 - 213)

PAX-015-054

1    YAN PING WANG
2    goldenspringny@protonmail.com
3            April 12, 2022
4    IN RE: HO WAN KWOK
5    APRIL 12, 2022, YAN PING WANG, JOB NO. 5181285
6    The above-referenced transcript has been
7    completed by Veritext Legal Solutions and
8    review of the transcript is being handled as follows:
9    __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext
10    to schedule a time to review the original transcript at
11    a Veritext office.
12    __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF
13    Transcript - The witness should review the transcript and
14    make any necessary corrections on the errata pages included
15    below, notating the page and line number of the corrections.
16    The witness should then sign and date the errata and penalty
17    of perjury pages and return the completed pages to all
18    appearing counsel within the period of time determined at
19    the deposition or provided by the Code of Civil Procedure.
20    __ Waiving the CA Code of Civil Procedure per Stipulation of
21    Counsel - Original transcript to be released for signature
22    as determined at the deposition.
23    __ Signature Waived – Reading & Signature was waived at the
24    time of the deposition.
25
Page 214

1    IN RE: HO WAN KWOK
2    YAN PING WANG, JOB NO. 5181285
3            E R R A T A  S H E E T
4    PAGE_____ LINE_____ CHANGE_____
5    _____
6    REASON_____
7    PAGE_____ LINE_____ CHANGE_____
8    _____
9    REASON_____
10    PAGE_____ LINE_____ CHANGE_____
11    _____
12    REASON_____
13    PAGE_____ LINE_____ CHANGE_____
14    _____
15    REASON_____
16    PAGE_____ LINE_____ CHANGE_____
17    _____
18    REASON_____
19    PAGE_____ LINE_____ CHANGE_____
20    _____
21    REASON_____
22    _____
23    _____    _____
24    WITNESS                    Date
25
Page 216

1    _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF
2    Transcript - The witness should review the transcript and
3    make any necessary corrections on the errata pages included
4    below, notating the page and line number of the corrections.
5    The witness should then sign and date the errata and penalty
6    of perjury pages and return the completed pages to all
7    appearing counsel within the period of time determined at
8    the deposition or provided by the Federal Rules.
9    __ Federal R&S Not Requested - Reading & Signature was not
10    requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
Page 215

55 (Pages 214 - 216)

Veritext Legal Solutions
866 299-5127

**[& - 50]**

| & |
|---|
| **&**  2:11 3:10 7:24 8:2,5,12 172:2,7 172:19 193:5 209:13 214:23 215:9 |

| 0 |
|---|
| **03/10/2015**  168:5 |
| **06103**  2:23 3:12 |

| 1 |
|---|
| **1**  4:12 19:6,7 32:20,21 33:8 35:2 46:18 73:11 87:23,24 88:2 91:4 166:7 215:1 |
| **10**  4:5 5:7 |
| **100**  2:22 18:18 65:22 |
| **10036**  2:7,17 |
| **10:23:18**  167:24 |
| **10:45**  66:23 |
| **10th**  168:8 |
| **11**  4:14 |
| **1100**  3:6 |
| **113**  22:17 |
| **11:00**  67:2 |
| **11th**  73:16 75:10 77:14 78:11 79:13 |
| **12**  1:18 7:2 212:10 214:3,5 |
| **12210**  3:6 |
| **126**  6:7 |
| **128**  6:8 |
| **12:00**  111:25 |
| **12:08**  112:14 |
| **12th**  7:7 213:1 |
| **130**  6:9 |
| **13495**  1:25 212:7 213:4 |

| 14  4:24 22:17 |
|---|
| **15**  22:17 |
| **150**  6:10 |
| **157**  6:11 |
| **15th**  57:22 |
| **16**  6:5 22:17 |
| **162**  7:3 |
| **1625**  2:12 |
| **166**  5:3 |
| **16th**  57:8 |
| **17**  6:11 |
| **18**  6:3,8 25:23 33:17 35:15 |
| **19**  4:12 47:25 |
| **1:00**  112:8 |
| **1:01**  112:18 |
| **1:21**  126:5 |
| **1:34**  126:9 |

| 2 |
|---|
| **2**  4:16 6:9 28:17 28:20 46:21 83:13 83:15 88:1 187:1 208:19 |
| **20**  6:7 87:10 |
| **2000**  30:14 |
| **20005**  3:7 |
| **20006**  2:13 |
| **2008**  30:14 31:19 87:10 |
| **2013**  4:24 |
| **2015**  5:7 18:12,13 22:7,7 23:22 24:5 24:11 25:23 29:14 29:24 30:11,18 31:3,7,20 113:18 117:14 123:10 168:8 |
| **2016**  19:3 21:7 24:4,5,5 25:1 |
| **2017**  25:23 28:11 166:8 168:15 |

| 2018  4:14 13:23 |
|---|
| 14:11,25 21:8 24:1,13,18 28:11 28:12 32:17,18,19 33:11,20,25 34:5 34:10 35:17 36:9 36:12 37:23 40:23 47:25 57:9,22 61:17 62:1,8,19 63:24 64:2,17 67:6,23,25 68:22 69:14,19 70:16 71:3 72:1,7 73:16 73:25 75:10,12,23 77:14 78:11,14,21 78:22 79:3,13,16 80:9,18,20 90:1,8 90:20 96:17 166:5 169:3,16,24 171:9 182:6 |
| **2019**  4:17 29:20 48:3,7,13 50:21 51:2,12,17 96:20 |
| **202**  2:13 3:7 |
| **2020**  61:18 96:25 148:23 |
| **2022**  1:18 5:15 7:2 7:7 48:16 211:15 212:10 213:1 214:3,5 |
| **2025.520**  214:9,12 |
| **209**  5:9 |
| **209-4924**  2:8 |
| **209-4950**  2:8 |
| **21**  177:8 184:9 186:4,13 187:17 187:21 188:24 206:1 |
| **212**  2:8,8,18,18 |
| **22-50073**  1:8 7:14 |

| 23rd  29:14 31:7 |
|---|
| **25**  6:4 |
| **26**  4:17 |
| **28**  4:16 |
| **29**  5:15 |
| **2:51**  174:4 |

| 3 |
|---|
| **3**  4:19 43:5 44:10 187:1 208:19 |
| **30**  1:16 5:13 7:9 9:19 20:5,12 26:2 26:11 27:5 37:6 38:6 44:20 65:19 209:8 212:18 215:1 |
| **301314**  10:6 |
| **326-2293**  2:18 |
| **331**  83:10 |
| **36**  6:3 |
| **37**  6:4 |
| **383-5127**  2:13 |
| **3:00**  174:1 |
| **3:02**  174:8 |
| **3:58**  209:6 |

| 4 |
|---|
| **4**  4:23 55:9,10,19 56:2,4,9 57:1 62:5 62:16,23 64:9 67:5,19,21 87:16 91:5,6 |
| **41**  6:5 |
| **424-4379**  3:12 |
| **43**  4:19 |
| **493-2220**  2:23 |
| **4:28**  210:8 |

| 5 |
|---|
| **5**  5:3 6:10 146:11 166:23 167:9,12 |
| **50**  146:16,17 |

Veritext Legal Solutions
866 299-5127

PAX-015-056

**[514-2000 - announcement]**

**514-2000**  3:7
**5181285**  214:5
216:2
**55**  4:23

**6**

**6**  1:16 5:9,13 7:9
9:19 20:5,12 26:2
26:11 27:5 37:6
38:6 44:20 65:19
209:8,16,17
**64th**  7:3 184:20
185:3 190:3
**65**  6:6

**7**

**7**  2:7,17
**728-5831**  2:18

**8**

**8**  142:23 143:2,11
143:21,24 144:3
146:10
**8004**  213:3
**808**  166:21,22
**860**  2:23 3:12

**9**

**9**  6:6
**90**  3:11
**9:15**  7:2,6

**a**

**a.m.**  7:2,6
**abided**  165:2
**abilities**  9:2,12
**ability**  13:15
**able**  10:23,23 31:9
64:14 168:23
173:14 174:24
175:8 203:15
**absolutely**  84:19
101:17,19 200:19
200:21

**accept**  109:5
**acceptable**  11:16
125:25
**access**  103:3,7,13
104:6
**account**  124:25
125:8,11,14,22
126:22 127:1
128:4,6 202:3
**accounts**  124:12
124:21 158:22
**accurate**  29:22
31:4,5,5,11 51:4
76:1,4,13
**acronym**  132:12
**action**  212:22
**actions**  127:2
**activated**  103:16
**activity**  128:24
**ad**  168:15
**added**  209:22
**additional**  209:15
**address**  27:2
71:14,18,20
184:23 185:2,7,11
**addressed**  170:17
**administrator**
47:9 51:25 52:15
54:21 55:2 58:8
58:16,19 68:1,6,17
68:19,25,25 69:6
69:11 87:18 88:12
88:16 89:13 90:16
91:2,14 95:6,9
**adopt**  65:17
**advance**  117:11
**advice**  133:6
182:21,21
**advise**  138:7 143:4
143:4 182:19

**advised**  87:9
134:22 148:3
150:8 159:10
160:1
**advisement**
111:20 182:12
186:17 207:23
**affairs**  191:22
192:6
**affidavit**  4:23
43:19 56:17 57:6
58:5 59:9,10,12,17
60:10,12,14 61:13
61:25 62:5,8,16
63:10,11,13,21,24
64:1,13,21 65:5,9
65:25 66:9 67:5
67:23 68:4,8
87:16 91:11 92:21
**affidavits**  58:25
60:20 61:5 64:24
**affiliation**  26:7
**affiliations**  7:22
**afraid**  170:9
**afternoon**  112:20
181:11
**ago**  12:10 15:24
17:19 25:14 29:20
30:3,20 36:6,6
37:17 44:16 45:12
49:11 60:17 61:19
62:22 64:22 65:8
65:17 79:24 80:8
80:24 85:21 96:4
96:12,12,14 97:13
98:18 103:18
104:21 119:17
120:11 121:13
132:8 135:16
138:17,20 140:16
140:16,24 145:1,3

**152**:1,4,6 168:2
171:11,12 172:15
179:14 190:16
**agree**  135:2,9
137:3 178:21
181:14 183:24,24
**agreement**  137:16
144:18 145:10,17
145:22 146:8,21
146:25 147:8
160:25 162:11
165:23 179:25
181:13 188:10
189:5,10,15,22,25
190:18
**agreements**
186:12 188:6
**ah**  148:1
**ahead**  20:13
107:15 197:2
**airport**  35:24
**aisling**  2:15
**akas**  58:11
**alerted**  157:21
**align**  136:6 181:12
**aligned**  136:5
137:8 165:23,23
165:23 178:23,24
181:18
**alliance**  2:11 5:9
7:11,25 8:12,14
9:20 174:22 175:7
209:13
**amazon**  204:17
**amenable**  112:9
**american**  47:15
51:9,17
**amurray**  2:19
**announcement**
174:10

[annual - assist]

| annual 168:18 | answering 12:3 | approximate | 105:6,11,15,18,25 |
|---|---|---|---|
| 172:24 208:9,10 | 119:24 156:11 | 125:10,21 126:21 | 119:21 121:7 |
| 208:18 | 208:17 | approximately | 133:1 141:6 143:6 |
| answer 6:2 11:14 | answers 97:17 | 21:6 24:11 65:10 | 144:7 160:25 |
| 12:14 13:15 16:12 | 188:18 | 73:20,25 113:16 | 164:25 169:8 |
| 20:11 22:9,10 | anybody 164:22 | 127:6,16 129:13 | 177:22 178:11,17 |
| 23:21 26:16 29:12 | anyway 94:13 | 130:3 152:4 177:7 | 180:11 182:4 |
| 29:13 31:21 33:14 | 183:2 | 187:16,19,20 | 191:9,14 196:7 |
| 33:15 35:9,16,17 | apart 156:1 | 188:24 208:9 | asking 27:3,4 31:4 |
| 35:22 37:2,15 | apartment 72:14 | april 1:18 4:17 7:2 | 49:5,16,18 50:7,8 |
| 38:4 42:8,10,16 | 72:21 | 7:7 29:14,23 | 60:10 61:4,8,11 |
| 45:4 47:5,7,9,16 | apologies 76:17 | 30:11,18 31:3,7 | 63:1,12 64:17 |
| 47:23 50:4 52:4 | 174:9 191:14 | 61:18 212:10 | 67:4 68:21 69:3,5 |
| 52:19 54:24 55:4 | apologize 87:13 | 213:1 214:3,5 | 70:6 71:3 72:24 |
| 61:6,9 63:17,19 | apparent 124:13 | architecture | 80:9 81:12 88:15 |
| 64:8 66:2,5,6,15 | 136:4 | 118:11 | 98:8,21 102:20 |
| 67:9,11,12,16 | apparently 168:9 | arethusa 147:14 | 107:4,5,7 110:14 |
| 74:12,13,16,19,22 | 173:6 | argue 136:10,13 | 110:17,19 112:22 |
| 74:25 76:23 77:11 | appear 48:5 | arguing 66:3 | 116:9 124:1,13,14 |
| 77:12,19 78:6,9,9 | appearances 2:1 | arrange 141:17 | 127:16 132:10 |
| 79:10,11,16 84:1,5 | 3:1 7:22 | 196:3 | 134:3 135:18 |
| 84:25 88:19,20,24 | appearing 214:18 | arranged 114:15 | 138:18 143:20 |
| 90:12 92:14 94:18 | 215:7 | 114:16,19 141:16 | 146:2 155:12 |
| 95:19 97:15 99:2 | appointed 32:14 | 159:3,7,21 | 156:3 160:13 |
| 116:4,15,20,22,23 | 34:9,12,20 38:22 | arrangement 37:5 | 168:1 169:20,22 |
| 119:23 122:10,18 | 45:24 46:2,3,5 | 162:14 | 176:4 179:7,7,8,11 |
| 126:24 129:9 | 49:4 50:23 97:4,8 | arranging 111:6 | 179:13 180:3,17 |
| 130:11,25 132:10 | 97:12 122:19 | arrested 48:11 | 182:11,15,18,21 |
| 132:14 133:8,9 | 166:3 173:4,7,16 | 84:6 | 190:21 194:6,22 |
| 134:24 140:4 | 174:18 180:25 | arrived 143:11,21 | 199:15 202:5 |
| 154:19 158:5 | 182:5 | 143:24 144:3 | 203:10,13 206:18 |
| 159:20 160:15 | appreciate 67:14 | ascribe 86:19 | 207:3,6 208:14 |
| 161:1 165:20 | 157:25 | asia 2:11 5:9 9:20 | asks 106:15 |
| 170:11,22 175:10 | appropriate 41:25 | aside 44:10 127:5 | aspect 165:7 |
| 182:1 183:22,25 | 44:22 157:24 | 128:4,6 175:2 | asset 130:14,22 |
| 183:25 188:6 | approval 37:5 | 193:17 | assets 127:6,17 |
| 193:16 200:3,12 | 107:19,23 | asked 21:8 22:5 | 128:6,23 129:4 |
| 204:22 207:8 | approve 146:12 | 48:6 53:11 62:22 | assignment 46:9 |
| answered 31:11 | approved 107:14 | 78:25 79:2,9 | 58:23 |
| 62:12 184:8 204:4 | 159:2,6 177:25 | 82:10,15,19 87:17 | assist 89:16 92:18 |
|  | 178:2 180:7 | 88:21 95:8 105:4 | 192:20 193:19 |

Veritext Legal Solutions
866 299-5127

PAX-015-058

[assistant - birnbaum]

assistant 88:25
89:10,18 92:23
93:2,9,14,19 95:1
95:10
assisted 15:25
89:24
assisting 192:4
assume 101:12,13
101:14 109:9
188:18 206:5
assumed 46:12
47:19 49:18
169:15
assumes 166:9
attached 146:14
attend 191:7
attention 21:10
84:4 145:19
146:23
attorney 2:12,22
3:5,11 63:25 68:9
134:10 138:25
139:1 140:13
145:19 146:18
147:18,21 148:4
170:15,19,24
171:16 172:3
192:17
attorney's 134:11
170:16 171:18
attorneys 2:6,16
15:15 17:15,22
58:18 139:9,9
141:15 145:7
146:4
audit 102:11
aulet 2:5 8:7,7
authority 165:14
168:20 180:4
authorization
165:24

authorize 104:13
authorized 104:16
164:19 168:14
204:3,6
automobile 110:21
automobiles
111:19
available 91:19
92:2 146:5 206:19
avenue 197:21
198:16,19
avoid 184:22
185:6
avoids 71:22
aware 11:2 108:12
108:14,14 156:10
164:9 166:6 171:1
177:9 178:4

b

b 1:16,25 4:9 5:3
5:13 7:9 9:19 20:5
20:12 26:2,11
27:5 37:6 38:6
44:20 65:19 209:8
212:5 213:4 215:1
back 19:3 23:1,2
23:21 30:5 31:9
32:3,20 36:12
37:23 44:11 46:18
48:7,13 49:10
50:21 51:2 56:8
57:4,25 61:17
62:8,19 63:24
64:2,17 66:25
71:3 73:10 75:12
75:25 78:14,21
79:3,16 80:9,13
86:4 87:10,14,21
88:2 90:1,20 91:4
101:15 107:16
111:16 112:16

123:10 126:7
149:17 170:14
174:6,20 186:23
206:4,6
background 26:7
47:13 155:2
bakersfield 213:2
balance 125:10,22
126:21 127:19,22
127:24 174:23
bank 124:12,18,21
124:25 125:7,8,14
125:22 126:22
127:1,5,21 128:4,6
128:9,10 129:17
129:20 158:22
174:23
banking 175:6
bankruptcy 1:1
7:12 36:4,16 37:6
48:24 94:7,20
130:20 191:21
192:5
barely 37:7
base 24:6
based 148:5
161:24 165:22
basic 26:6,8
basics 99:10
basis 85:20 130:21
151:2,15,16
156:23 192:25
201:8
bear 193:16
bearing 91:1
began 23:19 24:14
69:1
beginning 28:11
28:12 69:7 87:6
117:19 179:24

begins 47:5 74:10
behalf 137:6
166:14
beijing 86:14,16
86:24
believe 13:22
14:14 18:3 21:6
24:1,1,22 31:12
32:12 35:13 42:23
69:20 80:1,25
81:16 90:7 94:20
97:4,8 99:1,23
104:16,20 105:9
113:12 114:2,20
117:21 128:8
141:14 143:14
144:25 156:8,9
157:4 163:5
170:15 172:14,17
177:17 182:25
185:1 194:14
196:19 204:5,7
205:18 207:22
bennett 2:5 8:9
best 9:1,11 12:4
51:6 60:1,1 62:9
64:2 188:20
better 30:2 76:16
76:18 103:19,20
beyond 27:1
bill 100:2,21
101:25 196:11
198:3 199:1,6
200:6,10 201:2,10
202:10 205:1,6
bills 99:16,19,21
100:7 101:22
195:10 196:11
197:7 201:5
birnbaum 2:21
8:2

Page 4

[bit - cbshealaw.com]

bit 30:25 37:8 46:25 162:14 195:4
blamed 86:3
blower 117:18
book 34:2 189:8
books 190:18,22 207:16
borrowed 177:17
borrower 177:19 185:23,24,25 187:6 188:10
boss 30:7 78:17,22 78:24,25 81:2,6 86:16,18,20,21
bottom 47:4 167:19,22
brain 63:7
branded 174:22
bravo 114:20,24 115:4,11
break 66:17 67:4 111:24 112:3,4 126:17,20 167:3 173:21 174:1 205:23
bridgeport 1:3 7:13
brief 138:19 142:18
briefed 138:1,10 138:13,16,21,24 161:18
briefing 149:16
briefly 144:19,23
bring 182:20
broad 165:6
broken 86:3
brothers 84:10
brought 86:10 87:3

brown 2:4 8:7,10 18:6
brownrudnick.c... 2:9,9
bsilverberg 2:9
budget 208:7,9
build 118:21 174:19
building 171:5
business 24:24 48:9 74:24 79:8 79:15 80:5,11,12 80:15,18 81:20 97:15 114:7,9,10 114:11 115:15,19 115:20 116:4 117:11,16,19 118:1 119:9 120:18 121:18 122:5 168:14 175:17,19 183:17
buy 106:3,15,19 107:9,9,15,24 108:5 143:7 183:1 194:14 196:7,15 196:17,17,18,19 197:21 198:1,15 198:18 199:12,19 200:5 202:2,11,15 202:17 203:24 204:11
buying 204:16
buys 196:13 198:11 200:6
bylaws 163:22,25 164:1,5,11,15 165:1,3,7,14,17

**c**

c'mon 153:15
ca 214:9,12,20

calculate 70:4
calculating 193:19
calculation 70:7
california 10:5 211:1,15 212:1,6 213:2
call 16:6,20 28:15 43:3 95:25 102:8
called 8:24 9:9,19 14:18 39:5 86:13 89:17 93:19 112:23 114:20 209:16
calling 76:11 77:9 199:15
calls 52:2 155:18 207:7
candidate 154:13
candidates 152:16
cantonese 54:11
cap 177:21
capability 154:18
capacity 51:23 52:13 54:19 58:7 60:1 90:8,10,17,23 91:15,21,23 92:1,4 92:5,16 95:5 105:7 141:23 178:21 191:24
captioned 167:15
car 108:20 110:3 111:4 195:13,17 206:9,10,11,17,18 206:22
card 99:21 100:5 101:22,25 102:14 102:17,24 103:4,7 103:14 104:6,10 104:15,22,25 105:1 195:10 196:11 198:7,7,20

198:23 202:13,19 202:19,20,22,23 203:3,7,7,8,23,24 204:3,11,11 205:2 205:7,8,9
cards 102:16,22 102:23 103:1 204:18
care 96:1,4 98:16 98:25 99:5,6 100:11,16 138:5 139:2 141:17 143:5 148:4,6,11 148:16 154:11,14 159:11 160:1,5,10 160:13,18 161:2 161:13,19,23,24 162:4,17,22 180:9 181:23,23 195:25 197:11 199:11
career 31:18 164:18
careful 185:8
carried 168:14
carry 208:5
cars 109:22,25 110:4,6 111:17 181:14
case 1:7 7:13 11:8 14:18,20,22 37:6 90:15 101:10 129:16 130:20 142:22 206:4
cash 127:10,12,13 127:14
catch 173:18
category 123:15 176:22
cater 92:10
cbshealaw.com 2:24

Veritext Legal Solutions
866 299-5127

PAX-015-060

**[ccp - completion]**

ccp 214:9,12
certain 201:8
certainly 41:24
  80:17 129:3
  164:25
certificate 5:5,6
  166:14 167:16
  168:4,19 173:8
  212:7
certification 10:6
certified 10:4,5,11
  212:5
certify 211:4
  212:7,20
cetera 68:12
challenged 170:7
change 163:20
  188:17,18 199:19
  199:21 216:4,7,10
  216:13,16,19
changes 211:7,10
changing 127:19
charge 80:12
  101:11,12 102:1,3
  102:9
charter 166:7
  167:17 168:15,16
  169:3,18,24
  171:14 172:22
  173:1,13
charters 170:20
chat 141:8,8,10
  142:19 161:18
chauffeur 34:24
  35:10,19 36:1,23
  37:21 206:14,19
  206:23
check 3:18 9:6,14
  10:7,9,9 34:1
  52:21,21 53:1,6,17
  127:21 131:13,13

155:2,2
checked 127:24
china 18:18,20
  24:25 25:25 30:3
  31:8,20 114:8
chinese 47:11
  49:24 54:4 84:7
  203:20
choice 47:10
city 31:22 71:13
  71:19,20 72:1
  184:25
civil 5:14 214:19
  214:20
claiborn 3:5 8:15
  8:15
claim 77:22
claimed 78:23
clarified 100:17
clarify 90:3,10
  120:4 182:2
  187:24
clarity 151:6
  200:22
cleanup 174:13
  205:24
clear 53:15,16
  62:15 75:7 87:15
  95:11,11 121:22
  151:5 161:1
  183:25
clearly 11:1 34:2
  85:25 97:5 101:16
  186:25 187:1
client 120:2,8,9,11
  120:15,20 121:3,7
  121:8,15 122:22
  122:23 126:1
clients 119:5,9,18
  120:18 121:19

close 173:25
closer 36:8 152:3
clothes 95:25
  99:20 100:18
  101:5,6,9 196:17
  196:18,19 198:12
  198:15,18 199:3
clothing 99:9,18
  100:24 101:4,11
  101:13 107:22
  201:7
code 214:9,12,19
  214:20
coffee 82:6,10,12
  82:15,20 106:19
  107:12 141:18
cohn 2:21 8:2
colleague 18:1
  19:10 47:12 71:10
  210:1
come 25:12,15
  27:20 28:4 44:11
  122:21 129:2
  148:7 159:9
  161:21 162:6
  163:11 167:8
  176:2,3,6,8,9
  195:14,16
comes 27:3 180:10
comfortable 11:4
  153:2
coming 87:21
  152:19 153:10
  159:16 160:2,6,14
  162:11
comley 3:10 8:5
comma 88:24
committee 3:10
  8:5
communicate 17:1
  69:17 70:15,19,21

99:3 150:22,25
  151:11,15,17
  187:10
communicated
  17:3,11,15 151:2
  164:20
communicating
  17:6
communication
  154:17 196:1
communications
  16:8
communist 47:11
  84:7
companies 27:5
company 26:8
  45:9 46:7,10
  47:12 79:21 86:13
  86:13 92:17
  101:16 103:13
  114:4,5,7,19
  117:15 118:19,24
  119:4,12 124:9
  128:14 136:5
  137:7 152:11
  153:9 155:3,8
  160:17 163:22
  164:2,17 165:1,2
  169:16,18 181:19
  195:20
company's 166:6
competency 26:10
  44:24
compiling 193:19
complete 168:18
  172:24 174:24
  175:8
completed 214:7
  214:17 215:6
completion 215:10

[complicated - court]

complicated  17:24

complies  21:1,12
  23:4 28:25 29:4
  32:22 33:2,9 35:3
  35:5 43:15 46:19
  46:22,24 55:12,23
  56:23 57:5,17
  58:1 73:12 74:4
  83:14,20 87:25
  88:4,9 167:13

composed  121:13

computer  19:25
  212:14

con  26:11

concerned  21:4
  76:6 158:17

concerns  71:22
  126:25 128:22
  185:9

concludes  209:7

conclusion  52:3

conditions  146:14

conduct  155:17

conducted  14:10
  80:25 128:24
  155:2

confess  67:7

confirm  92:7
  198:9 203:18
  206:23

confusing  22:25
  121:10

confusion  22:19
  23:8

connecticut  1:2
  2:23 3:12 7:13

connolly  170:16
  170:19 172:2,3,7,9
  172:19

consecutive  24:6
  25:2

console  129:18

constraints  164:10

consult  18:5
  106:16,20,22

consulted  134:25
  135:4,5,7

contact  79:25
  149:20 154:24
  214:9

contained  15:7

contains  189:16

contested  37:4
  130:19

context  26:12

continue  193:1

continued  3:1 5:1

contributed  122:1
  122:7

controls  122:6

conversation
  139:10 162:7,19
  178:14 191:7

conversations
  16:13 77:22
  149:19 171:22
  178:7

convince  181:7,7

convinced  180:1

cooperate  78:20

coordinate  118:12

copy  210:3,7

corner  57:1

corporate  1:16
  9:19 15:3 44:21

corporation  4:21
  23:24 34:1 168:13
  168:21 170:15

corporation's
  168:3

correct  16:1 18:4
  24:19,21 30:11,12

31:21,22 33:17,23
  36:17 39:14 43:1
  43:2 48:8,12
  51:13,15,16,19,20
  52:24 54:1 60:21
  62:2 69:16 77:2,3
  77:5,6 79:16,22
  84:16 85:1,13,14
  90:18,20,24 91:13
  91:16 97:15
  104:19,23 105:21
  106:17 108:21
  111:2,4,5,7 117:2
  121:16,18 129:23
  135:25 136:21
  137:5,11,12,25
  139:12 142:8,10
  142:11,12 145:12
  149:1 155:6,24
  157:13 161:15
  166:15 175:11
  185:13 187:17,19
  189:1,2,5,6,10,12
  189:18 190:4,5,20
  190:25 192:21
  198:7 202:21
  205:7,13 211:9,13
  212:16

corrected  75:22
  75:23,24 76:4

correction  29:18
  46:20 76:6 91:5
  169:17

corrections  214:14
  214:15 215:3,4

correctly  75:1
  107:21 172:5,16
  192:19

costs  177:8,16

counsel  7:21 9:20
  10:15 12:20 16:13

16:14 19:21 20:3
  26:1 41:21 53:7,9
  125:25 140:8
  150:5,9,20 151:6
  151:12,24 152:18
  152:23 153:9
  156:2,19,19
  157:11,14 208:24
  209:21 212:20
  214:18,21 215:7

counsel's  150:10
  153:17,18 154:3
  154:24

counsels  16:5
  144:25

count  80:3

countless  159:14

countries  175:23

country  27:14
  115:23 116:8

county  211:2
  212:2

couple  10:21 19:3
  73:8 97:13 109:22
  110:1 135:15
  138:20 149:7
  208:4

course  14:21 47:7
  48:18,20,23 61:18
  81:24 85:2 121:20
  126:2 130:5 131:7
  135:6 137:15
  142:18 147:3,3
  154:18 170:23
  174:19 181:13

court  1:1 7:12,19
  8:18 10:4,11,11
  11:22 14:23 48:2
  50:11 57:8 85:3
  146:11 194:9

PAX-015-062

[courts - described]

**courts** 37:14 38:8
**cover** 15:7 73:15
  177:15
**covered** 37:9
**covid** 16:5
**craig** 193:11,14
**create** 43:19 44:2
**created** 43:20
  114:13,24 115:8
  115:15,16 116:6,8
  117:6 123:9
**credentials** 9:25
  10:8
**credit** 99:21
  101:21,25 102:14
  102:16,17,22,23
  102:25 129:4
  195:10 196:11
  198:6,20 202:20
  203:7,23 204:11
**creditor** 2:11,21
  7:11 9:20 128:24
**creditors** 3:10 8:6
  194:25
**credits** 127:2
**crystal** 75:7
**csr** 1:25 213:4
**culture** 49:23,24
  49:24
**current** 45:1
  125:10 129:3
  148:17 150:5,19
  151:24 153:3
**currently** 124:14
  150:2 152:18
  156:4,7 157:2,4
  190:3
**cute** 104:2

**d**

**d** 2:21 4:1 148:25
**dad** 199:13
**daily** 128:16
  142:17,19 149:24
  151:2 179:6,8
  208:5,8
**daniel** 148:24
**date** 23:17 29:13
  30:24 31:7 33:17
  36:8 73:17 104:5
  168:3,9 214:16
  215:5 216:24
**dated** 4:16,24 5:7
  5:15 73:16 213:1
**dates** 14:2,2 21:5
**daughter** 84:9
**david** 2:11 7:24
  10:20 65:12 116:2
  153:15 156:9
  157:22 187:23
  209:12
**day** 49:3,6,7 50:15
  69:22 109:2
  127:19,20 139:25
  140:1 145:21
  163:7,10 168:15
  173:15 194:22,22
  195:15,15 196:5,5
  208:15,15 211:14
  213:1
**dc** 2:13 3:7
**deal** 195:21
  206:11
**debate** 125:19
**debit** 102:24 103:4
  103:7,13 104:6,10
  104:15,22,24
  105:1 198:7,23
  202:12,19 203:7
  203:24 204:11

**debtor** 1:9 2:4 8:8
  8:10 40:6 41:24
  53:11,23 85:12
  131:4,10,25 132:7
  132:15,19 134:21
  135:3,10 137:4
  156:19 186:14
**debtor's** 53:24
  131:17,17,18
**debtors** 146:16
**decide** 106:22
  107:11
**decided** 183:1
**decides** 183:6
**decision** 134:20
  135:1,8,12,14,17
  135:19,21,24
  136:3 137:3,5,6,14
  137:17,18,25
  142:19 143:8
  152:8,10 153:19
  154:3,22 164:19
  165:10 179:5,8,20
  180:20 181:11,20
  181:21 183:12
  184:2 201:1
**decisions** 142:14
  142:17 164:2
  178:25
**declare** 211:12
**default** 146:20,25
  147:8
**defendant** 58:9
**definitely** 59:22
**delaware** 4:21 5:4
  167:16 168:4,22
  171:9
**delay** 19:12 44:6
**delivered** 210:7
**dep** 58:4

**department** 3:4
  87:9,12 128:1
  155:1,9,16,23
**depo** 99:4
**deponent's** 209:21
**deposed** 13:22
  14:1,5,12 36:8,16
  90:7 92:20 94:6
**deposition** 1:14
  5:11 7:9,15 11:7
  11:21 13:25 14:4
  14:10 15:8,12,20
  16:10,24 17:2,12
  17:16,20 18:7,19
  19:7 20:1,8 21:7
  28:17 29:17 37:4
  37:18 38:6 43:5
  47:24 48:2,25
  55:10 65:19 73:17
  76:20 80:25 95:8
  95:15 96:17 109:5
  116:12 125:18
  130:15,18 133:17
  133:21 134:5
  145:13 156:21
  162:13 163:1
  166:23 209:15,17
  209:20 211:6,8,11
  212:9,10,12
  214:19,22,24
  215:8,10
**depositions** 11:2
  14:24
**describe** 85:15
  92:23 174:15
  175:16 179:3
**described** 68:22
  69:6 70:17 91:22
  117:12 120:14
  124:22 186:11

Page 8

PAX-015-063

**[description - employee]**

description 4:11 5:2
designed 187:5
designer 118:11
details 36:15 64:23 105:12 113:15 147:2 153:3 181:16
determined 214:18,22 215:7
develop 115:18 117:15 174:21
device 129:18
dharbach 2:14
dictionary 60:9
difference 101:8 176:17
different 116:11 120:14 127:15 136:18,20 166:2 175:23
difficult 195:2
dip 37:5,11 42:3 42:13 66:12 94:21 125:15 130:20 131:22,23 132:1,4 132:9,11,23 134:7 134:8,21 135:2,9 136:18,23 137:4 137:18 138:3,19 139:2,5,14 140:12 140:21 142:21,23 144:5,11,18 145:9 145:17,21 146:8 146:21,25 147:2,8 147:19 158:18 159:2,6,14,16 160:25 162:11,13 162:23 163:11,15 176:17 177:3 180:7

direct 21:10 84:4 91:4 158:5
directed 27:7 192:15,20
direction 82:2 117:17 190:24
directly 99:22 100:8,9 101:1 103:24 110:10 159:4,8,22 177:18
director 4:19 28:9 32:14 38:18,19,22 42:23,25 43:24 45:25 46:13 47:20 49:5 56:9 97:20 98:3 110:19 123:7 134:19 142:6 175:13 181:19
directors 34:16 37:10 148:18 168:20
disagree 129:8 156:22 158:7 183:5,9 184:4 193:1
disagreed 137:13 179:15 180:19 183:1,11
disagreement 179:19 181:22 182:3
disagreements 179:23 181:3
disappeared 48:11
disclose 124:24,24 150:10
disclosing 16:12 42:11
disclosure 130:15 130:23

discuss 126:1 140:21 141:2
discussion 174:21
displaying 132:4
disregard 125:2
district 1:2 7:12
dive 198:8
diversified 45:15 114:11
division 1:3 7:13
document 20:5,7 21:24 28:14 43:16 43:18,22 44:2 56:18 61:13 62:24 63:9 167:1,4 169:8,12,14 170:2 171:8 172:21
documentation 170:21
documented 187:21,25 188:1,8 189:4,12 190:17
documents 15:16 15:18 166:16 169:11 170:7 184:15 185:12,14 186:11 190:3,7 207:13
doing 11:21 45:10 45:11 80:22 93:5 115:21 117:17 128:1 141:6 160:19
dollars 179:1,9,12 179:20,21 180:21 183:13 184:3
drafted 58:18 63:25 68:8
drill 171:5
drive 194:8

driver 35:10
drop 19:10
due 16:5
dug 169:8
duly 9:1,11,21 168:13,20 212:9
duties 26:18,23 44:17 45:7 46:4 69:6 77:23 169:15
duty 27:2 149:9
dwell 196:23
dwelling 72:9,10

| e |
|---|

e 4:1,9 38:14,23 39:9 147:15 148:25 212:18 214:9,12 215:1 216:3,3,3
earlier 47:1 53:11 77:22 87:14 99:9 118:5 158:22 176:15 182:9 188:4 193:15 195:9 207:12 208:16
ease 39:16
east 7:3 184:20 190:3
eastern 14:19,19
efficient 87:15
eight 83:19,22 84:2
eighteenth 72:20
either 16:13 38:7 48:10 59:22 63:19
elected 168:20
employed 36:1
employee 35:14,20 78:15,16,18 79:4 81:9,15 84:13 85:19,23,24 86:4,6

PAX-015-064

[employee - family]

123:7 151:12,17
153:3 154:13
155:7 156:10
**employees** 34:21
37:10 48:10 78:15
151:13 156:6,12
157:1,2 158:3
192:20 206:15
208:12
**employer** 153:5,17
153:19 154:3,7,20
154:25 155:6
**empowered**
142:14
**endured** 208:24
**engage** 129:7
**english** 8:25,25
9:10,10 10:10
11:3,5,6,7,11,25
29:25 38:23 39:22
40:16 50:2 55:16
62:25 63:25 79:19
86:4 98:10 144:4
144:19 201:20
203:4,7,14,15
205:14,17
**ensure** 98:24
**ensured** 98:6
**ensuring** 98:4
**enterprise** 118:15
175:17
**entire** 48:8 84:17
85:7 129:15 155:7
164:18 170:14
174:19
**errata** 214:14,16
215:3,5
**escalate** 107:18
143:8
**established** 66:11

**estate** 47:15 51:9
51:17 114:10
115:20 117:22,24
117:25 118:9,11
181:4 182:6
183:15,19 184:5
**et** 68:12
**events** 146:19,24
147:7
**everybody** 19:11
163:19 173:24
**evidencing** 207:17
**exact** 71:14 184:23
**exactly** 98:17
180:15
**examination** 4:3
10:17
**examined** 14:5
**example** 94:6
95:23 99:3 102:2
102:5,6 105:10
106:19 108:11
143:6 179:5
183:10,23 184:2,2
184:7 198:14,16
200:7 201:18
203:22
**examples** 182:3,5
182:10,16 205:4
**exceeds** 20:11
**excuse** 15:11 56:5
58:5 128:3 163:18
194:4
**executed** 65:10
211:14
**executing** 166:13
**exhibit** 4:11,12,16
4:19,23 5:2,3,3,9
19:6,7 20:15
28:17,20 32:20,21
33:8 35:2 43:5

44:10 46:18,21
47:6 55:9,10,19
56:2,4,9,13 57:1
62:5,16,23 64:9
67:5,19,21 73:11
83:13,15 87:16,23
87:24 88:1,2 91:4
91:5,6 166:20,23
167:9,12 171:17
172:8 209:15,16
209:17,22
**exhibits** 5:1 19:15
20:16 209:15
**existed** 145:18
**expand** 115:18
**expect** 122:15
124:10 158:18,21
**expectation** 50:12
**expected** 184:10
**expecting** 169:6
**expedition** 37:13
**expenses** 100:11
192:15 193:20,23
194:3
**expensive** 108:6,9
194:14
**experience** 45:1
161:24
**explain** 20:4 41:21
64:5 75:3 151:8
177:13 200:14
**explained** 93:7
175:6 176:16
180:25 182:4
183:17
**explanation** 26:3
**explore** 42:1 93:5
116:3
**exploring** 44:23
65:24

**extend** 37:13 38:8
**extended** 176:10
**extra** 185:8
**eye** 2:12

**f**

**f** 116:22 147:15
**facilitate** 118:12
**fact** 50:22 80:16
80:20 89:4 123:2
169:17,22
**factor** 153:19
154:3
**facts** 32:8 166:9
**failure** 168:18
172:24
**fair** 60:18 72:23
74:1 90:6 94:14
162:20 170:5
173:17
**familiar** 144:5,11
146:19 186:20
**families** 86:25
**family** 24:24 29:11
29:23 30:6,9,10,13
30:17,19 31:2,15
31:18,20 48:9
52:1,17,23 54:22
58:12,17 68:2,7
81:11 84:8 85:6,6
85:7,11,25 86:5,6
86:12,17 87:7
91:15,20 95:7
113:6,7 115:16
118:3,4,7,22 119:6
119:7,8,9,19,22
120:12,15,17,23
121:3,8,13,15,17
121:17,23,24
122:22 123:21
124:5 157:17
164:16,17,23

Page 10

PAX-015-065

[family - fourteen]

176:10,10 181:16
182:17 183:20
184:24 205:8,9,12
**famous** 208:1
**far** 37:6,10 95:14
98:19 124:3
158:16 160:4
164:9 165:3 180:6
187:15 198:21
**father** 53:20 68:25
69:12 91:20 92:18
92:19 96:1,4
98:16 99:6 108:24
109:2 113:13
117:18 119:15
122:24 134:9
136:2 143:7
175:25 176:6
177:22 180:11,12
182:19,20,22
191:8 196:1 199:9
199:11,23 201:9
206:22
**father's** 95:24
100:18 134:9
182:18 201:11
**february** 33:11,17
33:23 35:14,17
**federal** 5:13
212:18 215:1,8,9
**fee** 107:2
**feel** 98:13 153:2
200:16
**feeling** 154:15
**fees** 107:5
**fifteen** 17:8,9,9
138:20
**fifth** 197:21
198:16,19
**fifty** 59:7

**figure** 26:9 111:10
128:11 135:14
143:3,11,21 144:3
187:16
**figuring** 102:13
195:2
**file** 20:19 168:18
172:24
**filed** 7:11 57:7
65:25 167:23
168:19 171:8
173:8
**filing** 168:3
**fill** 191:21
**filling** 192:4
**finance** 128:1
160:24 162:10
190:23 196:12,12
197:8 198:8 199:7
199:13
**financial** 46:14,16
47:13,22 49:8,9,13
49:20 50:3,19,22
127:25 189:8,11
189:22 191:22
192:5
**financials** 101:16
**financing** 37:5
131:4,11 132:19
132:24 134:21
135:3,10 136:23
**find** 23:1 110:3,23
151:4 204:18
**fine** 11:11 54:14
61:10 158:13
160:20
**finish** 12:3 63:5
78:5,7
**finished** 84:20,22
116:20 205:24

**finishing** 173:25
**fire** 171:4
**firm** 7:17,19 15:14
15:25 17:21,22
18:6 60:25 124:8
193:5
**firm's** 17:23,25
**firms** 17:21 114:3
**first** 9:21 23:17
25:13 30:4 50:5
52:10 55:1,21
56:16 58:4 62:23
62:25 69:7 75:3,7
86:10 87:6 139:4
139:7 143:15
144:14 145:16,21
153:8,13 162:9,23
163:3,7,10 168:15
174:19 201:5
212:11
**fishing** 37:13
**five** 4:18 5:7 29:7
33:1,7 41:13 59:3
59:5 79:24 80:7
85:21 168:11
**fix** 170:25 173:15
173:19
**fixing** 167:8
**floor** 72:20
**flow** 127:10,12,13
127:14
**focus** 23:17 33:16
136:22 163:9
**focused** 165:10
**focusing** 166:6
193:22
**folder** 19:16 20:16
28:20
**folders** 19:18
**folks** 112:9 163:17

**follow** 32:4 102:15
168:23 197:12,18
**followed** 164:15
**following** 109:2
**follows** 9:2,12,22
58:11 214:8
**food** 95:25 99:9,20
99:20 107:12,22
141:18
**foods** 204:17
205:5
**foregoing** 211:5
211:13 212:8,15
**forgeries** 170:8
**forget** 29:14 30:24
75:23
**forgive** 185:8
**forgot** 31:8
**form** 13:1 121:5
211:7
**formal** 189:17
**formed** 18:10,11
**forsyth** 147:14,21
**forth** 141:24,25
142:3 195:10
212:11
**forty** 4:14 20:20
29:3,5 35:4 46:23
47:1,3,4,8 83:19
83:22 84:2 88:8
88:14
**forward** 53:20
88:7
**four** 21:25 22:13
22:13 30:2 36:6
36:10,14 56:14
61:19 64:22 65:8
91:7,9 116:22
142:7
**fourteen** 157:4

[frame - golden]

**frame**  140:9
**frank**  147:15
**frcp**  215:1
**frequency**  109:1
**frequently**  69:17
  70:25 80:1 83:1
  108:13,23 140:13
**friend**  80:6
**front**  67:20
**fulfill**  70:16
**full**  23:24 174:24
  175:8
**fully**  129:7 130:21
**fund**  2:12 5:10
  9:21 99:4,8
  114:15,15 115:7
  143:6 159:2,6,16
  163:11 176:19
**funded**  114:12,23
  115:12
**funding**  42:13
  136:2,16 180:10
**funds**  99:6 101:15
  127:8 160:24
  162:10,24
**furniture**  194:14
  208:12
**further**  37:2
  212:20

**g**

**g**  17:5,5 30:8,9
  38:22,23,24 39:9,9
  39:12,12 86:14
  112:24
**gasoline**  111:8
**gasolines**  109:14
  109:14
**gather**  171:12
  188:7
**general**  27:4 46:7
  46:8 71:20 107:4

107:7 150:5,9,10
  150:19 151:6,12
  151:24 152:18,23
  153:9,17,18 154:2
  154:24 156:1
  157:11,14 179:12
  183:4 201:25
**generally**  15:12
**gentleman**  35:11
**getting**  107:25
  128:10 204:24
**give**  26:3 44:5
  71:17 82:1 96:2
  96:24 104:4
  105:10 153:3,8,8,8
  163:17 166:18
  182:21 183:25
  186:6 198:14,22
  198:24 205:19
**given**  11:2 29:19
  75:12 96:16,19
  108:2 136:4 200:7
  209:7 212:16
**gives**  26:11,11
**giving**  204:22
**go**  11:7 20:13,16
  23:1,2 31:9 32:20
  32:25 35:4 46:18
  52:8 54:2 55:21
  56:8,21 57:4,14,25
  66:18 74:3 75:6,6
  75:13,24 82:5,20
  83:9,13,18 88:1
  100:4 106:3
  107:15 108:5
  129:3 144:23
  153:25 167:9,11
  183:9 196:20
  197:2,6 202:9,12
**goes**  47:7,16 84:2
  197:14 201:8

**going**  7:6 13:3
  18:20 19:6 26:4
  26:15,21,25 28:13
  29:2 37:1,12 42:9
  43:3 44:10 53:20
  62:13 66:3,7,12,14
  66:21 75:17 84:3
  87:13 90:10 91:4
  96:6 97:9 99:7,7
  112:12 125:2,4,18
  125:24 126:3,23
  129:2 132:17
  135:13 136:6
  146:17 150:7,13
  158:5,20,24
  161:13 163:11,15
  166:19 174:2
  183:5,22 206:1
  207:11,14 208:10
**golden**  2:21 4:20
  5:3,11 7:10 8:3
  15:3,20 16:9,22
  17:2,4,10 18:9,11
  18:15,16,17,18,20
  18:21,24 21:5
  22:8 23:11,20,24
  23:25 24:2,3,12,13
  24:14,18,21,23
  25:6,16,18 27:6,10
  27:15 28:9 30:8
  32:10,13,15 33:12
  33:18 34:1,3,7,9
  34:13,16,22,25
  37:21 38:1,18
  40:9,18,22 41:4,17
  42:2,5,21 43:25
  44:15,17,21,25
  45:7,17,21,25 46:6
  46:13 47:10,21
  49:5,19 50:24

51:24 52:14 54:20
  58:6,21,22,23
  59:21 65:21 67:25
  68:10,11,16,23
  69:2,8,9,14 71:4
  71:12 72:1,8
  73:22 74:21,24
  77:18,21,25 78:12
  78:19 79:7,15,18
  80:5,11,12,13,18
  80:22 81:3,6
  86:22 90:4,9,18
  91:16,17,18,24
  92:9,16 93:6 95:4
  95:24 97:2,20
  98:3,23 99:11
  100:16 102:7,22
  102:23,25 103:4,7
  103:9 104:6,10,13
  104:14,17,22,24
  105:8 107:15,18
  108:3 109:4,11,13
  109:18,21,22,25
  110:7,14,17,20,25
  111:11,17 113:21
  114:12,15,23
  115:8,12,14,16
  116:5,8 117:6,10
  118:7,14 119:4,13
  119:13,18,23
  120:12,20,23,24
  121:1,4,15,19
  122:1,7,13,20,21
  123:8,13 124:11
  124:21 125:7,14
  125:22 126:21,25
  127:7,8,9,17
  128:12,19,20,23
  129:14,17 130:11
  130:15 131:3,9
  132:18,21,22,23

PAX-015-067

[golden - harbach]

133:7,16 134:19
135:2,9 136:1,17
137:7,10 140:25
141:24 148:6,12
148:15,18 150:2,6
150:20 151:11,25
152:19,24 153:1
153:10 156:1,6,18
157:3,22 158:16
158:17,20 159:13
160:21,24 163:21
164:10,14 165:16
165:22 166:4,14
168:9 169:3,15,25
170:14,20 171:14
172:10 173:1,4
174:16 175:3,13
176:23 177:7,14
177:18 178:1,3
180:5 184:10
185:3 186:9,14
187:4 188:25
190:14,18,23
191:10 192:3,11
192:15 193:18
194:2,7,8 195:4,7
195:15,22 198:22
198:24 199:14
201:10,23 202:7
202:10 206:8,13
206:22 207:14
208:5,8 209:9
goldenspringny
214:2
good    7:5,23 8:1
10:3,19 11:19
49:14 53:22 55:18
56:20 88:11
112:20 141:6
197:25

granted    130:21
groceries    201:19
201:20 202:5,11
203:24 204:12,16
grocery    99:20
100:21 201:21,24
202:9,10,12
203:22 205:3
grounds    120:1
guess    97:12
165:11
guo    17:4 24:24
29:10,23 30:6,8,9
30:10,13,17,19
31:2,15,17,19,25
32:5 34:14 38:21
39:8,9,12,21 40:3
40:8,17,24 41:6
45:9 46:2 48:9
53:2,5,12 55:3
68:24 69:10,18
70:10 75:22 76:12
76:25 77:9,13,17
77:22 78:12 79:14
79:17 80:17,21
81:4,7,10,13,19
85:6,7,24 86:5,6
86:12,17,21,24
87:7 90:19 92:3
95:23 96:9 97:14
98:15 99:4 100:15
104:17 106:10,21
107:14,16,19,24
109:23 110:10
113:7,10,23
114:14 115:2,17
115:17,22 116:6
116:18 117:7,7,13
120:15 134:6,22
134:25 135:1,8,18
136:3 137:13

138:21 139:11
143:1,4 144:2
147:18 148:3,5,10
148:19 157:8
159:3,7,10,22
161:2 163:12
164:18 165:21
172:7,12 175:12
175:17 177:18
178:2,6,15,20
179:16 180:7,20
182:19 183:1,5
187:5 189:20
191:3,8 194:16,16
199:4,8,11,12,15
199:17,22 200:8
201:7 206:11,21
guo's    53:20 68:10
76:9 89:14 94:9
106:2 113:12
136:2 137:4
142:15 170:18
178:23 201:12

h

h    4:9 39:13,14
147:15,16 148:25
171:25 216:3
habit    64:24
half    36:10,14 84:5
hand    8:20 9:5,15
57:1 167:22
handed    149:23
handled    134:23
214:8
handling    78:19
handouts    118:10
hang    70:13 151:22
happen    127:20
197:20 198:4,5,10
198:17,17

happened    32:8
47:24 85:18
105:13,17 106:25
122:15 136:14
138:1,19,19
170:13,23 173:3
173:15,19 182:23
183:8 199:9
happens    85:16
195:2 196:2,9
197:22 198:2
199:2
happy    12:12
harass    38:8
harassed    125:14
harassment    42:14
124:22
harbach    2:11 4:5
7:23,24 10:18,20
12:23 13:2,5,10,11
16:17 19:9,20,22
19:24 20:6,14,17
26:5,21 27:8
28:15,19 29:17,21
37:16 38:10 40:15
41:1,23 42:7,15,18
42:19 43:7,9 44:6
44:9,23 45:5 52:7
52:12,20,24 53:3,8
53:15,18 54:7,9,14
54:17 55:4,7,8,13
59:15 60:3 65:2,4
65:14,20 66:16
67:3,7,17,18 71:8
71:9,21,24 73:4,6
76:17,19 83:10,12
87:2,4 90:6,14
93:1 94:22 95:21
104:1,3 111:15,21
111:23 112:1,6,11
112:19 116:3,16

Veritext Legal Solutions
866 299-5127

PAX-015-068

[harbach - hr]

120:5,6 121:9,11
122:12 123:1,6
125:1,6 126:2,10
126:15 127:4
128:7,13 129:6,12
130:1,24 131:2,8
131:19 133:12,14
140:10,11 143:16
143:19 144:1,8,17
145:25 146:3
147:4,6,11 148:9
150:11,17 153:13
153:16,25 154:1
154:23 156:15,24
157:25 158:14,15
159:24 161:6,10
165:9,13 166:1,12
166:21,25 167:5
170:4 171:2
173:22 174:9,12
186:8,18,19 188:2
188:15,16 190:6
190:10 192:1,2,22
193:4 196:22
197:1 200:22
201:16 204:5,8
205:19,21 207:1,5
207:11,21,24
208:3,23 209:2,12
209:12,19,25
**hard** 200:2,3
**hartford** 2:23 3:12
**head** 66:9 176:14
187:22
**hear** 10:23,23 11:1
13:5 92:6
**heard** 10:20 39:5,6
52:22 111:9 134:6
139:4,7,9 162:25
163:13 172:4,16
178:6 193:8

**held** 7:15
**help** 11:15 31:12
36:20 37:18 40:15
51:6 52:5 73:15
81:24,24 82:3
89:13,15,20 90:19
106:2 131:5,14
146:5 147:1
153:22 166:20
169:11,12 188:12
192:15 195:3,8
200:20
**helped** 43:18
120:25
**helpful** 37:24
38:24 92:24 94:1
**helpfully** 90:23
**helping** 191:20
192:12
**helps** 36:22
**hereof** 212:11
**hesitant** 125:13
**hesitate** 150:12
173:24
**hey** 107:8 194:7
195:17
**hi** 141:12
**high** 154:9
**hire** 152:8,14
153:19 154:4,6,9
**hired** 86:8,11,17
87:8,12 91:17
151:25 169:2,23
170:13,22
**hiring** 152:25
154:25
**history** 170:6
**hit** 37:7
**hmmm** 15:1
114:18 115:5

**ho** 1:8 2:5 7:11 8:8
39:18 40:6 41:16
41:24 42:1 45:18
45:22 52:1,16,22
53:5,7,9,13,21
54:22 58:9,16
66:7 68:2,6,11,20
70:16 72:3,9,17
77:1,4 81:4,9,15
81:16,21 82:1,10
82:19,23 83:7
84:15 85:1,13,19
85:23 86:8 87:19
88:18 89:5,13
90:16 91:2,14
92:10 93:14 94:16
95:7 97:22 98:4
98:24 99:13 100:8
100:12,24 101:4
101:12 102:17
103:13 104:5,9,14
104:21 105:5,15
105:24 106:6,15
106:23,24 107:8
108:22 110:25
111:13 115:3,6
118:6 119:10,20
119:22 121:3,23
121:25 122:6,21
136:18 139:13,18
140:14,21 149:21
151:7,14 172:19
176:23 177:6,16
177:19 178:8,15
178:17 186:1
187:7,10 189:1,16
189:20 191:6,9,16
192:13 193:20
195:11 196:2
199:19 200:4,24
201:1,6,24 204:20

204:21 205:11
206:1,14 214:4
216:1
**hold** 119:24 142:7
**holding** 212:6
**holdup** 70:14
**holley** 3:5 8:15
**holley.l.claiborn**
3:8
**home** 72:16 73:2
204:15
**honest** 50:8,12,17
61:22 132:10
**honestly** 26:13
191:15
**hong** 18:16,18,20
18:21,25 21:5
22:6,8 23:11,12,20
23:22 24:3,7,8,12
24:13,21,23 25:1,3
25:3,3,6,7,16,19
27:10,15,16 30:5
31:23 32:1,3,4
44:15,18 45:7,17
45:22
**hope** 55:14 146:1
**hopefully** 44:7
107:6 205:22
**hopelessly** 165:19
**hopes** 118:25
**hoping** 195:3,7
**hotel** 27:12 102:2
102:4,7,8
**house** 3:11 72:12
72:14 201:21
202:2
**housekeeping**
10:21
**hr** 87:9,11 155:1,9
155:16,23

Veritext Legal Solutions
866 299-5127

PAX-015-069

huh 54:2 101:2
137:19 155:16
hull 1:25 7:19
212:5 213:4
humble 48:14
49:24 50:7,21
hundred 4:17
105:22 120:17
hundreds 82:15
hurt 129:19
174:23
hurted 175:7
husband 201:25

i

identification 19:8
28:18 43:6 55:11
128:10 166:24
209:18
identifying 156:13
identity 127:5
128:9 150:10
153:18 154:2
ii 2:11
immediate 85:6
immediately
152:18,25 186:10
impair 13:14
important 11:21
impression 75:12
inauthentic 170:8
include 24:4 85:18
89:15 111:3,6
125:3 157:8,12
164:5
included 119:19
214:14 215:3
includes 119:10
including 48:9
84:8,12 89:14
91:20 92:18,19,21
95:25 99:4 115:19

118:9,10 151:12
153:5 157:5,6
170:14 179:6
income 118:17,18
118:20 119:2
123:14,18,21
124:9
incorporation 5:5
168:4,9
indicated 188:4
indicates 57:21
individually 121:7
inference 94:14
influence 13:13
inform 23:18
information 16:20
36:19 51:4 60:1
61:23 62:4,10
64:2 130:8 156:8
156:14
informed 87:11
informs 26:10
inhouse 16:13
155:25
inoperative 166:7
168:16 169:4,17
169:19,25 171:14
172:23 173:2,13
input 180:8
inquire 116:7
insisting 76:11
instruct 20:11
26:15 37:2,14
38:3 42:9 66:5,6
66:14 67:15
116:14 126:23
instructed 6:1
95:24 141:21
instructing 42:16
67:9 129:9

instruction 45:8
58:21 68:10,24
69:10 89:14,22
91:18 94:9 96:2,9
96:16,19,24 98:16
98:18 106:2 108:2
125:2 130:24
133:6
integrity 127:1
128:22
intend 15:6
intended 146:1
intending 158:23
interact 80:5
interacted 74:23
79:6,14,19 80:10
interacting 80:17
80:21
interaction 80:3
interest 146:11
186:22,24 187:3,7
187:11,13 189:16
interested 47:18
128:10 145:6,8
212:22
interesting 151:4
interests 51:25
52:16 54:21 58:8
58:16 68:2,6,20
87:19 88:18 90:16
91:3,14 95:7
interfere 13:15
internal 102:11
interpret 8:24 9:1
9:9,11 183:22
201:15
interpreted 9:2,12
143:22 144:12
147:9,25 154:5
188:6 201:3

interpreter 3:17
3:18 8:24 9:4,6,9
9:14 10:2,4,5,7,9
10:10,11 11:8
31:12 40:20,21
52:5,21,22 53:1,4
53:6,14,17 54:7,10
54:11,25 55:6
59:18 81:1 131:12
131:13,14,15,16
133:11 143:13,18
143:22,23 144:8
144:12,13 146:5
147:1,9,24,25
153:22 154:5
200:18 201:3,4,14
interpreters 8:19
interprets 40:20
52:20 59:18
131:12
interrupt 30:15
75:19 150:12
interrupting 76:18
interview 152:12
152:15 154:6,15
154:15
interviews 118:10
invade 146:1
invest 120:25
175:25
invested 176:5
investing 118:2
investment 114:11
115:20 117:20,25
118:23 123:16,22
123:23 124:6
174:15,24 175:3,9
175:22 176:3
179:24 181:3,4,21
183:15,19

PAX-015-070

[investments - kong]

| investments | know | |
|---|---|---|

**investments**
118:25
**invests** 118:24
**invoice** 148:7,15
148:16
**involved** 99:12
124:20 133:2,5,10
134:20,24 135:15
135:16 143:24
144:14 152:7,24
164:7 179:20
180:20 183:12
191:4,20 192:4,12
196:4
**involves** 197:3
**involving** 13:24
178:25 179:9
184:3
**issue** 41:20 127:10
127:12,13,14
132:20 142:22
149:8,11 153:12
156:10 164:21
183:12
**issues** 124:20
128:25 157:20
**item** 108:7

**j**

**jail** 84:6,11 86:2,3
**jalbert** 193:11,14
**jam** 1:8 7:14
**jeff** 7:17 112:7
**jeffrey** 3:16
**jerking** 57:13
**jerry** 170:17,18,24
171:18 172:9,9
**jkaplan** 3:13
**job** 34:15 65:21
66:1 93:5 149:9
149:17 151:11,13
151:21 154:12,13

154:14 174:19
196:12 214:5
216:2
**johnston** 3:17 8:23
10:6 11:15 12:15
52:11 54:3 55:5
59:15 98:11 131:8
133:12 143:17
144:10 147:5
153:25 200:23
**jonathan** 3:10 8:4
**judge** 127:13
158:8
**judgment** 23:19
127:11,12,14
**jumping** 154:13
**justice** 3:4

**k**

**k** 38:14,14 39:13
39:13,14,14
148:25
**kaplan** 3:10 8:4,4
19:18
**kaulet** 2:9
**keep** 57:13 130:9
132:17 151:20
**kenneth** 2:5 8:7
**kern** 211:2 212:2
**kidnap** 47:11
**kidnapped** 48:11
84:11 86:2
**kids** 121:20
**kind** 49:9 73:23
96:5 122:23 138:8
146:15 151:15
163:22 195:21
203:11 206:17
**kinds** 141:18
**knew** 53:11 75:11
136:5

**know** 12:12 14:22
21:13,16 22:25
28:1 31:6 32:21
33:3 38:11,15,16
39:11 41:23 48:24
49:14 50:3 54:10
55:1 56:18 59:9
59:10,12,13,17
60:7,9,10,19 61:4
61:7,21 63:7,14,20
64:6 70:2 73:21
74:11,22 75:9
76:13 77:19,25
78:4,11,14,16,17
78:18 80:13 82:14
84:20 86:19 95:10
100:10,12,23
102:1,20 103:12
103:22 105:3
107:9 108:15,15
108:17,18,24,25
109:1 110:6,9,19
110:22 111:11,13
111:14 112:6,23
113:3,25 114:6
115:11,13 116:25
117:1,5,9 120:7
122:15 124:3,3,8
125:17 128:15,19
130:7 131:23
132:1,9,11 133:3,9
133:11,15 134:1,1
134:14 135:5,6
136:12 141:16,17
141:24 142:1
143:2,10,20
144:15 145:18
146:10,13,24
147:7,12,14,17,21
150:19,21 151:20
152:17 153:1,2,14

154:8,12,14
155:11 159:9,15
160:13 161:1,2
162:19 163:1,4,15
163:16,23 165:4
170:12,18,18,21
170:23 172:20,25
173:4,10,10,12,14
175:12 180:15
185:18 187:15
191:3 192:9 193:5
193:11,12 194:6
194:22,23 195:9
197:5,15,17
198:21 199:3,22
199:24 200:1
201:10 203:6
204:1,14,23,25
205:2,7,8 207:6,7
208:23
**knowledge** 46:15
46:17 47:14,15,22
49:8,10,13,20,25
50:19,23 51:10,18
60:2 62:9 64:3
104:21 105:2
121:25 122:4,5,11
133:18,24 143:25
150:1 160:22
172:18 188:21
206:24 207:4,10
**known** 175:18
**knows** 53:10,12
136:6 173:24
**kong** 18:16,18,20
18:21,25 21:5
22:6,8 23:11,12,20
23:22 24:3,7,8,12
24:13,21,23 25:1,3
25:3,3,6,7,16,19
27:10,15,16 30:5

Page 16

PAX-015-071

[kong - line]

| | | | |
|---|---|---|---|
| 31:23 32:1,3,4 44:15,18 45:7,17 45:22 | 189:20 191:6,9,16 191:21 192:4 193:20 194:1 195:1,11 196:2 197:20 198:20 199:19 200:4,24 201:1,24 204:21 205:11 206:1,14 206:19 214:4 216:1 | **lawyer** 126:17 132:5 150:18 172:1 | **likes** 197:6 |
| **korean** 35:10 | | **lawyers** 17:20,20 18:6 62:24 155:25 208:2 | **limit** 138:4,8 |
| **kwok** 1:8 2:5 7:11 8:8 37:25 38:11 38:14 39:6 40:6 41:16,24 42:4 45:18,22 52:1,16 52:16,22,22 53:5,7 53:9,13,21 54:22 58:9,16 66:7 68:2 68:6,11,19 70:16 72:3,9,17 74:11 75:11,13,25 76:25 77:1,4 81:4,9,15 81:16,21 82:1,10 82:19,23 83:7 84:15 85:1,10,10 85:13,19,23 86:8 88:18 89:5,5,13 91:14 92:10 93:14 94:16 95:7,12 98:24 99:13 100:8 101:4,12 102:17 103:3 104:21 105:5,15,24 106:6 106:15,23,24 107:8,25 108:12 108:22 109:7 111:13 115:3,6 118:6 119:10,20 119:22 121:3,23 121:25 122:6,21 136:18 139:13,18 140:14,21,23 149:21 151:7,14 172:19 176:23 177:6,19 178:8,15 178:17 186:1 187:7,10 189:1,16 | | **learn** 48:17 142:24 191:1 | **limited** 2:22 4:21 5:12 17:4 18:9,11 18:17 43:25 46:1 47:21 51:24 52:14 54:20 58:7 59:21 90:18 91:16,24 92:9 93:6 95:4 98:3,23 99:12 103:10 104:13 110:18,20 111:12 113:21 114:23 115:8,12 117:6,10 118:8,14 119:5 120:12 121:4,16 122:2,8,14 124:11 127:7,18 128:12 131:10 133:16 134:20 137:11 148:18 156:7 157:3 158:18 160:22 163:22 165:22 166:15 168:10 169:25 172:10 175:14 177:15 180:6 186:10 192:3 193:19 195:5,7 206:14 |
| | | **learned** 114:2,11 114:25 134:4 140:12 146:15 162:10,23 163:7 163:10 171:13 176:9,12 | |
| | | **lease** 208:11,19 | |
| | | **leased** 111:6,12 | |
| | | **leaving** 25:2 127:5 175:2 193:17 | |
| | | **left** 30:3 31:8 67:8 | |
| | **kwok's** 39:18 42:1 74:15 76:22 87:19 88:17 90:16 91:2 97:3,22,22 98:4 100:12,24 103:13 104:5,9,14 110:25 177:16 192:8,13 201:6 204:20 206:9 | **legal** 7:18,20 52:2 59:22,25 60:12,14 61:13,21 107:2,5 182:18 209:11 214:7 | |
| | | **lender** 42:3 131:25 132:6 146:16 | |
| | **kwong** 75:9 | **lenders** 139:1 | **limited's** 119:18 123:14 126:22 130:12 |
| | | **letter** 153:9,13 | |
| | | **license** 51:21 | |
| | **l** | **licensed** 51:14 | |
| | **l** 3:5,6 38:14,23 170:17 171:25 | **life** 61:5,8 195:25 197:3 | **limo** 108:17 |
| | **l.p.** 2:12 9:21 | **lifestyle** 68:12 96:1 97:3,22 98:5 98:24 99:9 100:12 107:13 192:14 193:20,23 194:3 194:15 196:6 | **limousine** 108:13 108:15 |
| | **l.p.'s** 5:10 | | |
| | **laid** 164:15 | | **line** 6:3,4,5,6,7,8,9 6:10,11 22:4 23:9 29:7 33:8 35:8 74:10 84:2,2 85:9 88:13 214:15 |
| | **language** 30:1 39:23 50:2 62:25 63:25 64:1 68:4,8 79:19 85:2,4 89:21 93:16,17 148:2 | | |
| | **late** 28:11 | **lifetime** 59:1 | |
| | **launched** 175:18 | **light** 127:2 128:23 130:16 185:9 | |
| | **law** 2:6,12,16,22 3:5,11 15:14,24 17:23,25 60:25 84:10 114:3 124:8 | | |
| | **laws** 168:21 | | |
| | **lawsuit** 174:22 | | |

Veritext Legal Solutions
866 299-5127

**[line - marked]**

215:4 216:4,7,10
216:13,16,19
**lines** 37:3
**liquid** 127:6,17
128:6
**list** 37:6
**listen** 65:14
160:20
**litigation** 13:23
14:6 37:13 38:8
130:16 136:1,16
136:23 170:7
176:19,24 177:8
177:16 178:16
180:10 182:20
184:9 186:13,21
187:17 188:25
191:17 206:2
207:18
**little** 19:13 22:13
23:2,6 30:25
32:25 37:8 44:7
44:11 66:17 74:5
112:21 149:3
152:6 162:14
195:4 205:23
**live** 40:17 72:16
115:22 202:1
204:15 206:25
**lived** 42:4 72:4,20
115:25 116:18
**lives** 115:24
199:18 201:20
**living** 37:25 40:8
40:11,14,24 41:16
113:4 202:1
**loan** 37:11 42:3,13
66:13 94:21
125:15 129:1
130:20 131:17,18
131:22,23,25

132:4,6,13,13
133:1,2,4,6,16,19
133:20 134:5,7,8
136:18,23 137:4
137:18 138:3,19
139:2,5,14 140:13
140:21 142:21,23
144:6,11,15,18
145:9,17,22 146:8
146:10,14,21,25
147:2,8,19 158:19
158:20 159:2,6,14
159:16 160:25
162:11,13,24
163:11,15 176:17
177:3 180:7
185:12,14 186:4
186:12 188:5,9
189:4,8,10,12,15
189:22,23 190:17
191:10 206:6
207:13
**loaned** 177:7
**loans** 176:18,22
177:11,12,15,22
177:25 178:4,8,16
184:10,13,16
186:13,21,21,22
187:4,8,11,14,17
187:21,25 188:5,8
188:9,25 189:3,9
189:19 190:12,17
191:2,5,17 206:2,4
207:17
**located** 27:9,11,18
185:12
**location** 26:22
42:12 72:2 124:24
158:4
**locations** 116:11

**locked** 214:12
215:1
**long** 80:24 81:8,14
84:1,13 85:19,22
85:24 86:4,6 87:3
96:3,11,12 97:2,4
97:6 98:18 103:18
115:25 116:7,17
117:5,5 145:1,3
164:11 165:3
207:2
**longer** 96:15
**look** 23:9 33:7
35:2,8 46:25 55:9
88:13 122:22
168:11
**looking** 29:7 49:10
50:4,5 51:5 60:7,8
60:9 62:6 74:5
89:18 136:11
165:8 205:1
**looks** 19:19 31:13
85:4 149:2 197:25
**loose** 112:21
**loss** 130:2,3,12
**lot** 84:7 92:21
116:13 117:14
**lots** 48:17
**loud** 174:10
**loudspeakers**
174:10
**love** 65:15 94:23
**lowey** 193:5,7
**loyalty** 154:11
**luck** 114:20,24
115:4,11
**lump** 208:15
**lunch** 112:3,22
**luncheon** 112:15

|  | **m** |
| --- | --- |

**m** 2:15 38:14,23
171:25
**ma'am** 20:24
21:15 54:4 56:5
57:16 71:5 83:23
88:3 91:8 98:1,9
145:5 146:22
169:7 190:15
**maintained**
170:25
**maintaining**
126:25
**major** 79:17
123:20
**majority** 78:19
**majorly** 78:19
**makenzie** 3:19
8:11
**making** 97:21
135:11 165:10
**man's** 101:5
**manage** 155:7
165:22
**mandarin** 3:17,18
8:25,25 9:10,10
10:4,10 11:13,14
53:4,5 54:13
**manhattan** 194:8
195:12 196:3
199:4,5
**manning's** 127:13
**march** 5:7,15
18:13,14 134:15
166:7 168:8,15
**mark** 19:6
**marked** 19:8,15
20:16 28:18 43:6
55:11 166:24
209:18

PAX-015-073

**[mary - mix]**

mary  171:25
matter  37:4 72:15
  108:6 130:19
  144:14 154:8,10
  154:20
matters  10:21
  150:8 154:19
  178:25
maybach  108:13
  108:18,23 109:7
  109:10,19,21
  110:7,21 111:12
  111:18
mean  14:7 15:22
  15:22,23 17:24
  21:21 23:21 25:11
  27:11,12,12,17,18
  27:23 28:1 30:1
  30:19 31:25 33:21
  34:6 36:4,7,10,14
  39:6 40:11,12,14
  43:20 46:8,9,16
  48:8,16,21 50:3,10
  50:21 53:6 56:4,9
  58:24 59:10 60:8
  60:23 62:18,19
  70:6 71:14 72:10
  72:11 73:1 80:6,8
  81:23 82:8,11
  85:25 86:18 88:22
  89:12,17,23 92:1
  92:22 93:16,16
  96:1,4,5 97:5 98:6
  98:16 100:4,15,17
  101:14 102:4,11
  102:16 103:20,22
  105:12 108:9,14
  109:21 111:25
  114:16 116:13,19
  118:18 119:7
  120:7,13,14,15,16

120:21,22,24
121:20 123:10,17
123:21 124:5,7
125:12 127:8,9
129:16,21 132:5
135:4,11 136:2
137:18 138:17
139:24 141:25
142:5 144:21
146:21 148:11
149:24 151:14,17
152:14 155:7,8
158:1 161:25
164:12,16,16,20
164:22 174:23
177:12,13,19
179:13,23 180:15
180:24 182:12,18
183:17 184:21
188:1,3,9 189:4
190:13 191:12
195:14,17,20
196:10,12,14
199:3,5,21,21,24
200:20 201:20,25
202:24 203:2,6,15
204:15 206:3,5,11
206:21 208:11,11
meaning  70:9 77:9
  82:23 85:18 86:5
  86:20 89:20 93:25
  104:9 105:4
  121:10 125:1
  186:21
means  58:17,20
  59:13 78:15 88:13
  89:25 91:3,21
  93:9,18 120:9
  134:2 135:5 142:3
meant  49:14 55:1
  68:5 71:10 87:19

93:13 94:3 95:9
128:7,8 188:19
201:14
media  7:8 209:10
medication  12:19
  13:13
meet  15:19,21,22
  15:23 16:2,5,21
  18:5 80:8 139:19
  142:18
meeting  141:15
member  84:8
  119:22 120:17
  121:17,23,24
  122:22 205:11
members  120:22
memory  13:14
  36:20,22
men's  101:8,11
mention  198:11
mentioned  34:8
  38:17 99:8 110:1
  117:21 118:5
  134:9 162:16
  171:16 182:6,8
  184:5 190:16
  208:4
mentioning  185:6
mentions  66:6
merge  27:21
message  195:17
met  17:19 35:10
  35:19 40:13 74:17
  77:8,13 113:2,5,17
  140:15 145:8
  146:4
methods  203:11
miles  85:10
mileson  37:25
  38:11,23 39:6,8,18
  74:11 75:9,11,13

75:25 76:25
  108:24 110:9
million  142:23
  143:2,11,21,24
  144:3 146:10
  177:8 179:9,12,20
  179:21 180:21
  181:8 182:11,13
  183:12 184:3,9
  186:4,13 187:17
  187:21 188:24
  206:1 208:19
millions  178:25
miltenberger  18:2
mind  52:9 80:4
  91:1 107:24
  194:23
mine  93:3
miniature  21:17
  21:18,21
minimal  208:20
minor  121:20
minute  168:2
minutes  17:9,9
  62:22 66:20 79:24
  80:8 85:21 97:13
  135:16 172:15
mischaracterize
  161:7
mischaracterizes
  159:19 161:5
missing  164:21
mistaken  128:8
misunderstanding
  200:16
misunderstood
  30:16 39:24
  143:14 200:12
mix  24:22 70:11
  80:2

Veritext Legal Solutions
866 299-5127

PAX-015-074

**[mixed - new]**

**mixed**  99:25
  100:22
**mom**  100:22
**moment**  12:10
  15:24 17:19 19:9
  37:17 44:5 60:17
  69:1,3 87:14 99:8
  104:20 117:18
  119:17 120:11
  121:12 140:12
  151:22 156:25
  171:3,12 179:14
  190:16 193:22
**money**  114:17,22
  115:7,11 118:2,24
  118:25 122:1,7,20
  127:17 128:11,14
  128:16,19,20
  159:9,16 160:2,6
  160:14 161:23
  163:3,7,11 175:24
  176:4 178:11
  180:13 208:5
**moneys**  159:1,5
**month**  96:14,15
  109:6 138:17
**monthly**  192:8,13
**months**  19:4 73:21
  73:25 77:20,21,24
  78:23 148:23
  149:3,7 173:7,17
**morning**  7:5,23
  8:1 10:3,19
  181:11 185:1,1
**mother**  11:6 29:25
  39:22 50:2
**move**  25:9,11
  27:24 28:1,2 29:9
  30:1 31:14 65:12
  65:16 67:13 117:7
  129:10

**moved**  22:6 23:11
  23:22 27:21 28:4
  29:22
**multiple**  20:9
**murray**  2:15
**muted**  167:10
  174:11
**myers**  2:11 7:24
  8:12 209:13
**mystery**  194:24

**n**

**n**  4:1 17:5 30:8
  38:14,22,23 39:9
  39:12,13,14 86:14
  112:24 171:25
**name**  7:17 10:20
  17:5,18,23,25 18:4
  38:12,20,22,23,24
  52:10 53:4,12,13
  53:19,24 54:12,13
  64:3 76:7,9,14
  134:11 147:15
  150:19 170:16
  171:18 175:20
  193:12,17 211:11
**named**  93:17
  148:24 212:8
**native**  58:20 59:21
  64:1 79:19 93:17
  148:2
**natural**  96:5,7
**necessarily**  116:13
**necessary**  211:9
  214:14 215:3
**need**  11:8 32:4
  46:25 52:5 63:22
  66:17 70:2 98:11
  99:17 101:7,15
  106:9,20 107:18
  112:3 126:13
  136:8,10 143:17

151:17 163:1
  173:18 185:6
  194:7,8,9 195:17
  196:4,12 197:11
  199:7 203:6
  204:18 206:3
**needed**  69:21 70:2
  78:21 79:21 80:9
  89:21,25 139:19
  139:21,23,24
  140:7 196:7
  201:21
**needs**  89:16 92:11
  92:18 97:22 98:5
  98:24 99:9 195:12
  195:13 196:6
  202:20 206:20
**neglected**  87:22
**negotiated**  187:3,6
**negotiating**  191:4
**negotiation**  133:2
  133:5
**neither**  54:15
  212:20
**nephew**  84:9
**netherland**  72:21
**never**  29:13 30:24
  31:8,8,9 39:5,6
  74:23 79:6 81:17
  82:16 86:1,8
  104:21,24 173:4
  178:11 180:11
  198:22 204:7
**new**  1:19,19 2:7,7
  2:17,17,22 4:20
  5:4,12 7:1,1,10
  8:3 10:12 14:23
  15:4 17:4 18:9,11
  18:15,17 23:24
  24:2,15,18 27:6
  28:9 29:10,23

30:4,4,11,18 31:2
  31:14,22,23 32:1,2
  32:3,11,13,15
  33:13,19 34:1,4,7
  34:13,17,25 35:21
  36:2,24 37:21
  38:1,2 40:9,10,11
  40:14,17,18,23,24
  41:2,4,7,16,18
  42:2,6,21 43:25
  44:21,25 46:1,6,14
  47:21 49:5,19
  51:24 52:14 54:20
  57:8 58:7 59:21
  65:22 68:1 69:8
  69:10,15 71:13,13
  72:1,1,4,8 73:22
  81:3,6 90:18
  91:16,17,19,24
  92:9,17 93:6 95:4
  97:2 98:3,23
  99:11 103:10
  104:6,10,13,15,22
  104:24 109:11,13
  109:18 110:7,15
  110:17,20,25
  111:11,17 113:2
  113:20,21 114:12
  114:23 115:8,12
  115:15 117:6,10
  118:3,8,14 119:5
  119:18 120:12
  121:4,16 122:2,8
  122:14 123:14
  124:11 125:7
  126:22 127:7,18
  128:12 129:14
  130:12 131:4,10
  132:19,21,22,23
  133:16 134:19
  135:2,9 137:10

Veritext Legal Solutions
866 299-5127

PAX-015-075

**[new - okay]**

140:25 148:12,18
150:3,6,20 156:1,7
156:18 157:3
158:18 160:22
163:22 164:14
165:22 166:4,15
168:10 169:16,25
174:16 175:14
176:23 177:7,14
178:1 180:5 181:5
184:10,25 185:4
186:10,15 187:4
189:1 190:19
192:3,12 193:18
194:2 195:5,7
199:23 201:10
206:8,13 207:15
208:8 209:9
**nice** 110:4
**nichols** 3:16 7:17
**niece** 84:9
**nine** 29:3,5
**nods** 176:14
**noise** 171:6
**nonpayment**
168:17 172:23
**normal** 102:12
**notary** 57:20
**notating** 214:15
215:4
**notations** 207:16
**note** 57:12 116:10
129:8 158:6
192:22,25
**noted** 111:22
**notes** 189:7,22
207:20
**notice** 5:10 15:8
209:19
**noticed** 125:18
160:23

**noting** 156:22
**november** 4:24
**number** 7:13 10:6
19:7 20:7 22:13
28:15,17 43:4,5,10
55:10 56:14 85:10
91:9 100:23 105:1
157:1 166:23
182:3 186:7
187:19 198:5
203:19,21 209:10
209:17 212:7
214:15 215:4
**numbered** 21:19
**numbers** 22:3,20
22:22 32:24,25
**numerous** 121:13
204:2,4
**nw** 2:12 3:6

### o

**o** 17:5 30:9 38:14
38:14,23,23,24
39:9,12,13,13,14
39:14 112:24
116:22 147:16
148:25
**o'clock** 67:2 112:8
174:1
**o'melveny** 2:11
7:24 8:12 209:13
**oath** 50:10 60:15
61:14 64:25
**object** 20:10 26:22
65:3 120:1 122:17
125:24 126:23
128:21 150:7
157:19 192:24
209:21
**objection** 16:11
26:1,20 38:3
41:19 44:19 45:3

52:2,18 54:23
65:11 71:16 90:2
92:13 94:17 95:18
103:23 116:1
121:5 122:9 123:4
124:19 125:4
129:7,24 130:14
140:6 153:11
156:11 159:18
161:4 165:5,17
166:9 170:2
191:23 193:1
203:25
**objections** 12:21
13:1 158:8
**obvious** 101:6
140:3 175:20
193:15
**obviously** 54:15
65:15 86:1 93:20
95:23 100:18
101:11 102:7
106:9,20 107:18
109:2 117:15
127:21 129:16
137:6 140:2
141:14 154:8
170:24 171:19
194:15 198:8
199:7,22
**occasion** 140:20
141:3 179:3
180:18
**occasions** 105:24
131:20 179:15
**occurred** 136:24
**october** 4:14 13:23
14:10,25 36:9
73:16 75:10 77:14
78:11 79:13 96:17
171:9 173:8

**offer** 81:24 92:2
111:16 120:9
154:22
**offered** 36:19
93:18,22 120:24
**office** 115:17
118:3 119:7
123:21 124:6
141:16,16,19,20
141:21,21 157:18
164:16,17,23
181:17 182:17
183:20 184:19,24
185:3,4 190:4
208:12 214:11
**officer** 4:19 28:8
32:14 43:24 56:9
123:8 175:13
**officers** 37:9
148:17
**offices** 140:25
**official** 76:14
**officially** 23:25
24:17 40:22
170:13
**oh** 22:23 25:22
65:20 69:3 71:6,8
86:23 96:3 109:20
115:16 139:19
140:15 144:24
157:4 161:6 163:3
163:5 198:4
**okay** 9:25 10:24
11:6,17,19 12:1,6
12:9,16,19 13:2,3
13:10,21 14:21,24
15:11,16 18:5,22
18:24 19:5,20
20:18,23 22:3,24
23:8,16,18 24:9,20
25:9,21 27:20

**[okay - page]**

28:4,13,23 29:2,3
29:7,17 31:10,24
32:20,24 33:7
34:15 35:8 37:25
38:17 39:3,8,18
40:5 42:18 43:13
43:18 44:12 45:16
47:4 48:4 50:15
51:7,16 52:7
53:17 54:6,14
55:7,14 56:6,7,12
56:15 57:4,12,25
60:4,6,13,17 61:10
61:25 66:16 67:17
67:22 69:22,24
70:3,13,25 71:2,7
73:3,10,15,18 74:3
74:8 76:2,10 77:7
77:16 79:5 82:22
83:6,9,13,18 84:1
84:22 85:15 87:1
87:21 88:6,11
89:23 90:15,21,25
93:24 94:8 95:22
96:16 97:7 98:14
98:21 99:2,24
100:7,23 101:24
102:13,25 103:3
104:20 105:10
106:4,12,22
108:18,20 109:8
110:4,16,24
111:19,21 112:11
112:23 113:1,3,16
113:19 114:12
117:21 118:1,5,24
119:10 120:11,19
120:22 121:2
123:20 124:4
125:1 126:16,19
132:1,9,15,16

133:8 135:7
136:22 137:2,9,16
138:6,9,12,15
139:4,10 140:17
141:2,11,23 142:2
142:9,14 143:2
145:1 146:13
148:1,17,22 149:6
149:16,19 150:11
150:15,16,22
151:4 152:2,7,17
153:4 155:15,17
157:11,14 158:6
158:10,14 160:9
161:11,22 162:7
162:15 163:14,17
163:19 164:1,5,9
166:2,19 167:8,15
168:1 169:1,24
171:3,4,21 172:4
172:11,18,21
173:6,10 175:2,10
175:12,16 176:4,8
176:15,21,25
177:2,6,11,25
178:11,16,24
179:3,14,18
180:23 181:2,6,25
183:4,10 185:5
186:2,4,8,18
187:20 188:15,22
189:9,21,24 190:6
190:11,24 192:11
192:16,19,22
193:2,11,13,24
194:6,18 195:19
196:5,18,20
197:10,23 198:11
198:14 199:17
200:1,14 201:5
202:14,18,22

204:19 205:15,19
206:16,24 207:11
207:21,24 208:21
**omm.com**  2:14,19
  2:19
**once**  13:23 69:22
  69:25 83:3,5
  105:20 109:7
**ones**  190:1,1,2
**online**  196:21
  197:6 202:11,17
  202:19 203:13,16
**ooooo**  210:9
**open**  20:25 28:24
  43:14 55:19 56:16
**opened**  56:6
**operate**  46:6 118:3
**operated**  164:10
**operating**  97:14
  192:8,13 208:7,11
**operation**  127:9
  128:17 142:17,19
  149:24 174:20
  179:6
**operations**  179:8
  195:15 208:6,8,15
**opinion**  179:4
  184:4
**opportunity**  2:12
  5:10 9:21 181:22
**oral**  190:2,12
  191:2,5,17 207:17
**order**  12:14
  111:12 162:12
**organization**
  122:6
**organized**  168:13
**orient**  73:16
**original**  168:3
  214:10,21

**originally**  32:4
  176:5
**outcome**  212:23
**outfit**  179:6
**outside**  16:14
  31:20 114:8
**outweighs**  129:5
**overstepping**
  130:17
**owned**  18:18
  86:24 109:21,23
  115:17 206:8
**owner**  17:3 30:8
  45:8 46:9 58:22
  78:17 86:18 91:18
  92:17 101:16
  119:12 122:24,24
  123:2,5 132:21,22
  133:7 137:7
  160:17 177:18
  181:19
**ownership**  37:8
**owns**  109:22 110:1
  110:7,20 111:10
  111:17 122:6
  206:25

**p**

**p**  86:14 148:25
**p.m.**  174:4 209:6
  210:8
**pacific**  2:11 5:9
  7:11,25 8:12,14
  9:20 174:22 175:7
  209:13
**page**  4:3,11 5:2
  6:3,4,5,6,7,8,9,10
  6:11 21:10,14,16
  21:20,24 22:3,4,12
  22:12,13,17,20,22
  23:2,6,6,9,21 29:3
  29:5 32:24,25,25

**[page - please]**

33:7 35:4 46:23
47:3,4,7 55:22
56:16,21,22 57:1,4
57:12,14,15,25
63:2 73:15 74:3,8
83:18 84:1 88:8
88:13 167:11,22
170:17 212:11
214:15 215:4
216:4,7,10,13,16
216:19
**pages** 4:15,18,22
4:25 5:8,16 20:20
21:17,18,21,25
22:21,22 23:3
74:5 88:8 214:14
214:17,17 215:3,6
215:6
**paid** 97:23 98:5
109:11 120:10
121:1 122:1
123:23 147:22
151:14 186:23
202:5,7
**pair** 196:8
**pangu** 86:14,14,16
86:24
**paperwork** 60:12
60:14 61:22,23
164:21 170:21
**paragraph** 168:2
168:11
**parents** 100:16
**part** 36:19 80:13
93:7 101:22
102:11 119:2
121:3,8 124:22
160:19,19 206:12
**particular** 63:13
111:18 165:7
180:3

**parties** 42:12
**party** 47:11 84:7
212:21
**pass** 36:11
**passed** 49:2
**patience** 166:25
205:22 209:3
**pax** 13:24 14:4,10
125:13 127:3
128:24 129:15,16
129:18,19
**pay** 68:11 81:17
81:17 95:24 111:8
120:23 145:19
146:16,17,23
148:12 177:8
194:2,7,8 206:4,6
206:14,15,22
**paying** 97:3,16
99:12 109:17
208:11,12
**payment** 99:18
**pays** 81:17 109:13
109:13 110:25
195:1,5
**pd** 20:19
**pdf** 20:19 28:23
172:8 214:12
215:1
**pearl** 2:22
**penalty** 211:12
214:16 215:5
**pending** 126:20
130:16
**people** 34:12
85:17 120:18
121:14,18 152:12
152:14 154:7,18
157:15,17 202:24
**percent** 18:18
65:22 146:11,16

146:17 187:1
**perfect** 11:10
**perform** 149:9
**performed** 26:19
26:19,23 95:12
**period** 24:6 25:2
25:25 58:12
134:23 156:3
203:10 214:18
215:7
**perjury** 211:12
214:17 215:6
**permanent** 27:25
**permanently**
27:21,23
**permission** 106:16
107:10,25 142:16
**persecuted** 48:10
**person** 11:22
15:22 16:2 39:1,7
59:22 60:15 61:13
70:10,22,24 74:18
77:10,14 79:17
80:2,14 84:24
86:11 87:8 110:3
113:1 119:12
139:7 147:17
150:23 151:1
152:8,17,23,25
153:20 154:4
155:18,21 157:12
160:21 192:23
206:11
**person's** 38:20
155:6 193:17
**personal** 65:15
90:9 92:11 133:18
133:23 143:25
149:8,11 150:9
156:13 191:24
197:3 206:24

207:3,9
**personally** 41:2,6
90:5 155:5,17,21
191:4,20
**personnel** 15:19
16:22 193:18
**pertains** 20:5
**phone** 70:10 80:2
**physical** 26:22
157:20
**physically** 25:6
27:9,11,18 196:20
**picked** 35:24
**picky** 152:15
**piece** 60:14
**ping** 1:17 4:13,23
9:18 56:17 211:4
212:8 214:1,5
216:2
**place** 161:20
212:11
**places** 27:19
**plainly** 66:4,4
170:9
**plan** 117:16,19
118:22 119:14
124:5 183:18
**planned** 119:3
**planning** 115:18
**plans** 26:14 27:4
**playing** 153:14
**please** 7:21 8:18
8:21 9:6,15 10:1,8
11:14 12:2,11
13:6 20:4,25 26:2
28:23 32:25 38:12
39:17 40:19 41:21
44:5,20 54:5,8
55:19 56:21 57:14
59:15 66:19 67:15
70:13 83:13,18

Page 23

PAX-015-078

**[please - providing]**

87:24 88:7 97:25
98:12 99:15
103:24 119:24
120:4 125:4 140:8
143:18 144:9,10
151:22 152:20
163:17 167:11
187:23 193:16
200:14 205:20
207:15,25
**plus** 154:11
**podhaskie** 148:24
149:2,17,20 150:1
**point** 24:14 26:16
32:6 37:1 44:20
87:22 124:23
129:4 180:19
183:11 189:14
208:24
**pointed** 131:21
**populated** 43:7
**portion** 186:13
**position** 131:18
152:13 156:17
158:2,3
**positions** 46:3
50:24
**possession** 131:4
131:10 132:15,19
**possibility** 102:19
**possible** 36:13
37:24 41:15 96:22
139:16 191:12
194:5 204:13
**potential** 179:24
**power** 165:15
**powers** 165:10
**precise** 14:2 70:6
104:4 158:25
186:7

**prefer** 12:13 39:21
53:19
**preference** 12:22
**prep** 162:12 163:1
**preparation** 16:3
**prepare** 15:11,12
15:20 16:10,23
17:2,11,15,20 18:6
192:12
**prepared** 15:14
44:3 61:5 62:24
**preparing** 15:25
**prepped** 144:24
145:20
**present** 3:19 42:12
158:10 171:17
186:2
**presents** 158:4
**president** 42:22,25
45:24 46:12 47:20
49:4 51:24 52:14
54:19 58:6 65:21
67:25 68:16,18,23
90:17 91:15,23
92:9,16 93:5 95:6
97:19 98:2,22
99:11 104:12
105:7 110:18
134:18 136:4
137:9 141:24
142:5,9 148:24
151:10 152:11
155:8 159:12
164:6 165:11,15
166:3 174:17,18
175:5 178:3,22
180:5 181:16
195:6,20
**pressing** 30:25
**pretend** 101:25
197:22

**pretty** 45:15 66:11
101:6 152:14
203:19
**prevailed** 179:4
183:11 184:4
**previous** 153:5
154:7,12,20,25
156:20
**previously** 156:9
**prior** 20:8 24:20
44:25 153:17,18
155:6
**private** 164:17
**privilege** 146:1
**privileged** 16:20
**probably** 148:7
192:17 195:23
**problem** 12:14
32:2,7 40:1 54:9
62:21 112:5 126:2
153:24 166:15
173:5,6
**procedure** 5:14
214:19,20
**proceed** 10:15
11:11 20:3,13
21:4 174:14
**proceeding** 11:4
14:17 156:20
196:6
**proceedings** 9:1
9:11
**proceeds** 129:2
**process** 99:17
101:22 106:13
154:25
**produce** 186:10
207:15
**professional** 46:14
46:16 47:14,15,22
49:8,9,13,20,25

50:19,22 51:10,18
146:17 154:19
**profile** 201:12
**profit** 118:15,19
118:23 119:14
129:13,21,22
**profits** 14:19,19
**project** 118:9,21
174:25 175:3,9,9
179:25 181:4
182:6,12 183:15
184:5
**projects** 118:4,7
118:23,23 174:21
181:3,8
**promise** 196:22
**promptly** 207:15
**pronounce** 17:23
17:24 39:23 54:12
**proper** 125:20
165:24
**properly** 164:11
164:12
**property** 183:15
**prospective**
122:23 174:25
175:2
**protonmail.com**
214:2
**proud** 50:8
**provide** 13:19
134:21 135:2,9
**provided** 114:17
136:17 156:9
214:19 215:8
**provider** 154:3
**provides** 60:15
61:14
**providing** 99:12
169:11

Veritext Legal Solutions
866 299-5127

PAX-015-079

**[public's - read]**

| | | | |
|---|---|---|---|
| **public's** 57:20 | 70:10 75:22 76:9 | **question** 11:12,12 | 144:12 145:3,25 |
| **pull** 192:14 201:23 | 76:12,25 77:9,13 | 12:3,5,11,13 14:12 | 147:9,25 150:8 |
| **pullcom.com** 3:13 | 77:17,22 78:12 | 16:16,19,21 20:4 | 153:21 154:5,20 |
| **pulled** 32:21 | 79:14,17 80:17,21 | 21:4,9 22:5,6 | 155:11 156:25 |
| **pullman** 3:10 8:5 | 81:4,7,10,13,19 | 23:10,16 26:22 | 158:25 159:20 |
| **purchase** 105:2,6 | 86:21 89:14 90:19 | 27:3 29:7,9 30:16 | 161:12 162:21 |
| 105:11,15,18,25 | 92:3 94:9 95:23 | 30:20 31:1,12,13 | 165:2,18 166:2 |
| 106:6,23 107:15 | 96:9 97:14 98:15 | 31:16 32:9,12 | 169:5,9,13,21 |
| 197:9 198:8,25 | 99:4 100:15 | 33:10,11 34:11 | 170:10,11 173:9 |
| 199:8 200:4,9,25 | 104:17 106:2,10 | 35:12,13,19 36:21 | 174:13 177:9,13 |
| 201:1,7,11,24,25 | 106:21 107:14,16 | 37:20 40:8,16,20 | 179:18 180:18 |
| 202:18 203:11 | 107:19,24 109:23 | 41:22 42:4,10 | 183:14 188:20 |
| 204:17,18 | 110:10 113:10,12 | 43:21 45:4,6,20 | 191:14,25 195:20 |
| **purchased** 100:25 | 113:23 114:14 | 47:6,18,19 48:6 | 199:25 200:1,23 |
| 101:4 110:10 | 115:2,17,17,22 | 49:2,3,7,15,17 | 201:3 202:8 204:4 |
| 181:13 198:9 | 116:6,18 117:7,13 | 50:18,20 51:7,22 | 204:6 206:16 |
| 199:9 201:22 | 134:6,22 135:1,8 | 52:6,9,13,19,20,25 | 207:23 208:1,17 |
| **purchases** 203:8 | 135:18 136:2,3 | 54:4,8,18 56:25 | **questions** 6:1 |
| **purpose** 38:7 | 137:4,13 138:21 | 59:14,18,20 62:12 | 13:15 26:16,18,25 |
| 115:15 116:5 | 139:11 142:15 | 63:6,15,18,22 | 27:7 37:3,7 63:1,8 |
| 118:1 164:25 | 143:1,4 144:2 | 64:16 66:6,15 | 63:16 67:10 87:17 |
| **purposely** 75:23 | 147:18 148:3,5,10 | 67:9,16,24 68:15 | 128:4 129:1 |
| 164:22 | 148:19 157:8 | 71:11,22 74:9,9,11 | 130:17 153:15 |
| **purposes** 18:19 | 159:3,7,10,22 | 74:14,15,17,20,23 | 180:17 205:24 |
| 109:5 117:11 | 161:2 163:12 | 75:8,9 76:20,22,24 | 208:22,25 209:4 |
| 156:21 158:10 | 164:18 165:21 | 77:7,8,16,17 78:5 | **quick** 166:20 |
| **pursuant** 5:12 | 170:18 172:7,12 | 78:9,10,13 79:5,6 | **quite** 31:15 134:23 |
| 212:18 | 175:12,17 177:18 | 79:9,12 80:9,19 | 170:5 199:5 |
| **put** 21:4 29:8 | 178:2,6,15,20,23 | 81:13 82:16 84:24 | **quote** 162:5,5 |
| 44:10 84:6,11 | 179:16 180:7,20 | 85:20 88:14,15,22 | |
| 126:10,13 166:19 | 182:19 183:1,5 | 90:22 96:8,11 | **r** |
| 175:19 209:23,23 | 187:5 189:20 | 97:25 98:7,25 | **r** 116:22 147:15,16 |
| **putative** 42:3 | 191:3,8 194:16,16 | 102:15 103:25 | 216:3,3 |
| | 195:24,25 199:4,8 | 109:10 116:17 | **r&s** 215:1,9 |
| **q** | 199:11,12,15,17 | 119:21 121:2,6 | **raise** 8:20 9:5,15 |
| **qiang** 17:4 24:24 | 199:22 200:8 | 122:10 123:13 | **raised** 90:23 |
| 30:8 31:25 32:5 | 201:7,12 206:11 | 125:3,19,21 | **range** 104:5 108:8 |
| 34:14 38:21 39:12 | 206:21 | 126:20,24 128:5 | **rate** 186:24 187:3 |
| 39:21 40:3,8,17,24 | **quality** 154:9 | 130:4 131:6,12 | 187:7,11,13 |
| 41:6 45:9 46:2 | **quarrel** 96:6 | 132:25 133:8,9 | 189:16 |
| 48:9 53:20 55:3 | | 140:4 143:15,22 | **read** 21:8 23:18 |
| 68:10,24 69:10,18 | | | 47:17 48:1 61:16 |

PAX-015-080

**[read - relitigate]**

64:14 66:1 68:4
75:1 84:3,17,19
93:4 144:18 145:9
146:8 157:23
168:24 170:14
171:17 203:4,7,14
203:15 205:14,17
211:5
**reading** 13:4,9
31:14 36:22 37:18
39:17 85:2,4
146:15 214:23
215:9
**reads** 22:5 33:10
**real** 47:15 51:9,13
51:17 86:5 114:10
115:20 117:21,24
117:24 118:9,11
166:20 180:4
181:4 182:6
183:15,19 184:4
194:24
**really** 26:6 65:12
80:14 97:1 103:12
121:10 142:1
195:1 197:19
200:2,2
**realtor** 51:13,14
**reason** 13:18,20
24:25 39:22 50:17
53:9 75:14 76:11
84:12 87:21 97:15
119:21 125:12
153:7 154:21
172:22 173:12,14
175:20 181:15
195:12 216:6,9,12
216:15,18,21
**reasons** 71:17
125:17 172:25
173:1

**recall** 13:25 14:15
14:16 19:2 25:22
25:23 32:18 33:25
34:23,24 35:1
40:23 41:5,10,12
44:3,4,16 45:12,13
45:16,23 59:2,4,6
59:8 60:22,22
61:2,9 64:19,20,22
65:5,7,8 67:8 68:5
69:20,23,24 70:1
70:18 71:1,6 73:9
80:24 82:7,9,11,12
82:17,18,21 83:2,8
87:10,11,17 90:13
96:3,13,18,21,23
97:1,5,5,9,11,16
97:17 100:9 103:8
104:7,8,11,18
105:12,16,19,23
106:9,25 110:23
115:5,10 117:8
127:25 134:11,12
134:13 139:15,17
140:19,20 141:2
145:23,24 147:10
147:12,13 149:18
149:19,23,24
166:11,13,16
169:10 171:11,21
171:23,24 172:1
178:10 186:3,6
187:9,12 191:11
191:13,19 193:10
194:5,12 206:10
**recap** 188:23
**receipts** 99:22
**receive** 100:1,8
148:6,15,16
**received** 100:5

**recess** 66:24
112:15 126:1,6
174:5
**recited** 95:3 96:10
**recognize** 43:16
**recognized** 43:22
**recollect** 14:2
**recollection** 21:3
35:25 64:17 151:5
151:6 169:2,14
187:18
**reconvening** 112:7
**record** 7:6,22
29:18,19 66:11,22
67:1 112:13,17
116:10 126:4,8,11
126:14 157:23
158:6 165:18
166:10 170:25,25
174:3,7 192:23
200:22 209:5
**recorded** 7:8 86:1
189:8 190:12,13
190:18,21
**recorder** 85:3
**records** 23:25
189:11 207:16
**recruitment**
152:11
**refer** 18:20 22:20
30:7 38:21 39:17
52:10 53:20 84:25
**reference** 44:25
155:2,18
**referenced** 214:6
**referred** 24:25
207:17
**referring** 22:4
38:16 39:1 85:5
90:3,4

**reframe** 80:19
**refresh** 21:3 35:25
36:20,22 169:1
**refreshes** 169:14
**refused** 106:5
178:17,20,22
**regard** 74:24
79:14 80:10
**regarding** 30:6
51:4 180:25
**regards** 79:7
141:4
**regiment** 195:24
**register** 4:19
43:24 56:10
**regular** 151:15,16
201:8
**regularly** 150:25
**reject** 106:10,11
194:17,19
**rejection** 178:23
**related** 39:8,10
80:22 114:10
118:11 130:7
146:18 194:3
212:21
**relates** 26:3
**relationship** 18:16
42:2 45:1 129:20
175:7
**relatively** 36:8
**relatives** 85:16
**released** 214:21
**relevance** 38:5
41:22 42:6,11
116:2
**relevancy** 129:5
**relevant** 65:18
66:4,4
**relitigate** 38:7

Veritext Legal Solutions
866 299-5127

PAX-015-081

**[rely - right]**

| | | | |
|---|---|---|---|
| **rely** 54:15 | **replaced** 148:23 | **requested** 46:5,10 | **revert** 24:4,5 |
| **remain** 165:9 | 149:6 | 90:19 92:3 100:15 | **review** 15:6,10,16 |
| **remained** 174:11 | **replied** 32:12 | 104:17 134:8 | 15:18 99:16 |
| **remember** 14:1 | 33:20 183:14 | 173:21 177:11,12 | 100:11 101:21,24 |
| 18:3 28:12 30:20 | 185:20 188:20 | 177:14,17 178:5 | 195:10 196:10 |
| 35:9 36:7,11,15 | **reply** 123:18 169:6 | 192:14 201:23 | 199:1 200:6,10 |
| 37:19 61:18 63:15 | 195:19 | 212:19 215:1,9,10 | 201:5 212:19 |
| 63:20 79:25 85:25 | **report** 101:15 | **requesting** 92:18 | 214:8,10,13 215:2 |
| 98:17 105:14 | 106:10 107:16 | 119:13 190:7 | **revival** 5:6 166:13 |
| 109:20 138:17,22 | 151:19 168:18 | **requests** 131:3 | 166:14 167:16 |
| 155:1 166:20 | 172:24 194:16 | 194:1,11,12 | 168:19 173:8 |
| 169:9 171:10 | **reported** 1:25 | **require** 107:23 | **rewinding** 87:13 |
| 176:15,19 186:25 | **reporter** 7:19 8:18 | **reserve** 20:10 | **rhythm** 151:20 |
| 187:1,2,15 191:15 | 8:20 9:5,15,25 | 158:7 | **right** 8:20 9:5,15 |
| 192:17,18 196:13 | 10:7,13 11:22 | **reserved** 13:1 | 18:13 20:10 21:14 |
| **remind** 162:3 | 76:18 210:2,5 | **reside** 71:13,15 | 21:15 22:16 23:1 |
| 166:17 | 212:6 | 72:2,5,8 73:1 | 23:6 24:16 30:3 |
| **reminded** 36:13 | **reports** 192:9,13 | **resided** 72:24 | 31:13 33:24 36:13 |
| 159:14 | **represent** 7:25 | **residence** 71:18 | 36:15,18 39:15 |
| **reminding** 67:22 | 14:9 172:11,19 | 206:9,25 | 40:6,7 42:24 |
| **reminds** 71:10 | **representation** | **resolved** 149:11 | 48:15,17 51:4,14 |
| **remote** 1:14 | 25:4 | **respect** 129:3 | 53:2,23,25 54:1 |
| **remotely** 11:21 | **representative** | 156:14,20 182:24 | 56:1,4,18 57:1,15 |
| 146:1 | 1:16 9:19 15:3 | 182:24 190:11 | 59:23 60:25 61:7 |
| **render** 211:9 | 44:24 90:9 | 201:6 | 61:15,24 62:20 |
| **rent** 161:20 | **represented** | **respected** 165:16 | 64:5 65:18 66:7 |
| 206:21 | 156:18 172:7 | **response** 47:5 | 69:4,15 73:20 |
| **rented** 111:12 | **representing** 8:3,5 | **rest** 151:13 | 75:20 76:3,7,12 |
| **reopen** 158:24 | 8:8,10,12 | **restroom** 66:18 | 79:12,23 82:13 |
| **repaid** 158:18,21 | **represents** 26:8 | **result** 181:23 | 88:2 89:5,16 91:6 |
| 163:15 184:11 | 172:9 | 212:22 | 91:25 92:11,20 |
| **repay** 206:1 | **request** 45:11 | **retained** 138:25 | 94:4,6,10,21 98:8 |
| **repeat** 16:16 49:23 | 58:23 99:5 106:5 | 147:18 209:11 | 98:19 101:6,15 |
| 52:18 54:3,8 | 111:22 131:9 | **return** 25:25 | 102:4,17 103:10 |
| 92:15 97:25 131:8 | 132:18,23 133:3 | 214:17 215:6 | 106:19 108:1,20 |
| 143:17 147:4 | 133:15,20 134:4 | **returned** 149:12 | 110:8 111:1,23 |
| 152:20 | 134:14 156:21 | **returning** 123:13 | 116:24 117:9 |
| **repeated** 156:19 | 186:9,9,16 192:16 | **returns** 123:15 | 119:16 121:21 |
| **rephrase** 12:12 | 195:22 207:12,12 | **revenue** 118:20 | 124:6 125:15 |
| 191:25 | 207:14 | 123:23 124:7,7 | 127:11,22 128:2 |
| | | | 129:16 130:13 |

Veritext Legal Solutions
866 299-5127

PAX-015-082

**[right - see]**

| | | s | |
|---|---|---|---|
| 131:17 132:5 | 52:2,18 54:23 | | 170:4 186:9 190:6 |
| 135:24 136:20 | 65:11,18 66:10 | **s** 2:5 4:9 5:4 18:15 | 192:23 196:22 |
| 137:2 141:6,25 | 67:14 71:16,23 | 34:1 38:14,23 | 207:1,12 |
| 142:7 145:11 | 90:2,12,22 92:13 | 81:6 115:15 125:7 | **screen** 172:22 |
| 148:13,22,25 | 94:17 95:18 | 147:15,16 148:25 | 209:24 |
| 149:4,13,14,15 | 103:23 111:15,20 | 171:25 185:4 | **scroll** 88:7 |
| 151:18 154:9,16 | 111:22 112:10 | 216:3 | **seat** 116:13 |
| 155:10 158:7 | 116:1,10 119:24 | **safe** 108:25 141:8 | **second** 19:11,19 |
| 159:17 160:19 | 121:5 122:9,17 | **safety** 125:12 | 19:25 20:1 50:7 |
| 162:2,18 163:3 | 123:4 124:19 | 153:7 196:1 | 55:3 70:13 84:5 |
| 167:10,22 171:16 | 125:24 126:12,18 | **saks** 197:21 | 119:25 151:23 |
| 172:2 173:16 | 126:23 128:3,21 | 198:16,19 | 166:18 176:22 |
| 177:2,20 179:16 | 129:11,24 130:14 | **sarnoff** 2:15 8:13 | 188:21 207:25 |
| 179:17 181:9,17 | 131:1 140:6,8 | 8:13 | **seconds** 132:8 |
| 181:19,25 183:2,3 | 143:12 150:7,16 | **saved** 44:7 205:23 | 138:20 163:17 |
| 183:18,21 189:17 | 153:11,14 156:8 | **saw** 23:15 50:18 | 205:20 |
| 190:19 194:20 | 157:19 158:12 | 140:23 145:16,21 | **secret** 132:17 |
| 197:13,14 198:12 | 159:18 161:4,8 | 199:6 | **secretary** 42:23,25 |
| 200:10 202:20 | 165:5,17 166:9 | **saying** 54:13 65:25 | 45:25 46:13 47:20 |
| 203:16 204:15 | 170:2,11 186:16 | 92:12 94:13 95:1 | 49:4 97:20 98:2 |
| 207:20 208:21 | 187:23 188:13 | **says** 20:1,19 51:8 | 110:19 134:18 |
| 209:2 210:1 | 190:8 191:23 | 56:13,17 58:5 | 142:6 166:4 |
| **rights** 127:2 | 193:3 203:25 | 84:5 89:9 107:8 | **secured** 3:10 |
| **risk** 158:4 175:20 | 204:2 207:7,20,22 | 167:23,23,24 | 108:25 |
| **role** 46:12 68:14 | 209:21,23 210:2,4 | 168:2,12 172:22 | **securities** 198:6 |
| 68:16,22 70:17 | 210:6 | 197:24 | **security** 71:16 |
| 74:20 77:18,23 | **rosen's** 17:22 | **schedule** 214:10 | 124:19 150:9 |
| 78:1,12,15 79:2,3 | **rough** 210:5 | **schedules** 191:21 | 157:20,23 158:4 |
| 90:15 97:19,21 | **rudnick** 2:4 8:7,10 | 192:5 | 185:9 195:23 |
| 98:4,6,21 180:15 | 18:6 | **scheme** 124:23 | 196:2 |
| 180:17 | **rule** 5:13 212:18 | **scope** 20:12 41:25 | **see** 19:15 20:15,18 |
| **roles** 47:19 142:15 | **rules** 5:14 164:5 | 65:22 130:18 | 20:19 21:18 22:1 |
| 149:3 | 164:14 215:8 | **scott** 2:21 8:2 | 22:11 23:10,13 |
| **room** 3:6 | **run** 46:6 195:15 | 12:24 13:5 17:22 | 26:13 28:20 29:15 |
| **rosen** 2:21 8:1,2 | **running** 79:17,20 | 17:25 42:16 65:2 | 32:1 36:20 41:2 |
| 12:20,25 13:3,7 | 80:14 97:14 | 65:14 67:7 71:22 | 42:11 57:6,10,20 |
| 16:11 17:25 19:21 | **russo** 3:19 8:11,11 | 73:4 87:2 90:6 | 57:23 58:13 71:7 |
| 19:23 20:3,10 | 19:14 | 125:1 126:10,18 | 76:5 83:10 88:14 |
| 26:1,13,25 37:1 | | 130:25 145:25 | 89:1 114:21 |
| 38:3 41:19 42:9 | | 150:12 156:16 | 122:20 136:7 |
| 42:17 44:19 45:3 | | 157:25 161:6 | 148:7 149:10 |

PAX-015-083

**[see - sort]**

167:15 168:6
196:13 197:7
198:3,6,7 204:16
205:6
**seeing** 169:13
**seen** 41:6 145:23
184:15
**sees** 197:21 201:2
**send** 141:4 154:22
195:16 201:10
**sends** 202:10
**sense** 32:5 70:7
120:13 202:2
**sensitive** 128:25
130:8
**sensitivity** 156:10
**sent** 21:24
**sentence** 51:7 58:4
58:13 61:16 62:23
84:17
**sentences** 47:17
**separate** 202:3
**september** 22:7
**seriously** 174:23
**serve** 51:25 52:15
54:21 58:8 69:11
88:16 119:8
**served** 68:1,19,24
95:6
**service** 93:18
95:12 120:24
124:8
**services** 120:9
148:12
**serving** 91:13 95:9
**set** 113:21,22
114:4,5,7 117:15
170:15 195:17
212:11
**setting** 128:4,6

**seven** 5:15 35:8
46:23 47:8
**seventh** 85:11
**shea** 2:21 8:2
**sherry** 72:21
**shoes** 196:8,14
198:19 201:7
**shop** 196:21 197:6
199:7 201:9,9
**shopping** 199:6,24
203:16
**shops** 196:19,20
197:6,7 199:4,22
201:8
**short** 66:24 125:25
126:6 134:23
136:4 138:4,8
173:21 174:5
**shorthand** 212:5
**show** 19:5 21:7
26:2 28:13 43:3
**shown** 47:6
**shulman** 170:17
170:24 171:18,22
171:24 172:9,11
172:18
**shut** 124:21
**sic** 61:18 103:6
**side** 183:8
**sign** 92:21 185:21
214:16 215:5
**signature** 56:1,25
57:21 167:19
213:3 214:21,23
214:23 215:9
**signed** 57:7 59:1
61:17,25 62:1,3,6
62:8,17,18,19 63:9
63:13,24 64:1,3,9
64:20 66:9 67:6
67:23 91:12 171:8

185:23,24 186:2
188:10,11 189:15
189:16
**signing** 12:21 13:4
13:8 64:12,24
171:10
**silverberg** 2:5 8:9
8:9
**similarly** 50:10
**simple** 49:16
155:11
**simply** 26:16
**single** 63:18
105:14
**sir** 12:7,17 13:20
14:7 16:15 20:19
21:14 22:12 25:11
27:13,23 32:5,12
33:20 36:3 37:24
38:12,16,24 39:15
39:20 40:7,11
43:11,20 45:20
46:17 47:25 49:11
50:4 51:4 52:6
56:3,5 61:8 62:12
63:16 64:8,22
67:21 69:3,16
71:3 72:10,22
76:4 78:5,6 80:19
82:11 83:22 84:22
88:2 91:6 92:1,24
93:12 97:24 100:2
102:15 103:21
104:7 108:8,24,24
111:24 123:10
124:13 138:19
151:9 153:21
156:3 164:12
166:17 167:3
169:5,21 170:12
179:13 183:14

185:3,7 195:23
199:25 200:13
208:17
**sister** 84:10
**sit** 19:10
**six** 47:1,3,4 73:21
73:25 77:20,24
78:22 88:8,14
173:7,17
**sixty** 74:3,8
**size** 130:11
**skill** 154:18
**slow** 19:13
**small** 22:22 88:8
195:21 196:4
**social** 141:5
**solicit** 137:16
**solutions** 7:18,20
209:11 214:7
**somebody** 113:25
155:22
**son** 39:13,18 40:6
74:15 76:22 77:1
77:5 84:8 85:11
96:4 106:16,23
177:22 180:11
199:20
**son's** 89:21 107:10
**sorry** 15:21 16:15
19:12 22:25 23:8
44:6 45:19 46:20
52:10,11 56:3
57:13 70:13 91:5
97:24 98:6 104:2
121:9 144:22
145:2 147:23
152:22 153:23
167:2,10 171:5
184:22 200:17
**sort** 114:9 141:12
202:19

Page 29

PAX-015-084

**[sorts - started]**

sorts  89:25
sound  18:13 33:24
  149:4 209:1
sounds  11:10 18:4
  33:17 204:19
source  115:7
  118:17,18,20
  119:2 123:14,17
  123:20 124:9
  159:1,5 160:24
  162:10,23
speak  13:6 54:11
  54:15 70:10
  126:16 139:18
  140:5 151:5,7
  155:5
speaker  58:20
  59:22
speaking  11:23
  12:4 15:13 158:22
speaks  170:3
specific  26:18 27:1
  107:23 126:24
  175:20 195:19
specifically  113:9
  129:19 188:1
specify  140:8
speculate  97:11
  127:21
spell  17:5 38:12
spelled  39:9
spend  17:6 173:18
spoke  135:18,21
spoken  115:3,6
  139:13 140:14
  180:12 191:16
  209:20
spring  2:21 4:20
  5:3,11 7:10 8:3
  15:3,20 16:9,22
  17:2,4,10 18:9,11

18:15,16,17,18,20
18:21,24 21:5
22:8 23:11,20,24
23:25 24:2,3,12,13
24:14,18,21,23
25:6,16,18 27:6,10
27:15 28:9 30:8
32:10,13,15,19
33:12,18,20,25
34:1,3,4,7,9,9,13
34:16,22,25 35:14
35:20 36:2,24
37:21 38:1,18
40:9,18,22 41:4,17
42:2,5,21 43:25
44:15,17,21,25
45:7,17,21,25 46:6
46:13 47:10,21
49:5,19 50:24
51:24 52:14 54:20
58:6,21,22,23
59:21 65:21 67:25
68:10,11,16,23
69:2,8,9,13,14,18
70:16 71:4,12
72:1,8 73:22,24
74:21,24 77:18,21
77:25 78:12,19
79:7,15,18 80:5,11
80:12,13,18,22
81:3,6 86:22 90:4
90:9,18 91:16,17
91:18,24 92:9,16
93:6 95:4,24 97:2
97:20 98:3,23
99:11 100:16
102:7,23,25 103:4
103:7,9 104:6,10
104:13,14,17,22
104:24 105:8
107:15,18 108:3

109:4,11,13,18,21
109:22,25 110:7
110:14,17,20,25
111:11,17 113:21
114:12,15,23
115:8,12,14,16
116:5,8 117:6,10
118:7,14 119:4,13
119:13,18,23
120:12,20,23,24
121:1,4,15 122:1,7
122:13,20,21
123:8,13 124:11
125:7 126:21
127:7,8,9,17
128:12,19,20
129:14 130:11,15
131:3,9 132:18,21
132:22,23 133:7
133:16 134:19
135:2,9 136:1,17
137:7,10 140:25
141:24 148:6,12
148:15,18 150:2,6
150:20 151:11,25
152:19,24 153:1
153:10 156:1,6,18
157:3,22 158:16
158:17,20 159:13
160:21,24 163:21
164:10,14 165:16
165:22 166:4,5,14
168:9 169:3,3,15
169:16,23,25
170:14,20 171:14
172:10 173:1,4
174:16 175:3,13
176:23 177:7,14
177:18 178:1,3
180:5 184:10
185:3 186:9,14

187:4 188:25
190:14,18 191:10
192:3,11,15
193:18 194:2,7,8
195:4,7,15,22
198:22,24 199:14
201:10,23 202:7
202:10 206:8,13
206:22 207:14
208:5,8 209:9
spring's  102:22
  121:19 124:21
  125:14,22 126:25
  128:23 129:17
  190:23
square  2:6,7,16,17
  3:11
squarely  65:20
srosen  2:24
ss  211:1 212:1
ssarnoff  2:19
stamp  167:23
stand  11:8 45:3
  132:3
stands  132:1,9,11
  132:15
start  12:3,20 23:25
  29:10,23 30:10,17
  30:19 31:1,14,17
  32:10 71:4 78:6
  118:22 173:18
  174:20
started  10:22
  24:11,17 28:8
  30:13 31:18,19,19
  31:20 32:13 33:18
  34:4 36:2,24
  37:22 38:1 40:9
  40:18,22 41:3,17
  42:5,20 69:8,9,14
  71:12,25 72:7

Page 30

[started - talking]

| | | | t |
|---|---|---|---|
| 73:21,24 77:21,24 78:23 81:3 87:6 117:18,24 | stuart 2:15 8:13 | supplement 207:12 209:14 | t 4:9 147:15,16 216:3,3 |
| starting 31:23 32:3 42:3 85:5 | stuff 141:10,18 194:23 195:5 202:3 | supplies 208:12 | tail 74:9 |
| state 3:11 7:21 9:25 10:5,12 57:8 167:16 168:22 211:1 212:1,6 214:9,12 | subject 88:12 113:20 133:17,20 134:5 146:11 163:20 176:15 | support 82:3 89:16,21,25 91:19 92:2 93:18,23 94:4,15 118:4,6 119:8,13 127:9 128:16 147:24 182:22 | take 23:9 33:7 35:2,8 55:9 58:21 66:16,19 69:10 84:19 91:18 96:1 96:4 98:16 99:5,6 100:11,16 102:2 108:10,10 109:6 111:15,20 112:4 125:25 139:2 141:17 143:5 148:6,11,16 158:7 159:11 160:1,4,10 160:13,18 161:2 161:13,19,22,23 162:4,17,22 173:22,25 180:9 181:23,23 186:17 195:12 197:11 207:23 |
| stated 68:18 98:15 | submitted 43:19 | supported 118:8 | |
| statement 157:22 191:22 192:5 | subordinated 130:21 | supporting 114:3 | |
| states 1:1 3:4,4 7:12 25:10,12,15 25:19,24 27:21 28:5 91:13 115:19 117:13 125:23 | subpoenaed 129:16 | suppose 50:20 | |
| | subscribe 211:11 | supposed 92:8 118:21 124:6 130:18 | |
| | substance 211:8 | | |
| | substantiating 186:12 | supreme 57:8 | |
| stay 27:12 39:21 51:3 66:7 87:3 102:1 207:2 | succeeded 175:4 | sure 12:23 21:23 22:15 24:10 26:5 42:24 54:9 62:15 63:18 90:21,23 97:21 99:5 102:18 103:15 104:1,1 106:12 112:2 120:2,5 131:15 140:10 142:4 143:16 167:6 172:4,15 182:2 188:2,23 192:1 203:19 205:10,10 | taken 4:13 7:10 66:24 98:25 112:15 126:6 127:2 174:5 186:14 212:10 |
| stayed 73:3,7 | success 206:5 | | |
| staying 27:12 | successful 174:15 175:8,17,22 176:3 176:5 | | |
| stays 206:9 | | | |
| stenotypy 212:14 | | | takes 112:7 |
| stick 40:3 203:21 | successfully 120:25 | | talent 154:9 |
| stipulation 214:20 | sued 58:9 | | talk 69:21 70:1,2,2 80:8 99:7 131:22 140:1 151:20 176:21 |
| stipulations 12:21 12:25 | sufficient 158:10 | | |
| stop 12:4 66:3 | suggest 31:3 112:7 163:6 | | |
| store 202:9,10 | suggesting 32:7 33:22 60:24 61:3 155:12 164:24 197:17 | survivor 48:12 | talked 69:24 70:8 70:9 126:18 176:18 195:9 |
| stores 197:6 | | suzanne 1:25 7:19 112:6 212:5 213:4 | |
| strategic 14:18,19 | suit 194:9 197:21 197:25 | swear 8:18 | talking 22:18,21 32:24 65:23 71:19 71:20 72:5,7 77:1 84:15,25 85:12 |
| street 2:12,22 3:6 7:3 184:20 185:3 190:3 | sunny 3:17 8:23 10:6 40:15 52:8 | swore 62:7 65:17 91:12 | |
| strictly 38:7 | super 12:1,9 13:21 43:13 | sworn 9:1,11,21 57:21 60:15 61:14 212:9 | |
| strongly 129:8 156:22 | supervision 212:15 | system 10:12 | |
| structure 37:9 117:16 | | | |

**[talking - time]**

91:1,3,7 92:5
100:2 125:15
136:19 177:3
180:1,2 181:4
182:9 205:3,4
207:19
**task** 36:5 45:11
46:9 58:23
**tasks** 45:14
**taxes** 168:17
172:23
**team** 157:23
174:19
**technically** 24:2
170:20
**telephone** 16:9,22
**tell** 29:5 31:18
35:6 43:16 46:4,8
47:2 58:2,15
59:25 73:13 74:6
81:18,21,23 83:21
86:22 93:10 94:3
97:10 99:15 109:3
109:25 110:5
113:25 117:9
125:13 128:18
134:12 138:2
144:2 159:25
160:2 175:21
184:1,1,2 198:17
199:1
**telling** 19:14
194:24
**ten** 17:8,9 22:4
23:9 33:8 66:19
117:3 163:17
167:24 185:16,18
**tendered** 160:21
**tendering** 191:5
**term** 81:8,14
84:13 85:19,22,24

86:4,6 131:14
146:19
**terms** 144:5,11,16
186:20 189:17
191:1
**terrible** 85:16
**test** 48:15 171:5
**testified** 9:22
30:23 40:5 48:13
50:11 89:12 97:13
104:20 120:16
161:8 181:10
183:20 185:2
204:2
**testify** 44:24 48:24
80:11 94:19 95:15
191:24
**testifying** 48:7
61:23 64:5 75:18
90:8 159:13
**testimony** 4:12
13:19 15:8 26:12
29:19 36:5,12
37:23 48:2,8,15,16
51:2,2 60:15
61:14 63:3 64:7
75:25 76:3 94:12
94:15,19 96:20
106:14 132:24
159:15,19 161:5,7
188:4 209:7
212:16
**thank** 8:17 10:13
10:14 11:18 12:8
12:18 16:7 40:2,4
55:7 67:17 71:8
71:23 78:8 84:21
84:23 88:6 111:23
113:19 126:19
129:11 156:15
167:7 173:20

185:10 188:14
190:9 201:17
205:22 209:3
**thanks** 163:19
166:25
**thereof** 212:23
**thereon** 211:10
**thing** 55:21 84:4
95:14 105:14
108:25 141:12
182:18
**things** 11:20 47:8
66:17 85:16 89:25
92:22 97:7 99:9
99:13 107:22,23
127:15,20 136:20
182:1 194:9 195:1
198:25 199:19,21
200:4
**think** 13:18,20
24:9 34:8 41:21
50:11 58:25 62:14
66:10,16 86:3
93:8 94:12 100:21
117:4 119:15
129:6 140:15,18
150:11 156:11
157:24 160:14
166:19 167:1,24
181:25 182:10
183:10,23 190:16
194:25 200:1
201:13 203:4
205:24
**thinking** 75:13
**thirty** 21:11,14,16
21:20 22:4,12
23:2,6,9 33:1,7
132:8 205:19
**thought** 128:3
171:4

**thoughts** 107:1
**threatened** 84:11
86:2
**three** 4:22,24
21:14 29:20 30:2
30:2 36:6,9,14
43:4,10 48:17
49:1,10 51:5
56:22 57:1,13,14
65:7,17 84:3,18
127:15 168:2
170:17 184:5
**tight** 19:11
**tim** 18:1,2
**time** 11:23 17:6,8
24:4,6,23 25:2,5
25:13,16,18,25
27:20 28:4 34:11
34:22,25 35:4
37:22 38:18 40:17
40:24 41:3,9,17
42:5 44:8 49:18
54:8 62:13,15,17
62:18 63:23 64:9
66:23 67:2,15
69:4,18 80:24
83:6 84:19 94:24
96:4,12,17,20 97:6
98:10,14,18
103:18 104:8
106:14,18 112:14
112:18 123:8
124:13 126:5,9
127:24 134:23
136:4 138:4,4,8,12
139:4 140:8,17
143:15 144:14
145:16 148:22
156:3 162:9,23,25
163:3,13 166:5
167:24 168:16

Page 32

PAX-015-087

**[time - turn]**

169:15,23,24
173:17,18 174:4,8
176:16,18 195:2
203:10 205:23
209:3 212:11
214:10,18,24
215:7
**times** 2:6,7,16,17
26:17 66:1 82:15
95:3 105:17,22
138:21 139:20,22
139:24 140:1,18
151:3 159:14
184:6 200:8 204:2
204:4 208:4
**timing** 182:4
**timothy** 18:1
**title** 42:21 89:17
93:19 95:1,2
**titles** 44:15 45:2
49:19 65:24 95:3
98:22 137:10
142:5,7 180:16
**today** 11:5 13:19
15:2,7,8,12,20,25
16:24 17:2 36:3
49:2 65:19 92:20
94:15,20 109:5
115:22 130:22
131:21 136:19
140:13 150:2
158:9 159:13
162:13 163:1
176:16 182:9
209:4
**today's** 16:10
17:11,16,20 18:7
18:19 116:12
133:17,21 134:5
209:7,20

**told** 35:18,19 43:8
60:17 61:12 63:8
63:9,10 65:23
79:24 87:5,7 89:3
91:12 110:24
133:19,22 135:15
137:22,24,24
138:20 139:2
145:7 148:10
162:21 176:11,13
179:14 180:6,9,11
199:18
**tongue** 11:6
**tonight** 210:7
**top** 56:1 57:1 74:8
187:22
**topic** 44:20 87:14
94:20 174:14
**topics** 15:6,10 20:5
20:9 26:2 37:7,8
38:6 41:25 65:19
160:23,23
**total** 187:16
209:10
**tower** 2:6,16
**transaction**
197:20
**transcribed**
212:14
**transcript** 4:12,16
13:4,9 20:8 21:11
21:25 22:21 31:2
36:22 37:18 39:17
48:1 50:16 51:8
76:20 85:3 93:4
210:3 212:16,18
214:6,8,10,13,13
214:21 215:2,2
**translate** 40:19
59:16 82:22 89:6
89:15 92:10,19

**translated** 11:13
11:14 12:14 65:6
83:6 89:6
**translation** 31:16
89:4,24 94:5
**translator** 88:24
92:23 93:2,10,19
95:10,11 131:5
200:15
**transport** 111:13
**transportation**
99:10 107:13,22
108:11 109:11,17
111:1,3
**travel** 25:19 26:14
26:17 27:4 40:12
111:7
**traveled** 23:23
24:7 27:16,17
109:7
**travels** 108:13,23
117:14
**treasurer** 42:23,25
45:25 46:13 47:20
49:4 97:20 98:2
103:9 104:12
110:18 122:13,20
128:2 134:19
142:6,12 159:12
164:6 165:11,15
166:4 180:5 195:6
**trial** 4:16 13:1
96:20
**tried** 92:23 165:9
**tries** 197:25
**trip** 194:9 195:12
196:3
**true** 51:3,11,23
52:15 54:20 62:6
62:17,19 63:13
67:24 69:1,7 75:4

75:10,11 77:13
78:3,10 79:13,13
79:15 80:11,16,18
80:20 81:2,5,8,14
85:22,23 89:11
91:12 97:14 108:6
108:22 169:22
175:24 183:4
193:17 211:9,13
212:15
**trust** 160:16
**trustee** 3:4 8:16
146:18 194:25
196:7
**truth** 50:5 80:23
**truthful** 13:19
31:21 59:25 61:22
62:1,3,9 63:3 64:2
64:6
**truthfully** 13:16
**try** 11:7 12:12
37:13 71:21 76:18
87:14 98:10,14
129:9 138:14
150:13 169:12
**trying** 26:6,9 32:7
50:25 51:1 65:16
70:7 92:7 93:5,8
95:13 111:9 114:7
116:3,7 128:11
135:14 136:13,13
143:10 163:6,9
172:15 180:3,14
180:16 184:22
196:23 197:19
200:23
**tuesday** 1:18 7:2
212:10
**turn** 29:3 73:10
87:23

Veritext Legal Solutions
866 299-5127

PAX-015-088

**[turning - visited]**

turning  118:19
twelve  84:2,17
  157:15
twenty  4:18 59:5
  84:3,18 88:13
  139:24 140:1
  153:15
two  4:14 19:18
  20:20 28:16 30:2
  47:17 67:12,12
  74:10 85:9 97:7
  136:20 149:3
  152:1,3,4,6 182:1
  182:16 203:21
type  108:20
types  99:19 111:17
typically  119:7

**u**

u  17:5 30:9 38:23
  38:24 39:9,9,12
  86:14 112:24
  116:22 147:15
  171:25
u.s.  8:16 23:23
  24:8 27:17 114:8
  125:8 126:22
  142:23 146:18
  194:25 196:7
uh  54:2 137:19
  155:16
uk  27:17 115:24
  116:18 117:7
  148:5 199:17,20
ultimately  109:23
una  3:18 9:8
understand  11:9
  11:24 12:11,23
  14:3 15:2 21:22
  22:19,19 24:9
  26:24 27:13,18
  30:1 32:8 40:12

40:13 49:1 50:1
51:6 52:6 59:14
59:19 60:13 61:12
63:2,10,11 64:10
64:11,12,14,16,25
66:8 70:5 79:18
86:21,23 89:15,20
90:22 92:1 93:8
94:25 95:2,2,5,13
98:25 106:13
110:13 123:25
124:20 129:6
130:4 131:6
132:25 136:14,16
136:19,25 143:10
146:2,9 153:21
156:17 158:1
160:12 177:4,23
179:11,13 180:14
180:16 182:1,14
186:16 188:19,23
189:13,13 190:8
192:19,24 195:3,8
196:23 197:19
200:24 201:18
202:4 207:19,22
understanding
31:16 36:4 39:16
58:19 68:9,13,14
78:15 79:3,20,22
92:4 113:22,25
114:22 119:8
122:25 123:22
129:18 131:17
148:14 154:17
155:9,22 159:23
161:20 162:6
163:14 171:19
180:4 199:10
205:25 206:3,7

understood  13:10
  20:14 61:6 64:21
  76:15 97:18
  107:20 120:3
  121:12 148:11
  161:25 171:7
  182:7 195:23
  201:13
undocumented
  186:5
unfamiliar  144:15
unfortunately
  170:6
unified  10:11
unit  7:8
united  1:1 3:4,4
  7:12 25:10,12,15
  25:19,24 27:21
  28:5 115:19
  117:13 125:23
units  209:10
unnecessarily
  196:24
unprofessional
  52:11
unsecured  8:6
unwilling  128:18
  130:11
uploading  19:13
urgency  138:8
usability  127:1
  128:23
usdoj.gov  3:8
use  53:19 90:3
  98:11 102:22
  104:14 109:1
  120:2 133:11
  144:8 200:15
  202:23,24 203:1,3
  203:7,8,23 204:9
  204:10

user  204:3,7
uses  202:22
  204:18 205:7,8,9
usual  12:25

**v**

v  2:11
vague  165:19
value  127:6
values  128:5
various  26:17
vehicle  111:7,10
vehicles  109:19
  181:12,20 182:8
  182:25 183:1
vendor  99:22
  100:6 101:1,3
vendors  118:12
verdolino  193:5,7
verify  99:16,17
  100:13,19,25
  101:7,14,18,20
  102:3,8,9 197:8,8
  198:9 199:8,14
  200:10
verifying  101:1
veritext  7:18,20
  209:11 214:7,9,11
video  7:8 16:6
videoconference
  16:9,23
videographer  3:16
  7:5,18 8:17 10:14
  66:19,21,25
  112:12,16 126:3,7
  174:2,6 209:1,5
videotaped  1:14
view  42:1 183:11
virtually  7:15
vision  14:18,20
visited  72:22

Veritext Legal Solutions
866 299-5127

PAX-015-089

[void - witness]

**void**  166:7 168:17
169:4,19 170:1
171:15 172:23
173:2,13

## w

**w**  38:14 39:9,13,13
39:14,14
**wait**  12:2,4 19:9
43:7 78:7
**waiting**  78:8
**waive**  13:4,8
**waived**  214:23,23
**waiving**  214:20
**walk**  196:9
**walks**  197:20
**wan**  1:8 2:5 7:11
8:8 39:18 40:6
41:16,24 42:1
45:18,22 52:1,16
52:22 53:5,7,9,13
53:21 54:22 58:10
58:16 66:7 68:2,6
68:11 70:16 72:3
72:9,17 77:4 81:4
81:9,15,16,21 82:1
82:10,19,23 83:7
84:15 85:1,13,19
85:23 86:8 87:19
88:18 89:5,13
90:16 91:2,14
92:10 94:16 95:7
97:22 98:4,24
99:13 100:8,12,24
101:4,12 102:17
103:13 104:5,9,14
104:21 105:5,15
105:24 106:6,15
106:24 107:8
108:22 110:25
111:13 115:3,6
118:6 119:10,20

119:22 121:3,23
121:25 122:6,21
136:18 139:13,18
140:14,21 149:21
151:7,14 172:19
176:23 177:6,16
177:19 178:8,15
178:17 186:1
187:7,10 189:1,16
189:20 191:6,9,16
192:13 193:20
195:11 196:2
199:19 200:4,24
201:1,6,24 204:20
204:21 205:11
206:1,14 214:4
216:1
**wan's**  68:20 77:1
93:14 106:23
**wang**  1:17 4:13,23
7:9 9:18 10:19
13:12 20:2,18
27:9 28:21 32:21
37:17 38:11 42:8
42:20 43:10 45:6
49:12 52:13 53:19
55:14 56:17 67:4
67:19 71:17,25
73:13 80:16 83:16
86:20 87:5 93:3
95:13 104:4
111:10 112:20,20
120:7 121:12
123:3 125:7
126:16 131:20
139:25 143:20
146:4 150:18
155:11 156:25
158:17 163:21
171:7 174:13
186:20 188:17

190:11 197:2
201:2 209:2,8
211:4 212:8 214:1
214:5 216:2
**want**  21:7 24:10
27:1 32:6 39:23
55:21 60:18 62:14
66:2,2,7 71:17
84:4 86:20 88:1
90:21,23 106:12
108:24 125:3
126:10 127:20
129:1 150:13,18
154:8 175:19
176:21 181:15
182:2,20 208:25
**wanted**  111:7
201:14
**wants**  106:24
197:21 198:1
200:5,24
**washington**  2:13
3:7
**way**  19:24 27:1
54:12 71:22 80:7
120:14 133:13
138:14 143:9
163:4 165:12
200:16 204:14
212:21,22
**wealth**  159:22
161:9,13,21 162:1
162:6
**websites**  203:20
**week**  69:25 71:2
139:20,22 140:16
140:16,24 151:3
**weeks**  73:8
**wengui**  39:9 53:2
53:5,12

**went**  30:4 144:19
162:13
**whatnot**  158:23
**whatsoever**  38:5
**whereabouts**
26:17 42:12
**whistle**  117:18
**wife**  101:13 103:6
103:13 104:5,9,14
201:24 202:1,24
204:9,20 205:15
205:16,17
**wife's**  201:21
202:1
**wilkinson**  3:18 9:8
53:16
**william**  170:16,19
172:3,9
**williams**  172:2,7
172:19
**willing**  82:4
**win**  206:4
**wish**  150:9
**withdraw**  43:21
**withdrawn**  17:18
65:1 72:19 147:20
177:21
**witness**  7:9 8:19
9:16,24 13:3,8
16:12,15 20:11
21:1,12 23:4 26:7
26:11,15 27:6
28:25 29:4 32:22
33:2,9 35:3,5 36:3
37:2,15 38:4,9
40:21 42:5,10,16
43:15 44:21 46:19
46:22,24 52:5
53:10 54:25 55:12
55:12,23 56:23
57:5,17 58:1

Page 35

PAX-015-090

**[witness - york]**

59:19 65:17 66:8
66:14 67:9,15
73:12 74:4 83:14
83:20 87:25 88:4
88:9 90:4,13
92:15 94:19 95:20
103:24 111:16,24
116:4,15 122:11
122:19 123:5
124:24 126:24
129:9 131:16
140:7 143:14,23
144:13 147:10
148:1 154:6 158:5
159:19,21 165:21
166:11 167:2,13
170:12 186:11
188:3 191:23
201:4 204:1 207:3
207:9,16 209:8,20
212:8,13,17
214:13,16 215:2,5
216:24

**women's** 101:6,9
101:13

**word** 55:1 59:13
90:3 109:6 120:2
120:8

**words** 48:6 49:12
49:16 51:11 58:17
58:19 60:8 93:3
94:14 107:17
201:11 212:13

**work** 18:24 22:7,7
23:11,20,25 24:2,3
24:17 27:5,22
28:5 30:6,13,19
31:17,19 32:2
33:12 45:18,22
46:10 58:21,22
59:20 60:25 71:4

78:20,20 79:21
81:19 86:11,17
89:24 92:17
147:19 149:24
150:11,13 151:21
152:25 157:2,17
158:3 164:17
195:18 202:11

**worked** 19:2 21:5
23:23 24:12,20
25:16,18 26:9
27:10,14 34:21,25
45:9 55:3 138:25
152:18 153:10

**working** 19:12
24:11,14,23,24
25:3,5 29:10,23
30:10,17 31:1,15
32:10 33:18 34:3
34:6,12 36:23
37:21 38:1 40:9
40:18,22 41:3,17
42:5,20 44:14
45:17,21 69:2,8,9
69:14 71:12,25
72:8 73:21,24
78:23 81:3,10
83:22 87:6 113:5
150:2 171:19
210:1

**works** 76:16

**world** 17:14
116:12 175:22

**worms** 158:24

**worry** 161:19
207:1

**wow** 152:14

**writing** 184:13
188:5 189:10
190:2

**written** 63:2 188:9
189:4 191:18
212:13

**wrong** 56:6 75:12
164:22

**wrongdoing**
164:25

| x |
|---|

**x** 4:1,9 107:9,9
116:6 215:1

| y |
|---|

**y** 112:24,24 116:6
147:16

**y'all** 44:7

**yan** 1:17 4:13,23
9:18 56:17 211:4
212:8 214:1,5
216:2

**yeah** 11:25 13:2
23:2 26:5 30:15
49:1 54:2 67:14
70:4 75:21 76:16
81:12 86:15 93:22
101:5,8 102:1
108:2 109:14,24
110:11 111:9
112:3 116:25
125:16 128:7,21
136:10 141:7
156:15 162:16
166:21,21 173:20
194:21 208:14

**year** 18:12 41:11
47:24 129:14,20
129:21,22 130:3
130:12 134:16,17

**yearly** 107:12

**years** 25:14 29:20
30:3,20 36:5,6,10
36:11,14 41:13

44:16 45:12 48:17
49:1,10 51:5
61:19 64:22 65:8
65:17 80:7 116:19
116:21,23 117:1,3
136:3 152:1,3,4,6
160:17 161:21,25
163:2 171:11

**yesterday** 145:13
145:14,16,18,21
146:5,9 162:8,9,22
163:6,10

**yong** 112:23

**york** 1:19,19 2:7,7
2:17,17,22 4:20
5:4,12 7:1,1,10
8:3 10:12 14:23
15:4 17:4 18:9,11
18:15,17 23:24
24:2,15,18 27:6
28:9 29:10,23
30:4,4,11,18 31:2
31:14,22,23 32:1,2
32:3,11,13,15
33:13,19 34:1,4,7
34:13,17,25 35:21
36:2,24 37:21
38:1,2 40:9,10,11
40:14,17,18,23,24
41:2,4,7,16,18
42:2,6,21 43:25
44:21,25 46:1,6,14
47:21 49:5,19
51:24 52:14 54:20
57:8 58:7 59:21
65:22 68:1 69:8
69:10,15 71:13,13
72:1,1,4,8 73:22
81:3,6 90:18
91:16,17,19,24
92:9,17 93:6 95:4

[york - zoom]

| | z |
|---|---|
| 97:2 98:3,23 | |
| 99:11 103:10 | **z**   116:6 |
| 104:6,10,13,15,22 | **zero**   21:14 |
| 104:24 109:11,13 | **zoom**   7:16 16:22 |
| 109:18 110:7,15 | |
| 110:17,20,25 | |
| 111:11,17 113:2 | |
| 113:21 114:12,23 | |
| 115:8,12,15 117:6 | |
| 117:10 118:3,8,14 | |
| 119:5,18 120:12 | |
| 121:4,16 122:2,8 | |
| 122:14 123:14 | |
| 124:11 125:7 | |
| 126:22 127:7,18 | |
| 128:12 129:14 | |
| 130:12 131:4,10 | |
| 132:19,21,22,23 | |
| 133:16 134:19 | |
| 135:2,9 137:10 | |
| 140:25 148:12,18 | |
| 150:3,6,20 156:1,7 | |
| 156:18 157:3 | |
| 158:18 160:22 | |
| 163:22 164:14 | |
| 165:22 166:4,15 | |
| 168:10 169:16,25 | |
| 174:16 175:14 | |
| 176:23 177:7,14 | |
| 178:1 180:5 181:5 | |
| 184:10,25 185:4 | |
| 186:10,15 187:4 | |
| 189:1 190:19 | |
| 192:3,12 193:18 | |
| 194:2 195:5,7 | |
| 199:23 201:10 | |
| 206:8,13 207:15 | |
| 208:8 209:9 | |
| **yu**   112:23 | |
| **yvette**   7:9 20:2 | |
| 107:8 194:7 209:8 | |

Page 37

Veritext Legal Solutions
866 299-5127

PAX-015-092

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.