# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor.[1] | : |
| | : |
| | : |

## CERTIFICATION OF SERVICE

I Irve J. Goldman, herby certify that on the 25th day of April, 2022, the Motion for Rule 2004 Examination of Gettr USA, Inc. and accompanying Notice of Motion, proposed Subpoena and proposed order (collectively, the "<u>Rule 2004 Papers</u>") were filed via the Court's CM/ECF electronic filing system ("CM/ECF"), which sent notice thereof to all parties receiving notification through CM/ECF, as identified on the list attached hereto. In addition, the Rule 2004 Papers were served by regular U.S. mail, postage prepaid, upon the proposed examinee as follows:

Gettr USA, Inc.
Attn: Jason Miller, CEO
3 Columbus Circle
New York, NY 10019

| | |
|---|---|
| Dated: Bridgeport, Connecticut<br>April 25, 2022 | **OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HO WAN KWOK**<br><br>By:    */s/Irve J. Goldman*<br>       Irve J. Goldman<br>       Jonathan A. Kaplan<br>       Pullman & Comley, LLC<br>       850 Main Street, 8th Floor<br>       PO Box 7006<br>       Bridgeport, CT 06601-7006<br>       (203) 330-2213<br>       igoldman@pullcom.com<br><br>Its Attorneys (Application Pending) |

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

**22-50073** Ho Wan Kwok

# List of Parties Served

**Laura Aronsson**
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
212-728-5841
laronsson@omm.com
 *Assigned: 04/08/2022*
 *LEAD ATTORNEY*

representing **Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**William Baldiga**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
New York
212-209-4800
212-209-4801 (fax)
wbaldiga@brownrudnick.com
 *Assigned: 03/01/2022*
 *LEAD ATTORNEY*

representing **Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**William R. Baldiga**
Brown, Rudnik, Freed & Gesmer
One Financial Center
Boston, MA 02111
(617) 330-9000
617-289-0420 (fax)
wbaldiga@brownrudnick.com
 *Assigned: 03/09/2022*

representing **Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Patrick M. Birney**
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8200
(860) 275-8299 (fax)
pbirney@rc.com
 *Assigned: 02/24/2022*

representing **Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Carollynn H.G. Callari**
Law Firm of Callari Partners, LLC

representing **Rui Ma**
*(20 Largest Creditor)*

2

One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
ccallari@callaripartners.com
 *Assigned: 03/16/2022*
 *LEAD ATTORNEY*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

**Andrew M. Carty**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
acarty@brownrudnick.com
 *Assigned: 04/15/2022*
 *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
(203) 773-2217 (fax)
holley.l.claiborn@usdoj.gov
 *Assigned: 02/28/2022*

representing

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

**David S. Forsh**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
dforsh@callaripartners.com
 *Assigned: 03/17/2022*
 *LEAD ATTORNEY*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

3

|  |  |  |
|---|---|---|
|  |  | **Zheng Wu** *(Creditor)* |
| **Peter Friedman** O'Melveny & Myers LLP 1625 Eye Street NW Washington, DC 20006 202-383-5302 pfriedman@omm.com *Assigned: 02/25/2022* *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.** *(20 Largest Creditor)* |
| **Irve J. Goldman** Pullman & Comley 850 Main Street 8th Floor Bridgeport, CT 06604 203-330-2000 203-576-8888 (fax) igoldman@pullcom.com *Assigned: 04/05/2022* | representing | **Official Committee of Unsecured Creditors** *(Creditor Committee)* |
| **Mia N. Gonzalez** O'Melveny & Myers LLP Times Square Tower 7 Times Square New York, NY 10036 212-728-5698 mgonzalez@omm.com *Assigned: 04/08/2022* *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.** *(20 Largest Creditor)* |
| **David V. Harbach, II** O'Melveny & Myers LLP 1625 Eye Street NW Washington, DC 20006 202-383-5127 dharbach@omm.com *Assigned: 02/25/2022* *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.** *(20 Largest Creditor)* |
| **Jeffrey L Jonas** Brown Rudnick LLP Seven Times Square New York, NY 10036 2122094800 212-209-4801 (fax) jjonas@brownrudnick.com | representing | **Ho Wan Kwok** 373 Taconic Road Greenwich, CT 06831 *(Debtor)* |

*Assigned: 04/21/2022*
*LEAD ATTORNEY*

**Jonathan Kaplan**
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
860-424-4379
860-424-4370 (fax)
jkaplan@pullcom.com
 *Assigned: 04/05/2022*

representing

**Official Committee of Unsecured Creditors**
*(Creditor Committee)*

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com
 *Assigned: 04/11/2022*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**Dylan Kletter**
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103
860-509-6500
dkletter@brownrudnick.com
 *Assigned: 02/15/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Steven E. Mackey**
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
 *Assigned: 03/22/2022*

representing

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

**Kristin B. Mayhew**
McElroy, Deutsch, Mulvaney & Carpenter
30 Jeliff Lane
Southport, CT 06890
(203) 319-4011
203-259-0251 (fax)
kmayhew@mdmc-law.com
 *Assigned: 03/15/2022*

representing

**Rui Ma**
*(20 Largest Creditor)*

5

|  |  |  |
|---|---|---|
|  |  | **Weican Meng**<br>*(20 Largest Creditor)* |
|  |  | **Zheng Wu**<br>*(Creditor)* |
| **Timothy D. Miltenberger**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103<br>860-493-2200<br>Tmiltenberger@cbshealaw.com<br>  *Assigned: 03/31/2022* | representing | **Golden Spring (New York) LTD**<br>*(Interested Party)* |
| **Aaron Romney**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>aromney@zeislaw.com<br>  *Assigned: 04/11/2022* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| **Scott D. Rosen**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103-4500<br>(860) 493-2200<br>860-727-0361 (fax)<br>srosen@cb-shea.com<br>  *Assigned: 03/28/2022* | representing | **Golden Spring (New York) LTD**<br>*(Interested Party)* |
| **Stuart M. Sarnoff**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>202-326-2293<br>ssarnoff@omm.com<br>  *Assigned: 02/25/2022*<br>  *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Bennett Silverberg**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |

6

212-209-4801 (fax)
bsilverberg@brownrudnick.com
  *Assigned: 03/01/2022*
  *LEAD ATTORNEY*

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
860-275-8325
860-275-8299 (fax)
asmith@rc.com
  *Assigned: 02/24/2022*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Jay Marshall Wolman**
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
702-420-2001
jmw@randazza.com
  *Assigned: 02/17/2022*

representing

**Logan Cheng**
c/o Randazza Legal Group, PLLC
100 Pearl Street
14th Floor
Hartford, CT 06103
*(Creditor)*

**Peter J. Zarella**
McElroy, Deutsch, Mulvaney & Carpenter,
One State Street, 14th floor
Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
  *Assigned: 03/22/2022*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*