**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor | **Ho Wan Kwok** |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | **22-50073** |

Official Form 426

## Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of  April 22, 2022 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Ho Wan Kwok holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Genever Holdings Corporation (BVI Business Company) | As Trustee | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

   *Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

   *Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

   *Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

   *Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

   *Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This Periodic Report must be signed by a representative of the trustee or debtor in possession.**

Debtor Name: **Ho Wan Kwok**                                                                                    Case number **22-50073**

**The undersigned, having reviewed the Entity Reports for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this Periodic Report and the attached Entity Reports are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3**

| For non-individual Debtors: | X | |
|---|---|---|
| | | Signature of Authorized Individual |
| | | Printed name of Authorized Individual |
| | | Date _____ MM/ DD / YYYY |

| For individual Debtors: | X | _____ | X | _____ |
|---|---|---|---|---|
| | | Signature of Debtor 1 | | Signature of Debtor 2 |
| | | **Ho Wan Kwok** | X | |
| | | Printed name of Debtor 1 | | Printed name of Debtor 2 |
| | | Date 4/25/2022 MM/ DD / YYYY | | Date _____ MM/ DD / YYYY |

Debtor Name: **Ho Wan Kwok**                                                                                       Case number **22-50073**

**Exhibit A: Financial Statements for** Genever Holdings Corporation (BVI Business Company)

No financial reporting exits for Genever Holdings Corporation (BVI Business Company). The only asset of BVI Business Company is its membership interest in Genever Holdings LLC, which holds cooperative shares in an apartment at the Sherry-Netherlands Hotel, located at 781 Fifth Avenue, New York, NY 10022.  Genever Holdings LLC is in a Chapter 11 bankruptcy proceeding in the Southern District of New York (Case No. 20-12411 (JLG)).  The financial reporting for Genever Holdings LLC is reported in the bankruptcy case.  The Schedules of Assets and Liabilities for Genever Holdings LLC can be found on the docket at docket entry # 4.  The February 2022 Monthly Operating Report for Genever Holdings LLC, which is the most recent MOR filed, is attached hereto.

**Exhibit A-1: Balance Sheet for** Genever Holdings Corporation (BVI Business Company)

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

No financial reporting exits for Genever Holdings Corporation (BVI Business Company). The only asset of BVI Business Company is its membership interest in Genever Holdings LLC, which holds cooperative shares in an apartment at the Sherry-Netherlands Hotel, located at 781 Fifth Avenue, New York, NY 10022.  Genever Holdings LLC is in a Chapter 11 bankruptcy proceeding in the Southern District of New York (Case No. 20-12411 (JLG)).  The financial reporting for Genever Holdings LLC is reported in the bankruptcy case.  The Schedules of Assets and Liabilities for Genever Holdings LLC can be found on the docket at docket entry # 4.  The February 2022 Monthly Operating Report for Genever Holdings LLC, which is the most recent MOR filed, is attached hereto.

Debtor Name: **Ho Wan Kwok**                                                                 Case number **22-50073**

**Exhibit A-2: Statement of Income (*Loss*) for** Genever Holdings Corporation (BVI Business Company)

[Provide a statement of income (loss) for the following periods:

 (i) For the initial report:
      a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

      b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

No financial reporting exits for Genever Holdings Corporation (BVI Business Company). The only asset of BVI Business Company is its membership interest in Genever Holdings LLC, which holds cooperative shares in an apartment at the Sherry-Netherlands Hotel, located at 781 Fifth Avenue, New York, NY 10022.  Genever Holdings LLC is in a Chapter 11 bankruptcy proceeding in the Southern District of New York (Case No. 20-12411 (JLG)).  The financial reporting for Genever Holdings LLC is reported in the bankruptcy case.  The Schedules of Assets and Liabilities for Genever Holdings LLC can be found on the docket at docket entry # 4.  The February 2022 Monthly Operating Report for Genever Holdings LLC, which is the most recent MOR filed, is attached hereto.

Debtor Name: **Ho Wan Kwok**                                                                                    Case number **22-50073**

**Exhibit A-3: Statement of Cash Flows for** Genever Holdings Corporation (BVI Business Company)

[Provide a statement of changes in cash position for the following periods:

 (i) For the initial report:
    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

No financial reporting exits for Genever Holdings Corporation (BVI Business Company). The only asset of BVI Business Company is its membership interest in Genever Holdings LLC, which holds cooperative shares in an apartment at the Sherry-Netherlands Hotel, located at 781 Fifth Avenue, New York,NY 10022.  Genever Holdings LLC is in a Chapter 11 bankruptcy proceeding in the Southern District of New York (Case No. 20-12411 (JLG)).  The financial reporting for Genever Holdings LLC is reported in the bankruptcy case.  The Schedules of Assets and Liabilities for Genever Holdings LLC can be found on the docket at docket entry # 4.  The February 2022 Monthly Operating Report for Genever Holdings LLC, which is the most recent MOR filed, is attached hereto.

Debtor Name: **Ho Wan Kwok**                                                                                              Case number **22-50073**

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for** Genever Holdings Corporation (BVI Business Company)

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:
 (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

        b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

 Describe the source of this information.]

No financial reporting exits for Genever Holdings Corporation (BVI Business Company). The only asset of BVI Business Company is its membership interest in Genever Holdings LLC, which holds cooperative shares in an apartment at the Sherry-Netherlands Hotel, located at 781 Fifth Avenue, New York, NY 10022.  Genever Holdings LLC is in a Chapter 11 bankruptcy proceeding in the Southern District of New York (Case No. 20-12411 (JLG)).  The financial reporting for Genever Holdings LLC is reported in the bankruptcy case.  The Schedules of Assets and Liabilities for Genever Holdings LLC can be found on the docket at docket entry # 4.  The February 2022 Monthly Operating Report for Genever Holdings LLC, which is the most recent MOR filed, is attached hereto.

Debtor Name: **Ho Wan Kwok**                                                                    Case number **22-50073**

**Exhibit B: Description of Operations for** Genever Holdings Corporation (BVI Business Company)

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

The Debtor holds all of the equity of the Genever Holdings Corporation (BVI Business Company) pursuant to a Declaration of Trust and Agreement, dated as of February 17, 2015 (the "Trust Date"). The Debtor holds such equity in trust for Bravo Luck Limited (the "Apartment Owner"). The Debtor's son owns the equity of the Apartment Owner and the funds to purchase the Apartment came from entities owned or controlled by the Debtor's son. The sole asset of BVI Business Company is a membership interest in Genever Holdings LLC, which holds cooperative shares in an apartment at the Sherry-Netherlands Hotel, located at 781 Fifth Avenue, New York, NY 10022. Genever Holdings LLC is in a Chapter 11 bankruptcy proceeding in the Southern District of New York (Case No. 20-12411 (JLG)). The financial reporting for Genever Holdings LLC is reported in the bankruptcy case. The Schedules of Assets and Liabilities for Genever Holdings LLC can be found on the docket at docket entry # 4. The February 2022 Monthly Operating Report for Genever Holdings LLC, which is the most recent MOR filed, is attached hereto.

Debtor Name: **Ho Wan Kwok**                                                                Case number **22-50073**

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

None known

Debtor Name: **Ho Wan Kwok**                                                                              Case number **22-50073**

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

Not Applicable

Debtor Name: **Ho Wan Kwok**                                                                                     Case number **22-50073**

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

None known.

<div align="center">

## UNITED STATES BANKRUPTCY COURT

Southern   DISTRICT OF   New York

Manhattan

</div>

In Re.                                    §        Case No.  20-12411
   Genever Holdings LLC                 §
_____          §
       Debtor(s)                  §
                             ☐ Jointly Administered

# Monthly Operating Report                           Chapter 11

Reporting Period Ended: 02/28/2022             Petition Date: 10/12/2020

Months Pending: 17                    Industry Classification:  5  3  1  3

Reporting Method:          Accrual Basis ◯     Cash Basis ⦿

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):   0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ J. Ted Donovan                          J. Ted Donovan
_____          _____
Signature of Responsible Party              Printed Name of Responsible Party

04/06/2022                                 Goldberg Weprin Fikel Goldstein
_____          1501 Broadway, 22nd Floor, New York, NY 10036
Date                                       Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | | Case No. 20-12411 |
|---|---|---|
| Genever Holdings LLC | | |

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $90,037 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $90,037 | |
| e. Disbursements made by third party for the benefit of the estate | $81,774 | $1,305,382 |
| f. Total disbursements for quarterly fee calculation (c+e) | $81,774 | $1,305,382 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ◯  Market ◯  Other ⦿  (attach explanation)) | $0 |
| d Total current assets | $2,246,430 |
| e. Total assets | $74,246,430 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $775,678 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $195,300,000 |
| n. Total liabilities (debt) (j+k+l+m) | $196,075,678 |
| o. Ending equity/net worth (e-n) | $-121,829,248 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $81,774 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-81,774 | $1,305,382 |

UST Form 11-MOR (12/01/2021)                    2

| Debtor's Name | | Case No. 20-12411 |
|---|---|---|
| Genever Holdings LLC | | |

| **Part 5: Professional Fees and Expenses** | | | | | | |
|---|---|---|---|---|---|---|

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

| Debtor's Name | Case No. 20-12411 |
|---|---|
| Genever Holdings LLC | |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

| Debtor's Name | | | Case No. 20-12411 |
|---|---|---|---|
| | Genever Holdings LLC | | |

| | lxxix | | | | | |
|---|---|---|---|---|---|---|
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvii | | | | | |
| | lxxxviii | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021)                5

Debtor's Name                                                          Case No.  20-12411

Genever Holdings LLC

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name                                                    Case No. 20-12411

Genever Holdings LLC

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

| Debtor's Name | | | | Case No. 20-12411 | |
|---|---|---|---|---|---|

Genever Holdings LLC

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○  No ◉ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ |
| i. | Do you have:  Worker's compensation insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉  No ○ |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ◉  No ○ |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ◉ |

| Debtor's Name | Case No. 20-12411 |
|---|---|
| Genever Holdings LLC | |

<div style="background:black;color:white;padding:2px;font-weight:bold">Part 8: Individual Chapter 11 Debtors (Only)</div>

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| /s/ Yanping Wang | Yanping Wang |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Authorized Signatory | 04/06/2022 |
| Title | Date |

Debtor's Name    Genever Holdings LLC

Case No.  20-12411



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name
Genever Holdings LLC

Case No. 20-12411

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name

Genever Holdings LLC

Case No. 20-12411



PageThree

PageFour



PO BOX 911039
San Diego, CA 92191-1039

**(888) 374-8267**
axosfiduciaryservices.com

Date  2/28/22        Page      1
Primary Account          XXXXXXXX9910

**10177647**

GENEVER HOLDINGS LLC
DEBTOR IN POSSESSION
CASE# 20-12411-jlg
781 5TH AVENUE APT 1801
NEW YORK NY 10022

Account Title:        GENEVER HOLDINGS LLC
                      DEBTOR IN POSSESSION
                      CASE# 20-12411-jlg

| | | |
|---|---|---|
| Commercial Checking | Number of Enclosures | 0 |
| Account Number            XXXXXXXX9910 | Statement Dates    2/01/22 thru  2/28/22 | |
| Previous Balance            90,037.48 | Days in the statement period         28 | |
| Deposits/Credits                 .00 | Avg Daily Ledger            90,037.48 | |
| Checks/Debits                    .00 | Avg Daily Collected         90,037.48 | |
| Maintenance Fee                  .00 | | |
| Interest Paid                    .00 | | |
| Ending Balance              90,037.48 | | |

## DAILY BALANCE INFORMATION

**Date**        **Balance**
2/01          90,037.48

## *** END OF STATEMENT ***