UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| Debtor. | : | |

**MOTION TO PERMIT**
**KENNETH AULET TO APPEAR *PRO HAC VICE***

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned, a member in good standing of the bar of this Court and having entered an appearance in this matter, hereby moves for the admission *pro hac vice* of Kenneth Aulet of Brown Rudnick LLP for the purposes of this cause. In accordance with D. Conn. L. Civ. R. 83.1(d), and based on the Affidavit of Kenneth Aulet, which is annexed hereto as Exhibit A, and is made a part hereof, the undersigned represents as follows:

1. Kenneth Aulet ("Mr. Aulet") is an attorney in the law firm of Brown Rudnick LLP, with an office located at Seven Times Square, New York, NY. Mr. Aulet is a member in good standing of the bar of the State of New York and is admitted to practice before the U.S. District Court for the Southern District of New York. There are no disciplinary proceedings pending against Mr. Aulet in any jurisdiction.

2. Mr. Aulet has not been disciplined or denied admission by this Court or any other Court in any jurisdiction.

3. Mr. Aulet is familiar with the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

4.  Mr. Aulet has particular experience in chapter 11 bankruptcy cases and, in particular, representing debtors in chapter 11 cases.

5.  The Affidavit of Kenneth Aulet in Support of this Motion to Permit Counsel to Appear Pro Hac Vice is attached as Exhibit A.

6.  The Motion is made promptly and it does not require modification of any scheduling order or the deadlines established by any standing order. Mr. Aulet has submitted a certificate of good standing from the bar of the state in which he has his primary office. The $200.00 fee required by Local Rule 83.1(d)(3) for Mr. Aulet's admission *pro hac vice* is tendered herewith.

WHEREFORE, the undersigned respectfully requests that this Court grant Kenneth Aulet permission to appear *pro hac vice* in this matter.

Dated: April 26, 2022

Respectfully submitted,

*/s/ Dylan P. Kletter*
Dylan P. Kletter (ct28197)
Brown Rudnick LLP
185 Asylum Street, 38th Floor
Hartford, Connecticut 06103
Tel: (860) 509-6500
Fax: (860) 509-6501
Email: dkletter@brownrudnick.com

*Proposed counsel for the Debtor*

## CERTIFICATE OF SERVICE

       I hereby certify that on April 26, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any parties unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                           */s/ Dylan P. Kletter*
                                                                           Dylan P. Kletter

64656586 v1-WorkSiteUS-038210/0001