**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |

**AFFIDAVIT OF KENNETH AULET IN SUPPORT OF**
**MOTION FOR PERMISSION TO APPEAR _PRO HAC VICE_**

KENNETH J. AULET, being duly sworn, states:

1.      I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this affidavit.  I respectfully apply for this Court's permission for me to appear _pro hac vice_ as attorney for debtor Ho Wan Kwok.

2.      I am an attorney in the law firm of Brown Rudnick LLP, with offices at Seven Times Square, New York, NY 10036 and One Financial Center, Boston, MA 02111.  My telephone number is 212-209-4800, my fax number is 212-209-4801, and my e-mail is as follows: kaulet@brownrudnick.com.

3.      The following is a list of each court of which I am, or have ever been, a member, with corresponding bar identification numbers:

      a.   the State Bar of New York (# 5040985);

      b.   the United States District Court for the Southern District of New York (#KA6503); and

      c.   the United States District Court for the Eastern District of New York (no bar identification number assigned);

4.      I am a member in good standing of the bar of the State of New York, and there are no disciplinary proceedings pending against me in any jurisdiction, and I have never been convicted of any crime.

1

5.      I have never been denied admission to the United States District Court of Connecticut or any other court in any jurisdiction, nor have I ever been disciplined by, resigned from, or surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6.      I have fully reviewed and am familiar with the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.      I hereby designate Attorney Dylan P. Kletter of Brown Rudnick LLP as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned matter.

8.      Submitted herewith is a certificate of good standing from the United States District Court for the Southern District of New York, from the court of the state in which I have my primary office.

9.      The required $200.00 fee has been tendered along with the motion for my admission pro hac vice in the above-captioned matter.

10.     The foregoing is true and correct to best of my knowledge.

April 26, 2022

Kenneth J. Aulet

Subscribed and sworn to before me this 26th day of April, 2022.

Notary Public:
My Commission Expires: 5-22-2025

64657997 v1-WorkSiteUS-038210/0001

HARRIET E. COHEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CO6358978
Qualified In New York County
My Commission Expires 05-22-2025

2