# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____KENNETH  J.  AULET_____, Bar # _____KA6503_____

was duly admitted to practice in the Court on

_____September 17, 2013_____

and is in good standing as a member of the Bar of this Court

Dated at      500 Pearl St.                 On        _____April 8, 2022_____
              New York, New York

*(signature)*

_____Ruby J. Krajick_____         By       _____s/ A. Eames_____
         Clerk of Court                                      Deputy Clerk