# Notice Recipients

| | |
|---|---|
| District/Off: 0205–5 | User: admin |
| Case: 22–50073 | Form ID: pdfdoc2 |

Date Created: 4/26/2022

Total: 12

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| aty | Bennett Silverberg | bsilverberg@brownrudnick.com |
| aty | Dylan Kletter | dkletter@brownrudnick.com |
| aty | Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| aty | Irve J. Goldman | igoldman@pullcom.com |
| aty | Jeffrey L Jonas | jjonas@brownrudnick.com |
| aty | Kenneth Aulet | kaulet@brownrudnick.com |
| aty | William Baldiga | wbaldiga@brownrudnick.com |
| aty | William R. Baldiga | wbaldiga@brownrudnick.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Ho Wan Kwok | 373 Taconic Road    Greenwich, CT 06831 |
| aty | Andrew M. Carty | Brown Rudnick LLP    Seven Times Square    New York, NY 10036 |
| aty | Steven E. Mackey | Office of the U.S. Trustee    The Giaimo Federal Building    150 Court Street, Room 302    New Haven, CT 06510 |

TOTAL: 3