**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| HO WAN KWOK | : | Case No. 22-50073 (JAM) |
| Debtor | : | |

### MOTION TO APPEAR REMOTELY

The undersigned counsel for GOLDEN SPRING (NEW YORK) LTD ("GSNY"), Scott D. Rosen, Esq., of Cohn Birnbaum & Shea P.C. (*"Counsel"*), hereby requests permission to appear remotely at the April 27, 2022 hearings on this matter. Attorney Miltenberger will appear in person on behalf of GSNY. The reason for this request is as follows: Counsel was directly exposed to Covid during the past several days and has developed symptoms. (An at home test kit was negative. Counsel has not yet had a PCR test.) In fariness to the other counsel, and especially given that social distancing is not possible in this case because of the large number of counsel and parties who will attend in person, the undersigned believes it would be irresponsible to attend in person and put others at risk. GSNY has been informed and has consented to this request.

Dated: April 26, 2022     By:   /s/ Scott D. Rosen
                                   Scott D. Rosen
                                   COHN BIRNBAUM & SHEA P.C.
                                   100 Pearl Street, 12th Floor
                                   Hartford, CT 06103
                                   Tel. 860-493-2200

Fax. 860-727-0361
Email: srosen@cbshealaw.com
Its Attorneys

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 26th day of April 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      /s/ Scott D. Rosen
    Scott D. Rosen

213544v1