# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok[1]<br><br>              Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>April 26, 2022 |

**JOINT EXHIBIT GRID RE DEBTOR'S APPLICATION FOR AUTHORIZATION TO RETAIN AND EMPLOY VERDOLINO & LOWEY, P.C. AS FINANCIAL ADVISOR AND DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL DIP ORDERS AUTHORIZING THE DEBTOR TO OBTAIN UNSECURED, SUBORDINATED <u>POSTPETITION FINANCING</u>**

In accordance with the Court's instructions at the April 13, 2022 hearing and in advance of the April 27, 2022 hearing on Debtor's *Application for Authorization to Retain and Employ Verdolino & Lowey, P.C. as Financial Advisor* [ECF No. 90] and *Debtor's Motion for Entry of Interim and Final DIP Orders Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing* [ECF No. 117], Pacific Alliance Asia Opportunity Fund L.P. ("PAX") respectfully submits the below Joint Exhibit Grid on behalf of PAX, the Official Committee of Unsecured Creditors of Ho Wan Kwok ("UCC"), and Debtor Ho Wan Kwok.

| Exhibit No. | Description | Objection |
|---|---|---|
| PAX 01 | C. Jalbert Dep Ex. 1: Notice of Deposition of Verdolino & Lowey, P.C. | None |
| PAX 02 | C. Jalbert Dep Ex. 2: Email from C. Jalbert to B. Silverberg re Kwok Engagement Letter | None |
| PAX 03 | C. Jalbert Dep Ex. 3: Email from C. Jalbert to B. Silverberg re Kwok Engagement Letter and Post-Petition Retainer | None |

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

1

| | | |
|---|---|---|
| PAX 04 | C. Jalbert Dep Ex. 4: Debtor's Application for Authorization to Retain and Employ Verdolino & Lowey, P.C. as Financial Advisor | None |
| PAX 05 | C. Jalbert Dep Ex. 5: Debtor's Schedules | None |
| PAX 06 | C. Jalbert Dep Ex. 6: Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs | None |
| PAX 07 | C. Jalbert Dep Ex. 7: Email from A. Mitchell to M. Flynn and M. Francis re Kwok's Expenses | None |
| PAX 08 | C. Jalbert Dep Ex. 8: Monthly Operating Report | None |
| PAX 09 | C. Jalbert Dep Ex. 9: Email from M. Flynn to A. Mitchell, M. Francis and Redacted Name re Kwok's Expenses | None |
| PAX 10 | C. Jalbert Dep Ex. 10: Email from M. Flynn to A. Mitchell, M. Francis and Redacted Name re Kwok's Expenses | None |
| PAX 11 | (1) Email from M. Schindler to S. Pohl and C. Jalbert re V&L's Qualifications<br>(2) Verdolino & Lowey Firm Experience<br>(3) Craig Jalbert CV | None |
| PAX 12 | PAX's First Request for Production of Documents Directed to Verdolino & Lowey, P.C. | None |
| PAX 13 | Verdolino & Lowey, P.C.'s Objections and Responses to PAX's First Request for Production of Documents | None |
| PAX 14 | Craig Jalbert Deposition Transcript | Debtor: Hearsay |
| PAX 15 | Yvette Wang Deposition Transcript | Debtor: Hearsay |
| PAX 16 | Declaration of Ho Wan Kwok | None |
| PAX 17 | Transcript of the 341 Meeting of Creditors | None |
| PAX 18 | Kwok Affidavit filed in *Ace Decade Holdings Limited v. USB AG*, Index No. 653316/2015 (N.Y. Sup. Ct.) (English) | Debtor: Foundation, Hearsay, Relevance |
| PAX 19 | Kwok Affidavit filed in *Ace Decade Holdings Limited v. USB AG*, Index No. 653316/2015 (N.Y. Sup. Ct.) (Chinese) | Debtor: Relevance |
| PAX 20 | Complaint filed in *Ace Decade Holdings Limited v. USB AG*, Index No. 653316/2015 (N.Y. Sup. Ct.) | Debtor: Relevance, Hearsay |
| PAX 21 | Monthly Operating Report | None |
| UCC Exhibit 1 | Debtor's Declaration in Support of the Chapter 11 Case and Certain Motions | None |
| UCC Exhibit 2 | Debtor's Proposed Interim DIP Order and Debtor-in-Possession Credit Agreement | None |
| UCC Exhibit 3 | Jalbert April 8, 2022 Deposition Exhibit 10 | None |

| UCC Exhibit 4 | Debtor's Motion to Employ Professionals in Ordinary Course | None |
| --- | --- | --- |
| UCC Exhibit 5 | Debtor's Proposed Plan | None |
| Debtor 01 | Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs | None |
| Debtor 02 | Official Form 106Sum – Summary of Assets and Liabilities and Certain Statistical Information / Schedules A, B, C, D, E, F, G, H, I and J | None |
| Debtor 03 | Declaration About Individual Debtor's Schedules | None |
| Debtor 04 | Amended Official Form 122B - Chapter 11 Statement of Your Current Monthly Income | None |
| Debtor 05 | Debtor's Application for Authorization to Retain and Employ Verdolino & Lowey, P.C. as Financial Advisor | None |
| Debtor 06 | Debtor's Motion for Entry of Interim and Final DIP Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief | None |
| Debtor 07 | Notice of Filing of Proposed Chapter 11 Plan of Ho Wan Kwok | None |
| Debtor 08 | Omnibus Reply of Debtor in Support of Entry of Order Approving DIP Facilities | None |

*[Signature follows on next page]*

Dated: April 26, 2022  
Hartford, Connecticut

**Pacific Alliance Asia Opportunity Fund L.P.**

*/s/ Patrick M. Birney*
By: /s/ Patrick M. Birney
Patrick M. Birney (CT No. 19875)
Annecca H. Smith (CT No. 31148)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8275
Facsimile: (860) 275-8299
E-mail: pbirney@rc.com
       asmith@rc.com

-and-

Peter Friedman (admitted *pro hac vice*)
Stuart M. Sarnoff (admitted *pro hac vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: pfriedman@omm.com
       ssarnoff@omm.com