# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| Debtor. | : | |

**NOTICE OF FILING OF (A) AMENDED
PROPOSED ORDER; AND (B) BLACKLINE OF PROPOSED
ORDER GRANTING DEBTOR'S APPLICATION FOR AUTHORIZATION
TO RETAIN AND EMPLOY VERDOLINO & LOWEY, P.C. AS FINANCIAL ADVISOR**

**PLEASE TAKE NOTICE** that on March 16, 2022, Mr. Ho Wan Kwok, the debtor and debtor-in-possession ("Mr. Kwok" or the "Debtor") in the above-captioned chapter 11 case, by and through his undersigned counsel, filed the *Debtor's Application for Authorization to Retain and Employ Verdolino & Lowey, P.C. as Financial Advisor* (the "Motion") [Docket No. 90][1].

**PLEASE TAKE FURTHER NOTICE** that in connection with Motion, please find a revised form of proposed Order attached hereto as "**Exhibit 1**".

**PLEASE TAKE FURTHER NOTICE** that in connection with Motion, please find a legal blackline of the revised form of proposed Order against the version as filed in the Motion, attached hereto as "**Exhibit 2**".

---

[1] Capitalized terms used and not otherwise defined herein have the meaning ascribed thereto in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtor intends to seek entry of the Proposed Order at the hearing scheduled for April 27, 2022 at 9:30 a.m. (Eastern Time).

Dated: April 26, 2022

                                     **BROWN RUDNICK LLP**

                                     By: /s/ *William R. Baldiga*
                                     BROWN RUDNICK LLP
                                     185 Asylum Street
                                     Hartford, CT 06103
                                     Attn: Dylan Kletter, Esq.
                                     Telephone:  (860) 509-6500
                                     Facsimile:  (860) 509-6653
                                     Email: dkletter@brownrudnick.com

                                     Seven Times Square
                                     New York, NY 10036
                                     Attn: William R. Baldiga, Esq. (*pro hac vice*)
                                     Attn: Bennett S. Silverberg, Esq. (*pro hac vice*)
                                     Telephone:  (212) 209-4800
                                     Facsimile:  (212) 209-4801
                                     Email: wbaldiga@brownrudnick.com
                                                          bsilverberg@brownrudnick.com

## **EXHIBIT A**

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------------X
: 
In re: : Chapter 11
: 
   Ho Wan Kwok, : Case No. 22-50073 (JAM)
: 
: 
: 
          Debtor.¹ : 
: 
------------------------------------------------------------------X

**ORDER GRANTING DEBTOR'S APPLICATION FOR AUTHORIZATION**
**TO RETAIN AND EMPLOY VERDOLINO & LOWEY, P.C. AS FINANCIAL ADVISOR**

Upon the application (the "Application")² of Mr. Ho Wan Kwok ("Mr. Kwok" or the "Debtor") for authority to employ and retain Verdolino & Lowey, P.C. ("V&L") as his financial advisor in this Chapter 11 Case, pursuant to section 327(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, as more fully set forth in the Application; and upon consideration of the Jalbert Affidavit; and the Court having found that V&L is a "disinterested person" as such term is defined under section 101(14) of the Bankruptcy Code, as supplemented by section 1107(b) of the Bankruptcy Code; and this court having found the terms and conditions of V&L's employment, including but not limited to the terms set forth in the Engagement Agreement and Application, are reasonable under section 330 of the Bankruptcy Code; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and consideration of the Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided

---

1    The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.
2    All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court having reviewed the Application; and the Court having held a hearing on the Application; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and it appearing that the relief requested in the Application is in the best interests of Mr. Kwok, this Chapter 11 estate, and its creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is approved as provided herein.

2. Pursuant to sections 327(a) and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rules 2014-1 and 2016-1, Mr. Kwok is hereby authorized to employ and retain V&L as his financial advisor in this Chapter 11 Case, effective as of March 3, 2022, and in accordance with the terms and conditions set forth in the Engagement Agreement attached to the Application as Exhibit B.

3. V&L shall file interim and final fee applications for the allowance of compensation for services rendered and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of this Court.

4. To the extent that there is any inconsistency between the Engagement Agreement, the Application and this Order, the provisions of this Order shall apply.

5. Mr. Kwok and V&L are authorized to take all steps necessary or appropriate to carry out this Order.

6. The Engagement Agreement shall be deemed amended, without further notice or action by any party, as follows:

      a. The phrase "Opening and maintaining the DIP account, and effectuating disbursements when necessary and," as appearing on page 1, shall be removed.

      b. The phrase "General consulting and assistance with any other matters and tasks that may arise, and as may be directed by you or the Debtor," as appearing on page 2, shall be removed and replaced with "Provision of accounting services and assistance with compliance with your financial obligations under orders of the Bankruptcy Court and otherwise under the Bankruptcy Code."

7. Notwithstanding any provision of the Application or Engagement Agreement, Verdolino & Lowey, PC shall not be authorized to open, maintain or serve as authorized signatory on any deposit or investment account established on the Debtor's behalf.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated:

Bridgeport, Connecticut

                                                                                Honorable Julie A. Manning
                                                                                United States Bankruptcy Judge
                                                                                District of Connecticut

64684757 v2-WorkSiteUS-038210/0001

## **EXHIBIT B**

Blackline

64685017 v1-WorkSiteUS-038210/0001

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------------X
                                                                  :
In re:                                                            :   Chapter 11
                                                                  :
   Ho Wan Kwok,                                      :   Case No. 22-50073 (JAM)
                                                                  :
                                                                  :
                                                                  :
   Debtor.[1]                                        :
                                                                  :
------------------------------------------------------------------X

**ORDER GRANTING DEBTOR'S APPLICATION FOR AUTHORIZATION**
**TO RETAIN AND EMPLOY VERDOLINO & LOWEY, P.C. AS FINANCIAL ADVISOR**

Upon the application (the "Application")[2] of Mr. Ho Wan Kwok ("Mr. Kwok" or the "Debtor") for authority to employ and retain Verdolino & Lowey, P.C. ("V&L") as his financial advisor in this Chapter 11 Case, pursuant to section 327(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, as more fully set forth in the Application; and upon consideration of the Jalbert Affidavit; and the Court having found that V&L is a "disinterested person" as such term is defined under section 101(14) of the Bankruptcy Code, as supplemented by section 1107(b) of the Bankruptcy Code; and this court having found the terms and conditions of V&L's employment, including but not limited to the terms set forth in the Engagement Agreement and Application, are reasonable under section 330 of the Bankruptcy Code; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and consideration of the Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having

---

[1]     The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.
[2]     All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court having reviewed the Application; and the Court having held a hearing on the Application; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and it appearing that the relief requested in the Application is in the best interests of Mr. Kwok, this Chapter 11 estate, and its creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is approved as provided herein.

2. Pursuant to sections 327(a) and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rules 2014-1 and 2016-1, Mr. Kwok is hereby authorized to employ and retain V&L as his financial advisor in this Chapter 11 Case, effective as of March 3, 2022, and in accordance with the terms and conditions set forth in the Engagement Agreement attached to the Application as Exhibit B.

3. V&L shall file interim and final fee applications for the allowance of compensation for services rendered and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of this Court.

~~4. The relief granted herein shall be binding upon any chapter 11 trustee appointed in the Chapter 11 Case, or upon any chapter 7 trustee appointed in the event of a subsequent conversion of the Chapter 11 Case to cases under chapter 7.~~

4. ~~5.~~ To the extent that there is any inconsistency between the Engagement Agreement, the Application and this Order, the provisions of this Order shall apply.

5.    ~~6.~~ Mr. Kwok and V&L are authorized to take all steps necessary or appropriate to carry out this Order.

~~7. Without further orders by this Court, Verdolino & Lowey, PC is authorized to take any and all actions necessary to open and maintain a segregated deposit account established on the Debtor's behalf with a financial institution that has entered into an authorized depository agreement with the Office of the United States Trustee, to be (i) designated solely as the "DIP Account" and (ii) under which Craig Jalbert, of Verdolino & Lowey, PC, shall be the sole authorized signatory.~~

6.    The Engagement Agreement shall be deemed amended, without further notice or action by any party, as follows:

   a.    The phrase "Opening and maintaining the DIP account, and effectuating disbursements when necessary and," as appearing on page 1, shall be removed.

   b.    The phrase "General consulting and assistance with any other matters and tasks that may arise, and as may be directed by you or the Debtor," as appearing on page 2, shall be removed and replaced with "Provision of accounting services and assistance with compliance with your financial obligations under orders of the Bankruptcy Court and otherwise under the Bankruptcy Code."

7.    Notwithstanding any provision of the Application or Engagement Agreement, Verdolino & Lowey, PC shall not be authorized to open, maintain or serve as authorized signatory on any deposit or investment account established on the Debtor's behalf.

8.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated:

3

Bridgeport, Connecticut

                                                                                                             _____

                                                                                                             Honorable Julie A. Manning
                                                                                                             United States Bankruptcy Judge
                                                                                                             District of Connecticut

~~64685038 v1-WorkSiteUS-038210/0001~~64684757 v2-WorkSiteUS-038210/0001

4

| Summary report: Litera® Change-Pro for Word 10.8.2.11 Document comparison done on 4/26/2022 10:39:50 PM ||
|---|---|
| **Style name:** Standard ||
| **Intelligent Table Comparison:** Active ||
| **Original DMS:** iw://WORKSITE/WorkSiteUS/64685038/1 ||
| **Modified DMS:** iw://WORKSITE/WorkSiteUS/64684757/2 ||
| **Changes:** ||
| Add | 14 |
| Delete | 7 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 21 |