AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Patrick M. Birney | 2. PHONE NUMBER<br>(860) 275-8275 | 3. DATE<br>4/28/2022 |

| | | | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>pbirney@rc.com | 5. CITY<br>Hartford | 6. STATE<br>CT | 7. ZIP CODE<br>06103 |

| | | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 8. CASE NUMBER<br>22-50073 | 9. JUDGE<br>Judge Julie A. Manning | 10. FROM 4/27/2022 | 11. TO 4/27/2022 |

| | LOCATION OF PROCEEDINGS | |
|---|---|---|
| 12. CASE NAME<br>Ho Wan Kwok | 13. CITY Bridgeport | 14. STATE Connecticut |

15. ORDER FOR

☐ APPEAL ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☒ BANKRUPTCY
☐ NON-APPEAL ☐ CIVIL ☐ IN FORMA PAUPERIS ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify)<br>Hearing | 4/27/2022 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES<br>1 | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL 0.00

| | |
|---|---|
| 18. SIGNATURE<br>/s/ Patrick M. Birney | PROCESSED BY<br>Pamela Esposito |
| 19. DATE<br>4/28/2022 | PHONE NUMBER<br>203-579-5808 |

TRANSCRIPT TO BE PREPARED BY

Fiore Reporting and Transcription

COURT ADDRESS

U.S. Bankruptcy Court
915 Lafayette Blvd.
Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

4/28/22, 4:11 PM
Case 22-50073    Doc 282    Filed 04/28/22    Entered 04/28/22 16:20:37    Page 2 of 10
Central District Database

22-50073 Ho Wan Kwok
Case type: bk Chapter: 11 Asset: Yes Vol: v Judge: Julie A. Manning
Date filed: 02/15/2022 Date of last filing: 04/28/2022

# Attorneys

| | | |
|---|---|---|
| **Laura Aronsson**<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036<br>212-728-5841<br>laronsson@omm.com<br> *Assigned: 04/08/2022*<br> *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Kenneth Aulet**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>kaulet@brownrudnick.com<br> *Assigned: 04/26/2022*<br> *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **William Baldiga**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>New York<br>212-209-4800<br>212-209-4801 (fax)<br>wbaldiga@brownrudnick.com<br> *Assigned: 03/01/2022*<br> *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **William R. Baldiga**<br>Brown, Rudnik, Freed & Gesmer<br>One Financial Center<br>Boston, MA 02111<br>(617) 330-9000<br>617-289-0420 (fax)<br>wbaldiga@brownrudnick.com<br> *Assigned: 03/09/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Patrick M. Birney**<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8200<br>(860) 275-8299 (fax) | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

| | | |
|---|---|---|
| pbirney@rc.com<br>  *Assigned: 02/24/2022* | | |
| **Carollynn H.G. Callari**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>ccallari@callaripartners.com<br>  *Assigned: 03/16/2022*<br>  *LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |
| **Andrew M. Carty**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>acarty@brownrudnick.com<br>  *Assigned: 04/15/2022*<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Holley L. Claiborn**<br>Office of The United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br>(203) 773-2217 (fax)<br>holley.l.claiborn@usdoj.gov<br>  *Assigned: 02/28/2022* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **David S. Forsh**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>dforsh@callaripartners.com<br>  *Assigned: 03/17/2022*<br>  *LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |
| **Peter Friedman**<br>O'Melveny & Myers LLP | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

1625 Eye Street NW
Washington, DC 20006
202-383-5302
pfriedman@omm.com
  *Assigned: 02/25/2022*
  *LEAD ATTORNEY*

**Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604
203-330-2000
203-576-8888 (fax)
igoldman@pullcom.com
  *Assigned: 04/05/2022*

representing

**Official Committee of Unsecured Creditors**
*(Creditor Committee)*

**Mia N. Gonzalez**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-728-5698
mgonzalez@omm.com
  *Assigned: 04/08/2022*
  *LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**David V. Harbach, II**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5127
dharbach@omm.com
  *Assigned: 02/25/2022*
  *LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Jeffrey L Jonas**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
2122094800
212-209-4801 (fax)
jjonas@brownrudnick.com
  *Assigned: 04/21/2022*
  *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Jonathan Kaplan**
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
860-424-4379
860-424-4370 (fax)
jkaplan@pullcom.com
  *Assigned: 04/05/2022*

representing

**Official Committee of Unsecured Creditors**
*(Creditor Committee)*

**Stephen M. Kindseth**

representing

**HK International Funds Investments (USA)**

| | | |
|---|---|---|
| Zeisler & Zeisler<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>(203) 368-4234<br>203-367-9678 (fax)<br>skindseth@zeislaw.com<br> *Assigned: 04/11/2022* | | Limited, LLC<br>*(Interested Party)* |
| **Dylan Kletter**<br>Brown Rudnick LLP<br>185 Asylum Street<br>Hartford, CT 06103<br>860-509-6500<br>dkletter@brownrudnick.com<br> *Assigned: 02/15/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Steven E. Mackey**<br>Office of the U.S. Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br> *Assigned: 03/22/2022* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Kristin B. Mayhew**<br>McElroy, Deutsch, Mulvaney & Carpenter<br>30 Jeliff Lane<br>Southport, CT 06890<br>(203) 319-4011<br>203-259-0251 (fax)<br>kmayhew@mdmc-law.com<br> *Assigned: 03/15/2022* | representing | **Rui Ma**<br>*(20 Largest Creditor)*<br><br>**Weican Meng**<br>*(20 Largest Creditor)*<br><br>**Zheng Wu**<br>*(Creditor)* |
| **Timothy D. Miltenberger**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103<br>860-493-2200<br>Tmiltenberger@cbshealaw.com<br> *Assigned: 03/31/2022* | representing | **Golden Spring (New York) LTD**<br>*(Interested Party)* |
| **Aaron Romney**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604 | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |

203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
  Assigned: 04/11/2022

| | | |
|---|---|---|
| **Scott D. Rosen**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103-4500<br>(860) 493-2200<br>860-727-0361 (fax)<br>srosen@cb-shea.com<br>  Assigned: 03/28/2022 | representing | **Golden Spring (New York) LTD**<br>*(Interested Party)* |
| **Stuart M. Sarnoff**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>202-326-2293<br>ssarnoff@omm.com<br>  Assigned: 02/25/2022<br>  *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Bennett Silverberg**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>bsilverberg@brownrudnick.com<br>  Assigned: 03/01/2022<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Annecca H. Smith**<br>Robinson & Cole, LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>860-275-8325<br>860-275-8299 (fax)<br>asmith@rc.com<br>  Assigned: 02/24/2022 | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Jay Marshall Wolman**<br>Randazza Legal Group, PLLC<br>100 Pearl Street, 14th Floor<br>Hartford, CT 06103<br>702-420-2001<br>jmw@randazza.com<br>  Assigned: 02/17/2022 | representing | **Logan Cheng**<br>c/o Randazza Legal Group, PLLC<br>100 Pearl Street<br>14th Floor<br>Hartford, CT 06103<br>*(Creditor)* |
| **Peter J. Zarella**<br>McElroy, Deutsch, Mulvaney & Carpenter,<br>One State Street, 14th floor | representing | **Rui Ma**<br>*(20 Largest Creditor)* |

Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
*Assigned: 03/22/2022*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

| 9:30 a.m. to 12:30 p.m. | **Honorable Julie A. Manning** |
|---|---|
| 1:30 p.m. to 6:15 p.m. | |

**Wednesday April 27 2022**

Current as of 04/27/2022, 9:10 am

---

| 09:30 AM | 22-50073 Ho Wan Kwok  Ch: 11 | | 1 |
|---|---|---|---|

**Matter:** #57; Motion of Pacific Alliance Asia Opportunity Fund L.P. for Entry of an Order Confirming the Inapplicability of the Automatic Stay or, in the Alternative, Relief from the Automatic Stay Pursuant to Section 362(d)(2) of the Bankruptcy Code Filed by Patrick M. Birney on behalf of Pacific Alliance Asia Opportunity Fund L.P., 20 Largest Creditor

---

| 09:30 AM | 22-50073 Ho Wan Kwok  Ch: 11 | | 2 |
|---|---|---|---|

**Matter:** #86; Application of the Debtor for Entry of an Order Authorizing the Employment and Retention of Brown Rudnick LLP as Counsel for the Debtor Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor

---

| 09:30 AM | 22-50073 Ho Wan Kwok  Ch: 11 | | 3 |
|---|---|---|---|

**Matter:** #90; Debtor's Application for Authorization to Retain and Employ Verdolino & Lowey, P.C. as Financial Advisor Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor

| | | |
|---|---|---|
| 09:30 AM | 22-50073  Ho Wan Kwok<br>Ch: 11 | 4 |

**Matter:** #102; United States Trustee's Motion for Order Directing Appointment of an Examiner, or in the alternative, Motion for Order Directing the Appointment of a Chapter 11 Trustee Filed by Holley L. Claiborn on behalf of U. S. Trustee

| | | |
|---|---|---|
| 09:30 AM | 22-50073  Ho Wan Kwok<br>Ch: 11 | 5 |

**Matter:** #117; Debtor's Motion for Entry of Interim and Final DIP Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor

| | | |
|---|---|---|
| 09:30 AM | 22-50073  Ho Wan Kwok<br>Ch: 11 | 6 |

**Matter:** #146; Debtor's Motion (I) Setting Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, and (III) Approving Notice Thereof Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor

| | | |
|---|---|---|
| 09:30 AM | 22-50073  Ho Wan Kwok<br>Ch: 11 | 7 |

**Matter:** #148; Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331 to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professional Fee Parties  Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor

| | | | |
|---|---|---|---|
| 09:30 AM | 22-50073 Ch: 11 | Ho Wan Kwok | 8 |

**Matter:** #157; Application to Employ Pullman & Comley, LLC as Counsel to the Official Committee of Unsecured Creditors Filed by Irve J. Goldman on behalf of Official Committee of Unsecured Creditors, Creditor Committee

| | | | |
|---|---|---|---|
| 09:30 AM | 22-50073 Ch: 11 | Ho Wan Kwok | 9 |

**Matter:** #186; Motion to Schedule a Status Conference, Set Briefing Schedule and Schedule Hearing Regarding its Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee Filed by Patrick M. Birney on behalf of Pacific Alliance Asia Opportunity Fund L.P., 20 Largest Creditor

| | | | |
|---|---|---|---|
| 09:30 AM | 22-50073 Ch: 11 | Ho Wan Kwok | 10 |

**Matter:** #193; Order Granting in Part Motion for Order

11