# EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor.[1] | : |
| | : |
| | : |

**ORDER AUTHORIZING RETENTION AND EMPLOYMENT**
**OF PULLMAN & COMLEY, LLC AS COUNSEL FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon the Application of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case, for authority to retain and employ Pullman & Comley, LLC ("P&C") as its counsel, effective as of March 29, 2022 (the "Application"), and upon the Declaration of Irve J. Goldman, Esq. accompanying the Application, and the Court being satisfied that P&C: (i) does not represent any other entity having an adverse interest in connection with this case; (ii) does not have or represent interests adverse to the Committee or the creditors of this estate, (iii) is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code; and that the employment of P&C is in the best interests of the Committee, and notice of the Application having been given to the Debtor, the United States Trustee, and all appearing parties; and it appearing that no other notice need be given; and no adverse interest being represented; and after due deliberation and sufficient cause appearing therefor; it is

**ORDERED**, that the Application is hereby granted and approved in all respects; and it is further

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

2

      **ORDERED**, that in accordance with section 1103 of the Bankruptcy Code, the Committee is hereby authorized and empowered to retain and employ P&C as its counsel, effective as of March 29, 2022, and it is further

      **ORDERED**, that the allowance of any compensation to be paid to P&C shall be determined in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and as may be established by this Court~~.~~, and it is further

      **ORDERED**, that as stated in the Supplemental Declaration of Irve J. Goldman filed at ECF 237, P&C's representation of Dr. Bob Fu will be limited to the filing of a proof of claim, and that P&C's representation in that regard will not include, and P&C will refrain from, representing Dr. Fu in any challenge to his claim or as a creditor in this case generally.

2

| Summary Report | |
|---|---|
| Title | **pdfDocs compareDocs Comparison Results** |
| Date & Time | 4/28/2022 11:06:08 PM |
| Comparison Time | 2.52 seconds |
| compareDocs version | v5.0.200.14 |

| Sources | |
|---|---|
| Original Document | [#10291866] [v1] Order on Application to Employ PC as Committee Counsel.docx |
| Modified Document | [#10291883] [v2] Order on Application to Employ PC as Committee Counsel-revised 4.28.22 FINAL.docx |

| Comparison Statistics | | | Word Rendering Set Markup Options | |
|---|---|---|---|---|
| Insertions | 2 | | Name | Standard |
| Deletions | 1 | | Insertions | |
| Changes | 2 | | Deletions | |
| Moves | 0 | | Moves / Moves | |
| Font Changes | 0 | | Font Changes | |
| Paragraph Style Changes | 0 | | Paragraph Style Changes | |
| Character Style Changes | 0 | | Character Style Changes | |
| TOTAL CHANGES | 5 | | Inserted cells | |
| | | | Deleted cells | |
| | | | Merged cells | |
| | | | Changed lines | Mark left border. |

| compareDocs Settings Used | Category | Option Selected |
|---|---|---|
| Open Comparison Report after saving | General | Always |
| Report Type | Word | TrackChanges |
| Character Level | Word | True |
| Include Comments | Word | False |
| Include Field Codes | Word | True |
| Flatten Field Codes | Word | True |
| Include Footnotes / Endnotes | Word | True |
| Include Headers / Footers | Word | True |
| Image compare mode | Word | Insert/Delete |
| Include List Numbers | Word | True |
| Include Quotation Marks | Word | False |
| Show Moves | Word | True |
| Include Tables | Word | True |
| Include Text Boxes | Word | True |
| Show Reviewing Pane | Word | False |
| Summary Report | Word | End |
| Detail Report | Word | Separate (View Only) |
| Document View | Word | Print |