**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>                    Debtor. | Chapter 11<br><br>Case No: 22-50073 (JAM) |
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND, L.P.,<br><br>                    Movant,<br><br>v.<br><br>HO WAN KWOK,<br><br>                    Respondent. | Contested Matter [Doc. No. 57] |

**NOTICE OF:**
**[PROPOSED] STIPULATED ORDER COMPELLING**
**HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC**
**TO TRANSPORT AND DELIVER THAT CERTAIN YACHT, THE "LADY MAY"**

The party-in-interest, HK International Funds Investments (USA) Limited, LLC ("HK

USA") ("HK USA"), the debtor and debtor-in-possession, Ho Wan Kwok, the Official

Committee of Unsecured Creditors appointed in this case (the "Committee"), and the creditors,

Pacific Alliance Asia Opportunity Fund, L.P. ("PAX"), Rui Ma and Zheng Wu, each by their

respective undersigned counsel, respectfully stipulate and agree to the entry by this Court of that

certain [Proposed] Stipulated Order Compelling HK International Funds Investments (USA)

Limited, LLC to Transport and Deliver that Certain Yacht, The "Lady May" (the "Proposed

Order") appended hereto as **Exhibit 1**, thereby resolving that certain Motion of Pacific Alliance

Asia Opportunity Fund L.P. for Entry of an Order Confirming the Inapplicability of the

Automatic Stay or, in the Alternative, Relief from the Automatic Stay Pursuant to Section

362(D)(2) of the Bankruptcy Code [Doc. No. 57], on the terms and conditions set forth in the

Proposed Order.

HK USA, by its undersigned counsel, further represents that: (i) all parties to the Escrow

Agreement appended to the Proposed Order as **Exhibit A** have executed the Escrow Agreement;

and (ii) the escrow funds in the amount of $37 million have been deposited with the escrow

agent.

Dated this 29th day of April, 2022.

HK INTERNATIONAL FUNDS INVESTMENTS
(USA) LIMITED, LLC


By: */s/ Stephen M. Kindseth*
Stephen M. Kindseth (CT No.14640)
Aaron A. Romney (CT No. 28144)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06604
Telephone: (203) 368-4234
Facsimile: (203) 549-0872
Email:  skindseth@zeislaw.com
         aromney@zeislaw.com
Its Attorneys


HO WAN KWOK, DEBTOR AN DEBTOR-IN-
POSSESSION


Dylan Kletter (CT No. 28197)
BROWN RUDNICK LLP
185 Asylum Street
Hartford, CT 06103
Attn: Dylan Kletter, Esq.
Telephone: (860) 509-6500
Facsimile: (860) 509-6501
Email: dkletter@brownrudnick.com

-and

By: */s/ William R. Baldiga*
William R. Baldiga, Esq. (admitted pro hac vice)
Jeffrey L. Jonas (admitted pro hac vice)
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email:  wbaldiga@brownrudnick.com
            jjonas@brownrudnick.com

His attorneys


OFFICIAL COMMITTEE OF UNSECURED
CREDITORS


By: */s/ Jonathan Kaplan*
Irve J. Goldman (CT No. 02404)
Jonathan Kaplan (CT No. 27126)
Pullman & Comley
850 Main Street, 8th Floor
Bridgeport, CT 06604
Telephone: (203) 330-2000
Facsimile: (203) 576-8888
Email:  igoldman@pullcom.com
            jkaplan@pullcom.com

Its attorneys


PACIFIC ALLIANCE ASIA OPPORTUNITY
FUND L.P.


By: */s/ Patrick M. Birney*
Patrick M. Birney (CT No. 19875)
Annecca H. Smith (CT No. 31148)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8275
Facsimile: (860) 275-8299
Email:  pbirney@rc.com

asmith@rc.com

-and

Peter Friedman (admitted pro hac vice)
Stuart M. Sarnoff (admitted pro hac vice)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: pfriedman@omm.com
            ssarnoff@omm.com

Its attorneys


ZHENG WU and RUI MA


By: */s/ Kristin B. Mayhew*
Kristin B. Mayhew (CT No. 20896)
McElroy, Deutsch, Mulvaney & Carpenter
30 Jeliff Lane
Southport, CT 06890
Telephone: (203) 319-4011
Facsimile: (203) 259-0251
Email: kmayhew@mdmc-law.com

-and

Carollynn H.G. Callari (admitted pro hac vice)
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
Telephone: (212) 202-3050
Facsimile: (732) 243-0163
Email: ccallari@callaripartners.com

Their attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice ofElectronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Stephen M. Kindseth*
Stephen M. Kindseth (ct14640)