# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re : | Chapter 11 |
| Ho Wan Kwok, : | Case No. 22-50073 |
| Debtor.[1] : | Re: ECF No. 157 |

## ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF PULLMAN & COMLEY, LLC AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the Application of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case, for authority to retain and employ Pullman & Comley, LLC ("P&C") as its counsel, effective as of March 29, 2022 (the "Application"), and upon the Declaration of Irve J. Goldman, Esq. accompanying the Application, and the Court being satisfied that P&C: (i) does not represent any other entity having an adverse interest in connection with this case; (ii) does not have or represent interests adverse to the Committee or the creditors of this estate, (iii) is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code; and that the employment of P&C is in the best interests of the Committee, and notice of the Application having been given to the Debtor, the United States Trustee, and all appearing parties; and it appearing that no other notice need be given; and no adverse interest being represented; and after due deliberation and sufficient cause appearing therefor and after the hearing held on April 27, 2022; it is

**ORDERED**, that the Application is hereby granted and approved in all respects; and it is further

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

**ORDERED**, that in accordance with section 1103 of the Bankruptcy Code, the Committee is hereby authorized and empowered to retain and employ P&C as its counsel, effective as of March 29, 2022, and it is further

**ORDERED**, that the allowance of any compensation to be paid to P&C shall be determined in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and as may be established by this Court, and it is further

**ORDERED**, that as stated in the Supplemental Declaration of Irve J. Goldman filed at ECF 237, P&C's representation of Dr. Bob Fu will be limited to the filing of a proof of claim, and that P&C's representation in that regard will not include, and P&C will refrain from, representing Dr. Fu in any challenge to his claim or as a creditor in this case generally.

Dated at Bridgeport, Connecticut this 29th day of April, 2022.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut