United States Bankruptcy Court
District of Connecticut

In re:  
Ho Wan Kwok  
    Debtor

Case No. 22-50073-jam  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0205-5      User: admin      Page 1 of 3  
Date Rcvd: Apr 29, 2022      Form ID: pdfdoc2      Total Noticed: 5

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ho Wan Kwok, 373 Taconic Road, Greenwich, CT 06831-2828 |
| aty | + | Andrew M. Carty, Brown Rudnick LLP, Seven Times Square, New York, NY 10036-6548 |
| cr | + | Logan Cheng, c/o Randazza Legal Group, PLLC, 100 Pearl Street, 14th Floor, Hartford, CT 06103-4500 |
| ca | + | Stretto, 410 Exchange, Suite 100, Irvine, CA 92602-1331 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | Apr 29 2022 18:28:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |
| ca | + | Email/Text: cr-info@stretto.com | Apr 29 2022 18:28:00 | Stretto, 410 Exchange, Suite 100, Irvine, CA 92602-1331 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Golden Spring (New York) LTD |
| intp | | HK International Funds Investments (USA) Limited, |
| crcm | | Official Committee of Unsecured Creditors |
| cr | | Zheng Wu |
| 20 | | Pacific Alliance Asia Opportunity Fund L.P. |
| 20 | | Rui Ma |
| 20 | | Weican Meng |

TOTAL: 7 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2022      Signature:      /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 2 of 3 |
| Date Rcvd: Apr 29, 2022 | Form ID: pdfdoc2 | Total Noticed: 5 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Romney | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron Romney | on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Annecca H. Smith | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com |
| Bennett Silverberg | on behalf of Debtor Ho Wan Kwok bsilverberg@brownrudnick.com |
| Carollynn H.G. Callari | on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com |
| Carollynn H.G. Callari | on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com |
| Carollynn H.G. Callari | on behalf of Creditor Zheng Wu ccallari@callaripartners.com |
| David S. Forsh | on behalf of Creditor Zheng Wu dforsh@callaripartners.com |
| David S. Forsh | on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com |
| David S. Forsh | on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com |
| David V. Harbach, II | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com |
| Dylan Kletter | on behalf of Debtor Ho Wan Kwok dkletter@brownrudnick.com adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;rstark@brownrudnick.com |
| Holley L. Claiborn | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |
| Irve J. Goldman | on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com  rmccoy@pullcom.com |
| Jay Marshall Wolman | on behalf of Creditor Logan Cheng jmw@randazza.com  ecf-6898@ecf.pacerpro.com |
| Jeffrey L Jonas | on behalf of Debtor Ho Wan Kwok jjonas@brownrudnick.com |
| Jonathan Kaplan | on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com prulewicz@pullcom.com;rmccoy@pullcom.com |
| Kenneth Aulet | on behalf of Debtor Ho Wan Kwok kaulet@brownrudnick.com |
| Kristin B. Mayhew | on behalf of Creditor Zheng Wu kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of 20 Largest Creditor Weican Meng kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of 20 Largest Creditor Rui Ma kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Laura Aronsson | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com |
| Mia N. Gonzalez | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com |
| Patrick M. Birney | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com  ctrivigno@rc.com |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 29, 2022 | Form ID: pdfdoc2 | Total Noticed: 5 |

Peter Friedman
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com

Peter J. Zarella
    on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com

Peter J. Zarella
    on behalf of Creditor Zheng Wu pzarella@mdmc-law.com

Peter J. Zarella
    on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com

Scott D. Rosen
    on behalf of Interested Party Golden Spring (New York) LTD srosen@cb-shea.com kseaman@cbshealaw.com

Stephen M. Kindseth
    on behalf of Interested Party HK International Funds Investments (USA) Limited LLC skindseth@zeislaw.com, cjervey@zeislaw.com

Stuart M. Sarnoff
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com

Timothy D. Miltenberger
    on behalf of Interested Party Golden Spring (New York) LTD Tmiltenberger@cbshealaw.com msullivan@cbshealaw.com;dtempera@cbshealaw.com

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

William Baldiga
    on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com

William R. Baldiga
    on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com

TOTAL: 35

### File an order :

22-50073 Ho Wan Kwok

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 5 (Bridgeport) |
| Assets: y | Judge: jam | Case Flag: DebtEd |

**22-50073:** *pdfdoc2 form:*

<u>Error</u>: error: No document found for pdf form

---

### U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Senteio, Renee entered on 4/29/2022 at 11:28 AM EDT and filed on 4/29/2022
**Case Name:**     Ho Wan Kwok
**Case Number:**     22-50073
**Document Number:** 290

**Docket Text:**
**AMENDED ORDER DENYING MOTION FOR 2004 EXAMINATION TO CORRECT CLERICAL ERROR.**
The Order Denying Motion for 2004 Examination, ECF No. [279], is amended to correct the reference to the Motion for 2004 Examination of Golden Spring (New York) Ltd. by its Officer/Director/Managing Agent, Qiang Guo, to ECF No. [248] as opposed to ECF No. [247]. The Motion for 2004 Examination of Golden Spring (New York) Ltd. by its Officer/Director/Managing Agent, Qiang Guo, ECF No. [248], is DENIED for failure to comply with D. Conn. Bankr. L. R. 2004-1(c) (RE: [279]). Signed by Judge Julie A. Manning on April 29, 2022. (rms)

The following document(s) are associated with this transaction:

**22-50073 Notice will be electronically mailed to:**

Laura Aronsson on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Kenneth Aulet on behalf of Debtor Ho Wan Kwok
kaulet@brownrudnick.com

William Baldiga on behalf of Debtor Ho Wan Kwok
wbaldiga@brownrudnick.com

William R. Baldiga on behalf of Debtor Ho Wan Kwok
wbaldiga@brownrudnick.com

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Rui Ma
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Weican Meng
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor Zheng Wu
ccallari@callaripartners.com

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

David S. Forsh on behalf of 20 Largest Creditor Rui Ma
dforsh@callaripartners.com

David S. Forsh on behalf of 20 Largest Creditor Weican Meng
dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Zheng Wu
dforsh@callaripartners.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Irve J. Goldman on behalf of Creditor Committee Official Committee of Unsecured Creditors
igoldman@pullcom.com, rmccoy@pullcom.com

Mia N. Gonzalez on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

Jeffrey L Jonas on behalf of Debtor Ho Wan Kwok
jjonas@brownrudnick.com

Jonathan Kaplan on behalf of Creditor Committee Official Committee of Unsecured Creditors
jkaplan@pullcom.com, prulewicz@pullcom.com;rmccoy@pullcom.com

Stephen M. Kindseth on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Dylan Kletter on behalf of Debtor Ho Wan Kwok
dkletter@brownrudnick.com,
adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;rstark@brownrudnick.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Rui Ma
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Weican Meng
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Zheng Wu
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Timothy D. Miltenberger on behalf of Interested Party Golden Spring (New York) LTD
Tmiltenberger@cbshealaw.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Aaron Romney on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Scott D. Rosen on behalf of Interested Party Golden Spring (New York) LTD
srosen@cb-shea.com, kseaman@cbshealaw.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com

Bennett Silverberg on behalf of Debtor Ho Wan Kwok
bsilverberg@brownrudnick.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Peter J. Zarella on behalf of 20 Largest Creditor Rui Ma
pzarella@mdmc-law.com

Peter J. Zarella on behalf of 20 Largest Creditor Weican Meng
pzarella@mdmc-law.com

Peter J. Zarella on behalf of Creditor Zheng Wu
pzarella@mdmc-law.com

**22-50073 Notice will not be electronically mailed to:**

Andrew M. Carty on behalf of Debtor Ho Wan Kwok
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Steven E. Mackey on behalf of U.S. Trustee U. S. Trustee
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Stretto
410 Exchange, Suite 100
Irvine, CA 92602