AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

*Please Read Instructions:*

| 1. NAME William Baldiga | 2. PHONE NUMBER (212) 209-4800 | 3. DATE 4/29/2022 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL adeering@brownrudnick.com | 5. CITY New York | 6. STATE NY | 7. ZIP CODE 10036 |

| 8. CASE NUMBER 22-50073 | 9. JUDGE Julie A. Manning | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 4/27/2022 | 11. TO 4/27/2022 |
| 12. CASE NAME Ho Wan Kwok | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Bridgeport | 14. STATE CT |

15. ORDER FOR

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☒ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Hearing | 4/27/2022 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☒ | NO. OF COPIES 1 | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|

| 18. SIGNATURE /s/William Baldiga | PROCESSED BY Pamela Esposito |
|---|---|
| 19. DATE 4/29/2022 | PHONE NUMBER 203-579-5808 |
| TRANSCRIPT TO BE PREPARED BY Fiore Reporting and Transcription | COURT ADDRESS U.S. Bankruptcy Court 915 Lafayette Blvd. Bridgeport, CT 06604 |

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

**22-50073** Ho Wan Kwok
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 04/28/2022

# Attorneys

**Laura Aronsson**
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
212-728-5841
laronsson@omm.com
*Assigned: 04/08/2022*
*LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Kenneth Aulet**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
kaulet@brownrudnick.com
*Assigned: 04/26/2022*
*LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**William Baldiga**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
New York
212-209-4800
212-209-4801 (fax)
wbaldiga@brownrudnick.com
*Assigned: 03/01/2022*
*LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**William R. Baldiga**
Brown, Rudnik, Freed & Gesmer
One Financial Center
Boston, MA 02111
(617) 330-9000
617-289-0420 (fax)
wbaldiga@brownrudnick.com
*Assigned: 03/09/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Patrick M. Birney**
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8200
(860) 275-8299 (fax)

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

pbirney@rc.com
*Assigned: 02/24/2022*

**Carollynn H.G. Callari**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
ccallari@callaripartners.com
*Assigned: 03/16/2022*
*LEAD ATTORNEY*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

**Andrew M. Carty**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
acarty@brownrudnick.com
*Assigned: 04/15/2022*
*LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
(203) 773-2217 (fax)
holley.l.claiborn@usdoj.gov
*Assigned: 02/28/2022*

representing

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

**David S. Forsh**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
dforsh@callaripartners.com
*Assigned: 03/17/2022*
*LEAD ATTORNEY*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

**Peter Friedman**
O'Melveny & Myers LLP

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

1625 Eye Street NW
Washington, DC 20006
202-383-5302
pfriedman@omm.com
*Assigned: 02/25/2022*
*LEAD ATTORNEY*

**Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604          representing     **Official Committee of Unsecured Creditors**
203-330-2000                                   *(Creditor Committee)*
203-576-8888 (fax)
igoldman@pullcom.com
*Assigned: 04/05/2022*

**Mia N. Gonzalez**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036           representing     **Pacific Alliance Asia Opportunity Fund L.P.**
212-728-5698                                   *(20 Largest Creditor)*
mgonzalez@omm.com
*Assigned: 04/08/2022*
*LEAD ATTORNEY*

**David V. Harbach, II**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006         representing     **Pacific Alliance Asia Opportunity Fund L.P.**
202-383-5127                                   *(20 Largest Creditor)*
dharbach@omm.com
*Assigned: 02/25/2022*
*LEAD ATTORNEY*

**Jeffrey L Jonas**
Brown Rudnick LLP
Seven Times Square                             **Ho Wan Kwok**
New York, NY 10036                             373 Taconic Road
2122094800                   representing      Greenwich, CT 06831
212-209-4801 (fax)                             *(Debtor)*
jjonas@brownrudnick.com
*Assigned: 04/21/2022*
*LEAD ATTORNEY*

**Jonathan Kaplan**
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103           representing     **Official Committee of Unsecured Creditors**
860-424-4379                                   *(Creditor Committee)*
860-424-4370 (fax)
jkaplan@pullcom.com
*Assigned: 04/05/2022*

**Stephen M. Kindseth**          representing     **HK International Funds Investments (USA)**

Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com
*Assigned: 04/11/2022*

**Limited, LLC**
*(Interested Party)*

**Dylan Kletter**
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103
860-509-6500
dkletter@brownrudnick.com
*Assigned: 02/15/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Steven E. Mackey**
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
*Assigned: 03/22/2022*

representing

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

**Kristin B. Mayhew**
McElroy, Deutsch, Mulvaney &
Carpenter
30 Jeliff Lane
Southport, CT 06890
(203) 319-4011
203-259-0251 (fax)
kmayhew@mdmc-law.com
*Assigned: 03/15/2022*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

**Timothy D. Miltenberger**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103
860-493-2200
Tmiltenberger@cbshealaw.com
*Assigned: 03/31/2022*

representing

**Golden Spring (New York) LTD**
*(Interested Party)*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604

representing

**HK International Funds Investments (USA)
Limited, LLC**
*(Interested Party)*

203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 04/11/2022*

**Scott D. Rosen**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor                              representing    **Golden Spring (New York) LTD**
Hartford, CT 06103-4500                                 *(Interested Party)*
(860) 493-2200
860-727-0361 (fax)
srosen@cb-shea.com
*Assigned: 03/28/2022*

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square                          representing    **Pacific Alliance Asia Opportunity Fund L.P.**
New York, NY 10036                                      *(20 Largest Creditor)*
202-326-2293
ssarnoff@omm.com
*Assigned: 02/25/2022*
*LEAD ATTORNEY*

**Bennett Silverberg**
Brown Rudnick LLP
Seven Times Square                                      **Ho Wan Kwok**
New York, NY 10036                                      373 Taconic Road
212-209-4800                            representing    Greenwich, CT 06831
212-209-4801 (fax)                                      *(Debtor)*
bsilverberg@brownrudnick.com
*Assigned: 03/01/2022*
*LEAD ATTORNEY*

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103                      representing    **Pacific Alliance Asia Opportunity Fund L.P.**
860-275-8325                                            *(20 Largest Creditor)*
860-275-8299 (fax)
asmith@rc.com
*Assigned: 02/24/2022*

**Jay Marshall Wolman**                                 **Logan Cheng**
Randazza Legal Group, PLLC                              c/o Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor                            100 Pearl Street
Hartford, CT 06103                      representing    14th Floor
702-420-2001                                            Hartford, CT 06103
jmw@randazza.com                                        *(Creditor)*
*Assigned: 02/17/2022*

**Peter J. Zarella**                     representing    **Rui Ma**
McElroy, Deutsch, Mulvaney &                            *(20 Largest Creditor)*
Carpenter,
One State Street, 14th floor

Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
*Assigned: 03/22/2022*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

9:30 a.m. to 12:30 p.m.
1:30 p.m. to 6:15 p.m.

### Honorable Julie A. Manning

### Wednesday April 27 2022

Current as of 04/27/2022, 9:10 am

---

---

09:30 AM    22-50073  Ho Wan Kwok
Ch: 11

1

**Matter:**   **#57; Motion of Pacific Alliance Asia Opportunity Fund L.P. for Entry of an Order Confirming the Inapplicability of the Automatic Stay or, in the Alternative, Relief from the Automatic Stay Pursuant to Section 362(d)(2) of the Bankruptcy Code Filed by Patrick M. Birney on behalf of Pacific Alliance Asia Opportunity Fund L.P., 20 Largest Creditor**

---

---

09:30 AM    22-50073  Ho Wan Kwok
Ch: 11

2

**Matter:**   **#86; Application of the Debtor for Entry of an Order Authorizing the Employment and Retention of Brown Rudnick LLP as Counsel for the Debtor Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor**

---

---

09:30 AM    22-50073  Ho Wan Kwok
Ch: 11

3

**Matter:**   **#90; Debtor's Application for Authorization to Retain and Employ Verdolino & Lowey, P.C. as Financial Advisor Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor**

09:30
AM

22-50073  Ho Wan Kwok
Ch: 11

4

**Matter:**    **#102; United States Trustee's Motion for Order Directing Appointment of an Examiner, or in the alternative, Motion for Order Directing the Appointment of a Chapter 11 Trustee Filed by Holley L. Claiborn on behalf of U. S. Trustee**

09:30
AM

22-50073  Ho Wan Kwok
Ch: 11

5

**Matter:**    **#117; Debtor's Motion for Entry of Interim and Final DIP Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor**

09:30
AM

22-50073  Ho Wan Kwok
Ch: 11

6

**Matter:**    **#146; Debtor's Motion (I) Setting Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, and (III) Approving Notice Thereof Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor**

09:30
AM

22-50073  Ho Wan Kwok
Ch: 11

7

**Matter:**    **#148; Debtor's Motion Pursuant to 11 U.S.C.   §§ 105(a) and 331 to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professional Fee Parties  Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor**

09:30     22-50073  Ho Wan Kwok
AM        Ch: 11

8

**Matter:**  **#157; Application to Employ Pullman & Comley, LLC as Counsel to the Official Committee of Unsecured Creditors Filed by Irve J. Goldman on behalf of Official Committee of Unsecured Creditors, Creditor Committee**

09:30     22-50073  Ho Wan Kwok
AM        Ch: 11

9

**Matter:**  **#186; Motion to Schedule a Status Conference, Set Briefing Schedule and Schedule Hearing Regarding its Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee Filed by Patrick M. Birney on behalf of Pacific Alliance Asia Opportunity Fund L.P., 20 Largest Creditor**

09:30     22-50073  Ho Wan Kwok
AM        Ch: 11

10

**Matter:**  **#193; Order Granting in Part Motion for Order**

11