Connecticut Local Form Change of Address                                                                 06/2020

# United States Bankruptcy Court
# District of Connecticut

**FILED** 2022 MAY -2 A 11:40 CLERK, U.S. BANKRUPTCY COURT DISTRICT OF CONNECTICUT BRIDGEPORT DIVISION

| Name(s) of Debtor(s) listed on the bankruptcy case: Ho Wan Kwok | Case No.: 22-50073 |
|---|---|
| | Adversary Proceeding No.: |
| | Chapter: 11 |

## CHANGE OF MAILING ADDRESS FOR DEBTOR, CREDITOR or OTHER PARTY IN INTEREST

This change of mailing address is submitted by: *(Mark only one)*

☐ Debtor   ☐ Joint Debtor   ☒ Creditor   ☐ Other _____

*(Party in interest, plaintiff, defendant, professional retained by the estate, etc.)*

Full Name: Huizhen Wang

*Separate forms must be completed for each requestor updating their address.*

| List the address previously provided to the Court: | c/o Giordano, Halleran & Ciesla, P.C. |
|---|---|
| | Street Address - Line 1 |
| | 1250 Broadway, 36th Floor |
| | Street Address - Line 2 |
| | ATTN: Christopher Marino |
| | ATTN: Line (if applicable, for Creditor) |
| | New York, NY 10010 |
| | City, State and Zip Code |
| List the new address: | c/o TroyGould PC |
| | (new) Street Address - Line 1 |
| | 1801 Century Park East, 16th Floor |
| | (new) Street Address - Line 2 |
| | ATTN: Christopher A. Lilly |
| | (new) ATTN: Line (if applicable, for Creditor) |
| | Los Angeles, CA 90067-2367 |
| | (new) City, State and Zip Code |

Huizhen Wang
Filer's printed full name                                Title of corporate officer, partner, or agent (if applicable)

/s/ Huizhen Wang                                         April 28, 2022
Filer's signature                                        Date