# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok,[1]<br><br>               Debtor. | Chapter 11<br><br>Case No. 22-50073<br><br>May 4, 2022 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned, a member of the Bar of this Court, respectfully moves that the Court admit Sara Pahlavan, a member of the Bar of the State of New York and the State of California, to represent Pacific Alliance Asia Opportunity Fund L.P., and in accordance with Local Rule 83.1(d), I represent that:

      1.      The primary office of Attorney Pahlavan is: O'Melveny & Myers LLP, Two Embarcadero Center, San Francisco, CA 94111-3823. Attorney Pahlavan's telephone number is (415) 984-8953 and her email address is spahlavan@omm.com.

      2.      Attorney Pahlavan is a member in good standing of all states and jurisdictions set forth in her affidavit, attached as <u>Exhibit A</u>.

      3.      To the best of my knowledge and belief, Attorney Pahlavan is a member in good standing of the courts listed in her affidavit and she has not been denied admission or disciplined

---

[1]     The last four digits of the Debtor's taxpayer identification number are 9595.

by this Court; no disciplinary proceedings are pending against her; and she has not been denied admission or disciplined by any other court.

4. Service of all papers directed to Pacific Alliance Asia Opportunity Fund L.P. may be made upon the undersigned, pursuant to Rule 83.1(c) of the Local Rules of Civil Procedure.

Dated: Hartford, Connecticut
May 4, 2022

**Pacific Alliance Asia Opportunity Fund L.P.**

By: */s/ Patrick M. Birney*
Patrick M. Birney (CT No. 19875)
Annecca H. Smith (CT No. 31148)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8275
Facsimile: (860) 275-8299
E-mail: pbirney@rc.com
asmith@rc.com

## **CERTIFICATION**

    I hereby certify that the foregoing Motion for Admission of Visiting Attorney was filed electronically on May 4, 2022, and therefore will be sent by email to those receiving email notices from the Court's electronic filing system.

                                                             /s/ Patrick M. Birney
                                                                   Patrick M. Birney