# Exhibit A

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 22-50073 |

**AFFIDAVIT OF SARA PAHLAVAN IN SUPPORT OF MOTION**
**FOR ADMISSION PRO HAC VICE**

Sara Pahlavan, having been duly sworn, states:

**1.** I submit this Affidavit in support of the motion for my admission as a visiting attorney as counsel on behalf of Pacific Alliance Asia Opportunity Fund L.P. I am fully competent to testify as to the matters herein and have personal knowledge of the facts herein. All information in this Affidavit is true and correct to the best of my knowledge.

**2.** 1 am an attorney in the firm of O'Melveny Myers LLP, practicing primarily out of the firm's office located at Two Embarcadero Center, San Francisco, CA 94111-3823. My telephone number is (415) 984-8953 and my office email address is spahlavan@omm.com.

**3.** Pursuant to Local Rule of the United States District Court for the District of Connecticut 83.1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the Bars of the State of California. (Bar No. 332945) and the State of New York (Bar No. 5573522). I am also admitted to practice before the United States District Court for the Northern District of California.

**4.** I have no pending disciplinary complaints, and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

**5.** I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case and I also certify that I am generally familiar with this Court's Local Rules and have reviewed the Federal Rules of Civil and Criminal Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

**6.** I designate my sponsoring attorney, Patrick M. Birney, Esquire (Connecticut Juris No. 19875) as my agent for service of process at the following address: Robinson & Cole LLP, 280 Trumbull Street, Hartford, CT 06103.

    **7.** I further certify that the fee of $200 has been paid to the Clerk's Office of the United States District Court of the District of Connecticut prior to the filing of this motion and that this Court will receive a certificate of good standing from the State of New York within 60 days of admission.

*[signature follows on next page ]*

I declare under penalty of perjury that the foregoing is true and accurate.

*Sara Pahlavan*

Sara Pahlavan
**O'MELVENY & MYERS LLP**
Two Embarcadero Center
San Francisco, CA 94111-3823
Telephone: (415) 984-8953
E-Mail: spahlavan@omm.com

Sworn to and Subscribed before me on this __2__ day of __May__, 2022.

_____

Notary Public
My Commission Expires



JAMES FLEMING JR.
COMM. #2366482
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Exp. July 20, 2025