**<u>Exhibit B</u>**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Ho Wan Kwok,[1] | Case No. 22-50073 |
| Debtor. | |

## <u>ORDER ADMITTING VISITING ATTORNEY</u>

On this __ day of _____, 2022, came on for consideration the Motion for

Admission of Visiting Attorney (the "<u>Motion</u>"), filed by a member of the bar of this Court on

behalf of Sara Pahlavan, Esq., attorney for Pacific Alliance Asia Opportunity Fund L.P. in the

above-entitled case.

The Court, having determined no reason for denying the application, accordingly grants

the relief requested in the Motion.

IT IS HEREBY ORDERED, that Sara Pahlavan, Esq. is hereby admitted to practice in

the U.S. District Court for the District of Connecticut in connection with the above-referenced

case, and with respect to this case, she shall have all the rights, privileges and responsibilities of

a member of the bar of this Court.

---

[1]    The last four digits of the Debtor's taxpayer identification number are 9595.

FURTHER ORDERED, that all notices directed to Attorney Pahlavan can be served by directing same to the offices of Patrick M. Birney, Robinson & Cole LLP, 280 Trumbull Street, Hartford, CT 06103.

Signed this __ day of _____, 2022

_____
Julie A. Manning
Hon. United States Bankruptcy Court Judge