# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 (JAM) |
| | : |
| Debtor.[1] | : |
| | : |
| | : |

## DECLARATION OF SAMUEL NUNBERG IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR

I, Samuel Nunberg, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am making this declaration (the "Declaration") in my capacity as Chair of the Official Committee of Unsecured Creditors Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 proceeding (the "Chapter 11 Case") of the above-captioned debtor and debtor in possession (the "Debtor") in support of the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Dundon Advisers LLC as Financial Advisor Effective as of May 3, 2022* (the "Application") on behalf of the Committee.

### The Committee's Selection of Dundon as Financial Advisor

2. Dundon is proposed to serve as financial advisor to the Committee. The Committee recognizes that a review process is necessary in managing a financial advisor to ensure that bankruptcy professionals are subject to the same scrutiny and accountability as professionals in non-bankruptcy engagements. The review process utilized by the Committee

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

here assessed potential committee financial advisors based on their expertise in similar proceedings.

3. On March 22, 2022, the Office of the United States Trustee (the "U.S. Trustee") for Region 2 appointed the Committee, consisting of the following three (3) members: (i) Rui Ma, (ii) Ning Ye and (iii) Samuel Dan Nunberg. I was appointed the Chair of the Committee.

4. On May 2, 2022, the Committee held a meeting and selected Dundon as financial advisor, subject to court approval. The Committee believes that Dundon's extensive experience in corporate reorganizations, both out of court and under chapter 11 of the Bankruptcy Code, as well as its experience with the asset identification and forensic accounting make it well qualified to represent the Committee in this Chapter 11 Case in a cost-effective manner. Thus, the Committee decided to retain Dundon as the Committee's proposed financial advisor during this Chapter 11 Case.

### Rate Structure

5. Dundon has informed the Committee that its rates for bankruptcy representations are consistent with and comparable to the rates Dundon charges for non-bankruptcy representations. Dundon has informed the Committee that its current hourly rates apply to non-bankruptcy services, if any, provided by Dundon, unless a contingent fee, mixed contingent fee, flat fee, or blended rate arrangement is agreed upon.

### Cost Structure

6. The Committee will approve any budget and staffing plan provided by Dundon, recognizing that, in the course of chapter 11 cases like this Chapter 11 Case, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Committee and Dundon. I further recognize that it is the Committee's responsibility to closely monitor the

billing practices of their professionals to ensure the fees and expenses paid by the estate remain consistent with the Committee's expectations and the exigencies of the Chapter 11 Case. The Committee will continue to review the monthly fee applications or statements that Dundon regularly submits.

7.  The Committee will be separately seeking to retain Gregory A. Coleman of Coleman Worldwide Advisors ("Coleman") as a fraud investigation consultant. The Committee will also continue to review the monthly fee applications or statements of both sets of professionals to ensure that there will be no duplication of time and effort between the two.

Dated: May 2, 2022

/s/ Samuel Nunberg
Samuel Nunberg