# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor.[1] | : |
| | : |
| | : |

## ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE MAY 3, 2022

Upon the Application of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case, for authority to retain and employ Dundon Advisers LLC ("Dundon") as its financial advisor, effective May 3, 2022 (the "Application"), the date the Committee selected Dundon as its financial advisor in this case, and upon the Declaration of Matthew Dundon attached to the Application as Exhibit A and upon the Declaration of Samuel Nunberg attached to the Application as Exhibit B, and the Court being satisfied that Dundon: (i) does not represent any other entity having an adverse interest in connection with this case; (ii) does not have or represent interests adverse to the Committee or the creditors of this estate, (iii) is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code; and that the employment of Dundon is in the best interests of the Committee, and notice of the Application having been given to the Debtor, the United States Trustee, and all appearing parties; and it appearing that no other notice need be given; and no adverse interest being represented; and after due deliberation and sufficient cause appearing therefor; it is

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

**ORDERED**, that the Application is hereby granted and approved in all respects; and it is further

**ORDERED**, that in accordance with section 1103 of the Bankruptcy Code, the Committee is hereby authorized and empowered to retain and employ Dundon as its financial advisor, effective as of May 2, 2022, in accordance with the terms and conditions set forth in the Application; and it is further

**ORDERED**, that Dundon is authorized to perform services to the Committee, including the following:

    a.    becoming familiar with and analyzing the Debtor's assets and liabilities, and overall financial condition, including, but not limited to, the Debtor's litigation claims against third parties;

    b.    reviewing financial and operational information furnished by the Debtor to the Committee;

    c.    analyzing the Debtor's proposed plan and developing alternative scenarios, if necessary;

    d.    assessing the Debtor's various pleadings both in and outside of bankruptcy and the Debtor's proposed treatment of unsecured creditor claims;

    e.    preparing, or reviewing as applicable, avoidance action and claim analyses;

    f.    assisting the Committee in reviewing the Debtor's financial reports, including but not limited to, the SOFA, bankruptcy schedules and monthly operating reports;

    g.    advising the Committee on the current state of these chapter 11 cases;

    h.    advising the Committee in negotiations with the Debtor and third parties as necessary;

    i.    assisting Committee counsel in its investigation of the Debtor's unencumbered assets, liabilities and financial condition, and prepetition transactions including those between the Debtor and non-Debtor affiliates and insiders;

    j.    coordinating and working together with the Committee's proposed fraud investigation consultant in a manner that will avoid duplication of effort and provide symbiotic services to the Committee;

3

      k.      if necessary, participating as a witness in hearings before the bankruptcy court with respect to matters upon which Dundon has provided advice; and

      l.      other activities as are approved by the Committee, the Committee's counsel, and as agreed to by Dundon; and it is further

ORDERED, that the allowance of any compensation to be paid to Dundon shall be determined in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and as may be established by this Court.

ACTIVE/83201.3/IJG/10298401v1