# Notice Recipients

District/Off: 0205−5           User: admin                    Date Created: 5/4/2022
Case: 22−50073                 Form ID: pdfdoc2               Total: 14

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| aty | Bennett Silverberg | bsilverberg@brownrudnick.com |
| aty | Dylan Kletter | dkletter@brownrudnick.com |
| aty | Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| aty | Irve J. Goldman | igoldman@pullcom.com |
| aty | Jeffrey L Jonas | jjonas@brownrudnick.com |
| aty | Kenneth Aulet | kaulet@brownrudnick.com |
| aty | William Baldiga | wbaldiga@brownrudnick.com |
| aty | William R. Baldiga | wbaldiga@brownrudnick.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Ho Wan Kwok | 373 Taconic Road | Greenwich, CT 06831 | | |
| dbaty | Brown Rudnick LLP | One Financial Center | Boston, MA 02111 | | |
| aty | Andrew M. Carty | Brown Rudnick LLP | Seven Times Square | New York, NY 10036 | |
| aty | Steven E. Mackey | Office of the U.S. Trustee | The Giaimo Federal Building | 150 Court Street, Room 302 | New Haven, CT 06510 |
| | Gettr USA, Inc. | Attn: Jason Miller, CEO | 3 Columbus Circle | New York, NY 10019 | |

TOTAL: 5