# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 (JAM) |
| | : |
| Debtor.[1] | : |
| | : |
| | : |

**DECLARATION OF SAMUEL NUNBERG IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF GREGORY A. COLEMAN AS FRAUD INVESTIGATION CONSULTANT**

I, Samuel Nunberg, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am making this declaration (the "Declaration") in my capacity as Chair of the Official Committee of Unsecured Creditors Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 proceeding (the "Chapter 11 Case") of the above-captioned debtor and debtor in possession (the "Debtor") in support of the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Gregory A. Coleman as Fraud Investigation Consultant, Effective as of May 3, 2022* (the "Application") on behalf of the Committee.

**The Committee's Selection of Gregory A. Coleman**
**as Fraud Investigation Consultant**

2. Gregory A. Coleman ("Mr. Coleman") of Coleman Worldwide Advisors is proposed to serve as fraud investigation consultant to the Committee. The Committee recognizes that a review process is necessary in managing a financial professionals and consultants to ensure

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

that bankruptcy professionals are subject to the same scrutiny and accountability as professionals in non-bankruptcy engagements. The review process utilized by the Committee here assessed potential committee consultants based on their expertise in matters that the Committee expects will be directly germane to this case.

3. On March 22, 2022, the Office of the United States Trustee (the "U.S. Trustee") for Region 2 appointed the Committee, consisting of the following three (3) members: (i) Rui Ma, (ii) Ning Ye and (iii) Samuel Dan Nunberg. I was appointed the Chair of the Committee.

4. On May 2, 2022, the Committee selected Mr. Coleman as a fraud investigation consultant, subject to court approval. The Committee believes that Mr. Coleman's extensive experience in asset-tracing and investigation, both out of court and in legal proceedings, make Mr. Coleman well qualified to represent the Committee in this Chapter 11 Case in a cost-effective manner. Thus, the Committee decided to retain Mr. Coleman as the Committee's proposed fraud investigation consultant during this Chapter 11 Case.

**Rate Structure**

5. Mr. Coleman has informed the Committee that his rate for consulting services rendered in a bankruptcy case is consistent with and comparable to the rate he charges for non-bankruptcy representations. Mr. Coleman has informed the Committee that his current hourly rates apply to non-bankruptcy services, if any, provided by Mr. Coleman, unless a contingent fee, mixed contingent fee, flat fee, or blended rate arrangement is agreed upon.

**Cost Structure**

6. The Committee will approve any budget and staffing plan provided by Mr. Coleman, recognizing that, in the course of chapter 11 cases like this Chapter 11 Case, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the

Committee and Mr. Coleman. I further recognize that it is the Committee's responsibility to closely monitor the billing practices of their professionals to ensure the fees and expenses paid by the estate remain consistent with the Committee's expectations and the exigencies of the Chapter 11 Case. The Committee will continue to review the monthly fee applications or statements that Mr. Coleman regularly submits.

7. The Committee will be separately seeking to retain Dundon Advisers, Inc. as its financial advisor. The Committee will also continue to review the monthly fee applications or statements of both sets of professionals to attempt to avoid any duplication of time and effort between the two.

Dated: May 3, 2022

                                                      */s/ Samuel Nunberg*
                                                      Samuel Nunberg