# EXHIBIT C

# GREGORY A. COLEMAN

P.O. Box 2839
New York, NY  10008-2839
646-660-1010
GregoryColeman2015@gmail.com

## PROFESSIONAL EXPERIENCE

**COLEMAN WORLDWIDE ADVISORS LLC,** New York, NY
Founder ▪ 2015 – present

- **Financial Investigations - Asset Recovery**
  - Conduct financial investigations to locate, seize, forfeit, or recover funds and other assets, especially those that are proceeds of or traceable to fraud, money laundering or other illicit activities.

- **Anti-Money Laundering (AML) Training**
  - Design and deliver customized, highly interactive, training related to the detection and prevention of money laundering.

- **Suspicious Activity Reports (SAR)**
  - Conduct SAR program reviews and makes recommendations to improve efficiency, accuracy, and effectiveness of SAR investigations and the SAR filing process.
  - Provide on-going training to ensure that personnel are knowledgeable regarding current financial crime trends.

- **Keynote speaker**
  - Provide informative, engaging, and entertaining presentations on a full range of topics to include Bitcoin, Body Language and Statement Analysis, Ethics, Money Laundering, and the *Wolf of Wall Street* investigation.  Significant experience with simultaneous translation.  Has spoken to audiences in 25 countries on 5 continents.

**FEDERAL BUREAU OF INVESTIGATION (FBI),** New York, NY
Special Agent ▪ 2008 – 2015

- **Asset Forfeiture/Money Laundering Investigations**
  - Involved in conducting money laundering investigations across all criminal investigative programs.
  - Involved in locating and seizing assets subject to forfeiture that have been acquired by criminals.
  - ***Bernard Madoff investigation***.  Assumed the role of Asset Forfeiture Agent in 2008. Supported the primary case agents by swearing out and executing seizure warrants against assets traced to the Madoff fraud.

**FEDERAL BUREAU OF INVESTIGATION (FBI),** New York, NY
**Special Agent ▪ 1992 – 2008**
- **Securities Fraud/Money Laundering Investigations**
    - An original member of the first investigative squad established by the FBI to address securities fraud and commodities fraud on a full time basis.
    - Specialized in complex market manipulation and international money laundering investigations with a special emphasis on frauds where the illicit proceeds were laundered using offshore companies and bank accounts.
    - Responsible for the overall direction of all investigative activities including the tracing of illicit funds, witness interviews, confidential source development, and record analysis.
    - *Wolf of Wall Street* investigation. Case agent responsible for all aspects of the investigation.

**FEDERAL BUREAU OF INVESTIGATION (FBI),** New York, NY
**Special Agent ▪ 1989 – 1992**
- Mail Fraud/Wire Fraud/Undercover Investigations
    - Investigated general fraud schemes under the mail fraud and wire fraud statutes.
    - Provided planning and support for an undercover investigation targeting fraud in the commodities markets.

**AWARDS**

**OFFICE OF THE U.S. ATTORNEY**
Director's Award for Outstanding Contributions in Law Enforcement, 2002