**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor.[1] | : |
| | : |
| | : |

**ORDER AUTHORIZING RETENTION AND EMPLOYMENT
OF GREGORY A. COLEMAN OF COLEMAN WORLDWIDE ADVISORS LLC
AS FRAUD INVESTIGATION CONSULTANT FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE MAY 3, 2022**

Upon the Application of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case, for authority to retain and employ Gregory Coleman of Coleman Worldwide Advisors LLC ("Coleman") as its fraud investigation consultant, effective as of May 3, 2022 (the "Application"), the date the Committee selected Coleman as its fraud investigation consultant in this case, and upon the Declaration of Gregory Coleman attached to the Application as Exhibit A and upon the Declaration of Samuel Nunberg attached to the Application as Exhibit B, and the Court being satisfied that Coleman: (i) does not represent any other entity having an adverse interest in connection with this case; (ii) does not have or represent interests adverse to the Committee or the creditors of this estate, (iii) is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code; and that the employment of Coleman is in the best interests of the Committee, and notice of the Application having been given to the Debtor, the United States Trustee, and all appearing parties; and it appearing that no other notice need be given; and no adverse interest being represented; and after due deliberation and sufficient cause appearing therefor; it is

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

**ORDERED**, that the Application is hereby granted and approved in all respects; and it is further

**ORDERED**, that in accordance with section 1103 of the Bankruptcy Code, the Committee is hereby authorized and empowered to retain and employ Coleman as its fraud investigation consultant, effective as of May 3, 2022, in accordance with the terms and conditions set forth in the Application; and it is further

**ORDERED**, that Coleman is authorized to perform services to the Committee, including the following:

    a.    investigating the location and sources of assets or property interests in which the Debtor may have an interest;

    b.    tracing of assets putatively held or owned by others to the Debtor;

    c.    assisting Committee counsel in utilizing the investigatory tools available under the Bankruptcy Code and Rules and in identifying and pursuing potential recoveries of assets for the benefit of the estate and its creditors;

    d.    coordinating and working together with the Committee's financial advisor in a manner that will avoid duplication of effort and provide symbiotic services to the Committee;

    e.    if necessary, participating as a witness in hearings before the bankruptcy court with respect to matters upon which Coleman has provided services; and

    f.    other activities as are approved by the Committee, the Committee's counsel, and as agreed to by Coleman.

**ORDERED**, that the allowance of any compensation to be paid to Coleman shall be determined in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and as may be established by this Court.