AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>William Baldiga | 2. PHONE NUMBER<br>(212) 209-4800 | 3. DATE<br>4/18/2022 |
| 4. DELIVERY ADDRESS OR EMAIL<br>adeering@brownrudnick.com | 5. CITY<br>New York | 6. STATE NY    7. ZIP CODE 10036 |
| 8. CASE NUMBER 22-50073    9. JUDGE Julie A. Manning | DATES OF PROCEEDINGS<br>10. FROM 5/4/2022 | 11. TO 5/4/2022 |
| 12. CASE NAME<br>Ho Wan Kwok | LOCATION OF PROCEEDINGS<br>13. CITY Bridgeport | 14. STATE CT |

15. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Conference | 5/4/2022 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [x] | NO. OF COPIES 1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

| | |
|---|---|
| 18. SIGNATURE<br>/s/William Baldiga | PROCESSED BY<br>Pamela Esposito |
| 19. DATE<br>5/4/2022 | PHONE NUMBER<br>203-579-5808 |
| TRANSCRIPT TO BE PREPARED BY<br>Fiore Reporting and Transcription | COURT ADDRESS<br>U.S. Bankruptcy Court<br>915 Lafayette Blvd.<br>Bridgeport, CT  06604 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

**Honorable Julie A. Manning**

2:00 p.m. to 3:38 p.m.

**Wednesday May 04 2022**

Current as of 05/04/2022, 1:42 pm

---

02:00 PM  22-50073   Ho Wan Kwok
          Ch: 11

**Matter:** ZG #117; Motion for Entry of Interim and Final DIP Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor

---

under advisement

bennett silverberg
holly claiborn
irve goldman
jay marshall wolman
jeffrey jonas
jonathan kaplan
kristin mayhew
patrick birney
pedro friedman
scott rosen
timothy miltenberger

**22-50073** Ho Wan Kwok
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 05/05/2022

# Attorneys

| | | |
|---|---|---|
| **Laura Aronsson**<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036<br>212-728-5841<br>laronsson@omm.com<br>*Assigned: 04/08/2022*<br>*LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Kenneth Aulet**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>kaulet@brownrudnick.com<br>*Assigned: 04/26/2022*<br>*LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **William Baldiga**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>New York<br>212-209-4800<br>212-209-4801 (fax)<br>wbaldiga@brownrudnick.com<br>*Assigned: 03/01/2022*<br>*LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **William R. Baldiga**<br>Brown, Rudnik, Freed & Gesmer<br>One Financial Center<br>Boston, MA 02111<br>(617) 330-9000<br>617-289-0420 (fax)<br>wbaldiga@brownrudnick.com<br>*Assigned: 03/09/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Patrick M. Birney**<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8200<br>(860) 275-8299 (fax) | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

| | | |
|---|---|---|
| pbirney@rc.com<br>  *Assigned: 02/24/2022* | | |
| **Carollynn H.G. Callari**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>ccallari@callaripartners.com<br>  *Assigned: 03/16/2022*<br>  *LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |
| **Andrew M. Carty**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>acarty@brownrudnick.com<br>  *Assigned: 04/15/2022*<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Holley L. Claiborn**<br>Office of The United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br>(203) 773-2217 (fax)<br>holley.l.claiborn@usdoj.gov<br>  *Assigned: 02/28/2022* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **David S. Forsh**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>dforsh@callaripartners.com<br>  *Assigned: 03/17/2022*<br>  *LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |
| **Peter Friedman**<br>O'Melveny & Myers LLP | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

1625 Eye Street NW
Washington, DC 20006
202-383-5302
pfriedman@omm.com
  Assigned: 02/25/2022
  LEAD ATTORNEY

**Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604
203-330-2000
203-576-8888 (fax)
igoldman@pullcom.com
  Assigned: 04/05/2022

representing **Official Committee of Unsecured Creditors**
*(Creditor Committee)*

**Mia N. Gonzalez**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-728-5698
mgonzalez@omm.com
  Assigned: 04/08/2022
  LEAD ATTORNEY

representing **Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**David V. Harbach, II**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5127
dharbach@omm.com
  Assigned: 02/25/2022
  LEAD ATTORNEY

representing **Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Jeffrey L Jonas**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
2122094800
212-209-4801 (fax)
jjonas@brownrudnick.com
  Assigned: 04/21/2022
  LEAD ATTORNEY

representing **Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Jonathan Kaplan**
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
860-424-4379
860-424-4370 (fax)
jkaplan@pullcom.com
  Assigned: 04/05/2022

representing **Official Committee of Unsecured Creditors**
*(Creditor Committee)*

**Stephen M. Kindseth**

representing **HK International Funds Investments (USA)**

Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com
  *Assigned: 04/11/2022*

**Dylan Kletter**
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103
860-509-6500
dkletter@brownrudnick.com
  *Assigned: 02/15/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Steven E. Mackey**
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
  *Assigned: 03/22/2022*

representing

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

**Kristin B. Mayhew**
McElroy, Deutsch, Mulvaney & Carpenter
30 Jeliff Lane
Southport, CT 06890
(203) 319-4011
203-259-0251 (fax)
kmayhew@mdmc-law.com
  *Assigned: 03/15/2022*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

**Timothy D. Miltenberger**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103
860-493-2200
Tmiltenberger@cbshealaw.com
  *Assigned: 03/31/2022*

representing

**Golden Spring (New York) LTD**
*(Interested Party)*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

203-368-4234  
203-367-9678 (fax)  
aromney@zeislaw.com  
 *Assigned: 04/11/2022*

**Scott D. Rosen**  
Cohn Birnbaum & Shea P.C.  
100 Pearl Street  
12th Floor  
Hartford, CT 06103-4500  
(860) 493-2200  
860-727-0361 (fax)  
srosen@cb-shea.com  
 *Assigned: 03/28/2022*

representing **Golden Spring (New York) LTD** *(Interested Party)*

**Stuart M. Sarnoff**  
O'Melveny & Myers LLP  
Times Square Tower  
7 Times Square  
New York, NY 10036  
202-326-2293  
ssarnoff@omm.com  
 *Assigned: 02/25/2022*  
 *LEAD ATTORNEY*

representing **Pacific Alliance Asia Opportunity Fund L.P.** *(20 Largest Creditor)*

**Bennett Silverberg**  
Brown Rudnick LLP  
Seven Times Square  
New York, NY 10036  
212-209-4800  
212-209-4801 (fax)  
bsilverberg@brownrudnick.com  
 *Assigned: 03/01/2022*  
 *LEAD ATTORNEY*

representing **Ho Wan Kwok**  
373 Taconic Road  
Greenwich, CT 06831  
*(Debtor)*

**Annecca H. Smith**  
Robinson & Cole, LLP  
280 Trumbull Street  
Hartford, CT 06103  
860-275-8325  
860-275-8299 (fax)  
asmith@rc.com  
 *Assigned: 02/24/2022*

representing **Pacific Alliance Asia Opportunity Fund L.P.** *(20 Largest Creditor)*

**Jay Marshall Wolman**  
Randazza Legal Group, PLLC  
100 Pearl Street, 14th Floor  
Hartford, CT 06103  
702-420-2001  
jmw@randazza.com  
 *Assigned: 02/17/2022*

representing **Logan Cheng**  
c/o Randazza Legal Group, PLLC  
100 Pearl Street  
14th Floor  
Hartford, CT 06103  
*(Creditor)*

**Peter J. Zarella**  
McElroy, Deutsch, Mulvaney & Carpenter,  
One State Street, 14th floor

representing **Rui Ma** *(20 Largest Creditor)*

Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
*Assigned: 03/22/2022*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*