# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: admin | Date Created: 5/5/2022 |
| Case: 22−50073 | Form ID: pdfdoc2 | Total: 13 |

**Recipients of Notice of Electronic Filing:**
```
ust     U. S. Trustee          USTPRegion02.NH.ECF@USDOJ.GOV
aty     Dylan Kletter          dkletter@brownrudnick.com
aty     Holley L. Claiborn     holley.l.claiborn@usdoj.gov
aty     Jeffrey L Jonas        jjonas@brownrudnick.com
aty     Jonathan Kaplan        jkaplan@pullcom.com
aty     Kenneth Aulet          kaulet@brownrudnick.com
aty     Patrick M. Birney      pbirney@rc.com
aty     William Baldiga        wbaldiga@brownrudnick.com
aty     William R. Baldiga     wbaldiga@brownrudnick.com
```
                                                                TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db      Ho Wan Kwok        373 Taconic Road      Greenwich, CT 06831
aty     Andrew M. Carty    Brown Rudnick LLP     Seven Times Square     New York, NY 10036
aty     Sara Pahlavan      O'Melveny & Myers LLP    Two Embarcadero Center    San Francisco, CA 94111−3823
aty     Steven E. Mackey   Office of the U.S. Trustee    The Giaimo Federal Building    150 Court Street, Room 302    New Haven, CT 06510
```
                                                                TOTAL: 4