United States Bankruptcy Court
District of Connecticut

| | |
|---|---|
| In re: | Case No. 22-50073-jam |
| Ho Wan Kwok | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 1 of 3 |
| Date Rcvd: May 05, 2022 | Form ID: pdfdoc2 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ho Wan Kwok, 373 Taconic Road, Greenwich, CT 06831-2828 |
| aty | + | Andrew M. Carty, Brown Rudnick LLP, Seven Times Square, New York, NY 10036-6548 |
| aty | | Sara Pahlavan, O'Melveny & Myers LLP, Two Embarcadero Center, San Francisco, CA 94111-3823 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | May 05 2022 18:22:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Romney | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron Romney | on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Annecca H. Smith | |

on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Bennett Silverberg

on behalf of Debtor Ho Wan Kwok bsilverberg@brownrudnick.com

Carollynn H.G. Callari

on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com

Carollynn H.G. Callari

on behalf of Creditor Zheng Wu ccallari@callaripartners.com

Carollynn H.G. Callari

on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com

David S. Forsh

on behalf of Creditor Zheng Wu dforsh@callaripartners.com

David S. Forsh

on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com

David S. Forsh

on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com

David V. Harbach, II

on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com

Dylan Kletter

on behalf of Debtor Ho Wan Kwok dkletter@brownrudnick.com
adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;rstark@brownrudnick.com

Holley L. Claiborn

on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Irve J. Goldman

on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com  rmccoy@pullcom.com

Jay Marshall Wolman

on behalf of Creditor Logan Cheng jmw@randazza.com  ecf-6898@ecf.pacerpro.com

Jeffrey L Jonas

on behalf of Debtor Ho Wan Kwok jjonas@brownrudnick.com

Jonathan Kaplan

on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com
prulewicz@pullcom.com;rmccoy@pullcom.com

Kenneth Aulet

on behalf of Debtor Ho Wan Kwok kaulet@brownrudnick.com

Kristin B. Mayhew

on behalf of Creditor Zheng Wu kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew

on behalf of 20 Largest Creditor Weican Meng kmayhew@mdmc-law.com
kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew

on behalf of 20 Largest Creditor Rui Ma kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Laura Aronsson

on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com

Mia N. Gonzalez

on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com

Patrick M. Birney

on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com  ctrivigno@rc.com

Peter Friedman

on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com

Peter J. Zarella

on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com

Peter J. Zarella

on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com

Peter J. Zarella

on behalf of Creditor Zheng Wu pzarella@mdmc-law.com

Scott D. Rosen

on behalf of Interested Party Golden Spring (New York) LTD srosen@cb-shea.com  kseaman@cbshealaw.com

District/off: 0205-5                    User: admin                              Page 3 of 3
Date Rcvd: May 05, 2022                 Form ID: pdfdoc2                         Total Noticed: 4

Stephen M. Kindseth
    on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC skindseth@zeislaw.com,
    cjervey@zeislaw.com

Stuart M. Sarnoff
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com

Timothy D. Miltenberger
    on behalf of Interested Party Golden Spring (New York) LTD Tmiltenberger@cbshealaw.com
    msullivan@cbshealaw.com;dtempera@cbshealaw.com

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

William Baldiga
    on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com

William R. Baldiga
    on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com


TOTAL: 35

ct136

04/2019

# United States Bankruptcy Court

## District of Connecticut

In re:

Ho Wan Kwok

Debtor*

Case Number:  22-50073

Chapter:  11

## ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

A Motion for admission for Attorney  Sara Pahlavan to appear as a visiting attorney was filed on May 4, 2022 (the "Motion", ECF No. 319), by local counsel, Attorney Patrick M. Birney (the "Sponsoring Attorney"). As the Motion satisfies the requirements of D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 1001-1(b); it is hereby

**ORDERED**: Attorney  Sara Pahlavan is hereby admitted *pro hac vice* for the purposes of this case only; and it is further

**ORDERED:** The Sponsoring Attorney is not excused from attendance in court pursuant to D. Conn. L. Civ. R. 83.1(d)(2).

 Dated: May 5, 2022

BY THE COURT

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.