# EXHIBIT

# B

**王雁平**
@YvetteWong12

Follow

文贵的奇葩一家人（一）：郭美
女儿，28岁，高178cm，外号"胖妮"，因郭文贵与岳庆芝不和，郭美就成为家中两人传声筒和恩宠对象，溺爱使其养成诸多恶习，生活奢靡程度与郭强比有过之无不及，我们每次陪她出去，她永远都是吃吃吃、买买买最贵的，为了减肥她曾把膝盖跑出囊肿，但还是那么胖。

Translate from Chinese



12:57 AM - 5 Oct 2017

40 Retweets  23 Likes