# EXHIBIT

# C



蒋介石给中国人民代来巨大的灾难 @klz9999 · 18 Nov 2017

Replying to @Zqs5999Zqs @yangjufeng and 2 others

昭阳啊，今晚你不把郭美，操微爽爽爽，明天，郭文贵就断你狗粮

🌐 Translate from Chinese

💬 1   🔁   ♡   ✉