# EXHIBIT

# D



**地狱里的天使2** @2Rockyli · 14 Dec 2017

Replying to @LiHongKuan @chuyi1989

于泳;**郭美**曾对我说，她多么希望自己的父亲不是郭文贵，多希望自己是一个普通人，过着普通人的生活。她最无法忍受的就是父亲奸淫女性，**郭美**没有脸去面对自己的朋友，非常孤独 其实郭美也挺可怜的

🌐 Translate from Chinese



💬 2    🔁    ♡ 1    ✉



**地狱里的天使2** @2Rockyli · 14 Dec 2017

Replying to @LiHongKuan @chuyi1989

于泳;郭文贵身边人—**郭美** 我与**郭美**年纪相仿，而且**郭美**在美国住院时一直是我陪护她，可以说我们两个的关系还算可以............

🌐 Translate from Chinese