# EXHIBIT

# E



**于泳** @YongYu1984

郭美去美国后，受开放文化的熏陶＋富二代的标签，让其貌不扬的郭美倍受追捧

一天早上，郭文贵气冲冲打电话给我，说郭美怀了外国种 必须打掉，让我立刻飞去美国，带郭美去医院

进手术室前，郭美哭着说她在美国已经做过两次流产了，再做人流有可能以后不会再生育了

但没人能违背郭的意愿，孩子打掉了

Translate from Chinese

