# EXHIBIT

# F

**iFanQiang** @ifanqiang1 · Jan 5

Replying to @hqsb2 @TearwallParty @KwokMiles

操**郭美**算我一个，他娘就算了🙃

🌐 Translate from Chinese

