# EXHIBIT

# G



李洪宽@大参考 @Li Hong Kuan Ju 6

希望明天别太冷，
明天是个大日子！
纽约无裤日！
我准备到郭文贵楼下去秀一下给郭美看看有没有菜花。
有兴趣的可以前来参观。
下午两点开始。
停车位置很多。
明天坐地铁的也可以各种偷拍了。

🌐 Translate from Chinese

○ 79      ↑↓ 29      ♡ 97      ✉