# EXHIBIT

# H



# Tweet

西诺
@sinofreedom

郭美到达美国准备出庭作证
据法庭文件，郭美于1月28日在纽约皇后区公证处签字公证。根据纽约州规定，任何公证，署名人必须当着公证员的面出具个人ID并签署公证书。
换言之，郭美已经在美国等待出庭作证！

Translate Tweet




11:54 AM · 1/29/22 · Twitter for iPhone

10 Retweets   36 Likes

Tweet your reply

