# EXHIBIT

# I

