# EXHIBIT

# J



Top | Latest | People | Photos | Videos

🐟鸭蛋姐🎏 @zhao93 · 2/7/22

郭美这个憨犊子又在法庭上说Lady May是她哥买的，不是她爹买的。

说屈国娇是她哥和她大爷们的生意伙伴。

船的维护费用是纽约金泉出的，纽约金泉也是她哥的。

### B. Ms. Mei Guo's Testimony That Her Brother And Not Her Father Gifted And Funds The Lady Mei Is Unrebutted

The unrebutted evidence has shown that the *Lady May* was purchased by HKI HK on February 26, 2015, when the sole member of HKI HK was Ms. Qu Guojiao. (NYSCEF Doc. 1162 at ¶8; Plaintiff's 16). Ms. Guo testified that Ms. Qu was a trusted business partner of her brother, as well as of her uncles and cousins. (NYSCEF Doc. 1162). Ms. Guo further clarified

7

11 of 19

NEW YORK COUNTY CLERK 02/07/2022 09:48 AM     INDEX NO. 6520
DOC. NO. 1178                                  RECEIVED NYSCEF: 02

that her brother bought the *Lady May* and that her father, Mr. Kwok, did not purchase the *Lady May*. (Tr. 44: 4-17 "Q. Your father provided the money, didn't he? A. Not my father.") Then, on June 27, 2017, after Ms. Guo was no longer in the Peoples Republic of China, Ms. Qu transferred the shares of HKI HK and resulting ownership of the *Lady May* to Ms. Guo. (NYSCEF Doc. 1162 at ¶10; Plaintiff's Ex. 16). Indeed, the *Lady May* was named after Ms. Mei Guo, as it was always intended to be her boat. (NYSCEF Doc. 1162 at ¶9). On April 17, 2020, Ms. Guo transferred ownership of the *Lady May* from HKI HK to HK USA. (NYSCEF Doc. 1162 at ¶11; Plaintiff's 16). Ms. Guo is likewise the sole owner of HK USA. (JX- 3).

Plaintiff has proffered no evidence, other than mere accusations, that Mr. Kwo the *Lady May*'s maintenance and operation. The maintenance and operation of the *Lady* paid for by Golden Spring and recently by Lamp Capital LLC. (NYSCEF Doc. 1162 at ¶12).

