# EXHIBIT

# K

唐汉
@Tanghan2019 · 2/8/22

Pax案

2022-2-8 郭文贵游艇出海蔑视法庭 宣判前夜，郭美突然上书法官，表示游艇lady may会尽可能快地返回纽约。



💬 44  🔁 99  ♥ 221

鸭蛋姐🎏
@zhao93 · 2/8/22

我觉得法官不可能搭理这个做伪证的人。船的实际控制权在郭文贵，这个在法庭上已经确定多少遍了，这个丑猪出来碰什么瓷。

💬 4  🔁 3  ♥ 32

Noah
@Hoyad3

Replying to @zhao93 and @Tanghan2019

正常的法官看了这个会日**郭美**祖宗十八代

Tweet your reply