# EXHIBIT

# L

