# EXHIBIT

# M

Tweet

**Kate Perez**
@KatePer54440966

2月2日，PAX案再次举行听证会，此次听证会，郭文贵的女儿郭美参与听证，有其父必有其女，从法庭公布的记录可以看出，**郭美**的证词前后矛盾，违背常识，不合逻辑，完全得到文贵无赖的真传。

Translate Tweet

11:24 PM · 4/5/22 · Twitter Web App

Tweet your reply