# **EXHIBIT**

# N

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------------- x
: 
In re: : Chapter 11
: 
Ho Wan Kwok, : Case No. 22-50073 (JAM)
: 
Debtor. : 
: 
---------------------------------------------------------------- x

**PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S NOTICE OF
DEPOSITION OF HONG KONG INTERNATIONAL FUNDS INVESTMENTS (USA)
LLC PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF
CIVIL PROCEDURE**

To:  Hong Kong International Funds Investments (USA), LLC
C/O Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure (the "Federal Rules") Pacific Alliance Asia Opportunity Fund L.P. ("PAX") shall take the deposition of Hong Kong International Funds Investments (USA) LLC ("HKI Delaware") by the person(s) most qualified to testify on HKI Delaware's behalf with respect to the topics described below.

The deposition will commence by remote video conference, on May 16, 2022 at 10:00am (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules, HKI Delaware is required to designate one or more officers, directors, managing agents, or other person who will testify on its behalf with respect to each of the topics below. PAX reserves all rights, including, but not limited to, the right to take additional depositions of HKI Delaware and others, and to expand on the deposition topics listed below.

The deposition shall be taken upon oral examination before an officer authorized by law to administer oaths, by remote video conference, and may be recorded by videographer and/or by stenographic means.

**PLEASE TAKE FURTHER NOTICE** that:

1. The deposition will be conducted remotely, using audio-visual conference technology;

2. The court reporter will either report the deposition from the same location as the witness or a location separate from the witness and will remotely administer the oath to the witness;

3. Counsel for the parties and their clients will participate either from the same location or from separate locations;

4. The witness may be required to provide government-issued identification, which must be legible on camera;

5. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

6. All exhibits will be provided electronically to the witness and all participants;

7. The court reporter will record the testimony;

8. The deposition may be recorded by stenographic, electronic, and/or visual means; and

9. Counsel for all parties will be required to stipulate on the record their consent to this manner of deposition and their waiver of any objection to this manner of taking the deposition, including any objection to the admissibility at trial of this testimony based on the manner of remote deposition taking.

## DEFINITIONS

a. "Asset" means any asset or property whatsoever, whether tangible or intangible, including, without limitation, cash, bank accounts, brokerage accounts, real property, land, corporate shares, membership or interest in a limited liability company or partnership, stocks, shares, bonds, investments, investment vehicles, actual or potential judgments, liens, easements, attachments, leases, intellectual property including, without limitation, patents and trademarks, automobiles, airplanes, helicopters, sea vessels, vehicles, artwork, collectibles, clothing, jewelry, cryptocurrency, crypto-wallets, safe deposit boxes, chattel, precious stones or metals, pledged or hypothecated assets, contingent financial interests, options, warrants, securities, commodities, receivables, convertible loans, and interests derived from financial instruments, whether directly or indirectly held.

b. "Bankruptcy Code" means Title 11 of the United States Code.

c. "Communication" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise) and/or any other communicative contact between two or more Persons and/or entities, and shall include, without limitation: written contacts by such means as any Document as defined herein, and oral contact by such means as face-to-face or in-person meetings, telephone conversation, e-mail, and any other form of electronic communication such as telecopy transmissions, telexes, telegrams, and video transmissions, and the originals, drafts, copies, and all non-identical copies of all Documents.

d. The "Chapter 11 Proceedings" means *In re Ho Wan Kwok*, Case No. 22-50073 (Bankr. D. Conn.).

e. "Debtor" refers to Miles Kwok a/k/a Kwok Ho Wan, a/k/a Kwok Ho, a/k/a Gwo Wen Gui, a/k/a Guo Wengui, a/k/a Guo Wen-Gui, a/k/a Wan Gue Haoyun, a/k/a Haoyun Guo.

f. "Director," "officers," "member," "partner," "limited partner" or "agent" means any individual or entity serving as such presently or who served in such capacity at any relevant time, even though no longer serving in such capacity.

g. "HKI Delaware", "You", or "Your" refers to Hong Kong International Funds Investments (USA), LLC.

h. "Including" means including, but not limited to.

i. "Interest" means any direct or indirect interest, whether partial, whole, potential, or contingent, including, without limitation, legal ownership, beneficial ownership, right to control, ownership of any or all of the shares of an incorporated entity, membership or interest in a limited liability company or partnership, or access to funds or assets.

j. "List of Codebtors" refers to the List of Codebtors attached to Schedule H in the Debtor's *Summary of Assets and Liabilities and Certain Statistical Information* [ECF 78].

k. "Or" means "and/or" and is used in the inclusive sense.

l. "Person" includes natural persons, as well as corporations, proprietorships, limited liability companies, partnerships, joint ventures, associations, combinations, unions, governmental bodies and agencies, and any and all other entities.

m. "Proposed Plan of Reorganization" refers to *The Proposed Chapter 11 Plan of Ho Wan Kwok* [ECF 197].

n. "Relating to" as used herein shall mean concerning, being connected to, commenting on, responding to, containing, constituting, showing, memorializing, describing, analyzing,

reflecting, pertaining to, compromising, identifying, discussing or otherwise establishing reasonable, logical or causal connection to.

**RULE 30(b)(6) DEPOSITION TOPICS**

1. The formation and business purpose of HKI Delaware.

2. The corporate and organizational structure of HKI Delaware.

3. HKI Delaware's employees, officers and directors.

4. HKI Delaware's source of revenue and funding.

5. The Assets and liabilities of HKI Delaware, including without limitation how and when they were obtained.

6. The Debtor's Interest in HKI Delaware.

7. The Lady May, including without limitation:

    (a) the purchase of the Lady May;

    (b) any actual or potential transfers of the Lady may or of any ownership or Interest in the Lady May;

    (c) the listing and/or potential sale of the Lady May or of any ownership or Interest in the Lady May;

    (d) any individuals who use or work on the Lady May;

    (e) any monies transferred relating in any way to the Lady May;

    (f) the decision to sail the Lady May from United States waters to the Bahamas in or around October 2020;

    (g) the current location of the Lady May;

    (h) all past and present mortgages, encumbrances, liens, trusts, and pledges relating to the Lady May; and

    (i) the Debtor's Interest in the Lady May.

8. Communications with the Debtor regarding the lawsuit filed by HKI Delaware in these Chapter 11 Proceedings.

9. Communications with the Debtor regarding the Proposed Plan of Reorganization.

10. HKI Delaware's relationship with the Debtor and any of the entities listed on the Debtor's List of Codebtors.

Dated: May 4, 2022
New York, New York

/s/ Peter Friedman
O'MELVENY & MYERS LLP
Peter Friedman (pfriedman@omm.com)
Stuart Sarnoff (ssarnoff@omm.com)
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000

*Attorneys for Pacific Alliance Asia Opportunity Fund L.P.*