## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, | Case No: 22-50073 (JAM) |
| Debtor. | |

### ORDER GRANTING MOTION FOR PROTECTIVE ORDER

The Motion for Protective Order (the "Motion for Protective Order") filed on May 10, 2022, by party in interest Mei Guo having been considered, and there appearing due and sufficient cause to grant the relief sought therein, it is hereby

**ORDERED** that the Motion for Protective Order is GRANTED; and it is further

**ORDERED** that the deposition of Mei Guo, both individually and as the designated representative of Hong Kong International Funds Investments (USA) LLC ("HKI Delaware"), shall only proceed as follows:

  a. The deposition shall be conducted by remote means using either the Microsoft Teams or WebEx platforms. The deposition shall not be conducted via the Zoom platform;

  b. The deposition platform shall be controlled by a court reporter who has signed a confidentiality agreement reasonably acceptable to counsel for Ms. Guo and counsel for Pacific Alliance Asia Opportunity Fund, L.P.;

  c. Ms. Guo and the court reporter shall log-in to the platform ten minutes before all other participants. The reporter shall confirm Ms. Guo's identity and swear-her-in;

d. Following confirmation of her identity by the reporter, Ms. Guo shall be permitted to turn off her camera. The reporter shall not allow appearing counsel to the enter the virtual room until after Ms. Guo has turned off her camera, and Ms. Guo shall not be compelled to turn her camera back on during the deposition;

e. Ms. Guo shall not be required to provide any information concerning her residential address, or the physical location from where she is providing testimony. Ms. Guo likewise shall not be required to provide any information concerning the residential address or physical location of her family members;

f. Ms. Guo's individual deposition and HKI Delaware's 30(b)(6) deposition may only be recorded by stenographic and audio means by the court reporter;

g. No person may record video of any portion of the deposition or take screenshots of the deposition;

h. For at least three (3) full business days from when Ms. Guo's counsel receives a copy of the transcript of Ms. Guo's deposition, both individually and in her capacity as a Rule 30(b)(6) representative of HKI Delaware, access to the transcript(s) shall be limited to the eyes of the attorneys who have appeared for PAX, HKI Delaware, the Debtor, the Office of the United States Trustee and the Official Committee of Unsecured Creditors, in order to allow Ms. Guo's and HKI Delaware's counsel sufficient time to seek an additional protective order limiting the use of certain portions of the transcript. If Ms. Guo and/or HKI Delaware files such a motion for protective order, the foregoing restrictions on the transcript shall continue until such time as the Court rules on the motion for protective order.