UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No: 22-50073 (JAM) |

**ORDER SHORTENING AND LIMITING NOTICE AND SCHEDULING A HEARING TO CONSIDER MEI GUO'S MOTION FOR PROTECTIVE ORDER**

The Ex Parte Motion (the "Ex Parte Motion") to Shorten Notice and Schedule a Hearing to Consider Mei Guo's Motion for Protective Order, filed on May 10, 2022, by party in interest Mei Guo having been considered, and there appearing due and sufficient cause to grant the relief sought therein, it is hereby

**ORDERED** that the Ex Parte Motion is GRANTED; and it is further

**ORDERED** that the hearing to consider Mei Guo's Motion for Protective Order is scheduled for **Thursday**, **May 12, 2022, at 2:00 p.m.**, at the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT 06604; and it is further

**ORDERED** that Ms. Guo shall forthwith serve a copy of this Order to:

a. The Debtor;

b. The Office of the United States Trustee;

c. Counsel and appearing parties of record (including counsel for PAX (as defined in the Ex Parte Motion) and counsel for the Official Committee of Unsecured Creditors),

via electronic mail, through the Court's ECF system to appearing counsel and parties or directly to email addresses of record, or where electronic mail is not feasible via facsimile transmission, on or before May 11, 2022.