**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
------------------------------------------------------------X
                                                            :
In re:                                                      :  Chapter 11
                                                            :
       Ho Wan Kwok,                                         :  Case No. 22-50073 (JAM)
                                                            :
                                                            :  Ref. Dkt. No. 117
                Debtor.                                     :
                                                            :
------------------------------------------------------------X
```

**NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION FOR ENTRY OF INTERIM DIP ORDER (I) AUTHORIZING THE DEBTOR TO OBTAIN UNSECURED, SUBORDINATED POSTPETITION FINANCING AND (II) SCHEDULING FURTHER STATUS CONFERENCE, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on March 22, 2022, Mr. Ho Wan Kwok, the debtor and debtor-in-possession ("Mr. Kwok" or the "Debtor") in the above-captioned chapter 11 case, by and through his undersigned counsel, filed the *Debtor's Motion for Entry of Interim and Final DIP Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief* (the "Motion") [Docket No. 117].

**PLEASE TAKE FURTHER NOTICE** that the Debtor hereby withdraws the Motion.

"*Concluded on following page*"

Dated: May 11, 2022

                                          **BROWN RUDNICK LLP**

                                          By: /s/ *William R. Baldiga*
                                          BROWN RUDNICK LLP
                                          185 Asylum Street
                                          Hartford, CT 06103
                                          Attn: Dylan Kletter, Esq.
                                          Telephone: (860) 509-6500
                                          Facsimile: (860) 509-6653
                                          Email: dkletter@brownrudnick.com

                                          Seven Times Square
                                          New York, NY 10036
                                          Attn: William R. Baldiga, Esq. (*pro hac vice*)
                                          Attn: Bennett S. Silverberg, Esq. (*pro hac vice*)
                                          Attn: Jeffrey L. Jonas, Esq. (*pro hac vice*)
                                          Telephone: (212) 209-4800
                                          Facsimile: (212) 209-4801
                                          Email: wbaldiga@brownrudnick.com
                                                        bsilverberg@brownrudnick.com
                                                        jjonas@brownrudnick.com

                                          *Counsel for Ho Wan Kwok, Debtor*

## CERTIFICATE OF SERVICE

     I hereby certify that on May 11, 2022, a true and correct copy of the foregoing was filed and served electronically via the Court's CM/ECF System upon those parties who are registered to receive electronic notice.

                                                       /s/ William R. Baldiga
                                                       William R. Baldiga