## **EXHIBIT B**

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>Debtor. | Chapter 11 Case No.<br><br>22-50073 (JAM) |

**ORDER GRANTING MOTION FOR A PROTECTIVE ORDER**

The Motion for Protective Order (the "Motion for Protective Order") filed on May 10, 2022, by Mei Guo and the Response filed on May 12, 2022 by Pacific Alliance Asia Opportunity Fund L.P. ("PAX") having been considered, it is hereby

**ORDERED** that the Motion for Protective Order is **GRANTED in part**; and it is further

**ORDERED** that the deposition of Mei Guo, both individually and as the designated representative of Hong Kong International Funds Investments (USA) LLC ("HKI Delaware"), shall proceed as follows:

   a. PAX will conduct the deposition by remote means using a court reporter and a deposition vendor;

   b. The deposition platform shall be controlled a vendor who has signed a confidentiality agreement reasonably acceptable to counsel for Ms. Guo and counsel for PAX;

   c. Ms. Guo will appear on video to counsel for PAX during the swearing-in and throughout the entire deposition;

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

1

    d. Ms. Guo shall not be required to provide any information concerning her residential address, or the physical location from where she is providing testimony. Ms. Guo likewise shall not be required to provide any information concerning the residential address or physical location of her family members;

    e. Ms. Guo's individual deposition and HKI Delaware's 30(b)(6) deposition will be recorded by stenographic, audio, and video means by the vendor;

    f. For at least three (3) full business days from when Ms. Guo's counsel receives a copy of the transcript of Ms. Guo's deposition, both individually and in her capacity as a Rule 30(b)(6) representative of HKI Delaware, access to the transcript(s) shall be limited to the eyes of the attorneys who have appeared for PAX, HKI Delaware, the Debtor, the Office of the United States Trustee and the Official Committee of Unsecured Creditors, in order to allow Ms. Guo's and HKI Delaware's counsel sufficient time to seek an additional protective order limiting the use of certain portions of the transcript. If Ms. Guo and/or HKI Delaware files such a motion for protective order, the foregoing restrictions on the transcript shall continue until such time as the Court rules on the motion for protective order.

Dated: _____, 2022  
Bridgeport, Connecticut

_____  
HONORABLE JULIE A. MANNING  
UNITED STATES BANKRUPTCY JUDGE