# United States Bankruptcy Court
# District of Connecticut



In re:

   Ho Wan Kwok

   Debtor*

Case Number: 22-50073

Chapter: 11

## ORDER GRANTING MOTION FOR EXPEDITED HEARING AND LIMITING NOTICE

   Mei Guo (the "Movant"), having filed a Motion to Expedite Hearing and Limiting Notice (the "Motion", ECF No. 343), in connection with a Motion for Protective Order (the "Protective Motion", ECF No. 342), it appearing that the relief in the Motion should be granted; it is hereby

   **ORDERED:** A hearing to consider the Protective Motion will be held on May 13, 2022, at 12:00 PM, at the United States Bankruptcy Court, 915 Lafayette Blvd., Bridgeport, CT 06604; and it is further

   **ORDERED:** Service of the Order Granting Motion for Expedited Hearing and Limiting Notice and the Protective Motion must be made on all parties listed in the Motion on or before 7:00 PM on May 12, 2022; and it is further

   **ORDERED:** A certificate of service demonstrating that the provisions of the Order Granting Motion for Expedited Hearing and Limiting Notice have been complied with must be filed **on or before** May 13, 2022 by 10:00 AM.

   Dated:   May 12, 2022

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

* For the purposes of this order, "Debtor" means "Debtors" where applicable.