# Notice Recipients

District/Off: 0205−5　　　User: admin　　　Date Created: 5/12/2022
Case: 22−50073　　　Form ID: pdfdoc2　　　Total: 6

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| aty | Aaron Romney | aromney@zeislaw.com |
| aty | Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| aty | John L. Cesaroni | jcesaroni@zeislaw.com |
| aty | Stephen M. Kindseth | skindseth@zeislaw.com |

　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty　　Steven E. Mackey　　Office of the U.S. Trustee　　The Giaimo Federal Building　　150 Court Street, Room 302　　New Haven, CT 06510

　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1