# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re: <br><br> HO WAN KWOK, <br><br> Debtor. | Chapter 11 <br><br> Case No: 22-50073 (JAM) |

## **CERTIFICATE OF SERVICE**

I, Aaron A. Romney, hereby certify that on the 12th day of May, 2022, the Notice of Hearing (Doc. No. 351) on party in interest Mei Guo's Motion for Protective Order (Doc No. 343) was served on counsel for the Debtor, the Office of the United States Trustee, and all Counsel and appearing parties of record (including counsel for PAX and counsel for the Official Committee of Unsecured Creditors) by e-mail by operation of the Court's electronic filing system.

MEI GUO

By: */s/ Aaron A. Romney*
Aaron A. Romney (ct28144)
Zeisler & Zeisler, P. C.
10 Middle Street
15th Floor
Bridgeport, CT  06604
Tel: (203) 368-4234
Fax: (203) 367-9678
Email: aromney@zeislaw.com
Her attorneys