# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtor. | : | |

## WITHDRAWAL OF MOTION TO QUASH (WITHOUT PREJUDICE TO REFILE)

Golden Spring (New York) Ltd. ("GSNY"), by and through its attorneys, Cohn Birnbaum & Shea, P.C., hereby withdraws, without prejudice to refile, its Motion to Quash [ECF 352].

GOLDEN SPRING (NEW YORK) LTD.

By /s/ Scott D. Rosen
Timothy D. Miltenberger (ct08874)
Scott D. Rosen
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT  06103
(860) 493-2262
srosen@cbshealaw.com

1

213839v1

**CERTIFICATION**

      I hereby certify that on May 12, 2022 a copy of the foregoing was filed electronically and will be sent by email to all parties by operation of the Court's electronic filing system to the Debtor (through counsel), the United States Trustee, Golden Spring (New York) Ltd., the Official Committee of Unsecured Creditors (through counsel), and to all appearing parties. Parties may access this filing through the Court's CM/ECF System.

      /s/ Scott D. Rosen_____
      Scott D. Rosen

213839v1