UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| HO WAN KWOK[1] | 22-50073 (JAM) |
| Debtor. | May 12, 2022 |

**PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S MOTION TO PERMIT CERTAIN COUNSEL TO APPEAR REMOTELY FOR MAY 13, 2022 HEARING**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), by and thorough undersigned counsel, respectfully moves the Court for permission for the following counsel to PAX to appear remotely at the hearing currently scheduled for Friday, May 13, 2022 on *Mei Guo's Motion for Protective Order* [Dkt. No. 342] (the "Protective Order Motion"): (a) Peter Friedman of O'Melveny & Myers LLP ("O'Melveny"); (b) David Harbach of O'Melveny; and (c) Laura Aronsson, also of O'Melveny. In support of the Motion, PAX states as follows:

**JURISDICTION AND VENUE**

1.      The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

III of the United States Constitution. The statutory bases for the relief sought herein are section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1001.

## BACKGROUND AND REQUESTED RELIEF

2. On May 9, 2022, the Clerk of the Court issued *Clerk's Announcement 22-02*, requiring face masks in court in light of the "recent surge in COVID positivity and the CDC's 'High' COVID-19 Community Level designation for many of Connecticut's counties."

3. On May 10, 2022, Mei Guo filed the Protective Order Motion. Also on May 10, 2022, Mei Guo filed the *Ex Parte Motion to Shorten and Limit Notice and Schedule an Expedited Hearing on Mei Guo's Motion for Protective Order* [Dkt. No. 343] (the "Motion to Expedite").

4. Today, May 12, 2022, PAX filed its response to the Protective Order Motion. [Dkt. No. 349].

5. The Court granted the Motion to Expedite on May 12, 2022 at approximately 4:41 p.m. (the "Expedited Order") [Dkt. No. 351]. The Expedited Order set the hearing on the Protective Order Motion for May 13, 2022 at 12:00 PM in Bridgeport (the "Hearing"). The only matter before the Court at the Hearing is the Protective Order Motion.

6. Mr. Friedman, Mr. Harbach, and Ms. Aronsson serve as counsel to PAX. Mr. Friedman and Mr. Harbach are both presently in Washington, D.C. and Ms. Aronsson is in New York City. Due to the time constraints imposed by the Expedited Order; given the narrow scope of the issues before the Court at the Hearing; and because of the High' COVID-19 Community Level designation, PAX submits that permitting Mr. Friedman, Mr. Harbach, and Ms. Aronsson to enter remote appearances via the ZOOMGov platform will comport with Bankruptcy Rule 1001 and promote the just, speedy and inexpensive adjudication of the Protective Order Motion.

**CONCLUSION**

7.      Because of the shortened notice period, the narrow issues before the Court at the May 13 hearing, and particularly in light of the *Clerk's Announcement 22-02*, PAX respectfully requests that Mr. Friedman, Mr. Harbach, and Ms. Aronsson be permitted to appear remotely before this Court.

Dated: May 12, 2022
Hartford, Connecticut

**Pacific Alliance Asia Opportunity Fund L.P.**

By: */s/ Patrick M. Birney*
Patrick M. Birney (CT No. 19875)
Annecca H. Smith (CT No. 31148)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8275
Facsimile: (860) 275-8299
E-mail: pbirney@rc.com
        asmith@rc.com

-and-

Peter Friedman (admitted *pro hac vice*)
Stuart M. Sarnoff (admitted *pro hac vice*)
Laura S. Aronsson (admitted *pro hac vice*)
**O'MELVENY & MYERS LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: pfriedman@omm.com
       ssarnoff@omm.com
       laronsson@omm.com

25001989-v1

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2022, a copy of the foregoing was filed electronically and shall be served as required by Local Bankruptcy Rule 9013-2(b), with notice of this filing being sent by email to all Notice Parties by operation of the court's electronic filing system or by First Class U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties in interest may access this document through the court's CM/ECF System.

                                          */s/ Patrick M. Birney*
                                          Patrick M. Birney