# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| HO WAN KWOK,[1] | : | Case No. 22-50073(JAM) |
| Debtor. | : | |
| | : | Hearing Date: May 13, 2022 |

## RUI MA'S MOTION TO PERMIT COUNSEL
## TO APPEAR REMOTELY FOR MAY 13, 2022 HEARING

Late yesterday, the Court scheduled a hearing for tomorrow at 12:00 p.m. Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and General Order 2021-04 at ¶1(c) & (d), Creditor Rui Ma ("**Creditor**"), by and thorough undersigned counsel, respectfully moves the Court for permission for Carollynn Callari of Callari Partners LLC, counsel to Creditor, to appear remotely at the hearing currently scheduled for Friday, May 13, 2022 on *Mei Guo's Motion for Protective Order* [Dkt. No. 342] (the "**Protective Order Motion**"), and respectfully states as follows:

### JURISDICTION AND VENUE

The United States Bankruptcy Court for the District of Connecticut (the "**Court**") has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the

---

[1] The above-named Debtor and Debtor in Possession, Ho Wan Kwok (the "**Debtor**" or "**Kwok**") is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

1

meaning of 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution. The statutory bases for the relief sought herein are section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1001, and General Order 2021-04 at ¶1(c) & (d).

## REQUESTED RELIEF

2.    On May 10, 2022, Mei Guo filed the Protective Order Motion, as well as an *Ex Parte Motion to Shorten and Limit Notice and Schedule an Expedited Hearing on Mei Guo's Motion for Protective Order* [ECF No. 343] (the "**Motion to Expedite**"). Pacific Alliance Asia Opportunity Fund L.P. filed its response to the Protective Order Motion today, May 12, 2022. [ECF No. 349].

3.    Today, the Court granted the Motion to Expedite at approximately 4:40 p.m. (the "**Expedited Order**") [ECF No. 351], setting the hearing on the Protective Order Motion for tomorrow, May 13, 2022 at 12:00 p.m. in Bridgeport (the "**Hearing**"). The Hearing is to be in-person without a remote option. The only matter before the Court in this case at that time is the Protective Order Motion.

4.    Creditor is a party in interest in this bankruptcy case and her counsel would like to appear at the Hearing. However, Ms. Callari is in New Jersey and is unable to travel to Bridgeport tomorrow, and Creditor's local counsel is out of state and is unable to attend.

5.    Pursuant to General Order 2021-04 at ¶1(c) & (d) the presiding judge has discretion to permit remote participation. Due to the time constraints imposed by the Expedited Order, and the limited scope of the issues before the Court at the Hearing, remote participation is requested.

6.    In addition, the Clerk of the Court recently reinstituted face mask requirements

in court in light of the CDC's "'High' COVID-19 Community Level designation for many of Connecticut's counties."

7. Creditor respectfully submits that permitting Ms. Callari to enter remote appearances via the ZOOMGov platform for the Hearing is reasonable under the circumstances and will comport with Bankruptcy Rule 1001 and promote the just, speedy and inexpensive adjudication of the Protective Order Motion.

## CONCLUSION

WHEREFORE, for the foregoing reasons, Creditor respectfully requests that Ms. Callari be permitted to appear remotely before this Court for the Hearing.

Dated: May 13, 2022                          /s/ Kristin B. Mayhew

Kristin B. Mayhew-ct20896
**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
30 Jelliff Lane
Southport, CT 06890
(203) 319-4000
kmayhew@mdmc-law.com

- and -

Carollynn H.G. Callari (*pro hac vice*)
David S. Forsh (*pro hac vice*)
**CALLARI PARTNERS LLC**
One Rockefeller Plaza, 10th Floor
New York, NY 10020
(212) 202-3050
ccallari@callaripartners.com
dforsh@callaripartners.com

*Attorneys for Rui Ma*

## CERTIFICATE OF SERVICE

I, Kristin B. Mayhew, hereby certify that a true and accurate copy of the foregoing *Rui Ma's Motion to Permit Certain Counsel to Appear Remotely for May 13, 2022 Hearing* was filed with the Court on May 13, 2022. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

/s/ Kristin B. Mayhew
Kristin B. Mayhew