**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| HO WAN KWOK,[1] | : | Case No. 22-50073(JAM) |
| Debtor. | : |  |
|  | : |  |

## [PROPOSED] ORDER GRANTING RUI MA'S MOTION TO PERMIT COUNSEL TO APPEAR REMOTELY FOR MAY 13, 2022 HEARING

Upon consideration of *Rui Ma's Motion to Permit Certain Counsel to Appear Remotely for May 13, 2022 Hearing* (the "**Motion**"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); and the Court having found this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given, under the circumstances, and that no other or further notice is necessary; and upon the record herein; and it appearing that cause exists to grant the relief sought in the Motion; it is hereby

ORDERED, ADJUDGED and DECREED that:

1. The Motion is GRANTED as set forth herein.

2. Carollynn Callari, counsel for Creditor Rui Ma, is hereby granted leave to appear remotely at the hearing currently scheduled for Friday, May 13, 2022 on Mei Guo's Motion for Protective Order [ECF No. 342].

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

1

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

Dated: _____, 2022
Bridgeport, Connecticut

                                                    _____
                                                    HONORABLE JULIE A. MANNING
                                                    UNITED STATES BANKRUPTCY JUDGE

KBM/M1738/1001/1830614v1
05/13/22-HRT/BD