United States Bankruptcy Court
District of Connecticut

In re:  
Ho Wan Kwok  
    Debtor

Case No. 22-50073-jam  
Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0205-5 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2022 | Form ID: pdfdoc2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ustpregion02.nh.ecf@usdoj.gov | May 12 2022 18:27:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2022 at the address(es) listed below:

**Name**      **Email Address**

Aaron Romney
    on behalf of Interested Party Mei Guo aromney@zeislaw.com swenthen@zeislaw.com

Aaron Romney
    on behalf of Interested Party HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney
    on behalf of Plaintiff HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com

Annecca H. Smith
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Bennett Silverberg

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 2 of 3 |
| Date Rcvd: May 12, 2022 | Form ID: pdfdoc2 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Ho Wan Kwok bsilverberg@brownrudnick.com |
| Carollynn H.G. Callari | on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com |
| Carollynn H.G. Callari | on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com |
| Carollynn H.G. Callari | on behalf of Creditor Zheng Wu ccallari@callaripartners.com |
| David S. Forsh | on behalf of Creditor Zheng Wu dforsh@callaripartners.com |
| David S. Forsh | on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com |
| David S. Forsh | on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com |
| David V. Harbach, II | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com |
| Dylan Kletter | on behalf of Debtor Ho Wan Kwok dkletter@brownrudnick.com adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;rstark@brownrudnick.com |
| Holley L. Claiborn | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |
| Irve J. Goldman | on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com  rmccoy@pullcom.com |
| Jay Marshall Wolman | on behalf of Creditor Logan Cheng jmw@randazza.com  ecf-6898@ecf.pacerpro.com |
| Jeffrey L Jonas | on behalf of Debtor Ho Wan Kwok jjonas@brownrudnick.com |
| John L. Cesaroni | on behalf of Interested Party Mei Guo jcesaroni@zeislaw.com |
| Jonathan Kaplan | on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com prulewicz@pullcom.com;rmccoy@pullcom.com |
| Kenneth Aulet | on behalf of Debtor Ho Wan Kwok kaulet@brownrudnick.com |
| Kristin B. Mayhew | on behalf of Creditor Zheng Wu kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of 20 Largest Creditor Weican Meng kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of 20 Largest Creditor Rui Ma kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Laura Aronsson | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com |
| Mia N. Gonzalez | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com |
| Patrick M. Birney | on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com  ctrivigno@rc.com |
| Patrick M. Birney | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com  ctrivigno@rc.com |
| Peter Friedman | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of Creditor Zheng Wu pzarella@mdmc-law.com |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 3 of 3 |
| Date Rcvd: May 12, 2022 | Form ID: pdfdoc2 | Total Noticed: 1 |

Sara Pahlavan
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. spahlavan@omm.com

Scott D. Rosen
    on behalf of Interested Party Golden Spring (New York) LTD srosen@cb-shea.com  kseaman@cbshealaw.com

Stephen M. Kindseth
    on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth
    on behalf of Interested Party Mei Guo skindseth@zeislaw.com  cjervey@zeislaw.com

Stuart M. Sarnoff
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com

Timothy D. Miltenberger
    on behalf of Interested Party Golden Spring (New York) LTD Tmiltenberger@cbshealaw.com msullivan@cbshealaw.com;dtempera@cbshealaw.com

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

William Baldiga
    on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com

William R. Baldiga
    on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com

TOTAL: 40

# United States Bankruptcy Court
# District of Connecticut

In re:

Ho Wan Kwok

Debtor*

Case Number: 22-50073

Chapter: 11

## ORDER GRANTING MOTION FOR EXPEDITED HEARING AND LIMITING NOTICE

Mei Guo (the "Movant"), having filed a Motion to Expedite Hearing and Limiting Notice (the "Motion", ECF No. 343), in connection with a Motion for Protective Order (the "Protective Motion", ECF No. 342), it appearing that the relief in the Motion should be granted; it is hereby

**ORDERED:** A hearing to consider the Protective Motion will be held on May 13, 2022, at 12:00 PM, at the United States Bankruptcy Court, 915 Lafayette Blvd., Bridgeport, CT 06604; and it is further

**ORDERED:** Service of the Order Granting Motion for Expedited Hearing and Limiting Notice and the Protective Motion must be made on all parties listed in the Motion on or before 7:00 PM on May 12, 2022; and it is further

**ORDERED:** A certificate of service demonstrating that the provisions of the Order Granting Motion for Expedited Hearing and Limiting Notice have been complied with must be filed **on or before** May 13, 2022 by 10:00 AM.

Dated:  May 12, 2022

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

* For the purposes of this order, "Debtor" means "Debtors" where applicable.