# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok[1]<br><br>        Debtor. | Chapter 11 Case No. 22-50073 (JAM) |
| HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>HO WAN KWOK and PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.,<br><br>        Defendants. | Adv. Pro. No. 22-05003<br><br><br><br><br><br>May 16, 2022 |

## NOTICE OF APPEARANCE OF COUNSEL

I am admitted or otherwise authorized to practice in this Court, and I appear in this adversary proceeding as counsel for Pacific Alliance Asia Opportunity Fund L.P. ("PAX"). The Clerk of the Court and the opposing party will be informed of any change in address. I request notice of all further pleadings and filings.

[*Signature on Following Page*]

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

Dated: May 16, 2022

*By:* _____
Stuart M. Sarnoff (ct04118-D.Conn)
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2293
E-mail: ssarnoff@omm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2022, a copy of the foregoing notice and request has been served by operation of the court's electronic filing system or by First Class U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties in interest may access this document through the court's CM/ECF System.

_____
Stuart M. Sarnoff  (ct04118-D.Conn)