**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | : | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| HO WAN KWOK,[1] | : | Case No. 22-50073(JAM) |
| Debtor. | : | |
| | : | |

**MOTION TO PERMIT COUNSEL
TO APPEAR REMOTELY FOR MAY 17, 2022 STATUS CONFERENCE**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and General Order 2021-04 at ¶1(c) & (d), Creditors Rui Ma and Weican Meng (the "**Creditors**"), by and thorough their undersigned counsel, respectfully move the Court for permission for Carollynn Callari of Callari Partners LLC to appear remotely at the Status Conference currently scheduled for Tuesday, May 17, 2022 and respectfully states as follows:

1. On May 13, 2022, the Official Committee of Unsecured Creditors (the "Creditors' Committee") filed a Request for Status Conference Pursuant to 11 U.S.C. § 105(d) (the "Status Conference Request"). [ECF 359].

2. That same day the Court granted the Committee's Status Conference Request and set a status conference in this case for Tuesday, May 17, 2022 at 3:00 p.m. in Bridgeport (the "Status Conference"). [ECF 363]. The Hearing is to be in-person without a remote option.

3. The Creditors are parties-in-interest in this bankruptcy case and would like

---

[1] The above-named Debtor and Debtor in Possession, Ho Wan Kwok (the "**Debtor**" or "**Kwok**") is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

1

Attorney Callari to be able to participate in the Status Conference.  However, Ms. Callari is in New Jersey and is unable to travel to Bridgeport tomorrow.

4.  Pursuant to General Order 2021-04 at ¶1(c) & (d) the presiding judge has discretion to permit remote participation.  Due to the short notice of the scheduling of the Status Conference, and the limited scope of the issues before the Court, remote participation is requested.

5.  In addition, the Clerk of the Court recently reinstituted face mask requirements in court in light of the CDC's "'High' COVID-19 Community Level designation for many of Connecticut's counties."

6.  Creditors respectfully submit that permitting Ms. Callari to enter remote appearances via the ZOOMGov platform for the Hearing is reasonable under the circumstances and will comport with Bankruptcy Rule 1001 and promote the just, speedy and inexpensive adjudication of the Status Conference.

WHEREFORE, for the foregoing reasons, Creditor respectfully requests that Ms. Callari be permitted to appear remotely before this Court for the Status Conference.

| | |
|---|---|
| Dated: May 16, 2022 | /s/ Kristin B. Mayhew |

Kristin B. Mayhew-ct20896
**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
30 Jelliff Lane
Southport, CT 06890
(203) 319-4000
kmayhew@mdmc-law.com

- and -

Carollynn H.G. Callari (*admitted pro hac vice*)
David S. Forsh (*admitted pro hac vice*)
**CALLARI PARTNERS LLC**
One Rockefeller Plaza, 10th Floor
New York, NY 10020
(212) 202-3050
ccallari@callaripartners.com
dforsh@callaripartners.com

*Attorneys for Rui Ma and Weican Meng*

3

## **CERTIFICATE OF SERVICE**

I, Kristin B. Mayhew, hereby certify that a true and accurate copy of the foregoing *Motion to Permit Certain Counsel to Appear Remotely for May 17, 2022 Status Conference* was filed with the Court on May 16, 2022. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

>                /s/ Kristin B. Mayhew
>                  Kristin B. Mayhew

KBM/M1738/1001/1830998v1
05/16/22-HRT/BD