**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------------------X
: 
In re:                                                               : Chapter 11
                                                                     : 
   Ho Wan Kwok,                                         : Case No. 22-50073 (JAM)
                                                                     : 
                                                                     : Date:
          Debtor.[1]  : Time:
                                                                     : 
---------------------------------------------------------------------X

**DEBTOR'S MOTION FOR ORDER
SHORTENING AND LIMITING NOTICE AND SCHEDULING
A HEARING TO CONSIDER DEBTOR'S MOTION FOR PROTECTIVE ORDER**

Mr. Ho Wan Kwok, the debtor and debtor-in-possession ("Mr. Kwok" or the "Debtor") in the above-captioned chapter 11 case, by and through his undersigned counsel, moves this Court, *ex parte*, for the entry of an order shortening notice and scheduling a hearing to consider Mr. Kwok's Motion for a Protective Order (Docket No. [ ]) (the "Motion") during the status conference on May 17, 2022, or at the Court's earliest convenience. In support of the Motion, Mr. Kwok states as follows:

**JURISDICTION, VENUE, AND BAISIS FOR RELIEF**

1.    This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut (as amended). This is a core proceeding under 28 U.S.C. § 157(b). Venue of this Chapter 11 Case and this Motion is proper in this District under 28 U.S.C. §§ 1408 and 1409.

2.    The Motion relates to the Motion to Dismiss (as defined below), which is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). 3. The predicates for the relief requested

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

herein are Section 105 of the United States Bankruptcy Code (11 U.S.C. §§ 101 et seq.), and Fed. R. Bankr. P. 9007 and 9006(c)(1).

## BACKGROUND

3. On February 15, 2022 (the "Petition Date"), the Debtor commenced the Chapter 11 Case by filing a voluntary petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code.

4. The Debtor is a debtor-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

5. No trustee or examiner has been appointed in this Chapter 11 Case. On March 21, 2022, the Office of the United States Trustee for the District of Connecticut (the "U.S. Trustee") appointed the official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

6. On April 6, 2022 Pacific Asia Alliance Opportunity Fund, L.P. ("PAX") filed the Motion to Dismiss, seeking to dismiss this Chapter 11 case on numerous grounds. In support of the Motion to Dismiss, PAX has served numerous subpoenas on third parties for depositions and sought production of documents from such third parties. On April 22, 2022 PAX also served a notice of deposition of the Debtor (the "Debtor Deposition Notice") and requests for documents from the Debtor (the "Debtor Document Requests") and the Debtor's attorneys, Brown Rudnick LLP (the "Brown Rudnick Document Requests").

7. Following objections by PAX and the office of the United States Trustee to the DIP Motion, the Court indicated it did not intend to approve the DIP Motion, and subsequently Golden Spring withdrew the proposed loan. This estate no longer has access to any source of funding for the payment of the administrative expenses of this bankruptcy. As a result, on May

11, 2022 the Debtor consented to the entry of an order dismissing this bankruptcy case as there was no longer any source of funds for the payment of the administrative expenses of the estate. *See* Dkt. No. 344 (the "Consent to Motion to Dismiss").

8. Prior to the Consent to Motion to Dismiss, the Debtor and PAX had agreed that Mr. Kwok's deposition should be scheduled for May 19, 2022.

**BASIS FOR RELIEF**

9. By this motion, the Debtor seeks an order shortening notice of and scheduling an expedited hearing to consider the Motion.

10. Fed. R. Bankr. P. 9006(c)(1) provides that, except to the extent specifically precluded by subsection(c)(2), "when an act is required or allowed to be done at or within a specified time . . . by order of the court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

11. Furthermore, pursuant to Fed. R. Bankr. P. 9007, the Court has general authority to prescribe and regulate notice.

12. Cause exists to shorten and limit the notice required and reduce the time in which a hearing is to be held with respect to the Motion. An evidentiary hearing on the Motion to Dismiss is scheduled to begin on May 25, 2022, and the parties to that motion are preparing for the hearing on an expedited basis.

13. The Debtor does not seek to upend the Scheduling Order deadlines or cause the hearing on the Motion to Dismiss to be continued. The Debtor thus seeks expedited consideration of the Motion so that it may be heard and decided by the Court in time for all parties to prepare for the Motion to Dismiss. No party in interest will be prejudiced by shortening notice with regard to a hearing on the Motion. Indeed, shortening notice and

conducting an expedited hearing will permit the Motion to Dismiss hearing to proceed as scheduled.

14. Pursuant to Fed. R. Bankr. P. 9007, the Debtor proposes that notice of the Motion be limited to the following parties ("Notice Parties"): a. The Office of the United States Trustee; and c. Counsel and appearing parties of record (including counsel for PAX and counsel for the Official Committee of Unsecured Creditors).

15. The Debtor further proposes that notice be sent to all Notice Parties via electronic mail, through the Court's ECF system to appearing counsel and parties or directly to email addresses of record, or where electronic mail is not feasible via facsimile transmission. The Debtor requests that a hearing be scheduled to consider the Motion for Tuesday, May 17, 2022, the pre-existing status conference, or at the Court's earliest convenience.

**WHEREFORE**, the Debtor respectfully requests the entry of the order submitted herewith scheduling a hearing on the Motion, and grant such other and further relief as this Court deems just and proper.

Dated: May 16, 2022

**BROWN RUDNICK LLP**

By: /s/ *William R. Baldiga*
BROWN RUDNICK LLP
185 Asylum Street
Hartford, CT 06103
Attn: Dylan Kletter, Esq.
Telephone: (860) 509-6500
Facsimile: (860) 509-6653
Email: dkletter@brownrudnick.com

Seven Times Square
New York, NY 10036
Attn: William R. Baldiga, Esq. (*pro hac vice*)
Attn: Jeffrey L. Jonas, Esq. (*pro hac vice*)

Attn: Bennet S. Silverberg, Esq. (*pro hac vice*)
Attn: Kenneth J. Aulet, Esq. (*pro hac vice*)
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email: wbaldiga@brownrudnick.com
jjonas@brownrudnick.com
bsilverberg@brownrudnick.com
kaulet@brownrudnick.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 22-50073 |

## CERTIFICATE OF SERVICE

I, Kenneth J. Aulet, hereby certify that on the 16th day of May, 2022, the Ex Parte Motion to Shorten Notice and Schedule a Hearing to Consider the Debtor's Motion for Protective Order was sent by e-mail to all appearing parties by operation of the Court's electronic filing system

Dated: May 16, 2022

**BROWN RUDNICK LLP**

By: /s/ *Kenneth J. Aulet*
BROWN RUDNICK LLP
185 Asylum Street
Hartford, CT 06103
Attn: Dylan Kletter, Esq.
Telephone: (860) 509-6500
Facsimile: (860) 509-6653
Email: dkletter@brownrudnick.com

Seven Times Square
New York, NY 10036
Attn: William R. Baldiga, Esq. (*pro hac vice*)
Attn: Jeffrey L. Jonas, Esq. (*pro hac vice*)
Attn: Bennet S. Silverberg, Esq. (*pro hac vice*)
Attn: Kenneth J. Aulet, Esq. (*pro hac vice*)
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

                    2

              Email: wbaldiga@brownrudnick.com
                   jjonas@brownrudnick.com
                   bsilverberg@brownrudnick.com
                   kaulet@brownrudnick.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Ho Wan Kwok, | : | Case No. 22-50073 |
| | : | |
| Debtor.[1] | : | |
| | : | |

### ORDER SHORTENING AND LIMITING NOTICE AND SCHEDULING A HEARING TO CONSIDER THE DEBTOR'S MOTION FOR PROTECTIVE ORDER

The Ex Parte Motion (the "Ex Parte Motion") to Shorten Notice and Schedule a Hearing to Consider the Debtor's Motion for Protective Order, filed on May 16, 2022, by the Debtor having been considered, and there appearing due and sufficient cause to grant the relief sought therein, it is hereby

**ORDERED** that the Ex Parte Motion is **GRANTED**; and it is further

**ORDERED** that the hearing to consider the Debtor's Motion for Protective Order is scheduled for Tuesday, May 17, 2022, at 3:00 p.m., at the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT 06604; and it is further

**ORDERED** that the Debtor shall forthwith serve a copy of this Order to: a. The Office of the United States Trustee; b. Counsel and appearing parties of record (including counsel for PAX (as defined in the Ex Parte Motion) and counsel for the Official Committee of Unsecured Creditors), via electronic mail, through the Court's ECF system to appearing counsel and parties or directly to email addresses of record, or where electronic mail is not feasible via facsimile transmission, on or before May 17, 2022.

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.