# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>    Debtor. | Chapter 11<br><br>Case No: 22-50073 (JAM) |
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND, L.P.,<br><br>    Movant,<br><br>v.<br><br>HO WAN KWOK,<br><br>    Respondent. | Contested Matter [Doc. No. 57] |

## HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S PROGRESS REPORT REGARDING THE "LADY MAY"

HK International Funds Investments (USA) Limited, LLC ("HK USA"), by and through its undersigned attorneys, Zeisler & Zeisler, P.C., hereby submits this progress report regarding the status of that certain yacht the "Lady May" in accordance with that certain Stipulated Order Compelling HK International Funds Investments (USA) Limited, LLC to Transport and Deliver that Certain Yacht, the "Lady May" [Doc. No. 299] ("Order") entered by this Court on April 29, 2022. The current status of the particular items as required by paragraph 2 of the Order is set forth in the Declaration of Mei Guo appended hereto as **Exhibit 1**.

Dated this 16th day of May, 2022.

                HK INTERNATIONAL FUNDS
                INVESTMENTS (USA) LIMITED, LLC

By: */s/ Stephen M. Kindseth*
Stephen M. Kindseth (ct14640)
Aaron A. Romney (ct28144)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06604
Telephone: (203) 368-4234
Facsimile (203) 549-0872
Email: skindseth@zeislaw.com
       aromney@zeislaw.com
Its Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of May, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                    */s/ Stephen M. Kindseth*
                                                    Stephen M. Kindseth (ct14640)