# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, | Case No: 22-50073 (JAM) |
| Debtor. | |
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND, L.P., | Contested Matter [Doc. No. 57] |
| Movant, | |
| v. | |
| HO WAN KWOK, | |
| Respondent. | |

## DECLARATION OF MEI GUO

I, Mei Guo, hereby declare as follows:

1. I am over eighteen years of age and understand the obligations of an oath.

2. I am the sole member of HK International Funds Investments (USA) Limited, LLC ("HK USA"), the sole owner of the yacht known as the "Lady May." As such, I have personal knowledge of the facts set forth in this Declaration.

3. HK USA contracted with Yachtzoo SARL ("Yachtzoo") to provide yacht management services for the Lady May, and Yachtzoo continues to serve in that capacity.

4. The current position of the Lady May is at the shipyard MB92 La Ciotat SAS ("MB92"), 46 Quai François Mitterrand, 13600 La Ciotat, France.

5. Based, in part, upon the written representations of Yachtzoo, all work described in that certain Declaration of Russell Stockil dated April 10, 2022, and filed in this bankruptcy case in connection with this matter, as to be performed is being completed on schedule with limited

1

delays or unforeseen issues. The Lady May is due to re-launch on schedule on Friday, May 20, 2022.

6. The originally contemplated ship transport option has been postponed and no others have materialized to reliably transport the Lady May on the East / West transit across the Atlantic for delivery to Connecticut on or before July 15, 2022. Accordingly, I have decided to make arrangements for necessary precautions for the Lady May crossing the Atlantic on her own bottom (as opposed to in a freighter). These include the fabrication of blanking plates for the forward windows which are a condition for unlimited navigation. These blanking plates have been ordered and should be completed by the latest on May 27, 2022.

7. The passage plan for the Lady May crossing on her own bottom is attached hereto as **Exhibit A** and a weather routing service has been subscribed to in order to ensure the best (safest) route to take. Dates are approximative and may be subject to change if the yacht needs to wait for a suitable weather window in any of the ports en route.

8. Based on this schedule, I reasonably anticipate that the Lady May will be present in the navigable waters of Connecticut on or about June 24, 2022, weather and other circumstances permitting.

Dated: May 16, 2022

*/s/ Mei Guo*
Mei Guo

# EXHIBIT A



**Provisional Crossing distances**

### Leg 1 – La Ciotat to Gibraltar

| | | |
|---|---|---|
| Distance | | 788 nm |
| ETD | 6/10/2022 07:00:00 | |
| TTG | | 50,84 hrs |
| Days | Hours | Minutes |
| 2 | 2 | 50,32 |

| | | |
|---|---|---|
| Starting fuel | | 22500 |
| Time Change | GMT +2) | 0 |
| SOG | | 15,5 kts |
| RPM | | 1800 |
| ETA | 6/12/2022 09:50:19 | |
| Fuel burn | | 17285,16 |
| End Fuel | | 5214,84 |

### Leg 2 – Gibraltar to Horta

| | | |
|---|---|---|
| Distance | | 1142 nm |
| ETD | 6/12/2022 13:50:19 | |
| TTG | | 87,85 hrs |
| Days | Hours | Minutes |
| 3 | 15 | 50,77 |

| | | | |
|---|---|---|---|
| Starting fuel | | 50500,00 | |
| Taking | | 45285,16 | € 43 609,61 |
| Time Change | GMT | | -2 |
| SOG | | 13 kts | |
| RPM | | 1415 | |
| ETA | 6/16/2022 03:41:06 | | |
| Fuel burn | | 15373,08 | |
| End Fuel | | 35126,92 | |

### Leg 3 – Horta to Bermuda

| | | |
|---|---|---|
| Distance | | 1797 nm |
| ETD | 6/16/2022 07:41:06 | |
| TTG | | 119,80 hrs |
| Days | Hours | Minutes |
| 4 | 23 | 48,00 |

| | | | |
|---|---|---|---|
| Starting fuel | | 50500,00 | |
| Taking | | 15373,08 | € 23 059,62 |
| Time Change | (GMT -3) | | -3 |
| SOG | | 15 kts | |
| RPM | | 1800 | |
| ETA | 6/21/2022 04:29:06 | | |
| Fuel burn | | 32346,00 | |
| End Fuel | | 18154,00 | |

### Leg 4 – Bermuda to NYC

| | | |
|---|---|---|
| Distance | | 678 nm |
| ETD | 6/21/2022 07:44:06 | |
| TTG | | 48,43 hrs |
| Days | Hours | Minutes |
| 2 | 0 | 25,71 |

| | | | |
|---|---|---|---|
| Starting fuel | | 50500,00 | |
| Taking | | 32346,00 | € 48 519,00 |
| Time Change | (GMT -4) | | -1 |
| SOG | | 14 kts | |
| RPM | | 1600 | |
| ETA | 6/23/2022 07:09:48 | | |
| Fuel burn | | 12107,14 | |
| | | 38392,86 | |

**Top up at the end**

| | | |
|---|---|---|
| Starting fuel | | 50500,00 |
| Taking | 12107,14 | $ 18 160,71 |

Total fuel burn                77111,38   € 131 714,48
Total travel time                   13 Days
FUEL CAPACITY OF LADY MAY IS 50,500 LITERS

<u>Please Note</u>: Only the distances on this list are only a representation of what we will be doing.
Departure times and speeds may differ greatly and this will impact arrival times.
If we encounter bad weather or change course to different locations this will all change.

**Fuel Consumptions x2 Main Engines**

| RPM | L/hr | typical SOG | hours to 100nm | litres burnt |
|---|---|---|---|---|
| 1150 | 100 | 10,7 | 9,3 | 934,58 |
| 1300 | 130 | 11,4 | 8,8 | 1140,35 |
| 1415 | 150 | 13 | 7,7 | 1153,85 |
| 1520 | 185 | 14 | 7,1 | 1321,43 |
| 1600 | 225 | 14 | 7,1 | 1607,14 |
| 1700 | 245 | 15 | 6,7 | 1633,33 |
| 1800 | 315 | 15,5 | 6,5 | 2032,26 |
| 1900 | 385 | 16 | 6,3 | 2406,25 |
| 2000 | 450 | 16,5 | 6,1 | 2727,27 |
| 2100 | 530 | 17,1 | 5,8 | 3099,42 |
| 2200 | 635 | 17,5 | 5,7 | 3628,57 |
| 2300 | 700 | 18,2 | 5,5 | 3846,15 |

Factor 600 L of generator fuel consumption / day

| Fuel prices | | mars-22 | Taking |
|---|---|---|---|
| S.France | € | 1,76 | |
| Gibraltar | € | 0,96 | |
| Horta | € | 1,50 | ? |
| Bermuda | € | 1,50 | ? |
| NYC | $ | 1,50 | ? |