**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

_____

In re                                                                    : Chapter 11
                                                                         :
      Ho Wan Kwok,                                          : Case No. 22-50073
                                                                         :
          Debtor.[1]                                    :
                                                                         :
_____:

**THE OFFICIAL COMMITTEE OF UNSECURED  CREDITORS POSITION
STATEMENT REGARDING MEI GUO'S MOTION FOR A PROTECTIVE ORDER**

Based upon the understanding that Pacific Alliance Asia Opportunity Fund L.P's ("PAX")

intends to withdraw its subpoena and notice of deposition and will not be proceeding with the

deposition of Mei Guo in advance of the hearing on the Dismissal Motion, the Official Committee

of Unsecured Creditors (the "Committee") of Debtor and Debtor in Possession, Ho Wan Kwok

(the "Debtor") do not intend to submit a position statement and request that the Court delay

adjudication of the Motion for Protective Order until after the status conference scheduled for May

17, 2022.

Dated: Bridgeport, Connecticut
      May 16, 2022

                                    **OFFICIAL COMMITTEE OF UNSECURED
                                    CREDITORS OF HO WAN KWOK**

                          By:    */s/Irve J. Goldman*_____
                                    Irve J. Goldman
                                    Jonathan A. Kaplan
                                    Pullman & Comley, LLC
                                    850 Main Street, 8th Floor
                                    PO Box 7006
                                    Bridgeport, CT 06601-7006
                                    (203) 330-2213
                                    igoldman@pullcom.com

_____

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

Its Attorneys

## <u>CERTIFICATION OF SERVICE</u>

I, Irve J. Goldman, herby certify that on the 16th day of May, 2022, a true and correct copy of the foregoing Official Committee of Unsecured Creditors' Position Statement Regarding Mei Guo's Motion for a Protective Order was filed with the Court and served all parties that have filed a notice of appearance and request for notice electronically via the Court's CM/ECF electronic filing system ("CM/ECF").

By:    */s/Irve J. Goldman* _____

ACTIVE/83201.1/JKAPLAN/10322646v2