UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>    Ho Wan Kwok,<br><br>        Debtor.[1] | Chapter 11<br><br>Case No. 22-50073<br><br>Re: ECF No. 373 |

### ORDER SHORTENING AND LIMITING NOTICE AND SCHEDULING A HEARING TO CONSIDER THE DEBTOR'S MOTION FOR PROTECTIVE ORDER

The Motion (the "Motion") to Shorten Notice and Schedule a Hearing to Consider the Debtor's Motion for Protective Order, filed on May 16, 2022, by the Debtor having been considered, it is hereby

**ORDERED** that the Motion is **GRANTED** as set forth herein; and it is further

**ORDERED** that the hearing to consider the Debtor's Motion for Protective Order is scheduled for Tuesday, May 17, 2022, at 3:00 p.m., at the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT 06604; and it is further

**ORDERED** that the Debtor shall forthwith serve a copy of this Order to: a. The Office of the United States Trustee; b. Counsel and appearing parties of record (including counsel for PAX (as defined in the Motion) and counsel for the Official Committee of Unsecured Creditors), via electronic mail, through the Court's ECF system to appearing counsel and parties or directly to email addresses of record, or where electronic mail is not feasible via facsimile transmission, at or before 11:00 a.m. May 17, 2022.

Dated at Bridgeport, Connecticut this 17th day of May, 2022.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.