# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: admin | Date Created: 5/17/2022 |
| Case: 22−50073 | Form ID: pdfdoc2 | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| aty | Bennett Silverberg | bsilverberg@brownrudnick.com |
| aty | Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| aty | Jeffrey L Jonas | jjonas@brownrudnick.com |
| aty | Kenneth Aulet | kaulet@brownrudnick.com |
| aty | William Baldiga | wbaldiga@brownrudnick.com |
| aty | William R. Baldiga | wbaldiga@brownrudnick.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

aty        Steven E. Mackey        Office of the U.S. Trustee        The Giaimo Federal Building        150 Court Street, Room 302        New Haven, CT 06510

TOTAL: 1