**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtor. | : | |

**AFFIDAVIT OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto.

On May 11, 2022, at the direction of the Debtor through its counsel, Brown Rudnick LLP, and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Debtor's Consent to Dismissal of Case and Response to Pacific Alliance Asia Opportunity Fund L.P.'s Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee** (Docket No. 344)

[THIS SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on May 16, 2022, at the direction of the Debtor through its counsel, Brown Rudnick LLP, and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Debtor's Motion for a Protective Order** (Docket No. 372)

- **Debtor's Motion for Order Shortening and Limiting Notice and Scheduling a Hearing to Consider Debtor's Motion for Protective Order** (Docket No. 373)

Dated: May 16, 2022

*/s/ Monica Arellano*
Monica Arellano

| |
|---|
| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 16th day of May, 2022, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

# **<u>Exhibit A</u>**



# Exhibit A
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Cheng Jian Wu Jian She | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Golden Spring (New York) Ltd. | Attn: Max Krasner | | mkrasner@gsnyus.com |
| Golden Spring (New York) Ltd. | c/o Cohn Birnbaum & Shea, P.C. | Attn: Scott D. Rosen & Timothy D. Miltenberger | srosen@cbshealaw.com<br>tmiltenberger@cbshealaw.com |
| Guo Baosheng | c/o Law Office of Ning Ye, Esq. | Attn: Ning Ye | yeningusa@gmail.com |
| Hong Qi Qu | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Huizhen Wang | c/o TroyGould PC | ATTN: Christopher A. Lilly | clilly@troygould.com<br>esefton@troygould.com |
| Jian Gong | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Jun Chen aka Jonathan Ho | c/o Wayne Wei Zhu, Esq. | Attn: Wayne Wei Zhu | zhulawoffice@gmail.com |
| Lamp Capital, LLC | Attn: Bernardo Enriquez | | bernardo@lampcapital.org |
| Liehong Zhuang/Xiao Yan Zhu | c/o Trexler & Zhang, LLP | Attn: Jonathan T. Trexler, Esq. | jtrexler@trexlerlaw.com |
| Logan Cheng f/k/a Shui-Yuan Cheng | c/o Randazza Legal Group, PLLC | Attn: Jay M. Wolman | ecf@randazza.com |
| Mei Guo | c/o ZEISLER & ZEISLER, P.C. | Attn: Stephen M. Kindseth, Aaron A. Romney, John L. Cesaroni | skindseth@zeislaw.com<br>aromney@zeislaw.com<br>jcesaroni@zeislaw.com |
| Nan Tong Si Jian | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Ning Ye | c/o Law Office of Ning Ye, Esq. | Attn: Ning Ye | yeningusa@gmail.com |
| Office of the United States Trustee | Attn: Kim L. McCabe and Holley L. Claiborn | | kim.mccabe@usdoj.gov<br>Holley.L.Claiborn@usdoj.gov |
| Pacific Alliance Asia Opportunity | c/o O'Melveney & Myers, LLP | Attn: Stuart Sarnoff, Peter Friedman, David V. Harbach | ssarnoff@omm.com<br>pfriedman@omm.com<br>dharbach@omm.com |
| Pacific Alliance Asia Opportunity | c/o Robinson & Cole LLP | Attn: Annecca H. Smith and Patrick M. Birney | pbirney@rc.com<br>asmith@rc.com |
| Rui Ma | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo | rangelillo@arkin-law.com |
| Rui Ma | c/o Callari Partners LLC | Attn: Carrollyn H.G. Callari | ccallari@callaripartners.com |
| Rui Ma, Zheng Wu, Weican Meng | c/o McElroy, Deutsch, Mulvaney, Carpenter | Attn: Kristin B. Mayhew | kmayhew@mdmc-law.com |
| Rui Ma, Zheng Wu, Weican Meng | c/o McElroy, Deutsch, Mulvaney, Carpenter | Attn: Peter Zarella | pzarella@mdmc-law.com |
| Samuel Dan Nunberg | | | snunberg@winstonashe.com |
| Samuel Nunberg | c/o Nesenoff & Miltenberg, LLP | Attn: Andrew T. Miltenberg, Esq. | amiltenberg@nmllplaw.com |
| Weican Meng/Boxun, Inc. | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo | rangelillo@arkin-law.com |
| Xiong Xian Wei Ye | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq | ktung@kktlawfirm.com |
| Yan Zhao | c/o Law Office of Ning Ye, Esq. | Attn: Ning Ye | yeningusa@gmail.com |
| Yang Lan and Wu Zheng | c/o Arkin Solbakken, LLP | Attn: Robert C. Angelillo | rangelillo@arkin-law.com |
| Yua Hua Zhuang Shi | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | ktung@kktlawfirm.com |
| Yue Hua Zhu Shi | c/o Kevin Kerveng Tung, P.C. | Attn: Kevin Tung, Esq. | ktung@kktlawfirm.com |