# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re | : Chapter 11 |
|     Ho Wan Kwok, | : Case No. 22-50073 |
|         Debtor.[1] | : |
| Pacific Alliance Asia Opportunity Fund L.P., | : |
|         Movant | : |
| v. | : |
| Ho Wan Kwok, | : |
|         Respondent. | : |

**REQUEST OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO CONDISER ADDITIONAL ITEM
FOR STATUS CONFERENCE PURSUANT TO 11 U.S.C. § 105(d)**

The Official Committee of Unsecured Creditors (the "Committee") of the above-named Debtor and Debtor in Possession, Ho Wan Kwok ("Debtor"), hereby requests that at the status conference scheduled for May 17, 2022 at 3 p.m., the Court consider granting a 30-day extension of time for creditors to file complaints to determine the nondischargeability of debts under 11 U.S.C. §§ 523(a)(2), (a)(4) or (a)(6) from the current deadline of May 20, 2022, through and including June 20, 2022, without prejudice to the Committee or any creditor seeking a further extension of time for cause shown.

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

Based on discussions with counsel for the Debtor, as shown by the exchange of emails attached hereto as Exhibit "A," counsel for the Committee was under the impression that the Debtor would stipulate to such an extension, and accordingly prepared a Joint Stipulation (which incorporated comments from counsel for Pacific Alliance Asia Opportunity Fund L.P., hereinafter "PAX"), attached hereto as Exhibit "B" (the "Proposed Stipulation"), and circulated it to Debtor's counsel (with marked comments from PAX). Debtor's counsel, however, has not yet indicated whether they will sign off on the Proposed Stipulation, while the May 20, 2022 § 523 deadline is looming.

**WHEREFORE**, the Committee respectfully requests that the Court consider this additional item at the status conference.

Dated: Bridgeport, Connecticut
       May 17, 2022

                            **OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HO WAN KWOK**

By:   */s/Irve J. Goldman*
      Irve J. Goldman
      Jonathan A. Kaplan
      Pullman & Comley, LLC
      850 Main Street, 8th Floor
      PO Box 7006
      Bridgeport, CT 06601-7006
      (203) 330-2213
      igoldman@pullcom.com

      Its Attorneys

## CERTIFICATION OF SERVICE

      I, Irve J. Goldman, herby certify that on the 17th day of May, 2022, a true and correct copy of the foregoing Request of Official Committee of Unsecured Creditors to Consider Additional Item for Status Conference Pursuant to 11 U.S.C. § 105(d) was filed with the Court and served all parties that have filed a notice of appearance and request for notice electronically via the Court's CM/ECF electronic filing system ("CM/ECF").

      By:   */s/Irve J. Goldman*

ACTIVE/83201.1/IJG/10329281v1