# EXHIBIT A

## McCoy, Rosa R.

| | |
|---|---|
| **From:** | Goldman, Irve J. |
| **Sent:** | Thursday, May 12, 2022 4:04 PM |
| **To:** | Baldiga, William R. |
| **Cc:** | Kaplan, Jonathan A.; Silverberg, Bennett S. |
| **Subject:** | RE: Kwok |

Thanks Bill.  That is acceptable as long as the stip makes clear that the extension is without prejudice to any creditor or party in interest seeking a further extension for cause shown.  Will Ben prepare?

**Irve J. Goldman**
Attorney

**Pullman & Comley LLC**
850 Main Street  P.O. Box 7006
Bridgeport, CT 06601-7006
T 203 330 2213  •  F 203 576 8888
igoldman@pullcom.com  •  www.pullcom.com

**V-card**  •  **Bio**  •  **Directions**



BRIDGEPORT   HARTFORD   SPRINGFIELD   STAMFORD   WATERBURY   WESTPORT   WHITE PLAINS

**Please consider the environment before printing this message.**

THIS MESSAGE AND ANY OF ITS ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE DESIGNATED RECIPIENT, OR THE RECIPIENT'S DESIGNEE, AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL OR PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE (1) IMMEDIATELY NOTIFY PULLMAN & COMLEY ABOUT THE RECEIPT BY TELEPHONING (203) 330-2000; (2) DELETE ALL COPIES OF THE MESSAGE AND ANY ATTACHMENTS; AND (3) DO NOT DISSEMINATE OR MAKE ANY USE OF ANY OF THEIR CONTENTS.

**From:** Baldiga, William R. <WBaldiga@brownrudnick.com>
**Sent:** Thursday, May 12, 2022 2:33 PM
**To:** Goldman, Irve J. <igoldman@pullcom.com>
**Cc:** Kaplan, Jonathan A. <JKaplan@PULLCOM.COM>; Silverberg, Bennett S. <BSilverberg@brownrudnick.com>
**Subject:** RE: Kwok

Irve, we'll consent to a further 30 day extension. Ben is cc'd here and can help get that done. Thx

**brownrudnick**

**William R. Baldiga**
Partner, CEO
Brown Rudnick LLP
One Financial Center

1

Boston, MA 02111
T: 617.856.8586
C: 508.922.8272
-and-
7 Times Square
New York, NY 10036
T: 212.209.4942

wbaldiga@brownrudnick.com
www.brownrudnick.com
He/him/his

---

**From:** Goldman, Irve J. <igoldman@pullcom.com>
**Sent:** Thursday, May 12, 2022 10:26 AM
**To:** Baldiga, William R. <WBaldiga@brownrudnick.com>
**Cc:** Kaplan, Jonathan A. <JKaplan@PULLCOM.COM>
**Subject:** Kwok

**CAUTION: External E-mail. Use caution accessing links or attachments.**

Bill:

In light of your consent to dismissal, would you consent to an extension of the 523 deadline for all creditors for 60 days?  It is currently May 20.  I don't think creditors should be forced to spend a lot of money preparing 523 complaints if the case is going to get dismissed (although the Committee remains opposed to dismissal).  Please let me know as soon as you can.  We will probably be filing a motion unless we can stipulate.

**Irve J. Goldman**
Attorney

**Pullman & Comley LLC**
850 Main Street  P.O. Box 7006
Bridgeport, CT 06601-7006
T 203 330 2213  •  F 203 576 8888
igoldman@pullcom.com  •  www.pullcom.com

**V-card**  •  **Bio**  •  **Directions**



BRIDGEPORT   HARTFORD   SPRINGFIELD   STAMFORD   WATERBURY   WESTPORT   WHITE PLAINS

---

**Please consider the environment before printing this message.**

THIS MESSAGE AND ANY OF ITS ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE DESIGNATED RECIPIENT, OR THE RECIPIENT'S DESIGNEE, AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL OR PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE (1) IMMEDIATELY NOTIFY PULLMAN & COMLEY ABOUT THE RECEIPT BY TELEPHONING (203) 330-2000; (2) DELETE ALL COPIES OF THE MESSAGE AND ANY ATTACHMENTS; AND (3) DO NOT DISSEMINATE OR MAKE ANY USE OF ANY OF THEIR CONTENTS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary [here](#) which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*