# Notice Recipients

District/Off: 0205–5          User: admin                    Date Created: 5/18/2022
Case: 22–50073               Form ID: pdfdoc1               Total: 101

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| 20 | Pacific Alliance Asia Opportunity Fund L.P. |
| cr | Zheng Wu |
| 20 | Rui Ma |
| 20 | Weican Meng |
| intp | Golden Spring (New York) LTD |
| crcm | Official Committee of Unsecured Creditors |
| intp | HK International Funds Investments (USA) Limited, LLC |
| intp | Mei Guo |
| 9343402 | 22–50073 |

TOTAL: 9

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| aty | Aaron Romney | aromney@zeislaw.com |
| aty | Annecca H. Smith | asmith@rc.com |
| aty | Bennett Silverberg | bsilverberg@brownrudnick.com |
| aty | Carollynn H.G. Callari | ccallari@callaripartners.com |
| aty | David S. Forsh | dforsh@callaripartners.com |
| aty | David V. Harbach, II | dharbach@omm.com |
| aty | Dylan Kletter | dkletter@brownrudnick.com |
| aty | Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| aty | Irve J. Goldman | igoldman@pullcom.com |
| aty | Jay Marshall Wolman | jmw@randazza.com |
| aty | Jeffrey L Jonas | jjonas@brownrudnick.com |
| aty | John L. Cesaroni | jcesaroni@zeislaw.com |
| aty | Jonathan Kaplan | jkaplan@pullcom.com |
| aty | Kenneth Aulet | kaulet@brownrudnick.com |
| aty | Kristin B. Mayhew | kmayhew@mdmc–law.com |
| aty | Laura Aronsson | laronsson@omm.com |
| aty | Mia N. Gonzalez | mgonzalez@omm.com |
| aty | Patrick M. Birney | pbirney@rc.com |
| aty | Peter Friedman | pfriedman@omm.com |
| aty | Peter J. Zarella | pzarella@mdmc–law.com |
| aty | Sara Pahlavan | spahlavan@omm.com |
| aty | Scott D. Rosen | srosen@cb–shea.com |
| aty | Stephen M. Kindseth | skindseth@zeislaw.com |
| aty | Stuart M. Sarnoff | ssarnoff@omm.com |
| aty | Timothy D. Miltenberger | Tmiltenberger@cbshealaw.com |
| aty | William Baldiga | wbaldiga@brownrudnick.com |
| aty | William R. Baldiga | wbaldiga@brownrudnick.com |

TOTAL: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Ho Wan Kwok | 373 Taconic Road      Greenwich, CT 06831 |
| cr | Logan Cheng | c/o Randazza Legal Group, PLLC      100 Pearl Street      14th Floor      Hartford, CT 06103 |
| ca | Stretto | 410 Exchange, Suite 100      Irvine, CA 92602 |
| dbaty | Brown Rudnick LLP | One Financial Center      Boston, MA 02111 |
| crcm | Pullman & Comley, LLC | 850 Main Street      Bridgeport, CT 06601 |
| 20 | Huizhen Wang | c/o TroyGould PC      1801 Century Park East, 16th Floor      Attn: Christopher A. Lilly      Los Angeles, CA 90067–2367 |
| cr | Chao–Chih Chiu | c/o TroyGould PC      1801 Century Park East, 16th Floor      Attn: Christopher A. Lilly      Los Angeles, CA 90067–2367 |
| cr | Yunxia Wu | c/o TroyGould PC      1801 Century Park East, 16th Floor      Attn: Christopher A. Lilly      Los Angeles, CA 90067 |
| cr | Keyi Zilkie | c/o TroyGould PC      1801 Century Park East, 16th Floor      Attn: Christopher A. Lilly      Los Angeles, CA 90067 |
| aty | Andrew M. Carty | Brown Rudnick LLP      Seven Times Square      New York, NY 10036 |
| aty | Steven E. Mackey | Office of the U.S. Trustee      The Giaimo Federal Building      150 Court Street, Room 302      New Haven, CT 06510 |
| 9343455 | Bi Hai Ge Lin | C/O Kevin Tung, Esq.      38th Avenue, Suite 3d      Flushing, NY 11354 USA |
| 9343425 | CHENG (NY) | c/o Randazza Law Firm      2764 Sahara Dr., Suite 109      Las Vegas, NV 89117 USA |
| 9343450 | Chao–Chih Chiu | c/o TroyGould PC      1801 Century Park East, 16th Floor      Attn: Christopher A. Lilly      Los Angeles, CA 90067 |
| 9343406 | Cheng Jian Wu Jian She | c/o Kevin Kerveng Tung, P.C.      136–20 38th Avenue, Suite 3D & 3F      Flushing, NY 11354 USA      Attn: Kevin Tung, Esq. |

9343431 Chenglong Wang     C/O HGT Law        250 Park Avenue, 7th Floor        New York, NY 10177 USA     Attn: Hung Ta

9343452 Chong Sheen Raphanella        C/O Wolf Haldenstein Adler Freeman & Her        270 Madison Avenue        New York, NY 10016 USA     Attn: Matthew Guiney

9343457 Fu Le Hong Ma     C/O Kevin Tung, Esq.        38th Avenue, Suite 3d        Flushing, NY 11354 USA

9343404 Golden Spring New York        162 E. 64th Street        New York, NY 10065 USA     Attn: Max Krasner

9343408 Guo Baosheng        c/o Law Office of Ning Ye, Esq.        135–11 38th Avenue, Suite 1A        Flushing, NY 11354 USA     Attn: Ning Ye, Esq.

9343410 Hong Qi Qu        c/o Kevin Tung, P.C.        136–20 38th Avenue, Suite 3D & 3F        Flushing, NY 11354 USA     Attn: Kevin Tung, Esq.

9343449 Huizen Wang        c/o TroyGould PC        1801 Century Park East, 16th Floor        Attn: Christopher A. Lilly     Los Angeles, CA 90067–2367

9343421 Jia Li Wang     C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA     Attn: Brian P. Lanciault, Esq.

9343435 Jiamei Lu     C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA     Attn: Brian P. Lanciault, Esq.

9343412 Jian Gong     C/O Kevin Kerveng Tung, P.C.        136–20 38th Avenue, Suite 3D        Flushing, NY 11354 USA     Attn: Kevin Tung, Esq.

9343434 Jianhu Yi and Qiuju Jia        C/O Arthur Angel, Esq.        1305 n. Poinsettia Place        Los Angeles, CA 90046 USA

9343424 Jonathan Young        141 Allenby Road        Wellington Point, QLD 4160        AUSTRALIA

9343419 Jun Chen aka Jonathan Ho        C/O Wayne Wei Zhu, Esq.        4125 Kissena Blvd, Suite 112        Flushing, NY 11355 USA     Attn: Wayne Wei Zhu

9343436 Jun Liu     C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA     Attn: Brian P. Lanciault, Esq.

9343430 Kaixin Hong     C/O HGT Law        250 Park Avenue, 7th Floor        New York, NY 10177 USA     Attn: Hung Ta

9343447 Keyi Zilkie        c/o TroyGould PC        1801 Century Park East, 16th Floor        Attn: Christopher A. Lilly     Los Angeles, CA 90067

9343418 Lamp Capital, LLC        Attn: Bernardo Enriquez        667 Madison Avenue        New York, NY 10065

9343415 Liehong Zhuang/Xiao Yan Zhu        C/O Trexler & Zhang, LLP        224 West 35th Street, 12th Floor        New York, NY 10001 USA     Attn: Jonathan T. Trexler, Esq.

9343437 Linda Cheng     C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA     Attn: Brian P. Lanciault, Esq.

9343438 Mao–Fu Weng     C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA     Attn: Brian P. Lanciault, Esq.

9343411 Nan Tong Si Jian        C/O Kevin Kerveng Tung, P.C.        136–20 38th Avenue, Suite 3D & 3F        Flushing, NY 11354 USA     Attn: Kevin Tung, Esq.

9343407 Ning Ye        c/o Law Office of Ning Ye, Esq.        135–11 38th Avenue, Suite 1A        Flushing, NY 11354        Attn: Ning Ye, Esq.

9343451 Rong Zhang        C/O Wolf Haldenstein Adler Freeman & Her        270 Madison Avenue        New York, NY 10016 USA     Attn: Matthew Guiney

9343439 RuQin Wang        C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA     Attn: Brian P. Lanciault, Esq.

9343426 SHI     C/O Thompson Hine        20 N. Clark St., Ste 3200        Chicago, IL 60602 USA     Attn: Steven A. Block, Esq.

9348491 Samuel Dan Nunberg        600 South Dixie Highway, Suite 455        West Palm Beach, FL 33401

9343417 Samuel Nunberg        C/O Nesenoff & Miltenberg, LLP        363 Seventh Ave, 5th Floor        New York, NY 10001 USA     Attn: Andrew T. Miltenberg, Esq.

9343440 Teli Chen     C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA     Attn: Brian P. Lanciault, Esq.

9343422 WA&HF, LLC/Ruizeng An        C/O AFN Law        41 Madison Avenue, 31st Floor        New York, NY 10010 USA     Attn: Angus Ni, Esq.

9343427 WANG        C/O Carmody Torrance Sandak & Hennessey        195 Church Street, P.O. Box 1950        New Haven, CT 6509 USA     Attn: David Grudberg

9343441 Weiguo Sun     C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA     Attn: Brian P. Lanciault, Esq.

9343442 Weixiand Ge     C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA     Attn: Brian P. Lanciault, Esq.

9343429 Wen Lin     C/O HGT Law        250 Park Avenue, 7th Floor        New York, NY 10177 USA     Attn: Hung Ta

9343433 Xiaobo He     C/O HGT Law        250 Park Avenue, 7th Floor        New York, NY 10177 USA     Attn: Hung Ta

9343453 Xiaodan Wang        C/O Wolf Haldenstein Adler Freeman & Her        270 Madison Avenue        New York, NY 10016 USA     Attn: Matthew Guiney

9343432 Xiaoping Luo     C/O HGT Law        250 Park Avenue, 7th Floor        New York, NY 10177 USA     Attn: Hung Ta

9343443 Xingyu Yan     C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA     Attn: Brian P. Lanciault, Esq.

9343454 Xiong Xian Wei Ye     C/O Kevin Tung, Esq.        136–20 38th Avenue, Suite 3D & 3F        Flushing, NY 11354 USA     Attn: Kevin Tung, Esq

9343423 Xiqiu Fu     c/o The Lanier Law Firm        10940 W. Sam Houston Pkwy N., Suite 100        Houston, TX 77064 USA     Attn: Lawrence P. Wilson

9343444 Yan Gao     C/O Thompson Hine        335 Madison Avenue, 12th Floor        New York, NY 10017 USA     Attn: Brian P. Lanciault, Esq.

9343413 Yan Zhao     C/O Law Office of Ning Ye, Esq.        135–11 38th Avenue, Suite 1A        Flushing, NY 11354 USA     Attn: Ning Ye, Esq.

| 9343409 | Yang Lan and Wu Zheng | 900 Third Avenue, 18th Floor | c/o Arkin Solbakken, LLP | New York, NY 10022 | Attn: Robert C. Angelillo |
| 9343445 | Yi Li | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA | Attn: Brian P. Lanciault, Esq. |
| 9343446 | Ying Liu | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA | Attn: Brian P. Lanciault, Esq. |
| 9343414 | Yua Hua Zhuang Shi | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 USA | Attn: Kevin Tung, Esq. |
| 9344053 | Yue Hua Zhu Shi | 136–20 38th Avenue, Suite 3D | c/o Kevin Kerveng Tung, P.C. | Flushing, NY 11354 | Attn: Kevin Tung, Esq. |
| 9343456 | Zhen Yuan Jian Zhu | C/O Kevin Tung, Esq. | 38th Avenue, Suite 3d | Flushing, NY 11354 USA | |
| 9343428 | Zhengjun Dong | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA | Attn: Hung Ta |
| 9343448 | yunxia Wu | c/o TroyGould PC | 1801 Century Park East, 16th Floor | Attn: Christopher A. Lilly | Los Angeles, CA 90067 |

TOTAL: 64