# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>Debtor. | Chapter 11 Case No.<br><br>22-50073 (JAM)<br><br>May 18, 2022 |

## DISMISSAL OF MOTION PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE MADE APPLICABLE TO THIS CONTESTED MATTER BY RULE 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable to this contested matter pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure, the movant, Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), hereby withdraws the following motion: *Pacific Alliance Asia Opportunity Fund L.P.'s Motion to Unseal Court Exhibit 1* [Dkt. No. 328]. This Dismissal is without prejudice.

*[Signature follows on next page]*

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

25026360-v1

Dated: May 18, 2022　　　　　　　　　　**Pacific Alliance Asia Opportunity Fund L.P.**
Hartford, Connecticut

　　　　　　　　　　　　　　　　　　*By: /s/ Patrick M. Birney*
　　　　　　　　　　　　　　　　　　Patrick M. Birney (CT No. 19875)
　　　　　　　　　　　　　　　　　　Annecca H. Smith (CT No. 31148)
　　　　　　　　　　　　　　　　　　**ROBINSON & COLE LLP**
　　　　　　　　　　　　　　　　　　280 Trumbull Street
　　　　　　　　　　　　　　　　　　Hartford, CT 06103
　　　　　　　　　　　　　　　　　　Telephone: (860) 275-8275
　　　　　　　　　　　　　　　　　　Facsimile: (860) 275-8299
　　　　　　　　　　　　　　　　　　E-mail: pbirney@rc.com
　　　　　　　　　　　　　　　　　　　　　　　asmith@rc.com

　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　Peter Friedman (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Stuart M. Sarnoff (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Laura Aronsson (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　**O'MELVENY & MYERS LLP**
　　　　　　　　　　　　　　　　　　Seven Times Square
　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　Telephone: (212) 326-2000
　　　　　　　　　　　　　　　　　　Facsimile: (212) 326-2061
　　　　　　　　　　　　　　　　　　Email: pfriedman@omm.com
　　　　　　　　　　　　　　　　　　　　　　　ssarnoff@omm.com
　　　　　　　　　　　　　　　　　　　　　　　laronsson@omm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2022, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by email to all parties receiving notice by operation of the court's electronic filing system. Parties in interest may access this filing through the Court's CM/ECF System.

/s/ *Patrick M. Birney*____
Patrick M. Birney