# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>　　　　　Debtor. | Chapter 11 Case No.<br><br>22-50073 (JAM)<br><br>May 18, 2022 |
| Pacific Alliance Asia Opportunity Fund L.P.,<br><br>　　　　　Movant<br><br>v.<br><br>Ho Wan Kwok,<br><br>　　　　　Respondent. | |

**DECLARATION OF PETER FRIEDMAN IN FURTHER SUPPORT OF PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S MOTION TO DISMISS CHAPTER 11 CASE OR, IN THE ALTERNATIVE, PARTIAL JOINDER TO UNITED STATES TRUSTEE'S MOTION FOR AN ORDER DIRECTING THE APPOINTMENT OF A <u>CHAPTER 11 TRUSTEE</u>**

I, Peter Friedman, declare:

　　　1.　　I am an attorney admitted to practice law in the State of New York and Washington, D.C. and am a partner at the law firm of O'Melveny & Myers, 7 Times Square, New York, NY 10036, counsel for Pacific Alliance Asia Opportunity Fund L.P. ("<u>PAX</u>"). I respectfully submit this Declaration in further support of PAX's *Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee*.

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

2. Attached as Exhibit 44 is a true and correct copy of the March 15, 2022 Notice of Removal in *Pacific Alliance Asia Opportunity Fund L.P. v. Kwok,* Index No. 652077/2017 (N.Y. Sup. Ct.), ECF 1195.

3. Attached as Exhibit 45 is a true and correct copy of excerpts from the January 23, 2019 deposition of Wengui Guo (a/k/a Miles Kwok) in *Guo v. Guo*, Case No. 18-cv-01064-TSE-IDD (E.D. Va.).

4. Attached as Exhibit 46 is a true and correct copy of the StreetEasy listing for 781 Fifth Avenue, #18, New York, NY 10022, which is the Debtor's Sherry-Netherland residence. To generate this exhibit, a member of my law firm accessed and archived the following web address on May 18, 2022: https://streeteasy.com/building/sherry-netherland/18fl.

Dated: May 18, 2022  
New York, New York

Respectfully submitted,

*/s/ Peter Friedman*  
Peter Friedman  
pfriedman@omm.com  
O'MELVENY & MYERS LLP  
Seven Times Square  
New York, NY 10036  
Telephone: (212) 326-2000  
Facsimile: (212) 326-2061

*Attorney for Pacific Alliance Asia Opportunity Fund L.P.*