# **<u>EXHIBIT 46</u>**

**StreetEasy**

| RENT | BUY | SELL | BUILDINGS | RESOURCES | BLOG |

e.g. address, building, agent

Sales > Manhattan > All Upper East Side > Upper East Side > Lenox Hill > 781 Fifth Avenue #18




1 of 18



FLOOR PLAN



## 781 Fifth Avenue #18

↓ **$38,500,000** FOR SALE

| 15 rooms | 6 beds | 7+ baths |

Resale · Co-op in Lenox Hill

| ♡ SAVE | ✉ SHARE |

This sale has been saved by 42 users.

➕ ADD NOTES TO THIS LISTING

Listing by Sothebys International Realty, Corporate Broker, 650 Madison Avenue, New York NY 10022.

**SCHEDULE A SHOWING**

**ASK A QUESTION**

↘ Hide listing from search results    |    ⓘ Report Listing

| DAYS ON MARKET | LAST PRICE CHANGE | ESTIMATED PAYMENT |
|---|---|---|
| 92 Days | ↓ $6,500,000 (14.4%) 23 Days Ago | $246,493 📅 |

| MONTHLY TAXES | MONTHLY MAINTENANCE | TAX ABATEMENT |
|---|---|---|
| N/A | $71,421 | No Data Available |

## About the Listing

**SELLER'S AGENT**

 Serena Boardman
Licensed Associate Real Estate Broker

**DESCRIPTION**

Perched high atop the prestigious Sherry Netherland Hotel, this extraordinary and palatial residence boasts 100 linear feet overlooking Central Park and offers stunning 360-degree views of the Manhattan skyline and other celebrated landmarks such as Grand Army Plaza and the historic facade of the Plaza Hotel.

READ FULL DESCRIPTION

## Amenities

**HIGHLIGHTS**

 Cats and Dogs Allowed

 Full-time Doorman

🏢 Elevator

**CO-OP RULES**

Pied-a-Terre Allowed

CO-OP RULES

Pied-a-Terre Allowed

**BUILDING AMENITIES**

Gym

Laundry in Building

Live-in Super

**LISTING AMENITIES**

Central Air

Hardwood Floors

## About the Building

**Sherry Netherland 781 Fifth Avenue**  New York, NY 10022

Co-op in Lenox Hill

🏢 169 Units     📐 38 Stories     📏 1928 Built

Sales listings: 14 active, 2 in contract and 193 previous

Rentals listings: 33 previous

Documents and Permits: 129 documents

> **MORE ABOUT THE BUILDING**

## Price History

| | | |
|---|---|---|
| 04/25/2022 | Price decreased by 14% | **$38,500,000** ↓ |
| 02/15/2022 | Listed by Sotheby's International Realty | **$45,000,000** |
| 12/07/2021 | Delisted by Brown Harris Stevens | $55,000,000 |

SEE MORE

> **WANT TO ANALYZE THIS PROPERTY WITH OUR COMPS REPORT GENERATOR?**

## Similar Sales









SALE IN TRIBECA


SALE IN LENOX HILL


SALE IN LENOX HILL



---

Document title: 781 Fifth Avenue #18 in Lenox Hill, Manhattan | StreetEasy
Capture URL: https://streeteasy.com/building/sherry-netherland/18fl
Capture timestamp (UTC): Wed, 18 May 2022 18:47:23 GMT



**SALE IN TRIBECA**
111 Murray Street #PH2

**$40,000,000**

🛏 5 Beds    🛁 6.5 Baths    📐 7,488 ft²

Listing by Douglas Elliman (575 Madison Avenue, New York, NY 10022)



**SALE IN LENOX HILL**
927 Fifth Avenue #9

**$31,250,000**  ⬇ $1,000,000

🛏 6 Beds    🛁 5 Baths    📐 5,700 ft²

Listing by Brown Harris Stevens (445 Park Avenue 11th Fl, New York, NY 10022)



**SALE IN LENOX HILL**
927 Fifth Avenue #9

**$31,250,000**  ⬇ $1,000,000

🛏 6 Beds    🛁 5 Baths    📐 5,740 ft²

Listing by Sotheby's International Realty (650 Madison Avenue, New York, NY 10022)

## Nearby

**TRANSPORTATION**

| | | |
|---|---|---|
| N R W at 5th Av | | under 500 feet |
| F at 57th St | | 0.23 miles |
| N R 4 5 6 W at Lexington Av-59 St | | 0.25 miles |
| F Q at Lexington Av | | 0.31 miles |
| E M at 5th Av | | 0.31 miles |

View subway lines on Google Maps ›

**SCHOOLS**

**District 02** - Schools zoned for this address:
East Side Elementary School, PS 267
(0K,01,02,03,04,05,SE)

Disclaimer: School attendance zone boundaries are not guaranteed to be accurate – they are provided by a third party and subject to change. Check with the applicable school district prior to making a decision based on these boundaries.

**COLLEGES**

| | |
|---|---|
| New York Graduate School of Psychoanalysis | 0.43 miles |
| Hunter College (CUNY) | 0.48 miles |
| Sotheby's Institute of Art | 0.5 miles |
| Christie's Education | 0.58 miles |
| Mandl College of Allied Health | 0.59 miles |

**PARKS**

| | |
|---|---|
| Central Park | 0.03 miles |
| Grand Army Plaza | 0.06 miles |
| Tramway Plaza | 0.48 miles |
| 14 Honey Locusts Park | 0.56 miles |
| St. Catherine's Park | 0.72 miles |



VIEW ON GOOGLE



| | |
|---|---|
| Central Park | 0.03 miles |
| Grand Army Plaza | 0.06 miles |
| Tramway Plaza | 0.48 miles |
| 14 Honey Locusts Park | 0.56 miles |
| St. Catherine's Park | 0.72 miles |

## MUSEUMS

| | |
|---|---|
| Dahesh Museum | 0.15 miles |
| Sony Wonder Technology Lab | 0.2 miles |
| Museum of American Illustration | 0.29 miles |
| Museum of Modern Art (MoMA) | 0.32 miles |
| American Folk Art Museum | 0.35 miles |

**VIEW ON GOOGLE**

## Latest Discussions

BE THE FIRST TO CREATE A DISCUSSION ABOUT THIS LISTING

## Listed By

Sothebys International Realty, Corporate Broker, 650 Madison Avenue, New York NY 10022.

REPORT A PROBLEM



## Lenox Hill Sales

Studios in Lenox Hill

1 Bedrooms in Lenox Hill

2 Bedrooms in Lenox Hill

3 Bedrooms in Lenox Hill

## Nearby Lenox Hill

Central Park South Real Estate for sale

Midtown East Real Estate for sale

Sutton Place Real Estate for sale

Upper East Side Real Estate for sale

## More

Condos for sale

Co-ops for sale

Houses for sale

Pet friendly for sale

BLOG

WE'RE HIRING!

SUBMIT YOUR LISTINGS

WORK WITH US

NYC RENTAL NETWORK

PRESS

BROWSE ALL HOMES

NEAR ME

+ SHOW NYC NEIGHBORHOODS

Help

Terms of Use & Privacy Policy

Ad Choice

**Download on the App Store**

**GET IT ON Google play**

StreetEasy is a brand and registered trademark of Zillow, Inc. Zillow, Inc. has a real estate brokerage



3 Bedrooms in Lenox Hill · Upper East Side Real Estate for Sale · Pet Friendly for Sale

BLOG
WE'RE HIRING!

SUBMIT YOUR LISTINGS
WORK WITH US
NYC RENTAL NETWORK
PRESS

BROWSE ALL HOMES
NEAR ME

+ SHOW NYC NEIGHBORHOODS

Help
Terms of Use & Privacy Policy
Ad Choice

Download on the App Store
GET IT ON Google play

StreetEasy is a brand and registered trademark of Zillow, Inc. Zillow, Inc. has a real estate brokerage license in multiple states. See a list of these real estate licenses. § 442-H New York Standard Operating Procedures.

ZILLOW · TRULIA · HOTPADS · OUT EAST

Zillow Inc. Sites © 2006-2022 Zillow · Made In NYC · Powered by Bikes, Coffee and Doughnuts.

**Page Vault**

| | |
|---|---|
| Document title: | 781 Fifth Avenue #18 in Lenox Hill, Manhattan \| StreetEasy |
| Capture URL: | https://streeteasy.com/building/sherry-netherland/18fl |
| Page loaded at (UTC): | Wed, 18 May 2022 18:47:21 GMT |
| Capture timestamp (UTC): | Wed, 18 May 2022 18:47:23 GMT |
| Capture tool: | 2.37.0 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 6 |
| Capture ID: | 7hSMf5VBompf5yX8ZwTP7v |
| User: | omm-vnavarro |

PDF REFERENCE #:          pWvDqZeKdxsHSuhj9bmkAN