AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions:*

| # | Field | Value |
|---|---|---|
| 1 | NAME | William Baldiga |
| 2 | PHONE NUMBER | (212) 209-4800 |
| 3 | DATE | 4/18/2022 |
| 4 | DELIVERY ADDRESS OR EMAIL | adeering@brownrudnick.com |
| 5 | CITY | New York |
| 6 | STATE | NY |
| 7 | ZIP CODE | 10036 |
| 8 | CASE NUMBER | 22-50073 |
| 9 | JUDGE | Julie A. Manning |
| 10 | FROM | 5/17/2022 |
| 11 | TO | 5/17/2022 |
| 12 | CASE NAME | Ho Wan Kwok |
| 13 | CITY | Bridgeport |
| 14 | STATE | CT |

15. ORDER FOR
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Hearing | 5/17/2022 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [x] | NO. OF COPIES 1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /s/William Baldiga

PROCESSED BY: Pamela Esposito

19. DATE: 4/18/2022

PHONE NUMBER: 203-579-5808

TRANSCRIPT TO BE PREPARED BY
Fiori Reporting and Transcription

COURT ADDRESS
U.S. Bankruptcy Court
915 Lafayette Blvd.
Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY

# INSTRUCTIONS

## GENERAL

**Use.** Use this form to order the transcription of proceedings. Complete a separate order form for each case number for which transcripts are ordered.

**Completion.** Complete Items 1-19. Do *not* complete shaded areas which are reserved for the court's use.

**Order Copy.** Keep a copy for your records.

**Submitting to the Court.** Submit the form in the format required by the court.

**Deposit Fee.** The court will notify you of the amount of the required deposit fee which may be mailed or delivered to the court. Upon receipt of the deposit, the court will process the order.

**Delivery Time.** Delivery time is computed from the date of receipt of the deposit fee or for transcripts ordered by the federal government from the date of receipt of the signed order form.

**Completion of Order.** The court will notify you when the transcript is completed.

**Balance Due.** If the deposit fee was insufficient to cover all charges, the court will notify you of the balance due which must be paid prior to receiving the completed order.

## SPECIFIC

Items 1-19.   These items should always be completed.
Item 8.   Only one case number may be listed per order.
Item 15.   Place an "X" in each box that applies.
Item 16.   Place an "X" in the box for each portion requested. List specific date(s) of the proceedings for which transcript is requested. Be sure that the description is clearly written to facilitate processing. Orders may be placed for as few pages of transcript as are needed.
Item 17.   *Categories*. There are six (6) categories of transcripts which may be ordered. These are:
   *Ordinary*. A transcript to be delivered within thirty (30) calendar days after receipt of an order. (Order is considered received upon receipt of the deposit.)
   *14-Day*. A transcript to be delivered within fourteen (14) calendar days after receipt of an order.
   *Expedited*. A transcript to be delivered within seven (7) calendar days after receipt of an order.
   *3-Day*. A transcript to be delivered within three (3) calendar days after receipt of an order.
   *Daily*. A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day.
   *Hourly*. A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours.
   *Realtime*. A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following adjournment.

**NOTE**: Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 calendar days, payment would be at the ordinary delivery rate.

   *Ordering*. Place an "X" in each box that applies. Indicate the number of additional copies ordered.
      *Original*. Original typing of the transcript. An original must be ordered and prepared prior to the availability of copies. The original fee is charged only once. The fee for the original includes the copy for the records of the court.
      *First Copy*. First copy of the transcript after the original has been prepared. All parties ordering copies must pay this rate for the first copy ordered.
      *Additional Copies*. All other copies of the transcript ordered by the same party.
Item 18.   Sign in this space to certify that you will pay all charges. (This includes the deposit plus any additional charges.)
Item 19.   Enter the date of signing.

Shaded Area. Reserved for the court's use.

| | | |
|---|---|---|
| 01:00 PM | 21-50145 | Sean P Olbrych |
| | Ch: 13 | |
| | Trustee: Roberta Napolitano | |
| **Matter:** | **#56; Motion to Dismiss Case cause - bad faith filing Filed by Matthew B. Woods on behalf of Shaw Growth Ventures, Inc., Creditor** | |

| | | |
|---|---|---|
| 01:00 PM | 21-50145 | Sean P Olbrych |
| | Ch: 13 | |
| | Trustee: Roberta Napolitano | |
| **Matter:** | **#106; Application for Compensation** | |

| | | |
|---|---|---|
| 02:00 PM | 22-05002 | Miller v. City of Milford |
| | Lead Case: 21-50603 Josephine Smalls Miller | |
| **Matter:** | **#2; Initial Pretrial Conference** | |

| | | |
|---|---|---|
| 03:00 PM | 22-50073 | Ho Wan Kwok |
| | Ch: 11 | |
| **Matter:** | **Status Conference** | |

| | | |
|---|---|---|
| 03:00 PM | 22-50073 | Ho Wan Kwok |

**Matter:** #372; Motion for a Protective Order Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor

**22-50073** Ho Wan Kwok
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 05/05/2022

# Attorneys

| | | |
|---|---|---|
| **Laura Aronsson**<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036<br>212-728-5841<br>laronsson@omm.com<br>*Assigned: 04/08/2022*<br>*LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Kenneth Aulet**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>kaulet@brownrudnick.com<br>*Assigned: 04/26/2022*<br>*LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **William Baldiga**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>New York<br>212-209-4800<br>212-209-4801 (fax)<br>wbaldiga@brownrudnick.com<br>*Assigned: 03/01/2022*<br>*LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **William R. Baldiga**<br>Brown, Rudnik, Freed & Gesmer<br>One Financial Center<br>Boston, MA 02111<br>(617) 330-9000<br>617-289-0420 (fax)<br>wbaldiga@brownrudnick.com<br>*Assigned: 03/09/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Patrick M. Birney**<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8200<br>(860) 275-8299 (fax) | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

| | | |
|---|---|---|
| pbirney@rc.com<br>  *Assigned: 02/24/2022* | | |
| **Carollynn H.G. Callari**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>ccallari@callaripartners.com<br>  *Assigned: 03/16/2022*<br>  *LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)*<br><br>**Weican Meng**<br>*(20 Largest Creditor)*<br><br>**Zheng Wu**<br>*(Creditor)* |
| **Andrew M. Carty**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>acarty@brownrudnick.com<br>  *Assigned: 04/15/2022*<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Holley L. Claiborn**<br>Office of The United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br>(203) 773-2217 (fax)<br>holley.l.claiborn@usdoj.gov<br>  *Assigned: 02/28/2022* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **David S. Forsh**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>dforsh@callaripartners.com<br>  *Assigned: 03/17/2022*<br>  *LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)*<br><br>**Weican Meng**<br>*(20 Largest Creditor)*<br><br>**Zheng Wu**<br>*(Creditor)* |
| **Peter Friedman**<br>O'Melveny & Myers LLP | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

1625 Eye Street NW
Washington, DC 20006
202-383-5302
pfriedman@omm.com
  *Assigned: 02/25/2022*
  *LEAD ATTORNEY*

**Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604
203-330-2000
203-576-8888 (fax)
igoldman@pullcom.com
  *Assigned: 04/05/2022*

representing

**Official Committee of Unsecured Creditors**
*(Creditor Committee)*

**Mia N. Gonzalez**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-728-5698
mgonzalez@omm.com
  *Assigned: 04/08/2022*
  *LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**David V. Harbach, II**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5127
dharbach@omm.com
  *Assigned: 02/25/2022*
  *LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Jeffrey L Jonas**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
2122094800
212-209-4801 (fax)
jjonas@brownrudnick.com
  *Assigned: 04/21/2022*
  *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Jonathan Kaplan**
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
860-424-4379
860-424-4370 (fax)
jkaplan@pullcom.com
  *Assigned: 04/05/2022*

representing

**Official Committee of Unsecured Creditors**
*(Creditor Committee)*

**Stephen M. Kindseth**

representing

**HK International Funds Investments (USA)**

| | | |
|---|---|---|
| Zeisler & Zeisler<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>(203) 368-4234<br>203-367-9678 (fax)<br>skindseth@zeislaw.com<br>  *Assigned: 04/11/2022* | | Limited, LLC<br>*(Interested Party)* |
| **Dylan Kletter**<br>Brown Rudnick LLP<br>185 Asylum Street<br>Hartford, CT 06103<br>860-509-6500<br>dkletter@brownrudnick.com<br>  *Assigned: 02/15/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Steven E. Mackey**<br>Office of the U.S. Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br>  *Assigned: 03/22/2022* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Kristin B. Mayhew**<br>McElroy, Deutsch, Mulvaney & Carpenter<br>30 Jeliff Lane<br>Southport, CT 06890<br>(203) 319-4011<br>203-259-0251 (fax)<br>kmayhew@mdmc-law.com<br>  *Assigned: 03/15/2022* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |
| **Timothy D. Miltenberger**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103<br>860-493-2200<br>Tmiltenberger@cbshealaw.com<br>  *Assigned: 03/31/2022* | representing | **Golden Spring (New York) LTD**<br>*(Interested Party)* |
| **Aaron Romney**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604 | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |

203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
 *Assigned: 04/11/2022*

**Scott D. Rosen**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103-4500
(860) 493-2200
860-727-0361 (fax)
srosen@cb-shea.com
 *Assigned: 03/28/2022*

representing

**Golden Spring (New York) LTD**
*(Interested Party)*

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
202-326-2293
ssarnoff@omm.com
 *Assigned: 02/25/2022*
 *LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Bennett Silverberg**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
bsilverberg@brownrudnick.com
 *Assigned: 03/01/2022*
 *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
860-275-8325
860-275-8299 (fax)
asmith@rc.com
 *Assigned: 02/24/2022*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Jay Marshall Wolman**
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
702-420-2001
jmw@randazza.com
 *Assigned: 02/17/2022*

representing

**Logan Cheng**
c/o Randazza Legal Group, PLLC
100 Pearl Street
14th Floor
Hartford, CT 06103
*(Creditor)*

**Peter J. Zarella**
McElroy, Deutsch, Mulvaney &
Carpenter,
One State Street, 14th floor

representing

**Rui Ma**
*(20 Largest Creditor)*

Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
*Assigned: 03/22/2022*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*