# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>Debtor. | Chapter 11 Case No.<br><br>Case No. 22-50073 (JAM)<br><br>Re ECF No. 393 |

## ORDER GRANTING MOTION OF PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO ITS OMNIBUS REPLY IN SUPPORT OF MOTION TO DISMISS CHAPTER 11 CASE OR, IN THE ALTERNATIVE, PARTIAL JOINDER TO UNITED STATES TRUSTEE'S MOTION FOR AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

Upon consideration of the motion (the "Motion")[2] for an order authorizing Pacific Alliance Asia Opportunity Fund L.P. ("PAX") to exceed the page limit for the Reply; the Court having reviewed the Motion; and the Court having found after due deliberation that PAX has demonstrated good and sufficient cause for approval thereof; it is hereby ORDERED that:

1. The Motion is granted.

2. PAX is permitted to exceed the page limit prescribed by Local Rule 7007-2(a) with respect to the Reply, which shall not exceed twenty-two (22) pages.

Dated at Bridgeport, Connecticut this 19th day of May, 2022.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed in the Motion.