**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

**EXHIBIT LIST FOR**
**PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.**

IN RE:

HO WAN KWOK,
    DEBTOR.

CHAPTER 11

CASE No.: 22-50073 (JAM)

RE: ECF No. 90 - Application to Employ Verdolino & Lowey, P.C. as Financial Advisor

EVIDENTIARY HEARING DATE: 4/27/2022

**EXHIBITS SUBMITTED BY: Creditor, Pacific Alliance Asia Opportunity Fund L.P. ("PAX")**

**ATTORNEYS:** Laura Aronsson, David V. Harbach and Patrick Birney

| EXHIBIT # | DESCRIPTION | ID/FULL | SUBMIT DATE | WITNESS |
|---|---|---|---|---|
| PAX 04 | Debtor's Application for Authorization to Retain and Employ Verdolino & Lowey, P.C. as Financial Advisor (ECF No. 90) | FULL | 4/27/2022 | Craig R. Jalbert |
| PAX 14 | Transcript of the April 8, 2022 Deposition of Craig Jalbert | ID | 4/27/2022 | Craig R. Jalbert |
| COURT 01 | Placed under seal until further Order from the Court | | 4/27/2022 | Craig R. Jalbert |

APPEAL FILED ON _____.
CHECKED EXHIBITS HAVE BEEN SUBMITTED TO DISTRICT COURT ON _____. COPIES OF THE EXHIBITS HAVE BEEN RETAINED BY THE BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

## WITNESS LIST FOR HO WAN KWOK

IN RE:

HO WAN KWOK,
    DEBTOR.

CHAPTER 11

CASE No.: 22-50073 (JAM)

ECF No. 90 - Application to Employ Verdolino & Lowey, P.C. as Financial Advisor

EVIDENTIARY HEARING DATE: 4/27/2022

**Witness for Ho Wan Kwok, Debtor**

| Witness Name and Address | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Craig R. Jalbert, Verdolino & Lowey, P.C. 124 Washington Street Foxboro, MA 02035 | William Baldiga, Attorney for Debtor | Laura Aronsson, Attorney for Pacific Alliance Asia Opportunity Fund, L.P. | William Baldiga, Attorney for Debtor | Laura Aronsson, Attorney for Pacific Alliance Asia Opportunity Fund, L.P. |

APPEAL FILED ON _____ .
CHECKED EXHIBITS HAVE BEEN SUBMITTED TO DISTRICT COURT ON _____ . COPIES OF THE EXHIBITS HAVE BEEN RETAINED BY THE BANKRUPTCY COURT