UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

## EXHIBIT LIST FOR
## PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.

IN RE:

HO WAN KWOK,
    DEBTOR.

CHAPTER 11

CASE No.: 22-50073 (JAM)

RE: ECF No. 117 - Debtor's Motion for Entry of Interim and Final DIP Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief

EVIDENTIARY HEARING DATE: 4/27/2022

**EXHIBITS SUBMITTED BY:** Creditor, Pacific Alliance Asia Opportunity Fund L.P. ("PAX")

**ATTORNEYS:** Laura Aronsson, David V. Harbach and Patrick Birney

| EXHIBIT # | DESCRIPTION | ID/FULL | SUBMIT DATE | WITNESS |
|---|---|---|---|---|
| PAX 15 | Transcript of the April 12, 2022 Deposition of Yvette Wang | FULL | 4/27/2022 | Ho Wan Kwok |
| PAX 17 | Transcript of the 341 Meeting of Creditors, dated March 21, 2022 | FULL | 4/27/2022 | Ho Wan Kwok |
| PAX 18 | Affidavit of Ho Wan Kwok filed in *Ace Decade Holdings Limited v. USB AG*, Index No. 653316/2015 (N.Y. Sup. Ct.) (English), dated February 5, 2016 | FULL | 4/27/2022 | Ho Wan Kwok |
| PAX 19 | Affidavit of Ho Wan Kwok filed in *Ace Decade Holdings Limited v. USB AG*, Index No. 653316/2015 (N.Y. Sup. Ct.) (Chinese), dated February 5, 2016 | FULL | 4/27/2022 | Ho Wan Kwok |

APPEAL FILED ON_____.
CHECKED EXHIBITS HAVE BEEN SUBMITTED TO DISTRICT COURT ON_____.COPIES OF THE EXHIBITS HAVE BEEN RETAINED BY THE BANKRUPTCY COURT

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

**WITNESS LIST FOR HO WAN KWOK**

IN RE:

HO WAN KWOK,
     DEBTOR.

CHAPTER 11

CASE No.: 22-50073 (JAM)

RE: ECF No. 117 - Debtor's Motion for Entry of Interim and Final DIP Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief

EVIDENTIARY HEARING DATE: 4/27/2022

**Witness for Ho Wan Kwok, Debtor**

| Witness Name and Address | Direct | Cross |
|---|---|---|
| Ho Wan Kwok, Debtor<br>373 Taconic Road<br>Greenwich, CT 06831 | Jeffrey L. Jonas,<br>Attorney for Debtor | David V. Harbach,<br>Attorney for Pacific Alliance Asia Opportunity Fund, L.P.<br><br>Holley L. Claiborn,<br>Office of the U.S. Trustee |

APPEAL FILED ON _____ .
CHECKED EXHIBITS HAVE BEEN SUBMITTED TO DISTRICT COURT ON _____ .COPIES OF THE EXHIBITS HAVE BEEN RETAINED BY THE BANKRUPTCY COURT