# EXHIBIT PAX 17

Transcript of the 341 Meeting of Creditors, dated March 21, 2022

CASE NO. _____ 22-50073 _____

IN RE: Ho Wan Kwok _____

VS. _____

PAX    **EXHIBIT** _____ 17 _____

DATE _____ **IDEN.**

DATE _4/27/2022 Admitted in Full__ **EVID.**

**BY** _P.E._____

Deputy Clerk

AO 386-A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT


In Re                          * Chapter 11
                               *
                               *
    HO WAN KWOK,               * Case 22-50073(JAM)
                               *
            Debtor.            *
                               *
* * * * * * * * * * * * * * * *


TRANSCRIPT OF TELEPHONIC

341 MEETING OF CREDITORS


MARCH 21, 2022


Electronically Recorded by the
Office of the United States Trustee


Transcript Prepared By:


Christine Fiore, CERT
Fiore Reporting and Transcription Service, Inc.
4 Research Drive, Suite 402
Shelton, CT  06484
(203)929-9992

Ho Wan Kwok - March 21, 2022

APPEARANCES:

| | |
|---|---|
| For the Debtor: | WILLIAM R. BALDIGA, ESQ.<br>BEN SILVERBERG, ESQ.<br>URI PINELO, ESQ.<br>Brown Rudnick, LLP<br>Seven Times Square<br>New York, NY  10036 |
| For the U.S. Trustee: | HOLLEY E. CLAIBORN, ESQ.<br>Office of the U.S. Trustee<br>150 State Street<br>New Haven, CT  06510 |
| For Logan Cheng,<br> Creditor: | JAY MARSHALL WOLMAN, ESQ.<br>Randazza Legal Group<br>100 Pearl Street, 14th Floor<br>Hartford, CT 06103 |
| For Pacific Alliance<br> Asia Opportunity Fund,<br> LP, Creditors: | DAVID V. HARBACH, II, ESQ.<br>O'Melveny & Myers, LLP<br>1625 I Street NW<br>Washington, DC  20006<br><br>STUART SARNOFF, ESQ.<br>LAURA ARONSSON, ESQ.<br>CRAIG McALLISTER, ESQ.<br>MAKENZIE RUSSO<br>STEVEN WARREN<br>O'Melveny & Myers, LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY  10036 |
| For Bruno Wu, Weican<br> Meng and Rui Ma,<br> Creditors: | KAREN WARSHAUER<br>McElroy, Deutsch, Mulvaney &<br> Carpenter<br>One State Street<br>Hartford, CT  06103 |
| For Xiaodan Wang,<br> Rong Zhang and Chong<br> Shen Raphanella,<br> Creditors: | LILLIAN GRINNELL, ESQ.<br>Wolf Haldenstein Adler<br>Freeman & Herz<br>270 Madison Avenue<br>New York, NY  10016 |

Ho Wan Kwok - March 21, 2022                    3

APPEARANCES: (Cont'd)

For Samuel Nunberg,          AMY ZAMIR, ESQ.
 Creditor:                   Nesenoff & Miltenberg, LLP
                             363 Seventh Avenue
                             New York, NY  10001


For the Sherry              EMILY KUZNICK, ESQ.
 Netherland, Creditor:      Stroock, Stroock and Lavan
                             180 Maiden Lane
                             New York, NY  10038

1          MS. CLAIBORN:  I'm going to repeat myself

2     from the beginning here because I want to make sure

3     it's all on the record and I apologize.

4          I'm going to basically start this meeting

5     over again and we're going to go very quickly and

6     then we'll come back to where I was just about to

7     go.

8          Today is Monday, March 21st, 2022 and we

9     are gathered for the Section 341 meeting in the

10    Chapter 11 case of Ho Wan Kwok, also known as Wengui

11    Gwo and Miles Kwok.

12         My name is Holley Claiborn and I'm a trial

13    attorney in the Office of the United States Trustee

14    and I will be conducting today's meeting.

15         I am recording this meeting and also we

16    have the presence of an interpreter on the line

17    whose name is Bin, B-I-N.

18         And so that I have it on the record, I'm

19    going to ask Bin a third time about her oath.

20         (The interpreter is sworn.)

21         For purposes of speeding this up on the

22    record we have appearances today by Jay Wolman, on

23    behalf of Logan Cheng.  We have the appearance of

24    David Harbach, Stuart Sarnoff, Mia Gonzalez, Laura

PAX-017-004

1    Aronsson, Craig McAllister and Mackenzie Russo, all

2    on behalf of Pacific Alliance.  And for creditors

3    Rui Ma, Bruno Wu and Weican Meng, we have Karen

4    Warshauer, a paralegal at McElroy.

5            THE INTERPRETER:  Sorry, I cannot get all

6    those names at once.

7            MS. CLAIBORN:  Bin, did you translate all

8    of the names for the Pacific Alliance?

9            THE INTERPRETER:  The names actually just

10   a repeat of the pronunciation.  No translation.

11           MS. CLAIBORN:  Thank you.  Whoever does

12   not have their phone on mute, could you please put

13   it on mute?  Thank you.

14           Okay.  The other appearances, Karen

15   Warshauer, from McElroy, and she represents Bruno

16   Wu, Weican Meng and Rui Ma.

17           Before I go back to the debtor, are there

18   any other creditors on the line who have counsel

19   who'd like to put their appearance on the record?

20           MS. GRINNELL:  Hi --

21           MS. CLAIBORN:  Please wait for the

22   translation.

23           MS. GRINNELL:  (Indiscernible) I'm from

24   the firm Wolf Haldenstein Adler Freeman and Herz and

25   we represent --

PAX-017-005

1          THE INTERPRETER:  Sorry.  The interpreter

2    cannot hear you clearly.

3          MS. GRINNELL:  I'm sorry. My connection

4    has been kind of off.  Can you hear me now?

5          THE INTERPRETER: Yes.

6          MS. GRINNELL:  Okay.  I'll repeat what I

7    said.

8          My name is Lillian Grinnell.  I'm an

9    attorney at Wolf Haldenstein Adler Freeman and Herz

10   and we represent the creditors, Rong Zhang, Xiaodan

11   Wang, and Chong Sheen Raphanella.

12         THE INTERPRETER:  The names you pronounced

13   I could not get them.

14         MS. GRINNELL:  I'll spell them.

15         I'll start with the creditor's names.  The

16   creditor's names are Rong Zhang, and that's -- the

17   first name is Rong, R-O-N-G, Z-H-A-N-G.

18         The second creditor's name is Xiaodan

19   Wang.  And her first name is spelled X-I-A-O-D-A-N.

20   And her last name is spelled W-A-N-G.

21         And then the third creditor, Chong Shen

22   Raphanella.  And her first name is C-H-O-N-G. And

23   then the second name is S-H-E-N.  And the third name

24   is R-A-P-H-A-N-E-L-L-A.

25         THE INTERPRETER:  I only got Chong Shen

PAX-017-006

1    and R-A-P-H-A-L.

2              MS. GRINNELL:  I'm sorry.  Are you asking

3    me to spell the third name again?

4              (No response.)

5              Sorry?  I apologize.  My connection is

6    very bad.  Do you need me to spell any of the names

7    again?

8              THE INTERPRETER:  I think I'm okay.  I

9    repeat it to Mr. Kwok already.

10             MS. GRINNELL:  Okay.

11             MS. CLAIBORN:  Are there any other

12   creditors on the line or parties on the line?

13             MS. ZAMIR:  This is Amy Zamir, from

14   Nessenoff & Miltenberg.  I'm spell that.  My last

15   name is Zamir, Z-A-M-I-R.  Nessenoff is N-E-S-S-E-N-

16   O-F-F, and Miltenberg, M-I-L-T-E-N-B-E-R-G.  And we

17   represent creditor Sam Nunberg, N-U-N-B-E-R-G.

18             MS. CLAIBORN:  Is there anyone else who

19   would like to put their appearance on the record.

20             MS. KUZNICK:  Yes.  This is Emily Kuznick,

21   E-M-I-L-Y, and then Kuznick, K-U-Z-N-I-C-K, of

22   Stroock, Stroock and Lavan, that's S-T-R-O-O-C-K,

23   and Stroock, and Lavan is L-A-V-A-N. And we

24   represent the Sherry Netherland.  And for Sherry

25   Netherland it's S-H-E-R-R-Y, and then Netherland, N-

PAX-017-007

1    E-T-H-E-R-L-A-N-D.

2              THE INTERPRETER:  I'm clarifying what he

3    said.

4              (Interpretation.)

5              THE INTERPRETER:  Let me continue

6    clarifying what was yelled out just now.

7              (Interpretation.)

8              THE INTERPRETER:  I'm sorry.  The

9    interpreter cannot get that.  Nobody picked up my

10   question so I don't know.

11             MS. CLAIBORN:  Thank you, Bin.

12             Any other creditors or parties in interest

13   before I go back to the debtor?

14             MR. HARBACH:  This is David Harbach, from

15   O'Melveny and Myers, representing PACS.  I just

16   wanted to clarify that is it correct that we have

17   not gotten an answer from the debtor about what he

18   just said?

19             I have not heard any interpretation of it

20   and I understand the interpreter was attempting to

21   clarify what was said but the debtor did not

22   respond, as far as I heard, and we'd like to know

23   what he said.

24             MR. BALDIGA:  This is Bill Baldiga.  I'll

25   accept your apologies.  That was not the debtor, but

PAX-017-008

1    I accept your apology for that inference.

2           MS. CLAIBORN:  I'm going to come back to

3    that a in minute.

4           MR. HARBACH:  Okay.  (Indiscernible)

5    whether I should apologize, but can we inquire then

6    who made the outburst?  The interpreter was

7    attempting to clarify and so are we.  Forgive the

8    inference.

9           THE INTERPRETER:  So I interpreted what

10   you requested.  Just now someone burst out with a

11   few words -- with sentences.  The interpreter did

12   not get those sentences.  So the interpreter tried

13   to clarify who talked and what those words are, but

14   nobody picked up the interpreter's question.

15          MS. CLAIBORN:  This is Holley Claiborn.

16   Could the person who spoke up please answer the

17   interpreter's question and identify themselves?

18          THE INTERPRETER:  Sorry about that.  Just

19   now it was it was just a video tape. It was not

20   someone talked.

21          MR. BALDIGA:  This is Bill Baldiga.  Mr.

22   Kwok -- what Mr. Kwok heard during that outburst was

23   someone playing back an audio of his voice and we do

24   want to know everyone who is on the phone and we

25   would like identified who played that audio clip.

1    Thank you.

2          UNIDENTIFIED:  Sorry, it was me. I played

3    Mr. Kwok's video just now.

4          MS. CLAIBORN:  Could the person who just

5    spoke identify themselves?

6          THE INTERPRETER:  The interpreter needs to

7    clarify.

8          (Interpreter inquires)

9          MR. YAN:  My name is Xingyu Yan. I'm one of

10   Mr. Kwok's creditors.

11         MR. BALDIGA:  Can we have the spelling,

12   please?  Could we obtain the spelling of that name

13   please?

14         MR. YAN:  The spelling is X, for Xray, I, as

15   India, N, as in Nancy, G as in George, Y as in Yes,

16   U as in umbrella.  Last name Y, A as in apple, N as

17   in Nancy.

18         MR. BALDIGA:  Ms. Claiborn, Bill Baldiga

19   again.  Could you please exhaust the names of

20   everyone else on the line, just so we know who is

21   participating, whether or not they intend to ask

22   questions?

23         MS. CLAIBORN:  I'm trying to get there.

24   That was my -- okay.

25         Is anyone else on the line?  If you are on

PAX-017-010

1    the line, and you could please identify yourself?

2            MR. GREIF:  Hello.  My name is Steven Greif,

3    G-R-E-I-F.

4            MR. WARREN:  Steven Warren of O'Melveny &

5    Myers.

6            MR. JALBERT:  Craig Jalbert of

7    (indiscernible).

8            INDISCERNIBLE:  (Indiscernible)  from

9    Robinson and Cole.

10           INDISCERNIBLE:  (Indiscernible)  from

11   Stroock, Stroock and Lavan.

12           MS. DEERING:  Alexandra Deering of Brown

13   Rudnick.

14           MS. CLAIBORN:  This is Holley Claiborn

15   again. Thank you all for putting your appearances on

16   the record.  And if I could go back to debtor's

17   camp, Mr. Baldiga, could you put your appearance on

18   the record and note everybody who's with you at your

19   location.

20           MR. BALDIGA:  Yes.  We're in our --

21           I'm sorry. I missed what was just said.

22           MS. CLAIBORN:  Mr. Baldiga, could you go

23   ahead, please?  Mr. Baldiga, could you go ahead,

24   please?

25           MR. BALDIGA:  Yes.  Thank you.  We are at

PAX-017-011

1    our offices at 7 Times Square in New York.

2              And can you please state the name, Mr.

3    Baldiga, of who is present with you?

4              (No response.)

5              MS. CLAIBORN:  Mr. Baldiga, could you please

6    state the names of the people who are with you?

7              MR. BALDIGA:  Ben Silverberg and Uri Pinelo.

8              MS. CLAIBORN:  Okay.  Other names I believe

9    I heard earlier are Una Menye (ph), who is an

10   interpreter, and Attorney Aaron Mitchell.

11             MR. BALDIGA:  That's right.  Yes.

12             Ms. CLAIBORN:  Okay. I'm going to swear in

13   Mr. Kwok and I would ask everyone to put their

14   phones on mute.

15      (The debtor is sworn.)

16             MS. CLAIBORN: Mr. Kwok, as you know, today's

17   meeting is being recorded and there's an

18   interpreter, Bin, who's interpreting my questions

19   and the comments of others and will also be

20   interpreting your answers.

21             Please wait to answer any questions you are

22   asked today until the official interpreter has made

23   a full translation.

24             I ask that you do not communicate with your

25   own interpreter who is present with you before you

1    answer the questions, and should you do so, I will

2    ask the official interpreter to translate that

3    discussion.

4            THE INTERPRETER:  Sorry.  Could you please

5    repeat?

6            MS. CLAIBORN:  Mr. Kwok, I ask that you do

7    not communicate with your own interpreter who is

8    with you today before you answer my questions or the

9    questions of others.

10           THE INTERPRETER:  He could not use his own

11   interpreter.

12           MS. CLAIBORN:  Bin, could you translate that

13   instruction for Mr. Kwok.

14           MR. BALDIGA:  This is Bill Baldiga.

15           To the extent --

16           MS. CLAIBORN:  Mr. Baldiga, could you just

17   wait for Bin to interpret that instruction for me

18   and then you can make your comment.

19           MR. BALDIGA:  Two things.  This is Bill

20   Baldiga.

21           Holley, you've become quite muffled again

22   and second, to the extent that Mr. Kwok needs to

23   talk to his interpreter to better understand what

24   was said or the interpreter in the room with us

25   believes that there was a misinterpretation, we will

PAX-017-013

1    tell you that so that you do know if there is a

2    further conversation.

3              MS. CLAIBORN:  Thank you.

4                   HO WAN KWOK, Sworn

5    EXAMINATION BY MS. CLAIBORN:

6         Q    Mr. Kwok, can you please explain the reason

7    to file your Chapter 11 bankruptcy case?

8              UNIDENTIFIED:  Sorry?

9         Q    Mr. Kwok, please explain the reasons behind

10   your decision to file your Chapter 11 bankruptcy

11   case?

12             MR. HARBACH:  This is David Harbach.  We're

13   having trouble understanding you again.

14             MS. CLAIBORN:  I apologize.  My phone system

15   is new and I'm yelling into the phone, but unless I

16   put it on speaker phone I won't be able to record

17   it.  Does yelling improve your ability to hear me?

18             MR. HARBACH:  It's very difficult to

19   understand your questions because they're so

20   muffled.  It's not volume, it's diction, if I may be

21   blunt.

22             MS. CLAIBORN:  I will try to speak slowly.

23   Is that any better?

24             MR. BALDIGA:  It seems to be, yes.  Thank

25   you.

PAX-017-014

1

2      Q      Okay.  We're going to try this again.

3             Mr. Kwok, can you please explain your

4      reasons behind filing your Chapter 11 bankruptcy

5      case?

6      A      I cannot understand you.  I don't know what

7      you mean by filing Chapter 11 of bank.

8      Q      Mr. Kwok, why did you file your bankruptcy

9      case?

10            THE INTERPRETER:  The interpreter would like

11     to clarify the word he said.

12     A      I'm not filing any bankruptcy certificate.

13     Q      Let me try again.

14            Mr. Kwok, you are a Chapter 11 debtor in a

15     bankruptcy proceeding here in the United States.

16            Mr. Kwok, what were the reasons behind your

17     decision to file your bankruptcy case?

18     A      So you're asking me why I'm applying for

19     bankruptcy, right?

20     Q      Yes.

21     A      I filed (indiscernible)  in mid-February in

22     my second trial, or second appearance in Southern

23     District. I was given a fine of $120 million and I

24     was ordered to pay it off within five days.  So

25     without any choices -- so I filed bankruptcy

PAX-017-015

1   application at Connecticut state and Chapter 11.

2       Q    Mr. Kwok, when was the first time you spoke

3   with a lawyer about filing a bankruptcy case?

4            MR. BALDIGA:  Just the date, or the

5   approximate date.  Not the substance of the advice.

6       A    Approximately 12, 13.

7       Q    Can you please provide the month and the

8   year?

9       A    It was February the 12th of 2002.

10      Q    Did you say 2002 or 2021?

11      A    2022.  February the 12th or 13.

12      Q    Mr. Kwok, I'd ask you to take a look at your

13  bankruptcy petition that was filed with the

14  bankruptcy court at ECF 1.

15           Mr. Kwok, a handwritten signature appears on

16  that petition. Is that your handwritten signature?

17      A    Hold on a second. I'll ask the lawyer to get

18  it and I'll take a look.

19           MR. BALDIGA:  This is Bill Baldiga.  We have

20  with us the petition with the electronic signature

21  as filed.  I don't have in the conference room me

22  the handwritten signature.  If you'd like us to get

23  it, we could get it at a break.

24      Q    Mr. Kwok, can you take a look at the

25  document that your counsel has, which is the

PAX-017-016

1    bankruptcy petition with your printed name on it and

2    confirm that you signed that document prior to it

3    being filed with the court?

4        A    Please hold on one second.  Let me take a

5    look.

6            MR. BALDIGA:  Could I hear the translation,

7    please.  I want to hear the translation of what you

8    said.

9        (No response.)

10           MR. BALDIGA:  Is the translator still with

11   us?

12           MS. CLAIBORN:  Bin, are you on the line?

13       (No response.)

14           Bin, are you there?

15       (No response.)

16           It seems that Bin has left us so I'm going

17   to put everybody on hold and I'm going to try to

18   reconnect her. I apologize.

19           MR. BALDIGA:  That's okay.  Could we take a

20   short break?

21           MS. CLAIBORN:  It's going to take me a few

22   minutes to do that, so go ahead and we'll reconvene

23   as soon as I can get her on the line.

24           MR. BALDIGA:  Thank you very much.

25       (Off the record.)

PAX-017-017

1          MS. CLAIBORN:  We are back on the record

2     after a short break due to some technical

3     difficulties.

4     BY MS. CLAIBORN:

5          Q    The pending question was asking Mr. Kwok to

6     confirm that he signed the bankruptcy petition that

7     was filed at ECF 1.

8          A    I have finished looking at it, yes.

9          Q    Mr. Kwok, did you read and understand the

10    bankruptcy petition and information it contains

11    before you signed it?

12         A    Yes, I understood.

13         Q    Mr. Kwok, was the petition translated into

14    another language for you before you signed it?

15         A    Yes, it was translated into Chinese for me.

16         Q    Who translated the bankruptcy petition?

17         A    My lawyer did.

18         Q    Mr. Kwok, I don't think that Mr. Baldiga

19    speaks Chinese.

20              So who was the company or the person that

21    you used to translate the petition for you?

22         A    I don't know.

23         Q    Mr. Kwok, is the information in your

24    bankruptcy petition true and accurate to the best of

25    your knowledge?

PAX-017-018

1       A     Yes, it is accurate and true.

2       Q     Mr. Kwok, can you please take a look at the

3    declaration and about individual debtor's schedules

4    that was filed with the court docket at ECF No. 79.

5             THE INTERPRETER:  Sorry, could you please

6    repeat?

7       Q     Mr. Kwok, can you please take a look at the

8    declaration about an individual debtor's schedules

9    that was filed with the bankruptcy court at ECF 79.

10            Mr. Kwok, a handwritten signature appears on

11   that declaration. Is that your handwritten

12   signature?

13      A     The document in my hand.  Yes, it was signed

14   by me.

15      Q     And are you looking at ECF no. 79?

16      A     Yes.

17      Q     Mr. Kwok, was the declaration that was filed

18   at ECF 79 translated into another language for you

19   before you signed it?

20      A     Yes.

21      Q     What language was it translated into?

22      A     Chinese.

23      Q     Mr. Kwok, do you know who did the

24   translation of ECF no. 79?

25      A     Yes.

PAX-017-019

1       Q    And who was that person who translated ECF

2    79 into Chinese for you?

3       A    The lawyer.

4       Q    Can you tell me the name of the lawyer?

5       A    Bill.

6            MR. BALDIGA:  This is Bill Baldiga.  The

7    witness is not distinguishing between what I did

8    personally and what we had commissioned, to help

9    clarify.  I do not obviously do translations myself.

10           MS. CLAIBORN:  Attorney Baldiga, can you

11   tell me the name of the translation person who

12   worked for you or the name of the company?

13           MR. BALDIGA:  I'll have to get that. I don't

14   have it here.

15      Q    Mr. Kwok, did you read and understand the

16   declaration filed at ECF no. 79 before you signed

17   it?

18      A    Yes, understood.

19      Q    Mr. Kwok, can you please take a look at your

20   bankruptcy schedules that were filed with the

21   bankruptcy court at ECF 78.

22           And Mr. Kwok, for purposes of today, when I

23   used the term schedules, either collectively or by a

24   particular schedule, I'm referring to the documents

25   that were filed at ECF 78.

PAX-017-020

Ho Wan Kwok - March 21, 2022                                    21

1          Mr. Kwok, were your bankruptcy schedules

2     translated for you?

3          A    Yes, it was translated.

4          Q    Mr. Kwok, were you involved in preparing the

5     responses and the answers to the questions in the

6     schedules?

7          A    Yes, I was.

8          Q    Mr. Kwok, did you read and understand all of

9     the responses and the answers to the questions in

10    the schedules before you signed the declaration that

11    was filed at ECF 79.

12         A    Yes.

13         Q    Mr. Kwok, who assisted you in the

14    preparation of your bankruptcy schedules?

15         A    The lawyer.

16         Q    Mr. Kwok, can you tell me which lawyers

17    helped you?

18         A    Bill.

19         Q    Mr. Kwok, are you referring to Attorney

20    Baldiga?

21         A    Yes.

22         Q    Mr. Kwok, did any other lawyers help you in

23    preparing your bankruptcy schedules?

24         A    Yes.

25         Q    Can you please tell me the names of the

PAX-017-021

1    other lawyers who assisted you?

2        A    I don't know how to say their names. I

3    cannot read English well.

4             MR. BALDIGA:  This is Bill Baldiga. I'm

5    happy to add that, of course, other of our

6    colleagues here at Brown Rudnick assisted. But I'm

7    not sure Mr. Kwok would have details as to who

8    exactly assisted on what part of it, but you could

9    ask, of course.

10       Q    Mr. Kwok, did any lawyer help you prepare

11   your schedules who is not a lawyer at Brown Rudnick?

12            MR. BALDIGA:  Excuse me. I need to talk with

13   Mr. Kwok for one second. I'm just going to put you

14   on mute for one second.

15            MS. CLAIBORN:  I'd prefer he answer the

16   question before you have your conference, Mr.

17   Baldiga.

18       A    Because the whole bankruptcy application,

19   the whole stuff was arranged by this lawyer.  But I

20   don't know all the other details.

21            MS. CLAIBORN:  Do you want to confer with

22   your client?

23            MR. BALDIGA:  I'll clarify only that Mr.

24   Kwok likely does not know of all of the

25   conversations that we've had with others, but this

PAX-017-022

1    is the opportunity to exam him, so you can obviously

2    ask that but we don't want to be misleading.

3        Q    Mr. Kwok, aside from Mr. Baldiga and lawyers

4    at Brown Rudnick did you speak with any other

5    lawyers about preparing your bankruptcy schedules?

6        A    Yes.

7        Q    Who did you speak with?

8        A    Another law firm called Ari and my personal

9    lawyer (indiscernible).

10       Q    What is the name of your personal lawyer?

11            MR. BALDIGA:  Could I confer and I might be

12   able to answer that question?

13            MS. CLAIBORN:  Go ahead.

14            MR. BALDIGA:  Could I have a second to

15   confer, please?

16            MS. CLAIBORN:  Yes.

17       (Pause.)

18            MR. BALDIGA:  Thank you.

19       Q    Mr. Kwok, what is the name of your personal

20   lawyer?

21       A    Guy Petrillo and  Ari (indiscernible).

22       Q    Mr. Kwok do I understand correctly that you

23   discussed your bankruptcy schedules with Guy

24   Petrillo and Aaron Mitchell?

25       A    Yes.

PAX-017-023

Ho Wan Kwok - March 21, 2022

1    Q    Mr. Kwok, did you discuss your bankruptcy

2    schedules with any other lawyers that you haven't

3    yet told me about today?

4    A    I don't remember.

5    Q    Mr. Kwok, are there any errors or omissions

6    in your bankruptcy schedules?

7    A    I don't see anything like that now.

8    Q    Mr. Kwok, is everything in your bankruptcy

9    schedules true and accurate to the best of your

10   knowledge?

11   A    Yes.

12   Q    Mr. Kwok, could you please take a look at

13   your bankruptcy statement of financial affairs that

14   was filed with the court at ECF no. 77.

15        Mr. Kwok, using the numbers at the top of

16   the document can you please go to page 20 where you

17   will find a handwritten signature.

18        THE INTERPRETER: Sorry?

19   Q    Where you will find a handwritten signature.

20        Mr. Kwok, is the handwritten signature on

21   page 20 of the statement of financial affairs your

22   own?

23   A    Yes.

24   Q    Mr. Kwok, was the statement of financial

25   affairs translated for you before you signed it?

Fiore Reporting and Transcription Service, Inc.

1    A    Yes.

2    Q    Mr. Kwok, were you involved in the preparing

3  of the responses and the answers to the questions in

4  the statement of financial affairs?

5    A    Yes.

6    Q    Mr. Kwok, did you read and understand all

7  the responses and answers to the questions in the

8  statement of financial affairs before you signed it?

9    A    I understood all.

10    Q    Mr. Kwok, are there any errors or omissions

11  in your statement of financial affairs?

12    A    No.

13    (No response.)

14    Q    Mr. Kwok, would you please answer the

15  question?

16        MR. BALDIGA:  I'm sorry.  Could you repeat

17  that?  We didn't get the interpretation here in the

18  room for some reason.

19        MS. CLAIBORN:  I'll ask the question again.

20    Q    Are there any errors or omissions in your

21  statement of financial affairs?

22    A    Up to now I haven't found any errors or

23  omissions.

24    Q    Mr. Kwok, is everything in your statement of

25  financial affairs true and accurate to the best of

PAX-017-025

Ho Wan Kwok - March 21, 2022                                    26

1    your knowledge?

2        A    Yes.

3        Q    Mr. Kwok, who assisted you in the

4    preparation of your statement of financial affairs?

5        A    My lawyer, Bill, and my financial advisor,

6    Matt.

7        Q    Mr. Kwok, are you referring to Attorney

8    Baldiga?

9        A    Yes.

10       Q    And what is the name -- the full name of the

11   financial advisor?

12       A    I don't know how to spell it.

13            MR. BALDIGA:  It's Matt Flynn and colleagues

14   at Verdolino and Lowey.  But you could --

15       Q    Mr. Kwok, is that correct?

16       A    I'm afraid I will say it wrong, but I will

17   ask for Mr. -- my lawyer Baldiga to clarify for you.

18       Q    We can move on.

19            MR. BALDIGA:  This is Bill Baldiga.

20            Mr. Kwok simply does not know the full name

21   of Matt Flynn or Matt's colleagues at Verlino and

22   Lowey, but I confirm that he is pointing at Matt

23   Flynn next to him when he answers the question.

24            MS. CLAIBORN:  Thank you.

25       Q    Mr. Kwok, did anyone else help you with your

PAX-017-026

1    statement of financial affairs?

2        A    No.

3        Q    Mr. Kwok, how long have you lived in the

4    United States?

5        A    Nearly seven years.

6             MR. HARBACH:  This is David Harbach.  I

7    didn't get the translation of the answer.

8             MS. CLAIBORN:  Bin, can you please repeat

9    your translation.

10            THE INTERPRETER:  Nearly 7 years.

11       Q    Mr. Kwok, do you still live at the Taconic

12   Road property in Greenwich?

13       A    Yes.

14       Q    Who owns that property in Greenwich?

15       A    My wife.

16       Q    Your bankruptcy documents refer to a company

17   called Greenwich Land, LLC.  Who owns that company?

18       A    My wife.

19       Q    What is your wife's name?

20       A    (Indiscernible)

21            MS. CLAIBORN:  Bin, could you please

22   translate that for me into a spelling?

23            THE INTERPRETER:  Let me just clarify with

24   him which Chinese characters are, then I can spell

25   it for you.

PAX-017-027

Ho Wan Kwok - March 21, 2022                                28

1    A    My wife's name is read at (indiscernible)

2    but she's from -- she's from Hong Kong.  Their

3    spelling is different from Mainland and I don't know

4    how to spell her name.

5    Q    Mr. Kwok, could you just please spell her

6    last name?

7    A    I don't know how to spell.

8    Q    Does anyone else have a membership interest

9    in Greenwich Land LLC aside from your wife?

10   A    I don't know.

11   Q    When was Greenwich Land LLC formed as a

12   company?

13   A    2020.

14   Q    Mr. Kwok, have you ever been a member of

15   Greenwich Land, LLC?

16   A    No.

17   Q    How much did Greenwich Land, LLC pay for the

18   purchase of the Greenwich property on Taconic Road?

19   A    I don't know specifically but approximately

20   5 million.

21   Q    And how was that purchase funded?

22   A    I don't know.

23   Q    Who would know the answer, Mr. Kwok?

24        THE INTERPRETER:  Sorry?

25   Q    Who would know the answer to that, Mr. Kwok?

PAX-017-028

1      A    My wife knows.

2           MR. HARBACH:  This is David Harbach and I

3      apologize for the interruption.

4           We missed the translation by the number of

5      that Mr. Kwok said approximately this kind of

6      property would cost.  Could that please be repeated?

7           THE INTERPRETER:  Sorry, the interpreter

8      cannot hear you clearly.

9           MS. CLAIBORN:  Mr. Harbach, I will ask your

10     question again.

11          MR. HARBACH:  Thank you.

12     Q    How much was the Taconic Road property in

13     Greenwich purchased for?

14     A    I don't know clearly but approximately 4

15     million to 5 million.

16     Q    When did Greenwich Land LLC purchase the

17     property on Taconic Road in Greenwich?

18     A    I don't know the specific time.

19     Q    Do you know the year?

20     A    2019 or 2020. I don't remember clearly.

21          (Unintelligible background chatter.)

22          MS. CLAIBORN:  Could whoever is speaking

23     identify themselves?

24          MR. BALDIGA:  Excuse me just for one second.

25     We may have a translation issue.  I'm just going to

1   put you on mute for one second.

2       (Pause.)

3           MR. BALDIGA:  This is Bill Baldiga.  We

4   believe that the answer by Mr. Kwok to the date was

5   2019 or 2020, but the translator may have said 2020

6   without a mention of 2019. I obviously don't know.

7   But that's -- if it matters, you could re-ask to be

8   sure that there's clarity around that?

9       Q    Mr. Kwok, when did Greenwich Land LLC

10  purchase the Taconic Road property in Greenwich?

11      A    Maybe it's 2020 or maybe it's 2019. I don't

12  remember clearly.  I don't know.

13      Q    Mr. Kwok, did you sign any documents in

14  connection with the purchase of the Taconic Road

15  Property in Greenwich?

16      A    No.

17      Q    Mr. Kwok, who lives at the Taconic Road

18  property in Greenwich?

19           THE INTERPRETER:  Sorry?  Who --

20      Q    Who lives at the Taconic Road property in

21  Greenwich?

22      A    My wife and I.  Sometimes my daughter who

23  lives in New York will come back.

24      Q    Mr. Kwok, are you currently employed by

25  anyone?

PAX-017-030

1          THE  INTERPRETER:  Are  you  what?

2     Q    Are  you  currently  employed  by  anyone  or  any

3     company?

4     A    No.

5     Q    Mr.  Kwok,  have  you  had  any  employment  or  any

6     job  with  an  employer  since  you  started  living  in  the

7     United  States?

8     A    I  don't  remember  clearly.  I  don't  remember

9     clearly  but  approximately  in  2015  at  Golden  Spring  I

10    worked  for  some  time.  After  I  got  part  of  my  wages

11    of  salary  I  left  and  nothing  else.

12    Q    What  work  did  you  do  for  Golden  Spring  in

13    2015?

14    A    I  don't  remember  quite  clearly  but  it  seems

15    it  (indiscernible)  I  was  put  in  charge  of

16    developing  (indiscernible)  investors.  But  I  don't

17    remember  clearly.

18    Q    Mr.  Kwok,  when  did  you  stop  working  for

19    Golden  Spring?

20         MR.  BALDIGA:  Excuse  me  just  one  second.  I

21    just  want  to  make  sure  we  --  excuse  me  for  one

22    second.  I  just  want  to  make  sure  we  don't

23    (indiscernible)  translation.  We  may.

24    (Pause.)

25         MR.  BALDIGA:  Our  interpreter  believes  that

PAX-017-031

Ho Wan Kwok - March 21, 2022                                    32

1    the response was that if he had a role at Golden

2    Springs, it was to develop investment opportunities

3    not to develop investors.

4        Q    Mr. Kwok, when did you stop working for

5    Golden Spring?

6        A    I don't remember clearly.

7        Q    Mr. Kwok, when you say Golden Spring, are

8    you referring to the company known as Golden Spring,

9    New York, Limited?

10       A    Yes.

11       Q    Mr. Kwok, did you get paid for any of the

12   work that you for Golden Spring?

13       A    Yes.

14       Q    How much were you paid?

15       A    Approximately 200,000. I don't remember

16   specifically.

17       Q    Mr. Kwok, did you receive a paycheck from

18   your work at Golden Spring?

19       A    I should have but I don't remember clearly

20   specifically.

21       Q    Mr. Kwok, did you put the money that you

22   were paid by Golden Spring into a bank account?

23       A    I should have put it into a credit card

24   account at Morgan Stanley.

25       Q    Mr. Kwok, are you saying that you had a bank

PAX-017-032

1  account at Morgan Stanley?

2      A    Yes, once I had.

3      Q    Do you still have a bank account at Morgan

4  Stanley?

5      A    No.

6      Q    When did you close your accounts at Morgan

7  Stanley?

8      A    Around April, 2017 when (indiscernible)  the

9  Chinese Communist Party stated chasing me and

10  (indiscernible)  me.  So all my bank accounts were

11  closed.

12         MR. BALDIGA:  Hold on.  There's a

13  mistranslation there.

14     (Pause.)

15         MR. BALDIGA:  The prior misstatement or

16  mistranslation was just the interpretation of the

17  word. But here the entire crux of the answer was

18  left out.  And I'm not sure what happened.

19         MS. CLAIBORN:  Maybe I can ask a different

20  question. We can try again.

21         MR. BALDIGA:  No, I think -- no, I think --

22  the answer -- I'm concerned with the accuracy of the

23  translation because there was specific mention of

24  names that were simply not produced in the answer.

25  And I'll guess, Bin, did you not hear the mention of

1    PACS and Bruno Wu, or was there a sound issue, or

2    what happened?

3        (Interpreter translates)

4            MS. CLAIBORN:  Mr. Kwok, did you --

5            MR. KWOK:  So Bruno Wu, (indiscernible)

6    Airlines and also Chinese Communist party, they all

7    chased me and wanted to kill me.  So I

8    (indiscernible)  -- all my bank accounts were

9    closed.

10            PAC, PACS.  (Indiscernible)  all the people

11    are present today at today's meeting.

12            MR. BALDIGA:  Could we have on the record

13    the entirety of what Mr. Kwok said.  That's a very

14    small part of what he said, obviously.  I don't know

15    what he said but that's much shorter.

16        (Interpreter translates)

17            THE INTERPRETER:  The interpreter is asking

18    him to (indiscernible)  every two names so that I

19    can maintain the integrity of his meaning.

20            MR. KWOK:  At today's meeting there are PAC,

21    one of the major creditors.  And also

22    (indiscernible).  And also (indiscernible)  member.

23    All the money that had to be paid went into an

24    account of the Communist Party under the name of

25    Bruno Wu.  So since that day when all the -- all the

PAX-017-034

1    representatives of the Chinese Communist party -- so

2    when the chasing and killing started I lost all my

3    bank accounts.

4          MR. HARBACH:  This is David Harbach.  Bin,

5    could you please repeat that?

6          THE INTERPRETER:  Sorry?

7          MR. HARBACH:  This is David Harbach.  You

8    just translated an answer that began with since that

9    day.  Can you please repeat the answer in English?

10         THE INTERPRETER:  Since that day all those

11   people who are representatives of Chinese Communist

12   Party, since that day I lost all my bank accounts.

13   BY MS. CLAIBORN:

14     Q    Mr. Kwok, did you have any money in your

15   Morgan Stanley account when you closed it?

16     A    Yes.

17     Q    And where did you move that money to?

18     A    Nobody bothered looking at me again since

19   the account was closed.

20     Q    Mr. Kwok, my question is where did you move

21   the money to?

22         MR. BALDIGA:  This is Bill Baldiga -- I'm

23   sorry.  This is Bill Baldiga.

24         Could you ask if perhaps you're inferring or

25   implying that he moved it as opposed to something

PAX-017-035

1    happened to it?  Could you ask it in a more neutral

2    way and you may get a more full answer?

3        Q    Mr. Kwok, did you or someone acting on your

4    behalf close the Morgan Stanley account?

5        A    The Communist Party, Bruno Wu and also the

6    (indiscernible).  It was closed by the Communist

7    party.

8        Q    Mr. Kwok, was the Morgan Stanley account in

9    the United States?

10       A    Yes.

11       Q    Mr. Kwok, how does somebody other than you,

12   or someone acting on your behalf close a bank

13   account in your name?

14            THE INTERPRETER:  He wants me to repeat the

15   question, the interpretation of the question.

16       (Interpreter translates again.)

17       A    It's the core control of the Communist

18   Party, like what's happening today. The same thing.

19   (Indiscernible)  happened on me.

20            MR. BALDIGA:  Ms. Claiborn, could I suggest

21   that you ask whether Morgan Stanley closed the

22   account, just so we could be more efficient here?

23       Q    Mr. Kwok, did you close the account at

24   Morgan Stanley?

25            THE INTERPRETER:  Sorry?

PAX-017-036

1    Q    Mr. Kwok, did you close the account at

2    Morgan Stanley?

3              THE INTERPRETER:  I'm sorry. I still didn't

4    quite get the question actually.

5    Q    Mr. Kwok, did you personally close the

6    account at Morgan Stanley?

7    A    No.

8    Q    Mr. Kwok, did you ask someone at Morgan

9    Stanley to close your account?

10   A    No.

11   Q    Mr. Kwok, how did you find out that your

12   bank account at Morgan Stanley was closed?

13   A    Morgan Stanley notified me that I was on the

14   wanted list of the Chinese government.  So it was

15   Bruno Wu who was representing (indiscernible)  name

16   on the wanted list so the account was closed.

17   Q    Mr. Kwok, when Morgan Stanley closed the

18   account, what happened to the money in the account?

19             MR. HARBACH:  Ms. Claiborn, this is David

20   Harbach. I'm sorry. I missed the second half of that

21   question.  When Morgan Stanley closed the account

22   and then I lost you.

23   Q    I'll repeat my question.

24             Mr. Kwok, when Morgan Stanley closed the

25   bank account, what happened to the money in the bank

PAX-017-037

1    account?

2        A    The last thing I know was a Chinese speaking

3    person called me telling me that my account was

4    closed because I was under a wanted list of the

5    Chinese government.  And what happened later on I

6    don't know really.

7        Q    Mr. Kwok, how much money was in the --

8            MR. BALDIGA:  This is Bill Baldiga --

9            MS. CLAIBORN:  Yes, Mr. Baldiga?

10           MR. BALDIGA:  This is Bill Baldiga. I think

11    it would be helpful -- I don't want to interrupt

12    your flow of questions, if we took a break pretty

13    soon.  But if you want to finish this line, certain

14    do that.

15           I also want -- there may be some confusion

16    with the Morgan name and so you may want to ask the

17    witness whether it's, in fact, Morgan Stanley or JP

18    Morgan Chase.

19           MR. KWOK:  Now I remember. I think it was JP

20    Morgan Chase.  I just cannot differentiate. I get

21    confused with Morgan Stanley or JP Morgan Chase.

22       Q    Mr. Kwok, was there only one account at

23    whatever it is you're calling it, be it JP Morgan

24    Chase or Morgan Stanley?

25       A    What I remember is I have this only one

PAX-017-038

1     account.

2          Q     How much money was in that account

3     approximately when it was closed?

4          A     A few thousand U.S. dollars.

5               MR. HARBACH:  I missed it. Can you repeat

6     the English, please?

7               MS. CLAIBORN:  Bin, can you please repeat

8     the answer?

9          (No response.)

10              MS. CLAIBORN:  Bin, can you please repeat

11    the answer?

12              MR. HARBACH:  This is David Harbach. I

13    missed the translation before the word thousand. I

14    did not hear the number.  Could you please repeat

15    it?

16              THE INTERPRETER:  He said a few thousand

17    U.S. dollars.

18         Q    Mr. Kwok, when you say a few thousand

19    dollars, can you give me an idea of what you mean?

20    Was it under $10,000?

21         A    I don't remember.

22         Q    Mr. Kwok, a few minutes ago you testified

23    that you were working for Golden Spring developing

24    investment opportunities.  Can you explain more?

25              THE INTERPRETER:  Sorry?

PAX-017-039

1        MS. CLAIBORN:  I wasn't finished with the

2   question. I apologize. I'll try again.

3        Q    Mr. Kwok, a few minutes ago you testified

4   that you were working for Golden Spring developing

5   investment opportunities.  Can you please explain

6   what you mean by that?

7        A    I don't remember.

8        Q    When you were working for Golden Spring,

9   were you working in the United States?

10       A    Yes.

11       Q    When you were working with Golden Spring did

12   you have a job title?

13       A    I don't remember.

14       Q    When you were working for Golden Spring, did

15   you do any other work aside from developing

16   investment opportunities?

17       A    (indiscernible)  Communist Party of China.

18       Q    Can you please explain that?

19       A    Since 2015 up till now I have been spending

20   all my time and my energy on collecting information

21   about corruption and also human rights issues and

22   assassinations of the Community Party.  That's my

23   target and my work.

24       Q    Mr. Kwok, do you currently have any source

25   of income?

PAX-017-040

Ho Wan Kwok - March 21, 2022                               41

1           THE INTERPRETER:  I didn't get you.  Could

2    you please repeat?

3       Q    Mr. Kwok, do you currently have a source of

4    income?

5       A    No.

6       Q    Mr. Kwok, have you filed your tax returns

7    for the year 2021 with the Internal Revenue Service

8    in the United States?

9       A    No.

10      Q    Mr. Kwok, have you filed any tax returns in

11   states for the tax year 2021?

12          THE INTERPRETER:  Sorry?

13      Q    Have you filed any tax returns for any

14   states for the tax year 2021?

15      A    No.

16      Q    What tax returns will you need to file for

17   what states for the year 2021?

18      A    Individual tax file in Connecticut.

19      Q    Will you be filing a tax return for the

20   State of New York for the year 2021?

21      A    No.

22      Q    Mr. Kwok, you previously provided to my

23   office tax returns for the years 2019 and 2020.  Are

24   those tax returns the same as the tax returns you

25   filed with the Internal Revenue Service in the State

PAX-017-041

1   of New York?

2          THE INTERPRETER:  Sorry, the date of what?

3          MS. CLAIBORN:  2019 and 2020.

4          THE INTERPRETER:  Yes, I got that.  What's

5   the later part?

6          MS. CLAIBORN:  The State of New York.

7   A    No, I filed them in Connecticut, 2020.

8   Q    Mr. Kwok --

9   A    I in (indiscernible)  for 2019 and 2020.

10   2020 I filed in Connecticut.

11          MR. BALDIGA:  Holley, can we take a break

12   soon?

13          MS. CLAIBORN:  Unfortunately, I'm going to

14   suggest that we can't really take a break because we

15   only have the interpreter until 2:00.  So if we do,

16   it needs to be a very, very short one.

17          MR. BALDIGA:  Okay. Five minutes?

18          MS. CLAIBORN:  Yeah, let me just ask one

19   question before we do that.

20   Q    Mr. Kwok, please confirm that the tax

21   returns that you provided to the United States

22   Trustee for the year 2020 and 2019 were the same as

23   those filed with the taxing authorities?

24          THE INTERPRETER:  The what?  Sorry, the last

25   word.

1          MS. CLAIBORN:  Authorities.

2     Q    Yes --

3          THE INTERPRETER:  Could you please repeat?

4     Sorry.

5     Q    Mr. Kwok, can you please confirm that the

6     tax returns that you provided to the Office of the

7     United States Trustee for the tax years 2019 and

8     2020 are the same as those that you provided to the

9     Internal Revenue Service and to the State of

10    Connecticut and to the State of New York?

11    A    Yes.

12    Q    Mr. Kwok, in your 2020 tax return --

13         MR. BALDIGA:  I want to clarify.  As you

14    know, there were very limited redactions as to

15    Social Security number and maybe a couple of data

16    points. I'm not sure if the witness knows what we

17    did by way of that data protection, but you do. I

18    just wanted to not leave the record ambiguous in

19    that regard.

20         MS. CLAIBORN:  Thank you.

21    Q    Mr. Kwok, your 2020 tax return reports

22    interest income only and no other source of income.

23    Did you have any other source of income in 2020?

24    A    No.

25         MS. CLAIBORN:  Okay. I'm going to take a

PAX-017-043

1   very short break. It is now 12:30. I would like

2   everyone to reconvene at 12:35. I'm not going to

3   disconnect the call.  I'm just going ask you to all

4   put your phones on hold.

5        We will reconvene at 12:35.  Thank you.

6   (Off the record.)

7        MS. CLAIBORN:  Okay.  We are back on the

8   record after a short break.

9   Q   Mr. Kwok, I would like to talk to you about

10  Golden Spring, New York.

11       Do you currently work for Golden Spring in

12  any capacity?

13  A   No.

14  Q   When was Golden Spring New York Limited

15  formed?

16       THE INTERPRETER:  Sorry?

17  Q   When was Golden Spring New York Limited

18  formed?

19       THE INTERPRETER:  Sorry, I cannot get the

20  later half.  Golden New York what?

21       MS. CLAIBORN:  I'm going to actually just

22  refer to it as Golden Spring.  When I do that I'm

23  referring to Golden Spring New York.

24  Q   When was Golden Spring formed as a company?

25  A   I don't know.

1    Q    The address on the petition is 162 East 64th

2    Street.  Who owns that property?

3          I can ask the question again.

4          The address for Golden Spring is listed as

5    162 East 64th Street in New York.  Who owns that

6    property?

7    A    I don't know.

8    Q    What is the nature of that property at 162

9    East 64th Street?

10   A    I don't know which property you're talking

11   about.

12   Q    The office of Golden Spring --

13         MR. BALDIGA:  I'm not sure that was --

14         MS. CLAIBORN:  Let me just try again.

15         The office of --

16         MR. BALDIGA:  There's a translation issue.

17         Could we confer for one second because

18   obviously there's a misunderstanding.  So could Mr.

19   Kwok talk to his translator because that obviously

20   didn't come through.

21         MS. CLAIBORN:  Let me just -- I would prefer

22   if I try again.  Let me try again, please.

23   Q    The address for Golden Spring on the

24   bankruptcy petition is listed as 162 East 64th

25   Street in New York.

PAX-017-045

1          THE INTERPRETER:  Is it 54 or 64?  5-4 or 6-

2     4?

3          MS. CLAIBORN:  64.

4          THE INTERPRETER: So maybe because of the

5     phone I mistook the 6 as 5 so let me correct my

6     mistake and reinterpret again.

7      A    Yes, that's the address of Golden Spring.

8      Q    Does Golden Spring own that building that's

9     located at that address?

10     A    I don't know.

11     Q    Have you ever been to that address?

12     A    Yes.

13     Q    What type of building is it?  What's located

14    there?

15     A    It was a building.

16     Q    Is the building a residential building or a

17    commercial building?

18     A    Business building.

19          MS. CLAIBORN:  I'm sorry, Bin. I didn't hear

20    your translation.

21          THE INTERPRETER:  A commercial building or

22    business building.

23     Q    Does anyone live at that address?

24     A    I don't know.

25     Q    What type of business does Golden Spring do?

PAX-017-046

1       A     It's a big family business my son works, but

2   I don't know specifically what categories of

3   business it has.

4       Q     Mr. Kwok, when you used the term --

5       A     It is a family office owned by my son.   He

6   has other businesses, but I don't know.

7       Q     Mr. Kwok, when you use the term family

8   business or family office, what do you mean by those

9   terms?

10      A     It's mainly for the whole family, all the

11  family members.   When there is something we

12  (indiscernible)   and help each other.

13      Q     Mr. Kwok, can you explain it in more detail?

14      A     I don't know how to explain.

15      Q     Does Golden Spring have any employees?

16      A     Yes.

17      Q     How many?

18      A     I don't know.

19      Q     Does Golden Spring own any real estate?

20      A     I don't know.

21      Q     Does Golden Spring own any other business?

22      A     I don't know.

23      Q     Does Golden Spring have any bank accounts?

24      A     I don't know.

25      Q     Mr. Kwok, you have previously said in

PAX-017-047

Ho Wan Kwok - March 21, 2022                                    48

1    documents filed with the bankruptcy court that

2    Golden Spring pays for you personal living expenses.

3    Can you please explain how they do that?

4        A    I don't know what you mean by they pay me.

5    In what regard?

6        Q    Mr. Kwok, you have previously told the court

7    in your bankruptcy documents that Golden Spring pays

8    for your clothing, your food and your housing.

9             My question is how do they do that?  Do they

10   give you money?  Do they pay other people directly?

11   How does it work?

12       A    Whenever I need any expenses for my basic

13   living I talk to my son and he will tell his office

14   to give to me.

15       Q    Who are the owners of Golden Spring?

16            MR. HARBACH:  This is David Harbach. I

17   missed the end of that question. I talk to my son

18   and he -- that answer.  I heard I talk to my son and

19   he and then I lost it.  Can I please have the

20   English again?

21            THE INTERPRETER:  Sorry, I didn't hear the

22   gentleman?

23            MS. CLAIBORN:  Mr. Harbach is asking Bin if

24   you could repeat the translation of Mr. Kwok's

25   answer about how the money flows from Golden Spring.

PAX-017-048

1        THE INTERPRETER: I'll repeat the

2   interpretation.

3        When I need expenses for my basic living I

4   tell my son.  My son will tell the office to take --

5   Q    Mr. Kwok, who are the owners of Golden

6   Spring?

7   A    My son.

8   Q    Are there any owners of Golden Spring other

9   than your son?

10  A    No.

11  Q    Mr. Kwok, have you ever owned an interest in

12  Golden Spring?

13  A    No.

14  Q    Who are the officers and directors of Golden

15  Spring?

16       MR. BALDIGA:  This is Bill Baldiga.

17       This is something for which there are very

18  serious physical security concerns and it's not that

19  the debtor would refuse to answer, if he knows.  But

20  not on a line like this where it's open to the

21  public and who else knows.  There are -- hold on.

22       Can I just confer with the witness because

23  we'd like to give you as much as possible, but we

24  don't want to cause severe security issues.

25       So could I just have one minute to confer

PAX-017-049

1    with the witness?

2              MS. CLAIBORN:  Yes.

3         (Pause.)

4              MR. BALDIGA:  This is Bill Baldiga, again.

5              The witness believes that he may know who

6    the directors and officers are and is prepared to

7    testify as to the best of his knowledge in that

8    regard.  And if we could take it one question at a

9    time we'll go from there.

10             If you could interpret that, because I want

11   to be sure that the witness understands what I just

12   said as well, please.

13             (Interpretation)

14   BY MS. CLAIBORN:

15      Q    Mr. Kwok, as of today, who are the officers

16   of Golden Spring?

17      A    (Indiscernible)

18      Q    I'm going to repeat that name so everyone

19   understands what I thought I heard.  What I heard

20   was Yan Ping, also known as Yvonne Wang.  Is that

21   accurate?

22      A    Yes.

23      Q    Is Yvonne Wang the only officer of Golden

24   Spring?

25      A    I don't know.

PAX-017-050

Ho Wan Kwok - March 21, 2022                                51

1      Q    As of today, who are the directors of Golden

2   Spring?

3      A    I don't know.

4      Q    Mr. Kwok, have you ever been an officer or a

5   direct or Golden Spring?

6      A    I don't remember.

7      Q    Mr. Kwok, who is Max Krazner?

8      A    I don't know. I don't know.

9           THE INTERPRETER:  Could you please repeat

10  the name again?

11     Q    Mr. Kwok, who is Max Krazner?

12     (No response)

13          Mr. Kwok, can you please answer?

14          MR. BALDIGA:  I'm conferring with the

15  witness for one second.  Hold on please?

16          MS. CLAIBORN:  Mr. Baldiga, I would rather

17  he would answer the question before you make a

18  confer.

19     (Pause.)

20          MR. BALDIGA:  Thank you for that

21  opportunity.  The witness could answer.

22     A    He has to double check with you because I

23  cannot read and cannot remember English names well.

24  So just the name, you said Max.  If it's the name

25  Max only I know Max.  But if you add another name to

PAX-017-051

1    it, I'm not sure. I don't know.

2        Q    Do you know a Max with respect to Golden

3    Spring?

4        A    Yes. I know.

5        Q    And what is Max's role with Golden Spring?

6        A    I don't know.

7        Q    Well, how do you know Max?

8        A    I don't remember.

9        Q    Do you know more than one person by the name

10   of Max?

11       A    For me English name is very complicated.

12   Like I can't remember the last name of my lawyer. If

13   you add something else to Max, I don't know.

14       Q    Mr. Kwok, the name Max Krazner is listed as

15   the person to whom the mail for Golden Spring is

16   directed to.  Do you know why that is?

17            THE INTERPRETER:  Sorry?

18       Q    Do you know why that is?

19       A    I only remember there is a Max at Golden

20   Spring. I only know this one thing.

21       Q    And what is Max's job at Golden Spring?

22       A    I'm not sure what role.  I (indiscernible)

23   know he is in charge of finance, but I'm not sure.

24       Q    What does he do for Golden Spring with

25   respect to finances?

PAX-017-052

1       A    I was not involved in the management so I

2    don't know.

3       Q    If Golden Spring gives you money, does it

4    come through Max Krazner's efforts?  Does he help

5    make that happen?

6       A    I don't know.  He didn't give me money in

7    person.

8       Q    Mr. Kwok, when you get money from Golden

9    Spring how do you get money?  Does it come in the

10   form of cash or something else?

11      A    From my son and (indiscernible).

12           MS. CLAIBORN:  I'm sorry, Bin.  I didn't

13   understand your translation.  Can you try that

14   again?

15           THE INTERPRETER:  He said from my son and

16   (indiscernible).

17      Q    My question was how do you get money from

18   your son?  Does it come in the form of cash or some

19   other form?

20      A    I don't understand what you mean by how, the

21   word how.  I never get money directly from them.

22      Q    If you don't get money directly from your

23   son, how do you get the money from your son?  Where

24   does it go?

25      A    I don't use cash and I don't use credit

PAX-017-053

1    cards.  My son and (indiscernible)  Wan they just

2    pay my expenses for me.  It's impossible for me to

3    get any cash from them. And also I don't have bank

4    account.  Any bank accounts.

5        Q    Mr. Kwok, do you have access to a credit

6    card that was taken out by Golden Spring?

7            MR. BALDIGA:  This is Bill Baldiga. I'm

8    sorry.  I think there was a translation issue with

9    the prior question.  Could you give us a minute to

10   be sure that the witness understood the question

11   correctly?  Hold on for one second.  We're going to

12   put it on mute.

13       (Pause.)

14           MR. BALDIGA:  The witness would like to

15   clarify. I think it came through, but we're not

16   sure, that Golden Spring does not give him cash, but

17   simply pays certain bills for his living expenses.

18   If that's what came through the translation, great.

19   If not, we clarify accordingly.

20       Q    Mr. Kwok, do you have access to a credit

21   card or a debit card provided to you by or through

22   Golden Spring?

23       A    No.

24       Q    Mr. Kwok, are you obligated to pay Golden

25   Spring back for the monies that it pays on your

PAX-017-054

1    behalf for your living expenses?

2        A    No.  No need.

3            MS. CLAIBORN:  At this time I'd like to open

4    the meeting to creditors, given that we have a

5    limited amount of time for today. I am not done with

6    all my questions.

7            We will need to reconvene on another day,

8    but for purposes of today's examination I'm now

9    going to open it up to creditors who may wish to

10   examine.

11           I would ask that you identify yourself when

12   you speak and to be mindful of the need for

13   interpretation.

14           MR. BALDIGA:  Just to clarify one thing for

15   the record.  You asked previously -- you referred to

16   the petition and asked whether anyone lived at 162

17   East 64th Street.

18           And as we told you informally when we filed

19   the petition there was great concern over the

20   debtor's physical security and so he used that

21   address, but has since, obviously, corrected the

22   record that he lives in the Greenwich house that you

23   asked about earlier today.

24           And so I just didn't want the record to be

25   confusing in that regard.  Thank you.

PAX-017-055

1          MS. CLAIBORN:  Are there any creditors who

2    wish to inquire or examine of the debtor?

3          MR. HARBACH:  Yes.  This is David Harbach

4    for PACS.  We do have some questions. We do have

5    some questions.  We can start asking the questions

6    now or if there are others who would like to ask

7    questions that's fine.  However you want to proceed.

8    But we obviously will not finish before 2 o'clock

9    either.

10         THE INTERPRETER:  I cannot hear you clearly.

11         MR. HARBACH:  This is David Harbach for PACS

12   and I was just saying that we do have some questions

13   and we are happy to proceed and ask them or if the

14   trustee would like. we can proceed with others

15   asking questions but we will certainly not finish

16   before 2 o'clock either.

17         MR. BALDIGA:  Could that be translated

18   please?

19         THE INTERPRETER:  I was saying I could not

20   get him completely.

21         MS. CLAIBORN:  Mr. Harbach, do you have the

22   ability to pick up a hand held and speak into a hand

23   held device, as opposed to a speaker phone?

24         MR. HARBACH:  Not at this moment, but let me

25   move to see if this is any better.  Can you hear me

PAX-017-056

1    a little better now?

2            THE INTERPRETER:  Not really.  No, sorry.

3            MR. HARBACH:  Not really.  Well, I'll tell

4    you what.  If you give me -- take a moment, I can

5    try dialing in with a phone.  Just give me a second,

6    okay?

7            MS. CLAIBORN:  Yes.

8            MR. BALDIGA:  Bin, could you translate the

9    dialogue for Mr. Kwok, please, so he knows that.

10       (Interpreter translates)

11           MR. HARBACH:  Hello?

12           MS. CLAIBORN:  Hello.  This is Holley

13   Claiborn.

14           MR. HARBACH:  This is David Harbach and I

15   just wanted to know if you could hear me better.

16           MS. CLAIBORN:  Much better.  Bin, can you

17   hear Mr. Harbach?

18           THE INTERPRETER:  Yes, I can hear him now.

19   Thank you.

20           MS. CLAIBORN:  Go ahead, Mr. Harbach.

21           MR. HARBACH:  I'll repeat what I said once

22   more so that the interpreter can interpret it.

23           I'm David Harbach and I was just saying that

24   PACS does have some questions we would like to ask,

25   but we certainly will not finish by 2 o'clock and so

PAX-017-057

1    if Ms. Claiborn would like to proceed with giving

2    other creditors an opportunity to ask questions

3    today, it's entirely up to her or we can start now.

4            MR. BALDIGA:  And this is Bill Baldiga. We

5    extended our own translator until 2 o'clock so we

6    certainly encourage whoever wants to ask questions

7    to use the time.

8            MR. WOLMAN:  This is Jay Wolman. I'm happy

9    to ask some questions now.

10           THE INTERPRETER:  Sorry, I didn't get your

11   name.

12           MR. WOLMAN: Jay Wolman, and I represent

13   Logan Chang.

14   EXAMINATION BY MR. WOLMAN:

15      Q    Good afternoon, Mr. Kwok.

16           Do you remember that I took your deposition

17   about a year ago?

18      A    I have too many --

19           THE INTERPRETER:  Someone's always talking

20   in the background.

21      A    I have too many depositions.  I don't

22   remember specifically.

23      Q    That's all right. I asked you a number of

24   questions and you invoked your rights under the

25   Fifth Amendment of the U.S. Constitution.  Do you

PAX-017-058

1   understand that?

2          THE INTERPRETER:  You and your wife what?

3   Sorry.

4      Q    You invoked your right under the Fifth

5   Amendment of the U.S. Constitution.  Do you remember

6   that?

7          MR. BALDIGA:  We have a translation issue.

8   Hold on for one second, please.

9      (Pause.)

10         MR. BALDIGA:  I think -- our interpreter is

11  hearing this translation.  The question as we

12  understand is do you remember having invoked the

13  Fifth Amendment privilege at a prior deposition.

14  That's what we are hearing.  Could that be

15  interpreter for Mr. Kwok in that way please?

16         THE INTERPRETER:  Sorry, I can I hear the

17  question again.

18         MR. WOLMAN:  Sure.

19     Q    Do you remember at a prior deposition

20  invoking the Fifth Amendment of the U.S.

21  Constitution?

22         THE INTERPRETER:  Sorry, I did not hear you

23  clearly.

24     Q    Do you remember at a prior deposition

25  invoking the Fifth Amendment of the U.S.

PAX-017-059

1    Constitution?

2              THE INTERPRETER:  At a prior what?  Sorry.

3              MR. WOLMAN:  Deposition.  D-E-P-O-S-I-T-I-O-

4    N.

5              THE INTERPRETER:  Deposition.  Sorry, just

6    one sec.

7              (Pause.)

8              THE INTERPRETER:  Okay.  In the prior

9    deposition what?

10       Q    Do you remember invoking your Fifth

11   Amendment rights?

12             THE INTERPRETER:  Invoking what?

13             MR. WOLMAN:  Can everybody else hear me or

14   is it just the interpreter?

15             MS. CLAIBORN:  This is Holley. I can hear

16   you.

17             MR. HARBACH:  This is David Harbach.  We can

18   hear you fine.

19             MR. BALDIGA:  The debtor can hear you.  It's

20   not a volume issue.

21             MR. WOLMAN:  Is it a diction issue?  I can

22   try to --

23             THE INTERPRETER:  The interpreter just

24   didn't get the word.  (Indiscernible)  rewording.

25             MR. WOLMAN:  I cannot reword that. I need

1    you to hear the words in English and translate them,

2    ma'am.

3              THE INTERPRETER:  Okay.  Could you please

4    speak slowly?

5        Q    Do you remember at a prior deposition

6    invoking your rights under the Fifth, number five

7    that is -- Fifth Amendment, ordinal number -- of the

8    U.S. Constitution?

9              THE INTERPRETER:  Invoke or evoke?

10             MR. WOLMAN:  Invoke, I-N-V-O-K-E.

11             Okay, we still have an issue.

12             UNIDENTIFIED:  Hold on.

13             UNIDENTIFIED:  Did someone just drop out?

14             MS. CLAIBORN:  Bin, are you there?  This is

15   Holley.

16             MR. WOLMAN:  Bin?

17             MS. CLAIBORN:  Bin, are you there?

18             THE INTERPRETER:  Hello.

19             MS. CLAIBORN:  Bin, this is Holley Claiborn.

20             THE INTERPRETER:  Okay. I'm back.

21             MS. CLAIBORN:  Okay.

22             THE INTERPRETER:  I don't know what

23   happened.

24             MS. CLAIBORN:  Go ahead.

25             MR. BALDIGA:  Is the interpreter -- we're

PAX-017-061

```
 1   not sure what's going on.  Is the interpreter with
 2   us or not?
 3            THE INTERPRETER:  Yes, the interpreter is
 4   here now.
 5            MR. BALDIGA:  Okay.  Thank you.
 6            My client just said something and I don't
 7   know what he said and I don't know whether you were
 8   on for what he said.  If you were, I'd like to know
 9   -- I'd like you to interpret it.  If not, could you
10   let us confer for a second so we could try to figure
11   that out, because there was a lot of confusion.
12            MR. WOLMAN:  Bill, can you just ask your
13   client to repeat what he just said?
14            MR. BALDIGA:  No --
15            THE INTERPRETER:  The interpreter would like
16   him to repeat what he said because just now all of a
17   sudden I'm not (indiscernible)  all the voices
18   sometimes.
19            I'm asking the gentleman to repeat what he
20   said just now.
21            MR. KWOK: Just now in your question you
22   mentioned that -- you asked me whether my wife used
23   something under the law or under the Constitution.
24   I don't remember that.
25            MR. WOLMAN: I said nothing about his wife.
```

1      MR. KWOK:  So did you say just now my wife

2  use any kind of law or what?

3      MR. WOLMAN:  No, that was nothing of the

4  sort.

5      MR. BALDIGA:  Could I suggest, Mr. Wolman,

6  maybe you could just go right to whatever you want

7  to ask him instead of what happened a year ago

8  because this is not getting anywhere.

9      MR. WOLMAN:  Well, I'm going to re-ask him

10  every question relative to finances where he invoked

11  the Fifth and I wanted to make sure he had that in

12  his mind as he answers here today.

13      MR. BALDIGA:  Is there a question?

14      MR. WOLMAN:  I want to make sure you're

15  aware of what I'm about to do.

16      At this point, I have no idea, but I am

17  representing to you that is exactly what I'm doing.

18  So I want to make sure your client is appropriately

19  advised.

20  BY MR. WOLMAN:

21   Q   So a year ago -- this is a lengthy one, Bin,

22  so please just write it down, or do what you need to

23  do. Let me finish and then translate.  Do not do

24  that piecemeal.

25      THE INTERPRETER:  Okay.

PAX-017-063

1          MR. BALDIGA:  I --

2          MR. WOLMAN:  Hold on. I want the translation

3    of that and we'll take this in small pieces.  So

4    Bin, please translate that for the witness because

5    he has to hear everything.

6       (Translation.)

7          THE INTERPRETER:  Yes.

8          MR. WOLMAN:  Thank you.

9    BY MR. WOLMAN:

10      Q    A year ago I asked you are you employed.

11   You answered I have always been --

12         THE INTERPRETER:  I asked you what? Sorry.

13      Q    Are you employed?

14         There's a lot of background noise.  Can we

15   knock that off, please.

16         A year ago I asked you are you employed?

17         THE INTERPRETER:  You employed?

18      Q    A year ago I asked you are you employed?

19   Your answer was I have always been a consultant for

20   --

21         THE INTERPRETER:  Sorry.  A year ago I asked

22   you are you employed?  The answer is what?

23      Q    I have always been the consultant for a lot

24   of companies --

25         THE INTERPRETER:  I'm sorry --

PAX-017-064

1      Q      And my current employment is the -- I am in

2      the broadcasting and to take down the Chinese

3      Communist Party.  It is a broadcasting revolution. I

4      then asked you how much do you get paid for that.

5             I'm re-asking that question now.  How much

6      do you get paid for that?

7             THE INTERPRETER:  So I have to do it from

8      the beginning because I didn't get the words when

9      you say a year ago I asked you whether -- are you

10     employed?   Your answer is I didn't get the word

11     after is.

12     Q      Your answer was I always been the consultant

13     for a lot of companies and my current employment is

14     the -- he paused.  I am in the broadcasting --

15            THE INTERPRETER:  Is what?  Sorry?

16     Q      -- and to take down --

17            THE INTERPRETER:  Sorry.

18     Q      I am in the broadcasting and to take down

19     the Chinese Communist Party.  It is a broadcasting

20     revolution.  I then asked you how much do you get --

21            THE INTERPRETER:  Excuse me. I'm not able to

22     --

23            MR. WOLMAN:  Excuse me. I'm not done.  Why

24     not?

25            THE INTERPRETER:  I tried to clarify --

PAX-017-065

Ho Wan Kwok - March 21, 2022                    66

1           MR. WOLMAN:  Why not?

2           THE INTERPRETER:  -- the words that I didn't

3  get.  Yes, I know it's simple but it's too long.  I

4  (indiscernible)  such a long time to do the

5  interpretation. I'm highly concentrating. I have a

6  human brain.

7           MR. WOLMAN:  I'm used to translators writing

8  things down as they go.

9           THE INTERPRETER:  Sorry about that.

10           Let me interpret what I got and then I will

11  ask you the rest.  Is that okay?

12           MR. WOLMAN:  Yes.

13           THE INTERPRETER:  Okay.

14      (Translation)

15           THE INTERPRETER:  Okay.  I --

16      Q    I then asked you how much do you get paid

17  for that and I am asking you now again, because you

18  invoked the Fifth, how much do you get paid for

19  that?

20      (Pause.)

21           MR. BALDIGA:  Okay. The witness is

22  struggling to -- well, is the question are you

23  getting paid for that?  And you can answer that.

24           MR. WOLMAN:  No.  I am literally asking him

25  how much do you get paid for that. He took the

1     Fifth. I'm asking it now again.

2         Q     How much do you get paid for that?

3         A     No money at all.

4         Q     A year ago I asked you what is Golden Spring

5     New York.  You answered it's a company. I then asked

6     you and what is your -- I then asked you and what is

7     your relationship to that company and so I'm asking

8     that question again.  What is your relationship to

9     that company?

10        A     I don't know what you mean by relationship.

11        Q     If you didn't know what I meant by that

12    question, why did you invoke the Fifth last year?

13              MR. BALDIGA:  Objection.  I'm not going to

14    allow the witness to describe the legal advice a

15    year ago as to the Fifth Amendment.

16              He is prepared to answer whatever questions

17    you may have. You are confusing the witness a bit by

18    in each question having three things, some reference

19    to the Fifth Amendment, some conversation from a

20    year ago and a question as to now.

21              But if you were to ask a more simple

22    question, I think this would go much more

23    productively.  That's your choice.

24              MR. WOLMAN:  No.  Your client is an

25    intelligent person who is a big businessman, who is

PAX-017-067

1    a sophisticated person.  I trust he can handle these

2    simple questions.

3              MR. BALDIGA:  Proceed as you'd like.

4         (Translation interrupted)

5         Q     Last year I asked you --

6              MR. BALDIGA:  Wait.  Hold on.  Mr. Wolman,

7    there's a translation that needs to be done.  Please

8    hold on.  The witness needs to understand what's

9    being said.

10        (Translation)

11             THE INTERPRETER:  Okay.  Go ahead.

12        Q    What is your relationship to Golden Spring?

13        A    I don't understand what you mean by your

14   question?  I don't know how to answer your question.

15        Q    Do you know what the word relationship

16   means?

17        A    Relationship means love of things in China.

18   It could be between husband and wife. It could be

19   between a government relationship, a financial

20   relationship, money and it could be a lot of things.

21   So I don't know which one you mean?  Is it a

22   man/woman relationship or a money relationship or

23   what?

24        Q    Any relationship?  What is it? What is your

25   (indiscernible)  --

PAX-017-068

1          THE INTERPRETER:  Sorry?  What was your last

2     sentence again, because there was talking.

3      Q    Any relationship, what is yours to Golden

4     Spring?

5          THE INTERPRETER:  Let me do the

6     interpretation first.

7      A    Now the relationship is between -- is he

8     lends me money. I owe money to him.  He helps me.

9      Q    And why does he do this?

10     A    Because I was once a member of the Guo (ph)

11    family.

12         MR. HARBACH:  This is David Harbach.  Could

13    you please repeat that English answer?

14         THE INTERPRETER:  Because I was once a

15    member of Guo family.

16     Q    Does Golden Spring pay the expenses of any

17    other member of the Guo family?

18     A    Yes.

19     Q    Which other members of the Guo family?

20     A    I don't know.

21     Q    A year ago I asked you why does Golden

22    Spring pay Mr. Podhaskie, P-O-D-H-A-S-K-I-E, for

23    services rendered to you in your individual

24    capacity. I'm asking that again now.  Why does

25    Golden Spring pay Mr. Podhaskie for services

PAX-017-069

1   rendered to you in your individual capacity?

2        MR. BALDIGA:  This is Bill Baldiga. I

3   understand that Mr. Podhaskie may be a lawyer. I

4   just need to confer with the client to make sure he

5   doesn't disclose the substance of legal advice. I'll

6   take one second to do that.

7        MR. WOLMAN:  The question didn't indicate

8   any answer of that sort.

9    (Pause.)

10        MR. BALDIGA:  I'm sorry. The witness could

11   answer the question.

12        MR. KWOK:  I don't know.

13   Q    Have you ever asked anyone why they pay for

14   him to advise you?

15   A    I don't remember.

16   Q    I asked you last year why did Golden Spring

17   New York pay that judgment on your behalf, and I was

18   referring to the one my client, Mr. Cheng, held

19   against you.

20        I'm asking you again why did Golden Spring

21   New York pay that judgment on your behalf?

22   A    It was money lended.

23   Q    Why did Golden Spring loan you that money?

24   A    I don't have any thing so I borrowed from

25   them.

PAX-017-070

1      Q      Where did Golden Spring get the money from?

2      A      I don't know.

3      Q      Where does Golden Spring get any money from?

4      A      I don't know.

5      Q      Your son owns Golden Spring, correct?

6      A      Yes.

7      Q      Does your son owe you any money?

8      A      No.

9      Q      How did your son get the money that funds

10     Golden Spring?

11     A      I don't know.

12     Q      Did you ever provide your son with any seed

13     capital?

14     A      No.

15     Q      Have you ever invested in any of your son's

16     businesses?

17     A      No.

18     Q      When did Connecticut become your residence?

19     A      End of February or early March of 2020.

20     Q      Okay.  And you're sure about that here?

21     A      Yes.

22     Q      And was that your primary residence since

23     February, 2020 or March, 2020?

24     A      Yes.

25     Q      A year ago I asked you if you owned any

1    interest in Golden Spring New York. I am asking you

2    that again.  Do you own any interest in Golden

3    Spring New York?

4        A    No.

5        Q    A year ago I asked you are you an officer of

6    Golden Spring New York Limited. I'm asking you

7    again.  Are you an officer of Golden Spring New York

8    Limited?

9        A    No.

10       Q    A year ago I asked you why would Golden

11   Spring pay Attorney Aaron, meaning Aaron Mitchell,

12   on your behalf.

13            I'm asking you again, why would Golden

14   Spring pay Attorney Aaron Mitchell on your behalf?

15            THE INTERPRETER:  He wants me to repeat the

16   interpretation.  I'll do that for him.

17       A    A loan.  A loan or borrowed money.

18       Q    Why did they make you that loan?

19       A    I have been borrowing from them all the time

20   because I was a member of the family.

21       Q    Did you ever have any of your loans from

22   Golden Spring put in writing?

23       A    Some have, some no.

24       Q    Okay.  Which ones have been put in writing?

25       A    I don't remember.

PAX-017-072

1      Q    How many loans have you had from Golden

2   Spring?

3      A    I don't remember.

4      Q    Were any of the loans that were put in

5   writing in English?

6      A    I don't remember.

7      Q    Were any of them in Chinese?

8      A    I don't remember.

9      Q    Did you ever pledge any security interest in

10  exchange for any of these loans?

11     A    (Indiscernible)  but I don't remember

12  (indiscernible).

13          MR. BALDIGA:  Could you please repeat the

14  answer in English?

15          THE INTERPRETER:  He said (indiscernible)

16  yes, but I don't remember.

17     Q    If you don't remember how much -- if you

18  don't remember how many loans you took out, how are

19  you able to identify how much they -- you owe them

20  on your bankruptcy schedules?

21     A    I didn't quite get you.

22     Q    If you don't know how many times you took

23  out loans from Golden Spring, not all of which were

24  in writing, how do you know how much you owe them?

25     A    My lawyer and the lawyer of Golden Spring

PAX-017-073

1    they communicate with each other.  Tells me the

2    amount they can define is 21 million.

3        Q    So Golden Spring's lawyers helped prepare

4    your bankruptcy petition?  Is that correct?

5            MR. BALDIGA:  I'm sorry to interrupt.

6    (Indiscernible)  two things.

7        A    No.

8        Q    So how did the information get from Golden

9    Spring to your bankruptcy petition?

10           MR. BALDIGA:  Objection to the question.

11           THE INTERPRETER:  Sorry?

12           MR. BALDIGA:  I object to the question.

13           MR. WOLMAN: I'm just trying to figure out

14   how this information he doesn't know wound up in his

15   bankruptcy petition?

16           MR. BALDIGA:  I think you heard the answer

17   that his lawyer and Golden Spring's lawyer discussed

18   it.  Do you have another question?

19       Q    Yes.  How did you know that number was

20   right?

21           MR. BALDIGA:  Okay.  Let the interpreter go

22   first and then ask another question, please.

23           THE INTERPRETER:  Okay.  Go ahead.

24       Q    How did you know that number was right?

25           THE INTERPRETER:  Sorry?  Number of what?

PAX-017-074

1        Q    The number that was put into your bankruptcy

2    petition for what you purportedly owe to Golden

3    Spring, how did you know that was right?

4        A    I believe the professionalism of my lawyers.

5    They will review and check all the figures.

6             MS. CLAIBORN:  This is Holley --

7        Q    Do you know the documents that were

8    reviewed?

9             MS. CLAIBORN:  I apologize for interrupting.

10            MR. BALDIGA:  It's now 2 o'clock.

11            MS. CLAIBORN:  I apologize for interrupting.

12   It's Holley Claiborn.

13            MR. WOLMAN:  Yes, thank you for

14   filibustering to use up the time.  Appreciate it.

15            MR. BALDIGA:  I'm sorry. Who was that

16   addressed to?  That's quite an inappropriate

17   comment.

18            MR. WOLMAN:  You. That was me addressing

19   that to you.

20            MS. CLAIBORN:  I'd like to talk about --

21            MR. BALDIGA:  Okay --

22            MS. CLAIBORN:  -- the next date.  I was

23   going to suggest that we reconvene April 4th at

24   10:00 a.m. in person at the U.S. Trustee's Office in

25   New Haven.

PAX-017-075

1          Mr. BALDIGA:  We'll look at schedules. I can

2    start to do that if you give me a second.

3          MS. CLAIBORN:  Bin, could you please

4    translate that?

5          THE INTERPRETER:  I will double check with

6    you whether you still need me on the line for a

7    second or you want me to log off?

8          MS. CLAIBORN:  If you can continue on just

9    for a second.  We need to pick a new date, so I need

10   you to translate that so the debtor understands.

11         THE INTERPRETER:  Okay.

12         MR. BALDIGA:  I'm sorry.  Was the request --

13   I'm sorry.  Was the request -- I'm just trying to

14   make sure I heard it -- April 4 at 10 o'clock in

15   Bridgeport?

16         MS. CLAIBORN:  April 4, 10 o'clock in New

17   Haven at the U.S. Trustee's Office.

18         MR. BALDIGA:  Okay.  We'll be back to you

19   very quick on that.

20         MS. CLAIBORN:  I actually need an answer on

21   that right now because we need to be able to notify

22   creditors and I want everyone to know before we

23   conclude today.

24         MR. BALDIGA:  Okay. I'll put you on hold.

25         MR. HARBACH:  Ms. Claiborn, this is David

PAX-017-076

1    Harbach.  I'm afraid that that day will not work for

2    us?

3              MS. CLAIBORN:  Mr. Harbach, is that you?

4              MR. HARBACH:  Yes, ma'am.  And I was just

5    about to say that I can do Wednesday, the 6th, or

6    any day after that.  But I cannot do the 4th or the

7    5th.

8              MS. CLAIBORN:  How about Friday, April 8th?

9              MR. HARBACH:  I can do that.  This is David.

10   I can do that.

11             MR. WOLMAN:  This is Jay Wolman.  I can do

12   that.

13             MS. CLAIBORN:  Attorney Baldiga, can you

14   check on April 8th, please?

15      (Pause.)

16             MR. HARBACH:  Holley, this is Dave Harbach

17   again.  Just anticipating that they're coming back

18   (indiscernible).  I could also do it (indiscernible)

19   for whatever it's worth.  I could also do it on the

20   28th, 29 or 30 of March as well, if that's better.

21             MR. BALDIGA:  This is Bill Baldiga.  The 7th

22   and 8th are Buddhist holidays so for religious

23   reasons Mr. Kwok can't do it those days.  We'll

24   clear the 4th. I'm sure there are some

25   (indiscernible). I'm wondering who could make it.

PAX-017-077

1       MS. CLAIBORN:  How about March 28th, next

2   Monday?

3       MR. HARBACH:  Holley, I didn't get the

4   second part of what you said about the 28th.

5       MS. CLAIBORN:  I only offered the 28th as a

6   new date.

7       MR. BALDIGA:  This is Bill Baldiga.  28, 29

8   and 30 Mr. Kwok has a medical issue that he

9   (indiscernible)  during those days.

10      MS. CLAIBORN:  How about Friday, April 15th?

11      MR. HARBACH:  This is David Harbach.  That's

12  good by us.

13      MR. BALDIGA:  It's Good Friday.  Good Friday

14  for me and Passover for many.

15      Can I suggest (indiscernible)?

16      MS. CLAIBORN:  I didn't hear your

17  suggestion. I'm sorry.

18      MR. BALDIGA:  I respectfully ask that we go

19  back to April 4.  One lawyer among a dozen and one

20  creditor should not --

21      MR. WOLMAN:  This is Jay Wolman. I already

22  have something for that day as well.

23      MR. BALDIGA:  I know, but there are

24  (indiscernible)  --

25      MR. WOLMAN:  Two lawyers, including myself,

1    who is in the middle of questioning.

2           MR. BALDIGA:  All right. We'll keep looking

3    then.

4           MS. CLAIBORN:  Does April 6th work?

5           MR. WOLMAN:  What was that date?

6           MS. CLAIBORN:  April 6th?

7           MR. HARBACH:  This is David Harbach. I can

8    do April 6th.

9           MR. BALDIGA:  The debtor can as well.

10          UNIDENTIFIED:  As can I.

11          MS. CLAIBORN:  Okay. I'm going to mark April

12   6th 10:00 a.m.  It's in person.  The U.S. Trustee's

13   Office in New Haven.

14          Please allow for time to go through

15   security. I'd like to start at 10:00.

16          MR. BALDIGA:  Could I ask how much time

17   would you reserve on that day, including with the

18   interpreter, just so we can plan?

19          MS. CLAIBORN:  I think you should plan for

20   the whole day but I will have to follow up and get

21   an understanding about an interpreter and I don't

22   have that at my fingertips right now.

23          MR. BALDIGA:  Okay.  Would that be 5

24   o'clock?

25          I guess we can go off the record as we

PAX-017-079

1    finish this.  It's up to you, obviously.

2            MS. CLAIBORN:  Okay.  I think we're

3    concluded for purposes of Bin's translation services

4    for today.

5            THE INTERPRETER:  Thank you.

6            MS. CLAIBORN:  Thank you very much, Bin.

7            THE INTERPRETER:  Have a nice day.

8            MS. CLAIBORN:  Thank you.

9            I'm going to stop the recording, but we can

10   stay on the line.  I'm going to stop the recording.

11   Thank you.

12       (Meeting adjourned.)

13

14

15

16

17

18

19

20

21

22

23

24

PAX-017-080

1    I, CHRISTINE FIORE, court-approved transcriber and

2    certified electronic reporter and transcriber,

3    certify that the foregoing is a correct transcript

4    from the official electronic sound recording of the

5    proceedings in the above-entitled matter.

6

7                    *Christine Fiore*

8    _____    April 5, 2022

9        Christine Fiore, CERT

10         Transcriber

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Ho Wan Kwok - March 21, 2022                                    82

1                          INDEX

2

3    HO WAN KWOK                                        Page

4    Examination by Ms. Claiborn                        14

5    Examination by Mr. Wolman                          58

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Fiore Reporting and Transcription Service, Inc.

PAX-017-082