EXHIBIT A



**Golden Spring (New York) Ltd.**

162 East 64th Street
New York, New York 10065

April 11, 2022

Re:   <u>Security Report</u>

To whom it may concern:

    I currently serve as Director of Security for Golden Spring (New York) Ltd. (GSNY). I bring to the job over 26 years of law enforcement, security operations, and executive protection experience. To be part of this security team, there is a minimum requirement of 15 years law enforcement experience plus 5 years of physical security or executive protection experience. The current team is made up of extremely high-level security operators. Supplying our own security officers gives us the ability to maintain the high level of knowledge, skill, and professionalism necessary to protect GSNY employees.

    GSNY personnel face serious threats daily, primarily from fanatical members of the Chinese Communist Party (CCP). Both verbal and physical evidence has been obtained from the perpetrators themselves confirming they are loyal supporters of the CCP, and their threats have been verified by a former FBI consultant.

    On a regular basis, unauthorized individuals attempt to sneak into the office by following employees upon entry. We have had several incidents in which individuals had to be physically removed for trying to gain access to the premises without authorization. It is not uncommon to have suspicious persons waiting and screaming all day outside the office, leaving no choice but to involve the NYPD to have them removed. The NYPD was recently called to our office due to a suspicious package left by a Chinese individual who had tried to gain access to the office earlier that day.

    We have also had numerous incidents of GSNY employees being followed, harassed, and physically threatened, and security escorts to and from the office have been necessary to ensure their safety. Some employee addresses have been publicly disseminated so that others can target them at their homes. One employee was the victim of a stalker and a restraining order had to be issued for that employee's protection. Other employees were followed on a number of occasions by a Chinese male driver who, when confronted by security, claimed to have a Glock 9mm and threatened that he was not afraid to use it. We continually maintain a heightened level of awareness to prevent incidents like these from escalating into catastrophic events and are constantly adapting to new threats that we encounter in order to keep employees safe.

I have described only some of the incidents that my security team has had to deal with. It is hard to understand the great lengths that the CCP will go to intimidate and harass anyone who dares to speak out against it and anyone it considers an enemy. A perfect example of this is the recent indictments of five individuals who were sent by the CCP's civilian intelligence and secret police agency known as the Chinese Ministry of State Security (MSS) to stalk, harass, and spy on Chinese nationals residing in New York City and elsewhere in the United States who had advocated political views disfavored by the Chinese government. As confirmed by the Department of Justice in its March 16, 2022 press release, the FBI has arrested three of those defendants, but the other two defendants remain at large. See https://www.justice.gov/opa/pr/five-individuals-charged-variously-stalking-harassing-and-spying-us-residents-behalf-prc-0.

Given that the disclosure of GSNY employee names poses a serious danger to them and their families, their names must continue to be kept confidential. If additional information on the security threats facing GSNY personnel would be helpful, it will be provided.

Sincerely,

/s/ Golden Spring (New York) Ltd. Security Team