**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

**DEBTOR'S WITNESS AND EXHIBIT LIST FOR HEARING**
**COMMENCING ON MAY 25, 2022 AT 10:00 A.M. EST**

Ho Wan Kwok (the "Debtor") hereby submits this Witness and Exhibit List in connection with the hearing commencing on May 25, 2022 at 10:00 a.m. (Eastern Standard Time) for (A) Pacific Alliance Asia Opportunity Fund L.P.'s Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee [Docket No. 183], and (B) United States Trustee's Motion for an Order Directing the Appointment of an Examiner or, in the Alternative, Motion for Order Directing the Appointment of a Chapter 11 Trustee [Docket No. 102] (the "Hearing").

**WITNESSES**

The Debtor may call one or more of the following witnesses at the Hearing:

1. Any witness listed by any other party.

2. Any witness necessary for rebuttal and/or impeachment.

**EXHIBITS**

The Debtor may offer into evidence any one or more of the following exhibits:

| Debtor's Ex. No. | ECF No. | Description | Offered | Obj. | Admit | Disposition |
|---|---|---|---|---|---|---|
| | | Any filings in this case. | | | | |
| | | Any exhibit identified or offered by any other party. | | | | |
| | | Any exhibit necessary for rebuttal and/or impeachment | | | | |

The Debtor reserves the right to modify, amend or supplement this Witness and Exhibit List at any time prior to, or during, the Hearing. The Debtor also reserves the right to ask the Court to take judicial notice of pleadings, transcripts and/or documents filed in connection with this bankruptcy case.

Dated: May 20, 2022

**BROWN RUDNICK LLP**

By: */s/ William R. Baldiga*
Dylan P. Kletter, Esq.
185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 509-6500
Facsimile: (860) 509-6501
Email: dkletter@brownrudnick.com

-and-

William R. Baldiga, Esq. (*pro hac vice*)
Bennett S. Silverberg, Esq. (*pro hac vice*)
Jeffrey L. Jonas, Esq. (*pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email:  wbaldiga@brownrudnick.com
           bsilverberg@brownrudnick.com
           jjonas@brownrudnick.com

*Counsel for Ho Wan Kwok, Debtor*