# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok[1]<br><br>Debtor. | Chapter 11 Case No.<br><br>Case No. 22-50073 (JAM)<br><br>May 20, 2022 |

### PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S EXHIBIT LIST RE MOTION TO DISMISS CHAPTER 11 CASE OR, IN THE ALTERNATIVE, PARTIAL JOINDER TO UNITED STATES TRUSTEE'S MOTION FOR AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

In accordance with the Court's *Scheduling Order on Motion to Dismiss* [Dkt. No. 274] and the status conference held on April 27, 2022 and in advance of the May 25, 2022 hearing on *Pacific Alliance Asia Opportunity Fund L.P.'s Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee* [Dkt. No. 183] (the "Motion to Dismiss"), Pacific Alliance Asia Opportunity Fund L.P. ("PAX") respectfully submits its Exhibit List:

### EXHIBIT LIST

| PAX NO. | EXHIBIT DESCRIPTION | DATE | BATES RANGE | Doc. No. |
|---|---|---|---|---|
| PAX 01 | Transcript of April 27, 2022 Hearing | 04/27/22 | N/A | N/A |
| PAX 02 | Declaration of Ho Wan Kwok In Support of the Chapter 11 Case and Certain Motions | 03/20/22 | N/A | 107 |
| PAX 03 | Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs | 03/09/22 | N/A | 77 |

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

| PAX NO. | EXHIBIT DESCRIPTION | DATE | BATES RANGE | Doc. No. |
|---|---|---|---|---|
| PAX 04 | Debtor's Schedules | 03/09/22 | N/A | 78 |
| PAX 05 | Declaration About Individual Debtor's Schedules | 03/09/22 | N/A | 79 |
| PAX 06 | Debtor's Application for Authorization to Retain and Employ Verdolino & Lowey, P.C. as Financial Advisor | 03/16/22 | N/A | 90 |
| PAX 07 | Transcript of the 341 Meeting of Creditors (Part I) | 03/21/22 | N/A | N/A |
| PAX 08 | Transcript of the 341 Meeting of Creditors (Part II) | 04/06/22 | N/A | N/A |
| PAX 09 | Monthly Operating Report for Period Ending 02/28/2022 | 03/22/22 | N/A | 120 |
| PAX 10 | Supplement to the February 2022 Monthly Operating Report | 03/22/22 | N/A | 120-1 |
| PAX 11 | Monthly Operating Report for Period Ending 03/31/2022 | 04/20/22 | N/A | 242 |
| PAX 12 | May 2, 2022 Email from UST to Brown Rudnick | 05/02/22 | N/A | N/A |
| PAX 13 | Accrued Professional Fee Schedule | N/A | N/A | N/A |
| PAX 14 | Jalbert Dep. Ex. 18: March 23, 2022 Email from Verdolino & Lowey, P.C. | 03/23/22 | KWOK00001820 | N/A |
| PAX 15 | Summary of Living Expenses (February 2022 MOR) | N/A | N/A | N/A |
| PAX 16 | Summary of Living Expenses (March 2022 MOR) | N/A | N/A | N/A |
| PAX 17 | April 26, 2019 Hearing Transcript, *PAX v. Kwok*, Index. No. 652077/2017 (N.Y. Sup. Ct.), Dkt. 331 | 04/26/19 | N/A | N/A |
| PAX 18 | October 15, 2020 Hearing Transcript, *PAX v. Kwok*, Index. No. 652077/2017 (N.Y. Sup. Ct.), Dkt. 647 | 10/15/20 | N/A | N/A |
| PAX 19 | April 30, 2021 Hearing Transcript, *PAX v. Kwok*, Index. No. 652077/2017 (N.Y. Sup. Ct.), Dkt. 837 | 04/30/21 | N/A | N/A |
| PAX 20 | May 27, 2021 Hearing Transcript, *PAX v. Kwok*, Index. No. 652077/2017 (N.Y. Sup. Ct.), Dkt. 833 | 05/27/21 | N/A | N/A |
| PAX 21 | July 21, 2021 Hearing Transcript, *PAX v. Kwok*, Index. No. 652077/2017 (N.Y. Sup. Ct.), Dkt. 898 | 07/21/21 | N/A | N/A |

| PAX NO. | EXHIBIT DESCRIPTION | DATE | BATES RANGE | Doc. No. |
|---|---|---|---|---|
| PAX 22 | January 14, 2022 Hearing Transcript, *PAX v. Kwok*, Index. No. 652077/2017 (N.Y. Sup. Ct.), Dkt. 1120 | 01/14/22 | N/A | N/A |
| PAX 23 | Decision and Order on Motion, *PAX v. Kwok*, Index. No. 652077/2017 (N.Y. Sup. Ct.), Dkt. 549 | 09/15/20 | N/A | N/A |
| PAX 24 | Decision and Order on Motion, *PAX v. Kwok*, Index. No. 652077/2017 (N.Y. Sup. Ct.), Dkt. 728 | 03/16/21 | N/A | N/A |
| PAX 25 | Decision and Order on Motion, *PAX v. Kwok*, Index. No. 652077/2017 (N.Y. Sup. Ct.), Dkt. 1181 | 02/09/22 | N/A | N/A |
| PAX 26 | Transcript of Craig Jalbert Deposition | 04/08/22 | N/A | N/A |
| PAX 27 | Rule 1006 Summary Re: Litigation Claims | 05/20/22 | N/A | N/A |
| PAX 28 | Declaration of Laura Aronsson in Further Support of PAX's Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee | 05/20/22 | N/A | N/A |
| PAX 29 | Proposed Chapter 11 Plan of Ho Wan Kwok | 04/10/22 | N/A | 197 |
| PAX 30 | Deposition Transcript of Wengui Guo, *Guo v. Guo*, Case No. 18-cv-01064 (E.D. Va.) | 01/23/19 | N/A | N/A |
| PAX 31 | Debtor's Motion for Entry of Interim and Final DIP Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief | 03/22/22 | N/A | 117 |

[*Signature on Following Page*]

<table>
<tr><td>Dated: May 20, 2022<br>Hartford, Connecticut</td><td>**Pacific Alliance Asia Opportunity Fund L.P.**<br><br>By: <u>*/s/ Patrick M. Birney*</u><br>Patrick M. Birney (CT No. 19875)<br>Annecca H. Smith (CT No. 31148)<br>**ROBINSON & COLE LLP**<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-8275<br>Facsimile: (860) 275-8299<br>E-mail: pbirney@rc.com<br>          asmith@rc.com<br><br>-and-<br><br>Peter Friedman (admitted *pro hac vice*)<br>Stuart M. Sarnoff (admitted *pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>E-mail: pfriedman@omm.com<br>          ssarnoff@omm.com</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties in interest may access this filing through the Court's CM/ECF System.

/s/ *Patrick M. Birney*
Patrick M. Birney