# **EXHIBIT PAX 05**

Declaration About Individual Debtor's Schedules

Fill in this information to identify your case:

Debtor 1  **Ho Wan Kwok**
_First Name_   _Middle Name_   _Last Name_

Debtor 2
(Spouse if, filing)  _First Name_   _Middle Name_   _Last Name_

United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**

Case number **22-50073**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ Ho Wan Kwok_                                X _____
**Ho Wan Kwok**                                     Signature of Debtor 2
Signature of Debtor 1

Date  **3/9/2022**                                  Date _____