# **EXHIBIT PAX 10**

Supplement to the February 2022 Monthly Operating Report

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

In re:　　　　　　　　　　　　　　　　　:　Chapter 11

Ho Wan Kwok,　　　　　　　　　　　　:　Case No. 22-50073 (JAM)

　　　　　　　　Debtor.　　　　　　　　:

---

Supplement to the February 2022 Monthly Operating Report

As disclosed in the Global Notes to the Statement of Financial Affairs, there were two payments, totaling $109,827.12, that were inadvertently made by the family on February 16, 2022, on account of pre-petition obligations.  These payments are being treated as gifts.   The payments, totaling $109,827.12, are reflected in the $161,323 reported in Part 1(e) of the Operating Report.

The payments made were as follows:

| | |
|---|---|
| Clayman & Rosenberg, LLP | $ 89,508.91 |
| Selas Montbrial Avocats | $ 20,318.21 |
| Total | $109,827.12 |