# **EXHIBIT PAX 12**

May 2, 2022 Email from UST to Brown Rudnick

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Monday, May 2, 2022 6:19 PM
**To:** Silverberg, Bennett S. <BSilverberg@brownrudnick.com>; Baldiga, William R. <WBaldiga@brownrudnick.com>; Jonas, Jeffrey L. <JJonas@brownrudnick.com>
**Cc:** Craig Jalbert <CJalbert@vlpc.com>; Matt Flynn <MFlynn@vlpc.com>; * Irve J Goldman <igoldman@pullcom.com>; Kaplan, Jonathan A. <JKaplan@PULLCOM.COM>; Friedman, Peter <pfriedman@omm.com>; Harbach, David <dharbach@omm.com>; Sarnoff, Stuart M. <ssarnoff@omm.com>; Aronsson, Laura S. <laronsson@omm.com>; Mackey, Steven E. (USTP) <Steven.E.Mackey@usdoj.gov>; Gervais, John (USTP) <John.Gervais@usdoj.gov>
**Subject:** FW: Kwok 22-50073 - February MOR and March MOR - Request for details

[EXTERNAL MESSAGE]

Bill, Ben and Jeff,

Thanks for the information. To ensure transparency, this information should be provided to the Committee and to PAX (and to any party in interest who requests it), and so I am including it in this email and coping counsel for the Committee and PAX. The easiest way to do that in the future is to attach it to the MORs when they are filed.

The accrued professional fee schedule lists attorneys who have not been retained in this case. As you are aware, there are no pending applications to employ counsel to represent the estate/debtor in connection with the chapter 11 or in outside litigation. Only Brown Rudnick has been retained. That fact, along with the Court's denial of the motion to employ ordinary course professionals, invites questions and concerns as to why there are other counsel incurring post-petition fees as listed on the Excel spreadsheet, and why the estate is listed as responsible for paying them. Absent a retention order, lawyers are not authorized to act on behalf of the estate/debtor and should not be providing services. Retention for lawyers is required regardless of whether or not they seek compensation.

Further, there are living expenses being paid by Lamp Capital, Greenwich Land LLC, and GSNY, some of which has been paid using a debit card. All of this again begs the question of why money to fund the chapter 11 case must come in the form of a loan. Further, the debtor's position that payment of chapter 11 quarterly fees has to wait until a DIP loan is approved is not appropriate.

Thanks,
Holley

_____

*Holley L. Claiborn*
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
GIAIMO FEDERAL BUILDING
150 COURT STREET, ROOM 302
NEW HAVEN, CT 06510
OFFICE PHONE: 203.773.5504
FAX: 203.773.2217
EMAIL: Holley.L.Claiborn@usdoj.gov
CELL PHONE: 202-834-1662

**From:** Silverberg, Bennett S. <BSilverberg@brownrudnick.com>
**Sent:** Monday, May 2, 2022 5:10 PM

**To:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>; Baldiga, William R. <WBaldiga@brownrudnick.com>; Jonas, Jeffrey L. <JJonas@brownrudnick.com>
**Cc:** Gervais, John (USTP) <John.Gervais@usdoj.gov>; Mackey, Steven E. (USTP) <Steven.E.Mackey@usdoj.gov>; Craig Jalbert <CJalbert@vlpc.com>; Matt Flynn <MFlynn@vlpc.com>
**Subject:** [EXTERNAL] Re: Kwok 22-50073 - February MOR and March MOR - Request for details

Holley-

Attached is the requested backup for the February and March monthly operating reports.

The quarterly UST fees will be paid from the proceeds of the DIP financing (once approved).

Ben

--
**Bennett S. Silverberg**
Partner
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
O: 212.209.4924
M: 917.538.2798
F: 212.938.2924
bsilverberg@brownrudnick.com
www.brownrudnick.com
Please consider the environment before printing this e-mail

---

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Date:** Monday, May 2, 2022 at 3:50 PM
**To:** Baldiga, William R. <WBaldiga@brownrudnick.com>, Silverberg, Bennett S. <BSilverberg@brownrudnick.com>
**Cc:** * Irve J Goldman <igoldman@pullcom.com>, Kaplan, Jonathan A. <JKaplan@PULLCOM.COM>, Patrick M. Birney (pbirney@rc.com) <pbirney@rc.com>, Friedman, Peter <pfriedman@omm.com>, Harbach, David <dharbach@omm.com>, Aronsson, Laura S. <laronsson@omm.com>, Gervais, John (USTP) <John.Gervais@usdoj.gov>, Mackey, Steven E. (USTP) <Steven.E.Mackey@usdoj.gov>, ssarnoff@omm.com <ssarnoff@omm.com>
**Subject:** Kwok 22-50073 - February MOR and March MOR - Request for details

**CAUTION:** External E-mail. Use caution accessing links or attachments.

All

With respect to the MORs for February MOR and the March MOR, please provide the following information:

1. For the February MOR and the March MOR, a list of payees and amounts for the third party disbursements (see Part 1, line e).
2. For the March MOR, a list of accounts payable that goes with Part 2, line f that explains the amount of $1,276,267. The list should be itemized by the amounts due to each payee.

Kindly provide that information by tomorrow. It is pertinent to the DIP loan discussion.

I also wanted remind you that quarterly fees of $994.00 were due on April 30.  The fees can be paid online at [pay.gov](pay.gov).

Thanks

Holley

_____

*Holley L. Claiborn*

TRIAL ATTORNEY

OFFICE OF THE UNITED STATES TRUSTEE

GIAIMO FEDERAL BUILDING

150 COURT STREET, ROOM 302

NEW HAVEN, CT 06510

OFFICE PHONE: 203.773.5504

FAX: 203.773.2217

Email:  Holley.L.Claiborn@usdoj.gov

Cell Phone: 202-834-1662

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*