# <u>EXHIBIT PAX 13</u>

Accrued Professional Fee Schedule

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- March 2022 MOR**

### Accrued and Unpaid Professional Fees & Expenses

| | Fees & Expenses | |
| | 2/15 through | 3/1 through |
| Professional | 2/28/2022 | 3/31/2022 |
|---|---|---|
| Baker Hostetler LLP | $ 3,203 | |
| Brown Rudnick | $ 184,730 | $ 900,713 |
| Clayman & Rosenberg LLP | $ 875 | $ 190 |
| Ganfer Shore Leeds & Zauderer LLP | $ 7,535 | $ 4,095 |
| Harcus Parker Ltd. | $ 5,020 | $ 5,296 |
| LALIVE SA | $ 2,503 | |
| Lawall & Mitchell, LLC | $ 3,587 | $ 5,600 |
| Petrillo Klein & Boxer LLP | $ 15,083 | |
| Schulman Bhattacharya, LLC | $ 22,247 | |
| The Casper Firm | $ 23,800 | $ 1,260 |
| The Francis Firm PLLC | $ 5,000 | $ 10,000 |
| Verdolino & Lowey, PC | $ - | $ 72,405 |
| VX Cerda & Associates | $ 1,042 | $ 2,083 |
| | $ 274,624 | $ 1,001,643 |
| **Total Accrued Post-Petition Professional Fees & Expenses** | | $ 1,276,267 |

**Note 1:** Notwithstanding that the employment of the above named Professionals has not yet been approved by the Bankruptcy Court, the unpaid fees and expenses are accrued and reported out of an abundance of caution.