# **EXHIBIT PAX 14**

Jalbert Dep. Ex. 18: March 23, 2022 Email from
Verdolino & Lowey, P.C.

**Matt Flynn**

---

From:
Sent: Wed 3/23/2022 5:17 PM (GMT-00:00)
To: ███████ Aaron Mitchell
Cc: Melissa Francis; Craig Jalbert
Bcc:
Subject: RE: Expenses
Attachments: Summary of Living Expenses Feb 15-28 - VL updated.xlsx

Good afternoon ███, yesterday we filed the monthly operating report, and included the total amount of living expenses paid on behalf of Miles as calculated in the attached allocation schedule. The US Trustee has asked us for further details on the amount we reported, and we intend to provide them with the attached allocation schedule. However, we anticipate that the US Trustee will also require that we provide the details of each vendor(s) paid that comprise the amounts reported in the allocation schedule. So, could you please prepare and send me a list of each of disbursement reported in each of the categories. The data that we will need to report is:

-Date
-Payee Name
-Purpose (which I think can be the category identified in our allocation schedule (i.e. Travel, meals, etc.)
-Amount
-Check #

Please let me know if you have any questions or want to discuss.

Thank you.

Regards,

Matthew R. Flynn, CPA, CFF, CIRA
Verdolino & Lowey, P.C.
124 Washington Street, Suite # 101
Foxboro, MA 02035
voice- (508) 543-1720 ext. 253
fax-   (508) 543-4114
cell-   (508) 922-4943
email- mflynn@vlpc.com


**From:** ███████████████████████████
**Sent:** Monday, March 21, 2022 7:42 PM
**To:** Aaron Mitchell <aaron@lmesq.com>
**Cc:** Melissa Francis <melissaf@gsnyus.com>; Matt Flynn <MFlynn@vlpc.com>; Craig Jalbert <CJalbert@vlpc.com>
**Subject:** Re: Expenses

The reasoning makes sense to me as well. Thanks!

PAX-14

KWOK00001820

Kind regards,

███

> On Mar 21, 2022, at 7:39 PM, Aaron Mitchell <aaron@lmesq.com> wrote:
>
> I have no issue erring on the side of caution.
>
>
> Aaron A. Mitchell, Esq.
> *Partner*
> **Lawall & Mitchell, LLC**
> p:  973-285-3280
> c:  914-760-8963
> w:  lmesq.com
> e:  aaron@lmesq.com
>
> 
>
> 
>
>> On Mar 21, 2022, at 7:36 PM, Melissa Francis <melissaf@gsnyus.com> wrote:
>>
>> I'll defer to ███ and Aaron on this, but it sounds fine to me. Should insurance even be listed if the allocation is 0%?
>>
>> Best,
>>
>> Melissa B. Francis
>> General Counsel
>> Golden Spring (New York) Ltd.
>> 162 East 64th Street | New York, NY 10065
>> Direct: 917.239.8333
>>
>> *This message and any attachments thereto are confidential, intended solely for the addressee(s), and may contain legally privileged information. Any unauthorized use or disclosure is strictly prohibited.

**From:** Matt Flynn <MFlynn@vlpc.com>
**Sent:** Monday, March 21, 2022 7:16 PM
**To:** Aaron Mitchell (aaron@lmesq.com) <aaron@lmesq.com>; Melissa Francis <melissaf@gsnyus.com>;
**Cc:** Craig Jalbert <CJalbert@vlpc.com>
**Subject:** FW: Expenses

Upon further review and discussions, we have revised the allocation percentages on the attached.

1)   Increased the meals, to 50%.  Since Miles and his wife are the primary residents at the CT house, notwithstanding their daughter or others might also consume, but primarily it is Miles and his wife at the house full-time and it is more conservative and easier to allocate that way.

2)   Security- Increased to 100%.   The primary reason that security has been retained is directly related to Miles, again, notwithstanding they might by directly assigned to his wife if she leaves, etc.

3)   Utilities- Increased to 50%.   Again, same explanation as the meals.   For the most part it is Miles & his wife occupying the CT property.   We did remove the cost of the Sherry's internet that was previously included.

4)   Housekeeper- Changed the description from Repairs & Maintenance to more accurately classify the expense in this line item.   Also, we increased the allocation % to 50% similar to the meals and utilities.

5)   Insurance-   Changed allocation to 0% since it pertained solely to The Sherry.

In our humble opinion, it is best to be more conservative (higher allocations attributable to Miles) than the alternative.
Please let us know if you have any questions or if we should plan a call to discuss.   Alternatively, if our changes are acceptable, then we can update the operating report that is due to be filed today.

Thank you.


Matthew R. Flynn, CPA, CFF, CIRA
Verdolino & Lowey, P.C.
124 Washington Street, Suite # 101
Foxboro, MA 02035
voice- (508) 543-1720 ext. 253
fax-    (508) 543-4114

cell-   (508) 922-4943
email-  mflynn@vlpc.com

**From:** ███████████████████████
**Sent:** Monday, March 21, 2022 5:27:14 PM
**To:** Aaron Mitchell <aaron@lmesq.com>; Matt Flynn <MFlynn@vlpc.com>
**Cc:** Melissa Francis <melissaf@gsnyus.com>
**Subject:** Re: Expenses

Hi Matt,

As discussed, attached please find the summary of expenses for the related period.

Let me know if you have any questions. Thank you

Kind regards,

███████████

**From:** ███████████████████████████
**Date:** Monday, March 21, 2022 at 3:18 PM
**To:** Aaron Mitchell <aaron@lmesq.com>, Matt Flynn <MFlynn@vlpc.com>
**Cc:** Melissa Francis <melissaf@gsnyus.com>
**Subject:** Re: Expenses

Hi Matt,

I have a question on the insurance, can you give me a call to discuss?
███████████████

Kind regards,

**From:** Aaron Mitchell <aaron@lmesq.com>
**Date:** Monday, March 21, 2022 at 9:54 AM
**To:** Matt Flynn <MFlynn@vlpc.com>
**Cc:** Melissa Francis <melissaf@gsnyus.com>
**Subject:** Re: Expenses

████ can you get the information requested below? This due today.
Thanks.

Aaron A. Mitchell, Esq.
*Partner*
**Lawall & Mitchell, LLC**
p: 973-285-3280
c: 914-760-8963
w: lmesq.com
e: aaron@lmesq.com

> On Mar 20, 2022, at 8:47 PM, Matt Flynn <MFlynn@vlpc.com> wrote:
>
> Thank you!
>
> Matthew R. Flynn, CPA, CFF, CIRA
> Verdolino & Lowey, P.C.
> 124 Washington Street, Suite # 101
> Foxboro, MA 02035
> voice- (508) 543-1720 ext. 253
> fax-   (508) 543-4114

cell-  (508) 922-4943
email-  mflynn@vlpc.com

_____

**From:** Aaron Mitchell <aaron@lmesq.com>
**Sent:** Sunday, March 20, 2022 8:47:16 PM
**To:** Matt Flynn <MFlynn@vlpc.com>
**Cc:** Melissa Francis <melissaf@gsnyus.com> ▇
▇
**Subject:** Re: Expenses

I will check with ▇ on those.

Aaron A. Mitchell, Esq.
*Partner*
**Lawall & Mitchell, LLC**
p:  973-285-3280
c:  914-760-8963
w:  lmesq.com
e:  aaron@lmesq.com

> On Mar 20, 2022, at 7:52 PM, Matt Flynn <MFlynn@vlpc.com> wrote:
>
> Thanks Aaron.    What about the house expenses (utilities, maintenance,  etc.), cars, cell phone bills, gifts, gas, insurance?
>
> Thank you.

Matthew R. Flynn, CPA, CFF, CIRA
Verdolino & Lowey, P.C.
124 Washington Street, Suite # 101
Foxboro, MA 02035
voice- (508) 543-1720 ext. 253
fax-   (508) 543-4114
cell-  (508) 922-4943
email- mflynn@vlpc.com

---

**From:** Aaron Mitchell <aaron@lmesq.com>
**Sent:** Friday, March 18, 2022 12:02:17 PM
**To:** Matt Flynn <MFlynn@vlpc.com>; Melissa Francis <melissaf@gsnyus.com>
**Subject:** Expenses

Not final - I want to double confirm allocation, but this is what we have so far.

Aaron A. Mitchell, Esq.
*Partner*
**Lawall & Mitchell, LLC**
p: 973-285-3280
c: 914-760-8963
w: lmesq.com
e: aaron@lmesq.com

For your protection, please do not
transmit orders or instructions by e-mail
or
include account numbers, Social
Security numbers, credit card numbers,
passwords,or other personal
information.

For your protection, please do not transmit orders or instructions by e-mail or
include account numbers, Social Security numbers, credit card numbers,
passwords,or other personal information.

KWOK00001827

|    | A |
|----|---|
| 1  | Ho Wan Kwok |
| 2  | Chapter 11; Case No. 22-50073 (JAM) |
| 4  | |
| 5  | |
| 6  | |
| 7  | |
| 8  | |
| 9  | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 15 | |
| 17 | |
| 18 | |
| 19 | |
| 21 | |
| 23 | |
| 26 | |
| 27 | |

KWOK00001828

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of February 15, 2022 - February 28, 2022**

| Categories | Total Amount Paid |
|---|---|
| Travel | $ 881 |
| Meals | $ 3,115 |
| Security | $ 43,655 |
| Chauffeur | $ 3,269 |
| Utilities | $ 5,869 |
| Housekeeping (CT House) | $ 3,200 |
| **Sub Total** | **$ 59,990** |

Note:  No payments were made to the Debtor (individually), or any known Associate or Affiliate of the Debtor.
Note 2:  The above payments were made by Golden Spring (New York) Ltd.

KWOK00001829

| | D | E | F |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | **Allocation (%) to Ho Wan Kwok** | **Total Allocated to Ho Wan Kwok** | |
| 8 | 50% | $ 440 | |
| 9 | 50% | $ 1,557 | |
| 10 | 100% | $ 43,655 | |
| 11 | 40% | $ 1,308 | |
| 12 | 50% | $ 2,935 | Removed Sherry internet ($1,249) |
| 13 | 50% | $ 1,600 | |
| 15 | | $ 51,496 | |
| 17 | Payments made to law firms | | |
| 18 | Clayman & Rosenberg, LLP | $ 89,509 | |
| 19 | Selas Montbrial Avocats | $ 20,318 | |
| 21 | Total Payments made to law firms | $ 109,827 | |
| 23 | **Total Payments made on behalf of Ho Wan Kwok** | $ 51,496 | |
| 26 | | | |
| 27 | | | |

|    | G |
|----|---|
| 1  |   |
| 2  |   |
| 4  |   |
| 5  |   |
| 6  | **Prior** |
| 7  | **% Distribution** |
| 8  | 50% |
| 9  | 30% |
| 10 | 40% |
| 11 | 40% |
| 12 | 30% |
| 13 | 30% |
| 15 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 21 |   |
| 23 |   |
| 26 |   |
| 27 |   |