# <u>EXHIBIT PAX 30</u>

Deposition Transcript of Wengui Guo, *Guo v. Guo*,
Case No. 18-cv-01064 (E.D. Va.)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

- - - - - - - - - - - - - - - - x

WENGUI GUO,                          :

      Plaintiff,              :


vs.                                  : Case No.
                      1:18-CV-01064-TSE-IDD
BAOSHENG GUO,                        :

      Defendant.              :

- - - - - - - - - - - - - - - - x


January 23, 2019

Washington, D.C.

VIDEO DEPOSITION OF:

WENGUI GUO

Was called for examination by counsel for the

Defendant, pursuant to notice, in the offices of,

Zechner, Ellman & Krause, 409 7th Street, N.W.,

Suite 300, Washington, D.C., commencing at 10:08

a.m., before Carolyn Friend, a Notary Public in and

for the District of Columbia, when were present on

behalf of the respective parties:

PAX-30

Page 2

```
1   APPEARANCES:
2       J. DAVID MORRISSY, ESQUIRE
        Zeichner, Ellman & Krause, LLP
3       409 7th Street, N.W., Suite 300
        Washington, D.C. 20004
4       (202) 783-0316
        dmorrissy@zeklaw.com
5       COUNSEL FOR THE PLAINTIFF
6       JOHN C. ALTMILLER, ESQUIRE
        Pesner Kawamoto, PLC
7       7926 Jones Branch Road, Suite 930
        McLean, Virginia 22102
8       (703) 506-9440
        jaltmiller@pesnerkawamoto.com
9       COUNSEL FOR THE DEFENDANT
10      ALEXANDER LAUFER, ESQUIRE
        Eisenhower & Laufer, P.C.
11      10560 Main Street, Suite 218
        Fairfax, Virginia 22030
12      (703) 352-9690
        alex.laufer.elpc@gmail.com
13      COUNSEL FOR THE DEFENDANT
14  ALSO PRESENT:  Helen Cole, Interpreter; David
    Voigtsberger, Video Operator; Una Wilkinson, Check
15  Interpreter; Daniel Podhaskie
16
17          C O N T E N T S
18  WITNESS:      EXAMINATION BY:      PAGE:
19  Wengui Guo      Mr. Altmiller      4
20
21
22
```

Page 3

```
1          E X H I B I T S
2   NO.:    DESCRIPTION:                 PAGE:
3   1       Web page                       75
4   2       Copy of photographs            80
5   3       Certification of translation   83
6   4       New York Times article        105
7   5       Answers to Interrogatories    107
8   6       Request for Production of Documents  111
9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

Page 4

```
1              P R O C E E D I N G S
2              (Whereupon, a statement was
3          read by Video Operator.)
4       MR. ALTMILLER:  John Altmiller.  I
5   represent the Defendant, Baosheng Guo.
6       MR. MORRISSY:  David Morrissy from
7   Zeichner, Ellman & Krause.  We represent the
8   Plaintiff, Deponent.
9              (Whereupon, the Interpreter
10         was sworn.)
11  Whereupon:
12         WENGUI GUO,
13  Was called for examination, and, after being
14  duly sworn, was examined and testified as
15  follows:
16         EXAMINATION BY COUNSEL FOR
17         DEFENDANT
18     BY MR. ALTMILLER:
19  Q    Would you, please, state your name?
20  A    Guo Wengui.
21  Q    And is that your current legal name?
22  A    The legal name is Guo Haoyun.  It's Hong
```

Page 5

```
1   Kong pronunciation, Guo Haoyun.
2   Q    And that is the name that is on your Hong
3   Kong passport; is that correct?
4   A    Yes.
5   Q    And where do you currently live?
6   A    New York, 5th Avenue, Number 781.
7   Q    And how long have you lived there?
8   A    Four years.
9   Q    And where did you live before then?
10  A    Well, correction, a little bit over three
11  years, less than four.
12  Q    And before then?
13  A    Hong Kong, Beijing and London.
14  Q    So what should I -- how should I address
15  you?
16  A    Just call me Guo Wengui.
17  Q    Guo Wengui?
18  A    Yes.
19  Q    I will try and pronounce it correctly.
20  Have you ever been deposed before?
21  A    Yes.
22  Q    How many times?
```

Page 6

1    A    Three times.
2    Q    And when were those three times?
3    A    In September and November of 2018.
4    Q    And those were the only times, in
5    September and November?
6         MR. ALTMILLER: Did he say? Sorry.
7         THE WITNESS: Approximately in November.
8    I don't remember the exact date.
9         BY MR. ALTMILLER:
10    Q    Since I don't know how those depositions
11    were conducted, let me say that if you don't
12    understand a question that I'm asking, you can ask
13    me to rephrase it.
14         If you do not know the answer to a
15    question, you can tell me that you don't know the
16    answer. I am not asking you to guess.
17    A    Okay. Thank you.
18    Q    If you need to take a break, that's fine.
19    We surely almost certainly will be taking some
20    breaks, but if you need to take a break, you can let
21    me know.
22    A    Thank you.

Misty Klapper & Associates
703-780-9559

Page 7

1    Q    I only ask that we not take a break when
2    there is a question pending.
3    A    Thank you.
4    Q    Have you been a party to any other
5    lawsuits in the United States?
6    A    Yes.
7    Q    And do you know how many lawsuits you
8    have been a party to in the United States?
9    A    Approximately 30 plus something. Some I
10    am the Plaintiff, some I am the Defendant.
11    Q    Okay. The first thing that I'm -- or the
12    first topic that I'm going to ask you about is going
13    to be about social media. So I'm going to try and
14    break this deposition up into topics so that I'm not
15    jumping from -- from thing to thing.
16         Do you have a Twitter account?
17    A    Used to.
18    Q    And when did you stop having a Twitter
19    account?
20    A    I did not close it. Twitter closed my
21    account.
22    Q    Do you know why Twitter closed your

Misty Klapper & Associates
703-780-9559

Page 8

1    account?
2    A    I don't know.
3    Q    Okay. And when did that happen?
4    A    So it stopped -- was stopped in October
5    2017 and lasted until about August or September of
6    2018. Thank you.
7         MR. ALTMILLER: I'm sorry. Is the
8    witness saying that's how long it was suspended or
9    how long he had the account?
10         THE WITNESS: I opened the Twitter
11    account in February of 2017. I used it for six or
12    seven months and some function was stopped in
13    October of 2017. And by August and September of
14    2018, the entire account was closed.
15         BY MR. ALTMILLER:
16    Q    Okay. Do you have any -- actually, let
17    me -- I'm going to withdraw that question. How many
18    followers did you have on Twitter at the time the
19    account was suspended?
20    A    450,000.
21    Q    And do you have any YouTube channels?
22    A    Yes, I do.

Misty Klapper & Associates
703-780-9559

Page 9

1    Q    How many?
2    A    One.
3    Q    And what is the name on that YouTube
4    channel?
5    A    I do not remember the registered number,
6    but the name of the channel is Guo Wengui.
7    Q    Guo Wengui. Okay. Do you have any
8    channels under the Miles Kwok?
9    A    So I don't quite remember this name.
10    There were many accounts under YouTube that used my
11    name. Some were registered by my supporters. Some
12    were registered by my colleagues. Some of them were
13    registered by my Nemesis, people in the communist
14    parties. So a lot of people registered to YouTube
15    account with my name.
16    Q    Okay. So what I want to ask about are
17    YouTube channels on which you post videos. I
18    don't -- I'm not asking about people who might take
19    your name and use it for -- for bad reasons, but
20    just where you post videos.
21    A    Yes, then I know the Chinese name is Guo
22    Wengui.

Misty Klapper & Associates
703-780-9559

1    Q    Okay.  Thank you.  And how many
2  subscribers are there to that channel?
3    A    Used to reach about 260,000 and it
4  dropped to about 200,000.  Right now it's 197,000.
5    Q    Okay.  And how often do you put out
6  videos on your YouTube channel?
7    A    Sometimes three or four times per week.
8  Sometimes two or three times per day.  Varies.
9    Q    And what are the videos about?
10    A    Against the -- China's Communist Party,
11  support the -- legal freedom and the religious
12  freedom.  Also, against the spies that's sent out to
13  the United States by the communist party.
14    Q    And the communist party, the Chinese
15  Communist Party sends spies, the United States; is
16  that correct?
17    A    I don't understand your question.  Is it
18  related to today's subject matter?
19        MR. MORRISSY:  It calls for speculation
20  as well.  Well, you're asking him about whether a
21  country sends spies into our country?
22        MR. ALTMILLER:  Well, he --

Misty Klapper & Associates
703-780-9559

1        THE WITNESS:  You seem to know.
2        MR. ALTMILLER:  Well, he -- he said that
3  he speaks against the spies that the Chinese sends,
4  so, perhaps, the answer is self-evident.  I -- I
5  don't need to go down that road, particularly, very
6  far, so I'm going to withdraw the question because I
7  don't -- I don't think it's -- it's not going to
8  advance anything.
9        BY MR. ALTMILLER:
10    Q    Who -- to whom are your videos directed?
11  Who are you speaking to in your videos?
12    A    My audience are for all of those who
13  support a safer United States and those who --
14  against communist party, CCP.
15    Q    And how many people view these videos?
16    A    You are talking about every time or
17  ballpark?
18    Q    What -- how about this:  The video that
19  the most people saw, how many people saw that video?
20    A    I don't remember.
21    Q    Have you had videos that a million people
22  saw?

Misty Klapper & Associates
703-780-9559

1    A    For sure.
2    Q    Okay.  Do you have your own website?
3    A    No.
4    Q    Have you ever had your own website?
5    A    Website, web page.  I don't recall that I
6  have that.
7    Q    Okay.  Is -- is -- I'll go back to that.
8  I'm going to move to a new subject.  Do you make
9  public speaking appearances?
10    A    Yes.
11    Q    Do you know about how often you make
12  public speaking appearances?
13    A    Not often.
14    Q    And would it be fair to say that at these
15  public speaking appearances you talk about the same
16  things that you would talk about in your videos with
17  regard to protection of the United States and for
18  democracy in China?
19        MR. MORRISSY:  Is that what he said, that
20  it -- is that what the testimony said previously?
21        MR. ALTMILLER:  I thought that what he
22  said was that he speaks to people who -- he speaks

Misty Klapper & Associates
703-780-9559

1  against Chinese --
2        MR. MORRISSY:  In support -- in support
3  of a safe United States and against the CCP.
4        MR. ALTMILLER:  Yes.
5        MR. MORRISSY:  Okay.
6        MR. ALTMILLER:  That was my understanding
7  of what the videos are about.
8        MR. MORRISSY:  Right.  No.  I just
9  believe the question framed it a little bit
10  differently.
11        MR. ALTMILLER:  Oh, okay.  Well, I can --
12  I'll frame it that way.  That's certainly what I --
13  how I intended to frame it, was whether or not
14  the -- the speaking appearances are about those same
15  things, about the protection of the United States
16  and -- and against the communist government in
17  China.
18        THE WITNESS:  Of course.
19        BY MR. ALTMILLER:
20    Q    Have you been -- have your activities
21  been covered by the media?
22    A    Yes.

Misty Klapper & Associates
703-780-9559

Page 14

1    Q    Do you consider yourself to be a public
2  figure?
3    A    No.
4    Q    Was there a profile done of you in the
5  New York Times?
6    A    Yes.
7    Q    And you cooperated with that?
8    A    I do not understand cooperate means.  I
9  was interviewed by them.  When someone interview
10  you, do you consider that cooperate?
11    Q    I do consider it cooperation because you
12  have the right not to be interviewed.  And so -- so
13  my question is, did you agree to the interview?
14    A    Yes, yes, now I understand.  I
15  understand.  Yes, the English is too high of a
16  caliber.  Answer, yes.
17    Q    Okay.  Have you spoken to -- well, let me
18  rephrase that.  Have you given other interviews to
19  the media?
20    A    Yes.
21    Q    And are -- is the purpose of these
22  interviews to advance the cause that you speak in

Misty Klapper & Associates
703-780-9559

Page 15

1  favor of on your videos and elsewhere?
2    A    Yes.
3    Q    Okay.  And it would be fair to say that
4  you've been politically active, would it?
5    MR. MORRISSY:  What -- can you be a
6  little more specific what that means?
7    MR. ALTMILLER:  I guess we know what that
8  means in the United States.  I will -- I'll rephrase
9  it.
10    BY MR. ALTMILLER:
11    Q    Have you sought to achieve some of your
12  goals through political means, that is to say by
13  working with American politicians?
14    A    No.
15    Q    Other than speaking engagements and --
16  and -- and videos, what other activities have you
17  engaged in for the cause against the communist
18  government in China?
19    A    I do not understand your question.  I can
20  tell you when I'm sleep, I think about that subject
21  matter.  Whatever I do, I think about that subject
22  matter.  My goal is to save 14 -- 1.4 billion

Misty Klapper & Associates
703-780-9559

Page 16

1  Chinese people, hoping China can become a -- a -- a
2  rule of law country as being fair and have religious
3  freedom.
4    So -- and no spies are sent to the
5  Western countries to corrupt the society.  So I do
6  not understand your question.
7    MR. ALTMILLER:  So my question is that
8  the -- the goals that he is seeking to accomplish
9  that he has just spoken about, I was just asking
10  what he -- he -- he's doing to further that goal.
11  That's all I'm asking.
12    THE WITNESS:  I don't understand.
13    BY MR. ALTMILLER:
14    Q    I have read media reports that you have
15  been working with Steve Bannon and -- first of all,
16  is that correct?
17    A    I don't want to answer questions that
18  third parties is involved.
19    MR. ALTMILLER:  Okay.  And let me just
20  say for the record the reason I'm asking the
21  question is actually I don't -- I don't care about
22  the specifics about what they're doing, and I'll

Misty Klapper & Associates
703-780-9559

Page 17

1  proffer that the reason I'm asking the question is,
2  obviously, one of our defenses relates to the
3  witness being a public figure.
4    And so since he says he's not a public
5  figure and I think that he's doing a -- it seems to
6  me that he's doing a lot of work toward helping
7  democracy in China that -- I just wanted to
8  establish I think he's doing a lot in that respect.
9    In other words, he's posting videos, he's
10  meeting with people.  At least I'm reading about
11  funds that he's creating, and I say this with no
12  dubiousness with regard to his intent.  I just want
13  to establish that that's what he's doing, so that's
14  why I'm asking what he's doing.
15    And if he doesn't understand what I mean
16  when I say what other things are you doing in order
17  to -- to pursue this goal that is obviously very
18  important, that he thinks about day and night, and I
19  have no doubt that he does, then I have to start
20  asking specific questions.  My preference would be
21  not to, just to be clear.
22    So if there's any way to communicate that

Misty Klapper & Associates
703-780-9559

1  to the witness in a way that I can just get a very
2  brief overview of what he's doing, that would solve
3  my problem very quickly.
4          MR. MORRISSY:  So it seems that you've
5  had a brief overview of what he's doing.  Are you
6  asking if there's anything outside of what you've
7  spoken about that he's doing to advance his cause?
8          MR. ALTMILLER:  Right.  In other words --
9  and, again -- I'll say it again, that I -- I know
10  he's posting videos and I know he's speaking
11  somewhat, and there's a very -- as I say, I have no
12  doubt about his -- I personally am not expressing
13  any doubt about his sincerity.  I'm just
14  presuming -- maybe I'm not presuming.  I'm asking if
15  there's anything other than posting videos.
16          Is -- people who want to have political
17  solutions sometimes engage in political activity.
18  People who want to fund things sometimes engage in
19  funding, they engage in organizing.  There are all
20  kinds of things that people do when they want to
21  achieve a political goal, particularly one as -- as
22  noble as achieving democracy in China.

1          And given the -- the man's convictions
2  and his means, I'm -- I just -- I was just asking
3  what he's doing, and I'm proffering this has to do
4  with whether or not he's a public figure.
5          MR. MORRISSY:  No.  Understood.  And so
6  we've -- you have the answer about the political
7  involvement, right, so --
8          MR. ALTMILLER:  Well, he said -- yeah.
9  He says he's not engaged in any political
10  involvement, but I need to know what he's doing.
11          MR. MORRISSY:  So that's -- so that's his
12  answer.
13          MR. ALTMILLER:  Right.
14          MR. MORRISSY:  So that's his answer
15  relating to politics, so --
16          MR. ALTMILLER:  Well, let's get into
17  whether or not there's anything else.  I just want
18  to know if --
19          MR. MORRISSY:  Sure.
20          MR. ALTMILLER:  -- there's anything else
21  that he's doing.  If the only thing that he's
22  doing -- if the only thing that he's doing to help

1  the cause of democracy in China is posting videos
2  and making infrequent speeches, I'm totally fine
3  with that.  I just want to know that that's the
4  answer.
5          THE WITNESS:  We have done a lot of works
6  other than those two things to -- to go against the
7  CCP.  A lot of people's safeties are involved.  A
8  lot of information is in the process of gathering.
9  We also have a signed agreement with certain people
10  not to disclose those information.  So I think the
11  subject matter is not appropriate to be asked today.
12          I'll give you an example.  We used to --
13  contemplating establishing a legal fund to assist
14  those who are being hurt by CCP, but because I'm a
15  donor, because of the role that I'm playing, I have
16  no right to give a public speech.  The information
17  you want are the information CCP want.
18          MR. ALTMILLER:  Okay.  Okay.  I'll just
19  say for the record, by the way, I do not want to
20  help the CCP.
21          THE WITNESS:  But see the question you
22  ask and what Guo Baosheng is interested in are very

1  similar to -- that you are on the side of CCP.
2          MR. MORRISSY:  Very different.
3          MR. ALTMILLER:  Well, I -- I'm going to
4  make a distinction for the remainder of this
5  deposition that I have no interest in pursuing the
6  goals of the CCP, whatsoever.  So -- in case
7  there's -- anybody is curious about that.  I say as
8  an officer of the court I have had no contact with
9  the CCP or anyone from China in connection with this
10  case other than my client and the gentleman that you
11  saw earlier.
12          MR. MORRISSY:  Steven Taljeng?
13          MR. ALTMILLER:  Yeah.
14          THE WITNESS:  I am very appreciative of
15  what you just said.  I hope that is the case.
16  However, your questions is helping the CCP.
17          BY MR. ALTMILLER:
18      **Q    If I ever ask a question, the answer to**
19  **which will help the Chinese government, please let**
20  **me know so that we all can steer clear of those**
21  **questions because I don't think anybody in this**
22  **room -- and I hope I don't get in trouble with the**

Page 22

1 Chinese government by saying this. I'm not
2 interested at all in that issue, other than how it
3 affects certain smaller discrete issues in this
4 case.
5          All right. I'm going to move to a
6 different topic. How did you meet Baosheng Guo?
7     A    I did not know that person prior to 2017
8 after I started to disclose the -- the -- or expose
9 the ugly news of CCP in 2017, then he put out the
10 video supporting my position. When I was in
11 Washington, DC on a -- the -- the open -- the news
12 conference, doing a news conference on October 3rd
13 of -- press conference in Washington, DC on October
14 3rd of 2017 he appeared and we shook hands.
15          Few months ago, sometime in 2018, I was
16 in the DC hotel and we met for a couple of minutes,
17 shook hands. That's it.
18          CHECK INTERPRETER: The witness also
19 said, I actually don't really know this person.
20          THE INTERPRETER: I really don't know
21 this person.
22

Misty Klapper & Associates
703-780-9559

Page 23

1          BY MR. ALTMILLER:
2     Q    So Baosheng Guo?
3     A    Yeah, Baosheng Guo, yes.
4     Q    Okay. The -- the press conference in
5 2018, what was that about?
6     A    The purpose of that press conference was
7 to expose two very important plans by the CCP. One
8 is called -- one is called the BGY. One is called
9 the BGY. The other is called the 3F. Those were
10 the plans that communist party planned to send spies
11 to the United States to destroy U.S. government.
12     Q    Have you given other press conferences?
13     A    During which time frame and what type of
14 press conference? I also held a press conference on
15 November 20th, 2018, which is to expose some truth
16 about Hainan, HNA Group.
17          CHECK INTERPRETER: Wang Jian.
18          THE WITNESS: Wang Jian dies, the truth.
19          BY MR. ALTMILLER:
20     Q    Are you well known in China?
21     A    How do you define well known? In the
22 past or now?

Misty Klapper & Associates
703-780-9559

Page 24

1     Q    How about now?
2     A    I'm overseas. What I heard is that I was
3 well known there.
4     Q    When you lived in China, were you well
5 known?
6     A    No, I was not well known.
7     Q    Okay. Are you well known in the Chinese
8 community in the United States?
9     A    I don't know your definitions of well
10 known.
11     Q    Okay. Okay. So you did not know -- you
12 did not really know Baosheng Guo; is that correct?
13     A    Correct.
14     Q    Did you ever pay Baosheng Guo any money?
15     A    I didn't pay him. He defrauded me.
16     Q    Let me ask the question again. Did you
17 ever transfer any funds to Baosheng Guo?
18     A    Yes.
19     Q    Why did you transfer funds to Baosheng
20 Guo?
21     A    That's the reason why we are sitting here
22 today. He defrauded me.

Misty Klapper & Associates
703-780-9559

Page 25

1     Q    How many times did you transfer money to
2 Baosheng Guo?
3     A    More than twice. I don't remember exact
4 number.
5     Q    Do you have any documents related to the
6 transfer of any money to Baosheng Guo?
7     A    Yes.
8     Q    Have you produced those documents to --
9 to your attorney or to -- me?
10          MR. MORRISSY: The deponent doesn't know
11 what I've produced to you.
12          BY MR. ALTMILLER:
13     Q    Okay. Well, have you produced it to
14 the -- to your attorney, then?
15     A    I should have.
16          MR. ALTMILLER: Okay. I don't know that
17 I have any documents related to the transfer of
18 funds. If I'm wrong about that, then you can
19 correct me.
20          MR. MORRISSY: Yeah, you -- you are.
21          MR. ALTMILLER: Okay. Okay. Then
22 I'll -- I'll move away from that.

Misty Klapper & Associates
703-780-9559

1    BY MR. ALTMILLER:
2    Q    Other than the documents that have been
3    provided to your attorney with regard to transfers
4    to Baosheng Guo, do you have any other documents
5    related to the transfer of funds to Baosheng Guo?
6    A    Other documents?
7        MR. ALTMILLER: I'm just asking if there
8    were any documents other than what he's provided to
9    his attorney. That's all.
10       THE WITNESS: How about the voice
11   conversation, the witnesses are they count as
12   others?
13       BY MR. ALTMILLER:
14   Q    I was just referring to documents that
15   related to the transfer of funds only, not -- not
16   other evidence.
17   A    Yes, some documents I already handed over
18   to my attorney.
19   Q    Okay. What was the purpose for
20   transferring funds to Baosheng Guo?
21   A    The purpose of wiring those money was
22   because he said he is going to -- to -- to hold a

1    conference that is catered to the people around the
2    world that support democracy and against CCP. He
3    also said that he needed video related equipment,
4    cell phones, the boom lights for the conference and
5    some equipment related to that activity. And that's
6    why I was defrauded.
7    Q    Do you know if Baosheng Guo posted videos
8    in which he -- in which he said -- in which he
9    praised you?
10   A    A lot of them.
11   Q    And when did you become aware of those
12   videos that were praiseworthy of you?
13   A    From the very beginning when he started
14   posting them, I was made aware.
15   Q    And do you know around what time that was
16   when he started posting those videos that praised
17   you?
18   A    I don't remember exactly.
19   Q    Okay. Do you know if there was a time
20   when -- well, let me rephrase that. You've
21   alleged -- and I don't think it's in much dispute
22   that there have been postings by Baosheng Guo that

1    are critical of you now. And that's the question.
2    Are you -- well, let -- I'll do --
3    I'll -- I'll phrase it this way: Do you know why --
4    I just don't want to get a foundation objection if
5    we agree since that's in the complaint. Do you know
6    why Baosheng Guo began posting critical statements
7    about you when he had previously been posting
8    praiseworthy statements about you?
9    A    That is one or the first reasons that I
10   sue Mr. Baosheng Guo. The first reason I sued
11   Mr. Guo Baosheng was that I do not dispute the fact
12   that he stated on the video that the police officers
13   and the -- the security people went to his hometown
14   and found his mother at which time they offered his
15   mother $30 million to $80 million RMB for Mr. Guo to
16   turn against me for the purpose -- or for the things
17   that I am doing, which is -- and that against the
18   communist party.
19       CHECK INTERPRETER: Also -- the witness
20   also said that apart from the 30 million -- the
21   check Interpreter believes the witness also stated
22   apart from the 30 million, the 80 million RMB he

1    also said that the -- the mother was also offered
2    luxury home. And also at the end of his statement
3    also he mentioned that he is in -- in aid of helping
4    China to set up a rule of law and religious freedom.
5        THE WITNESS: Rule of law. So based on
6    the information that he disclosed on the video, I
7    don't think it is -- it is against me. I think it
8    is insulting to me. Think about it; in the past one
9    years he said nothing but supporting me, but all of
10   a sudden 180 degree turn.
11       He was a pastor, he was an author who can
12   turn in -- in that fashion so quickly, do you think
13   that's normal?
14       BY MR. ALTMILLER:
15   Q    So it is -- would it be fair to say that
16   it is your position that the reason that Baosheng
17   Guo is now critical of you is because he's being
18   paid to be critical of you by the Chinese
19   Government?
20   A    Based on my suspicion of him and his
21   abnormal activities, that he -- he was -- shows that
22   he insulted and defrauded those who -- against the

1  CCP.  His attitude or his -- appears to be very
2  close to CCP.  He defrauded a lot of money out of
3  those who -- against the CCP.  That's the reason why
4  I filed the lawsuit here.  I hope the court of the
5  United States can conduct an investigation and give
6  us an equitable result.
7      Q    When do you think Baosheng Guo turned on
8  you and started making critical statements?
9      A    I don't remember the exact time frame.  I
10  only remember the time happened when he said that
11  the police and public security people visited his
12  hometown, offered the family a -- a luxurious home
13  and money.  Right after that, he turned on me.  You
14  can find those information through media records.
15      Q    Well, I'm -- I'm asking -- I'm asking
16  you.  It -- it seems that you have alleged that in
17  June and July of 2018 Baosheng Guo began tweeting
18  statements that were critical of you and upon which
19  you are suing.  I'm just trying to figure out
20  whether or not he did anything earlier than that.
21      A    The day and time were mentioned in our
22  complaint, so I think that should stand.

1      Q    That's -- that's fine.  Did you ever have
2  any agreements -- let me -- I'll be more specific.
3  Have you ever had any written agreements with the
4  Defendant, Baosheng Guo?
5          MR. MORRISSY:  Do you mean, just to be
6  clear, a formal contract or -- or do you mean --
7          MR. ALTMILLER:  Yes.
8          MR. MORRISSY:  -- writing -- a
9  communication between the two or how do you mean?
10          MR. ALTMILLER:  I mean any agreement
11  that's memorialized in writing, whether it be a
12  written contract or whether it be e-mails back and
13  forth; I will do this if you do that.  And an e-mail
14  comes back and says I accept those terms or, you
15  know, things to that effect.
16          THE WITNESS:  There are written papers,
17  yes.  We have some written papers.  E-mail, yes.  My
18  partner sent him some e-mail -- e-mails, but I
19  personally never sent him any e-mails.  He did send
20  me e-mails and all those information, some of them
21  already provided to my attorneys.  Some of them are
22  in the midst of compiling.

1      BY MR. ALTMILLER:
2      Q    Okay.  So there are e-mails from Baosheng
3  Guo that have not yet been produced to your
4  attorney; is that correct?
5      A    No, no.  All the e-mails I provided to my
6  attorneys.  What I was referring to are the voice
7  recordings that are in the process of translating at
8  the moment.  I have not provided.  However, all the
9  original documents have been provided.
10      Q    Okay.  So there are some voice recordings
11  that I don't have yet; is that correct?
12          MR. MORRISSY:  No, that's not correct.
13          MR. ALTMILLER:  Okay.
14          MR. MORRISSY:  You have them.
15          MR. ALTMILLER:  Okay.  Okay.  So the
16  witness is just incorrect?
17          MR. MORRISSY:  No.  He -- what -- what
18  the witness said was that he was in the process of
19  translating them.
20          MR. ALTMILLER:  Okay.
21          MR. MORRISSY:  At least that's what the
22  Interpreter said the witness said.

1          MR. ALTMILLER:  Okay.
2          CHECK INTERPRETER:  That's right, yeah.
3          MR. ALTMILLER:  Okay.  All right.  So of
4  what's been provided, he's in the process of
5  translating what's already been provided?  Okay.
6  That's fine.  I just -- I just want to make sure
7  that I know what I've got and what I don't.
8          BY MR. ALTMILLER:
9      Q    You had indicated earlier that Baosheng
10  Guo had posted many videos that were praiseworthy of
11  you prior -- well, first of all, did he post videos
12  that were praiseworthy of you prior to meeting you?
13      A    A lot of them.
14      Q    How did he, Baosheng Guo, know who you
15  were prior to meeting you?
16          MR. MORRISSY:  That calls for
17  speculation.
18          THE WITNESS:  Go ask Mr. Guo Baosheng.
19          BY MR. ALTMILLER:
20      Q    Okay.  Did you ever pay any travel
21  expenses of Baosheng Guo?
22      A    Yes.  I did not pay him.  He defrauded

1  me.  He -- he applied for the travel fee from me.
2  He also defrauded those who supported me for travel
3  -- travel expenses, including those who are really
4  poor.  For example, people in Los Angeles that makes
5  less than $2,000 a month and he defrauded them for
6  the travel expenses, such as airline ticket and then
7  many times over.
8        The travel fee he applied from me he did
9  not spend it on travel and that is the second reason
10  I'm suiing him today.  He applied for the travel fee
11  to be used on airplane, to get hotels and then also
12  defrauded the people who supported me, including
13  very poor people, and that's -- that's the second
14  reason I'm suiing him.
15        During his travel, whatever he eats, the
16  meal expenses, the wine, the liquor that he drank
17  were the -- were the -- were the money paid out by
18  us and the people, poor people who supported me.
19  Those who -- those people who go against the CCP,
20  they against the CCP with their life.  And he
21  defrauded them of their livelihood, left them with
22  very little money for food.  And that is the second

1  reason I have to sue him.
2        So he says the reason for his travel was
3  to support my mission of -- against the CCP.  He
4  travels to -- to California, to Las Vegas.  The --
5  the travel expenses that he -- he applied was many
6  times over than what he really spent.  So he went to
7  California.  He used the name of helping people to
8  seek political asylum, taking money from them and --
9  although he says his goal is to support our mission
10  to go against the CCP, but he was doing exactly the
11  opposite.  And that is the third reason I have to
12  sue him.
13        So I make a recommendation to you,
14  attorney, during the court proceedings that you can
15  look for those peoples to come to the court as a
16  witness, but please do keep in mind to protect their
17  privacy and protect them, not to -- not to
18  disclose -- protect their privacy and protect their
19  safety.
20        So -- so Mr. Guo -- Mr. Guo used the
21  Twitter, exposed those people who were seeking the
22  asylum, exposed their names and their informations,

1  threatened those people -- threatened those people.
2  So I think what he did is shameful and is terrible,
3  and that's the reason why I'm suiing him for the
4  fourth reason.  I'm seeking -- the -- the third
5  reason I'm suiing him in order to seek the fair
6  treatment of those people that were seeking
7  political asylum.
8        CHECK INTERPRETER:  The witness also
9  mentioned that -- threatened those people with
10  repatriation.
11        THE INTERPRETER:  That's correct,
12  threatened those people with -- with repatriation.
13        BY MR. ALTMILLER:
14     Q   Okay.  The -- Baosheng Guo represented to
15  you that he was going to create a group whose goal
16  it was to assist victims of the CCP, correct?
17     A   To establish an organization to help
18  those victims.
19     Q   Of the CCP?
20     A   Of the CCP, no, no.
21     Q   Okay.  Did -- did the Defendant represent
22  to you -- did Baosheng Guo represent to you that he

1  needed financial support to purchase video equipment
2  in order to hold a conference and to take the first
3  steps to create a group whose goal it was to assist
4  the victims of the CCP?
5     A   The event that you described did exist,
6  but he was using that as an excuse that he wants to
7  establish a Twitter party to -- and then host an
8  entire CCP conference and using that as an excuse,
9  asked me for 40,000 to 60,000 U.S. dollars.  And
10  that was one of the reasons I'm suiing him.
11     Q   All right.  So my -- the answer to my
12  question, which was did Baosheng Guo represent to
13  you that he needed financial support to purchase
14  video equipment in order to hold a conference and to
15  take the first steps to create a group whose goal it
16  was to assist the billion victims of the CCP, the
17  answer to that question, then, is yes, that he did
18  make that representation to you?
19     A   He asked money for -- for the video
20  equipment, yes, but not for the conference, but for
21  the direct broadcasting from the hotel.  Correction,
22  to pay for the hotel expenses, for direct

Page 38

1 broadcasting and pay for hotel expenses.
2 **Q    And how did he make that representation**
3 **to you?  Was it verbally or was it over e-mail?**
4    A    Mr. Attorney, I want to make something
5 clear and maybe correct your question in the middle
6 of it, is that from -- from day one, when I put out
7 the video -- videos on the Internet, I already
8 stated very clearly that I do not take any money
9 from anybody.  I don't receive -- I don't want to
10 take any donations because I am sick and tired of --
11 in the past 29 years, those overseas Chinese people
12 using the -- the -- the excuse of donation, saying
13 that they want to help those victims of -- of the
14 CCP.
15        And I want to make it very clear.  Nobody
16 can represent me.  I stated many, many times in an
17 open -- open forums or situations.  Nobody can --
18 can represent me.
19        The fourth -- the fourth reason that
20 I'm -- I'm suing him is because that Mr. Guo
21 Baosheng went to many places, including Canada,
22 Japan, Taiwan, California, Los Angeles, Las Vegas

Misty Klapper & Associates
703-780-9559

Page 39

1 stating that he -- and Japan and he -- stating that
2 he represented me by using representation of me to
3 defraud so many people and hurt so many people.
4        I already told it in the public many,
5 many times; I do not allow anybody to represent me.
6 I do not allow anybody to represent me.  I told him
7 to his face, I do not allow you to represent me
8 because he used my name as a vehicle to defraud
9 people and that is the fourth reason I'm suiing him.
10 **Q    The representation that Baosheng Guo made**
11 **to you that he needed financial support to buy video**
12 **equipment, was that made verbally or by e-mail?**
13        MR. MORRISSY:  Well, before he answers,
14 the -- before -- let's clarify that.  What you said
15 before was compound, right, so you -- you asked him
16 a question relating to video equipment and the
17 conference in furthering, you know, furthering
18 certain goals.
19        MR. ALTMILLER:  Right, right.
20        MR. MORRISSY:  And so -- and then he said
21 what he said and you took it to mean, yes, but he
22 didn't actually say yes.

Misty Klapper & Associates
703-780-9559

Page 40

1        MR. ALTMILLER:  I agree with you; he
2 didn't say yes.  He, in fact, clarified that he
3 didn't say yes.  What he said was that he -- that
4 the -- that the -- Baosheng Guo had represented to
5 him that he needed money to buy video equipment for
6 some purpose that wasn't quite what I said.
7        MR. MORRISSY:  I believe -- yeah, it was
8 relating to a live --
9        MR. ALTMILLER:  A live stream, yeah.
10        MR. MORRISSY:  -- stream from a hotel or
11 something like that, yeah.  Okay.
12        MR. ALTMILLER:  And -- and so let me --
13 I'll --
14        MR. MORRISSY:  I just want to be clear --
15 be clear about what's happening.
16        MR. ALTMILLER:  I'll clarify.  Let me --
17 let me clarify that.  So I'll -- I'll ask the
18 question again.
19        MR. MORRISSY:  Thanks.
20        MR. ALTMILLER:  That will be fine.
21        BY MR. ALTMILLER:
22 **Q    The representation that Baosho Gua --**

Misty Klapper & Associates
703-780-9559

Page 41

1 **excuse me -- Baosheng Guo made to you with regard to**
2 **needing money to buy video equipment for the purpose**
3 **that you testified to, was that made verbally or was**
4 **it made in writing?**
5    A    Verbal.
6 **Q    And when was that representation made?**
7    A    June, July or maybe July, August of 2017.
8 I don't remember the exact time frame.
9 **Q    Was it over the phone or in person?**
10    A    I already told you we met -- we never met
11 face to face, so, of course, it's by telephone.
12 **Q    Did he call you or did you call him?**
13    A    He called me.  I never or seldom call
14 him.  He was the one who called me and said what's
15 up.  Yes, so seldom, call --
16 **Q    Did he call on your cell phone?**
17    A    Yes.
18 **Q    And how did he get your cell phone**
19 **number?**
20    A    We have WhatsApp.
21 **Q    Well, then, was -- was the -- was the**
22 **representation made via WhatsApp or was it made**

Misty Klapper & Associates
703-780-9559

1  for -- in a -- in a telephone call?

2      A   You can use WhatsApp to make a phone

3  call.

4      **Q   Oh, okay.  I didn't know that.  I'm not**

5  **particularly text savvy.  All right.  Did -- did**

6  **Baosho -- Baosheng Guo represent to you that he**

7  **needed $20,000 to purchase broadcasting equipment**

8  **for a group whose goal it was to assist victims of**

9  **the CCP?**

10     A   He asked for money for the equipment for

11  the direct broadcasting.  He did not said for the

12  purpose of helping the victims of the CCP.

13         CHECK INTERPRETER:  The witness said

14  that -- he stated the purpose is for anti-CCP, but

15  he did not state it is helping the victims

16  prosecuted by the CCP.

17         MR. ALTMILLER:  That is to say, when you

18  say he, you mean, Baosheng Guo didn't represent that

19  it was for the help of victims of the CCP; it was

20  instead for this NTCCP, which is --

21         MR. MORRISSY:  Anti.

22         MR. ALTMILLER:  Anti.  Oh, anti --

1  anti-CCP.  I -- I understand now.  Sorry.

2         THE WITNESS:  Correct.

3         BY MR. ALTMILLER:

4      **Q   Okay.  And how was that representation**

5  **made?  Was it made verbally or in writing?**

6      A   Verbal.

7      **Q   And do you -- did you give him that**

8  **$20,000?**

9      A   For that particular time maybe 10,000 I

10  gave it -- to him, you know, back and forth several

11  times.

12     **Q   And when we discussed the video equipment**

13  **a few minutes ago, did you give him money for video**

14  **equipment?**

15     A   Yes.

16     **Q   And how much did you give him?**

17     A   I don't remember the exact amount.  It

18  may be more than 10,000.

19     **Q   And you believe that the money that you**

20  **gave to him in connection with video equipment and**

21  **the broadcasting that you just testified to that he**

22  **did not use it for the purpose that he said he was**

1  going to use it?

2      A   That's the fifth reason I'm suiing him.

3  He asked me for money to establish social media to

4  go against the CCP, but as a token, he went to

5  Canada using the same -- same excuses that -- that

6  he needed the equipment to make direct broadcast to

7  go against the CCP to expose the true intentions of

8  CCP to the Western world.  He used the same name as

9  the money in Canada.  He used the same reason and

10  defrauded more than 170,000 out of one person.

11         So that particular individual, Mr. Guo,

12  lived in their house, drank their very expensive

13  wine to a point that some -- you know, a person was

14  vomiting blood.  He used the excuse that he is

15  supporting me, Guo Wengui, to disclose the -- to --

16  to expose the -- China's communist party and support

17  the freedom and democracy in China.  Those people

18  believed him -- believed him with their life.

19         So he used my name that he represent me

20  to do all those things.  When that particular

21  individual learned about that he was -- go against

22  me, he put out a threat to this family, stating that

1  they were in the -- in the black society.  He even

2  asked the Canadian Royal Police to arrest that

3  family member.  So he used the same method by

4  threatening people, by distorting people, by

5  cheating people to -- to achieve his goal.  He used

6  the name of supporting me and he -- he -- so for

7  that particular person he was not able to go back to

8  mainland China and his entire wealth and estate were

9  in jeopardy because of what he did.

10         That's the fifth reason I'm suiing him.

11  The purpose is to protect people like that

12  individual.  So I recommend to my attorney to seek

13  this person to become a witness in court.  So I

14  recommend to you, you know, to have this person to

15  appear in court as a witness.

16     **Q   What do you think that Baosheng Guo did**

17  **with the money that you gave to him?**

18     A   I heard that she -- he bought a house.

19     **Q   Who did you hear that from?**

20     A   From the website.

21     **Q   Whose website?**

22     A   From Internet, from Internet.

1    **Q    Do you know what -- what page or -- or**
2    **what author?**
3        A    Lots of them.  They're in the documents
4    that we provided.  And that's the sixth reason I'm
5    suiing him.  Through the law of the United States,
6    through the court of the United States, I hope the
7    judge can conduct an investigation exactly how much
8    money Mr. Guo Baosheng distorted.
9            There are people who are willing to
10   appear in court as witness because he defrauded
11   $2.08 million.  This witness is willing to appear in
12   court.  This person who owns a -- a roasting duck
13   store here, this person is willing to -- to be the
14   witness to -- and he was one who recommended
15   attorneys here to represent him.  He also said that
16   he will get $3 million and split 50/50, 1.5 million
17   each.
18           So when they win this case, they will
19   receive $3 million from me at which point they will
20   split the 3 million 50/50.  So the fifth reason I'm
21   suiing him is I'm hoping the court will just summon
22   those witnesses that are talking about the owner of

1    this Beijing duck roast stores and have my attorney
2    to explain exactly where the money comes from and is
3    going, how much money Mr. Guo Baosheng has spent to
4    buy his house and where did this $2.08 million went
5    and for -- in order to seek justice for those who
6    support the victims that was -- victimized by CCP.
7        **Q    You just testified that you had provided**
8    **reports that you had relied upon in concluding that**
9    **Baosheng Guo had used money from you to buy a house.**
10           MR. MORRISSY:  He didn't say anything
11   about reports.
12           MR. ALTMILLER:  He said he provided -- he
13   said he read it on the Internet and he said he
14   provided that to -- to -- to us.  And we can read
15   back the answer.  I just --
16           MR. MORRISSY:  Yeah, he said he read it
17   on the -- the Internet.
18           MR. ALTMILLER:  Yeah.  And then he said
19   that he had provided that information to us or to
20   you.  I shouldn't say to us.
21           MR. MORRISSY:  Okay.
22           THE WITNESS:  I said from the Internet --

1            MR. ALTMILLER:  Right.
2            THE WITNESS:  -- from the social -- from
3    the media, social media.  From the social media.
4            BY MR. ALTMILLER:
5        **Q    And who -- okay.  So from social media,**
6    **who on social media said that he had used the money**
7    **to purchase a house?**
8        A    Our -- our colleagues who against CCP.
9            CHECK INTERPRETER:  Maybe comrades.
10           THE WITNESS:  My comrades.  My comrades
11   who are against CCP.  There was -- I saw photo.
12   Mr. Guo Wengui was in the photo with the gentleman,
13   his attorney --
14           CHECK INTERPRETER:  Guo Baosheng.
15           THE INTERPRETER:  Guo Baosheng.
16           MR. MORRISSY:  The Defendant.
17           THE WITNESS:  I saw a photo.  Mr. Guo
18   Baosheng was in it with this gentleman right here,
19   and Guo Baosheng said that he retained an attorney
20   and after that event our case was moved from one
21   court to a different court and the new court judge I
22   heard this -- is a person who look down or

1    discriminative against Chinese people.
2            So -- and he also said that this new
3    attorney they hired look like certain president, so
4    I'm asking you, are you the descendent of Mr.
5    President Carter?
6            MR. MORRISSY:  First of all, can we just
7    put your appearance on the record so we know who
8    we're talking about here?
9            MR. LAUFER:  We're talking about my
10   partner, James Eisenhower, who is related to the --
11   to former President Dwight Eisenhower.
12           MR. MORRISSY:  Can we -- I'm sorry.  Just
13   for the sake of identifying who was speaking --
14           MR. LAUFER:  Yeah.  My name is Alexander
15   Laufer, and I'm not related to any former presidents
16   or politician of any kind.
17           MR. MORRISSY:  And -- and you're also
18   counsel for Defendant --
19           MR. LAUFER:  That is correct.
20           MR. MORRISSY:  -- just so --
21           MR. LAUFER:  Yes.
22           MR. MORRISSY:  That's all.

1    MR. ALTMILLER:  So we -- we should put
2  that on the record.
3    THE WITNESS:  So after -- after Guo
4  Baosheng tweeted that information -- so after Mr.
5  Guo Baosheng tweeted the certain information, indeed
6  our case was moved from one of the state court to
7  another and the -- after what you said, this --
8  this proved that Mr. Guo Baosheng did hire a
9  descendent of a certain president to represent him.
10    Now, that -- he said that it's a threat
11  to us because he also state -- stated that the new
12  judge is discriminatory against Chinese people.  So
13  based on what he said, that represent that Mr. Guo
14  Baosheng is not respectful of the U.S. laws and,
15  therefore, we need to -- to bring the truth out.  We
16  need to seek justice and give equitable result to
17  the comrades that support us who against CCP.
18    I highly urge my attorney and the other
19  attorneys that -- take a good look of the Twitter
20  that Guo Baosheng tweeted because that kind of
21  language create a great pressure to all of us and
22  create pressure to those who support us to go

1  against -- those who go against communist party.
2  Just think about it; why is -- he stressed the new
3  attorney he hire is a white person.  What's the
4  difference between a white attorney versus colored
5  attorney?  He made such a tweet even before the case
6  was moved to a different court.
7    BY MR. ALTMILLER:
8  **Q    Okay.  I -- I might have been less than
9  clear in my question.  I wasn't asking about that.
10  So what I was asking about is you had said that
11  he -- you had heard that he had used money from you
12  to buy a house.  And I'm asking from whom did you
13  hear that.  I'm looking for the names of the people
14  who posted on social media who told you that.**
15  A    A lot of them floating around in social
16  media.  If that information is not enclosed in the
17  material that I submitted, I can go back and look it
18  up, if -- if I didn't submit it.
19  **Q    Okay.  I don't remember seeing that, but
20  I will --**
21    MR. MORRISSY:  Well, it wasn't anything
22  that was even close to asked for in your demands, so

1  I mean --
2    MR. ALTMILLER:  Okay.  Okay.
3    MR. MORRISSY:  Yeah, I mean, I think the
4  testimony was that it was on the Internet and posted
5  by non-parties and he saw it.
6    MR. ALTMILLER:  Okay.
7    MR. MORRISSY:  I think that was the
8  substance of his testimony.
9    BY MR. ALTMILLER:
10  **Q    And does that constitute your -- or is
11  that the basis for your belief that he used your
12  money to buy a house?**
13  A    That's -- that's not it.  Not only he
14  used that money to purchase a house, but he is a
15  person without any ethics.  He's using this logan of
16  defending democracy to defraud people.  He defrauded
17  most of the people that -- that are against the
18  communist party.
19    Secondly, he wrote a book.  And the --
20  the name of the book is called The Professional.  So
21  using the -- the pseudonym Manda, M-A-N-D-A, he said
22  that the book, Professional, has sold for -- 800

1  million copies and he -- it -- and it was on top 10
2  most read -- or top 10 sale list in the United
3  States.  A lot of students fell for it and purchased
4  his book.
5    He claim himself as a teacher and a
6  scholar so a lot of students in Germany and China
7  fell into his trap.
8    Additionally, other than purchasing the
9  house, he claim himself -- he claim that he is a --
10  he's a pastor.  He traveled to places explaining the
11  Bible, representing God and, however, he went to
12  Japan, Tokyo by using my name.  He visited a strip
13  club.
14    So what I'm saying to you is that he used
15  the name of the book to -- to defraud students.  He
16  used the name of against -- against the CCP to
17  defraud those who are democratically clean people
18  and that is the seventh reason I'm suiing him.
19    CHECK INTERPRETER:  And also the witness
20  said that he used the name of being pastor and then
21  cheating God.
22    THE INTERPRETER:  He used the name as

Page 54

1  pastor, cheating God.
2       MR. MORRISSY:  Can -- can we take a
3  five-minute break?
4       MR. ALTMILLER:  Sure.
5       MR. MORRISSY:  Go off the record for a
6  moment.
7       MR. ALTMILLER:  Sounds good.  Okay.
8       VIDEO OPERATOR:  We're going off the
9  record at 11:48, 11:48.
10      (Thereupon, a recess was
11      taken.)
12      VIDEO OPERATOR:  We're back on the record
13 at 11:59.
14      BY MR. ALTMILLER:
15   **Q   Is there any reason other than the social**
16 **media that you read that you believe that Baosheng**
17 **Guo purchased a house with -- with money he received**
18 **from you?**
19   A   Yes.  Yes, there are other reasons.  You
20 know, he used the name as a pastor to -- went to
21 Japan and went to a strip club.  He went to Taiwan,
22 visited a lot of officials.  He went to Japan and

Misty Klapper & Associates
703-780-9559

Page 55

1  met with Mr. Li Xioa Mu.  And all those things that
2  he did has nothing to do with -- exposed the -- nothing
3  communist parties or support our revolution, nothing
4  with that.
5       So he went to different places, collect
6  all -- a whole bunch of money and he was very poor
7  originally, so for all those money that he collected
8  he was able to buy a house.
9   **Q   And the reason you believe that, is that**
10 **only from what you read in social media?  Is there**
11 **any other reason that you believe that he bought a**
12 **house with these proceeds that he received?**
13   A   Because we're -- during a -- phone
14 conversations, he many times would iterate that he
15 was very poor and that he went all over the place
16 to -- soliciting our comrades for money, including
17 the person in Canada that I mentioned, Robert Wang.
18      CHECK INTERPRETER:  The Check Interpreter
19 thinks that the witness actually say over the
20 telephone conversation Guo Baosheng claimed that he
21 was very poor, so he would not have the money to buy
22 the house.  And he went all over the place to

Misty Klapper & Associates
703-780-9559

Page 56

1  solicit money, including to Canada and from Robert
2  Wang.  So I believe that the money that he solicited
3  he used to purchase the house.
4       THE WITNESS:  That's it.
5       BY MR. ALTMILLER:
6    **Q   So where did he purchase the house?**
7    A   I think somewhere in Virginia.
8    **Q   Okay.  Now, you said that there were**
9  **other witnesses that you hope would testify with**
10 **regard to fraud that was committed by Baosheng Guo.**
11 **What are the names of those witnesses?**
12   A   All those peoples are on the watchlist of
13 the CCP, so their life is in danger in the event
14 those information were disclosed.  So I would
15 like -- I will -- I cannot tell you at this point.
16 However, if we go through the court procedures to
17 assure their safety and to protect their identities,
18 then we can -- we can talk about the witnesses.
19 Otherwise, I don't want those information to be used
20 by you attorneys or by Mr. Guo Baosheng to hand it
21 over to the CCP.
22      Just like after he had a round of the

Misty Klapper & Associates
703-780-9559

Page 57

1  drinking with you guys, then he posted a photo of
2  you all, claiming that his attorney is a descendent
3  of certain president.  So I don't want the same
4  thing to happen for him to accidentally disclose
5  those information.
6    **Q   All right.  The -- the -- well, let me**
7  **ask you this:  Did Baosheng Guo represent to you**
8  **that he needed $2,000 for traveling expenses in**
9  **relation to this group whose goal it was to assist**
10 **victims of the CCP?**
11      MR. MORRISSY:  Sorry.  Just to be clear.
12 I'm not sure if this is a difference without a
13 distinction, but was it to assist victims or was it
14 anti-CCP?
15      MR. ALTMILLER:  So here's -- I can -- I'm
16 only going by the allegations in the complaint.
17      MR. MORRISSY:  Okay.
18      MR. ALTMILLER:  The allegations in the
19 complaint state that there was a group whose goal it
20 was to assist victims of the CCP.  This is referred
21 to in caps, Chinese Support Group, the Chinese
22 Support Group.  The allegation in the complaint that

Misty Klapper & Associates
703-780-9559

Page 58

1 I'm reading directly from is that Baosheng Guo
2 represented to Plaintiff that Defendant needed
3 $2,000 for traveling expenses pertaining to the
4 Chinese Support Group.
5         Since that's a defined term, I'm actually
6 defining it in -- every time I ask that question so
7 that the question is clear.
8         MR. MORRISSY: Okay. Good. Thank you.
9         THE WITNESS: Yes.
10        BY MR. ALTMILLER:
11   **Q   Do you believe that Baosheng Guo received**
12 **a lot of money from the Chinese government in order**
13 **to say critical things about you?**
14   A   Yes.
15   **Q   Okay. With regard to what we just**
16 **discussed with the $2,000 for traveling expenses,**
17 **did you give him that $2,000?**
18   A   Yes.
19   **Q   And when he represented to you that he**
20 **needed it for traveling expenses, how did he make**
21 **that representation to you? Was it verbal or was it**
22 **in writing?**

Page 59

1   A   Verbal.
2   **Q   And you have alleged that Baosheng Guo**
3 **represented to you that he needed $10,000 to arrange**
4 **a support conference for you in Washington; is that**
5 **true?**
6   A   Yes.
7         MR. MORRISSY: Didn't we go over this
8 previously?
9         MR. ALTMILLER: No. I'm just -- I'm --
10 no, I haven't -- I haven't asked that question.
11 That's a different one. It's a different allegation
12 and it's a different -- presumably, it's a different
13 time frame.
14        MR. MORRISSY: Okay. Sorry. Thank you.
15        BY MR. ALTMILLER:
16   **Q   Is -- is that true?**
17   A   Correct, yes.
18   **Q   And was that representation also made**
19 **verbally to you?**
20   A   Yes.
21   **Q   And did you give him $10,000 or any money**
22 **in response to that representation?**

Page 60

1   A   Yeah, I gave him 10,000. Once again,
2 it's not that I gave it to him. He defrauded me
3 instead.
4   **Q   I understand. When I use the word give,**
5 **I don't want to be -- transferred is probably a**
6 **better word. And -- and he also represented to you**
7 **that he could provide important details on corrupted**
8 **Chinese government officials in exchange for**
9 **$10,000; is that correct?**
10   A   Ten thousand, yes.
11   **Q   And did you give him that 10 -- excuse me**
12 **-- did you transfer that $10,000 to him?**
13   A   Yes.
14   **Q   Okay. And did he make that**
15 **representation verbally or did he make it in**
16 **writing?**
17   A   Verbal.
18   **Q   Okay. You have alleged that Baosheng Guo**
19 **tweeted the following: Guo states that he was**
20 **sentenced to prison during the students' movement in**
21 **1989 for providing fund to the students, but he was**
22 **actually charged with false pretenses, so he was**

Page 61

1 obviously lying.
2         **Did Baosheng Guo quote -- tweet that?**
3   A   I don't remember.
4   **Q   That statement, was that -- is -- is that**
5 **statement false? And -- and let me rephrase it.**
6 **The statement that I just said that you alleged that**
7 **Baosheng Guo had tweeted; is that statement false?**
8         MR. MORRISSY: Can you just turn it
9 around and --
10        MR. ALTMILLER: Let's do that. You know,
11 I'm actually -- actually, I already regret the
12 question, so I'm going to -- I'm going to -- will
13 just withdraw it and then I'm going to ask it in a
14 much more specific way.
15        BY MR. ALTMILLER:
16   **Q   Is it -- is it true that you stated that**
17 **you were sentenced to prison during the students'**
18 **movement in 1989 for providing funds to students?**
19        MR. ALTMILLER: And I want to be clear
20 when I ask him this. I'm asking is it true that he
21 stated it. I'm not asking is it true that it
22 happened. I'm asking whether or not he's ever

1  stated that.
2      THE WITNESS:  I don't remember.
3      BY MR. ALTMILLER:
4  **Q    And were you ever sentenced to prison in**
5  **China?**
6  A    Yes.
7  **Q    And what was it for?**
8  A    Anti-revolution -- incite -- incite
9  revolution.
10 **Q    Inciting revolution?**
11 A    Inciting.
12     CHECK INTERPRETER:  Inciting
13 anti-revolution.
14     THE INTERPRETER:  Inciting
15 anti-revolution.
16     BY MR. ALTMILLER:
17 **Q    And how long were you in prison?**
18 A    Twenty-two months.
19 **Q    And how old were you?**
20 A    Nineteen years old.
21 **Q    Okay.  All right.  Do -- you have alleged**
22 **that Baosheng Guo tweeted in English that you are**

1  **suspected of collaborating with hackers to frame**
2  **Chinese human rights activists.  Is that correct**
3  **that Baosheng Guo has tweeted that?**
4      MR. MORRISSY:  Are we just going to go
5  down the complaint and ask if -- ask if the
6  allegations in the complaint are true?
7      MR. ALTMILLER:  Not really, but we're
8  going down the -- the really important ones because
9  we can skip the first 100.  So, actually, it leaves
10 very few when you get out of the legal conclusions.
11 I'm actually pretty much almost finished asking
12 issues in here.
13     MR. MORRISSY:  Okay.
14     MR. ALTMILLER:  I just need to -- I need
15 to know what -- I just need to know answers to some
16 of these.
17     BY MR. ALTMILLER:
18 **Q    So let me just first ask, did -- did --**
19 **do you -- is it true that Baosheng Guo has tweeted**
20 **that?  I'm sorry.  And I'll say tweeted that Wengui**
21 **Guo is suspected of collaborating with hackers to**
22 **frame Chinese human rights activists.**

1      THE INTERPRETER:  Hackers to frame
2  Chinese activists?
3      MR. ALTMILLER:  Human rights activists.
4      THE INTERPRETER:  Human rights activists.
5      THE WITNESS:  That's incorrect.
6      MR. ALTMILLER:  Okay.  And I want to be
7  clear that I was asking him whether or not it was
8  tweeted, not whether or not the statement was true,
9  but whether or not Baosheng had tweeted that.
10     MR. MORRISSY:  I mean, has admitted these
11 statements, so --
12     MR. ALTMILLER:  All right.  Let's --
13 I'm -- I'm trying to get foundation because I get
14 into a problem when I ask about --
15     BY MR. ALTMILLER:
16 **Q    You know what, I'm happy to jump in and**
17 **ask it this way:  Have you ever been suspected of**
18 **collaborating with hackers to frame Chinese human**
19 **rights activists by anybody?  Have you ever been**
20 **suspected by anybody of -- of doing that?**
21     MR. MORRISSY:  How would he know?
22     MR. ALTMILLER:  I'm okay if the answer is

1  I don't know.
2      MR. MORRISSY:  Yeah.  No.  It calls for
3  speculation.
4      THE WITNESS:  Never.  Those were the
5  sayings by the communist party.
6      MR. ALTMILLER:  I'm happy to accept your
7  answer, by the way.  If -- if we want to establish
8  that the witness' answer to whether or not this
9  statement is true is I don't know, I'm -- I'm very
10 happy with that answer.
11     MR. MORRISSY:  I'm -- I'm not sure that's
12 what his answer was.
13     MR. ALTMILLER:  Well, you told me he
14 couldn't know, so I'm --
15     MR. MORRISSY:  No.  I told you it calls
16 for speculation.
17     MR. ALTMILLER:  Okay.
18     MR. MORRISSY:  I said, how is he supposed
19 to know.
20     THE WITNESS:  So the questions you ask
21 were the rumors spread by the CCP on the web.
22

1    BY MR. ALTMILLER:
2    Q    Okay.  So the CCP spread -- spread rumors
3    on the web that you were suspected of collaborating
4    with hackers to frame Chinese human rights
5    activists; is that correct?
6    A    Correct.
7    Q    Okay.  All right.
8    A    That question is -- really helped CCP.
9    Q    Now, you have alleged that you've
10   suffered damages as a result of these statements by
11   Baosheng Guo; is that correct?
12   A    Grave damage, yes.
13   Q    And can you, please, describe what that
14   damage is that you suffered as a result of these
15   statements by Baosheng Guo?
16   A    What he said caused great hurt and damage
17   to my family members in China.  After his rumor and
18   after he said things against me, my family members
19   and my assets in China suffered a great deal.  After
20   my family members saw the video that he posted, they
21   weren't able to go to sleep.  They have to -- using
22   a sleeping aid or sleeping pills.

Misty Klapper & Associates
703-780-9559

1         So -- so the court in Dalian after
2    the case -- so the court in Dalian --
3         CHECK INTERPRETER: D-A-L-I-A-N.
4         THE WITNESS: Dalian.  After the -- after
5    the case of that person that we talked about before
6    and they fined me $13 billion and after that -- so
7    he -- they used Guo Baosheng's videotapes as
8    evidence in the court and using that to threaten my
9    family, caused a grave danger to my family's safety
10   as well as my employees' safety, claiming that I was
11   doing bad things overseas and they used Guo
12   Baosheng's videos and Twitter as evidence in court.
13        And that's the eighth reason I must sue
14   Guo Baosheng for him to stop further hurting my
15   family members, my employees, my comrades as well as
16   my assets.
17        So I'm pleading to my attorney and you as
18   well to increase the damage that -- or the dollar
19   amount that Mr. Guo Baosheng should pay.
20        BY MR. ALTMILLER:
21   Q    And are -- those damages that you just
22   described, are those all the damages that you have

Misty Klapper & Associates
703-780-9559

1    incurred as a result of this defamation that you
2    allege Mr. Baosheng committed?
3    A    Yes.
4    Q    And with regard to the assets in -- that
5    you have in China, what assets are being damaged in
6    China?
7    A    Golden Spring, Beijing and Zenith,
8    Z-E-N-I-T-H, and Pangu Investment, Fountain
9    Security.
10        MR. PODHASKIE:  Founders.
11        THE WITNESS:  Founders Security.
12        MR. MORRISSY:  Founders.
13        THE INTERPRETER:  Oh, Founders Security.
14        BY MR. ALTMILLER:
15   Q    Are all -- are these companies?
16   A    Yes.
17   Q    And do you own these companies?
18   A    No.  My family.
19   Q    Okay.  And the employees that you
20   discussed, are they employees of these companies
21   that you've listed?
22   A    Yes.

Misty Klapper & Associates
703-780-9559

1    Q    Okay.  Okay.  And -- and were you fined
2    13 -- was it $13 billion or --
3    A    870 billion -- okay.  8.7 billion cash;
4    4.0 billion shares, total of 13 billion, around.
5    Q    And was that a fine to the companies or
6    to somebody personally?
7    A    The company.
8    Q    Okay.  All right.  Do you -- do you have
9    any documents related to the actions that were taken
10   in China that you've just described?
11   A    Yes.
12   Q    Have they been produced to your attorney?
13   A    I will do that.  We will do that.  I
14   don't believe you asked for it.
15   Q    Okay.  The -- the companies; Golden
16   Spring and Zenith and Pangu and Founders Security,
17   those are companies that are not owned by you, but
18   they're owned by your family, correct?
19        MR. MORRISSY:  Just to clarify, what does
20   that mean, owned by?  We need to clarify what that
21   means.  I know he said it, but --
22        MR. ALTMILLER:  Yeah, so I'm trying to

Misty Klapper & Associates
703-780-9559

Page 70

1  clarify.  I mean, I'm --
2        MR. MORRISSY:  Well, no.  It doesn't seem
3  like it from your question.  You're just glossing
4  over what owned by his family means, right?
5        MR. ALTMILLER:  Not by him.  How is that?
6  Owned by people that are not Wengui Guo.
7        MR. MORRISSY:  I'm not sure that's what
8  he means.
9        MR. ALTMILLER:  Okay.  Well, then that's
10  what I'm trying to find out.  That's why I clarified
11  it by saying owned by his family and not by him.  I
12  didn't just say owned by his family.  I said owned
13  by his family and not by him.
14        THE WITNESS:  No, no, you're wrong.
15        MR. PODHASKIE:  You want to go off the
16  record?  I can explain.
17        MR. ALTMILLER:  I don't mind.  I'll go
18  off the record to -- I mean, I just want to know.
19        MR. MORRISSY:  Okay.  Yeah.  No.  I hear
20  you, and I'm -- I'm just trying to let you know --
21        MR. ALTMILLER:  All right.  Let's --
22        MR. MORRISSY:  -- that you're going down

Misty Klapper & Associates
703-780-9559

Page 71

1  a path that is sort of incorrect.
2        MR. ALTMILLER:  Okay.
3        MR. MORRISSY:  I think it might be a
4  product of translation and --
5        MR. ALTMILLER:  Okay.
6        MR. MORRISSY:  Not that there's anything
7  wrong with the translation.  Just --
8        MR. ALTMILLER:  Let's -- let's just go
9  off and I'm happy to clarify.  I'm -- I'm not trying
10  to create a misimpression.
11        VIDEO OPERATOR:  We're going off the
12  record at 12:26.
13        (Thereupon, a discussion was
14        had off the record.)
15        VIDEO OPERATOR:  We're back on the record
16  at 12:29.
17        MR. ALTMILLER:  All right.  Now, we have
18  stipulated that the companies that were described
19  are owned by a fund, which is in turn owned by the
20  family of the deponent, Wengui Guo.
21        Right.  Okay.  I'm sorry.
22        MR. LAUFER:  Well, we're stipulating to

Misty Klapper & Associates
703-780-9559

Page 72

1  the testimony.  We don't know that it's true.
2        MR. MORRISSY:  Right, yeah.  Yeah, we're
3  stipulating that the testimony of the deponent is
4  that his family of which he is a part --
5        MR. ALTMILLER:  Right.
6        MR. MORRISSY:  -- is a beneficiary of a
7  fund, for lack of a better word or understanding,
8  that owns and controls certain entities.
9        MR. ALTMILLER:  Right.  Okay.
10        BY MR. ALTMILLER:
11    **Q  So now let me ask this then:  What is**
12  **your percentage ownership of that fund that owns the**
13  **companies?**
14    **A  We are listed as beneficiaries.  We do**
15  not designate percentages.
16    **Q  Okay.  Okay.  And you believe that the**
17  **actions that were taken against these companies were**
18  **taken specifically because of statements that were**
19  **made by Baosheng Guo on his Twitter feed, correct?**
20    **A  Yes.**
21    **Q  Okay.  And is there a reason why you**
22  **believe that the government took that action in**

Misty Klapper & Associates
703-780-9559

Page 73

1  **response to the tweets by Baosheng Guo?**
2    **A  No.**
3        MR. ALTMILLER:  I'm going to tell you
4  what, let's do this -- I actually have really just
5  two primary topics to go over next, and the next one
6  I have is pretty big and I was planning on taking a
7  break around 12:45 anyway to break for lunch and
8  Alex needs to feed the meter.
9        So I'm actually pretty hopeful that we
10  can -- we don't have that much longer; I mean, you
11  know, maybe an hour or two on this stuff.  So if
12  that's good --
13        MR. MORRISSY:  How long do -- so do you
14  want to break now?
15        THE WITNESS:  Continue is okay.  I don't
16  want to stop; continue.
17        MR. MORRISSY:  If we have an hour, why
18  break?
19        MR. ALTMILLER:  Well, it might be -- it
20  might go to two.  I'll tell you what, let's go --
21  let's -- let's go and see where -- let's see where
22  it takes us.

Misty Klapper & Associates
703-780-9559

1      MR. MORRISSY:  If we need to break to
2  feed meters, that's one thing, obviously, but --
3      MR. LAUFER:  Yeah, that's fine with me.
4  I'll run down and --
5      MR. MORRISSY:  Okay.  But if --
6      MR. LAUFER:  That's fine.
7      MR. MORRISSY:  But, yeah, I mean, if
8  we're an hour or two off, let's just power through.
9  I mean, the deponent doesn't mind, as long as you
10  don't mind.  Oh, of course, and you too.
11     MR. ALTMILLER:  Well, I mean, I'm just --
12  I'm just thinking about it.  I don't want to -- I
13  don't want to stress people out too much and -- and
14  at some point I do need to get fed and I -- I don't
15  want to get, you know, hangry.  But let's -- let's
16  do this:  Let's -- let's keep rolling and let's see
17  where it takes us.
18     MR. MORRISSY:  And by all means, if the
19  Interpreter or the Court Reporter needs to break,
20  please let us know.
21     MR. ALTMILLER:  And I'm -- I'm going to
22  want to break in, you know, an hour anyway, but --

1  but let's -- let's see where -- let's see where we
2  go.
3      BY MR. ALTMILLER:
4      Q   All right.  Do you have a -- a website
5  called guo -- www.guo.media?  Is that your website?
6      A   No.
7      MR. ALTMILLER:  Let's -- let's mark this
8  as an exhibit.
9          (Whereupon, Deposition
10          Exhibit Number 1 was marked
11          for Identification.)
12  BY MR. ALTMILLER:
13     Q   What I've handed you is a -- a printout,
14  and I'm not as concerned right now with the English
15  translation that's below it, but really with just
16  the screenshots that are -- are there and I wanted
17  to just see what -- if you recognized any of these
18  postings that are in Chinese and -- and if you made
19  those postings.
20     MR. MORRISSY:  So just to be clear, the
21  document that's been marked as an exhibit says on
22  the top:  3 --

1      MR. ALTMILLER:  Yes.
2      MR. MORRISSY:  -- Twitter in
3  www.guo.media?
4      MR. ALTMILLER:  Yes.
5      MR. MORRISSY:  What -- what does that
6  mean?
7      MR. ALTMILLER:  It means absolutely
8  nothing for the purposes of the exhibit.  And I
9  think we can stipulate that it is not --
10     MR. MORRISSY:  Okay.
11     MR. ALTMILLER:  -- part of the exhibit.
12  In fact, the only thing I'm asking the -- the
13  deponent about is -- are -- are the screenshots.  We
14  can get to other parts of this later, but I want to
15  simply identify the screenshots and if -- if he
16  recognizes those at all.
17     MR. MORRISSY:  Okay.
18     THE WITNESS:  Yes.
19     BY MR. ALTMILLER:
20     Q   And where were these posted or how were
21  they posted?
22     THE INTERPRETER:  Where or how?

1      MR. ALTMILLER:  Yes.
2      THE WITNESS:  Guo Media.
3      BY MR. ALTMILLER:
4      Q   And what is Guo Media?
5      A   It's a social media platform similar to
6  that of Twitter.  I am one of the user -- one of the
7  users.
8      Q   Did you create this platform?
9      A   I did not create it.  I'm one of the
10  participants.  I'm just a consultant.  That's all.
11     Q   Who is the Guo in Guo Media?
12     A   This Guo related to the disclosure of
13  informations.  So it is kind of a strategic decision
14  that is used to disclose -- disclose information.
15     Q   Is -- is -- does the Guo in Guo.media
16  refer to any person?
17     A   No.  It just means disclosure of
18  informations for revolution.
19     Q   And were you at all involved in the
20  creation of this platform?
21     A   I did not participate.  I just suggested.
22     MR. ALTMILLER:  Just what?

1        THE INTERPRETER:  Suggested.
2        MR. ALTMILLER:  Suggested.
3        CHECK INTERPRETER:  The Check -- the
4   Check Interpreter thinks it might be better to use
5   made recommendations.  I did not participate.  I
6   merely made recommendations instead of use the word
7   suggested.
8        MR. ALTMILLER:  Okay.  That's -- that's
9   fine.
10       THE INTERPRETER:  I made a
11  recommendation.  That's fine.
12       BY MR. ALTMILLER:
13   **Q    To whom did you make recommendations with**
14  **regard to Guo Media?**
15   A    Investment company of Guo Media.
16   **Q    Did they come to you for advice or**
17  **recommendations?**
18   A    Yes.
19   **Q    Do you have any ownership interest in**
20  **the -- in Guo Media or in the company that owns Guo**
21  **Media?**
22   A    No.

1   **Q    Are you featured in any way prominently**
2   **on www.guo.media?**
3        MR. MORRISSY:  Please clarify what you
4   mean by prominently.  Maybe he will.
5        THE WITNESS:  The wording you're using is
6   very similar to that of the communist party.  What
7   do you mean by featured or prominent?
8        BY MR. ALTMILLER:
9   **Q    Okay.  Well, I don't -- I don't want to**
10  **use the language of a communist government.  Is your**
11  **picture found on the website www.guo.media?**
12   A    Sure.  A lot of people's photos were up
13  there, not -- not just me.
14   **Q    Okay.**
15   A    It is just a place that you transfer or
16  transmit informations and photos, not just my
17  photos.
18   **Q    So if you go to Guo Media, on the very**
19  **first page, does it have your picture?**
20   A    The first page -- the first page does not
21  have my photos.  It has many other photos.
22   **Q    Okay.  Let me -- let me -- let me ask you**

1   about the -- well, you know what, I'm going -- I'm
2   going to do this with the -- let's look at this.
3        MR. ALTMILLER:  Let's mark this as Number
4   2.
5        (Whereupon, Deposition
6        Exhibit Number 2 was marked
7        for Identification.)
8        BY MR. ALTMILLER:
9   **Q    Do you recognize this document?**
10   A    I recognize it.
11   **Q    Did you make these posts?**
12       MR. MORRISSY:  I'm sorry.  Which document
13  are we looking at?
14       MR. ALTMILLER:  Number 2.  Sorry.  Number
15  2.  Fair enough.
16       MR. MORRISSY:  Because he had that behind
17  Number 1.  So do that one.  Sorry.
18       THE WITNESS:  Yes, it's part -- it's just
19  part of it.  The source was Guo Baosheng.  I
20  re-tweeted it.
21       BY MR. ALTMILLER:
22   **Q    So he had tweeted his driver's license**

1   and passport and you re-tweeted it?
2    A    The document that he re-tweeted included
3   those documents and I re-tweeted it.
4    **Q    Okay.  So you got those documents from a**
5   **tweet from Baosheng Guo?**
6    A    Yes.
7    **Q    Okay. Okay.**
8        MR. MORRISSY:  Got what documents?
9        MR. ALTMILLER:  The passport and driver's
10  license.
11       MR. MORRISSY:  But that's not -- I don't
12  think that's exactly what he said.  I think the
13  testimony was that these things were part of a
14  document that he re-tweeted.
15       MR. ALTMILLER:  Right.  In other words, I
16  understood his testimony to be that he never had
17  those documents, that he got them because somebody
18  probably -- I assume my client -- tweeted them.
19       MR. MORRISSY:  Yeah.  I'm only --
20       MR. ALTMILLER:  Tweeted a document that
21  had that in there.
22       MR. MORRISSY:  Yeah.  It was what he

Page 82

1  filed with the court. I mean, it's no secret. He
2  filed this picture with the court and then he
3  tweeted it.
4         MR. ALTMILLER: Wait. He filed --
5         MR. MORRISSY: He filed this photograph
6  and this photograph with the court.
7         MR. ALTMILLER: Okay.
8         MR. MORRISSY: It's a -- it's a public
9  filing. And then he sent out a tweet about it. You
10 don't know that? Yeah. It's in the court file.
11        MR. ALTMILLER: Okay. I got you.
12        MR. PODHASKIE: It's part of the notice
13 of removal.
14        MR. ALTMILLER: Oh.
15        MR. MORRISSY: Or some letter that
16 preceded the -- the notice of removal.
17        MR. ALTMILLER: So it's part -- it's part
18 of the notice of removal? Okay. That's why I
19 ask -- that's why I ask questions in discovery.
20        MR. MORRISSY: Yeah. No. I just want to
21 make sure that it -- yeah, it was -- I mean, the
22 document that was filed with the court --

Misty Klapper & Associates
703-780-9559

Page 83

1         MR. ALTMILLER: Right.
2         MR. MORRISSY: -- by your client --
3         MR. ALTMILLER: Right.
4         MR. MORRISSY: -- was given back to you
5  in discovery, so it should be pretty clear that
6  that's what happened.
7         MR. ALTMILLER: Okay.
8         MR. MORRISSY: I mean, I -- I gave you
9  that document back.
10        MR. ALTMILLER: I understand. Well,
11 that's why I said that's why -- that's why I ask
12 questions, that's why I ask Interrogatories so
13 people can say, hey, this is what happened and I go,
14 okay, I don't have to ask that question.
15        MR. MORRISSY: Yeah. No. That happened
16 and -- but you asked the question.
17        MR. ALTMILLER: Let's do this, actually.
18 All right. Let's mark this as 3.
19            (Whereupon, Deposition
20            Exhibit Number 3 was marked
21            for Identification.)
22

Misty Klapper & Associates
703-780-9559

Page 84

1         BY MR. ALTMILLER:
2     Q    Now, what -- what I've handed to you is a
3  certificate of translation that relates to some of
4  the postings that we just looked at in Exhibit 1.
5  I'm now referring to Exhibit 3 being the
6  translation.
7         This has been previously provided to your
8  counsel. Let me ask, have you seen this document
9  before?
10    A    I've seen it.
11    Q    And -- and, actually, let me -- let me
12 revise what I -- what I just said about that. Let
13 me revise because I said something that was -- that
14 was inaccurate. I was referring to the posts on --
15 on -- on Guo Media. These are actually translations
16 of -- of videos. And --
17    A    I understand. I have seen it.
18        MR. MORRISSY: Is this what was given
19 yesterday?
20        MR. ALTMILLER: No, no. I -- this was --
21 was given yesterday, but it was given weeks before.
22 I mean, I --

Misty Klapper & Associates
703-780-9559

Page 85

1         MR. MORRISSY: But in a different form?
2         MR. ALTMILLER: Yeah. We just -- I -- I
3  delivered this in -- pursuant to the Rule 26
4  disclosures in our continuing duty to supplement the
5  -- those -- those disclosures.
6         MR. MORRISSY: Okay. Yeah. I just
7  actually don't have it in front of me right now.
8         MR. ALTMILLER: The --
9         MR. MORRISSY: You gave it to me.
10        MR. ALTMILLER: Yeah.
11        MR. MORRISSY: I just didn't have it in
12 front of me when I asked the question.
13        MR. ALTMILLER: Oh, okay.
14        MR. MORRISSY: I'm -- I just asked for
15 the clarification. That's all.
16        MR. ALTMILLER: Oh, okay. Okay.
17        BY MR. ALTMILLER:
18    Q    So you've seen this before. Do -- have
19 you looked to see whether or not you think this
20 accurately reflects the statements that were made in
21 the videos that are identified?
22    A    Yes, yes.

Misty Klapper & Associates
703-780-9559

Page 86

1    Q    And I want to talk about just a couple
2  of -- a couple of aspects of this, if I could.  Did
3  you refer to Baosheng Guo as a political liar, a
4  religious liar and a beast?
5    A    Yes, I did.
6    Q    And -- and that's because you believe
7  that Baosheng Guo is a liar, correct?
8    A    Yes.
9    Q    And you have also said that he has
10  attempted to swindle money and defraud donations; is
11  that correct?
12    A    Yes.
13    Q    And you believe that to be true as well?
14    A    Correct.
15    Q    And we've discussed the -- the reason you
16  believe that, I think, previously.  And is that
17  because you believe that he defrauded you?  Correct?
18    A    Yes.
19    Q    And you believe that he did that to other
20  human rights activists as well, correct?
21    A    Yes.
22    Q    And is -- the reason that you believe

Page 87

1  that's the case is because of the frauds that you
2  described earlier in your testimony against other
3  human rights activists?
4    A    Yes.
5    Q    And those are the -- the folks that you
6  can't give me their names because of the peril that
7  it would put them in with the Chinese government,
8  correct?
9    A    Some of them I already disclosed in the
10  document that I submitted.  Some of them I cannot
11  disclose.
12    Q    The ones that you did disclose, can you
13  give me their names?
14    A    One person's name is Mu Yung.  The other
15  one is Jacki Wang, Sara and Robert Wang.  I provided
16  those names.  Wayne Cao and Hank, Yvette Wang.
17    MR. MORRISSY:  Yvette.
18    THE INTERPRETER:  Yvette Wang.
19    CHECK INTERPRETER:  Yvette.
20    MR. MORRISSY:  Yvette.
21    BY MR. ALTMILLER:
22    Q    Y-V-E-T-T-E?

Page 88

1    A    Yvette Wong.
2    Q    And who -- who is Yvette Wang?
3    A    Was my former employee.  Currently my
4  partner, a person who supports disclosure of
5  information, support the revolution.  Also was hurt
6  by the CCP.
7    Q    Jacki Wang, is it -- Wang?
8    A    One of the comrade in California who
9  opposed communist party.
10    Q    And he -- he was defrauded by Baosheng
11  Guo?
12    A    Yes.
13    Q    How much was he defrauded out of?
14    A    He will not disclose the amount of money
15  that he was defrauded because he was one of the
16  witness, was also the person who purchased or paid
17  for the airline tickets and expenses.  And the name
18  is G.S. Muyang, GS M-U-Y-A-N-G.
19    Q    Okay.  And Robert Wang, who is that?
20    A    Canadian person that was defrauded about
21  180,000 to 160,000 by him.
22    Q    Okay.  And do you know how he was

Page 89

1  defrauded by Baosheng Guo?
2    A    He used that he was supporting Guo
3  Wengui, and he needed the money to host a conference
4  and for travel expenses, et cetera.
5    Q    And you know this because Robert Wang
6  told you that?
7    A    Yes.
8    Q    Okay.  All right.  Wayne -- what is it?
9    THE INTERPRETER:  Cao.
10    BY MR. ALTMILLER:
11    Q    -- Cao was also defrauded by Baosheng
12  Guo; is that correct?
13    A    The money he defrauded from me he gave it
14  to Wayne Cao.
15    CHECK INTERPRETER:  Wayne Cao gave the
16  money to him.
17    THE INTERPRETER:  Oh, Wayne Cao gave the
18  money to --
19    CHECK INTERPRETER:  The money that he
20  defrauded from him, it was Wayne Cao who hand the
21  money to him.
22    THE WITNESS:  Wayne Cao was the person

1 who gave the money to Guo Baosheng.
2     BY MR. ALTMILLER:
3     Q  Oh, so that's somebody who gave it to --
4 to him on your behalf?  Okay.
5     A  I gave the money to Wayne Cao.  Wayne Cao
6 gave the money to Guo Baosheng.
7     Q  Okay.  How much money?
8     A  Over $10,000 of cash and plus some wine
9 and liquor, total about approximately 20,000.
10     Q  Okay.  I actually -- I meant to ask you,
11 with regard to Exhibit 2, which was the driver's
12 license and passport, is there a reason that you
13 posted that on Guo Media?
14     MR. MORRISSY:  Well, did he post it?
15 That what -- that was never said in the testimony.
16     MR. ALTMILLER:  Okay.  Well, I'll ask
17 him.
18     MR. MORRISSY:  Yeah, let's clear that --
19     MR. ALTMILLER:  He said he re-tweeted it,
20 so --
21     MR. MORRISSY:  Well, no, he didn't.  He
22 said that -- that's not what he said.

Misty Klapper & Associates
703-780-9559

1     MR. ALTMILLER:  Okay.  I will ask him --
2 I will ask him then what he said.
3     MR. MORRISSY:  Okay.
4     BY MR. ALTMILLER:
5     Q  Did -- is this you posting the driver's
6 license and passport of Baosheng Guo?
7     A  No.  Guo Baosheng, he, himself, tweeted
8 that amongst his legal documents in court.  I
9 re-tweeted it.
10     Q  Okay.  That's what I thought you said.
11 And I'm asking why you re-tweeted it?
12     A  He tweeted it.  I'm just helping him so
13 that people know the progress of the case.
14     Q  So you're doing it to help Baosheng Guo?
15     A  I'm helping people to understand the
16 progress of this case since he was the one who
17 tweeted it, I re-tweeted it, because all those who
18 were cheated by him were paying attention on the
19 progress of the case.
20     Q  The writing that's under the driver's
21 license that's in Chinese, what does that say?
22     A  Please log in.  If you like it, please

Misty Klapper & Associates
703-780-9559

1 share or leave a message.  That's one of the
2 function -- that's one of the function of Guo Media.
3 Nothing to do with me.
4     Q  Okay.  All right.
5     MR. ALTMILLER:  We'll take a break for a
6 couple of minutes.
7     VIDEO OPERATOR:  We're going off the
8 record at 12:59.
9     (Thereupon, a recess was
10     taken.)
11     VIDEO OPERATOR:  We're back on the record
12 at 13:10.
13     MR. MORRISSY:  Just before we -- I know
14 we were talking about breaks and we just took one
15 and the need for nourishment, but on every break we
16 take, we've sort of noticed a growing contingent of
17 people outside and some from a media company that
18 the Defendant has been known to give interviews
19 with.
20     And we believe that staying here for an
21 extended period of time is a distinct threat to the
22 safety of my client.  So with that being said, you

Misty Klapper & Associates
703-780-9559

1 know, if you want to -- let's go through it and if
2 you want to take a break to call your client and ask
3 him to ask the media company to back off, that would
4 probably also be a positive thing.
5     MR. ALTMILLER:  I'm -- I'm totally with
6 you and -- and my co-counsel just spoke what I was
7 thinking, which is, do you guys have a back door?
8     MR. MORRISSY:  None that I've used
9 before.
10     MR. ALTMILLER:  Okay.  Because I don't
11 want to deal with that.
12     MR. MORRISSY:  Right.  Well, I mean,
13 it's -- it's your client, right.  It's a company
14 called AMD that -- well, you can try, but it's, you
15 know, it's -- I don't know any more than you do, but
16 I've been given information that leads me to
17 logically believe that it wasn't us who called this
18 company or the people from the Chinese Embassy that
19 may be there.
20     MR. ALTMILLER:  I will -- I will grant
21 you that the suspects will dwindle once we eliminate
22 the people in this room so, let's --

Misty Klapper & Associates
703-780-9559

Page 94

1    MR. MORRISSY:  What do you mean
2  eliminate?
3    MR. ALTMILLER:  What -- I said once we
4  eliminate the people in this room, the suspects
5  would dwindle.
6    MR. LAUFER:  The elevator says there's a
7  lower lobby, a lobby and there's a lower lobby.
8    MR. MORRISSY:  Um-hmm.
9    MR. ALTMILLER:  Well, I'm not going to
10  discuss escape plans.  Let's -- we should --
11  let's --
12    MR. MORRISSY:  I'm just saying, if -- you
13  know, we should power through because if my client's
14  security team believes that the risk is heightened
15  to the point where another authority needs to be
16  called or he needs to be escorted out, that's going
17  to have to happen.  So let's --
18    MR. ALTMILLER:  I hear you.
19    MR. MORRISSY:  But we don't want that to
20  happen, so let's just move.
21    MR. ALTMILLER:  I'm just trying to do a
22  deposition.

Misty Klapper & Associates
703-780-9559

Page 95

1    THE WITNESS:  (Unintelligible.) Legal?
2    MR. ALTMILLER:  For the record, I -- I --
3  I can't respond to a question that's -- that
4  requests legal advice from a --
5    BY MR. ALTMILLER:
6    Q  All right.  Let's -- let's move along.
7  You -- you stated that -- that Baosheng Guo is a
8  killer of the democratic movement out to secure a
9  show in Las Vegas?
10    A  Yes.
11    Q  And you believe that to be true; is that
12  correct?
13    A  Yes.
14    Q  How do you think that he is a killer of
15  the democratic movement?
16    A  Because he defrauded and then also fool
17  those people who come against CCP.  And those people
18  who paid the price of their life and of their
19  families, because in the past 70 years there's no
20  one like myself that is outspoken against the --
21  against the -- the communist party and is
22  anti-revolutionary.

Misty Klapper & Associates
703-780-9559

Page 96

1    So he used -- against the CCP, and he's
2  spoke against me, shows that he is a person who is
3  anti-democracy, a killer of the democracy, including
4  his actions today, summoned the media to -- to come
5  here.  So his intention was to have the communist
6  party's spy to kill me.
7    MR. ALTMILLER:  And I should just also
8  say that my co-counsel was just downstairs and we
9  may have an update on that situation.
10    MR. LAUFER:  Yeah.  There's -- there's --
11  there's absolutely nobody out there and the security
12  detail has indicated that they have no concerns
13  about it.
14    MR. MORRISSY:  Well, the security detail
15  for my client isn't going to share with you their
16  concerns, first of all.  And second of all, there's
17  absolutely people on the street.  It's DC.  Did you
18  go from car to car and check who was in each car?
19  We don't really know.  So we'll get pictures of
20  them.
21    BY MR. ALTMILLER:
22    Q  Okay.  Did you -- did you state that the

Misty Klapper & Associates
703-780-9559

Page 97

1  Defendant would have sex with an animal?
2    A  No.
3    Q  Have you said -- have you stated that
4  Baosheng Guo has solicited prostitutes in Tokyo?
5    A  I didn't say he solicited a prostitute.
6  I said that he went into strip club.  Maybe it's a
7  translation error.
8    Q  Okay.  I'm just asking.  And why did you
9  state that Baosheng Guo went to a strip club?
10    A  Because a comrade who supported me in
11  Japan told me, plus Li Xioa Mu also told me that he
12  went to a strip club in Tokyo.  I don't know if --
13  if it's a translation error, whether those people in
14  the strip club are qualified or so-called
15  prostitute, but he listed the strip club.
16    Additionally, he was the one who paid the
17  bill.
18    Q  And -- and who are these -- these people
19  who told you that?
20    A  Li Xioa Mu.  He was the person who paid
21  the expenses on his behalf when they went to the
22  strip club to see women strip their clothes off.

Misty Klapper & Associates
703-780-9559

Page 98

1    Q    Okay.  Did you ever state that Baosheng
2  Guo was poor and would not be able to file suit or
3  defend a lawsuit?
4    A    Yes, I said that.
5    Q    Did you state that the reason that
6  Baosheng Guo removed his complaint to federal court
7  was so that he could hand pick a judge?
8    A    No, that's not what I said.  No.
9    Q    Did you make any statement about why
10  Baosheng Guo would have removed the case to federal
11  court?
12    A    I already answered your question.  Guo
13  Baosheng was the one who tweeted the photos bragging
14  that they had a drink with this attorney who is a
15  descendent of President Carter.  So he was the one
16  who tweeted that and that -- to show us that he also
17  have the case moved to a different court.  He
18  tweeted that the judge at this new court
19  discriminate against Chinese people; Asian people,
20  especially Chinese.  All of those move are
21  disadvantageous to our case.  He says this is the
22  end date of -- of ever Guo.

Page 99

1        THE REPORTER:  Of what?  I'm sorry.
2        THE INTERPRETER:  Referring to him.
3        THE WITNESS:  Evil Guo, G-U-O, my first
4  name, yeah, family name.
5        THE INTERPRETER:  Oh, evil Guo.
6        THE WITNESS:  He claimed that this -- the
7  evil Guo's end date is here, he said, or he tweeted
8  it.  But I'm still alive after meeting you guys
9  after so long.  You don't kill me.  Thank you.
10        BY MR. ALTMILLER:
11    Q    Do you -- do you have a United States
12  passport?
13    A    No.
14    Q    Have you ever claimed that you had a
15  United States passport?
16    A    I never claimed that.
17    Q    Did you ever state that you had a
18  relationship with the first hacker in the world?
19    A    We are saying that we are in the process
20  of contacting the first hacker in the world for
21  anti-CCP.  So don't take portions of my statement
22  and twist it.  That is too much like the communist

Page 100

1  party and those are not facts.
2    Q    What is your current net worth?
3    A    Negative.
4    Q    Okay.
5    A    On many media outlet, I already said that
6  I don't have any more money, even with -- my 13
7  billion assets in my homeland was confiscated.  So I
8  have negative assets and that's why I'm suiing.
9        CHECK INTERPRETER:  He said 1.3 billion.
10        (Cross talking in English and
11        Chinese.)
12        THE INTERPRETER:  That's what he said, 13
13  billion.
14        CHECK INTERPRETER:  Because what he said,
15  (Chinese), that is 1.3 billion.  But now that he
16  corrected it, so --
17        (Cross-talking.)
18        THE WITNESS:  Yeah, yeah, right.
19  Thirteen billion is correct.  You were correct.
20  Thank you.  I'm wrong.
21        BY MR. ALTMILLER:
22    Q    So have you represented yourself in

Page 101

1  public as being a billionaire?
2    A    Never.
3    Q    Okay.  All right.  Do you own any assets
4  in the United States?
5    A    In reality, under the law, no.
6    Q    Do you receive any income from any
7  sources?
8    A    No.  Communist party closed or seized all
9  my accounts and credit cards, especially after Guo
10  Baosheng started his cooperation with the communist
11  party and all my accounts were froze and I have not
12  a penny left.
13    Q    How do you pay your expenses?
14    A    Borrowed.
15    Q    So you continue to borrow money now to --
16  to pay your ongoing expenses?
17    A    Yes.
18    Q    Okay.  Other than your interest in the
19  fund that owns the companies that we discussed
20  earlier, do you own any assets or real estate in
21  your own name?
22    A    The apartment that I stayed in New York,

Page 102

1  781 Sherry-Netherland, was owned by the fund under
2  my name, but it's not mine.
3             (Court reporter clarifying.)
4             (Thereupon, a discussion was
5             had off the record.)
6       BY MR. ALTMILLER:
7       Q    And so the -- so the -- the apartment
8  in -- in Manhattan is not in your name; is that
9  correct?
10      A    It's under my name, but I did not own it.
11      Q    Okay.
12      A    Or I do not own it.
13           MR. MORRISSY:  So, let's -- what does --
14  let's just talk about what under my name means
15  because we're talking about a New York apartment.
16  You're -- you're from up there.  You know how things
17  are done with co-ops and condos and --
18           MR. ALTMILLER:  Yeah.  I -- I have no
19  idea what it means.
20           MR. MORRISSY:  Right.  Does it matter to
21  you?
22           MR. ALTMILLER:  I mean, I don't know what

Page 103

1  to make of it and so at some point -- I mean, I
2  haven't checked the land records, so I don't know --
3  I don't know -- or the tax records, so I have no
4  idea what it means.  I don't know -- I don't know
5  what to make of it, quite frankly.
6           MR. MORRISSY:  Yeah.  It's all online
7  with ACRIS, so --
8           MR. ALTMILLER:  I just -- I have no idea.
9           MR. MORRISSY:  It's public information.
10          MR. ALTMILLER:  I mean, I'm not trying to
11  be tricky.  I was just -- I was just curious as I
12  say --
13          MR. MORRISSY:  No, and I wasn't
14  insinuating that.  I just wanted to clarify what my
15  client said, you know.
16          MR. ALTMILLER:  He said it was in his
17  name and he didn't own it.
18          MR. MORRISSY:  It's under his name.
19          MR. ALTMILLER:  Under his name.  He
20  didn't own it.
21          MR. MORRISSY:  Because I don't understand
22  what that means.

Page 104

1           MR. ALTMILLER:  Well --
2           MR. MORRISSY:  I mean, he's allowed to
3  live there pursuant to the co-op's rules.  These
4  are -- I'm just --
5           MR. PODHASKIE:  So it's all public.  So
6  it's owned by an LLC technically.  The shares are
7  owned by an LLC and he -- then the LLC is then owned
8  by a separate holding company and he is the owner of
9  the holding company and then he also has assets by a
10  proprietary lease the way a co-op is set up.  It's
11  not a condominium, so you don't own the real estate.
12  You get shares and you get a lease to the apartment.
13          MR. LAUFER:  So he's a beneficial owner?
14          MR. PODHASKIE:  Correct.
15          MR. ALTMILLER:  So -- just to clarify, so
16  he is -- the property is owned by an LLC that's
17  owned by a holding company that in turn is owned by
18  Mr. Guo?
19          MR. PODHASKIE:  Correct.
20      BY MR. ALTMILLER:
21      Q   Okay.  Is that -- is that true?
22          MR. ALTMILLER:  Can I just have the

Page 105

1  witness say that that's true?
2           THE WITNESS:  Yes.
3           MR. ALTMILLER:  Okay.  So would it be --
4  so -- okay.  All right.  I'm not sure -- I'm not
5  sure what to make of that because it then -- it
6  suggests that he owns a -- he owns a company that
7  owns a company that owns a $65 million apartment.
8           MR. MORRISSY:  Well, who's valuing that
9  apartment?
10          MR. ALTMILLER:  Well, that's a good
11  question.  So let's do this --
12          MR. MORRISSY:  It wasn't purchased for
13  that amount.
14          MR. ALTMILLER:  Let me -- that's --
15  that's a good point.  Let's mark this as -- is it 4?
16  Let's mark it as 4.
17             (Whereupon, Deposition
18             Exhibit Number 4 was marked
19             for Identification.)
20      BY MR. ALTMILLER:
21      Q   So let me ask you this:  You're aware
22  that there was a -- a profile done of you by -- in

Page 106

1 the New York Times Sunday Magazine?
2    A   Yes.
3    Q   For those of us who grew up in New York
4 it's kind of a big deal.
5        THE REPORTER: I'm sorry.
6        MR. ALTMILLER: I said, for those of us
7 who grew up in New York, that's kind of a big deal.
8        BY MR. ALTMILLER:
9    Q   Anyway, what I -- what I -- what I wanted
10 to ask you was this is -- I'll represent to you this
11 is the -- the article that was written and I --
12 all -- all I wanted to -- to ask you about just to
13 follow up with what we were discussing is a -- a
14 part in here on the first page and in the second
15 paragraph, which begins with: I have the best
16 houses, and then it -- it talks about some other
17 property that you own.  And I -- I just wanted to
18 ask if these statements in here are true?
19        MR. MORRISSY: Can we have these
20 statements translated?
21        THE WITNESS: Incorrect.
22        MR. MORRISSY: Incorrect.  There we go.

Misty Klapper & Associates
703-780-9559

Page 107

1        MR. ALTMILLER: All right.  That's --
2 that's -- that's all I was asking.  Okay.  Let's do
3 this.  Is that five?
4            (Whereupon, Deposition
5            Exhibit Number 5 was marked
6            for Identification.)
7        BY MR. ALTMILLER:
8    Q   So what I've handed you marked as Exhibit
9 5 is a document I received yesterday afternoon or
10 evening -- I think it was evening -- which are the
11 most recent version of your objections and responses
12 to Interrogatories.  Have you seen these?
13    A   I have seen it.  I signed it.
14        MR. ALTMILLER: Do we have a signed
15 version?
16        MR. MORRISSY: Yeah.  This should be it.
17        MR. ALTMILLER: Oh, there it is.  Okay.
18 Just not under oath.  Okay.  It's just signed.
19 Okay.  All right.
20        MR. MORRISSY: He's under oath now.
21        MR. ALTMILLER: Yes, he is.
22

Misty Klapper & Associates
703-780-9559

Page 108

1        BY MR. ALTMILLER:
2    Q   So -- so let me ask you.  You read this
3 and signed this.  Do you attest that these answers
4 are true and accurate to the best of your knowledge?
5    A   Yes.
6    Q   Okay.
7    A   But due to the -- the time constraint, it
8 was not translated in its entirety.  It's only
9 verbally conveyed to me, but the truth in there
10 should be no problem.
11    Q   Okay.  I want to talk about the answer
12 that you provided to Interrogatory Number 4, which
13 begins on page 6.  And in that Interrogatory you
14 provide the names of people who are known to you who
15 are witnesses of the events and allegations in the
16 complaint and in the counterclaim.
17        Are these all the people that you know
18 that fit that description?
19    A   It's accurate.
20    Q   Is it Wayne Cao?  Is that how it's
21 pronounced?
22    A   Wayne Cao, yes.

Misty Klapper & Associates
703-780-9559

Page 109

1    Q   He -- he works for you?
2    A   Yes.
3    Q   Hank Han works for you?
4    A   Yes.
5    Q   Yvette Wang works for you?
6    A   Partner?
7    Q   And Robert Wang?
8    A   No.  A supporter.
9    Q   Okay.  All right.  I want to -- I want to
10 ask you -- I asked you earlier about the basis for
11 the statements that you have made about Baosheng
12 Guo.  Have you given me all the facts that you are
13 relying upon for making those statements?  I'm only
14 asking about the statements that I've asked you
15 about, not -- not any statements I haven't asked you
16 about.
17    A   Yes.
18    Q   Okay.  You have sued Baosheng Guo for one
19 million dollars for defamation.  Is there a reason
20 for that amount?
21    A   I told you that during the Dalian lawsuit
22 that -- the damage he caused me and my employees.

Misty Klapper & Associates
703-780-9559

Page 110

1  Additionally, judge relied on the YouTube and the
2  media information as the basis to determine that
3  that -- the judge's decision. The damage that he
4  caused us is far exceeding one million --
5      **Q    Okay.**
6      A    -- including the assets located in Hong
7  Kong that was being investigated or seized was all
8  because of Guo Baosheng's YouTube and Twitter.
9  Therefore, his damage to my family members, myself
10  and all that involved far, far exceeded one million
11  dollars. In the future we will seek to up that
12  amount.
13      MR. ALTMILLER: I'm going to take a break
14  very quickly. I want to talk to my co-counsel. You
15  guys can stay here. I'm -- I'm very close to being
16  done, if not there. But I just want to -- I just
17  want to confer with him outside. It's probably
18  easier to do it that way.
19      MR. MORRISSY: Okay.
20      VIDEO OPERATOR: We're going off the
21  record at 13:41.
22          (Thereupon, a recess was

Misty Klapper & Associates
703-780-9559

Page 111

1          taken.)
2      VIDEO OPERATOR: We're back on the record
3  at 13:48.
4          (Whereupon, Deposition
5          Exhibit Number 6 was marked
6          for Identification.)
7      BY MR. ALTMILLER:
8      **Q    I have handed you the most recent version**
9  **of the Supplemental Responses to our Request for**
10  **Production of Documents, which has been marked as**
11  **Exhibit 6. Have you seen this document before?**
12      A    I have seen it.
13      **Q    If you could turn to page 4.**
14      MR. MORRISSY: Well, let's just be clear
15  for the record. The deponent doesn't read English.
16      MR. ALTMILLER: Ooh. Okay. Well, that's
17  a good point, by the way. That's a very good point.
18  I did not know that.
19      BY MR. ALTMILLER:
20      **Q    Well, let me ask -- let me ask this --**
21      MR. MORRISSY: At least in a way that
22  doesn't require a translator for this situation.

Misty Klapper & Associates
703-780-9559

Page 112

1      MR. ALTMILLER: Okay. Well, I'm going to
2  see if I can, notwithstanding that handicap,
3  perhaps, get where I need to get.
4      BY MR. ALTMILLER:
5      **Q    On page 4 you have provided -- in**
6  **response to a request for the documents you used in**
7  **drafting your Answers to Interrogatories, you have**
8  **identified some YouTube video links. And pursuant**
9  **to an agreement with counsel, we agreed that we**
10  **wouldn't have to produce the -- the video, but we**
11  **would produce the link.**
12      **And the first thing I just want to ask**
13  **is, did you provide these links?**
14      A    Yes.
15      **Q    And do you know what these YouTube videos**
16  **are; in other words, what do they show?**
17      A    I am aware, but I am not familiar or
18  understood all the English part of it.
19      **Q    Okay. And -- just in general, what**
20  **do those videos show?**
21      A    Well, that -- at that time when we
22  prepared those documents, and really I am -- I don't

Misty Klapper & Associates
703-780-9559

Page 113

1  remember the exact details of what those YouTube
2  depict, but I think they're comprised of the insult
3  that Guo Baosheng and something related to that --
4  he deny taking money from me, something like that.
5  He make such a claim numerous times on YouTube.
6      And that's the eighth reason I have to
7  sue Guo Baosheng. And on public media number of
8  times he denied he receive -- take money from me.
9  So from that day I heard him say that I knew he's a
10  liar.
11      Many times he claim that he did not take
12  a penny from me on YouTube. That's a lie.
13  Therefore, he's a liar. I want to -- I want to stop
14  him to cheat more people out of money and I want to
15  stop him and that's the eighth reason I'm suiing
16  him.
17      **Q    Now, it is true, is it not, that you do**
18  **not have any transcripts of the YouTube postings**
19  **that you claim are defamatory?**
20      A    No.
21      **Q    We requested documents related to your**
22  **damage claim and you referred to the -- the YouTube**

Misty Klapper & Associates
703-780-9559

Page 114

1  links that you provided.  And I have to ask you this
2  because there's an objection lodged, so I need to
3  know if there are any other documents for sure.
4         Are there any other documents that
5  demonstrate your damages in this case?
6     A    Yes.  We can provide you with more
7  documents, so we need to make sure that we protect
8  those people who are involved as well as those
9  people's families in mainland China.  Once the court
10  granted us of -- such a protection, then we will
11  provide them to you, because once the -- any of
12  those information leak to the public, those people
13  will -- people's life will be in danger.
14         MR. MORRISSY:  Given the response, I'm
15  not sure that the question was understood
16  completely.
17         MR. ALTMILLER:  Okay.  I'll ask it again.
18  All I can do is ask it.
19         MR. MORRISSY:  No.  I hear you.  I'm --
20  what can I say?  I just -- that -- that answer
21  didn't really -- was not really responsive to your
22  question, although it began seemingly so.

Misty Klapper & Associates
703-780-9559

Page 116

1         BY MR. ALTMILLER:
2     Q    Other than the documents that you have
3  already produced to your attorney, are there any
4  other documents that support your damage claims?
5     A    Yes.
6     Q    Okay.  Other than the documents -- well,
7  you know, let me -- I'm not going to -- that's going
8  to be redundant.  All right.  Oh.  Other than the
9  documents that you have provided to your attorney,
10  are there any other documents that demonstrate or
11  show that Baosheng Guo is a public figure?
12     A    No.
13     Q    Okay.  You testified that you have a -- a
14  negative net worth.  Are you in possession of
15  documents that demonstrate what your net worth is?
16     A    Yes.  If you want it, I can show it.
17         MR. ALTMILLER:  I don't have anything
18  further.
19         THE WITNESS:  Thank you, sir.
20         MR. ALTMILLER:  Thank you.
21         THE WITNESS:  Thank you, sir.  Thank you.
22  Thank you, sir.  I really appreciate it.

Misty Klapper & Associates
703-780-9559

Page 115

1         But can you point me to the -- the
2  request number?
3         MR. ALTMILLER:  Sure.  Request Number 15.
4         MR. MORRISSY:  So it's not only the
5  YouTube links, but also the documents that were
6  provided --
7         MR. ALTMILLER:  Okay.
8         MR. MORRISSY:  -- that were -- that were
9  referenced in response to the -- to the document
10  requests.
11         MR. ALTMILLER:  Okay.  So this is
12  inaccurate when it says:  See response to Request
13  Number 1; there are other documents to which you
14  refer?
15         MR. MORRISSY:  And -- and to the
16  documents transmitted herewith.
17         MR. ALTMILLER:  And the documents
18  transmitted herewith.  Okay.
19         MR. MORRISSY:  Yeah.  I just wanted to
20  clarify.
21         MR. ALTMILLER:  No.  That's true --
22  that's fair.  Let me -- okay.

Misty Klapper & Associates
703-780-9559

Page 117

1         VIDEO OPERATOR:  This deposition is
2  completed and we're going off the record at 13:58.
3         (Whereupon, signature having
4         not been waived, at 1:58 p.m.
5         the deposition concluded.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Misty Klapper & Associates
703-780-9559

Page 118

1   CERTIFICATE OF DEPONENT
2   I, Wengui Guo, do hereby certify that I have
3   read the foregoing pages, 4 through 117,
4   inclusive, which contain a correct transcript
5   of the answers given by me to the questions
6   propounded to me herein, except for changes, if
7   any, duly noted on the enclosed errata sheet.
8
9
10   _____
        WITNESS
11
12
13
14   Sworn and subscribed to before me this ___ day
15   of _____, 2019.
16
17   My commission expires:        Notary Public:
18   _____        _____
19
20
21
22

Misty Klapper & Associates
703-780-9559

Page 118

1   CERTIFICATE OF NOTARY PUBLIC
2      I, Carolyn E, Friend, the Officer before
3   whom the foregoing Deposition was taken, do hereby
4   certify that the witness whose testimony appears in
5   the foregoing Deposition was duly sworn by me; that
6   the testimony of said witness was taken by me in
7   stenotypy and thereafter reduced to typewriting by
8   me; that the said Deposition is a true record of the
9   testimony given by said witness; that I am neither
10   counsel for, related to, nor employed by any of the
11   parties to this litigation; and further that I am
12   not a relative or an employee of any attorney or
13   counsel employed by the parties hereto, nor
14   financially or otherwise interested in the outcome
15   of this matter.
16
17   _____
        Notary Public in and for
18      the District of Columbia
19
20   My Commission Expires:
        October 31, 2019
21
22

Misty Klapper & Associates
703-780-9559

Page 119

1   ERRATA SHEET
2   Case: Guo v. Guo.
3   Deposition of:  Wengui Guo.
4   Taken on:  January 23, 2019.
5   Page   Line        Reads        Should Read
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20   _____
21        Witness
22

Misty Klapper & Associates
703-780-9559