# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| HO WAN KWOK,[1] | : | Case No. 22-50073(JAM) |
| Debtor. | : |  |
|  | : | Hearing Date: May 25, 2022 |

### CREDITORS RUI MA, ZHENG WU AND WEICAN MENG'S JOINDER TO THE WITNESS AND EXHIBIT LIST SUBMITTED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Creditors Rui Ma, Zheng Wu and Weican Meng ("**Creditors**"), by and through their undersigned counsel, hereby join in the Witness and Exhibit List Submitted by the Official Committee of Unsecured Creditors, with respect to: (i) the Motion to Dismiss ("Dismissal Motion") filed by Pacific Alliance Asia Opportunity Fund, L.P. ("PAX") [ECF 183]; (ii) the Creditors' Initial Objection to the Dismissal Motion [ECF 347]; (iii) the Creditors' Limited Objection [ECF 170] to United States Trustee's Motion For An Order Directing The Appointment Of An Examiner Or, In The Alternative, Motion For Order Directing The Appointment Of A Chapter 11 Trustee filed March 19, 2022 [ECF 102]; (iv) PAX's Reply [ECF 392]; and (v) the Creditors' Supplemental Statement in Support of Conversion of the Case [to be filed].

---

[1] The above-named Debtor and Debtor in Possession, Ho Wan Kwok (the "**Debtor**" or "**Kwok**") is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

Dated: May 20, 2022

/s/ *Kristin B. Mayhew*
Kristin B. Mayhew (ct20896)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
30 Jelliff Lane
Southport, CT 06890-1436
Tel.(203) 319-4000
Fax(203) 259-0251
Email: kmayhew@mdmc-law.com

-and-

Carollynn H.G. Callari (admitted *pro hac vice*)
David S. Forsh (admitted *pro hac vice*)
**CALLARI PARTNERS LLC**
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (212) 202-3050
Email: ccallari@callaripartners.com
dforsh@callaripartners.com

*Attorneys for Rui Ma, Zheng Wu and Weican Meng*

## **CERTIFICATE OF SERVICE**

I, Kristin B. Mayhew, hereby certify that a true and accurate copy of the foregoing was filed with the Court on May 20, 2022. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

      /s/ Kristin B. Mayhew
Kristin B. Mayhew