**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor.[1] | : |
| | : |
| | : |

**LIST OF WITNESSES AND EXHIBITS OF THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The Official Committee of Unsecured Creditors of Ho Wan Kwok (hereinafter "UCC"), by its undersigned counsel, hereby submits the following list of witnesses and exhibits in connection with the May 25, 2022 hearing on Pacific Alliance Asia Opportunity Fund L.P.'s ("PAX") Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee, filed on April 6, 2022 [ECF No. 183] (the "Dismissal Motion"), the United States Trustee's ("UST") Motion for An Order Directing the Appointment of an Examiner, or the alternative, Motion for Order Directing the Appointment of a Chapter 11 Trustee [ECF No. 102] (the "Examiner/Trustee Motion"), the UCC's Opposition to the Dismissal Motion and Partial Joinder to the UST's Examiner/Trustee Motion [ECF No. 346] (the "UCC Opposition"), and the UCC's Supplemental Memorandum of Law addressing the Alternatives of Dismissal, Conversion or the Appointment of a Chapter 11 Trustee (the "UCC Supplemental Memo").

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

WITNESSES –The UCC reserves the right to examine witnesses listed on other parties' witness lists, as well as to call other witnesses not listed herein for purposes of providing rebuttal testimony.

EXHIBITS – The UCC intends to offer the following exhibits:

| | |
|---|---|
| UCC Exhibit 1: | February 9, 2022 Decision and Order on Motion for Contempt in *PAX v. Kwok*, Index No. 652077/2017 (N.Y. Sup. Ct.), Dkt. No. 1181. |
| UCC Exhibit 2: | Declaration of Mr. Ho Wan Kwok in Support of the Chapter 11 Case and Certain Motions dated March 20, 2022 (ECF No. 107). |
| UCC Exhibit 3: | Genever Holding, LLC's Omnibus Second Renewed Motion (i) to Approve Second Amended and Restated Settlement with Bravo Luck and PAX; and (ii) to Hire Melanie L. Cyganowski as an Employee Only to Act as The Sales Officer for the Debtor's Bankruptcy Estate in *In re Genever Holdings, LLC*, Case No 20-12411 (JLG), United States Bankruptcy Court for the Southern District of New York, ECF No. 131. |
| UCC Exhibit 4: | Order Granting Debtor's Second Renewed Motion to Approve the Revised Settlement Agreement in *In re Genever Holdings, LLC*, Case No 20-12411 (JLG), United States Bankruptcy Court for the Southern District of New York, ECF No. 141. |
| UCC Exhibit 5: | Sherry Netherlands Purchase Documents.[2] |
| UCC Exhibit 6: | September 22, 2021 Decision and Order on PAX's Motion for Turnover in *PAX v. Kwok*, Index No. 652077/2017 (N.Y. Sup. Ct.), Dkt. No. 904.[3] |
| UCC Exhibit 7: | PAX's Motion for Order of Civil Contempt For Failure To Comply With Turnover Order dated January 7, 2022 in *PAX v. Kwok*, Index No. 652077/2017 (N.Y. Sup. Ct.), Dkt. No. 1078.[4] |
| UCC Exhibit 8: | Revised Order Approving the Hiring of Melanie L. Cyganowski as an Employee Only to Act as the Sales Officer for the Debtor's Bankruptcy Estate |

---

[2] This document was also filed as Exhibit 11 of the Friedman Declaration that accompanied PAX's Dismissal Motion.

[3] This document was also filed as Exhibit 30 of the Friedman Declaration that accompanied PAX's Dismissal Motion.

[4] This document was also filed as Exhibit 31 of the Friedman Declaration that accompanied PAX's Dismissal Motion.

|                 |                                                                                                                                                                                                                                                                                                              |
|-----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                 | in *In re Genever Holdings, LLC*, Case No 20-12411 (JLG), United States Bankruptcy Court for the Southern District of New York, ECF No. 142                                                                                                                                                                 |
| UCC Exhibit 9:  | Order Authorizing Retention of Sotheby's International Realty as its Real Estate Broker and Sales Agent in *In re Genever Holdings, LLC*, Case No 20-12411 (JLG), United States Bankruptcy Court for the Southern District of New York, ECF No. 168                                                         |
| UCC Exhibit 10: | PAX's First Amended Complaint dated April 18, 2019 in *PAX v. Kwok*, Index No. 652077/2017 (N.Y. Sup. Ct.), Dkt. No. 309[5]                                                                                                                                                                                  |
| UCC Exhibit 11: | PAX's Amended Statement of Claim dated October 16, 2020 in *Pacific Alliance Asia Opportunity Fund LP v. Genever Holdings Corp. et al*, Claim No. BVIHCM 0137 of 2020 (Eastern Caribbean Supreme Court, Virgin Islands, Commercial Division)                                                                 |
| UCC Exhibit 12: | PAX's Reply to the Defense of the First, Second, Third and Fourth Defendants and Defense to the Counterclaim of the Second and Fourth Defendants dated January 29, 2021 in *Pacific Alliance Asia Opportunity Fund LP v. Genever Holdings Corp. et al*, Claim No. BVIHCM 0137 of 2020 (Eastern Caribbean Supreme Court, Virgin Islands, Commercial Division) |
| UCC Exhibit 13: | Town of Greenwich Tax Collector's Information on 373 Taconic Road                                                                                                                                                                                                                                            |
| UCC Exhibit 14: | Town of Greenwich Tax Collector's Information on 33 Ferncliff Road                                                                                                                                                                                                                                           |

The UCC also requests that the Court take judicial notice of all filed proofs of claim as of the date of the hearing on the Dismissal Motion and the entire record of the case.

The UCC reserves the right to offer other documentary evidence not listed herein for purposes of rebuttal.

---

[5] This document was also filed as Exhibit 4 of the Friedman Declaration that accompanied PAX's Dismissal Motion.

Dated: Bridgeport, Connecticut

      May 20, 2022

                           **OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HO WAN KWOK**

By:    */s/Irve J. Goldman*
       Irve J. Goldman
       Jonathan A. Kaplan
       Pullman & Comley, LLC
       850 Main Street, 8th Floor
       PO Box 7006
       Bridgeport, CT 06601-7006
       (203) 330-2213
       igoldman@pullcom.com

       Its Attorneys

## CERTIFICATE OF SERVICE

      I hereby certify that on May 20, 2022, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties in interest may access this filing through the Court's CM/ECF System.

                                                              By:    */s/Irve J. Goldman*
                                                                                   Irve J. Goldman

ACTIVE/83201.1/JKAPLAN/10336837v1