# Exhibit UCC-13

# Town of Greenwich Tax Collector's Information on 373 Taconic Road



Town of Greenwich

Town of Greenwich
P.O. BOX 5038

NEW BRITAIN, CT 06050

## Bill Information



### Taxpayer Information

| | | | |
|---|---|---|---|
| Bill # | 2020-1-0108381 (REAL ESTATE) | Town Benefit | |
| Unique ID | 11-2460 | Elderly Benefit | |
| District/Flag | District: T | | |
| Name | GREENWICH LAND LLC | Assessment | 4,200,000 |
| Care of/DBA | | Exemption | 0 |
| Address | | Net | 4,200,000 |
| Detail Information | 373 TACONIC ROAD | | |
| Volume/Page | | Mill Rate | Town 11.59<br>District 0.398<br>Other 0.052 |

### Bill Information As of 05/20/2022

| Installment | Due Date | Town | SMA | SIM |
|---|---|---|---|---|
| Inst #1 | 07/01/2021 | 24,339.00 | | |
| Inst #2 | 01/01/2022 | 24,339.00 | | |
| Inst #3 | | | | |
| Inst #4 | | | | |
| Total Adjustments | | 0.00 | 0.00 | |
| Total Installment + Adjustment | | 48,678.00 | | |
| Total Payments | | 48,678.00 | | |

| Total Due | |
|---|---|
| Tax/ Princ/ Bond Due | 0.00 |
| Interest Due | 0.00 |
| Lien Due | 0.00 |
| Fee Due | 0.00 |
| **Total Due Now** | 0.00 |
| **Balance Due** | 0.00 |

*** Note: This is not a tax form, please contact your financial advisor for information regarding tax reporting. ***

### Payment History

| Payment Date | Type | Tax/Principal/Bond | Interest | Lien | Fee | Total |
|---|---|---|---|---|---|---|
| 12/18/2021 | PAY | 24,339.00 | 0.00 | 0.00 | 0.00 | 24,339.00 |
| 06/26/2021 | PAY | 24,339.00 | 0.00 | 0.00 | 0.00 | 24,339.00 |

*** Total payments made to taxes in    2021                                                                                    $48,678.00