**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 (JAM) |
| | : |
| Debtor.[1] | : |
| | : |

**MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EXCEED THE PAGE LIMITATION FOR SUPPLEMENTAL MEMORANDUM ADDRESSING THE ALTERNATIVES OF DISMISSAL, CONVERSION OR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

The Official Committee of Unsecured Creditors (the "Committee") of the above-named Debtor and Debtor in Possession, Ho Wan Kwok (the "Debtor" or "Kwok"), hereby moves for permission to exceed the page limitation of seven pages for its Supplemental Memorandum of Law Addressing the Alternatives of Dismissal, Conversion or the Appointment of a Chapter 11 Trustee in respect of Pacific Alliance Asia Opportunity Fund L.P.'s ("PAX") Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee, filed on April 6, 2022 (the "Dismissal Motion").

In support of this motion, the Committee respectfully represents:

1.  At a status conference held on May 17, 2022, the Committee and PAX reported their agreement that "cause" exists under 11 U.S.C. §§ 1112(b)(1) and 1104(a)(1) for dismissal, conversion or the appointment of a chapter 11 trustee, and that the proceedings on the Dismissal Motion would be confined to addressing and asking the Court to decide which of those

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

alternatives should be chosen as a form of relief on the Dismissal Motion and the United States Trustee's Motion for an Order Directing the Appointment of an Examiner or, in the Alternative, Motion for an Order Directing the Appointment of a Chapter 11 Trustee (the "Examiner/Trustee Motion").

2. At the status conference, the parties also requested, and the Court permitted, the submission of supplemental memoranda to address the alternatives of conversion, dismissal or the appointment of a chapter 11 trustee, to be filed by 5 pm. on May 20, 2022. The page limitation for the supplemental briefs was set at seven pages.

3. The Committee has tried to be as succinct as possible in its supplemental briefing, but after more thorough research and drafting, finds it cannot adequately brief the points and arguments it believes need to be made to the Court within seven pages. Accordingly, the Committee requests an expansion of the page limitation by two pages to a total of nine pages.

4. It is noted that on three prior occasions, PAX has moved for and has been granted permission to exceed page limitations for briefing (ECF Nos. 99, 110, 185, 194, 393, 396), albeit out of the precaution that the 10-page page limitation in Local Rule 7007-2(a) might apply.

**WHEREFORE**, the Committee respectfully requests permission to exceed the seven-page limitation for its supplemental brief by two pages.

Dated: Bridgeport, Connecticut
      May 20, 2022

                                    **OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HO WAN KWOK**

By: */s/Irve J. Goldman*
     Irve J. Goldman
     Jonathan A. Kaplan
     Pullman & Comley, LLC
     850 Main Street, 8th Floor
     PO Box 7006
     Bridgeport, CT 06601-7006
     (203) 330-2213
     igoldman@pullcom.com

     Its Attorneys

## CERTIFICATION OF SERVICE

      I herby certify that on May 20, 2022, the foregoing Motion to Exceed Page Limitation was filed via the Court's CM/ECF electronic filing system ("CM/ECF"), which sent notice to all parties receiving notification through CM/ECF.

                                          */s/ Irve J. Goldman*
                                          Irve J. Goldman