# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re | : Chapter 11 |
| Ho Wan Kwok, | : Case No. 22-50073 |
| Debtor.[1] | : |

## ORDER ON MOTION TO EXCEED PAGE LIMITATION
## FOR SUPPLMENTAL MEMORANDUM

Upon the motion of the Official Committee of Unsecured Creditors (the "Committee") of the Debtor, Ho Wan Kwok, for permission to exceed the seven-page page limitation for its supplemental memorandum addressing the alternatives of conversion, dismissal or the appointment of a chapter 11 trustee (the "Motion"), and good cause appearing, it is hereby,

**ORDERED**, that the Motion is granted and the Committee may submit a supplemental memorandum which exceeds the seven-page page limitation by two pages.

Dated: Bridgeport, Connecticut
      May    , 2022

                      Hon. Julie A. Manning,
                      United States Bankruptcy Judge

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.