# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: admin | Date Created: 5/20/2022 |
| Case: 22−50073 | Form ID: pdfdoc2 | Total: 47 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| 20 | Pacific Alliance Asia Opportunity Fund L.P. |
| cr | Zheng Wu |
| 20 | Rui Ma |
| 20 | Weican Meng |
| intp | Golden Spring (New York) LTD |
| crcm | Official Committee of Unsecured Creditors |
| intp | HK International Funds Investments (USA) Limited, LLC |
| intp | Mei Guo |

TOTAL: 8

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| aty | Aaron Romney | aromney@zeislaw.com |
| aty | Annecca H. Smith | asmith@rc.com |
| aty | Bennett Silverberg | bsilverberg@brownrudnick.com |
| aty | Carollynn H.G. Callari | ccallari@callaripartners.com |
| aty | David S. Forsh | dforsh@callaripartners.com |
| aty | David V. Harbach, II | dharbach@omm.com |
| aty | Dylan Kletter | dkletter@brownrudnick.com |
| aty | Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| aty | Irve J. Goldman | igoldman@pullcom.com |
| aty | Jay Marshall Wolman | jmw@randazza.com |
| aty | Jeffrey L Jonas | jjonas@brownrudnick.com |
| aty | John L. Cesaroni | jcesaroni@zeislaw.com |
| aty | Jonathan Kaplan | jkaplan@pullcom.com |
| aty | Kenneth Aulet | kaulet@brownrudnick.com |
| aty | Kristin B. Mayhew | kmayhew@mdmc−law.com |
| aty | Laura Aronsson | laronsson@omm.com |
| aty | Mia N. Gonzalez | mgonzalez@omm.com |
| aty | Patrick M. Birney | pbirney@rc.com |
| aty | Peter Friedman | pfriedman@omm.com |
| aty | Peter J. Zarella | pzarella@mdmc−law.com |
| aty | Sara Pahlavan | spahlavan@omm.com |
| aty | Scott D. Rosen | srosen@cb−shea.com |
| aty | Stephen M. Kindseth | skindseth@zeislaw.com |
| aty | Stuart M. Sarnoff | ssarnoff@omm.com |
| aty | Timothy D. Miltenberger | Tmiltenberger@cbshealaw.com |
| aty | William Baldiga | wbaldiga@brownrudnick.com |
| aty | William R. Baldiga | wbaldiga@brownrudnick.com |

TOTAL: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Ho Wan Kwok        373 Taconic Road        Greenwich, CT 06831 |
| cr | Logan Cheng        c/o Randazza Legal Group, PLLC        100 Pearl Street        14th Floor        Hartford, CT 06103 |
| ca | Stretto        410 Exchange, Suite 100        Irvine, CA 92602 |
| dbaty | Brown Rudnick LLP        One Financial Center        Boston, MA 02111 |
| crcm | Pullman & Comley, LLC        850 Main Street        Bridgeport, CT 06601 |
| 20 | Huizhen Wang        c/o TroyGould PC        1801 Century Park East, 16th Floor        Attn: Christopher A. Lilly        Los Angeles, CA 90067−2367 |
| cr | Chao−Chih Chiu        c/o TroyGould PC        1801 Century Park East, 16th Floor        Attn: Christopher A. Lilly        Los Angeles, CA 90067−2367 |
| cr | Yunxia Wu        c/o TroyGould PC        1801 Century Park East, 16th Floor        Attn: Christopher A. Lilly        Los Angeles, CA 90067 |
| cr | Keyi Zilkie        c/o TroyGould PC        1801 Century Park East, 16th Floor        Attn: Christopher A. Lilly        Los Angeles, CA 90067 |
| aty | Andrew M. Carty        Brown Rudnick LLP        Seven Times Square        New York, NY 10036 |
| aty | Steven E. Mackey        Office of the U.S. Trustee        The Giaimo Federal Building        150 Court Street, Room 302        New Haven, CT 06510 |

TOTAL: 11