**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **HO WAN KWOK** <br> a/k/a **WENGUI GUO** <br> a/k/a **MILES GUO,** | **Case No. 22-50073 (JAM)** |
| **Debtor.** | |

___

## UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST

William K. Harrington, the United States Trustee for Region 2 ("United States Trustee"), respectfully submits, through counsel, the following list of witnesses and exhibits in connection with the upcoming May 25/26, 2022 hearing ("Hearing") on: (1) the United States Trustee's Motion for an Order Directing the Appointment of an Examiner, or, In the Alternative, Motion for an Order Directing the Appointment of a Chapter 11 Trustee (ECF 102); (2) Pacific Alliance Asia Opportunity Fund L.P.'s Motion to Dismiss or, In The Alternative, Partial Joinder to the United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee (ECF 183); and (3) the responses/objections thereto including, but not limited to, docket entries ECF 346, 347, 348, and 392.

## WITNESSES

The United States Trustee reserves the right to examine witnesses listed on other parties' witness lists, examine any witness called to testify at the Hearing, as well as to call and examine other witnesses listed on other parties' witness lists for purposes of providing rebuttal and/or impeachment testimony.

**EXHIBITS**

The United States Trustee reserves the right to use and/or rely on any exhibit listed on other parties' exhibits lists, exhibits entered into evidence at the hearing, and, for purposes of rebuttal and/or impeachment, any exhibit offered and/or entered as evidence at the hearing by parties. The United States Trustee also requests that the Court take judicial notice of the entire record of this case.

Dated: May 20, 2022  
      New Haven, Connecticut

Respectfully submitted,  
WILLIAM K. HARRINGTON  
UNITED STATES TRUSTEE FOR REGION 2

By: /s/ Holley L. Claiborn  
Holley L. Claiborn

/s/ Steven E. Mackey  
Steven E. Mackey

Trial Attorneys  
Office of the United States Trustee  
Giaimo Federal Building, Room 302  
150 Court Street  
New Haven, CT 06510  
Holley.L.Claiborn@usdoj.gov  
Federal Bar No.: ct17216 (Connecticut)  
Steven.E.Mackey@usdoj.gov  
Federal Bar No: ct09932 (Connecticut)  
(203) 773-2210

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2022, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties in interest may access this filing through the Court's CM/ECF System.

      By: */s/ Holley L. Claiborn*
          Holley L. Claiborn