**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| HO WAN KWOK,[1] | : | Case No. 22-50073(JAM) |
| Debtor. | : | |
| | : | May 20, 2022 |

**MOTION OF CREDITORS RUI MA, ZHENG WU AND WEICAN MENG FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO THEIR SUPPLEMENTAL STATEMENT IN SUPPORT OF CONVERSION**

Creditors Rui Ma, Zheng Wu and Weican Meng ("**Creditors**"), by and through their undersigned counsel, hereby move for permission to exceed the applicable page limit requirements (the "Motion") with respect to the *Supplemental Statement of Creditors Rui Ma, Zheng Wu and Weican Meng in Support of Conversion* (the "Supplemental Statement"), filed simultaneously herewith. In support of the Motion, the Creditors aver as follows:

1. On April 6, 2022, Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), a creditor and party-in-interest in these proceedings filed its Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing Appointment of a Chapter 11 Trustee (the "Motion to Dismiss") [ECF 183].

2. Subsequent thereto, the Court set a briefing schedule with respect requiring any opposition to be filed on or before May 11, 2022 and PAX's reply brief to be filed by May 18,

---

[1] The above-named Debtor and Debtor in Possession, Ho Wan Kwok (the "**Debtor**" or "**Kwok**") is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

1

2022.  The Court set an evidentiary hearing on the Motion to Dismiss and the oppositions for May 25-26, 2022.

3.  On May 11, 2022, the Creditors filed their Objection to the Motion to Dismiss [ECF 347] as did the Official Committee of Unsecured Creditors [ECF 346] and creditor Logan Cheng [ECF 348].

4.  Also on May 11, 2022, moments before the Creditors were filing their Objection to the Motion to Dismiss, the debtor Ho Wan Kwok (the "Debtor") filed his Consent to Dismissal of Case and response to the Motion to Dismiss [ECF 344].

5.  On May 18, 2022, PAX filed its Reply.  [ECF 392].

6.  At a Status Conference before the Court on May 17, 2022, the Court granted the parties the opportunity to file supplemental position papers to address the alternatives of dismissal, conversion or appointment of a Chapter 11 trustee no later than 5:00 p.m. on May 20, 2022.  [ECF 381].  The page limitation for the supplemental briefing was set at seven pages.

7.  The Creditors have tried to be as succinct as possible in the supplemental briefing, but given the importance and detailed nature of the issues involved and the radical change of the Debtor's position with respect to the Motion to Dismiss, the Creditors seek permission from the Court to exceed the page limits for their Supplemental Statement.  The Creditors respectfully request that they be permitted to submit their Supplemental Statement which is (ten) 10 pages in length.

WHEREFEORE, the Creditors respectfully request entry of an order, substantially in the form attached hereto, granting the Creditors leave to exceed the page limit imposed by the

Court with respect to their Supplemental Statement and for such other and further relief as this Court deems necessary and just.

Dated: May 20, 2022

/s/ *Kristin B. Mayhew*
Kristin B. Mayhew (ct20896)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
30 Jelliff Lane
Southport, CT 06890-1436
Tel.(203) 319-4000
Fax(203) 259-0251
Email: kmayhew@mdmc-law.com

-and-

Carollynn H.G. Callari (admitted *pro hac vice*)
David S. Forsh (admitted *pro hac vice*)
**CALLARI PARTNERS LLC**
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (212) 202-3050
Email:    ccallari@callaripartners.com
          dforsh@callaripartners.com

*Attorneys for Rui Ma, Zheng Wu and Weican Meng*

## **CERTIFICATE OF SERVICE**

I, Kristin B. Mayhew, hereby certify that a true and accurate copy of the foregoing was filed with the Court on May 20, 2022. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

                                                /s/ Kristin B. Mayhew
                                                Kristin B. Mayhew

KBM/M1738/1001/1832065v1
05/20/22-HRT/KBM