**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| HO WAN KWOK, | : | Case No. 22-50073(JAM) |
| Debtor. | : | |
| | : | |

**ORDER GRANTING MOTION OF CREDITORS RUI MA, ZHENG WU AND WEICAN MENG FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO THEIR SUPPLEMENTAL STATEMENT IN SUPPORT OF CONVERSION**

AND NOW, upon consideration of the Motion of Creditors Rui Ma, Zheng Wu and Weican Meng ("Creditors") for Leave to Exceed Page Limit With Respect to Their Supplemental Statement in Support of Conversion (the "Motion"), and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Creditors' Supplemental Statement in Support of Conversion may exceed the (seven) 7-page limit by three (3) pages.

 

_____
THE HONORABLE JULIE A. MANNING
UNITED STATES BANKRUPTCY JUDGE

KBM/M1738/1001/1832065v1
05/20/22-HRT/KBM