**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>Debtor. | Chapter 11 Case No.<br><br>Case No. 22-50073 (JAM)<br><br>May 20, 2022 |

**MOTION OF PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO ITS SUPPLEMENTAL STATEMENT IN SUPPORT OF MOTION TO DISMISS CHAPTER 11 CASE**

Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), creditor of the above-captioned debtor ("Kwok" or the "Debtor"), by and through its undersigned counsel, hereby moves (the "Motion") for authorization to exceed the applicable page limit requirements for *Pacific Alliance Asia Opportunity Fund L.P.'s Supplemental Statement in Support of Motion to Dismiss Chapter 11 Case* (the "Brief"), to be filed imminently. In support of the Motion, PAX respectfully states as follows:

1. On April 6, 2022, PAX filed its *Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee* (the "Motion to Dismiss") [Dkt. No. 183].

2. The Official Committee of Unsecured Creditors (the "Committee"), as well as certain creditors in their individual capacities, have opposed the dismissal. [Dkt. Nos. 346, 347, 348] (together, the "Oppositions").

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

1

3. At the status conference before this Court on May 17, 2022 (the "Status Conference"), the Committee and PAX reported their agreement that "cause" exists under sections 1112(b)(1) and 1104(a)(1) of title 11 of the United States Code (the "Bankruptcy Code") for dismissal, conversation, or the appointment of a chapter 11 trustee, and that the proceedings on the Dismissal Motion would be confined to addressing and asking the Court to decide which of those alternatives should be granted regarding the Motion to Dismiss and the *United States Trustee's Motion for an Order Directing the Appointment of an Examiner or, in the Alternative, Motion for an order Directing the Appointment of a Chapter 11 Trustee* [Dkt. No. 102] (the "Trustee/Examiner Motion").

4. At the Status Conference, the parties also requested, and the Court permitted, the submission of supplemental memoranda to address the alternatives of conversion, dismissal, or the appointment of a chapter 11 trustee, to be filed by 5 p.m. on May 20, 2022. The page limitation for the supplemental briefs was set at seven (7) pages.

5. Similar to the Committee, PAX finds that the scope of the issues and arguments presented, as well as the affiliated research, could not be adequately addressed in seven pages. Accordingly, PAX requests an expansion of the page limitation by one (1) page to a total of eight (8) pages.

WHEREFORE, PAX respectfully requests the entry of an order, substantially in the form attached hereto as Exhibit A, granting (i) PAX leave to exceed the page limitation and (ii) such other and further relief as the Court deems just and proper.

Dated: May 20, 2022  
Hartford, Connecticut

**The Movant,**  
Pacific Alliance Asia Opportunity Fund L.P

*By*: */s/ Patrick M. Birney*
   Patrick M. Birney (CT No. 19875)
   Annecca H. Smith (CT No. 31148)
   **ROBINSON & COLE LLP**
   280 Trumbull Street
   Hartford, CT 06103
   Telephone: (860) 275-8275
   Facsimile: (860) 275-8299
   E-mail: pbirney@rc.com
         asmith@rc.com

   -and-

   Peter Friedman (admitted *pro hac vice*)
   Stuart M. Sarnoff (admitted *pro hac vice*)
   **O'MELVENY & MYERS LLP**
   7 Times Square
   New York, NY 10036
   Telephone: (212) 326-2000
   Facsimile: (212) 326-2061
   Email:  pfriedman@omm.com
         ssarnoff@omm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2022, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties receiving notice by operation of the court's electronic filing system. Parties in interest may access this filing through the Court's CM/ECF System.

/s/ *Patrick M. Birney*
Patrick M. Birney