United States Bankruptcy Court
District of Connecticut

In re:  
Ho Wan Kwok  
    Debtor

Case No. 22-50073-jam  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0205-5      User: admin      Page 1 of 3  
Date Rcvd: May 19, 2022      Form ID: pdfdoc2      Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ho Wan Kwok, 373 Taconic Road, Greenwich, CT 06831-2828 |
| aty | + | Andrew M. Carty, Brown Rudnick LLP, Seven Times Square, New York, NY 10036-6548 |
| dbaty | + | Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |
| cr | | Chao-Chih Chiu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2367 |
| cr | + | Keyi Zilkie, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| cr | + | Logan Cheng, c/o Randazza Legal Group, PLLC, 100 Pearl Street, 14th Floor, Hartford, CT 06103-4500 |
| crcm | + | Pullman & Comley, LLC, 850 Main Street, Bridgeport, CT 06604-4988 |
| cr | + | Yunxia Wu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| 20 | | Huizhen Wang, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2367 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | May 19 2022 18:31:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |
| ca | + | Email/Text: cr-info@stretto.com | May 19 2022 18:31:00 | Stretto, 410 Exchange, Suite 100, Irvine, CA 92602-1331 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Golden Spring (New York) LTD |
| intp | | HK International Funds Investments (USA) Limited, |
| intp | | Mei Guo |
| crcm | | Official Committee of Unsecured Creditors |
| cr | | Zheng Wu |
| 20 | | Pacific Alliance Asia Opportunity Fund L.P. |
| 20 | | Rui Ma |
| 20 | | Weican Meng |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0205-5  User: admin  Page 2 of 3
Date Rcvd: May 19, 2022  Form ID: pdfdoc2  Total Noticed: 11

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2022  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Aaron Romney | on behalf of Interested Party Mei Guo aromney@zeislaw.com  swenthen@zeislaw.com |
| Aaron Romney | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron Romney | on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Annecca H. Smith | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com |
| Bennett Silverberg | on behalf of Debtor Ho Wan Kwok bsilverberg@brownrudnick.com |
| Carollynn H.G. Callari | on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com |
| Carollynn H.G. Callari | on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com |
| Carollynn H.G. Callari | on behalf of Creditor Zheng Wu ccallari@callaripartners.com |
| David S. Forsh | on behalf of Creditor Zheng Wu dforsh@callaripartners.com |
| David S. Forsh | on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com |
| David S. Forsh | on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com |
| David V. Harbach, II | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com |
| Dylan Kletter | on behalf of Debtor Ho Wan Kwok dkletter@brownrudnick.com adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;rstark@brownrudnick.com |
| Holley L. Claiborn | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |
| Irve J. Goldman | on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com  rmccoy@pullcom.com |
| Jay Marshall Wolman | on behalf of Creditor Logan Cheng jmw@randazza.com  ecf-6898@ecf.pacerpro.com |
| Jeffrey L Jonas | on behalf of Debtor Ho Wan Kwok jjonas@brownrudnick.com |
| John L. Cesaroni | on behalf of Interested Party Mei Guo jcesaroni@zeislaw.com |
| Jonathan Kaplan | on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com prulewicz@pullcom.com;rmccoy@pullcom.com |
| Kenneth Aulet | on behalf of Debtor Ho Wan Kwok kaulet@brownrudnick.com |
| Kristin B. Mayhew | on behalf of Creditor Zheng Wu kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |

District/off: 0205-5                  User: admin                  Page 3 of 3
Date Rcvd: May 19, 2022         Form ID: pdfdoc2         Total Noticed: 11

| Name | Description |
|---|---|
|  | on behalf of 20 Largest Creditor Weican Meng kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of 20 Largest Creditor Rui Ma kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Laura Aronsson | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com |
| Mia N. Gonzalez | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com |
| Patrick M. Birney | on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com |
| Patrick M. Birney | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com |
| Peter Friedman | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of Creditor Zheng Wu pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com |
| Sara Pahlavan | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. spahlavan@omm.com |
| Scott D. Rosen | on behalf of Interested Party Golden Spring (New York) LTD srosen@cb-shea.com msullivan@cbshealaw.com;dtempera@cbshealaw.com |
| Stephen M. Kindseth | on behalf of Interested Party HK International Funds Investments (USA) Limited LLC skindseth@zeislaw.com, cjervey@zeislaw.com |
| Stephen M. Kindseth | on behalf of Interested Party Mei Guo skindseth@zeislaw.com cjervey@zeislaw.com |
| Stuart M. Sarnoff | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com |
| Timothy D. Miltenberger | on behalf of Interested Party Golden Spring (New York) LTD Tmiltenberger@cbshealaw.com msullivan@cbshealaw.com;dtempera@cbshealaw.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| William Baldiga | on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com |
| William R. Baldiga | on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com |

TOTAL: 40

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>Debtor. | Chapter 11 Case No.<br><br>Case No. 22-50073 (JAM)<br><br>Re ECF No. 393 |

**ORDER GRANTING MOTION OF PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO ITS OMNIBUS REPLY IN SUPPORT OF MOTION TO DISMISS CHAPTER 11 CASE OR, IN THE ALTERNATIVE, PARTIAL JOINDER TO UNITED STATES TRUSTEE'S MOTION FOR AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

Upon consideration of the motion (the "Motion")[2] for an order authorizing Pacific Alliance Asia Opportunity Fund L.P. ("PAX") to exceed the page limit for the Reply; the Court having reviewed the Motion; and the Court having found after due deliberation that PAX has demonstrated good and sufficient cause for approval thereof; it is hereby ORDERED that:

1. The Motion is granted.

2. PAX is permitted to exceed the page limit prescribed by Local Rule 7007-2(a) with respect to the Reply, which shall not exceed twenty-two (22) pages.

Dated at Bridgeport, Connecticut this 19th day of May, 2022.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed in the Motion.