**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>Re: ECF No. 420 |

**ORDER GRANTING MOTION OF PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO ITS SUPPLEMENTAL STATEMENT IN SUPPORT OF MOTION TO DISMISS CHAPTER 11 CASE**

Upon consideration of the motion (the "Motion")[2] for an order authorizing Pacific Alliance Asia Opportunity Fund L.P. ("PAX") to exceed the page limit for the Brief; the Court having reviewed the Motion; and the Court having found after due deliberation that PAX has demonstrated good and sufficient cause for approval thereof; it is hereby ORDERED that:

1. The Motion is granted.

2. PAX is permitted to exceed the page limit prescribed at the Status Conference with respect to the Brief, which shall not exceed eight (8) pages.

Dated at Bridgeport, Connecticut this 23rd day of May, 2022.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed in the Motion.