## **EXHIBIT C**

Connecticut District Court Docket Sheet

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Adversary Proceeding #: 22-01073-dsj

*Assigned to:* Judge David S Jones
*Demand:*

*Date Filed:* 03/21/22
*Date Removed From State:* 03/21/22

*Nature[s] of Suit:* 02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

*Plaintiff*
-----------------------
**Pacific Alliance Asia Opportunity Fund L.P.**

represented by **Peter M. Friedman**
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
Fax : (202) 383-5414
Email: pfriedman@omm.com

**Stuart Sarnoff**
O'Melveny & Myers LLP
7 Times Square
33rd Floor
New York, NY 10036
212-326-2000
Email: ssarnoff@omm.com
*LEAD ATTORNEY*

I HEREBY ATTEST AND CERTIFY ON 4-15-22 THAT THIS DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL FILED ON OUR COURT'S ELECTRONIC CASE FILING SYSTEM.
CLERK, US BANKRUPTCY COURT, SDNY
BY: _____ DEPUTY CLERK

V.

*Defendant*
-----------------------
**Kwok Ho Wan**
*aka* **Kwok Ho**
*aka* **Gwo Wen Gui**
*aka* **Miles Kwok**
*aka* **Guo Wen-Gui**
*aka* **Haoyun Guo**
*aka* **Wan Gue Haoyun**

represented by **William R. Baldiga**
Brown Rudnick LLP
7 Times Square
New York, NY 10036
(212)209-4800
Fax : (212)209-4801
Email: wbaldiga@brownrudnick.com
*LEAD ATTORNEY*

*Defendant*
-----------------------
**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801

represented by **Genever Holdings LLC**
PRO SE

I HEREBY ATTEST AND CERTIFY ON ____________
THAT THIS DOCUMENT IS A FULL, TRUE [illegible]
COPY OF THE ORIGINAL FILED ON OUR CO[illegible]
ELECTRONIC CASE FILING SYSTEM.

CLERK, US BANKRUPTCY COURT, SDNY

BY: ____________________ DEPUTY CLERK

New York, NY 10022-5520
Tax ID / EIN: 47-3338202

*Defendant*

-------------------
**Genever Holdings Corporation**       represented by **Genever Holdings Corporation**
80 State Street                                        PRO SE
Albany, NY

| Filing Date | # | Docket Text |
|---|---|---|
| 03/21/2022 | 1 | Copy of Certified Order Transferring Case No. *1:22-cv-2258 (MKV)* from the U.S. District Court, S.D.N.Y. to the U.S. Bankruptcy Court, S.D.N.Y. (Receipt Number 25884686, Fee Amount $ 350.). Nature(s) of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) Filed by Pacific Alliance Asia Opportunity Fund L.P.. (Attachments: # 1 Doc 2 Civil Cover Sheet # 2 Doc 3 Notice) (Pisarczyk, Gladys) Additional attachment(s) added on 3/21/2022 (Braithwaite, Kenishia). (Entered: 03/21/2022) |
| 03/21/2022 |  | Judge Martin Glenn added to the case. (Acosta, Annya). (Entered: 03/21/2022) |
| 03/21/2022 | 2 | Notice of Pre-Trial Conference for a Removed Case with Pre-Trial Conference set for 5/4/2022 at 11:00 AM at Videoconference (ZoomGov) (MG), (Braithwaite, Kenishia) (Entered: 03/21/2022) |
| 03/21/2022 | 3 | This case is related to a bankruptcy case filed in the U.S. Bankruptcy Court for the District of Connecticut, Bridgeport Division: Ho Wan Kwok, Case Number: 22-50073 (JAM). (Braithwaite, Kenishia). (Entered: 03/21/2022) |
| 03/23/2022 | 4 | Motion to Transfer Venue */Motion to Transfer Case* (related document(s) 3 , 1) filed by William R. Baldiga on behalf of Kwok Ho Wan. (Attachments: # 1 Exhibit A: Notice of Removal # 2 Exhibit B: Proposed Order) (Baldiga, William) (Entered: 03/23/2022) |
| 03/30/2022 | 5 | Notice of Case Reassignment From Judge Martin Glenn to Judge David S Jones. Judge David S Jones added to the case. (Acosta, Annya). (Entered: 03/30/2022) |
| 04/02/2022 | 6 | Certificate of Mailing Re: Notice of Case Reassignment (related document(s) (Related Doc # 5)) . Notice Date 04/02/2022. (Admin.) (Entered: 04/03/2022) |
| 04/05/2022 | 7 | Letter *to Judge Jones to inform the Court that PAX consents to Kwok's motion for entry of an order transferring this action* (related document(s)4) Filed by Stuart Sarnoff on behalf of Pacific Alliance |

| | | |
|---|---|---|
| | | Asia Opportunity Fund L.P.. (Attachments: # 1 Stipulation Resolving Motion to Transfer Venue # 2 [Proposed] Order)(Sarnoff, Stuart) (Entered: 04/05/2022) |
| 04/11/2022 | 8 | Application for Pro Hac Vice Admission *of Peter Friedman* filed by Peter M. Friedman on behalf of Pacific Alliance Asia Opportunity Fund L.P.. (Attachments: # 1 Proposed Order) (Friedman, Peter) (Entered: 04/11/2022) |
| 04/11/2022 | | Receipt of Application for Pro Hac Vice Admission( 22-01073-dsj) [motion,122] ( 200.00) Filing Fee. Receipt number A15732745. Fee amount 200.00. (Re: Doc # 8) (U.S. Treasury) (Entered: 04/11/2022) |
| 04/11/2022 | 9 | Notice of Appearance in Adversary Proceeding *REGARDING MOTION TO TRANSFER VENUE* filed by Stuart Sarnoff on behalf of Pacific Alliance Asia Opportunity Fund L.P.. with hearing to be held on 4/15/2022 at 10:00 AM at Courtroom 501 (DSJ) (Sarnoff, Stuart) (Entered: 04/11/2022) |
| 04/12/2022 | 10 | Order Signed on 4/12/2022 Admitting Peter Friedman to Practice Pro Hac Vice in this Court. (Related Doc # 8) (Calderon, Lynda) (Entered: 04/12/2022) |
| 04/13/2022 | 11 | Letter *to Court re Motion to Remand* Filed by Peter M. Friedman on behalf of Pacific Alliance Asia Opportunity Fund L.P.. (Friedman, Peter) (Entered: 04/13/2022) |
| 04/13/2022 | 12 | Motion to Transfer Venue / *Pacific Alliance Asia Opportunity Fund L.P.'s Motion to Remand or, in the Alternative, for Abstention Pursuant to 28 U.S.C. § 1334(C)(1)* filed by Peter M. Friedman on behalf of Pacific Alliance Asia Opportunity Fund L.P.. (Attachments: # 1 Proposed Order) (Friedman, Peter) (Entered: 04/13/2022) |
| 04/13/2022 | 13 | Motion to Transfer Venue / *Pacific Alliance Asia Opportunity Fund L.P.'s Motion to Remand or, in the Alternative, for Abstention Pursuant to 28 U.S.C. § 1334(C)(1)* filed by Peter M. Friedman on behalf of Pacific Alliance Asia Opportunity Fund L.P.. (Friedman, Peter) (Entered: 04/13/2022) |
| 04/13/2022 | 14 | Declaration *of Peter Friedman in Support of Pacific Alliance Asia Opportunity Fund L.P.'s Motion to Remand or, in the Alternative, for Abstention Pursuant to 28 U.S.C. § 1334(C)(1)* (related document(s)13) filed by Peter M. Friedman on behalf of Pacific Alliance Asia Opportunity Fund L.P.. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Errata 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21 # 22 Exhibit 22 # 23 Exhibit 23 # 24 Exhibit 24 # 25 Exhibit 25 # 26 Exhibit 26 # 27 Exhibit 27 # 28 Exhibit 28 # 29 Exhibit 29 # 30 Exhibit |

| | | |
|---|---|---|
| | | 30 # 31 Exhibit 31 # 32 Exhibit 32 # 33 Exhibit 33 # 34 Exhibit 34) (Friedman, Peter) (Entered: 04/13/2022) |
| 04/14/2022 | 15 | Motion to Transfer Venue / *Pacific Alliance Asia Opportunity Fund L.P.'s Motion to Remand or, in the Alternative, for Abstention Pursuant to 28 U.S.C. § 1334(C)(1)* filed by Peter M. Friedman on behalf of Pacific Alliance Asia Opportunity Fund L.P.. (Friedman, Peter) (Entered: 04/14/2022) |
| 04/15/2022 | 16 | So Ordered Stipulation Signed on 4/15/2022 Resolving Motion to Transfer Venue. (related document(s)4) (Calderon, Lynda) (Entered: 04/15/2022) |
| 04/15/2022 | 17 | Order Signed on 4/15/2022 Transferring this Case to the United States District Court for the District of Connecticut, Bridgeport Division. (Related Doc # 4) (Calderon, Lynda) (Entered: 04/15/2022) |
| 04/15/2022 | 18 | Notice of Transfer of Adversary Case to the U.S. District Court for the District of Connecticut, Bridgeport Division. (Bush, Brent) (Entered: 04/15/2022) |

