AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| William Baldiga | (212) 209-4800 | 5/26/2022 |

| 4. DELIVERY ADDRESS OR EMAIL | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| adeering@brownrudnick.com | New York | NY | 10036 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 22-50073 | Julie A. Manning | 10. FROM 5/25/2022 | 11. TO 5/25/2022 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Ho Wan Kwok | 13. CITY Bridgeport | 14. STATE CT |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Hearing | 5/25/2022 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [x] | NO. OF COPIES 1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

| 18. SIGNATURE | PROCESSED BY |
|---|---|
| /s/William Baldiga | Pamela Esposito |

| 19. DATE | PHONE NUMBER |
|---|---|
| 4/18/2022 | 203-579-5808 |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| Fiore Reporting and Transcription | U.S. Bankruptcy Court<br>915 Lafayette Blvd.<br>Bridgeport, CT 06604 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

### Honorable Julie A. Manning

### Wednesday May 25 2022

Current as of 05/23/2022, 9:47 am

---

10:00 AM  22-50073   Ho Wan Kwok
          Ch: 11

**Matter:** #102; Motion for Order Directing Appointment of an Examiner, or in the alternative, Motion for Order Directing the Appointment of a Chapter 11 Trustee Filed by Holley L. Claiborn on behalf of U. S. Trustee,

---

10:00 AM  22-50073   Ho Wan Kwok
          Ch: 11

**Matter:** #183; Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee Filed by Patrick M. Birney on behalf of Pacific Alliance Asia Opportunity Fund L.P., 20 Largest Creditor

**22-50073** Ho Wan Kwok
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 05/25/2022

# Attorneys

| | | |
|---|---|---|
| **Laura Aronsson**<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036<br>212-728-5841<br>laronsson@omm.com<br>*Assigned: 04/08/2022*<br>*LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Kenneth Aulet**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>kaulet@brownrudnick.com<br>*Assigned: 04/26/2022*<br>*LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **William Baldiga**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>New York<br>212-209-4800<br>212-209-4801 (fax)<br>wbaldiga@brownrudnick.com<br>*Assigned: 03/01/2022*<br>*LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **William R. Baldiga**<br>Brown, Rudnik, Freed & Gesmer<br>One Financial Center<br>Boston, MA 02111<br>(617) 330-9000<br>617-289-0420 (fax)<br>wbaldiga@brownrudnick.com<br>*Assigned: 03/09/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Patrick M. Birney**<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8200<br>(860) 275-8299 (fax) | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

| | | |
|---|---|---|
| pbirney@rc.com<br>*Assigned: 02/24/2022* | | |
| **Carollynn H.G. Callari**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>ccallari@callaripartners.com<br>*Assigned: 03/16/2022*<br>*LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |
| **Andrew M. Carty**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>acarty@brownrudnick.com<br>*Assigned: 04/15/2022*<br>*LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **John L. Cesaroni**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>jcesaroni@zeislaw.com<br>*Assigned: 05/10/2022* | representing | **Mei Guo**<br>*(Interested Party)* |
| **Holley L. Claiborn**<br>Office of The United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br>(203) 773-2217 (fax)<br>holley.l.claiborn@usdoj.gov<br>*Assigned: 02/28/2022* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **David S. Forsh**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>dforsh@callaripartners.com | representing | **Rui Ma**<br>*(20 Largest Creditor)* |

Assigned: 03/17/2022
*LEAD ATTORNEY*

|  |  |  |
|---|---|---|
|  |  | **Weican Meng**<br>*(20 Largest Creditor)* |
|  |  | **Zheng Wu**<br>*(Creditor)* |
| **Peter Friedman**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5302<br>pfriedman@omm.com<br>Assigned: 02/25/2022<br>*LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Irve J. Goldman**<br>Pullman & Comley<br>850 Main Street<br>8th Floor<br>Bridgeport, CT 06604<br>203-330-2000<br>203-576-8888 (fax)<br>igoldman@pullcom.com<br>Assigned: 04/05/2022 | representing | **Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |
| **Mia N. Gonzalez**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>212-728-5698<br>mgonzalez@omm.com<br>Assigned: 04/08/2022<br>*LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **David V. Harbach, II**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5127<br>dharbach@omm.com<br>Assigned: 02/25/2022<br>*LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Jeffrey L Jonas**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>2122094800<br>212-209-4801 (fax)<br>jjonas@brownrudnick.com<br>Assigned: 04/21/2022<br>*LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |

| | | |
|---|---|---|
| **Jonathan Kaplan**<br>Pullman & Comley, LLC<br>90 State House Square<br>Hartford, CT 06103<br>860-424-4379<br>860-424-4370 (fax)<br>jkaplan@pullcom.com<br> *Assigned: 04/05/2022* | representing | **Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |
| **Stephen M. Kindseth**<br>Zeisler & Zeisler<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>(203) 368-4234<br>203-367-9678 (fax)<br>skindseth@zeislaw.com<br> *Assigned: 04/11/2022* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
|  *Assigned: 05/10/2022* | representing | **Mei Guo**<br>*(Interested Party)* |
| **Dylan Kletter**<br>Brown Rudnick LLP<br>185 Asylum Street<br>Hartford, CT 06103<br>860-509-6500<br>dkletter@brownrudnick.com<br> *Assigned: 02/15/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Steven E. Mackey**<br>Office of the U.S. Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br> *Assigned: 03/22/2022* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Kristin B. Mayhew**<br>McElroy, Deutsch, Mulvaney & Carpenter<br>30 Jeliff Lane<br>Southport, CT 06890<br>(203) 319-4011<br>203-259-0251 (fax)<br>kmayhew@mdmc-law.com<br> *Assigned: 03/15/2022* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |
| **Timothy D. Miltenberger**<br>Cohn Birnbaum & Shea P.C. | representing | **Golden Spring (New York) LTD**<br>*(Interested Party)* |

100 Pearl Street
12th Floor
Hartford, CT 06103
860-493-2200
Tmiltenberger@cbshealaw.com
*Assigned: 03/31/2022*

**Sara Pahlavan**
O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
415-984-8953
spahlavan@omm.com
*Assigned: 05/05/2022*
*LEAD ATTORNEY*

representing **Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 04/11/2022*

representing **HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

*Assigned: 05/10/2022*

representing **Mei Guo**
*(Interested Party)*

**Scott D. Rosen**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103-4500
(860) 493-2200
860-727-0361 (fax)
srosen@cb-shea.com
*Assigned: 03/28/2022*

representing **Golden Spring (New York) LTD**
*(Interested Party)*

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
202-326-2293
ssarnoff@omm.com
*Assigned: 02/25/2022*
*LEAD ATTORNEY*

representing **Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Bennett Silverberg**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)

representing **Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

bsilverberg@brownrudnick.com
*Assigned: 03/01/2022*
*LEAD ATTORNEY*

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
860-275-8325
860-275-8299 (fax)
asmith@rc.com
*Assigned: 02/24/2022*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Jay Marshall Wolman**
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
702-420-2001
jmw@randazza.com
*Assigned: 02/17/2022*

representing

**Logan Cheng**
c/o Randazza Legal Group, PLLC
100 Pearl Street
14th Floor
Hartford, CT 06103
*(Creditor)*

**Peter J. Zarella**
McElroy, Deutsch, Mulvaney & Carpenter,
One State Street, 14th floor
Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
*Assigned: 03/22/2022*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*