UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

**EXHIBIT LIST FOR**
**PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.**

IN RE:

HO WAN KWOK,
    DEBTOR.

CHAPTER 11

CASE No.: 22-50073 (JAM)

ECF No. 183 - Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee

EVIDENTIARY HEARING DATE: May 25, 2022

**EXHIBITS SUBMITTED BY:** Pacific Alliance Asia Opportunity Fund L.P. ("PAX")

**ATTORNEY:** Peter Friedman and Laura Aronsson

| EXHIBIT # | DESCRIPTION | ID/FULL | SUBMIT DATE | WITNESS |
|---|---|---|---|---|
| PAX 1 | Transcript of April 27, 2022 Hearing | FULL | 5/25/2022 | N/A |
| PAX 2 | Declaration of Ho Wan Kwok in Support of the Chapter 11 Case and Certain Motions | FULL | 5/25/2022 | N/A |
| PAX 3 | Global Notes and Statements of Limitations, Methodology, and disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs | FULL | 5/25/2022 | N/A |
| PAX 4 | Debtor's Schedules | FULL | 5/25/2022 | N/A |
| PAX 5 | Declaration About Debtor's Schedules | FULL | 5/25/2022 | N/A |
| PAX 6 | Debtor's Application for Authorization to Retain and Employ Verdolino & Lowey, P.C. as Financial Advisor | FULL | 5/25/2022 | N/A |
| PAX 9 | Monthly Operating Report for Period Ending 02/28/2022 | FULL | 5/25/2022 | N/A |
| PAX 10 | Supplement to the February 2022 Monthly Operating Report | FULL | 5/25/2022 | N/A |

APPEAL FILED ON _____ .
CHECKED EXHIBITS HAVE BEEN SUBMITTED TO DISTRICT COURT ON _____ .COPIES OF THE EXHIBITS HAVE BEEN RETAINED BY THE BANKRUPTCY COURT

| EXHIBIT # | DESCRIPTION | ID/FULL | SUBMIT DATE | WITNESS |
|---|---|---|---|---|
| PAX 11 | Monthly Operating Report for Period Ending 03/31/2022 | FULL | 5/25/2022 | N/A |
| PAX 12 | May 2, 2022 Email from UST to Brown Rudnick | FULL | 5/25/2022 | N/A |
| PAX 13 | Accrued Professional Fee Schedule | FULL | 5/25/2022 | N/A |
| PAX 14 | Jalbert Dep. Ex. 18: March 23, 2022 Email from Verdolino & Lowey, P.C. | FULL | 5/25/2022 | N/A |
| PAX 15 | Summary of Living Expenses (February 2022 MOR) | FULL | 5/25/2022 | N/A |
| PAX 16 | Summary of Living Expenses (March 2022 MOR) | FULL | 5/25/2022 | N/A |
| PAX 17 | April 26, 2019 Hearing Transcript, *PAX v. Kwok*, Index. No. 652077/2017 (N.Y. Sup. Ct.), Dkt. 331 | FULL | 5/25/2022 | N/A |
| PAX 18 | October 15, 2020 Hearing Transcript, *PAX v. Kwok*, Index. No. 652077/2017 (N.Y. Sup. Ct,), Dkt. 647 | FULL | 5/25/2022 | N/A |
| PAX 19 | April 30, 2021, Hearing Transcript, *PAX v. Kwok*, Index. No. 652077/2017 (N.Y. Sup. Ct.), Dkt. 837 | FULL | 5/25/2022 | N/A |
| PAX 20 | May 27, 2021, Hearing Transcript, *PAX V. KWOK,* Index. No. 652077/2017 (N.Y. Sup. Ct.), Dkt. 833 | FULL | 5/25/2022 | N/A |
| PAX 21 | July 21, 2021 Hearing Transcript, *PAX v. Kwok,* Index. No. 652077/2017 (N.Y. Sup. Ct.) Dkt. 898 | FULL | 5/25/2022 | N/A |
| PAX 22 | January 14, 2022 Hearing Transcript, *PAX v. Kwok,* Index. No. 652077/2017 (N.Y. Sup. Ct.,), Dkt 1120 | FULL | 5/25/2022 | N/A |
| PAX 23 | Decision and Order on Motion, *PAX v. Kwok,* Index. No. 65077/2017 (N.Y. Sup. Ct.), Dkt. 549 | FULL | 5/25/2022 | N/A |
| PAX 24 | Decision and Order on Motion, *PAX v. Kwok,* Index No. 652077/2017 (N.Y. Sup. Ct.), Dkt. 728 | FULL | 5/25/2022 | N/A |
| PAX 25 | Decision and Order on Motion*, PAX v. Kwok*, Index No. 652077/2017 (N.Y. Sup. Ct.), Dkt. 1181 | FULL | 5/25/2022 | N/A |
| PAX 26 | Transcript of Craig Jalbert Deposition | FULL | 5/25/2022 | N/A |
| PAX 27 | Rule 1006 Summary Re: Litigation Claims | FULL | 5/25/2022 | N/A |
| PAX 28 | Declaration of Laura Aronsson in Further Support of PAX's Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee | FULL | 5/25/2022 | N/A |
| PAX 29 | Proposed Chapter 11 Plan of Ho Wan Kwok | FULL | 5/25/2022 | N/A |
| PAX 31 | Debtor's Motion for Entry of Interim and Final DIP Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition, financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief | FULL | 5/25/2022 | N/A |

APPEAL FILED ON _____ .
CHECKED EXHIBITS HAVE BEEN SUBMITTED TO DISTRICT COURT ON _____ .COPIES OF THE EXHIBITS HAVE BEEN RETAINED BY THE BANKRUPTCY COURT