# EXHIBIT PAX 05

Declaration About Individual Debtor's Schedules

CASE NO. 22-50073
IN RE: Ho Wan Kwok
VS.
PAX    EXHIBIT 5
DATE _____ IDEN.
DATE 5/25/2022 Admitted in Full    EVID.
BY P.E.
Deputy Clerk
AO 386-A

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Ho Wan Kwok | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT | | |
| Case number (if known) | 22-50073 | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Ho Wan Kwok                                X _____
Ho Wan Kwok                                      Signature of Debtor 2
Signature of Debtor 1

Date 3/9/2022                                    Date _____

Official Form 106Dec                Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

PAX-05