# **EXHIBIT PAX 10**

Supplement to the February 2022 Monthly Operating Report

CASE NO. 22-50073
IN RE: Ho Wan Kwok
VS.
PAX   EXHIBIT   10
DATE _____ IDEN.
DATE 5/25/2022 Admitted in Full   EVID.
BY P.E.
Deputy Clerk
AO 386-A

UNITED STATES BANKRUPTCY COURT
DISCTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------------------X
                                                                     :
In re:                                                               :   Chapter 11
                                                                     :
Ho Wan Kwok,                                                         :   Case No. 22-50073 (JAM)
                                                                     :
                    Debtor.                                          :
                                                                     :
---------------------------------------------------------------------X

Supplement to the February 2022 Monthly Operating Report

As disclosed in the Global Notes to the Statement of Financial Affairs, there were two payments, totaling $109,827.12, that were inadvertently made by the family on February 16, 2022, on account of pre-petition obligations.  These payments are being treated as gifts.   The payments, totaling $109,827.12, are reflected in the $161,323 reported in Part 1(e) of the Operating Report.

The payments made were as follows:

| | |
|---|---|
| Clayman & Rosenberg, LLP | $ 89,508.91 |
| Selas Montbrial Avocats | $ 20,318.21 |
| | |
| Total | $109,827.12 |