# EXHIBIT PAX 13

Accrued Professional Fee Schedule

CASE NO. 22-50073
IN RE: Ho Wan Kwok
VS.
PAX  EXHIBIT 13
DATE _____ IDEN.
DATE 5/25/2022 Admitted in Full  EVID.
BY P.E.
Deputy Clerk
AO 386-A

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- March 2022 MOR**

### Accrued and Unpaid Professional Fees & Expenses

| Professional | Fees & Expenses 2/15 through 2/28/2022 | Fees & Expenses 3/1 through 3/31/2022 |
|---|---:|---:|
| Baker Hostetler LLP | $ 3,203 | |
| Brown Rudnick | $ 184,730 | $ 900,713 |
| Clayman & Rosenberg LLP | $ 875 | $ 190 |
| Ganfer Shore Leeds & Zauderer LLP | $ 7,535 | $ 4,095 |
| Harcus Parker Ltd. | $ 5,020 | $ 5,296 |
| LALIVE SA | $ 2,503 | |
| Lawall & Mitchell, LLC | $ 3,587 | $ 5,600 |
| Petrillo Klein & Boxer LLP | $ 15,083 | |
| Schulman Bhattacharya, LLC | $ 22,247 | |
| The Casper Firm | $ 23,800 | $ 1,260 |
| The Francis Firm PLLC | $ 5,000 | $ 10,000 |
| Verdolino & Lowey, PC | $ - | $ 72,405 |
| VX Cerda & Associates | $ 1,042 | $ 2,083 |
| | $ 274,624 | $ 1,001,643 |
| **Total Accrued Post-Petition Professional Fees & Expenses** | | **$ 1,276,267** |

**Note 1:** Notwithstanding that the employment of the above named Professionals has not yet been approved by the Bankruptcy Court, the unpaid fees and expenses are accrued and reported out of an abundance of caution.