# **EXHIBIT PAX 15**

Summary of Living Expenses (February 2022 MOR)

CASE NO. 22-50073
IN RE: Ho Wan Kwok
VS.
PAX  EXHIBIT 15
DATE _____ IDEN.
DATE 5/25/2022 Admitted in Full  EVID.
BY P.E.
Deputy Clerk
AO 386-A

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- February 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of February 15, 2022 - February 28, 2022**

| Categories | Total Amount Paid | Allocation (%) to Ho Wan Kwok | Total Allocated to Ho Wan Kwok | Notes |
|---|---|---|---|---|
| Travel | $ 881 | 50% | $ 440 | See Travel Tab |
| Meals | $ 3,115 | 50% | $ 1,557 | See Meals Tab |
| Security | $ 43,655 | 100% | $ 43,655 | See Others Tab |
| Chauffeur | $ 3,269 | 40% | $ 1,308 | See Others Tab |
| Utilities | $ 5,869 | 50% | $ 2,935 | See Utilities Tab |
| Housekeeping (CT House) | $ 3,200 | 50% | $ 1,600 | See Others Tab |
| | | | | |
| **Sub Total** | **$ 59,990** | | **$ 51,496** | |

| | |
|---|---|
| Payments made to law firms | |
| Clayman & Rosenberg, LLP | $ 89,509 |
| Selas Montbrial Avocats | $ 20,318 |
| Total Payments made to law firms | $ 109,827 |
| **Total Payments made on behalf of Ho Wan Kwok** | **$ 161,323** |

**Note:** No payments were made to the Debtor (individually), or any known Associate or Affiliate of the Debtor.
**Note 2:** The above payments were made by Golden Spring (New York) Ltd., Greenwich Land, LLC, and Lamp Capital, LLC

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- February 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of February 15, 2022 - February 28, 2022.**

| Transaction Date | Payee Name | Payment Type | Amount |
|---|---|---|---|
| 02/15/2022 | EXXONMOBIL | GSNY Debit Card | $ 91.75 |
| 02/15/2022 | EXXONMOBIL | GSNY Debit Card | $ 22.04 |
| 02/16/2022 | MERRITT PKWY | GSNY Debit Card | $ 43.76 |
| 02/17/2022 | SUNOCO | GSNY Debit Card | $ 65.87 |
| 02/17/2022 | MERRITT PKWY | GSNY Debit Card | $ 66.37 |
| 02/18/2022 | BP | GSNY Debit Card | $ 46.24 |
| 02/19/2022 | BP | GSNY Debit Card | $ 63.08 |
| 02/21/2022 | EXXONMOBIL | GSNY Debit Card | $ 29.77 |
| 02/22/2022 | EXXONMOBIL | GSNY Debit Card | $ 65.42 |
| 02/22/2022 | SUNOCO | GSNY Debit Card | $ 56.94 |
| 02/23/2022 | VALERO | GSNY Debit Card | $ 50.58 |
| 02/24/2022 | SHELL OIL | GSNY Debit Card | $ 85.00 |
| 02/24/2022 | SHELL OIL | GSNY Debit Card | $ 43.19 |
| 02/24/2022 | BP | GSNY Debit Card | $ 42.72 |
| 02/25/2022 | SUNOCO | GSNY Debit Card | $ 68.13 |
| 02/27/2022 | SUNOCO | GSNY Debit Card | $ 40.00 |
|  |  |  | $ 880.86 |

Travel

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- February 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of February 15, 2022 - February 28, 2022.**

| Transaction Date | Payee Name | Payment Type | Amount |
|---|---|---|---|
| 02/17/2022 | CITARELLA | GSNY Debit Card | $ 524.95 |
| 02/18/2022 | HAPPINESS IS BACK COUNTRY MARKET | GSNY Debit Card | $ 10.15 |
| 02/19/2022 | SLICE*SONNYTONYSPIZZA | GSNY Debit Card | $ 138.57 |
| 02/21/2022 | FUJI MART | GSNY Debit Card | $ 293.82 |
| 02/22/2022 | Deluxe Food Market | GSNY Debit Card | $ 137.85 |
| 02/22/2022 | NEW YORK MART | GSNY Debit Card | $ 60.04 |
| 02/22/2022 | CHOWBUS | GSNY Debit Card | $ 138.16 |
| 02/22/2022 | PARIS BAGUETTE | GSNY Debit Card | $ 23.39 |
| 02/24/2022 | CITARELLA | GSNY Debit Card | $ 195.25 |
| 02/25/2022 | YAMIBUY | GSNY Debit Card | $ 41.96 |
| 02/26/2022 | JMART | GSNY Debit Card | $ 156.79 |
| 02/27/2022 | NORWALK HALAL | Greenwich Land Debit Card | $ 554.00 |
| 02/27/2022 | SCHRIEFER`S ARMONK DELI | GSNY Debit Card | $ 52.68 |
| 02/28/2022 | BANKSVILLE PIZZA AND PAST | GSNY Debit Card | $ 26.23 |
| 02/28/2022 | ACME | GSNY Debit Card | $ 72.23 |
| 02/28/2022 | FUJI MART | GSNY Debit Card | $ 223.30 |
| 02/28/2022 | CITARELLA | GSNY Debit Card | $ 465.45 |
| | | | $ 3,114.82 |

Meals

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- February 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of February 15, 2022 - February 28, 2022.**

| Transaction Date | Payee Name | Payment Type | Amount | |
|---|---|---|---|---|
| 2/16/2022 | Security | ACH Debit from Lamp Capital | $ | 14,040.00 |
| 2/18/2022 | Security | ACH Debit from Lamp Capital | $ | 14,807.72 |
| 2/25/2022 | Security | ACH Debit from Lamp Capital | $ | 14,807.72 |
| | | | | |
| | | | $ | 43,655.44 |

Security

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- February 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of February 15, 2022 - February 28, 2022.**

| Transaction Date | Payee Name | Payment Type | Amount |
|---|---|---|---:|
| 2/18/2022 | Chauffeur | ACH Debit from Lamp Capital | $ 1,634.62 |
| 2/25/2022 | Chauffeur | ACH Debit from Lamp Capital | $ 1,634.62 |
|  |  |  | $ 3,269.24 |

Chauffeur

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- February 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of February 15, 2022 - February 28, 2022.**

| Transaction Date | Payee Name | Payment Type | Amount |
|---|---|---|---|
| 02/23/2022 | L H GAULT & SONS | ACH Debit from Lamp Capital (Greenwich Land Sub Account) | $ 4,474.06 |
| 02/23/2022 | L H GAULT & SONS | ACH Debit from Lamp Capital (Greenwich Land Sub Account) | $ 476.45 |
| 02/22/2022 | L H GAULT & SONS | ACH Debit from Lamp Capital (Greenwich Land Sub Account) | $ 187.96 |
| 02/28/2022 | E-ZPASS | ACH Debit from Lamp Capital (GSNY Sub Account) | $ 65.00 |
| 02/20/2022 | ATT* BILL PAYMENT | GSNY Debit Card | $ 580.12 |
| 02/15/2022 | OPTIMUM | Greenwich Land Debit Card | $ 85.79 |
| | | **Total** | **$ 5,869.38** |

Utilities

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- February 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of February 15, 2022 - February 28, 2022.**

| Transaction Date | Payee Name | Payment Type | Amount | |
|---|---|---|---|---|
| 2/18/2022 | Housekeeping | ACH Debit from Lamp Capital | $ | 1,600.00 |
| 2/25/2022 | Housekeeping | ACH Debit from Lamp Capital | $ | 1,600.00 |
| | | | $ | 3,200.00 |

Housekeeping