# EXHIBIT PAX 16

Summary of Living Expenses (March 2022 MOR)

CASE NO. 22-50073
IN RE: Ho Wan Kwok
VS.
PAX   EXHIBIT   16
DATE _____ IDEN.
DATE 5/25/2022 Admitted in Full   EVID.
BY  P.E.
Deputy Clerk
AO 386-A

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- March 2022 MOR**

### Expenses Paid on Behalf of Ho Wan Kwok for the Period of March 1, 2022 - March 31, 2022.

| Categories | Total Amount Paid | Allocation (%) to Ho Wan Kwok | Total Allocated to Ho Wan Kwok | Notes |
|---|---:|---:|---:|---|
| Travel | $ 4,380 | 50% | $ 2,190 | See Travel Tab |
| Meals | $ 6,878 | 50% | $ 3,439 | See Meals Tab |
| Medical | $ 6,119 | 100% | $ 6,119 | See Medical Tab |
| Home Insurance | $ 28,275 | 50% | $ 14,138 | See Home Insurance Tab |
| Repairs and Maintenance | $ 26,353 | 50% | $ 13,176 | See Repairs and Maintenance Tab |
| Security | $ 84,426 | 100% | $ 84,426 | See Security Tab |
| Chauffeur | $ 6,538 | 40% | $ 2,615 | See Chauffeur Tab |
| Utilities | $ 3,397 | 50% | $ 1,698 | See Utilities Tab |
| Telephone | $ 98 | 100% | $ 98 | See Telephone Tab |
| Housekeeping (CT House) | $ 6,400 | 50% | $ 3,200 | See Housekeeping Tab |
| Miscellaneous | $ 1,522 | 50% | $ 761 | See Misc. Tab |
| **Sub Total** | **$ 174,386** | | **$ 131,861** | |

| | | |
|---|---:|---|
| **Total Payments made on behalf of Ho Wan Kwok** | $ 131,861 | |
| Correction of inadvertently reported legal expense | $ (44,754) | **Note 1** |
| Net Payments made on behalf of the Debtor | $ 87,107 | |

**Note 1:** A payment to Clayman & Rosenberg of $89,508.91 that was made in February 2022, and reported on the February 2022 MOR was for the benefit of both Ho Wan Kwok and Golden Spring (New York) Ltd. Therefore, the amount reported in the February 2022 MOR should have only been $44,754.46.

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information-  March 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of March 1, 2022 - March 31, 2022.**

| Transaction Date | Payee Name | Payment Type | Amount |
|---|---|---|---|
| 3/1/2022 | SHELL OIL | GSNY Debit Card | 75.00 |
| 3/1/2022 | SHELL OIL | GSNY Debit Card | 85.00 |
| 3/1/2022 | EXXONMOBIL | GSNY Debit Card | 53.03 |
| 3/1/2022 | EXXONMOBIL | GSNY Debit Card | 95.00 |
| 3/1/2022 | CHAMPION PARKING 57 | GSNY Debit Card | 47.00 |
| 3/3/2022 | SUNOCO | GSNY Debit Card | 58.50 |
| 3/3/2022 | SUNOCO | GSNY Debit Card | 70.00 |
| 3/4/2022 | STAMFORD FUEL | GSNY Debit Card | 38.28 |
| 3/4/2022 | BP | GSNY Debit Card | 57.46 |
| 3/5/2022 | SUNOCO | GSNY Debit Card | 63.80 |
| 3/5/2022 | VALERO | GSNY Debit Card | 75.00 |
| 3/6/2022 | EXXONMOBIL | GSNY Debit Card | 42.00 |
| 3/7/2022 | SUNOCO | GSNY Debit Card | 74.00 |
| 3/7/2022 | SUNOCO | GSNY Debit Card | 108.00 |
| 3/7/2022 | SUNOCO | GSNY Debit Card | 15.00 |
| 3/8/2022 | BP | GSNY Debit Card | 26.59 |
| 3/8/2022 | BP | GSNY Debit Card | 33.52 |
| 3/8/2022 | MERRITT PKWY | GSNY Debit Card | 35.49 |
| 3/8/2022 | CRYSTAL CAR WASH | GSNY Debit Card | 19.00 |
| 3/9/2022 | E-Z PASSNY | GSNY Debit Card | 7.48 |
| 3/9/2022 | CHAMPION PARKING 57 | GSNY Debit Card | 41.00 |
| 3/10/2022 | EXXONMOBIL | GSNY Debit Card | 49.19 |
| 3/10/2022 | EXXONMOBIL | GSNY Debit Card | 73.48 |
| 3/10/2022 | SHELL OIL | GSNY Debit Card | 66.94 |
| 3/10/2022 | CHAMPION PARKING 57 | GSNY Debit Card | 41.00 |
| 3/11/2022 | GULF OIL | GSNY Debit Card | 49.50 |
| 3/11/2022 | SUNOCO | GSNY Debit Card | 127.00 |
| 3/11/2022 | NORTH CASTLE AUTOMOTIVE | GSNY Debit Card | 38.47 |
| 3/13/2022 | EXXONMOBIL | GSNY Debit Card | 84.76 |
| 3/13/2022 | EXXONMOBIL | GSNY Debit Card | 85.77 |
| 3/13/2022 | BP | GSNY Debit Card | 54.81 |
| 3/13/2022 | SPLASH CAR WASH | GSNY Debit Card | 40.41 |
| 3/13/2022 | SPLASH CAR WASH | GSNY Debit Card | 40.41 |
| 3/13/2022 | SPLASH CAR WASH | GSNY Debit Card | 40.41 |
| 3/13/2022 | ADVANCE AUTO PARTS | GSNY Debit Card | 115.11 |
| 3/13/2022 | AUTOZONE | GSNY Debit Card | 34.18 |
| 3/16/2022 | BP | GSNY Debit Card | 84.01 |
| 3/16/2022 | BP | GSNY Debit Card | 50.71 |
| 3/16/2022 | CUMBERLAND FARMS | GSNY Debit Card | 71.61 |

Travel

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- March 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of March 1, 2022 - March 31, 2022.**

| Transaction Date | Payee Name | Payment Type | Amount |
|---|---|---|---|
| 3/17/2022 | EXXONMOBIL | GSNY Debit Card | 73.20 |
| 3/18/2022 | E-Z PASSNY | GSNY Debit Card | 65.00 |
| 3/18/2022 | BP | GSNY Debit Card | 72.58 |
| 3/18/2022 | 615 GARAGE CORP | GSNY Debit Card | 47.00 |
| 3/19/2022 | EXXONMOBIL | GSNY Debit Card | 125.00 |
| 3/19/2022 | D & D AUTO PARTS | GSNY Debit Card | 14.99 |
| 3/20/2022 | SUNOCO | GSNY Debit Card | 76.10 |
| 3/20/2022 | 615 GARAGE CORP | GSNY Debit Card | 47.00 |
| 3/20/2022 | 615 GARAGE CORP | GSNY Debit Card | 47.00 |
| 3/20/2022 | ALPHA CARWASH | GSNY Debit Card | 23.95 |
| 3/20/2022 | SPLASH CAR WASH | GSNY Debit Card | 40.41 |
| 3/21/2022 | E-Z PASSNY | GSNY Debit Card | 46.88 |
| 3/21/2022 | BEDFORD SERVICE CENTER | GSNY Debit Card | 10.00 |
| 3/21/2022 | SHELL OIL | GSNY Debit Card | 45.00 |
| 3/21/2022 | SHELL OIL | GSNY Debit Card | 47.50 |
| 3/21/2022 | SHELL OIL | GSNY Debit Card | 74.68 |
| 3/23/2022 | BP | GSNY Debit Card | 72.90 |
| 3/23/2022 | BP | GSNY Debit Card | 45.36 |
| 3/23/2022 | EXXONMOBIL | GSNY Debit Card | 100.00 |
| 3/23/2022 | SUNRISE CAR WASH | GSNY Debit Card | 79.29 |
| 3/24/2022 | BP | GSNY Debit Card | 76.32 |
| 3/25/2022 | BP | GSNY Debit Card | 34.67 |
| 3/25/2022 | EXXONMOBIL | GSNY Debit Card | 61.00 |
| 3/25/2022 | ALPHA CARWASH | GSNY Debit Card | 23.95 |
| 3/26/2022 | EXXONMOBIL | GSNY Debit Card | 50.57 |
| 3/27/2022 | E-Z PASSNY | GSNY Debit Card | 65.00 |
| 3/27/2022 | EXXONMOBIL | GSNY Debit Card | 111.36 |
| 3/27/2022 | CITGO | GSNY Debit Card | 20.00 |
| 3/27/2022 | CITGO | GSNY Debit Card | 75.00 |
| 3/27/2022 | SPLASH CAR WASH | GSNY Debit Card | 40.41 |
| 3/28/2022 | MERRICK CITGO | GSNY Debit Card | 30.20 |
| 3/29/2022 | BP | GSNY Debit Card | 104.61 |
| 3/29/2022 | EXXONMOBIL | GSNY Debit Card | 50.99 |
| 3/29/2022 | EXXONMOBIL | GSNY Debit Card | 24.89 |
| 3/29/2022 | SUNOCO | GSNY Debit Card | 69.72 |
| 3/30/2022 | BP | GSNY Debit Card | 33.37 |
| 3/30/2022 | EXXONMOBIL | GSNY Debit Card | 86.06 |

Travel

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- March 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of March 1, 2022 - March 31, 2022.**

| Transaction Date | Payee Name | Payment Type | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  | 4,379.88 |
|  |  |  |  |

Travel

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- March 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of March 1, 2022 - March 31, 2022.**

| Transaction Date | Payee Name | Payment Type | Amount |
|---|---|---|---:|
| 3/4/2022 | FUJI MART | GSNY Debit Card | 165.83 |
| 3/5/2022 | BOBO Z BAKERY | GSNY Debit Card | 160.65 |
| 3/6/2022 | TARGET.COM | GSNY Debit Card | 292.07 |
| 3/6/2022 | WHOLE FOODS MARKET | GSNY Debit Card | 203.87 |
| 3/8/2022 | STARBUCKS STORE | GSNY Debit Card | 29.43 |
| 3/8/2022 | WHOLE FOODS MARKET | GSNY Debit Card | 2.00 |
| 3/9/2022 | WHOLE FOODS MARKET | GSNY Debit Card | 39.17 |
| 3/10/2022 | DOORDASH GONGCHA | GSNY Debit Card | 220.67 |
| 3/10/2022 | DOORDASH OUTBACKST | GSNY Debit Card | 275.70 |
| 3/10/2022 | RP PRIME | GSNY Debit Card | 375.61 |
| 3/11/2022 | FRESH GROCER | GSNY Debit Card | 51.92 |
| 3/11/2022 | FUJI MART | GSNY Debit Card | 53.53 |
| 3/12/2022 | H MART | GSNY Debit Card | 177.19 |
| 3/14/2022 | DAINOBU | GSNY Debit Card | 179.54 |
| 3/15/2022 | CHOWBUS ORDER | GSNY Debit Card | 243.20 |
| 3/15/2022 | DAINOBU | GSNY Debit Card | 191.09 |
| 3/15/2022 | Nespresso - USA | GSNY Debit Card | 83.00 |
| 3/15/2022 | WHOLE FOODS MARKET | GSNY Debit Card | 73.74 |
| 3/17/2022 | TARGET.COM | GSNY Debit Card | 121.65 |
| 3/17/2022 | TARGET.COM | GSNY Debit Card | 158.94 |
| 3/17/2022 | TARGET.COM | GSNY Debit Card | 170.49 |
| 3/18/2022 | TARGET.COM | GSNY Debit Card | 84.65 |
| 3/18/2022 | TARGET.COM | GSNY Debit Card | 10.00 |
| 3/18/2022 | YUMI ASIAN & HIBACHI | GSNY Debit Card | 32.40 |
| 3/19/2022 | SOFIA | GSNY Debit Card | 903.68 |
| 3/20/2022 | DAINOBU | GSNY Debit Card | 157.43 |
| 3/20/2022 | H MART | GSNY Debit Card | 217.45 |
| 3/21/2022 | CITARELLA | GSNY Debit Card | 205.20 |
| 3/21/2022 | CITARELLA | GSNY Debit Card | 172.21 |
| 3/23/2022 | H MART | GSNY Debit Card | 229.29 |
| 3/24/2022 | Deluxe Food Market | GSNY Debit Card | 225.08 |
| 3/25/2022 | MITSUWA | GSNY Debit Card | 961.36 |
| 3/26/2022 | SHOPRITE | GSNY Debit Card | 125.54 |
| 3/27/2022 | WHOLE FOODS MARKET | GSNY Debit Card | 103.35 |
| 3/28/2022 | FUJI MART | GSNY Debit Card | 181.24 |
| | | | 6,878.17 |

Meals

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- March 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of March 1, 2022 - March 31, 2022.**

| Transaction Date | Payee Name | Payment Type | Amount | |
|---|---|---|---|---|
| 3/1/2022 | UNITED HEALTHCARE | GSNY Debit Card | 1,618.83 | [1] |
| 3/22/2022 | SOLLIS HEALTH | GSNY Debit Card | 4,500.00 | |
| | | | 6,118.83 | |

[1] The total amount paid to United Healthcare was $3,237.66, but only 50% pertains to the Debtor; the other 50% pertains to the Debtor's wife.

Medical

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- March 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of March 1, 2022 - March 31, 2022.**

| Transaction Date | Payee Name | Payment Type | Amount |
|---|---|---|---|
| 3/9/2022 | Erich Courant & Co | ACH Debit from Lamp Capital (Greenwich Land Sub Account) | 28,275.29 |
| | | | |
| | | | 28,275.29 |

Home Insurance

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- March 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of March 1, 2022 - March 31, 2022.**

| Transaction Date | Payee Name | Payment Type | Amount |
|---|---|---|---|
| 3/4/2022 | EUGENIO PIRRI | Greenwich Land Debit Card | 3,036.29 |
| 3/4/2022 | SUMMER RAIN SPRINKLER | Greenwich Land Debit Card | 135.00 |
| 3/10/2022 | Putnam's Landscaping | ACH Debit from Lamp Capital (Greenwich Land Sub Account) | 22,008.32 |
| 3/31/2022 | N.S.R. NATIONAL STAND | Greenwich Land Debit Card | 1,173.09 |
|  |  |  |  |
|  |  |  | 26,352.70 |

Repairs and Maintenance

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- March 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of March 1, 2022 - March 31, 2022.**

| Transaction Date | Payee Name | Payment Type | Amount |
|---|---|---|---|
| 3/4/2022 | Security | ACH Debit from Lamp Capital | $ 14,808.44 |
| 3/10/2022 | Security | ACH Debit from Lamp Capital | $ 28,080.00 |
| 3/11/2022 | Security | ACH Debit from Lamp Capital | $ 14,808.44 |
| 3/18/2022 | Security | ACH Debit from Lamp Capital | $ 20,384.66 |
| 3/25/2022 | Security | ACH Debit from Lamp Capital | $ 20,384.66 |
|  |  |  | $ 98,466.20 |
| Correction of February disbursement inadvertently reported. | | | $ (14,040.00) |
|  |  | Net Reported as March Security | $ 84,426.20 |

Security

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- March 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of March 1, 2022 - March 31, 2022.**

| Transaction Date | Payee Name | Payment Type | Amount |
|---|---|---|---|
| 3/4/2022 | Chauffeur | ACH Debit from Lamp Capital | $ 1,634.62 |
| 3/11/2022 | Chauffeur | ACH Debit from Lamp Capital | $ 1,634.62 |
| 3/18/2022 | Chauffeur | ACH Debit from Lamp Capital | $ 1,634.62 |
| 3/25/2022 | Chauffeur | ACH Debit from Lamp Capital | $ 1,634.62 |
| | | | |
| | | | $ 6,538.48 |

Chauffeur

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- March 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of March 1, 2022 - March 31, 2022.**

| Transaction Date | Payee Name | Payment Type | Amount |
|---|---|---|---|
| 3/7/2022 | Eversource | ACH Debit from Lamp Capital (Greenwich Land Sub Account) | 2,081.69 |
| 3/8/2022 | L H GAULT & SONS | ACH Debit from Lamp Capital (Greenwich Land Sub Account) | 1,229.40 |
| 3/15/2022 | OPTIMUM | Greenwich Land Debit Card | 85.79 |
| | | | |
| | | | 3,396.88 |

Utilities

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- March 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of March 1, 2022 - March 31, 2022.**

| Transaction Date | Payee Name | Payment Type | Amount |
|---|---|---|---|
|  |  |  |  |
| 3/20/2022 | AT&T | GSNY Debit Card | 97.99 |
|  |  |  |  |
|  |  |  | **97.99** |
|  |  |  |  |
|  |  |  |  |

Telephone

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- March 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of March 1, 2022 - March 31, 2022.**

| Transaction Date | Payee Name | Payment Type | Amount |
|---|---|---|---|
| 3/4/2022 | Housekeeping | ACH Debit from Lamp Capital | $ 1,600.00 |
| 3/11/2022 | Housekeeping | ACH Debit from Lamp Capital | $ 1,600.00 |
| 3/18/2022 | Housekeeping | ACH Debit from Lamp Capital | $ 1,600.00 |
| 3/25/2022 | Housekeeping | ACH Debit from Lamp Capital | $ 1,600.00 |
|  |  |  | $ 6,400.00 |

**Ho Wan Kwok**
**Chapter 11; Case No. 22-50073 (JAM)**
**Supplemental Information- March 2022 MOR**

**Expenses Paid on Behalf of Ho Wan Kwok for the Period of March 1, 2022 - March 31, 2022.**

| Transaction Date | Payee Name | Payment Type | Amount |
|---|---|---|---|
| 3/3/2022 | H LOWY CLEANERS & TAILORS | GSNY Debit Card | 148.72 |
| 3/9/2022 | GRUBERS CLEANERS AND TAIL | GSNY Debit Card | 1,063.49 |
| 3/23/2022 | H LOWY CLEANERS & TAILORS | GSNY Debit Card | 301.08 |
| 3/31/2022 | HALLAK CLEANERS | GSNY Debit Card | 8.70 |
| | | | |
| | | | 1,521.99 |

Misc.