# EXHIBIT PAX 21

July 21, 2021 Hearing Transcript, *PAX v. Kwok*,
Index. No. 652077/2017 (N.Y. Sup. Ct.), Dkt. 898

CASE NO. _____22-50073_____

IN RE: Ho Wan Kwok

VS. _____

PAX    EXHIBIT _____21_____

DATE _____ IDEN.

DATE _5/25/2022 Admitted in Full_ EVID.

BY _P.E._____

**Deputy Clerk**

AO 386-A

FILED: NEW YORK COUNTY CLERK 07/29/2021 03:55 PM INDEX NO. 652077/2017

NYSCEF DOC. NO. 898    Case 22-50073    Doc 440-19    Filed 05/25/22    Entered 05/26/22 15:30:37    Page 2 of    RECEIVED NYSCEF: 07/29/2021

27

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK : CIVIL DIV. : PART 61

-----------------------------------------X
PACIFIC ALLIANCE ASIA OPPORTUNITY FUND      :
L.P.,                                        :
                                             :
                        Plaintiff,           :
                                             :
              – against –                    : Index No.
                                             : 652077/17
KWOK HO WAN, a/k/a KWOK HO, a/k/a GWO        :
WEN GUI, a/k/a GUO WENGUI, a/k/a GUO         :
WEN-GUI, a/k/a WAN GUE HAOYUN, a/k/a         :
MILES KWOK, a/k/a HAOYUN GUO, GENEVER        :
HOLDINGS CORPORATION, and GENEVER            :
HOLDINGS LLC,                                :
                                             :
                        Defendants.          : **MOTION**
-----------------------------------------X VIA TEAMS

OFFICIAL ADDRESS:          60 Centre Street
                           New York, New York
                           July 21, 2021

B E F O R E :  (Via Teams)

            HON. BARRY R. OSTRAGER,
                            Justice




            (Appearances on the following page.)









            _____
            ROBERT PORTAS, R.P.R., C.R.R.
            SENIOR COURT REPORTER

PAX-21

```
 1
         A P P E A R A N C E S :  (Via Teams)
 2
                      O'MELVERY & MYERS, LLP
 3                    Attorneys for Plaintiffs
                          7 Times Square
 4                        New York, N.Y.  10036
                      BY:  STUART SARNOFF, ESQ.
 5                         EDWARD MOSS, ESQ.
                           ANTON METLITSKY, ESQ.
 6

 7                    BAKER & HOSTETLER, LLP
                      Attorneys for Defendant, Miles Kwok
 8                        45 Rockefeller Plaza
                          New York, N.Y.  10111
 9                    BY:  JOHN SIEGAL, ESQ.
                           MELISSA CARVALHO, ESQ.
10                         ERIA BARROW, ESQ.

11                    PETRILLO, KLEIN & BOXER, LLP
                      Attorneys for Defendant, Miles Kwok
12                        655 Third Avenue – 22nd Floor
                          New York, N.Y.  10017
13                    BY:  GUY PETRILLO, ESQ.
                           JOSHUA KLEIN, ESQ.
14

15                    LAWALL & MITCHELL, LLC
                      Attorneys for Defendant,
16                    Genever Holdings Corp. and
                      Genever Holdings, LLC
17                        162 East 64th Street
                          New York, N.Y.  10065
18                    BY:  AARON A. MITCHELL, ESQ.

19                    CHIESA, SHAHINIAN & GIATOMASI, P.C.
                      Attorneys for Defendant,
20                    HK International Funds
                      Investments(USA)Limited
21                        11 Times Square – 34th Floor
                          New York, N.Y.  10036
22                    BY:  LEE VARTAN, ESQ.

23      ALSO PRESENT:  (Via Teams)

24                    UNA MANYEE WILKINSON,
                          Interpreter of Mandarin
25
```

3

PROCEEDINGS

1          THE COURT:  Good afternoon -- or good morning,

2    rather.

3          MR. MOSS:  Good morning, Your Honor.

4          MR. SIEGAL:  Good morning.

5          MS. CARVALHO:  Good morning, Your Honor.

6          THE COURT:  Just let me know if all counsel who

7    plan to speak are present and then we can proceed with the

8    motion for contempt.

9          MR. MOSS:  For the plaintiff, Your Honor, we're

10   here.  It's Edward Moss and my partner, Stuart Sarnoff.

11   Good morning.

12         MR. SIEGAL:  For the defendant, Miles Kwok, who is

13   present, I am John Siegel, S-I-E-G-A-L, from Baker,

14   Hostetler, along with my colleagues, Melissa Carvalho and

15   Erica Barrow.

16         Also appearing for Mr.~Kwok is Josh Klein, from

17   the firm of Petrillo, Boxer & Klein.  He's Mr.~Kwok's

18   personal counsel.

19         And appearing, a special appearance by nonparty

20   HK International, is Lee Vartan.

21         Also present, Your Honor, is Miss Una Wilkinson

22   who is Mr.~Kwok's translator who will be simultaneously

23   translating so that he can follow the proceedings.

24         THE COURT:  All right, let me hear Mr.~Moss on the

25   motion for contempt.  After you speak I would like the

                    Robert Portas, RPR, CRR

4

PROCEEDINGS

 1    opportunity to make a statement to Mr.~Kwok who I'm very

 2    pleased to see paying attention to these proceedings.

 3         Go ahead, Mr. Moss.

 4         MR. MOSS:  Thank you, Your Honor.  Nice to see

 5    everyone.

 6         So I think this is a relatively straight forward

 7    issue, Judge.  The Court has already found correctly that

 8    it has the power to hold Mr.~Kwok in contempt for

 9    violating the Court's restraining order by moving the

10    yacht, Lady May, out of the jurisdiction.

11         The Court's order was crystal clear.  Mr.~Kwok

12    obviously has the ability to comply with it, and he

13    flouted it.  It's not the first time that Mr.~Kwok has

14    engaged in this type of behavior.

15         But the Court gave Mr.~Kwok a chance, it did not

16    hold him in contempt, it said "If you bring the boat back

17    you won't be held in contempt."  Presumably the Court

18    took Mr.~Kwok's people, including Mr. Siegal, at their

19    word that the yacht has to travel in the ordinary course

20    to the Bahamas for winter maintenance and gave him till

21    mid May of this year to bring it back.  After all, there

22    was an affidavit from Captain Heaslop.  He said, "Right.

23    That's when it comes back every year, mid May."

24         Well, the yacht never came back.  It's mid July

25    and we filed this motion, because the time has come to

Robert Portas, RPR, CRR

5

PROCEEDINGS

1      hold Mr.~Kwok in contempt, to order the fine or whatever

2      relief the Court deems appropriate so that Mr.~Kwok will

3      be sufficiently motivated to bring the yacht back from

4      where it is now.  By the way, not in the Bahamas anymore,

5      now it's in Mallorca, Spain.

6             So let's just talk -- we haven't had a chance to

7      reply, so I'd like to address the opposition.  The

8      principal argument on the opposition is that Mr.~Kwok

9      does not have the ability to comply with the order

10     because he doesn't own the boat.  And the Court has to

11     find that he has the ability to comply with the order.

12            He doesn't own the boat.  A shell company called

13     HK International does.  Well, we've seen this before.

14     Rights, Judge?  Mr.~Kwok forming a shell company, putting

15     it in somebody else's name, a son, a daughter, a -- an

16     employee, to shield the asset.  We don't dispute that on

17     paper the shell company owns the boat.  Okay.  But it's

18     his boat.  Right?  We all know that.

19            Mr.~Kwok says in his opposition that PAX has

20     offered no evidence, that's what they say, to demonstrate

21     that Mr.~Kwok controls the boat and can comply with the

22     order.  Well, you cannot just say in opposition that

23     there's no evidence and ignore the evidence that the

24     other side put in.

25            First, Mr.~Kwok filed a complaint in
                 Robert Portas, RPR, CRR

6

PROCEEDINGS

1    September 2020, repeatedly referred to the, quote -- to

2    the yacht as, quote, his yacht.  The prayer for relief

3    asked the Court in that case to enjoin the defendant from

4    appearing in close proximity of plaintiff, including but

5    not limited to his home, his place of business or his

6    yacht.

7        The complaint cites and thereby incorporates by

8    reference an article entitled, "Beijing suspected in

9    hacking yacht owned by Chinese billionaire."  The article

10   says, "Guo Wengui, who uses the English name Miles Kwok,

11   said several incidents involving his 152-foot yacht, the

12   Lady May, appeared to be part of a Chinese government

13   effort to threaten and intimidate him."

14       This is an article that Mr.~Kwok and his

15   personal counsel in that case, Mr. Mitchell who's

16   representing Geneva here, found and chose to incorporate

17   by reference into their complaint.

18       I don't have to tell you, Judge, that nowhere in

19   that complaint or in that litigation did Mr.~Kwok or

20   Mr. Mitchell ever say, "Well, we're attaching this

21   article, but it's wrong."  Right?  If he doesn't --

22   "Mr.~Kwok doesn't really own the boat.  The article's

23   wrong in that respect."  Of course they don't say that.

24       The second piece of evidence they ignore:

25   Mr.~Kwok's tweets, photos that at the posted on his since

Robert Portas, RPR, CRR

FILED: NEW YORK COUNTY CLERK 07/29/2021 03:55 PM                INDEX NO. 652077/2017
NYSCEF DOC. NO. 698    Case 22-50073   Doc 440-19   Filed 05/25/22   Entered 05/26/22 15:30:37   Page 8 of   07/29/2021
                                                    27

                                                                                    7

                                    PROCEEDINGS

1    suspended Twitter account, of him on his yacht with his

2    own works saying, "I bought this boat.  I decided to sell

3    it, but then I changed my mind because it was so

4    important to me."

5            Those statements, like the September 2020

6    statement, were made after the yacht was in the hands,

7    supposedly, of the this HK International entity.  But

8    Mr.~Kwok considered it to be his.  All along he

9    considered it to be his, the same way he said in his

10   complaint.  And if Mr.~Kwok can decide to advertise the

11   boat, to sell the boat and then to change his mind and

12   not sell it, I submit, Judge, that he can certainly

13   comply with the Court's order.

14           Third:  Mr. Siegal who represents Mr.~Kwok, not

15   HK International, Mr.~Kwok, asked this Court for

16   permission if the boat could be moved.  Who was he asking

17   for?  He only represents Mr.~Kwok.  The Court said no,

18   and the boat was moved anyway.

19           There is no question about who instructed

20   Mr. Siegal to ask that question.  And if you need more

21   evidence, Judge, look what has happened since.  We have a

22   restraining order, Mr.~Kwok has not paid a penny still on

23   the judgment, Mr. Siegal represented to the Court at the

24   November 12 hearing, "The yacht," quote, "needs to travel

25   offshore at some point for a brief period and then come
                            Robert Portas, RPR, CRR

8

PROCEEDINGS

1    back into the United States.  And we just wanted to

2    disclose that so there is no thought that this is being

3    secreted or transferred.  This is just an ordinary thing

4    that it has to do for licensing purposes."

5         Yet, for the first time ever, despite these

6    promises on Mr.~Kwok's behalf by an officer of the court,

7    the yacht is now in Mallorca, Spain.

8         Why do we think it happened that for the first

9    time in history the ordinary course was changed and the

10    boat is in Spain?  We know, Judge.  I mean, come on.

11         The other side has put in no evidence, no

12    evidence that Mr.~Kwok is not in control of the boat

13    here.  The only evidence that they have is a statement by

14    the captain, in addition to the technical ownership on

15    paper, a statement by the captain that he takes

16    directions from an unidentified person at HKI.  There's

17    no affidavit from the daughter, Mr.~Kwok's daughter who

18    supposedly controls HKI, there's no affidavit from

19    Mr.~Kwok, there's nothing.

20         In the cases that Mr.~Kwok cites in his brief

21    the defendant makes an actual showing that he can't

22    comply with the order.  That's not the case here.  There

23    is no showing.

24         So we've made our showing, and we believe it's

25    more than sufficient for the Court's factual finding that

Robert Portas, RPR, CRR

PROCEEDINGS

1    Mr.~Kwok can comply with the restraining order, and,

2    therefore, should be held in contempt.

3        The fallback argument on the other side is that

4    the Court needs to have an evidentiary hearing to make

5    this factual finding.  Well, we think we've made our

6    showing and that a hearing -- hearing is not necessary.

7    But, Your Honor, if the Court wants to have one, that's

8    fine with us, we welcome it.  I'm not sure exactly what

9    the point is, though, because there's really no

10   additional evidence.

11       Mr.~Kwok has taken the Fifth, he's not

12   responding to our discovery requests, and so he's

13   precluded from testifying.

14       Mr. Vartan, HK International, he's had a

15   subpoena since March, since March.  We've got thirteen

16   pages of documents, only a subset of what he's given to

17   the Court.  He hasn't even given us all of the documents

18   that he gave to the Court.  But what Mr. Vartan did tell

19   us is that HK International has no employees, no

20   officers, no directors, no bank account, no documents, no

21   nothing.  It's not a real company.

22       I said, "Mr. Vartan, where are the documents?"

23       You know what he told me, Judge?  "Golden Spring

24   has them."

25       I said, "Mr. Vartan, how do you pay for the fuel

Robert Portas, RPR, CRR

PROCEEDINGS

1    and the captain's salary and the -- and the mooring costs

2    or whatever you do to dock the boat?"

3           What did Mr. Vartan say?  "Golden Spring pays.

4    Go get the information from him."

5           I went to Mr. Alter.  Golden's -- another lawyer

6    on the other side -- Right? -- with Golden Spring.  He

7    was ordered -- you remember Mr. Alter, he didn't want to

8    give me a single document relating to Golden Spring.  The

9    Court ordered them to comply in May.  What have I gotten

10   so far in the last several months?  A couple of tax

11   returns.  They're fighting me now because he won't give

12   me an org chart.  He won't give me an org chart, Judge,

13   which I need to discuss for custodians because he says,

14   "Well, the -- the identity of my employees is

15   confidential."  They still haven't given me account

16   statements, and certainly nothing about the boat.

17          So if we're going to have an evidentiary

18   hearing, which is okay, they have to comply with the

19   discovery so we know what the record is and there are no

20   surprises at the hearing.  We need documents and we need

21   the corporate rep depos, depositions.

22          Finally, the last point and then I'll finish,

23   Judge, that Mr.~Kwok makes here is that because he has

24   appealed the conditional contempt order to the First

25   Department, the Court should defer a ruling on this

                  Robert Portas, RPR, CRR

FILED: NEW YORK COUNTY CLERK 07/29/2021 03:55 PM    INDEX NO. 652077/2017
NYSCEF DOC. NO. 898    Case 22-50073    Doc 440-19    Filed 05/25/22    Entered 05/26/22 15:30:37    Page 12 of
27

11

PROCEEDINGS

1    motion until that appeal shakes out.  But that's

2    backwards, Judge.  A final order of contempt here will

3    moot the appeal, and then Mr.~Kwok can take his appeal

4    from that final order.  The appeal's not going to change

5    anything.  First of all, the First Department didn't even

6    grant him a stay, so I don't think that the appeal's

7    going to change anything.  But the efficient way to

8    proceed here is to grant the final order of contempt and

9    then to take an appeal from that.  Because if the Judge

10   just -- Judge, if you just punt here and wait for the

11   appeal on the conditional contempt to be decided, we'll

12   just come back here either way and ask you for a final

13   order of contempt.  And, so --

14              THE COURT:  Mr. Moss, I understand all of your

15   arguments.  Mr. Kwok's motion to stay the entry of a final

16   order of civil contempt pending the appeal, I want to hear

17   from Mr.~Kwok's counsel on that motion.

18              Just so the record is clear, while Mr.~Kwok is

19   in attendance, with no obligation whatsoever to speak,

20   there have been innumerable proceedings in this case.

21              I'll wait for somebody to translate that for

22   Mr.~Kwok if he doesn't understand me.

23              MR. SIEGAL:  Your Honor, he's got a simultaneous

24   translation, so he's following.

25              THE COURT:  There's 116-plus-million-dollar
                 Robert Portas, RPR, CRR

FILED: NEW YORK COUNTY CLERK 07/29/2021 03:55 PM        INDEX NO. 652077/2017

NYSCEF DOC. NO. 898    Case 22-50073    Doc 440-19    Filed 05/25/22    Entered 05/26/22 15:30:37    Page 13 of
27                                                      RECEIVED NYSCEF: 07/29/2021

12

PROCEEDINGS

1    judgment against Mr.~Kwok in favor of Mr. Moss' client.

2    Earlier this year Mr. Moss sought to levy against the ship,

3    Lady May, which was represented to have a value of

4    approximately $27 million.  At the time that Mr. Moss

5    sought to levy against the ship, Lady May, the ship, was in

6    the United States.  Representatives of Mr.~Kwok requested

7    leave to move the ship, purportedly due to weather

8    conditions.  The Court denied that request.  Nevertheless,

9    the ship was moved.

10          Thereafter, because the ship had been moved, in

11   violation of a valid Court order, Mr. Moss' client moved

12   for a conditional order of contempt.  And the Court,

13   which was obligated to impose sanctions which are

14   proportional to the value of the asset that was removed

15   from the Court's jurisdiction in violation of the Court's

16   order, imposed a fine of $500,000 a day for every day

17   that the ship was not in the United States.

18          If the ship had been in the United States it

19   would have been Mr. Moss' obligation before levying on

20   the ship to obtain further orders of the Court in order

21   to take possession of the ship and monetize the ship to

22   satisfy the judgment.

23          It's now July, so the ship has been out of the

24   jurisdiction of this Court for two months.  And the

25   sanction for disregarding the Court's order continues to

Robert Portas, RPR, CRR

13

PROCEEDINGS

1    rise at the rate of $500,000 a day.

2        The sanctions solely due to the failure of the

3    defendant and the entities he apparently controls have

4    now reached essentially the value of the ship.  So if the

5    parties can't resolve all issues relating to the ship,

6    Lady May, consensually I'm going to stay these

7    proceedings pending the outcome of the appeal to the

8    Appellate Division.

9        I'm highly confident, but can't be certain, that

10   the Appellate Division will conclude that if Mr.~Kwok and

11   the entities he controls were ordered not to move the

12   ship from the territorial waters of the United States and

13   the ship was nevertheless removed, that was a contempt of

14   a lawful court order.

15       So the penalties continue to run, the judgment

16   remains unsatisfied.  I don't believe that Mr. Moss has

17   met -- met his burden on the record that's presently

18   before the Court for a final court order of civil

19   contempt, because there is an issue about the ownership

20   of the ship, although it would seem that Mr. Moss has

21   made more than a prima facie showing that all of these

22   entities that allegedly control the ship are controlled

23   by Mr.~Kwok.

24       One way or another Mr. Moss is going to levy on

25   any assets that Mr.~Kwok controls to satisfy the
                    Robert Portas, RPR, CRR

14

PROCEEDINGS

1    judgment.  And Mr.~Kwok is proceeding at his own peril by

2    orchestrating the voyages of this ship to everywhere and

3    anywhere other than the territorial waters of the United

4    States.

5         That's all I have to say.  I'll hear from

6    counsel for Mr.~Kwok.

7         MR. SIEGAL:  Your Honor, thank you for your ruling

8    and for the finding on the stay motion.

9         THE REPORTER:  Who is speaking?

10        MR. SIEGAL:  I'm sorry, Mr. Portas.  John Siegal,

11   for the defendant.

12        We thank you for the ruling on the stay motion,

13   as well as the statement that plaintiff has not met its

14   burden to -- for a final order of contempt.

15        In light of those rulings, I don't want to

16   belabor this.  I do want to note, just to make a record,

17   that certain statements have been made here that are

18   contested.

19        The plaintiff submitted to Your Honor a proposed

20   order, including a factual finding that the Lady May is,

21   quote, "A major asset owned and controlled by Kwok,"

22   closed quote.

23        The record on this motion is entirely clear that

24   Mr.~Kwok does not own the Lady May, it's owned by

25   HK International, and that he has no interest in

                    Robert Portas, RPR, CRR

15

PROCEEDINGS

1    HK International.

2            That leaves the -- leaves the issue of control.

3    And, just for the sake of the record, I want to note

4    several things:

5            First, the complaint that Mr. Moss cited is not

6    a complaint in this action and it's not in the record on

7    this motion.

8            Secondly, unverified third-party articles and

9    postings are not evidence.  They're not the sort of

10    factual evidence on which this Court can rule.

11            With regard to the internet posting, that is the

12    only material contained in this motion, Mr. Vartan is

13    here for HK International and has information about the

14    unlikely reliability and inaccuracy of that posting.

15            With respect to the statements that were made

16    about my prior request regarding relocating the boat in

17    these proceedings, Mr. Moss said, quote, "There is no

18    question who instructed me."  That was his quote.  There

19    is no record as to why I asked or who instructed me, and

20    arguments like, "There's no question" or "Mr. Kwok

21    obviously has the ability to comply," are not sufficient

22    to be proffered to this Court, especially when they're

23    made about opposing counsel with no evidence or basis.

24    And there's certainly an inappropriate or insufficient

25    basis on which the Court could rule, which the Court has

Robert Portas, RPR, CRR

FILED: NEW YORK COUNTY CLERK 07/29/2021 03:55 PM    INDEX NO. 652077/2017

NYSCEF DOC. NO. 898    Case 22-50073   Doc 440-19   Filed 05/25/22   Entered 05/26/22 15:30:37   Page 17 of    RECEIVED NYSCEF: 07/29/2021

27

16

PROCEEDINGS

1    recognized this morning.  And we appreciate it.

2            So -- so the matter goes to the Appellate

3    Division, which we appreciate.  If by any chance it comes

4    back here on this conditional order, we've made our

5    record.  We think it is the plaintiff's burden to show an

6    ability to comply, that the plaintiff has not made that

7    ability.  And the Court has really recognized that.

8    First, at the first hearing on this motion, the Court

9    stated on the record that the boat was, quote, a -- was

10   an asset that, quote, "Mr.~Kwok once claimed to own,"

11   closed quote.

12           Discovery was ordered; discovery has established

13   that he does not own the boat.

14           Today the Court, in its care and caution, has

15   stated that the boat is owned, quote -- quote, "Is owned

16   by," quote, "entities he apparently controls," closed

17   quote.  We appreciate the care the Court has taken to

18   note that there is no showing or no basis for a finding

19   of control and that assertions of who apparently controls

20   the boat are not a sufficient basis.

21           And, if and when we are back here, we look

22   forward to litigating that.  But, as I say, Your Honor,

23   we really appreciate the carefulness and diligence the

24   Court is exercising, and we appreciate the ruling today.

25                   THE COURT:  Let's be clear about -- Let's be clear
                     Robert Portas, RPR, CRR

FILED: NEW YORK COUNTY CLERK 07/29/2021 03:55 PM INDEX NO. 652077/2017

NYSCEF DOC. NO. 898    Case 22-50073    Doc 440-19    Filed 05/25/22    Entered 05/26/22 15:30:37    Page 18 of    RECEIVED NYSCEF: 07/29/2021

27

17

PROCEEDINGS

1    about one thing:  The Court issued an order directing that

2    the boat not be removed from the territorial waters of the

3    United States, upon an application from representatives of

4    Mr.~Kwok, or entities that he controlled, to remove the

5    boat from the territorial waters of the United States.

6    That order was disregarded by Mr.~Kwok and/or the entities

7    that he controls.  That is a contempt of the Court.  And

8    that is why the Court, on May 15th, ordered that there be

9    a sanction of $500,000 a day for every day that the boat is

10   not within the territorial waters of the United States.

11        So, whatever procedural efforts Mr. Moss put

12   before the Court today have nothing whatsoever to do with

13   the violation of the Court's prior order directing that

14   the boat not be removed from the United States.

15        If this wasn't gamesmanship and this wasn't

16   flaunting of the Court's orders, and if this wasn't a

17   transparent shell game that Mr.~Kwok is engaged in, the

18   boat would be in the territorial waters of the United

19   States and we would resolve the issue of the boat's

20   ownership.

21        Mr. Moss has made more than a prima facie

22   showing that Mr.~Kwok controls all of these entities,

23   over the course of multiple hearings, and that Mr.~Kwok

24   is in contempt, and his entities are in contempt of prior

25   orders of the Court.

Robert Portas, RPR, CRR

FILED: NEW YORK COUNTY CLERK 07/29/2021 03:55 PM    INDEX NO. 652077/2017
NYSCEF DOC. NO. 898    Case 22-50073    Doc 440-19    Filed 05/25/22    Entered 05/26/22 15:30:37    Page 19 of    RECEIVED NYSCEF: 07/29/2021
27

18

PROCEEDINGS

1         Now, you've gone to the Appellate Division.

2    What is the timetable for the briefing of your appeal?

3         MR. SIEGAL:  Your Honor, it's been perfected for

4    the September term.

5         THE COURT:  All right.

6         Well, we'll hear from the Appellate Division

7    soon enough.  And, in the meantime, the Defendant Kwok

8    has the opportunity to partially purge himself of the

9    conditional order of contempt that the Court issued by

10    transferring the boat back to the territorial waters of

11    the United States.

12         And, if Mr.~Kwok and his entities prevail in

13    establishing, or, rather, defeating Mr. Moss' prima facie

14    showing that Mr.~Kwok absolutely, unequivocally

15    positively, definitely controls this boat, then Mr. Moss

16    won't be able to levy on the boat.

17         MR. SIEGAL:  Your Honor, for the record and the

18    sake of completeness:  I made a request for the Court to

19    clarify its restraining order as to whether it applied to

20    movement of the ship, and the Court clarified that ruling.

21    At the time that I made that request, and before the order

22    was clarified, and unbeknownst to me, at the time I made

23    the request the vessel was no longer in the United States.

24         So, that -- I understand the Court's concern

25    about this overall situation, I just wanted to clarify

     Robert Portas, RPR, CRR

FILED: NEW YORK COUNTY CLERK 07/29/2021 03:55 PM    INDEX NO. 652077/2017
NYSCEF DOC. NO. 898    Case 22-50073    Doc 440-19    Filed 05/25/22    Entered 05/26/22 15:30:37    Page 20 of
27    RECEIVED NYSCEF: 07/29/2021

19

PROCEEDINGS

1    that sequence for the record.  And I'll rest on that.

2            THE COURT:  If you choose to -- if you, counsel,

3    choose to be an instrumentality of gamesmanship and

4    defiance of Court orders, that's your decision.

5            MR. SIEGAL:  I appreciate the concern, Your Honor.

6    That is certainly not something in which we are engaged,

7    nor would engage.

8            THE COURT:  There can't be any dispute that

9    Mr.~Kwok and the entities he controlled were restrained

10    from moving that boat from the territorial waters of the

11    United States.  And, in defiance of those orders and

12    subsequent orders, the boat remains outside the territorial

13    waters of the United States.  And sooner or later the

14    wheels of justice, which grind exceedingly slowly, will

15    resolve the issue.  In the meantime, you have your appeal.

16    And I'll await the outcome of the Appellate Division's

17    ruling.

18            That's the disposition of the application.  If

19    there is nothing further, everyone should have a nice

20    day.  If there is something further, put it on the

21    record.

22            (Continued on the following page.)

23                    oOo

24

25

            Robert Portas, RPR, CRR

FILED: NEW YORK COUNTY CLERK 07/29/2021 03:55 PM          INDEX NO. 652077/2017

NYSCEF DOC. NO. 898     Case 22-50073   Doc 440-19   Filed 05/25/22   Entered 05/26/22 15:30:37   Page 21 of     RECEIVED NYSCEF: 07/29/2021
                                                              27

PROCEEDINGS

1          MR. SIEGAL:  Thank you, Your Honor.

2          MR. MOSS:  Thank you, Your Honor.

3          THE COURT:  Have a nice day, everyone.

4          Order a copy of the transcript.  It's very

5     important that you have a copy of the transcript.

6          MR. MOSS:  We will.  Thank you.

7          (Whereupon, the above-captioned proceedings

8          were concluded.)

9                              oOo
                              (It is hereby certified that the
10                             (foregoing is a true and accurate
                              (transcript of the proceedings.
11                             (
                              (
12                             (    _____
                              (    ROBERT PORTAS, RPR, CRR
13                             (    Senior Court Reporter
                                   oOo
14
     **SO ORDERED July 29, 2021**
15

16

17     BARRY R. OSTRAGER, J.S.C.

18

19

20

21

22

23

24

25
                    Robert Portas, RPR, CRR

$27 [1] 8/2/4
$27 million [1] 12/4
$500,000 [3] 12/16 13/1 17/9

**–**

--------------------------------
1/2 1/10

**1**

10017 [1] 2/12
10036 [2] 2/4 2/21
10065 [1] 2/17
10111 [1] 2/8
11 [1] 2/21
116-plus-million-dollar [1] 11/25
12 [1] 7/24
152-foot [1] 6/11
15th [1] 17/8
162 [1] 2/17
17 [1] 1/6

**2**

2020 [2] 6/1 7/5
2021 [1] 1/12
21 [1] 1/12
22nd [1] 2/12

**3**

34th [1] 2/21

**4**

45 [1] 2/8

**6**

60 [1] 1/11
61 [1] 1/2
64th [1] 2/17
652077/17 [1] 1/6
655 [1] 2/12

**A**

a/k/a [7] 1/6 1/6 1/7 1/7 1/7 1/7 1/8
AARON [1] 2/18
ability [6] 4/12 5/9 5/11 15/21 16/6 16/7
able [1] 18/16
about [9] 7/19 10/16 13/19 15/13 15/16 15/23 16/25 17/1 18/25
above [1] 20/7
above-captioned [1] 20/7
absolutely [1] 18/14
account [3] 7/1 9/20 10/15
accurate [1] 20/10
action [1] 15/6
actual [1] 8/21
addition [1] 8/14
additional [1] 9/10
address [2] 1/11 5/7
advertise [1] 7/10
affidavit [3] 4/22 8/17 8/18
after [3] 3/25 4/21 7/6
afternoon [1] 3/1
against [4] 1/5 12/1 12/2 12/5
ahead [1] 4/3
all [13] 3/6 3/24 4/21 5/18 7/8 9/17 11/5 11/14 13/5 13/21 14/5 17/22 18/5
allegedly [1] 13/22

all [1] 4/7
already [1] 17
ALSO [3] 2/23 11/26 3/21
Alter [2] 10/5 10/7
although [1] 13/20
am [1] 3/13
and/or [1] 17/6
another [2] 10/5 13/24
ANTON [1] 2/5
any [3] 13/25 16/3 19/8
anymore [1] 5/4
anything [2] 11/5 11/7
anyway [1] 7/18
anywhere [1] 14/3
apparently [3] 13/3 16/16 16/19
appeal [9] 11/1 11/3 11/3 11/9 11/11 11/16 13/7 18/2 19/15
appeal's [2] 11/4 11/6
appealed [1] 10/24
appearance [1] 3/19
Appearances [1] 1/18
appeared [1] 6/12
appearing [3] 3/16 3/19 6/4
Appellate [6] 13/8 13/10 16/2 18/1 18/6 19/16
application [2] 17/3 19/18
applied [1] 18/19
appreciate [6] 16/1 16/3 16/17 16/23 16/24 19/5
appropriate [1] 5/2
approximately [1] 12/4
are [12] 3/7 9/22 10/19 12/13 13/22 14/17 15/9 15/21 16/20 16/21 17/24 19/6
argument [2] 5/8 9/3
arguments [2] 11/15 15/20
article [4] 6/8 6/9 6/14 6/21
article's [1] 6/22
articles [1] 15/8
as [6] 6/2 14/13 14/13 15/19 16/22 18/19
ASIA [1] 1/3
ask [2] 7/20 11/12
asked [3] 6/3 7/15 15/19
asking [1] 7/16
assertions [1] 16/19
asset [4] 5/16 12/14 14/21 16/10
assets [1] 13/25
at [12] 4/18 6/25 7/23 7/25 8/16 10/20 12/4 13/1 14/1 16/8 18/21 18/22
attaching [1] 6/20
attendance [1] 11/19
attention [1] 4/2
Attorneys [5] 2/3 2/7 2/11 2/15 2/19
Avenue [1] 2/12
await [1] 19/16

**B**

back [10] 4/16 4/21 4/23 4/24 5/3 8/1 11/12 16/4 16/21 18/10
backwards [1] 11/2
Bahamas [2] 4/20 5/4
BAKER [2] 2/7 3/13
bank [1] 9/20
BARROW [2] 2/10 3/15
BARRY [1] 1/14

basis [4] 15/15 15/15 15/20 18/8
be [20] 3/12 4/8 6/7 7/29 7/8 7/9 7/16 9/2 11/11 13/9 15/22 16/25 16/25 17/2 17/8 17/14 17/18 18/16 19/3 19/8
because [10] 4/25 5/10 7/3 9/9 10/11 10/13 10/23 11/9 12/10 13/19
been [7] 11/20 12/10 12/18 12/19 12/23 14/17 18/3
before [5] 5/13 12/19 13/18 17/12 18/21
behalf [1] 8/6
behavior [1] 4/14
Beijing [1] 6/8
being [1] 8/2
belabor [1] 14/16
believe [2] 8/24 13/16
billionaire [1] 6/9
boat [31]
boat's [1] 17/19
bought [1] 7/2
BOXER [2] 2/11 3/17
brief [2] 7/25 8/20
briefing [1] 18/2
bring [3] 4/16 4/21 5/3
burden [3] 13/17 14/14 16/5
business [1] 6/5
but [12] 4/15 5/17 6/4 6/21 7/3 7/7 9/7 9/18 11/1 11/7 13/9 16/22

**C**

C.R.R [1] 1/24
called [1] 5/12
came [1] 4/24
can [8] 3/7 3/23 5/21 7/10 7/12 9/1 11/3 15/10
can't [4] 8/21 13/5 13/9 19/8
cannot [1] 5/22
captain [3] 4/22 8/14 8/15
captain's [1] 10/1
captioned [1] 20/7
care [2] 16/14 16/17
carefulness [1] 16/23
CARVALHO [2] 2/9 3/14
case [4] 6/3 6/15 8/22 11/20
cases [1] 8/20
caution [1] 16/14
Centre [1] 1/11
certain [2] 13/9 14/17
certainly [4] 7/12 10/16 15/24 19/6
certified [1] 20/9
chance [3] 4/15 5/6 16/3
change [3] 7/11 11/4 11/7
changed [2] 7/3 8/9
chart [2] 10/12 10/12
CHIESA [1] 2/19
Chinese [2] 6/9 6/12
choose [2] 19/2 19/3
chose [1] 6/16
cited [1] 15/5
cites [2] 6/7 8/20
civil [3] 1/2 11/16 13/18
claimed [1] 16/10
clarified [2] 18/20 18/22
clarify [2] 18/19 18/25
clear [5] 4/11 11/18 14/23 16/25 16/25
client [2] 12/1 12/11
close [1] 6/4

**closed [3]** 8/14/22 16/11 16/16
**colleagues [1]** 3/14
**come [4]** 4/25 7/25 8/10 11/12
**comes [2]** 4/23 16/3
**company [4]** 5/12 5/14 5/17
5/9 21
**complaint [7]** 5/25 6/7 6/17
6/19 7/10 15/5 15/6
**completeness [1]** 18/18
**comply [11]** 4/12 5/9 5/11
5/21 7/13 8/22 9/1 10/9
10/18 15/21 16/6
**concern [2]** 18/24 19/5
**conclude [1]** 13/10
**concluded [1]** 20/8
**conditional [5]** 10/24 11/11
12/12 16/4 18/9
**conditions [1]** 12/8
**confident [1]** 13/9
**confidential [1]** 10/15
**consensually [1]** 13/6
**considered [2]** 7/8 7/9
**contained [1]** 15/12
**contempt [21]**
**contested [1]** 14/18
**continue [1]** 13/15
**Continued [1]** 19/22
**continues [1]** 12/25
**control [4]** 8/12 13/22 15/2
16/19
**controlled [4]** 13/22 14/21
17/4 19/9
**controls [10]** 5/21 8/18 13/3
13/11 13/25 16/16 16/19 17/7
17/22 18/15
**copy [2]** 20/4 20/5
**Corp [1]** 2/16
**corporate [1]** 10/21
**CORPORATION [1]** 1/8
**correctly [1]** 4/7
**costs [1]** 10/1
**could [2]** 7/16 15/25
**counsel [7]** 3/6 3/18 6/15
11/17 14/6 15/23 19/2
**COUNTY [1]** 1/2
**couple [1]** 10/10
**course [4]** 4/19 6/23 8/9
17/23
**court [45]**
**Court's [10]** 4/9 4/11 7/13
8/25 12/15 12/15 12/25 17/13
17/16 18/24
**CRR [1]** 20/12
**crystal [1]** 4/11
**custodians [1]** 10/13

**D**

**daughter [3]** 5/15 8/17 8/17
**day [7]** 12/16 12/16 13/1 17/9
17/9 19/20 20/3
**decide [1]** 7/10
**decided [2]** 7/2 11/11
**decision [1]** 19/4
**deems [1]** 5/2
**defeating [1]** 18/13
**defendant [10]** 2/7 2/11 2/15
2/19 3/12 6/3 8/21 13/3
14/11 18/7
**Defendants [1]** 1/10
**defer [1]** 10/25
**defiance [2]** 19/4 19/11

**denied [1]** 27
**Department [2]** 10/25 11/5
**depos [1]** 10/21
**depositions [1]** 10/21
**despite [1]** 8/5
**did [4]** 4/15 6/19 9/18 10/3
**didn't [2]** 10/7 11/5
**diligence [1]** 16/23
**directing [2]** 17/1 17/13
**directions [1]** 8/16
**directors [1]** 9/20
**disclose [1]** 8/2
**discovery [4]** 9/12 10/19
16/12 16/12
**discuss [1]** 10/13
**disposition [1]** 19/18
**dispute [2]** 5/16 19/8
**disregarded [1]** 17/6
**disregarding [1]** 12/25
**DIV [1]** 1/2
**Division [5]** 13/8 13/10 16/3
18/1 18/6
**Division's [1]** 19/16
**do [6]** 8/4 8/8 9/25 10/2
14/16 17/12
**dock [1]** 10/2
**document [1]** 10/8
**documents [5]** 9/16 9/17 9/20
9/22 10/20
**does [4]** 5/9 5/13 14/24 16/13
**doesn't [5]** 5/10 5/12 6/21
6/22 11/22
**dollar [1]** 11/25
**don't [6]** 5/16 6/18 6/23 11/6
13/16 14/15
**due [2]** 12/7 13/2

**E**

**Earlier [1]** 12/2
**East [1]** 2/17
**EDWARD [2]** 2/5 3/10
**efficient [1]** 11/7
**effort [1]** 6/13
**efforts [1]** 17/11
**either [1]** 11/12
**else's [1]** 5/15
**employee [1]** 5/16
**employees [2]** 9/19 10/14
**engage [1]** 19/7
**engaged [3]** 4/14 17/17 19/6
**English [1]** 6/10
**enjoin [1]** 6/3
**enough [1]** 18/7
**entirely [1]** 14/23
**entities [1]** 13/3 13/11
13/22 16/16 17/4 17/6 17/22
17/24 18/12 19/9
**entitled [1]** 6/8
**entity [1]** 7/7
**entry [1]** 11/15
**ERIA [1]** 2/10
**Erica [1]** 3/15
**especially [1]** 15/22
**ESQ [10]** 2/4 2/5 2/5 2/9 2/9
2/10 2/13 2/13 2/18 2/22
**essentially [1]** 13/4
**established [1]** 16/12
**establishing [1]** 18/13
**even [2]** 9/17 11/5
**ever [1]** 6/20 8/5
**every [3]** 4/23 12/16 17/9

**everyone [3]** 11/9 16/10 17/18
evidence **[4]** 15/9 16/1 16/17
6/24 7/21 8/11 8/12 8/13
9/10 15/9 15/10 15/23
**evidentiary [2]** 9/4 10/11
**exactly [1]** 9/8
**exceedingly [1]** 19/14
**exercising [1]** 16/24

**F**

**facie [3]** 13/21 17/21 18/13
**factual [4]** 8/25 9/5 14/20
15/10
**failure [1]** 13/2
**fallback [1]** 9/3
**far [1]** 10/10
**favor [1]** 12/1
**Fifth [1]** 9/11
**fighting [1]** 10/11
**filed [2]** 4/25 5/25
**final [7]** 11/2 11/4 11/8
11/12 11/15 13/18 14/14
**Finally [1]** 10/22
**find [1]** 5/11
**finding [5]** 8/25 9/5 14/8
14/20 16/18
**fine [3]** 5/1 9/8 12/16
**finish [1]** 10/22
**firm [1]** 3/17
**first [10]** 4/13 5/25 8/5 8/8
10/24 11/5 11/5 15/5 16/8
16/8
**flaunting [1]** 17/16
**Floor [2]** 2/12 2/21
**flouted [1]** 4/13
**follow [1]** 3/23
**following [3]** 1/18 11/24
19/22
**foot [1]** 6/11
**foregoing [1]** 20/10
**forming [1]** 5/14
**forward [2]** 4/7 6/16
**found [2]** 4/7 6/16
**fuel [1]** 9/25
**FUND [1]** 1/3
**Funds [1]** 2/20
**further [3]** 12/20 19/19 19/20

**G**

**game [1]** 17/17
**gamesmanship [2]** 17/15 19/3
**gave [3]** 4/15 4/20 9/18
**Geneva [1]** 6/16
**GENEVER [4]** 1/8 1/8 2/16 2/5
**get [1]** 10/4
**GIATOMASI [2]** 2/19
**give [3]** 10/8 10/11 10/12
**given [3]** 9/16 9/17 10/15
**Go [2]** 4/3 10/4
**goes [1]** 16/2
**going [5]** 10/17 11/4 11/7
13/6 13/24
**Golden [4]** 9/23 10/3 10/6
10/8
**Golden's [1]** 10/5
**gone [1]** 18/1
**good [6]** 3/1 3/1 3/3 3/4 3/5
3/11
**got [2]** 9/15 11/23
**gotten [1]** 10/9
**government [1]** 6/12
**grant [2]** 11/6 11/8

Case 2:20073 - Doc 440-19 - Filed 05/25/22 - Entered 05/26/22 15:30:37 - Page 24 of

**guind [1]** 9:8/9/14

**GUE [1]** 1/7

**GUI [2]** 1/7 1/7

**GUO [4]** 1/7 1/7 1/8 6/10

**GUY [1]** 2/13

**GWO [1]** 1/6

**H**

**hacking [1]** 6/9
**had [4]** 5/6 9/14 12/10 12/18
**hands [1]** 7/6
**HAOYUN [2]** 1/7 1/8
**happened [2]** 7/21 8/8
**has [32]**
**hasn't [1]** 9/17
**have [20]** 5/9 6/18 7/21 8/13
 9/4 9/7 10/9 10/17 10/18
 11/20 12/3 12/19 13/3 14/5
 14/17 17/12 19/15 19/19 20/3
 20/5
**haven't [2]** 5/6 10/15
**he [32]**
**he's [7]** 3/17 9/11 9/12 9/14
 9/16 11/23 11/24
**hear [4]** 3/24 11/16 14/5 18/6
**hearing [7]** 7/24 9/4 9/6 9/6
 10/18 10/20 16/8
**hearings [1]** 17/23
**Heaslop [1]** 4/22
**held [2]** 4/17 9/2
**here [13]** 3/10 6/16 8/13 8/22
 10/23 11/2 11/8 11/10 11/12
 14/17 15/13 16/4 16/21
**hereby [1]** 20/9
**highly [1]** 13/9
**him [6]** 4/16 4/20 6/13 7/1
 10/4 11/6
**himself [1]** 18/8
**his [22]**
**history [1]** 8/9
**HK [10]** 2/20 3/20 5/13 7/7
 7/15 9/14 9/19 14/25 15/1
 15/13
**HK International [2]** 14/25
 15/1
**HKI [2]** 8/16 8/18
**HO [2]** 1/6 1/6
**hold [3]** 4/8 4/16 5/1
**HOLDINGS [4]** 1/8 1/9 2/16
 2/16
**home [1]** 6/5
**HON [1]** 1/14
**Honor [15]** 3/3 3/5 3/9 3/21
 4/4 9/7 11/23 14/7 14/19
 16/22 18/3 18/17 19/5 20/1
 20/2
**HOSTETLER [2]** 2/7 3/14
**how [1]** 9/25

**I**

**I'd [1]** 5/7
**I'll [5]** 10/22 11/21 14/5
 19/1 19/16
**I'm [5]** 4/1 9/8 13/6 13/9
 14/10
**identity [1]** 10/14
**if [23]**
**ignore [2]** 5/23 6/24
**important [2]** 7/4 20/5
**impose [1]** 12/13
**imposed [1]** 12/16

**inappropriate [1]** 15/24
**incidents [1]** 6/11
**including [3]** 4/18 6/4 14/20
**incorporate [1]** 6/16
**incorporates [1]** 6/7
**Index [1]** 1/5
**information [2]** 10/4 15/13
**innumerable [1]** 11/20
**instructed [3]** 7/19 15/18
 15/19
**instrumentality [1]** 19/3
**insufficient [1]** 15/24
**interest [1]** 14/25
**International [10]** 2/20 3/20
 5/13 7/7 7/15 9/14 9/19
 14/25 15/1 15/13
**internet [1]** 15/11
**Interpreter [1]** 2/24
**intimidate [1]** 6/13
**into [2]** 6/17 8/11
**Investments [1]** 2/20
**involving [1]** 6/11
**is [56]**
**issue [5]** 4/7 13/19 15/2
 17/19 19/15
**issued [2]** 17/1 18/9
**issues [1]** 13/5
**it [25]**
**it's [13]** 3/10 4/13 4/24 5/5
 5/17 6/21 8/24 9/21 12/23
 14/24 15/6 18/3 20/4
**its [3]** 14/13 16/14 18/19

**J**

**JOHN [3]** 2/9 3/13 14/10
**Josh [1]** 3/16
**JOSHUA [1]** 2/13
**Judge [12]** 4/7 5/14 6/18 7/12
 7/21 8/10 9/23 10/12 10/23
 11/2 11/9 11/10
**judgment [5]** 7/23 12/1 12/22
 13/15 14/1
**July [3]** 1/12 4/24 12/23
**jurisdiction [3]** 4/10 12/15
 12/24
**just [12]** 3/6 5/6 5/22 8/1
 8/3 11/10 11/10 11/12 11/18
 14/16 15/3 18/25
**justice [2]** 1/15 19/14

**K**

**KLEIN [4]** 2/11 2/13 3/16 3/17
**know [5]** 3/6 5/18 8/10 9/23
 10/19
**KWOK [58]**
**Kwok's [8]** 3/17 3/22 4/18
 6/25 8/6 8/17 11/15 11/17

**L**

**L.P [1]** 1/3
**Lady [7]** 4/10 6/12 12/3 12/5
 13/6 14/20 14/24
**last [2]** 10/10 10/22
**later [1]** 19/13
**LAWALL [1]** 2/15
**lawful [1]** 13/14
**lawyer [1]** 10/5
**leave [1]** 12/7
**leaves [2]** 15/2 15/2
**LEE [2]** 2/22 3/20
**let [2]** 3/6 3/24

**at's [3]** 5/1 6/2 16/6
 18/16
**levying [1]** 12/19
**licensing [1]** 8/4
**light [1]** 14/15
**like [4]** 3/25 5/7 7/5 15/20
**limited [2]** 2/20 6/5
**litigating [1]** 16/22
**litigation [1]** 6/19
**LLC [3]** 1/9 2/15 2/16
**LLP [3]** 2/2 2/7 2/11
**longer [1]** 18/23
**look [2]** 7/21 16/21

**M**

**made [13]** 7/6 8/24 9/5 13/21
 14/17 15/15 15/23 16/4 16/6
 17/21 18/18 18/21 18/22
**maintenance [1]** 4/20
**major [1]** 14/21
**make [3]** 4/1 9/4 14/16
**makes [2]** 8/21 10/23
**Mallorca [2]** 5/5 8/7
**Mandarin [1]** 2/24
**MANYEE [1]** 2/24
**March [2]** 9/15 9/15
**material [1]** 15/12
**matter [1]** 16/2
**May [11]** 4/10 4/21 4/23 6/12
 10/9 12/3 12/5 13/6 14/20
 14/24 17/8
**May 15th [1]** 17/8
**me [13]** 3/6 3/24 7/4 9/23
 10/8 10/11 10/12 10/12 10/15
 11/22 15/18 15/19 18/22
**mean [1]** 8/10
**meantime [2]** 18/7 19/15
**MELISSA [2]** 2/9 3/14
**met [3]** 13/17 13/17 14/13
**METLITSKY [1]** 2/5
**mid [3]** 4/21 4/23 4/24
**MILES [5]** 1/8 2/7 2/11 3/12
 6/10
**million [2]** 11/25 12/4
**mind [2]** 7/3 7/11
**Miss [1]** 3/21
**MITCHELL [4]** 2/15 2/18 6/15
 6/20
**monetize [1]** 12/21
**months [2]** 10/10 12/24
**mooring [1]** 10/1
**moot [1]** 11/3
**more [4]** 7/20 8/25 13/21
 17/21
**morning [6]** 3/1 3/3 3/4 3/5
 3/11 16/1
**MOSS [15]** 2/5 3/10 3/24 4/3
 11/14 12/2 12/4 13/16 13/20
 13/24 15/5 15/17 17/11 17/21
 18/15
**Moss' [4]** 12/1 12/11 12/19
 18/13
**motion [13]** 1/10 3/8 3/25
 4/25 11/1 11/15 11/17 14/8
 14/12 14/23 15/7 15/12 16/8
**motivated [1]** 5/3
**move [2]** 12/7 13/11
**moved [5]** 7/16 7/18 12/9
 12/10 12/11
**movement [1]** 18/20
**moving [2]** 4/9 19/10
**Mr [57]**

FILED: NEW YORK COUNTY CLERK 07/29/2021 03:55 PM    INDEX NO. 652077/2017
NYSCEF DOC. NO. 321898    RECEIVED NYSCEF: 07/29/2021

Case 22-50073   Doc 440-19   Filed 05/26/22   Entered 05/26/22 15:20:37   Page 25 of 27

Mr. Alter [2]   10/5 10/7
Mr. Kwok [1]   15/20
Mr. Mitchell [2]   6/15 6/20
Mr. Moss [12]   4/3 11/14 12/2
  12/4 13/16 13/20 13/24 15/5
  15/17 17/11 17/21 18/15
Mr. Moss' [4]   12/1 12/11
  12/19 18/13
Mr. Portas [1]   14/10
Mr. Siegal [4]   4/18 7/14 7/20
  7/23
Mr. Vartan [6]   9/14 9/18 9/22
  9/25 10/3 15/12
multiple [1]   17/23
my [5]   3/10 3/14 7/3 10/14
  15/16
MYERS [1]   2/2

**N**

N.Y [5]   2/4 2/8 2/12 2/17
  2/21
name [2]   5/15 6/10
necessary [1]   9/6
need [4]   7/20 10/13 10/20
  10/20
needs [2]   7/24 9/4
never [2]   4/24
nevertheless [2]   12/8 13/13
NEW [9]   1/1 1/2 1/12 1/12 2/4
  2/8 2/12 2/17 2/21
nice [3]   4/4 19/19 20/3
no [28]
nonparty [1]   3/19
nor [1]   19/7
not [31]
note [3]   14/16 15/3 16/18
nothing [5]   8/19 9/21 10/16
  17/12 19/19
November [1]   7/24
November 12 [1]   7/24
now [7]   5/4 5/5 8/7 10/11
  12/23 13/4 18/1
nowhere [1]   6/18

**O**

O'MELVERY [1]   2/2
obligated [1]   12/13
obligation [2]   11/19 12/19
obtain [1]   12/20
obviously [2]   4/12 15/21
offered [1]   5/20
officer [1]   8/6
officers [1]   9/20
OFFICIAL [1]   1/11
offshore [1]   7/25
okay [2]   5/17 10/18
on [32]
once [1]   16/10
one [3]   9/7 13/24 17/1
only [4]   7/17 8/13 9/16 15/12
oOo [3]   19/23 20/9 20/13
opportunity [3]   1/3 4/1 18/8
opposing [1]   15/23
opposition [4]   5/7 5/8 5/19
  5/22
or [17]   3/1 5/1 6/5 6/19 6/19
  8/3 10/2 13/24 15/19 15/20
  15/23 15/24 16/18 17/4 17/6
  18/13 19/13
orchestrating [1]   14/2

orders [6]   12/20 17/16 17/25
  19/4 19/11 19/12
ordinary [3]   4/19 8/3 8/9
org [2]   10/12 10/12
OSTRAGER [1]   1/14
other [5]   5/24 8/11 9/3 10/6
  14/3
our [4]   8/24 9/5 9/12 16/4
out [3]   4/10 11/1 12/23
outcome [2]   13/7 19/16
outside [1]   19/12
over [1]   17/23
overall [1]   18/25
own [8]   5/10 5/12 6/22 7/2
  14/1 14/24 16/10 16/13
owned [5]   6/9 14/21 14/24
  16/15 16/15
ownership [3]   8/14 13/19
  17/20
owns [1]   5/17

**P**

P.C [1]   2/19
PACIFIC [1]   1/3
page [2]   1/18 19/22
pages [1]   9/16
paid [1]   7/22
paper [2]   5/17 8/15
part [2]   1/2 6/12
partially [1]   18/8
parties [1]   13/5
partner [1]   3/10
party [1]   15/8
PAX [1]   5/19
pay [1]   9/25
paying [1]   4/2
pays [1]   10/3
penalties [1]   13/15
pending [2]   11/16 13/7
penny [1]   7/22
people [1]   4/18
perfected [1]   18/3
peril [1]   14/1
period [1]   7/25
permission [1]   7/16
person [1]   8/16
personal [2]   3/18 6/15
PETRILLO [3]   2/11 2/13 3/17
photos [1]   6/25
piece [1]   6/24
place [1]   6/5
plaintiff [6]   1/4 3/9 6/4
  14/13 14/19 16/6
plaintiff's [1]   16/5
Plaintiffs [1]   2/3
plan [1]   3/7
Plaza [1]   2/8
pleased [1]   4/2
plus [1]   11/25
point [3]   7/25 9/9 10/22
PORTAS [3]   1/24 14/10 20/12
positively [1]   18/15
possession [1]   12/21
posted [1]   6/25
posting [2]   15/11 15/14
postings [1]   15/9
power [1]   4/8
prayer [1]   6/2
precluded [1]   9/13
present [4]   2/23 3/7 3/13

Presumably [1]   12/8
prevail [1]   18/12
prima [3]   13/21 17/21 18/13
prima facie [3]   13/21 17/21
  18/13
principal [1]   5/8
prior [3]   15/16 17/13 17/24
procedural [1]   17/11
proceed [2]   3/7 11/8
proceeding [1]   14/1
proceedings [7]   3/23 4/2
  11/20 13/7 15/17 20/7 20/10
proffered [1]   15/22
promises [1]   8/6
proportional [1]   12/14
proposed [1]   14/19
proximity [1]   6/4
punt [1]   11/10
purge [1]   18/8
purportedly [1]   12/7
purposes [1]   8/4
put [4]   5/24 8/11 17/11 19/20
putting [1]   5/14

**Q**

question [4]   7/19 7/20 15/18
  15/20
quote [14]   6/1 6/2 7/24 14/21
  14/22 15/17 15/18 16/9 16/10
  16/11 16/15 16/15 16/16
  16/17

**R**

R.P.R [1]   1/24
rate [1]   13/1
rather [2]   3/2 18/13
reached [1]   13/4
real [1]   9/21
really [4]   6/22 9/9 16/7
  16/23
recognized [2]   16/1 16/7
record [13]   10/19 11/18 13/17
  14/16 14/23 15/3 15/6 15/19
  16/5 16/9 18/17 19/1 19/21
reference [2]   6/8 6/17
referred [1]   6/1
regard [1]   15/11
regarding [1]   15/16
relating [2]   10/8 13/5
relatively [1]   4/6
reliability [1]   15/14
relief [2]   5/2 6/2
relocating [1]   15/16
remains [2]   13/16 19/12
remember [1]   10/7
remove [1]   17/4
removed [4]   12/14 13/13 17/2
  17/14
rep [1]   10/21
repeatedly [1]   6/1
reply [1]   5/7
REPORTER [2]   1/25 20/13
representatives [2]   12/6 17/3
represented [2]   7/23 12/3
representing [1]   6/16
represents [2]   7/14 7/17
request [5]   12/8 15/16 18/18
  18/21 18/23
requested [1]   12/6
requests [1]   9/12
resolve [3]   13/5 17/19 19/15

**respect [2]**   6/23 15/15
**responding [1]**   9/12
**rest [1]**   19/1
**restrained [1]**   19/9
**restraining [4]**   4/9 7/22 9/1
18/19
**returns [1]**   10/11
**right [6]**   3/24 4/22 5/18 6/21
10/6 18/5
**Rights [1]**   5/14
**rise [1]**   13/1
**ROBERT [2]**   1/24 20/12
**Rockefeller [1]**   2/8
**RPR [1]**   20/12
**rule [2]**   15/10 15/25
**ruling [6]**   10/25 14/7 14/12
16/24 18/20 19/17
**rulings [1]**   14/15
**run [1]**   13/15

## S

**S-I-E-G-A-L [1]**   3/13
**said [8]**   4/16 4/22 6/11 7/9
7/17 9/22 9/25 15/17
**sake [2]**   15/3 18/18
**salary [1]**   10/1
**same [1]**   7/9
**sanction [2]**   12/25 17/9
**sanctions [2]**   12/13 13/2
**SARNOFF [2]**   2/4 3/10
**satisfy [2]**   12/22 13/25
**say [7]**   5/20 5/22 6/20 6/23
10/3 14/5 16/22
**saying [1]**   7/2
**says [3]**   5/19 6/10 10/13
**second [1]**   6/24
**Secondly [1]**   15/8
**secreted [1]**   8/3
**see [2]**   4/2 4/4
**seem [1]**   13/20
**seen [1]**   5/13
**sell [3]**   7/2 7/11 7/12
**SENIOR [2]**   1/25 20/13
**September [3]**   6/1 7/5 18/4
**September 2020 [2]**   6/1 7/5
**sequence [1]**   19/1
**several [3]**   6/11 10/10 15/4
**SHAHINIAN [1]**   2/19
**shakes [1]**   11/1
**shell [4]**   5/12 5/14 5/17
17/17
**shield [1]**   5/16
**ship [20]**   12/2 12/5 12/5 12/7
12/9 12/10 12/17 12/18 12/20
12/21 12/21 12/23 13/4 13/5
13/12 13/13 13/20 13/22 14/2
18/20
**should [3]**   9/2 10/25 19/19
**show [1]**   16/5
**showing [8]**   8/21 8/23 8/24
9/6 13/21 16/18 17/22 18/14
**side [4]**   5/24 8/11 9/3 10/6
**SIEGAL [6]**   2/9 4/18 7/14 7/20
7/23 14/10
**Siegel [1]**   3/13
**simultaneous [1]**   11/23
**simultaneously [1]**   3/22
**since [4]**   6/25 7/21 9/15 9/15
**single [1]**   10/8
**situation [1]**   18/25
**slowly [1]**   19/14

**some [1]**   7/27
**somebody [2]**   5/15 11/21
**something [2]**   19/6 19/20
**son [1]**   5/15
**soon [1]**   18/7
**sooner [1]**   19/13
**sorry [1]**   14/10
**sort [1]**   15/9
**sought [2]**   12/2 12/5
**Spain [3]**   5/5 8/7 8/10
**speak [3]**   3/7 3/25 11/19
**speaking [1]**   14/9
**special [1]**   3/19
**Spring [4]**   9/23 10/3 10/6
10/8
**Square [2]**   2/3 2/21
**STATE [1]**   1/1
**stated [2]**   16/9 16/15
**statement [5]**   4/1 7/6 8/13
8/15 14/13
**statements [4]**   7/5 10/16
14/17 15/15
**States [15]**   8/1 12/6 12/17
12/18 13/12 14/4 17/3 17/5
17/10 17/14 17/19 18/11
18/23 19/11 19/13
**stay [5]**   11/6 11/15 13/6 14/8
14/12
**still [2]**   7/22 10/15
**straight [1]**   4/6
**Street [2]**   1/11 2/17
**STUART [2]**   2/4 3/10
**submit [1]**   7/12
**submitted [1]**   14/19
**subpoena [1]**   9/15
**subsequent [1]**   19/12
**subset [1]**   9/16
**sufficient [3]**   8/25 15/21
16/20
**sufficiently [1]**   5/3
**supposedly [2]**   7/7 8/18
**SUPREME [1]**   1/1
**sure [1]**   9/8
**surprises [1]**   10/20
**suspected [1]**   6/8
**suspended [1]**   7/1

## T

**take [3]**   11/3 11/9 12/21
**taken [2]**   9/11 16/17
**takes [1]**   8/15
**talk [1]**   5/6
**tax [1]**   10/10
**TEAMS [4]**   1/10 1/13 2/1 2/23
**technical [1]**   8/14
**tell [2]**   6/18 9/18
**term [1]**   18/4
**territorial [9]**   13/12 14/3
17/2 17/5 17/10 17/18 18/10
19/10 19/12
**testifying [1]**   9/13
**than [4]**   8/25 13/21 14/3
17/21
**thank [6]**   4/4 14/7 14/12 20/1
20/2 20/6
**that [105]**
**that's [9]**   4/23 5/20 8/22 9/7
11/1 13/17 14/5 19/4 19/18
**their [2]**   4/18 6/17
**them [2]**   9/24 10/9
**then [8]**   3/7 7/3 7/11 7/25

**some [1]**   7/27

**there's [8]**   5/23 8/16 8/18
8/19 9/9 11/25 15/20 15/24
**Thereafter [1]**   12/10
**thereby [1]**   6/7
**therefore [1]**   9/2
**these [6]**   4/2 8/5 13/6 13/21
15/17 17/22
**they [6]**   5/20 6/23 6/24 8/13
10/15 10/18
**they're [3]**   10/11 15/9 15/22
**thing [2]**   8/3 17/1
**things [1]**   15/4
**think [5]**   4/6 8/8 9/5 11/6
16/5
**third [3]**   2/12 7/14 15/8
**third-party [1]**   15/8
**thirteen [1]**   9/15
**this [33]**
**those [3]**   7/5 14/15 19/11
**though [1]**   9/9
**thought [1]**   8/2
**threaten [1]**   6/13
**till [1]**   4/20
**time [7]**   4/13 4/25 8/5 8/9
12/4 18/21 18/22
**Times [2]**   2/3 2/21
**timetable [1]**   18/2
**today [3]**   16/14 16/24 17/12
**told [1]**   9/23
**took [1]**   4/18
**transcript [3]**   20/4 20/5
20/10
**transferred [1]**   8/3
**transferring [1]**   18/10
**translate [1]**   11/21
**translating [1]**   3/23
**translation [1]**   11/24
**translator [1]**   3/22
**transparent [1]**   17/17
**travel [2]**   4/19 7/24
**true [1]**   20/10
**tweets [1]**   6/25
**Twitter [1]**   7/1
**two [1]**   12/24
**type [1]**   4/14

## U

**UNA [2]**   2/24 3/21
**unbeknownst [1]**   18/22
**understand [3]**   11/14 11/22
18/24
**unequivocally [1]**   18/14
**unidentified [1]**   8/16
**United [15]**   8/1 12/6 12/17
12/18 13/12 14/3 17/3 17/5
17/10 17/14 17/18 18/11
18/23 19/11 19/13
**unlikely [1]**   15/14
**unsatisfied [1]**   13/16
**until [1]**   11/1
**unverified [1]**   15/8
**upon [1]**   17/3
**us [3]**   9/8 9/17 9/19
**USA [1]**   2/20
**uses [1]**   6/10

## V

**valid [1]**   12/11

**Vaine [3]** 9/2/3 12/14 13/4
**VARTAN [8]** 2/22 3/20 9/14
9/18 9/22 9/25 10/3 15/12
**very [2]** 4/1 20/4
**vessel [1]** 18/23
**VIA [4]** 1/10 1/13 2/1 2/23
**violating [1]** 4/9
**violation [3]** 12/11 12/15
17/13
**voyages [1]** 14/2

**W**

**wait [2]** 11/10 11/21
**WAN [2]** 1/6 1/7
**want [5]** 10/7 11/16 14/15
14/16 15/3
**wanted [2]** 8/1 18/25
**wants [1]** 9/7
**was [23]**
**wasn't [3]** 17/15 17/15 17/16
**waters [9]** 13/12 14/3 17/2
17/5 17/10 17/18 18/10 19/10
19/13
**way [5]** 5/4 7/9 11/7 11/12
13/24
**we [27]**
**we'll [2]** 11/11 18/6
**we're [3]** 3/9 6/20 10/17
**we've [5]** 5/13 8/24 9/5 9/15
16/4
**weather [1]** 12/7
**welcome [1]** 9/8
**well [8]** 4/24 5/13 5/22 6/20
9/5 10/14 14/13 18/6
**WEN [2]** 1/7 1/7
**WEN-GUI [1]** 1/7
**WENGUI [2]** 1/7 6/10
**went [1]** 10/5
**were [5]** 7/6 13/11 15/15 19/9
20/8
**what [10]** 5/20 7/21 9/8 9/16
9/18 9/23 10/3 10/9 10/19
18/2
**whatever [3]** 5/1 10/2 17/11
**whatsoever [2]** 11/19 17/12
**wheels [1]** 19/14
**when [3]** 4/23 15/22 16/21
**where [2]** 5/4 9/22
**Whereupon [1]** 20/7
**whether [1]** 18/19
**which [11]** 10/13 10/18 12/3
12/13 12/13 15/10 15/25
15/25 16/3 19/6 19/14
**while [1]** 11/18
**who [14]** 3/6 3/12 3/22 3/22
4/1 6/10 7/14 7/16 7/19 8/17
14/9 15/18 15/19 16/19
**who's [1]** 6/15
**why [3]** 8/8 15/19 17/8
**WILKINSON [2]** 2/24 3/21
**will [6]** 3/22 5/2 11/2 13/10
19/14 20/6
**winter [1]** 4/20
**within [1]** 17/10
**won't [4]** 4/17 10/11 10/12
18/16
**word [1]** 4/19
**works [1]** 7/2
**would [6]** 3/25 12/19 13/20
17/18 17/19 19/7
**wrong [2]** 6/21 6/23

**yacht [13]** 4/10 4/19 4/24 5/3
6/2 6/2 6/6 6/9 6/11 7/1 7/6
7/24 8/7
**year [3]** 4/21 4/23 12/2
**Yet [1]** 8/5
**YORK [9]** 1/1 1/2 1/12 1/12
2/4 2/8 2/12 2/17 2/21
**you [22]**
**you've [1]** 18/1
**your [20]** 3/3 3/5 3/9 3/21
4/4 9/7 11/14 11/23 14/7
14/7 14/19 16/22 18/2 18/3
18/17 19/4 19/5 19/15 20/1
20/2