# EXHIBIT PAX 27

Rule 1006 Summary Re: Litigation Claims

CASE NO. 22-50073
IN RE: Ho Wan Kwok
VS.
PAX   EXHIBIT   27
DATE _____ IDEN.
DATE 5/25/2022 Admitted in Full   EVID.
BY P.E.
Deputy Clerk
AO 386-A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>Debtor. | Chapter 11 Case No.<br><br>22-50073 (JAM)<br><br>May 20, 2022 |

**DECLARATION OF MAKENZIE RUSSO IN FURTHER SUPPORT OF PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S MOTION TO DISMISS CHAPTER 11 CASE OR, IN THE ALTERNATIVE, PARTIAL JOINDER TO UNITED STATES TRUSTEE'S MOTION FOR AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

I, Makenzie Russo, declare:

1.  I am an attorney admitted to practice law in the State of New York and am an associate at the law firm of O'Melveny & Myers, 7 Times Square, New York, NY 10036, counsel for Pacific Alliance Asia Opportunity Fund L.P. ("PAX"). I respectfully submit this Declaration in support of PAX's Motion to Dismiss Chapter 11 Case, or in the Alternative, Partial Joinder to United States Trustee ("Motion to Dismiss") [ECF 183].

2.  Attached hereto is a true and correct copy of PAX Exhibit 27, "Federal Rule of Evidence 1006 Summary Re: Litigation Claims." In connection with the May 25, 2022 Hearing on PAX's Motion to Dismiss, PAX offers PAX Exhibit 27 as a summary of information relevant to the litigation claims referenced in Debtor's Schedule F.[2]

3.  To compile PAX Exhibit 27, colleagues of mine at O'Melveny & Myers LLP ("O'Melveny") searched the public record to identify litigation matters involving the litigants

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.
[2] *See* Debtor's Schedule F, ECF 78.

listed on the Debtor's Schedule F that held a claim against the Debtor individually. For each of the relevant litigation matters identified, O'Melveny reviewed the court's public dockets, gathered the information reflected in the chart, and then summarized the current status of the litigation in the chart. For example, the chart indicates, among other things, whether a case had been dismissed and whether a trial date had been set, citing the appropriate docket entry number.

| | |
|---|---|
| Dated: May 20, 2022<br>New York, New York | Respectfully submitted,<br><br>*/s/ Makenzie Russo*<br>Makenzie Russo<br>mrusso@omm.com<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 728-5819<br><br>*Attorney for Pacific Alliance Asia Opportunity Fund L.P.* |

**Federal Rule of Evidence 1006 Summary of Schedule F Litigation Claims**

| Schedule F: Nonpriority Unsecured Creditors[1] | | | |
|---|---|---|---|
| **Party** | **Claim According to Schedule F** | **Status** | **Trial Date** |
| *Beijing Zhong Xian Wei Ye Stainless Decoration Center et al. v. Wengui Guo et al.,* Case No. 653176/2017 (N.Y. Sup. 2017) | | | |
| Xiong Xian Wei Ye | Unknown | On May 12, 2020, Defendants' motion to dismiss was granted "to the extent that the complaint is dismissed in its entirety pursuant to CPLR 3211(a)(7)." Order, Dkt. No. 69 at 5. The court ordered the clerk to enter judgment dismissing the complaint. *Id.* | Case dismissed |
| Beijing Zhong Xian Wei Ye Stainless Decoration Center ("Xiong Xian Wei Ye") | Unknown | | |
| Beijing Bi Hai Ge Lin Yuan Lin Lu Hua, Ltd ("Bi Hai Ge Lin") | Unknown | | |
| Cheng Jian Qu Jian She | $12,000,000 | | |
| Beijing Cheng Jian Qu Jian She Group, Ltd. ("Cheng Jian Qu Jian She") | Unknown | | |
| Shi Jia Zhuang Zhen Yuan Jian Zhu An Shuang Gong Cheng Ltd. Beijing First Branch ("Zhen Yuan Jian Zhu") | Unknown | | |
| Hong Qi Qu | $9,809,422.71 | | |
| Hong Qi Qu Jian She Group Ltd ("Hong Qi Qu") | Unknown | | |
| Nan Tong Si Jian | $5,568,522 | | |
| Nan Tong Si Jian Group Ltd. ("Non Tong Si Jian") | Unknown | | |

---

[1] PAX searched the public record for any litigants listed on the Debtor's Schedule F that held a claim against the Debtor individually. *See* Schedule F: Nonpriority Unsecured Creditors, ECF 78 at 19–21. There were a number of purported litigation claims that PAX could not locate in the public record: Clark Hill, Gao Bingchen, Hero Grant Limited, Hong Zeng, Jumbo Century Limited, Kui Cheng, MacDonald, New Dynamic Development Limited, Sail Victory Limited, Strategic Vision, The Sherry-Netherland, Thomas Ragland, UBS AG, UBS AG (London Branch), Well Origin Limited, Yue Hua Zhu Shi.

| | | | |
|---|---|---|---|
| Beijing Fu Le Hong Ma Jian Shu Shuang Shi Gong Cheng, Ltd. ("Fu Le Hong Ma") | Unknown | | |
| Yua Hua Zhuang Shi | $1,571,530.36 | | |
| He Bei Yue Hua Zhuang Shi Gong Cheng Ltd ("Yue Hua Zhuang Shi") | Unknown | | |
| Jian Gong | $5,380,262.32 | | |
| Jiang Su Province Jian Gong Group Ltd Beijing Branch ("Jian Gong") | Unknown | | |
| *Tang et al. v. Guo*, Case No. 1:17-cv-09031 (S.D.N.Y. 2017)[2] | | | |
| Baiqiao Tang | Unknown | On February 1, 2022, the Court ordered that "all claims and causes of action asserted in this action by Plaintiff Tang and Plaintiff Geng are dismissed with prejudice" where Plaintiff Tang "has failed to prosecute his claims" and "Plaintiff Geng passed away in April 2021, and no motion to substitute a proper party, or for an extension of time to do so, has been filed." Order, Dkt No. 97. | Case dismissed |
| Jing Geng | Unknown | | |
| *Watson Meng and Boxun Inc. v. Guo Wengui*, Case No. 159636/2017 (N.Y. Sup. Nov. 7, 2017) | | | |
| Boxun Inc.[3] | Unknown | On October 7, 2021, the court certified the case as ready for trial. Note of Issue, Dkt. No. 57. Kwok moved to vacate the note of issue and the reply briefing was filed on November 9, 2021. Reply Aff. in Supp. of Mot. to Vacate Note of Issue, Dkt No. 120. | No trial date set |
| Watson Meng[4] | Unknown | | |
| Weican Meng/Boxun Inc. | $1,000,000 | | |
| *Keyi Zilkie, Huizhen Wang, Chao-Chih Chiu, Yunxia Wu v. GTV, Saraca and Wengui Guo*, Index No. 652843/2021 (N.Y. Sup. April 29, 2021) | | | |
| Chao-Chih Chiu | Unknown | On November 5, 2021, the court entered a stay pursuant to the parties' stipulation that a stay of the action was appropriate while Plaintiffs seek distributions from the SEC-administered | N/A |
| Huizhen Wang | Unknown | | |
| Keyi Ziklie | Unknown | | |

---

[2] These parties filed claims in New York Supreme Court. Compl., *Baiqiao Tang and Jing Geng v. Wengui Guo et al.*, Case No. 153969/2019 (N.Y. Sup. 2019). Those proceedings have been dormant since September 30, 2019, the date the complaint was filed. *See* Docket, *Baiqiao Tang and Jing Geng v. Wengui Guo et al.*, Case No. 153969/2019 (N.Y. Sup. 2019).
[3] For reasons that are unknown to PAX, this name appears as a litigation claim holder twice on the Debtor's Schedule F.
[4] For reasons that are unknown to PAX, this name appears as a litigation claim holder twice on the Debtor's Schedule F.

| | | | |
|---|---|---|---|
| Yunxia Wu | Unknown | Fair Fund in connection with their claims. Order, Dkt. No. 30 at 2. | |
| *Zhengjun Dong, Wen Lin, Kaixin Hong, Chenglong Wang v. GTV, Saraca and Wengui Guo*, Index No. 652190/2021 (N.Y. Sup. 2021) | | | |
| Chenglong Wang | Unknown | Plaintiffs requested severance of claims against Kwok in light of his bankruptcy in order to proceed against other defendants. Order to Show Cause, Dkt. No. 106. | N/A |
| Kaixin Hong | Unknown | | |
| Wen Lin | Unknown | | |
| Zhengjun Dong | Unknown | | |
| *Rong Zhang, Xiaodan Wang, Chong Shen Raphanella v. Voice of Guo, GTV, Saraca, ROL Miles Guo*, Case No. 2:21-cv-01079 (D. Ariz. 2021) | | | |
| Chong Shen Raphanella | Unknown | Partial Motion to Dismiss fully briefed as of February 2, 2022 and not yet decided. Mot. to Dismiss Reply, Dkt. No. 43. | N/A |
| Rong Zhang | Unknown | | |
| Xiaodan Wang | Unknown | | |
| *Haihong C. Wang v. GTV, Saraca, Wengui Guo*, Case No. 3:21-cv-00359 (D. Conn. 2021) | | | |
| Haihong Wang | Unknown | Kwok filed an answer to the complaint on October 22, 2021. Dkt No. 42. There was no other docket activity until the Notice of Bankruptcy was filed on February 18, 2022. *See* Docket. | N/A |
| *Weiguo Sun, Linda He Cheing, Jia Li Wang, Jiamei Lu, Jun Liu, Mao-Fu Weng, Ruqin Wang, Teli Chen, Weixiang Ge, Shuang Wang, Xingyu Yan, Yan Gao, Yi LI and Ying Liu v. GTV, Saraca, Voice of Guo, Wengui Guo,* Case No. 1:21-cv-04529 (S.D.N.Y. 2021) | | | |
| Jia Li Wang | $430,000 | As of October 14, 2021, discovery in this action was stayed while plaintiffs pursue recovery in connection with the SEC-administered Fair Fund. Order, Dkt No. 79. | N/A |
| Jiamei Lu | Unknown | | |
| Jun Liu | Unknown | | |
| Linda He Cheung | Unknown | | |
| Moa-Fu [Weng] | Unknown | | |
| Ruquin Wang | Unknown | | |
| Shuang Wang | Unknown | | |
| Teli Chen | Unknown | | |
| Weiguo Sun | Unknown | | |
| Weixiang Ge | Unknown | | |
| Xingyu Yan | Unknown | | |
| Yan Gao | Unknown | | |
| Yi Li | Unknown | | |
| Ying Liu | Unknown | | |
| *Jianhu Yi and Quiju Jia v. GTV, Saraca, Wengui Guo,* Case No. 1:21-cv-02669 (S.D.N.Y. 2021) | | | |
| Jian Hu Yi | Unknown | As of September 22, 2021, discovery in this action was stayed while plaintiffs pursue recovery in connection with the SEC-administered Fair Fund. Order, Dkt. No. 39. According to a | N/A |
| Quiju Jia | Unknown | | |

3

| | | | |
|---|---|---|---|
| | | status update, the parties are in continued settlement discussions to recover from the SEC fund. Letter, Dkt. No. 47. | |
| *June Shi v. GTV, Saraca, Wengui Guo,* Case No. 1:21-cv-01408 (N.D. Ill. 2021) | | | |
| June Shi | Unknown | Kwok filed an Answer of September 22, 2021. Amended Answer, Dkt No. 33. The parties stipulated to a settlement of some claims on January 14, 2022. Stipulation of Dismissal of Count VII With Prejudice, Dkt No. 38. | N/A |
| *Fan Bingbing v. Guo Wengui*, Case No. 156619/2017 (N.Y. Sup. July 24, 2017) | | | |
| Fan Bingbing | Unknown | There is no docket activity in this case after the amended complaint was filed on November 27, 2021. *See* Docket. | N/A |
| *Wengui Guo v. Guo Baosheng, Yan Zhao and Ning Ye*, Index No. 151251/2019 (N.Y. Sup. May 3, 2019) | | | |
| Guo Baosheng | $12,000,000 | There was a gap in the litigation between June 18, 2020 and March 23, 2022. *See generally,* Docket. During this time frame, there is only one docket entry. *See* Notice of ADR Options, Dkt No. 65. On March 21, 2022, the Defendants filed a Notice of Motion for Leave of the Court to File Supplemental Motion to Dismiss. Notice, Dkt. No. 66. A Notice of Bankruptcy was filed shortly thereafter. Notice of Bankruptcy, Dkt No. 72. | N/A |
| Baosheng Guo[5] | Unknown | | |
| Ning Ye | $12,000,000 | | |
| Yan Zhao | $3,000,000 | | |
| *Jiansheng Xie and Jiefu Zheng v. Wengui Guo*, Case No. 155995/2017 (N.Y. Supp. 2017) | | | |
| Jianshengxie and Jiefu Zheng | Unknown | There is no docket activity in this case after the amended complaint was filed on June 30, 2017. *See generally,* Docket. | N/A |
| *Jonathan Young v. Guo Wengui, Saraca, Golden Spring, Rule of Law Foundation*, Case No. 154683/2020 (N.Y. Sup. 2020) | | | |
| Jonathan Young | Unknown | Defendants moved to dismiss the case, and those pleadings were fully briefed as of May 18, 2021. *See* Docket. There was no docket activity in the action between May 18, 2021 and February 16, 2022, when the notice of bankruptcy was filed. *Id.* | N/A |
| *Wengui Guo v. Jun Chen (a/k/a Jonathan Ho)*, Case No. 18-cv-03800, (D.N.J. 2019) | | | |
| Jun Chen (aka Jonathan Ho) | $1,000,000 | On February 22, 2022, the Court ordered the parties to submit confidential settlement memos on or before March 3, 2022. Text Order, Dkt No. 52. A settlement mediation was scheduled for March 10, 2022. Scheduling Order, Dkt No. 50. On March 18, 2022 the parties "agreed to a mutual dismissal of their claims" and the court entered an order "administratively | Case dismissed pending court approval |

---

[5] For reasons that are unknown to PAX, this name appears as a litigation claim holder twice on the Debtor's Schedule F.

| | | | |
|---|---|---|---|
| | | terminating the action on his records pending approval of the dismissal by the Bankruptcy Court, at which time it will be dismissed with prejudice." Order, Dkt No. 55. | |
| *Liehong Zhuang and Xiao Yan Zhu v. Wengui Guo and Saraca Media Group*, Index No. 654999/2020 (N.Y. Sup Oct. 5, 2020) | | | |
| Liehong Zhuang | Unknown | On September 23, 2021, the Court granted Kwok's motion to dismiss in part. Order, Dkt No. 77. On February 9, 2022, Kwok requested that a discovery conference be adjourned in light of his not having yet filed an Answer. Letter, Dkt No. 82. A notice of bankruptcy was filed shortly thereafter. Notice of Bankruptcy, Dkt No. 85. | N/A |
| Liehong Zhuang/Xiao Yan Zhu[6] | $1,005,000 | | |
| Xiao Yan Zhu | Unknown | | |
| *Logan Cheng aka Shuiyan Cheng v. Wengui Guo*, Case No. 1:20-cv-05678 (S.D.N.Y. 2020) | | | |
| Logan Cheng (aka Shiuyan Cheng) | Unknown | Logan Cheng obtained a judgment for $196,940.39 on account of a counterclaim filed in the District of Nevada. Compl., Ex. 5, Dkt No. 1-5. Cheng brought an enforcement proceeding in the Southern District of New York. Compl., Dkt No. 1. Both parties moved for partial summary judgment, which was fully briefed as of February 15, 2022. *See generally,* Docket. | N/A |
| *Rui Ma v. Guo Wengui and Golden Spring NY*, Index No. 158140/2017 (N.Y. Sup. Sept. 11, 2017 | | | |
| Rui Ma | $20,000,000 | The case was certified as ready for trial on January 29, 2022. Note of Issue, Dkt No. 27. Kwok requested oral argument to vacate the Note of Issue on February 15, 2022. Letter, Dkt No. 97. | No trial date set. |
| *Ruizheng An v. GTV, Saraca, Guo Wengui*, Case No. 1:20-cv-06555 (S.D.N.Y. 2020) | | | |
| Ruizheng An | Unknown | On February 1, 2021, the court ordered an extension of time to finalize a settlement. Order, Dkt No. 41. There has been no docket activity since. *See generally,* Docket. | N/A |
| *Samuel Dan Nunberg v. Guo Wengui*, Index No. 150141/2020 (N.Y. Sup. Feb. 19, 2020) | | | |
| Samuel Dan Nunberg | Unknown | Nunberg filed an amended complaint on January 21, 2022. Amended Compl., Dkt No. 96. Kwok moved to strike the complaint on February 10, 2022. Mem. of Law in Supp. of Mot. to Strike, Dkt No. 101. | N/A |
| Samuel Nunberg[7] | $1,000,000 | | |
| *Wengui Guo v. Yeliang Xia*, No. 18-cv-174 (E.D.Va. 2018) | | | |

---

[6] For reasons that are unknown to PAX, these names appear as litigation claim holders twice on the Debtor's Schedule F.

[7] For reasons that are unknown to PAX, this name appears as a litigation claim holder more than once on the Debtor's Schedule F.

| Yang Yeliang Xia Lan | Unknown | A jury awarded Kwok $100,000 judgment plus interest for defamation. Order, Dkt No. 140. The jury awarded the Xia $10,000 for defamation. *Id.*<br><br>Xia filed a notice of appeal on September 27, 2017. Notice of Appeal, Dkt No. 141. Xia requested oral argument on the appeal in December 2021. *Wengui Guo v. Yeliang Xia*, Case No. 19-2062 (4th Cir. 2021), Dkt No. 62. The Court of Appeals subsequently entered an order deferring consideration of the motion for oral argument pending assignment of the case to a panel. Order, Dkt No. 63. | N/A |
|---|---|---|---|
| *WA&HF LLC and Ruizheng An v. Saraca, Wengui Guo*, Case No. 2:21-cv-00490 (W.D. Wa. 2020) | | | |
| WA&HF LLC | $319,130 | The parties entered into a stipulation of dismissal on April 1, 2022, upon being able to "fully compromise[] and settle[] the claims." Stipulation and Order of Dismissal, Dkt No. 21. | Case dismissed |
| *Xiqui ("Bob") Fu v. Guo Wengui*, Case No. 20-cv-00257 (W.D.Tx. 2020) | | | |
| Xiqui ("Bob") Fu | Unknown | Kwok's Motion to Dismiss was denied on January 15, 2022. Order, Dkt No. 97. The case is administratively closed pending the outcome of Kwok's bankruptcy. | N/A |
| *Yan Huang v. Wengui Guo*, Index No. 156552/2017 (N.Y. Sup. 2017) | | | |
| Yan Huang | Unknown | A stipulation of settlement was entered on April 6, 2021. Stipulation of Settlement, Dkt No. 68. | Case settled |
| *Zheng Wu and Yang Lan v. Guo Wengui*, Index No. 152123/2018 (N.Y. Sup 2018) | | | |
| Yang Lan | Unknown | Kwok filed an Answer on April 25, 2019. Answer, Dkt No. 36. On March 2, 2020, the Court ordered the parties to participate in a settlement mediation conference. Order, Dkt No. 46. Notices of appearance and the notice of bankruptcy are the only docket activity since that date. *See generally*, Docket. | N/A |
| Yang Lan and Qu Zheng[8] | $10,000,000 | | |
| Zhang Qu (aka Bruno Wu) | Unknown | | |
| *Wengui Guo v. Danyu Lin*, Case No. 2018CP3203623 (S.C., Lexington Cty. 2018) | | | |
| Danyu Lin | Unknown | The South Carolina court system lists the status as "dismissed." *See generally*, Docket. | Case dismissed |

---

[8] For reasons that are unknown to PAX, these names appear as a litigation claim holder twice on the Debtor's Schedule F.