# EXHIBIT PAX 28

Declaration of Laura Aronsson in Further Support of PAX's Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee

CASE NO. _____ 22-50073 _____

IN RE: Ho Wan Kwok

VS. _____

PAX   EXHIBIT _____ 28 _____

DATE _____ IDEN.

DATE  5/25/2022 Admitted in Full  EVID.

BY  P.E.

Deputy Clerk

AO 386-A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 Case No. |
| HO WAN KWOK[1] | 22-50073 (JAM) |
| Debtor. | May 20, 2022 |

**DECLARATION OF LAURA S. ARONSSON IN FURTHER SUPPORT OF PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S MOTION TO DISMISS CHAPTER 11 CASE OR, IN THE ALTERNATIVE, PARTIAL JOINDER TO UNITED STATES TRUSTEE'S MOTION FOR AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

I, Laura S. Aronsson, declare:

1.      I am an attorney admitted to practice law in the States of New York and California and am Counsel at the law firm of O'Melveny & Myers, 7 Times Square, New York, NY 10036, counsel for Pacific Alliance Asia Opportunity Fund L.P. ("PAX").  I respectfully submit this Declaration in support of PAX's Motion to Dismiss Chapter 11 Case, or in the Alternative, Partial Joinder to United States Trustee ("Motion to Dismiss") [ECF 183].

2.      In connection with these proceedings, PAX served discovery requests on several parties, including Golden Spring (New York) Limited ("Golden Spring") and Lamp Capital LLC ("Lamp Capital").  As relevant here, PAX sought documents and communications relating to the Debtor's Motion for Entry of Interim and Final DIP Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief (the "DIP Motion") [ECF No. 117] and other litigation loans on

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

PAX-28

behalf of Kwok.[2]

3.  On March 29, 2022, PAX served document requests on Golden Spring seeking, among other things, "[a]ll Documents and Communications relating to Golden Spring's funding of any litigation in which the Debtor is a party."[3]

4.  Also on March 29, 2022, PAX served document requests on Lamp Capital seeking, among other things, "[a]ll Documents and Communications relating to any actual or contemplated transactions, transfers, distributions, or conveyances (including without limitation payments, loans, benefits, gifts, compensation, and income) made by Lamp Capital to, at the direction of, or for the benefit of the Debtor."[4]

5.  In response to PAX's requests, Golden Spring made productions on April 8, 2022 and April 11, 2022, totaling approximately 25 documents.  Counsel for PAX reviewed all documents Golden Spring produced, and Golden Spring did not produce any loan agreements between Golden Spring and the Debtor.

6.  Lamp made productions on April 8, 2022 and May 9, 2022, totaling five pages. Counsel for PAX reviewed all documents Lamp Capital produced, and Lamp Capital did not produce any loan agreements between Lamp Capital and the Debtor.

7.  On April 12, 2022, PAX deposed Golden Spring's Rule 30(b)(6) designee, Yanping Wang, in connection with the DIP Motion.  At her deposition, Ms. Wang testified that she signed the debtor-in-possession financing loan agreement on behalf of Golden Spring and

---

[2] *See* Debtor's Schedule F, ECF 78 ($1,000,000 "litigation loan" from Lamp Capital LLC); *id.* (listing $21 million "litigation funding" from Golden Spring).
[3] *See* Request 1h, PAX's First Request for Production of Documents Directed to Golden Spring (New York) Limited dated March 29, 2022, attached hereto as Exhibit A.
[4] *See* Request 1d, PAX's First Request for Production of Documents Directed to Lamp Capital LLC dated March 29, 2022, attached hereto as Exhibit B.

had it in her possession.[5]  She also testified that she possessed documents and notes concerning litigation loans from Golden Spring to Kwok that totaled approximately $21 million.[6]

8.      During Ms. Wang's deposition, PAX requested that Golden Spring promptly produce the documents Ms. Wang referenced,[7] but PAX never received them.

Dated: May 20, 2022
New York, NY

Respectfully submitted,

*/s/ Laura S. Aronsson*
Laura S. Aronsson
laronsson@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 728-5841

*Attorney for Pacific Alliance Asia Opportunity Fund L.P.*

---

[5] April 12, 2022 Dep. Tr. of Golden Spring Rule 30(b)(6) Corporate Representative Yanping Wang ("Wang Dep. Tr."), attached hereto as Exhibit C, at 185:8-17; 207:14-23.
[6] Wang Dep. Tr. 185:8-17; 207:14-23.
[7] Wang Dep. Tr. 185:8-17; 207:14-23.

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------- x
                                      :
In re:                            :     Chapter 11
                                     :
        Ho Wan Kwok,           :     Case No. 22-50073 (JAM)
                                     :
                    Debtor.     :
                                     :
------------------------------------------------------------- x

**PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S FIRST**
**REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO**
**GOLDEN SPRING (NEW YORK) LIMITED**

In response to the relief sought in the Debtor's *Motion for Entry of Interim and Final DIP Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief* [ECF 117] (the "Debtor's DIP Motion"), Pacific Alliance Asia Opportunity Fund L.P. ("PAX") hereby requests the production of documents (the "Document Request") by Friday, April 1, 2022, and that the request be answered or responded to in writing by Golden Spring (New York) Limited ("Golden Spring") by Thursday, March 31, 2022.

**DEFINITIONS**

a.      "Bankruptcy Code" means Title 11 of the United States Code.

b.      "Communication" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise) and/or any other communicative contact between two or more Persons and/or entities, and shall include, without limitation: written contacts by such means as any Document as defined herein, and oral contact by such means as face-to-face or in-person meetings, telephone conversation, e-mail, and any other form of electronic communication such as telecopy transmissions, telexes, telegrams, and video

1

transmissions, and the originals, drafts, copies, and all non-identical copies of all Documents.

c.    "Debtor" refers to Miles Kwok a/k/a Kwok Ho Wan, a/k/a Kwok Ho, a/k/a Gwo Wen Gui, a/k/a Guo Wengui, a/k/a Guo Wen-Gui, a/k/a Wan Gue Haoyun, a/k/a Haoyun Guo.

d.    The "Debtor's DIP Motion" refers to the Debtor's Motion for Entry of Interim and Final DIP Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief filed by the Debtor on March 22, 2022 [ECF 117].

e.    The "Debtors' Proposed DIP Facility" refers to the debtor in possession financing proposed in the Debtors' Motion for Entry of Interim and Final DIP Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief [ECF 117].

f.    The "Debtor's Schedules" refers to Debtor's bankruptcy Schedules AB, C, D, EF, G, H, I, and J, filed by the Debtor on March 9, 2022 [ECF 78].

g.    The "Debtor's Voluntary Bankruptcy Petition" refers to the Chapter 11 Voluntary Petition filed by the Debtor on February 15, 2022 [ECF 1].

h.    The "DIP Loan Agreement" refers to the Debtor-in-Possession Credit Agreement between Debtor and Golden Spring, filed as Exhibit C to Debtor's Motion for Entry of Interim and Final DIP Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief [ECF 117].

i.      "Director," "officers," "member," "partner," "limited partner" or "agent" means any individual or entity serving as such presently or who served in such capacity at any relevant time, even though no longer serving in such capacity.

j.      "Document" as used herein shall mean the original and all drafts and all copies, including copies with notations or marks not found on the original, of any writing or printed, graphic or electronic materials of any nature whatsoever, including, but not limited to, records, reports, memoranda, notes, calendar or diary entries, letters, envelopes, telegrams, telexes, e-mails, electronic mail messages, computer files, computerized records, telephone bills, checks, other written communications, messages (including, but not limited to, reports of telephone conversations and conferences), studies, summaries, tabulations, analyses, printed matter, minutes, photographs, tapes, tape recordings, correspondence, computer stored information, financial statements, worksheets, other communications, contracts, agreements, promissory notes, loan agreements, security agreements, guaranties, pledges, deeds of trust, mortgages, security interests filings, loan documents, other official documents and legal instruments, journals, manuals, technical releases, employment applications, agreements, orders, statements, checks, bank account statements, loan account statements, bills, invoices, receipts, vouchers, notebooks, data sheets and records kept or maintained by any means including electronically or by computer.  In all cases where originals and/or non-identical copies are not available, the term "Document" also means identical copies of original documents and copies of non-identical copies.

k.      "Document Request" refers to this First Request for Production of Documents directed to Golden Spring New York Limited.

l.      "Golden Spring" or "You" refers to Golden Spring (New York) Limited.

m.      "Identify" means

     i.      as to a person (as defined): name, business and residence address(es), occupation, job title, and dates so employed; and, if not an individual, state the type of entity and the address of its principal place of business.

     ii.      as to a document: the type of document (letter, memo. etc.), the identity of the author or originator, the date authored or originated, the identity of each person to whom the original or copy was addressed or delivered, the identity of such person known or reasonably believed by you to have present possession, custody, or control thereof, and a brief description of the subject matter thereof, all with sufficient particularity to request its production under Rule 34 of the Federal Rules of Civil Procedure.

     iii.      as to a communication: the date of the communication, the type of communication (telephone conversation, meeting, etc.), the place where the communication took place, the identity of the person who made the communication, the identity of each person who received the communication, and of each person present when it was made, and the subject matter discussed.

     iv.      as to a meeting: the date of the meeting, the place of the meeting, each person invited to attend, each person who attended, and the subject matter discussed.

n.      "Including" means including, but not limited to.

o.      "Or" means "and/or" and is used in the inclusive sense.

p.      "Person" includes natural persons, as well as corporations, proprietorships, limited liability companies, partnerships, joint ventures, associations, combinations, unions, governmental bodies and agencies, and any and all other entities.

q.      The "Petition Date" means February 15, 2022.

r.      "Referring to" as used herein shall mean commenting on, responding to, mentioning, containing, constituting, showing, memorializing, describing, analyzing, reflecting, pertaining to, identifying, or discussing.

s.      "Relating to" as used herein shall mean concerning, being connected to, commenting on, responding to, containing, constituting, showing, memorializing, describing, analyzing,

reflecting, pertaining to, compromising, identifying, discussing or otherwise establishing reasonable, logical or causal connection to.

## INSTRUCTIONS

t.    This Document Request is propounded in response to the Debtor's Motion for Entry of Interim and Final DIP Orders (I) Authorizing the Debtor to Obtain Unsecured, Subordinated Postpetition Financing and (II) Scheduling Interim and Final Hearings, and (III) Granting Related Relief [ECF 117].

a.    Each response to each separately numbered Document Request is to be set forth separately. Document Requests should not be combined for the purpose of supplying a common response, but responses may be supplied by reference to the response to another Document Request.

b.    This Document Request is continuing in character so as to require Golden Spring to make supplementary production of Documents if they obtain further or different information or Documents.

c.    Where a Document Request cannot be answered to in full, state why and furnish all available information.  If any Document responsive to a request has been lost, discarded, destroyed or is otherwise unavailable identify the Document as completely as possible, including if the Document has been lost, the last known location of the Document and the Person who had last possession, custody, access or control over the Document, or, if the Document has been discarded or destroyed, the date of such action, the Person authorizing such action, the Person actually destroying or disposing of the Document and the reason for the destruction or disposal of the Document.

d.      Production of Documents pursuant to the Document Request must include all Documents available to Golden Spring and Golden Spring's members, agents, attorneys, investment bankers, consultants, accountants, insurers or others who have Documents available to it upon inquiry of them.

e.      If Golden Spring does not have any Documents in its possession, custody, access or control that are responsive to a particular Document Request, Golden Spring's response to that Document Request should indicate unambiguously that they do not have any Documents responsive to the Document Request, or that there are not any Documents responsive to that Document Request.

f.      Where knowledge, information, or Documents in the possession of a party or entity is requested, such Document Request includes any knowledge, information, or Documents of Golden Spring's members, agents, representatives, accountants, advisors, investment bankers, employees, and, unless privileged, its attorneys.

g.      Where the name or identity of a Person is requested, state the Person's full name, home address, business address, home telephone number and business telephone number and include the Person's title or occupation and each of the positions held by such Person during the applicable time covered by any answer referring to such Persons.

h.      Where the identity of a Document is requested, state the date of the Document, its author and addressee, the present location and custodian of said Document and give a description of the general contents of the Document.

i.      Where the identity of a Communication is requested, identify the Person generating the Communication, the recipient of the Communication, the date and location of the

Communication, and give a description of the general contents of the Communication. Also, identify all Persons present when the Communication was made.

j.    The plural of any word shall include the singular form of that word and vice versa.

k.    The masculine form of a word shall include the feminine form of that word and vice versa.

l.    The use of the past tense includes the present tense and the use of the present tense includes the past tenses so as to make each request inclusive rather than exclusive.

m.    If a privilege is claimed with respect to any Document Request, state the nature of the privilege claimed, basis for the claim, and for Documents, a summary of the Documents' contents, their location and custodian and the identity of Persons having access or having had access to such Documents.

n.    If You do not produce any Document because of a claim of privilege, set forth the privilege claimed, the facts upon which You rely to support the claim of privilege, and identify all documents for which such privilege is claimed.

o.    Unless otherwise agreed by both PAX and Golden Spring, the production of documents shall be made at the offices of O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, New York 10036, on Friday, April 1, 2022.

p.    Unless otherwise specified, this Document Request seeks all Documents from February 10, 2022 to the date of this Document Request.

## REQUEST FOR PRODUCTION OF DOCUMENTS

1.      PAX demands that Golden Spring produce at the date and location stated above, or at a time and location mutually agreeable to the parties, all (whether in hard copy or digital) books, records, communications, (including, but not limited to, e-mail, text message, electronic messaging, mail, fax and the like), and papers as follows:

   a.      All Documents and Communications relating to the DIP Loan Agreement.

   b.      All Documents relied upon by Golden Spring when negotiating and executing the DIP Loan Agreement.

   c.      All Documents and Communications with the Debtor or any of the Debtor's agents relating to the Debtor's Voluntary Bankruptcy Petition.

   d.      All Documents and Communications relating to any actual or contemplated transactions, transfers, distributions, or conveyances (including without limitation payments, loans, benefits, gifts, compensation, and income) made by Golden Spring to, at the direction of, or for the benefit of the Debtor.

   e.      All Documents and Communications relating to any security interest pledged by the Debtor to Golden Spring.

   f.      All Documents and Communications relating to the anticipated sources of repayment of the DIP Loan Agreement.

   g.      All Documents and Communications relating to the anticipated use of the proceeds of the DIP Loan Agreement.

   h.      All Documents and Communications relating to Golden Spring's funding of any litigation in which the Debtor is a party.

   i.      Documents sufficient to identify ownership of Golden Spring.

j.      Documents sufficient to identify all employees, officers and directors of Golden Spring.

k.      Documents sufficient to identify the source of any funds being used to fund the DIP Loan Agreement.

Dated: March 29, 2022
New York, New York

*/s/ Peter Friedman*
O'MELVENY & MYERS LLP
Peter Friedman (pfriedman@omm.com)
Stuart Sarnoff (ssarnoff@omm.com)
Times Square Tower
7 Times Square
New York, New York 10036
Telephone:  (212) 326-2000

*Attorneys for Pacific Alliance Asia*
*Opportunity Fund L.P.*

# Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------ x

In re:

        Ho Wan Kwok,

                    Debtor.

------------------------------------------------------------ x

Chapter 11

Case No. 22-50073 (JAM)

### PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO LAMP CAPITAL LLC

In connection with Pacific Alliance Asia Opportunity Fund L.P.'s *Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee* [ECF 183] (the "Motion to Dismiss"), Pacific Alliance Asia Opportunity Fund L.P. ("PAX") hereby requests the production of documents (the "Document Request"), and that the request be answered or responded to in writing by Lamp Capital LLC ("Lamp Capital"), by Monday, May 2, 2022.

### DEFINITIONS

a.     "Bankruptcy Code" means Title 11 of the United States Code.

b.     The "Chapter 11 Proceedings" means *In re Ho Wan Kwok,* Case No. 22-50073 (Bankr. D. Conn.)

c.     "Communication" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise) and/or any other communicative contact between two or more Persons and/or entities, and shall include, without limitation: written contacts by such means as any Document as defined herein, and oral contact by such means as face-to-face or in-person meetings, telephone conversation, e-mail, and any other form of electronic

1

communication such as telecopy transmissions, telexes, telegrams, and video transmissions, and the originals, drafts, copies, and all non-identical copies of all Documents.

d.     "Debtor" refers to Miles Kwok a/k/a Kwok Ho Wan, a/k/a Kwok Ho, a/k/a Gwo Wen Gui, a/k/a Guo Wengui, a/k/a Guo Wen-Gui, a/k/a Wan Gue Haoyun, a/k/a Haoyun Guo.

e.     "Director," "officers," "member," "partner," "limited partner" or "agent" means any individual or entity serving as such presently or who served in such capacity at any relevant time, even though no longer serving in such capacity.

f.     "Document" as used herein shall mean the original and all drafts and all copies, including copies with notations or marks not found on the original, of any writing or printed, graphic or electronic materials of any nature whatsoever, including, but not limited to, records, reports, memoranda, notes, calendar or diary entries, letters, envelopes, telegrams, telexes, e-mails, electronic mail messages, computer files, computerized records, telephone bills, checks, other written communications, messages (including, but not limited to, reports of telephone conversations and conferences), studies, summaries, tabulations, analyses, printed matter, minutes, photographs, tapes, tape recordings, correspondence, computer stored information, financial statements, worksheets, other communications, contracts, agreements, promissory notes, loan agreements, security agreements, guaranties, pledges, deeds of trust, mortgages, security interests filings, loan documents, other official documents and legal instruments, journals, manuals, technical releases, employment applications, agreements, orders, statements, checks, bank account statements, loan account statements, bills, invoices, receipts, vouchers, notebooks, data sheets and records kept or maintained by any means including electronically or by

computer.  In all cases where originals and/or non-identical copies are not available, the term "Document" also means identical copies of original documents and copies of non-identical copies.

g.    "Document Request" refers to this First Request for Production of Documents directed to Lamp Capital.

h.    "Identify" means

   i.   as to a person (as defined): name, business and residence address(es), occupation, job title, and dates so employed; and, if not an individual, state the type of entity and the address of its principal place of business.

   ii.  as to a document: the type of document (letter, memo. etc.), the identity of the author or originator, the date authored or originated, the identity of each person to whom the original or copy was addressed or delivered, the identity of such person known or reasonably believed by you to have present possession, custody, or control thereof, and a brief description of the subject matter thereof, all with sufficient particularity to request its production under Rule 34 of the Federal Rules of Civil Procedure.

   iii. as to a communication: the date of the communication, the type of communication (telephone conversation, meeting, etc.), the place where the communication took place, the identity of the person who made the communication, the identity of each person who received the communication, and of each person present when it was made, and the subject matter discussed.

   iv.  as to a meeting: the date of the meeting, the place of the meeting, each person invited to attend, each person who attended, and the subject matter discussed.

i.    "Including" means including, but not limited to.

j.    "Lamp Capital", "You", and "Your" means Lamp Capital LLC and each of its members, directors, officers, employees, agents, representatives and advisors.

k.    "Or" means "and/or" and is used in the inclusive sense.

l.    "Person" includes natural persons, as well as corporations, proprietorships, limited liability companies, partnerships, joint ventures, associations, combinations, unions, governmental bodies and agencies, and any and all other entities.

m.    "Proposed Plan of Reorganization" refers to *The Proposed Chapter 11 Plan of Ho Wan Kwok* [ECF 197].

n.    "Relating to" as used herein shall mean concerning, being connected to, commenting on, responding to, containing, constituting, showing, memorializing, describing, analyzing, reflecting, pertaining to, compromising, identifying, discussing or otherwise establishing reasonable, logical or causal connection to.

o.    The "Sherry Netherland" refers to Unit 1801 of the Sherry-Netherland Hotel, located at 781 5th Avenue, New York, New York, 10022, including the corresponding ownership interest in shares of The Sherry-Netherland and the assignment of the proprietary lease agreement for Unit 1801.

## INSTRUCTIONS

a.    This Document Request is propounded in furtherance of Pacific Alliance Asia Opportunity Fund L.P.'s *Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee* [ECF 183].

b.    Each response to each separately numbered Document Request is to be set forth separately. Document Requests should not be combined for the purpose of supplying a common response, but responses may be supplied by reference to the response to another Document Request.

c.    This Document Request is continuing in character so as to require Lamp Capital to make supplementary production of Documents if they obtain further or different information or Documents.

d.    Where a Document Request cannot be answered to in full, state why and furnish all available information.  If any Document responsive to a request has been lost, discarded, destroyed or is otherwise unavailable identify the Document as completely as possible, including if the Document has been lost, the last known location of the Document and the Person who had last possession, custody, access or control over the Document, or, if the Document has been discarded or destroyed, the date of such action, the Person authorizing such action, the Person actually destroying or disposing of the Document and the reason for the destruction or disposal of the Document.

e.    Production of Documents pursuant to the Document Request must include all Documents available to Lamp Capital and Lamp Capital's members, agents, attorneys, investment bankers, consultants, accountants, insurers or others who have Documents available to it upon inquiry of them.

f.    If Lamp Capital does not have any Documents in its possession, custody, access or control that are responsive to a particular Document Request, Lamp Capital's response to that Document Request should indicate unambiguously that they do not have any Documents responsive to the Document Request, or that there are not any Documents responsive to that Document Request.

g.    Where knowledge, information, or Documents in the possession of a party or entity is requested, such Document Request includes any knowledge, information, or Documents of Lamp Capital's members, agents, representatives, accountants, advisors, investment bankers, employees, and, unless privileged, its attorneys.

h.    Where the name or identity of a Person is requested, state the Person's full name, home address, business address, home telephone number and business telephone number and

include the Person's title or occupation and each of the positions held by such Person during the applicable time covered by any answer referring to such Persons.

i.      Where the identity of a Document is requested, state the date of the Document, its author and addressee, the present location and custodian of said Document and give a description of the general contents of the Document.

j.      Where the identity of a Communication is requested, identify the Person generating the Communication, the recipient of the Communication, the date and location of the Communication, and give a description of the general contents of the Communication. Also, identify all Persons present when the Communication was made.

k.      The plural of any word shall include the singular form of that word and vice versa.

l.      The masculine form of a word shall include the feminine form of that word and vice versa.

m.      The use of the past tense includes the present tense and the use of the present tense includes the past tenses so as to make each request inclusive rather than exclusive.

n.      If a privilege is claimed with respect to any Document Request, state the nature of the privilege claimed, basis for the claim, and for Documents, a summary of the Documents' contents, their location and custodian and the identity of Persons having access or having had access to such Documents.

o.      If You do not produce any Document because of a claim of privilege, set forth the privilege claimed, the facts upon which You rely to support the claim of privilege, and identify all documents for which such privilege is claimed.

p.      Unless otherwise agreed by both PAX and Lamp Capital, the production of documents shall be made at the offices of O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, New York 10036, on May 2, 2022 at 12:00pm.

q.      Unless otherwise specified, this Document Request seeks all Documents from January 1, 2014 to the date of this Document Request.

## REQUEST FOR PRODUCTION OF DOCUMENTS

1.      PAX demands that Lamp Capital produce at the date and location stated above, or at a time and location mutually agreeable to the parties, all (whether in hard copy or digital) books, records, communications, (including, but not limited to, e-mail, text message, electronic messaging, mail, fax and the like), and papers as follows:

    a.      Documents sufficient to identify ownership of Lamp Capital.

    b.      All Documents and Communications relating to the initial funding of Lamp Capital.

    c.      All Documents and Communications relating to any payments made in connection with the Sherry Netherland from January 1, 2015 until the present.

    d.      All Documents and Communications relating to any actual or contemplated transactions, transfers, distributions, or conveyances (including without limitation payments, loans, benefits, gifts, compensation, and income) made by Lamp Capital to, at the direction of, or for the benefit of the Debtor.

    e.      All Communications between Lamp Capital and the Debtor relating to the Proposed Plan of Reorganization.

Dated: April 27, 2022
          New York, New York

                              */s/ Peter Friedman*
                              O'MELVENY & MYERS LLP
                              Peter Friedman (pfriedman@omm.com)
                              Stuart Sarnoff (ssarnoff@omm.com)
                              Times Square Tower
                              7 Times Square
                              New York, New York 10036
                              Telephone:  (212) 326-2000

*Attorneys for Pacific Alliance Asia*
*Opportunity Fund L.P.*

# Exhibit C

1             UNITED STATES BANKRUPTCY COURT

2               DISTRICT OF CONNECTICUT

3                BRIDGEPORT DIVISION

4                  _____

5

6

7

      In re:                   )Case No.

8                            )22-50073-(JAM)

           Ho Wan Kwok,       )

9                            )

               Debtor.     )

10                            )

11

12

13

14           REMOTE VIDEOTAPED DEPOSITION

15                     OF

16       (30(b)(6) CORPORATE REPRESENTATIVE

17             YAN PING WANG

18         Tuesday, April 12, 2022

19          New York, New York

20

21

22

23

24

25     Reported by:  B. Suzanne Hull, CSR No. 13495

                                Page 1

```
 1                         APPEARANCES
 2
 3
 4
        For the Debtor        Brown Rudnick
 5      Ho Wan Kwok:          By MR. BENNETT S. SILVERBERG
                                 MR. KENNETH AULET
 6                            Attorneys at Law
                              Times Square Tower
 7                            7 Times Square
                              New York, New York 10036
 8                            (212) 209-4924
                              (212) 209-4950
 9                            bsilverberg@brownrudnick.com
                              kaulet@brownrudnick.com
10
11      For Creditor Pacific  O'Melveny & Myers
        Alliance Asia         By MR. DAVID V. HARBACH II
12      Opportunity Fund,     Attorney at Law
        L.P.:                 1625 Eye Street NW
13                            Washington, DC 20006
                              (202) 383-5127
14                            dharbach@omm.com
                                        - and -
15                            By MR. STUART M. SARNOFF
                                 MS. AISLING MURRAY
16                            Attorneys at Law
                              Times Square Tower
17                            7 Times Square
                              New York, New York 10036
18                            (212) 326-2293
                              (212) 728-5831
19                            ssarnoff@omm.com
                              amurray@omm.com
20
21      For Creditor          Cohn Birnbaum Shea
        Golden Spring         By MR. SCOTT D. ROSEN
22      (New York) Limited:   Attorney at Law
                              100 Pearl Street
23                            Hartford, Connecticut 06103
                              (860) 493-2220
24                            srosen@cbshealaw.com
25
```

                                                    Page  2

```
 1                     APPEARANCES (Continued)
 2

 3

 4    For United States     United States Department of
      Trustee:              Justice
 5                          By MS. HOLLEY L. CLAIBORN
                            Attorney at Law
 6                          1100 L Street NW
                            Room 12210
 7                          Washington, DC 20005
                            (202) 514-2000
 8                          holley.l.claiborn@usdoj.gov
 9

10    For the Committee on  Pullman & Comley
      Secured Creditors:    By MR. JONATHAN KAPLAN
11                          Attorney at Law
                            90 State House Square
12                          Hartford, Connecticut 06103
                            (860) 424-4379
13                          jkaplan@pullcom.com
14

15

16    The Videographer:     Jeffrey Nichols
17    The Interpreter:      Sunny Johnston (Mandarin)
18    The Check             Una Wilkinson (Mandarin)
      Interpreter:
19
      Also Present:         Makenzie Russo
20

21

22

23

24

25

                                              Page 3
```

```
 1                    I N D E X

 2

 3    EXAMINATION BY                              PAGE

 4

 5    MR. HARBACH                                  10

 6

 7

 8

 9                  E X H I B I T S

10

11    EXHIBIT          DESCRIPTION            PAGE

12    Exhibit 1 -    Transcript of testimony of     19

13                   Yan Ping Wang, taken

14                   October 11, 2018, forty-two

15                   pages

16    Exhibit 2 -    Trial transcript, dated        28

17                   April 26, 2019, one hundred

18                   twenty-five pages

19    Exhibit 3 -    Director and officer register,  43

20                   Golden Spring (New York)

21                   Limited, Delaware Corporation,

22                   three pages

23    Exhibit 4 -    Affidavit of Yan Ping Wang,     55

24                   dated November 14, 2013, three

25                   pages
```

Page 4

```
1                    EXHIBITS (Continued)

2    EXHIBIT            DESCRIPTION                    PAGE

3    Exhibit 5 -        Exhibit B, Golden Spring        166

4                       (New York)'s Delaware

5                       certificate of incorporation

6                       and certificate of revival,

7                       dated March 10, 2015, five

8                       pages

9    Exhibit 6 -        Pacific Alliance Asia           209

10                      Opportunity Fund L.P.'s notice

11                      of deposition of Golden Spring

12                      (New York) Limited pursuant to

13                      Rule 30(b)(6) of the Federal

14                      Rules of Civil Procedure,

15                      dated March 29, 2022, seven

16                      pages

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

```
 1   QUESTIONS INSTRUCTED NOT TO

 2   ANSWER:

 3                                    Page 36    Line 18

 4                                    Page 37    Line 25

 5                                    Page 41    Line 16

 6                                    Page 65    Line 9

 7                                    Page 126   Line 20

 8                                    Page 128   Line 18

 9                                    Page 130   Line 2

10                                    Page 150   Line 5

11                                    Page 157   Line 17

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page 6
```

```
 1                    New York, New York

 2              Tuesday, April 12, 2022; 9:15 a.m.

 3                    162 East 64th Street

 4

 5              THE VIDEOGRAPHER:  Good morning.

 6              We are going on the record at 9:15 a.m. on      09:15:21

 7    April 12th, 2022.                                        09:15:25

 8              This is media unit one of the video-recorded   09:15:27

 9    deposition of Yvette Wang as a 30(b)(6) witness for      09:15:31

10    Golden Spring (New York), taken by                       09:15:37

11    Creditor Pacific Alliance In Re: Ho Wan Kwok, filed      09:15:39

12    in the United States Bankruptcy Court, District of       09:15:42

13    Connecticut, Bridgeport Division.  The case number is    09:15:47

14    22-50073 (JAM).                                          09:15:49

15              This deposition is being held virtually via    09:15:50

16    Zoom.                                                    09:15:57

17              My name is Jeff Nichols, from the firm         09:15:57

18    Veritext Legal Solutions, and I am the videographer.     09:15:59

19    The court reporter is Suzanne Hull, from the firm        09:16:02

20    Veritext Legal Solutions.                                09:16:06

21              Counsel will now please state their            09:16:07

22    appearances and affiliations for the record.            09:16:10

23              MR. HARBACH:  Good morning.                    09:16:14

24              I'm David Harbach, with O'Melveny & Myers,     09:16:15

25    and I represent Pacific Alliance.                        09:16:19
```

Page 7

| | | |
|---|---|---|
| 1 | MR. ROSEN:  Good morning. | 09:16:24 |
| 2 | Scott Rosen, Cohn Birnbaum & Shea, | 09:16:24 |
| 3 | representing Golden Spring (New York). | 09:16:28 |
| 4 | MR. KAPLAN:  Jonathan Kaplan, | 09:16:36 |
| 5 | Pullman & Comley, representing the Committee of | 09:16:36 |
| 6 | Unsecured Creditors. | 09:16:40 |
| 7 | MR. AULET:  Kenneth Aulet, of Brown Rudnick, | 09:16:40 |
| 8 | representing the debtor, Ho Wan Kwok. | 09:16:43 |
| 9 | MR. SILVERBERG:  Bennett Silverberg, | 09:16:46 |
| 10 | Brown Rudnick, representing the debtor. | 09:16:49 |
| 11 | MS. RUSSO:  Makenzie Russo, with | 09:16:52 |
| 12 | O'Melveny & Myers, representing Pacific Alliance. | 09:16:56 |
| 13 | MR. SARNOFF:  Stuart Sarnoff, | 09:16:57 |
| 14 | Pacific Alliance. | 09:17:02 |
| 15 | MS. CLAIBORN:  And I am Holley Claiborn, for | 09:17:02 |
| 16 | the U.S. Trustee. | 09:17:04 |
| 17 | THE VIDEOGRAPHER:  Thank you. | 09:17:05 |
| 18 | Will the court reporter please swear in both | 09:17:06 |
| 19 | interpreters and then the witness. | 09:17:09 |
| 20 | THE REPORTER:  Raise your right hand, | 09:17:14 |
| 21 | please. | 09:17:15 |
| 22 | | |
| 23 | SUNNY JOHNSTON, | |
| 24 | having been called as an interpreter to interpret | |
| 25 | English into Mandarin and Mandarin into English, was | |

Page 8

1  duly sworn to interpret the proceedings to the best

2  of her abilities and interpreted as follows:

3                                                      09:17:20

4          THE INTERPRETER:  Yes, I do.               09:17:20

5          THE REPORTER:  Raise your right hand,       09:17:25

6  please, Check Interpreter.                          09:17:27

7

8                    UNA WILKINSON,

9  having been called as an interpreter to interpret

10 English into Mandarin and Mandarin into English, was

11 duly sworn to interpret the proceedings to the best

12 of her abilities and interpreted as follows:

13                                                     09:17:42

14         THE CHECK INTERPRETER:  Yes, I do.          09:17:42

15         THE REPORTER:  Raise your right hand please, 09:17:...

16 Witness.

17

18                    YAN PING WANG,

19 called as a 30(b)(6) Corporate Representative by

20 counsel for Creditor Pacific Alliance Asia

21 Opportunity Fund, L.P., being first duly sworn,

22 testified as follows:

23                                                     09:17:59

24         THE WITNESS:  Yes.                          09:17:59

25         THE REPORTER:  Okay.  State credentials,    09:18:02

Page 9

```
 1    please.                                          09:18:06

 2            THE INTERPRETER:  Yes.                    09:18:08

 3            Good morning, everyone.                   09:18:09

 4            Court certified Mandarin interpreter,     09:18:10

 5    California State Certified Interpreter            09:18:13

 6    Sunny Johnston.  Certification number is 301314.  09:18:14

 7            THE REPORTER:  Check Interpreter,         09:18:18

 8    credentials, please.                              09:18:22

 9            THE CHECK INTERPRETER:  I am the check    09:18:25

10    interpreter for Mandarin and English, and        09:18:26

11    a court-certified interpreter for the Unified Court  09:18:29

12    System in New York state.                         09:18:33

13            THE REPORTER:  Thank you.                 09:18:36

14            THE VIDEOGRAPHER:  Thank you.             09:18:37

15            You may proceed, Counsel.                 09:18:37

16                                                      09:18:37

17                       EXAMINATION                    09:18:40

18    BY MR. HARBACH:                                   09:18:40

19        Q.  Good morning, Ms. Wang.                   09:18:41

20            My name is David Harbach, as you just heard.  09:18:44

21            And a couple housekeeping matters before we  09:18:50

22    get started.                                      09:18:53

23            Are you able to hear -- are you able to hear  09:18:54

24    me okay?                                          09:18:55

25        A.  Yes.                                      09:19:09
```

Page 10

| | | |
|---|---|---|
| 1 | I can hear you clearly. | 09:19:10 |
| 2 | Q.  I'm aware that you had given depositions in | 09:19:12 |
| 3 | the past in English. | 09:19:15 |
| 4 | Would you be comfortable proceeding in | 09:19:18 |
| 5 | English today? | 09:19:21 |
| 6 | A.  Okay.  My mother tongue is not English, but | 09:19:37 |
| 7 | I can try to go through the deposition in English; | 09:19:54 |
| 8 | however, I do need the interpreter stand by in case | 09:19:57 |
| 9 | I don't understand anything. | 09:20:00 |
| 10 | Q.  That -- that sounds perfect, and that is | 09:20:02 |
| 11 | just fine with us; so we can proceed in English.  And | 09:20:05 |
| 12 | if you have a question or you would like a question | 09:20:10 |
| 13 | translated into Mandarin or if you would like an | 09:20:13 |
| 14 | answer translated into Mandarin, please just say so, | 09:20:20 |
| 15 | and Ms. Johnston can help. | 09:20:24 |
| 16 | Is that acceptable to you? | 09:20:27 |
| 17 | A.  Okay.  Yes. | 09:20:30 |
| 18 | Thank you. | 09:20:52 |
| 19 | Q.  Okay.  Very good. | 09:20:52 |
| 20 | And just a few more things.  Because we are | 09:20:56 |
| 21 | doing this deposition remotely, it is very important | 09:20:59 |
| 22 | for the court reporter that only one person be | 09:21:03 |
| 23 | speaking at a time. | 09:21:08 |
| 24 | Do you understand? | 09:21:09 |
| 25 | A.  (In English)  Yes, I do.  Yeah. | 09:21:12 |

Page 11

| | | |
|---|---|---|
| 1 | Q.  Okay.  Super. | 09:21:13 |
| 2 | So if you would, please wait for me to | 09:21:18 |
| 3 | finish my question before you start answering, and | 09:21:21 |
| 4 | I'll do my best to wait for you to stop speaking | 09:21:24 |
| 5 | before I ask my next question. | 09:21:28 |
| 6 | Okay? | 09:21:30 |
| 7 | A.  Yes, sir. | 09:21:31 |
| 8 | Thank you. | 09:21:33 |
| 9 | Q.  Okay.  Super. | 09:21:33 |
| 10 | And as I said a moment ago, if there is | 09:21:35 |
| 11 | a question that you do not understand, please just | 09:21:40 |
| 12 | let me know, and I'm happy to try and rephrase it. | 09:21:43 |
| 13 | And if there is a question that you would prefer be | 09:21:48 |
| 14 | translated in order to answer it, that is no problem. | 09:21:52 |
| 15 | That is what Ms. Johnston is here for. | 09:21:56 |
| 16 | Okay? | 09:21:59 |
| 17 | A.  Yes, sir. | 09:22:00 |
| 18 | Thank you. | 09:22:02 |
| 19 | Q.  Okay.  Are you on any medication or -- | 09:22:02 |
| 20 | MR. ROSEN:  Counsel, before we start, | 09:22:11 |
| 21 | stipulations as to objections and signing. | 09:22:13 |
| 22 | What is your preference? | 09:22:18 |
| 23 | MR. HARBACH:  I'm not sure I understand, | 09:22:20 |
| 24 | Scott. | 09:22:22 |
| 25 | MR. ROSEN:  The usual stipulations?  All | 09:22:24 |

Page 12

```
 1    objections reserved to trial except for form?          09:22:27

 2          MR. HARBACH:  Yeah.  That's okay with me.        09:22:32

 3          MR. ROSEN:  Okay.  The witness is not going      09:22:36

 4    to waive the signing and reading of the transcript.    09:22:38

 5          MR. HARBACH:  I didn't hear you, Scott.          09:22:42

 6          Could you please speak up?                       09:22:44

 7          MR. ROSEN:  Yes.                                 09:22:46

 8          The witness will not waive the signing and       09:22:46

 9    reading of the transcript.                             09:22:49

10          MR. HARBACH:  Okay.  Understood.                 09:22:50

11    BY MR. HARBACH:                                        09:22:58

12       Q.  Ms. Wang, I was just about to ask you if you    09:22:58

13    are on any medication or under the influence of        09:23:01

14    any- -- anything that might impair your memory or      09:23:05

15    interfere with your ability to answer questions        09:23:09

16    truthfully.                                            09:23:12

17       A.  No.                                             09:23:15

18       Q.  Is there any reason you can think of why you    09:23:17

19    cannot provide truthful testimony today?               09:23:20

20       A.  I don't think there is any reason, sir.         09:23:24

21       Q.  Okay.  Super.                                   09:23:29

22          I believe you have been deposed at least         09:23:30

23    once before in October of 2018 in litigation           09:23:37

24    involving PAX.                                          09:23:44

25          Do you recall that deposition?                   09:23:46
```

Page 13

| | | |
|---|---|---|
| 1 | A.   I remember I was deposed before, but I don't | 09:23:48 |
| 2 | recollect the -- the dates -- the precise dates. | 09:23:56 |
| 3 | Q.   Understand. | 09:23:59 |
| 4 | Other than that deposition where PAX | 09:24:00 |
| 5 | examined you, have you been deposed in any other | 09:24:09 |
| 6 | litigation since then? | 09:24:13 |
| 7 | A.   Sir, since -- since then?  You mean since | 09:24:15 |
| 8 | when? | 09:24:19 |
| 9 | Q.   Well, I'll represent to you that the | 09:24:20 |
| 10 | deposition that PAX conducted of you was in October | 09:24:23 |
| 11 | of 2018. | 09:24:26 |
| 12 | And my question is have you been deposed | 09:24:30 |
| 13 | since then? | 09:24:33 |
| 14 | A.   I believe so. | 09:24:34 |
| 15 | Q.   And do you recall when? | 09:24:37 |
| 16 | A.   I don't recall. | 09:24:44 |
| 17 | Q.   In what proceeding? | 09:24:45 |
| 18 | A.   It was in a case called Strategic Vision, | 09:24:49 |
| 19 | Eastern Profits -- or Eastern Profits, Strategic | 09:24:57 |
| 20 | Vision.  It should be the same case. | 09:25:02 |
| 21 | Q.   Okay.  And in -- in what course is that | 09:25:04 |
| 22 | case, if you know? | 09:25:07 |
| 23 | A.   In a court in New York. | 09:25:08 |
| 24 | Q.   Okay.  Any other depositions, besides that | 09:25:11 |
| 25 | one, since October of 2018? | 09:25:20 |

Page 14

| | | |
|---|---|---|
| 1 | A.   Hmmm.   No. | 09:25:25 |
| 2 | Q.   Do you understand that you are here today as | 09:25:27 |
| 3 | a corporate representative of Golden Spring | 09:25:35 |
| 4 | (New York)? | 09:25:40 |
| 5 | A.   Yes, I do. | 09:25:40 |
| 6 | Q.   Did you review the topics that we intend to | 09:25:42 |
| 7 | cover with you today that were contained in the | 09:25:48 |
| 8 | deposition notice before your testimony today? | 09:25:51 |
| 9 | A.   Yes. | 09:25:55 |
| 10 | I did review the topics. | 09:25:59 |
| 11 | Q.   Okay.   What did you do to prepare -- excuse | 09:26:01 |
| 12 | me -- prepare for your deposition today, generally | 09:26:05 |
| 13 | speaking? | 09:26:08 |
| 14 | A.   I prepared with our law firm -- with our | 09:26:09 |
| 15 | attorneys. | 09:26:15 |
| 16 | Q.   Okay.   Did you review documents? | 09:26:16 |
| 17 | A.   Yes. | 09:26:21 |
| 18 | I did review documents. | 09:26:22 |
| 19 | Q.   Did you meet with any other personnel at | 09:26:24 |
| 20 | Golden Spring to prepare for your deposition today? | 09:26:29 |
| 21 | A.   Meet -- I'm sorry. | 09:26:32 |
| 22 | What do you mean?   You mean meet in person? | 09:26:38 |
| 23 | What do you mean, meet? | 09:26:41 |
| 24 | Q.   Well, a moment ago you said that the law | 09:26:43 |
| 25 | firm assisted you in preparing for today. | 09:26:49 |

Page 15

```
 1        A.   Correct.                                    09:26:51

 2        Q.   Did you meet with them in person to do that  09:26:52

 3   preparation?                                           09:26:56

 4        A.   No.                                          09:26:57

 5             Due to COVID, I meet our counsels via -- via  09:26:59

 6   video call.                                            09:27:07

 7        Q.   Thank you.                                   09:27:08

 8             Did you have communications with anyone else  09:27:08

 9   at Golden Spring -- via telephone, videoconference,   09:27:11

10   or otherwise -- to prepare for today's deposition?    09:27:17

11             MR. ROSEN:   Objection.                      09:27:24

12             The witness can answer without disclosing    09:27:25

13   any conversations with either inhouse counsel or      09:27:28

14   outside counsel.                                       09:27:32

15             THE WITNESS:   Sir, sorry.                   09:27:36

16             Can you repeat your question?                09:27:37

17   BY MR. HARBACH:                                        09:27:40

18        Q.   Yes.                                         09:27:41

19             It was a yes-or-no question that did not     09:27:41

20   call for any -- any privileged information.            09:27:43

21             The question is did you meet with any        09:27:46

22   personnel at Golden Spring -- via telephone, Zoom,    09:27:50

23   videoconference or otherwise -- to prepare for your   09:27:57

24   deposition today?                                      09:28:01

25        A.   Yes, I did.                                  09:28:01
```

Page 16

```
 1        Q.  With whom did you communicate at          09:28:05

 2   Golden Spring to prepare for your deposition today?  09:28:08

 3        A.  I communicated with the owner of          09:28:11

 4   Golden Spring (New York) Limited, Mr. Qiang Guo.  Let  09:28:18

 5   me spell, Q-i-a-n-g, last name G-u-o.              09:28:25

 6        Q.  How much time did you spend communicating  09:28:32

 7   with him?                                          09:28:37

 8        A.  How much time?  Like, ten fifteen -- about,  09:28:38

 9   like, fifteen minutes -- ten, fifteen minutes.    09:28:49

10        Q.  Is there anyone else at Golden Spring with  09:28:52

11   whom you communicated to prepare for today's      09:28:55

12   deposition?                                       09:28:57

13        A.  No.                                      09:28:57

14        Q.  Is there anyone else in the world, other  09:28:58

15   than attorneys, with whom you communicated to prepare  09:29:01

16   for today's deposition?                           09:29:05

17        A.  No.                                      09:29:07

18        Q.  What is the name of -- withdrawn.        09:29:09

19            A moment ago, when you said you met with  09:29:26

20   lawyers to prepare for today's deposition, lawyers  09:29:29

21   from which firm or firms?                         09:29:35

22        A.  Attorneys from Mr. Scott Rosen's firm.   09:29:37

23   I couldn't pronounce his law firm's name.  It should  09:29:45

24   be -- I mean, it is complicated for me to pronounce  09:29:49

25   his law firm's name; so Mr. Scott Rosen and his   09:29:55
```

Page 17

| | | |
|---|---|---|
| 1 | colleague, Mr. Timothy -- Tim. | 09:29:59 |
| 2 | Q.  Tim Miltenberger? | 09:30:01 |
| 3 | A.  I believe so.  I don't remember his last | 09:30:05 |
| 4 | name.  It sounds like it correct. | 09:30:07 |
| 5 | Q.  Okay.  Did you meet or consult with any | 09:30:09 |
| 6 | lawyers from the Brown Rudnick firm to prepare for | 09:30:13 |
| 7 | today's deposition? | 09:30:23 |
| 8 | A.  No, I didn't. | 09:30:24 |
| 9 | Q.  When was Golden Spring (New York) Limited | 09:30:27 |
| 10 | formed? | 09:30:40 |
| 11 | A.  Golden Spring (New York) Limited was formed | 09:30:40 |
| 12 | in the year of 2015. | 09:30:45 |
| 13 | Q.  Does March 2015 sound about right to you? | 09:30:47 |
| 14 | A.  In March, yes. | 09:30:54 |
| 15 | Q.  What is Golden Spring (New York)'s | 09:30:59 |
| 16 | relationship to Golden Spring (Hong Kong)? | 09:31:03 |
| 17 | A.  Golden Spring (New York) Limited is | 09:31:09 |
| 18 | 100 percent owned by China Golden Spring (Hong Kong). | 09:31:15 |
| 19 | Q.  And for purposes of today's deposition, I'm | 09:31:21 |
| 20 | going to refer to China Golden Spring (Hong Kong) as | 09:31:27 |
| 21 | just Golden Spring (Hong Kong). | 09:31:33 |
| 22 | Is that okay with you? | 09:31:36 |
| 23 | A.  Yes. | 09:31:37 |
| 24 | Q.  Okay.  Did you ever work at Golden Spring | 09:31:39 |
| 25 | (Hong Kong)? | 09:31:45 |

Page 18

| | | |
|---|---|---|
| 1 | A.  Yes. | 09:31:49 |
| 2 | Q.  Do you recall when you worked there? | 09:31:50 |
| 3 | A.  That was back to 2016 for, like, a couple of | 09:31:53 |
| 4 | months. | 09:32:05 |
| 5 | Q.  Okay.  I would like to show you what I'm | 09:32:07 |
| 6 | going to mark as Exhibit 1. | 09:32:22 |
| 7 | (Deposition Exhibit Number 1 | 09:32:29 |
| 8 | was marked for identification.) | 09:32:29 |
| 9 | MR. HARBACH:  And we'll just wait a moment | 09:32:32 |
| 10 | for my colleague to drop it in there.  Just sit | 09:32:34 |
| 11 | tight, everybody.  It will be there in a second. | 09:32:56 |
| 12 | Sorry for the delay.  We are working on it.  It seems | 09:33:17 |
| 13 | to be a little slow.  It is uploading now. | 09:33:30 |
| 14 | Ms. Russo is telling me it should be in | 09:34:30 |
| 15 | there, but I don't see it in my marked exhibits | 09:34:33 |
| 16 | folder. | 09:34:37 |
| 17 | Does anyone else? | 09:34:38 |
| 18 | MR. KAPLAN:  There -- there are two folders. | 09:34:42 |
| 19 | It looks like it is in the second one. | 09:34:45 |
| 20 | MR. HARBACH:  Okay.  Got it. | 09:34:57 |
| 21 | MR. ROSEN:  Counsel -- | 09:34:59 |
| 22 | MR. HARBACH:  That seems -- | 09:35:00 |
| 23 | MR. ROSEN:  -- before we -- | 09:35:00 |
| 24 | MR. HARBACH:  That seems to be the way it is | 09:35:02 |
| 25 | on -- on my computer.  It is in the second one in | 09:35:05 |

Page 19

| | | |
|---|---|---|
| 1 | the -- the second one that says deposition of | 09:35:07 |
| 2 | Yvette Wang. | 09:35:11 |
| 3 | MR. ROSEN:  Counsel, before you proceed with | 09:35:11 |
| 4 | the question, could you please explain to me which of | 09:35:13 |
| 5 | the 30(b)(6) topics this document pertains to. | 09:35:17 |
| 6 | MR. HARBACH:  Well, it could be -- it could | 09:35:23 |
| 7 | be any number of them because the document is the | 09:35:25 |
| 8 | transcript of her prior deposition; so it will be | 09:35:29 |
| 9 | multiple such topics. | 09:35:33 |
| 10 | MR. ROSEN:  I'll reserve the right to object | 09:35:36 |
| 11 | and instruct the witness not to answer if it exceeds | 09:35:38 |
| 12 | the scope of the 30(b)(6). | 09:35:42 |
| 13 | But go ahead and proceed. | 09:35:43 |
| 14 | MR. HARBACH:  Understood. | 09:35:46 |
| 15 | Is there anyone who can't see the exhibit in | 09:35:49 |
| 16 | their marked exhibits folder before I go on? | 09:35:51 |
| 17 | BY MR. HARBACH: | 09:35:59 |
| 18 | Q.  Okay.  Ms. Wang, can you see it? | 09:36:00 |
| 19 | A.  Sir, I can see a .pd- -- it says .pdf file | 09:36:03 |
| 20 | with forty-two pages. | 09:36:07 |
| 21 | Q.  You got it? | 09:36:09 |
| 22 | A.  This is the one? | 09:36:11 |
| 23 | Got it.  Okay. | 09:36:12 |
| 24 | Q.  Yes, ma'am. | 09:36:13 |
| 25 | Please open that one up. | 09:36:15 |

Page 20

1      A.   (Witness complies.)                          09:36:18

2           Yes.                                          09:36:18

3      Q.   So just to refresh your recollection before  09:36:19

4  I proceed, the question I put to you concerned the    09:36:22

5  dates that you worked at Golden Spring (Hong Kong).    09:36:25

6  And I believe you said that it was approximately       09:36:31

7  2016.  And I just want to show you in the deposition   09:36:36

8  in 2018 where you were asked about this.  Let me read  09:36:42

9  what you said, and then ask the question again.        09:36:49

10          So I -- can I direct your attention to page   09:36:52

11 thirty of the transcript.                              09:36:55

12     A.   (Witness complies.)                           09:37:00

13     Q.   Let me know when you are there.               09:37:02

14     A.   Page thirty, three, zero, sir; right?        09:37:09

15     Q.   Yes, ma'am.  That is right.                   09:37:15

16          And it is the -- you know, page thirty of     09:37:18

17 the miniature pages.                                   09:37:21

18          Do you see how each of the miniature pages    09:37:23

19 is numbered?                                           09:37:26

20     A.   I am on page thirty.                          09:37:30

21          What do you mean, miniature pages?  I don't   09:37:33

22 understand that.                                       09:37:38

23     Q.   Well, each -- sure.                           09:37:39

24          Each page of the document that I just sent    09:37:41

25 you has four pages of the transcript on it.            09:37:44

                                               Page 21

| | | |
|---|---|---|
| 1 | Do you see that? | 09:37:47 |
| 2 | A.  Yes. | 09:37:48 |
| 3 | Q.  Okay.  So those are the page numbers that | 09:37:48 |
| 4 | I am referring to.  And on page thirty, at line ten, | 09:37:52 |
| 5 | you were asked a question that reads: | 09:38:03 |
| 6 | "QUESTION:  Then you moved to Hong Kong | 09:38:05 |
| 7 | in 2015 to work in September of 2015 to work | 09:38:07 |
| 8 | for Golden Spring (Hong Kong)?" | 09:38:13 |
| 9 | And your answer was: | 09:38:18 |
| 10 | "ANSWER:  Yes." | 09:38:19 |
| 11 | Do you see that there? | 09:38:21 |
| 12 | A.  Sir, which page?  It is page thirty, but | 09:38:23 |
| 13 | there are four -- four little page number. | 09:38:26 |
| 14 | Q.  For -- | 09:38:31 |
| 15 | A.  I'm not sure which one. | 09:38:32 |
| 16 | Q.  Right. | 09:38:34 |
| 17 | A.  Is it Page 113 or 14, 15 or 16?  Which one | 09:38:35 |
| 18 | you are talking about? | 09:38:39 |
| 19 | Q.  I understand.  I understand your confusion. | 09:38:41 |
| 20 | When I refer to page numbers of this | 09:38:44 |
| 21 | transcript, I am only talking about the pages -- the | 09:38:46 |
| 22 | page numbers for the small pages. | 09:38:51 |
| 23 | A.  Oh. | 09:38:53 |
| 24 | Q.  Okay? | 09:38:54 |
| 25 | And I know it is confusing.  I'm sorry. | 09:38:57 |

Page 22

```
 1        A.   All right.  Let me go back and find it.      09:38:59

 2        Q.   Yeah.  Go back to page thirty of the little  09:39:01

 3   pages.                                                 09:39:04

 4        A.   (Witness complies.)                          09:39:06

 5             Yes.                                          09:39:14

 6             I'm on the little page, on page thirty right 09:39:14

 7   now.                                                   09:39:17

 8        Q.   Okay.  Yes.  Sorry for the confusion.        09:39:17

 9             So take a look at line ten on page thirty,   09:39:19

10   and you will see a question there about when you       09:39:22

11   moved to Hong Kong to work for Golden Spring           09:39:26

12   (Hong Kong).                                           09:39:30

13             Do you see that?                             09:39:31

14        A.   Yes.                                         09:39:35

15             I saw this.                                  09:39:53

16        Q.   Okay.  And so my question for you is --      09:39:55

17   first of all, let's just focus on the date.           09:40:00

18             Okay?  Having read this, does that inform    09:40:03

19   your judgment about when it was that you began to      09:40:09

20   work for Golden Spring (Hong Kong)?                    09:40:12

21        A.   My answer, back to this page, which I mean   09:40:16

22   that, yes.  I moved to Hong Kong in 2015, and then     09:40:25

23   I worked in there.  I traveled to -- in U.S.  But if   09:40:28

24   you have my full Golden Spring (New York) corporation  09:40:34

25   records, I officially start work in Golden Spring      09:40:41
```

                                                    Page 23

| | | |
|---|---|---|
| 1 | from 2018, I believe; so before that I don't believe | 09:40:44 |
| 2 | I work for Golden Spring (New York).  Technically, | 09:40:52 |
| 3 | I work for Golden Spring (Hong Kong) and -- which | 09:40:56 |
| 4 | include the time of the 2016, when I revert because | 09:41:01 |
| 5 | 2015 -- 2016 I revert.  2016, that is a more | 09:41:06 |
| 6 | consecutive period of time for me to base in | 09:41:12 |
| 7 | Hong Kong; so besides that, I traveled between | 09:41:16 |
| 8 | Hong Kong/U.S. | 09:41:20 |
| 9 | Q.  Okay.  So I think I understand you, but | 09:41:22 |
| 10 | I want to make sure. | 09:41:25 |
| 11 | In approximately 2015 you started working | 09:41:28 |
| 12 | for Golden Spring (Hong Kong), and you worked for | 09:41:33 |
| 13 | Golden Spring (Hong Kong) until sometime in 2018, at | 09:41:40 |
| 14 | which point you began working for Golden Spring | 09:41:46 |
| 15 | (New York). | 09:41:49 |
| 16 | Do I have that right? | 09:41:49 |
| 17 | A.  I officially started to work for | 09:41:53 |
| 18 | Golden Spring (New York) from 2018, yes.  You are | 09:41:57 |
| 19 | correct on that. | 09:42:03 |
| 20 | Q.  Okay.  And prior to that, you worked for | 09:42:04 |
| 21 | Golden Spring (Hong Kong); is that correct? | 09:42:10 |
| 22 | A.  I believe it is more a mix because I was | 09:42:14 |
| 23 | working for Golden Spring (Hong Kong) and same time | 09:42:20 |
| 24 | I was working for Mr. Qiang Guo, his family business | 09:42:23 |
| 25 | in China also; so that is the reason when I referred | 09:42:29 |

Page 24

```
 1    I was in Hong Kong in 2016.  That is a -- as I said,      09:42:33

 2    a period of consecutive time for me to -- leaving          09:42:42

 3    Hong Kong and working Hong Kong -- for Hong Kong.          09:42:46

 4    That is my -- that is my representation.                   09:42:49

 5         Q.  Were you -- at the time you were working for      09:42:51

 6    Golden Spring (Hong Kong), were you physically in          09:42:55

 7    Hong Kong?                                                 09:43:00

 8         A.  Not always.                                       09:43:03

 9         Q.  Okay.  When did you move to the                   09:43:05

10    United States?                                             09:43:11

11         A.  What do you mean, move, sir?                      09:43:11

12         Q.  When did you come to the United States for       09:43:17

13    the first time?  How about that?                           09:43:22

14         A.  That was many years ago.                          09:43:26

15         Q.  Did you come to the United States during the     09:43:28

16    time that you worked for Golden Spring (Hong Kong)?        09:43:34

17         A.  Yes.                                              09:43:37

18             During the time I worked for Golden Spring       09:43:39

19    (Hong Kong), I did travel into the United States           09:43:43

20    also.                                                      09:43:46

21         Q.  Okay.  When was that?                             09:43:47

22         A.  Oh, I couldn't recall.  It should -- between     09:43:49

23    2015 to 2017 or '18.  I couldn't recall.                   09:43:56

24         Q.  When you came to the United States in that       09:44:07

25    time period, did you return to China?                      09:44:10
```

Page 25

| | | |
|---|---|---|
| 1 | MR. ROSEN:  Objection.  Counsel, could you | 09:44:15 |
| 2 | please show me which of the 30(b)(6) topics this | 09:44:18 |
| 3 | relates to and give me some explanation as to where | 09:44:21 |
| 4 | you are going here. | 09:44:24 |
| 5 | MR. HARBACH:  Yeah.  Sure. | 09:44:26 |
| 6 | I am really just trying to get basic | 09:44:26 |
| 7 | background of the witness' affiliation with the | 09:44:29 |
| 8 | company that she represents.  It is very basic.  I am | 09:44:34 |
| 9 | trying to figure out when she worked, where, and for | 09:44:36 |
| 10 | whom.  That's it.  It informs her competency as the | 09:44:40 |
| 11 | 30(b)(6) witness, and it gives con- -- it gives | 09:44:44 |
| 12 | context to her later testimony. | 09:44:47 |
| 13 | MR. ROSEN:  I -- honestly, I don't see how | 09:44:49 |
| 14 | her travel plans has anything to do with this. | 09:44:52 |
| 15 | And I'm going to instruct the witness at | 09:44:56 |
| 16 | this point to simply not answer questions about her | 09:44:58 |
| 17 | travel and her whereabouts at various times.  If you | 09:45:02 |
| 18 | would like to ask questions about her specific duties | 09:45:05 |
| 19 | and what she performed and when she performed it, | 09:45:08 |
| 20 | I have no objection to that. | 09:45:11 |
| 21 | MR. HARBACH:  And you -- you are going to | 09:45:12 |
| 22 | object to any question about her physical location | 09:45:13 |
| 23 | when she performed those duties?  Is that what | 09:45:16 |
| 24 | I understand? | 09:45:18 |
| 25 | MR. ROSEN:  You -- your questions were going | 09:45:20 |

Page 26

| | | |
|---|---|---|
| 1 | way beyond that.  If you want to ask her specific | 09:45:23 |
| 2 | duty and where she was, then we can address that | 09:45:25 |
| 3 | question as it comes up.  But you are asking about | 09:45:28 |
| 4 | general travel plans.  You are asking about her -- | 09:45:31 |
| 5 | her work for other companies.  She is a 30(b)(6) | 09:45:35 |
| 6 | witness for Golden Spring (New York), and that is | 09:45:38 |
| 7 | where the questions should be directed. | 09:45:41 |
| 8 | BY MR. HARBACH: | 09:45:44 |
| 9 | Q.  Ms. Wang, where were you physically located | 09:45:45 |
| 10 | when you worked for Golden Spring (Hong Kong)? | 09:45:47 |
| 11 | A.  What do you mean, physically located? | 09:45:55 |
| 12 | I mean, like, stay in hotel or staying -- I mean, | 09:45:59 |
| 13 | I don't understand, sir. | 09:46:03 |
| 14 | Q.  What country were you in when you worked for | 09:46:04 |
| 15 | Golden Spring (Hong Kong)? | 09:46:07 |
| 16 | A.  I was in Hong Kong, and I was -- I traveled | 09:46:10 |
| 17 | in the U.S.  I traveled in UK.  I mean, I still don't | 09:46:14 |
| 18 | understand what do you mean physically located, but | 09:46:19 |
| 19 | that is the places I had been to. | 09:46:22 |
| 20 | Q.  Okay.  Did there come a time when you | 09:46:24 |
| 21 | merge -- moved to the United States permanently for | 09:46:29 |
| 22 | work? | 09:46:35 |
| 23 | A.  Sir, what do you mean permanently? | 09:46:35 |
| 24 | Q.  Did you move? | 09:46:38 |
| 25 | A.  Permanent -- | 09:46:40 |

Page 27

| | | |
|---|---|---|
| 1 | Q.  Did you move?  Do you know what I mean by | 09:46:42 |
| 2 | move? | 09:46:47 |
| 3 | A.  Yes. | 09:46:47 |
| 4 | Q.  Okay.  Did there come a time when you moved | 09:46:48 |
| 5 | to the United States for work? | 09:46:51 |
| 6 | A.  Yes. | 09:46:59 |
| 7 | Q.  When was that? | 09:47:00 |
| 8 | A.  That was started I became to be the officer | 09:47:01 |
| 9 | and director of Golden Spring (New York). | 09:47:09 |
| 10 | Q.  Which was when? | 09:47:11 |
| 11 | A.  That was beginning of 2018, late of 2017. | 09:47:17 |
| 12 | I couldn't remember.  It should be beginning of 2018. | 09:47:25 |
| 13 | Q.  Okay.  I'm going to show you another | 09:47:29 |
| 14 | document. | 09:47:36 |
| 15 | MR. HARBACH:  We'll call this one number | 09:47:38 |
| 16 | two. | 09:47:41 |
| 17 | (Deposition Exhibit Number 2 | 09:47:41 |
| 18 | was marked for identification.) | 09:48:39 |
| 19 | BY MR. HARBACH: | 09:48:39 |
| 20 | Q.  Do you see Exhibit 2 in your folder, | 09:48:40 |
| 21 | Ms. Wang? | 09:48:42 |
| 22 | A.  Yes. | 09:48:44 |
| 23 | Q.  Okay.  It should also be a .pdf.  Please | 09:48:46 |
| 24 | open it up. | 09:48:51 |
| 25 | A.  (Witness complies.) | 09:48:52 |

Page 28

```
 1              Yes, I did.                              09:48:54

 2         Q.   Okay.  Now, on this one I'm going to ask you   09:48:55

 3    to turn to page -- okay -- forty-nine.            09:49:01

 4         A.   (Witness complies.)                      09:49:14

 5         Q.   Tell me when you are on page forty-nine.  09:49:27

 6         A.   Yes, I am.                               09:49:34

 7         Q.   Okay.  Looking at line five, the question  09:49:35

 8    was put to you:                                   09:49:39

 9              "QUESTION:  And when did you move to      09:49:41

10         New York to start working for the Guo         09:49:43

11         family?"                                      09:49:47

12         Your answer:                                  09:49:48

13              "ANSWER:  That was a date I never         09:49:50

14         forget.  That was April 23rd, 2015."          09:49:52

15         Do you see that there?                        09:49:59

16         A.   Yes, I did.                              09:50:01

17              MR. HARBACH:  Okay.  This deposition, for  09:50:02

18    the record -- correction.                         09:50:04

19              This testimony, for the record, was given in  09:50:06

20    May of 2019, just under three years ago.          09:50:09

21    BY MR. HARBACH:                                    09:50:15

22         Q.   So is that accurate that you moved to    09:50:16

23    New York to start working for the Guo family in April  09:50:20

24    of 2015?                                           09:50:24

25         A.   As I said, English is not my mother      09:50:26
```

                                                    Page 29

```
 1    language.  When you say move, I mean, I understand        09:50:32
 2    better by now more than two, three -- three, four         09:50:35
 3    years ago, and that was right.  I left China.  I came     09:50:40
 4    to New York -- I came to New York first.  Then I went     09:50:45
 5    back to Hong Kong.                                         09:50:49
 6          So regarding work for it the Guo family,            09:50:50
 7    which I refer always as my -- my boss -- like, the        09:50:54
 8    owner of Golden Spring, Mr. Qiang Guo -- Q-i-a-n-g        09:51:00
 9    G-u-o -- that is the same Guo family.                     09:51:06
10        Q.  So did you start working for the Guo family       09:51:09
11    in New York in April of 2015?  Is that correct or not     09:51:23
12    correct?                                                  09:51:33
13        A.  I started to work for the Guo family from         09:51:33
14    2000 -- end of 2008.  That is, like --                    09:51:39
15        Q.  Yeah.  Let me -- let me interrupt and ask my      09:51:43
16    question again as you may have misunderstood it.          09:51:46
17          Did you start working for the Guo family in         09:51:49
18    New York in April of 2015?                                09:51:52
19        A.  Start work for the Guo family.  I mean,           09:52:00
20    again, I don't remember this question many years ago.     09:52:13
21    As I said --                                              09:52:17
22        Q.  No.                                               09:52:18
23          You -- you -- you testified that it was             09:52:18
24    a date you'll never forget; so that is why I'm            09:52:20
25    pressing you a little bit on it.                          09:52:25
```

Page 30

```
1          My question is when did you start working        09:52:27

2    for the Guo family in New York?  The transcript here    09:52:32

3    seems to suggest that that was in April of 2015, and    09:52:38

4    I'm asking you whether that is accurate.                09:52:44

5          Is it accurate?  Is it not accurate?  Or do       09:52:47

6    you not know?                                           09:52:51

7     A.   April 23rd in 2015.  That is the date            09:52:52

8    I never forgot because I left China.  I was never --    09:53:00

9    I was never able to go back.                            09:53:03

10         Okay?                                             09:53:06

11         So that is accurate.  When I answered this        09:53:07

12   question, I don't believe I have any interpreter help   09:53:10

13   me by then; so the question looks like right now        09:53:14

14   reading as when did you move to New York to start       09:53:18

15   working for the Guo family?  I was not quite            09:53:21

16   understanding this question without translation by      09:53:24

17   then; so if you ask me when I start to work for Guo     09:53:27

18   family, which I can tell you, I started -- my career    09:53:31

19   started from 2008, but I started to work for Guo        09:53:36

20   family outside of China.  That was started from 2015.   09:53:40

21   That is my correct and truthful answer now.             09:53:44

22    Q.   And that was in New York City; correct?          09:53:47

23    A.   Starting from New York and Hong Kong.            09:53:49

24    Q.   Okay.                                            09:53:53

25    A.   I mean, by then Mr. Qiang Guo, he was in         09:54:06
```

Page 31

| | | |
|---|---|---|
| 1 | New York and Hong Kong both.  I don't see now where | 09:54:09 |
| 2 | there is any problem.  I said I'll work in New York | 09:54:11 |
| 3 | and Hong Kong -- starting from New York and back to | 09:54:11 |
| 4 | Hong Kong because I originally need to follow | 09:54:13 |
| 5 | Mr. Qiang Guo, if that makes sense to you, sir. | 09:54:18 |
| 6 | Q.  Well, I just want to point out that I wasn't | 09:54:21 |
| 7 | suggesting there was a problem.  I am just trying to | 09:54:25 |
| 8 | understand the facts of what happened; so here is my | 09:54:28 |
| 9 | next question. | 09:54:31 |
| 10 | When did you start working at Golden Spring | 09:54:32 |
| 11 | (New York)? | 09:54:36 |
| 12 | A.  I believe I replied your question, sir, | 09:54:40 |
| 13 | about Golden Spring (New York).  That was started -- | 09:54:44 |
| 14 | I was appointed as officer and director of | 09:54:46 |
| 15 | Golden Spring (New York). | 09:54:50 |
| 16 | Q.  When? | 09:54:50 |
| 17 | A.  2018. | 09:54:51 |
| 18 | Q.  Do you recall when in 2018? | 09:54:54 |
| 19 | A.  In spring of 2018. | 09:54:59 |
| 20 | Q.  Okay.  Let's go back to Exhibit 1.  Let me | 09:55:02 |
| 21 | know when you have got Exhibit 1 pulled up, Ms. Wang. | 09:55:14 |
| 22 | A.  (Witness complies.) | 09:55:19 |
| 23 | Yes.  I'm here. | 09:55:20 |
| 24 | Q.  Okay.  Page numbers again, I'm talking about | 09:55:22 |
| 25 | the little page numbers.  If you please go to page | 09:55:25 |

Page 32

```
 1    thirty-five.                                    09:55:32

 2         A.  (Witness complies.)                    09:55:36

 3         Q.  Let me know --                         09:55:50

 4         A.  Yes.                                   09:55:51

 5         Q.  -- when you are there.                 09:55:52

 6         A.  Yes.  I'm here.                         09:55:54

 7         Q.  Okay.  Take a look on page thirty-five of   09:55:55

 8    Exhibit 1, line ten.                            09:55:59

 9         A.  (Witness complies.)                    09:56:00

10         Q.  The question reads:                    09:56:05

11             "QUESTION:  You said in February of 2018   09:56:07

12         you came to work for Golden Spring         09:56:09

13         (New York)?"                               09:56:09

14         And your answer was:                       09:56:13

15             "ANSWER:  Yes."                         09:56:15

16         Now, my only focus here is on whether      09:56:16

17    February of '18 sounds like the correct date to you   09:56:18

18    of when you started working for Golden Spring   09:56:22

19    (New York).                                     09:56:25

20         A.  Sir, I replied as in spring of 2018.   09:56:28

21    I mean --                                       09:56:33

22         Q.  I'm -- I'm not suggesting anything other   09:56:36

23    than whether February is correct.              09:56:39

24         Does that sound about right to you?        09:56:42

25         A.  I don't recall.  In spring of 2018.  You   09:56:46
```

Page 33

| | | |
|---|---|---|
| 1 | could check on Golden Spring (New York)'s corporation | 09:56:49 |
| 2 | book.  It should be clearly in there. | 09:56:54 |
| 3 | Q.  Was anyone else working at Golden Spring | 09:56:56 |
| 4 | (New York) when you started there in the spring of | 09:57:07 |
| 5 | 2018? | 09:57:09 |
| 6 | A.  What do you mean, is there anyone working at | 09:57:10 |
| 7 | Golden Spring (New York)? | 09:57:20 |
| 8 | Q.  Well, you mentioned that you were, I think | 09:57:21 |
| 9 | you said, appointed to Golden Spring in the spring of | 09:57:24 |
| 10 | 2018. | 09:57:29 |
| 11 | My question for you is at the time that you | 09:57:32 |
| 12 | were appointed, were there any other people working | 09:57:34 |
| 13 | for Golden Spring (New York)? | 09:57:40 |
| 14 | A.  Mr. Qiang Guo, himself. | 09:57:44 |
| 15 | Q.  Okay.  And what was his job? | 09:57:49 |
| 16 | A.  He is one of the directors of Golden Spring | 09:57:55 |
| 17 | (New York). | 09:57:59 |
| 18 | Q.  Anyone else? | 09:57:59 |
| 19 | A.  No. | 09:58:03 |
| 20 | Just me and himself, when I was appointed. | 09:58:08 |
| 21 | Q.  So no other employees who worked at | 09:58:14 |
| 22 | Golden Spring at that time? | 09:58:19 |
| 23 | A.  I don't recall. | 09:58:23 |
| 24 | Q.  Do you recall whether there was a chauffeur | 09:58:23 |
| 25 | who worked for Golden Spring (New York) at that time? | 09:58:33 |

Page 34

```
 1        A.  I don't recall.                        09:58:35

 2        Q.  Let's take a look at Exhibit 1 again.  09:58:35

 3        A.  (Witness complies.)                    09:58:41

 4        Q.  And this time let's go to page forty.  09:58:51

 5        A.  (Witness complies.)                    09:58:55

 6        Q.  Tell me when you are there.            09:59:02

 7        A.  Yes, I am.                             09:59:07

 8        Q.  Okay.  Take a look at line seven.  You say:  09:59:08

 9            "ANSWER:  I remember that there was    09:59:24

10        a driver.  I met a chauffeur, a Korean     09:59:25

11        gentleman, yes."                           09:59:30

12        And then there is a question:              09:59:33

13            "QUESTION:  You believe he was an      09:59:35

14        employee of Golden Spring before February of  09:59:36

15        '18?"                                      09:59:39

16        Your answer:                               09:59:40

17            "ANSWER:  February of 2018, that was he  09:59:43

18        told me by then.                           09:59:46

19            "QUESTION:  You met a chauffeur who told  09:59:48

20        you that he was an employee of Golden Spring  09:59:50

21        (New York)?                                09:59:53

22            "ANSWER:  Yes."                        09:59:54

23        And then you say that he was the one who   09:59:55

24  picked you up at the airport.                    09:59:58

25            Does that refresh your recollection about  10:00:01
```

Page 35

| | | |
|---|---|---|
| 1 | whether there was a chauffeur employed at | 10:00:03 |
| 2 | Golden Spring (New York) when you started there? | 10:00:07 |
| 3 | A.  Sir, I am the witness today -- in my | 10:00:12 |
| 4 | understanding is about bankruptcy.  I mean that this | 10:00:18 |
| 5 | is my task -- this was my testimony how many years | 10:00:21 |
| 6 | ago?  Three, four years ago? | 10:00:27 |
| 7 | I mean, I could remember by then because | 10:00:29 |
| 8 | that was a relatively closer date.  I was deposed in | 10:00:32 |
| 9 | October 2018, as you said.  Now it is almost three | 10:00:37 |
| 10 | and a half, four years after.  I mean, just so many | 10:00:41 |
| 11 | years pass by, I couldn't remember that.  But since | 10:00:45 |
| 12 | my testimony back to 2018 in here said that, that is | 10:00:50 |
| 13 | possible.  That reminded me.  That's right.  But that | 10:00:54 |
| 14 | doesn't mean that after three and a half, four years, | 10:00:57 |
| 15 | I still should remember all the details; right?  I am | 10:01:02 |
| 16 | being deposed in here about a bankruptcy. | 10:01:02 |
| 17 | Am I correct about this? | 10:01:07 |
| 18 | Q.  Well, you are -- you are right about one | 10:01:09 |
| 19 | part, and that is that I offered you this information | 10:01:11 |
| 20 | to see if it would help refresh your memory. | 10:01:14 |
| 21 | And, indeed, that was the question, whether | 10:01:19 |
| 22 | reading this transcript helps refresh your memory | 10:01:22 |
| 23 | about whether there was a chauffeur working at | 10:01:25 |
| 24 | Golden Spring (New York) when you started. | 10:01:30 |
| 25 | A.  I -- | 10:01:31 |

Page 36

```
 1              MR. ROSEN:  At this point, I'm going to         10:01:31

 2    instruct the witness not to answer any further          10:01:33

 3    questions along these lines.                            10:01:36

 4         This is a deposition in a contested matter         10:01:37

 5    for approval of a DIP financing arrangement in          10:01:41

 6    a bankruptcy case.  So far, of the list of 30(b)(6)     10:01:49

 7    topics, these questions barely hit on any of these --   10:01:52

 8    of the topics, maybe a little bit on the ownership      10:01:55

 9    structure.  You have already covered the officers,      10:01:58

10    employees, and directors, and so far nothing about      10:02:02

11    a DIP loan.                                             10:02:06

12         So I would ask you, if you are going to do         10:02:07

13    a fishing expedition or try and extend litigation       10:02:10

14    from other courts here, that I would have to instruct   10:02:12

15    the witness not to answer.                              10:02:17

16    BY MR. HARBACH:                                         10:02:18

17       Q.  Ms. Wang, just a moment ago you said that        10:02:18

18    reading this deposition transcript did help you         10:02:22

19    remember.                                               10:02:26

20         And so my question is was there or was there       10:02:26

21    not a chauffeur working at Golden Spring (New York)     10:02:29

22    at the time you started there?                          10:02:32

23       A.  As my testimony back to 2018 said so, it is      10:02:37

24    possible.  You are helpful, sir.                        10:02:42

25       Q.  Okay.  Was Mr. Mileson Kwok living in            10:02:44
```

Page 37

| | | |
|---|---|---|
| 1 | New York when you started working at Golden Spring | 10:03:01 |
| 2 | (New York)? | 10:03:03 |
| 3 | MR. ROSEN:  Objection.  I instruct the | 10:03:03 |
| 4 | witness not to answer. | 10:03:05 |
| 5 | This has no relevance whatsoever to any of | 10:03:06 |
| 6 | the 30(b)(6) deposition topics, none.  And the | 10:03:06 |
| 7 | purpose of this is strictly to either relitigate or | 10:03:12 |
| 8 | extend litigation from other courts or to harass this | 10:03:13 |
| 9 | witness. | 10:03:17 |
| 10 | BY MR. HARBACH: | 10:03:18 |
| 11 | Q.  Ms. Wang, do you know who Mileson Kwok is? | 10:03:18 |
| 12 | A.  Can you spell the name again, sir, please? | 10:03:25 |
| 13 | Q.  Yes. | 10:03:28 |
| 14 | M-i-l-e-s-o-n Kwok, K-w-o-k. | 10:03:29 |
| 15 | Do you know who that is? | 10:03:39 |
| 16 | A.  I don't know who you are referring, sir. | 10:03:41 |
| 17 | Q.  Okay.  You have mentioned someone who was | 10:03:43 |
| 18 | a director of Golden Spring at the time you became | 10:03:47 |
| 19 | a director. | 10:03:51 |
| 20 | What is that person's name? | 10:03:52 |
| 21 | A.  If you refer to Mr. Qiang Guo, the same | 10:03:56 |
| 22 | director when I was appointed, his name is Q-i-a-n-g | 10:04:01 |
| 23 | G-u-o.  His English name is Mileson, M-i-l-e-s-o-n, | 10:04:08 |
| 24 | and the last name is G-u-o, sir, if that is helpful | 10:04:20 |
| 25 | to you. | 10:04:25 |

Page 38

```
 1            Is this the person you are referring?      10:04:27

 2       Q.  It -- it is.                                10:04:29

 3       A.  Okay.                                       10:04:29

 4       Q.  And --                                      10:04:29

 5       A.  I never heard about someone called          10:04:30

 6  Mileson Kwok.  I mean, I never heard about this      10:04:33

 7  person.                                              10:04:36

 8       Q.  Okay.  How is Mileson Guo related to        10:04:36

 9  Wengui Guo?  And that is spelled W-e-n-g-u-i G-u-o.  10:04:45

10            How are they related, if at all, if you    10:04:57

11  know?                                                10:05:00

12       A.  Mr. Qiang Guo -- Q-i-a-n-g G-u-o -- he is    10:05:00

13  the son of Mr. H-o W-a-n K-w-o-k.                    10:05:07

14       Q.  And that is H-o W-a-n K-w-o-k; correct?     10:05:23

15       A.  You are right, sir.                         10:05:29

16       Q.  So for ease of understanding for everyone   10:05:30

17  who is reading this transcript, can we please refer  10:05:33

18  to Mr. Ho Wan Kwok's son as Mileson?  Is that okay   10:05:36

19  with you?                                            10:05:45

20       A.  No, sir.                                    10:05:46

21            I will prefer to stay with Mr. Qiang Guo.   10:05:47

22  The reason because, again, English is not my mother  10:05:51

23  language.  I do not want to pronounce something which 10:05:54

24  was -- which could be misunderstood by everyone here, 10:05:58

25  if I may.                                            10:06:03
```

Page 39

```
1        Q.   No problem at all.                      10:06:04

2        A.   Thank you.                              10:06:08

3        Q.   So we'll stick with Qiang Guo.          10:06:09

4        A.   Thank you.                              10:06:14

5        Q.   Okay.  And you just testified that he is the   10:06:14

6   son of Ho Wan Kwok, the debtor; right?           10:06:17

7        A.   You are right, sir.  Yes.               10:06:21

8        Q.   So my question is was Qiang Guo living in   10:06:22

9   New York when you started working at Golden Spring   10:06:26

10  (New York)?                                       10:06:28

11       A.   What do you mean, living in New York, sir?   10:06:30

12  Like, I mean, I don't understand.  Travel in there.   10:06:35

13  I met him in there, yes.  I don't understand what you   10:06:38

14  mean, living in New York.                         10:06:42

15            MR. HARBACH:  Sunny, perhaps you can help   10:06:45

16  me.  My question in English would be did           10:06:48

17  Mr. Qiang Guo live in New York at the time you     10:06:52

18  started working at Golden Spring (New York)?       10:06:56

19            Could you please translate that for me?  10:06:59

20            THE INTERPRETER:  (Interprets question.)  10:07:36

21            THE WITNESS:  (Through the Interpreter)   10:07:36

22  I officially started working for Golden Spring     10:07:36

23  (New York) in 2018.  I don't recall whether or not  10:07:39

24  Mr. Qiang Guo was living in New York at the time.  10:07:41

25  ///
```

Page 40

```
 1   BY MR. HARBACH:                                        10:07:46

 2       Q.  Did you see him in New York personally          10:07:46

 3   around the time that you started working at            10:07:54

 4   Golden Spring (New York)?                              10:07:57

 5       A.  I don't recall.                                 10:08:01

 6       Q.  Have you ever seen Mr. Qiang Guo personally     10:08:02

 7   in New York?                                           10:08:10

 8       A.  Yes, I did.                                     10:08:13

 9       Q.  When was the last time?                         10:08:14

10       A.  I don't recall.                                 10:08:18

11       Q.  Within the last year?                           10:08:21

12       A.  I don't recall.                                 10:08:25

13       Q.  Within the last five years?                     10:08:26

14       A.  Yes.                                            10:08:30

15           It was possible.                                10:08:37

16       Q.  Was Mr. Ho Wan Kwok living in New York at       10:08:38

17   the time you started working for Golden Spring         10:08:47

18   (New York)?                                            10:08:49

19           MR. ROSEN:  Objection.  This is the same        10:08:51

20   issue.                                                 10:08:53

21           I think -- Counsel, could you please explain    10:08:55

22   the relevance of this question to me.                  10:08:56

23           MR. HARBACH:  Well, as you know,                10:09:02

24   Mr. Ho Wan Kwok is the debtor, and it is certainly     10:09:03

25   with- -- within the scope of appropriate topics, in    10:09:07
```

Page 41

| | | |
|---|---|---|
| 1 | our view, for me to explore Mr. Ho Wan Kwok's | 10:09:13 |
| 2 | relationship to Golden Spring (New York), which is | 10:09:17 |
| 3 | his putative lender on this DIP loan; so I'm starting | 10:09:20 |
| 4 | with the question about where Mr. Kwok lived at the | 10:09:29 |
| 5 | time the witness started working at Golden Spring | 10:09:32 |
| 6 | (New York).  That is the relevance. | 10:09:34 |
| 7 | BY MR. HARBACH: | 10:09:35 |
| 8 | Q.  Ms. Wang, what is the answer? | 10:09:35 |
| 9 | MR. ROSEN:  I'm going to instruct the | 10:09:37 |
| 10 | witness not to answer this question.  This is -- | 10:09:38 |
| 11 | there is no relevance that I can see to disclosing | 10:09:42 |
| 12 | the whereabouts and the present location of parties | 10:09:44 |
| 13 | here to a DIP loan funding.  This is just -- it is | 10:09:48 |
| 14 | just harassment. | 10:09:53 |
| 15 | MR. HARBACH:  So you are -- you are | 10:09:57 |
| 16 | instructing the witness not to answer, Scott? | 10:09:58 |
| 17 | MR. ROSEN:  Yes, I am. | 10:10:01 |
| 18 | MR. HARBACH:  Okay. | 10:10:03 |
| 19 | BY MR. HARBACH: | 10:10:03 |
| 20 | Q.  Ms. Wang, when you started working at | 10:10:04 |
| 21 | Golden Spring (New York), what was your title? | 10:10:06 |
| 22 | A.  I was -- I am -- I was the -- the president, | 10:10:11 |
| 23 | secretary, I believe treasurer also, and director. | 10:10:16 |
| 24 | Q.  So you said, to make sure I have this right: | 10:10:23 |
| 25 | President, secretary, treasurer, and director; is | 10:10:27 |

Page 42

```
 1    that correct?                                      10:10:31

 2         A.   Correct.                                 10:10:32

 3         Q.   I'm going to show you -- let's call this 10:10:32

 4    number three.                                      10:10:41

 5              (Deposition Exhibit Number 3             10:10:43

 6              was marked for identification.)          10:10:48

 7              MR. HARBACH:  Wait for it to get populated. 10:10:48

 8              I'm told it should be there.  I have it. 10:11:27

 9    BY MR. HARBACH:                                    10:11:30

10         Q.   Ms. Wang, do you have number three?     10:11:30

11         A.   Yes, sir.                                10:11:34

12              I have it.                               10:11:35

13         Q.   Okay.  Super.                            10:11:36

14              Open that -- that one up.                10:11:37

15         A.   (Witness complies.)                      10:11:39

16         Q.   And tell me if you recognize this document. 10:11:42

17         A.   Yes.                                     10:11:46

18         Q.   Okay.  This is a document that you helped 10:11:50

19    create and submitted with an affidavit, isn't it? 10:11:57

20         A.   What do you mean I created, sir?         10:12:01

21         Q.   Well, let me withdraw that question.     10:12:08

22              You said that you recognized this document. 10:12:11

23              What is it?                              10:12:13

24         A.   It is a director and officer register.  10:12:14

25         Q.   For Golden Spring (New York) Limited?    10:12:19
```

Page 43

```
 1        A.  Yes.                                    10:12:23

 2        Q.  Did you create this document?           10:12:24

 3        A.  I don't recall.  It should be prepared by --  10:12:26

 4    I don't recall.                                 10:12:37

 5        Q.  Give me just one moment, please.        10:12:37

 6            MR. HARBACH:  Sorry for the -- the delay,  10:13:55

 7    y'all, but hopefully I've just saved us a little  10:13:58

 8    time.                                           10:14:02

 9    BY MR. HARBACH:                                 10:14:04

10        Q.  I'm going to ask you to put aside Exhibit 3,  10:14:05

11    and I'll come back to that a little later.      10:14:08

12            Okay?                                   10:14:12

13        A.  Yes.                                    10:14:12

14        Q.  When -- when you were working for       10:14:13

15    Golden Spring (Hong Kong), did you have any titles?  10:14:28

16        A.  I don't recall.  Too many years ago.    10:14:35

17        Q.  What were your duties at Golden Spring  10:14:42

18    (Hong Kong)?                                    10:14:45

19            MR. ROSEN:  Objection.  This -- can you  10:14:47

20    please point to which topic on 30(b)(6) that    10:14:50

21    a corporate witness of Golden Spring (New York) that  10:14:55

22    this would -- this would be appropriate to?     10:14:59

23            MR. HARBACH:  Again, I'm exploring her   10:15:01

24    competency to testify as a representative of     10:15:04

25    Golden Spring (New York) by reference to her prior  10:15:07
```

Page 44

```
1    experience and its relationship to her current        10:15:10

2    titles.                                                10:15:13

3            MR. ROSEN:  I'll let the objection stand.      10:15:16

4            But you can answer the question.               10:15:19

5    BY MR. HARBACH:                                        10:15:22

6        Q.  The question, Ms. Wang, was what were your     10:15:23

7    duties at Golden Spring (Hong Kong)?                   10:15:25

8        A.  I took instruction from the owner of           10:15:28

9    company, Mr. Qiang Guo, and worked for him.            10:15:34

10       Q.  Did you -- doing what?                         10:15:42

11       A.  Doing the task that he request me to do.       10:15:46

12   I don't recall.  It is too many years ago.            10:15:52

13       Q.  You -- you -- you don't recall what your       10:15:54

14   tasks were?                                            10:15:56

15       A.  It is pretty diversified.                      10:15:58

16       Q.  Okay.  Do you recall whether when you were     10:16:04

17   working for Golden Spring (Hong Kong) you did any      10:16:15

18   work for Mr. Ho Wan Kwok?                              10:16:20

19       A.  I'm sorry.                                     10:16:21

20           Sir, what is your question?                    10:16:22

21       Q.  When you were working for Golden Spring        10:16:24

22   Hong Kong, did you do any work for Mr. Ho Wan Kwok?    10:16:30

23       A.  I don't recall.                                10:16:32

24       Q.  Who appointed you to be president,             10:16:33

25   secretary, treasurer, and a director of Golden Spring  10:16:45
```

Page 45

| | | |
|---|---|---|
| 1 | (New York) Limited? | 10:16:51 |
| 2 |     A.  I was appointed by Mr. Qiang Guo. | 10:16:52 |
| 3 |     Q.  When he appointed you to those positions, | 10:16:56 |
| 4 | what did he tell you your duties would be? | 10:17:00 |
| 5 |     A.  I was appointed, and he -- he requested me | 10:17:03 |
| 6 | to operate -- to run Golden Spring (New York), his | 10:17:14 |
| 7 | company, as general. | 10:17:19 |
| 8 |     Q.  Tell me what you mean by as general. | 10:17:21 |
| 9 |     A.  I mean any task, assignment as the owner of | 10:17:25 |
| 10 | company, himself, he requested to do that I will work | 10:17:34 |
| 11 | for him. | 10:17:39 |
| 12 |     Q.  When you assumed the role of president, | 10:17:40 |
| 13 | secretary, treasurer, and director of Golden Spring | 10:17:56 |
| 14 | (New York), did you have any financial professional | 10:18:02 |
| 15 | knowledge? | 10:18:05 |
| 16 |     A.  What do you mean, financial professional | 10:18:07 |
| 17 | knowledge, sir? | 10:18:14 |
| 18 |     Q.  Let's go back to Exhibit 1. | 10:18:15 |
| 19 |     A.  (Witness complies.) | 10:18:18 |
| 20 |     Q.  Correction.  Sorry. | 10:18:24 |
| 21 |       Exhibit 2. | 10:18:27 |
| 22 |     A.  (Witness complies.) | 10:18:28 |
| 23 |     Q.  Page forty-seven. | 10:18:35 |
| 24 |     A.  (Witness complies.) | 10:18:39 |
| 25 |     Q.  Actually, you might need to look a bit | 10:18:51 |

Page 46

| | | |
|---|---|---|
| 1 | earlier on to forty-six. | 10:18:55 |
| 2 | Tell me when you are there. | 10:18:59 |
| 3 | A.  I am on page forty-six. | 10:19:01 |
| 4 | Q.  Okay.  At the bottom of page forty-six there | 10:19:03 |
| 5 | is an answer that begins -- and it was in response to | 10:19:07 |
| 6 | a question about some exhibit you were being shown. | 10:19:11 |
| 7 | In the course of your answer, which goes on to page | 10:19:15 |
| 8 | forty-seven, you say, among other things: | 10:19:19 |
| 9 | "ANSWER:  I am administrator to | 10:19:22 |
| 10 | Golden Spring.  This is not my choice because | 10:19:24 |
| 11 | Chinese Communist party, they kidnap almost | 10:19:27 |
| 12 | all my colleague, between me and the company; | 10:19:32 |
| 13 | so my background, I do not have financial | 10:19:35 |
| 14 | professional knowledge.  I do not have | 10:19:38 |
| 15 | American real estate professional knowledge." | 10:19:41 |
| 16 | And your answer goes on. | 10:19:44 |
| 17 | But I have just read the two sentences that | 10:19:47 |
| 18 | I am interested in for my question because my | 10:19:49 |
| 19 | question to you was when you assumed the roles of | 10:19:52 |
| 20 | president, secretary, treasurer, and director of | 10:19:55 |
| 21 | Golden Spring (New York) Limited, did you have any | 10:20:00 |
| 22 | financial professional knowledge? | 10:20:04 |
| 23 | What is the answer? | 10:20:10 |
| 24 | A.  These deposition happened in which year, | 10:20:11 |
| 25 | sir?  2018 or '19? | 10:20:17 |

Page 47

| | | |
|---|---|---|
| 1 | Q.  The transcript that I just read from was not | 10:20:21 |
| 2 | a deposition.  It was testimony in court, and it was | 10:20:23 |
| 3 | in May of 2019. | 10:20:28 |
| 4 | A.  Okay. | 10:20:32 |
| 5 | Q.  But these -- these appear to have been your | 10:20:32 |
| 6 | words, and so that is why I asked the question. | 10:20:35 |
| 7 | A.  So back to 2019, my testifying -- my | 10:20:39 |
| 8 | testimony was correct.  I mean, the entire -- | 10:20:44 |
| 9 | Mr. Qiang Guo, his family business, including his | 10:20:50 |
| 10 | employees, were all persecuted.  They are either | 10:20:53 |
| 11 | arrested, kidnapped, or disappeared.  I was one of | 10:21:00 |
| 12 | the survivor by then.  That was correct. | 10:21:04 |
| 13 | And then when I testified back to 2019, | 10:21:07 |
| 14 | I said I don't have -- that was -- I am humble; | 10:21:10 |
| 15 | right?  So that was my testimony -- test- -- | 10:21:18 |
| 16 | testimony.  And then now in 2022, I mean, I could | 10:21:21 |
| 17 | learn lots in three years; right? | 10:21:26 |
| 18 | Q.  Of course. | 10:21:29 |
| 19 | A.  So -- | 10:21:29 |
| 20 | Q.  Of course. | 10:21:29 |
| 21 | A.  -- that doesn't mean I don't have anything | 10:21:29 |
| 22 | for now -- | 10:21:31 |
| 23 | Q.  Of course. | 10:21:32 |
| 24 | A.  -- to testify in this bankruptcy, you know, | 10:21:32 |
| 25 | deposition. | 10:21:35 |

Page 48

```
 1          Q.   Yeah.   I understand that -- that three years    10:21:35

 2     have passed.   My question isn't about today.               10:21:38

 3          My question is about the day when you were             10:21:43

 4     appointed to be president, secretary, treasurer, and        10:21:47

 5     director of Golden Spring (New York).   I'm asking          10:21:53

 6     about that day.                                             10:21:56

 7          And my question is as of that day, did you             10:21:59

 8     have any financial professional knowledge?                  10:22:03

 9          A.   What kind of financial professional               10:22:08

10     knowledge you are looking for back to three years           10:22:13

11     ago, sir?                                                   10:22:15

12          Q.   They were your words, Ms. Wang.   You said,       10:22:16

13     I do not have financial professional knowledge.             10:22:21

14     I don't know what you meant.   That would be a good         10:22:26

15     question, but it is what you said; so that is why           10:22:28

16     I used those words in asking you.   It is a simple          10:22:33

17     question.                                                   10:22:36

18          All I'm asking is at the time you assumed             10:22:38

19     all of those titles at Golden Spring (New York), did        10:22:41

20     you have any financial professional knowledge?   Yes        10:22:44

21     or no?                                                      10:22:49

22          A.   When I say I didn't -- when I said I don't        10:22:54

23     have, as I repeat again, that is our culture -- our         10:22:58

24     culture, Chinese culture.   I was humble to say             10:23:05

25     I don't have professional knowledge.                        10:23:09
```

Page 49

```
 1        Q.  I understand.                              10:23:11

 2        A.  English is not my mother language.  I do not  10:23:12

 3   mean that I know nothing about financial, if that is  10:23:15

 4   the answer you are looking for, sir.                10:23:20

 5        Q.  All I'm looking for is the truth, first of  10:23:22

 6   all.                                                10:23:25

 7             Second, I am not asking you to be humble or  10:23:26

 8   proud.  I'm just asking you to be honest.           10:23:31

 9        A.  I am.                                       10:23:34

10        Q.  So similarly, I mean, you were under oath  10:23:34

11   when you testified in court, and I think the        10:23:38

12   expectation would have been that you be honest then  10:23:40

13   as well.                                            10:23:43

14        A.  I was.                                      10:23:44

15        Q.  Okay.  So I wasn't there that day.  All    10:23:45

16   I have is the transcript.  And I'm just being -- I'm  10:23:48

17   being honest with you.  That is the reason for my   10:23:52

18   question is because I saw that you said that you    10:23:54

19   don't have any financial professional knowledge.    10:23:58

20             So I suppose the question is if you were  10:24:01

21   just being humble back in 2019, do you mean to say  10:24:05

22   that you, in fact, did have financial professional  10:24:10

23   knowledge when you were appointed to all of those   10:24:14

24   positions at Golden Spring?  Is that what you were  10:24:16

25   trying to say?                                      10:24:20
```

Page 50

| | | |
|---|---|---|
| 1 | A.   I am not trying to say anything.   My | 10:24:20 |
| 2 | testimony -- back to 2019, that was my testimony, and | 10:24:23 |
| 3 | that -- I stay with that.   That is a -- true and | 10:24:27 |
| 4 | accurate information, sir.   And regarding right now | 10:24:31 |
| 5 | what are you looking for after three years, I do not | 10:24:34 |
| 6 | understand, and I will do my best to help you. | 10:24:38 |
| 7 | Q.   Okay.   Same question about the next sentence | 10:24:40 |
| 8 | on the transcript, which says: | 10:24:44 |
| 9 | "I do not have American real estate | 10:24:46 |
| 10 | professional knowledge." | 10:24:49 |
| 11 | Was that true when you said those words in | 10:24:50 |
| 12 | 2019? | 10:24:53 |
| 13 | A.   It is correct.   I am not real -- realtor. | 10:24:55 |
| 14 | I am not a licensed realtor; right?   That was | 10:25:00 |
| 15 | correct. | 10:25:03 |
| 16 | Q.   Okay.   So it is correct that at least as of | 10:25:06 |
| 17 | May of 2019 you did not have American real estate | 10:25:09 |
| 18 | professional knowledge -- | 10:25:14 |
| 19 | A.   Correct. | 10:25:15 |
| 20 | Q.   -- correct? | 10:25:16 |
| 21 | A.   I don't have a license at all by then. | 10:25:16 |
| 22 | Q.   Next question. | 10:25:19 |
| 23 | Is it true that in your capacity as | 10:25:29 |
| 24 | president of Golden Spring (New York) Limited you | 10:25:36 |
| 25 | serve as an administrator for the interests of | 10:25:42 |

Page 51

```
 1    Mr. Ho Wan Kwok and his family?                    10:25:46

 2            MR. ROSEN:  Objection.  Calls for a legal  10:25:51

 3    conclusion.                                        10:25:52

 4            You can answer that.                        10:25:53

 5            THE WITNESS:  I need interpreter help me.   10:25:56

 6    I don't understand your question, sir.             10:25:59

 7            MR. HARBACH:  Okay.  But before we -- before 10:26:01

 8    we go there -- actually, let -- let's -- Sunny, if  10:26:03

 9    you don't mind, I will ask the question again.  And 10:26:09

10    I'm -- I'm sorry to refer to you by your first name. 10:26:12

11    That is unprofessional.  Sorry.  Ms. Johnston.      10:26:15

12    BY MR. HARBACH:                                     10:26:15

13        Q.  Ms. Wang, the question is in your capacity  10:26:20

14    as president of Golden Spring (New York) Limited,   10:26:23

15    isn't it true that you serve as an administrator for 10:26:30

16    the interests of Mr. Kwok -- Mr. Ho Wan Kwok and his 10:26:35

17    family?                                             10:26:40

18            MR. ROSEN:  I'll repeat the objection.      10:26:43

19            You can answer the question.                10:26:46

20            MR. HARBACH:  (Interprets question.)        10:27:15

21            THE CHECK INTERPRETER:  The check           10:27:15

22    interpreter heard Mr. Kwok and Mr. Ho Wan Kwok and  10:27:16

23    his family.                                         10:27:20

24            MR. HARBACH:  That is correct.              10:27:21

25            That was the question.                      10:27:22
```

Page 52

```
 1              THE CHECK INTERPRETER:  Yes.              10:27:24

 2              But not Wengui Guo; right?               10:27:25

 3              MR. HARBACH:  That --                    10:27:29

 4              THE INTERPRETER:  That is his Mandarin name,  10:27:29

 5    Ho Wan Kwok.  The Mandarin is Wengui Guo.         10:27:36

 6              THE CHECK INTERPRETER:  But, I mean, the 10:27:42

 7    counsel said Ho Wan Kwok.                         10:27:43

 8              MR. HARBACH:  Yes.                       10:27:45

 9              The reason that counsel said Ho Wan Kwok was  10:27:45

10    because the witness said that is how she knows the 10:27:48

11    debtor.  I asked her earlier whether she knew the  10:27:51

12    name Wengui Guo, and she said she knows him as    10:27:56

13    Ho Wan Kwok; so that is why I used that name.     10:28:01

14              THE INTERPRETER:  Yes.                   10:28:03

15              MR. HARBACH:  But we can clear this -- we 10:28:05

16    can clear this up now, Ms. Wilkinson.             10:28:06

17              THE CHECK INTERPRETER:  Okay.            10:28:08

18    BY MR. HARBACH:                                   10:28:08

19         Q.  Ms. Wang, what name would you prefer to use  10:28:08

20    going forward to refer to Mr. Qiang Guo's father? 10:28:12

21         A.  Mr. Ho Wan Kwok.                         10:28:18

22         Q.  Very good.                               10:28:19

23         A.  That is the debtor; right?  That is the  10:28:20

24    debtor's name.                                    10:28:21

25              Am I right.                             10:28:23
```

Page 53

| | | |
|---|---|---|
| 1 | Q.   You are right.  That is correct. | 10:28:24 |
| 2 | A.   Let's go with it, yeah.  Uh-huh. | 10:28:25 |
| 3 | Q.   So would you like Ms. Johnston to repeat the | 10:28:27 |
| 4 | question in Chinese for you, ma'am? | 10:28:30 |
| 5 | A.   Yes, please. | 10:28:32 |
| 6 | Q.   Okay. | 10:28:34 |
| 7 | THE INTERPRETER:  Mr. Harbach, can you just | 10:28:37 |
| 8 | repeat the question one more time, please. | 10:28:39 |
| 9 | MR. HARBACH:  Sure.  No problem. | 10:28:42 |
| 10 | THE INTERPRETER:  Just so you know, the | 10:28:46 |
| 11 | interpreter does not speak Cantonese; so I will just | 10:28:48 |
| 12 | re- -- I will just say the name the way you pronounce | 10:28:53 |
| 13 | it instead of saying the Mandarin name. | 10:28:54 |
| 14 | MR. HARBACH:  Okay.  That -- that's fine. | 10:28:57 |
| 15 | And, obviously, I speak neither; so I will rely on | 10:28:59 |
| 16 | you all. | 10:29:02 |
| 17 | BY MR. HARBACH: | 10:29:03 |
| 18 | Q.   So here is the question. | 10:29:03 |
| 19 | In your capacity as president of | 10:29:05 |
| 20 | Golden Spring (New York) Limited, isn't it true that | 10:29:07 |
| 21 | you serve as an administrator for the interests of | 10:29:12 |
| 22 | Mr. Ho Wan Kwok and his family? | 10:29:18 |
| 23 | MR. ROSEN:  Objection. | 10:29:23 |
| 24 | You may answer. | 10:29:25 |
| 25 | THE WITNESS:  (Through Interpreter)  Well, | 10:29:59 |

Page 54

| | | |
|---|---|---|
| 1 | first of all, I don't know what you meant by the word | 10:30:07 |
| 2 | administrator. | 10:30:10 |
| 3 | And, second, I worked for Mr. Qiang Guo. | 10:30:11 |
| 4 | MR. HARBACH:  Is that the end of the answer, | 10:30:22 |
| 5 | Ms. Johnston? | 10:30:23 |
| 6 | THE INTERPRETER:  Yes, it was. | 10:30:25 |
| 7 | MR. HARBACH:  Okay.  Thank you. | 10:30:27 |
| 8 | BY MR. HARBACH: | 10:30:28 |
| 9 | Q.  Let's take a look now at Exhibit 4. | 10:30:28 |
| 10 | (Deposition Exhibit Number 4 | 10:30:31 |
| 11 | was marked for identification.) | 10:30:35 |
| 12 | THE WITNESS:  (Witness complies.) | 10:30:35 |
| 13 | BY MR. HARBACH: | 10:30:57 |
| 14 | Q.  Okay.  I have got it, Ms. Wang.  I hope you | 10:30:57 |
| 15 | do too. | 10:31:00 |
| 16 | A.  (In English)  Yes. | 10:31:01 |
| 17 | I am here. | 10:31:03 |
| 18 | Q.  Very good. | 10:31:04 |
| 19 | Open up Exhibit 4, please. | 10:31:05 |
| 20 | A.  Yes. | 10:31:07 |
| 21 | Q.  And the first thing I want to do is go to | 10:31:07 |
| 22 | the very last page. | 10:31:10 |
| 23 | A.  (Witness complies.) | 10:31:12 |
| 24 | Q.  Are you there? | 10:31:14 |
| 25 | A.  Yes. | 10:31:15 |

Page 55

```
 1        Q.   Is that your signature on the top right of      10:31:15

 2   Exhibit 4?                                                10:31:19

 3        A.   Sorry, sir.                                     10:31:25

 4             You mean Exhibit 4; right?                      10:31:26

 5        Q.   Yes, sir -- or excuse me.  Yes, ma'am.          10:31:28

 6        A.   Okay.  I opened the wrong one.                  10:31:33

 7        Q.   Okay.                                           10:31:35

 8        A.   So let me go back.                              10:31:35

 9             Exhibit 4, you mean the director and officer    10:31:37

10   register?                                                 10:31:40

11        Q.   No.  No.  No.                                   10:31:41

12        A.   Okay.  That's --                                10:31:44

13        Q.   This is the one that says exhibit, and then     10:31:44

14   it has the number next to it, four.                       10:31:47

15        A.   Okay.                                           10:31:50

16        Q.   So when you open that up, the first page        10:31:51

17   says affidavit of Yan Ping Wang.                          10:31:54

18             Let me know if you have the right document.     10:31:58

19        A.   Yes.                                            10:32:01

20        Q.   Good.                                           10:32:01

21             Now go to the last page of it, please.  That    10:32:02

22   is page three.                                            10:32:05

23        A.   (Witness complies.)                             10:32:06

24             Yes.                                            10:32:06

25        Q.   My question to you is is that signature on      10:32:07
```

Page 56

```
 1    the top right-hand corner of page three of Exhibit 4      10:32:12

 2    yours?                                                     10:32:16

 3         A.   Yes.                                             10:32:17

 4         Q.   Okay.  Now let's go back to page one.           10:32:18

 5         A.   (Witness complies.)                             10:32:21

 6         Q.   And you can see that this is an affidavit       10:32:21

 7    that you signed and that was filed in the                 10:32:26

 8    Supreme Court of the State of New York on May 16th of     10:32:28

 9    2018.                                                     10:32:32

10         Do you see that?                                     10:32:34

11         A.   Yes.                                            10:32:35

12         Q.   Okay.  Now, I also note that on page           10:32:40

13    three -- sorry to keep jerking you around.                10:32:43

14         Could you please go to page three.                  10:32:47

15         A.   The last page; right?                          10:32:50

16         Q.   Yes, ma'am.                                    10:32:54

17         A.   (Witness complies.)                            10:32:55

18         Yes.                                                 10:32:55

19         I am here.                                           10:32:56

20         Q.   You will see above the notary public's         10:32:56

21    signature that it indicates that it was sworn on          10:32:59

22    May 15th of 2018.                                         10:33:02

23         Do you see that there?                              10:33:04

24         A.   Yes.                                            10:33:05

25         Q.   Okay.  Now go back to page one for me.         10:33:08
```

Page 57

```
 1        A.   (Witness complies.)                    10:33:11

 2        Q.   Tell me when you are there.            10:33:14

 3        A.   Yes.                                   10:33:17

 4        Q.   The very first sentence of your dep- -- 10:33:18

 5   excuse me.  Of this affidavit says:             10:33:23

 6                  "I am the president of Golden Spring 10:33:26

 7             (New York) Limited, and in that capacity 10:33:28

 8             serve as an administrator for the interests 10:33:32

 9             of the defendant sued herein as Kwok Ho  10:33:35

10             Wan" --                                10:33:35

11             And then there follows several akas.   10:33:42

12                  -- "and his family," period.      10:33:46

13             Do you see that sentence?              10:33:48

14        A.   Yes.                                   10:33:52

15        Q.   So I'll ask you to tell me what being an 10:33:52

16   administrator of the interests of Mr. Kwok Ho Wan and 10:34:00

17   his family means, because they are your words.  10:34:12

18        A.   This is drafted by the attorneys also; so in 10:34:16

19   my understanding, an administrator, these words -- 10:34:20

20   as, again, I am not native speaker at all -- means 10:34:25

21   that I work for Golden Spring and take instruction 10:34:30

22   from owner of Golden Spring to work out the      10:34:32

23   assignment and task Golden Spring request me to do is 10:34:39

24   what I mean in here.                             10:34:43

25        Q.   How many affidavits do you think you have 10:34:44
```

Page 58

```
 1    signed in your lifetime?                        10:34:48

 2         A.   I don't recall.                       10:34:50

 3         Q.   More than five?                        10:34:52

 4         A.   I don't recall.                       10:34:55

 5         Q.   More than twenty-five?                 10:34:57

 6         A.   I don't recall.                       10:34:59

 7         Q.   Maybe more than fifty?                 10:35:01

 8         A.   I don't recall.                       10:35:04

 9         Q.   Do you know what -- what an affidavit is?   10:35:08

10         A.   What do you mean, do I know what affidavit   10:35:12

11    is?                                             10:35:17

12         Q.   Do you know what an affidavit is?  Do you   10:35:18

13    know what the word means?                       10:35:20

14         A.   I don't understand your question.     10:35:23

15         MR. HARBACH:  Ms. Johnston, can you please   10:35:30

16    translate.                                      10:35:33

17         Do you know what an affidavit is?          10:35:34

18         THE INTERPRETER:  (Interprets question.)   10:35:47

19         THE WITNESS:  So I don't understand your   10:35:47

20    question.  All I have done in that I work for   10:35:58

21    Golden Spring (New York) Limited.  I am not native   10:36:01

22    speaker.  I am definitely not legal person either;   10:36:01

23    right?                                          10:36:01

24         So like, I just to be here, and then what   10:36:06

25    being before there to tell the legal all the truthful   10:36:07
```

Page 59

```
 1    information as best of my capacity and as best of my      10:36:11

 2    knowledge --                                             10:36:15

 3    BY MR. HARBACH:                                          10:36:16

 4         Q.  Okay.                                           10:36:16

 5         A.  -- is what I can say.                           10:36:16

 6         Q.  Okay.                                           10:36:18

 7         A.  I don't know what you are looking for.          10:36:18

 8    I mean, if you are looking for words in the              10:36:20

 9    dictionary, I don't know what you are looking for.       10:36:22

10         Q.  I'm asking you if you know what an affidavit    10:36:24

11    is.                                                      10:36:27

12         A.  Affidavit is a legal paperwork.                 10:36:28

13         Q.  Okay.  And do you understand that an            10:36:30

14    affidavit is a piece of legal paperwork where            10:36:34

15    a person provides testimony that is sworn under oath?    10:36:38

16         A.  Yes.                                            10:36:46

17         Q.  Okay.  And you told me a moment ago you --      10:36:47

18    actually, I want to be fair.                             10:36:51

19             You don't -- you don't know how many            10:36:54

20    affidavits you may have done in the past; is that        10:36:56

21    correct?                                                 10:37:01

22         A.  I don't recall.  Like, why should I recall      10:37:02

23    how many of them?  I mean --                             10:37:08

24         Q.  I'm not -- I'm not suggesting --                10:37:10

25         A.  I don't work in a law firm; right?             10:37:12
```

Page 60

| | | |
|---|---|---|
| 1 | Q.  I'm not -- | 10:37:14 |
| 2 | A.  So why should I recall? | 10:37:14 |
| 3 | Q.  I'm not suggesting whether you should or you | 10:37:16 |
| 4 | shouldn't.  All I'm asking is whether you know how | 10:37:19 |
| 5 | many affidavits you have prepared in your life. | 10:37:23 |
| 6 | And I understood your answer to be that you | 10:37:26 |
| 7 | do not know; is that right? | 10:37:29 |
| 8 | A.  Sir, now you are asking in my life.  I don't | 10:37:31 |
| 9 | recall.  That is my answer. | 10:37:36 |
| 10 | Q.  Okay.  That is fine.  That is all I'm | 10:37:38 |
| 11 | asking. | 10:37:41 |
| 12 | You have told me that you understand an | 10:37:43 |
| 13 | affidavit to be a legal document where a person | 10:37:46 |
| 14 | provides testimony that is sworn under oath; is that | 10:37:51 |
| 15 | right? | 10:37:55 |
| 16 | A.  The sentence which you read me through, this | 10:37:58 |
| 17 | was I signed back to 2018.  And then now as | 10:38:01 |
| 18 | April 2020 [sic] of course I couldn't remember that, | 10:38:08 |
| 19 | like, four years ago almost. | 10:38:15 |
| 20 | Q.  But -- | 10:38:17 |
| 21 | A.  But I do know that that is a legal | 10:38:17 |
| 22 | paperwork.  I gave all my truthful and honest | 10:38:19 |
| 23 | information in that paperwork.  This I am testifying | 10:38:22 |
| 24 | right now. | 10:38:25 |
| 25 | Q.  Okay.  And so when you signed this affidavit | 10:38:26 |

Page 61

| | | |
|---|---|---|
| 1 | in May of 2018, it was truthful when you signed it; | 10:38:29 |
| 2 | is that correct? | 10:38:39 |
| 3 | A.  When I signed and I gave all my truthful | 10:38:41 |
| 4 | information. | 10:38:47 |
| 5 | Q.  Was this -- this affidavit that is Exhibit 4 | 10:38:49 |
| 6 | that we're looking at, was it true when you signed it | 10:38:53 |
| 7 | and swore to it? | 10:38:58 |
| 8 | A.  I signed affidavit back to 2018 of this | 10:39:03 |
| 9 | one.  That is my best and truthful knowledge and | 10:39:07 |
| 10 | information I gave. | 10:39:12 |
| 11 | Q.  Is that a "yes"? | 10:39:14 |
| 12 | A.  I answered your question, sir, already. | 10:39:17 |
| 13 | Q.  Well, I'm going to ask it one more time. | 10:39:20 |
| 14 | I think you may have, but I want to ask it one more | 10:39:24 |
| 15 | time just to make sure we are clear. | 10:39:28 |
| 16 | Was this affidavit -- that is, Exhibit 4 -- | 10:39:30 |
| 17 | true at the time that you signed it? | 10:39:32 |
| 18 | A.  What do you mean, at the time when I signed | 10:39:37 |
| 19 | it?  I mean, I signed it as true back in 2018. | 10:39:46 |
| 20 | Q.  Right. | 10:39:51 |
| 21 | And -- and here's the -- here's the problem. | 10:39:51 |
| 22 | Just a few minutes ago, when I asked you about the | 10:39:55 |
| 23 | first sentence of Exhibit 4, you said something about | 10:39:59 |
| 24 | this document being prepared by lawyers and that | 10:40:02 |
| 25 | English isn't your first language and that -- and so | 10:40:06 |

Page 62

| | | |
|---|---|---|
| 1 | that is why I'm asking these questions so that I can | 10:40:12 |
| 2 | understand whether what is written on the page here | 10:40:15 |
| 3 | is your truthful testimony or not. | 10:40:19 |
| 4 | A.  So.... | 10:40:27 |
| 5 | Q.  All I can do is ask you -- let me finish my | 10:40:29 |
| 6 | question. | 10:40:33 |
| 7 | I don't know what is in your brain.  All | 10:40:33 |
| 8 | I can do is ask questions.  You have told me that you | 10:40:36 |
| 9 | signed this document.  You have told me that you | 10:40:39 |
| 10 | understand it is an affidavit.  You have told me what | 10:40:41 |
| 11 | you understand an affidavit to be. | 10:40:45 |
| 12 | And so now all I'm asking you is whether | 10:40:50 |
| 13 | this particular affidavit was true when you signed | 10:40:53 |
| 14 | it.  That is a yes, no, I don't know, or I don't | 10:40:59 |
| 15 | remember question. | 10:41:06 |
| 16 | A.  This is several questions, sir.  I cannot | 10:41:11 |
| 17 | only answer one yes or one no. | 10:41:14 |
| 18 | Q.  Sure you can.  It is a single question.  The | 10:41:17 |
| 19 | answer can be either yes, it could be no, it could be | 10:41:21 |
| 20 | I don't know, or it could be I don't remember. | 10:41:25 |
| 21 | A.  The affidavit -- | 10:41:32 |
| 22 | Q.  Do you need me to ask the question one more | 10:41:33 |
| 23 | time? | 10:41:36 |
| 24 | A.  The affidavit, which I signed back to 2018, | 10:41:36 |
| 25 | was drafted by attorney, yes.  My language -- English | 10:41:39 |

Page 63

```
 1   is not my native language, yes.  I signed affidavit        10:41:45

 2   back to 2018.  That is a truthful information as best       10:41:50

 3   of my knowledge.  By then, when I signed my name in         10:41:53

 4   there, yes.                                                 10:41:57

 5         I'm testifying right now to explain and let           10:41:58

 6   you know all of those yes and no, that is my truthful       10:42:02

 7   testimony by now, yes.  This is all my yes and no           10:42:06

 8   answer, sir.                                                10:42:10

 9      Q.  At the time that you signed Exhibit 4, did           10:42:11

10   you understand it?                                          10:42:14

11      A.  Understand what?                                     10:42:18

12      Q.  Did you understand what you were signing?            10:42:19

13      A.  The affidavit.                                       10:42:22

14      Q.  Were you able to read it and understand what         10:42:24

15   it said?                                                    10:42:27

16      A.  I don't understand your question.  What --           10:42:31

17   you are asking my recollection back to 2018?                10:42:35

18      Q.  You --                                               10:42:38

19      A.  I don't recall.                                      10:42:38

20      Q.  You don't recall whether when you signed             10:42:38

21   this affidavit you understood what it said?                 10:42:41

22      A.  It is four years ago, sir.  I don't recall           10:42:46

23   the details by then.                                        10:42:49

24      Q.  Do you make a habit of signing affidavits            10:42:51

25   under oath when you don't understand what they say --       10:42:55
```

                                                      Page 64

```
 1    with- -- withdrawn.                                10:42:58

 2           MR. HARBACH:  Scott, you don't have to       10:43:01

 3    object.                                            10:43:02

 4    BY MR. HARBACH:                                    10:43:03

 5       Q.  Do you recall whether this affidavit was    10:43:04

 6    translated for you?                                10:43:06

 7       A.  I don't recall.  Again, like, it is three or 10:43:07

 8    four years ago.  I don't recall.                   10:43:11

 9       Q.  When was the last affidavit that you        10:43:16

10    executed, approximately?                           10:43:26

11           MR. ROSEN:  Objection.                      10:43:28

12           We -- we have really got to move on, David.  10:43:30

13    This is --                                         10:43:34

14           MR. HARBACH:  Listen, now, Scott.  This is   10:43:35

15    nothing personal, obviously.  I would love nothing  10:43:38

16    more than to move on, but I'm just trying to get the 10:43:40

17    witness to adopt what she swore to three years ago. 10:43:44

18           MR. ROSEN:  All right.  How is that relevant 10:43:51

19    to the 30(b)(6) deposition topics today?           10:43:53

20           MR. HARBACH:  Oh, because it is squarely     10:43:56

21    within what her job is as president of Golden Spring 10:43:58

22    (New York).  That is 100 percent within the scope of 10:44:02

23    what we're talking about here.  She has told us about 10:44:05

24    all the titles that she has, and I'm exploring what 10:44:09

25    she does.  And she has filed an affidavit saying that 10:44:13
```

Page 65

```
 1    her job is what we have read several times, and now      10:44:16

 2    she doesn't want to answer that.  She doesn't want to    10:44:20

 3    own that; so I'm going to stop arguing, but it is        10:44:23

 4    plainly relevant.  Plainly relevant.                     10:44:27

 5          You can instruct her not to answer.  You can       10:44:30

 6    instruct her not to answer any question that mentions    10:44:33

 7    Ho Wan Kwok if you want.  But I'm going to stay right    10:44:36

 8    here until I understand what was in this witness'        10:44:39

 9    head when she signed this affidavit.                     10:44:42

10          MR. ROSEN:  Well, I think you have -- you          10:44:44

11    have pretty much established on the record that what     10:44:46

12    you are going for has nothing to do with this DIP        10:44:50

13    loan.                                                    10:44:52

14          So I am going to instruct the witness not to       10:44:52

15    answer this question.                                    10:44:55

16          MR. HARBACH:  Okay.  I think we should take        10:44:56

17    a little break because, among other things, I need to    10:44:59

18    go to the restroom.                                      10:45:01

19          So can we please, Mr. Videographer, take ten       10:45:03

20    minutes.                                                 10:45:06

21          THE VIDEOGRAPHER:  We are going off the            10:45:06

22    record.                                                  10:45:08

23          The time is 10:45.                                 10:45:08

24          (Short recess taken.)                              10:45:10

25          THE VIDEOGRAPHER:  We are back on the              11:00:21
```

Page 66

```
 1   record.                                              11:00:23

 2         The time is 11:00 o'clock.                     11:00:23

 3   BY MR. HARBACH:                                      11:00:31

 4      Q.  Ms. Wang, before the break I was asking you  11:00:35

 5   about Exhibit 4, which is an affidavit that you      11:00:37

 6   signed in May of 2018.                               11:00:43

 7         MR. HARBACH:  Scott, I confess, I do not       11:00:48

 8   recall whether where we left off was with your       11:00:51

 9   instructing the witness not to answer my question -- 11:00:54

10   any more questions about this.  And let me -- and let 11:01:00

11   me just -- let me say before you answer that if you  11:01:04

12   let me answer one or two -- ask one or two more, I'll 11:01:07

13   move on.                                             11:01:13

14         MR. ROSEN:  I appreciate that, and yeah.       11:01:14

15   Please -- I'll instruct the witness at this time to  11:01:18

16   answer the question.                                 11:01:22

17         MR. HARBACH:  Okay.  Thank you.                11:01:24

18   BY MR. HARBACH:                                      11:01:25

19      Q.  So Ms. Wang, do you still have Exhibit 4 in   11:01:25

20   front of you?                                        11:01:30

21      A.  Exhibit 4?  Yes, sir.  Yes.                   11:01:32

22      Q.  Okay.  So again, reminding you that this      11:01:38

23   affidavit was signed in May 2018.                    11:01:41

24         My question for you is is it true that in      11:01:45

25   May of 2018, as president of Golden Spring           11:01:51
```

Page 67

| | | |
|---|---|---|
| 1 | (New York), you served as an administrator for the | 11:01:57 |
| 2 | interests of Mr. Kwok Ho Wan and his family? | 11:02:01 |
| 3 | A.   Yes. | 11:02:07 |
| 4 | As the language read in my affidavit, yes. | 11:02:13 |
| 5 | Q.   Do you recall what you meant by an | 11:02:16 |
| 6 | administrator for the interests of Mr. Kwok Ho Wan | 11:02:45 |
| 7 | and his family? | 11:02:49 |
| 8 | A.   The language in this affidavit was drafted | 11:02:51 |
| 9 | by attorney, and, in my understanding, | 11:02:57 |
| 10 | Golden Spring -- as per Mr. Qiang Guo's instruction, | 11:03:03 |
| 11 | Golden Spring, like, pay Mr. Ho Wan Kwok, like, his | 11:03:10 |
| 12 | lifestyle and then et cetera; so that was my | 11:03:17 |
| 13 | understanding. | 11:03:21 |
| 14 | Q.   That was your understanding of your role? | 11:03:22 |
| 15 | Because that was what my question was about. | 11:03:27 |
| 16 | A.   My role as president of Golden Spring or | 11:03:31 |
| 17 | administrator? | 11:03:35 |
| 18 | Q.   Well, you have stated that as president, you | 11:03:36 |
| 19 | served as an administrator of Mr. Kwok | 11:03:42 |
| 20 | Ho Wan's interests. | 11:03:46 |
| 21 | And so I'm asking about whether what you | 11:03:50 |
| 22 | just described was your role in May of 2018. | 11:03:54 |
| 23 | A.   I am the president of Golden Spring.  I took | 11:04:01 |
| 24 | instruction from Mr. Qiang Guo and served as an | 11:04:05 |
| 25 | administrator -- administrator for his father. | 11:04:09 |

Page 68

```
 1        Q.  And was that true from the moment you began      11:04:13

 2   working at Golden Spring?                                 11:04:17

 3        A.  Oh, sir, the moment -- again, you are asking     11:04:21

 4   the time; right?                                          11:04:25

 5        Q.  Well, I'm asking whether what you just           11:04:27

 6   described as your duties as an administrator, was         11:04:31

 7   that true from the beginning, from when you first         11:04:38

 8   started working at Golden Spring (New York)?              11:04:40

 9        A.  When I started working for Golden Spring         11:04:42

10   (New York), I did take instruction from Mr. Qiang Guo     11:04:52

11   to -- to serve, as I said, as administrator for his      11:04:54

12   father.                                                   11:05:00

13        Q.  And so that would have been in the spring of    11:05:00

14   2018, when you started working for Golden Spring          11:05:04

15   (New York); is that right?                                11:05:07

16        A.  Correct, sir.                                    11:05:10

17        Q.  And how frequently did you communicate with     11:05:11

18   Mr. Qiang Guo during that time, say the spring of        11:05:16

19   2018?                                                     11:05:22

20        A.  I don't recall, but I do believe we -- we       11:05:24

21   talk as needed.                                           11:05:29

22        Q.  Okay.  Once a day?                               11:05:30

23        A.  I don't recall.                                  11:05:35

24        Q.  Okay.  Do you recall whether you talked to      11:05:36

25   him once a week?                                          11:05:39
```

Page 69

| | | |
|---|---|---|
| 1 | A.  I don't recall.  As I said, we just talk as | 11:05:43 |
| 2 | needed.  If, you know, we need to talk, we just talk. | 11:05:47 |
| 3 | Q.  Okay. | 11:05:51 |
| 4 | A.  I don't, like, calculate, yeah. | 11:05:52 |
| 5 | Q.  No.  I understand. | 11:05:54 |
| 6 | And I don't mean to be asking for a precise | 11:05:56 |
| 7 | calculation.  I'm just trying to get a sense of how | 11:05:58 |
| 8 | often you talked to him. | 11:06:02 |
| 9 | When you talked to him, meaning | 11:06:03 |
| 10 | Mr. Qiang Guo, did you speak by phone? in person? | 11:06:06 |
| 11 | a mix? | 11:06:12 |
| 12 | A.  Both. | 11:06:15 |
| 13 | Q.  Okay.  Hang on one second, please.  Sorry | 11:06:22 |
| 14 | for the holdup. | 11:06:58 |
| 15 | How often did you communicate with | 11:07:01 |
| 16 | Mr. Ho Wan Kwok in the spring of 2018 to fulfill your | 11:07:07 |
| 17 | role, as you have described it? | 11:07:13 |
| 18 | A.  I don't recall. | 11:07:17 |
| 19 | Q.  Did you ever communicate with him? | 11:07:18 |
| 20 | A.  Yes. | 11:07:23 |
| 21 | We did communicate. | 11:07:26 |
| 22 | Q.  And was that in person? | 11:07:27 |
| 23 | A.  Yes. | 11:07:31 |
| 24 | In person. | 11:07:33 |
| 25 | Q.  Okay.  And how frequently? | 11:07:33 |

Page 70

```
 1        A.  I don't recall.                          11:07:37

 2        Q.  Okay.  More than one a week?             11:07:40

 3        A.  Sir, you are asking back to 2018, when   11:07:45

 4   I start work for Golden Spring?                   11:07:51

 5        Q.  Yes.  Yes, ma'am.  I am.                 11:07:54

 6        A.  Oh, I don't recall.                      11:07:57

 7        Q.  Okay.  Let's see.                        11:07:58

 8            MR. HARBACH:  Oh, thank you.             11:08:26

 9   BY MR. HARBACH:                                   11:08:26

10        Q.  My colleague reminds me, I meant to ask this   11:08:28

11   question.                                         11:08:32

12            When you started working at Golden Spring   11:08:32

13   (New York) in New York City, where did you reside?   11:08:37

14   I don't mean the -- the exact address, but where did   11:08:41

15   you reside?                                       11:08:45

16            MR. ROSEN:  Objection.  There are security   11:08:47

17   reasons that Ms. Wang does not want to give       11:08:51

18   a residence address.                              11:08:54

19            Are you talking about a city or -- something   11:08:57

20   as general as a city or are you talking address?  11:09:00

21            MR. HARBACH:  I'll -- I'll try and ask the   11:09:05

22   question in a way that avoids those concerns, Scott.   11:09:07

23            MR. ROSEN:  Thank you.                   11:09:11

24   BY MR. HARBACH:                                   11:09:12

25        Q.  Ms. Wang, when you started working at    11:09:12
```

Page 71

| | | |
|---|---|---|
| 1 | Golden Spring (New York) in New York City in 2018, | 11:09:15 |
| 2 | did you reside in the same location as | 11:09:21 |
| 3 | Mr. Ho Wan Kwok? | 11:09:24 |
| 4 | A.  I lived in New York. | 11:09:33 |
| 5 | Q.  Did you reside -- again, I'm not talking | 11:09:34 |
| 6 | about now. | 11:09:41 |
| 7 | I'm talking about in 2018, when you started | 11:09:41 |
| 8 | working at Golden Spring (New York), did you reside | 11:09:46 |
| 9 | in the same dwelling as Mr. Ho Wan Kwok? | 11:09:51 |
| 10 | A.  Sir, what do you mean by dwelling?  Do you | 11:10:00 |
| 11 | mean -- | 11:10:03 |
| 12 | Q.  A house. | 11:10:03 |
| 13 | A.  Is it -- | 11:10:04 |
| 14 | Q.  Is it a house? an apartment?  It doesn't | 11:10:05 |
| 15 | matter. | 11:10:09 |
| 16 | Did you live in the same home as | 11:10:09 |
| 17 | Mr. Ho Wan Kwok? | 11:10:12 |
| 18 | A.  No. | 11:10:12 |
| 19 | Q.  Have you ever been to the -- withdrawn. | 11:10:19 |
| 20 | Have you ever lived in the eighteenth floor | 11:10:22 |
| 21 | apartment of the Sherry-Netherland? | 11:10:29 |
| 22 | A.  I visited there, sir. | 11:10:33 |
| 23 | Q.  Fair enough. | 11:10:36 |
| 24 | I'm asking whether you have ever resided | 11:10:36 |
| 25 | there. | 11:10:40 |

Page 72

```
 1        A.  What do you mean, reside?  As in, like,      11:10:40

 2   my -- my home?  No.                                   11:10:45

 3        Q.  Okay.  Have you ever stayed there for --     11:10:47

 4            MR. HARBACH:  And, Scott, this is my last    11:10:52

 5   one.                                                  11:10:54

 6   BY MR. HARBACH:                                       11:10:55

 7        Q.  Have you ever stayed there for more than     11:10:55

 8   a couple of weeks?                                    11:10:58

 9        A.  I don't recall.                              11:10:59

10        Q.  Okay.  Can we turn now to -- back to         11:11:00

11   Exhibit 1.                                            11:11:20

12        A.  (Witness complies.)                          11:11:22

13        Q.  Tell me when you have got it up, Ms. Wang.   11:11:28

14        A.  Yes, I am.                                   11:11:35

15        Q.  Okay.  The cover page, just to help you      11:11:36

16   orient yourself, is dated October 11th, 2018, which   11:11:44

17   was the date of this deposition.                      11:11:49

18            Okay?                                        11:11:52

19        A.  Yes.                                         11:11:54

20        Q.  All right.  And so that is approximately --  11:11:54

21   I don't know -- six months after you started working  11:12:00

22   at Golden Spring (New York)?                          11:12:03

23        A.  And -- yes.  Kind of.                        11:12:11

24        Q.  You said you started working in the spring   11:12:13

25   of 2018; so approximately six months.                 11:12:16
```

Page 73

| | | |
|---|---|---|
| 1 | Is that fair? | 11:12:19 |
| 2 | A.  Yes. | 11:12:20 |
| 3 | Q.  Okay.  So let's go to page sixty. | 11:12:21 |
| 4 | A.  (Witness complies.) | 11:12:32 |
| 5 | Q.  And, again, looking at the little pages. | 11:12:33 |
| 6 | Tell me when you are there. | 11:12:45 |
| 7 | A.  Yes. | 11:12:50 |
| 8 | Q.  Okay.  The very top of page sixty there is | 11:12:50 |
| 9 | a -- the tail end of a question and then a question | 11:12:54 |
| 10 | that begins on line two: | 11:12:57 |
| 11 | "QUESTION:  Do you know Mileson Kwok?" | 11:13:00 |
| 12 | Your answer is: | 11:13:04 |
| 13 | "ANSWER:  Yes." | 11:13:05 |
| 14 | The question: | 11:13:06 |
| 15 | "QUESTION:  Is that Mr. Kwok's son? | 11:13:06 |
| 16 | "ANSWER:  Yes. | 11:13:09 |
| 17 | "QUESTION:  Have you ever met him in | 11:13:11 |
| 18 | person? | 11:13:12 |
| 19 | "ANSWER:  Yes. | 11:13:13 |
| 20 | "QUESTION:  Does he have any role at | 11:13:14 |
| 21 | Golden Spring? | 11:13:17 |
| 22 | "ANSWER:  I don't know. | 11:13:19 |
| 23 | "QUESTION:  You never interacted with | 11:13:22 |
| 24 | him in regard to any Golden Spring business? | 11:13:24 |
| 25 | "ANSWER:  No." | 11:13:28 |

Page 74

```
 1              Did I read that correctly?                  11:13:36

 2       A.  Yes.                                           11:13:38

 3       Q.  Can you explain -- well, first of all, is      11:13:39

 4  that true?                                              11:13:46

 5       A.  Well --                                        11:13:52

 6       Q.  Let's go through them -- let's go through      11:13:53

 7  them one by one so we can be crystal clear.  First      11:13:57

 8  question:                                               11:14:01

 9              "QUESTION:  Do you know Mileson Kwong?"      11:14:01

10              Was that true in October 11th, 2018, you    11:14:09

11  knew Mileson Kwok?  Was that true?                      11:14:11

12       A.   I was given a wrong impression back in 2018.  11:14:13

13  Like, I was thinking, like, Mileson go with Kwok        11:14:17

14  also.  The reason why --                                11:14:22

15       Q.  I am --                                        11:14:22

16       A.  -- I am --                                     11:14:24

17       Q.  -- going to --                                 11:14:24

18       A.  -- testifying --                               11:14:24

19       Q.  -- interrupt.                                  11:14:24

20       A.  -- right now --                                11:14:25

21       Q.  Yeah.                                          11:14:25

22       A.  -- I was corrected by Mr. Qiang Guo.           11:14:27

23  He purposely corrected me after -- I forget when.  He   11:14:30

24  corrected me and said that he always go with           11:14:33

25  Mileson Kwok; so the testimony by then back in 2018     11:14:37
```

| | | |
|---|---|---|
| 1 | was accurate. | 11:14:41 |
| 2 | Q.  Okay. | 11:14:42 |
| 3 | A.  The testimony right now, after I was | 11:14:43 |
| 4 | corrected, is accurate also, sir. | 11:14:45 |
| 5 | Q.  I see. | 11:14:48 |
| 6 | And so the -- the correction concerned his | 11:14:49 |
| 7 | name; right? | 11:14:51 |
| 8 | A.  Yes. | 11:14:52 |
| 9 | Mr. Qiang Guo's name. | 11:14:53 |
| 10 | Q.  Okay. | 11:14:55 |
| 11 | A.  That is reason why I am insisting calling | 11:14:56 |
| 12 | him Mr. Qiang Guo; right? | 11:15:00 |
| 13 | So that is the accurate -- you know, his | 11:15:00 |
| 14 | official name. | 11:15:04 |
| 15 | Q.  Understood. | 11:15:04 |
| 16 | A.  That works better for me, yeah. | 11:15:05 |
| 17 | MR. HARBACH:  And with apologies to the | 11:15:07 |
| 18 | reporter for interrupting.  I'll try to do better. | 11:15:10 |
| 19 | BY MR. HARBACH: | 11:15:13 |
| 20 | Q.  Next question on the deposition transcript | 11:15:13 |
| 21 | is: | 11:15:16 |
| 22 | "QUESTION:  Is that Mr. Kwok's son? | 11:15:17 |
| 23 | "ANSWER:  Yes." | 11:15:20 |
| 24 | So there is no question whether it is | 11:15:22 |
| 25 | Mileson Kwok or Qiang Guo. | 11:15:25 |

Page 76

```
 1            We are talking about Mr. Kwok Ho Wan's son;    11:15:27

 2   correct?                                                11:15:34

 3        A.  Correct.                                       11:15:34

 4        Q.  And Mr. Ho Wan Kwok has one, and only one,     11:15:35

 5   son; correct?                                           11:15:40

 6        A.  Correct.                                       11:15:42

 7        Q.  Okay.  Next question:                          11:15:43

 8                "QUESTION:  Have you ever met him" --       11:15:47

 9            Meaning who we're calling Qiang Guo.           11:15:51

10                -- "in person?"                            11:15:54

11            Your answer was:                               11:15:56

12                "ANSWER:  Yes."                            11:15:58

13            Was that true that you had met Qiang Guo in    11:16:01

14   person as of October 11th, 2018?                        11:16:05

15        A.  Yes.                                           11:16:07

16        Q.  Okay.  Next question:                          11:16:07

17                "QUESTION:  Does he, Qiang Guo, have any    11:16:17

18            role at Golden Spring?"                        11:16:17

19            Your answer was you don't know.                11:16:19

20            Now, this is six months after you said you     11:16:22

21   started at Golden Spring.  Months after what you        11:16:25

22   claim earlier were conversations with Mr. Qiang Guo     11:16:31

23   about your role and duties.                             11:16:35

24            So why, six months after you started at        11:16:39

25   Golden Spring, did you say that you didn't know         11:16:42
```

Page 77

| | | |
|---|---|---|
| 1 | whether he had any role? | 11:16:46 |
| 2 | A.  That was after -- | 11:16:50 |
| 3 | Q.  Isn't that -- isn't that also true that you | 11:16:52 |
| 4 | did not know? | 11:16:55 |
| 5 | A.  So sir, you finish your question; so can | 11:17:02 |
| 6 | I start to answer or you still have more, sir?  I'll | 11:17:06 |
| 7 | wait until you finish. | 11:17:09 |
| 8 | Q.  You -- thank you for waiting. | 11:17:11 |
| 9 | You can answer if you answer my question. | 11:17:12 |
| 10 | The question is is it true that as of | 11:17:15 |
| 11 | October 11th, 2018, you did not know whether | 11:17:19 |
| 12 | Qiang Guo had any role at Golden Spring?  That is the | 11:17:27 |
| 13 | question. | 11:17:30 |
| 14 | A.  Back to 2018, I don't know by then in my | 11:17:33 |
| 15 | understanding the role means employee or employees; | 11:17:38 |
| 16 | so by then I did not know whether he was employee or | 11:17:43 |
| 17 | not.  But I do know he is the boss.  He is the owner. | 11:17:47 |
| 18 | I do not know whether he is employee or not because | 11:17:51 |
| 19 | he was majorly handling the Golden Spring majority of | 11:17:54 |
| 20 | work by then.  I only work and cooperate with him as | 11:18:00 |
| 21 | needed back in 2018. | 11:18:05 |
| 22 | Q.  In 2018 you didn't say he was the boss?  Six | 11:18:07 |
| 23 | months after you claimed to have started working with | 11:18:13 |
| 24 | him you didn't say he was the boss, did you? | 11:18:16 |
| 25 | A.  I was not asked whether he was the boss or | 11:18:19 |

Page 78

```
 1    not.                                               11:18:24

 2         Q.  You were asked whether he had any role?   11:18:24

 3         A.  Any role, in my understanding back to 2018,  11:18:27

 4    as employee.                                       11:18:32

 5         Q.  Okay.  How about the next question:        11:18:33

 6              "QUESTION:  You never interacted with    11:18:37

 7          him in regards to any Golden Spring          11:18:39

 8          business?"                                   11:18:43

 9         That was the question you were asked, and     11:18:46

10    the answer you gave was:                           11:18:48

11              "ANSWER:  No."                           11:18:51

12         My question for you right now is is it        11:18:52

13    true -- is it true that as of October 11th, 2018, you  11:18:55

14    had not interacted with Qiang Guo in regard to any  11:19:01

15    Golden Spring business?  Is that true or not?      11:19:08

16         A.  It is a correct answer because back in 2018,  11:19:13

17    Mr. Qiang Guo, he was the major person running     11:19:19

18    Golden Spring; so I didn't understand -- again,    11:19:22

19    English not my native language -- what is interacted  11:19:29

20    with.  My understanding, by then he was running the  11:19:33

21    company.  I just work for him as he needed.  That is  11:19:35

22    my understanding; so -- which is correct.          11:19:38

23         Q.  Right.                                    11:19:41

24         And you told me five minutes ago that you     11:19:41

25    had contact with him -- you didn't remember how    11:19:44
```

Page 79

```
 1   frequently -- and that it was -- I believe you said        11:19:47

 2   a mix of by phone and in person.                           11:19:51

 3          Do you -- does that not count as interaction         11:19:59

 4   in your mind?                                              11:20:02

 5      A.   Interact with him in Golden Spring business.       11:20:03

 6   I mean, him and myself, we're friend also along the        11:20:06

 7   way for so many years; so when you ask me five             11:20:11

 8   minutes ago, I mean, we do, like, meet and talk as         11:20:14

 9   needed.  But the question back to 2018, it is asking       11:20:18

10   about interacted with him in regard to any                 11:20:23

11   Golden Spring business, which my testify was true.         11:20:26

12   He was in charge of all the Golden Spring business         11:20:29

13   back to then.  And I know I'm part of Golden Spring,       11:20:32

14   but, really, like, he -- he was the person running         11:20:36

15   the business.                                              11:20:39

16      Q.   Ms. Wang, isn't it true that, in fact, you         11:20:40

17   were not interacting with Qiang Guo, certainly not in      11:20:46

18   2018, about Golden Spring business?  Isn't that true?      11:20:51

19      A.   Can you reframe your question again, sir?          11:20:56

20      Q.   Isn't it true that in 2018 you, in fact,           11:21:01

21   were not interacting with Mr. Qiang Guo at all             11:21:05

22   related to anything Golden Spring was doing?  Isn't        11:21:10

23   that the truth?                                            11:21:14

24      A.   I don't recall.  It is too long time ago,          11:21:15

25   and this deposition was conducted -- I don't believe       11:21:21
```

Page 80

```
 1    I had an interpreter by then.                        11:21:25

 2         Q.  Isn't it also true that the boss of         11:21:27

 3    Golden Spring (New York), when you started working   11:21:30

 4    there, wasn't Qiang Guo; it was Mr. Ho Wan Kwok?     11:21:32

 5    Isn't that true?                                     11:21:37

 6         A.  Golden Spring (New York)'s boss is always   11:21:38

 7    Mr. Qiang Guo.                                       11:21:43

 8         Q.  Isn't it true that you have been a long-term 11:21:44

 9    employee of Mr. Ho Wan Kwok?                         11:21:53

10         A.  I have been working for Mr. Qiang Guo,      11:22:00

11    himself, and his family.                            11:22:04

12         Q.  Yeah.  I'm -- I'm not asking about          11:22:06

13    Mr. Qiang Guo.  I'll ask the question again.         11:22:08

14             Isn't it true that you were a long-term     11:22:13

15    employee of Mr. Ho Wan Kwok?                         11:22:18

16         A.  I don't believe so.  Mr. Ho Wan Kwok, he   11:22:23

17    never pay me or ever pays me or pay me at all.       11:22:25

18         Q.  Does he tell you --                         11:22:29

19         A.  So I always work for Mr. Qiang Guo and his  11:22:31

20    business.                                            11:22:35

21         Q.  Does Mr. Ho Wan Kwok ever tell you what to  11:22:35

22    do?                                                  11:22:37

23         A.  What do you mean, ever tell me what to -- if 11:22:38

24    they ask me for help, of course I will offer my help 11:22:42

25    to him.                                              11:22:45
```

Page 81

```
 1        Q.  Does -- does Mr. Ho Wan Kwok ever give you      11:22:46

 2   direction?                                              11:22:48

 3        A.  He ask for support and help, which I'm         11:22:49

 4   always willing to do that for him.                      11:22:55

 5        Q.  Does he ask -- ever ask you to go get          11:22:57

 6   coffee?                                                 11:23:00

 7        A.  I don't recall.                                11:23:01

 8            What do you mean?                              11:23:03

 9        Q.  You don't -- you don't recall whether         11:23:05

10   Mr. Ho Wan Kwok has ever asked you to get coffee?       11:23:07

11        A.  Sir, I mean, I don't recall.  Just, like,      11:23:11

12   why I should recall someone ask me to get coffee;       11:23:15

13   right?                                                 11:23:18

14        Q.  Well, I don't -- I don't know.  Maybe he has   11:23:19

15   asked you to get coffee hundreds of times.  Maybe he    11:23:21

16   never has.  All I can do is ask the question.          11:23:25

17            Do you recall --                               11:23:28

18        A.  I don't recall that.                           11:23:28

19        Q.  -- if Mr. Ho Wan Kwok has ever asked you to    11:23:29

20   go get coffee?                                          11:23:32

21        A.  I don't recall.                                11:23:34

22        Q.  Okay.  What about to translate something for   11:23:34

23   him, meaning Mr. Ho Wan Kwok?  Have you ever done       11:23:37

24   that for him?                                           11:23:40

25        A.  Yes, I did.                                    11:23:41
```

Page 82

| | | |
|---|---|---|
| 1 | Q.  How frequently? | 11:23:42 |
| 2 | A.  I don't recall. | 11:23:44 |
| 3 | Q.  More than once? | 11:23:48 |
| 4 | A.  Yes. | 11:23:50 |
| 5 | More than once. | 11:23:51 |
| 6 | Q.  Okay.  When was the last time you translated | 11:23:52 |
| 7 | something for Mr. Ho Wan Kwok? | 11:23:55 |
| 8 | A.  I don't recall. | 11:23:57 |
| 9 | Q.  Okay.  Let's go to -- | 11:24:01 |
| 10 | MR. HARBACH:  What is 331?  I can't see.  Is | 11:24:08 |
| 11 | that -- | 11:24:11 |
| 12 | BY MR. HARBACH: | 11:24:13 |
| 13 | Q.  Okay.  Let's go to Exhibit 2, please. | 11:24:13 |
| 14 | A.  (Witness complies.) | 11:24:15 |
| 15 | Q.  And I'll ask you -- do you have Exhibit 2, | 11:24:23 |
| 16 | Ms. Wang? | 11:24:26 |
| 17 | A.  Yes. | 11:24:27 |
| 18 | Q.  Okay.  Can you go, please, to page | 11:24:27 |
| 19 | forty-eight. | 11:24:32 |
| 20 | A.  (Witness complies.) | 11:24:34 |
| 21 | Q.  Tell me when you are there. | 11:24:46 |
| 22 | A.  I'm working on it, sir.  Forty-eight. | 11:24:50 |
| 23 | Q.  Yes, ma'am. | 11:24:53 |
| 24 | A.  Yes. | 11:24:56 |
| 25 | I am here. | 11:24:56 |

Page 83

```
1        Q.   Okay.  And so there is a long answer on page    11:24:57

2   forty-eight that goes from line twelve to line           11:25:02

3   twenty-three.  And I'm not going to read the whole       11:25:06

4   thing, but I want to direct your attention to the        11:25:10

5   second half of that answer.  It says:                    11:25:15

6            "They are arrested and put in jail by           11:25:19

7        Chinese Communist party.  And a lot of his          11:25:22

8        family member, including his son, his               11:25:26

9        daughter, niece, nephew, and his                    11:25:28

10        sister-in-law, brothers, they were all              11:25:32

11        threatened, kidnapped, and put in jail              11:25:37

12        without any reason until now, including all         11:25:40

13        of his, like, long-term employee, just like        11:25:43

14        me."                                                11:25:47

15        So you are talking about Mr. Ho Wan Kwok            11:25:50

16   here; correct?                                           11:25:56

17        A.   Can I read the entire from sentence twelve    11:25:58

18   until twenty-three?                                      11:26:04

19        Q.   Absolutely.  Take your time, read it to       11:26:05

20   yourself, and let me know when you are finished.        11:26:08

21        A.   Thank you.                                     11:26:11

22            Okay.  I finished it, sir.                      11:27:12

23        Q.   Thank you.                                     11:27:15

24            My question is the person who you were         11:27:15

25   talking about in this answer, who you refer to as he    11:27:18
```

Page 84

```
 1   and his, is Mr. Ho Wan Kwok; correct?              11:27:22

 2        A.  And reading from the language, of course,  11:27:28

 3   this is by -- by the transcript court recorder.    11:27:33

 4   Like, it -- reading from the language, it looks like 11:27:39

 5   yes.  But I am referring to -- as I am starting from 11:27:43

 6   the Guo family, is not just his immediate family, the 11:27:47

 7   entire Guo family.                                  11:27:52

 8        Q.  Yes.                                        11:27:53

 9            And you said on line two:                   11:27:54

10               "Mr. Kwok, Miles Kwok, he is number      11:27:56

11            seventh son of the whole family."           11:28:06

12            You are talking about the debtor,           11:28:07

13   Kwok Ho Wan; correct?                                11:28:10

14        A.  Correct.                                     11:28:12

15        Q.  Okay.  And then you describe all of his      11:28:12

16   relatives and the terrible things that happens to    11:28:16

17   them.  And then you say that the people to whom that  11:28:21

18   happened include all of his, meaning                 11:28:29

19   Mr. Kwok Ho Wan -- all of his long-term employee,    11:28:34

20   just like me; so this is the basis for my question   11:28:41

21   five minutes ago.                                    11:28:49

22            Isn't it true that you are a long-term       11:28:51

23   employee of Mr. Ho Wan Kwok?  Is that true or not?   11:28:55

24        A.  I am a long-term employee for the Guo        11:29:01

25   family.  I mean, I didn't remember clearly what was  11:29:09
```

Page 85

```
 1    recorded in here.  Like, obviously, I was never in      11:29:12

 2    jail.  I am under threatened, but I was not kidnapped   11:29:17

 3    and in jail.  I think it is still blamed to my broken   11:29:21

 4    English back there.  When I say long-term employee,     11:29:27

 5    my real -- my meaning as the Guo family.  I am          11:29:30

 6    a long-term employee of Guo family.                     11:29:32

 7          Q.  Who?                                          11:29:36

 8          A.  Mr. Ho Wan Kwok, he never hired me by         11:29:37

 9    himself.                                                11:29:43

10          Q.  Well, who -- who -- first, since you brought  11:29:43

11    it up, who was the person who hired you to work for     11:29:45

12    the Guo family?                                         11:29:49

13          A.  It was a company.  It was a company called    11:29:51

14    Pangu, P-a-n-g-u.  Beijing Pangu.                       11:29:53

15          Q.  Yeah.                                         11:29:58

16              And who was the boss of Beijing Pangu when    11:29:59

17    you were hired to work for the Guo family?              11:30:03

18          A.  You mean boss, like the owner?                11:30:07

19          Q.  Well, you know, you can ascribe whatever      11:30:11

20    meaning you want to boss, Ms. Wang, but you seem to     11:30:14

21    understand that Qiang Guo is the boss of                11:30:17

22    Golden Spring; so you tell me.                          11:30:19

23          A.  Oh, understand.                               11:30:21

24              So Beijing Pangu was owned by the Guo         11:30:22

25    families.                                               11:30:28
```

Page 86

```
 1        Q.   Okay.  So who was it --              11:30:29

 2             MR. HARBACH:  And -- and, Scott, I won't   11:30:32

 3   stay here long, but she brought it up.         11:30:35

 4   BY MR. HARBACH:                                11:30:37

 5        Q.   Ms. Wang, who was it who told you at the   11:30:38

 6   very beginning -- when you first started working for   11:30:41

 7   the Guo family, who was it who told you you were   11:30:44

 8   hired?  Which person?                          11:30:47

 9        A.   I was advised by the HR department, which   11:30:49

10   I couldn't recall.  That was back in 20- -- 2008.   11:30:57

11   I couldn't recall.  But I was informed by the HR   11:31:02

12   department I was hired.                         11:31:06

13        Q.   I'm going to apologize for rewinding just   11:31:07

14   for a moment back to an earlier topic.  I'll try and   11:31:19

15   make this clear and efficient.                  11:31:24

16             In Exhibit 4, which is your affidavit, you   11:31:32

17   recall that -- that I asked you several questions   11:31:46

18   about what being an administrator for          11:31:49

19   Mr. Ho Wan Kwok's interests meant?  You with me?   11:31:52

20        A.   Yes.                                  11:31:58

21        Q.   Okay.  So the reason I'm coming back to this   11:31:58

22   is because I neglected to point something else out to   11:32:02

23   you.  And it is Exhibit 1; so could you turn to   11:32:07

24   Exhibit 1, please.                             11:32:15

25        A.   (Witness complies.)                   11:32:17
```

Page 87

| | | |
|---|---|---|
| 1 | So it is not Exhibit 2?  You want me to go | 11:32:23 |
| 2 | back to Exhibit 1, sir; right? | 11:32:26 |
| 3 | Q.  Yes, ma'am. | 11:32:29 |
| 4 | A.  (Witness complies.) | 11:32:32 |
| 5 | I'm here. | 11:32:33 |
| 6 | Q.  Okay.  Thank you. | 11:32:34 |
| 7 | Now, could you please scroll forward on the | 11:32:35 |
| 8 | small pages to page forty-six. | 11:32:38 |
| 9 | A.  (Witness complies.) | 11:32:42 |
| 10 | Yes. | 11:32:52 |
| 11 | Q.  Okay.  Very good. | 11:32:53 |
| 12 | Now, on this subject of what administrator | 11:32:54 |
| 13 | means, if you'll look down at line twenty of page | 11:32:59 |
| 14 | forty-six, you'll see a question: | 11:33:06 |
| 15 | "QUESTION:  I'm asking you whether or | 11:33:11 |
| 16 | not you serve as an administrator for | 11:33:12 |
| 17 | Mr. Kwok's" -- | 11:33:17 |
| 18 | That is Ho Wan Kwok -- for his interests. | 11:33:18 |
| 19 | And your answer was: | 11:33:22 |
| 20 | "ANSWER:  Yes." | 11:33:24 |
| 21 | And then you were asked: | 11:33:25 |
| 22 | "QUESTION:  What does that mean?" | 11:33:27 |
| 23 | And you said: | 11:33:30 |
| 24 | "ANSWER:  Translator," comma, | 11:33:31 |
| 25 | "assistant." | 11:33:33 |

Page 88

```
 1              Do you see that there?                    11:33:36

 2       A.  Yes.                                         11:33:37

 3       Q.  Now, you have already told us that you --    11:33:38

 4  you have, in fact, done some translation for          11:33:41

 5  Mr. Kwok -- Mr. Ho Wan Kwok; right?                    11:33:45

 6       A.  I translate for him -- translated for him,   11:33:48

 7  yes.                                                   11:33:52

 8       Q.  Yes.                                          11:33:53

 9           And if -- you also said -- it also says that 11:33:53

10  you were his assistant.                                11:34:00

11           Is that true?                                 11:34:01

12       A.  I mean that I -- I testified as an            11:34:03

13  administrator for Mr. Ho Wan Kwok and I help him as    11:34:09

14  per Mr. Qiang Guo's instruction, including, like,      11:34:13

15  help him to translate, make him understand, include,   11:34:17

16  like, assist as he needs -- right? -- to support him.  11:34:22

17  It does not mean I have -- I have a title called        11:34:27

18  assistant; so if that is what you are looking for.     11:34:30

19       Q.  Well --                                      11:34:32

20       A.  My meaning was I help him to understand as   11:34:33

21  to language and support him as he needed as his son's  11:34:36

22  instruction.                                           11:34:40

23       Q.  Okay.  And so what does that mean, other     11:34:41

24  than the translation work, when you say that assisted  11:34:43

25  means support him as needed?  What sorts of things     11:34:47
```

                                                    Page 89

```
 1    did you do for him back in 2018?                   11:34:51

 2           MR. ROSEN:  Objection.  Could -- can you    11:34:57

 3    clarify, when you use the word you, are you referring  11:34:59

 4    to Golden Spring, or are you referring to the witness  11:35:01

 5    personally?                                        11:35:04

 6           MR. HARBACH:  That's fair, Scott.           11:35:06

 7           I believe when -- when she was deposed in   11:35:08

 8    2018, she was testifying in both her capacity as   11:35:11

 9    a representative of Golden Spring and in her personal  11:35:16

10    capacity; so she is going to have to clarify that for  11:35:20

11    me.                                                11:35:24

12           MR. ROSEN:  You can answer.                 11:35:26

13           THE WITNESS:  I don't recall.               11:35:29

14    BY MR. HARBACH:                                    11:35:29

15        Q.  Okay.  And in any case, your role as an    11:35:31

16    administrator for Mr. Ho Wan Kwok's interests, that,  11:35:35

17    according to you, was in your capacity as president  11:35:42

18    of Golden Spring (New York) Limited; correct?      11:35:46

19        A.  I was requested by Mr. Qiang Guo to help   11:35:52

20    back in 2018; that is correct.                     11:35:57

21        Q.  Okay.  Well, I want to make sure you       11:36:01

22    understand my question because since Mr. Rosen      11:36:04

23    helpfully raised capacity, I want to make sure we get  11:36:07

24    this correct.                                      11:36:11

25           Okay?                                       11:36:12
```

Page 90

| | | |
|---|---|---|
| 1 | So bearing in mind that we are talking about | 11:36:13 |
| 2 | what being an administrator for Mr. Ho Wan Kwok's | 11:36:18 |
| 3 | interests means -- that is what we're talking | 11:36:23 |
| 4 | about -- I'm going to direct you back to Exhibit 1 -- | 11:36:26 |
| 5 | correction.  Exhibit 4 -- sorry. | 11:36:31 |
| 6 | A.  So Exhibit 4, sir; right?  Which one are we | 11:36:36 |
| 7 | talking about?  Four? | 11:36:41 |
| 8 | Q.  Yes, ma'am. | 11:36:42 |
| 9 | The number four. | 11:36:46 |
| 10 | A.  I'm here. | 11:36:48 |
| 11 | Q.  And this affidavit, which you have already | 11:36:49 |
| 12 | told us you signed and swore to as being true and | 11:36:53 |
| 13 | correct, states that you're serving as an | 11:36:57 |
| 14 | administrator for the interests of Mr. Ho Wan Kwok | 11:37:02 |
| 15 | and his family was in your capacity as president of | 11:37:07 |
| 16 | Golden Spring (New York) Limited; isn't that correct? | 11:37:14 |
| 17 | A.  I was hired by Golden Spring (New York), and | 11:37:23 |
| 18 | I take instruction from the owner of Golden Spring | 11:37:28 |
| 19 | (New York).  And I was available to support his | 11:37:32 |
| 20 | family, including his father.  That is what the | 11:37:36 |
| 21 | capacity, to me, means in here. | 11:37:40 |
| 22 | Q.  And -- and what you just described, | 11:37:43 |
| 23 | according to you, was in your capacity as president | 11:37:45 |
| 24 | of Golden Spring (New York) Limited; isn't that | 11:37:50 |
| 25 | right? | 11:37:54 |

Page 91

```
 1        A.  I don't understand, sir.  I mean, capacity,    11:37:54

 2    I am available.  I am here.  I offer my support as     11:38:02

 3    Mr. Qiang Guo requested me to do.  That is my          11:38:05

 4    understanding about capacity.  If that is the          11:38:08

 5    capacity you are talking, that is the same, yes.       11:38:10

 6        Q.  Well, I hear you.                              11:38:13

 7        All I'm trying to confirm is that that was         11:38:15

 8    what you were supposed to do, according to you, as     11:38:19

 9    president of Golden Spring (New York) Limited was      11:38:23

10    translate for Mr. Kwok Ho Wan and cater to his         11:38:30

11    personal needs; is that right?  Is that what you are   11:38:34

12    saying?                                                11:38:38

13        MR. ROSEN:  Objection.                             11:38:39

14        You -- you can answer.                             11:38:40

15        THE WITNESS:  Let me repeat again.                 11:38:44

16        My capacity as president of Golden Spring          11:38:46

17    (New York) is to work as per the owner of company      11:38:49

18    requesting needs to me, including assist his father,   11:38:55

19    translate for his father, and that including here I'm  11:38:58

20    being deposed today; right?                            11:39:02

21        And sign the affidavit.  Including a lot of        11:39:05

22    things, I mean, if I may say, not only as you just     11:39:08

23    tried to describe me as assistant or translator, if    11:39:12

24    that is helpful to you, sir.                           11:39:17

25    ///
```

Page 92

```
 1    BY MR. HARBACH:                                   11:39:18

 2         Q.  Well, translator and assistant, again,   11:39:18

 3    Ms. Wang, those were your words, not mine.  I just  11:39:22

 4    read them to you from a transcript.  And so all I'm  11:39:25

 5    doing is trying to explore what your job as president  11:39:28

 6    of Golden Spring (New York) Limited was.  And you    11:39:31

 7    have -- you have explained part of that to us,       11:39:34

 8    I think.  And I'm just trying to understand what     11:39:38

 9    assistant means.                                      11:39:45

10         Besides being a translator, can you tell me     11:39:53

11    any more about that?                                  11:39:57

12         A.  About what, sir?                            11:39:58

13         Q.  About what you meant when you said you were  11:39:59

14    Kwok Ho Wan's assistant.                             11:40:04

15         A.  That is what I -- that is -- that was not,   11:40:09

16    I mean, in my language.  I mean, still I don't --    11:40:13

17    I don't have this as my native language when I named  11:40:19

18    that, which means I offered that support and service. 11:40:23

19    I don't have a title called translator or assistant.  11:40:26

20    Obviously --                                          11:40:31

21         Q.  Which --                                    11:40:31

22         A.  -- I don't have it, yeah; so I offered that  11:40:32

23    support.                                              11:40:33

24         Q.  Okay.                                       11:40:33

25         A.  This is what I'm meaning, if that is        11:40:34
```

Page 93

```
 1    helpful.                                              11:40:37

 2        Q.  Got it.                                       11:40:37

 3            Tell me what -- now, what you just meant      11:40:38

 4    right now when you said support.                      11:40:40

 5            Besides translation, what else?               11:40:42

 6        A.  For example, I am being deposed right now in  11:40:44

 7    this bankruptcy.                                      11:40:51

 8        Q.  Okay.                                         11:40:53

 9        A.  This is as per Mr. Qiang Guo's instruction;   11:40:53

10    right?                                                11:40:57

11            And so....                                    11:40:57

12        Q.  Is your testimony -- I don't think this is    11:40:58

13    what you are saying, but I'll ask it anyway because   11:41:00

14    it is a fair inference from your words.               11:41:03

15            Is your testimony today in support of         11:41:06

16    Mr. Ho Wan Kwok?                                      11:41:08

17            MR. ROSEN:  Objection.                        11:41:11

18            You can answer that.                          11:41:14

19            THE WITNESS:  I am testimony -- I am testify  11:41:15

20    today for a bankruptcy like a -- I believe the topic  11:41:19

21    is about DIP loan; right?                             11:41:24

22    BY MR. HARBACH:                                       11:41:27

23        Q.  And I would love to get there, but we --      11:41:27

24    we're -- well, let me just ask one more time.         11:41:29

25            I understand that you are not -- you are      11:41:32
```

Page 94

```
 1    saying that assistant was not your title.              11:41:36

 2    I understand that.  I understand that your title was   11:41:39

 3    all those titles I recited several times now at        11:41:42

 4    Golden Spring (New York) Limited.  And I also          11:41:46

 5    understand that according to you, in your capacity as  11:41:50

 6    president, you served as an administrator of the       11:41:54

 7    interests of Mr. Ho Wan Kwok and the family.           11:41:58

 8          You were asked at a deposition about what        11:42:04

 9    serving as an administrator meant, and you said        11:42:07

10    translator and assistant.  Now, we all know what       11:42:12

11    a translator is, and that is clear.  It is clear that  11:42:18

12    you performed that service for Mr. Kwok.               11:42:21

13          All I'm trying to understand, Ms. Wang, is       11:42:24

14    what else you did for him, and so far the only thing   11:42:27

15    you have said is testify at this deposition.           11:42:31

16          Is there anything else?                          11:42:33

17       A.  Yes.                                            11:42:37

18          MR. ROSEN:  Objection.                           11:42:38

19          You can answer.                                  11:42:40

20          THE WITNESS:  Yes.                               11:42:42

21    BY MR. HARBACH:                                        11:42:43

22       Q.  Okay.  What else?                               11:42:44

23       A.  For example, Mr. Qiang Guo, obviously, he       11:42:47

24    instructed Golden Spring to pay his father's, like,    11:42:54

25    food, clothes, and, like, including this -- they call  11:43:01
```

Page 95

```
 1    the lifestyle -- I mean, take care of his father.        11:43:10

 2         Q.  When did he give you that instruction?          11:43:13

 3         A.  Oh, I don't recall.  I should -- from long      11:43:16

 4    time ago.  I mean, son take care of the father.          11:43:22

 5    I mean, that is kind of natural to me, so....            11:43:25

 6         Q.  Well, I'm not going to quarrel with -- with     11:43:28

 7    whether it is natural or not.                            11:43:32

 8              My only question is you just said that --      11:43:34

 9    that Mr. Qiang Guo gave you the instruction that you     11:43:39

10    just recited.                                            11:43:43

11              And my question is when?  You said a long      11:43:45

12    time ago?  How long ago?                                 11:43:48

13         A.  I don't recall.                                 11:43:51

14         Q.  More than a month ago?                          11:43:52

15         A.  It should be longer than more than a month.     11:43:57

16         Q.  Okay.  Had he given you that instruction by     11:44:00

17    the time of your deposition in October of 2018?          11:44:03

18         A.  I don't recall.                                 11:44:08

19         Q.  Had he given you that instruction by the        11:44:08

20    time of your trial testimony in May of 2019?             11:44:12

21         A.  I don't recall.                                 11:44:17

22         Q.  Isn't it possible?                              11:44:18

23         A.  I don't recall.                                 11:44:23

24         Q.  Well, did he give you that instruction          11:44:24

25    sometime in 2020?                                        11:44:33
```

Page 96

```
 1        A.   I really don't recall.                    11:44:35

 2        Q.   How long has Golden Spring (New York) been  11:44:40

 3   paying for Mr. Kwok's lifestyle, as you just said?    11:44:57

 4        A.   How long?   I believe since I was appointed.  11:45:03

 5   I mean, I don't recall clearly.   I don't recall.   But  11:45:13

 6   a long time.                                          11:45:17

 7        Q.   Okay.   Well, you said two things there.   You  11:45:19

 8   said you believe since you were appointed and you     11:45:22

 9   have said you don't recall; so I have -- I'm going to   11:45:25

10   have to ask you to tell me which it is.               11:45:29

11        A.   I don't recall.   And I shouldn't speculate  11:45:33

12   or guess because when I was appointed, as            11:45:37

13   I testified, like, a couple of minutes ago, which was  11:45:42

14   true, Mr. Qiang Guo was operating and running his     11:45:46

15   business; so that is the reason I correct my answer   11:45:50

16   to be I don't recall because I was not paying that by  11:45:53

17   myself.   I don't recall the answers.                11:45:59

18        Q.   Understood.                                11:46:00

19             What role did you have -- as president,     11:46:01

20   secretary, treasurer, and director of Golden Spring,  11:46:13

21   what role did you have in making sure that            11:46:18

22   Mr. Kwok's -- Mr. Ho Wan Kwok's lifestyle needs were  11:46:24

23   paid for?                                            11:46:29

24        A.   Sorry, sir.                                11:46:31

25             Can you please repeat your question?       11:46:33
```

Page 97

```
 1        Q.  Yes, ma'am.                              11:46:35

 2            As president, secretary, treasurer, and  11:46:36

 3   director of Golden Spring (New York) Limited, what 11:46:42

 4   role did you have in ensuring that Mr. Ho Wan Kwok's 11:46:47

 5   lifestyle needs were paid for?                     11:46:53

 6        A.  What role I ensured with?  I mean, sorry. 11:46:55

 7            That's -- that's the question you were    11:47:05

 8   asking for; right?                                 11:47:06

 9        Q.  Yes, ma'am.                               11:47:08

10            And I'll try one more time in English, and 11:47:08

11   then we might need to use Ms. Johnston.            11:47:11

12        A.  Yes, please.                              11:47:15

13            I feel the same.                          11:47:16

14        Q.  It's okay.  I'll try it one more time.    11:47:17

15            You have stated that Mr. Qiang Guo gave you 11:47:21

16   instruction to take care of his father, I mean, more 11:47:25

17   or less.  You don't remember exactly when he gave you 11:47:35

18   that instruction, but it was a long time ago.      11:47:37

19            Have I got that right so far?             11:47:41

20        A.  Yes.                                      11:47:43

21        Q.  Okay.  And I'm asking now, in your role as 11:47:47

22   president, and all those other titles, of          11:48:00

23   Golden Spring (New York) Limited, what did you do to 11:48:03

24   ensure that Mr. Ho Wan Kwok and his lifestyle needs 11:48:13

25   were taken care of?  Do you understand the question? 11:48:20
```

Page 98

| | | |
|---|---|---|
| 1 | A.   I believe so. | 11:48:27 |
| 2 | Q.   Okay.  So what is the answer? | 11:48:29 |
| 3 | A.   For example, like, I communicate with | 11:48:34 |
| 4 | Mr. Qiang Guo about the fund, including this depo. | 11:48:42 |
| 5 | He take care of the request and then make sure the | 11:48:52 |
| 6 | funds in there to take care of his father. | 11:49:01 |
| 7 | Q.   We're going to -- we're going to talk about | 11:49:04 |
| 8 | the fund in just a moment.  But you mentioned | 11:49:10 |
| 9 | lifestyle needs earlier, things like clothing, food, | 11:49:14 |
| 10 | transportation -- basics. | 11:49:22 |
| 11 | As president of Golden Spring (New York) | 11:49:29 |
| 12 | Limited, were you involved in paying for or providing | 11:49:31 |
| 13 | those things for Mr. Ho Wan Kwok? | 11:49:39 |
| 14 | A.   Yes. | 11:49:45 |
| 15 | Q.   Please tell me what you did. | 11:49:46 |
| 16 | A.   Like, I will review the bills and verify -- | 11:49:52 |
| 17 | if there is any need to verify -- and process the | 11:50:03 |
| 18 | payment in clothing. | 11:50:07 |
| 19 | Q.   What types of bills? | 11:50:08 |
| 20 | A.   Like, clothes.  Like, food -- grocery food. | 11:50:11 |
| 21 | Q.   And -- and are these credit card bills or | 11:50:19 |
| 22 | are they receipts directly from the vendor or what? | 11:50:21 |
| 23 | A.   I believe they are both. | 11:50:26 |
| 24 | Q.   Okay. | 11:50:28 |
| 25 | A.   It is a mixed. | 11:50:29 |

Page 99

```
 1          Q.  Who do you receive those from?              11:50:31

 2          A.  Which bill you were talking about, sir?     11:50:33

 3          Q.  Any of the above.                           11:50:38

 4          A.  I mean, some of them, they go through from  11:50:41

 5    the card.  Some of them we received it from the --    11:50:45

 6    the vendor.                                           11:50:48

 7          Q.  Okay.  How many of those bills do you       11:50:50

 8    receive from Mr. Ho Wan Kwok directly?                11:50:56

 9          A.  Directly?  I don't recall.                  11:50:59

10          Q.  How do you know whether -- any of the       11:51:06

11    expenses that you review to take care of             11:51:10

12    Mr. Ho Wan Kwok's lifestyle, how do you know or       11:51:14

13    verify, as you said, whether any of them are actually 11:51:19

14    his?                                                  11:51:23

15          A.  I mean, Mr. Qiang Guo, he requested         11:51:25

16    Golden Spring to take care of both his parents; so    11:51:32

17    I mean, only, like, is -- is clarified, like this is  11:51:38

18    his father's clothes and then we obviously will       11:51:45

19    verify from that.  Like --                            11:51:48

20          Q.  And --                                      11:51:51

21          A.  -- grocery bill, I think it is more, like,  11:51:52

22    mixed for the mom and that.                           11:51:55

23          Q.  Okay.  And, number one, how do you know that 11:51:57

24    it is Mr. Ho Wan Kwok's clothing that is being        11:52:01

25    purchased?  How do you verify that?                   11:52:05
```

                                              Page 100

| | | |
|---|---|---|
| 1 | A.   I verifying with the vendor directly. | 11:52:07 |
| 2 | Q.   And -- huh. | 11:52:13 |
| 3 | So you -- you ask a vendor whether the | 11:52:19 |
| 4 | clothing was purchased by Mr. Ho Wan Kwok? | 11:52:22 |
| 5 | A.   Yeah.  Because the man's clothes, the | 11:52:27 |
| 6 | women's clothes are pretty obvious; right? | 11:52:32 |
| 7 | But I do need to verify, yes. | 11:52:35 |
| 8 | Q.   Yeah.  I get the difference between men's | 11:52:38 |
| 9 | and women's clothes. | 11:52:42 |
| 10 | So is it the case that any -- any -- any | 11:52:44 |
| 11 | charge that is obviously for men's clothing you | 11:52:49 |
| 12 | assume is Mr. Ho Wan Kwok, and any charge that is for | 11:52:53 |
| 13 | women's clothing you assume is for his wife? | 11:52:59 |
| 14 | A.   I don't assume.  I mean, I have to verify | 11:53:04 |
| 15 | because I need to report back the funds; right?  -- | 11:53:07 |
| 16 | the financials to the owner of the company clearly -- | 11:53:15 |
| 17 | Q.   Absolutely. | 11:53:18 |
| 18 | A.   -- so I verify. | 11:53:19 |
| 19 | Q.   Absolutely. | 11:53:20 |
| 20 | A.   So I verify. | 11:53:21 |
| 21 | Q.   Let's -- do you -- do you review any credit | 11:53:22 |
| 22 | card bills as part of that process? | 11:53:25 |
| 23 | A.   Sometimes. | 11:53:29 |
| 24 | Q.   Okay.  And when you re- -- when you review | 11:53:30 |
| 25 | a credit card bill, let's just pretend there is | 11:53:35 |

Page 101

```
 1    a charge on there for -- yeah, I don't know -- a stay      11:53:39

 2    in a hotel.  Let's just take that as an example.           11:53:45

 3          How do you verify who made the charge?               11:53:48

 4       A.  Like, a hotel, you mean; right?  For an             11:53:54

 5    example.                                                   11:54:02

 6       Q.  I'm taking that as an example.                      11:54:02

 7       A.  If hotel, we obviously, Golden Spring, will         11:54:05

 8    call the hotel to verify.                                  11:54:09

 9       Q.  To verify that the charge was made?                 11:54:10

10       A.  Yes.                                                11:54:14

11          That is part of internal, I mean, audit.            11:54:14

12    It -- it is normal.                                        11:54:18

13       Q.  Okay.  So how about figuring out who used          11:54:19

14    the credit card?  How would you do that?                   11:54:23

15       A.  You -- I don't follow your question, sir.          11:54:26

16          Who used credit cards?  You mean                     11:54:34

17    Mr. Ho Wan Kwok, how he used credit card; right?           11:54:36

18       Q.  Sure.                                               11:54:40

19          That -- that is -- that is a possibility,           11:54:41

20    but I don't know.  I'm asking you.                         11:54:43

21       A.  No.                                                 11:54:45

22          He doesn't use Golden Spring's credit cards.         11:54:45

23       Q.  Does Golden Spring have credit cards?               11:54:48

24       A.  We have debit card.                                 11:54:51

25       Q.  Okay.  Does Golden Spring have any credit           11:54:53
```

                                                    Page 102

```
 1   cards?                                              11:54:58

 2        A.  As of now, no.                             11:55:00

 3        Q.  Okay.  Does Mr. Kwok have access to the    11:55:03

 4   Golden Spring debit card?                           11:55:12

 5        A.  No.                                        11:55:15

 6        Q.  What about his wife?  Does he [sic] have   11:55:15

 7   access to the Golden Spring debit card?             11:55:18

 8        A.  I don't recall.                            11:55:21

 9        Q.  You are the treasurer of Golden Spring     11:55:25

10   (New York) Limited; right?                          11:55:33

11        A.  Yes.                                       11:55:36

12        Q.  You -- you really don't know whether       11:55:38

13   Ho Wan Kwok's wife has access to the company debit  11:55:43

14   card?                                               11:55:48

15        A.  She had one before, but I'm not sure whether  11:55:49

16   that one is still activated.                        11:55:53

17        Q.  When did she have one?                     11:55:56

18        A.  Long time ago.                             11:55:58

19        Q.  Can you do better than that?               11:56:00

20        A.  What do you mean, can I do better than that,  11:56:05

21   sir?                                                11:56:10

22        Q.  You know what I mean.                      11:56:10

23        MR. ROSEN:  Objection.                         11:56:12

24        Can you please ask the witness directly what   11:56:15

25   your question is?                                   11:56:17
```

Page 103

```
 1              MR. HARBACH:  Sure.  Sure.              11:56:19

 2              I'm sorry to be cute.                   11:56:21

 3    BY MR. HARBACH:                                   11:56:22

 4         Q.  Ms. Wang, can you give us a more precise 11:56:23

 5    date range during which Mr. Ho Wan Kwok's wife had 11:56:28

 6    access to the Golden Spring (New York) debit card? 11:56:32

 7         A.  I don't recall, sir.                     11:56:38

 8         Q.  Do you recall the last time that she --  11:56:42

 9    meaning Mr. Ho Wan Kwok's wife -- used the         11:56:46

10    Golden Spring (New York) debit card?              11:56:49

11         A.  I don't recall.                          11:56:53

12         Q.  Did you, as president and treasurer of   11:56:54

13    Golden Spring (New York) Limited, authorize        11:56:59

14    Mr. Ho Wan Kwok's wife to use the Golden Spring   11:57:04

15    (New York) debit card?                            11:57:09

16         A.  Authorized?  I believe yes.  And         11:57:12

17    Mr. Qiang Guo requested Golden Spring to do that.  11:57:17

18         Q.  But you don't recall when that was?      11:57:20

19         A.  Correct.                                 11:57:25

20         Q.  Okay.  And I believe you testified a moment 11:57:27

21    ago that to your knowledge Mr. Ho Wan Kwok has never 11:57:34

22    used the Golden Spring (New York) debit card; is that 11:57:38

23    correct?                                          11:57:43

24         A.  He never has Golden Spring (New York) debit 11:57:46

25    card at all.                                      11:57:51
```

```
 1        Q.  Has he ever used the debit card number to      11:57:55

 2   purchase anything, to your knowledge?                   11:57:58

 3        A.  I don't know.                                  11:58:01

 4        Q.  Has he ever asked you -- "he" meaning          11:58:03

 5   Mr. Ho Wan Kwok.                                        11:58:08

 6            Has he ever asked you to purchase anything     11:58:09

 7   for him in your capacity as president of                11:58:12

 8   Golden Spring?                                          11:58:15

 9        A.  I believe so.                                  11:58:19

10        Q.  Okay.  Can you give us an example of           11:58:21

11   anything he has asked you to purchase for him?          11:58:25

12        A.  I mean, I don't recall the details, but it     11:58:29

13   happened.                                               11:58:33

14        Q.  You don't remember a single thing that         11:58:34

15   Mr. Ho Wan Kwok has asked you to purchase for him?      11:58:37

16        A.  I don't recall.                                11:58:43

17        Q.  How many times has it happened that he has     11:58:44

18   asked you to purchase something for him?                11:58:49

19        A.  I don't recall.                                11:58:54

20        Q.  More than once?                                11:58:54

21        A.  Correct.                                       11:58:57

22        Q.  More than a hundred times?                     11:58:59

23        A.  I don't recall.                                11:59:02

24        Q.  On the occasions when Mr. Ho Wan Kwok has      11:59:03

25   asked you to purchase something for him, what do you    11:59:15
```

Page 105

```
 1   do?                                                11:59:18

 2        A.  As per Mr. Qiang Guo's instruction, I help  11:59:20

 3   him, yes.  I go to buy for him.                    11:59:28

 4        Q.  Okay.  Have -- has -- have you ever --      11:59:32

 5   has -- have you ever refused a request from         11:59:37

 6   Mr. Ho Wan Kwok that you purchase something for him? 11:59:41

 7        A.  Yes.                                        11:59:45

 8        Q.  When was that?                              11:59:46

 9        A.  I don't recall.  But I obviously need to    11:59:48

10   report it to Mr. Qiang Guo, and if he reject it,    11:59:56

11   I will reject.                                      12:00:01

12        Q.  Okay.  Is your -- so I want to make sure    12:00:03

13   I understand the process.                           12:00:06

14           Is it your testimony that every time        12:00:07

15   Mr. Ho Wan Kwok asks you to buy something for him   12:00:10

16   that you consult his son to get permission?  Is that 12:00:14

17   correct or not?                                     12:00:23

18        A.  Not every time.  Like, as you said, for    12:00:23

19   example, buy coffee; right?                         12:00:27

20           Obviously I don't need to consult with      12:00:28

21   Mr. Qiang Guo.                                      12:00:30

22        Q.  Okay.  How do you decide when to consult   12:00:32

23   with Mr. Kwok Ho Wan's son about a purchase that    12:00:35

24   Mr. Kwok Ho Wan wants you to make?                  12:00:43

25        A.  I don't recall.  But that happened.        12:00:46
```

Page 106

| | | |
|---|---|---|
| 1 | Q.  Do you have any -- any thoughts about that? | 12:00:49 |
| 2 | A.  Like, a legal fee? | 12:00:53 |
| 3 | Q.  No. | 12:00:57 |
| 4 | I'm -- I'm just asking you in general.  I'm | 12:00:58 |
| 5 | not asking you about legal fees yet, although | 12:01:00 |
| 6 | hopefully we will get there. | 12:01:05 |
| 7 | I'm asking you about in general if | 12:01:06 |
| 8 | Mr. Ho Wan Kwok says, hey, Yvette, I would like you | 12:01:08 |
| 9 | to buy me X, how do you know whether just to buy X or | 12:01:14 |
| 10 | whether to get his son's permission?  How do you | 12:01:21 |
| 11 | decide? | 12:01:30 |
| 12 | A.  Well, yearly, like, his food and his coffee | 12:01:30 |
| 13 | and then his transportation, those lifestyle were | 12:01:34 |
| 14 | already approved by Mr. Qiang Guo; so you already -- | 12:01:40 |
| 15 | Golden Spring just to go ahead to buy or purchase and | 12:01:44 |
| 16 | then report back to Mr. Qiang Guo; so anything | 12:01:49 |
| 17 | except -- besides -- except which words?  Except | 12:01:53 |
| 18 | that, we obviously, Golden Spring, need to escalate | 12:01:57 |
| 19 | to Mr. Qiang Guo to get approval. | 12:02:02 |
| 20 | Q.  Understood. | 12:02:04 |
| 21 | And so if I -- if I have you correctly, | 12:02:05 |
| 22 | things like food, clothing, transportation -- those | 12:02:08 |
| 23 | things do not require specific approval of | 12:02:15 |
| 24 | Mr. Qiang Guo and, in your mind, you can just buy | 12:02:19 |
| 25 | them for Mr. Kwok without getting his permission. | 12:02:26 |

Page 107

```
 1              Have I got that right?                    12:02:29

 2       A.   Yeah.   That is the instruction was given to   12:02:31

 3   Golden Spring; so --                                 12:02:34

 4       Q.   And is this --                              12:02:35

 5       A.   -- we just go buy.                          12:02:38

 6       Q.   Is that true, no matter how expensive the  12:02:40

 7   item is?                                             12:02:42

 8       A.   Sir, what -- what is your range about      12:02:44

 9   expensive?   I mean --                               12:02:48

10       Q.   Well, let's take -- let's take             12:02:50

11   transportation as an example.                        12:02:53

12              Are you aware that -- that Mr. Kwok       12:02:54

13   frequently travels in a Maybach limousine?           12:02:57

14       A.   Am I aware?   What do you mean am I aware?  12:03:05

15       Q.   Do you know -- do you know what a limousine 12:03:09

16   is?                                                  12:03:12

17       A.   Limo, yes.   I do know.                     12:03:13

18       Q.   Okay.   And do you know what a Maybach is?  12:03:15

19       A.   Yes.                                        12:03:18

20       Q.   Okay.   Is it a type of car; right?         12:03:19

21       A.   Correct.                                    12:03:22

22       Q.   Isn't it true that Mr. Ho Wan Kwok         12:03:22

23   frequently travels by Maybach?                       12:03:27

24       A.   Sir -- sir, I know Mileson want his father 12:03:32

25   to be safe and secured; so that is the thing I know. 12:03:38
```

Page 108

| 1 | But I don't know, like, frequency.  I use that. | 12:03:43 |
| 2 | Obviously, I am not following his father every day. | 12:03:48 |
| 3 | I cannot tell that. | 12:03:50 |
| 4 | Q.  Does -- does Golden Spring -- I'll ask you | 12:03:51 |
| 5 | to accept for purposes of this deposition today -- | 12:03:54 |
| 6 | just take my word for it that within the last month | 12:03:59 |
| 7 | Mr. Kwok has traveled at least once by Maybach. | 12:04:02 |
| 8 | Okay? | 12:04:08 |
| 9 | Let's just assume that. | 12:04:08 |
| 10 | My question for you is is that Maybach | 12:04:11 |
| 11 | transportation that Golden Spring (New York) has paid | 12:04:17 |
| 12 | for? | 12:04:19 |
| 13 | A.  Golden Spring (New York) pays -- pays the -- | 12:04:21 |
| 14 | the gasolines and -- yeah.  The gasolines.  That | 12:04:24 |
| 15 | is -- | 12:04:31 |
| 16 | Q.  Does -- | 12:04:31 |
| 17 | A.  -- what transportation we are paying. | 12:04:32 |
| 18 | Q.  Does Golden Spring (New York) own any | 12:04:35 |
| 19 | Maybach vehicles? | 12:04:36 |
| 20 | A.  Oh, I -- I couldn't remember, like, if | 12:04:38 |
| 21 | Maybach owned by Golden Spring or not.  I mean, | 12:04:47 |
| 22 | Golden Spring owns a couple of cars.  They all | 12:04:50 |
| 23 | ultimately owned by Mr. Qiang Guo. | 12:04:53 |
| 24 | Q.  Yeah.  I get that. | 12:04:56 |
| 25 | Tell me about the cars that Golden Spring | 12:04:57 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | owns.  You just mentioned that there are a couple. | 12:04:59 |
| 2 | What are they? | 12:05:06 |
| 3 | A.  I'm not car person; so I have to find out. | 12:05:07 |
| 4 | Q.  Okay.  Are they nice cars? | 12:05:11 |
| 5 | A.  I cannot tell. | 12:05:14 |
| 6 | Q.  And you don't know whether one of the cars | 12:05:16 |
| 7 | that Golden Spring (New York) owns is a Maybach; is | 12:05:20 |
| 8 | that right? | 12:05:24 |
| 9 | A.  I don't know because this is Mr. Mileson, | 12:05:26 |
| 10 | like Mr. Qiang Guo, he purchased directly. | 12:05:31 |
| 11 | Q.  Yeah. | 12:05:34 |
| 12 | A.  So I'm not -- | 12:05:35 |
| 13 | Q.  I -- I -- I understand. | 12:05:36 |
| 14 | But I'm asking about Golden Spring | 12:05:37 |
| 15 | (New York). | 12:05:40 |
| 16 | Okay? | 12:05:40 |
| 17 | I'm asking about Golden Spring (New York) | 12:05:41 |
| 18 | Limited, of which you are the president, treasurer, | 12:05:44 |
| 19 | secretary, and director.  I'm asking if you know | 12:05:48 |
| 20 | whether Golden Spring (New York) Limited owns | 12:05:52 |
| 21 | a Maybach automobile. | 12:05:55 |
| 22 | Do you know? | 12:05:57 |
| 23 | A.  I don't recall.  I have to find out. | 12:05:59 |
| 24 | Q.  Okay.  You have also told me that | 12:06:02 |
| 25 | Golden Spring (New York) pays for Mr. Ho Wan Kwok's | 12:06:07 |

Page 110

```
 1    transportation; right?                              12:06:13

 2         A.  Correct.                                    12:06:15

 3         Q.  And that would include transportation by   12:06:16

 4    car; correct?                                        12:06:20

 5         A.  Correct.                                    12:06:22

 6         Q.  That would include arranging for a leased  12:06:24

 7    vehicle if that is how he wanted to travel; correct? 12:06:32

 8         A.  We pay the gasoline.                        12:06:37

 9         Q.  Yeah.  I heard that.  I'm just trying to    12:06:42

10    figure out who owns the vehicle, Ms. Wang.          12:06:45

11         Do you know whether Golden Spring (New York)   12:06:49

12    Limited has rented or leased a Maybach in order to  12:06:52

13    transport Mr. Ho Wan Kwok?  Do you know?            12:06:57

14         A.  I don't know.                               12:07:02

15         MR. HARBACH:  So Mr. -- Mr. Rosen, I'll take   12:07:10

16    the witness up on her offer to get back to us on the 12:07:15

17    types of cars that Golden Spring (New York) owns,   12:07:19

18    and, in particular, whether they own any Maybach    12:07:24

19    automobiles, if that is okay with you.              12:07:28

20         MR. ROSEN:  We'll take it under advisement.    12:07:31

21         MR. HARBACH:  Okay.                             12:07:33

22         MR. ROSEN:  Your request is -- is noted.       12:07:33

23         MR. HARBACH:  All right.  Thank you.           12:07:38

24         THE WITNESS:  Sir, can we have a break?        12:07:49

25    I mean, it is 12:00.                                 12:07:51
```

Page 111

```
 1   BY MR. HARBACH:                                    12:07:53

 2       Q.  Sure.                                      12:07:53

 3       A.  I do need a lunch break, yeah.             12:07:53

 4       Q.  If -- if you would like to take a break now,   12:07:56

 5   that is no problem at all.                         12:07:58

 6           MR. HARBACH:  I don't know if Suzanne or   12:08:02

 7   Jeff who takes us off, but I will suggest reconvening   12:08:03

 8   at -- at 1:00 o'clock.                             12:08:08

 9           Is that amenable to folks?                 12:08:10

10           MR. ROSEN:  Yes.                           12:08:13

11           MR. HARBACH:  Okay.                        12:08:15

12           THE VIDEOGRAPHER:  We are going off the    12:08:16

13   record.                                            12:08:17

14           The time is 12:08.                         12:08:17

15           (Luncheon recess taken.)                   13:01:33

16           THE VIDEOGRAPHER:  We are back on the      13:01:33

17   record.                                            13:01:36

18           The time is 1:01.                          13:01:36

19   BY MR. HARBACH:                                    13:01:40

20       Q.  Good afternoon, Ms. Wang -- Ms. Wang.      13:01:46

21           One little loose end that has nothing to do   13:01:48

22   with what I was asking you about before lunch.     13:01:53

23           Okay?  Do you know someone called Yu Yong?   13:01:56

24   That is Y-u Y-o-n-g.                               13:02:02

25       A.  Yes.                                       13:02:09
```

Page 112

1     Q.   Okay.  Who is that person?                    13:02:10

2     A.   I met her in New York before.                 13:02:13

3     Q.   Okay.  Do you know what she does for          13:02:17

4  a living?                                             13:02:25

5     A.   When I met with her, she was working          13:02:26

6  together with the family also.                        13:02:29

7     Q.   The -- the Guo family?                         13:02:30

8     A.   Yes.                                           13:02:34

9     Q.   With whom specifically?                        13:02:35

10    A.   With Mr. Qiang Guo.                            13:02:38

11    Q.   Anyone else?                                   13:02:44

12    A.   I believe with -- with Mr. Qiang Guo's        13:02:45

13  father together --                                   13:02:49

14    Q.   And --                                         13:02:51

15    A.   -- but I don't have the details.              13:02:52

16    Q.   Okay.  And approximately when was that that   13:02:54

17  you met her?                                          13:02:57

18    A.   2015.                                          13:02:58

19    Q.   Okay.  Thank you.                              13:03:01

20         A new subject.                                 13:03:04

21         Who set up Golden Spring (New York) Limited?  13:03:07

22    A.   In my understanding, it was set up by         13:03:13

23  Mr. Qiang Guo.                                        13:03:19

24    Q.   Who -- when you say it is your                13:03:20

25  understanding, do you know that or did somebody tell 13:03:23

Page 113

```
 1    you that?                                          13:03:26

 2         A.  This is I learned afterwards.  I believe  13:03:27

 3    there will be -- there will be law firms supporting  13:03:31

 4    by him, but he set up the company.                 13:03:34

 5         Q.  Why did he set up the company?            13:03:37

 6         A.  I got to know later on -- not, like, when he  13:03:39

 7    set up the company -- he was trying to do business  13:03:46

 8    outside of China, like, mainly in the U.S. here.   13:03:50

 9         Q.  What sort of business?                    13:03:54

10         A.  Like, business related to real estate,    13:03:56

11    investment -- like a diversified business.         13:04:02

12         Q.  Okay.  Who funded Golden Spring (New York)  13:04:06

13    when it was created?                               13:04:11

14         A.  I learned afterwards Mr. Qiang Guo, he     13:04:12

15    arranged the fund -- fund the Golden Spring.       13:04:22

16         Q.  When you say he arranged it, do you mean   13:04:26

17    that he, himself, provided the money?              13:04:29

18         A.  Hmmm.  No.                                13:04:34

19             He arranged via his -- another company.   13:04:35

20    I believe it is called Bravo Luck.                 13:04:40

21         Q.  I see.                                     13:04:44

22             And so your understanding is that the money  13:04:45

23    that funded Golden Spring (New York) Limited when it  13:04:48

24    was created came from Bravo Luck?                  13:04:55

25         A.  That is what I learned.                   13:05:00
```

Page 114

```
 1        Q.   From whom?                              13:05:01

 2        A.   From Mr. Qiang Guo.                      13:05:03

 3        Q.   Have you ever spoken to Mr. Ho Wan Kwok  13:05:05

 4   about Bravo Luck?                                  13:05:10

 5        A.   Hmmm.   I don't recall.                  13:05:13

 6        Q.   Have you ever spoken to Mr. Ho Wan Kwok  13:05:16

 7   about the source of money that was used to fund    13:05:20

 8   Golden Spring (New York) Limited when it was created? 13:05:24

 9        A.   No.                                      13:05:28

10             I don't recall I did that.               13:05:30

11        Q.   Do you know how Bravo Luck got the money 13:05:34

12   that you say funded Golden Spring (New York) Limited? 13:05:41

13        A.   I don't know.                            13:05:44

14        Q.   What is -- what was Golden Spring        13:05:47

15   (New York)'s business purpose when it was created? 13:05:54

16        A.   Oh, Golden Spring was created as a family 13:05:57

17   office owned by Mr. Qiang Guo; so Mr. Qiang Guo was 13:06:04

18   planning, as I said, to develop and expand the     13:06:09

19   business in the United States, including, like, as  13:06:14

20   I said, investment, real estate, and the business  13:06:21

21   he -- he was doing by then.                        13:06:25

22        Q.   Where does Mr. Qiang Guo live today?  What 13:06:28

23   country?                                           13:06:33

24        A.   He lives in UK.                          13:06:38

25        Q.   How long has he lived there?             13:06:41
```

Page 115

| | | |
|---|---|---|
| 1 | MR. ROSEN:  Objection.  What is the -- what | 13:06:44 |
| 2 | is the relevance of this, David? | 13:06:46 |
| 3 | MR. HARBACH:  I'm trying to explore the | 13:06:49 |
| 4 | witness' most recent answer about the business | 13:06:52 |
| 5 | purpose of Golden Spring.  She said that he -- that | 13:06:55 |
| 6 | he, Qiang Guo, created it to do X, Y, and Z.  And I'm | 13:06:59 |
| 7 | trying to inquire about how long he was actually in | 13:07:05 |
| 8 | the country after Golden Spring was created.  That is | 13:07:09 |
| 9 | why I'm asking. | 13:07:12 |
| 10 | MR. ROSEN:  Just note for the record that we | 13:07:13 |
| 11 | are all here in different locations at this | 13:07:14 |
| 12 | deposition.  And in today's world where your -- where | 13:07:18 |
| 13 | your seat is doesn't necessarily mean a whole lot. | 13:07:23 |
| 14 | But with that said, I would instruct the | 13:07:26 |
| 15 | witness to answer. | 13:07:29 |
| 16 | BY MR. HARBACH: | 13:07:30 |
| 17 | Q.  The -- the question was when -- or how long | 13:07:30 |
| 18 | has Mr. Qiang Guo lived in the UK. | 13:07:36 |
| 19 | A.  For years.  I mean -- | 13:07:40 |
| 20 | Q.  Are you finished with your answer? | 13:07:51 |
| 21 | You said for years, maybe? | 13:08:03 |
| 22 | A.  My -- my answer was not four, f-o-u-r, as | 13:08:04 |
| 23 | years.  This is my answer. | 13:08:04 |
| 24 | Q.  All right. | 13:08:04 |
| 25 | A.  I don't know how many, yeah. | 13:08:06 |

Page 116

```
 1          Q.  You don't know how many years?            13:08:06

 2          A.  Correct.                                  13:08:08

 3          Q.  Could it be more than ten years?          13:08:09

 4          A.  I don't think so.                         13:08:11

 5          Q.  How long, if -- if you know, how long after  13:08:13

 6    Golden Spring (New York) Limited was created did    13:08:24

 7    Mr. Guo -- Qiang Guo move to the UK?                13:08:28

 8          A.  I cannot recall.                          13:08:34

 9          Q.  All right.  Do you know -- what can you tell  13:08:40

10    us about what Golden Spring (New York) Limited has  13:08:47

11    done to advance the business purposes you just      13:08:50

12    described?                                          13:08:55

13          A.  Mr. Qiang Guo was in the United States in  13:08:55

14    2015, and then he travels a lot also.  And,         13:09:05

15    obviously, he set up the company, and then we develop  13:09:12

16    business structure and plan from there; so that is  13:09:16

17    still his direction, which we have been doing until  13:09:22

18    his father started to do his whistle-blower moment.  13:09:28

19          Q.  What was the business plan in the beginning?  13:09:33

20          A.  Investment.                               13:09:37

21          Q.  Okay.  In, I believe, you mentioned real  13:09:41

22    estate.                                             13:09:48

23              What else?                                13:09:48

24          A.  We started from real estate.  There was real  13:09:49

25    estate, like, investment.                           13:09:53
```

Page 117

1          Q.   Okay.  So any other business purpose,          13:09:54

2     besides investing money?                                 13:09:57

3          A.   And operate as a family office in New York     13:10:00

4     here to support other family projects.                   13:10:09

5          Q.   Okay.  You have mentioned earlier the          13:10:15

6     support of Mr. Ho Wan Kwok.                               13:10:19

7               What other family projects has Golden Spring   13:10:23

8     (New York) Limited supported?                            13:10:27

9          A.   Including their project -- real estate.        13:10:29

10    Like, including, like, interviews and handouts.  The     13:10:39

11    architecture, designer, like, real estate-related        13:10:45

12    vendors, and then we, like, facilitate and coordinate    13:10:50

13    by them.                                                 13:10:54

14         Q.   Is Golden Spring (New York) Limited a --       13:10:55

15    a for-profit enterprise?                                 13:10:59

16         A.   It is.                                         13:11:03

17         Q.   And what is its source of income?             13:11:03

18         A.   Source of income?  I mean, we are             13:11:08

19    a for-profit company, but we are not turning to,         13:11:16

20    like, make revenue yet; so the source of income is      13:11:23

21    supposed to be, like, a -- we build up the project      13:11:26

22    under the family plan, and then we start to make        13:11:31

23    profit from those projects -- investment projects.      13:11:36

24         Q.   Okay.  So the -- the company invests money    13:11:40

25    and hopes to make money from investments.               13:11:43

                                              Page 118

| | | |
|---|---|---|
| 1 | Is that it? | 13:11:47 |
| 2 | A.  That's part of the source of income, yes. | 13:11:48 |
| 3 | Planned. | 13:11:52 |
| 4 | Q.  Does the -- does the company, Golden Spring | 13:11:52 |
| 5 | (New York) Limited, have any clients?  Or is it just | 13:11:57 |
| 6 | the family? | 13:12:01 |
| 7 | A.  I mean, family office typically, to our | 13:12:02 |
| 8 | understanding, is support and serve for the family | 13:12:08 |
| 9 | business; so our clients are the family. | 13:12:13 |
| 10 | Q.  Okay.  And that includes Mr. Ho Wan Kwok, | 13:12:15 |
| 11 | does it not? | 13:12:20 |
| 12 | A.  He is the person -- the owner of the company | 13:12:21 |
| 13 | requesting Golden Spring to support; so Golden Spring | 13:12:28 |
| 14 | does not, like, plan or, like, having profit from his | 13:12:31 |
| 15 | father, which, like, we didn't think about that and | 13:12:39 |
| 16 | how; right? | 13:12:43 |
| 17 | Q.  Well, you just said a moment ago that | 13:12:45 |
| 18 | Golden Spring (New York) limited's clients was the | 13:12:47 |
| 19 | family.  And I ask you if that included | 13:12:58 |
| 20 | Mr. Ho Wan Kwok. | 13:13:00 |
| 21 | The reason I asked that question is because | 13:13:01 |
| 22 | Mr. Ho Wan Kwok is a member of the family, is he not? | 13:13:04 |
| 23 | A.  So this is my answer.  Golden Spring -- | 13:13:09 |
| 24 | MR. ROSEN:  Hold off answering, please, just | 13:13:15 |
| 25 | for a second. | 13:13:18 |

Page 119

1        I'd object on the -- on the grounds that I'm                13:13:18

2   not sure that your use of the word client is -- is             13:13:23

3   being understood.                                               13:13:25

4        Could you clarify that, please?                            13:13:25

5        MR. HARBACH:  Sure.                                        13:13:29

6   BY MR. HARBACH:                                                 13:13:32

7        Q.  Ms. Wang, do you know what I mean by the               13:13:33

8   word client?                                                    13:13:36

9        A.  Client means that you offer services to get           13:13:39

10  paid.                                                           13:13:43

11       Q.  Okay.  A moment ago you said that the client          13:13:44

12  of Golden Spring (New York) Limited was the family.            13:13:51

13       Did you mean that in the sense that you just              13:13:55

14  described, or did you mean that in a different way?            13:13:59

15       A.  I mean the client is the Guo family.                  13:14:02

16  I mean, they -- they are, as I testified before,               13:14:06

17  like, a hundred family member.  They all could be our          13:14:12

18  clients.  They are all business people.                        13:14:15

19       Q.  Okay.                                                  13:14:18

20       A.  So as a client of Golden Spring, which                13:14:19

21  I mean.                                                         13:14:22

22       Q.  Okay.  Do you mean that members of the                13:14:23

23  family pay Golden Spring?                                       13:14:25

24       A.  I mean if Golden Spring offered a service            13:14:31

25  and then helped them to invest successfully, yes.             13:14:34

                                         Page 120

```
 1    Golden Spring would be paid.                    13:14:39

 2         Q.   Okay.  So now my question is is       13:14:40

 3    Mr. Ho Wan Kwok part of the family that is a client  13:14:45

 4    of Golden Spring (New York) Limited?            13:14:50

 5              MR. ROSEN:  Objection to form.         13:14:54

 6              It -- the -- is your question is he    13:14:58

 7    individually a client?  Because what you asked is is  13:15:01

 8    he part of the family that is a client.         13:15:05

 9              MR. HARBACH:  Well, I'm sorry for -- for --  13:15:08

10    I'm really not meaning to be confusing.         13:15:11

11    BY MR. HARBACH:                                 13:15:14

12         Q.   I understood, Ms. Wang, you to say a moment  13:15:14

13    ago that the family -- which is composed of numerous  13:15:17

14    people, you said.                               13:15:22

15              That the family is a client of Golden Spring  13:15:22

16    (New York) Limited; is that correct?            13:15:26

17         A.   The family and their family member who are  13:15:29

18    the business people; correct?                   13:15:36

19              They are the Golden Spring's clients.  Of  13:15:37

20    course, I don't mean that like in the minor kids;  13:15:40

21    right?                                          13:15:44

22              So I made that very clear.            13:15:44

23         Q.   Is Mr. Ho Wan Kwok a member of that family?  13:15:46

24         A.   He is one of the family member, yes.   13:15:50

25         Q.   To your knowledge, has Mr. Ho Wan Kwok ever  13:15:53
```

Page 121

```
 1    contributed or paid any money to Golden Spring      13:16:06

 2    (New York) Limited?                                 13:16:11

 3        A.   No.                                        13:16:13

 4             To my knowledge.                           13:16:16

 5        Q.   To your knowledge, has any business        13:16:17

 6    organization that Mr. Ho Wan Kwok owns or controls  13:16:26

 7    ever contributed any money to Golden Spring         13:16:32

 8    (New York) Limited?                                 13:16:36

 9             MR. ROSEN:  Objection.                      13:16:39

10             You can answer the question.               13:16:40

11             THE WITNESS:  To my knowledge, no.         13:16:42

12    BY MR. HARBACH:                                     13:16:45

13        Q.   And you -- as the treasurer of Golden Spring  13:16:49

14    (New York) Limited, would that be something you would  13:16:53

15    expect to know if it had happened?                  13:16:56

16        A.   Since I was --                             13:16:59

17             MR. ROSEN:  Object.                         13:17:03

18             You can answer.                            13:17:04

19             THE WITNESS:  Since I was appointed of     13:17:07

20    treasurer of Golden Spring, I didn't see any money  13:17:11

21    come from Mr. Ho Wan Kwok.  And Golden Spring doesn't  13:17:13

22    look at him as a client; so he is a family member,  13:17:17

23    but he is not our kind of like prospective client.  13:17:21

24    He is the owner.  He is the father of the owner,    13:17:25

25    like, it -- that's our understanding.               13:17:31
```

Page 122

| | | |
|---|---|---|
| 1 | BY MR. HARBACH: | 13:17:32 |
| 2 | Q.  He, in fact, is the owner, isn't he, | 13:17:33 |
| 3 | Ms. Wang? | 13:17:36 |
| 4 | MR. ROSEN:  Objection. | 13:17:37 |
| 5 | THE WITNESS:  He is not the owner at all. | 13:17:38 |
| 6 | BY MR. HARBACH: | 13:17:42 |
| 7 | Q.  Were you an employee or a director or | 13:17:46 |
| 8 | officer of Golden Spring at the time that it was | 13:17:53 |
| 9 | created? | 13:17:56 |
| 10 | A.  You mean back to 2015, sir? | 13:18:00 |
| 11 | Q.  Yes. | 13:18:04 |
| 12 | A.  No. | 13:18:05 |
| 13 | Q.  Returning to my question about Golden Spring | 13:18:06 |
| 14 | (New York) Limited's source of income, is there | 13:18:16 |
| 15 | anything else in that category, other than returns on | 13:18:22 |
| 16 | investment? | 13:18:26 |
| 17 | A.  What do you mean?  Like any other source of | 13:18:28 |
| 18 | income besides what I reply to you before? | 13:18:38 |
| 19 | Q.  Yes. | 13:18:41 |
| 20 | A.  Okay.  So that would be our major source of | 13:18:42 |
| 21 | income.  Like, a family office -- I mean, in my | 13:18:45 |
| 22 | understanding you already do investment; so when you | 13:18:51 |
| 23 | investment, you get revenue, and then we got paid, | 13:18:54 |
| 24 | and so we got. | 13:18:57 |
| 25 | Q.  I understand that. | 13:18:57 |

Page 123

```
1              I'm asking you whether there was anything      13:18:58

2      else.                                                  13:19:00

3          A.   As far as I know, like, that is all I know.   13:19:03

4          Q.   Okay.                                         13:19:08

5          A.   That is the plan.  I mean, as a family        13:19:09

6      office -- right? -- we are supposed to do investment   13:19:12

7      and make revenue -- make revenue.  I mean, I am not    13:19:15

8      a law firm.  I am not other, you know, service         13:19:18

9      company.  And then any other source of income          13:19:20

10     I should be expect.                                    13:19:22

11         Q.   Does Golden Spring (New York) Limited have    13:19:24

12     any bank accounts?                                     13:19:28

13         A.   You are asking which time apparent, sir?      13:19:30

14         Q.   I'm asking currently.                         13:19:41

15         A.   Yes.                                          13:19:43

16         Q.   How many?                                     13:19:43

17         A.   One.                                          13:19:46

18         Q.   At which bank?                                13:19:52

19             MR. ROSEN:  Objection.  There are security     13:19:55

20     issues involved here, and we're -- I understand that   13:19:59

21     Golden Spring's bank accounts have been shut down as   13:20:06

22     part of what has been described to me as a harassment  13:20:09

23     scheme; so I would ask at this point not to            13:20:13

24     disclose -- the witness not to disclose the location   13:20:16

25     of the bank account.                                   13:20:19
```

Veritext Legal Solutions
866 299-5127

```
 1            MR. HARBACH:  Okay.  Scott, I'm not meaning      13:20:20

 2    to disregard your instruction.  I'm going to ask        13:20:25

 3    another question, and if you want to include this       13:20:28

 4    under your objection, please do.  But I'm going to      13:20:31

 5    ask this one.                                           13:20:34

 6    BY MR. HARBACH:                                         13:20:35

 7        Q.  Ms. Wang, is Golden Spring (New York)'s bank    13:20:35

 8    account with a U.S. bank?                               13:20:38

 9        A.  Yes.                                            13:20:42

10        Q.  What is the approximate current balance in      13:20:43

11    that account?                                           13:20:54

12        A.  I mean, for the safety, same reason.  I am      13:20:57

13    very hesitant to tell you because PAX already, like,    13:21:05

14    harassed all Golden Spring's bank account.              13:21:09

15            So we are talking about DIP loan; right?        13:21:14

16        Q.  Well, yeah.                                     13:21:18

17            You know the reasons that the -- that the       13:21:19

18    deposition has been noticed, and I'm not going to get   13:21:21

19    into a debate with you about whether the question is    13:21:26

20    proper.                                                 13:21:28

21            My question is what is the approximate          13:21:30

22    balance in Golden Spring's one bank account in the      13:21:33

23    United States?                                          13:21:38

24            MR. ROSEN:  I'm going to object and would       13:21:41

25    like, if it is acceptable to counsel, to take a short   13:21:44
```

```
 1    recess to discuss this with my client.           13:21:50

 2            MR. HARBACH:  Of course.  No problem at all.  13:21:52

 3            THE VIDEOGRAPHER:  We are going off the    13:21:55

 4    record.                                           13:21:56

 5            The time is 1:21.                         13:21:56

 6            (Short recess taken.)                     13:22:00

 7            THE VIDEOGRAPHER:  We are back on the      13:33:59

 8    record.                                           13:34:01

 9            The time is 1:34.                         13:34:01

10            MR. HARBACH:  Scott, did you want to put   13:34:06

11    anything on the record here or no?                13:34:11

12            MR. ROSEN:  No.                           13:34:14

13            I did not need to put anything on the      13:34:15

14    record.                                           13:34:18

15    BY MR. HARBACH:                                   13:34:18

16        Q.  Okay.  Ms. Wang, did you speak with anyone 13:34:19

17    else during the break, besides your lawyer?       13:34:21

18        A.  I only talked with Mr. Scott Rosen.       13:34:23

19        Q.  Okay.  Thank you.                         13:34:25

20            The pending question before the break was  13:34:26

21    what is the approximate balance in Golden Spring   13:34:31

22    (New York) Limited's one U.S. bank account?       13:34:37

23            MR. ROSEN:  I'm going to object and instruct 13:34:45

24    the witness not to answer that specific question  13:34:47

25    because of Golden Spring's concerns about maintaining 13:34:50
```

Page 126

```
 1    the integrity and usability of the bank account in        13:34:54

 2    light of credits' rights actions that have been taken     13:34:58

 3    by -- by PAX.                                             13:35:03

 4    BY MR. HARBACH:                                           13:35:05

 5        Q.   Leaving aside the identity of the bank,         13:35:06

 6    approximately how much value in liquid assets does        13:35:11

 7    Golden Spring (New York) Limited own?                     13:35:20

 8        A.   Golden Spring as -- I mean, enough funds to     13:35:23

 9    support Golden Spring, the operation.  I mean, we         13:35:33

10    don't have cash flow issue, so....                       13:35:37

11        Q.   All right.  And your judgment about what         13:35:40

12    might be a cash flow issue and our judgment about         13:35:44

13    what might be a cash flow issue and Judge Manning's       13:35:48

14    judgment about what might be a cash flow issue could      13:35:54

15    be three very different things.                           13:35:57

16             And so that is why I'm asking approximately     13:35:59

17    how much money in liquid assets does Golden Spring        13:36:03

18    (New York) Limited own?                                  13:36:09

19        A.   The balance is changing every day because       13:36:12

20    things happen every day; so I don't want to              13:36:19

21    speculate.  Obviously, I did not check the bank          13:36:22

22    balance right now; so I cannot say.                      13:36:25

23        Q.   What -- what -- when -- when was the last       13:36:27

24    time you checked the balance?                            13:36:29

25        A.   I don't recall.  It is the financial --        13:36:30
```

Page 127

| | | |
|---|---|---|
| 1 | finance department, they are doing that. | 13:36:34 |
| 2 | Q.  Well, you are the treasurer; right? | 13:36:37 |
| 3 | MR. ROSEN:  Excuse me.  I thought this was | 13:36:40 |
| 4 | questions setting aside the bank account.  The | 13:36:42 |
| 5 | question was what is -- what are the values of the | 13:36:45 |
| 6 | liquid assets, setting aside the bank account. | 13:36:47 |
| 7 | MR. HARBACH:  Yeah.  I meant -- and I can't | 13:36:50 |
| 8 | believe I said -- if I didn't, I'm mistaken.  I meant | 13:36:53 |
| 9 | the identity of the bank.  I'm not -- I'm not | 13:36:56 |
| 10 | interested in getting the identification of the bank. | 13:36:59 |
| 11 | I'm just trying to figure out how much money | 13:37:02 |
| 12 | Golden Spring (New York) Limited has.  That's it. | 13:37:05 |
| 13 | BY MR. HARBACH: | 13:37:02 |
| 14 | Q.  How much money does the company have?  Do | 13:37:11 |
| 15 | you know? | 13:37:13 |
| 16 | A.  The money enough to support all of the daily | 13:37:14 |
| 17 | operation. | 13:37:18 |
| 18 | Q.  Are you -- are you unwilling to tell me how | 13:37:18 |
| 19 | much money Golden Spring has or do you not know how | 13:37:23 |
| 20 | much money Golden Spring has? | 13:37:27 |
| 21 | MR. ROSEN:  Yeah.  I -- I have to object | 13:37:29 |
| 22 | here.  There are concerns about the integrity and | 13:37:31 |
| 23 | usability of Golden Spring's assets in light of | 13:37:36 |
| 24 | creditor activity that has been conducted by PAX; so | 13:37:41 |
| 25 | these are -- these are sensitive issues.  If -- if | 13:37:46 |

Page 128

```
 1    you want to get to questions about where is the loan      13:37:50

 2    proceeds going to come from, then we can -- we can         13:37:52

 3    certainly go there.  But with respect to its current      13:37:56

 4    assets, at this point the credit just -- just             13:38:00

 5    outweighs any -- any -- any relevancy.                    13:38:06

 6           MR. HARBACH:  I -- I think I understand your       13:38:10

 7    objection, and rather than engage it fully, I will        13:38:13

 8    just note that we strongly disagree.  But if you are      13:38:16

 9    instructing the witness not to answer, I'll try and       13:38:20

10    move on.                                                  13:38:23

11           MR. ROSEN:  Thank you.                             13:38:24

12    BY MR. HARBACH:                                           13:38:26

13        Q.  Approximately how much profit did                 13:38:32

14    Golden Spring (New York) make in the last year?           13:38:35

15        A.  Because of the -- the entire, like, PAX --        13:38:41

16    right? -- this case, I mean, PAX obviously subpoenaed     13:38:49

17    all Golden Spring's bank.  And then in my                 13:38:53

18    understanding, my console device, like, PAX didn't        13:38:57

19    get anything; so -- because PAX specifically hurt our     13:39:01

20    bank relationship in the last year, as you said,          13:39:05

21    I mean, we didn't make profit last year.                  13:39:07

22        Q.  You did not make a profit last year?              13:39:10

23        A.  Correct.                                          13:39:14

24           MR. ROSEN:  Objection.                             13:39:16

25    ///
```

Page 129

```
 1    BY MR. HARBACH:                                      13:39:17

 2         Q.  Was there a -- was there a loss of -- of --  13:39:18

 3    there was a loss of approximately how much last year? 13:39:20

 4    Do you understand the question?                       13:39:33

 5         A.  Of course.                                   13:39:34

 6         Q.  So what is --                                13:39:37

 7         A.  But I don't know why it is related to this   13:39:38

 8    as well.  It is sensitive information, which I have   13:39:42

 9    to keep it.                                           13:39:44

10         Q.  You are -- so you are -- you are -- you are  13:39:45

11    unwilling to answer what the size of Golden Spring    13:39:46

12    (New York) Limited's loss was last year; is that      13:39:51

13    right?                                                13:39:57

14              MR. ROSEN:  Objection.  This is not an asset 13:39:57

15    disclosure deposition for Golden Spring.  And -- and  13:40:01

16    in light of the pending litigation that is already    13:40:03

17    out there, questions like this are overstepping what  13:40:05

18    the scope of this deposition is supposed to be,        13:40:09

19    which, again, this is a contested matter in           13:40:11

20    a bankruptcy case for a DIP loan, which is being      13:40:15

21    granted on a fully subordinated basis; so that's --   13:40:19

22    that is what we are here today on, not asset          13:40:23

23    disclosure.                                           13:40:27

24              MR. HARBACH:  Is that an instruction not to 13:40:34

25    answer, Scott?                                        13:40:36
```

                                                  Page 130

| | | |
|---|---|---|
| 1 | MR. ROSEN:  Yes, it is. | 13:40:37 |
| 2 | BY MR. HARBACH: | 13:40:39 |
| 3 | Q.  Who made the requests to Golden Spring | 13:40:39 |
| 4 | (New York) for debtor-in-possession financing? | 13:40:42 |
| 5 | A.  I -- can I ask a translator to help me | 13:40:47 |
| 6 | understand this question? | 13:40:53 |
| 7 | Q.  Of course. | 13:40:55 |
| 8 | MR. HARBACH:  Ms. Johnston, I'll repeat it. | 13:40:56 |
| 9 | Who made the request to Golden Spring | 13:41:00 |
| 10 | (New York) Limited for debtor-in-possession | 13:41:02 |
| 11 | financing? | 13:41:09 |
| 12 | THE INTERPRETER:  (Interprets question.) | 13:41:42 |
| 13 | THE CHECK INTERPRETER:  Can the check | 13:41:42 |
| 14 | interpreter help with that term? | 13:41:45 |
| 15 | THE INTERPRETER:  Sure. | 13:41:48 |
| 16 | THE WITNESS:  From the interpreter | 13:41:55 |
| 17 | understanding, it is debtor's loan; right?  Debtor's | 13:41:57 |
| 18 | position.  Debtor's loan. | 13:42:01 |
| 19 | BY MR. HARBACH: | 13:42:01 |
| 20 | Q.  Well, Ms. -- Ms. Wang, on several occasions | 13:42:01 |
| 21 | today you have pointed out to me that we are here to | 13:42:03 |
| 22 | talk about a DIP loan. | 13:42:09 |
| 23 | Do you know what a DIP loan is? | 13:42:10 |
| 24 | A.  Yes. | 13:42:15 |
| 25 | It is a loan between the debtor and lender. | 13:42:16 |

Page 131

```
 1        Q.  Okay.  Do you know what DIP stands for?       13:42:19

 2        A.  Yes.                                          13:42:27

 3        Q.  What does it stand for?                       13:42:29

 4        A.  It is a DIP loan displaying between --        13:42:31

 5   I mean, I'm not a lawyer; right?                       13:42:42

 6            It is a loan between the lender and the       13:42:43

 7   debtor.                                                13:42:48

 8        Q.  Thirty seconds ago you said to me that you    13:42:49

 9   know what DIP stands for.  It is okay if you don't.    13:42:53

10   I'm just asking for an honest answer.                  13:43:00

11            Do you know what DIP stands for?  It is an    13:43:04

12   acronym.                                               13:43:09

13        A.  It is a loan.  It is a loan.  That's my       13:43:09

14   answer.                                                13:43:13

15        Q.  Okay.  It stands for debtor in possession.    13:43:13

16            Okay?                                         13:43:17

17            It is not a secret, but -- I'll keep going.   13:43:19

18            Who made the request to Golden Spring         13:43:26

19   (New York) for debtor-in-possession financing that is  13:43:32

20   at issue here?                                         13:43:37

21        A.  The owner of Golden Spring (New York).        13:43:39

22        Q.  The owner of Golden Spring (New York) made    13:43:44

23   a request to Golden Spring (New York) for DIP          13:43:52

24   financing?  Is that your testimony?                    13:43:57

25        A.  I don't understand your question.             13:44:00
```

Page 132

| 1 | Q. Who asked for the loan? | 13:44:05 |
| 2 | A. I was not involved in this loan negotiation. | 13:44:10 |
| 3 | Q. Do you know who made the request for the | 13:44:15 |
| 4 | loan? | 13:44:20 |
| 5 | A. I was not involved in the negotiation of | 13:44:22 |
| 6 | this loan. I just got instruction and advice from | 13:44:28 |
| 7 | the owner of Golden Spring. | 13:44:32 |
| 8 | Q. Okay. Is the answer to this question -- is | 13:44:34 |
| 9 | the answer to my question you don't know? | 13:44:39 |
| 10 | A. I was not involved. | 13:44:41 |
| 11 | Q. You know what? Let's use the interpreter. | 13:44:42 |
| 12 | MR. HARBACH: Ms. Johnston, can you -- well, | 13:44:48 |
| 13 | let's do it this way. | 13:44:53 |
| 14 | BY MR. HARBACH: | 13:44:57 |
| 15 | Q. Do you know who made the request to | 13:44:57 |
| 16 | Golden Spring (New York) Limited for the loan that is | 13:44:59 |
| 17 | the subject of today's deposition? | 13:45:03 |
| 18 | A. I don't have personal knowledge. | 13:45:09 |
| 19 | Q. Has anyone told you who made the loan -- who | 13:45:11 |
| 20 | made the request for the loan that is the subject of | 13:45:19 |
| 21 | today's deposition? | 13:45:22 |
| 22 | A. Has anyone told me? | 13:45:24 |
| 23 | Q. Well, you said you didn't have personal | 13:45:31 |
| 24 | knowledge. | 13:45:33 |
| 25 | A. Yes. | 13:45:35 |

Page 133

```
 1        Q.  And I know what that -- and I know what that    13:45:35

 2   means.                                                    13:45:39

 3            So I am asking you whether you have ever         13:45:39

 4   learned from anyone else who made the request for the     13:45:42

 5   loan that is the subject of today's deposition.           13:45:45

 6        A.  I heard this from Mr. Qiang Guo about his        13:45:53

 7   DIP loan.                                                 13:45:58

 8        Q.  Who did he say requested the DIP loan?           13:45:59

 9        A.  He mentioned his father -- his father's          13:46:05

10   attorney.                                                 13:46:16

11        Q.  Do you recall that attorney's name?              13:46:17

12        A.  I don't recall.  He didn't tell me, and          13:46:20

13   I don't recall.                                           13:46:23

14        Q.  When was that request made, if you know?         13:46:24

15        A.  In March.                                        13:46:33

16        Q.  Of what year?                                    13:46:41

17        A.  Of this year.                                    13:46:43

18        Q.  Were you -- as president, secretary,             13:46:45

19   treasurer, and director of Golden Spring (New York)       13:46:53

20   Limited -- involved in the decision about whether to      13:46:58

21   provide DIP financing to the debtor?                      13:47:03

22        A.  I was advised by Mr. Qiang Guo afterwards.       13:47:06

23   That was a quite short time period.  And he handled;      13:47:16

24   so the answer to you is I was not involved.               13:47:24

25        Q.  Were you consulted by Mr. Guo --                 13:47:27
```

Page 134

| | | |
|---|---|---|
| 1 | Mr. Qiang Guo on the decision about whether | 13:47:32 |
| 2 | Golden Spring (New York) would agree to provide DIP | 13:47:36 |
| 3 | financing to the debtor here? | 13:47:40 |
| 4 | A.  What do you mean, consulted? | 13:47:42 |
| 5 | Q.  Do you know what consulted means? | 13:47:45 |
| 6 | A.  Of course I know. | 13:47:48 |
| 7 | Q.  Okay.  So were you consulted by | 13:47:49 |
| 8 | Mr. Qiang Guo about the decision on whether | 13:47:53 |
| 9 | Golden Spring (New York) would agree to provide DIP | 13:47:59 |
| 10 | financing to the debtor? | 13:48:03 |
| 11 | A.  You mean he -- when he was making the | 13:48:05 |
| 12 | decision? | 13:48:08 |
| 13 | Q.  Well, we're going to get to who made the | 13:48:09 |
| 14 | decision.  I'm trying to figure out whether you were | 13:48:14 |
| 15 | involved and, if so, how.  You told me a couple of | 13:48:18 |
| 16 | minutes ago that you were not involved with the | 13:48:23 |
| 17 | decision. | 13:48:25 |
| 18 | I'm asking if Mr. Qiang Guo spoke to you | 13:48:26 |
| 19 | about the decision. | 13:48:30 |
| 20 | A.  Yes. | 13:48:33 |
| 21 | He spoke to me about the decision. | 13:48:34 |
| 22 | Q.  Before he made it or after? | 13:48:36 |
| 23 | A.  After. | 13:48:40 |
| 24 | Q.  And am I right that the decision was his, | 13:48:41 |
| 25 | not yours?  Correct? | 13:48:47 |

Page 135

```
 1        A.   Golden Spring has been the litigation          13:48:49

 2   funding for Mr. Qiang Guo's father, I mean, for          13:48:56

 3   several years.  Mr. Qiang Guo made the decision,         13:49:01

 4   given the short time apparent.  As the president of      13:49:05

 5   the company, I am aligned with that, and he knew and     13:49:09

 6   he knows I am going to align with that.                  13:49:13

 7        Q.   I see.                                          13:49:15

 8        A.   So no need --                                   13:49:16

 9        Q.   And is that --                                  13:49:16

10        A.   No need to argue that, yeah, if that is what   13:49:17

11   you are looking for.                                     13:49:20

12        Q.   I'm -- I'm -- I'm -- you know, I'm not         13:49:21

13   trying to argue with you.  I'm just trying to           13:49:22

14   understand what happened.                                13:49:25

15        And so how about this?                              13:49:28

16        You understand that litigation funding in          13:49:31

17   the past that Golden Spring may have provided to        13:49:37

18   Mr. Ho Wan Kwok is different from the DIP loan that     13:49:46

19   we are talking about today?  You understand that       13:49:49

20   those are two different things; right?                  13:49:51

21        A.   Correct.                                       13:49:54

22        Q.   Okay.  And so I would like to focus just on   13:49:54

23   the DIP loan and not litigation financing that may     13:49:58

24   have occurred in the past.                               13:50:03

25        Do you understand?                                  13:50:05
```

Page 136

```
 1        A.   Yes.                                     13:50:06

 2        Q.   Okay.  And so do I have it right that    13:50:10

 3   according to you, the decision about whether to agree   13:50:13

 4   to the DIP loan for the debtor was Mr. Qiang Guo's    13:50:20

 5   decision?  Correct?                              13:50:27

 6        A.   He made a decision, obviously on behalf of   13:50:34

 7   Golden Spring, and he is the owner of the company.    13:50:41

 8   And we're aligned.                               13:50:43

 9        Q.   Okay.  And you are the president, and all   13:50:45

10   those other titles, of Golden Spring (New York)    13:50:49

11   Limited; correct?                                13:50:52

12        A.   Correct.                                13:50:58

13        Q.   Have you ever disagreed with Mr. Qiang Guo   13:50:59

14   about a decision that he has made?               13:51:02

15        A.   Yes, of course.                         13:51:03

16        Q.   Okay.  And did he solicit your agreement for   13:51:06

17   this decision?                                   13:51:08

18        A.   For this DIP loan decision, you mean?    13:51:09

19        Q.   Uh-huh.                                 13:51:13

20        A.   No.                                     13:51:14

21             Why?                                    13:51:19

22        Q.   He just -- he told you --               13:51:20

23        A.   Why?                                    13:51:21

24        Q.   He told you -- he told you about it after he   13:51:22

25   had made a decision; correct?                    13:51:24
```

                                                    Page 137

```
 1        A.   He briefed me what happened.              13:51:26

 2        Q.   What did he tell you?                     13:51:30

 3        A.   About this DIP loan, and then he didn't have   13:51:31

 4   enough time within the short limit of time.  He took    13:51:38

 5   care of that.                                      13:51:42

 6        Q.   Okay.                                     13:51:43

 7        A.   So he always advise me with something in the  13:51:44

 8   short limit of time or urgency kind of like it.    13:51:47

 9        Q.   Okay.                                     13:51:51

10        A.   And then he took it like that.  He briefed    13:51:52

11   me.  That's it.                                    13:51:56

12        Q.   Okay.  And I will ask you one more time what   13:51:57

13   he said when he briefed you, and then I'll -- I'll   13:52:01

14   try this another way.                              13:52:04

15        A.   Okay.                                     13:52:06

16        Q.   What did he say when he briefed you, if you   13:52:06

17   remember?  I mean, this was, what, a month ago?    13:52:09

18        A.   So what are you asking about?  Like, when   13:52:14

19   the brief happened or the DIP loan happened, sir?  13:52:16

20        Q.   Fifteen seconds ago you told me a couple of   13:52:18

21   times that Mr. Qiang Guo briefed you.              13:52:22

22             Do you remember that?                     13:52:26

23        A.   Yes.                                      13:52:27

24        Q.   What did he say when he briefed you?       13:52:28

25        A.   He said he retained attorney and worked    13:52:32
```

Page 138

```
 1    together with the lenders' attorney and then -- to       13:52:45

 2    take care of the DIP loan.  And that is what he told     13:52:48

 3    me.                                                      13:52:53

 4         Q.  Okay.  Was that the first time you had heard    13:52:53

 5    about the DIP loan?                                      13:52:57

 6         A.  No.                                             13:52:59

 7         Q.  Who was the first person you heard about it     13:53:01

 8    from?                                                    13:53:05

 9         A.  I heard from the attorneys -- our attorneys.    13:53:06

10         Q.  Okay.  Before this conversation with           13:53:10

11    Qiang Guo?                                               13:53:13

12         A.  Correct.  Yes.                                  13:53:14

13         Q.  Have you ever spoken with Mr. Ho Wan Kwok      13:53:23

14    about the DIP loan ever?                                 13:53:26

15         A.  I don't recall.                                13:53:29

16         Q.  Is it possible that you have?                  13:53:32

17         A.  Unlikely.  I don't recall.                     13:53:36

18         Q.  How often do you speak with Mr. Ho Wan Kwok?   13:53:48

19         A.  Oh, we meet as needed.                         13:53:51

20         Q.  A few times a week?                            13:53:56

21         A.  As needed.                                     13:54:00

22         Q.  More or less than a few times a week?          13:54:02

23         A.  As needed.                                     13:54:07

24         Q.  I mean, as needed could be twenty times        13:54:11

25    a day, Ms. Wang.                                         13:54:14
```

Page 139

| | | |
|---|---|---|
| 1 | Do you talk to him twenty times a day? | 13:54:16 |
| 2 | A.  Obviously not. | 13:54:19 |
| 3 | Q.  Well, it is not obvious because you won't | 13:54:20 |
| 4 | answer the question. | 13:54:22 |
| 5 | How often do you speak to him? | 13:54:23 |
| 6 | MR. ROSEN:  Objection. | 13:54:27 |
| 7 | THE WITNESS:  As needed. | 13:54:28 |
| 8 | MR. ROSEN:  Counsel, please specify a time | 13:54:29 |
| 9 | frame. | 13:54:32 |
| 10 | MR. HARBACH:  Sure. | 13:54:33 |
| 11 | BY MR. HARBACH: | 13:54:34 |
| 12 | Q.  From the moment you learned about the DIP | 13:54:34 |
| 13 | loan from some attorney until today, how frequently | 13:54:37 |
| 14 | have you spoken with Mr. Kwok Ho Wan? | 13:54:44 |
| 15 | A.  Oh, I think I met him, like, more than | 13:54:51 |
| 16 | a week ago -- a week ago. | 13:54:55 |
| 17 | Q.  Okay.  That's one time. | 13:54:58 |
| 18 | Any other times you can think of? | 13:55:04 |
| 19 | A.  I don't recall. | 13:55:07 |
| 20 | Q.  On that one occasion that you do recall, did | 13:55:10 |
| 21 | you discuss the DIP loan with Mr. Ho Wan Kwok? | 13:55:15 |
| 22 | A.  No. | 13:55:19 |
| 23 | Q.  When you saw Mr. Kwok most recently -- you | 13:55:40 |
| 24 | said it was about a week ago -- was that in the | 13:55:45 |
| 25 | Golden Spring (New York) offices? | 13:55:48 |

Page 140

| | | |
|---|---|---|
| 1 | A.  Yes. | 13:55:52 |
| 2 | Q.  Okay.  Do you recall what you did discuss | 13:55:52 |
| 3 | with him on that occasion? | 13:55:56 |
| 4 | A.  We just -- like, I send my regards, like, | 13:55:58 |
| 5 | social. | 13:56:09 |
| 6 | And he asked, are you doing good; right? | 13:56:10 |
| 7 | So that's it, yeah. | 13:56:13 |
| 8 | We chat -- and he chat whether I am safe, | 13:56:14 |
| 9 | and I did the same.  That's it.  We didn't -- we | 13:56:17 |
| 10 | didn't chat about other stuff.  I don't -- we didn't. | 13:56:20 |
| 11 | Q.  Okay.  And that was it, just -- just, like, | 13:56:23 |
| 12 | hi, how are you, that sort of thing? | 13:56:26 |
| 13 | A.  Yes. | 13:56:29 |
| 14 | Obviously he was here, I believe, like, | 13:56:29 |
| 15 | meeting his attorneys.  And I -- because this is my | 13:56:33 |
| 16 | office; so I arranged the office, like, you know, | 13:56:39 |
| 17 | like, take care of them; like, you know, arrange | 13:56:44 |
| 18 | their food and coffee, those kinds of stuff; so my | 13:56:46 |
| 19 | office did that for them. | 13:56:49 |
| 20 | Q.  Your office or you? | 13:56:51 |
| 21 | A.  My office.  I instructed my office to do | 13:56:52 |
| 22 | that. | 13:56:58 |
| 23 | Q.  Okay.  You have -- in your capacity as | 13:56:58 |
| 24 | president and so forth of Golden Spring -- you know | 13:57:16 |
| 25 | what I mean by and so forth; right? | 13:57:20 |

Page 141

```
 1        A.  I don't really know that.              13:57:23

 2        Q.  Okay.                                  13:57:25

 3        A.  What means so forth?                   13:57:26

 4        Q.  Sure.                                  13:57:27

 5            I mean all those other titles, president,    13:57:29

 6    secretary, treasurer, director.                13:57:33

 7            You hold all four titles; right?       13:57:35

 8        A.  Correct.                               13:57:37

 9        Q.  Okay.  And you are the only president;  13:57:38

10    correct?                                       13:57:40

11        A.  Correct.                               13:57:41

12        Q.  The only treasurer; correct?           13:57:42

13        A.  Yes.                                   13:57:44

14        Q.  Okay.  And what decisions are you empowered  13:57:44

15    to make in those roles without Qiang Guo's     13:58:00

16    permission?                                    13:58:06

17        A.  I make most of the daily operation decisions  13:58:06

18    in here.  Of course, I will brief him when we meet or  13:58:15

19    chat, but I made the, like, daily operation decision  13:58:19

20    by myself in here.                             13:58:25

21        Q.  How much is the -- the DIP loan that is at  13:58:26

22    issue in this case?                            13:58:29

23        A.  The DIP loan is $8 million U.S.        13:58:30

24        Q.  And who did you learn that from?       13:58:39

25        A.  Who did I got this from?  From         13:58:41
```

Page 142

```
 1    Mr. Qiang Guo.                                        13:58:46

 2       Q.  Okay.  Do you know where the $8 million        13:58:46

 3    figure came from?                                     13:58:54

 4       A.  When Mr. Qiang Guo advise me, he advise he     13:58:55

 5    will take care of that also, as we always did.  Like  13:59:06

 6    the fund; like, for example, like, you asked did his  13:59:10

 7    father ask for buy something, like, he will -- I have 13:59:14

 8    to escalate for him.  He will make a decision for him 13:59:17

 9    that way.                                             13:59:21

10       Q.  I'm trying to understand, if you know, how     13:59:22

11    the figure of $8 million was arrived at.              13:59:29

12          MR. ROSEN:  Could we have the -- the            13:59:33

13    interpreter on that?                                  13:59:35

14          I believe the witness may have misunderstood    13:59:36

15    the question the first time.                          13:59:39

16          MR. HARBACH:  Sure.                             13:59:41

17          Ms. Johnston, do you need me to repeat it?      13:59:42

18          THE INTERPRETER:  Yes, please.                  13:59:47

19    BY MR. HARBACH:                                       13:59:48

20       Q.  Ms. Wang, I'm asking if you know how the       13:59:49

21    $8 million figure was arrived at.                     13:59:55

22          THE INTERPRETER:  (Question interpreted.)       13:59:55

23          THE WITNESS:  (Through the Interpreter)         14:00:17

24    I was not involved in how the $8 million was arrived; 14:00:22

25    so I do not have any personal knowledge.              14:00:28
```

Page 143

```
 1   BY MR. HARBACH:                                    14:00:32

 2       Q.  Did Mr. Qiang Guo ever tell you how the    14:00:32

 3   $8 million figure was arrived at?                  14:00:35

 4       A.  (In English)  No.                          14:00:38

 5       Q.  Are you familiar with the terms of the DIP 14:00:52

 6   loan?                                              14:01:00

 7       A.  You just asked me, yes.  Now, yes.         14:01:01

 8           MR. HARBACH:  Let's use the interpreter,   14:01:11

 9   please.                                            14:01:13

10           Ms. Johnston, could you please ask:  Are you 14:01:15

11   familiar with the terms of the DIP loan?          14:01:19

12           THE INTERPRETER:  (Question interpreted.)  14:01:34

13           THE WITNESS:  (Through the Interpreter)    14:01:34

14   This was my first time involved in this matter; so 14:01:50

15   I know it was a loan.  But I am unfamiliar with the 14:01:54

16   terms.                                             14:01:58

17   BY MR. HARBACH:                                    14:02:05

18       Q.  Have you read the DIP loan agreement?      14:02:05

19       A.  (In English)  Briefly, I went through, yes. 14:02:08

20       Q.  When was that?                             14:02:17

21       A.  You mean when or what?                     14:02:18

22       Q.  I'm sorry.                                 14:02:23

23           When?  When did you go through it briefly? 14:02:24

24       A.  Oh, when I was -- I prepped with the       14:02:28

25   counsels, I believe.                              14:02:35
```

Page 144

```
 1        Q.  Okay.  And how long ago was that?           14:02:36

 2        A.  I'm sorry.                                   14:02:40

 3            What was your question?  How long ago was    14:02:44

 4    that?                                                14:02:47

 5        Q.  Yes, ma'am.                                  14:02:47

 6            I'm -- I'm -- I'm -- I'm not interested in   14:02:49

 7    what any of the attorneys told you, but I am         14:02:51

 8    interested in when you met with them.                14:02:54

 9            So when was it that you read the DIP loan    14:02:56

10    agreement?                                           14:03:00

11        A.  When, you ask; right?                        14:03:01

12        Q.  Correct.                                     14:03:03

13        A.  Before this deposition.  Yesterday.          14:03:04

14        Q.  Yesterday?                                   14:03:10

15        A.  Yes.                                         14:03:13

16        Q.  Was -- was yesterday the first time you saw  14:03:14

17    the DIP loan agreement?                              14:03:19

18        A.  I know it existed before yesterday, but      14:03:23

19    I didn't pay too much of attention until my attorney, 14:03:28

20    like, prepped me.                                    14:03:34

21        Q.  Was yesterday the first day you saw the DIP  14:03:36

22    loan agreement?                                      14:03:40

23        A.  I didn't recall.  I may have seen that       14:03:43

24    before, but I couldn't recall.                       14:03:46

25            MR. HARBACH:  Scott, this question is not    14:03:54
```

Page 145

| 1 | remotely intended to invade the privilege, but I hope | 14:03:56 |
| 2 | you will understand why I am asking it. | 14:04:01 |
| 3 | BY MR. HARBACH: | 14:04:03 |
| 4 | Q.  Ms. Wang, when you met with the attorneys | 14:04:04 |
| 5 | yesterday, was there an interpreter available to help | 14:04:06 |
| 6 | you? | 14:04:09 |
| 7 | A.  No. | 14:04:13 |
| 8 | Q.  When you read the DIP loan agreement | 14:04:18 |
| 9 | yesterday, did you understand it? | 14:04:21 |
| 10 | A.  I know it is a loan.  It is 8 million, and | 14:04:31 |
| 11 | interest is at 5 percent and subject to the court to | 14:04:34 |
| 12 | approve by the end. | 14:04:38 |
| 13 | Q.  Okay.  Do you know anything else about the | 14:04:42 |
| 14 | conditions that are attached to the loan? | 14:04:46 |
| 15 | A.  I learned from the reading it is kind of | 14:04:51 |
| 16 | like a 50 percent pay the lender -- no.  The debtors | 14:04:55 |
| 17 | professional.  Another 50 percent is going to pay | 14:05:00 |
| 18 | U.S. Trustee and the other attorney related. | 14:05:05 |
| 19 | Q.  Are you familiar with the term events of | 14:05:10 |
| 20 | default? | 14:05:14 |
| 21 | A.  You mean in this DIP loan agreement? | 14:05:15 |
| 22 | Q.  Yes, ma'am. | 14:05:21 |
| 23 | A.  I didn't pay attention about that. | 14:05:22 |
| 24 | Q.  Do you know what any of the events of | 14:05:25 |
| 25 | default that are in this DIP loan agreement are? | 14:05:29 |

Page 146

| | | |
|---|---|---|
| 1 | A.  Can I have, like, interpreter help me on | 14:05:32 |
| 2 | this?  Because it is about this DIP loan details. | 14:05:40 |
| 3 | Q.  Of course.  Of course. | 14:05:44 |
| 4 | MR. HARBACH:  I'll repeat it for | 14:05:46 |
| 5 | Ms. Johnston. | 14:05:49 |
| 6 | BY MR. HARBACH: | 14:05:51 |
| 7 | Q.  Do you know what any of the events of | 14:05:51 |
| 8 | default in this DIP loan agreement are? | 14:05:53 |
| 9 | THE INTERPRETER:  (Question interpreted.) | 14:05:53 |
| 10 | THE WITNESS:  I don't recall. | 14:06:10 |
| 11 | BY MR. HARBACH: | 14:06:10 |
| 12 | Q.  You don't recall or you don't know? | 14:06:10 |
| 13 | A.  I don't recall. | 14:06:15 |
| 14 | Q.  Do you know who Arethusa Forsyth is? | 14:06:17 |
| 15 | A-r-e-t-h-u-s-a, last name F, like Frank, | 14:06:50 |
| 16 | o-r-s-y-t-h. | 14:06:58 |
| 17 | Do you know who that person is? | 14:07:00 |
| 18 | A.  This is attorney retained by Mr. Qiang Guo | 14:07:04 |
| 19 | work on this DIP loan. | 14:07:09 |
| 20 | Q.  Did you have any -- withdrawn. | 14:07:10 |
| 21 | Do you know how Attorney Forsyth is being | 14:07:16 |
| 22 | paid? | 14:07:28 |
| 23 | A.  I'm sorry. | 14:07:29 |
| 24 | Interpreter, can I have some support? | 14:07:30 |
| 25 | THE INTERPRETER:  (Question interpreted.) | 14:07:30 |

Page 147

```
 1              THE WITNESS:  Ah, okay.  Again, not my      14:07:39

 2   native language.                                      14:07:41

 3              So Mr. Qiang Guo advised me, and he is      14:07:42

 4   taking care of that also.  Because this attorney      14:07:46

 5   based in UK; so like, where Mr. Qiang Guo is at.  He  14:07:52

 6   will take care.  For Golden Spring, we didn't receive 14:07:56

 7   invoice yet.  Probably will come, but I didn't see    14:08:00

 8   that yet.                                             14:08:03

 9   BY MR. HARBACH:                                       14:08:04

10       Q.  So when Mr. Qiang Guo told you that he would  14:08:04

11   take care of it, you understood that to mean that     14:08:07

12   Golden Spring (New York) would pay for her services;  14:08:10

13   is that right?                                        14:08:14

14       A.  That is my understanding.  For               14:08:15

15   Golden Spring, like, we didn't receive invoice.  If   14:08:21

16   we receive that invoice, we will take care of that.   14:08:23

17       Q.  Okay.  Are there any other current officers   14:08:26

18   and directors of Golden Spring (New York) Limited,    14:08:50

19   besides you and Qiang Guo?                            14:08:57

20       A.  No.                                           14:09:03

21          Only me and him.                               14:09:03

22       Q.  Okay.  Am I right that there was a time,      14:09:05

23   a few months in 2020, when you were replaced as       14:09:14

24   president by someone named Daniel Podhaskie,          14:09:23

25   P-o-d-h-a-s-k-i-e?  Is that right?                    14:09:27
```

Page 148

```
 1        A.   Correct.                                    14:09:37

 2        Q.   It looks like Mr. Podhaskie was in those     14:09:38

 3   roles for a little less than two months.              14:09:49

 4             Does that sound about right to you?          14:09:53

 5        A.   Yes.                                          14:09:55

 6        Q.   Okay.  And why was it that he replaced you    14:09:58

 7   for those couple of months?                            14:10:02

 8        A.   Because I -- I was -- I had personal issue    14:10:04

 9   by then, which I couldn't perform as my job as duty.   14:10:13

10        Q.   I see.                                        14:10:20

11             And when that personal issue was resolved,   14:10:21

12   you returned --                                        14:10:25

13        A.   That's right.                                14:10:28

14        Q.   -- is that right?                            14:10:29

15        A.   Yes.  That's right.                          14:10:30

16        Q.   Okay.  Did you have a briefing with          14:10:31

17   Mr. Podhaskie when you came back on the job?           14:10:50

18        A.   I don't recall.                              14:10:59

19        Q.   Okay.  Do you recall, in any conversations   14:11:02

20   with Mr. Podhaskie, whether he was in contact with     14:11:08

21   Mr. Ho Wan Kwok?                                        14:11:14

22        A.   No.                                          14:11:19

23             I don't recall.  We just handed over, like,  14:11:22

24   the daily operation work.  I mean, I don't recall      14:11:31

25   anything more than that.                               14:11:35
```

                                                    Page 149

| | | |
|---|---|---|
| 1 | Q.  To your knowledge, is Mr. Podhaskie | 14:11:36 |
| 2 | currently, as of today, working for Golden Spring | 14:11:45 |
| 3 | (New York)? | 14:11:48 |
| 4 | A.  No. | 14:11:48 |
| 5 | Q.  Who is the current general counsel of | 14:11:50 |
| 6 | Golden Spring (New York)? | 14:11:56 |
| 7 | MR. ROSEN:  I'm going to object to that | 14:12:00 |
| 8 | question, and I have been advised for matters of | 14:12:02 |
| 9 | personal security that general counsel does not wish | 14:12:09 |
| 10 | to disclose general counsel's identity. | 14:12:12 |
| 11 | MR. HARBACH:  Okay.  I think I can work | 14:12:17 |
| 12 | around it, Scott.  Just don't hesitate to interrupt | 14:12:19 |
| 13 | if -- if you want to, but I'm going to try and work | 14:12:23 |
| 14 | around that. | 14:12:26 |
| 15 | Okay? | 14:12:27 |
| 16 | MR. ROSEN:  Okay. | 14:12:27 |
| 17 | BY MR. HARBACH: | 14:12:27 |
| 18 | Q.  Ms. Wang, your lawyer doesn't want you to | 14:12:28 |
| 19 | say the name, but do you know who the current general | 14:12:31 |
| 20 | counsel of Golden Spring (New York) is? | 14:12:35 |
| 21 | A.  Yes, I know. | 14:12:37 |
| 22 | Q.  Okay.  And do you communicate with that | 14:12:39 |
| 23 | person? | 14:12:42 |
| 24 | A.  Yes, we do. | 14:12:46 |
| 25 | Q.  How regularly?  How often do you communicate | 14:12:49 |

Veritext Legal Solutions
866 299-5127

```
1    with that person?                                    14:12:52

2        A.  We communicated -- it is not a daily basis,  14:12:53

3    but several times per week.                          14:13:03

4        Q.   Okay.  I find it interesting that you have  14:13:06

5    a clear recollection of how often you speak with the 14:13:13

6    general counsel, but no recollection with any clarity 14:13:18

7    of how often you speak with Mr. Ho Wan Kwok.         14:13:24

8        Can you explain that?                            14:13:28

9        A.   Yes, sir.                                    14:13:31

10       Because I'm the president of the                 14:13:33

11   Golden Spring, and that is my job to communicate with 14:13:35

12   my employee, including my general counsel and the    14:13:38

13   rest of our employees; so that is my job.  I am being 14:13:42

14   paid to do that; so Mr. Ho Wan Kwok -- I mean, we    14:13:46

15   don't communicate on a regular basis or any -- kind  14:13:53

16   of like as you said, a regular basis.  We just       14:13:56

17   communicate as we need.  I mean, he is not employee; 14:13:59

18   right?                                               14:14:04

19       And then I don't report to him; so why           14:14:04

20   should I, you know, keep that rhythm and then to talk 14:14:07

21   with someone who is not in my job work?              14:14:10

22       Q.   Just one moment, please.  Hang on one       14:14:14

23   second.                                              14:14:24

24       When was the current general counsel of          14:14:49

25   Golden Spring hired?                                 14:14:52
```

Page 151

```
 1        A.   Less than two years ago.            14:14:53

 2        Q.   Okay.                               14:15:05

 3        A.   Less than -- closer to two years.   14:15:11

 4        Q.   Approximately two years ago?        14:15:14

 5        A.   Yes.                                14:15:17

 6             About two years ago.  A little more or less.  14:15:18

 7        Q.   Okay.  And -- and were you involved in the  14:15:22

 8   decision to hire this person?                 14:15:28

 9        A.   Yes.                                14:15:30

10             I make all the decision about the   14:15:35

11   recruitment as the president of the company.  14:15:38

12        Q.   How many other people did you interview for  14:15:41

13   that position?                                14:15:45

14        A.   Wow.  I mean, when I hire people, I'm pretty  14:15:47

15   much, if I can say, picky; so I did interview, like,  14:15:56

16   several candidates.                           14:16:02

17        Q.   Okay.  Do you know where the person who is  14:16:04

18   currently the general counsel worked immediately  14:16:09

19   before coming to Golden Spring?               14:16:13

20        A.   Can you please repeat again?        14:16:20

21        Q.   Yes.                                14:16:23

22        A.   Sorry.                              14:16:24

23        Q.   The -- the person who is general counsel of  14:16:25

24   Golden Spring, who you said you were involved in  14:16:28

25   hiring, where did that person work immediately before  14:16:31
```

Page 152

```
 1    Golden Spring, if you know?                          14:16:36

 2         A.  I do know, but I don't feel comfortable to  14:16:41

 3    give any details about my current employee --        14:16:44

 4         Q.  Okay.                                        14:16:47

 5         A.  -- and including previous employer.          14:16:48

 6         Q.  How about this?                              14:16:51

 7         A.  That safety reason again.                    14:16:52

 8         Q.  Give me -- give me the -- give me the first  14:16:54

 9    letter of the company where the general counsel       14:16:56

10    worked before coming to Golden Spring.                14:16:59

11         MR. ROSEN:  Objection.  That's -- that is        14:17:02

12    the -- it is the same issue.                          14:17:04

13         MR. HARBACH:  Because of the first letter?       14:17:10

14         MR. ROSEN:  We are not playing, you know,        14:17:12

15    twenty questions here.  David, c'mon.                 14:17:14

16    BY MR. HARBACH:                                       14:17:24

17         Q.  Was the general counsel's prior employer --  14:17:24

18    was the identity of the general counsel's prior       14:17:31

19    employer a factor in your decision to hire that       14:17:39

20    person?                                               14:17:44

21         A.  Well, I don't understand your question, sir.  14:17:44

22         Can I ask for the interpreter to help me?        14:17:46

23    Sorry.                                                14:17:49

24         Q.  No problem.                                  14:17:51

25         MR. HARBACH:  Here we go, Ms. Johnston.          14:17:52
```

Page 153

```
 1    BY MR. HARBACH:                                        14:17:55

 2        Q.  Is the -- was the identity of the general     14:17:55

 3    counsel's provider employer a factor in your decision 14:17:58

 4    to hire that person?                                   14:18:05

 5            THE INTERPRETER:  (Question interpreted.)       14:18:24

 6            THE WITNESS:  When I interview and hire         14:18:31

 7    people, like the previous employer before me, that     14:18:33

 8    does matter also.  And, obviously, you know, I want    14:18:40

 9    to hire the high quality of talent; right?             14:18:44

10            Where they are from, that do matter.  And,     14:18:48

11    plus, I still care about, like, the loyalty with the   14:18:51

12    previous job.  You already -- I don't like, you know,  14:18:54

13    employee or the candidate jumping too often from job   14:18:59

14    to job.  But besides that, you know, I do care about,  14:19:04

15    like, the interview -- the feeling of the interview;   14:19:09

16    right?                                                 14:19:11

17            The understanding and the communication and    14:19:12

18    the people skill, of course the capability of          14:19:14

19    professional, that all matters; so to answer your      14:19:17

20    question, the previous employer does matter, but it    14:19:20

21    is not only the -- only one reason for me to make      14:19:23

22    a decision to send out the offer.                      14:19:27

23    BY MR. HARBACH:                                        14:19:31

24        Q.  Did you contact this general counsel's         14:19:31

25    previous employer during the hiring process?           14:19:34
```

Page 154

| | | |
|---|---|---|
| 1 | A.   I remember my HR department by then, they | 14:19:42 |
| 2 | conducted the background check and reference check. | 14:19:47 |
| 3 | I didn't do that by myself.  I have a company do | 14:19:51 |
| 4 | that. | 14:19:54 |
| 5 | Q.   So you did -- you, personally, did not speak | 14:19:54 |
| 6 | to anyone at this person's prior employer; correct? | 14:19:57 |
| 7 | A.   I mean, I manage the entire, like, employee. | 14:20:03 |
| 8 | I mean, as the president of the company, my | 14:20:06 |
| 9 | understanding is you are the -- the HR department | 14:20:09 |
| 10 | will do that for me; right? | 14:20:12 |
| 11 | Q.   You know, Ms. Wang, it is a simple question. | 14:20:14 |
| 12 | I'm not suggesting you should have.  I'm just asking | 14:20:17 |
| 13 | whether you did. | 14:20:20 |
| 14 | A.   No, I didn't. | 14:20:21 |
| 15 | Q.   Okay. | 14:20:23 |
| 16 | A.   My HR department did that, uh-huh. | 14:20:24 |
| 17 | Q.   Okay.  Did you personally conduct any of the | 14:20:27 |
| 18 | reference calls for this person? | 14:20:30 |
| 19 | A.   No. | 14:20:32 |
| 20 | I didn't do that.  But my -- my -- in | 14:20:35 |
| 21 | person, my -- personally. | 14:20:40 |
| 22 | Q.   But your understanding is that somebody in | 14:20:43 |
| 23 | your HR department did? | 14:20:44 |
| 24 | A.   Correct. | 14:20:46 |
| 25 | Q.   Are there any other inhouse lawyers for | 14:20:47 |

Page 155

```
 1   Golden Spring (New York), apart from the general      14:21:00

 2   counsel?                                              14:21:03

 3        A.   Which time period you are asking, sir?      14:21:04

 4        Q.   Currently.                                  14:21:10

 5        A.   No.                                         14:21:12

 6        Q.   How many employees does Golden Spring       14:21:14

 7   (New York) Limited currently have?                    14:21:26

 8             MR. ROSEN:   I believe that information has  14:21:34

 9   been previously provided.  And I believe, David, you  14:21:36

10   are aware of the sensitivity to the employee issue.   14:21:41

11   I -- I don't think we have an objection to answering  14:21:45

12   how many employees there are, but I would ask you     14:21:50

13   not -- not to get into any personal or identifying    14:21:54

14   information with respect to that.                     14:21:57

15             MR. HARBACH:   Yeah.  I -- I -- thank you,   14:22:00

16   Scott.                                                14:22:02

17             I do understand the position of             14:22:04

18   Golden Spring (New York) as had been represented to   14:22:06

19   us by counsel and repeated by counsel for the debtor  14:22:09

20   in -- in a previous proceeding; so I will respect     14:22:14

21   your request for purposes of this deposition while    14:22:22

22   noting that we disagree strongly with the -- the      14:22:25

23   basis of it.                                          14:22:29

24   BY MR. HARBACH:                                       14:22:33

25        Q.   So for the moment, Ms. Wang, my question is 14:22:33
```

Page 156

| | | |
|---|---|---|
| 1 | just the number of employees. | 14:22:36 |
| 2 | How many employees currently work at | 14:22:38 |
| 3 | Golden Spring (New York) Limited? | 14:22:43 |
| 4 | A.  Oh, currently I believe it is about fourteen | 14:22:45 |
| 5 | of them, including myself. | 14:22:53 |
| 6 | Q.  Including you? | 14:22:55 |
| 7 | A.  Yes. | 14:22:58 |
| 8 | Q.  Does that also include Mr. Qiang Guo?  Or | 14:22:58 |
| 9 | no? | 14:23:04 |
| 10 | A.  No. | 14:23:05 |
| 11 | Q.  Okay.  So you and the general counsel -- | 14:23:05 |
| 12 | does that include that person? | 14:23:10 |
| 13 | A.  Correct. | 14:23:13 |
| 14 | Q.  Okay.  So you, the general counsel, and | 14:23:14 |
| 15 | twelve other people? | 14:23:21 |
| 16 | A.  Yes. | 14:23:23 |
| 17 | Q.  Do all of those people work at the family | 14:23:23 |
| 18 | office? | 14:23:32 |
| 19 | MR. ROSEN:  I object to this.  The -- there | 14:23:36 |
| 20 | are issues of physical security that I have been | 14:23:38 |
| 21 | alerted to.  And if -- if -- if you would like, | 14:23:41 |
| 22 | David, I do have a statement from the Golden Spring | 14:23:47 |
| 23 | security team that I could read into the record. | 14:23:50 |
| 24 | If -- if -- if you think it is appropriate.  But -- | 14:23:54 |
| 25 | MR. HARBACH:  I -- I appreciate that, Scott. | 14:23:59 |

Page 157

```
 1    I mean, I -- as I said before, we -- we understand      14:24:02

 2    the position that you are taking.  And if your          14:24:05

 3    position is whether all employees work in the same      14:24:08

 4    location presents a security risk such that you are     14:24:13

 5    going to direct the witness not to answer, that is      14:24:16

 6    okay.  I'll just note for the record that we -- we      14:24:19

 7    disagree and reserve the right to take it up with the   14:24:22

 8    Judge, like we do just about all of the objections      14:24:26

 9    that have been made today.  But -- but -- but that is   14:24:30

10    sufficient for present purposes, if that is okay with   14:24:34

11    you.                                                    14:24:36

12           MR. ROSEN:  Yes.                                 14:24:37

13           That -- that is fine.                            14:24:38

14           MR. HARBACH:  Okay.                              14:24:40

15    BY MR. HARBACH:                                         14:24:41

16       Q.  Does Golden Spring -- as far as -- as you        14:24:52

17    are concerned, Ms. Wang, does Golden Spring             14:24:54

18    (New York) Limited expect to be repaid for the DIP      14:24:59

19    loan?                                                   14:25:05

20       A.  It is a loan, yes.  Golden Spring is going       14:25:06

21    to expect to be repaid.                                 14:25:12

22       Q.  We were speaking earlier about bank accounts     14:25:14

23    and whatnot, and I'm -- and I'm not intending to        14:25:30

24    reopen that can of worms, but I am going to ask this    14:25:33

25    precise question.                                       14:25:38
```

Page 158

```
 1              What is the source of the moneys that will    14:25:38

 2      fund the DIP loan if it is approved?                   14:25:41

 3          A.   And it will be arranged by Mr. Qiang Guo      14:25:43

 4      directly.                                              14:25:53

 5          Q.   What is the source of the moneys that will    14:25:53

 6      fund the DIP loan if it is approved?                   14:25:58

 7          A.   It will be arranged by Mr. Qiang Guo          14:26:06

 8      directly.                                              14:26:08

 9          Q.   Do you know where the money will come from?   14:26:08

10          A.   I was not advised it yet, but Mr. Qiang Guo   14:26:13

11      said that he will take care of that, as he always do.  14:26:19

12          Q.   So you are president and treasurer of         14:26:22

13      Golden Spring.  You are here testifying today about    14:26:25

14      a DIP loan, as I have been reminded countless times.   14:26:29

15      And your testimony is that you do not know where the   14:26:35

16      money to fund the DIP loan is coming from.             14:26:39

17              Have I got that right?                         14:26:45

18              MR. ROSEN:  Objection.  That                   14:26:47

19      mischaracterizes the witness' testimony.               14:26:48

20              You can answer the question.                   14:26:55

21              THE WITNESS:  It will be arranged by           14:26:56

22      Mr. Qiang Guo directly from his or -- his wealth, in   14:26:58

23      my understanding, as always we do.                     14:27:06

24      BY MR. HARBACH:                                        14:27:10

25          Q.   Did he tell you that?                         14:27:11
```

Page 159

```
 1        A.   He advised me he will take care of that.      14:27:15

 2        Q.   Did he tell you where the money was coming    14:27:18

 3   from?                                                    14:27:20

 4        A.   So far not yet.  But he said he will take      14:27:21

 5   care of that, as he always does.                         14:27:26

 6        Q.   Did you ask him where the money was coming     14:27:27

 7   from?                                                    14:27:30

 8        A.   I didn't.                                      14:27:31

 9        Q.   Okay.                                          14:27:37

10        A.   He said he will take care of that.             14:27:39

11        Q.   No.                                            14:27:40

12        I -- I -- I understand that he said he will         14:27:41

13   take care of it.  I'm just asking if you know where      14:27:43

14   the money was coming from, and -- and I think I have     14:27:46

15   got the answer.                                          14:27:49

16        A.   We have trust between each other for so many   14:27:51

17   years.  When -- as the owner of the company, he said     14:27:54

18   he will take care of that, and I will just let him do    14:27:57

19   his part.  I am doing my part; right?  So....            14:28:01

20        Q.   Listen, that -- that is fine.  But you have    14:28:05

21   been tendered as the person at Golden Spring             14:28:07

22   (New York) Limited with knowledge about all these        14:28:11

23   topics that we have noticed.  One of the topics is       14:28:14

24   the source of funds used by Golden Spring to finance     14:28:17

25   the DIP loan agreement.  And so I -- I just asked you    14:28:21
```

Page 160

```
 1    if you know, and so we are clear, your answer is you     14:28:26
 2    don't know, but Qiang Guo said he would take care of     14:28:31
 3    it, and that's enough for you.                           14:28:35
 4            MR. ROSEN:  That's -- objection.  That           14:28:38
 5    mischaracterizes the testimony.                          14:28:40
 6            MR. HARBACH:  Oh, Scott, how does that           14:28:42
 7    mischaracterize the testimony?                           14:28:44
 8            MR. ROSEN:  Because she also testified that      14:28:45
 9    it could be from his wealth.                             14:28:47
10    BY MR. HARBACH:                                          14:28:47
11        Q.  Okay.  So did he -- did he say that?  My         14:28:50
12    question is did he say that to you?  Did he say that     14:28:57
13    I am -- I'm going to take care of it from my wealth?     14:28:59
14    Is that what he said?                                    14:29:02
15        A.  Correct.                                         14:29:09
16        Q.  He said that to you?                             14:29:09
17        A.  Yes.                                             14:29:12
18            As always, we chat.  He briefed me.  He          14:29:13
19    said, I will take care of that.  You don't worry.        14:29:17
20    And I have place to rent.  My understanding, after so    14:29:20
21    many years, that will come from his wealth.              14:29:23
22        Q.  Okay.  So he did not say to you, I will take     14:29:26
23    care of it from my money.  He just said, I will take     14:29:29
24    care of it, and based on your experience with him        14:29:34
25    over the years, you understood that to mean from his     14:29:39
```

Page 161

```
 1    wealth.                                          14:29:42

 2          Have I got that right?                     14:29:43

 3       A.  So you remind me, like, he said I have it. 14:29:45

 4    I will take care of that.  That's his, as we said, 14:29:51

 5    quote to quote.  He said that to me.  In my       14:29:55

 6    understanding, that will come from his -- his wealth. 14:29:58

 7       Q.  Okay.  And when was this conversation?     14:30:00

 8       A.  That was yesterday also.                   14:30:03

 9       Q.  Was yesterday the -- the first time you    14:30:06

10    learned what the source of the funds used to finance 14:30:17

11    the DIP loan agreement were coming from?          14:30:24

12       A.  There was a -- in order to prep the        14:30:30

13    deposition today, like, he went through this DIP loan 14:30:37

14    arrangement with me a little bit.                 14:30:41

15       Q.  Okay.                                      14:30:43

16       A.  Yeah.  He mentioned to me, I have it.      14:30:44

17    I will take care of that --                       14:30:46

18       Q.  All right.                                 14:30:48

19       A.  -- you know, as a conversation.            14:30:49

20       Q.  Fair enough.                               14:30:50

21          My only question for you is when he told you 14:30:51

22    yesterday, I have it.  I'll take care of it, is that 14:30:54

23    the first time you learned what the source of the DIP 14:30:58

24    loan funds would be?                              14:31:03

25       A.  That is the time I heard from him because  14:31:05
```

Page 162

| | | |
|---|---|---|
| 1 | I need to prep the deposition today.  But I know he | 14:31:11 |
| 2 | has it for so many years; so it is not, like, the | 14:31:15 |
| 3 | first time -- right? -- I got -- oh, you have money. | 14:31:20 |
| 4 | It is not like that way.  I know he had it. | 14:31:23 |
| 5 | Q.  Oh, I got it.  I got you.  And, believe me, | 14:31:25 |
| 6 | I am not trying to suggest that yesterday was the | 14:31:28 |
| 7 | first day you learned he had money.  Not at all. | 14:31:31 |
| 8 | I get that. | 14:31:35 |
| 9 | What I'm -- what I'm trying to focus on is | 14:31:36 |
| 10 | was yesterday the first day that you learned that the | 14:31:38 |
| 11 | money that would fund the DIP loan was going to come | 14:31:44 |
| 12 | from Qiang Guo? | 14:31:47 |
| 13 | A.  That was the time I heard from him, yes. | 14:31:52 |
| 14 | Q.  Okay.  What is your understanding as to how | 14:31:55 |
| 15 | the DIP loan is going to be repaid?  If you know. | 14:32:04 |
| 16 | A.  I don't know. | 14:32:11 |
| 17 | Q.  Okay.  Give me ten seconds, folks, please. | 14:32:13 |
| 18 | Excuse me. | 14:32:31 |
| 19 | Okay.  Thanks, everybody. | 14:33:24 |
| 20 | Subject change. | 14:33:29 |
| 21 | Ms. Wang, does -- does Golden Spring | 14:33:37 |
| 22 | (New York) Limited have any kind of company bylaws | 14:33:45 |
| 23 | that you know of? | 14:33:49 |
| 24 | A.  Yes. | 14:33:50 |
| 25 | We do have bylaws. | 14:33:50 |

Page 163

| | | |
|---|---|---|
| 1 | Q.   Okay.   And do those bylaws say anything | 14:33:52 |
| 2 | about decisions of the company and how they are to be | 14:33:56 |
| 3 | made? | 14:34:04 |
| 4 | A.   Yes. | 14:34:04 |
| 5 | Q.   Okay.   And do those bylaws include rules | 14:34:05 |
| 6 | about how the -- the president and treasurer are to | 14:34:10 |
| 7 | be involved? | 14:34:13 |
| 8 | A.   Yes. | 14:34:14 |
| 9 | Q.   Okay.   And as far as you are aware, | 14:34:16 |
| 10 | Golden Spring has operated within the constraints of | 14:34:22 |
| 11 | those bylaws properly as long as you have been there? | 14:34:27 |
| 12 | A.   What do you mean, properly, sir? | 14:34:31 |
| 13 | Q.   Well, have they -- while you have been at | 14:34:34 |
| 14 | Golden Spring (New York), have the rules been | 14:34:38 |
| 15 | followed as laid out in the bylaws? | 14:34:41 |
| 16 | A.   I mean, we are family office.   I mean, we're | 14:34:44 |
| 17 | private company and family office.   I work for | 14:34:48 |
| 18 | Mr. Qiang Guo, himself, for my entire career; so | 14:34:53 |
| 19 | like, he authorized me to make a decision. | 14:35:02 |
| 20 | I communicated with him.   I mean, we don't have | 14:35:06 |
| 21 | issue.   If there is missing any paperwork, it doesn't | 14:35:08 |
| 22 | mean that anybody purposely do anything wrong; so we | 14:35:11 |
| 23 | are a family office. | 14:35:14 |
| 24 | Q.   I'm not suggesting anything about | 14:35:16 |
| 25 | wrongdoing, certainly not on purpose.   I asked you if | 14:35:19 |

Page 164

```
 1    the company had bylaws.  You said yes.              14:35:25

 2          My next question is has the company abided    14:35:27

 3    by the bylaws as long as you have been there, as far 14:35:31

 4    as you know?                                         14:35:35

 5          MR. ROSEN:  Objection.  That's -- that is --   14:35:37

 6    that is very broad.                                  14:35:37

 7          What particular aspect of the bylaws are you   14:35:41

 8    looking for?                                         14:35:44

 9          MR. HARBACH:  Well, I tried to remain          14:35:45

10    focused on decision making and the powers of the     14:35:47

11    president and treasurer; so I guess I'll ask it that 14:35:50

12    way.                                                 14:35:55

13    BY MR. HARBACH:                                      14:35:55

14       Q.  Have -- have the bylaws about the authority   14:35:55

15    and power of the president and the treasurer been    14:35:58

16    respected since you have been at Golden Spring?      14:36:04

17          MR. ROSEN:  Objection.  The bylaws are not     14:36:07

18    in the record.  It -- it is -- the question is -- is 14:36:09

19    hopelessly vague.                                    14:36:13

20          But you can answer.                            14:36:15

21          THE WITNESS:  Me and Mr. Qiang Guo, we         14:36:18

22    manage Golden Spring (New York) Limited based on our 14:36:23

23    aligned -- aligned -- our aligned agreement and      14:36:26

24    proper authorization.                                14:36:31

25    ///
```

Page 165

```
 1    BY MR. HARBACH:                                    14:36:32

 2         Q.   Okay.  Let me ask a different question.   14:36:35

 3              When you were appointed as president,     14:36:40

 4    secretary, treasurer of Golden Spring (New York) in 14:36:47

 5    the spring of 2018 -- that's -- so that is the time 14:36:52

 6    I'm focusing on -- were you aware that the company's 14:36:57

 7    charter had been inoperative and void since March 1 14:37:01

 8    of 2017?                                            14:37:07

 9              MR. ROSEN:  Objection.  Assumes facts not on 14:37:10

10    the record.                                         14:37:13

11              THE WITNESS:  I don't recall.             14:37:15

12    BY MR. HARBACH:                                     14:37:16

13         Q.   Do you recall ever executing a revival --  14:37:18

14    a certificate of revival on behalf of Golden Spring 14:37:23

15    (New York) Limited to correct that problem?         14:37:27

16         A.   I don't recall.  If you have documents, you 14:37:33

17    can remind me, sir.                                 14:37:36

18         Q.   Give me just one second.                  14:37:38

19              Okay.  I think we're going to put up another 14:39:17

20    exhibit here real quick that might help you remember. 14:39:21

21              MR. HARBACH:  Yeah.  It is 808.  Yeah.  It 14:39:30

22    is 808.                                             14:39:40

23              (Deposition Exhibit Number 5              14:39:43

24              was marked for identification.)           14:39:46

25              MR. HARBACH:  Thanks for your patience.   14:39:46
```

Page 166

| | | |
|---|---|---|
| 1 | I think we have got the document here. | 14:39:49 |
| 2 | THE WITNESS:  Sorry. | 14:40:02 |
| 3 | Sir, can we have a break after this | 14:40:05 |
| 4 | document? | 14:40:07 |
| 5 | BY MR. HARBACH: | 14:40:08 |
| 6 | Q.  Sure. | 14:40:08 |
| 7 | A.  Thank you. | 14:40:09 |
| 8 | Q.  Okay.  So what is fixing to come through is | 14:40:18 |
| 9 | Exhibit 5.  There we go. | 14:40:21 |
| 10 | All right.  I had myself muted.  I'm sorry. | 14:41:02 |
| 11 | Could you please go to the last page of | 14:41:04 |
| 12 | Exhibit 5. | 14:41:07 |
| 13 | A.  (Witness complies.) | 14:41:08 |
| 14 | Yes.  I'm here. | 14:41:09 |
| 15 | Q.  Okay.  You see how this one is captioned | 14:41:10 |
| 16 | state of Delaware, certificate for revival of | 14:41:14 |
| 17 | charter? | 14:41:18 |
| 18 | A.  Yes. | 14:41:18 |
| 19 | Q.  And there is a signature at the bottom. | 14:41:19 |
| 20 | Is that yours? | 14:41:23 |
| 21 | A.  Yes. | 14:41:24 |
| 22 | Q.  And the very bottom right hand of the page | 14:41:27 |
| 23 | it says -- there is a stamp there that says filed | 14:41:30 |
| 24 | ten -- there is a time of 10:23:18, I think it says. | 14:41:37 |
| 25 | A.  Yes. | 14:41:46 |

Page 167

| | | |
|---|---|---|
| 1 | Q.   Okay.   So this is what I was asking you | 14:41:46 |
| 2 | about a minute ago.   In paragraph three, it says the | 14:41:52 |
| 3 | date of filing of the corporation's original | 14:41:56 |
| 4 | certificate of incorporation in Delaware was | 14:42:00 |
| 5 | 03/10/2015. | 14:42:04 |
| 6 | Do you see that? | 14:42:07 |
| 7 | A.   Yes. | 14:42:08 |
| 8 | Q.   So that March 10th of 2015 was the -- | 14:42:13 |
| 9 | apparently the date of incorporation of Golden Spring | 14:42:16 |
| 10 | (New York) Limited. | 14:42:20 |
| 11 | And then if you look down at paragraph five, | 14:42:21 |
| 12 | it says: | 14:42:25 |
| 13 | "The corporation was duly organized and | 14:42:26 |
| 14 | carried on the business authorized by its | 14:42:29 |
| 15 | charter until the first day of March AD 2017, | 14:42:32 |
| 16 | at which time its charter became inoperative | 14:42:41 |
| 17 | and void for nonpayment of taxes and/or | 14:42:44 |
| 18 | failure to file a complete annual report and | 14:42:49 |
| 19 | the certificate of revival is filed by | 14:42:54 |
| 20 | authority of the duly elected directors of | 14:42:56 |
| 21 | the corporation in accordance with the laws | 14:43:00 |
| 22 | of the state of Delaware." | 14:43:04 |
| 23 | Were you able to follow along with me while | 14:43:07 |
| 24 | I read that? | 14:43:09 |
| 25 | A.   Yes. | 14:43:10 |

Page 168

```
 1        Q.   Okay.  So now does this refresh your        14:43:11

 2   recollection about whether when you were hired at     14:43:19

 3   Golden Spring in the spring of 2018 the charter had   14:43:23

 4   been made inoperative and void?                       14:43:32

 5        A.   So what is your question, sir?  Are you     14:43:43

 6   expecting me to reply?                                14:43:46

 7        Q.   Yes, ma'am.                                 14:43:47

 8             Before I dug up this document, when I asked 14:43:48

 9   you that same question, you said I don't remember or  14:43:52

10   I don't recall.  And you said to me, if you have any  14:43:56

11   documents, maybe that could help me; so I'm providing 14:44:00

12   you a document to try and help you.                   14:44:04

13             And the question is whether seeing this     14:44:09

14   document refreshes your recollection about whether at 14:44:11

15   the time you assumed your duties at Golden Spring     14:44:15

16   (New York) in the spring of 2018 the company, in      14:44:21

17   fact, had become inoperative -- correction.           14:44:27

18             The charter of the company had become       14:44:30

19   inoperative and void.                                 14:44:33

20        A.   So you are asking me why?  Or what is your  14:44:41

21   question, sir?  Why or --                             14:44:45

22        Q.   I'm asking whether this is, in fact, true   14:44:48

23   that at the time you were hired in the spring of      14:44:54

24   2018 -- okay? -- whether at that time the charter of  14:44:58

25   Golden Spring (New York) Limited was inoperative and  14:45:06
```

Page 169

```
 1    void.                                                  14:45:12

 2           MR. ROSEN:  Objection.  The -- the document     14:45:12

 3    speaks for itself.                                     14:45:14

 4           MR. HARBACH:  It -- it does, indeed, Scott.     14:45:16

 5    And that is quite fair.                                14:45:19

 6           Unfortunately, the history of this              14:45:21

 7    litigation is that sometimes documents are challenged  14:45:23

 8    as being inauthentic and forgeries when they are       14:45:26

 9    plainly not; so I'm afraid I have to ask the           14:45:31

10    question.                                              14:45:34

11           MR. ROSEN:  You can answer the question.        14:45:34

12           THE WITNESS:  Sir, I don't -- I don't know      14:45:36

13    what happened before I was officially hired, but if    14:45:39

14    you read back the entire Golden Spring, including,     14:45:45

15    I believe, the corporation, was set up by attorney     14:45:49

16    from William Connolly.  The attorney's name is         14:45:52

17    addressed on page three, Jerry L. Shulman; so          14:45:58

18    I know -- I got to know -- Jerry was Mr. Qiang Guo's   14:46:03

19    attorney.  And William Connolly was, like, a -- what   14:46:07

20    is technically, like, the Golden Spring charters,      14:46:11

21    like, the documentation, you know, all the paperwork;  14:46:17

22    so the answer to you was, like, when I was hired --    14:46:20

23    of course, I don't know what happened before me, but,  14:46:25

24    obviously, Jerry Shulman, the attorney by then was --  14:46:28

25    maintained the -- the record here or fix the record    14:46:32
```

Page 170

```
 1    somehow, which I am not aware of that before me.        14:46:36

 2    BY MR. HARBACH:                                         14:46:41

 3        Q.  Okay.  Just a moment.                           14:46:42

 4            Okay.  We thought we were having a fire         14:46:50

 5    drill in our building, but it is only a test.  Sorry    14:46:53

 6    for the noise.                                          14:46:56

 7            I understood what you said, Ms. Wang.           14:47:00

 8    You -- you signed this document, and it was filed in   14:47:03

 9    Delaware in October of 2018.                            14:47:12

10            Do you remember signing it?                     14:47:18

11        A.  I don't recall.  Too many years ago.            14:47:22

12        Q.  I gather, from what you said a moment ago,      14:47:24

13    that if I were to ask you how you learned that the      14:47:29

14    charter of Golden Spring had become inoperative and    14:47:38

15    void, you would say it was -- it was from the          14:47:41

16    attorney you mentioned; is that right?                 14:47:45

17        A.  I read this from the exhibit you present to    14:47:50

18    me.  And the attorney's name, Jerry Shulman, is on     14:47:56

19    that.  Obviously, my understanding, he was working on  14:48:02

20    this before.                                           14:48:05

21        Q.  Okay.  Did -- do you recall having             14:48:06

22    conversations with Mr. Shulman?                        14:48:08

23        A.  I don't recall.                                14:48:11

24        Q.  And you recall Mr. Shulman -- that is          14:48:12

25    S-h-u-l-m, like Mary, a-n.                             14:48:18
```

Page 171

```
 1              You recall him being a lawyer at          14:48:22

 2   Williams & Connolly; is that right?                 14:48:25

 3       A.   He is attorney of William Connolly, yes.   14:48:28

 4       Q.   Okay.  And did you say -- make sure I heard 14:48:31

 5   you correctly.                                      14:48:34

 6              Did you say that -- that he and          14:48:34

 7   Williams & Connolly represented Qiang Guo?          14:48:38

 8       A.   In these .pdf -- in these exhibit,         14:48:41

 9   William Connolly, Jerry Shulman -- Jerry represents 14:48:51

10   Golden Spring Limited also.                         14:48:56

11       Q.   Okay.  Did -- did Mr. Shulman represent    14:48:58

12   Qiang Guo?                                          14:49:01

13       A.   I --                                       14:49:02

14       Q.   Because I believe that is what you said    14:49:06

15   a few minutes ago.  I'm just trying to make sure    14:49:08

16   I heard you correctly.                              14:49:11

17       A.   I believe so.                              14:49:13

18       Q.   Okay.  To your knowledge, did Mr. Shulman of 14:49:14

19   Williams & Connolly represent Ho Wan Kwok?          14:49:19

20       A.   I don't know that.                         14:49:22

21       Q.   Okay.  The -- the document that is on the  14:49:25

22   screen there says that the reason the charter became 14:49:31

23   inoperative and void was for nonpayment of taxes    14:49:37

24   and/or failure to file a complete annual report.    14:49:42

25              Do you know which of those reasons, or both 14:49:50
```

Page 172

```
 1    reasons, were why the charter of Golden Spring became    14:49:55

 2    inoperative and void?                                    14:50:03

 3         A.  As I said, before me, what happened I don't     14:50:05

 4    know.  But since I was appointed, Golden Spring never    14:50:14

 5    has this problem.                                        14:50:20

 6         Q.  Okay.  Well, it apparently had the problem      14:50:21

 7    for six months after you were appointed because the     14:50:24

 8    certificate of revival wasn't filed until October; so    14:50:28

 9    I'll ask the same question.  And maybe you don't         14:50:35

10    know.  It is okay if you don't know, but all I can do    14:50:37

11    is ask.                                                  14:50:40

12         Do you know what the reason was why the             14:50:41

13    charter became inoperative and void?                     14:50:45

14         A.  I don't know the reason, but I am not able      14:50:53

15    to fix everything that happened before me from day       14:50:56

16    one I was appointed; right?                              14:51:00

17         So the six months, that is a fair time.  But        14:51:02

18    I need to spend on time and then start to catch up       14:51:04

19    and fix what happened before me.                         14:51:08

20         Q.  Yeah.  And thank you.                           14:51:09

21         You requested a short break.                        14:51:19

22         MR. HARBACH:  And why don't we take that            14:51:21

23    now.                                                     14:51:23

24         Just so everybody knows -- I hesitate to say        14:51:24

25    it, but I'm close to finishing up.  Why don't we take    14:51:28
```

                                                    Page 173

```
 1    a break until 3:00 o'clock.                          14:51:33

 2            THE VIDEOGRAPHER:  We are going off the       14:51:36

 3    record.                                              14:51:37

 4            The time is 2:51 p.m.                         14:51:37

 5            (Short recess taken.)                         15:02:54

 6            THE VIDEOGRAPHER:  We are back on the         15:02:54

 7    record.                                              15:02:57

 8            The time is 3:02.                             15:02:57

 9            MR. HARBACH:  Apologies, everyone.  There     15:03:28

10    was a loud announcement on our loudspeakers here.    15:03:30

11    That is why I remained muted.                        15:03:34

12    BY MR. HARBACH:                                      15:03:34

13        Q.  One cleanup question, Ms. Wang, before we    15:03:38

14    proceed to the next topic.                           15:03:42

15            Could you describe one successful investment 15:03:44

16    that Golden Spring (New York) has made since you have 15:03:49

17    been president?                                      15:03:53

18        A.  Since I was appointed as a president; so the 15:03:55

19    first job, of course, is build up the entire team and 15:04:10

20    then start back to the operation.  And then we did   15:04:13

21    have some projects in discussion and then develop.   15:04:22

22    But because of a Pacific Alliance branded lawsuit,   15:04:26

23    I mean, our bank balance was very seriously hurt; so 15:04:35

24    we were not able to complete the full investment     15:04:39

25    project.  But we did have some -- very prospective   15:04:43
```

Page 174

```
 1   one before.                                           15:04:49

 2        Q.   Okay.  Leaving aside the prospective one, is  15:04:50

 3   there any investment project that Golden Spring has    15:04:55

 4   done that has succeeded since you have been            15:05:02

 5   president?                                             15:05:05

 6        A.   As I just explained, because our banking     15:05:06

 7   relationship was hurted by Pacific Alliance; so we     15:05:10

 8   were not able to complete a full successful            15:05:16

 9   project -- investment project.                         15:05:20

10        Q.   Okay.  So -- so the answer is no?            15:05:22

11        A.   Correct.                                     15:05:25

12        Q.   Okay.  Did you know Qiang Guo before you     15:05:26

13   became an officer and director of Golden Spring        15:05:37

14   (New York) Limited?                                    15:05:42

15        A.   Yes.                                         15:05:42

16        Q.   Okay.  Can you describe for me one           15:05:42

17   successful business enterprise that Qiang Guo has      15:05:48

18   launched since you have known him.                     15:05:54

19        A.   I don't want to put his business, any        15:05:57

20   specific name, at any risk for obvious reason.  But    15:06:06

21   what I can tell you is that he has been very           15:06:10

22   successful in the investment world for -- in -- in     15:06:13

23   all of -- in different countries.                      15:06:19

24        Q.   And isn't it true that the -- the money that 15:06:21

25   he got to invest came from his father?                 15:06:25
```

Page 175

```
 1        A.   No.                                       15:06:30

 2        Q.   Where did it come from?                   15:06:31

 3        A.   It come from his own successful investment.   15:06:33

 4        Q.   Okay.   I'm asking about the money that he   15:06:42

 5   originally invested to become successful, didn't that   15:06:46

 6   come from his father?                               15:06:52

 7        A.   No.                                       15:06:54

 8        Q.   Okay.   Where did it come from?           15:06:55

 9        A.   What I -- what I learned is that it come   15:06:58

10   from his family -- his extended family.             15:07:05

11        Q.   Who told you that?                        15:07:08

12        A.   I learned from him.                       15:07:12

13        Q.   That is what he told you?                 15:07:14

14        A.   (Nods head.)                              15:07:17

15        Q.   Okay.   Next subject, do you remember earlier   15:07:21

16   in our time today I explained to you that there was   15:07:28

17   a difference between the -- the DIP loan, which we   15:07:31

18   just talked about for some time, and then also loans   15:07:35

19   to fund litigation?   Do you remember that?         15:07:39

20        A.   Yes.                                      15:07:43

21        Q.   Okay.   And so now I want to talk about that   15:07:45

22   second category, which is the loans that            15:07:50

23   Golden Spring (New York) has made to Ho Wan Kwok for   15:07:55

24   litigation.                                         15:08:02

25             Okay?                                     15:08:04
```

Page 176

| | | |
|---|---|---|
| 1 | A.  Yes. | 15:08:06 |
| 2 | Q.  Okay.  So I -- for -- for right now I'm not | 15:08:06 |
| 3 | talking about the DIP loan. | 15:08:09 |
| 4 | Do you understand? | 15:08:11 |
| 5 | A.  Yes. | 15:08:12 |
| 6 | Q.  Okay.  According to Mr. Ho Wan Kwok, | 15:08:15 |
| 7 | Golden Spring (New York) has loaned him approximately | 15:08:23 |
| 8 | $21 million to pay for litigation costs. | 15:08:29 |
| 9 | My question to you is are you aware of that? | 15:08:35 |
| 10 | A.  Yes. | 15:08:39 |
| 11 | Q.  Okay.  Who requested those loans? | 15:08:43 |
| 12 | A.  Who requested those loans?  You mean the -- | 15:08:47 |
| 13 | I mean, can you explain more about the question? | 15:08:59 |
| 14 | Q.  Who requested that Golden Spring (New York) | 15:09:05 |
| 15 | Limited would make those loans to cover | 15:09:10 |
| 16 | Mr. Ho Wan Kwok's litigation costs? | 15:09:16 |
| 17 | A.  I believe they borrowed -- requested from | 15:09:21 |
| 18 | Mr. Qiang Guo directly, the owner of Golden Spring. | 15:09:28 |
| 19 | Q.  By the borrower, you mean Mr. Ho Wan Kwok? | 15:09:38 |
| 20 | A.  That's right. | 15:09:38 |
| 21 | Q.  Are you cap- -- withdrawn. | 15:09:44 |
| 22 | So father asked son to make the loans. | 15:09:45 |
| 23 | Is that what you understand? | 15:09:52 |
| 24 | A.  Yes. | 15:09:54 |
| 25 | Q.  Okay.  Who approved those loans for | 15:09:54 |

Page 177

| | | |
|---|---|---|
| 1 | Golden Spring (New York)? | 15:10:03 |
| 2 | A.  They were approved by both Mr. Qiang Guo and | 15:10:06 |
| 3 | myself, as the president of Golden Spring. | 15:10:13 |
| 4 | Q.  How did you become aware of the loans that | 15:10:18 |
| 5 | were requested? | 15:10:20 |
| 6 | A.  I heard from Mr. Qiang Guo. | 15:10:22 |
| 7 | Q.  Did you have any conversations with | 15:10:28 |
| 8 | Mr. Ho Wan Kwok about those loans? | 15:10:30 |
| 9 | A.  No. | 15:10:34 |
| 10 | I don't recall. | 15:10:37 |
| 11 | Q.  Okay.  You never asked him what the money | 15:10:38 |
| 12 | was for? | 15:10:43 |
| 13 | A.  No. | 15:10:44 |
| 14 | That was a conversation between | 15:10:47 |
| 15 | Mr. Qiang Guo and Mr. Ho Wan Kwok. | 15:10:48 |
| 16 | Q.  Okay.  Were any of the litigation loans that | 15:10:51 |
| 17 | Mr. Ho Wan Kwok asked for refused? | 15:11:04 |
| 18 | A.  Yes. | 15:11:12 |
| 19 | Q.  By whom? | 15:11:14 |
| 20 | A.  Refused by Mr. Qiang Guo. | 15:11:17 |
| 21 | Q.  Did you agree, in your capacity as | 15:11:20 |
| 22 | president, that it should have been refused? | 15:11:25 |
| 23 | A.  I am aligned with Mr. Qiang Guo's rejection. | 15:11:29 |
| 24 | Q.  Okay.  Are you ever not aligned with his | 15:11:35 |
| 25 | decisions about matters involving millions of | 15:11:38 |

Page 178

```
 1    dollars?                                              15:11:42

 2         A.  Yes.                                         15:11:43

 3         Q.  Okay.  Can you describe occasion on which    15:11:47

 4    your opinion prevailed?                               15:11:51

 5         A.  For example, I make all the decision on the  15:11:56

 6    daily operation, including outfit --                  15:12:00

 7         Q.  I'm not asking about -- I'm not asking about 15:12:04

 8    daily operations.  I'm asking about a decision        15:12:07

 9    involving more than a million dollars.                15:12:11

10         Has there ever been --                           15:12:15

11         A.  I don't understand what you are asking       15:12:17

12    about.  More than a million dollars is very general.  15:12:20

13    I mean, I don't understand what you are asking, sir.  15:12:23

14         Q.  Okay.  You just told me a moment ago that    15:12:25

15    there have been occasions when you have disagreed     15:12:28

16    with Mr. Qiang Guo; right?                            15:12:31

17         A.  That's right.                                15:12:33

18         Q.  Okay.  My question to you is has there ever  15:12:34

19    been a disagreement between you and him about         15:12:38

20    a decision that involved more than a million dollars? 15:12:43

21         A.  More than a million dollars?                 15:12:48

22         Q.  Yes.                                         15:12:52

23         A.  I mean, we did have some disagreements in    15:12:53

24    the very beginning about some potential investment    15:12:58

25    project; so we didn't get agreement, and he was       15:13:01
```

Page 179

```
 1    convinced, if that is what you were talking about.        15:13:05

 2        Q.  Well, I'm not talking about anything in          15:13:11

 3    particular.  I'm just asking.  And I'm trying to get      15:13:15

 4    an understanding of what real authority you have as       15:13:18

 5    president and treasurer of Golden Spring (New York)       15:13:21

 6    Limited.  Because what you have told me thus far is       15:13:24

 7    that the DIP loan was approved by Mr. Qiang Guo           15:13:28

 8    without your input and that it was enough for you         15:13:33

 9    that he told you that he would take care of it.  And      15:13:38

10    when it comes to the litigation funding, you have         15:13:42

11    told me that father asked son and that you have never     15:13:45

12    spoken to father about it, not even to ask him what       15:13:49

13    the money was for.                                        15:13:51

14           So what I'm trying to understand is what           15:13:53

15    exactly your role is.  I mean, I know what your           15:13:56

16    titles are, but I'm trying to understand what your        15:14:00

17    role is; so that is why I'm asking these questions.       15:14:03

18           And so my question is is there an occasion         15:14:08

19    you can point to where you disagreed with                 15:14:13

20    Mr. Qiang Guo over a decision that involved more than     15:14:18

21    a million dollars?                                        15:14:23

22        A.  Yes.                                              15:14:26

23        Q.  Okay.  How recently?                              15:14:27

24        A.  What do you mean, how recently?  I already        15:14:30

25    explained, like, regarding when I was appointed          15:14:35
```

Veritext Legal Solutions
866 299-5127

```
 1    and --                                           15:14:38

 2         Q.  Okay.                                    15:14:39

 3         A.  -- disagreements about investment projects.   15:14:39

 4    I am talking about real estate or investment project   15:14:43

 5    in New York.                                      15:14:47

 6         Q.  Okay.  And that was --                   15:14:47

 7         A.  I didn't convince him.  I didn't convince   15:14:49

 8    him.  They are all more than a million projects;   15:14:51

 9    right?                                            15:14:54

10         And I -- and I just testified this           15:14:54

11    afternoon -- this morning, and he made decision about   15:14:56

12    the vehicles, which I don't align with that.  But, of   15:15:00

13    course, we didn't get agreement, and he purchased the   15:15:06

14    cars.  Because I don't agree with that; so that is   15:15:09

15    the reason why I don't want to get too much of   15:15:12

16    details, even as the president.  We are a family   15:15:14

17    office; right?                                    15:15:18

18         If we don't get aligned and -- that he is   15:15:19

19    the owner of the company about the director; right?   15:15:21

20         So he made the decision about the vehicles,   15:15:25

21    and then I made the decision about the investment   15:15:30

22    opportunity.  And then we did have disagreement.  We   15:15:33

23    take care of -- we take care of the result by the   15:15:35

24    end.                                              15:15:37

25         Q.  Okay.  All right.  And so there -- I think   15:15:37
```

Page 181

```
 1    I understand your answer, but there are two things      15:15:39

 2    that I just want to clarify and make sure of.           15:15:43

 3            Number one, examples of disagreement.           15:15:45

 4    I asked you about timing.  You just explained that      15:15:48

 5    one of those examples was when you were appointed in    15:15:52

 6    2018 the -- you mentioned a real estate project.        15:15:55

 7    Understood.                                             15:15:59

 8            You also mentioned the vehicles just now        15:16:00

 9    that we were talking about earlier today.               15:16:03

10            Any other examples that you can think of?       15:16:07

11        A.  You are asking me about more than a million,    15:16:12

12    which -- I mean, the advisement project, they are       15:16:19

13    more than a million.                                    15:16:23

14        Q.  I understand.  And I got that.                  15:16:24

15            I'm asking whether there are any other          15:16:26

16    examples, besides those two.                            15:16:29

17        A.  We are a family office in here.  If you are     15:16:32

18    asking about his father's legal thing, I mean that      15:16:39

19    his father -- as per Mr. Qiang Guo advise me, his       15:16:44

20    father might want to bring some litigation, which he    15:16:47

21    was asking my advice, which I give him my advice and    15:16:51

22    then he took it to support his father or not.  That     15:16:56

23    happened also.                                          15:16:59

24        Q.  With respect -- with respect to the -- the      15:17:00

25    vehicles, I believe you said that even though you       15:17:05
```

Page 182

```
 1    disagreed, Mr. Qiang Guo decided to buy the vehicles    15:17:09
 2    anyway; right?                                          15:17:14
 3         A.  That's right.                                  15:17:16
 4         Q.  Okay.  And isn't that true that, in general,   15:17:19
 5    if you disagree, as you said, Mr. Qiang Guo is going    15:17:29
 6    to be the one who decides, according to you?           15:17:34
 7         A.  No.                                            15:17:38
 8             It is -- it happened on his side also.  If     15:17:41
 9    I don't disagree, he will go with me.                  15:17:46
10         Q.  Okay.  Can you think of an example where you   15:17:49
11    have disagreed and your point of view prevailed and    15:17:57
12    the decision at issue involved more than a million     15:18:10
13    dollars?                                               15:18:14
14         A.  Sir, I just replied to your question.  Like,  15:18:17
15    the real estate property investment project.           15:18:21
16         Q.  Besides -- besides that one.                  15:18:25
17         A.  I mean, as I explained, that is our business  15:18:29
18    plan; right?                                           15:18:32
19             We do real estate investment.                 15:18:33
20             I already testified that as a family office;  15:18:35
21    right?                                                 15:18:38
22         Q.  I'm -- I'm going to interpret your answer as  15:18:39
23    that is the only example you can think of.             15:18:42
24         A.  I don't agree.  I don't agree.  This is not   15:18:44
25    my answer.  I give you my answer very clear.           15:18:47
```

Page 183

```
 1        Q.  Well, then tell me -- tell me another          15:18:50

 2   example then.  Tell me another example of a decision     15:18:54

 3   involving more than a million dollars with which you     15:18:57

 4   disagree and your opinion prevailed, besides the real    15:19:00

 5   estate project that you have already mentioned three     15:19:05

 6   times.                                                   15:19:08

 7        Any other example?                                  15:19:09

 8        A.  I answered already.                             15:19:12

 9        Q.  Are any of the $21 million in litigation        15:19:14

10   loans to Golden Spring (New York) expected to be         15:19:29

11   repaid?                                                  15:19:32

12        A.  Yes.                                            15:19:34

13        Q.  Are any of the loans in writing?                15:19:34

14        A.  Yes.                                            15:19:41

15        Q.  Have you seen the -- the documents for any      15:19:41

16   of the loans?                                            15:19:49

17        A.  Yes.                                            15:19:53

18        Q.  Where are they?                                 15:19:53

19        A.  They are in my office.                          15:19:55

20        Q.  On East 64th Street or wherever?                15:20:02

21        A.  What do you mean, wherever?                     15:20:09

22        Q.  I'm sorry.  I'm trying to avoid using the       15:20:11

23   exact address.                                           15:20:15

24        Are they at the family office in                    15:20:15

25   New York City?                                           15:20:18
```

Page 184

```
 1        A.   I believe in the morning of -- this morning      15:20:18

 2   I already testified my address, which you have it,          15:20:21

 3   sir.  It is on the 64th Street office, Golden Spring        15:20:25

 4   (New York)'s office.                                        15:20:29

 5        Q.   Okay.                                             15:20:29

 6        A.   You don't need to avoid mentioning the            15:20:30

 7   address, sir.  You have it.                                 15:20:34

 8        Q.   Well, forgive me for being extra careful in       15:20:36

 9   light of your security concerns.                            15:20:40

10        A.   Thank you.                                        15:20:43

11        Q.   Is that -- is that the address where the          15:20:44

12   loan documents are located?                                 15:20:45

13        A.   Correct.                                          15:20:47

14        Q.   How many such loan documents are there?           15:20:47

15        A.   Several of them.                                  15:20:51

16        Q.   More than ten?                                    15:20:52

17        A.   Several of them.                                  15:20:58

18        Q.   Do you know whether it is more than ten or        15:21:00

19   not?                                                        15:21:02

20        A.   I replied, several of them.                       15:21:04

21        Q.   Did you sign them?                                15:21:07

22        A.   Yes.                                              15:21:11

23        Q.   Who signed them for the borrower?                 15:21:12

24        A.   The borrower signed it.                           15:21:19

25        Q.   Who is the borrower?                              15:21:23
```

Page 185

```
 1        A.   Mr. Ho Wan Kwok.                           15:21:25

 2        Q.   Okay.  Were you present when he signed them?  15:21:27

 3        A.   I don't recall.                            15:21:30

 4        Q.   Okay.  How many of the $21 million in loan  15:21:33

 5   are undocumented?                                    15:21:42

 6        A.   I don't recall.  I couldn't give you the   15:21:44

 7   precise number.                                      15:21:50

 8             MR. HARBACH:  Okay.  Well, we'll -- we'll   15:21:51

 9   request -- Scott, we'll request that Golden Spring   15:21:54

10   (New York) Limited immediately produce to us all of  15:21:59

11   the documents that the witness has just described,   15:22:02

12   namely, the loan agreements substantiating any       15:22:09

13   portion of the $21 million in litigation loans that  15:22:13

14   the debtor has taken out from Golden Spring          15:22:16

15   (New York).                                          15:22:20

16             MR. ROSEN:  I understand the request, and we  15:22:21

17   will take it under advisement.                       15:22:23

18             MR. HARBACH:  Okay.                        15:22:25

19   BY MR. HARBACH:                                      15:22:29

20        Q.   Ms. Wang, are you familiar with the terms of  15:22:29

21   any of those loans, meaning the litigation loans?   15:22:32

22        A.   They are loans.  They have interest.  They  15:22:36

23   should be paid back.                                 15:22:43

24        Q.   What interest rate?                        15:22:44

25        A.   I couldn't remember clearly.  I couldn't   15:22:46
```

Page 186

```
 1    remember clearly.  Like, 2, 3 percent.  I couldn't      15:22:53

 2    remember.                                               15:22:56

 3         Q.  Who negotiated the interest rate on those      15:22:56

 4    loans for Golden Spring (New York)?                     15:22:59

 5         A.  Me and Mr. Qiang Guo, we designed it.          15:23:01

 6         Q.  Who negotiated with the -- the borrower,       15:23:06

 7    Mr. Ho Wan Kwok, for the interest rate on these         15:23:13

 8    loans?                                                  15:23:16

 9         A.  I don't recall.                                15:23:18

10         Q.  Did you communicate with Mr. Ho Wan Kwok       15:23:21

11    about the interest rate on these loans?                 15:23:26

12         A.  I don't recall.                                15:23:29

13         Q.  Is the interest rate the same on all of the    15:23:32

14    loans?                                                  15:23:38

15         A.  As far as I know, I remember, yes.             15:23:39

16         Q.  Is the total figure of approximately           15:23:45

17    $21 million in litigation loans about correct, to       15:23:50

18    your recollection?                                      15:23:56

19         A.  Approximately number -- yes.  Correct.         15:23:57

20         Q.  Okay.  And approximately how much of that      15:24:02

21    21 million is in documented loans?                      15:24:05

22         A.  I don't have it on the top of my head.         15:24:08

23            MR. ROSEN:  Can I ask, David, can you please    15:24:18

24    clarify.                                                15:24:21

25            When you say documented loans, what             15:24:22
```

```
 1    specifically do you mean by documented?              15:24:25

 2         MR. HARBACH:  Sure.                             15:24:28

 3         What I mean is that the witness has             15:24:30

 4    indicated earlier in her testimony that some of the 15:24:34

 5    loans were in writing and that there were loan       15:24:38

 6    agreements; so that is how I interpreted her answer. 15:24:44

 7    And I -- and I gather that some of them were and some 15:24:47

 8    of them weren't.  And so when I say documented loans, 15:24:50

 9    I mean the loans for which there is a written loan   15:24:54

10    agreement that she signed and that the borrower      15:24:58

11    signed.                                              15:25:03

12         Does that help?                                 15:25:05

13         MR. ROSEN:  Yes.                                15:25:06

14         Thank you.                                      15:25:08

15         MR. HARBACH:  Okay.                             15:25:09

16    BY MR. HARBACH:                                      15:25:10

17      Q.  So Ms. Wang, does that change -- that         15:25:10

18    doesn't change any of your answers, I assume.        15:25:13

19         Did you understand what I meant?                15:25:15

20      A.  I replied my question.  That is the best of   15:25:17

21    my knowledge for this second.                        15:25:22

22      Q.  Okay.  So just to make -- just to -- to       15:25:24

23    recap and make sure I understand.                    15:25:27

24         There is approximately $21 million in          15:25:31

25    litigation loans that have been made by Golden Spring 15:25:35
```

Veritext Legal Solutions
866 299-5127

```
 1    (New York) to Mr. Ho Wan Kwok; correct?              15:25:39

 2         A.   Correct.                                    15:25:41

 3         Q.   And some of those loans are -- are          15:25:47

 4    documented, by which I mean there is a written loan   15:25:50

 5    agreement; correct?                                   15:25:55

 6         A.   Correct.                                    15:25:57

 7              Besides that, we do have notes, like, on our 15:25:59

 8    financial book that recorded as a loan also.          15:26:06

 9         Q.   Okay.  And then some of those loans do not   15:26:08

10    have a -- a loan agreement in writing; correct?       15:26:11

11         A.   But in our financial records it is          15:26:16

12    documented as a loan; correct.                        15:26:20

13         Q.   I understand.  I understand.                15:26:22

14              But my point is for those, there is not     15:26:24

15    a loan agreement that you signed and that             15:26:28

16    Mr. Ho Wan Kwok signed that contains an interest rate 15:26:31

17    and formal terms; right?                              15:26:36

18         A.   Correct.                                    15:26:40

19              There were some other loans between         15:26:41

20    Mr. Qiang Guo and Mr. Ho Wan Kwok also.               15:26:45

21         Q.   Okay.                                       15:26:47

22         A.   So financial notes was the loan agreement   15:26:48

23    and then with our loan --                             15:26:52

24         Q.   Okay.                                       15:26:55

25         A.   -- agreement.                               15:26:56
```

Page 189

```
 1        Q.  And so for the ones -- not the ones that        15:26:57

 2   were oral, but the ones that are in writing, you said    15:26:59

 3   those documents are currently at the East 64th Street    15:27:04

 4   office; correct?                                         15:27:12

 5        A.  Correct.                                        15:27:13

 6            MR. HARBACH:  Okay.  So Scott, it is those      15:27:15

 7   documents that we are requesting.                        15:27:19

 8            MR. ROSEN:  I understand.                       15:27:20

 9            Thank you.                                      15:27:22

10   BY MR. HARBACH:                                          15:27:22

11        Q.  Okay.  Now, Ms. Wang, with respect to the       15:27:23

12   oral loans, who recorded them?                           15:27:26

13        A.  What do you mean, who recorded them?  For       15:27:31

14   Golden Spring?                                           15:27:34

15        Q.  Yes, ma'am.                                     15:27:34

16            I think you just mentioned a moment ago that    15:27:35

17   even the loans that were not documented with a loan      15:27:39

18   agreement were recorded on the books of Golden Spring    15:27:41

19   (New York); right?                                       15:27:46

20        A.  Correct.                                        15:27:47

21        Q.  So I'm asking who recorded them on the          15:27:47

22   books?                                                   15:27:50

23        A.  Golden Spring's finance.                        15:27:51

24        Q.  Okay.  Was that at your direction?              15:27:55

25        A.  Correct.                                        15:27:59
```

Page 190

1      Q.  How did you learn about the terms of those        15:28:00

2   oral loans?                                              15:28:04

3      A.  I got to know from Mr. Qiang Guo also.            15:28:07

4      Q.  Were you personally involved in negotiating       15:28:10

5   any or -- or tendering any oral loans to                 15:28:16

6   Mr. Ho Wan Kwok?                                         15:28:22

7      A.  I didn't attend the -- the conversation          15:28:23

8   between Mr. Qiang Guo and his father, no.  I didn't.     15:28:30

9      Q.  Has Mr. Ho Wan Kwok ever asked you for           15:28:33

10  a loan from Golden Spring?                               15:28:36

11     A.  I don't recall.                                  15:28:38

12     Q.  Does that mean it is possible that he has?       15:28:40

13     A.  I don't recall.                                  15:28:49

14     Q.  With apologies if I asked you this question      15:28:57

15  before.  I honestly don't remember.                     15:29:00

16        Have you ever spoken to Mr. Ho Wan Kwok           15:29:02

17  about any of the litigation loans, whether oral or       15:29:06

18  written?                                                15:29:11

19     A.  I don't recall.                                  15:29:12

20     Q.  Were you personally involved in helping         15:29:13

21  Mr. Kwok fill out his bankruptcy schedules and his       15:29:33

22  statement of financial affairs?                         15:29:38

23        MR. ROSEN:  Objection.  The witness is not       15:29:41

24  here to testify in her personal capacity.  I would       15:29:44

25  ask you to rephrase the question.                       15:29:48

| | | |
|---|---|---|
| 1 | MR. HARBACH:  Sure. | 15:29:50 |
| 2 | BY MR. HARBACH: | 15:29:51 |
| 3 | Q.  Was Golden Spring (New York) Limited | 15:29:52 |
| 4 | involved in assisting Mr. Kwok in filling out his | 15:29:54 |
| 5 | bankruptcy schedules or his statement of financial | 15:29:58 |
| 6 | affairs? | 15:30:01 |
| 7 | A.  No. | 15:30:03 |
| 8 | Q.  What about Mr. Kwok's monthly operating | 15:30:04 |
| 9 | reports?  Do you know what those are? | 15:30:14 |
| 10 | A.  Yes. | 15:30:17 |
| 11 | Q.  Okay.  Was anyone at Golden Spring | 15:30:20 |
| 12 | (New York) involved in helping prepare | 15:30:24 |
| 13 | Mr. Ho Wan Kwok's monthly operating reports? | 15:30:28 |
| 14 | A.  We were requested to pull out his lifestyle | 15:30:31 |
| 15 | expenses.  That is, I directed Golden Spring to help. | 15:30:40 |
| 16 | Q.  Okay.  Who made the request to you? | 15:30:47 |
| 17 | A.  I couldn't remember.  Probably his attorney. | 15:30:49 |
| 18 | I couldn't remember. | 15:30:57 |
| 19 | Q.  Okay.  And if I understand you correctly, | 15:30:58 |
| 20 | you directed one of your employees to assist? | 15:31:00 |
| 21 | A.  Correct. | 15:31:06 |
| 22 | MR. HARBACH:  Okay.  And I'll just note for | 15:31:07 |
| 23 | the record, Scott, that I won't ask who that person | 15:31:09 |
| 24 | is because I understand that you will object on the | 15:31:17 |
| 25 | same basis as before.  And I'll just note that we | 15:31:20 |

```
 1    continue to disagree with that objection.              15:31:24

 2          Is that okay?                                    15:31:26

 3          MR. ROSEN:  Yes.                                 15:31:27

 4    BY MR. HARBACH:                                        15:31:35

 5       Q.  Do you know what the firm Verdolino & Lowey     15:31:35

 6    is?                                                    15:31:42

 7       A.  Verdolino Lowey.                                15:31:43

 8       Q.  Have you ever heard of them?                    15:31:45

 9       A.  No.                                             15:31:48

10          I don't recall.                                  15:31:53

11       Q.  Okay.  Do you know who Craig Jalbert is?        15:31:53

12       A.  I don't know this name.                         15:31:59

13       Q.  Okay.                                           15:31:59

14       A.  Craig Jalbert.                                  15:32:02

15       Q.  This may seem obvious from your earlier         15:32:03

16    answer, but please bear with me.                       15:32:15

17          Leaving aside the person's name, is it true      15:32:18

18    that there are personnel at Golden Spring (New York)   15:32:26

19    Limited who could assist in compiling and calculating  15:32:31

20    the lifestyle expenses of Mr. Ho Wan Kwok?             15:32:40

21       A.  Yes.                                            15:32:48

22       Q.  Focusing now just for a moment on those         15:32:49

23    lifestyle expenses.                                    15:33:07

24          Okay?                                            15:33:10

25       A.  Yes.                                            15:33:12
```

Page 193

| | | |
|---|---|---|
| 1 | Q.  Has -- has Mr. Kwok ever made any requests | 15:33:12 |
| 2 | to you to have Golden Spring (New York) pay for | 15:33:21 |
| 3 | expenses related to his lifestyle? | 15:33:28 |
| 4 | Excuse me. | 15:33:31 |
| 5 | A.  I don't recall, but it is possible. | 15:33:33 |
| 6 | Q.  Okay.  What I'm asking about is, you know, | 15:33:39 |
| 7 | hey, Yvette, I need Golden Spring to pay for me to | 15:33:46 |
| 8 | drive to Manhattan or I need Golden Spring to pay for | 15:33:52 |
| 9 | this suit that I need for my trip to court -- things | 15:33:57 |
| 10 | like that. | 15:34:02 |
| 11 | Does he make requests to you like that? | 15:34:03 |
| 12 | A.  I don't recall.  But there was some requests | 15:34:06 |
| 13 | that he made -- he made to me, like, as before, like, | 15:34:15 |
| 14 | buy some very expensive, like, furniture, I believe. | 15:34:19 |
| 15 | And I -- obviously, it is more than his lifestyle. | 15:34:22 |
| 16 | I report it to Mr. Qiang Guo, and Mr. Qiang Guo | 15:34:26 |
| 17 | reject it -- | 15:34:29 |
| 18 | Q.  Okay. | 15:34:29 |
| 19 | A.  -- so I reject it to him also. | 15:34:30 |
| 20 | Q.  Right. | 15:34:32 |
| 21 | A.  Yeah. | 15:34:34 |
| 22 | Q.  I'm asking about, you know, day-to-day | 15:34:34 |
| 23 | stuff, like the -- however -- you know, I don't mind | 15:34:37 |
| 24 | telling you it has been a real mystery to all of us | 15:34:43 |
| 25 | creditors and, I think, to the U.S. Trustee how | 15:34:48 |

Page 194

```
 1   Mr. Kwok pays for things.  We really have had        15:34:52

 2   a difficult time figuring out how that happens.  And  15:34:55

 3   so I am hoping that you can help me understand        15:34:58

 4   a little bit because, according to him, Golden Spring 15:35:01

 5   (New York) Limited pays for all this stuff.  And      15:35:04

 6   since you are the president and treasurer of          15:35:07

 7   Golden Spring (New York) Limited, I'm hoping you can  15:35:09

 8   help us understand.                                   15:35:14

 9        So I know we talked earlier about your          15:35:15

10   review of credit card bills and -- and so forth, but 15:35:17

11   for something like that, say Mr. -- Mr. Ho Wan Kwok   15:35:21

12   needs to take a trip into Manhattan for some reason   15:35:26

13   and he needs a car.                                   15:35:30

14        Does he come to you?  I mean, you say you       15:35:33

15   run the day-to-day operations of Golden Spring.      15:35:36

16        Does he come to you or -- or send you          15:35:40

17   a message and say, hey, I need a car set up?  I mean, 15:35:42

18   how does that work?                                   15:35:46

19        A.  Okay.  So to reply to this specific         15:35:48

20   question, as the president of a company, I mean,      15:35:50

21   I already don't deal with this kind of very small     15:35:53

22   request from him; so Golden Spring does have          15:35:57

23   a security which, as you understood probably, sir,    15:36:01

24   like as per Mr. Qiang, was a regiment because         15:36:06

25   Mr. Qiang would -- does care the most is the life     15:36:13
```

Page 195

```
 1    safety of his father; so the communication that        15:36:17

 2    happens between Ho Wan Kwok and the security to         15:36:21

 3    arrange the trip to Manhattan; so that one I don't      15:36:22

 4    need to get involved because it is too small for me.    15:36:26

 5         Q.   Okay.  And then what about other day-to-day   15:36:30

 6    lifestyle needs, like in a recent proceeding the --     15:36:34

 7    the U.S. Trustee asked about what if he needed to buy   15:36:42

 8    a pair of shoes?                                        15:36:47

 9         Just walk us through how that happens.             15:36:49

10         A.   I don't even -- I mean, yes.  I review some   15:36:52

11    of the credit card bill or the bills, but I do have     15:36:56

12    my finance.  I mean, I don't need to do finance job.    15:37:00

13    I don't even remember to see very often he buys         15:37:04

14    shoes.  I mean --                                       15:37:09

15         Q.   Does he buy anything?                         15:37:12

16         A.   Yes.                                          15:37:14

17         He buy -- he buy clothes, yes.                     15:37:16

18         Q.   Okay.  So how does he buy clothes?            15:37:20

19         A.   He buy clothes from the shops, I believe.     15:37:23

20         Q.   Okay.  Does he physically go to the shops or  15:37:28

21    does he shop online?                                    15:37:32

22         MR. HARBACH:  Scott, I promise I am just           15:37:34

23    trying to understand.  I don't -- I won't dwell here    15:37:37

24    unnecessarily.                                          15:37:39

25    ///
```

Veritext Legal Solutions
866 299-5127

```
 1    BY MR. HARBACH:                                      15:37:40

 2         Q.  Go ahead, Ms. Wang.                         15:37:41

 3         A.  I don't get involves in his personal life;  15:37:43

 4    so I cannot say.                                     15:37:47

 5         Q.  So you don't -- you don't know whether he   15:37:48

 6    likes to go in the stores to shop or he shops online? 15:37:51

 7         A.  I do see bills from the shops, which        15:37:57

 8    I verify.  I have the finance verify that it was his  15:38:03

 9    purchase.                                            15:38:08

10         Q.  Okay.                                       15:38:08

11         A.  We take care of that; so I don't need to    15:38:09

12    follow him --                                        15:38:13

13         Q.  All right.                                  15:38:13

14         A.  -- where he goes; right?                    15:38:14

15             So I don't know --                          15:38:14

16         Q.  No.                                         15:38:17

17             I -- I know that.  I'm not suggesting you   15:38:17

18    follow him.                                          15:38:19

19             What I'm really just trying to understand is 15:38:20

20    how does the transaction happen?  Mr. Kwok walks into 15:38:23

21    Saks Fifth Avenue and sees a suit he wants to buy.   15:38:29

22    Let's just pretend that's what happens.              15:38:35

23             Okay?                                       15:38:37

24             And he is in there, and he says, I like that 15:38:38

25    suit.  And he tries it on, and it looks good, and so  15:38:41
```

Page 197

```
 1   he wants to buy it.                                15:38:45

 2        What happens next?  How does it get from      15:38:47

 3   there to being on a bill that you see?             15:38:49

 4        A.  Oh, that doesn't happen often at all.  That  15:38:54

 5   is number one.  And that did happen before.  Like,  15:38:58

 6   sometimes I can see from the securities credit      15:39:03

 7   card -- debit card -- let me correct -- to see that 15:39:07

 8   purchase.  And then, obviously, my finance will dive 15:39:10

 9   in and verify and confirm that he has purchased.  But 15:39:14

10   that does not happen often at all.                 15:39:17

11        Q.  Okay.  Well, you did mention that he buys  15:39:21

12   clothes; right?                                     15:39:24

13        A.  Yes.                                       15:39:27

14        Q.  Okay.  So you give me an example of how he 15:39:28

15   will buy some clothes.                              15:39:34

16        If the Saks Fifth Avenue example doesn't       15:39:36

17   happen very often, tell me what does happen.        15:39:40

18        A.  He just doesn't buy clothes very often, not 15:39:43

19   only the shoes at Saks Fifth Avenue.               15:39:49

20        Q.  Does Mr. Kwok have a credit card?          15:39:54

21        A.  As far as I know, he doesn't have.  At least 15:40:07

22   Golden Spring never give him.                       15:40:12

23        Q.  Does he have a debit card?                 15:40:14

24        A.  Golden Spring didn't give him.             15:40:17

25        Q.  How do the things that he does purchase end 15:40:20
```

Page 198

| | | |
|---|---|---|
| 1 | up on a bill that you review?  Tell me how that | 15:40:25 |
| 2 | happens. | 15:40:30 |
| 3 | A.  For his clothes, I mean, I know, like, | 15:40:31 |
| 4 | Mr. Qiang Guo, he has some shops in Manhattan.  When | 15:40:36 |
| 5 | he is in Manhattan he -- he -- I mean, quite often | 15:40:43 |
| 6 | shopping there, and sometimes I saw the bill from the | 15:40:49 |
| 7 | shop, which I -- obviously finance will need to | 15:40:52 |
| 8 | verify.  If not, Mr. Qiang Guo purchase.  But, like, | 15:40:55 |
| 9 | his father has purchased.  That happened before; so | 15:40:59 |
| 10 | like -- that is, like, in my understanding | 15:41:03 |
| 11 | Mr. Qiang Guo took care of his father. | 15:41:06 |
| 12 | Q.  So Mr. Qiang Guo will buy something for his | 15:41:08 |
| 13 | dad, finance it. | 15:41:12 |
| 14 | Golden Spring will verify that how?  By | 15:41:14 |
| 15 | calling Mr. Qiang Guo and asking him? | 15:41:16 |
| 16 | A.  Sometimes we do that, yes. | 15:41:19 |
| 17 | Q.  Okay.  And when Mr. Qiang Guo is in the UK, | 15:41:21 |
| 18 | as you have told me is where he lives, how does that | 15:41:27 |
| 19 | change things?  How does Mr. -- Mr. Ho Wan Kwok buy | 15:41:31 |
| 20 | something while his son is in the UK? | 15:41:36 |
| 21 | A.  What do you mean, change things?  I mean, | 15:41:39 |
| 22 | the shops obviously know Mr. Qiang Guo, whether he is | 15:41:43 |
| 23 | in New York or not; so the father came and then | 15:41:47 |
| 24 | shopping there.  I mean, I don't know what is your | 15:41:52 |
| 25 | question, sir. | 15:41:54 |

Page 199

```
 1          Q.   Okay.  So I think you do know my question,      15:41:55

 2     and it is really not hard.  But it seems to be really     15:42:02

 3     hard to get an answer to it.                              15:42:06

 4          How does Mr. Ho Wan Kwok purchase things,            15:42:10

 5     and how does what -- something that he wants to buy       15:42:20

 6     and buys end up on a bill for you to review?  And you     15:42:23

 7     have given me one example.                                15:42:27

 8          You said there are times when Mr. Qiang Guo          15:42:29

 9     will purchase something, and it will then end up on       15:42:31

10     a bill for you to review and verify; right?              15:42:35

11          A.   No.                                             15:42:42

12          That is not my answer.  You misunderstood           15:42:42

13     me, sir.                                                  15:42:45

14          Q.   Okay.  Please explain.                          15:42:46

15          A.   I will use my translator since you have been    15:42:49

16     misunderstanding me along the way, which I don't feel     15:42:53

17     you get this.  Sorry.                                     15:42:57

18          Like, can I have my interpreter --                  15:43:01

19          Q.   Absolutely.                                     15:43:04

20          A.   -- I mean, to help me.                          15:43:05

21          Q.   Absolutely.                                     15:43:06

22          MR. HARBACH:  So for clarity of the record,         15:43:07

23     Ms. Johnston, the question is I'm trying to              15:43:09

24     understand how -- when Mr. Ho Wan Kwok wants to          15:43:13

25     purchase something, how does it get -- from the         15:43:16
```

Page 200

```
 1   decision by Mr. Ho Wan Kwok to purchase something,      15:43:20

 2   how does that end up on a bill that Ms. Wang sees?      15:43:25

 3           THE INTERPRETER:  (Question interpreted.)       15:43:29

 4           THE WITNESS:  (Through the Interpreter)         15:43:29

 5   Okay.  First of all, when I say when I review bills,    15:44:38

 6   those were only in respect to Mr. Ho Wan Kwok's         15:44:44

 7   purchase for clothing and shoes.  And Mr. Qiang Guo     15:44:47

 8   has certain shops he goes to on a regular basis; so     15:44:51

 9   if his father were to shop there, then the shop would   15:44:57

10   know to send the bill to New York Golden Spring; so     15:45:02

11   in other words his father's purchase was under          15:45:10

12   Mr. Qiang Guo's profile.                                15:45:14

13           I don't think maybe you understood what         15:45:16

14   I meant.  That is why I wanted the interpreter to       15:45:18

15   interpret for me.                                       15:45:21

16   BY MR. HARBACH:                                         15:45:23

17       Q.  Thank you very much.                            15:45:23

18           And I do understand that example.               15:45:26

19           What about for groceries?                       15:45:28

20       A.  (In English)  Groceries, I mean, he lives in    15:45:33

21   his wife's house; so if there is any grocery needed     15:45:41

22   to be purchased, it is for both of them; so what        15:45:45

23   Golden Spring was requested to pull out, like,          15:45:51

24   Mr. Ho Wan Kwok, his grocery purchase from his wife,    15:45:58

25   like a general purchase; so I mean, the husband, the    15:46:03
```

Page 201

| | | |
|---|---|---|
| 1 | wife live together.  He is living in his wife's | 15:46:08 |
| 2 | house.  It doesn't make sense, like, he buy his own | 15:46:11 |
| 3 | stuff, separate account. | 15:46:14 |
| 4 |     Q.  I understand that. | 15:46:15 |
| 5 |       I'm just asking how the groceries are paid | 15:46:16 |
| 6 | for. | 15:46:19 |
| 7 |     A.  It paid by Golden Spring also. | 15:46:21 |
| 8 |     Q.  Same question as before. | 15:46:26 |
| 9 |       Do they just go to a grocery store and the | 15:46:29 |
| 10 | grocery store sends the bill to Golden Spring?  Or do | 15:46:34 |
| 11 | they buy their groceries online?  How does that work? | 15:46:38 |
| 12 |     A.  Grocery, most of them go with the debit | 15:46:42 |
| 13 | card. | 15:46:46 |
| 14 |     Q.  Okay. | 15:46:46 |
| 15 |     A.  And buy -- | 15:46:47 |
| 16 |     Q.  So.... | 15:46:50 |
| 17 |     A.  And buy online also, yes. | 15:46:52 |
| 18 |     Q.  Okay.  And so even if the purchase is | 15:46:53 |
| 19 | online, some sort of card, like if it is a debit card | 15:46:56 |
| 20 | or a credit card, needs to be used; right? | 15:47:03 |
| 21 |     A.  Correct. | 15:47:07 |
| 22 |     Q.  Okay.  Who uses that card? | 15:47:08 |
| 23 |     A.  Who use that card? | 15:47:10 |
| 24 |       They -- people.  I mean, his wife use it | 15:47:16 |
| 25 | also. | 15:47:20 |

Page 202

1        Q.   Does he ever use the --                    15:47:20

2        A.   I mean --                                  15:47:23

3        Q.   Does he ever use the card?                 15:47:24

4        A.   I don't think so.  He doesn't read English 15:47:26

5   at all, so....                                       15:47:30

6        Q.   I mean, well, I don't know that you need to 15:47:31

7   read English to use a credit card or a debit card.   15:47:33

8            Does he ever use the card to make purchases 15:47:37

9   himself?                                             15:47:42

10       A.   Which time period you are asking about and 15:47:42

11  by what kind of purchase methods?                    15:47:44

12       Q.   You --                                     15:47:44

13       A.   If you are asking about online, he doesn't 15:47:47

14  read English.                                        15:47:50

15           I mean, you have to be able to read English 15:47:51

16  to shopping online; right?                           15:47:53

17       Q.   Does that --                               15:47:53

18       A.   So with that, I can confirm he doesn't.    15:47:54

19       Q.   Were -- well, number one, I'm pretty sure  15:47:55

20  there are Websites in Chinese.                       15:48:00

21           And, number two, let's just stick with the 15:48:03

22  grocery example.                                     15:48:06

23           Does he ever use the credit card or the     15:48:11

24  debit card to buy groceries?                         15:48:15

25           MR. ROSEN:  Objection.                      15:48:19

                                              Page 203

```
 1              THE WITNESS:  I don't know.                    15:48:20

 2              MR. ROSEN:  She testified numerous times       15:48:25

 3    that he is not authorized as a user of the card, and    15:48:27

 4    she has answered this question numerous times.          15:48:30

 5              MR. HARBACH:  I don't believe she said -- it   15:48:32

 6    wasn't a question of whether he was an authorized        15:48:32

 7    user.  I believe she said that he never used it.         15:48:35

 8    BY MR. HARBACH:                                          15:48:38

 9         Q.  Does his wife use it?                           15:48:38

10         A.  Use what?                                       15:48:40

11         Q.  The debit card or the credit card to buy       15:48:42

12    groceries?                                               15:48:47

13         A.  It is possible.                                 15:48:48

14         Q.  Do you know one way or the other?              15:48:51

15         A.  I mean, I don't live in their home; right?     15:48:59

16    Who is buying groceries?  From my end, I can't see,      15:49:03

17    like, an Amazon purchase or, like, a Whole Foods        15:49:09

18    purchase.  Who uses those cards?  I need to find out.   15:49:11

19         Q.  Okay.  So it sounds like, from what you just   15:49:14

20    said, it could have been Mr. Ho Wan Kwok's wife or it   15:49:19

21    could have been Mr. Ho Wan Kwok, couldn't it?          15:49:23

22         A.  I'm not giving you an answer in here because   15:49:26

23    I don't know.                                            15:49:32

24         Q.  That is what I'm getting at.  You don't       15:49:32

25    know.                                                    15:49:35
```

Page 204

```
 1              From what you are looking at on the bill,      15:49:36

 2   you don't know who used the card, do you?  Do you?     15:49:38

 3      A.  You are talking about grocery?               15:49:47

 4      Q.  I'm talking about the examples you just       15:49:49

 5   gave, Whole Foods or whatever else.                  15:49:51

 6              When you see that on the bill, you just said  15:49:53

 7   you don't know who uses the card; correct?           15:49:56

 8      A.  The family uses the card.  I do know.  The    15:50:00

 9   family uses the card.                                15:50:04

10      Q.  Sure.  Sure.                                  15:50:06

11              And Mr. Ho Wan Kwok is a member of the    15:50:07

12   family, isn't he?                                    15:50:10

13      A.  Correct.                                      15:50:12

14              But he does not read English at all.      15:50:13

15      Q.  Okay.  Does his wife?                         15:50:16

16      A.  His wife what?                                15:50:18

17      Q.  Does his wife read English?                   15:50:21

18      A.  I don't believe so.                           15:50:24

19              MR. HARBACH:  Okay.  Give me just thirty  15:50:29

20   seconds, please.                                     15:50:32

21   BY MR. HARBACH:                                      15:53:11

22      Q.  Thank you for your patience.  Hopefully       15:53:12

23   I saved us a little time by taking that break.  A few 15:53:14

24   cleanup questions, and I think we are finished.      15:53:19

25              What is your understanding of how         15:53:22
```

Page 205

| | | |
|---|---|---|
| 1 | Mr. Ho Wan Kwok is going to repay the $21 million in | 15:53:24 |
| 2 | litigation loans? | 15:53:28 |
| 3 | A.  I don't have understanding.  I mean, he need | 15:53:30 |
| 4 | to pay back those loans if he win the case and then, | 15:53:38 |
| 5 | I mean, I assume there will be some success, and then | 15:53:42 |
| 6 | he should pay back the loan.  That is all my | 15:53:46 |
| 7 | understanding. | 15:53:49 |
| 8 | Q.  Is there a Golden Spring (New York) owned | 15:53:50 |
| 9 | car that stays at Mr. and Ms. Kwok's residence? | 15:53:54 |
| 10 | A.  I don't recall.  As I said, I am not a car | 15:54:06 |
| 11 | person.  I mean, Mr. Qiang Guo will deal with the car | 15:54:09 |
| 12 | at that part. | 15:54:13 |
| 13 | Q.  Well, doesn't Golden Spring (New York) | 15:54:14 |
| 14 | Limited pay for a chauffeur for Mr. Ho Wan Kwok? | 15:54:17 |
| 15 | A.  We pay the employees, yes. | 15:54:23 |
| 16 | Q.  Okay.  And my question to you isn't about | 15:54:26 |
| 17 | what kind of car it is. | 15:54:30 |
| 18 | I'm just asking whether there is a car and | 15:54:32 |
| 19 | a chauffeur that is available to Mr. Kwok whenever he | 15:54:35 |
| 20 | needs it. | 15:54:39 |
| 21 | A.  I mean, Mr. Qiang Guo would -- does rent | 15:54:44 |
| 22 | a car for his father, and then Golden Spring pay the | 15:54:50 |
| 23 | chauffeur.  That is what I can confirm. | 15:54:53 |
| 24 | Q.  Okay.  Do you have personal knowledge of who | 15:54:58 |
| 25 | owns the residence where they live? | 15:55:04 |

Page 206

```
 1            MR. HARBACH:  Don't worry, Scott.              15:55:09

 2        I won't stay here long.                            15:55:11

 3            THE WITNESS:  You are asking personal          15:55:15

 4    knowledge?                                             15:55:18

 5    BY MR. HARBACH:                                        15:55:19

 6        Q.  I'm asking if you know.                        15:55:19

 7            MR. ROSEN:  If you know.  It calls for         15:55:21

 8    yes-or-no answer.                                      15:55:26

 9            THE WITNESS:  I don't have personal            15:55:26

10    knowledge.                                             15:55:28

11            MR. HARBACH:  Okay.  I'm going to make         15:55:29

12    a request, Scott, to supplement our earlier request   15:55:30

13    for the loan documents.                                15:55:39

14            I'm also going to request that Golden Spring   15:55:40

15    (New York) please promptly produce to us the          15:55:43

16    notations in the books and records that the witness   15:55:50

17    referred to as evidencing the oral loans for          15:55:55

18    litigation.                                            15:56:02

19            Do you understand what I'm talking about?      15:56:04

20            MR. ROSEN:  I'm just taking notes right now.   15:56:07

21            MR. HARBACH:  Okay.                            15:56:10

22            MR. ROSEN:  I believe I understand your        15:56:13

23    question, and we will take that under advisement.     15:56:15

24            MR. HARBACH:  Okay.  Those are -- just --      15:56:18

25    just one second, please.                              15:56:27
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | One -- one -- the famous one more question | 15:57:11 |
| 2 | that we lawyers like to ask. | 15:57:14 |
| 3 | BY MR. HARBACH: | 15:57:16 |
| 4 | Q.  You have mentioned a couple of times that | 15:57:17 |
| 5 | Golden Spring has enough money to carry on its daily | 15:57:19 |
| 6 | operations. | 15:57:23 |
| 7 | What is the operating budget for | 15:57:25 |
| 8 | Golden Spring (New York) for those daily operations? | 15:57:29 |
| 9 | The annual budget, say, approximately. | 15:57:34 |
| 10 | A.  The annual is going to be anything | 15:57:42 |
| 11 | between -- I mean, operating mean paying the lease, | 15:57:47 |
| 12 | paying the employees and office supplies, furniture, | 15:57:54 |
| 13 | everything. | 15:57:59 |
| 14 | Q.  I'm asking, yeah, everything that you would | 15:57:59 |
| 15 | lump under day-to-day operations, as you said | 15:58:02 |
| 16 | earlier. | 15:58:06 |
| 17 | A.  I'm answering your question, sir. | 15:58:07 |
| 18 | It is anything and everything between annual | 15:58:10 |
| 19 | lease between 2 to 3 million, at least -- at least | 15:58:13 |
| 20 | the minimal. | 15:58:17 |
| 21 | Q.  Okay.  All right.  Those are all my | 15:58:18 |
| 22 | questions. | 15:58:21 |
| 23 | MR. HARBACH:  I don't know if any of the | 15:58:23 |
| 24 | other counsel who have endured this to this point | 15:58:24 |
| 25 | want to ask any questions. | 15:58:28 |

Page 208

```
 1              THE VIDEOGRAPHER:  It doesn't sound like it.      15:58:39

 2              MR. HARBACH:  All right.  Well, Ms. Wang,         15:58:42

 3    thank you very much for your time and your patience        15:58:44

 4    with my questions today.                                   15:58:48

 5              THE VIDEOGRAPHER:  We are off the record at       15:58:51

 6    3:58 p.m.                                                  15:58:53

 7              And this concludes today's testimony given       15:58:54

 8    by Yvette Wang as a 30(b)(6) witness for                   15:58:57

 9    Golden Spring (New York).                                  15:59:00

10              The total number of media units used was one     15:59:00

11    and will be retained by Veritext Legal Solutions.         15:59:04

12              MR. HARBACH:  This is David Harbach, of          16:03:38

13    O'Melveny & Myers, for Pacific Alliance.                   16:04:03

14              And I would like to supplement the               16:04:06

15    deposition exhibits with one additional exhibit that      16:04:10

16    will be called Exhibit 6.                                  16:04:13

17              (Deposition Exhibit Number 6                     16:04:13

18              was marked for identification.)                  16:04:16

19              MR. HARBACH:  And it is the notice of            16:04:16

20    deposition for today's witness.  I have spoken to the     16:04:21

21    deponent's counsel, Mr. Rosen, and he does not object     16:04:25

22    to it being added as an exhibit.                           16:04:28

23              MR. ROSEN:  Can we put -- put it up on the       16:04:32

24    screen?                                                    16:04:36

25              MR. HARBACH:  Yes.  Yes.                         16:04:37
```

                                                        Page 209

```
1              My colleague is working on that right now.      16:04:39

2              THE REPORTER:  Mr. Rosen, would you like       16:05:30

3   a copy of the transcript?                                 16:05:35

4              MR. ROSEN:  Yes.                                16:06:02

5              THE REPORTER:  And would you like a rough?     16:06:09

6              MR. ROSEN:  Yes.                                16:06:14

7              Copy to be delivered tonight.                  16:06:22

8   (4:28 p.m.)

9                      --ooOoo--

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

```
1   STATE OF CALIFORNIA )

                        )  ss.
2   COUNTY OF KERN       )

3

4        I, YAN PING WANG, do hereby certify:

5        That I have read the foregoing

6   deposition;

7        That I have made such changes in form and/or

8   substance to the within deposition, as might be

9   necessary to render the same true and correct;

10       That having made such changes thereon, I

11  hereby subscribe my name to the deposition.

12       I declare, under penalty of perjury, that

13  the foregoing is true and correct.

14       Executed this _____ day of _____,

15  2022, at _____, California.

16

17

18                   _____

19

20

21

22

23

24

25

                                        Page  211
```

```
 1   STATE OF CALIFORNIA )

                        ) ss.
 2   COUNTY OF KERN      )

 3

 4

 5          I, B. Suzanne Hull, a Certified Shorthand

 6   Reporter in the State of California, holding

 7   Certificate Number 13495, do hereby certify that

 8   YAN PING WANG, the witness named in the foregoing

 9   deposition, was by me duly sworn; that said

10   deposition, was taken Tuesday, April 12, 2022, at the

11   time and place set forth on the first page hereof.

12          That upon the taking of the deposition, the

13   words of the witness were written down by me in

14   stenotypy and thereafter transcribed by computer

15   under my supervision; that the foregoing is a true

16   and correct transcript of the testimony given by the

17   witness.

18          Pursuant to Federal Rule 30(e), transcript

19   review was requested.

20          I further certify that I am neither counsel

21   for nor in any way related to any party to said

22   action, nor in any way interested in the result or

23   outcome thereof.

24   ///

25   ///
```

                                        Page  212

1    Dated this 12th day of April, 2022, at

2    Bakersfield, California.

3

4    B. Suzanne Hull, CSR No. 13495

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  213

```
1    YAN PING WANG

2    goldenspringny@protonmail.com

3                                    April 12, 2022

4    IN RE: HO WAN KWOK

5    APRIL 12, 2022, YAN PING WANG, JOB NO. 5181285

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25
```

Page 214

1    _X_Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2        Transcript - The witness should review the transcript and

3        make any necessary corrections on the errata pages included

4        below, notating the page and line number of the corrections.

5        The witness should then sign and date the errata and penalty

6        of perjury pages and return the completed pages to all

7        appearing counsel within the period of time determined at

8        the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested - Reading & Signature was not

10        requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

```
 1    IN RE: HO WAN KWOK

 2    YAN PING WANG, JOB NO. 5181285

 3                   E R R A T A   S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____     _____

24    WITNESS                                      Date

25

                                           Page 216
```

**[& - 50]**

**&**

**&** 2:11 3:10 7:24
  8:2,5,12 172:2,7
  172:19 193:5
  209:13 214:23
  215:9

**0**

**03/10/2015** 168:5
**06103** 2:23 3:12

**1**

**1** 4:12 19:6,7
  32:20,21 33:8
  35:2 46:18 73:11
  87:23,24 88:2
  91:4 166:7 215:1
**10** 4:5 5:7
**100** 2:22 18:18
  65:22
**10036** 2:7,17
**10:23:18** 167:24
**10:45** 66:23
**10th** 168:8
**11** 4:14
**1100** 3:6
**113** 22:17
**11:00** 67:2
**11th** 73:16 75:10
  77:14 78:11 79:13
**12** 1:18 7:2 212:10
  214:3,5
**12210** 3:6
**126** 6:7
**128** 6:8
**12:00** 111:25
**12:08** 112:14
**12th** 7:7 213:1
**130** 6:9
**13495** 1:25 212:7
  213:4

**14** 4:24 22:17
**15** 22:17
**150** 6:10
**157** 6:11
**15th** 57:22
**16** 6:5 22:17
**162** 7:3
**1625** 2:12
**166** 5:3
**16th** 57:8
**17** 6:11
**18** 6:3,8 25:23
  33:17 35:15
**19** 4:12 47:25
**1:00** 112:8
**1:01** 112:18
**1:21** 126:5
**1:34** 126:9

**2**

**2** 4:16 6:9 28:17
  28:20 46:21 83:13
  83:15 88:1 187:1
  208:19
**20** 6:7 87:10
**2000** 30:14
**20005** 3:7
**20006** 2:13
**2008** 30:14 31:19
  87:10
**2013** 4:24
**2015** 5:7 18:12,13
  22:7,7 23:22 24:5
  24:11 25:23 29:14
  29:24 30:11,18
  31:3,7,20 113:18
  117:14 123:10
  168:8
**2016** 19:3 21:7
  24:4,5,5 25:1
**2017** 25:23 28:11
  166:8 168:15

**2018** 4:14 13:23
  14:11,25 21:8
  24:1,13,18 28:11
  28:12 32:17,18,19
  33:11,20,25 34:5
  34:10 35:17 36:9
  36:12 37:23 40:23
  47:25 57:9,22
  61:17 62:1,8,19
  63:24 64:2,17
  67:6,23,25 68:22
  69:14,19 70:16
  71:3 72:1,7 73:16
  73:25 75:10,12,25
  77:14 78:11,14,21
  78:22 79:3,13,16
  80:9,18,20 90:1,8
  90:20 96:17 166:5
  169:3,16,24 171:9
  182:6
**2019** 4:17 29:20
  48:3,7,13 50:21
  51:2,12,17 96:20
**202** 2:13 3:7
**2020** 61:18 96:25
  148:23
**2022** 1:18 5:15 7:2
  7:7 48:16 211:15
  212:10 213:1
  214:3,5
**2025.520** 214:9,12
**209** 5:9
**209-4924** 2:8
**209-4950** 2:8
**21** 177:8 184:9
  186:4,13 187:17
  187:21 188:24
  206:1
**212** 2:8,8,18,18
**22-50073** 1:8 7:14

**23rd** 29:14 31:7
**25** 6:4
**26** 4:17
**28** 4:16
**29** 5:15
**2:51** 174:4

**3**

**3** 4:19 43:5 44:10
  187:1 208:19
**30** 1:16 5:13 7:9
  9:19 20:5,12 26:2
  26:11 27:5 37:6
  38:6 44:20 65:19
  209:8 212:18
  215:1
**301314** 10:6
**326-2293** 2:18
**331** 83:10
**36** 6:3
**37** 6:4
**383-5127** 2:13
**3:00** 174:1
**3:02** 174:8
**3:58** 209:6

**4**

**4** 4:23 55:9,10,19
  56:2,4,9 57:1 62:5
  62:16,23 64:9
  67:5,19,21 87:16
  91:5,6
**41** 6:5
**424-4379** 3:12
**43** 4:19
**493-2220** 2:23
**4:28** 210:8

**5**

**5** 5:3 6:10 146:11
  166:23 167:9,12
**50** 146:16,17

Page 1

[514-2000 - announcement]

**514-2000**   3:7
**5181285**   214:5
216:2
**55**   4:23

**6**

**6**   1:16 5:9,13 7:9
9:19 20:5,12 26:2
26:11 27:5 37:6
38:6 44:20 65:19
209:8,16,17
**64th**   7:3 184:20
185:3 190:3
**65**   6:6

**7**

**7**   2:7,17
**728-5831**   2:18

**8**

**8**   142:23 143:2,11
143:21,24 144:3
146:10
**8004**   213:3
**808**   166:21,22
**860**   2:23 3:12

**9**

**9**   6:6
**90**   3:11
**9:15**   7:2,6

**a**

**a.m.**   7:2,6
**abided**   165:2
**abilities**   9:2,12
**ability**   13:15
**able**   10:23,23 31:9
64:14 168:23
173:14 174:24
175:8 203:15
**absolutely**   84:19
101:17,19 200:19
200:21

**accept**   109:5
**acceptable**   11:16
125:25
**access**   103:3,7,13
104:6
**account**   124:25
125:8,11,14,22
126:22 127:1
128:4,6 202:3
**accounts**   124:12
124:21 158:22
**accurate**   29:22
31:4,5,5,11 51:4
76:1,4,13
**acronym**   132:12
**action**   212:22
**actions**   127:2
**activated**   103:16
**activity**   128:24
**ad**   168:15
**added**   209:22
**additional**   209:15
**address**   27:2
71:14,18,20
184:23 185:2,7,11
**addressed**   170:17
**administrator**
47:9 51:25 52:15
54:21 55:2 58:8
58:16,19 68:1,6,17
68:19,25,25 69:6
69:11 87:18 88:12
88:16 89:13 90:16
91:2,14 95:6,9
**adopt**   65:17
**advance**   117:11
**advice**   133:6
182:21,21
**advise**   138:7 143:4
143:4 182:19

**advised**   87:9
134:22 148:3
150:8 159:10
160:1
**advisement**
111:20 182:12
186:17 207:23
**affairs**   191:22
192:6
**affidavit**   4:23
43:19 56:17 57:6
58:5 59:9,10,12,17
60:10,12,14 61:13
61:25 62:5,8,16
63:10,11,13,21,24
64:1,13,21 65:5,9
65:25 66:9 67:5
67:23 68:4,8
87:16 91:11 92:21
**affidavits**   58:25
60:20 61:5 64:24
**affiliation**   26:7
**affiliations**   7:22
**afraid**   170:9
**afternoon**   112:20
181:11
**ago**   12:10 15:24
17:19 25:14 29:20
30:3,20 36:6,6
37:17 44:16 45:12
49:11 60:17 61:19
62:22 64:22 65:8
65:17 79:24 80:8
80:24 85:21 96:4
96:12,12,14 97:13
98:18 103:18
104:21 119:17
120:11 121:13
132:8 135:16
138:17,20 140:16
140:16,24 145:1,3

**advised**   152:1,4,6 168:2
171:11,12 172:15
179:14 190:16
**agree**   135:2,9
137:3 178:21
181:14 183:24,24
**agreement**   137:16
144:18 145:10,17
145:22 146:8,21
146:25 147:8
160:25 162:11
165:23 179:25
181:13 188:10
189:5,10,15,22,25
190:18
**agreements**
186:12 188:6
**ah**   148:1
**ahead**   20:13
107:15 197:2
**airport**   35:24
**aisling**   2:15
**akas**   58:11
**alerted**   157:21
**align**   136:6 181:12
**aligned**   136:5
137:8 165:23,23
165:23 178:23,24
181:18
**alliance**   2:11 5:9
7:11,25 8:12,14
9:20 174:22 175:7
209:13
**amazon**   204:17
**amenable**   112:9
**american**   47:15
51:9,17
**amurray**   2:19
**announcement**
174:10

[annual - assist]

**annual** 168:18
172:24 208:9,10
208:18
**answer** 6:2 11:14
12:14 13:15 16:12
20:11 22:9,10
23:21 26:16 29:12
29:13 31:21 33:14
33:15 35:9,16,17
35:22 37:2,15
38:4 42:8,10,16
45:4 47:5,7,9,16
47:23 50:4 52:4
52:19 54:24 55:4
61:6,9 63:17,19
64:8 66:2,5,6,15
67:9,11,12,16
74:12,13,16,19,22
74:25 76:23 77:11
77:12,19 78:6,9,9
79:10,11,16 84:1,5
84:25 88:19,20,24
90:12 92:14 94:18
95:19 97:15 99:2
116:4,15,20,22,23
119:23 122:10,18
126:24 129:9
130:11,25 132:10
132:14 133:8,9
134:24 140:4
154:19 158:5
159:20 160:15
161:1 165:20
170:11,22 175:10
182:1 183:22,25
183:25 188:6
193:16 200:3,12
204:22 207:8
**answered** 31:11
62:12 184:8 204:4

**answering** 12:3
119:24 156:11
208:17
**answers** 97:17
188:18
**anybody** 164:22
**anyway** 94:13
183:2
**apart** 156:1
**apartment** 72:14
72:21
**apologies** 76:17
174:9 191:14
**apologize** 87:13
**apparent** 124:13
136:4
**apparently** 168:9
173:6
**appear** 48:5
**appearances** 2:1
3:1 7:22
**appearing** 214:18
215:7
**appointed** 32:14
34:9,12,20 38:22
45:24 46:2,3,5
49:4 50:23 97:4,8
97:12 122:19
166:3 173:4,7,16
174:18 180:25
182:5
**appreciate** 67:14
157:25
**appropriate** 41:25
44:22 157:24
**approval** 37:5
107:19,23
**approve** 146:12
**approved** 107:14
159:2,6 177:25
178:2 180:7

**approximate**
125:10,21 126:21
**approximately**
21:6 24:11 65:10
73:20,25 113:16
127:6,16 129:13
130:3 152:4 177:7
187:16,19,20
188:24 208:9
**april** 1:18 4:17 7:2
7:7 29:14,23
30:11,18 31:3,7
61:18 212:10
213:1 214:3,5
**architecture**
118:11
**arethusa** 147:14
**argue** 136:10,13
**arguing** 66:3
**arrange** 141:17
196:3
**arranged** 114:15
114:16,19 141:16
159:3,7,21
**arrangement** 37:5
162:14
**arranging** 111:6
**arrested** 48:11
84:6
**arrived** 143:11,21
143:24 144:3
**ascribe** 86:19
**asia** 2:11 5:9 9:20
**aside** 44:10 127:5
128:4,6 175:2
193:17
**asked** 21:8 22:5
48:6 53:11 62:22
78:25 79:2,9
82:10,15,19 87:17
88:21 95:8 105:4

105:6,11,15,18,25
119:21 121:7
133:1 141:6 143:6
144:7 160:25
164:25 169:8
177:22 178:11,17
180:11 182:4
191:9,14 196:7
**asking** 27:3,4 31:4
49:5,16,18 50:7,8
60:10 61:4,8,11
63:1,12 64:17
67:4 68:21 69:3,5
70:6 71:3 72:24
80:9 81:12 88:15
98:8,21 102:20
107:4,5,7 110:14
110:17,19 112:22
116:9 124:1,13,14
127:16 132:10
134:3 135:18
138:18 143:20
146:2 155:12
156:3 160:13
168:1 169:20,22
176:4 179:7,7,8,11
179:13 180:3,17
182:11,15,18,21
190:21 194:6,22
199:15 202:5
203:10,13 206:18
207:3,6 208:14
**asks** 106:15
**aspect** 165:7
**asset** 130:14,22
**assets** 127:6,17
128:6,23 129:4
**assignment** 46:9
58:23
**assist** 89:16 92:18
192:20 193:19

**assistant** 88:25
89:10,18 92:23
93:2,9,14,19 95:1
95:10
**assisted** 15:25
89:24
**assisting** 192:4
**assume** 101:12,13
101:14 109:9
188:18 206:5
**assumed** 46:12
47:19 49:18
169:15
**assumes** 166:9
**attached** 146:14
**attend** 191:7
**attention** 21:10
84:4 145:19
146:23
**attorney** 2:12,22
3:5,11 63:25 68:9
134:10 138:25
139:1 140:13
145:19 146:18
147:18,21 148:4
170:15,19,24
171:16 172:3
192:17
**attorney's** 134:11
170:16 171:18
**attorneys** 2:6,16
15:15 17:15,22
58:18 139:9,9
141:15 145:7
146:4
**audit** 102:11
**aulet** 2:5 8:7,7
**authority** 165:14
168:20 180:4
**authorization**
165:24

**authorize** 104:13
**authorized** 104:16
164:19 168:14
204:3,6
**automobile** 110:21
**automobiles**
111:19
**available** 91:19
92:2 146:5 206:19
**avenue** 197:21
198:16,19
**avoid** 184:22
185:6
**avoids** 71:22
**aware** 11:2 108:12
108:14,14 156:10
164:9 166:6 171:1
177:9 178:4

**b**

**b** 1:16,25 4:9 5:3
5:13 7:9 9:19 20:5
20:12 26:2,11
27:5 37:6 38:6
44:20 65:19 209:8
212:5 213:4 215:1
**back** 19:3 23:1,2
23:21 30:5 31:9
32:3,20 36:12
37:23 44:11 46:18
48:7,13 49:10
50:21 51:2 56:8
57:4,25 61:17
62:8,19 63:24
64:2,17 66:25
71:3 73:10 75:12
75:25 78:14,21
79:3,16 80:9,13
86:4 87:10,14,21
88:2 90:1,20 91:4
101:15 107:16
111:16 112:16

123:10 126:7
149:17 170:14
174:6,20 186:23
206:4,6
**background** 26:7
47:13 155:2
**bakersfield** 213:2
**balance** 125:10,22
126:21 127:19,22
127:24 174:23
**bank** 124:12,18,21
124:25 125:7,8,14
125:22 126:22
127:1,5,21 128:4,6
128:9,10 129:17
129:20 158:22
174:23
**banking** 175:6
**bankruptcy** 1:1
7:12 36:4,16 37:6
48:24 94:7,20
130:20 191:21
192:5
**barely** 37:7
**base** 24:6
**based** 148:5
161:24 165:22
**basic** 26:6,8
**basics** 99:10
**basis** 85:20 130:21
151:2,15,16
156:23 192:25
201:8
**bear** 193:16
**bearing** 91:1
**began** 23:19 24:14
69:1
**beginning** 28:11
28:12 69:7 87:6
117:19 179:24

**begins** 47:5 74:10
**behalf** 137:6
166:14
**beijing** 86:14,16
86:24
**believe** 13:22
14:14 18:3 21:6
24:1,1,22 31:12
32:12 35:13 42:23
69:20 80:1,25
81:16 90:7 94:20
97:4,8 99:1,23
104:16,20 105:9
113:12 114:2,20
117:21 128:8
141:14 143:14
144:25 156:8,9
157:4 163:5
170:15 172:14,17
177:17 182:25
185:1 194:14
196:19 204:5,7
205:18 207:22
**bennett** 2:5 8:9
**best** 9:1,11 12:4
51:6 60:1,1 62:9
64:2 188:20
**better** 30:2 76:16
76:18 103:19,20
**beyond** 27:1
**bill** 100:2,21
101:25 196:11
198:3 199:1,6
200:6,10 201:2,10
202:10 205:1,6
**bills** 99:16,19,21
100:7 101:22
195:10 196:11
197:7 201:5
**birnbaum** 2:21
8:2

**bit** 30:25 37:8 46:25 162:14 195:4
**blamed** 86:3
**blower** 117:18
**book** 34:2 189:8
**books** 190:18,22 207:16
**borrowed** 177:17
**borrower** 177:19 185:23,24,25 187:6 188:10
**boss** 30:7 78:17,22 78:24,25 81:2,6 86:16,18,20,21
**bottom** 47:4 167:19,22
**brain** 63:7
**branded** 174:22
**bravo** 114:20,24 115:4,11
**break** 66:17 67:4 111:24 112:3,4 126:17,20 167:3 173:21 174:1 205:23
**bridgeport** 1:3 7:13
**brief** 138:19 142:18
**briefed** 138:1,10 138:13,16,21,24 161:18
**briefing** 149:16
**briefly** 144:19,23
**bring** 182:20
**broad** 165:6
**broken** 86:3
**brothers** 84:10
**brought** 86:10 87:3

**brown** 2:4 8:7,10 18:6
**brownrudnick.c...** 2:9,9
**bsilverberg** 2:9
**budget** 208:7,9
**build** 118:21 174:19
**building** 171:5
**business** 24:24 48:9 74:24 79:8 79:15 80:5,11,12 80:15,18 81:20 97:15 114:7,9,10 114:11 115:15,19 115:20 116:4 117:11,16,19 118:1 119:9 120:18 121:18 122:5 168:14 175:17,19 183:17
**buy** 106:3,15,19 107:9,9,15,24 108:5 143:7 183:1 194:14 196:7,15 196:17,17,18,19 197:21 198:1,15 198:18 199:12,19 200:5 202:2,11,15 202:17 203:24 204:11
**buying** 204:16
**buys** 196:13 198:11 200:6
**bylaws** 163:22,25 164:1,5,11,15 165:1,3,7,14,17

**c**

**c'mon** 153:15
**ca** 214:9,12,20

**calculate** 70:4
**calculating** 193:19
**calculation** 70:7
**california** 10:5 211:1,15 212:1,6 213:2
**call** 16:6,20 28:15 43:3 95:25 102:8
**called** 8:24 9:9,19 14:18 39:5 86:13 89:17 93:19 112:23 114:20 209:16
**calling** 76:11 77:9 199:15
**calls** 52:2 155:18 207:7
**candidate** 154:13
**candidates** 152:16
**cantonese** 54:11
**cap** 177:21
**capability** 154:18
**capacity** 51:23 52:13 54:19 58:7 60:1 90:8,10,17,23 91:15,21,23 92:1,4 92:5,16 95:5 105:7 141:23 178:21 191:24
**captioned** 167:15
**car** 108:20 110:3 111:4 195:13,17 206:9,10,11,17,18 206:22
**card** 99:21 100:5 101:22,25 102:14 102:17,24 103:4,7 103:14 104:6,10 104:15,22,25 105:1 195:10 196:11 198:7,7,20

198:23 202:13,19 202:19,20,22,23 203:3,7,7,8,23,24 204:3,11,11 205:2 205:7,8,9
**cards** 102:16,22 102:23 103:1 204:18
**care** 96:1,4 98:16 98:25 99:5,6 100:11,16 138:5 139:2 141:17 143:5 148:4,6,11 148:16 154:11,14 159:11 160:1,5,10 160:13,18 161:2 161:13,19,23,24 162:4,17,22 180:9 181:23,23 195:25 197:11 199:11
**career** 31:18 164:18
**careful** 185:8
**carried** 168:14
**carry** 208:5
**cars** 109:22,25 110:4,6 111:17 181:14
**case** 1:7 7:13 11:8 14:18,20,22 37:6 90:15 101:10 129:16 130:20 142:22 206:4
**cash** 127:10,12,13 127:14
**catch** 173:18
**category** 123:15 176:22
**cater** 92:10
**cbshealaw.com** 2:24

ccp 214:9,12
certain 201:8
certainly 41:24
   80:17 129:3
   164:25
certificate 5:5,6
   166:14 167:16
   168:4,19 173:8
   212:7
certification 10:6
certified 10:4,5,11
   212:5
certify 211:4
   212:7,20
cetera 68:12
challenged 170:7
change 163:20
   188:17,18 199:19
   199:21 216:4,7,10
   216:13,16,19
changes 211:7,10
changing 127:19
charge 80:12
   101:11,12 102:1,3
   102:9
charter 166:7
   167:17 168:15,16
   169:3,18,24
   171:14 172:22
   173:1,13
charters 170:20
chat 141:8,8,10
   142:19 161:18
chauffeur 34:24
   35:10,19 36:1,23
   37:21 206:14,19
   206:23
check 3:18 9:6,14
   10:7,9,9 34:1
   52:21,21 53:1,6,17
   127:21 131:13,13

155:2,2
checked 127:24
china 18:18,20
   24:25 25:25 30:3
   31:8,20 114:8
chinese 47:11
   49:24 54:4 84:7
   203:20
choice 47:10
city 31:22 71:13
   71:19,20 72:1
   184:25
civil 5:14 214:19
   214:20
claiborn 3:5 8:15
   8:15
claim 77:22
claimed 78:23
clarified 100:17
clarify 90:3,10
   120:4 182:2
   187:24
clarity 151:6
   200:22
cleanup 174:13
   205:24
clear 53:15,16
   62:15 75:7 87:15
   95:11,11 121:22
   151:5 161:1
   183:25
clearly 11:1 34:2
   85:25 97:5 101:16
   186:25 187:1
client 120:2,8,9,11
   120:15,20 121:3,7
   121:8,15 122:22
   122:23 126:1
clients 119:5,9,18
   120:18 121:19

close 173:25
closer 36:8 152:3
clothes 95:25
   99:20 100:18
   101:5,6,9 196:17
   196:18,19 198:12
   198:15,18 199:3
clothing 99:9,18
   100:24 101:4,11
   101:13 107:22
   201:7
code 214:9,12,19
   214:20
coffee 82:6,10,12
   82:15,20 106:19
   107:12 141:18
cohn 2:21 8:2
colleague 18:1
   19:10 47:12 71:10
   210:1
come 25:12,15
   27:20 28:4 44:11
   122:21 129:2
   148:7 159:9
   161:21 162:6
   163:11 167:8
   176:2,3,6,8,9
   195:14,16
comes 27:3 180:10
comfortable 11:4
   153:2
coming 87:21
   152:19 153:10
   159:16 160:2,6,14
   162:11
comley 3:10 8:5
comma 88:24
committee 3:10
   8:5
communicate 17:1
   69:17 70:15,19,21

99:3 150:22,25
   151:11,15,17
   187:10
communicated
   17:3,11,15 151:2
   164:20
communicating
   17:6
communication
   154:17 196:1
communications
   16:8
communist 47:11
   84:7
companies 27:5
company 26:8
   45:9 46:7,10
   47:12 79:21 86:13
   86:13 92:17
   101:16 103:13
   114:4,5,7,19
   117:15 118:19,24
   119:4,12 124:9
   128:14 136:5
   137:7 152:11
   153:9 155:3,8
   160:17 163:22
   164:2,17 165:1,2
   169:16,18 181:19
   195:20
company's 166:6
competency 26:10
   44:24
compiling 193:19
complete 168:18
   172:24 174:24
   175:8
completed 214:7
   214:17 215:6
completion 215:10

[complicated - court]

complicated  17:24
complies  21:1,12
  23:4 28:25 29:4
  32:22 33:2,9 35:3
  35:5 43:15 46:19
  46:22,24 55:12,23
  56:23 57:5,17
  58:1 73:12 74:4
  83:14,20 87:25
  88:4,9 167:13
composed  121:13
computer  19:25
  212:14
con  26:11
concerned  21:4
  76:6 158:17
concerns  71:22
  126:25 128:22
  185:9
concludes  209:7
conclusion  52:3
conditions  146:14
conduct  155:17
conducted  14:10
  80:25 128:24
  155:2
confess  67:7
confirm  92:7
  198:9 203:18
  206:23
confusing  22:25
  121:10
confusion  22:19
  23:8
connecticut  1:2
  2:23 3:12 7:13
connolly  170:16
  170:19 172:2,3,7,9
  172:19
consecutive  24:6
  25:2

console  129:18
constraints  164:10
consult  18:5
  106:16,20,22
consulted  134:25
  135:4,5,7
contact  79:25
  149:20 154:24
  214:9
contained  15:7
contains  189:16
contested  37:4
  130:19
context  26:12
continue  193:1
continued  3:1 5:1
contributed  122:1
  122:7
controls  122:6
conversation
  139:10 162:7,19
  178:14 191:7
conversations
  16:13 77:22
  149:19 171:22
  178:7
convince  181:7,7
convinced  180:1
cooperate  78:20
coordinate  118:12
copy  210:3,7
corner  57:1
corporate  1:16
  9:19 15:3 44:21
corporation  4:21
  23:24 34:1 168:13
  168:21 170:15
corporation's
  168:3
correct  16:1 18:4
  24:19,21 30:11,12

31:21,22 33:17,23
  36:17 39:14 43:1
  43:2 48:8,12
  51:13,15,16,19,20
  52:24 54:1 60:21
  62:2 69:16 77:2,3
  77:5,6 79:16,22
  84:16 85:1,13,14
  90:18,20,24 91:13
  91:16 97:15
  104:19,23 105:21
  106:17 108:21
  111:2,4,5,7 117:2
  121:16,18 129:23
  135:25 136:21
  137:5,11,12,25
  139:12 142:8,10
  142:11,12 145:12
  149:1 155:6,24
  157:13 161:15
  166:15 175:11
  185:13 187:17,19
  189:1,2,5,6,10,12
  189:18 190:4,5,20
  190:25 192:21
  198:7 202:21
  205:7,13 211:9,13
  212:16
corrected  75:22
  75:23,24 76:4
correction  29:18
  46:20 76:6 91:5
  169:17
corrections  214:14
  214:15 215:3,4
correctly  75:1
  107:21 172:5,16
  192:19
costs  177:8,16
counsel  7:21 9:20
  10:15 12:20 16:13

16:14 19:21 20:3
  26:1 41:21 53:7,9
  125:25 140:8
  150:5,9,20 151:6
  151:12,24 152:18
  152:23 153:9
  156:2,19,19
  157:11,14 208:24
  209:21 212:20
  214:18,21 215:7
counsel's  150:10
  153:17,18 154:3
  154:24
counsels  16:5
  144:25
count  80:3
countless  159:14
countries  175:23
country  27:14
  115:23 116:8
county  211:2
  212:2
couple  10:21 19:3
  73:8 97:13 109:22
  110:1 135:15
  138:20 149:7
  208:4
course  14:21 47:7
  48:18,20,23 61:18
  81:24 85:2 121:20
  126:2 130:5 131:7
  135:6 137:15
  142:18 147:3,3
  154:18 170:23
  174:19 181:13
court  1:1 7:12,19
  8:18 10:4,11,11
  11:22 14:23 48:2
  50:11 57:8 85:3
  146:11 194:9

[courts - described]

| courts 37:14 38:8 | **d** | debtor 1:9 2:4 8:8 | department 3:4 |
|---|---|---|---|
| cover 15:7 73:15 | d 2:21 4:1 148:25 | 8:10 40:6 41:24 | 87:9,12 128:1 |
| 177:15 | dad 199:13 | 53:11,23 85:12 | 155:1,9,16,23 |

**courts** 37:14 38:8
**cover** 15:7 73:15
177:15
**covered** 37:9
**covid** 16:5
**craig** 193:11,14
**create** 43:19 44:2
**created** 43:20
114:13,24 115:8
115:15,16 116:6,8
117:6 123:9
**credentials** 9:25
10:8
**credit** 99:21
101:21,25 102:14
102:16,17,22,23
102:25 129:4
195:10 196:11
198:6,20 202:20
203:7,23 204:11
**creditor** 2:11,21
7:11 9:20 128:24
**creditors** 3:10 8:6
194:25
**credits** 127:2
**crystal** 75:7
**csr** 1:25 213:4
**culture** 49:23,24
49:24
**current** 45:1
125:10 129:3
148:17 150:5,19
151:24 153:3
**currently** 124:14
150:2 152:18
156:4,7 157:2,4
190:3
**cute** 104:2

**d**

**d** 2:21 4:1 148:25
**dad** 199:13
**daily** 128:16
142:17,19 149:24
151:2 179:6,8
208:5,8
**daniel** 148:24
**date** 23:17 29:13
30:24 31:7 33:17
36:8 73:17 104:5
168:3,9 214:16
215:5 216:24
**dated** 4:16,24 5:7
5:15 73:16 213:1
**dates** 14:2,2 21:5
**daughter** 84:9
**david** 2:11 7:24
10:20 65:12 116:2
153:15 156:9
157:22 187:23
209:12
**day** 49:3,6,7 50:15
69:22 109:2
127:19,20 139:25
140:1 145:21
163:7,10 168:15
173:15 194:22,22
195:15,15 196:5,5
208:15,15 211:14
213:1
**dc** 2:13 3:7
**deal** 195:21
206:11
**debate** 125:19
**debit** 102:24 103:4
103:7,13 104:6,10
104:15,22,24
105:1 198:7,23
202:12,19 203:7
203:24 204:11

**debtor** 1:9 2:4 8:8
8:10 40:6 41:24
53:11,23 85:12
131:4,10,25 132:7
132:15,19 134:21
135:3,10 137:4
156:19 186:14
**debtor's** 53:24
131:17,17,18
**debtors** 146:16
**decide** 106:22
107:11
**decided** 183:1
**decides** 183:6
**decision** 134:20
135:1,8,12,14,17
135:19,21,24
136:3 137:3,5,6,14
137:17,18,25
142:19 143:8
152:8,10 153:19
154:3,22 164:19
165:10 179:5,8,20
180:20 181:11,20
181:21 183:12
184:2 201:1
**decisions** 142:14
142:17 164:2
178:25
**declare** 211:12
**default** 146:20,25
147:8
**defendant** 58:9
**definitely** 59:22
**delaware** 4:21 5:4
167:16 168:4,22
171:9
**delay** 19:12 44:6
**delivered** 210:7
**dep** 58:4

**department** 3:4
87:9,12 128:1
155:1,9,16,23
**depo** 99:4
**deponent's** 209:21
**deposed** 13:22
14:1,5,12 36:8,16
90:7 92:20 94:6
**deposition** 1:14
5:11 7:9,15 11:7
11:21 13:25 14:4
14:10 15:8,12,20
16:10,24 17:2,12
17:16,20 18:7,19
19:7 20:1,8 21:7
28:17 29:17 37:4
37:18 38:6 43:5
47:24 48:2,25
55:10 65:19 73:17
76:20 80:25 95:8
95:15 96:17 109:5
116:12 125:18
130:15,18 133:17
133:21 134:5
145:13 156:21
162:13 163:1
166:23 209:15,17
209:20 211:6,8,11
212:9,10,12
214:19,22,24
215:8,10
**depositions** 11:2
14:24
**describe** 85:15
92:23 174:15
175:16 179:3
**described** 68:22
69:6 70:17 91:22
117:12 120:14
124:22 186:11

[description - employee]

**description** 4:11
5:2
**designed** 187:5
**designer** 118:11
**details** 36:15
64:23 105:12
113:15 147:2
153:3 181:16
**determined**
214:18,22 215:7
**develop** 115:18
117:15 174:21
**device** 129:18
**dharbach** 2:14
**dictionary** 60:9
**difference** 101:8
176:17
**different** 116:11
120:14 127:15
136:18,20 166:2
175:23
**difficult** 195:2
**dip** 37:5,11 42:3
42:13 66:12 94:21
125:15 130:20
131:22,23 132:1,4
132:9,11,23 134:7
134:8,21 135:2,9
136:18,23 137:4
137:18 138:3,19
139:2,5,14 140:12
140:21 142:21,23
144:5,11,18 145:9
145:17,21 146:8
146:21,25 147:2,8
147:19 158:18
159:2,6,14,16
160:25 162:11,13
162:23 163:11,15
176:17 177:3
180:7

**direct** 21:10 84:4
91:4 158:5
**directed** 27:7
192:15,20
**direction** 82:2
117:17 190:24
**directly** 99:22
100:8,9 101:1
103:24 110:10
159:4,8,22 177:18
**director** 4:19 28:9
32:14 38:18,19,22
42:23,25 43:24
45:25 46:13 47:20
49:5 56:9 97:20
98:3 110:19 123:7
134:19 142:6
175:13 181:19
**directors** 34:16
37:10 148:18
168:20
**disagree** 129:8
156:22 158:7
183:5,9 184:4
193:1
**disagreed** 137:13
179:15 180:19
183:1,11
**disagreement**
179:19 181:22
182:3
**disagreements**
179:23 181:3
**disappeared** 48:11
**disclose** 124:24,24
150:10
**disclosing** 16:12
42:11
**disclosure** 130:15
130:23

**discuss** 126:1
140:21 141:2
**discussion** 174:21
**displaying** 132:4
**disregard** 125:2
**district** 1:2 7:12
**dive** 198:8
**diversified** 45:15
114:11
**division** 1:3 7:13
**document** 20:5,7
21:24 28:14 43:16
43:18,22 44:2
56:18 61:13 62:24
63:9 167:1,4
169:8,12,14 170:2
171:8 172:21
**documentation**
170:21
**documented**
187:21,25 188:1,8
189:4,12 190:17
**documents** 15:16
15:18 166:16
169:11 170:7
184:15 185:12,14
186:11 190:3,7
207:13
**doing** 11:21 45:10
45:11 80:22 93:5
115:21 117:17
128:1 141:6
160:19
**dollars** 179:1,9,12
179:20,21 180:21
183:13 184:3
**drafted** 58:18
63:25 68:8
**drill** 171:5
**drive** 194:8

**driver** 35:10
**drop** 19:10
**due** 16:5
**dug** 169:8
**duly** 9:1,11,21
168:13,20 212:9
**duties** 26:18,23
44:17 45:7 46:4
69:6 77:23 169:15
**duty** 27:2 149:9
**dwell** 196:23
**dwelling** 72:9,10

**e**

**e** 4:1,9 38:14,23
39:9 147:15
148:25 212:18
214:9,12 215:1
216:3,3,3
**earlier** 47:1 53:11
77:22 87:14 99:9
118:5 158:22
176:15 182:9
188:4 193:15
195:9 207:12
208:16
**ease** 39:16
**east** 7:3 184:20
190:3
**eastern** 14:19,19
**efficient** 87:15
**eight** 83:19,22
84:2
**eighteenth** 72:20
**either** 16:13 38:7
48:10 59:22 63:19
**elected** 168:20
**employed** 36:1
**employee** 35:14,20
78:15,16,18 79:4
81:9,15 84:13
85:19,23,24 86:4,6

[employee - family]

123:7 151:12,17
153:3 154:13
155:7 156:10
**employees** 34:21
37:10 48:10 78:15
151:13 156:6,12
157:1,2 158:3
192:20 206:15
208:12
**employer** 153:5,17
153:19 154:3,7,20
154:25 155:6
**empowered**
142:14
**endured** 208:24
**engage** 129:7
**english** 8:25,25
9:10,10 10:10
11:3,5,6,7,11,25
29:25 38:23 39:22
40:16 50:2 55:16
62:25 63:25 79:19
86:4 98:10 144:4
144:19 201:20
203:4,7,14,15
205:14,17
**ensure** 98:24
**ensured** 98:6
**ensuring** 98:4
**enterprise** 118:15
175:17
**entire** 48:8 84:17
85:7 129:15 155:7
164:18 170:14
174:19
**errata** 214:14,16
215:3,5
**escalate** 107:18
143:8
**established** 66:11

**estate** 47:15 51:9
51:17 114:10
115:20 117:22,24
117:25 118:9,11
181:4 182:6
183:15,19 184:5
**et** 68:12
**events** 146:19,24
147:7
**everybody** 19:11
163:19 173:24
**evidencing** 207:17
**exact** 71:14 184:23
**exactly** 98:17
180:15
**examination** 4:3
10:17
**examined** 14:5
**example** 94:6
95:23 99:3 102:2
102:5,6 105:10
106:19 108:11
143:6 179:5
183:10,23 184:2,2
184:7 198:14,16
200:7 201:18
203:22
**examples** 182:3,5
182:10,16 205:4
**exceeds** 20:11
**excuse** 15:11 56:5
58:5 128:3 163:18
194:4
**executed** 65:10
211:14
**executing** 166:13
**exhibit** 4:11,12,16
4:19,23 5:2,3,3,9
19:6,7 20:15
28:17,20 32:20,21
33:8 35:2 43:5

44:10 46:18,21
47:6 55:9,10,19
56:2,4,9,13 57:1
62:5,16,23 64:9
67:5,19,21 73:11
83:13,15 87:16,23
87:24 88:1,2 91:4
91:5,6 166:20,23
167:9,12 171:17
172:8 209:15,16
209:17,22
**exhibits** 5:1 19:15
20:16 209:15
**existed** 145:18
**expand** 115:18
**expect** 122:15
124:10 158:18,21
**expectation** 50:12
**expected** 184:10
**expecting** 169:6
**expedition** 37:13
**expenses** 100:11
192:15 193:20,23
194:3
**expensive** 108:6,9
194:14
**experience** 45:1
161:24
**explain** 20:4 41:21
64:5 75:3 151:8
177:13 200:14
**explained** 93:7
175:6 176:16
180:25 182:4
183:17
**explanation** 26:3
**explore** 42:1 93:5
116:3
**exploring** 44:23
65:24

**extend** 37:13 38:8
**extended** 176:10
**extra** 185:8
**eye** 2:12

## f

**f** 116:22 147:15
**facilitate** 118:12
**fact** 50:22 80:16
80:20 89:4 123:2
169:17,22
**factor** 153:19
154:3
**facts** 32:8 166:9
**failure** 168:18
172:24
**fair** 60:18 72:23
74:1 90:6 94:14
162:20 170:5
173:17
**familiar** 144:5,11
146:19 186:20
**families** 86:25
**family** 24:24 29:11
29:23 30:6,9,10,13
30:17,19 31:2,15
31:18,20 48:9
52:1,17,23 54:22
58:12,17 68:2,7
81:11 84:8 85:6,6
85:7,11,25 86:5,6
86:12,17 87:7
91:15,20 95:7
113:6,7 115:16
118:3,4,7,22 119:6
119:7,8,9,19,22
120:12,15,17,23
121:3,8,13,15,17
121:17,23,24
122:22 123:21
124:5 157:17
164:16,17,23

Veritext Legal Solutions
866 299-5127

[family - fourteen]

176:10,10 181:16
182:17 183:20
184:24 205:8,9,12
**famous** 208:1
**far** 37:6,10 95:14
98:19 124:3
158:16 160:4
164:9 165:3 180:6
187:15 198:21
**father** 53:20 68:25
69:12 91:20 92:18
92:19 96:1,4
98:16 99:6 108:24
109:2 113:13
117:18 119:15
122:24 134:9
136:2 143:7
175:25 176:6
177:22 180:11,12
182:19,20,22
191:8 196:1 199:9
199:11,23 201:9
206:22
**father's** 95:24
100:18 134:9
182:18 201:11
**february** 33:11,17
33:23 35:14,17
**federal** 5:13
212:18 215:1,8,9
**fee** 107:2
**feel** 98:13 153:2
200:16
**feeling** 154:15
**fees** 107:5
**fifteen** 17:8,9,9
138:20
**fifth** 197:21
198:16,19
**fifty** 59:7

**figure** 26:9 111:10
128:11 135:14
143:3,11,21 144:3
187:16
**figuring** 102:13
195:2
**file** 20:19 168:18
172:24
**filed** 7:11 57:7
65:25 167:23
168:19 171:8
173:8
**filing** 168:3
**fill** 191:21
**filling** 192:4
**finance** 128:1
160:24 162:10
190:23 196:12,12
197:8 198:8 199:7
199:13
**financial** 46:14,16
47:13,22 49:8,9,13
49:20 50:3,19,22
127:25 189:8,11
189:22 191:22
192:5
**financials** 101:16
**financing** 37:5
131:4,11 132:19
132:24 134:21
135:3,10 136:23
**find** 23:1 110:3,23
151:4 204:18
**fine** 11:11 54:14
61:10 158:13
160:20
**finish** 12:3 63:5
78:5,7
**finished** 84:20,22
116:20 205:24

**finishing** 173:25
**fire** 171:4
**firm** 7:17,19 15:14
15:25 17:21,22
18:6 60:25 124:8
193:5
**firm's** 17:23,25
**firms** 17:21 114:3
**first** 9:21 23:17
25:13 30:4 50:5
52:10 55:1,21
56:16 58:4 62:23
62:25 69:7 75:3,7
86:10 87:6 139:4
139:7 143:15
144:14 145:16,21
153:8,13 162:9,23
163:3,7,10 168:15
174:19 201:5
212:11
**fishing** 37:13
**five** 4:18 5:7 29:7
33:1,7 41:13 59:3
59:5 79:24 80:7
85:21 168:11
**fix** 170:25 173:15
173:19
**fixing** 167:8
**floor** 72:20
**flow** 127:10,12,13
127:14
**focus** 23:17 33:16
136:22 163:9
**focused** 165:10
**focusing** 166:6
193:22
**folder** 19:16 20:16
28:20
**folders** 19:18
**folks** 112:9 163:17

**follow** 32:4 102:15
168:23 197:12,18
**followed** 164:15
**following** 109:2
**follows** 9:2,12,22
58:11 214:8
**food** 95:25 99:9,20
99:20 107:12,22
141:18
**foods** 204:17
205:5
**foregoing** 211:5
211:13 212:8,15
**forgeries** 170:8
**forget** 29:14 30:24
75:23
**forgive** 185:8
**forgot** 31:8
**form** 13:1 121:5
211:7
**formal** 189:17
**formed** 18:10,11
**forsyth** 147:14,21
**forth** 141:24,25
142:3 195:10
212:11
**forty** 4:14 20:20
29:3,5 35:4 46:23
47:1,3,4,8 83:19
83:22 84:2 88:8
88:14
**forward** 53:20
88:7
**four** 21:25 22:13
22:13 30:2 36:6
36:10,14 56:14
61:19 64:22 65:8
91:7,9 116:22
142:7
**fourteen** 157:4

Veritext Legal Solutions
866 299-5127

[frame - golden]

**frame** 140:9
**frank** 147:15
**frcp** 215:1
**frequency** 109:1
**frequently** 69:17
70:25 80:1 83:1
108:13,23 140:13
**friend** 80:6
**front** 67:20
**fulfill** 70:16
**full** 23:24 174:24
175:8
**fully** 129:7 130:21
**fund** 2:12 5:10
9:21 99:4,8
114:15,15 115:7
143:6 159:2,6,16
163:11 176:19
**funded** 114:12,23
115:12
**funding** 42:13
136:2,16 180:10
**funds** 99:6 101:15
127:8 160:24
162:10,24
**furniture** 194:14
208:12
**further** 37:2
212:20

**g**

**g** 17:5,5 30:8,9
38:22,23,24 39:9,9
39:12,12 86:14
112:24
**gasoline** 111:8
**gasolines** 109:14
109:14
**gather** 171:12
188:7
**general** 27:4 46:7
46:8 71:20 107:4

107:7 150:5,9,10
150:19 151:6,12
151:24 152:18,23
153:9,17,18 154:2
154:24 156:1
157:11,14 179:12
183:4 201:25
**generally** 15:12
**gentleman** 35:11
**getting** 107:25
128:10 204:24
**give** 26:3 44:5
71:17 82:1 96:2
96:24 104:4
105:10 153:3,8,8,8
163:17 166:18
182:21 183:25
186:6 198:14,22
198:24 205:19
**given** 11:2 29:19
75:12 96:16,19
108:2 136:4 200:7
209:7 212:16
**gives** 26:11,11
**giving** 204:22
**go** 11:7 20:13,16
23:1,2 31:9 32:20
32:25 35:4 46:18
52:8 54:2 55:21
56:8,21 57:4,14,25
66:18 74:3 75:6,6
75:13,24 82:5,20
83:9,13,18 88:1
100:4 106:3
107:15 108:5
129:3 144:23
153:25 167:9,11
183:9 196:20
197:2,6 202:9,12
**goes** 47:7,16 84:2
197:14 201:8

**going** 7:6 13:3
18:20 19:6 26:4
26:15,21,25 28:13
29:2 37:1,12 42:9
43:3 44:10 53:20
62:13 66:3,7,12,14
66:21 75:17 84:3
87:13 90:10 91:4
96:6 97:9 99:7,7
112:12 125:2,4,18
125:24 126:3,23
129:2 132:17
135:13 136:6
146:17 150:7,13
158:5,20,24
161:13 163:11,15
166:19 174:2
183:5,22 206:1
207:11,14 208:10
**golden** 2:21 4:20
5:3,11 7:10 8:3
15:3,20 16:9,22
17:2,4,10 18:9,11
18:15,16,17,18,20
18:21,24 21:5
22:8 23:11,20,24
23:25 24:2,3,12,13
24:14,18,21,23
25:6,16,18 27:6,10
27:15 28:9 30:8
32:10,13,15 33:12
33:18 34:1,3,7,9
34:13,16,22,25
35:14,20 36:2,24
37:21 38:1,18
40:9,18,22 41:4,17
42:2,5,21 43:25
44:15,17,21,25
45:7,17,21,25 46:6
46:13 47:10,21
49:5,19 50:24

51:24 52:14 54:20
58:6,21,22,23
59:21 65:21 67:25
68:10,11,16,23
69:2,8,9,14 71:4
71:12 72:1,8
73:22 74:21,24
77:18,21,25 78:12
78:19 79:7,15,18
80:5,11,12,13,18
80:22 81:3,6
86:22 90:4,9,18
91:16,17,18,24
92:9,16 93:6 95:4
95:24 97:2,20
98:3,23 99:11
100:16 102:7,22
102:23,25 103:4,7
103:9 104:6,10,13
104:14,17,22,24
105:8 107:15,18
108:3 109:4,11,13
109:18,21,22,25
110:7,14,17,20,25
111:11,17 113:21
114:12,15,23
115:8,12,14,16
116:5,8 117:6,10
118:7,14 119:4,13
119:13,18,23
120:12,20,23,24
121:1,4,15,19
122:1,7,13,20,21
123:8,13 124:11
124:21 125:7,14
125:22 126:21,25
127:7,8,9,17
128:12,19,20,23
129:14,17 130:11
130:15 131:3,9
132:18,21,22,23

Veritext Legal Solutions
866 299-5127

[golden - harbach]

133:7,16 134:19
135:2,9 136:1,17
137:7,10 140:25
141:24 148:6,12
148:15,18 150:2,6
150:20 151:11,25
152:19,24 153:1
153:10 156:1,6,18
157:3,22 158:16
158:17,20 159:13
160:21,24 163:21
164:10,14 165:16
165:22 166:4,14
168:9 169:3,15,25
170:14,20 171:14
172:10 173:1,4
174:16 175:3,13
176:23 177:7,14
177:18 178:1,3
180:5 184:10
185:3 186:9,14
187:4 188:25
190:14,18,23
191:10 192:3,11
192:15 193:18
194:2,7,8 195:4,7
195:15,22 198:22
198:24 199:14
201:10,23 202:7
202:10 206:8,13
206:22 207:14
208:5,8 209:9
**goldenspringny**
214:2
**good** 7:5,23 8:1
10:3,19 11:19
49:14 53:22 55:18
56:20 88:11
112:20 141:6
197:25

**granted** 130:21
**groceries** 201:19
201:20 202:5,11
203:24 204:12,16
**grocery** 99:20
100:21 201:21,24
202:9,10,12
203:22 205:3
**grounds** 120:1
**guess** 97:12
165:11
**guo** 17:4 24:24
29:10,23 30:6,8,9
30:10,13,17,19
31:2,15,17,19,25
32:5 34:14 38:21
39:8,9,12,21 40:3
40:8,17,24 41:6
45:9 46:2 48:9
53:2,5,12 55:3
68:24 69:10,18
70:10 75:22 76:12
76:25 77:9,13,17
77:22 78:12 79:14
79:17 80:17,21
81:4,7,10,13,19
85:6,7,24 86:5,6
86:12,17,21,24
87:7 90:19 92:3
95:23 96:9 97:14
98:15 99:4 100:15
104:17 106:10,21
107:14,16,19,24
109:23 110:10
113:7,10,23
114:14 115:2,17
115:17,22 116:6
116:18 117:7,7,13
120:15 134:6,22
134:25 135:1,8,18
136:3 137:13

138:21 139:11
143:1,4 144:2
147:18 148:3,5,10
148:19 157:8
159:3,7,10,22
161:2 163:12
164:18 165:21
172:7,12 175:12
175:17 177:18
178:2,6,15,20
179:16 180:7,20
182:19 183:1,5
187:5 189:20
191:3,8 194:16,16
199:4,8,11,12,15
199:17,22 200:8
201:7 206:11,21
**guo's** 53:20 68:10
76:9 89:14 94:9
106:2 113:12
136:2 137:4
142:15 170:18
178:23 201:12

## h

**h** 4:9 39:13,14
147:15,16 148:25
171:25 216:3
**habit** 64:24
**half** 36:10,14 84:5
**hand** 8:20 9:5,15
57:1 167:22
**handed** 149:23
**handled** 134:23
214:8
**handling** 78:19
**handouts** 118:10
**hang** 70:13 151:22
**happen** 127:20
197:20 198:4,5,10
198:17,17

**happened** 32:8
47:24 85:18
105:13,17 106:25
122:15 136:14
138:1,19,19
170:13,23 173:3
173:15,19 182:23
183:8 199:9
**happens** 85:16
195:2 196:2,9
197:22 198:2
199:2
**happy** 12:12
**harass** 38:8
**harassed** 125:14
**harassment** 42:14
124:22
**harbach** 2:11 4:5
7:23,24 10:18,20
12:23 13:2,5,10,11
16:17 19:9,20,22
19:24 20:6,14,17
26:5,21 27:8
28:15,19 29:17,21
37:16 38:10 40:15
41:1,23 42:7,15,18
42:19 43:7,9 44:6
44:9,23 45:5 52:7
52:12,20,24 53:3,8
53:15,18 54:7,9,14
54:17 55:4,7,8,13
59:15 60:3 65:2,4
65:14,20 66:16
67:3,7,17,18 71:8
71:9,21,24 73:4,6
76:17,19 83:10,12
87:2,4 90:6,14
93:1 94:22 95:21
104:1,3 111:15,21
111:23 112:1,6,11
112:19 116:3,16

Veritext Legal Solutions
866 299-5127

[harbach - hr]

120:5,6 121:9,11
122:12 123:1,6
125:1,6 126:2,10
126:15 127:4
128:7,13 129:6,12
130:1,24 131:2,8
131:19 133:12,14
140:10,11 143:16
143:19 144:1,8,17
145:25 146:3
147:4,6,11 148:9
150:11,17 153:13
153:16,25 154:1
154:23 156:15,24
157:25 158:14,15
159:24 161:6,10
165:9,13 166:1,12
166:21,25 167:5
170:4 171:2
173:22 174:9,12
186:8,18,19 188:2
188:15,16 190:6
190:10 192:1,2,22
193:4 196:22
197:1 200:22
201:16 204:5,8
205:19,21 207:1,5
207:11,21,24
208:3,23 209:2,12
209:12,19,25
**hard** 200:2,3
**hartford** 2:23 3:12
**head** 66:9 176:14
187:22
**hear** 10:23,23 11:1
13:5 92:6
**heard** 10:20 39:5,6
52:22 111:9 134:6
139:4,7,9 162:25
163:13 172:4,16
178:6 193:8

**held** 7:15
**help** 11:15 31:12
36:20 37:18 40:15
51:6 52:5 73:15
81:24,24 82:3
89:13,15,20 90:19
106:2 131:5,14
146:5 147:1
153:22 166:20
169:11,12 188:12
192:15 195:3,8
200:20
**helped** 43:18
120:25
**helpful** 37:24
38:24 92:24 94:1
**helpfully** 90:23
**helping** 191:20
192:12
**helps** 36:22
**hereof** 212:11
**hesitant** 125:13
**hesitate** 150:12
173:24
**hey** 107:8 194:7
195:17
**hi** 141:12
**high** 154:9
**hire** 152:8,14
153:19 154:4,6,9
**hired** 86:8,11,17
87:8,12 91:17
151:25 169:2,23
170:13,22
**hiring** 152:25
154:25
**history** 170:6
**hit** 37:7
**hmmm** 15:1
114:18 115:5

**ho** 1:8 2:5 7:11 8:8
39:18 40:6 41:16
41:24 42:1 45:18
45:22 52:1,16,22
53:5,7,9,13,21
54:22 58:9,16
66:7 68:2,6,11,20
70:16 72:3,9,17
77:1,4 81:4,9,15
81:16,21 82:1,10
82:19,23 83:7
84:15 85:1,13,19
85:23 86:8 87:19
88:18 89:5,13
90:16 91:2,14
92:10 93:14 94:16
95:7 97:22 98:4
98:24 99:13 100:8
100:12,24 101:4
101:12 102:17
103:13 104:5,9,14
104:21 105:5,15
105:24 106:6,15
106:23,24 107:8
108:22 110:25
111:13 115:3,6
118:6 119:10,20
119:22 121:3,23
121:25 122:6,21
136:18 139:13,18
140:14,21 149:21
151:7,14 172:19
176:23 177:6,16
177:19 178:8,15
178:17 186:1
187:7,10 189:1,16
189:20 191:6,9,16
192:13 193:20
195:11 196:2
199:19 200:4,24
201:1,6,24 204:20

204:21 205:11
206:1,14 214:4
216:1
**hold** 119:24 142:7
**holding** 212:6
**holdup** 70:14
**holley** 3:5 8:15
**holley.l.claiborn**
3:8
**home** 72:16 73:2
204:15
**honest** 50:8,12,17
61:22 132:10
**honestly** 26:13
191:15
**hong** 18:16,18,20
18:21,25 21:5
22:6,8 23:11,12,20
23:22 24:3,7,8,12
24:13,21,23 25:1,3
25:3,3,6,7,16,19
27:10,15,16 30:5
31:23 32:1,3,4
44:15,18 45:7,17
45:22
**hope** 55:14 146:1
**hopefully** 44:7
107:6 205:22
**hopelessly** 165:19
**hopes** 118:25
**hoping** 195:3,7
**hotel** 27:12 102:2
102:4,7,8
**house** 3:11 72:12
72:14 201:21
202:2
**housekeeping**
10:21
**hr** 87:9,11 155:1,9
155:16,23

Page 14

**huh** 54:2 101:2
137:19 155:16
**hull** 1:25 7:19
212:5 213:4
**humble** 48:14
49:24 50:7,21
**hundred** 4:17
105:22 120:17
**hundreds** 82:15
**hurt** 129:19
174:23
**hurted** 175:7
**husband** 201:25

**i**

**identification** 19:8
28:18 43:6 55:11
128:10 166:24
209:18
**identifying** 156:13
**identity** 127:5
128:9 150:10
153:18 154:2
**ii** 2:11
**immediate** 85:6
**immediately**
152:18,25 186:10
**impair** 13:14
**important** 11:21
**impression** 75:12
**inauthentic** 170:8
**include** 24:4 85:18
89:15 111:3,6
125:3 157:8,12
164:5
**included** 119:19
214:14 215:3
**includes** 119:10
**including** 48:9
84:8,12 89:14
91:20 92:18,19,21
95:25 99:4 115:19

118:9,10 151:12
153:5 157:5,6
170:14 179:6
**income** 118:17,18
118:20 119:2
123:14,18,21
124:9
**incorporation** 5:5
168:4,9
**indicated** 188:4
**indicates** 57:21
**individually** 121:7
**inference** 94:14
**influence** 13:13
**inform** 23:18
**information** 16:20
36:19 51:4 60:1
61:23 62:4,10
64:2 130:8 156:8
156:14
**informed** 87:11
**informs** 26:10
**inhouse** 16:13
155:25
**inoperative** 166:7
168:16 169:4,17
169:19,25 171:14
172:23 173:2,13
**input** 180:8
**inquire** 116:7
**insisting** 76:11
**instruct** 20:11
26:15 37:2,14
38:3 42:9 66:5,6
66:14 67:15
116:14 126:23
**instructed** 6:1
95:24 141:21
**instructing** 42:16
67:9 129:9

**instruction** 45:8
58:21 68:10,24
69:10 89:14,22
91:18 94:9 96:2,9
96:16,19,24 98:16
98:18 106:2 108:2
125:2 130:24
133:6
**integrity** 127:1
128:22
**intend** 15:6
**intended** 146:1
**intending** 158:23
**interact** 80:5
**interacted** 74:23
79:6,14,19 80:10
**interacting** 80:17
80:21
**interaction** 80:3
**interest** 146:11
186:22,24 187:3,7
187:11,13 189:16
**interested** 47:18
128:10 145:6,8
212:22
**interesting** 151:4
**interests** 51:25
52:16 54:21 58:8
58:16 68:2,6,20
87:19 88:18 90:16
91:3,14 95:7
**interfere** 13:15
**internal** 102:11
**interpret** 8:24 9:1
9:9,11 183:22
201:15
**interpreted** 9:2,12
143:22 144:12
147:9,25 154:5
188:6 201:3

**interpreter** 3:17
3:18 8:24 9:4,6,9
9:14 10:2,4,5,7,9
10:10,11 11:8
31:12 40:20,21
52:5,21,22 53:1,4
53:6,14,17 54:7,10
54:11,25 55:6
59:18 81:1 131:12
131:13,14,15,16
133:11 143:13,18
143:22,23 144:8
144:12,13 146:5
147:1,9,24,25
153:22 154:5
200:18 201:3,4,14
**interpreters** 8:19
**interprets** 40:20
52:20 59:18
131:12
**interrupt** 30:15
75:19 150:12
**interrupting** 76:18
**interview** 152:12
152:15 154:6,15
154:15
**interviews** 118:10
**invade** 146:1
**invest** 120:25
175:25
**invested** 176:5
**investing** 118:2
**investment** 114:11
115:20 117:20,25
118:23 123:16,22
123:23 124:6
174:15,24 175:3,9
175:22 176:3
179:24 181:3,4,21
183:15,19

[investments - kong]

**investments** 118:25

**invests** 118:24

**invoice** 148:7,15 148:16

**involved** 99:12 124:20 133:2,5,10 134:20,24 135:15 135:16 143:24 144:14 152:7,24 164:7 179:20 180:20 183:12 191:4,20 192:4,12 196:4

**involves** 197:3

**involving** 13:24 178:25 179:9 184:3

**issue** 41:20 127:10 127:12,13,14 132:20 142:22 149:8,11 153:12 156:10 164:21 183:12

**issues** 124:20 128:25 157:20

**item** 108:7

**j**

**jail** 84:6,11 86:2,3

**jalbert** 193:11,14

**jam** 1:8 7:14

**jeff** 7:17 112:7

**jeffrey** 3:16

**jerking** 57:13

**jerry** 170:17,18,24 171:18 172:9,9

**jkaplan** 3:13

**job** 34:15 65:21 66:1 93:5 149:9 149:17 151:11,13 151:21 154:12,13

154:14 174:19 196:12 214:5 216:2

**johnston** 3:17 8:23 10:6 11:15 12:15 52:11 54:3 55:5 59:15 98:11 131:8 133:12 143:17 144:10 147:5 153:25 200:23

**jonathan** 3:10 8:4

**judge** 127:13 158:8

**judgment** 23:19 127:11,12,14

**jumping** 154:13

**justice** 3:4

**k**

**k** 38:14,14 39:13 39:13,14,14 148:25

**kaplan** 3:10 8:4,4 19:18

**kaulet** 2:9

**keep** 57:13 130:9 132:17 151:20

**kenneth** 2:5 8:7

**kern** 211:2 212:2

**kidnap** 47:11

**kidnapped** 48:11 84:11 86:2

**kids** 121:20

**kind** 49:9 73:23 96:5 122:23 138:8 146:15 151:15 163:22 195:21 203:11 206:17

**kinds** 141:18

**knew** 53:11 75:11 136:5

**know** 12:12 14:22 21:13,16 22:25 28:1 31:6 32:21 33:3 38:11,15,16 39:11 41:23 48:24 49:14 50:3 54:10 55:1 56:18 59:9 59:10,12,13,17 60:7,9,10,19 61:4 61:7,21 63:7,14,20 64:6 70:2 73:21 74:11,22 75:9 76:13 77:19,25 78:4,11,14,16,17 78:18 80:13 82:14 84:20 86:19 95:10 100:10,12,23 102:1,20 103:12 103:22 105:3 107:9 108:15,15 108:17,18,24,25 109:1 110:6,9,19 110:22 111:11,13 111:14 112:6,23 113:3,25 114:6 115:11,13 116:25 117:1,5,9 120:7 122:15 124:3,3,8 125:17 128:15,19 130:7 131:23 132:1,9,11 133:3,9 133:11,15 134:1,1 134:14 135:5,6 136:12 141:16,17 141:24 142:1 143:2,10,20 144:15 145:18 146:10,13,24 147:7,12,14,17,21 150:19,21 151:20 152:17 153:1,2,14

154:8,12,14 155:11 159:9,15 160:13 161:1,2 162:19 163:1,4,15 163:16,23 165:4 170:12,18,18,21 170:23 172:20,25 173:4,10,10,12,14 175:12 180:15 185:18 187:15 191:3 192:9 193:5 193:11,12 194:6 194:22,23 195:9 197:5,15,17 198:21 199:3,22 199:24 200:1 201:10 203:6 204:1,14,23,25 205:2,7,8 207:6,7 208:23

**knowledge** 46:15 46:17 47:14,15,22 49:8,10,13,20,25 50:19,23 51:10,18 60:2 62:9 64:3 104:21 105:2 121:25 122:4,5,11 133:18,24 143:25 150:1 160:22 172:18 188:21 206:24 207:4,10

**known** 175:18

**knows** 53:10,12 136:6 173:24

**kong** 18:16,18,20 18:21,25 21:5 22:6,8 23:11,12,20 23:22 24:3,7,8,12 24:13,21,23 25:1,3 25:3,3,6,7,16,19 27:10,15,16 30:5

Veritext Legal Solutions
866 299-5127

31:23 32:1,3,4
44:15,18 45:7,17
45:22
**korean** 35:10
**kwok** 1:8 2:5 7:11
8:8 37:25 38:11
38:14 39:6 40:6
41:16,24 42:4
45:18,22 52:1,16
52:16,22,22 53:5,7
53:9,13,21 54:22
58:9,16 66:7 68:2
68:6,11,19 70:16
72:3,9,17 74:11
75:11,13,25 76:25
77:1,4 81:4,9,15
81:16,21 82:1,10
82:19,23 83:7
84:15 85:1,10,10
85:13,19,23 86:8
88:18 89:5,5,13
91:14 92:10 93:14
94:16 95:7,12
98:24 99:13 100:8
101:4,12 102:17
103:3 104:21
105:5,15,24 106:6
106:15,23,24
107:8,25 108:12
108:22 109:7
111:13 115:3,6
118:6 119:10,20
119:22 121:3,23
121:25 122:6,21
136:18 139:13,18
140:14,21,23
149:21 151:7,14
172:19 176:23
177:6,19 178:8,15
178:17 186:1
187:7,10 189:1,16

189:20 191:6,9,16
191:21 192:4
193:20 194:1
195:1,11 196:2
197:20 198:20
199:19 200:4,24
201:1,24 204:21
205:11 206:1,14
206:19 214:4
216:1
**kwok's** 39:18 42:1
74:15 76:22 87:19
88:17 90:16 91:2
97:3,22,22 98:4
100:12,24 103:13
104:5,9,14 110:25
177:16 192:8,13
201:6 204:20
206:9
**kwong** 75:9

## l

**l** 3:5,6 38:14,23
170:17 171:25
**l.p.** 2:12 9:21
**l.p.'s** 5:10
**laid** 164:15
**language** 30:1
39:23 50:2 62:25
63:25 64:1 68:4,8
79:19 85:2,4
89:21 93:16,17
148:2
**late** 28:11
**launched** 175:18
**law** 2:6,12,16,22
3:5,11 15:14,24
17:23,25 60:25
84:10 114:3 124:8
**laws** 168:21
**lawsuit** 174:22

**lawyer** 126:17
132:5 150:18
172:1
**lawyers** 17:20,20
18:6 62:24 155:25
208:2
**learn** 48:17 142:24
191:1
**learned** 114:2,14
114:25 134:4
140:12 146:15
162:10,23 163:7
163:10 171:13
176:9,12
**lease** 208:11,19
**leased** 111:6,12
**leaving** 25:2 127:5
175:2 193:17
**left** 30:3 31:8 67:8
**legal** 7:18,20 52:2
59:22,25 60:12,14
61:13,21 107:2,5
182:18 209:11
214:7
**lender** 42:3 131:25
132:6 146:16
**lenders** 139:1
**letter** 153:9,13
**license** 51:21
**licensed** 51:14
**life** 61:5,8 195:25
197:3
**lifestyle** 68:12
96:1 97:3,22 98:5
98:24 99:9 100:12
107:13 192:14
193:20,23 194:3
194:15 196:6
**lifetime** 59:1
**light** 127:2 128:23
130:16 185:9

**likes** 197:6
**limit** 138:4,8
**limited** 2:22 4:21
5:12 17:4 18:9,11
18:17 43:25 46:1
47:21 51:24 52:14
54:20 58:7 59:21
90:18 91:16,24
92:9 93:6 95:4
98:3,23 99:12
103:10 104:13
110:18,20 111:12
113:21 114:23
115:8,12 117:6,10
118:8,14 119:5
120:12 121:4,16
122:2,8,14 124:11
127:7,18 128:12
131:10 133:16
134:20 137:11
148:18 156:7
157:3 158:18
160:22 163:22
165:22 166:15
168:10 169:25
172:10 175:14
177:15 180:6
186:10 192:3
193:19 195:5,7
206:14
**limited's** 119:18
123:14 126:22
130:12
**limo** 108:17
**limousine** 108:13
108:15
**line** 6:3,4,5,6,7,8,9
6:10,11 22:4 23:9
29:7 33:8 35:8
74:10 84:2,2 85:9
88:13 214:15

[line - marked]

215:4 216:4,7,10
216:13,16,19
**lines** 37:3
**liquid** 127:6,17
128:6
**list** 37:6
**listen** 65:14
160:20
**litigation** 13:23
14:6 37:13 38:8
130:16 136:1,16
136:23 170:7
176:19,24 177:8
177:16 178:16
180:10 182:20
184:9 186:13,21
187:17 188:25
191:17 206:2
207:18
**little** 19:13 22:13
23:2,6 30:25
32:25 37:8 44:7
44:11 66:17 74:5
112:21 149:3
152:6 162:14
195:4 205:23
**live** 40:17 72:16
115:22 202:1
204:15 206:25
**lived** 42:4 72:4,20
115:22 116:18
**lives** 115:24
199:18 201:20
**living** 37:25 40:8
40:11,14,24 41:16
113:4 202:1
**loan** 37:11 42:3,13
66:13 94:21
125:15 129:1
130:20 131:17,18
131:22,23,25

132:4,6,13,13
133:1,2,4,6,16,19
133:20 134:5,7,8
136:18,23 137:4
137:18 138:3,19
139:2,5,14 140:13
140:21 142:21,23
144:6,11,15,18
145:9,17,22 146:8
146:10,14,21,25
147:2,8,19 158:19
158:20 159:2,6,14
159:16 160:25
162:11,13,24
163:11,15 176:17
177:3 180:7
185:12,14 186:4
186:12 188:5,9
189:4,8,10,12,15
189:22,23 190:17
191:10 206:6
207:13
**loaned** 177:7
**loans** 176:18,22
177:11,12,15,22
177:25 178:4,8,16
184:10,13,16
186:13,21,21,22
187:4,8,11,14,17
187:21,25 188:5,8
188:9,25 189:3,9
189:19 190:12,17
191:2,5,17 206:2,4
207:17
**located** 27:9,11,18
185:12
**location** 26:22
42:12 72:2 124:24
158:4
**locations** 116:11

**locked** 214:12
215:1
**long** 80:24 81:8,14
84:1,13 85:19,22
85:24 86:4,6 87:3
96:3,11,12 97:2,4
97:6 98:18 103:18
115:25 116:7,17
117:5,5 145:1,3
164:11 165:3
207:2
**longer** 96:15
**look** 23:9 33:7
35:2,8 46:25 55:9
88:13 122:22
168:11
**looking** 29:7 49:10
50:4,5 51:5 60:7,8
60:9 62:6 74:5
89:18 136:11
165:8 205:1
**looks** 19:19 31:13
85:4 149:2 197:25
**loose** 112:21
**loss** 130:2,3,12
**lot** 84:7 92:21
116:13 117:14
**lots** 48:17
**loud** 174:10
**loudspeakers**
174:10
**love** 65:15 94:23
**lowey** 193:5,7
**loyalty** 154:11
**luck** 114:20,24
115:4,11
**lump** 208:15
**lunch** 112:3,22
**luncheon** 112:15

**m**

**m** 2:15 38:14,23
171:25
**ma'am** 20:24
21:15 54:4 56:5
57:16 71:5 83:23
88:3 91:8 98:1,9
145:5 146:22
169:7 190:15
**maintained**
170:25
**maintaining**
126:25
**major** 79:17
123:20
**majority** 78:19
**majorly** 78:19
**makenzie** 3:19
8:11
**making** 97:21
135:11 165:10
**man's** 101:5
**manage** 155:7
165:22
**mandarin** 3:17,18
8:25,25 9:10,10
10:4,10 11:13,14
53:4,5 54:13
**manhattan** 194:8
195:12 196:3
199:4,5
**manning's** 127:13
**march** 5:7,15
18:13,14 134:15
166:7 168:8,15
**mark** 19:6
**marked** 19:8,15
20:16 28:18 43:6
55:11 166:24
209:18

Veritext Legal Solutions
866 299-5127

**[mary - mix]**

mary  171:25
matter  37:4 72:15
  108:6 130:19
  144:14 154:8,10
  154:20
matters  10:21
  150:8 154:19
  178:25
maybach  108:13
  108:18,23 109:7
  109:10,19,21
  110:7,21 111:12
  111:18
mean  14:7 15:22
  15:22,23 17:24
  21:21 23:21 25:11
  27:11,12,12,17,18
  27:23 28:1 30:1
  30:19 31:25 33:21
  34:6 36:4,7,10,14
  39:6 40:11,12,14
  43:20 46:8,9,16
  48:8,16,21 50:3,10
  50:21 53:6 56:4,9
  58:24 59:10 60:8
  60:23 62:18,19
  70:6 71:14 72:10
  72:11 73:1 80:6,8
  81:23 82:8,11
  85:25 86:18 88:22
  89:12,17,23 92:1
  92:22 93:16,16
  96:1,4,5 97:5 98:6
  98:16 100:4,15,17
  101:14 102:4,11
  102:16 103:20,22
  105:12 108:9,14
  109:21 111:25
  114:16 116:13,19
  118:18 119:7
  120:7,13,14,15,16

120:21,22,24
  121:20 123:10,17
  123:21 124:5,7
  125:12 127:8,9
  129:16,21 132:5
  135:4,11 136:2
  137:18 138:17
  139:24 141:25
  142:5 144:21
  146:21 148:11
  149:24 151:14,17
  152:14 155:7,8
  158:1 161:25
  164:12,16,16,20
  164:22 174:23
  177:12,13,19
  179:13,23 180:15
  180:24 182:12,18
  183:17 184:21
  188:1,3,9 189:4
  190:13 191:12
  195:14,17,20
  196:10,12,14
  199:3,5,21,21,24
  200:20 201:20,25
  202:24 203:2,6,15
  204:15 206:3,5,11
  206:21 208:11,11
meaning  70:9 77:9
  82:23 85:18 86:5
  86:20 89:20 93:25
  104:9 105:4
  121:10 125:1
  186:21
means  58:17,20
  59:13 78:15 88:13
  89:25 91:3,21
  93:9,18 120:9
  134:2 135:5 142:3
meant  49:14 55:1
  68:5 71:10 87:19

93:13 94:3 95:9
  128:7,8 188:19
  201:14
media  7:8 209:10
medication  12:19
  13:13
meet  15:19,21,22
  15:23 16:2,5,21
  18:5 80:8 139:19
  142:18
meeting  141:15
member  84:8
  119:22 120:17
  121:17,23,24
  122:22 205:11
members  120:22
memory  13:14
  36:20,22
men's  101:8,11
mention  198:11
mentioned  34:8
  38:17 99:8 110:1
  117:21 118:5
  134:9 162:16
  171:16 182:6,8
  184:5 190:16
  208:4
mentioning  185:6
mentions  66:6
merge  27:21
message  195:17
met  17:19 35:10
  35:19 40:13 74:17
  77:8,13 113:2,5,17
  140:15 145:8
  146:4
methods  203:11
miles  85:10
mileson  37:25
  38:11,23 39:6,8,18
  74:11 75:9,11,13

75:25 76:25
  108:24 110:9
million  142:23
  143:2,11,21,24
  144:3 146:10
  177:8 179:9,12,20
  179:21 180:21
  181:8 182:11,13
  183:12 184:3,9
  186:4,13 187:17
  187:21 188:24
  206:1 208:19
millions  178:25
miltenberger  18:2
mind  52:9 80:4
  91:1 107:24
  194:23
mine  93:3
miniature  21:17
  21:18,21
minimal  208:20
minor  121:20
minute  168:2
minutes  17:9,9
  62:2 66:20 79:24
  80:8 85:21 97:13
  135:16 172:15
mischaracterize
  161:7
mischaracterizes
  159:19 161:5
missing  164:21
mistaken  128:8
misunderstanding
  200:16
misunderstood
  30:16 39:24
  143:14 200:12
mix  24:22 70:11
  80:2

Veritext Legal Solutions
866 299-5127

[mixed - new]

**mixed** 99:25 100:22
**mom** 100:22
**moment** 12:10 15:24 17:19 19:9 37:17 44:5 60:17 69:1,3 87:14 99:8 104:20 117:18 119:17 120:11 121:12 140:12 151:22 156:25 171:3,12 179:14 190:16 193:22
**money** 114:17,22 115:7,11 118:2,24 118:25 122:1,7,20 127:17 128:11,14 128:16,19,20 159:9,16 160:2,6 160:14 161:23 163:3,7,11 175:24 176:4 178:11 180:13 208:5
**moneys** 159:1,5
**month** 96:14,15 109:6 138:17
**monthly** 192:8,13
**months** 19:4 73:21 73:25 77:20,21,24 78:23 148:23 149:3,7 173:7,17
**morning** 7:5,23 8:1 10:3,19 181:11 185:1,1
**mother** 11:6 29:25 39:22 50:2
**move** 25:9,11 27:24 28:1,2 29:9 30:1 31:14 65:12 65:16 67:13 117:7 129:10

**moved** 22:6 23:11 23:22 27:21 28:4 29:22
**multiple** 20:9
**murray** 2:15
**muted** 167:10 174:11
**myers** 2:11 7:24 8:12 209:13
**mystery** 194:24

**n**

**n** 4:1 17:5 30:8 38:14,22,23 39:9 39:12,13,14 86:14 112:24 171:25
**name** 7:17 10:20 17:5,18,23,25 18:4 38:12,20,22,23,24 52:10 53:4,12,13 53:19,24 54:12,13 64:3 76:7,9,14 134:11 147:15 150:19 170:16 171:18 175:20 193:12,17 211:11
**named** 93:17 148:24 212:8
**native** 58:20 59:21 64:1 79:19 93:17 148:2
**natural** 96:5,7
**necessarily** 116:13
**necessary** 211:9 214:14 215:3
**need** 11:8 32:4 46:25 52:5 63:22 66:17 70:2 98:11 99:17 101:7,15 106:9,20 107:18 112:3 126:13 136:8,10 143:17

151:17 163:1 173:18 185:6 194:7,8,9 195:17 196:4,12 197:11 199:7 203:6 204:18 206:3
**needed** 69:21 70:2 78:21 79:21 80:9 89:21,25 139:19 139:21,23,24 140:7 196:7 201:21
**needs** 89:16 92:11 92:18 97:22 98:5 98:24 99:9 195:12 195:13 196:6 202:20 206:20
**neglected** 87:22
**negotiated** 187:3,6
**negotiating** 191:4
**negotiation** 133:2 133:5
**neither** 54:15 212:20
**nephew** 84:9
**netherland** 72:21
**never** 29:13 30:24 31:8,8,9 39:5,6 74:23 79:6 81:17 82:16 86:1,8 104:21,24 173:4 178:11 180:11 198:22 204:7
**new** 1:19,19 2:7,7 2:17,17,22 4:20 5:4,12 7:1,1,10 8:3 10:12 14:23 15:4 17:4 18:9,11 18:15,17 23:24 24:2,15,18 27:6 28:9 29:10,23

30:4,4,11,18 31:2 31:14,22,23 32:1,2 32:3,11,13,15 33:13,19 34:1,4,7 34:13,17,25 35:21 36:2,24 37:21 38:1,2 40:9,10,11 40:14,17,18,23,24 41:2,4,7,16,18 42:2,6,21 43:25 44:21,25 46:1,6,14 47:21 49:5,19 51:24 52:14 54:20 57:8 58:7 59:21 65:22 68:1 69:8 69:10,15 71:13,13 72:1,1,4,8 73:22 81:3,6 90:18 91:16,17,19,24 92:9,17 93:6 95:4 97:2 98:3,23 99:11 103:10 104:6,10,13,15,22 104:24 109:11,13 109:18 110:7,15 110:17,20,25 111:11,17 113:2 113:20,21 114:12 114:23 115:8,12 115:15 117:6,10 118:3,8,14 119:5 119:18 120:12 121:4,16 122:2,8 122:14 123:14 124:11 125:7 126:22 127:7,18 128:12 129:14 130:12 131:4,10 132:19,21,22,23 133:16 134:19 135:2,9 137:10

Veritext Legal Solutions
866 299-5127

[new - okay]

140:25 148:12,18
150:3,6,20 156:1,7
156:18 157:3
158:18 160:22
163:22 164:14
165:22 166:4,15
168:10 169:16,25
174:16 175:14
176:23 177:7,14
178:1 180:5 181:5
184:10,25 185:4
186:10,15 187:4
189:1 190:19
192:3,12 193:18
194:2 195:5,7
199:23 201:10
206:8,13 207:15
208:8 209:9
**nice** 110:4
**nichols** 3:16 7:17
**niece** 84:9
**nine** 29:3,5
**nods** 176:14
**noise** 171:6
**nonpayment**
168:17 172:23
**normal** 102:12
**notary** 57:20
**notating** 214:15
215:4
**notations** 207:16
**note** 57:12 116:10
129:8 158:6
192:22,25
**noted** 111:22
**notes** 189:7,22
207:20
**notice** 5:10 15:8
209:19
**noticed** 125:18
160:23

**noting** 156:22
**november** 4:24
**number** 7:13 10:6
19:7 20:7 22:13
28:15,17 43:4,5,10
55:10 56:14 85:10
91:9 100:23 105:1
157:1 166:23
182:3 186:7
187:19 198:5
203:19,21 209:10
209:17 212:7
214:15 215:4
**numbered** 21:19
**numbers** 22:3,20
22:22 32:24,25
**numerous** 121:13
204:2,4
**nw** 2:12 3:6

**o**

**o** 17:5 30:9 38:14
38:14,23,23,24
39:9,12,13,13,14
39:14 112:24
116:22 147:16
148:25
**o'clock** 67:2 112:8
174:1
**o'melveny** 2:11
7:24 8:12 209:13
**oath** 50:10 60:15
61:14 64:25
**object** 20:10 26:22
65:3 120:1 122:17
125:24 126:23
128:21 150:7
157:19 192:24
209:21
**objection** 16:11
26:1,20 38:3
41:19 44:19 45:3

52:2,18 54:23
65:11 71:16 90:2
92:13 94:17 95:18
103:23 116:1
121:5 122:9 123:4
124:19 125:4
129:7,24 130:14
140:6 153:11
156:11 159:18
161:4 165:5,17
166:9 170:2
191:23 193:1
203:25
**objections** 12:21
13:1 158:8
**obvious** 101:6
140:3 175:20
193:15
**obviously** 54:15
65:15 86:1 93:20
95:23 100:18
101:11 102:7
106:9,20 107:18
109:2 117:15
127:21 129:16
137:6 140:2
141:14 154:8
170:24 171:19
194:15 198:8
199:7,22
**occasion** 140:20
141:3 179:3
180:18
**occasions** 105:24
131:20 179:15
**occurred** 136:24
**october** 4:14 13:23
14:10,25 36:9
73:16 75:10 77:14
78:11 79:13 96:17
171:9 173:8

**offer** 81:24 92:2
111:16 120:9
154:22
**offered** 36:19
93:18,22 120:24
**office** 115:17
118:3 119:7
123:21 124:6
141:16,16,19,20
141:21,21 157:18
164:16,17,23
181:17 182:17
183:20 184:19,24
185:3,4 190:4
208:12 214:11
**officer** 4:19 28:8
32:14 43:24 56:9
123:8 175:13
**officers** 37:9
148:17
**offices** 140:25
**official** 76:14
**officially** 23:25
24:17 40:22
170:13
**oh** 22:23 25:22
65:20 69:3 71:6,8
86:23 96:3 109:20
115:16 139:19
140:15 144:24
157:4 161:6 163:3
163:5 198:4
**okay** 9:25 10:24
11:6,17,19 12:1,6
12:9,16,19 13:2,3
13:10,21 14:21,24
15:11,16 18:5,22
18:24 19:5,20
20:18,23 22:3,24
23:8,16,18 24:9,20
25:9,21 27:20

[okay - page]

28:4,13,23 29:2,3
29:7,17 31:10,24
32:20,24 33:7
34:15 35:8 37:25
38:17 39:3,8,18
40:5 42:18 43:13
43:18 44:12 45:16
47:4 48:4 50:15
51:7,16 52:7
53:17 54:6,14
55:7,14 56:6,7,12
56:15 57:4,12,25
60:4,6,13,17 61:10
61:25 66:16 67:17
67:22 69:22,24
70:3,13,25 71:2,7
73:3,10,15,18 74:3
74:8 76:2,10 77:7
77:16 79:5 82:22
83:6,9,13,18 84:1
84:22 85:15 87:1
87:21 88:6,11
89:23 90:15,21,25
93:24 94:8 95:22
96:16 97:7 98:14
98:21 99:2,24
100:7,23 101:24
102:13,25 103:3
104:20 105:10
106:4,12,22
108:18,20 109:8
110:4,16,24
111:19,21 112:11
112:23 113:1,3,16
113:19 114:12
117:21 118:1,5,24
119:10 120:11,19
120:22 121:2
123:20 124:4
125:1 126:16,19
132:1,9,15,16

133:8 135:7
136:22 137:2,9,16
138:6,9,12,15
139:4,10 140:17
141:2,11,23 142:2
142:9,14 143:2
145:1 146:13
148:1,17,22 149:6
149:16,19 150:11
150:15,16,22
151:4 152:2,7,17
153:4 155:15,17
157:11,14 158:6
158:10,14 160:9
161:11,22 162:7
162:15 163:14,17
163:19 164:1,5,9
166:2,19 167:8,15
168:1 169:1,24
171:3,4,21 172:4
172:11,18,21
173:6,10 175:2,10
175:12,16 176:4,8
176:15,21,25
177:2,6,11,25
178:11,16,24
179:3,14,18
180:23 181:2,6,25
183:4,10 185:5
186:2,4,8,18
187:20 188:15,22
189:9,21,24 190:6
190:11,24 192:11
192:16,19,22
193:2,11,13,24
194:6,18 195:19
196:5,18,20
197:10,23 198:11
198:14 199:17
200:1,14 201:5
202:14,18,22

204:19 205:15,19
206:16,24 207:11
207:21,24 208:21
**omm.com** 2:14,19
2:19
**once** 13:23 69:22
69:25 83:3,5
105:20 109:7
**ones** 190:1,1,2
**online** 196:21
197:6 202:11,17
202:19 203:13,16
**ooooo** 210:9
**open** 20:25 28:24
43:14 55:19 56:16
**opened** 56:6
**operate** 46:6 118:3
**operated** 164:10
**operating** 97:14
192:8,13 208:7,11
**operation** 127:9
128:17 142:17,19
149:24 174:20
179:6
**operations** 179:8
195:15 208:6,8,15
**opinion** 179:4
184:4
**opportunity** 2:12
5:10 9:21 181:22
**oral** 190:2,12
191:2,5,17 207:17
**order** 12:14
111:12 162:12
**organization**
122:6
**organized** 168:13
**orient** 73:16
**original** 168:3
214:10,21

**originally** 32:4
176:5
**outcome** 212:23
**outfit** 179:6
**outside** 16:14
31:20 114:8
**outweighs** 129:5
**overstepping**
130:17
**owned** 18:18
86:24 109:21,23
115:17 206:8
**owner** 17:3 30:8
45:8 46:9 58:22
78:17 86:18 91:18
92:17 101:16
119:12 122:24,24
123:2,5 132:21,22
133:7 137:7
160:17 177:18
181:19
**ownership** 37:8
**owns** 109:22 110:1
110:7,20 111:10
111:17 122:6
206:25

---

**p**

**p** 86:14 148:25
**p.m.** 174:4 209:6
210:8
**pacific** 2:11 5:9
7:11,25 8:12,14
9:20 174:22 175:7
209:13
**page** 4:3,11 5:2
6:3,4,5,6,7,8,9,10
6:11 21:10,14,16
21:20,24 22:3,4,12
22:12,13,17,20,22
23:2,6,6,9,21 29:3
29:5 32:24,25,25

Veritext Legal Solutions
866 299-5127

[page - please]

33:7 35:4 46:23
47:3,4,7 55:22
56:16,21,22 57:1,4
57:12,14,15,25
63:2 73:15 74:3,8
83:18 84:1 88:8
88:13 167:11,22
170:17 212:11
214:15 215:4
216:4,7,10,13,16
216:19
pages  4:15,18,22
4:25 5:8,16 20:20
21:17,18,21,25
22:21,22 23:3
74:5 88:8 214:14
214:17,17 215:3,6
215:6
paid  97:23 98:5
109:11 120:10
121:1 122:1
123:23 147:22
151:14 186:23
202:5,7
pair  196:8
pangu  86:14,14,16
86:24
paperwork  60:12
60:14 61:22,23
164:21 170:21
paragraph  168:2
168:11
parents  100:16
part  36:19 80:13
93:7 101:22
102:11 119:2
121:3,8 124:22
160:19,19 206:12
particular  63:13
111:18 165:7
180:3

parties  42:12
party  47:11 84:7
212:21
pass  36:11
passed  49:2
patience  166:25
205:22 209:3
pax  13:24 14:4,10
125:13 127:3
128:24 129:15,16
129:18,19
pay  68:11 81:17
81:17 95:24 111:8
120:23 145:19
146:16,17,23
148:12 177:8
194:2,7,8 206:4,6
206:14,15,22
paying  97:3,16
99:12 109:17
208:11,12
payment  99:18
pays  81:17 109:13
109:13 110:25
195:1,5
pd  20:19
pdf  20:19 28:23
172:8 214:12
215:1
pearl  2:22
penalty  211:12
214:16 215:5
pending  126:20
130:16
people  34:12
85:17 120:18
121:14,18 152:12
152:14 154:7,18
157:15,17 202:24
percent  18:18
65:22 146:11,16

146:17 187:1
perfect  11:10
perform  149:9
performed  26:19
26:19,23 95:12
period  24:6 25:2
25:25 58:12
134:23 156:3
203:10 214:18
215:7
perjury  211:12
214:17 215:6
permanent  27:25
permanently
27:21,23
permission  106:16
107:10,25 142:16
persecuted  48:10
person  11:22
15:22 16:2 39:1,7
59:22 60:15 61:13
70:10,22,24 74:18
77:10,14 79:17
80:2,14 84:24
86:11 87:8 110:3
113:1 119:12
139:7 147:17
150:23 151:1
152:8,17,23,25
153:20 154:4
155:18,21 157:12
160:21 192:23
206:11
person's  38:20
155:6 193:17
personal  65:15
90:9 92:11 133:18
133:23 143:25
149:8,11 150:9
156:13 191:24
197:3 206:24

207:3,9
personally  41:2,6
90:5 155:5,17,21
191:4,20
personnel  15:19
16:22 193:18
pertains  20:5
phone  70:10 80:2
physical  26:22
157:20
physically  25:6
27:9,11,18 196:20
picked  35:24
picky  152:15
piece  60:14
ping  1:17 4:13,23
9:18 56:17 211:4
212:8 214:1,5
216:2
place  161:20
212:11
places  27:19
plainly  66:4,4
170:9
plan  117:16,19
118:22 119:14
124:5 183:18
planned  119:3
planning  115:18
plans  26:14 27:4
playing  153:14
please  7:21 8:18
8:21 9:6,15 10:1,8
11:14 12:2,11
13:6 20:4,25 26:2
28:23 32:25 38:12
39:17 40:19 41:21
44:5,20 54:5,8
55:19 56:21 57:14
59:15 66:19 67:15
70:13 83:13,18

Veritext Legal Solutions
866 299-5127

[please - providing]

87:24 88:7 97:25
98:12 99:15
103:24 119:24
120:4 125:4 140:8
143:18 144:9,10
151:22 152:20
163:17 167:11
187:23 193:16
200:14 205:20
207:15,25
**plus** 154:11
**podhaskie** 148:24
149:2,17,20 150:1
**point** 24:14 26:16
32:6 37:1 44:20
87:22 124:23
129:4 180:19
183:11 189:14
208:24
**pointed** 131:21
**populated** 43:7
**portion** 186:13
**position** 131:18
152:13 156:17
158:2,3
**positions** 46:3
50:24
**possession** 131:4
131:10 132:15,19
**possibility** 102:19
**possible** 36:13
37:24 41:15 96:22
139:16 191:12
194:5 204:13
**potential** 179:24
**power** 165:15
**powers** 165:10
**precise** 14:2 70:6
104:4 158:25
186:7

**prefer** 12:13 39:21
53:19
**preference** 12:22
**prep** 162:12 163:1
**preparation** 16:3
**prepare** 15:11,12
15:20 16:10,23
17:2,11,15,20 18:6
192:12
**prepared** 15:14
44:3 61:5 62:24
**preparing** 15:25
**prepped** 144:24
145:20
**present** 3:19 42:12
158:10 171:17
186:2
**presents** 158:4
**president** 42:22,25
45:24 46:12 47:20
49:4 51:24 52:14
54:19 58:6 65:21
67:25 68:16,18,23
90:17 91:15,23
92:9,16 93:5 95:6
97:19 98:2,22
99:11 104:12
105:7 110:18
134:18 136:4
137:9 141:24
142:5,9 148:24
151:10 152:11
155:8 159:12
164:6 165:11,15
166:3 174:17,18
175:5 178:3,22
180:5 181:16
195:6,20
**pressing** 30:25
**pretend** 101:25
197:22

**pretty** 45:15 66:11
101:6 152:14
203:19
**prevailed** 179:4
183:11 184:4
**previous** 153:5
154:7,12,20,25
156:20
**previously** 156:9
**prior** 20:8 24:20
44:25 153:17,18
155:6
**private** 164:17
**privilege** 146:1
**privileged** 16:20
**probably** 148:7
192:17 195:23
**problem** 12:14
32:2,7 40:1 54:9
62:21 112:5 126:2
153:24 166:15
173:5,6
**procedure** 5:14
214:19,20
**proceed** 10:15
11:11 20:3,13
21:4 174:14
**proceeding** 11:4
14:17 156:20
196:6
**proceedings** 9:1
9:11
**proceeds** 129:2
**process** 99:17
101:22 106:13
154:25
**produce** 186:10
207:15
**professional** 46:14
46:16 47:14,15,22
49:8,9,13,20,25

50:19,22 51:10,18
146:17 154:19
**profile** 201:12
**profit** 118:15,19
118:23 119:14
129:13,21,22
**profits** 14:19,19
**project** 118:9,21
174:25 175:3,9,9
179:25 181:4
182:6,12 183:15
184:5
**projects** 118:4,7
118:23,23 174:21
181:3,8
**promise** 196:22
**promptly** 207:15
**pronounce** 17:23
17:24 39:23 54:12
**proper** 125:20
165:24
**properly** 164:11
164:12
**property** 183:15
**prospective**
122:23 174:25
175:2
**protonmail.com**
214:2
**proud** 50:8
**provide** 13:19
134:21 135:2,9
**provided** 114:17
136:17 156:9
214:19 215:8
**provider** 154:3
**provides** 60:15
61:14
**providing** 99:12
169:11

Page 24

**public's** 57:20
**pull** 192:14 201:23
**pullcom.com** 3:13
**pulled** 32:21
**pullman** 3:10 8:5
**purchase** 105:2,6
105:11,15,18,25
106:6,23 107:15
197:9 198:8,25
199:8 200:4,9,25
201:1,7,11,24,25
202:18 203:11
204:17,18
**purchased** 100:25
101:4 110:10
181:13 198:9
199:9 201:22
**purchases** 203:8
**purpose** 38:7
115:15 116:5
118:1 164:25
**purposely** 75:23
164:22
**purposes** 18:19
109:5 117:11
156:21 158:10
**pursuant** 5:12
212:18
**put** 21:4 29:8
44:10 84:6,11
126:10,13 166:19
175:19 209:23,23
**putative** 42:3

**q**

**qiang** 17:4 24:24
30:8 31:25 32:5
34:14 38:21 39:12
39:21 40:3,8,17,24
41:6 45:9 46:2
48:9 53:20 55:3
68:10,24 69:10,18

70:10 75:22 76:9
76:12,25 77:9,13
77:17,22 78:12
79:14,17 80:17,21
81:4,7,10,13,19
86:21 89:14 90:19
92:3 94:9 95:23
96:9 97:14 98:15
99:4 100:15
104:17 106:2,10
106:21 107:14,16
107:19,24 109:23
110:10 113:10,12
113:23 114:14
115:2,17,17,22
116:6,18 117:7,13
134:6,22 135:1,8
135:18 136:2,3
137:4,13 138:21
139:11 142:15
143:1,4 144:2
147:18 148:3,5,10
148:19 157:8
159:3,7,10,22
161:2 163:12
164:18 165:21
170:18 172:7,12
175:12,17 177:18
178:2,6,15,20,23
179:16 180:7,20
182:19 183:1,5
187:5 189:20
191:3,8 194:16,16
195:24,25 199:4,8
199:11,12,15,17
199:22 200:8
201:7,12 206:11
206:21
**quality** 154:9
**quarrel** 96:6

**question** 11:12,12
12:3,5,11,13 14:12
16:16,19,21 20:4
21:4,9 22:5,6
23:10,16 26:22
27:3 29:7,9 30:16
30:20 31:1,12,13
31:16 32:9,12
33:10,11 34:11
35:12,13,19 36:21
37:20 40:8,16,20
41:22 42:4,10
43:21 45:4,6,20
47:6,18,19 48:6
49:2,3,7,15,17
50:18,20 51:7,22
52:6,9,13,19,20,25
54:4,8,18 56:25
59:14,18,20 62:12
63:6,15,18,22
64:16 66:6,15
67:9,16,24 68:15
71:11,22 74:9,9,11
74:14,15,17,20,23
75:8,9 76:20,22,24
77:7,8,16,17 78:5
78:9,10,13 79:5,6
79:9,12 80:9,19
81:13 82:16 84:24
85:20 88:14,15,22
90:22 96:8,11
97:25 98:7,25
102:15 103:25
109:10 116:17
119:21 121:2,6
122:10 123:13
125:3,19,21
126:20,24 128:5
130:4 131:6,12
132:25 133:8,9
140:4 143:15,22

144:12 145:3,25
147:9,25 150:8
153:21 154:5,20
155:11 156:25
158:25 159:20
161:12 162:21
165:2,18 166:2
169:5,9,13,21
170:10,11 173:9
174:13 177:9,13
179:18 180:18
183:14 188:20
191:14,25 195:20
199:25 200:1,23
201:3 202:8 204:4
204:6 206:16
207:23 208:1,17
**questions** 6:1
13:15 26:16,18,25
27:7 37:3,7 63:1,8
63:16 67:10 87:17
128:4 129:1
130:17 153:15
180:17 205:24
208:22,25 209:4
**quick** 166:20
**quite** 31:15 134:23
170:5 199:5
**quote** 162:5,5

**r**

**r** 116:22 147:15,16
216:3,3
**r&s** 215:1,9
**raise** 8:20 9:5,15
**raised** 90:23
**range** 104:5 108:8
**rate** 186:24 187:3
187:7,11,13
189:16
**read** 21:8 23:18
47:17 48:1 61:16

[read - relitigate]

| | | | |
|---|---|---|---|
| 64:14 66:1 68:4 | recall 13:25 14:15 | recess 66:24 | reframe 80:19 |
| 75:1 84:3,17,19 | 14:16 19:2 25:22 | 112:15 126:1,6 | refresh 21:3 35:25 |
| 93:4 144:18 145:9 | 25:23 32:18 33:25 | 174:5 | 36:20,22 169:1 |
| 146:8 157:23 | 34:23,24 35:1 | recited 95:3 96:10 | refreshes 169:14 |
| 168:24 170:14 | 40:23 41:5,10,12 | recognize 43:16 | refused 106:5 |
| 171:17 203:4,7,14 | 44:3,4,16 45:12,13 | recognized 43:22 | 178:17,20,22 |
| 203:15 205:14,17 | 45:16,23 59:2,4,6 | recollect 14:2 | regard 74:24 |
| 211:5 | 59:8 60:22,22 | recollection 21:3 | 79:14 80:10 |
| reading 13:4,9 | 61:2,9 64:19,20,22 | 35:25 64:17 151:5 | regarding 30:6 |
| 31:14 36:22 37:18 | 65:5,7,8 67:8 68:5 | 151:6 169:2,14 | 51:4 180:25 |
| 39:17 85:2,4 | 69:20,23,24 70:1 | 187:18 | regards 79:7 |
| 146:15 214:23 | 70:18 71:1,6 73:9 | reconvening 112:7 | 141:4 |
| 215:9 | 80:24 82:7,9,11,12 | record 7:6,22 | regiment 195:24 |
| reads 22:5 33:10 | 82:17,18,21 83:2,8 | 29:18,19 66:11,22 | register 4:19 |
| real 47:15 51:9,13 | 87:10,11,17 90:13 | 67:1 112:13,17 | 43:24 56:10 |
| 51:17 86:5 114:10 | 96:3,13,18,21,23 | 116:10 126:4,8,11 | regular 151:15,16 |
| 115:20 117:21,24 | 97:1,5,5,9,11,16 | 126:14 157:23 | 201:8 |
| 117:24 118:9,11 | 97:17 100:9 103:8 | 158:6 165:18 | regularly 150:25 |
| 166:20 180:4 | 104:7,8,11,18 | 166:10 170:25,25 | reject 106:10,11 |
| 181:4 182:6 | 105:12,16,19,23 | 174:3,7 192:23 | 194:17,19 |
| 183:15,19 184:4 | 106:9,25 110:23 | 200:22 209:5 | rejection 178:23 |
| 194:24 | 115:5,10 117:8 | recorded 7:8 86:1 | related 39:8,10 |
| really 26:6 65:12 | 127:25 134:11,12 | 189:8 190:12,13 | 80:22 114:10 |
| 80:14 97:1 103:12 | 134:13 139:15,17 | 190:18,21 | 118:11 130:7 |
| 121:10 142:1 | 140:19,20 141:2 | recorder 85:3 | 146:18 194:3 |
| 195:1 197:19 | 145:23,24 147:10 | records 23:25 | 212:21 |
| 200:2,2 | 147:12,13 149:18 | 189:11 207:16 | relates 26:3 |
| realtor 51:13,14 | 149:19,23,24 | recruitment | relationship 18:16 |
| reason 13:18,20 | 166:11,13,16 | 152:11 | 42:2 45:1 129:20 |
| 24:25 39:22 50:17 | 169:10 171:11,21 | refer 18:20 22:20 | 175:7 |
| 53:9 75:14 76:11 | 171:23,24 172:1 | 30:7 38:21 39:17 | relatively 36:8 |
| 84:12 87:21 97:15 | 178:10 186:3,6 | 52:10 53:20 84:25 | relatives 85:16 |
| 119:21 125:12 | 187:9,12 191:11 | reference 44:25 | released 214:21 |
| 153:7 154:21 | 191:13,19 193:10 | 155:2,18 | relevance 38:5 |
| 172:22 173:12,14 | 194:5,12 206:10 | referenced 214:6 | 41:22 42:6,11 |
| 175:20 181:15 | recap 188:23 | referred 24:25 | 116:2 |
| 195:12 216:6,9,12 | receipts 99:22 | 207:17 | relevancy 129:5 |
| 216:15,18,21 | receive 100:1,8 | referring 22:4 | relevant 65:18 |
| reasons 71:17 | 148:6,15,16 | 38:16 39:1 85:5 | 66:4,4 |
| 125:17 172:25 | received 100:5 | 90:3,4 | relitigate 38:7 |
| 173:1 | | | |

Veritext Legal Solutions
866 299-5127

[rely - right]

**rely** 54:15
**remain** 165:9
**remained** 174:11
**remember** 14:1
18:3 28:12 30:20
35:9 36:7,11,15
37:19 61:18 63:15
63:20 79:25 85:25
98:17 105:14
109:20 138:17,22
155:1 166:20
169:9 171:10
176:15,19 186:25
187:1,2,15 191:15
192:17,18 196:13
**remind** 162:3
166:17
**reminded** 36:13
159:14
**reminding** 67:22
**reminds** 71:10
**remote** 1:14
**remotely** 11:21
146:1
**render** 211:9
**rent** 161:20
206:21
**rented** 111:12
**reopen** 158:24
**repaid** 158:18,21
163:15 184:11
**repay** 206:1
**repeat** 16:16 49:23
52:18 54:3,8
92:15 97:25 131:8
143:17 147:4
152:20
**repeated** 156:19
**rephrase** 12:12
191:25

**replaced** 148:23
149:6
**replied** 32:12
33:20 183:14
185:20 188:20
**reply** 123:18 169:6
195:19
**report** 101:15
106:10 107:16
151:19 168:18
172:24 194:16
**reported** 1:25
**reporter** 7:19 8:18
8:20 9:5,15,25
10:7,13 11:22
76:18 210:2,5
212:6
**reports** 192:9,13
**represent** 7:25
14:9 172:11,19
**representation**
25:4
**representative**
1:16 9:19 15:3
44:24 90:9
**represented**
156:18 172:7
**representing** 8:3,5
8:8,10,12
**represents** 26:8
172:9
**request** 45:11
58:23 99:5 106:5
111:22 131:9
132:18,23 133:3
133:15,20 134:4
134:14 156:21
186:9,9,16 192:16
195:22 207:12,12
207:14

**requested** 46:5,10
90:19 92:3 100:15
104:17 134:8
173:21 177:11,12
177:14,17 178:5
192:14 201:23
212:19 215:1,9,10
**requesting** 92:18
119:13 190:7
**requests** 131:3
194:1,11,12
**require** 107:23
**reserve** 20:10
158:7
**reserved** 13:1
**reside** 71:13,15
72:2,5,8 73:1
**resided** 72:24
**residence** 71:18
206:9,25
**resolved** 149:11
**respect** 129:3
156:14,20 182:24
182:24 190:11
201:6
**respected** 165:16
**response** 47:5
**rest** 151:13
**restroom** 66:18
**result** 181:23
212:22
**retained** 138:25
147:18 209:11
**return** 25:25
214:17 215:6
**returned** 149:12
**returning** 123:13
**returns** 123:15
**revenue** 118:20
123:23 124:7,7

**revert** 24:4,5
**review** 15:6,10,16
15:18 99:16
100:11 101:21,24
195:10 196:10
199:1 200:6,10
201:5 212:19
214:8,10,13 215:2
**revival** 5:6 166:13
166:14 167:16
168:19 173:8
**rewinding** 87:13
**rhythm** 151:20
**right** 8:20 9:5,15
18:13 20:10 21:14
21:15 22:16 23:1
23:6 24:16 30:3
31:13 33:24 36:13
36:15,18 39:15
40:6,7 42:24
48:15,17 51:4,14
53:2,23,25 54:1
56:1,4,18 57:1,15
59:23 60:25 61:7
61:15,24 62:20
64:5 65:18 66:7
69:4,15 73:20
75:20 76:3,7,12
79:12,23 82:13
88:2 89:5,16 91:6
91:25 92:11,20
94:4,6,10,21 98:8
98:19 101:6,15
102:4,17 103:10
106:19 108:1,20
110:8 111:1,23
116:24 117:9
119:16 121:21
124:6 125:15
127:11,22 128:2
129:16 130:13

Veritext Legal Solutions
866 299-5127

[right - see]

131:17 132:5
135:24 136:20
137:2 141:6,25
142:7 145:11
148:13,22,25
149:4,13,14,15
151:18 154:9,16
155:10 158:7
159:17 160:19
162:2,18 163:3
167:10,22 171:16
172:2 173:16
177:2,20 179:16
179:17 181:9,17
181:19,25 183:2,3
183:18,21 189:17
190:19 194:20
197:13,14 198:12
200:10 202:20
203:16 204:15
207:20 208:21
209:2 210:1
**rights** 127:2
**risk** 158:4 175:20
**role** 46:12 68:14
68:16,22 70:17
74:20 77:18,23
78:1,12,15 79:2,3
90:15 97:19,21
98:4,6,21 180:15
180:17
**roles** 47:19 142:15
149:3
**room** 3:6
**rosen** 2:21 8:1,2
12:20,25 13:3,7
16:11 17:25 19:21
19:23 20:3,10
26:1,13,25 37:1
38:3 41:19 42:9
42:17 44:19 45:3

52:2,18 54:23
65:11,18 66:10
67:14 71:16,23
90:2,12,22 92:13
94:17 95:18
103:23 111:15,20
111:22 112:10
116:1,10 119:24
121:5 122:9,17
123:4 124:19
125:24 126:12,18
126:23 128:3,21
129:11,24 130:14
131:1 140:6,8
143:12 150:7,16
153:11,14 156:8
157:19 158:12
159:18 161:4,8
165:5,17 166:9
170:2,11 186:16
187:23 188:13
190:8 191:23
193:3 203:25
204:2 207:7,20,22
209:21,23 210:2,4
210:6
**rosen's** 17:22
**rough** 210:5
**rudnick** 2:4 8:7,10
18:6
**rule** 5:13 212:18
**rules** 5:14 164:5
164:14 215:8
**run** 46:6 195:15
**running** 79:17,20
80:14 97:14
**russo** 3:19 8:11,11
19:14

**s**

**s** 2:5 4:9 5:4 18:15
34:1 38:14,23
81:6 115:15 125:7
147:15,16 148:25
171:25 185:4
216:3
**safe** 108:25 141:8
**safety** 125:12
153:7 196:1
**saks** 197:21
198:16,19
**sarnoff** 2:15 8:13
8:13
**saved** 44:7 205:23
**saw** 23:15 50:18
140:23 145:16,21
199:6
**saying** 54:13 65:25
92:12 94:13 95:1
**says** 20:1,19 51:8
56:13,17 58:5
84:5 89:9 107:8
167:23,23,24
168:2,12 172:22
197:24
**schedule** 214:10
**schedules** 191:21
192:5
**scheme** 124:23
**scope** 20:12 41:25
65:22 130:18
**scott** 2:21 8:2
12:24 13:5 17:22
17:25 42:16 65:2
65:14 67:7 71:22
73:4 87:2 90:6
125:1 126:10,18
130:25 145:25
150:12 156:16
157:25 161:6

170:4 186:9 190:6
192:23 196:22
207:1,12
**screen** 172:22
209:24
**scroll** 88:7
**seat** 116:13
**second** 19:11,19
19:25 20:1 50:7
55:3 70:13 84:5
119:25 151:23
166:18 176:22
188:21 207:25
**seconds** 132:8
138:20 163:17
205:20
**secret** 132:17
**secretary** 42:23,25
45:25 46:13 47:20
49:4 97:20 98:2
110:19 134:18
142:6 166:4
**secured** 3:10
108:25
**securities** 198:6
**security** 71:16
124:19 150:9
157:20,23 158:4
185:9 195:23
196:2
**see** 19:15 20:15,18
20:19 21:18 22:1
22:11 23:10,13
26:13 28:20 29:15
32:1 36:20 41:2
42:11 57:6,10,20
57:23 58:13 71:7
76:5 83:10 88:14
89:1 114:21
122:20 136:7
148:7 149:10

Veritext Legal Solutions
866 299-5127

**[see - sort]**

167:15 168:6
196:13 197:7
198:3,6,7 204:16
205:6
**seeing** 169:13
**seen** 41:6 145:23
184:15
**sees** 197:21 201:2
**send** 141:4 154:22
195:16 201:10
**sends** 202:10
**sense** 32:5 70:7
120:13 202:2
**sensitive** 128:25
130:8
**sensitivity** 156:10
**sent** 21:24
**sentence** 51:7 58:4
58:13 61:16 62:23
84:17
**sentences** 47:17
**separate** 202:3
**september** 22:7
**seriously** 174:23
**serve** 51:25 52:15
54:21 58:8 69:11
88:16 119:8
**served** 68:1,19,24
95:6
**service** 93:18
95:12 120:24
124:8
**services** 120:9
148:12
**serving** 91:13 95:9
**set** 113:21,22
114:4,5,7 117:15
170:15 195:17
212:11
**setting** 128:4,6

**seven** 5:15 35:8
46:23 47:8
**seventh** 85:11
**shea** 2:21 8:2
**sherry** 72:21
**shoes** 196:8,14
198:19 201:7
**shop** 196:21 197:6
199:7 201:9,9
**shopping** 199:6,24
203:16
**shops** 196:19,20
197:6,7 199:4,22
201:8
**short** 66:24 125:25
126:6 134:23
136:4 138:4,8
173:21 174:5
**shorthand** 212:5
**show** 19:5 21:7
26:2 28:13 43:3
**shown** 47:6
**shulman** 170:17
170:24 171:18,22
171:24 172:9,11
172:18
**shut** 124:21
**sic** 61:18 103:6
**side** 183:8
**sign** 92:21 185:21
214:16 215:5
**signature** 56:1,25
57:21 167:19
213:3 214:21,23
214:23 215:9
**signed** 57:7 59:1
61:17,25 62:1,3,6
62:8,17,18,19 63:9
63:13,24 64:1,3,9
64:20 66:9 67:6
67:23 91:12 171:8

185:23,24 186:2
188:10,11 189:15
189:16
**signing** 12:21 13:4
13:8 64:12,24
171:10
**silverberg** 2:5 8:9
8:9
**similarly** 50:10
**simple** 49:16
155:11
**simply** 26:16
**single** 63:18
105:14
**sir** 12:7,17 13:20
14:7 16:15 20:19
21:14 22:12 25:11
27:13,23 32:5,12
33:20 36:3 37:24
38:12,16,24 39:15
39:20 40:7,11
43:11,20 45:20
46:17 47:25 49:11
50:4 51:4 52:6
56:3,5 61:8 62:12
63:16 64:8,22
67:21 69:3,16
71:3 72:10,22
76:4 78:5,6 80:19
82:11 83:22 84:22
88:2 91:6 92:1,24
93:12 97:24 100:2
102:15 103:21
104:7 108:8,24,24
111:24 123:10
124:13 138:19
151:9 153:21
156:3 164:12
166:17 167:3
169:5,21 170:12
179:13 183:14

185:3,7 195:23
199:25 200:13
208:17
**sister** 84:10
**sit** 19:10
**six** 47:1,3,4 73:21
73:25 77:20,24
78:22 88:8,14
173:7,17
**sixty** 74:3,8
**size** 130:11
**skill** 154:18
**slow** 19:13
**small** 22:22 88:8
195:21 196:4
**social** 141:5
**solicit** 137:16
**solutions** 7:18,20
209:11 214:7
**somebody** 113:25
155:22
**son** 39:13,18 40:6
74:15 76:22 77:1
77:5 84:8 85:11
96:4 106:16,23
177:22 180:11
199:20
**son's** 89:21 107:10
**sorry** 15:21 16:15
19:12 22:25 23:8
44:6 45:19 46:20
52:10,11 56:3
57:13 70:13 91:5
97:24 98:6 104:2
121:9 144:22
145:2 147:23
152:22 153:23
167:2,10 171:5
184:22 200:17
**sort** 114:9 141:12
202:19

Veritext Legal Solutions
866 299-5127

[sorts - started]

| | | | |
|---|---|---|---|
| **sorts** 89:25 | 18:15,16,17,18,20 | 109:4,11,13,18,21 | 187:4 188:25 |
| **sound** 18:13 33:24 | 18:21,24 21:5 | 109:22,25 110:7 | 190:14,18 191:10 |
| 149:4 209:1 | 22:8 23:11,20,24 | 110:14,17,20,25 | 192:3,11,15 |
| **sounds** 11:10 18:4 | 23:25 24:2,3,12,13 | 111:11,17 113:21 | 193:18 194:2,7,8 |
| 33:17 204:19 | 24:14,18,21,23 | 114:12,15,23 | 195:4,7,15,22 |
| **source** 115:7 | 25:6,16,18 27:6,10 | 115:8,12,14,16 | 198:22,24 199:14 |
| 118:17,18,20 | 27:15 28:9 30:8 | 116:5,8 117:6,10 | 201:10,23 202:7 |
| 119:2 123:14,17 | 32:10,13,15,19 | 118:7,14 119:4,13 | 202:10 206:8,13 |
| 123:20 124:9 | 33:12,18,20,25 | 119:13,18,23 | 206:22 207:14 |
| 159:1,5 160:24 | 34:1,3,4,7,9,9,13 | 120:12,20,23,24 | 208:5,8 209:9 |
| 162:10,23 | 34:16,22,25 35:14 | 121:1,4,15 122:1,7 | **spring's** 102:22 |
| **speak** 13:6 54:11 | 35:20 36:2,24 | 122:13,20,21 | 121:19 124:21 |
| 54:15 70:10 | 37:21 38:1,18 | 123:8,13 124:11 | 125:14,22 126:25 |
| 126:16 139:18 | 40:9,18,22 41:4,17 | 125:7 126:21 | 128:23 129:17 |
| 140:5 151:5,7 | 42:2,5,21 43:25 | 127:7,8,9,17 | 190:23 |
| 155:5 | 44:15,17,21,25 | 128:12,19,20 | **square** 2:6,7,16,17 |
| **speaker** 58:20 | 45:7,17,21,25 46:6 | 129:14 130:11,15 | 3:11 |
| 59:22 | 46:13 47:10,21 | 131:3,9 132:18,21 | **squarely** 65:20 |
| **speaking** 11:23 | 49:5,19 50:24 | 132:22,23 133:7 | **srosen** 2:24 |
| 12:4 15:13 158:22 | 51:24 52:14 54:20 | 133:16 134:19 | **ss** 211:1 212:1 |
| **speaks** 170:3 | 58:6,21,22,23 | 135:2,9 136:1,17 | **ssarnoff** 2:19 |
| **specific** 26:18 27:1 | 59:21 65:21 67:25 | 137:7,10 140:25 | **stamp** 167:23 |
| 107:23 126:24 | 68:10,11,16,23 | 141:24 148:6,12 | **stand** 11:8 45:3 |
| 175:20 195:19 | 69:2,8,9,13,14,18 | 148:15,18 150:2,6 | 132:3 |
| **specifically** 113:9 | 70:16 71:4,12 | 150:20 151:11,25 | **stands** 132:1,9,11 |
| 129:19 188:1 | 72:1,8 73:22,24 | 152:19,24 153:1 | 132:15 |
| **specify** 140:8 | 74:21,24 77:18,21 | 153:10 156:1,6,18 | **start** 12:3,20 23:25 |
| **speculate** 97:11 | 77:25 78:12,19 | 157:3,22 158:16 | 29:10,23 30:10,17 |
| 127:21 | 79:7,15,18 80:5,11 | 158:17,20 159:13 | 30:19 31:1,14,17 |
| **spell** 17:5 38:12 | 80:12,13,18,22 | 160:21,24 163:21 | 32:10 71:4 78:6 |
| **spelled** 39:9 | 81:3,6 86:22 90:4 | 164:10,14 165:16 | 118:22 173:18 |
| **spend** 17:6 173:18 | 90:9,18 91:16,17 | 165:22 166:4,5,14 | 174:20 |
| **spoke** 135:18,21 | 91:18,24 92:9,16 | 168:9 169:3,3,15 | **started** 10:22 |
| **spoken** 115:3,6 | 93:6 95:4,24 97:2 | 169:16,23,25 | 24:11,17 28:8 |
| 139:13 140:14 | 97:20 98:3,23 | 170:14,20 171:14 | 30:13 31:18,19,19 |
| 180:12 191:16 | 99:11 100:16 | 172:10 173:1,4 | 31:20 32:13 33:18 |
| 209:20 | 102:7,23,25 103:4 | 174:16 175:3,13 | 34:4 36:2,24 |
| **spring** 2:21 4:20 | 103:7,9 104:6,10 | 176:23 177:7,14 | 37:22 38:1 40:9 |
| 5:3,11 7:10 8:3 | 104:13,14,17,22 | 177:18 178:1,3 | 40:18,22 41:3,17 |
| 15:3,20 16:9,22 | 104:24 105:8 | 180:5 184:10 | 42:5,20 69:8,9,14 |
| 17:2,4,10 18:9,11 | 107:15,18 108:3 | 185:3 186:9,14 | 71:12,25 72:7 |

Veritext Legal Solutions
866 299-5127

[started - talking]

| | | | t |
|---|---|---|---|

73:21,24 77:21,24
78:23 81:3 87:6
117:18,24
**starting** 31:23
32:3 42:3 85:5
**state** 3:11 7:21
9:25 10:5,12 57:8
167:16 168:22
211:1 212:1,6
214:9,12
**stated** 68:18 98:15
**statement** 157:22
191:22 192:5
**states** 1:1 3:4,4
7:12 25:10,12,15
25:19,24 27:21
28:5 91:13 115:19
117:13 125:23
**stay** 27:12 39:21
51:3 66:7 87:3
102:1 207:2
**stayed** 73:3,7
**staying** 27:12
**stays** 206:9
**stenotypy** 212:14
**stick** 40:3 203:21
**stipulation** 214:20
**stipulations** 12:21
12:25
**stop** 12:4 66:3
**store** 202:9,10
**stores** 197:6
**strategic** 14:18,19
**street** 2:12,22 3:6
7:3 184:20 185:3
190:3
**strictly** 38:7
**strongly** 129:8
156:22
**structure** 37:9
117:16

**stuart** 2:15 8:13
**stuff** 141:10,18
194:23 195:5
202:3
**subject** 88:12
113:20 133:17,20
134:5 146:11
163:20 176:15
**submitted** 43:19
**subordinated**
130:21
**subpoenaed**
129:16
**subscribe** 211:11
**substance** 211:8
**substantiating**
186:12
**succeeded** 175:4
**success** 206:5
**successful** 174:15
175:8,17,22 176:3
176:5
**successfully**
120:25
**sued** 58:9
**sufficient** 158:10
**suggest** 31:3 112:7
163:6
**suggesting** 32:7
33:22 60:24 61:3
155:12 164:24
197:17
**suit** 194:9 197:21
197:25
**sunny** 3:17 8:23
10:6 40:15 52:8
**super** 12:1,9 13:21
43:13
**supervision**
212:15

**supplement**
207:12 209:14
**supplies** 208:12
**support** 82:3
89:16,21,25 91:19
92:2 93:18,23
94:4,15 118:4,6
119:8,13 127:9
128:16 147:24
182:22
**supported** 118:8
**supporting** 114:3
**suppose** 50:20
**supposed** 92:8
118:21 124:6
130:18
**supreme** 57:8
**sure** 12:23 21:23
22:15 24:10 26:5
42:24 54:9 62:15
63:18 90:21,23
97:21 99:5 102:18
103:15 104:1,1
106:12 112:2
120:2,5 131:15
140:10 142:4
143:16 167:6
172:4,15 182:2
188:2,23 192:1
203:19 205:10,10
**survivor** 48:12
**suzanne** 1:25 7:19
112:6 212:5 213:4
**swear** 8:18
**swore** 62:7 65:17
91:12
**sworn** 9:1,11,21
57:21 60:15 61:14
212:9
**system** 10:12

**t** 4:9 147:15,16
216:3,3
**tail** 74:9
**take** 23:9 33:7
35:2,8 55:9 58:21
66:16,19 69:10
84:19 91:18 96:1
96:4 98:16 99:5,6
100:11,16 102:2
108:10,10 109:6
111:15,20 112:4
125:25 139:2
141:17 143:5
148:6,11,16 158:7
159:11 160:1,4,10
160:13,18 161:2
161:13,19,22,23
162:4,17,22
173:22,25 180:9
181:23,23 186:17
195:12 197:11
207:23
**taken** 4:13 7:10
66:24 98:25
112:15 126:6
127:2 174:5
186:14 212:10
**takes** 112:7
**talent** 154:9
**talk** 69:21 70:1,2,2
80:8 99:7 131:22
140:1 151:20
176:21
**talked** 69:24 70:8
70:9 126:18
176:18 195:9
**talking** 22:18,21
32:24 65:23 71:19
71:20 72:5,7 77:1
84:15,25 85:12

[talking - time]

91:1,3,7 92:5
100:2 125:15
136:19 177:3
180:1,2 181:4
182:9 205:3,4
207:19
**task** 36:5 45:11
46:9 58:23
**tasks** 45:14
**taxes** 168:17
172:23
**team** 157:23
174:19
**technically** 24:2
170:20
**telephone** 16:9,22
**tell** 29:5 31:18
35:6 43:16 46:4,8
47:2 58:2,15
59:25 73:13 74:6
81:18,21,23 83:21
86:22 93:10 94:3
97:10 99:15 109:3
109:25 110:5
113:25 117:9
125:13 128:18
134:12 138:2
144:2 159:25
160:2 175:21
184:1,1,2 198:17
199:1
**telling** 19:14
194:24
**ten** 17:8,9 22:4
23:9 33:8 66:19
117:3 163:17
167:24 185:16,18
**tendered** 160:21
**tendering** 191:5
**term** 81:8,14
84:13 85:19,22,24

86:4,6 131:14
146:19
**terms** 144:5,11,16
186:20 189:17
191:1
**terrible** 85:16
**test** 48:15 171:5
**testified** 9:22
30:23 40:5 48:13
50:11 89:12 97:13
104:20 120:16
161:8 181:10
183:20 185:2
204:2
**testify** 44:24 48:24
80:11 94:19 95:15
191:24
**testifying** 48:7
61:23 64:5 75:18
90:8 159:13
**testimony** 4:12
13:19 15:8 26:12
29:19 36:5,12
37:23 48:2,8,15,16
51:2,2 60:15
61:14 63:3 64:7
75:25 76:3 94:12
94:15,19 96:20
106:14 132:24
159:15,19 161:5,7
188:4 209:7
212:16
**thank** 8:17 10:13
10:14 11:18 12:8
12:18 16:7 40:2,4
55:7 67:17 71:8
71:23 78:8 84:21
84:23 88:6 111:23
113:19 126:19
129:11 156:15
167:7 173:20

185:10 188:14
190:9 201:17
205:22 209:3
**thanks** 163:19
166:25
**thereof** 212:23
**thereon** 211:10
**thing** 55:21 84:4
95:14 105:14
108:25 141:12
182:18
**things** 11:20 47:8
66:17 85:16 89:25
92:22 97:7 99:9
99:13 107:22,23
127:15,20 136:20
182:1 194:9 195:1
198:25 199:19,21
200:4
**think** 13:18,20
24:9 34:8 41:21
50:11 58:25 62:14
66:10,16 86:3
93:8 94:12 100:21
117:4 119:15
129:6 140:15,18
150:11 156:11
157:24 160:14
166:19 167:1,24
181:25 182:10
183:10,23 190:16
194:25 200:1
201:13 203:4
205:24
**thinking** 75:13
**thirty** 21:11,14,16
21:20 22:4,12
23:2,6,9 33:1,7
132:8 205:19
**thought** 128:3
171:4

**thoughts** 107:1
**threatened** 84:11
86:2
**three** 4:22,24
21:14 29:20 30:2
30:2 36:6,9,14
43:4,10 48:17
49:1,10 51:5
56:22 57:1,13,14
65:7,17 84:3,18
127:15 168:2
170:17 184:5
**tight** 19:11
**tim** 18:1,2
**time** 11:23 17:6,8
24:4,6,23 25:2,5
25:13,16,18,25
27:20 28:4 34:11
34:22,25 35:4
37:22 38:18 40:17
40:24 41:3,9,17
42:5 44:8 49:18
54:8 62:13,15,17
62:18 63:23 64:9
66:23 67:2,15
69:4,18 80:24
83:6 84:19 94:24
96:4,12,17,20 97:6
98:10,14,18
103:18 104:8
106:14,18 112:14
112:18 123:8
124:13 126:5,9
127:24 134:23
136:4 138:4,4,8,12
139:4 140:8,17
143:15 144:14
145:16 148:22
156:3 162:9,23,25
163:3,13 166:5
167:24 168:16

Veritext Legal Solutions
866 299-5127

[time - turn]

169:15,23,24
173:17,18 174:4,8
176:16,18 195:2
203:10 205:23
209:3 212:11
214:10,18,24
215:7
**times** 2:6,7,16,17
26:17 66:1 82:15
95:3 105:17,22
138:21 139:20,22
139:24 140:1,18
151:3 159:14
184:6 200:8 204:2
204:4 208:4
**timing** 182:4
**timothy** 18:1
**title** 42:21 89:17
93:19 95:1,2
**titles** 44:15 45:2
49:19 65:24 95:3
98:22 137:10
142:5,7 180:16
**today** 11:5 13:19
15:2,7,8,12,20,25
16:24 17:2 36:3
49:2 65:19 92:20
94:15,20 109:5
115:22 130:22
131:21 136:19
140:13 150:2
158:9 159:13
162:13 163:1
176:16 182:9
209:4
**today's** 16:10
17:11,16,20 18:7
18:19 116:12
133:17,21 134:5
209:7,20

**told** 35:18,19 43:8
60:17 61:12 63:8
63:9,10 65:23
79:24 87:5,7 89:3
91:12 110:24
133:19,22 135:15
137:22,24,24
138:20 139:2
145:7 148:10
162:21 176:11,13
179:14 180:6,9,11
199:18
**tongue** 11:6
**tonight** 210:7
**top** 56:1 57:1 74:8
187:22
**topic** 44:20 87:14
94:20 174:14
**topics** 15:6,10 20:5
20:9 26:2 37:7,8
38:6 41:25 65:19
160:23,23
**total** 187:16
209:10
**tower** 2:6,16
**transaction**
197:20
**transcribed**
212:14
**transcript** 4:12,16
13:4,9 20:8 21:11
21:25 22:21 31:2
36:22 37:18 39:17
48:1 50:16 51:8
76:20 85:3 93:4
210:3 212:16,18
214:6,8,10,13,13
214:21 215:2,2
**translate** 40:19
59:16 82:22 89:6
89:15 92:10,19

**translated** 11:13
11:14 12:14 65:6
83:6 89:6
**translation** 31:16
89:4,24 94:5
**translator** 88:24
92:23 93:2,10,19
95:10,11 131:5
200:15
**transport** 111:13
**transportation**
99:10 107:13,22
108:11 109:11,17
111:1,3
**travel** 25:19 26:14
26:17 27:4 40:12
111:7
**traveled** 23:23
24:7 27:16,17
109:7
**travels** 108:13,23
117:14
**treasurer** 42:23,25
45:25 46:13 47:20
49:4 97:20 98:2
103:9 104:12
110:18 122:13,20
128:2 134:19
142:6,12 159:12
164:6 165:11,15
166:4 180:5 195:6
**trial** 4:16 13:1
96:20
**tried** 92:23 165:9
**tries** 197:25
**trip** 194:9 195:12
196:3
**true** 51:3,11,23
52:15 54:20 62:6
62:17,19 63:13
67:24 69:1,7 75:4

75:10,11 77:13
78:3,10 79:13,13
79:15 80:11,16,18
80:20 81:2,5,8,14
85:22,23 89:11
91:12 97:14 108:6
108:22 169:22
175:24 183:4
193:17 211:9,13
212:15
**trust** 160:16
**trustee** 3:4 8:16
146:18 194:25
196:7
**truth** 50:5 80:23
**truthful** 13:19
31:21 59:25 61:22
62:1,3,9 63:3 64:2
64:6
**truthfully** 13:16
**try** 11:7 12:12
37:13 71:21 76:18
87:14 98:10,14
129:9 138:14
150:13 169:12
**trying** 26:6,9 32:7
50:25 51:1 65:16
70:7 92:7 93:5,8
95:13 111:9 114:7
116:3,7 128:11
135:14 136:13,13
143:10 163:6,9
172:15 180:3,14
180:16 184:22
196:23 197:19
200:23
**tuesday** 1:18 7:2
212:10
**turn** 29:3 73:10
87:23

Veritext Legal Solutions
866 299-5127

[turning - visited]

turning   118:19
twelve   84:2,17
  157:15
twenty   4:18 59:5
  84:3,18 88:13
  139:24 140:1
  153:15
two   4:14 19:18
  20:20 28:16 30:2
  47:17 67:12,12
  74:10 85:9 97:7
  136:20 149:3
  152:1,3,4,6 182:1
  182:16 203:21
type   108:20
types   99:19 111:17
typically   119:7

**u**

u   17:5 30:9 38:23
  38:24 39:9,9,12
  86:14 112:24
  116:22 147:15
  171:25
u.s.   8:16 23:23
  24:8 27:17 114:8
  125:8 126:22
  142:23 146:18
  194:25 196:7
uh   54:2 137:19
  155:16
uk   27:17 115:24
  116:18 117:7
  148:5 199:17,20
ultimately   109:23
una   3:18 9:8
understand   11:9
  11:24 12:11,23
  14:3 15:2 21:22
  22:19,19 24:9
  26:24 27:13,18
  30:1 32:8 40:12

40:13 49:1 50:1
  51:6 52:6 59:14
  59:19 60:13 61:12
  63:2,10,11 64:10
  64:11,12,14,16,25
  66:8 70:5 79:18
  86:21,23 89:15,20
  90:22 92:1 93:8
  94:25 95:2,2,5,13
  98:25 106:13
  110:13 123:25
  124:20 129:6
  130:4 131:6
  132:25 136:14,16
  136:19,25 143:10
  146:2,9 153:21
  156:17 158:1
  160:12 177:4,23
  179:11,13 180:14
  180:16 182:1,14
  186:16 188:19,23
  189:13,13 190:8
  192:19,24 195:3,8
  196:23 197:19
  200:24 201:18
  202:4 207:19,22
understanding
  31:16 36:4 39:16
  58:19 68:9,13,14
  78:15 79:3,20,22
  92:4 113:22,25
  114:22 119:8
  122:25 123:22
  129:18 131:17
  148:14 154:17
  155:9,22 159:23
  161:20 162:6
  163:14 171:19
  180:4 199:10
  205:25 206:3,7

understood   13:10
  20:14 61:6 64:21
  76:15 97:18
  107:20 120:3
  121:12 148:11
  161:25 171:7
  182:7 195:23
  201:13
undocumented
  186:5
unfamiliar   144:15
unfortunately
  170:6
unified   10:11
unit   7:8
united   1:1 3:4,4
  7:12 25:10,12,15
  25:19,24 27:21
  28:5 115:19
  117:13 125:23
units   209:10
unnecessarily
  196:24
unprofessional
  52:11
unsecured   8:6
unwilling   128:18
  130:11
uploading   19:13
urgency   138:8
usability   127:1
  128:23
usdoj.gov   3:8
use   53:19 90:3
  98:11 102:22
  104:14 109:1
  120:2 133:11
  144:8 200:15
  202:23,24 203:1,3
  203:7,8,23 204:9
  204:10

user   204:3,7
uses   202:22
  204:18 205:7,8,9
usual   12:25

**v**

v   2:11
vague   165:19
value   127:6
values   128:5
various   26:17
vehicle   111:7,10
vehicles   109:19
  181:12,20 182:8
  182:25 183:1
vendor   99:22
  100:6 101:1,3
vendors   118:12
verdolino   193:5,7
verify   99:16,17
  100:13,19,25
  101:7,14,18,20
  102:3,8,9 197:8,8
  198:9 199:8,14
  200:10
verifying   101:1
veritext   7:18,20
  209:11 214:7,9,11
video   7:8 16:6
videoconference
  16:9,23
videographer   3:16
  7:5,18 8:17 10:14
  66:19,21,25
  112:12,16 126:3,7
  174:2,6 209:1,5
videotaped   1:14
view   42:1 183:11
virtually   7:15
vision   14:18,20
visited   72:22

[void - witness]

**void** 166:7 168:17
169:4,19 170:1
171:15 172:23
173:2,13

**w**

**w** 38:14 39:9,13,13
39:14,14
**wait** 12:2,4 19:9
43:7 78:7
**waiting** 78:8
**waive** 13:4,8
**waived** 214:23,23
**waiving** 214:20
**walk** 196:9
**walks** 197:20
**wan** 1:8 2:5 7:11
8:8 39:18 40:6
41:16,24 42:1
45:18,22 52:1,16
52:22 53:5,7,9,13
53:21 54:22 58:10
58:16 66:7 68:2,6
68:11 70:16 72:3
72:9,17 77:4 81:4
81:9,15,16,21 82:1
82:10,19,23 83:7
84:15 85:1,13,19
85:23 86:8 87:19
88:18 89:5,13
90:16 91:2,14
92:10 94:16 95:7
97:22 98:4,24
99:13 100:8,12,24
101:4,12 102:17
103:13 104:5,9,14
104:21 105:5,15
105:24 106:6,15
106:24 107:8
108:22 110:25
111:13 115:3,6
118:6 119:10,20

119:22 121:3,23
121:25 122:6,21
136:18 139:13,18
140:14,21 149:21
151:7,14 172:19
176:23 177:6,16
177:19 178:8,15
178:17 186:1
187:7,10 189:1,16
189:20 191:6,9,16
192:13 193:20
195:11 196:2
199:19 200:4,24
201:1,6,24 204:20
204:21 205:11
206:1,14 214:4
216:1
**wan's** 68:20 77:1
93:14 106:23
**wang** 1:17 4:13,23
7:9 9:18 10:19
13:12 20:2,18
27:9 28:21 32:21
37:17 38:11 42:8
42:20 43:10 45:6
49:12 52:13 53:19
55:14 56:17 67:4
67:19 71:17,25
73:13 80:16 83:16
86:20 87:5 93:3
95:13 104:4
111:10 112:20,20
120:7 121:12
123:3 125:7
126:16 131:20
139:25 143:20
146:4 150:18
155:11 156:25
158:17 163:21
171:7 174:13
186:20 188:17

190:11 197:2
201:2 209:2,8
211:4 212:8 214:1
214:5 216:2
**want** 21:7 24:10
27:1 32:6 39:23
55:21 60:18 62:14
66:2,2,7 71:17
84:4 86:20 88:1
90:21,23 106:12
108:24 125:3
126:10 127:20
129:1 150:13,18
154:8 175:19
176:21 181:15
182:2,20 208:25
**wanted** 111:7
201:14
**wants** 106:24
197:21 198:1
200:5,24
**washington** 2:13
3:7
**way** 19:24 27:1
54:12 71:22 80:7
120:14 133:13
138:14 143:9
163:4 165:12
200:16 204:14
212:21,22
**wealth** 159:22
161:9,13,21 162:1
162:6
**websites** 203:20
**week** 69:25 71:2
139:20,22 140:16
140:16,24 151:3
**weeks** 73:8
**wengui** 39:9 53:2
53:5,12

**went** 30:4 144:19
162:13
**whatnot** 158:23
**whatsoever** 38:5
**whereabouts**
26:17 42:12
**whistle** 117:18
**wife** 101:13 103:6
103:13 104:5,9,14
201:24 202:1,24
204:9,20 205:15
205:16,17
**wife's** 201:21
202:1
**wilkinson** 3:18 9:8
53:16
**william** 170:16,19
172:3,9
**williams** 172:2,7
172:19
**willing** 82:4
**win** 206:4
**wish** 150:9
**withdraw** 43:21
**withdrawn** 17:18
65:1 72:19 147:20
177:21
**witness** 7:9 8:19
9:16,24 13:3,8
16:12,15 20:11
21:1,12 23:4 26:7
26:11,15 27:6
28:25 29:4 32:22
33:2,9 35:3,5 36:3
37:2,15 38:4,9
40:21 42:5,10,16
43:15 44:21 46:19
46:22,24 52:5
53:10 54:25 55:12
55:12,23 56:23
57:5,17 58:1

Veritext Legal Solutions
866 299-5127

[witness - york]

59:19 65:17 66:8
66:14 67:9,15
73:12 74:4 83:14
83:20 87:25 88:4
88:9 90:4,13
92:15 94:19 95:20
103:24 111:16,24
116:4,15 122:11
122:19 123:5
124:24 126:24
129:9 131:16
140:7 143:14,23
144:13 147:10
148:1 154:6 158:5
159:19,21 165:21
166:11 167:2,13
170:12 186:11
188:3 191:23
201:4 204:1 207:3
207:9,16 209:8,20
212:8,13,17
214:13,16 215:2,5
216:24

**women's**  101:6,9
101:13

**word**  55:1 59:13
90:3 109:6 120:2
120:8

**words**  48:6 49:12
49:16 51:11 58:17
58:19 60:8 93:3
94:14 107:17
201:11 212:13

**work**  18:24 22:7,7
23:11,20,25 24:2,3
24:17 27:5,22
28:5 30:6,13,19
31:17,19 32:2
33:12 45:18,22
46:10 58:21,22
59:20 60:25 71:4

78:20,20 79:21
81:19 86:11,17
89:24 92:17
147:19 149:24
150:11,13 151:21
152:25 157:2,17
158:3 164:17
195:18 202:11

**worked**  19:2 21:5
23:23 24:12,20
25:16,18 26:9
27:10,14 34:21,25
45:9 55:3 138:25
152:18 153:10

**working**  19:12
24:11,14,23,24
25:3,5 29:10,23
30:10,17 31:1,15
32:10 33:18 34:3
34:6,12 36:23
37:21 38:1 40:9
40:18,22 41:3,17
42:5,20 44:14
45:17,21 69:2,8,9
69:14 71:12,25
72:8 73:21,24
78:23 81:3,10
83:22 87:6 113:5
150:2 171:19
210:1

**works**  76:16

**world**  17:14
116:12 175:22

**worms**  158:24

**worry**  161:19
207:1

**wow**  152:14

**writing**  184:13
188:5 189:10
190:2

**written**  63:2 188:9
189:4 191:18
212:13

**wrong**  56:6 75:12
164:22

**wrongdoing**
164:25

| x |
|---|

**x**  4:1,9 107:9,9
116:6 215:1

| y |
|---|

**y**  112:24,24 116:6
147:16

**y'all**  44:7

**yan**  1:17 4:13,23
9:18 56:17 211:4
212:8 214:1,5
216:2

**yeah**  11:25 13:2
23:2 26:5 30:15
49:1 54:2 67:14
70:4 75:21 76:16
81:12 86:15 93:22
101:5,8 102:1
108:2 109:14,24
110:11 111:9
112:3 116:25
125:16 128:7,21
136:10 141:7
156:15 162:16
166:21,21 173:20
194:21 208:14

**year**  18:12 41:11
47:24 129:14,20
129:21,22 130:3
130:12 134:16,17

**yearly**  107:12

**years**  25:14 29:20
30:3,20 36:5,6,10
36:11,14 41:13

44:16 45:12 48:17
49:1,10 51:5
61:19 64:22 65:8
65:17 80:7 116:19
116:21,23 117:1,3
136:3 152:1,3,4,6
160:17 161:21,25
163:2 171:11

**yesterday**  145:13
145:14,16,18,21
146:5,9 162:8,9,22
163:6,10

**yong**  112:23

**york**  1:19,19 2:7,7
2:17,17,22 4:20
5:4,12 7:1,1,10
8:3 10:12 14:23
15:4 17:4 18:9,11
18:15,17 23:24
24:2,15,18 27:6
28:9 29:10,23
30:4,4,11,18 31:2
31:14,22,23 32:1,2
32:3,11,13,15
33:13,19 34:1,4,7
34:13,17,25 35:21
36:2,24 37:21
38:1,2 40:9,10,11
40:14,17,18,23,24
41:2,4,7,16,18
42:2,6,21 43:25
44:21,25 46:1,6,14
47:21 49:5,19
51:24 52:14 54:20
57:8 58:7 59:21
65:22 68:1 69:8
69:10,15 71:13,13
72:1,1,4,8 73:22
81:3,6 90:18
91:16,17,19,24
92:9,17 93:6 95:4

Veritext Legal Solutions
866 299-5127

**[york - zoom]**

| 97:2 98:3,23 | **z** |
|---|---|
| 99:11 103:10 | **z**   116:6 |
| 104:6,10,13,15,22 | **zero**   21:14 |
| 104:24 109:11,13 | **zoom**   7:16 16:22 |
| 109:18 110:7,15 | |
| 110:17,20,25 | |
| 111:11,17 113:2 | |
| 113:21 114:12,23 | |
| 115:8,12,15 117:6 | |
| 117:10 118:3,8,14 | |
| 119:5,18 120:12 | |
| 121:4,16 122:2,8 | |
| 122:14 123:14 | |
| 124:11 125:7 | |
| 126:22 127:7,18 | |
| 128:12 129:14 | |
| 130:12 131:4,10 | |
| 132:19,21,22,23 | |
| 133:16 134:19 | |
| 135:2,9 137:10 | |
| 140:25 148:12,18 | |
| 150:3,6,20 156:1,7 | |
| 156:18 157:3 | |
| 158:18 160:22 | |
| 163:22 164:14 | |
| 165:22 166:4,15 | |
| 168:10 169:16,25 | |
| 174:16 175:14 | |
| 176:23 177:7,14 | |
| 178:1 180:5 181:5 | |
| 184:10,25 185:4 | |
| 186:10,15 187:4 | |
| 189:1 190:19 | |
| 192:3,12 193:18 | |
| 194:2 195:5,7 | |
| 199:23 201:10 | |
| 206:8,13 207:15 | |
| 208:8 209:9 | |
| **yu**   112:23 | |
| **yvette**   7:9 20:2 | |
| 107:8 194:7 209:8 | |

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.