**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

**EXHIBIT LIST FOR**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| HO WAN KWOK,<br>    DEBTOR. | CASE No.: 22-50073 (JAM) |
| | ECF No. 102 Motion for Order Directing Appointment of an Examiner, or in the alternative, Motion for Order Directing the Appointment of a Chapter 11 Trustee |
| | ECF No. 183 Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to the United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee |
| | EVIDENTIARY HEARING DATE:  May 25, 2022 |

**EXHIBITS SUBMITTED BY:** Official Committee of Unsecured Creditors

**ATTORNEY:**  Irve J. Goldman

| EXHIBIT # | DESCRIPTION | ID/FULL | SUBMIT DATE | WITNESS |
|---|---|---|---|---|
| UCC 1 | February 9, 2022 Decision and Order on Motion for Contempt in *PAX v. Kwok,* index No. 652077/2017 (N.Y. Sup. Ct.), Dkt. No. 1181 | FULL | 5/25/2022 | N/A |
| UCC 2 | Declaration of Mr. Ho Wan Kwok in Support of the Chapter 11 Case and Certain Motions dated March 20, 2022 (ECF No. 107). | FULL | 5/25/2022 | N/A |
| UCC 3 | Genever Holdings, LLC"s Omnibus Second Renewed Motion (i) to Approve Second Amended and Restated Settlement with Bravo Luck and PAX; and (ii) to Hire Melanie L. Cyganowski as an Employee Only to Act as The Sales Officer for the Debtor's Bankruptcy Estate in *In re Genever Holdings, LLC,* Case No 20-12411 (JLG) United States Bankruptcy Court for the Southern District of New York, ECF No. 131. | FULL | 5/25/2022 | N/A |

APPEAL FILED ON _____ .
CHECKED EXHIBITS HAVE BEEN SUBMITTED TO DISTRICT COURT ON _____ .COPIES OF THE EXHIBITS HAVE BEEN RETAINED BY THE BANKRUPTCY COURT

| EXHIBIT # | DESCRIPTION | ID/FULL | SUBMIT DATE | WITNESS |
|---|---|---|---|---|
| UCC 4 | Order Granting Debtor's Second Renewed Motion to Approve the Revised Settlement Agreement in *In re Genever Holdings, LLC,* Case No 20-12411 (JLG), United States Bankruptcy Court for the Southern District of New York, ECF No. 141. | FULL | 5/25/2022 | N/A |
| UCC 5 | Sherry Netherlands Purchase Documents | FULL | 5/25/2022 | N/A |
| UCC 6 | September 22, 2021 Decision and Order on PAX's motion for Turnover in *PAX v. Kwok,* Index No. 652077/2017 (N.Y. Sup. Ct.), Dkt. No. 904. | FULL | 5/25/2022 | N/A |
| UCC 7 | PAX's Motion for Order of Civil Contempt For Failure To Comply With Turnover Order dated January 7, 2022 in *PAX v. Kwok,* Index No. 652077/2017 (N.Y. Sup. Ct.), Dkt. No. 1078. | FULL | 5/25/2022 | N/A |
| UCC 8 | Revised Order Approving the Hiring of Melanie L. Cyganowski as an Employee Only to Act as the Sales Officer for the Debtor's Bankruptcy Estate in *In re Genever Holdings, LLC,* Case No 20-12411 (JLG), United States Bankruptcy Court for the Southern District of New York, ECF No. 142. | FULL | 5/25/2022 | N/A |
| UCC 9 | Order Authorizing Retention of Sotheby's International Realty as its Real Estate Broker and Sales Agent in *In re Genever Holdings, LLC,* Case No 20-12411 (JLG), United States Bankruptcy Court for the Southern District of New York, ECF No. 168. | FULL | 5/25/2022 | N/A |
| UCC 10 | PAX's First Amended Complaint dated April 18, 2019 in *PAX v. Kwok,* Index No. 652077/2017 (N.Y. Sup. Ct.), Dkt. No. 309. | FULL | 5/25/2022 | N/A |
| UCC 11 | PAX's Amended Statement of Claim dated October 16, 202 in *Pacific Alliance Asia Opportunity Fund LP v. Genever Holdings, et al,* Claim No. BVIHCM 0137 of 2020 (Eastern Caribbean Supreme Court, Virgin Islands, Commercial Division). | FULL | 5/25/2022 | N/A |
| UCC 12 | PAX's Reply to the Defense of the First, Second, Third and Fourth Defendants and Defense to the Counterclaim of the Second and Fourth Defendants dated January 29, 2021 in *Pacific Alliance Asia Opportunity Fund LP v. Genever Holdings Corp et al,* Claim No. BVIHCM 0137 of 2020 (Eastern Caribbean Supreme Court, Virgin Islands, Commercial Division). | FULL | 5/25/2022 | N/A |
| UCC 13 | Town of Greenwich Tax Collector's Information on 373 Taconic Road | FULL | 5/25/2022 | N/A |
| UCC 14 | Town of Greenwich Tax Collector's Information on 33 Ferncliff Road | FULL | 5/25/2022 | N/A |

APPEAL FILED ON _____ .
CHECKED EXHIBITS HAVE BEEN SUBMITTED TO DISTRICT COURT ON _____ .COPIES OF THE EXHIBITS HAVE BEEN RETAINED BY THE BANKRUPTCY COURT