# Exhibit UCC-7

# PAX's Motion for Order of Civil Contempt For Failure To Comply With Turnover Order dated January 7, 2022 in PAX v. Kwok, Index No. 652077/2017 (N.Y. Sup. Ct.), Dkt. No. 1078

CASE NO. 22-50073
IN RE: Ho Wan Kwok
VS.
UCC   EXHIBIT   7
DATE _____ IDEN.
DATE 5/25/2022 Admitted in Full   EVID.
BY P.E.
Deputy Clerk
AO 386-A

**NOTICE: THE PURPOSE OF THIS PROCEEDING IS TO PUNISH YOU FOR CONTEMPT OF COURT. SUCH PUNISHMENT MAY CONSIST OF A FINE, IMPRISONMENT, OR BOTH ACCORDING TO LAW.**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P., <br><br> Plaintiff, <br><br> v. <br><br> KWOK HO WAN, *a/k/a* KWOK HO, *a/k/a* GWO WEN GUI, *a/k/a* GUO WENGUI, *a/k/a* GUO WEN-GUI, *a/k/a* WAN GUE HAOYUN, *a/k/a* MILES KWOK, *a/k/a* HAOYUN GUO, GENEVER HOLDINGS CORPORATION, and GENEVER HOLDINGS LLC, <br><br> Defendants. | Index No. 652077/2017 <br><br> Hon. Barry R. Ostrager <br><br> Part 61 <br><br> Mot. Seq. No. __ <br><br> **NOTICE OF MOTION FOR ORDER OF CIVIL CONTEMPT AS TO DEFENDANT MILES KWOK FOR HIS FAILURE TO COMPLY WITH THE COURT'S SEPTEMBER 22, 2021 TURNOVER ORDER** |

**PLEASE TAKE NOTICE** that upon the annexed January 7, 2022 Memorandum of Law in Support of Pacific Alliance Asia Opportunity Fund L.P.'s ("PAX") Motion for an Order of Civil Contempt as to Defendant Miles Kwok for his Failure to Comply with the Court's September 22, 2021 Turnover Order, and the Affirmation of Stuart Sarnoff, Esq., dated January 7, 2022, and the exhibits attached thereto, and the Affidavit of Andrew Willins, dated January 7, 2022, and the exhibits attached thereto, PAX will move the Court at the New York County Courthouse located at 60 Centre Street, Room 130, New York, NY 10007, on the 25th day of January, 2022, at 9:30 a.m., or as soon after that as counsel may be heard, for an order, under N.Y. Judiciary Law § 753 and N.Y. CPLR § 5104, (i) finding Defendant Miles Kwok in contempt of Court for disobeying the Court's September 22, 2021 Turnover Order; and (ii) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, under CPLR 2214(b), answering papers, if any, are required to be served upon the undersigned at least seven days before the return date of this motion.

DATED: January 7, 2022
       New York, New York

Respectfully submitted,

O'MELVENY & MEYERS LLP

By: */s/ Stuart Sarnoff*
Stuart Sarnoff (ssarnoff@omm.com)
7 Times Square
New York, NY 10036
(212) 326-2000

CAHILL GORDON & REINDEL LLP

By: */s/ Edward Moss*
Edward Moss (emoss@cahill.com)
Lauren Riddell (lriddell@cahill.com)
32 Old Slip
New York, NY 10005
(212) 701-3838

*Attorneys for Plaintiff Pacific Alliance Asia Opportunity Fund L.P.*