ct118                                                                                                                05/2021

# United States Bankruptcy Court
## District of Connecticut



In re:

      Ho Wan Kwok

           Debtor *

Case Number: 22-50073

Chapter: 11

Rui Ma

Movant(s)

v.

Ho Wan Kwok

Respondent(s)

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

      Upon the Motion for Relief from Stay dated April 12, 2022 (the "Motion", ECF No. 206), filed by Rui Ma (the "Movant"), after notice and a hearing, see 11 U.S.C. § 102(1), and in accordance with 11 U.S.C. § 362(d)(1) and in compliance with the Court's Contested Matter Procedure; it is hereby

      **ORDERED:** The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. § 362(d)(1) to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to litigation pending before the Supreme Court of the State of New York, New York County, Index No. 158140/2017, in accordance with applicable non-bankruptcy law; and it is further

      **ORDERED:** The fourteen (14) day stay provided in Fed. R. Bankr. P. 4001(a)(3) is hereby waived.

BY THE COURT

Dated: May 27, 2022

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.