# Notice Recipients

District/Off: 0205−5     User: admin     Date Created: 5/27/2022
Case: 22−50073     Form ID: pdfdoc2     Total: 3

**Recipients of Notice of Electronic Filing:**
ust     U. S. Trustee     USTPRegion02.NH.ECF@USDOJ.GOV
aty     Holley L. Claiborn     holley.l.claiborn@usdoj.gov

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty     Steven E. Mackey     Office of the U.S. Trustee     The Giaimo Federal Building     150 Court Street, Room 302     New Haven, CT 06510

TOTAL: 1