# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, | Case No: 22-50073 (JAM) |
| Debtor. | |
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND, L.P., | Contested Matter [Doc. No. 57] |
| Movant, | |
| v. | |
| HO WAN KWOK, | |
| Respondent. | |

## HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S SECOND PROGRESS REPORT REGARDING THE "LADY MAY"

HK International Funds Investments (USA) Limited, LLC ("HK USA"), by and through its undersigned attorneys, Zeisler & Zeisler, P.C., hereby submits this second progress report regarding the status of that certain yacht the "Lady May" in accordance with that certain Stipulated Order Compelling HK International Funds Investments (USA) Limited, LLC to Transport and Deliver that Certain Yacht, the "Lady May" [Doc. No. 299] ("Order") entered by this Court on April 29, 2022. The current status of the particular items as required by paragraph 2 of the Order is set forth in the Declaration of Mei Guo appended hereto as **Exhibit 1**.

Dated this 1st day of June, 2022.

                HK INTERNATIONAL FUNDS
                INVESTMENTS (USA) LIMITED, LLC

By: */s/ Stephen M. Kindseth*
Stephen M. Kindseth (ct14640)
Aaron A. Romney (ct28144)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06604
Telephone: (203) 368-4234
Facsimile (203) 549-0872
Email: skindseth@zeislaw.com
      aromney@zeislaw.com
Its Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice ofElectronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                     */s/ Stephen M. Kindseth*
                                                     Stephen M. Kindseth (ct14640)