# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: <br><br> HO WAN KWOK, <br><br> Debtor. | Chapter 11 <br><br> Case No: 22-50073 (JAM) |
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND, L.P., <br><br> Movant, <br><br> v. <br><br> HO WAN KWOK, <br><br> Respondent. | Contested Matter [Doc. No. 57] |

## DECLARATION OF MEI GUO

I, Mei Guo, hereby declare as follows:

1. I am the sole member of HK International Funds Investments (USA) Limited, LLC ("HK USA"), the sole owner of the yacht known as the "Lady May." As such, I have personal knowledge of the facts set forth in this Declaration.

2. HK USA contracted with Yachtzoo SARL ("Yachtzoo") to provide yacht management services for the Lady May, and Yachtzoo continues to serve in that capacity.

3. The Lady May is currently located in Gilbraltar.

4. Based, in part, upon the written representation of Yachtzoo, all work described in that certain Declaration of Russell Stockil dated April 10, 2022, and filed in this bankruptcy case in connection with this matter, as to be performed has now been completed.

1

5.	The Lady May departed the shipyard MB92 La Ciotat SAS, La Ciotat, France, bound for Gilbraltar to refuel and to prepare for the next leg to Horta, Faial Island (Azores), Portugal, then to Bermuda, and then to Bridgeport, Connecticut.

6.	Based on this route and weather and other circumstances permitting, I reasonably anticipate that the Lady May will be present in the navigable waters of Connecticut between June 25th and June 30th, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: June 1, 2022

*/s/ Mei Guo*  
Mei Guo