# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: admin | Date Created: 6/3/2022 |
| Case: 22−50073 | Form ID: pdfdoc1 | Total: 108 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| 20 | Pacific Alliance Asia Opportunity Fund L.P. | |
| cr | Zheng Wu | |
| 20 | Rui Ma | |
| 20 | Weican Meng | |
| intp | Golden Spring (New York) LTD | |
| crcm | Official Committee of Unsecured Creditors | |
| intp | HK International Funds Investments (USA) Limited, LLC | |
| intp | Mei Guo | |
| cr | Baosheng Guo | |
| cr | Yan Zhao | |
| cr | Ning Ye | |
| 9343402 | 22−50073 | |

TOTAL: 12

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| aty | Aaron Romney | aromney@zeislaw.com |
| aty | Annecca H. Smith | asmith@rc.com |
| aty | Bennett Silverberg | bsilverberg@brownrudnick.com |
| aty | Carollynn H.G. Callari | ccallari@callaripartners.com |
| aty | David S. Forsh | dforsh@callaripartners.com |
| aty | David V. Harbach, II | dharbach@omm.com |
| aty | Dylan Kletter | dkletter@brownrudnick.com |
| aty | Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| aty | Irve J. Goldman | igoldman@pullcom.com |
| aty | Jay Marshall Wolman | jmw@randazza.com |
| aty | Jeffrey L Jonas | jjonas@brownrudnick.com |
| aty | John L. Cesaroni | jcesaroni@zeislaw.com |
| aty | Jonathan Kaplan | jkaplan@pullcom.com |
| aty | Kenneth Aulet | kaulet@brownrudnick.com |
| aty | Kristin B. Mayhew | kmayhew@mdmc−law.com |
| aty | Laura Aronsson | laronsson@omm.com |
| aty | Mia N. Gonzalez | mgonzalez@omm.com |
| aty | Patrick M. Birney | pbirney@rc.com |
| aty | Peter Friedman | pfriedman@omm.com |
| aty | Peter J. Zarella | pzarella@mdmc−law.com |
| aty | Sara Pahlavan | spahlavan@omm.com |
| aty | Scott D. Rosen | srosen@cb−shea.com |
| aty | Stephen M. Kindseth | skindseth@zeislaw.com |
| aty | Stuart M. Sarnoff | ssarnoff@omm.com |
| aty | Timothy D. Miltenberger | Tmiltenberger@cbshealaw.com |
| aty | William Baldiga | wbaldiga@brownrudnick.com |
| aty | William R. Baldiga | wbaldiga@brownrudnick.com |

TOTAL: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Ho Wan Kwok | 373 Taconic Road    Greenwich, CT 06831 |
| cr | Logan Cheng | c/o Randazza Legal Group, PLLC    100 Pearl Street    14th Floor    Hartford, CT 06103 |
| ca | Stretto | 410 Exchange, Suite 100    Irvine, CA 92602 |
| dbaty | Brown Rudnick LLP | One Financial Center    Boston, MA 02111 |
| crcm | Pullman & Comley, LLC | 850 Main Street    Bridgeport, CT 06601 |
| 20 | Huizhen Wang | c/o TroyGould PC    1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067−2367 |
| cr | Chao−Chih Chiu | c/o TroyGould PC    1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067−2367 |
| cr | Yunxia Wu | c/o TroyGould PC    1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067 |
| cr | Keyi Zilkie | c/o TroyGould PC    1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067 |
| aty | Andrew M. Carty | Brown Rudnick LLP    Seven Times Square    New York, NY 10036 |
| aty | Steven E. Mackey | Office of the U.S. Trustee    The Giaimo Federal Building    150 Court Street, Room 302    New Haven, CT 06510 |
| 9343455 | Bi Hai Ge Lin | C/O Kevin Tung, Esq.    38th Avenue, Suite 3d    Flushing, NY 11354 USA |
| 9343450 | Chao−Chih Chiu | c/o TroyGould PC    1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067 |

| | | | | |
|---|---|---|---|---|
| 9343406 | Cheng Jian Wu Jian She | c/o Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. | |
| 9343431 | Chenglong Wang | C/O HGT Law | 250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta | |
| 9343452 | Chong Sheen Raphanella | C/O Wolf Haldenstein Adler Freeman & Her | 270 Madison Avenue    New York, NY 10016 USA    Attn: Matthew Guiney | |
| 9343457 | Fu Le Hong Ma | C/O Kevin Tung, Esq. | 38th Avenue, Suite 3d    Flushing, NY 11354 USA | |
| 9343408 | Gaosheng Guo | c/o Law Office of Ning Ye, Esq. | 135–11 38th Avenue, Suite 1A    Flushing, NY 11354 USA    Attn: Ning Ye, Esq. | |
| 9343404 | Golden Spring New York | 162 E. 64th Street | New York, NY 10605 USA    Attn: Max Krasner | |
| 9343410 | Hong Qi Qu | c/o Kevin Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. | |
| 9343449 | Huizen Wang | c/o TroyGould PC | 1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067–2367 | |
| 9343421 | Jia Li Wang | C/O Thompson Hine | 335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. | |
| 9343435 | Jiamei Lu | C/O Thompson Hine | 335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. | |
| 9343412 | Jian Gong | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. | |
| 9343434 | Jianhu Yi and Qiuju Jia | C/O Arthur Angel, Esq. | 1305 n. Poinsettia Place    Los Angeles, CA 90046 USA | |
| 9343424 | Jonathan Young | 141 Allenby Road | Wellington Point, QLD 4160    AUSTRALIA | |
| 9343419 | Jun Chen aka Jonathan Ho | C/O Wayne Wei Zhu, Esq. | 4125 Kissena Blvd, Suite 112    Flushing, NY 11355 USA    Attn: Wayne Wei Zhu | |
| 9343436 | Jun Liu | C/O Thompson Hine | 335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. | |
| 9343430 | Kaixin Hong | C/O HGT Law | 250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta | |
| 9343447 | Keyi Zilkie | c/o TroyGould PC | 1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067 | |
| 9343418 | Lamp Capital, LLC | Attn: Bernardo Enriquez | 667 Madison Avenue    New York, NY 10065 | |
| 9343415 | Liehong Zhuang/Xiao Yan Zhu | C/O Trexler & Zhang, LLP | 224 West 35th Street, 12th Floor    New York, NY 10001 USA    Attn: Jonathan T. Trexler, Esq. | |
| 9343437 | Linda Cheng | C/O Thompson Hine | 335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. | |
| 9343425 | Logan Cheng | c/o Randazza Legal Group, PLLC | 100 Pearl Street, 14th Fl    Hartford, CT 06103 | |
| 9343438 | Mao–Fu Weng | C/O Thompson Hine | 335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. | |
| 9343411 | Nan Tong Si Jian | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. | |
| 9343407 | Ning Ye | c/o Law Office of Ning Ye, Esq. | 135–11 38th Avenue, Suite 1A    Flushing, NY 11354    Attn: Ning Ye, Esq. | |
| 9343451 | Rong Zhang | C/O Wolf Haldenstein Adler Freeman & Her | 270 Madison Avenue    New York, NY 10016 USA    Attn: Matthew Guiney | |
| 9343439 | RuQin Wang | C/O Thompson Hine | 335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. | |
| 9358088 | Rui Ma | Carollynn HG Callari, Esq/Callari Partne | 100 Somerset Corporate Blvd., Suite 206    Bridgewater, NJ 08807 | |
| 9343426 | SHI | C/O Thompson Hine | 20 N. Clark St., Ste 3200    Chicago, IL 60602 USA    Attn: Steven A. Block, Esq. | |
| 9348491 | Samuel Dan Nunberg | 600 South Dixie Highway, Suite 455 | West Palm Beach, FL 33401 | |
| 9343417 | Samuel Nunberg | C/O Nesenoff & Miltenberg, LLP | 363 Seventh Ave, 5th Floor    New York, NY 10001 USA    Attn: Andrew T. Miltenberg, Esq. | |
| 9343440 | Teli Chen | C/O Thompson Hine | 335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. | |
| 9343422 | WA&HF, LLC/Ruizeng An | C/O AFN Law | 41 Madison Avenue, 31st Floor    New York, NY 10010 USA    Attn: Angus Ni, Esq. | |
| 9343427 | WANG | C/O Carmody Torrance Sandak & Hennessey | 195 Church Street, P.O. Box 1950    New Haven, CT 6509 USA    Attn: David Grudberg | |
| 9358089 | Weican "Watson" Meng and Boxun Inc. | Carollynn HG Callari, Esq/Callari Partne | 100 Somerset Corporate Blvd., Suite 206    Bridgewater, NJ 08807 | |
| 9343441 | Weiguo Sun | C/O Thompson Hine | 335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. | |
| 9343442 | Weixiand Ge | C/O Thompson Hine | 335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. | |
| 9343429 | Wen Lin | C/O HGT Law | 250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta | |
| 9343433 | Xiaobo He | C/O HGT Law | 250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta | |
| 9343453 | Xiaodan Wang | C/O Wolf Haldenstein Adler Freeman & Her | 270 Madison Avenue    New York, NY 10016 USA    Attn: Matthew Guiney | |
| 9343432 | Xiaoping Luo | C/O HGT Law | 250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta | |
| 9343443 | Xingyu Yan | C/O Thompson Hine | 335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. | |
| 9343454 | Xiong Xian Wei Ye | C/O Kevin Tung, Esq. | 136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq | |

| | | | | |
|---|---|---|---|---|
| 9358703 | Xiqiu "Bob" Fu | c/o Irve J. Goldman | Pullman & Compley, LLC | 850 Main St., P O Box 7006    Bridgeport, CT 06601 |
| 9343423 | Xiqiu Fu | c/o The Lanier Law Firm | 10940 W. Sam Houston Pkwy N., Suite 100 | Houston, TX 77064 USA    Attn: Lawrence P. Wilson |
| 9343444 | Yan Gao | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343413 | Yan Zhao | C/O Law Office of Ning Ye, Esq. | 135–11 38th Avenue, Suite 1A | Flushing, NY 11354 USA    Attn: Ning Ye, Esq. |
| 9343409 | Yang Lan and Wu Zheng | 900 Third Avenue, 18th Floor | c/o Arkin Solbakken, LLP | New York, NY 10022    Attn: Robert C. Angelillo |
| 9343445 | Yi Li | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343446 | Ying Liu | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343414 | Yua Hua Zhuang Shi | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. |
| 9344053 | Yue Hua Zhu Shi | 136–20 38th Avenue, Suite 3D | c/o Kevin Kerveng Tung, P.C. | Flushing, NY 11354    Attn: Kevin Tung, Esq. |
| 9343456 | Zhen Yuan Jian Zhu | C/O Kevin Tung, Esq. | 38th Avenue, Suite 3d | Flushing, NY 11354 USA |
| 9358087 | Zheng ("Bruno") Wu and Yang Lan | Carollynn HG Callari, Esq/Callari Partne | 100 Somerset Corporate Blvd., Suite 206 | Bridgewater, NJ 08807 |
| 9343428 | Zhengjun Dong | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |
| 9343448 | yunxia Wu | c/o TroyGould PC | 1801 Century Park East, 16th Floor | Attn: Christopher A. Lilly    Los Angeles, CA 90067 |

TOTAL: 68