# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>        Debtor. | Chapter 11<br><br>Case No: 22-50073 (JAM) |
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND, L.P.,<br><br>        Movant,<br><br>v.<br><br>HO WAN KWOK,<br><br>        Respondent. | Contested Matter [Doc. No. 57] |

## HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S THIRD PROGRESS REPORT REGARDING THE "LADY MAY"

HK International Funds Investments (USA) Limited, LLC ("HK USA"), by and through its undersigned attorneys, Zeisler & Zeisler, P.C., hereby submits this third progress report regarding the status of that certain yacht the "Lady May" in accordance with that certain Stipulated Order Compelling HK International Funds Investments (USA) Limited, LLC to Transport and Deliver that Certain Yacht, the "Lady May" [Doc. No. 299] ("Order") entered by this Court on April 29, 2022. The current status of the particular items as required by paragraph 2 of the Order is set forth in the Declaration of Mei Guo appended hereto as **Exhibit 1**.

Dated this 15th day of June, 2022.

                HK INTERNATIONAL FUNDS
                INVESTMENTS (USA) LIMITED, LLC

                By: */s/ Stephen M. Kindseth*
                Stephen M. Kindseth (ct14640)
                Aaron A. Romney (ct28144)
                Zeisler & Zeisler, P.C.
                10 Middle Street, 15th Floor
                Bridgeport, CT  06604
                Telephone: (203) 368-4234
                Facsimile (203) 549-0872
                Email: skindseth@zeislaw.com
                              aromney@zeislaw.com
                Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice ofElectronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Stephen M. Kindseth
Stephen M. Kindseth (ct14640)