# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, | Case No: 22-50073 (JAM) |
| Debtor. | |
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND, L.P., | Contested Matter [Doc. No. 57] |
| Movant, | |
| v. | |
| HO WAN KWOK, | |
| Respondent. | |

## DECLARATION OF MEI GUO

I, Mei Guo, hereby declare as follows:

1. I am the sole member of HK International Funds Investments (USA) Limited, LLC ("HK USA"), the sole owner of the yacht known as the "Lady May." As such, I have personal knowledge of the facts set forth in this Declaration.

2. HK USA contracted with Yachtzoo SARL ("Yachtzoo") to provide yacht management services for the Lady May, and Yachtzoo continues to serve in that capacity.

3. The Lady May is currently located in Gilbraltar.

4. Based, in part, upon the written representation of Yachtzoo, all work described in that certain Declaration of Russell Stockil dated April 10, 2022, and filed in this bankruptcy case in connection with this matter, as to be performed has been completed.

5. The Lady May has remained in Gilbraltar waiting for favorable weather to cross the Atlantic. The Lady May is now scheduled to depart Gilbraltar on June 16th with arrival in

1

Madeira, Portugal, on the evening of June 18th. If the favorable weather window continues, it is expected that after refueling in Madeira the Lady May can depart for Bermuda and then to Bridgeport, Connecticut.

6. Based on this route and weather and other circumstances permitting, I reasonably anticipate that the Lady May will be present in the navigable waters of Connecticut between June 26th and June 30th, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: June 15, 2022

                                                */s/ Mei Guo*
                                                Mei Guo