# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| In re: | |
|---|---|
| Ho Wan Kwok | Case Number: 22-50073 |
| Debtor | Chapter: 11 |

## ERRATA SHEET REGARDING OFFICIAL TRANSCRIPT

Date of Hearing/Evidentiary Hearing/Trial: <u>May 25, 2022</u>

Presiding Judge: <u>Hon. Julie A. Manning</u>     ECF number of Official Transcript: <u>442</u>

Transcription Service: <u>Fiore Reporting and Transcription Service, Inc.</u>

Name of Transcriber: <u>Christine Fiore</u>

**INSTRUCTIONS**: After reviewing the Official Transcript, please note any change, addition, or deletion on this form. Use additional pages, as necessary, that substantially conform to the format below.

Once complete, please sign and date the form and forward to the court reporting agency that transcribed the Hearing/Evidentiary Hearing/Trial. A copy should also be emailed to the courtroom deputy using the applicable email address:

CourtroomDeputy_Bridgeport@ctb.uscourts.gov
CourtroomDeputy_NewHaven@ctb.uscourts.gov
CourtroomDeputy_Hartford@ctb.uscourts.gov

| Page Number | Line Number | Correction/Change | | Reason |
|---|---|---|---|---|
| | | **Existing Text** | **Proposed Correction** | |
| 3 | 1 | P.M. | A.M. | Accuracy |
| 3 | 2 | The Clerk | The Courtroom Deputy | Update |
| 5 | 18 | Indiscernible | [Courtroom Deputy Speaking] | Transcription |
| 5 | 18 | The Clerk | The Courtroom Deputy | Update |
| 5 | 21 | Indiscernible | [Courtroom Deputy Speaking] | Transcription |
| 5 | 21 | The Clerk | The Courtroom Deputy | Update |

| Page Number | Line Number | Correction/Change | | Reason |
|---|---|---|---|---|
| | | **Existing Text** | **Proposed Correction** | |
| 5 | 24 | Indiscernible | [Courtroom Deputy Speaking] | Transcription |
| 5 | 24 | The Clerk | The Courtroom Deputy | Update |
| 9 | 19 | The Clerk | The Courtroom Deputy | Update |
| 9 | 22 | The Clerk | The Courtroom Deputy | Update |
| 10 | 12 | The Clerk | The Courtroom Deputy | Update |
| 10 | 15 | The Clerk | The Courtroom Deputy | Update |
| 10 | 21 | The Clerk | The Courtroom Deputy | Update |
| 11 | 1 | The Clerk | The Courtroom Deputy | Update |
| 11 | 11 | The Clerk | The Courtroom Deputy | Update |
| 13 | 8 | Voracity | veracity | Accuracy |
| 20 | 5 | Compoany | company | Accuracy |
| 26 | 21 | Kuo | quo | Accuracy |
| 26 | 25 | Kuo | quo | Accuracy |
| 28 | 2 | Kuo | quo | Accuracy |
| 28-29 | 25-1 | Region 11, Evangelical Alliance of Our Church's | Regional Evangelical Alliance of Churches | Case Accuracy |
| 30 | 1 | thru | through | Accuracy |
| 30 | 3 | Kuo | quo | Accuracy |
| 30 | 22 | thru | through | Accuracy |
| 30 | 24 | Julian (ph) | Julian | Case Accuracy |
| 32 | 17 | Spear | Speer | Case Accuracy |

| Page Number | Line Number | Correction/Change Existing Text | Correction/Change Proposed Correction | Reason |
|---|---|---|---|---|
| 32 | 17 | Babiaff (ph) | Babayoff | Case Accuracy |
| 33 | 9 | Gevic (ph) | Jevic | Case Accuracy |
| 34 | 1 | Kuo | quo | Accuracy |
| 34 | 1 | Kuo | quo | Accuracy |
| 35 | 19 | Rollicks (ph) | Rolick | Case Accuracy |
| 35 | 20 | Rollicks (ph) | Rolick | Case Accuracy |
| 35 | 23 | Rollicks (ph) | Rolick | Case Accuracy |
| 35 | 4 | Gestalt | gestalt | Accuracy |
| 36 | 8 | BHS and B (ph) | BH S & B | Case Accuracy |
| 39 | 11-12 | in valve | involve | Accuracy |
| 45 | 2 | Babiaff | Babayoff | Case Accuracy |
| 45 | 7 | Babiaff | Babayoff | Case Accuracy |
| 45 | 13 | Midwest Properties v. Sherwano (ph) | Midwest Properties of Shawano | Case Accuracy |
| 45 | 24 | a quality | equality | Accuracy |
| 48 | 1 | Collier (ph) | Collier | Accuracy |
| 87 | 11 | 156(b)(2)(B) | 157(b)(2)(B) | Code Accuracy |
| 87 | 13 | court | core | Accuracy |
| 91 | 24 | May 1st | made first | Accuracy |
| 94 | 20 | in front fo | in front of | Accuracy |
| 96 | 4 | of (indiscernible) | that are required under the | Accuracy |

| Page Number | Line Number | Correction/Change ||  Reason |
|---|---|---|---|---|
| | | **Existing Text** | **Proposed Correction** | |
| 100 | 14-15 | Kay Ye Zookie Came (ph) | Keyi Zilkie claim | Case Accuracy |
| 107 | 11 | (indiscernible) immediate | Gawker Media | Transcription |
| 111 | 1 | (indiscernible) | under | Transcription |

Date: <u>6/16/22</u>