# Notice Recipients

District/Off: 0205–5          User: admin                    Date Created: 6/16/2022
Case: 22–50073              Form ID: pdfdoc1                Total: 108

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| 20 | Pacific Alliance Asia Opportunity Fund L.P. | |
| cr | Zheng Wu | |
| 20 | Rui Ma | |
| 20 | Weican Meng | |
| intp | Golden Spring (New York) LTD | |
| crcm | Official Committee of Unsecured Creditors | |
| intp | HK International Funds Investments (USA) Limited, LLC | |
| intp | Mei Guo | |
| cr | Baosheng Guo | |
| cr | Yan Zhao | |
| cr | Ning Ye | |
| 9343402 | 22–50073 | |

TOTAL: 12

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| aty | Aaron Romney | aromney@zeislaw.com |
| aty | Annecca H. Smith | asmith@rc.com |
| aty | Bennett Silverberg | bsilverberg@brownrudnick.com |
| aty | Carollynn H.G. Callari | ccallari@callaripartners.com |
| aty | David S. Forsh | dforsh@callaripartners.com |
| aty | David V. Harbach, II | dharbach@omm.com |
| aty | Dylan Kletter | dkletter@brownrudnick.com |
| aty | Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| aty | Irve J. Goldman | igoldman@pullcom.com |
| aty | Jay Marshall Wolman | jmw@randazza.com |
| aty | Jeffrey L Jonas | jjonas@brownrudnick.com |
| aty | John L. Cesaroni | jcesaroni@zeislaw.com |
| aty | Jonathan Kaplan | jkaplan@pullcom.com |
| aty | Kenneth Aulet | kaulet@brownrudnick.com |
| aty | Kristin B. Mayhew | kmayhew@mdmc–law.com |
| aty | Laura Aronsson | laronsson@omm.com |
| aty | Mia N. Gonzalez | mgonzalez@omm.com |
| aty | Patrick M. Birney | pbirney@rc.com |
| aty | Peter Friedman | pfriedman@omm.com |
| aty | Peter J. Zarella | pzarella@mdmc–law.com |
| aty | Sara Pahlavan | spahlavan@omm.com |
| aty | Scott D. Rosen | srosen@cb–shea.com |
| aty | Stephen M. Kindseth | skindseth@zeislaw.com |
| aty | Stuart M. Sarnoff | ssarnoff@omm.com |
| aty | Timothy D. Miltenberger | Tmiltenberger@cbshealaw.com |
| aty | William Baldiga | wbaldiga@brownrudnick.com |
| aty | William R. Baldiga | wbaldiga@brownrudnick.com |

TOTAL: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Ho Wan Kwok | 373 Taconic Road      Greenwich, CT 06831 |
| cr | Logan Cheng | c/o Randazza Legal Group, PLLC      100 Pearl Street      14th Floor      Hartford, CT 06103 |
| ca | Stretto | 410 Exchange, Suite 100      Irvine, CA 92602 |
| dbaty | Brown Rudnick LLP | One Financial Center      Boston, MA 02111 |
| crcm | Pullman & Comley, LLC | 850 Main Street      Bridgeport, CT 06601 |
| 20 | Huizhen Wang | c/o TroyGould PC      1801 Century Park East, 16th Floor      Attn: Christopher A. Lilly      Los Angeles, CA 90067–2367 |
| cr | Chao–Chih Chiu | c/o TroyGould PC      1801 Century Park East, 16th Floor      Attn: Christopher A. Lilly      Los Angeles, CA 90067–2367 |
| cr | Yunxia Wu | c/o TroyGould PC      1801 Century Park East, 16th Floor      Attn: Christopher A. Lilly      Los Angeles, CA 90067 |
| cr | Keyi Zilkie | c/o TroyGould PC      1801 Century Park East, 16th Floor      Attn: Christopher A. Lilly      Los Angeles, CA 90067 |
| aty | Andrew M. Carty | Brown Rudnick LLP      Seven Times Square      New York, NY 10036 |
| aty | Steven E. Mackey | Office of the U.S. Trustee      The Giaimo Federal Building      150 Court Street, Room 302      New Haven, CT 06510 |
| 9343455 | Bi Hai Ge Lin | C/O Kevin Tung, Esq.      38th Avenue, Suite 3d      Flushing, NY 11354 USA |
| 9343450 | Chao–Chih Chiu | c/o TroyGould PC      1801 Century Park East, 16th Floor      Attn: Christopher A. Lilly      Los Angeles, CA 90067 |

9343406    Cheng Jian Wu Jian She       c/o Kevin Kerveng Tung, P.C.        136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA       Attn: Kevin Tung, Esq.

9343431    Chenglong Wang       C/O HGT Law       250 Park Avenue, 7th Floor       New York, NY 10177 USA      Attn: Hung Ta

9343452    Chong Sheen Raphanella       C/O Wolf Haldenstein Adler Freeman & Her       270 Madison Avenue       New York, NY 10016 USA       Attn: Matthew Guiney

9343457    Fu Le Hong Ma       C/O Kevin Tung, Esq.       38th Avenue, Suite 3d       Flushing, NY 11354 USA

9343408    Gaosheng Guo       c/o Law Office of Ning Ye, Esq.       135–11 38th Avenue, Suite 1A       Flushing, NY 11354 USA       Attn: Ning Ye, Esq.

9343404    Golden Spring New York       162 E. 64th Street       New York, NY 10605 USA       Attn: Max Krasner

9343410    Hong Qi Qu       c/o Kevin Tung, P.C.       136–20 38th Avenue, Suite 3D & 3F       Flushing, NY 11354 USA       Attn: Kevin Tung, Esq.

9343449    Huizen Wang       c/o TroyGould PC       1801 Century Park East, 16th Floor       Attn: Christopher A. Lilly       Los Angeles, CA 90067–2367

9343421    Jia Li Wang       C/O Thompson Hine       335 Madison Avenue, 12th Floor       New York, NY 10017 USA       Attn: Brian P. Lanciault, Esq.

9343435    Jiamei Lu       C/O Thompson Hine       335 Madison Avenue, 12th Floor       New York, NY 10017 USA       Attn: Brian P. Lanciault, Esq.

9343412    Jian Gong       C/O Kevin Kerveng Tung, P.C.       136–20 38th Avenue, Suite 3D       Flushing, NY 11354 USA       Attn: Kevin Tung, Esq.

9343434    Jianhu Yi and Qiuju Jia       C/O Arthur Angel, Esq.       1305 n. Poinsettia Place       Los Angeles, CA 90046 USA

9343424    Jonathan Young       141 Allenby Road       Wellington Point, QLD 4160       AUSTRALIA

9343419    Jun Chen aka Jonathan Ho       C/O Wayne Wei Zhu, Esq.       4125 Kissena Blvd, Suite 112       Flushing, NY 11355 USA       Attn: Wayne Wei Zhu

9343436    Jun Liu       C/O Thompson Hine       335 Madison Avenue, 12th Floor       New York, NY 10017 USA       Attn: Brian P. Lanciault, Esq.

9343430    Kaixin Hong       C/O HGT Law       250 Park Avenue, 7th Floor       New York, NY 10177 USA       Attn: Hung Ta

9343447    Keyi Zilkie       c/o TroyGould PC       1801 Century Park East, 16th Floor       Attn: Christopher A. Lilly       Los Angeles, CA 90067

9343418    Lamp Capital, LLC       Attn: Bernardo Enriquez       667 Madison Avenue       New York, NY 10065

9343415    Liehong Zhuang/Xiao Yan Zhu       C/O Trexler & Zhang, LLP       224 West 35th Street, 12th Floor       New York, NY 10001 USA       Attn: Jonathan T. Trexler, Esq.

9343437    Linda Cheng       C/O Thompson Hine       335 Madison Avenue, 12th Floor       New York, NY 10017 USA       Attn: Brian P. Lanciault, Esq.

9343425    Logan Cheng       c/o Randazza Legal Group, PLLC       100 Pearl Street, 14th Fl       Hartford, CT 06103

9343438    Mao–Fu Weng       C/O Thompson Hine       335 Madison Avenue, 12th Floor       New York, NY 10017 USA       Attn: Brian P. Lanciault, Esq.

9343411    Nan Tong Si Jian       C/O Kevin Kerveng Tung, P.C.       136–20 38th Avenue, Suite 3D & 3F       Flushing, NY 11354 USA       Attn: Kevin Tung, Esq.

9343407    Ning Ye       c/o Law Office of Ning Ye, Esq.       135–11 38th Avenue, Suite 1A       Flushing, NY 11354       Attn: Ning Ye, Esq.

9343451    Rong Zhang       C/O Wolf Haldenstein Adler Freeman & Her       270 Madison Avenue       New York, NY 10016 USA       Attn: Matthew Guiney

9343439    RuQin Wang       C/O Thompson Hine       335 Madison Avenue, 12th Floor       New York, NY 10017 USA       Attn: Brian P. Lanciault, Esq.

9358088    Rui Ma       Carollynn HG Callari, Esq/Callari Partne       100 Somerset Corporate Blvd., Suite 206       Bridgewater, NJ 08807

9343426    SHI       C/O Thompson Hine       20 N. Clark St., Ste 3200       Chicago, IL 60602 USA       Attn: Steven A. Block, Esq.

9348491    Samuel Dan Nunberg       600 South Dixie Highway, Suite 455       West Palm Beach, FL 33401

9343417    Samuel Nunberg       C/O Nesenoff & Miltenberg, LLP       363 Seventh Ave, 5th Floor       New York, NY 10001 USA       Attn: Andrew T. Miltenberg, Esq.

9343440    Teli Chen       C/O Thompson Hine       335 Madison Avenue, 12th Floor       New York, NY 10017 USA       Attn: Brian P. Lanciault, Esq.

9343422    WA&HF, LLC/Ruizeng An       C/O AFN Law       41 Madison Avenue, 31st Floor       New York, NY 10010 USA       Attn: Angus Ni, Esq.

9343427    WANG       C/O Carmody Torrance Sandak & Hennessey       195 Church Street, P.O. Box 1950       New Haven, CT 6509 USA       Attn: David Grudberg

9358089    Weican "Watson" Meng and Boxun Inc.       Carollynn HG Callari, Esq/Callari Partne       100 Somerset Corporate Blvd., Suite 206       Bridgewater, NJ 08807

9343441    Weiguo Sun       C/O Thompson Hine       335 Madison Avenue, 12th Floor       New York, NY 10017 USA       Attn: Brian P. Lanciault, Esq.

9343442    Weixiand Ge       C/O Thompson Hine       335 Madison Avenue, 12th Floor       New York, NY 10017 USA       Attn: Brian P. Lanciault, Esq.

9343429    Wen Lin       C/O HGT Law       250 Park Avenue, 7th Floor       New York, NY 10177 USA       Attn: Hung Ta

9343433    Xiaobo He       C/O HGT Law       250 Park Avenue, 7th Floor       New York, NY 10177 USA       Attn: Hung Ta

9343453    Xiaodan Wang       C/O Wolf Haldenstein Adler Freeman & Her       270 Madison Avenue       New York, NY 10016 USA       Attn: Matthew Guiney

9343432    Xiaoping Luo       C/O HGT Law       250 Park Avenue, 7th Floor       New York, NY 10177 USA       Attn: Hung Ta

9343443    Xingyu Yan       C/O Thompson Hine       335 Madison Avenue, 12th Floor       New York, NY 10017 USA       Attn: Brian P. Lanciault, Esq.

9343454    Xiong Xian Wei Ye       C/O Kevin Tung, Esq.       136–20 38th Avenue, Suite 3D & 3F       Flushing, NY 11354 USA       Attn: Kevin Tung, Esq

| 9358703 | Xiqiu "Bob" Fu       c/o Irve J. Goldman       Pullman & Compley, LLC       850 Main St., P O Box 7006       Bridgeport, CT 06601 |
| 9343423 | Xiqiu Fu       c/o The Lanier Law Firm       10940 W. Sam Houston Pkwy N., Suite 100       Houston, TX 77064 USA       Attn: Lawrence P. Wilson |
| 9343444 | Yan Gao       C/O Thompson Hine       335 Madison Avenue, 12th Floor       New York, NY 10017 USA       Attn: Brian P. Lanciault, Esq. |
| 9343413 | Yan Zhao       C/O Law Office of Ning Ye, Esq.       135–11 38th Avenue, Suite 1A       Flushing, NY 11354 USA       Attn: Ning Ye, Esq. |
| 9343409 | Yang Lan and Wu Zheng       900 Third Avenue, 18th Floor       c/o Arkin Solbakken, LLP       New York, NY 10022       Attn: Robert C. Angelillo |
| 9343445 | Yi Li       C/O Thompson Hine       335 Madison Avenue, 12th Floor       New York, NY 10017 USA       Attn: Brian P. Lanciault, Esq. |
| 9343446 | Ying Liu       C/O Thompson Hine       335 Madison Avenue, 12th Floor       New York, NY 10017 USA       Attn: Brian P. Lanciault, Esq. |
| 9343414 | Yua Hua Zhuang Shi       C/O Kevin Kerveng Tung, P.C.       136–20 38th Avenue, Suite 3D & 3F       Flushing, NY 11354 USA       Attn: Kevin Tung, Esq. |
| 9344053 | Yue Hua Zhu Shi       136–20 38th Avenue, Suite 3D       c/o Kevin Kerveng Tung, P.C.       Flushing, NY 11354       Attn: Kevin Tung, Esq. |
| 9343456 | Zhen Yuan Jian Zhu       C/O Kevin Tung, Esq.       38th Avenue, Suite 3d       Flushing, NY 11354 USA |
| 9358087 | Zheng ("Bruno") Wu and Yang Lan       Carollynn HG Callari, Esq/Callari Partne       100 Somerset Corporate Blvd., Suite 206       Bridgewater, NJ 08807 |
| 9343428 | Zhengjun Dong       C/O HGT Law       250 Park Avenue, 7th Floor       New York, NY 10177 USA       Attn: Hung Ta |
| 9343448 | yunxia Wu       c/o TroyGould PC       1801 Century Park East, 16th Floor       Attn: Christopher A. Lilly       Los Angeles, CA 90067 |

TOTAL: 68