# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor.[1] | : |
| | : |

## ORDER EXTENDING TIME FOR CREDITORS TO FILE COMPLAINTS TO DETERMINE THE DISCHARGEABILITY OF DEBT

Upon the Motion of the Official Committee of Unsecured Creditors to Extend the Deadline to File Complaints to Determine the Dischargeability of a Debt Pursuant to Fed. R. Bankr. P. 4007(c) (the "Motion") and due and proper service of the Motion having been made upon the Debtor, the United States Trustee, and all appearing parties; and after due deliberation and sufficient cause appearing therefor; it is

**ORDERED**, that the Motion is hereby granted and approved in all respects; and it is further

**ORDERED**, the deadline for creditors to file complaints to determine the dischargeability of a debt pursuant to 11 U.S.C. § 523(c) is hereby extended to July 20, 2022.

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.