**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| HO WAN KWOK,[1] | : | Case No. 22-50073(JAM) |
| Debtor. | : |  |
|  | : | June 17, 2022 |

**CREDITORS RUI MA, ZHENG WU AND WEICAN MENG'S JOINDER**
**TO THE MOTION TO EXTEND THE DEADLINE TO FILE COMPLAINTS TO**
**DETERMINE THE DISCHARGEABILITY OF A DEBT PURSUANT TO FED. R.**
**BANKR. P. 4007(c) FILED BY THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS**

Creditors Rui Ma, Zheng Wu and Weican Meng ("**Creditors**"), by and through their

undersigned counsel, hereby join in the Motion to Extend the Deadline to File Complaints to

Determine the Dischargeability of a Debt Pursuant to Fed. R. Bankr. P. 4007(c) filed by the

Official Committee of Unsecured Creditors (the "Committee") [ECF 469] for the reasons set

forth therein.  The Creditors similarly request a thirty (30) day extension of time from the

current deadline of June 20, 2022, to file complaints objecting to the dischargeability of their

debts pursuant to Section 523(c) of the Bankruptcy Code.

---

[1]  The above-named Debtor and Debtor in Possession, Ho Wan Kwok (the "**Debtor**" or "**Kwok**") is known by the
following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

/s/   *Kristin B. Mayhew*

Kristin B. Mayhew (ct20896)
McElroy, Deutsch, Mulvaney & Carpenter,
LLP
30 Jelliff Lane
Southport, CT  06890-1436
Tel.(203) 319-4000
Fax(203) 259-0251
Email: kmayhew@mdmc-law.com

-and-

Carollynn H.G. Callari (admitted *pro hac vice*)
David S. Forsh (admitted *pro hac vice*)
**CALLARI PARTNERS LLC**
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone:  (212) 202-3050
Email:       ccallari@callaripartners.com
                dforsh@callaripartners.com

*Attorneys for Rui Ma, Zheng Wu and Weican Meng*

KBM/M1738/1001/1836315v1
06/17/22-HRT/BD

## <u>CERTIFICATE OF SERVICE</u>

I, Kristin B. Mayhew, hereby certify that a true and accurate copy of the foregoing was filed with the Court on June 17, 2022.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's CM/ECF System.  In addition, I also caused the foregoing to be served upon the Debtor by regular mail, postage prepaid, at the following address:


Mr. Ho Wan Kwok
373 Taconic Road
Greenwich, CT  06821



                                            /s/ Kristin B. Mayhew
                                            Kristin B. Mayhew

KBM/M1738/1001/1836315v1
06/17/22-HRT/BD