United States Bankruptcy Court
District of Connecticut

In re:  Case No. 22-50073-jam
Ho Wan Kwok  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-5      User: admin      Page 1 of 4
Date Rcvd: Jun 16, 2022      Form ID: pdfdoc1      Total Noticed: 63

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ho Wan Kwok, 373 Taconic Road, Greenwich, CT 06831-2828 |
| aty | + | Andrew M. Carty, Brown Rudnick LLP, Seven Times Square, New York, NY 10036-6548 |
| dbaty | + | Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |
| crcm | + | Pullman & Comley, LLC, 850 Main Street, Bridgeport, CT 06604-4988 |
| 9343455 | + | Bi Hai Ge Lin, C/O Kevin Tung, Esq., 38th Avenue, Suite 3d, Flushing, NY 11354 USA 11363 |
| 9343450 | + | Chao-Chih Chiu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| 9343406 | + | Cheng Jian Wu Jian She, c/o Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232, Attn: Kevin Tung, Esq. |
| 9343431 | + | Chenglong Wang, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9343452 | + | Chong Sheen Raphanella, C/O Wolf Haldenstein Adler Freeman & Her, 270 Madison Avenue, New York, NY 10016-0601, Attn: Matthew Guiney |
| 9343457 | + | Fu Le Hong Ma, C/O Kevin Tung, Esq., 38th Avenue, Suite 3d, Flushing, NY 11354 USA 11363 |
| 9343408 | + | Gaosheng Guo, c/o Law Office of Ning Ye, Esq., 135-11 38th Avenue, Suite 1A, Flushing, NY 11354-4440, Attn: Ning Ye, Esq. |
| 9343404 | #+ | Golden Spring New York, 162 E. 64th Street, New York, NY 10605 USA 10065-7478, Attn: Max Krasner |
| 9343410 | + | Hong Qi Qu, c/o Kevin Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232, Attn: Kevin Tung, Esq. |
| 9343449 | | Huizen Wang, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2367 |
| 20 | | Huizhen Wang, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2367 |
| 9343421 | + | Jia Li Wang, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343435 | + | Jiamei Lu, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343412 | + | Jian Gong, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D, Flushing, NY 11354-4232, Attn: Kevin Tung, Esq. |
| 9343434 | + | Jianhu Yi and Qiuju Jia, C/O Arthur Angel, Esq., 1305 n. Poinsettia Place, Los Angeles, CA 90046-4305 |
| 9343419 | + | Jun Chen aka Jonathan Ho, C/O Wayne Wei Zhu, Esq., 4125 Kissena Blvd, Suite 112, Flushing, NY 11355-3150, Attn: Wayne Wei Zhu |
| 9343436 | + | Jun Liu, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343430 | + | Kaixin Hong, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9343447 | + | Keyi Zilkie, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| 9343418 | + | Lamp Capital, LLC, Attn: Bernardo Enriquez, 667 Madison Avenue, New York, NY 10065-8029 |
| 9343415 | + | Liehong Zhuang/Xiao Yan Zhu, C/O Trexler & Zhang, LLP, 224 West 35th Street, 12th Floor, New York, NY 10001-2532, Attn: Jonathan T. Trexler, Esq. |
| 9343437 | + | Linda Cheng, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343425 | + | Logan Cheng, c/o Randazza Legal Group, PLLC, 100 Pearl Street, 14th Fl, Hartford, CT 06103-4500 |
| 9343438 | + | Mao-Fu Weng, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343411 | + | Nan Tong Si Jian, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232, Attn: Kevin Tung, Esq. |
| 9343407 | + | Ning Ye, c/o Law Office of Ning Ye, Esq., 135-11 38th Avenue, Suite 1A, Flushing, NY 11354-4440, Attn: Ning Ye, Esq. |
| 9343451 | + | Rong Zhang, C/O Wolf Haldenstein Adler Freeman & Her, 270 Madison Avenue, New York, NY 10016-0601, Attn: Matthew Guiney |
| 9343439 | + | RuQin Wang, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9358088 | + | Rui Ma, Carollynn HG Callari, Esq/Callari Partne, 100 Somerset Corporate Blvd., Suite 206, Bridgewater, NJ 08807-2842 |
| 9343426 | + | SHI, C/O Thompson Hine, 20 N. Clark St., Ste 3200, Chicago, IL 60602-5093, Attn: Steven A. Block, Esq. |
| 9348491 | + | Samuel Dan Nunberg, 600 South Dixie Highway, Suite 455, West Palm Beach, FL 33401-5851 |
| 9343417 | + | Samuel Nunberg, C/O Nesenoff & Miltenberg, LLP, 363 Seventh Ave, 5th Floor, New York, NY 10001-3915, Attn: Andrew T. Miltenberg, Esq. |
| 9343440 | + | Teli Chen, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343422 | + | WA&HF, LLC/Ruizeng An, C/O AFN Law, 41 Madison Avenue, 31st Floor, New York, NY 10010-2345, Attn: Angus Ni, Esq. |
| 9343427 | + | WANG, C/O Carmody Torrance Sandak & Hennessey, 195 Church Street, P.O. Box 1950, New Haven, CT 6509 USA 06509-1950, Attn: David Grudberg |
| 9358089 | + | Weican Watson Meng and Boxun Inc., Carollynn HG Callari, Esq/Callari Partne, 100 Somerset Corporate Blvd., Suite 206, Bridgewater, NJ 08807-2842 |

| District/off: 0205-5 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2022 | Form ID: pdfdoc1 | Total Noticed: 63 |

| | | |
|---|---|---|
| 9343441 | + | Weiguo Sun, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343442 | + | Weixiand Ge, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343429 | + | Wen Lin, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9343433 | + | Xiaobo He, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9343453 | + | Xiaodan Wang, C/O Wolf Haldenstein Adler Freeman & Her, 270 Madison Avenue, New York, NY 10016-0601, Attn: Matthew Guiney |
| 9343432 | + | Xiaoping Luo, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9343443 | + | Xingyu Yan, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343454 | + | Xiong Xian Wei Ye, C/O Kevin Tung, Esq., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232, Attn: Kevin Tung, Esq |
| 9358703 | + | Xiqiu Bob Fu, c/o Irve J. Goldman, Pullman & Compley, LLC, 850 Main St., P O Box 7006, Bridgeport, CT 06601-7006 |
| 9343423 | + | Xiqiu Fu, c/o The Lanier Law Firm, 10940 W. Sam Houston Pkwy N., Suite 100, Houston, TX 77064-5768, Attn: Lawrence P. Wilson |
| 9343444 | + | Yan Gao, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343413 | + | Yan Zhao, C/O Law Office of Ning Ye, Esq., 135-11 38th Avenue, Suite 1A, Flushing, NY 11354-4440, Attn: Ning Ye, Esq. |
| 9343409 | + | Yang Lan and Wu Zheng, 900 Third Avenue, 18th Floor, c/o Arkin Solbakken, LLP, New York, NY 10022-5000, Attn: Robert C. Angelillo |
| 9343445 | + | Yi Li, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343446 | + | Ying Liu, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343414 | + | Yua Hua Zhuang Shi, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232, Attn: Kevin Tung, Esq. |
| 9344053 | + | Yue Hua Zhu Shi, 136-20 38th Avenue, Suite 3D, c/o Kevin Kerveng Tung, P.C., Flushing, NY 11354-4232, Attn: Kevin Tung, Esq. |
| 9343456 | + | Zhen Yuan Jian Zhu, C/O Kevin Tung, Esq., 38th Avenue, Suite 3d, Flushing, NY 11354 USA 11363 |
| 9358087 | + | Zheng (Bruno) Wu and Yang Lan, Carollynn HG Callari, Esq/Callari Partne, 100 Somerset Corporate Blvd., Suite 206, Bridgewater, NJ 08807-2842 |
| 9343428 | + | Zhengjun Dong, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9343448 | + | yunxia Wu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |

TOTAL: 61

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ustpregion02.nh.ecf@usdoj.gov | Jun 16 2022 18:27:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |
| ca | + Email/Text: cr-info@stretto.com | Jun 16 2022 18:27:00 | Stretto, 410 Exchange, Suite 100, Irvine, CA 92602-1331 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Baosheng Guo |
| intp | | Golden Spring (New York) LTD |
| intp | | HK International Funds Investments (USA) Limited, |
| intp | | Mei Guo |
| cr | | Ning Ye |
| crcm | | Official Committee of Unsecured Creditors |
| cr | | Yan Zhao |
| cr | | Zheng Wu |
| 9343402 | | 22-50073 |
| 9343424 | | Jonathan Young, 141 Allenby Road, Wellington Point, QLD 4160, AUSTRALIA |
| 20 | | Pacific Alliance Asia Opportunity Fund L.P. |
| 20 | | Rui Ma |
| 20 | | Weican Meng |
| cr | * | Chao-Chih Chiu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2367 |
| cr | *+ | Keyi Zilkie, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| cr | *+ | Logan Cheng, c/o Randazza Legal Group, PLLC, 100 Pearl Street, 14th Floor, Hartford, CT 06103-4500 |
| cr | *+ | Yunxia Wu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |

TOTAL: 13 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 3 of 4 |
| Date Rcvd: Jun 16, 2022 | Form ID: pdfdoc1 | Total Noticed: 63 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Romney | on behalf of Interested Party Mei Guo aromney@zeislaw.com  swenthen@zeislaw.com |
| Aaron Romney | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron Romney | on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Annecca H. Smith | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com |
| Bennett Silverberg | on behalf of Debtor Ho Wan Kwok bsilverberg@brownrudnick.com |
| Carollynn H.G. Callari | on behalf of Creditor Zheng Wu ccallari@callaripartners.com |
| Carollynn H.G. Callari | on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com |
| Carollynn H.G. Callari | on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com |
| David S. Forsh | on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com |
| David S. Forsh | on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com |
| David S. Forsh | on behalf of Creditor Zheng Wu dforsh@callaripartners.com |
| David V. Harbach, II | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com |
| Dylan Kletter | on behalf of Debtor Ho Wan Kwok dkletter@brownrudnick.com adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;rstark@brownrudnick.com |
| Holley L. Claiborn | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |
| Irve J. Goldman | on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com  rmccoy@pullcom.com |
| Jay Marshall Wolman | on behalf of Creditor Logan Cheng jmw@randazza.com  ecf-6898@ecf.pacerpro.com |
| Jeffrey L Jonas | on behalf of Debtor Ho Wan Kwok jjonas@brownrudnick.com |
| John L. Cesaroni | on behalf of Interested Party Mei Guo jcesaroni@zeislaw.com |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 16, 2022 | Form ID: pdfdoc1 | Total Noticed: 63 |

Jonathan Kaplan
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com prulewicz@pullcom.com;rmccoy@pullcom.com

Kenneth Aulet
    on behalf of Debtor Ho Wan Kwok kaulet@brownrudnick.com

Kristin B. Mayhew
    on behalf of Creditor Zheng Wu kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of 20 Largest Creditor Weican Meng kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of 20 Largest Creditor Rui Ma kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Laura Aronsson
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com

Mia N. Gonzalez
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com

Patrick M. Birney
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com

Patrick M. Birney
    on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com

Peter Friedman
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com

Peter Friedman
    on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com

Peter J. Zarella
    on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com

Peter J. Zarella
    on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com

Peter J. Zarella
    on behalf of Creditor Zheng Wu pzarella@mdmc-law.com

Sara Pahlavan
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. spahlavan@omm.com

Scott D. Rosen
    on behalf of Interested Party Golden Spring (New York) LTD srosen@cb-shea.com msullivan@cbshealaw.com;dtempera@cbshealaw.com

Stephen M. Kindseth
    on behalf of Interested Party HK International Funds Investments (USA) Limited LLC skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth
    on behalf of Interested Party Mei Guo skindseth@zeislaw.com cjervey@zeislaw.com

Stuart M. Sarnoff
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff
    on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com

Timothy D. Miltenberger
    on behalf of Interested Party Golden Spring (New York) LTD Tmiltenberger@cbshealaw.com msullivan@cbshealaw.com;dtempera@cbshealaw.com

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

William Baldiga
    on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com

William R. Baldiga
    on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com

TOTAL: 42

**File an order :**

22-50073 Ho Wan Kwok

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 5 (Bridgeport) |
| Assets: y | Judge: jam | Case Flag: DebtEd, EXHIBITS |

## U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Clerks Office pe entered on 6/16/2022 at 12:32 PM EDT and filed on 6/16/2022

**Case Name:** Ho Wan Kwok
**Case Number:** 22-50073
**Document Number:** 467

**Docket Text:**
**ORDER SETTING DEADLINE FOR RESPONSE TO OFFICIAL TRANSCRIPT ERRATA SHEET.** On May 25, 2022, a hearing on PAX's Motion to Dismiss or Joinder was held. An Official Transcript of the hearing was filed on the docket on May 27, 2022 (ECF No. 442). A Status Conference was held on June 9, 2022 to discuss corrections to be made to the Official Transcript and the preparation and filing of an errata sheet containing corrections proposed by the Court. Any party who wishes to do so is hereby provided with the opportunity to review and propose corrections to the Official Transcript. Accordingly, it is hereby:
**ORDERED:** A response, if any, to the errata sheet of corrections appearing on the docket as ECF No. 466 shall be filed on or before July 6, 2022. Signed by Judge Julie A. Manning on June 16, 2022. (pe)

The following document(s) are associated with this transaction:

**22-50073 Notice will be electronically mailed to:**

Laura Aronsson on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Kenneth Aulet on behalf of Debtor Ho Wan Kwok
kaulet@brownrudnick.com

William Baldiga on behalf of Debtor Ho Wan Kwok
wbaldiga@brownrudnick.com

William R. Baldiga on behalf of Debtor Ho Wan Kwok
wbaldiga@brownrudnick.com

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Rui Ma
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Weican Meng
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor Zheng Wu
ccallari@callaripartners.com

John L. Cesaroni on behalf of Interested Party Mei Guo
jcesaroni@zeislaw.com

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

David S. Forsh on behalf of 20 Largest Creditor Rui Ma
dforsh@callaripartners.com

David S. Forsh on behalf of 20 Largest Creditor Weican Meng
dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Zheng Wu
dforsh@callaripartners.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Peter Friedman on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Irve J. Goldman on behalf of Creditor Committee Official Committee of Unsecured Creditors
igoldman@pullcom.com, rmccoy@pullcom.com

Mia N. Gonzalez on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

Jeffrey L Jonas on behalf of Debtor Ho Wan Kwok
jjonas@brownrudnick.com

Jonathan Kaplan on behalf of Creditor Committee Official Committee of Unsecured Creditors
jkaplan@pullcom.com, prulewicz@pullcom.com;rmccoy@pullcom.com

Stephen M. Kindseth on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party Mei Guo
skindseth@zeislaw.com, cjervey@zeislaw.com

Dylan Kletter on behalf of Debtor Ho Wan Kwok
dkletter@brownrudnick.com,
adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;rstark@brownrudnick.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Rui Ma
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Weican Meng
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Zheng Wu
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Timothy D. Miltenberger on behalf of Interested Party Golden Spring (New York) LTD
Tmiltenberger@cbshealaw.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Sara Pahlavan on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
spahlavan@omm.com

Aaron Romney on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Scott D. Rosen on behalf of Interested Party Golden Spring (New York) LTD
srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Bennett Silverberg on behalf of Debtor Ho Wan Kwok
bsilverberg@brownrudnick.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Peter J. Zarella on behalf of 20 Largest Creditor Rui Ma
pzarella@mdmc-law.com

Peter J. Zarella on behalf of 20 Largest Creditor Weican Meng
pzarella@mdmc-law.com

Peter J. Zarella on behalf of Creditor Zheng Wu
pzarella@mdmc-law.com

**22-50073 Notice will not be electronically mailed to:**

Brown Rudnick LLP
One Financial Center
Boston, MA 02111

Andrew M. Carty on behalf of Debtor Ho Wan Kwok
Brown Rudnick LLP

Seven Times Square
New York, NY 10036

Chao-Chih Chiu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Baosheng Guo
,

Steven E. Mackey on behalf of U.S. Trustee U. S. Trustee
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Huizhen Wang
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Yunxia Wu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067

Ning Ye
,

Yan Zhao
,

Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067