# __Exhibit 1__

Second Amended Complaint

*Guo v. Cheng*
Eight Judicial District Court for
Clark County, Nevada

Electronically Filed
4/18/2019 2:28 PM
Steven D. Grierson
CLERK OF THE COURT

**SACOM**
L. Christopher Rose, ESQ.
Nevada Bar No. 7500
lcr@juwlaw.com
Michael R. Ernst, ESQ.
Nevada Bar No. 11957
mre@juwlaw.com
JOLLEY URGA WOODBURY HOLTHUS & ROSE
330 S. Rampart Blvd., Suite 380
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| WENGUI GUO a/k/a MILES KWOK, | Case No.   A-18-779172-C |
| Plaintiff, | Dept No.   32 |
| vs. | **SECOND AMENDED COMPLAINT** |
| LOGAN CHENG f/k/a SHUIYAN CHENG; FANG YONG a/k/a MA KE, | **Arbitration Exemption: Amount in Controversy Exceeds $50,000** |
| Defendants. | |

Plaintiff, Wengui Guo, by and through his attorneys, Jolley Urga Woodbury Holthus & Rose, as and for his complaint against Defendants Logan Cheng and Fang Yong, hereby alleges and states as follows:

**STATEMENT OF THE CASE**

1.      Plaintiff brings this action for the false, misleading, disparaging, defamatory, and physically threatening statements by Defendants regarding Plaintiff.

**PARTIES**

2.      Plaintiff Wengui Guo a/k/a Miles Kwok (hereinafter "Guo" or "Plaintiff") is, and was at all times relevant hereto, an adult resident of New York, New York.

3.      Defendant Logan Cheng f/k/a Shuiyan Cheng (hereinafter "Cheng") is, and was at all times relevant hereto, an adult resident of the State of Nevada.

JOLLEY URGA WOODBURY
HOLTHUS & ROSE | attorneys at law
330 S. RAMPART BOULEVARD, SUITE 380, LAS VEGAS, NV 89145
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

748990

Page **1** of **21**

4.     Defendant Fang Yong a/k/a Ma Ke (hereinafter "Yong") is, and was at all times relevant hereto, an adult resident of the State of Nevada.

### FACTUAL BACKGROUND

5.     Plaintiff Guo is a Chinese political dissident living at 781 Fifth Avenue, in New York, New York. Since early 2015, Plaintiff regularly speaks on YouTube and Twitter about Chinese politics and human rights issues.

6.     Guo is a pioneer of using YouTube and Twitter to fight for the rule of law, human rights, freedom and democracy in China. Guo has exposed widespread corruption in the Chinese Communist Party ("CCP"), multiple senior officials of the Chinese Government, and their family members.

7.     Guo's whistleblower actions have made an unprecedented impact on the international image and credibility of the Communist Party of China. Guo's disclosures not only show the ways the Chinese people are tortured under the kleptocracy but also the current unfavorable environment for the development of democracy and rule of law in China.

8.     Guo's Twitter account, @KwokMiles, has approximately 475,000 followers at present. He has the largest number of supporters among all Chinese Twitter users. Guo regularly uses this account to engage with other Chinese dissidents.

9.     In the past 70-year rule of the Communist Party, Guo is the one man who single-handedly challenged the CCP and exposed the CCP's building of an intelligence network in the United States and other countries.

10.     Guo has exposed the degree of China's cultural, political, economic and intelligence penetration in the United States and the West, which has sparked strong reaction in the world. Guo is a true advocate of democracy, freedom, and rule of law in China.

11.     Defendant Cheng also holds himself out to the public as a Chinese pro-democracy activist. Cheng's Twitter account, @cheng1964526, has approximately 1,887 followers.

JOLLEY URGA WOODBURY HOLTHUS & ROSE | attorneys at law

330 S. RAMPART BOULEVARD, SUITE 380, LAS VEGAS, NV 89145
TELEPHONE: (702) 699-7500  FAX: (702) 699-7555

748990

JOLLEY URGA WOODBURY HOLTHUS & ROSE | attorneys at law
330 S. RAMPART BOULEVARD, SUITE 380, LAS VEGAS, NV 89145
TELEPHONE: (702) 699-7500  FAX: (702) 699-7555

12.     Upon information and belief, Cheng maintains the YouTube channel 自由中国之声频道, which translates to "Voice of Free China" (hereinafter "Free China").[1] Free China has approximately 30,000 subscribers.

13.     Upon information and belief, Cheng also maintains a Twitter account for Free China, @freechinatv, which has approximately 5,234 followers.

14.     Like Cheng, Defendant Yong also holds himself out to the public as a Chinese pro-democracy activist.   Yong's Twitter account, @Marco201109, has approximately 10,000 followers.

15.     As will be discussed herein, Defendants used (and continue to use) their Twitter accounts to publish false, misleading, disparaging, and defamatory statements about Guo to Defendants' followers, which are then systematically "retweeted" by Defendants' followers tens of thousands of times, compounding and enhancing the harm to Guo and his family.

16.     Defendants' tweets have led Plaintiff and his family to suffer substantial mental anguish and economic loss.

17.     Specifically, from in and around July 2018 to the present, via Cheng's Twitter account, and via public comments to third parties, Cheng falsely and maliciously alleged that Guo had committed fraud, espionage, money laundering, forgery, intimidation, and is in collusion with China's president.

18.     By way of specific examples, on or about July 16, 2018, Cheng, with malicious intent and knowing it to be false, or with reckless disregard of whether it was false or not, published the following on Twitter: "Guo and [China's President] Xi have made a huge deal and this makes Guo unlike any other business man. His huge fortune is all the result of collusion and extortion together with the CCP. He has made a massive deal with Xi, but this time the price of this sacrifice is paid with the lives and property of 1.4 billion people."[2]

19.     On or about July 18, 2018, Cheng, with malicious intent and knowing it to be false, or with reckless disregard of whether it was false or not, published the following on

---

[1] The Free China YouTube channel can be found at the following link: https://www.youtube.com/channel/UC2ph-c4b5JnXVkNeU_5_Xrg.
[2] See https://twitter.com/cheng1964526/status/1019113010302816256.

748990

JOLLEY URGA WOODBURY HOLTHUS & ROSE | attorneys at law
330 S. RAMPART BOULEVARD, SUITE 380, LAS VEGAS, NV 89145
TELEPHONE: (702) 699-7500 FAX: (702) 699-7555

Twitter: "Guo is a swindler who deceives and defrauds. Despite so many lawsuits against him, Guo grows more reckless. He has no respect of the laws in the Western civilized countries, so one can only imagine how he has behaved in China."[3]

20. On or about July 18, 2018, Cheng, with malicious intent and knowing it to be false, or with reckless disregard of whether it was false or not, published the following on Twitter: "Guo fears nothing, he continues to fabricate an abundance of shameless lies. This is the greatest humiliation that must be faced by Chinese people living abroad."[4]

21. On or about July 18, 2018, Cheng, with malicious intent and knowing it to be false, or with reckless disregard of whether it was false or not, published the following on Twitter: "If we can't deal with Guo the swindler, how can we overthrow the evil CCP?"[5]

22. On or about July 21, 2018, Cheng, with malicious intent and knowing it to be false, or with reckless disregard of whether it was false or not, published the following on Twitter: "Guo confused a group of people, cheated on another group, attacked and intimidated yet other people. He also seriously divided people, causing them to harm each other. In a short period of time, the overseas Chinese democracy movement has been completely ruined and completely lost its effectiveness."[6]

23. On or about July 21, 2018, Cheng, with malicious intent and knowing it to be false, or with reckless disregard of whether it was false or not, published the following statement: "Guo deliberately forged a great number of vulgar lies and continues to make enemies. His purpose is to divert people's attention, divide and weaken the effectiveness of the Chinese democracy movement, in order to achieve the CCP's goal of maintaining an illusion of stability amongst Chinese people overseas."[7]

24. Moreover, from August 13, 2018 to the present, via Yong's Twitter account, and via public comments to third parties, Yong falsely and maliciously characterized Guo as a rapist

---

[3] *See* https://twitter.com/cheng1964526/status/1019585526108545024?s=21.
[4] *See* https://twitter.com/cheng1964526/status/1019778829340954625?s=21.
[5] *See* https://twitter.com/cheng1964526/status/1019836689961824256?s=21.
[6] *See* https://twitter.com/cheng1964526/status/1020890882168328192?s=12.
[7] *See* https://twitter.com/cheng1964526/status/1020879652972367872?s=12.

748990

1   and falsely and maliciously made statements concerning Guo's sexual orientation and

2   proclivities, among other things.

3       25.    By way of specific examples, on or about August 13, 2018, Yong, with malicious

4   intent and knowing it to be false, or with reckless disregard of whether it was false or not,

5   published the following on Twitter: "This is the web address to use to report Guo to US Attorney

6   Jeff Sessions. Reporting him for using the CCP to fight against the kleptocrats within the

7   Chinese Communist Party, and using the CCP to achieve his so-called Himalaya. Please also

8   report him for repeatedly falsely claiming in public that he is a US Citizen. Let's report him

9   together and send him to Henan Zhengzhou prison to get his so-called Himalaya."[8]

10       26.    On or about August 14, 2018, Yong, with malicious intent and knowing it to be

11   false, or with reckless disregard of whether it was false or not, published the following on

12   Twitter: "Guo, the rapist, is currently the biggest roadblock and threat to the Chinese democracy

13   and freedom movement."[9]

14       27.    On or about August 14, 2018, Yong, with malicious intent and knowing it to be

15   false, or with reckless disregard of whether it was false or not, published the following on

16   Twitter: "Can't you see that the very people who have been criticized by Guo have actually been

17   promoted (like Fu, Meng, and Hang)? Whoever he has praised has fallen from grace. All he

18   does is boast, curse, and swear endlessly. From Fenshui to the Singapore model, from

19   righteousness to using the CCP to reach his so-called Himalaya … through all this nonsense, all

20   he really wants is to protect his own money and life, nothing great about it. We should not

21   overestimate his ability."[10]

22       28.    On or about August 14, 2018, Yong, with malicious intent and knowing it to be

23   false, or with reckless disregard of whether it was false or not, published the following on

24   Twitter: "Do you still have any doubts? [Guo] is a gay man with a worm like dick, and likes to

25   wear stockings and be buggered. In order to get the American Green Card he came out of the

JOLLEY URGA WOODBURY
HOLTHUS &ROSE | attorneys at law

330 S. RAMPART BOULEVARD, SUITE 380, LAS VEGAS, NV 89145
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

[8] *See* https://twitter.com/Marco201109/status/1029123972154122240.

[9] *See* https://twitter.com/Marco201109.

[10] *See* https://twitter.com/marco201109/status/1029585905546289152?s=21.

748990

closet together with his famous American lawyer.  He has a man's body, but with a woman's sensitive heart. You tell me, is he a man, or a woman?"[11]

29.     Cheng and Yong's actions against Guo enhance the official propaganda and false accusation by the CCP against Guo.

30.     Defendants' actions are similar to the alleged use of "unrestricted warfare" by the CCP.

31.     Defendants' actions have posed serious threats to Guo's mental and physical health, his business and family relationships, and his reputation and standing in the community.

32.     Defendants' defamatory and malicious Twitter posts remain active on social media platforms and thus remain available to the public. As such, Defendants' defamation of Guo is ongoing.

33.     Defendants' false, defamatory, and malicious Twitter posts have damaged and will continue to damage Guo's reputation. As a result of Defendants' actions, Guo has been and continues to be substantially and irreparably harmed.

**Guo's Childhood**

34.     Plaintiff Guo grew up very poor in the Northeast of China, where his parents were exiled by the CCP during the Cultural Revolution.

35.     Because of his experience in the Cultural Revolution, Guo was opposed to the system of communism and hegemony when he was a boy.

36.     Guo, his seven brothers, and his parents lived in a harsh, austere, frigid and unjust social and political environment throughout Guo's childhood.

37.     Guo's childhood conditions were so severe that, as a child, Guo would regularly check the communal water well to find his mother when he would lose sight of her because he believed he needed to make sure she did not commit suicide by jumping into the well to end the constant suffering.

---

[11] See https://twitter.com/Marco201109/status/1029570349866790913.

JOLLEY URGA WOODBURY HOLTHUS & ROSE | attorneys at law
330 S. RAMPART BOULEVARD, SUITE 380, LAS VEGAS, NV 89145
TELEPHONE: (702) 699-7500  FAX: (702) 699-7555

748990

38.    As a teenager, Guo began his life as a businessman. He dropped out of middle school to focus on selling jeans, radios, and other electronics. He used his earnings to help poor people like him and to improve his family's living conditions.

39.    Due to the extreme poverty of his family and his precocity, Guo was opposed to traditional feudal marriage and paid more attention to family values.

40.    Guo met his wife in 1985 and married her in elopement. They have been lovingly married for 33 years and are still married today. They have a son and a daughter.

41.    To reach this level of success from such humble beginnings is a rare achievement among all the successful entrepreneurs at that time given the economic and political conditions in the several decades after the reform and "opening-up" of China.

42.    At the time Guo and his wife were married, China was in the full control of the CCP and no private business was allowed. As Guo constantly struggled to feed, clothe, and shelter his family, he cherished the poor and the downtrodden and understood their life. He became more unsatisfied with the autocratic system and the one-party system of the CCP. Despite his circumstances, Guo worked tirelessly as an entrepreneur and ultimately made his fortune and achieved great success.

43.    On May 26, 1989, during the Tiananmen Square Massacre, Guo was arrested and sent to jail for two years because he sold his imported motorbike and donated the vast proceeds of the sale (RMB3,600, about US$500) to the protesting students in different places. When the police knew what Guo did, they arrested him for "commercial fraud" and "illegal operation" and imprisoned him for two years (1989 -1991).

44.    During his imprisonment, he was jailed together with many pro-democracy activists and political dissidents, when he began his life against the autocratic regime of the CCP.

45.    During the arrest on May 26, 1989, two drunken policemen raided Guo's office and fired their weapons directly at his young wife, who was holding his then-three-month-old baby daughter. Guo's younger brother, the 8th brother in his family, tried to protect Guo's wife and daughter and was shot twice in the altercation.

JOLLEY URGA WOODBURY HOLTHUS & ROSE | attorneys at law
330 S. RAMPART BOULEVARD, SUITE 380, LAS VEGAS, NV 89145
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

748990

46.     Guo's injured brother was subsequently rushed to the hospital, but the policemen who shot him instructed the doctors to refuse him any medical care and locked the door.

47.     As a result, Guo's brother, one week shy of 18 years old at that time, died two days later as a result of exsanguination caused by the gun shots.

48.     This incident intensified Guo's disdain towards the autocratic regime and social inequality and strengthened his conviction that China was in need of democracy, rule of law, and freedom.

49.     This incident is also a driving force for Guo to fight against autocracy for rule of law, democracy and freedom 29 years later.

50.     As a result of these tragic events, all of which flowed from his charitable and selfless donation to the Tiananmen Square protesters, Guo vowed to become a persistent and brave advocate against the Chinese kleptocracy.

51.     During his two-year imprisonment, Guo made acquaintance with the imprisoned pro-democracy activists, who gave him the education of religion, rule of law and democracy, and planned for having strong financial capability to pay back his parents. He also hoped to become a man of influence in a certain field.

52.     According to his plan, after ensuring the welfare of his parents and seeing his children reach adulthood, Guo would start fighting for rule of law, democracy and freedom.

**Guo's Family**

53.     As discussed above, Guo and his wife were married when he was 15 years old and his wife was 14 years old. They remain married today—more than 33 years later.

54.     Guo became a father to a son when he was 16 years old. Guo's son is now a very talented and successful investor.

55.     Guo became a father to a daughter when he was 18 years old. Guo's daughter lives with her parents in New York City. She graduated from New York University and is now a talented film director.

56.     Guo's daughter worked as the vice-director to Mr. Yimou Zhang in mainland China. Mr. Zhang is the director of many internationally acclaimed movies, including Crouching

JOLLEY URGA WOODBURY | attorneys
HOLTHUS & ROSE | at law
330 S. RAMPART BOULEVARD, SUITE 380, LAS VEGAS, NV 89145
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

Tiger, Hidden Dragon, which was very-well received in the West. Guo's daughter also directed several short films related to public welfare issues.

57.     Guo's parents are in their eighties and still live in China. They are regularly threatened, persecuted, and intimidated by the CCP as a result of Guo's whistle blowing and political advocacy.

58.     Guo's parents (and, indeed all of Guo's family members who remain in China) are also under the control of the Special Task Force comprising of thousands of members from the police, CCDI and the State Security Department.

59.     Two of Guo's brothers are currently imprisoned in China as a result of Guo's whistle blowing and advocacy.

60.     Because of Guo's opposition of the CCP regime, his accusations of corruption against senior CCP officials, and his exposing Chinese intelligence agents hidden in the United States and elsewhere in the West, 18 members of Guo's family, including his brothers and brothers-in-law, his wife and his daughter have been detained by the CCP at one time or another.

61.     Two brothers and a niece of Guo were sentenced to imprisonment of three years, three years and five months, and two years and six months, respectively.

62.     Many of Guo's family members who remained in mainland China have been (and continue to be) detained, tortured, interrogated, and monitored by the Special Task Force.

63.     Many of Guo's family members suffer from depression and suicidal tendencies as a result of the CCP's oppression and harassment.

64.     Many of Guo's colleagues have disappeared and left no trace.

65.     Since his exile, the CCP has seized billions in cash and assets owned by Guo's family and himself.

**Guo's business**

66.     Throughout the 1990s and 2000s, Guo (and his family members) became involved in the real estate business in mainland China.  Guo and his family established, among other things, several high-end commercial projects such as the Henan Yuda, the Pangu Plaza (the only privately owned commercial complex in the Beijing Olympic area), and the Zenith Plaza.

748990

1    Guo credits his success with these projects, among others, to his spiritual and cultural growth

2    while imprisoned, as well as to his strong will to revolutionize China's political and economic

3    systems.

4         67.    Ultimately, however, disgusted with the level of corruption throughout the

5    industry in China, Guo announced the withdrawal of all of his family's real estate investments,

6    seeking instead to invest in Chinese securities and financial sectors.

7         68.    Throughout Guo's career as a real estate developer, his family never secured a

8    single piece of land from the Chinese Government. Only private land and collectively-owned

9    land were used in Guo's development projects.

10         69.    Indeed, Guo is a man of integrity and honesty, who is always prepared to fight for

11    China's rule of law, democracy and freedom. It is also the fundamental reason why Guo has

12    been subject to baseless investigation for a long time but has not been found guilty of any

13    offenses since the arrest of Guo's family members and colleagues made by the Special Task

14    Force (consisting of thousands of members from the CCDI, the Ministry of State Security and

15    the Chinese police) in 2015.  The Chinese Special Task Force arrested hundreds of employees

16    who were working in Guo's family enterprises and 18 of Guo's family members.

17         70.    The CCP also imposed controls on the mobility rights of numerous employees of

18    Guo and the Guo family.

19         71.    Furthermore, the Special Task Force conducted countless investigations of Guo,

20    none leading to any credible evidence of criminal behavior on Guo's part.  In short, there is little

21    doubt that the Chinese Government is worried about Guo's disclosure of the corruption of its

22    senior leaders. Therefore, the Chinese Government made a series of attempts to bribe, coerce and

23    hunt down Guo.

24         72.    The Chinese Government also made use of its overseas intelligence network to

25    discredit Guo and pose threats to his personal safety on an unprecedented scale.

26         73.    Cheng's actions as alleged herein are consistent with the Chinese Government's

27    campaign to discredit Guo.

28

748990

JOLLEY URGA WOODBURY attorneys
HOLTHUS & ROSE at law
330 S. RAMPART BOULEVARD, SUITE 380, LAS VEGAS, NV 89145
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

74.     Since the establishment of the People's Republic of China, Guo has become the premier political dissident of China who is one of the most influential and effective in challenging the Chinese political system and taking actions against the corruption of China's senior leaders.

**Guo's Emergence as a Preeminent Whistleblower and Critic of Corruption**

75.     Due to special political conditions, the Chinese Government generally controls, supervises and threatens all large enterprises. Guo's family enterprise was also supervised and was believed to be a potential pawn used by the Ministry of State Security of China for international issues.

76.     In 2006, Guo's family enterprise was blackmailed by the former Vice Mayor of Beijing, Liu Zhihua. After Guo reported it to the police, he became under the control of and befriended Ma Jian, the Vice Minister of State Security at the time.

77.     In or about December, 2014, the CCP, through Bruno Wu Zheng ("Wu"), called Guo.

78.     Wu requested that Guo cooperate with the CCP by being obedient and stop the disclosure of information about corruption by senior communist officials.

79.     After several failed attempts of bribing, threatening and hunting down of Guo, Wu directed the CCDI and the Special Task Force to request Guo to cooperate with China and return the evidence showing the corruption of the senior leaders (including Wang Qishan, Meng Jianzhu and others) they believe Guo possessed.

80.     In return, Wu promised Guo the following: a. None of Guo's assets or properties will be seized by the CCP; b. All privileges will be returned to Guo and his family; c. Ma Jian will not be arrested; d. Guo's family members will not be arrested; and e. Guo will not be physically threatened or killed. Guo would have to agree to be cooperative and hand over the information to the Communist Party. Furthermore, Guo could not be anti-communist or against the country.

81.     Guo refused to accept Wu's offer, which led to the persecution of Guo and his family since 2015.

JOLLEY URGA WOODBURY HOLTHUS & ROSE | attorneys at law

330 S. RAMPART BOULEVARD, SUITE 380, LAS VEGAS, NV 89145
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

748990

82.     As a result, the CCP seized billions of dollars of Guo's family's assets and questioned and arrested 18 of Guo's family members and arrested or detained hundreds of his colleagues. Many of Guo's colleagues have been restrained from leaving China.

83.     As part of Guo's whistleblower actions, he disclosed the corruption of Hainan Group ("HNA"), which was widely reported by media around the world. The information disclosed by Guo was proven to be true.

84.     Guo also disclosed the corruption of Wang Qishan and Meng Jianzhu, two of the most powerful men in China. Again, his claims were proven to be true.

85.     Guo is recognized as one of the most dangerous challengers to the Chinese Regime by the CCP.

86.     Guo's whistle blowing is regarded as one of the biggest political incidents in China since the Tiananmen Square Massacre.

87.     Guo is supported by millions of people in mainland China, despite that fact that his words (and statements made in support of Guo) are regularly censored by the CCP.

88.     Because of Guo's whistleblower actions, China blocked almost all social media platforms to prevent Guo from making any further disclosure and the truth he previously disclosed from being known in China.

89.     Guo is also supported by many outside of China. In May 2017, Guo's Twitter account had more than 3.8 million impressions.[12]

90.     In another effort to silence Guo, in May of 2017, the CCP sent Liu Yanping and three other agents to New York City to speak with Guo.[13] At the time, Liu Yanping was Secretary of Commission for Discipline Inspection, Ministry of National Security of China.

91.     Guo refused this threat as well, choosing instead to disclose the existence of a broad network of CCP spies in the United States.[14]

---

[12] Put simply, in the context of social media, "impressions" are a metric used to measure the number of times a user's content is displayed on another user's account. Generally speaking, more impressions means a bigger audience.

[13] See https://www.wsj.com/articles/chinas-hunt-for-guo-wengui-a-fugitive-businessman-kicks-off-manhattan-caper-worthy-of-spy-thriller-1508717977.

[14] See http://freebeacon.com/national-security/chinas-spy-network-united-states-includes-25000-intelligence-officers/.

JOLLEY URGA WOODBURY HOLTHUS &ROSE | attorneys at law

330 S. RAMPART BOULEVARD, SUITE 380, LAS VEGAS, NV 89145
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

748990

92.     The visas of four officials sent by CCP, including Liu Yanping, were cancelled because of their illegal actions in the United States. All of their electronic devices were taken away by U.S. law enforcement agencies at the departure hall of JFK Airport.

93.     The CCP took another approach to silence Guo. Via Interpol, the CCP issued 2 "Red Notices." One was issued just a couple of hours before Guo did VOA live interview in the end of April 2017; the second was issued just before Guo's disclosure of Wang Qishan and HNA in September of 2017.[15] The focus of the second interview was to reveal the corruptive connections between one of the most powerful officials in China, Wang Qishan and his family, and HNA, which involves trillions of renminbi—the official currency of China.

94.     The intervention of the Chinese Ministry of Foreign Affairs on the VOA interview has become an international media scandal. The CCP ordered the sudden termination of the VOA interview by diplomatic means such as visas and other illegal means (the use of its intelligence network) in the U.S.[16]

95.     The CCP also engaged in an unprecedented propaganda campaign against Guo. The CCP formed a team of more than 10,000 people, known as the "50-cent troll army."

96.     Guo's appearance at Hudson Institute was postponed on short notice in October, 2017 (it was reported that the Institute was threatened by the CCP government).

97.     Merely supporting Guo became a crime in mainland China. One of Guo's supporters, Dong Qi, was reportedly arrested and sent to jail for wearing a T-shirt with Guo's slogan "Everything is just beginning" on it.[17] Guo is also informed and believes that many of Guo's followers have been questioned, restrained, reformed and intimidated.

98.     The CCP did not stop there. Upon information and belief, Guo's previous immigration law firm, Clark Hill, was hacked by China due to its representation of Guo.[18]

---

[15] *See* https://www.washingtontimes.com/news/2017/oct/25/jeff-sessions-guo-wengui-deportation-to-china-woul/.
[16] *See* https://www.wsj.com/articles/chinese-governments-battle-against-fugitive-guo-wengui-spills-into-washington-1507260255.
[17] *See* https://twitter.com/cppc2014/status/952091242350960640.
[18] *See* https://www.wsj.com/articles/chinese-governments-battle-against-fugitive-guo-wengui-spills-into-washington-1507260255.

JOLLEY URGA WOODBURY HOLTHUS & ROSE | attorneys at law
330 S. RAMPART BOULEVARD, SUITE 380, LAS VEGAS, NV 89145
TELEPHONE: (702) 699-7500  FAX: (702) 699-7555

748990

99.     Upon information and belief, Guo's security company, T&M Protection, was hacked by China as well, an unprecedented cyber-attack.

100.    The personal mobile phone of Guo, the phones used by his family members, colleagues and friends were all under cyber- attack, harassment, threat and abuse.

101.    The CCP believes Guo has evidence of widespread corruption, murder, hiding of illegally-gained money and building of a spy network in the West by high level CCP officials. It will stop at nothing to silence Guo.

102.    Therefore, upon information and belief, the Chinese government sent individuals to request the United States government to repatriate Guo. To date, the United States government has refused these requests.

103.    In or around October of 2017, right before China's 19th National Congress, Guo's Twitter, YouTube and Facebook accounts had been suspended without any reason. This became a major incident in the international social media community.

104.    Meanwhile, many purported democracy activists initiated personal attacks and attempts at intimidation against Guo. In recent months, an anti-Guo campaign, involving the use of unrestricted warfare and smearing, was initiated by the Chinese authority.

105.    Upon information and belief, Cheng and Yong are among the activists paid by the Chinese government to destroy, defame, and otherwise oppose Guo.

106.    Regardless of whether or not Cheng or Yong are paid activists of the CCP, Cheng and Yong's statements about Guo as alleged herein are false and defamatory.

**Cheng and Yong's Background**

107.    Defendant Cheng holds himself out to the public as a Chinese pro-democracy activist. Cheng's Twitter account, @cheng1964526, has approximately 1,887 followers.

108.    Upon information and belief, Cheng owns and/or operates the Fortune Hotel & Suites, located at 325 East Flamingo Road, Las Vegas, Nevada 89169 (the "Fortune Hotel").

109.    Upon information and belief, Yong resides at the Fortune Hotel and Yong and Cheng know each other personally.

110.    Neither Cheng nor Yong know Guo personally.

JOLLEY URGA WOODBURY HOLTHUS & ROSE | attorneys at law
330 S. RAMPART BOULEVARD, SUITE 380, LAS VEGAS, NV 89145
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

111.    Nevertheless, Cheng and Yong began a concerted campaign to defame and impugn Guo's reputation. This course of conduct is similar to the strategy and techniques utilized by the CCP's "50 Cent Army".[19]

**Cheng and Yong's Campaign of Defamation**

112.    On or about July 16, 2018, Cheng, with malicious intent and knowing it to be false, or with reckless disregard of whether it was false or not, published the following on Twitter: "Guo and [China's President] Xi have made a huge deal and this makes Guo unlike any other business man. His huge fortune is all the result of collusion and extortion together with the CCP. He has made a massive deal with Xi, but this time the price of this sacrifice is paid with the lives and property of 1.4 billion people."[20]

113.    On or about July 18, 2018, Cheng, with malicious intent and knowing it to be false, or with reckless disregard of whether it was false or not, published the following on Twitter: "Guo is a swindler who deceives and defrauds. Despite so many lawsuits against him, Guo grows more reckless. He has no respect of the laws in the Western civilized countries, so one can only imagine how he has behaved in China."[21]

114.    On or about July 18, 2018, Cheng, with malicious intent and knowing it to be false, or with reckless disregard of whether it was false or not, published the following on Twitter: "Guo fears nothing, he continues to fabricate an abundance of shameless lies. This is the greatest humiliation that must be faced by Chinese people living abroad."[22]

115.    On or about July 18, 2018, Cheng, with malicious intent and knowing it to be false, or with reckless disregard of whether it was false or not, published the following on Twitter: "If we can't deal with Guo the swindler, how can we overthrow the evil CCP?"[23]

116.    On or about July 21, 2018, Cheng, with malicious intent and knowing it to be false, or with reckless disregard of whether it was false or not, published the following on Twitter: "Guo confused a group of people, cheated on another group, attacked and intimidated

---

[19] *See* https://www.voanews.com/a/who-is-that-chinese-troll/3540663.html.
[20] See https://twitter.com/cheng1964526/status/1019113010302816256.
[21] *See* https://twitter.com/cheng1964526/status/1019585526108545024?s=21.
[22] *See* https://twitter.com/cheng1964526/status/1019778829340954625?s=21.
[23] *See* https://twitter.com/cheng1964526/status/1019836689961824256?s=21.

JOLLEY URGA WOODBURY HOLTHUS & ROSE | attorneys at law
330 S. RAMPART BOULEVARD, SUITE 380, LAS VEGAS, NV 89145
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

748990

yet other people. He also seriously divided people, causing them to harm each other. In a short period of time, the overseas Chinese democracy movement has been completely ruined and completely lost its effectiveness."[24]

117.    On or about July 21, 2018, Cheng, with malicious intent and knowing it to be false, or with reckless disregard of whether it was false or not, published the following on Twitter: "Guo deliberately forged a great number of vulgar lies and continues to make enemies. His purpose is to divert people's attention, divide and weaken the effectiveness of the Chinese democracy movement, in order to achieve the CCP's goal of maintaining an illusion of stability amongst Chinese people overseas."[25]

118.    On or about August 13, 2018, Yong, with malicious intent and knowing it to be false, or with reckless disregard of whether it was false or not, published the following on Twitter: "This is the web address to use to report Guo to US Attorney Jeff Sessions. Reporting him for using the CCP to fight against the klepocrats within the Chinese Communist Party, and using the CCP to achieve his so-called Himalaya. Please also report him for repeatedly falsely claiming in public that he is a US Citizen. Let's report him together and send him to Henan Zhengzhou prison to get his so-called Himalaya."[26]

119.    On or about August 14, 2018, Yong, with malicious intent and knowing it to be false, or with reckless disregard of whether it was false or not, published the following on Twitter: "Guo, the rapist, is currently the biggest roadblock and threat to the Chinese democracy and freedom movement."[27]

120.    On or about August 14, 2018, Yong, with malicious intent and knowing it to be false, or with reckless disregard of whether it was false or not, published the following on Twitter: "Can't you see that the very people who have been criticized by Guo have actually been promoted (like Fu, Meng, and Hang)? Whoever he has praised has fallen from grace. All he does is boast, curse, and swear endlessly. From Fenshui to the Singapore model, from

---

[24] *See* https://twitter.com/cheng1964526/status/1020890882168328192?s=12.
[25] *See* https://twitter.com/cheng1964526/status/1020879652972367872?s=12.
[26] *See* https://twitter.com/Marco201109/status/1029123972154122240.
[27] *See* https://twitter.com/Marco201109.

JOLLEY URGA WOODBURY HOLTHUS & ROSE | attorneys at law
330 S. RAMPART BOULEVARD, SUITE 380, LAS VEGAS, NV 89145
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

748990

1    righteousness to using the CCP to reach his so-called Himalaya … through all this nonsense, all

2    he really wants is to protect his own money and life, nothing great about it. We should not

3    overestimate his ability."[28]

4        121.    On or about August 14, 2018, Yong, with malicious intent and knowing it to be

5    false, or with reckless disregard of whether it was false or not, published the following on

6    Twitter: "Do you still have any doubts? [Guo] is a gay man with a worm like dick, and likes to

7    wear stockings and be buggered. In order to get the American Green Card he came out of the

8    closet together with his famous American lawyer. He has a man's body, but with a woman's

9    sensitive heart. You tell me, is he a man, or a woman?"[29]

10        122.    Each of the statements made by Defendants Cheng and Yong, and possibly

11    additional statements that Guo is currently not aware of, are false and were made with actual

12    malice, with knowledge of its falsity and/or with reckless disregard of whether it was false or

13    not, and Guo's reputation has been harmed as a result.

14        123.    All of the above-referenced statements by Cheng and Yong, published on Twitter,

15    are false and made with the purpose of destroying Guo's personal and professional reputation.

16        124.    The above-referenced defamatory statements have harmed Guo. On information

17    and belief, hundreds of thousands of people have viewed these false and defamatory statements

18    and, thus, have been misled about Guo and been given a falsely unfavorable view of Guo.

19        125.    Cheng and Yong published the above referenced defamatory statements with the

20    purpose of harming Guo's reputation, both within the Chinese activist community and in society

21    at large and causing Guo (and his family) severe emotional distress and fear for their safety.

22    **FIRST CLAIM FOR RELIEF**
**(DEFAMATION)**

23

24        126.    The allegations contained in paragraphs "1" through "125" are hereby

25    incorporated by reference as if fully set forth herein.

26

27

28

[28] *See* https://twitter.com/marco201109/status/1029585905546289152?s=21.
[29] *See* https://twitter.com/Marco201109/status/1029570349866790913.

748990

JOLLEY URGA WOODBURY HOLTHUS & ROSE | attorneys at law
330 S. RAMPART BOULEVARD, SUITE 380, LAS VEGAS, NV 89145
TELEPHONE: (702) 699-7500  FAX: (702) 699-7555

127.    Defendants published the above-listed false, malicious, defamatory, and materially misleading statements regarding Plaintiff on Twitter, a public forum where Defendants have thousands of followers.

128.    Upon information and belief, Defendants knew of the falsity of these statements at the time they made them or were reckless and indifferent as to the falsity of these statements.

129.    Upon information and belief, Defendants made these knowingly false statements with actual malice, hatred, and personal animosity towards Plaintiff, with the intention of damaging Plaintiff's reputation.

130.    Defendants' false statements constitute common law libel, slander, and defamation against Plaintiff, entitling Plaintiff to exemplary damages.

## SECOND CLAIM FOR RELIEF
### (DEFAMATION PER SE)

131.    The allegations contained in paragraphs "1" through "130" are hereby incorporated by reference as if fully set forth herein.

132.    Cheng's false statements that, *inter alia*, Plaintiff is a fraudster, a forger, a swindler, a "fabricator of shameless lies", as well as Cheng's false statement that Plaintiff is guilty of collusion and extortion, are statements that charge Plaintiff with underhanded dealings and incapacity. Cheng's statements involve the imputation of both a crime and Plaintiff's lack of fitness in his trade, profession, or business.

133.    Yong's false statements that, *inter alia*, Plaintiff is a rapist and a homosexual, as well as Yong's false statements regarding Plaintiff's penchant for engaging in sexual conduct with members of the same sex, involve the imputation of a crime and a want of chastity and expose Plaintiff to public hatred, contempt or ridicule.

134.    Defendants' statements enumerated herein are false and were false at the time they were made.

135.    Upon information and belief, Defendants knew of the falsity of their statements at the time they were made or were reckless and indifferent as to the falsity of these statements at the time they made them.

JOLLEY URGA WOODBURY HOLTHUS & ROSE | attorneys at law
330 S. RAMPART BOULEVARD, SUITE 380, LAS VEGAS, NV 89145
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

748990

136.    Upon information and belief, Defendants made these knowingly false statements with actual malice, hatred, and personal animosity towards Plaintiff, with the intention of damaging Plaintiff's reputation.

137.    The injurious character of Defendants' false statements is a self-evident fact of common knowledge which need not be pleaded or proved.

138.    As such, Defendants' false statements are actionable without proof of special damage.

## THIRD CLAIM FOR RELIEF
### (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

139.    The allegations contained in paragraphs "1" through "138" are hereby incorporated by reference as if fully set forth herein.

140.    Cheng's false statements that, *inter alia*, Plaintiff is a fraudster, a forger, a swindler, a "fabricator of shameless lies", as well as Cheng's false statement that Plaintiff is guilty of collusion and extortion, were made intentionally with a desire to harm Plaintiff.

141.    Yong's false statements that, *inter alia*, Plaintiff is a rapist and a homosexual, as well as Yong's false statements regarding Plaintiff's penchant for engaging in sexual conduct with members of the same sex, were made intentionally with a desire to harm Plaintiff.

142.    Defendants' making these statements, both the statements themselves and the manner by which Defendants broadly disseminated these statements, to thousands of people, was extreme and outrageous.

143.    As a result of Defendants' past and continuing wrongful acts, including those enumerated herein, Plaintiff has suffered severe emotional distress.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JOLLEY URGA WOODBURY HOLTHUS & ROSE | attorneys at law

330 S. RAMPART BOULEVARD, SUITE 380, LAS VEGAS, NV 89145
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

748990

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff demands judgment in his favor and against Defendants as follows:

(a)     For an award of money damages in excess of $15,000.00;

(b)     For an award of punitive damages sufficient to punish and deter the conduct complained of herein;

(c)     For an injunction enjoining Defendants and their respective agents, servants, employees, officers, and assigns, and all other persons in active concert or participation with Defendants from further publication of any false, malicious, defamatory or materially misleading comments regarding Plaintiff;

(d)     For the issuance of a public apology and retraction of all the statements regarding Guo on social media by Defendants;

(e)     For attorneys' fees and costs of suit herein;

(f)     For pre and post-judgment interest on all amounts awarded herein; and

(g)     For such other and further relief as this Court deems just and proper.

DATED this  _18th_ day of April, 2019.

JOLLEY URGA WOODBURY HOLTHUS
& ROSE


L. CHRISTOPHER ROSE, ESQ.
MICHAEL R. ERNST, ESQ.
330 S. Rampart Boulevard, Suite 380
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*

JOLLEY URGA WOODBURY HOLTHUS & ROSE | attorneys at law
330 S. RAMPART BOULEVARD, SUITE 380, LAS VEGAS, NV 89145
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

748990

## CERTIFICATE OF SERVICE

I hereby certify that I am employed in the County of Clark, State of Nevada, am over the age of 18 years and not a party to this action.  My business address is Jolley Urga Woodbury Holthus & Rose, 330 S. Rampart Blvd., Ste. 380, Las Vegas, Nevada 89145.

On the 18th day of April, 2019, I served the foregoing **SECOND AMENDED COMPLAINT** in this action or proceeding electronically with the Clerk of the Court via the Odyssey E-File and Serve System, which will cause this document to be served upon the following counsel of record:

> R. Duane Frizell, Esq.
> Frizell Law Firm
> 400 N. Stephanie St., Suite 265
> Henderson, NV 89014
> *Attorney for Defendant*
> *Shuiyan (Logan) Cheng*

I certify under penalty of perjury that the foregoing is true and correct, and that I executed this Certificate of Service on April 18, 2019 at Las Vegas, Nevada.

An Employee of JOLLEY URGA WOODBURY HOLTHUS & ROSE

748990