**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>                Debtor. | CHAPTER 11<br><br>Case No. 22-50073(JAM) |
| Weican (Watson) Meng and Boxun Inc,<br><br>                Plaintiffs,<br>v.<br><br>Ho Wan Kwok,<br><br>                Defendant. | Adv. Proc. No. _____ |

## COMPLAINT TO DETERMINE DISCHARGEABILITY

Weican (Watson) Meng ("**Meng**") and Boxun Inc. ("**Boxun**") (together, "**Plaintiffs**"), by and through their undersigned attorneys, in support of this Complaint against Ho Wan Kwok a/k/a Guo Wengui (the "**Defendant**" or "**Debtor**") hereby, allege and state as follows:

### PARTIES

1.      Meng is the founder and a contributing writer of Boxun News (http://en.boxun.com/), a United States-based independent media outlet located in Flushing, New York.   Meng is a graduate of the Fuqua School of Business at Duke University, having received his MBA in 2005, and was named a John S. Knight Journalism Fellow at Stanford University in 2008 and 2009.  Meng maintains an active Twitter account (@wmeng8) and is often referred to,

and known as, "*Wei Shi*" by his followers there and at Boxun.  Meng is a creditor listed on the Debtor's list of top creditors filed in the Debtor's Bankruptcy Case (defined below).

2.      Boxun Inc. (collectively, with Boxun News, "Boxun"), Boxun News's corporate entity, is incorporated in New York.  Boxun prides itself on being an independent voice that sheds light on the often opaque world of the Peoples' Republic of China ("PRC").  Its mission includes, but is not limited to, reporting on the inner workings of the secretive government of the PRC and publishing revelations about human rights violations in that country.  Boxun utilizes the services of journalists, and at times non-journalists, who are, in most instances, PRC nationals with intimate, personal knowledge of the occurrences about which they report.  Boxun Inc. is a creditor listed on the Debtor's list of top creditors filed in the Debtor's Bankruptcy Case (defined below).

3.      Ho Wan Kwok a/k/a Guo Wengui, the Defendant in this adversary proceeding, is a Chinese national, and the debtor in the above-captioned bankruptcy case (the "**Bankruptcy Case**").  Upon information and belief, the Defendant possesses passports from numerous countries, including those from Hong Kong, the United Arab Emirates, and the Republic of Malta, and uses a number of aliases, including Guo Wen Gui, Guo Haoyun and Miles Kwok, among others.  The Defendant purports to presently reside in Connecticut, and, upon information and belief, at all times relevant to Plaintiffs and their claims, the Defendant resided in New York City.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over the parties and this proceeding under 28 U.S.C. §§ 157 and 1334.

5.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I).

6.      Venue of this action is proper in this district pursuant to 28 U.S.C. § 1409(a).

7.      The bases for the relief requested in this Complaint are 11 U.S.C. § 523(a)(6) and Federal Rules of Bankruptcy Procedure 4007 and 7001.

8.      Plaintiffs demand a trial by jury on their claims against the Debtor and do not consent to trial in this Court.

## RELEVANT BACKGROUND

### I.      The State Court Litigation and Plaintiffs Claims.

9.      In 2017, Plaintiffs commenced a civil action in the Supreme Court of the State of New York, New York County (the "**State Court**"), Index No. 159636/2017 (the "**State Court Litigation**"), against the Debtor, asserting claims for defamation, defamation *per se,* injurious falsehoods, intentional infliction of emotional distress, and conspiracy to intentionally inflict emotional distress.  In all, Plaintiffs asserted five causes of action in the State Court Litigation arising from their injuries intentionally caused by the Debtor, with three of those causes of action currently pending (collectively, the "**Plaintiffs Claims**").  The other two causes of action were dismissed.

10.      A true and correct copy of the Plaintiffs' amended complaint in the State Court Litigation setting forth the Plaintiffs Claims (the "**State Court Complaint**") is attached hereto as Exhibit A.  As alleged therein, unhappy with the truthful and factual reporting by Plaintiffs about him, the Debtor commenced a campaign against the Plaintiffs to defame, harass and intimidate them for purposes of causing injury to the Plaintiffs.  The Debtor repeatedly published fabricated, false, and offensive statements about each of the Plaintiffs on social medial platforms such as Twitter and websites such as YouTube, asserting that Meng is a spy, and Plaintiffs are paid agents of the PRC, and have engaged in criminal acts that will lead to prosecution.  The Debtor has intentionally and maliciously defamed each of the Plaintiffs and inflicted emotional distress on the Plaintiffs, causing them substantial injury.  *See, e.g.,* State Court Complaint ¶¶ 23-108.

11.     The State Court Complaint is incorporated herein in its entirety by reference. Plaintiffs repeat and reallege each allegation of the State Court Complaint as if said allegation is fully set forth herein.  As set forth in the State Court Complaint, the Debtor's intentional and malicious conduct against the Plaintiffs include, but are not limited to, the following events.

12.     From late 2014 to 2016, Plaintiffs published a number of articles about Guo indicating that he was working in close coordination with, and/or at the behest of, the government of the PRC, notwithstanding his public pronouncements against it.

13.     As a result, Guo embarked on a full-throated campaign to harm and discredit Plaintiffs using threats, intimidation, and defamation.  In fact, upon information and belief, his media business plan expressly included his campaign to defame and harm Meng and Boxun.

14.     Guo's business plan, a copy of which Meng obtained from a Twitter posting (@YvetteWong0 on 09/14/2017), for a media venture called "Democracy TV" (a Guo Global Media Group project) asserted that in 2017, "MGM will make every step forward to sink the Boxun, while phasing out the media under Watson's [Meng's] control."

**A. Guo's Defamatory Statements Posted on Twitter**

15.     Upon information and belief, at the time the State Court Litigation was filed, the Debtor had more than 524,000 followers on Twitter.

16.     On February 17, 2017, Guo asserted on Twitter: "@wmeng8 Mr. Weishi, how dare you lie with your eyes open, netizens know how to read!  Please do not make such stupid mistakes to think you are smarter than the netizens!  You can present the evidences I have mentioned, you said I love money, I am an entrepreneur, so why wouldn't I love money, however, I am not like you who would betray friends and take advantage of other's trust to bully those who are weak and help those who are evil in order to earn ill-gotten money!  You collected

money from three sides from your falsified report about me, you are so evil, as evil as the bad

Disciplinarum Committee + the Public Security!"

17.    On February 17, 2017, the Debtor asserted on Twitter, "@ZhaoMingObserve

@wmeng8    You upheld the justice for me and they bullied you, how could I simply watch and

not do anything, that's not the style for Guo Wengui.  In order to thank you for upholding the

justice for me today, please disclose on my behalf some evidence on Mr. Weishi lurking around

and taking money! Whatever we do, we have to be sensible and reasonable at the same time, and

we also go by evidence!"

18.    On February 22, 2017, the Debtor asserted on Twitter, "Dear netizens:  I believe

the netizens have seen the synthetic video of "Triple Evilness" of Guo Wengui.  It is proved from

an official and reliable channel that the source of the video is Fu Zhenghua, who directly ordered

the video to be broadcasted. Weishi and Xinuo from overseas are directly under the orders from

the First Bureau and Fu Zhenghua with the promise of great benefits.  Get rid of Mingjing and

Guo Wengui and give the overseas Chinese media market to Weishi, and offer them an

enormous sum of money for support in addition to the original annual appropriations.  As I did

not fully follow their control and mentioned members and the standing committee of the

Poliburo, the Special Investigation Team came to my company again in the last 48 hours for the

so-called arraignment and evidence collection from the parties involved.  It was said the above

request is to convict Guo Wengui and his son at any cost.  An international arrest warrant can

only be issued if they are convicted."

19.    The First Bureau refers to the Ministry of Public Security, which is the PRC's

principal police and security authority and the government agency that exercises oversight over

law enforcement.  Fu Zhenghua is a PRC public security official who served as Deputy Minister of Public Security.

20.     On February 22, 2017, the Debtor asserted on Twitter, "@ZhaoMingObserve  In order to thank the netizens for your indescribable support that has touched me so much:  Let me break two news as my little reward to you[.] The person who is pixelated in the photo is the older brother of the former president of the Peking University, he is a great guy, as it only has the photo of Li You, me and us visiting Jiuzhaigou, I knew as soon as Boxun published the photo on their website that Li You and his shareholders from the Standing Committee of the Politburo bought over Weishi from Boxun."

21.     On March 6, 2017, the Debtor asserted on Twitter that "Today is a great day: I read this objective and excellent article written by Mr. Tang Baiqiao and I was very touched. This is the power, attraction, warmth of the Tweeter world.  Wengui is sincerely grateful to Mr. Tang, and Weishi, Xinuo and his boss must be brought for justice. Their threats and evil forces to the domestic and overseas Chinese must be eradicated, and everything has just begun.  It must."

22.     On March 21, 2017, the Debtor asserted on Twitter that "@wenyunchao  Wengui is here to gamble for once with the supporters of Weishi: both Mr. Weishi and Mr. Xinuo will be sued by the prosecutor for offence of extortion by blackmail and tax evasion.  I am simply asking you to drink the entire bottle at my victory banquet in New York for my grass root honesty and bravery. If they can get away by the end of 2017, I will invite them to my banquet for a bottle of drinks at the Spring Festival of 2018 and I will also give each one one million U.S. Dollars as a compensation.  Who would like to sign up?"

23.     On October 3, 2017, the Debtor asserted on Twitter that "Everyone please be careful that this is a phishing email.  It's fake… Weishi and B Wu and Xinuo did it!"

24.     Upon information and belief, the Debtor made additional statements regarding Meng and Boxun on Twitter that have since been deleted from the Debtor's Twitter account.

25.     Insofar as Boxun's success as a functioning news service is premised upon its independence from the PRC government and all other government agencies, the false statements that Meng works with the government of the PRC are highly damaging to Meng's reputation and thus are defamatory *per se*.

26.     Also, the Debtor's false statements that Plaintiffs' purportedly committed a crime are also defamatory *per se*.

**B.  The Debtor's Defamatory Statements on YouTube.**

27.     The Debtor also made statements posted on YouTube concerning Plaintiffs.

28.     On May 19, 2017, the Debtor stated in a YouTube video that "They are also very interesting, they provide me with information immediately, saying that Weishi from Boxun is very bad.  They said he has two younger brothers, his real name is Meng Weican, from Hebei Province, and he has one younger brother called Meng Weisong, and let me see, yes Meng Weisong, and another younger brother called Meng Weikang (transliteration).  At least four tweeter friends, whom I don't know completely, said they have had dealings with his family before, which was to (illegible) and to (illegible), and they have connections with various departments."

29.     On May 20, 2017, the Debtor stated in a YouTube video that "I was very happy to see Weishi sent me a message after he saw my TV announcement and it was my first time to see Mr. Weishi getting so upset.  He said I won't let you off easy if you direct against my family.  However, I am very happy today because I finally see my opponent feeling the pain because of his family.  I am not perverted, but I am very happy as I have found your pain spot.  Don't your

family let you feel the pain?  I can also learn from your partners and traitors.  Didn't you get a new task in Hong Kong?  Didn't you say to me yesterday "Guo Wengui, let's see who's going to get locked up first"?  That's right, let's see who's going to get locked up first.  Next, as for your younger brothers and your family, you will see how I will handle them.  Weishi you see, everything is easy as long you have a pain spot. Let's see who's going to get locked up first, Weishi.  Mr. Weishi, you accepted your task in Hong Kong, and you have such delusion, you and the traitors and rogues are like twins who can have sufficient reasons to justify your evil doing and actions."

30.    On June 13, 2017, the Debtor stated in a YouTube video that "And there is Weishi from Boxun, Weishi from Boxun, plus, mostly importantly, the so-called systematic control behind the scenes from the traitors in domestic China, which is very very scary."

31.    On June 28, 2017, the Debtor stated in a YouTube video that "I don't even want to mention Boxun anymore, Boxun will be arrested by the U.S. Government for sure, let's wait and see and I am so anxiously looking forward to it.  Even though, there are still people supporting it, for those who support it should know what end you will come to.  They work for the Chinese government; this has already been acknowledged unanimously by the U.S. Government officials."

32.    On July 8, 2017, the Debtor stated in a YouTube video that "Your two younger brothers are collecting money in Beijing, for everything you have done, Weishi, I will certainly make you pay! You will find out very soon, I had a bet with you.  Let's see where you will go at the end of the year."

33.    On October 10, 2017, the Debtor stated in a YouTube video that "It was very strange yesterday, yesterday morning, which is at night in Beijing the day before, Maosheng's

Jin Zhizheng contacted me for information on the family members of Weishi and Xinuo, including a few buddies of Weishi raking in money in China.  I was very shocked, I thought it wasn't real, I then went home to call to verify and found it was true.  Very interesting, and then also yesterday, a few U.S. journalists called me to verify with me that they heard Hu Jingtao and Wen Jiabao were arrested.  I asked if they saw it on Boxun and they said yes.  I told them every information on that website is 100% fake.  It is so disastrous.  Can you believe Boxun actually said that Hu Jingtao and Wen Jiabao were arrested?!"

34.    The term "Jin Zhizheng" means "Economic Investigator of a Province," which is a Section of the Ministry of Public Security described above.

35.    On July 17, 2017, the Debtor stated in a YouTube video that "Therefore, Weishi will certainly spend the rest of his life in jail.  This is for sure and I can say it responsibly.  Whatever you say doesn't matter as they have already finished with their investigation."

36.    On August 5, 2017, the Debtor stated in a YouTube video that "Comparatively, Weishi from Boxun would be a piece of garbage, that guy could sell his mother for one hundred dollars, that Weishi, he could really sell his mother for one hundred dollars, he would take a deep breath as soon as he smells money, he can't help it, he is different.  Therefore, knowing Weishi is a special agent and Xinuo is a special agent, but nobody does anything, now it feels like everyone is a special agent."

37.    On August 21, 2017, the Debtor stated in a YouTube video that "Boxun, and Weishi, Xinuo, and Toad Li are an intelligence organization in the U.S., can they deceive any longer?  Can't the U.S. Government see it?  How much longer can they stay blind?!  Therefore, as you can see, how many spies and special agents will be caught by Wengui's magic mirror, this is so interesting."

38.    On August 28, 2017, the Debtor stated in a YouTube video that "Haemorrhoid Xia, Weishi, Xinuo, they phish blatantly and collect money, they violate the law and commit crimes, why don't quote that?"

39.    On September 4, 2017, the Debtor stated in a YouTube video that "Then Weishi, Xinuo are criminals and wanted men!"

40.    On September 6, 2017, the Debtor stated in a YouTube video that "Got away from the wild swine herd and wild dog pack of Toad Li Weidong, and Xinuo, Weishi, Haemorrhoid Xia of Xia Yeliang, as well as traitors like Sun Lijun and Meng Jianzhu."

41.    On September 10, 2017, the Debtor stated in a YouTube video that "Therefore, Li Weidong, the Toad Li, and people such as Weishi and Xinuo, as well as Haemorrhoid Zhang and Haemorrhoid Xia are all the results of "Lan-Jin-Huang [Blue/Gold/Yellow]."

42.    "Operation Blue/Gold/Yellow" is a term the Debtor uses to describe the PRC's tactics to target individuals – through bribes, blackmail and other nefarious means – and to coerce them to work for the PRC government.

43.    On September 10, 2017, the Debtor stated in a YouTube video that "Just like Haemorrhoid Xia, Haemorrhoid Zhang, Weishi, Xinuo,  Toad Li Weidong, and this He Qinlian, and a bunch of these things, all of these will be wiped out like flying ashes.  Let these people be a great gift to us, they will let us see these silent forces are threatening our pursuit of democracy and the legal system."

44.    On September 19, 2017, the Debtor stated in a YouTube video that "At the downstream, there are Weishi and Xinuo from Boxun as well Toad Li Weidong operating on the outside with a public Tweeter account and a fake Wang Yanping identity, with many hackers attacking you and everyone at Mingjing."

45.     On February 4, 2018, the Debtor stated in a YouTube video that "Can I go to Boxun? Of course I cannot go to Boxun, otherwise I will be caught if I go to Boxun, I would die sooner or later without knowing it."

46.     The Debtor continues, later in that YouTube video "Chen Jun, you now need to answer the following questions:  What is your relation with Weishi? What is your relation with Xinuo and what is your relation with Yuan Jianbin? Have you plotted with them to frame Guo Wengui? …When we look back, all of what you have said are rumors spread by Yuan Jianbin, Weishi, Wu Zheng and the Communist Party."

47.     The Debtor further states in that February 4, 2018 video, again referring to Chen Jun, that "However, if he does not tell the truth but behaves like people such as Boxun, Weishi, Li Weidong, or Ye Liang, then we would have to wait and see…"

48.     On February 10, 2018, the Debtor stated in a YouTube video that "Everyone can see there is something common about Chen Jun, Yuan Jianbin, Weishi, Xinuo, Wu Zheng: that is they can lie without blinking their eyes.  They think everyone else in this world has zero brain, it is because they got away with their lies each time, that's the reason they can be so ignorant and arrogant…Yuan Jianbin, Weishi, Xinuo, and Chen Jun scammed whom for money?  It was their friends' money, while Wu Zheng scammed the government for money and Jack Ma stealed money from the government."

49.     Insofar as Plaintiffs' success as a functioning news service is premised upon its independence from the PRC government and all other government agencies, these allegations are highly damaging to Plaintiffs' professional reputation and thus are defamatory *per se*.

## C. **The Debtor's Other Acts of Harassment and Intimidation.**

50.     In addition to the Debtor's very public defamatory statements about Plaintiffs, the Debtor undertook an intentional campaign of harassment and intimidation against Meng personally, in an effort to cause him emotional distress and to further derail Plaintiffs' business efforts.

51.     As discussed herein, the Debtor's extreme and outrageous actions, through his agents, have caused Meng severe emotional distress.

52.     On March 3, 2017, the Debtor sent three men to a Boxun employee's home in Flushing, New York.

53.     At approximately 6:40 p.m. that day, the men knocked on the door of the Boxun employee's home.

54.     The employee's landlady answered the door, but she refused to open it.  In response, the men kicked the door.  The employee's landlady threatened to call the police and the three men left.  The incident left the employee's landlady in distress and physically ill.

55.     At 9:40 p.m. that same day, Meng's surveillance camera recorded a black car that had gone to his home.  The black car's visiting his home was unusual for Meng's neighborhood particularly at this time of evening.

56.     The next day, on March 4, 2017, the Debtor admitted on Twitter that the harassment Meng and his employee experienced were at the Debtor's direction:  "Good morning Mr. Weishi: You originally tried to scare me by either trying to reach out to the prosecutors, or FBI, and then you wanted to file a lawsuit…Even half of the cows in Mongolia are scared to death by you… and your actions? Wengui can't wait any longer as I am ready to take actions…my buddies didn't scare you enough for you to pee in your pants yesterday, did they?

These prosecutors and police will accompany you to jail, you better reach out to your organization in Beijing for help! Mr. Weishi! Everything has just begun!"

57.     With this statement, the Debtor posted four pictures depicting several men standing in front of a police vehicle. Upon information and belief, the men depicted in the pictures are police offers or otherwise associated with law enforcement.

58.     Later that same day, the Debtor issued Meng a challenge on Twitter: "Mr. Weishi finally crawled out of the rat hole. Weren't (you) scared to death when (I) came? The address you gave me is fake, you were so scared that you went into hiding yesterday. You didn't even have the gut to accept the indictment and the investigation notice and you are still talking nonsense here, and now you are beginning to mention my passport. If you have the gut, let's bring our passports to a live broadcast at Mingjing. Or I can meet you anywhere you want today! Would you dare? Take a couple of walks?"

59.     Meng, hoping to end the Debtor's harassment and intimidation tactics against him, accepted the Debtor's offer to meet in person.

60.     On March 4, 2017 at approximately 4 p.m., Meng met the Debtor at the Sheraton Hotel in Flushing, New York. The Debtor was accompanied by more than ten individuals that appeared to be bodyguards, a lawyer and assistants.

61.     At the meeting, Meng told the Debtor and his agents that they should not have sent people to the Boxun employee's home and that they should not have kicked his door.

62.     In response, the Debtor told Meng that the men he sent to the Boxun employee's home were police officers (intimating that he had hired the officers to do his work) and that they "can go to anybody's home."

63.    The Debtor stated that he instructed the men to kick the door when the employee's landlady would not open it.

64.    Upon information and belief, the Debtor again ordered his agents, some or all of whom were carrying guns, to harass Meng in the early morning and late night.

65.    Meng's surveillance cameras captured the Debtor's agents returning to Meng's home several times.

66.    On March 6, 2017, the Debtor's agents followed Meng to a donut store near Plaintiffs' office.

67.    During this incident, the Debtor's agents took pictures of Meng and Meng's car, which were posted on Twitter (@YvetteWong0 on 8/18/2017).

68.    On March 7, 2017, the Debtor's agents followed Meng for over forty miles from his home to Boxun's office.  Meng reported this incident to police.

69.    That same day, at approximately 10:30 p.m., Meng observed an unknown individual in a white car watching Meng's home.  Concerned for his safety, Meng called the police.  After investigating, the police indicated that the individual outside his home had been hired to surveil Meng's home.

70.    The next day, in the morning of March 8, 2017, Meng observed that the white sedan that was parked outside his home had been replaced by a van with an individual who was also surveilling Meng's home.

71.    When Meng photographed the van in front of his home, the van quickly drove away.  The van later returned to the same location.

72.    Upon information and belief, the Debtor hired these individuals to surveil Meng's home in furtherance of his harassment and intimidation campaign.

14

73.    On May 8, 2017, Meng learned that the Debtor's agents had taken Meng's confidential personal and business bank information, including a record of his bank transactions.

74.    The Debtor published Meng's bank account information on Twitter and YouTube.

75.    The Debtor has also attempted to enlist third parties to participate in his attacks on Meng.  Specifically, on multiple occasions in October 2017, the Debtor directed his agents and/or representatives, including, but not limited to, an individual named Guo Baosheng, to physically approach and verbally communicate with friends, colleagues and business associates of Meng, including, but not limited to, an individual named Yuan Jianbin.

76.    The Debtor's agents and representatives offered Meng's friends, colleagues and business associates money and other enticements to distance themselves from Meng and to publicly state negative things about Meng, thereby further defaming him.

77.    Some of these efforts have been unsuccessful because of the loyalty to Meng shown by his friends, colleagues and business associates.

78.    However, in other instances, these efforts were successful, including, but not limited to, Zhao Yan, Ge Lifang and Ai Furong, all of whom have betrayed Meng and Boxun by making negative public statements about them at the behest of the Debtor.

79.    The Debtor s acts of physical and emotional intimidation – along with his defamatory statements detailed herein – have caused severe emotional distress to Meng.

80.    The Debtor's interference with Meng's personal and professional relationships has contributed to and further exacerbated his emotional distress.

## II.    The Commencement of the Bankruptcy Case.

81.    On February 15, 2022, the Debtor filed a voluntary petition for relief under Chapter 11, Title 11 of the United States Code (the "**Bankruptcy Code**") commencing this bankruptcy case.

82.     The Debtor's list of largest unsecured creditors identifies each of the Movants as one of the largest non-insider creditors in this case.  (ECF Nos. 4, 20).

83.     The Plaintiffs Claims are personal injury claims that are expressly excluded from matters in which bankruptcy courts may enter final judgments or that may be estimated by bankruptcy courts for distribution purposes, nor do bankruptcy courts have jurisdiction to try such claims.  *See* 28 U.S.C. §§ 157(b)(2)(B), (O), 28 U.S.C. §157(b)(5).  Plaintiffs demand a trial by jury on their claims against the Debtor and do not consent to trial in this Court.

### COUNT I – DECLARATORY JUDGMENT
**Nondischargeability of the Defamation *Per Se* Claim**
**Pursuant to 11 U.S.C. § 523(a)(6)**

84.     Plaintiffs repeat and reallege each paragraph above as if fully set forth herein.

85.     Individual debtors are not entitled to a discharge under the Bankruptcy Code from any debt "for willful and malicious injury by the debtor to another entity or the property of another entity."  11 U.S.C. § 523(a)(6).

86.     The first cause of action in the State Court Complaint sets forth the Plaintiffs' claim against the Debtor for the intentional tort of Defamation *Per Se* (the "**Defamation *Per Se* Claim**"). State Court Complaint ¶¶ 109-117.  As set forth above and in the State Court Complaint, which is incorporated herein by reference, Debtor intentionally and with malice repeatedly defamed Plaintiffs seeking to cause them injury, and did cause injury to Plaintiffs.

87.     Through postings to social media accounts, websites, and various other writings aforesaid, the Debtor has falsely and repeatedly claimed, among other things, that Meng is a paid agent of the government of the PRC, or otherwise under the control of that country's government and/or intelligence service, and that he engaged in criminal acts.  The Debtor made similar statements against Boxun.  These statements have been read by countless individuals.

88.     These repeated false statements have damaged Meng's reputation and caused many individuals to doubt Meng's independence as a journalist, and Boxun as an independent news source.

89.     These statements have damaged Meng's reputation among a large number of people, and caused them to associate Plaintiffs with bad journalism, false reporting and conflicted motivations.

90.     The Debtor knew that these statements are false and had no authorization to make these false statements nor are they protected by any privilege.

91.     The Debtor made these statements with malice and the intent to damage Boxun, Meng, his reputation and his business, and to induce third parties not to do business with him, particularly by ceasing to consume the independent journalism provided by Boxun.

92.     Meng has suffered extensive damages as a direct result of these false statements by Defendant, and will continue to suffer irreparable harm as a result of such violations of law for which there is no adequate remedy at law.  Damages to the Plaintiff Meng are presumed for the Defamation *Per Se* Claim.

93.      The Debtor's conduct resulting in the Defamation *Per Se* Claim constitutes willful and malicious injury to Plaintiff Meng within the meaning of section 523(a)(6) of the Bankruptcy Code.  Accordingly, in the event that the Debtor is determined in the State Court Litigation to be liable on the Defamation *Per Se* Claim, the Debtor's liability (including actual, presumed, and punitive damages, as well as interest, fees and costs) for the Defamation *Per Se* Claim is nondischargeable.

## COUNT II – DECLARATORY JUDGMENT
### Nondischargeability of the Defamation Claim Pursuant to 11 U.S.C. § 523(a)(6)

94.     Plaintiffs repeat and reallege each paragraph above as if fully set forth herein.

95.    Individual debtors are not entitled to a discharge under the Bankruptcy Code from any debt "for willful and malicious injury by the debtor to another entity or the property of another entity."  11 U.S.C. § 523(a)(6).

96.    The second cause of action in the State Court Complaint sets forth the Plaintiffs' claim against the Debtor for the intentional tort of Defamation (the "**Defamation Claim**").  State Court Complaint ¶¶ 118-127.  As set forth above and in the State Court Complaint, which is incorporated herein by reference, Debtor intentionally and with malice repeatedly defamed Plaintiffs seeking to cause them injury and did cause injury to Plaintiffs.

97.    Through postings to social media accounts, websites, and various other writings aforesaid, the Debtor has falsely and repeatedly claimed, among other things, that Meng is a paid agent of the government of the PRC, or otherwise under the control of that country's government and/or intelligence service, and that he engaged in criminal acts.  Through social media, websites and various other writings, the Debtor also has falsely and repeatedly claimed that Boxun is a paid agent of the government of the PRC and that it engaged in criminal acts.  These statements have been read by countless individuals.

98.    These repeated false statements have damaged Meng's reputation and caused many individuals to doubt Meng's independence as a journalist, and Boxun as an independent news source.

99.    These statements have damaged Meng's reputation among a large number of people, and caused them to associate Plaintiffs with bad journalism, false reporting and conflicted motivations.

100.    The Debtor knew that these statements are false and had no authorization to make these false statements nor are they protected by any privilege.

101.    The Debtor made these statements with malice and the intent to damage Boxun, Meng, his reputation and the Plaintiffs' business, and to induce third parties not to do business with the Plaintiffs, particularly by ceasing to consume the independent journalism provided by Boxun.

102.    The Plaintiffs have suffered extensive damages as a direct result of the intentional false statements by the Debtor, including but not limited to, lost revenue and injury to their professional reputation, in a monetary amount to be determined at trial, and Plaintiffs will continue to suffer irreparable harm as a result of such violations of law for which there is no adequate remedy at law.

103.    The Debtor's conduct resulting in the Defamation Claim constitutes willful and malicious injury to Plaintiffs within the meaning of section 523(a)(6) of the Bankruptcy Code. Accordingly, in the event that the Debtor is determined in the State Court Litigation to be liable on the Defamation Claim, the Debtor's liability (including actual, presumed, and punitive damages, as well as interest, fees and costs) for the Defamation Claim is nondischargeable.

<u>**COUNT III – DECLARATORY JUDGMENT**</u>
**Nondischargeability of the IIED Claim Pursuant to 11 U.S.C. § 523(a)(6)**

104.    Plaintiffs repeat and reallege each paragraph above as if fully set forth herein.

105.    Individual debtors are not entitled to a discharge under the Bankruptcy Code from any debt "for willful and malicious injury by the debtor to another entity or the property of another entity." 11 U.S.C. § 523(a)(6).

106.    The fourth[1] cause of action in the State Court Complaint sets forth the Plaintiff Meng's claim against the Debtor for the intentional infliction of emotional distress (the "**IIED**

---

[1] The third cause of action was dismissed without prejudice to replead but was not replead by Plaintiffs.

**Claim**"). State Court Complaint ¶¶ 140-148. As set forth above and in the State Court Complaint, which is incorporated herein by reference, Debtor intentionally and with malice repeatedly defamed, threatened and intimidated Plaintiffs seeking to cause them injury and did cause injury to Plaintiffs.

107.    The Debtor undertook a campaign to defame, harass and intimidate Plaintiff Meng. Through social media accounts, video statements, and writings aforesaid, the Debtor has falsely and repeatedly claimed that Plaintiff Meng is a paid agent of the government of the PRC or otherwise under the control of that country's intelligence service, and that he engaged in criminal acts. These statements have been read, viewed, and heard by countless individuals.

108.    The Debtor knew these statements are false and his repeated publishing of these false claims regarding Meng constitutes extreme and outrageous conduct.

109.    In addition, the Debtor engaged in intentional conduct to harass and intimidate Meng, including by sending his agents to follow Meng; surveil his home; and investigate Meng's personal and business bank transactions. The Debtor's campaign of harassment and intimidation against Meng constitutes extreme and outrageous conduct.

110.    The Debtor also engaged his agents and paid them to (1) make false statements about Plaintiffs to Meng's friends and colleagues; (2) physically intimidate Meng; and (3) approach the home of Meng's employee and to attempt to intimidate that person.

111.    The Debtor has made these statements, and committed acts of intimidation through his representatives, with intent to cause severe emotional distress to Meng.

112.    Directly, because of these false and outrageous statements and intentional actions made with malice to harm Meng, Meng has experienced at least the following: severe emotional

distress, shame, anxiety, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary losses.

113.    As a result, Meng has been damaged in an amount to be determined at trial.

114.    The Debtor's conduct resulting in the IIED Claim constitutes willful and malicious injury to Plaintiff Meng within the meaning of section 523(a)(6) of the Bankruptcy Code. Accordingly, in the event that the Debtor is determined in the State Court Litigation to be liable on the IIED Claim, the Debtor's liability (including actual, presumed, and punitive damages, as well as interest, fees and costs) for the IIED Claim is nondischargeable.

## RELIEF REQUESTED

WHEREFORE, the Plaintiffs respectfully request that the Court grant judgment as follows:

(a)    Declaring the liability of Debtor to Meng for the Defamation *Per Se* Claim, as determined by the State Court in the State Court Litigation, to be nondischargeable pursuant to 11 U.S.C § 523(a)(6);

(b)    Declaring the liability of Debtor to Plaintiffs for the Defamation Claim, as determined by the State Court in the State Court Litigation, to be nondischargeable pursuant to 11 U.S.C § 523(a)(6);

(c)    Declaring the liability of Debtor to Meng for the IIED Claim, as determined by the State Court in the State Court Litigation, to be nondischargeable pursuant to 11 U.S.C § 523(a)(6); and

(d)    Granting such other and further relief to Plaintiffs as may be just and proper.

Dated: June 20, 2022

*/s/ Kristen B. Mayhew*

Kristin B. Mayhew
**MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP**
30 Jelliff Lane
Southport, CT 06890
(203) 319-4000
kmayhew@mdmc-law.com

- and -

Carollynn H.G. Callari (*pro hac vice*)
David S. Forsh (*pro hac vice*)
**CALLARI PARTNERS LLC**
One Rockefeller Plaza, 10th Floor
New York, NY 10020
(212) 202-3050
ccallari@callaripartners.com
dforsh@callaripartners.com

*Attorneys for Rui Ma*