# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------------ X

WEICAN ("WATSON") MENG and BOXUN, INC.,

                                           Plaintiff,

                   - against -

GUO WENGUI a/k/a MILES KWOK,

                                  Defendant

------------------------------------------------------------------ X

Index No.: 159636/2017

**VERIFIED AMENDED**
**COMPLAINT**

Plaintiffs Weican ("Watson") Meng ("Meng") and Boxun Inc. ("Boxun") (collectively, "Plaintiffs") by their attorneys Arkin Solbakken LLP, as and for their complaint against defendant Guo Wengui, a/k/a Miles Kwok ("Guo"), hereby state as follows:

**PRELIMINARY STATEMENT**

1.     This is an action for injunctive relief and monetary damages arising out of Guo's repeated acts of defamation committed against Plaintiffs.

2.     Guo's conduct was knowing, malicious, willful and wanton and/or showed a reckless disregard for Plaintiffs' rights and has caused, and will continue to cause, Plaintiffs disgrace, humiliation, and shame, permanent harm to their professional reputations and to the personal reputation of Meng, and severe mental anguish and emotional distress to Meng.

3.     Unhappy with the truthful and factual reporting by Plaintiffs about him, Guo has repeatedly published fabricated, false, and offensive statements about Meng on social medial platforms such as Twitter and websites such as YouTube, asserting that he is a spy, a special agent of the People's Republic of China ("PRC"), and that he has engaged in criminal acts that will lead to prosecution.

4.      Similarly, Guo has repeatedly published, false, and offensive statements about Boxun on Twitter and YouTube, asserting that Boxun is a paid agent of the PRC, or otherwise under the control of the PRC government, and falsely claiming that Boxun also engaged in criminal acts.

5.      Guo has also engaged in intentional acts designed to harass and intimidate Meng, including sending agents/representatives to Meng's home to physically confront him.

## JURISDICTION AND VENUE

6.      Pursuant to CPLR 301 and CPLR 302, this Court has jurisdiction over Guo because he is a resident of, and regularly conducts business in, New York County and New York State.

7.      Pursuant to CPLR 503(a), venue is proper because Guo resides in New York County and has been actively publishing defamatory statements from his residence in this County.

## THE PARTIES

8.      Meng is the founder and a contributing writer of Boxun News (http://en.boxun.com/), a United States-based independent media outlet located at 3370 Prince Street, Suite 803, Flushing, New York 11354.

9.      Meng is a graduate of the Fuqua School of Business at Duke University, having received his MBA in 2005.

10.     Thereafter, Meng was named a John S. Knight Journalism Fellow at Stanford University in 2008 and 2009.

11.     Meng maintains an active Twitter account (@wmeng8) and is often referred to, and known as, "Wei Shi" by his followers there and at Boxun.

2

12.     Boxun Inc. (collectively, with Boxun News, "Boxun"), Boxun News's corporate entity, is incorporated in New York.

13.     Boxun prides itself on being an independent voice that sheds light on the often opaque world of the PRC.

14.     Its mission includes, but is not limited to, reporting on the inner workings of the secretive government of the PRC and publishing revelations about human rights violations in that country.

15.     Boxun utilizes the services of journalists, and at times non-journalists, who are, in most instances, PRC nationals with intimate, personal knowledge of the occurrences about which they report.

16.     Insofar as Plaintiffs' success as a functioning news service is premised upon their independence from the PRC government and the PRC's state-run media, the allegations set forth in detail below, in which Guo falsely claims that the PRC has control over Plaintiffs, are highly damaging to Plaintiffs' professional reputations.

17.     Defendant Guo is a PRC national and a real estate billionaire, residing at 781 Fifth Avenue, New York, New York.

18.     Upon information and belief, Guo has lived at 781 Fifth Avenue since March 6, 2015.

19.     Guo uses aliases and maintains at least one active Twitter account, under the name Miles Kwok (@KwokMiles).

20.     Guo has carefully cultivated an image of himself as a cultured political dissident who stands up to – and exposes rampant corruption within – the tyrannical government of the PRC.

3

Case 22-50073   Doc 478-1   Filed 06/20/22   Entered 06/20/22 22:20:51   Page 5 of 25

21.     This public persona, however, is a smokescreen, largely facilitated by his considerable personal wealth and prominent connections in the West.

22.     In fact, this crafted fiction serves not only to satisfy Guo's ego and the egos of those who affiliate with him; it further provides Guo with a means to mask the campaign of intimidation and terror he unleashed upon those few of his employees who dare not submit themselves entirely to his domination and to the multitude of business partners who have been forced to institute multiple litigations against him because of his failure to live up to his professional and business commitments.

## DEFENDANT'S DEFAMATION OF PLAINTIFFS

23.     From late 2014 to 2016, Plaintiffs published a number of articles about Guo indicating that he was working in close coordination with, and/or at the behest of, the government of the PRC, notwithstanding his public pronouncements against it.

24.     For example, in December 2014, Boxun published several reports after interviewing a business man from China who claimed to have been wronged by Guo.

25.     The interviewee indicated that Guo had used his connections at the PRC's Ministry of State Security to threaten him, and to permit Guo to benefit illegally.

26.     Guo was very upset that these facts about him had been publicly revealed.

27.     As a result, Guo embarked on a full-throated campaign to discredit Plaintiffs using threats, intimidation and defamation.

28.     In fact, upon information and belief, Guo's actions, and his campaign to defame Meng and Boxun were in furtherance of his own media business.

29.     Guo's business plan, a copy of which Meng obtained from a Twitter posting (@YvetteWong0 on 09/14/2017), for a media venture called "Democracy TV" (a Guo Global

4

Case 22-50073   Doc 478-1   Filed 06/20/22   Entered 06/20/22 22:20:51   Page 6 of 25

Media Group project) asserted that in 2017, "MGM will make every step forward to sink the

Boxun, while phasing out the media under Watson's [Meng's] control."

30.       Pursuant to this venture, Guo would "maintain 100% complete discretion to

control the messaging, and Guo Global Media Group will maintain an exclusive right to air

Guo's content."

31.       As discussed in detail below, on multiple occasions, Guo took to Twitter and

YouTube, and publicly made outrageous and utterly baseless assertions against Plaintiffs with

the sole intent of undermining Meng's professional and personal integrity, and to discredit

Plaintiffs' journalistic independence and integrity.

32.       Meng is commonly known as "Wei Shi" by Boxun's readers, sponsors, and by

followers critical of the PRC government.  Each of Guo's statements detailed below refers to

"Wei Shi," a name directly associated to Meng.

## A. **Guo's Defamatory Statements Posted on Twitter**

33.       Upon information and belief, Guo has more than 524,000 followers on Twitter.

34.       On February 17, 2017, Guo asserted on Twitter: "@wmeng8  Mr. Weishi, how

dare you lie with your eyes open, netizens know how to read!  Please do not make such stupid

mistakes to think you are smarter than the netizens!  You can present the evidences I have

mentioned, you said I love money, I am an entrepreneur, so why wouldn't I love money,

however, I am not like you who would betray friends and take advantage of other's trust to bully

those who are weak and help those who are evil in order to earn ill-gotten money!  You collected

money from three sides from your falsified report about me, you are so evil, as evil as the bad

Disciplinarum Committee + the Public Security!"

5

35.     On February 17, 2017, Guo asserted on Twitter, "@ZhaoMingObserve @wmeng8     You upheld the justice for me and they bullied you, how could I simply watch and not do anything, that's not the style for Guo Wengui.  In order to thank you for upholding the justice for me today, please disclose on my behalf some evidence on Mr. Weishi lurking around and taking money! Whatever we do, we have to be sensible and reasonable at the same time, and we also go by evidence!"

36.     On February 22, 2017, Guo asserted on Twitter, "Dear netizens: I believe the netizens have seen the synthetic video of "Triple Evilness" of Guo Wengui.  It is proved from an official and reliable channel that the source of the video is Fu Zhenghua, who directly ordered the video to be broadcasted. Weishi and Xinuo from overseas are directly under the orders from the First Bureau and Fu Zhenghua with the promise of great benefits.  Get rid of Mingjing and Guo Wengui and give the overseas Chinese media market to Weishi, and offer them an enormous sum of money for support in addition to the original annual appropriations.  As I did not fully follow their control and mentioned members and the standing committee of the Poliburo, the Special Investigation Team came to my company again in the last 48 hours for the so-called arraignment and evidence collection from the parties involved.  It was said the above request is to convict Guo Wengui and his son at any cost.  An international arrest warrant can only be issued if they are convicted."

37.     The First Bureau refers to the Ministry of Public Security, which is the PRC's principal police and security authority and the government agency that exercises oversight over law enforcement.

38.     Fu Zhenghua is a PRC public security official who served as Deputy Minister of Public Security.

39.     On February 22, 2017, Guo asserted on Twitter, "@ZhaoMingObserve    In order to thank the netizens for your indescribable support that has touched me so much:  Let me break two news as my little reward to you[.] The person who is pixelated in the photo is the older brother of the former president of the Peking University, he is a great guy, as it only has the photo of Li You, me and us visiting Jiuzhaigou, I knew as soon as Boxun published the photo on their website that Li You and his shareholders from the Standing Committee of the Politburo bought over Weishi from Boxun."

40.     On March 6, 2017, Guo asserted on Twitter that "Today is a great day: I read this objective and excellent article written by Mr. Tang Baiqiao and I was very touched.  This is the power, attraction, warmth of the Tweeter world.  Wengui is sincerely grateful to Mr. Tang, and Weishi, Xinuo and his boss must be brought for justice. Their threats and evil forces to the domestic and overseas Chinese must be eradicated, and everything has just begun.  It must."

41.     On March 21, 2017, Guo asserted on Twitter that "@wenyunchao   Wengui is here to gamble for once with the supporters of Weishi: both Mr. Weishi and Mr. Xinuo will be sued by the prosecutor for offence of extortion by blackmail and tax evasion.  I am simply asking you to drink the entire bottle at my victory banquet in New York for my grass root honesty and bravery. If they can get away by the end of 2017, I will invite them to my banquet for a bottle of drinks at the Spring Festival of 2018 and I will also give each one one million U.S. Dollars as a compensation.  Who would like to sign up?"

42.     On October 3, 2017, Guo asserted on Twitter that "Everyone please be careful that this is a phishing email.  It's fake… Weishi and B Wu and Xinuo did it!"

43.     Upon information and belief, Guo made additional statements regarding Meng and Boxun on Twitter that have since been deleted from Guo's Twitter account.

7

44.     Insofar as Boxun's success as a functioning news service is premised upon its

independence from the PRC government and all other government agencies, the false statements

that Meng works with the government of the PRC are highly damaging to Meng's reputation and

thus are defamatory *per se*.

45.     Also, Guo's false statements that Plaintiffs' purportedly committed a crime are

also defamatory *per se*.

**B.  Guo's Defamatory Statements on YouTube**

46.     Guo also made statements posted on YouTube concerning Plaintiffs.

47.     On May 19, 2017, Guo stated in a YouTube video that "They are also very

interesting, they provide me with information immediately, saying that Weishi from Boxun is

very bad.  They said he has two younger brothers, his real name is Meng Weican, from Hebei

Province, and he has one younger brother called Meng Weisong, and let me see, yes Meng

Weisong, and another younger brother called Meng Weikang (transliteration).  At least four

tweeter friends, whom I don't know completely, said they have had dealings with his family

before, which was to (illegible) and to (illegible), and they have connections with various

departments."

48.     On May 20, 2017, Guo stated in a YouTube video that "I was very happy to see

Weishi sent me a message after he saw my TV announcement and it was my first time to see Mr.

Weishi getting so upset.  He said I won't let you off easy if you direct against my family.

However, I am very happy today because I finally see my opponent feeling the pain because of

his family.  I am not perverted, but I am very happy as I have found your pain spot.  Don't your

family let you feel the pain?  I can also learn from your partners and traitors.  Didn't you get a

new task in Hong Kong?  Didn't you say to me yesterday "Guo Wengui, let's see who's going to

8

get locked up first"?  That's right, let's see who's going to get locked up first.  Next, as for your

younger brothers and your family, you will see how I will handle them.  Weishi you see,

everything is easy as long you have a pain spot.  Let's see who's going to get locked up first,

Weishi.  Mr. Weishi, you accepted your task in Hong Kong, and you have such delusion, you

and the traitors and rogues are like twins who can have sufficient reasons to justify your evil

doing and actions."

49.    On June 13, 2017, Guo stated in a YouTube video that "And there is Weishi from

Boxun, Weishi from Boxun, plus, mostly importantly, the so-called systematic control behind the

scenes from the traitors in domestic China, which is very very scary."

50.    On June 28, 2017, Guo stated in a YouTube video that "I don't even want to

mention Boxun anymore, Boxun will be arrested by the U.S. Government for sure, let's wait and

see and I am so anxiously looking forward to it.  Even though, there are still people supporting it,

for those who support it should know what end you will come to.  They work for the Chinese

government; this has already been acknowledged unanimously by the U.S. Government

officials."

51.    On July 8, 2017, Guo stated in a YouTube video that "Your two younger brothers

are collecting money in Beijing, for everything you have done, Weishi, I will certainly make you

pay! You will find out very soon, I had a bet with you.  Let's see where you will go at the end of

the year."

52.    On October 10, 2017, Guo stated in a YouTube video that "It was very strange

yesterday, yesterday morning, which is at night in Beijing the day before, Maosheng's Jin

Zhizheng contacted me for information on the family members of Weishi and Xinuo, including a

few buddies of Weishi raking in money in China.  I was very shocked, I thought it wasn't real, I

9

then went home to call to verify and found it was true.  Very interesting, and then also yesterday, a few U.S. journalists called me to verify with me that they heard Hu Jingtao and Wen Jiabao were arrested.  I asked if they saw it on Boxun and they said yes.  I told them every information on that website is 100% fake.  It is so disastrous.  Can you believe Boxun actually said that Hu Jingtao and Wen Jiabao were arrested?!"

53.     The term "Jin Zhizheng" means "Economic Investigator of a Province," which is a Section of the Ministry of Public Security described above.

54.     On July 17, 2017, Guo stated in a YouTube video that "Therefore, Weishi will certainly spend the rest of his life in jail.  This is for sure and I can say it responsibly.  Whatever you say doesn't matter as they have already finished with their investigation."

55.     On August 5, 2017, Guo stated in a YouTube video that "Comparatively, Weishi from Boxun would be a piece of garbage, that guy could sell his mother for one hundred dollars, that Weishi, he could really sell his mother for one hundred dollars, he would take a deep breath as soon as he smells money, he can't help it, he is different.  Therefore, knowing Weishi is a special agent and Xinuo is a special agent, but nobody does anything, now it feels like everyone is a special agent."

56.     On August 21, 2017, Guo stated in a YouTube video that "Boxun, and Weishi, Xinuo, and Toad Li are an intelligence organization in the U.S., can they deceive any longer?  Can't the U.S. Government see it?  How much longer can they stay blind?!  Therefore, as you can see, how many spies and special agents will be caught by Wengui's magic mirror, this is so interesting."

10

57.    On August 28, 2017, Guo stated in a YouTube video that "Haemorrhoid Xia, Weishi, Xinuo, they phish blatantly and collect money, they violate the law and commit crimes, why don't quote that?"

58.    On September 4, 2017, Guo stated in a YouTube video that "Then Weishi, Xinuo are criminals and wanted men!"

59.    On September 6, 2017, Guo stated in a YouTube video that "Got away from the wild swine herd and wild dog pack of Toad Li Weidong, and Xinuo, Weishi, Haemorrhoid Xia of Xia Yeliang, as well as traitors like Sun Lijun and Meng Jianzhu."

60.    On September 10, 2017, Guo stated in a YouTube video that "Therefore, Li Weidong, the Toad Li, and people such as Weishi and Xinuo, as well as Haemorrhoid Zhang and Haemorrhoid Xia are all the results of "Lan-Jin-Huang [Blue/Gold/Yellow]."

61.    "Operation Blue/Gold/Yellow" is a term Guo uses to describe the PRC's tactics to target individuals – through bribes, blackmail and other nefarious means – and to coerce them to work for the PRC government.

62.    On September 10, 2017, Guo stated in a YouTube video that "Just like Haemorrhoid Xia, Haemorrhoid Zhang, Weishi, Xinuo,  Toad Li Weidong, and this He Qinlian, and a bunch of these things, all of these will be wiped out like flying ashes.  Let these people be a great gift to us, they will let us see these silent forces are threatening our pursuit of democracy and the legal system."

63.    On September 19, 2017, Guo stated in a YouTube video that "At the downstream, there are Weishi and Xinuo from Boxun as well as Toad Li Weidong operating on the outside with a public Tweeter account and a fake Wang Yanping identity, with many hackers attacking you and everyone at Mingjing."

11

64.     On February 4, 2018, Guo stated in a YouTube video that "Can I go to Boxun? Of course I cannot go to Boxun, otherwise I will be caught if I go to Boxun, I would die sooner or later without knowing it."

65.     Guo continues, later in that YouTube video "Chen Jun, you now need to answer the following questions:  What is your relation with Weishi? What is your relation with Xinuo and what is your relation with Yuan Jianbin? Have you plotted with them to frame Guo Wengui? …When we look back, all of what you have said are rumors spread by Yuan Jianbin, Weishi, Wu Zheng and the Communist Party."

66.     Guo further states in that February 4, 2018 video, again referring to Chen Jun, that "However, if he does not tell the truth but behaves like people such as Boxun, Weishi, Li Weidong, or Ye Liang, then we would have to wait and see…"

67.     On February 10, 2018, Guo stated in a YouTube video that "Everyone can see there is something common about Chen Jun, Yuan Jianbin, Weishi, Xinuo, Wu Zheng: that is they can lie without blinking their eyes.  They think everyone else in this world has zero brain, it is because they got away with their lies each time, that's the reason they can be so ignorant and arrogant…Yuan Jianbin, Weishi, Xinuo, and Chen Jun scammed whom for money?  It was their friends' money, while Wu Zheng scammed the government for money and Jack Ma stealed money from the government."

68.     Insofar as Plaintiffs' success as a functioning news service is premised upon its independence from the PRC government and all other government agencies, these allegations are highly damaging to Plaintiffs' professional reputation and thus are defamatory *per se*.

12

Case 22-50073   Doc 478-1   Filed 06/20/22   Entered 06/20/22 22:20:51   Page 14 of
25

## C.  Guo's Other Acts of Harassment and Intimidation

69.     In addition to Guo's very public defamatory statements about Plaintiffs, Guo undertook an intentional campaign of harassment and intimidation against Meng personally, in an effort to cause him emotional distress and to further derail Plaintiffs' business efforts.

70.     As discussed herein, Guo's extreme and outrageous actions, through his agents, have caused Meng severe emotional distress.

71.     On March 3, 2017, Guo sent three men to a Boxun employee's home in Flushing, New York.

72.     At approximately 6:40 p.m. that day, the men knocked on the door of the Boxun employee's home.

73.     The employee's landlady answered the door, but she refused to open it.

74.      In response, the men kicked the door.

75.     The employee's landlady threatened to call the police and the three men left.

76.     The incident left the employee's landlady in distress and physically ill.

77.     At 9:40 p.m. that same day, Meng's surveillance camera recorded a black car that had gone to his home.

78.     The black car's visiting his home was unusual for Meng's neighborhood particularly at this time of evening.

79.     The next day, on March 4, 2017, Guo admitted on Twitter that the harassment Meng and his employee experienced were at Guo's direction: "Good morning Mr. Weishi: You originally tried to scare me by either trying to reach out to the prosecutors, or FBI, and then you wanted to file a lawsuit…Even half of the cows in Mongolia are scared to death by you… and your actions? Wengui can't wait any longer as I am ready to take actions…my buddies didn't

13

Case 22-50073   Doc 478-1   Filed 06/20/22   Entered 06/20/22 22:20:51   Page 15 of
25

scare you enough for you to pee in your pants yesterday, did they? These prosecutors and police

will accompany you to jail, you better reach out to your organization in Beijing for help! Mr.

Weishi! Everything has just begun!"

80.     With this statement, Guo posted four pictures depicting several men standing in

front of a police vehicle.

81.     Upon information and belief, the men depicted in the pictures are police offers or

otherwise associated with law enforcement.

82.     Later that same day, Guo issued Meng a challenge on Twitter: "Mr. Weishi

finally crawled out of the rat hole. Weren't (you) scared to death when (I) came? The address

you gave me is fake, you were so scared that you went into hiding yesterday. You didn't even

have the gut to accept the indictment and the investigation notice and you are still talking

nonsense here, and now you are beginning to mention my passport. If you have the gut, let's

bring our passports to a live broadcast at Mingjing. Or I can meet you anywhere you want

today! Would you dare? Take a couple of walks?"

83.     Meng, hoping to end Guo's harassment and intimidation tactics against him,

accepted Guo's offer to meet in person.

84.     On March 4, 2017 at approximately 4 p.m., Meng met Guo at the Sheraton Hotel

in Flushing, New York.

85.     Guo was accompanied by more than ten individuals that appeared to be

bodyguards, a lawyer and assistants.

86.     At the meeting, Meng told Guo and his agents that they should not have sent

people to the Boxun employee's home and that they should not have kicked his door.

87.     In response, Guo told Meng that the men he sent to the Boxun employee's home were police officers (intimating that he had hired the officers to do his work) and that they "can go to anybody's home."

88.     Guo stated that he instructed the men to kick the door when the employee's landlady would not open it.

89.     Upon information and belief, Guo again ordered his agents, some or all of whom were carrying guns, to harass Meng in the early morning and late night.

90.     Meng's surveillance cameras captured Guo's agents returning to Meng's home several times.

91.     On March 6, 2017, Guo's agents followed Meng to a donut store near Plaintiffs' office.

92.     During this incident, Guo's agents took pictures of Meng and Meng's car, which were posted on Twitter (@YvetteWong0 on 8/18/2017).

93.     On March 7, 2017, Guo's agents followed Meng for over forty miles from his home to Boxun's office.  Meng reported this incident to police.

94.     That same day, at approximately 10:30 p.m., Meng observed an unknown individual in a white car watching Meng's home.

95.     Concerned for his safety, Meng called the police.

96.     After investigating, the police indicated that the individual outside his home had been hired to surveil Meng's home.

97.     The next day, in the morning of March 8, 2017, Meng observed that the white sedan that was parked outside his home had been replaced by a van with an individual who was also surveilling Meng's home.

15

Case 22-50073    Doc 478-1    Filed 06/20/22    Entered 06/20/22 22:20:51    Page 17 of
25

98.     When Meng photographed the van in front of his home, the van quickly drove away. The van later returned to the same location.

99.     Upon information and belief, Guo hired these individuals to surveil Meng's home in furtherance of his harassment and intimidation campaign.

100.    On May 8, 2017, Meng learned that Guo's agents had taken Meng's confidential personal and business bank information, including a record of his bank transactions.

101.    Guo published Meng's bank account information on Twitter and YouTube.

102.    More recently, Guo has also attempted to enlist third parties to participate in his attacks on Meng.

103.    Specifically, on multiple occasions in October 2017, Guo directed his agents and/or representatives, including, but not limited to, an individual named Guo Baosheng, to physically approach and verbally communicate with friends, colleagues and business associates of Meng, including, but not limited to, an individual named Yuan Jianbin.

104.    Guo's agents and representatives offered Meng's friends, colleagues and business associates money and other enticements to distance themselves from Meng and to publicly state negative things about Meng, thereby further defaming him.

105.    Some of these efforts have been unsuccessful because of the loyalty to Meng shown by his friends, colleagues and business associates.

106.    However, in other instances, these efforts were successful, including, but not limited to, Zhao Yan, Ge Lifang and Ai Furong, all of whom have betrayed Meng and Boxun by making negative public statements about them at the behest of Guo.

107.    Guo's acts of physical and emotional intimidation – along with his defamatory statements detailed herein – have caused severe emotional distress to Meng.

108.     Guo's interference with Meng's personal and professional relationships has contributed to and further exacerbated his emotional distress.

## FIRST CAUSE OF ACTION
### (Defamation *Per Se*)

109.     Plaintiffs incorporate herein by reference all preceding and succeeding paragraphs as if fully set forth herein at length.

110.     Through postings to social media accounts, websites, and various other writings aforesaid, Guo has falsely and repeatedly claimed, among other things, that Meng is a paid agent of the government of the PRC, or otherwise under the control of that country's government and/or intelligence service, and that he engaged in criminal acts.

111.     These statements have been read by countless individuals.

112.     These repeated false statements have damaged Meng's reputation and caused many individuals to doubt Meng's independence as a journalist.

113.     These statements have damaged Meng's reputation among a large number of people, and caused them to associate Plaintiffs with bad journalism, false reporting and conflicted motivations.

114.     Guo knows that these statements are false, or at the very least, he has made these statements with reckless disregard for their truthfulness.

115.     Guo has no authorization to make these false statements nor are they protected by any privilege.

116.     Guo made these statements with the intent to damage Meng, his reputation and his business, and to induce third parties not to do business with him, particularly by ceasing to consume the independent journalism provided by Boxun.

17

Case 22-50073   Doc 478-1   Filed 06/20/22   Entered 06/20/22 22:20:51   Page 19 of
25

117.     Meng has suffered extensive damages as a direct result of these false statements by Defendant, and will continue to suffer irreparable harm as a result of such violations of law for which there is no adequate remedy at law.

## SECOND CAUSE OF ACTION
### (Defamation)

118.     Plaintiffs incorporate herein by reference all preceding and succeeding paragraphs as if fully set forth herein at length.

119.     Through social media accounts, websites, and various other writings, Guo has falsely and repeatedly claimed that Meng is a paid agent of the government of the PRC or otherwise under the control of that country's intelligence service, and that he engaged in criminal acts.

120.     These written statements have been read by countless individuals.

121.     Guo knows these statements are false, or at the very least, he has made these statements with reckless disregard for their truthfulness.

122.     Guo has neither authorization nor privilege to make such statements. Guo made these statements with the intent to damage Meng, his reputation, and his business, and to induce other parties to not conduct business with him.

123.     Meng has suffered extensive damages as described above, including but not limited to extreme emotional distress and injury to his personal and professional reputation, as a direct result of these false statements, and will continue to suffer irreparable harm as a result of such violations of law for which there is no adequate remedy at law.

124.     Through social media, websites and various other writings, Guo has falsely and repeatedly claimed that Boxun is a paid agent of the government of the PRC and that it engaged in criminal acts.

18

125.    These written statements have been read by countless individuals.

126.    Guo knows these statements are false, or at the very least, he has made these statements with reckless disregard for their truthfulness.  Guo has neither authorization nor privilege to make such statements.  Guo made these statements with the intent to damage Boxun, its reputation, its business, and to induce other parties to not conduct business with it.

127.    Boxun has suffered extensive damages as described above, including but not limited to, lost revenue and injury to its professional reputation, as a direct result of these false statements, and will continue to suffer irreparable harm as a result of such violations of law for which there is no adequate remedy at law.

### THIRD CAUSE OF ACTION
#### (Trade Defamation/Injurious Falsehoods)

128.    Plaintiffs incorporate herein by reference all proceeding and succeeding paragraphs as if fully set forth herein at length.

129.    Through social media accounts, websites, and video statements, Guo has falsely and repeatedly claimed that Meng is a paid agent of the government of the PRC or otherwise under the control of that country's intelligence service, and that he engaged in criminal acts.

130.    Guo knows these statements are false, or at the very least he has made these statements with reckless disregard for their truthfulness.  Guo has neither authorization nor privilege to make such statements.  Guo made these statements with the intent to damage Meng, his reputation, and his business, and to induce other parties to not conduct business with Meng.

131.    These false statements have caused countless readers to question the integrity and authenticity of Meng and his work at Boxun.

132.    Further, these false statements have induced other parties, to not conduct business dealings with Meng.

19

133.    Meng has suffered extensive damage as a direct result of these false statements, and will continue to suffer irreparable harm as a result of such violations of law for which there is no adequate remedy at law.

134.    Through social media accounts and video statements, Guo has falsely claimed that Boxun is a paid agent of the government of the PRC and that it engaged in criminal acts.

135.    These statements have been read and heard by countless individuals.

136.    Guo knows these statements are false, or at the very least, he has made these statements with reckless disregard for their truthfulness.  Guo has neither authorization nor privilege to make such statements.  Guo has made these statements with intent to damage Boxun, its reputation, its business, and to induce other parties to not conduct business with it.

137.    These false statements have induced countless individuals to no longer subscribe to Boxun as a news source.

138.    Further these false remarks have damaged business relationships for Boxun as a potential business partners, and caused them to question the legitimacy of the company and even terminate their relationship with Boxun.

139.    Boxun has suffered extensive damages as a direct result of these false statements, and will continue to suffer irreparable harm as a result of such violations of law for which there is no adequate remedy at law.

### FOURTH CAUSE OF ACTION
#### (Intentional Infliction of Emotional Distress)

140.    Plaintiffs incorporate herein by reference all preceding and succeeding paragraphs as if fully set forth herein at length.

141.    Through social media accounts, video statements, and writings aforesaid, Guo has falsely and repeatedly claimed that Meng is a paid agent of the government of the PRC or

20

otherwise under the control of that country's intelligence service, and that he engaged in criminal acts.

142.    These statements have been read, viewed, and heard by countless individuals.

143.    Guo knows these statements are false, or at the very least, he has made these statements with reckless disregard for their truthfulness.  His repeated publishing of these false claims regarding Meng constitutes extreme and outrageous conduct.

144.    In addition, Guo engaged in intentional conduct to harass and intimidate Meng, including by sending his agents to follow Meng; surveil his home; and investigate Meng's personal and business bank transactions.  Guo's campaign of harassment and intimidation against Meng constitutes extreme and outrageous conduct.

145.    In addition, Guo has engaged said third parties and paid them to (1) make false statements about Plaintiffs to Meng's friends and colleagues; (2) physically intimidate Meng; and (3) approach the home of Meng's employee and to attempt to intimidate that person.

146.    Guo has made these statements, and committed acts of intimidation through his representatives, with intent to cause severe emotional distress to Meng, or at the least, he has made these statements and committed acts of intimidation through his representatives whilst recklessly disregarding the substantial likelihood that these statements and actions would cause Meng severe emotional distress.

147.    Directly, because of these false and outrageous statements and intentional actions, Meng has experienced at least the following:  severe emotional distress, shame, anxiety, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary losses.

148.    As a result, Meng has been damaged in an amount to be determined at trial.

## FIFTH CAUSE OF ACTION
### (Conspiracy to Intentionally Inflict Emotional Distress)

149.    Plaintiffs incorporate herein by reference all preceding and succeeding paragraphs as if fully set forth herein at length.

150.    As set forth hereinabove, Guo has engaged in a scheme to harass, intimidate and defame Plaintiffs and thereby cause Meng severe emotional distress.

151.    Guo has conspired with third parties to facilitate and implement his nefarious scheme.

152.    For example, Guo has engaged said third parties and paid them to (1) make false statements about Plaintiffs to Meng's friends and colleagues; (2) follow Meng to work; (3) surveil and physically intimidate Meng; and (4) approach the home of Meng's employee and to attempt to intimidate that person.

153.    By directing these third parties to undertake this conduct, and by paying them to do so, Guo took an overt act in furtherance of the conspiracy.

154.    As a result of this conspiracy and this conduct, Meng has suffered severe emotional distress, shame, anxiety, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary losses as set forth hereinabove.

155.    As a result, Meng has been damaged in an amount to be determined at trial.

**WHEREFORE**, Plaintiffs request entry of Judgment in their favor and against Defendants as follows:

(i)     compensatory and punitive damages in an amount to be determined at trial, but no less than $1 million;

(ii)    enjoining Defendant and anyone acting or purporting to act on his behalf from making any of the false and defamatory statements set forth herein, or similar false and defamatory statements involving Plaintiffs;

(iii)   punitive damages;

(iv)    the costs and expenses incurred in this action including attorneys' fees; and

(v)     such other and further relief as the Court deems just and proper.

Dated:  March 30, 2018

ARKIN SOLBAKKEN LLP

*Attorneys for Plaintiffs*

By: _____
         Lisa C. Solbakken, Esq.
         Robert C. Angelillo, Esq.
     750 Lexington Avenue, 25th Floor
     New York, New York  10022
     Tel:  (212) 333-0200
     Fax:  (212) 333-2350

## VERIFICATION

STATE OF *New York* )
                        ) ss.:
COUNTY OF *Suffolk* )

WEICAN ("WATSON") MENG, being duly sworn, deposes and says:

I am the individual plaintiff in this matter. I have read the foregoing Complaint and know the contents thereof. The same are true to my own knowledge, except as to the matters that are therein stated to be alleged upon information and belief, and that as to those matters I believe them to be true.

—————————————————
Weican ("Watson") Meng

Sworn to before me this
*30th* day of March, 2018

—————————————————
Notary Public

JOSEPH J. CLAYTON
Notary Public, State of New York
No. 01CL6252511
Qualified in Suffolk County
Commission Expires 12/05/2019