# Notice Recipients

District/Off: 0205–5          User: admin          Date Created: 6/21/2022
Case: 22–50073               Form ID: ntctrbk      Total: 50

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
20          Pacific Alliance Asia Opportunity Fund L.P.
cr          Zheng Wu
20          Rui Ma
20          Weican Meng
intp        Golden Spring (New York) LTD
crcm        Official Committee of Unsecured Creditors
intp        HK International Funds Investments (USA) Limited, LLC
intp        Mei Guo
cr          Baosheng Guo
cr          Yan Zhao
cr          Ning Ye
                                                                    TOTAL: 11

**Recipients of Notice of Electronic Filing:**
ust         U. S. Trustee          USTPRegion02.NH.ECF@USDOJ.GOV
aty         Aaron Romney           aromney@zeislaw.com
aty         Annecca H. Smith       asmith@rc.com
aty         Bennett Silverberg     bsilverberg@brownrudnick.com
aty         Carollynn H.G. Callari ccallari@callaripartners.com
aty         David S. Forsh         dforsh@callaripartners.com
aty         David V. Harbach, II   dharbach@omm.com
aty         Dylan Kletter          dkletter@brownrudnick.com
aty         Holley L. Claiborn     holley.l.claiborn@usdoj.gov
aty         Irve J. Goldman        igoldman@pullcom.com
aty         Jay Marshall Wolman    jmw@randazza.com
aty         Jeffrey L Jonas        jjonas@brownrudnick.com
aty         John L. Cesaroni       jcesaroni@zeislaw.com
aty         Jonathan Kaplan        jkaplan@pullcom.com
aty         Kenneth Aulet          kaulet@brownrudnick.com
aty         Kristin B. Mayhew      kmayhew@mdmc–law.com
aty         Laura Aronsson         laronsson@omm.com
aty         Mia N. Gonzalez        mgonzalez@omm.com
aty         Patrick M. Birney      pbirney@rc.com
aty         Peter Friedman         pfriedman@omm.com
aty         Peter J. Zarella       pzarella@mdmc–law.com
aty         Sara Pahlavan          spahlavan@omm.com
aty         Scott D. Rosen         srosen@cb–shea.com
aty         Stephen M. Kindseth    skindseth@zeislaw.com
aty         Stuart M. Sarnoff      ssarnoff@omm.com
aty         Timothy D. Miltenberger  Tmiltenberger@cbshealaw.com
aty         William Baldiga        wbaldiga@brownrudnick.com
aty         William R. Baldiga     wbaldiga@brownrudnick.com
                                                                    TOTAL: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Ho Wan Kwok     373 Taconic Road     Greenwich, CT 06831
cr          Logan Cheng     c/o Randazza Legal Group, PLLC     100 Pearl Street     14th Floor     Hartford, CT 06103
ca          Stretto     410 Exchange, Suite 100     Irvine, CA 92602
dbaty       Brown Rudnick LLP     One Financial Center     Boston, MA 02111
crcm        Pullman & Comley, LLC     850 Main Street     Bridgeport, CT 06601
20          Huizhen Wang     c/o TroyGould PC     1801 Century Park East, 16th Floor     Attn: Christopher A. Lilly     Los Angeles, CA 90067–2367
cr          Chao–Chih Chiu     c/o TroyGould PC     1801 Century Park East, 16th Floor     Attn: Christopher A. Lilly     Los Angeles, CA 90067–2367
cr          Yunxia Wu     c/o TroyGould PC     1801 Century Park East, 16th Floor     Attn: Christopher A. Lilly     Los Angeles, CA 90067
cr          Keyi Zilkie     c/o TroyGould PC     1801 Century Park East, 16th Floor     Attn: Christopher A. Lilly     Los Angeles, CA 90067
aty         Andrew M. Carty     Brown Rudnick LLP     Seven Times Square     New York, NY 10036
aty         Steven E. Mackey     Office of the U.S. Trustee     The Giaimo Federal Building     150 Court Street, Room 302     New Haven, CT 06510
                                                                    TOTAL: 11