**File an Order:**

22-50073 Ho Wan Kwok

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 5 (Bridgeport) |
| Assets: y | Judge: jam | Case Flag: 727EXT, DebtEd, EXHIBITS |

# U.S. Bankruptcy Court

# District of Connecticut

Notice of Electronic Filing

The following transaction was received from Clerks Office pe entered on 6/21/2022 at 4:20 PM EDT and filed on 6/21/2022
**Case Name:**          Ho Wan Kwok
**Case Number:**    22-50073
**Document Number:** 484

**Docket Text:**
**ORDER GRANTING MOTION TO EXTEND TIME.** On July 17, 2022, the Official Committee of Unsecured Creditors filed a Motion to Extend Time to File a Complaint under 11 U.S.C. § 523 (the 'Motion'). Also on June 17, 2022, Pacific Alliance Asia Opportunity Fund L.P. ('PAX') filed a Motion to Extend Time/Joinder to the Motion (ECF No. 472, the 'PAX Joinder Motion'). On June 20, 2022, PAX filed an adversary proceeding against the Debtor seeking relief under 11 U.S.C. § 523(a)(6). To the extent it is necessary, is it hereby
**ORDERED:** The PAX Joinder Motion is **GRANTED** and PAX is granted an extension of time to July 20, 2022, to file a complaint under 11 U.S.C. § 523. (RE: [472]) Signed by Judge Julie A. Manning on June 21, 2022. (pe)

The following document(s) are associated with this transaction:


**22-50073 Notice will be electronically mailed to:**

Laura Aronsson on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Kenneth Aulet on behalf of Debtor Ho Wan Kwok
kaulet@brownrudnick.com

William Baldiga on behalf of Debtor Ho Wan Kwok
wbaldiga@brownrudnick.com

William R. Baldiga on behalf of Debtor Ho Wan Kwok
wbaldiga@brownrudnick.com

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Rui Ma
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Weican Meng
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor Zheng Wu
ccallari@callaripartners.com

John L. Cesaroni on behalf of Interested Party Mei Guo
jcesaroni@zeislaw.com

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

David S. Forsh on behalf of 20 Largest Creditor Rui Ma
dforsh@callaripartners.com

David S. Forsh on behalf of 20 Largest Creditor Weican Meng
dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Zheng Wu
dforsh@callaripartners.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Peter Friedman on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Peter Friedman on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Irve J. Goldman on behalf of Creditor Committee Official Committee of Unsecured Creditors
igoldman@pullcom.com, rmccoy@pullcom.com

Mia N. Gonzalez on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

Jeffrey L Jonas on behalf of Debtor Ho Wan Kwok
jjonas@brownrudnick.com

Jonathan Kaplan on behalf of Creditor Committee Official Committee of Unsecured Creditors
jkaplan@pullcom.com, prulewicz@pullcom.com;rmccoy@pullcom.com

Stephen M. Kindseth on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party Mei Guo
skindseth@zeislaw.com, cjervey@zeislaw.com

Dylan Kletter on behalf of Debtor Ho Wan Kwok
dkletter@brownrudnick.com,
adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;rstark@brownrudnick.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Rui Ma
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Weican Meng
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Zheng Wu
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Rui Ma
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Weican Meng
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Zheng Wu
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Timothy D. Miltenberger on behalf of Interested Party Golden Spring (New York) LTD
Tmiltenberger@cbshealaw.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Sara Pahlavan on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
spahlavan@omm.com

Aaron Romney on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Scott D. Rosen on behalf of Interested Party Golden Spring (New York) LTD
srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Bennett Silverberg on behalf of Debtor Ho Wan Kwok
bsilverberg@brownrudnick.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Annecca H. Smith on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman on behalf of Plaintiff Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Peter J. Zarella on behalf of 20 Largest Creditor Rui Ma
pzarella@mdmc-law.com

Peter J. Zarella on behalf of 20 Largest Creditor Weican Meng
pzarella@mdmc-law.com

Peter J. Zarella on behalf of Creditor Zheng Wu
pzarella@mdmc-law.com

**22-50073 Notice will not be electronically mailed to:**

Brown Rudnick LLP
One Financial Center
Boston, MA 02111

Andrew M. Carty on behalf of Debtor Ho Wan Kwok
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Chao-Chih Chiu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Baosheng Guo
,

Steven E. Mackey on behalf of U.S. Trustee U. S. Trustee
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Huizhen Wang
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Yunxia Wu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067

Ning Ye
,

Yan Zhao
,

Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067