## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>Debtor. | Chapter 11 Case No.<br><br>22-50073 (JAM)<br><br>June 22, 2022 |

### RESERVATION OF RIGHTS OF PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.  IN RESPONSE TO THE DECLARATION OF MEI GUO

TO THE HONORABLE JULIE A. MANNING,
UNITED STATES BANKRUPTCY JUDGE:

Pacific Alliance Asia Opportunity Fund L.P. ("PAX") submits this reservation of rights in response to the *Declaration of Mei Guo* [ECF No. 464-1] (the "Declaration"), appended to *HK International Fund Investments (USA) Limited, LLC's Third Progress Report Regarding the "Lady May"* [ECF No. 464].

Paragraph 1 of the Declaration states that HK International Funds Investments (USA) Limited, LLC ("HKI") is "the sole owner of the yacht known as the 'Lady May.'" PAX disputes that HKI is the sole owner of the Lady May and reserves any and all rights, arguments, claims, objections, and defenses related to the ownership of the Lady May.

*[Signature follows on next page]*

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

| | |
|---|---|
| Dated: June 22, 2022<br>New York, New York | Respectfully submitted,<br><br>**Pacific Alliance Asia Opportunity Fund L.P.**<br><br>By: */s/ Patrick M. Birney*<br>  Patrick M. Birney (CT No. 19875)<br>  Annecca H. Smith (CT No. 31148)<br>  **ROBINSON & COLE LLP**<br>  280 Trumbull Street<br>  Hartford, CT 06103<br>  Telephone: (860) 275-8275<br>  Facsimile: (860) 275-8299<br>  E-mail: pbirney@rc.com<br>      asmith@rc.com<br><br>  -and-<br><br>  Peter Friedman (admitted *pro hac vice*)<br>  Stuart M. Sarnoff (admitted *pro hac vice*)<br>  **O'MELVENY & MYERS LLP**<br>  Seven Times Square<br>  New York, NY 10036<br>  Telephone: (212) 326-2000<br>  Facsimile: (212) 326-2061<br>  Email: pfriedman@omm.com<br>      ssarnoff@omm.com |

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2022, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties receiving notice by operation of the court's electronic filing system. Parties in interest may access this filing through the Court's CM/ECF System.

/s/ *Patrick M. Birney*
Patrick M. Birney