**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor.[1] | : |
| | : |
| | : |

**MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CORRECT ORDER EXTENDING DEADLINE TO FILE A COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF A DEBT**

The Official Committee of Unsecured Creditors (the "Committee") of the Debtor, Ho Wan Kwok ("Debtor"), pursuant to Fed. R. Civ. P. 60(a), made applicable by Fed. R. Bankr. P. 9024, hereby moves the Court to correct its order entered on June 21, 2022 [ECF No. 480], which extended the time for the Committee to file a to file a complaint under 11 U.S.C. § 523 to July 20, 2022 [ECF No. 480] (the "Extension Order").

In support of this motion, the Committee respectfully represents:

1. On June 17, 2022, the Committee filed its Motion to Extend the Deadline to File Complaints to Determine the Dischargeability of a Debt Pursuant to Fed. R. Bankr. P. 4007(c) (the "Motion").

2. In the first paragraph of the Motion, the Committee stated it was moving "for an extension of time of 30 days from the current deadline of June 20, 2022 *for creditors* to file complaints to determine the dischargeability of a debt under 11 U.S.C.§ 523(c)" (emphasis added).

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

The same request was made in the Motion's "WHERFORE" clause, which is also the relief that was proposed in the proposed order accompanying the Motion.

3. In the Extension Order, it is believed that the Court inadvertently granted the requested extension to the Committee directly, instead of granting an extension for all creditors to file complaints to determine the dischargeability of a debt under 11 U.S.C.§ 523(c). Although the Committee believes it has standing to move for such an extension for all creditors, it acknowledges that it would not have standing to file its own complaint to determine the dischargeability of a debt for any creditor. Thus, the extension should run to all creditors.

3. Accordingly, the Committee respectfully submits that the Extension Order should be corrected to provide an extension of 30 days to July 20, 2022 for all creditors.

**WHEREFORE**, the Committee respectfully requests that the Court correct the Extension Order so as to provide an extension of time of 30 days, until July 20, 2022, for creditors to file complaints to determine the dischargeability of a debt under 11 U.S.C. § 523(c) in this case, and that the Court grant such other or further relief as it may deem just, equitable and proper.

Dated: Bridgeport, Connecticut  
June 23, 2022

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HO WAN KWOK**

By: */s/Irve J. Goldman*  
Irve J. Goldman  
Jonathan A. Kaplan  
Pullman & Comley, LLC  
850 Main Street, 8th Floor  
PO Box 7006  
Bridgeport, CT 06601-7006  
(203) 330-2213  
igoldman@pullcom.com  

Its Attorneys

## CERTIFICATION OF SERVICE

      I, Irve J. Goldman, herby certify that on the 23rd day of June, 2022, a true and correct copy of the foregoing Motion to Correct Order Extending Deadline to File a Complaint to Determine the Dischargeability of a Debt (the "Motion") was filed with the Court and served all parties that have filed a notice of appearance and request for notice electronically via the Court's CM/ECF electronic filing system ("CM/ECF"). In addition, I also caused the Motion with proposed order to be served upon the Debtor by regular mail, postage prepaid, at the following address:

      Mr. Ho Wan Kwok
      373 Taconic Road
      Greenwich, CT 06831

                          By:    */s/Irve J. Goldman*

ACTIVE/83201.1/IJG/10406066v1