**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor.[1] | : |
| | : |
| | : |

### ORDER CORRECTING ORDER GRANTING MOTION TO EXTEND TIME

Upon the Motion of the Official Committee of Unsecured Creditors to Correct Order Extending Deadline to File a Complaint to Determine the Dischargeability of a Debt (the "Motion"), and due and proper service of the Motion having been made upon the Debtor, the United States Trustee, and all appearing parties; and after due deliberation and sufficient cause appearing therefor; it is

**ORDERED**, that the Motion is hereby granted and approved in all respects; and it is further

**ORDERED**, that the Court's Order Granting Motion to Extend Time [ECF No. 480] is corrected to provide that the deadline for creditors, not the Committee, to file complaints to determine the dischargeability of a debt pursuant to 11 U.S.C. § 523(c) is hereby extended to July 20, 2022.

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

ACTIVE/83201.1/IJG/10392618v1