UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor.[1] | : |
| | : |

**JOINDER OF RONG ZHANG, XIAODAN WANG, AND CHONG SHEN RAPHANELLA, AS CLASS REPRESENTATIVES, TO THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CORRECT ORDER EXTENDING DEADLINE TO FILE A COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF A DEBT**

Rong Zhang, Xiadan Wang, and Chong Shen Raphanella, individually and as class representatives of a putative class in the action entitled *Zhang, et al. v. Voice of Guo Media, Inc., et al.*, Case No. CV-21-01079-PHX-SMB, pending in the United States District Court for the District of Arizona (the "Creditors"), hereby join in the motion of the Official Committee of Unsecured Creditors (the "Committee") of Ho Wan Kwok (the "Debtor"), pursuant to Rule 9024 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to correct an order entered with respect to extending time to determine the dischargeability of a debt under 11 U.S.C.§523(c) (the "Motion"). In support of this joinder, the Creditors respectfully represent:

1. The Debtor is a defendant in the above-referenced litigation, and thus Creditors are unsecured creditors of the Debtor.

2. As set forth in the Motion, on June 17, 2022, the Committee filed a motion to extend the Dischargeability Deadline to July 20, 2022, on behalf of all creditors of the Debtor, including Creditors [ECF No. 470] (the "Extension Motion"). On June 21, 2022, the Court entered a docket order (the

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

{N5853245;2}                                         1

"Extension Order") granting the Extension Motion; however, such order only references an extension for the Committee and not other creditors of the Debtor as requested by the Extension Motion.

3. Creditors relied on the relief sought by the Committee on their behalf. In this respect, the Committee had previously represented the interests of all creditors by entering into a stipulation extending the dischargeability deadline for all creditors [ECF No. 385]. Thus, for the reasons set forth herein and the reasons set forth in the Extension Motion, the Movants hereby join in the Motion.

**WHEREFORE**, the Movants respectfully request that the Court correct the Extension Order so as to provide an extension of time of 30 days, until July 20, 2022, for creditors, including Creditors, to file a dischargeability complaint in this case, and such other or further relief as the Court may deem just, equitable and proper.

Dated at New Haven, Connecticut: June 24, 2022

Thomas J. Sansone
Federal Bar No. ct00671
Carmody Torrance Sandak & Hennessey LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Telephone: (203) 777-5501
Fax No. (203) 784-3199
E-mail: tsansone@carmodylaw.com

/s/ Michael S. Weinstein
Michael S. Weinstein
Federal Bar No. MW1125
Golenbock Eiseman Assor Bell & Peskoe LLP
771 Third Avenue
New York, NY 10017
Telephone: (212) 907-7347
Fax No. (212) 754-0330
E-mail: mweinstein@golenbock.com
*(Pro Hac Vice Motion to be Filed)*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor. | : |
| | : |

**CERTIFICATION OF SERVICE**

I hereby certify that on June 24, 2022, a copy of the foregoing Joinder of Rong Zhang, Xiaodan Wang and Chong Shen Raphanella, as Class Representatives, to the Motion of the Official Committee of Unsecured Creditors to Correct Order Extending Deadline to File a Complaint to Determine the Dischargeability of a Debt was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operating of the Court's electronic filing system or by mail to anyone unable to accept electronic filing, including the debtor, as listed below. Parties may access this filing through the Court's system.

Ho Wan Kwok *(the Debtor)*
373 Taconic Road
Greenwich, CT 06831

By: _____
Thomas J. Sansone (Federal Bar No. ct00671)
Carmody Torrance Sandak & Hennessey LLP
195 Church Street, P.O. Box 1950
New Haven, CT 06509-1950
Telephone: (203) 777-5501
Fax No. (203) 784-3199
E-mail: tsansone@carmodylaw.com