UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
IN RE: :
: Chapter 11
HO WAN KWOK : Case No. 22-50073 (JAM)
:
Debtor [1] : June 24, 2022
---------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

MICHAEL S. WEINSTEIN (*pro hac vice* motion to be filed) hereby files this Notice of Appearance and Request for Notice on behalf of **Rong Zhang, Xiaodan Wang and Chong Shen Raphanella**, Creditors of Debtor's Estate, and respectfully requests, pursuant to 11 U.S.C. Sec. 1109(b) and Rule 2002 of the Bankruptcy Rules of Procedure, that copies of all pleadings, notices, applications, motions, requests, complaints, and other papers filed, delivered or conveyed in any manner in this proceeding be served upon the undersigned at the address listed below.

/s/ Michael S. Weinstein
Michael S. Weinstein
Federal Bar No. MW1125
Golenbock Eiseman Assor Bell & Peskoe LLP
771 Third Avenue
New York, NY 10017
Telephone: (212) 907-7347
Fax No. (212) 754-0330
E-mail: mweinstein@golenbock.com
*(Pro Hac Vice Motion to be Filed)*

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

{N5853301}

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------------x
IN RE:                                      :
                                            : Chapter 11
HO WAN KWOK,                                : Case No. 22-50073 (JAM)
                                            :
    Debtor                                  : June 24, 2022
---------------------------------------------------------------x

## CERTIFICATION OF SERVICE

I hereby certify that on June 24, 2022, a copy of the foregoing Notice of Appearance and Request for Notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operating of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Ho Wan Kwok *(the Debtor)*
373 Taconic Road
Greenwich, CT  06831

By: _____
Thomas J. Sansone (Federal Bar No. ct00671)
Carmody Torrance Sandak & Hennessey LLP
195 Church Street, P.O. Box 1950
New Haven, CT 06509-1950
Telephone:  (203) 777-5501
Fax No. (203) 784-3199
E-mail:  tsansone@carmodylaw.com

{N5853301}