**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| HO WAN KWOK<br>a/k/a WENGUI GUO<br>a/k/a MILES GUO, | Case No. 22-50073 (JAM) |
| Debtor. | |

**UNITED STATES TRUSTEE'S MOTION FOR EXPEDITED**
**CONSIDERATION OF APPLICATION FOR ORDER**
**APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE**

William K. Harrington, United States Trustee for Region 2 ("United States Trustee"), though counsel, respectfully moves pursuant to Fed. R. Bankr. P. 9006(c)(1) for expedited consideration of his Application For Order Approving the Appointment Of Chapter 11 Trustee ("Application"). In support of the requested relief, the United States Trustee states as follows:

1. Ho Wan Kwok, also known as Wengui Guo, Miles Guo, and Miles Kwok, as well as numerous other aliases ("Debtor"), filed a voluntary chapter 11 petition on February 15, 2022. ECF 1.

2. On June 15, 2022, the Court entered a memorandum of decision and order (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee (the "Chapter 11 Trustee"). ECF 465.

3. The United States Trustee has selected Joe D. Whitley to serve as the Chapter 11 trustee and today filed the Application seeking approval of the appointment of Joe D. Whitley.

4. Pursuant to Rule 9006(c)(1), the Court may reduce, for cause shown, the time period for consideration of the Application. In light of the need to timely install a chapter 11 trustee, the United

1

States Trustee requests expedited consideration of the Application on an *ex parte* basis or, alternatively, at a hearing to be held as soon as is convenient to the Court. Should the Court determine a hearing is necessary, and given the varying locations of parties in interest, the United States Trustee suggests a hearing be held using Zoom.gov on July 5, 2022 and that notice be limited to electronic service by the Court's CM/ECF system.

WHEREFORE, the United States Trustee respectfully requests that the Court consider the Application on an *ex parte* basis or, alternatively, schedule a hearing on the Application as soon as is convenient to the Court.

Dated: June 30, 2022               Respectfully submitted,
       New Haven, Connecticut
                                   WILLIAM K. HARRINGTON
                                   UNITED STATES TRUSTEE FOR REGION 2

                           By:     /s/ Holley L. Claiborn
                                   Holley L. Claiborn
                                   Trial Attorney
                                   Office of the United States Trustee
                                   Giaimo Federal Building, Room 302
                                   150 Court Street
                                   New Haven, CT 06510
                                   Holley.L.Claiborn@usdoj.gov
                                   (203) 773-2210
                                   Federal Bar No.: ct17216 (Connecticut)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| HO WAN KWOK<br>a/k/a WENGUI GUO<br>a/k/a MILES GUO, | Case No. 22-50073 (JAM) |
| Debtor. | |

**ORDER SCHEDULNG EXPEDITED CONSIDERATION OF**
**APPLICATION FOR ORDER APPROVING**
**<u>APPOINTMENT OF CHAPTER 11 TRUSTEE</u>**

On consideration of the United States Trustee's motion for an order pursuant to Fed. R. Bankr. P. 9006(c)(1) for expedited consideration of the Application For Order Approving the Appointment Of Chapter 11 Trustee ("Application"), and for good cause shown, it is hereby

**ORDERED** that the Court shall consider the Application on an *ex parte* basis *[or at a hearing to be held on _____ via Zoom.gov with service of this Order and the Application via only the Court's CM/ECF system.]*

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| HO WAN KWOK<br>a/k/a WENGUI GUO<br>a/k/a MILES GUO, | Case No. 22-50073 (JAM) |
| Debtor. | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 30, 2022 the foregoing was served on all appearing parties via the Court's CM/ECF system as listed below *and on Joe D. Whitley via email at* **joe.whitley@wbd-us.com.**

Laura Aronsson on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Kenneth Aulet on behalf of Debtor Ho Wan Kwok
kaulet@brownrudnick.com

William Baldiga on behalf of Debtor Ho Wan Kwok
wbaldiga@brownrudnick.com

William R. Baldiga on behalf of Debtor Ho Wan Kwok
wbaldiga@brownrudnick.com

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Rui Ma
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Weican Meng
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor Zheng Wu
ccallari@callaripartners.com

John L. Cesaroni on behalf of Interested Party Mei Guo
jcesaroni@zeislaw.com

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

David S. Forsh on behalf of 20 Largest Creditor Rui Ma
dforsh@callaripartners.com

David S. Forsh on behalf of 20 Largest Creditor Weican Meng
dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Zheng Wu
dforsh@callaripartners.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Peter Friedman on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Peter Friedman on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Irve J. Goldman on behalf of Creditor Committee Official Committee of Unsecured Creditors
igoldman@pullcom.com, rmccoy@pullcom.com

Mia N. Gonzalez on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

Jeffrey L Jonas on behalf of Debtor Ho Wan Kwok
jjonas@brownrudnick.com

Jonathan Kaplan on behalf of Creditor Committee Official Committee of Unsecured Creditors

jkaplan@pullcom.com, prulewicz@pullcom.com;rmccoy@pullcom.com

Stephen M. Kindseth on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party Mei Guo
skindseth@zeislaw.com, cjervey@zeislaw.com

Dylan Kletter on behalf of Debtor Ho Wan Kwok
dkletter@brownrudnick.com, adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;rstark@brownrudnick.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Rui Ma
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Weican Meng
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Zheng Wu
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Rui Ma
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Weican Meng
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Zheng Wu
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Timothy D. Miltenberger on behalf of Interested Party Golden Spring (New York) LTD
Tmiltenberger@cbshealaw.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Sara Pahlavan on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
spahlavan@omm.com

Aaron Romney on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Scott D. Rosen on behalf of Interested Party Golden Spring (New York) LTD
srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Thomas J. Sansone on behalf of Creditor Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Xiaodan Wang
tsansone@carmodylaw.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Bennett Silverberg on behalf of Debtor Ho Wan Kwok
bsilverberg@brownrudnick.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Annecca H. Smith on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman on behalf of Plaintiff Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Peter J. Zarella on behalf of 20 Largest Creditor Rui Ma

pzarella@mdmc-law.com

Peter J. Zarella on behalf of 20 Largest Creditor Weican Meng
pzarella@mdmc-law.com

Peter J. Zarella on behalf of Creditor Zheng Wu
pzarella@mdmc-law.com

Dated: June 30, 2022                          Respectfully submitted,
      New Haven, Connecticut
                                        WILLIAM K. HARRINGTON
                                        UNITED STATES TRUSTEE FOR REGION 2

                             By:   /s/ Holley L. Claiborn
                                        Holley L. Claiborn
                                        Trial Attorney
                                        Office of the United States Trustee
                                        Giaimo Federal Building, Room 302
                                        150 Court Street
                                        New Haven, CT 06510
                                        Holley.L.Claiborn@usdoj.gov
                                        (203) 773-2210
                                        Federal Bar No.: ct17216 (Connecticut)