# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: admin | Date Created: 6/30/2022 |
| Case: 22−50073 | Form ID: pdfdoc2 | Total: 54 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
```
20         Pacific Alliance Asia Opportunity Fund L.P.
cr         Zheng Wu
20         Rui Ma
20         Weican Meng
intp       Golden Spring (New York) LTD
crcm       Official Committee of Unsecured Creditors
intp       HK International Funds Investments (USA) Limited, LLC
intp       Mei Guo
cr         Baosheng Guo
cr         Yan Zhao
cr         Ning Ye
cr         Chong Shen Raphanella
cr         Xiaodan Wang
cr         Rong Zhang
```
TOTAL: 14

**Recipients of Notice of Electronic Filing:**
```
ust        U. S. Trustee           USTPRegion02.NH.ECF@USDOJ.GOV
aty        Aaron Romney            aromney@zeislaw.com
aty        Annecca H. Smith        asmith@rc.com
aty        Bennett Silverberg      bsilverberg@brownrudnick.com
aty        Carollynn H.G. Callari  ccallari@callaripartners.com
aty        David S. Forsh          dforsh@callaripartners.com
aty        David V. Harbach, II    dharbach@omm.com
aty        Dylan Kletter           dkletter@brownrudnick.com
aty        Holley L. Claiborn      holley.l.claiborn@usdoj.gov
aty        Irve J. Goldman         igoldman@pullcom.com
aty        Jay Marshall Wolman     jmw@randazza.com
aty        Jeffrey L Jonas         jjonas@brownrudnick.com
aty        John L. Cesaroni        jcesaroni@zeislaw.com
aty        Jonathan Kaplan         jkaplan@pullcom.com
aty        Kenneth Aulet           kaulet@brownrudnick.com
aty        Kristin B. Mayhew       kmayhew@mdmc−law.com
aty        Laura Aronsson          laronsson@omm.com
aty        Mia N. Gonzalez         mgonzalez@omm.com
aty        Patrick M. Birney       pbirney@rc.com
aty        Peter Friedman          pfriedman@omm.com
aty        Peter J. Zarella        pzarella@mdmc−law.com
aty        Sara Pahlavan           spahlavan@omm.com
aty        Scott D. Rosen          srosen@cb−shea.com
aty        Stephen M. Kindseth     skindseth@zeislaw.com
aty        Stuart M. Sarnoff       ssarnoff@omm.com
aty        Thomas J. Sansone       tsansone@carmodylaw.com
aty        Timothy D. Miltenberger Tmiltenberger@cbshealaw.com
aty        William Baldiga         wbaldiga@brownrudnick.com
aty        William R. Baldiga      wbaldiga@brownrudnick.com
```
TOTAL: 29

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db         Ho Wan Kwok       373 Taconic Road      Greenwich, CT 06831
cr         Logan Cheng       c/o Randazza Legal Group, PLLC       100 Pearl Street      14th Floor      Hartford, CT 06103
ca         Stretto      410 Exchange, Suite 100        Irvine, CA 92602
dbaty      Brown Rudnick LLP       One Financial Center       Boston, MA 02111
crcm       Pullman & Comley, LLC       850 Main Street      Bridgeport, CT 06601
20         Huizhen Wang      c/o TroyGould PC       1801 Century Park East, 16th Floor       Attn: Christopher A. Lilly       Los Angeles, CA 90067−2367
cr         Chao−Chih Chiu       c/o TroyGould PC       1801 Century Park East, 16th Floor       Attn: Christopher A. Lilly       Los Angeles, CA 90067−2367
cr         Yunxia Wu      c/o TroyGould PC       1801 Century Park East, 16th Floor       Attn: Christopher A. Lilly       Los Angeles, CA 90067
cr         Keyi Zilkie       c/o TroyGould PC       1801 Century Park East, 16th Floor       Attn: Christopher A. Lilly       Los Angeles, CA 90067
aty        Andrew M. Carty       Brown Rudnick LLP       Seven Times Square       New York, NY 10036
aty        Steven E. Mackey      Office of the U.S. Trustee       The Giaimo Federal Building       150 Court Street, Room 302       New Haven, CT 06510
```

TOTAL: 11