**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>Debtor. | Chapter 11 Case No.<br><br>22-50073 (JAM)<br><br>July 6, 2022 |

**RESPONSE OF PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. TO
COURT'S ERRATA SHEET REGARDING OFFICIAL TRANSCRIPT**

Pacific Alliance Asia Opportunity Fund L.P. ("PAX") hereby submits this response (the "Response") to the *Errata Sheet Regarding Official Transcript* [Dkt. No. 466] (the "Court's Errata Sheet") entered by the Court on June 16, 2022 pursuant to the Court's *Order Setting Deadlinefor Response to Official Transcript Errata Sheet* [Dkt. No. 467]. After review of the transcript and the audio recording of the evidentiary hearing held on May 25, 2022, PAX respectfully submits a proposed supplement to the Court's Errata Sheet (the "PAX Supplemental Errata), attached hereto as Exhibit A. In the interest of avoiding duplicative submissions by other parties, and given the novel circumstances here, PAX has conformed the PAX Supplemental Errata to the Court's Errata Sheet but not submitted it to the court reporter or courtroom deputy email pending further consideration by the Court.

*[Signature follows on next page]*

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

|  |  |
|---|---|
| Dated: July 6, 2022<br>New York, New York | **Pacific Alliance Asia Opportunity Fund L.P.**<br><br>By: */s/ Patrick M. Birney*<br>   Patrick M. Birney (CT No. 19875)<br>   Annecca H. Smith (CT No. 31148)<br>   **ROBINSON & COLE LLP**<br>   280 Trumbull Street<br>   Hartford, CT 06103<br>   Telephone: (860) 275-8275<br>   Facsimile: (860) 275-8299<br>   E-mail: pbirney@rc.com<br>         asmith@rc.com<br><br>   -and-<br><br>   Peter Friedman (admitted *pro hac vice*)<br>   Stuart M. Sarnoff (admitted *pro hac vice*)<br>   **O'MELVENY & MYERS LLP**<br>   Seven Times Square<br>   New York, NY 10036<br>   Telephone: (212) 326-2000<br>   Facsimile: (212) 326-2061<br>   Email: pfriedman@omm.com<br>         ssarnoff@omm.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2022, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties receiving notice by operation of the court's electronic filing system. Parties in interest may access this filing through the Court's CM/ECF System.

/s/ *Patrick M. Birney*
Patrick M. Birney