## **EXHIBIT A**

PAX Supplemental Errata

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[2]<br><br>　　　　　Debtor. | Chapter 11 Case No.<br><br>22-50073 (JAM) |

### ERRATA SHEET REGARDING OFFICIAL TRANSCRIPT

Date of Hearing/Evidentiary Hearing/Trial:　May 25, 2022

Presiding Judge:　　　　　　　　　　　　Hon. Julie A. Manning

ECF Number of Official Transcript:　　　　442

Name of Transcriber:　　　　　　　　　　Christine Fiore

| Page Number | Line Number | Correction/Change | | Reason |
|---|---|---|---|---|
| | | Existing Text | Proposed Correction | |
| 14 | 14 | contained not | contained—not | Update |
| 16 | 25 | creditors's | creditors' | Accuracy |
| 21 | 3 | Geneva | Genever | Party accuracy |
| 21 | 7 | Sherry Netherlands | Sherry Netherland | Accuracy |
| 22 | 9 | dismembering | dissembling | Accuracy |
| 27[3] | 25 | Kuo | quo | Accuracy |
| 29 | 2 | not withstanding | notwithstanding | Accuracy |
| 29 | 14 | position. It . . . | position, it | Update |

---

[2] The last four digits of the Debtor's taxpayer identification number are 9595.
[3] The Court's Errata Sheet includes two entries for Kuo/quo at 26:21 and 26:25. PAX believes the 26:25 entry should read 27:25.

25183875-v1

| Page Number | Line Number | Correction/Change | | Reason |
| --- | --- | --- | --- | --- |
| | | **Existing Text** | **Proposed Correction** | |
| 31 | 4 | under | understand | Transcription |
| 31 | 6 | suigeneris | sui generis | Accuracy |
| 34 | 4[4] | Kuo | quo | Accuracy |
| 39 | 4 | its | it's | Accuracy |
| 39 | 15 | PAX' | PAX's | Accuracy |
| 40 | 4 | 157B5 | 157(b)(5) | Accuracy |
| 46 | 12 | I think | I don't think | Transcription |
| 49 | 21 | debtors | debtor's | Accuracy |
| 52 | 17 | largess | largesse | Accuracy |
| 66 | 23 | Geneva Holdings Corp. | Genever Holdings Corp. | Party accuracy |
| 66 | 25 | Geneva Holdings, LLC | Genever Holdings, LLC | Party accuracy |
| 67 | 1 | Geneva Holdings, LLC | Genever Holdings, LLC | Party accuracy |
| 67 | 7 | Geneva Holdings | Genever Holdings | Party accuracy |
| 67 | 17 | Geneva entities | Genever entities | Party accuracy |
| 67 | 22 | Geneva—the Geneva— | Genever—the Genever— | Party accuracy |
| 67 | 23 | Geneva Holdings | Genever Holdings | Party accuracy |
| 68 | 13 | Geneva BVI | Genever BVI | Party accuracy |
| 69 | 5 | Geneva Holdings | Genever Holdings | Party accuracy |
| 71 | 18 | at conversion | but conversion | Transcription |
| 76 | 24 | Kuo | quo | Accuracy |

---

[4] The Court's Errata Sheet includes two references to Kuo/quo at 34:1. PAX believes the second entry should read 34:4.

3

| Page Number | Line Number | Correction/Change | | Reason |
| --- | --- | --- | --- | --- |
| | | **Existing Text** | **Proposed Correction** | |
| 76 | 25 | Kuo | quo | Accuracy |
| 85 | 11 | (indiscernible) | elect | Transcription |
| 103 | 18 | prejudiced | prejudice | Accuracy |

Date: 07/06/2022