# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| HO WAN KWOK, | : | Case No. 22-50073(JAM) |
| Debtor. | : |  |
|  | : | July 6, 2022 |

## RESPONSE OF CREDITORS RUI MA, ZHENG WU AND WEICAN MENG TO THE COURT'S ERRATA SHEET REGARDING OFFICIAL TRANSCRIPT

Creditors Rui Ma, Zheng Wu and Weican Meng ("Creditors"), by and through their undersigned counsel, hereby submit this response (the "Response") to the Errata Sheet Regarding Official Transcript [ECF 466], entered by the Court on June 16, 2022 pursuant to the Court's Order Setting Deadline for Response to Official Transcript Errata Sheet [ECF 467].  Counsel for the Creditors has reviewed the official transcript of the evidentiary hearing held on May 25, 2022, and has one additional change to the Court's Errata Sheet as set forth on the attached **Exhibit A**.

          /s/   Kristin B. Mayhew
          Kristin B. Mayhew (ct20896)
          McElroy, Deutsch, Mulvaney & Carpenter, LLP
          30 Jelliff Lane
          Southport, CT  06890-1436
          Tel.(203) 319-4000
          Fax(203) 259-0251
          Email: kmayhew@mdmc-law.com

-and-

Carollynn H.G. Callari (admitted *pro hac vice*)
David S. Forsh (admitted *pro hac vice*)
**CALLARI PARTNERS LLC**
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone:  (212) 202-3050
Email:       ccallari@callaripartners.com
                  dforsh@callaripartners.com

*Attorneys for Rui Ma, Zheng Wu and Weican Meng*

## CERTIFICATE OF SERVICE

I, Kristin B. Mayhew, hereby certify that a true and accurate copy of the foregoing was filed with the Court on July 6, 2022. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

      /s/ Kristin B. Mayhew
Kristin B. Mayhew