# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| HO WAN KWOK, | : | Case No. 22-50073(JAM) |
| Debtor. | : |  |
|  | : |  |

## ERRATA SHEET REGARDING OFFICIAL TRANSCRIPT

Date of Hearing/Evidentiary Hearing/Trial:   May 25, 2022

Presiding Judge:   Hon. Julie A. Manning

ECF Number of Official Transcript:   442

Name of Transcriber:   Christine Fiore

| Page Number | Line Number | Correction/Change | | Reason |
|---|---|---|---|---|
|  |  | **Existing Text** | **Proposed Correction** |  |
| 81 | 16 | 160 million | 116 million | Accuracy |