**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| HO WAN KWOK<br>a/k/a WENGUI GUO<br>a/k/a MILES GUO, | Case No. 22-50073 (JAM) |
| Debtor. | |

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

To: *Luc Despins*
*Paul Hastings LLP*
*200 Park Avenue*
*New York, NY 10166*
*Email:* lucdespins@paulhastings.com

You have been selected for appointment as Chapter 11 Trustee of the estate of the above-captioned Debtor pursuant to 11 U.S.C. § 1104(a)(2).  You are required to notify the undersigned, in writing, of your acceptance by returning the attached Notice of Acceptance within three (3) business days after receipt of this Notice of Appointment and by providing proof that within seven (7) days after your appointment, you have obtained a bond in favor of the United States, in the initial amount of $25,000.00 subject to further increase or decrease as needed, conditioned on the faithful performance of your official duties pursuant to 11 U.S.C. § 322(a).  Should you accept, you must also submit an affidavit stating that you are a "disinterested person" within the meaning of 11 U.S.C. § 101(14).

Dated: July 7, 2022
New Haven, Connecticut

Respectfully submitted,
WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE FOR REGION 2

By: /s/ Holley L. Claiborn
Holley L. Claiborn
Trial Attorney
Office of the United States Trustee
Giaimo Federal Building, Room 302
150 Court Street
New Haven, CT 06510
Holley.L.Claiborn@usdoj.gov
Federal Bar No.: ct17216 (Connecticut)
(203) 773-5504