UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re                                                                                           Chapter 11

HO WAN KWOK                                                                  Case No. 22-50073 (JAM)
a/k/a WENGUI GUO
a/k/a MILES GUO,

Debtor.

---

### ACCEPTANCE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

By the signature below, Luc A. Despins hereby accepts the appointment of the United States Trustee and agrees to serve as Chapter 11 Trustee, pursuant to 11 U.S.C. §1106, in the above-captioned Chapter 11 case.

Dated: July 7, 2022

_Luc A. Despins_
Luc A. Despins