**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

In re                                                                   **Chapter 11**

**HO WAN KWOK**                                         **Case No. 22-50073 (JAM)**
**a/k/a WENGUI GUO**
**a/k/a MILES GUO,**

                              **Debtor.**

---

**APPLICATION FOR ORDER APPROVING**
**APPOINTMENT OF A CHAPTER 11 TRUSTEE**

William K. Harrington, the United States Trustee for Region 2 (the "United States

Trustee"), through his undersigned counsel, hereby applies to this Court, pursuant to 11 U.S.C. §

1104 and Rule 2007.1 of the Federal Rules of Bankruptcy Procedure, for an Order approving the

appointment of Luc A. Despins as Chapter 11 trustee in the captioned case.  In support of the

Application, the United States Trustee respectfully represents the following:

**I. STATEMENT OF FACTS**

1.      Ho Wan Kwok, also known as Wengui Guo, Miles Guo, and Miles Kwok, as well

as numerous other aliases ("Debtor"), filed a voluntary chapter 11 petition on February 15, 2022.

ECF 1.

2.      By order dated April 29, 2022, the Debtor employed the firm of Brown Rudnick

LLP as his chapter 11 counsel. ECF 293.

3.      On March 19, 2022, the United States Trustee filed a Motion for an Order

Directing the Appointment of an Examiner, or, In the Alternative, Motion for an Order Directing

the Appointment of a Chapter 11 Trustee ("UST Chapter 11 Trustee Motion"). ECF 102.

4.      On April 6, 2022, creditor Pacific Alliance Asia Opportunity Fund L.P. ("PAX") filed a Motion to Dismiss or, In The Alternative, Partial Joinder to the United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee ("PAX Dismissal/Trustee Joinder Motion"). ECF 183.

5.      On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") in this case. ECF 108. The Committee employed Pullman & Comley, LLC as its counsel. ECF 298.

6.      On May 25, 2022, the Court conducted a hearing on the UST Chapter 11 Trustee Motion and PAX Dismissal/Trustee Joinder Motion.  Counsel for the following participated in the hearing: the Debtor, the United States Trustee, the Committee, and creditors PAX, Rui Ma, Weican Meng and Zheng Wu.

7.      On June 15, 2022, the Court entered a memorandum of decision and order (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee (the "Chapter 11 Trustee"). ECF 465.

8.      Pursuant to 11 U.S.C.§ 1104(d), the United States Trustee has consulted the following parties-in-interest regarding the selection of the Chapter 11 Trustee: (i) counsel to the Committee, (ii) counsel to PAX, (iii) counsel to creditors Rui Ma, Weican Meng and Zheng Wu, and (iv) counsel to the Debtor.

9.      Pursuant to the Trustee Order, and after consultation with the parties-in-interest, the United States Trustee selected Luc A. Despins as the Chapter 11 Trustee.

10.      To the best of the United States Trustee's knowledge, Luc A. Despins' connections with the Debtor, creditors, any other parties-in-interest, their respective attorneys

and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee are set forth on the Declaration of Luc A. Despins which is annexed hereto.

11.    The United States Trustee, therefore, requests that the Court enter an order approving the appointment of Luc A. Despins as Chapter 11 trustee in this case. A form of proposed order is attached hereto.

**WHEREFORE**, the United States Trustee respectfully requests that the Court enter an order approving the appointment of Luc A. Despins as Chapter 11 Trustee pursuant to 11 U.S.C. §1104(d), and grant such other relief as the Court may deem just and proper.

Dated: July 7, 2022
    New Haven, Connecticut

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE FOR REGION 2

By:    /s/ Holley L. Claiborn
    Holley L. Claiborn
    Trial Attorney
    Office of the United States Trustee
    Giaimo Federal Building, Room 302
    150 Court Street, New Haven, CT 06510
    Holley.L.Claiborn@usdoj.gov
    Federal Bar No.: ct17216 (Connecticut)
    (203) 773-2210

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re | **Chapter 11** |
| **HO WAN KWOK** | **Case No. 22-50073 (JAM)** |
| **a/k/a WENGUI GUO** | |
| **a/k/a MILES GUO,** | |
| Debtor. | |

---

### ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

Upon the Application for an Order Approving the United States Trustee's Appointment of Chapter 11 Trustee ("Application") pursuant to the Court's Order dated June 15, 2022 (ECF 465) directing the United States Trustee to appoint a Chapter 11 Trustee in the above captioned individual case of Ho Wan Kwok a/k/a Wengui Guo a/k/a Miles Guo (the "Debtor"),[1] and the United States Trustee having selected Luc A. Despins for appointment and Luc A. Despins having accepted appointment to serve as Chapter 11 trustee in the Debtor's case, it is hereby

**ORDERED** that, pursuant to 11 U.S.C. § 1104(d), the appointment of Luc A. Despins as Chapter 11 trustee in the Debtor's case is hereby approved; and it is further

**ORDERED** that, within seven (7) days after his appointment, Luc A. Despins shall obtain a bond in favor of the United States in the initial amount of $25,000.00, subject to further increase or decrease as needed, conditioned on the faithful performance of his official duties pursuant to 11 U.S.C. § 322(a).

---

[1] The Debtor also uses other aliases.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

In re                                                                        **Chapter 11**

**HO WAN KWOK**                                                   **Case No. 22-50073 (JAM)**
**a/k/a WENGUI GUO**
**a/k/a MILES GUO,**

            Debtor.

---

**CERTIFICATE OF SERVICE**

        The undersigned certifies that on the 7th day of July, 2022, the following documents were served on all appearing parties via the court's electronic filing system as listed in section 2 below.

    **1.** **Documents Served**

        a.  Application for Order Approving Appointment of Chapter 11 Trustee
        b.  Proposed order on same
        c.  Declaration of Luc A. Despins

    **2.** **Service on Luc A. Despins via email** at: lucdespins@paulhastings.com

    **3.** **Parties Served Via ECF**

Laura Aronsson on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Kenneth Aulet on behalf of Debtor Ho Wan Kwok
kaulet@brownrudnick.com

William Baldiga on behalf of Debtor Ho Wan Kwok
wbaldiga@brownrudnick.com

William R. Baldiga on behalf of Debtor Ho Wan Kwok
wbaldiga@brownrudnick.com

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Rui Ma
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Weican Meng
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor Zheng Wu
ccallari@callaripartners.com

John L. Cesaroni on behalf of Interested Party Mei Guo
jcesaroni@zeislaw.com

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

David S. Forsh on behalf of 20 Largest Creditor Rui Ma
dforsh@callaripartners.com

David S. Forsh on behalf of 20 Largest Creditor Weican Meng
dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Zheng Wu
dforsh@callaripartners.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Peter Friedman on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Peter Friedman on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Irve J. Goldman on behalf of Creditor Committee Official Committee of Unsecured Creditors
igoldman@pullcom.com, rmccoy@pullcom.com

Mia N. Gonzalez on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund
L.P.
dharbach@omm.com

Jeffrey L Jonas on behalf of Debtor Ho Wan Kwok
jjonas@brownrudnick.com

Jonathan Kaplan on behalf of Creditor Committee Official Committee of Unsecured Creditors
jkaplan@pullcom.com, prulewicz@pullcom.com;rmccoy@pullcom.com

Stephen M. Kindseth on behalf of Interested Party HK International Funds Investments (USA)
Limited, LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party Mei Guo
skindseth@zeislaw.com, cjervey@zeislaw.com

Dylan Kletter on behalf of Debtor Ho Wan Kwok
dkletter@brownrudnick.com,
adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;rsta
rk@brownrudnick.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Rui Ma
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Weican Meng
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Zheng Wu
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Rui Ma
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Weican Meng
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Zheng Wu
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Timothy D. Miltenberger on behalf of Interested Party Golden Spring (New York) LTD
Tmiltenberger@cbshealaw.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Sara Pahlavan on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
spahlavan@omm.com

Aaron Romney on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Scott D. Rosen on behalf of Interested Party Golden Spring (New York) LTD
srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Thomas J. Sansone on behalf of Creditor Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Xiaodan Wang
tsansone@carmodylaw.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Bennett Silverberg on behalf of Debtor Ho Wan Kwok
bsilverberg@brownrudnick.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Annecca H. Smith on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman on behalf of Plaintiff Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Peter J. Zarella on behalf of 20 Largest Creditor Rui Ma
pzarella@mdmc-law.com

Peter J. Zarella on behalf of 20 Largest Creditor Weican Meng
pzarella@mdmc-law.com

Peter J. Zarella on behalf of Creditor Zheng Wu
pzarella@mdmc-law.com


Dated: July 7, 2022                          Respectfully submitted,
      New Haven, Connecticut

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE FOR REGION 2

By:    /s/ Holley L. Claiborn
      Holley L. Claiborn
      Trial Attorney
      Office of the United States Trustee
      Giaimo Federal Building, Room 302
      150 Court Street, New Haven, CT 06510
      Holley.L.Claiborn@usdoj.gov
      Federal Bar No.: ct17216 (Connecticut)
      (203) 773-2210