UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

-------------------------------------------------------------x
                                    :

In re:                                 :    Chapter 11

HO WAN KWOK,                 :    Case No. 22-50073

        Debtor.[1]             :

-------------------------------------------------------------x

## DECLARATION OF DISINTERESTEDNESS OF LUC A. DESPINS

    I, Luc A. Despins, declare the following is true to the best of my knowledge, information, and belief:

    1.    I am a partner in Paul Hastings LLP ("Paul Hastings"), an international law firm with twenty-one offices across the Americas, Asia, and Europe. I am currently resident in Paul Hastings' New York office. I am authorized to make this Declaration on Paul Hastings' behalf. Except as otherwise indicated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify thereto.

    2.    I submit this Declaration in connection with my appointment as chapter 11 trustee (the "Trustee") in the chapter 11 case of Ho Wan Kwok (the "Debtor") and in support of an application that I intend to file to approve the employment of Paul Hastings as counsel to the Trustee.

    3.    I attach to this Declaration, as Schedule 1, a consolidated list of parties in interest in connection with the Debtor's chapter 11 case that includes:

---

[1] Although the Debtor's legal name is Ho Wan Kwok, he is also known by the following names: Guo Wengui; Miles Guo; and Miles Kwok, and searches have been conducted with respect to all such names. The last four digits of the Debtor's taxpayer identification number are 9595.

    a.  parties listed as creditors, executory contract counterparties, and co-debtors on the Debtor's Schedules D, F, G, and H [Docket No. 78];

    b.  parties listed on the Debtor's Statement of Financial Affairs ("SOFA") [Docket No. 77], including (i) as recipients of payments within 90 days prior to the filing of the chapter 11 case (SOFA Part 3, Question 6); (ii) parties involved in litigation in which the Debtor is a party (SOFA Part 4, Question 9); and businesses owned by the Debtor (SOFA Part 11, Question 27).

    c.  parties and counsel filing notice of appearances in the Debtor's chapter 11 case; and

    d.  the Court and personnel of the office of the United States Trustee.

4.    Paul Hastings has developed procedures to enable it to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and any local rules of the Court regarding the service of a trustee and the employment of professionals under the Bankruptcy Code. Following those procedures, on July 5, 2022, I asked Paul Hastings personnel to compare the names listed on Schedule 1 with a database containing the names of all Paul Hastings clients and former clients who were clients at any time during the past five years,[2] and related conflict information, to research information about affiliates of the listed entities, to distribute an email inquiry to all Paul Hastings attorneys, and to make follow-up inquiries.

5.    Based on the results of those review procedures, I believe:

---

[2] Except with respect to the Debtor and the Debtor's family members and related entities, with respect to which no such time limitation was used when reviewing Paul Hastings' database.

a.  Neither I, nor Paul Hastings, nor any partner in, counsel to, or associate of Paul Hastings represents any entity in or in connection with the Debtor's chapter 11 case;

b.  Paul Hastings and I do not hold or represent an interest adverse to the Debtor's estate; and

c.  neither Paul Hastings nor any of its attorneys, including me, (i) is a creditor, equity security holder or insider of any of the Debtor or his affiliates, (ii) has been, within two years before the date of the filing of the petition, a director, officer, or employee of any of the Debtor or his affiliates, or (iii) has any interest materially adverse to the interests of the estates of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

6.      Based on the foregoing, I believe that Paul Hastings and I are each a disinterested person and eligible to serve as counsel to the Trustee and Trustee, respectively, in this case.

7.      Also based on the results of the review procedures, I believe neither Paul Hastings nor any of its attorneys, including me, has any connections (as that term is used in Bankruptcy Rule 2014), with any of the entities listed on Schedule 1, except:

a.  The Debtor has listed on his Schedules a potential malpractice claim against "Boies Schiller." Boies Schiller Flexner (UK) LLP is a former client of Paul Hastings in a matter that ended in September of 2021 and was unrelated to the Debtor, his family members, or entities controlled by the Debtor or his family members (an "Unrelated Matter"). Given that

Boies Schiller Flexner (UK) LLP is no longer a client of Paul Hastings, there is no legal impediment to Paul Hastings being adverse to any Boies Schiller entities (collectively, "<u>Boies Schiller</u>"). I have never represented Boies Schiller. I, in my capacity as Trustee, am able to be adverse to Boies Schiller and to be the named plaintiff, as chapter 11 Trustee, in any lawsuit against Boies Schiller.

b. Certain Paul Hastings attorneys who joined Paul Hastings in early 2022 formerly represented, while at their prior firm (Stroock & Stroock & Lavan LLP), Sherry-Netherland, Inc., in the chapter 11 case of Genever Holdings LLC. These attorneys did not represent Sherry-Netherland, Inc. after joining Paul Hastings and will be separated by an "ethical wall" from any involvement in Paul Hastings' representation of the Trustee.

c. While Paul Hastings previously represented UBS AG (London Branch) ("<u>UBS AG</u>") (an entity currently involved in litigation with the Debtor in the United Kingdom) in an Unrelated Matter that ended in November of 2021, Paul Hastings does not currently represent UBS AG. Paul Hastings does currently represent certain UBS entities, namely UBS Securities LLC, UBS Securities Ltd. Pte. Seoul Branch, and UBS Investment Bank, that are affiliates of UBS AG, in Unrelated Matters. Paul Hastings' representation of UBS entities has largely involved advice related to capital markets and leveraged finance transactions. I have never represented any UBS entity (including UBS AG). I, in my capacity as

Trustee, am able to be adverse to UBS AG and to be the named plaintiff, as chapter 11 Trustee, in any lawsuit against UBS AG.

d. Baker Hostetler LLP, which has filed a proof of claim in this chapter 11 case and listed on the Debtor's SOFA as a creditor that received a payment within the 90 days preceding the commencement of the Debtor's chapter 11 case, was formerly counsel to a party involved in an Unrelated Matter that ended in December of 2020 in which a Paul Hastings attorney serves as arbitrator.

e. LALIVE SA, listed as a creditor on the Debtor's schedules, is related to a former client of Paul Hastings in an Unrelated Matter that ended in August of 2019.

f. McElroy, Deutsch, Mulvaney & Carpenter, LLP, which has filed a notice of appearance in the chapter 11 case on behalf of creditors Rui Ma, Zheng Wu, and Weican Meng, served as local counsel to a client of Paul Hastings in connection with an Unrelated Matter that ended in October of 2017.

g. The Debtor has listed "Ying Liu" on his Schedules as a creditor. An individual named Ying Liu, whom Paul Hastings cannot presently confirm is the same person listed on the Schedules, is a former client of Paul Hastings in an Unrelated Matter that ended in January of 2020.

h. The Debtor has listed "Shuang Wang" on his Schedules as a creditor. An individual named Shuang Wang, whom Paul Hastings cannot presently confirm is the same person listed on the Schedules, is related to a former

client of Paul Hastings in an Unrelated Matter that ended in September of
2021.

    i.   The Debtor has listed "Yan Huang" on his Schedules as a creditor.  An
individual named Yan Huang, whom Paul Hastings cannot presently
confirm is the same person listed on the Schedules, is related to a former
client of Paul Hastings in an Unrelated Matter that ended in September of
2021.

    j.   The Debtor has listed "Yan Zhao" on his Schedules as a creditor.  An
individual named Yan Zhao, whom Paul Hastings cannot presently
confirm is the same person listed on the Schedules, is related to a former
client of Paul Hastings in an Unrelated Matter that ended in August of
2019.

    k.   The Debtor has listed Veritext on the Debtor's SOFA as a creditor that
received a payment (of less than $1,000.00) within the 90 days preceding
the commencement of the Debtor's chapter 11 case.  Entities related to
Veritext are current clients of Paul Hastings in Unrelated Matters.

8.      Paul Hastings has been or is currently adverse to certain parties listed on Schedule
1 in Unrelated Matters.  For example, Brown Rudnick, LLP, the Debtor's counsel, and
O'Melveny & Myers LLP, counsel to Pacific Alliance Asia Opportunity Fund L.P., are opposing
counsel or otherwise adverse to Paul Hastings LLP in connection with certain Unrelated Matters
related to Paul Hastings' representation of the official committee of unsecured creditors of the
Commonwealth of Puerto Rico and certain of its instrumentalities.

9.      All references herein to "Unrelated Matters" means matters that are not related to the Debtor, his family members, entities controlled by the Debtor or his family members, or this chapter 11 case.  Paul Hastings is not precluded from taking a position, on any matter that is related to this chapter 11 case, that would be adverse to any entity on Schedule 1 that is not a current Paul Hastings client or related thereto.  Should the Trustee become adverse to a Paul Hastings client or related party, the Trustee would employ other counsel in connection with such matter.

10.     To the extent that Paul Hastings discovers any facts bearing on matters described in this Declaration, Paul Hastings will supplement the information contained in this Declaration. Paul Hastings will not represent any entity other than the chapter 11 Trustee in any matter in or in connection with this chapter 11 case.

11.     I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed July 7, 2022, at Greenwich, Connecticut.

_____
Luc A. Despins

**SCHEDULE 1**

## SCHEDULE OF PARTIES IN INTEREST – IN RE KWOK

### 20 LARGEST UNSECURED CREDITORS

PACIFIC ALLIANCE ASIA OPPORTUNITY
GOLDEN SPRING NEW YORK
RUI MA
CHENG JIAN WU JIAN SHE
NING YE
GUO BAOSHENG
YAN LAN & WU ZHENG
HONG QI QU
NAN TONG SI JIAN
JIAN GONG
YAN ZHAO
YUA HUA ZHUANG SHI
LIEHONG ZHUANG/XIAO YAN ZHU
WEICAN MENG/BOXUN INC.
SAMUEL NUNBERG
LAMP CAPITAL LLC
JUN CHEN AKA JONATHAN HO
YUE HUA ZHU SHI
XIONG XIAN WEI YE
HUIZEN WANG

### DEBTOR, FAMILY MEMBERS, AND CERTAIN RELATED ENTITIES

HO WAN KWOK (A.K.A MILES GWOK, MILES GUO AND WENGUI GUO)
HING CH NGOK/YUE QINGZHI
QIANG GUO
MEI GUO/MEI GUI
HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC
BRAVO LUCK LIMITED
GENEVER HOLDINGS CORPORATION
GENEVER HOLDINGS LLC

### BANKRUPTCY JUDGE AND U.S. TRUSTEE PERSONNEL

HONORABLE JULIE A. MANNING
WILLIAM HARRINGTON
KIM L. MCCABE
HOLLEY CLAIBORN
JOSEPH H. FLAMINI
ERIN HOGAN
STEVEN MACKEY
FRANK MARINO
JENNIFER J. MOREY
NICOLE NEELY
SHARON WARNER
JOHN GERVAIS

**OTHER INTERESTED PARTIES**

AAGV LIMITED
ACE DECADE HOLDINGS LIMITED
ALFA GLOBAL VENTURES LIMITED
ALFONSO GLOBAL LIMITED
ALLIED CAPITAL GLOBAL LIMITED
ANDREW SULNER/FORENSIC DOCUMENT EXAMINATIONS, LLC
ANTON DEVELOPMENT LIMITED
BAIQIAO TANG A/K/A TANG BAIQIAO
BAKER HOSTETLER LLP
BEIJING BI HAI GE LIN YUAN LIN LU HUA, LTD.
BEIJING CHENG JIAN WU JIAN SHE GROUP, LTD.
BEIJING FU LE HONG MA JIAN ZHU ZHUANG SHI GONG CHENG, LTD.
BEIJING PANGU INVESTMENT CO.
BEIJING ZENITH HOLDINGS CO.
BEIJING ZHONG XIAN WEI YE STAINLESS DECORATION CENTER
BEJING PANGU INVESTMENT CO.
BOIES SCHILLER
BRANCH
BROWN RUDNICK, LLP
BSA STRATEGIC FUND I
BURNETTE SHUTT MCDANIEL
CHAO-CHIH CHIU
CHENGLONG WANG
CHINA GOLDEN SPRING GROUP (HONG KONG) LIMITED
CHONG SHEN RAPHANELLA
CLARK HILL PLC
CLAYMAN & ROSENBERG LLP
CLAYMAN ROSENBERG KIRSHNER & LINDER LLP
COHN BIRNBAUM & SHEA P.C.
COUNSEL PRESS INC.
CREATIVE APEX INVESTMENTS LIMITED
CRYSTAL BREEZE INVESTMENTS LIMITED
DANYU LIN
DAWN STATE LIMITED
DONGNA FANG
EASTERN PROFIT CORPORATION LIMITED
ELITE WELL GLOBAL LIMITED
ERIC GOLDSMITH MD, LLC
FAN BINGBING
FORBES HARE
G CLUB OPERATIONS LLC
GANFER SHORE LEEDS & ZAUDERER
GAO BINGCHEN
G-CLUB
GETTR USA
GLOBALIST INTERNATIONAL LIMITED
GOLDFARB & HUCK ROTH RIOJAS, PLLC
GREENWICH LAND LLC
GTV MEDIA GROUP, INC.,
GUO LIJIE
HAIHONG WANG
HAN CHUNGUANG
HARCUS PARKER LTD.
HE BEI YUE HUA ZHUANG SHI GONG CHENG LTD.

HERO GRAND LIMITED
HING CH NGOK
HONG KONG INTERNATIONAL FUNDS INVESTMENTS LIMITED
HONG QI QU JIAN SHE GROUP, LTD.
HONG ZENG
INFINITE INCREASE LIMITED
INFINITUM DEVELOPMENTS LIMITED
INSIGHT PHOENIX FUND
JANOVER LLC
JASON MILLER
JIA LI WANG
JIAMEI LU
JIANG SU PROVINCE JIAN GONG GROUP LTD BEIJING BRANCH
JIANHU YI
JIANSHENGXIE AND JIEFU ZHENG
JING GENG
JOHN S LAU
JONATHAN YOUNG
JUMBO CENTURY LIMITED
JUN LIU
JUNE SHI
KAIXIN HONG
KERCSMAR FELTUS & COLLINS PLLC
KEYI ZIKLIE
KUI CHENG
LALIVE SA
LAW FIRM OF CALLARI PARTNERS, LLC
LAWALL & MITCHELL, LLC
LEADING SHINE LIMITED
LIEHONG ZHUANG
LIHONG WEI LAFRENZ (AKA SARA WEI)
LINDA HE CHEUNG
LOGAN CHENG (F/K/A SHUIYAN CHENG)
MACDONALD
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
MOA-FU
NEW DYNAMIC DEVELOPMENT LIMITED
NOBLE FAME GLOBAL LIMITED
O'MELVENY & MYERS LLP
PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.
PETRILLO KLEIN & BOXER LLP
PULLMAN & COMLEY, LLC
QU GUOJIAO
QUIJU JIA
RANDAZZA LEGAL GROUP, PLLC
ROBINSON & COLE LLP
RONG ZHANG
ROY D. SIMON
RUIZHENG AN
RULE OF LAW FOUNDATION III
RULE OF LAW SOCIETY IV INC
RUQUIN WANG
SAIL VICTORY LIMITED
SARA WEI (A/K/A LIHONG WEI LAFRENZ)
SARACA MEDIA GROUP, INC.,
SCHULMAN BHATTACHARYA, LLC

3

SELAS MONTBRIAL AVOCATS
SHANE D SHOOK
SHI JIA ZHUANG ZHEN YUAN JIAN ZHU AN ZHUANG GONG CHENG LTD BEJING FIRST
SHINY TIMES LTD.
SHUANG WANG
STOKES LAWRENCE, PS
STRATEGIC VISION LLC
TELI CHEN
THE CASPER FIRM
THE FRANCIS FIRM PLLC
THE LAW OFFICES OF RAFAEL A. VARGAS
THOMAS RAGLAND
U.S. LEGAL SUPPORT, INC.
UBS AG (LONDON)
UNA MANYEE WILKINSON
VERITEXT
VOICE GUO MEDIA, INC.
VOICE OF GUO MEDIA, INC.
VX CERDA & ASSOCIATES
WA&HF LLC
WEICAN ("WATSON") MENG
WEIGUO SUN
WEIXIANG GE
WELL ORIGIN LTD.
WEN LIN
WENG
WILLIAM BRADLEY WENDEL
XIAO YAN ZHU
XIAODAN WANG
XINGYU YAN
XIQUI ("BOB") FU
YAN GAO
YAN HUANG
YANG LAN
YELIANG XIA
YI LI
YING LIU
YUE HUA ZHU SHI
YUNXIA WU
ZEICHNER ELLMAN & KRAUSE LLP
ZEISLER & ZEISLER, P.C.
ZHANG WEI
ZHENG WU (A/K/A BRUNO WA)
ZHENGJUN DONG

4