# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 7/7/2022 |
| Case: 22–50073 | Form ID: pdfdoc2 | Total: 54 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| 20 | Pacific Alliance Asia Opportunity Fund L.P. |
| cr | Zheng Wu |
| 20 | Rui Ma |
| 20 | Weican Meng |
| intp | Golden Spring (New York) LTD |
| crcm | Official Committee of Unsecured Creditors |
| intp | HK International Funds Investments (USA) Limited, LLC |
| intp | Mei Guo |
| cr | Baosheng Guo |
| cr | Yan Zhao |
| cr | Ning Ye |
| cr | Chong Shen Raphanella |
| cr | Xiaodan Wang |
| cr | Rong Zhang |

TOTAL: 14

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| aty | Aaron Romney | aromney@zeislaw.com |
| aty | Annecca H. Smith | asmith@rc.com |
| aty | Bennett Silverberg | bsilverberg@brownrudnick.com |
| aty | Carollynn H.G. Callari | ccallari@callaripartners.com |
| aty | David S. Forsh | dforsh@callaripartners.com |
| aty | David V. Harbach, II | dharbach@omm.com |
| aty | Dylan Kletter | dkletter@brownrudnick.com |
| aty | Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| aty | Irve J. Goldman | igoldman@pullcom.com |
| aty | Jay Marshall Wolman | jmw@randazza.com |
| aty | Jeffrey L Jonas | jjonas@brownrudnick.com |
| aty | John L. Cesaroni | jcesaroni@zeislaw.com |
| aty | Jonathan Kaplan | jkaplan@pullcom.com |
| aty | Kenneth Aulet | kaulet@brownrudnick.com |
| aty | Kristin B. Mayhew | kmayhew@mdmc–law.com |
| aty | Laura Aronsson | laronsson@omm.com |
| aty | Mia N. Gonzalez | mgonzalez@omm.com |
| aty | Patrick M. Birney | pbirney@rc.com |
| aty | Peter Friedman | pfriedman@omm.com |
| aty | Peter J. Zarella | pzarella@mdmc–law.com |
| aty | Sara Pahlavan | spahlavan@omm.com |
| aty | Scott D. Rosen | srosen@cb–shea.com |
| aty | Stephen M. Kindseth | skindseth@zeislaw.com |
| aty | Stuart M. Sarnoff | ssarnoff@omm.com |
| aty | Thomas J. Sansone | tsansone@carmodylaw.com |
| aty | Timothy D. Miltenberger | Tmiltenberger@cbshealaw.com |
| aty | William Baldiga | wbaldiga@brownrudnick.com |
| aty | William R. Baldiga | wbaldiga@brownrudnick.com |

TOTAL: 29

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Ho Wan Kwok | 373 Taconic Road   Greenwich, CT 06831 |
| cr | Logan Cheng | c/o Randazza Legal Group, PLLC   100 Pearl Street   14th Floor   Hartford, CT 06103 |
| ca | Stretto | 410 Exchange, Suite 100   Irvine, CA 92602 |
| dbaty | Brown Rudnick LLP | One Financial Center   Boston, MA 02111 |
| crcm | Pullman & Comley, LLC | 850 Main Street   Bridgeport, CT 06601 |
| 20 | Huizhen Wang | c/o TroyGould PC   1801 Century Park East, 16th Floor   Attn: Christopher A. Lilly   Los Angeles, CA 90067–2367 |
| cr | Chao–Chih Chiu | c/o TroyGould PC   1801 Century Park East, 16th Floor   Attn: Christopher A. Lilly   Los Angeles, CA 90067–2367 |
| cr | Yunxia Wu | c/o TroyGould PC   1801 Century Park East, 16th Floor   Attn: Christopher A. Lilly   Los Angeles, CA 90067 |
| cr | Keyi Zilkie | c/o TroyGould PC   1801 Century Park East, 16th Floor   Attn: Christopher A. Lilly   Los Angeles, CA 90067 |
| aty | Andrew M. Carty | Brown Rudnick LLP   Seven Times Square   New York, NY 10036 |
| aty | Steven E. Mackey | Office of the U.S. Trustee   The Giaimo Federal Building   150 Court Street, Room 302   New Haven, CT 06510 |

TOTAL: 11