**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| HO WAN KWOK<br>a/k/a WENGUI GUO<br>a/k/a MILES GUO, | Case No. 22-50073 (JAM)<br><br>Re: ECF No. 515 |
| Debtor. | |

**ORDER GRANTING APPOINTMENT OF CHAPTER 11 TRUSTEE**

Upon the Application for an Order Approving the United States Trustee's Appointment of Chapter 11 Trustee ("Application") pursuant to the Court's Order dated June 15, 2022 (ECF 465) directing the United States Trustee to appoint a Chapter 11 Trustee in the above captioned individual case of Ho Wan Kwok a/k/a Wengui Guo a/k/a Miles Guo (the "Debtor"),[1] and the United States Trustee having selected Luc A. Despins for appointment and Luc A. Despins having accepted appointment to serve as Chapter 11 trustee in the Debtor's case, it is hereby

**ORDERED** that, pursuant to 11 U.S.C. § 1104(d), the appointment of Luc A. Despins as Chapter 11 trustee in the Debtor's case is hereby granted; and it is further

**ORDERED** that, within seven (7) days after his appointment, Luc A. Despins shall obtain a bond in favor of the United States in the initial amount of $25,000.00, subject to further increase or decrease as needed, conditioned on the faithful performance of his official duties pursuant to 11 U.S.C. § 322(a).

Dated at Bridgeport, Connecticut this 8th day of July, 2022.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

---

[1] The Debtor also uses other aliases.