# Notice Recipients

District/Off: 0205−5        User: admin        Date Created: 7/8/2022
Case: 22−50073        Form ID: pdfdoc2        Total: 4

**Recipients of Notice of Electronic Filing:**
ust    U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
aty    Holley L. Claiborn    holley.l.claiborn@usdoj.gov

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty    Steven E. Mackey    Office of the U.S. Trustee    The Giaimo Federal Building    150 Court Street, Room 302    New Haven, CT 06510
       Luc A. Despins    Paul Hastings LLP    200 Park Avenue    New York, NY 10166

TOTAL: 2