UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: <br><br> HO WAN KWOK <br><br> Debtor. | CHAPTER 11 <br><br> Case No.: 22-50073 (JAM) |

**NOTICE OF APPEARANCE, REQUEST FOR NOTICES**

**AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE, that Aaron A. Mitchell, Esq., of Lawall & Mitchell, LLC, hereby appears in this action on behalf of the Debtor Ho Wan Kwok in the above-referenced bankruptcy proceeding, and hereby requests, pursuant to 11 U.S.C. 1109(b) and Rules 2002, 9007, 9010(b) and 9103 of the Federal Rules of Bankruptcy Procedure that a true, complete, and accurate copy of each and every notice required to be given in the above-captioned case, as well as all copies of pleadings and other papers filed in the above matter, be directed to:

Aaron A. Mitchell, Esquire
Lawall & Mitchell, LLC
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel.:   973-285-3280
Email: aaron@lmesq.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specificed above, but also includes, without limitations, orders and notices of any application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise, which may affect in any way, the rights or interests of the Debtor with repect to the above-captioned proceeding.

Dated: July 11, 2022

                              LAWALL & MITCHELL, LLC

BY: *Aaron A. Mitchell, Esq.*
       Aaron A. Mitchell, Esquire (430721)
       55 Madison Avenue, Suite 400
       Morristown, NJ 07960
       (973) 285-3280
       aaron@lmesq.com
       *Counsel for Debtor Ho Wan Kwok*