| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>TRANSCRIPT ORDER | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|
| Read Instructions on Back. | | | |
| 1. NAME<br>Yongbing Zhang | | 2. PHONE NUMBER<br>3127509889 | 3. DATE<br>7/11/2022 |
| 4. MAILING ADDRESS<br>223 West Jackson Blvd. #1012 | | 5. CITY<br>Chicago | 6. STATE  IL   7. ZIP CODE  60606 |
| 8. CASE NUMBER<br>22-50073 | 9. JUDICIAL OFFICIAL<br>Julie Manning | DATES OF PROCEEDINGS | |
| | | 10. FROM 06/30/2022 | 11. TO 07/08/2022 |
| 12. CASE NAME<br>Kwok, Ho Wan | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Bridgeporrt | 14. STATE CT |

15. ORDER FOR
[ ] APPEAL          [ ] CRIMINAL          [ ] CRIMINAL JUSTICE ACT          [✓] BANKRUPTCY
[ ] NON-APPEAL     [ ] CIVIL             [ ] IN FORMA PAUPERIS            [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [✓] OPENING STATEMENT (Plaintiff) | 06/30-07/08 | | |
| [✓] OPENING STATEMENT (Defendant) | 06/30-07/08 | | |
| [✓] CLOSING ARGUMENT (Plaintiff) | 06/30-07/08 | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [✓] CLOSING ARGUMENT (Defendant) | 06/30-07/08 | | |
| [✓] OPINION OF COURT | 06/30-07/08 | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [✓] | [✓] | NO. OF COPIES  2 | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE  /s/ [signature]

19. DATE  7/11/2022

ESTIMATE TOTAL:
PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:

FILED 2022 JUL 12 A 11:07 CLERK, U.S. BANKRUPTCY COURT DISTRICT OF CONNECTICUT BRIDGEPORT DIVISION

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)     ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY