

ORIGIN ID:CHIA    (312) 750-9889
YONGBING ZHANG
LAW OFFICES OF YONGBING ZHANG
223 W JACKSON BLVD.
SUITE 1012
CHICAGO, IL 60606
UNITED STATES US

SHIP DATE: 11JUL22
ACTWGT:
CAD: 101863083/INET4490

BILL SENDER

TO  BRIEN MCMAHON FEDERAL BUILDING
UNITED STATES BANKRUPTCY COURT
915 LAFAYETTE BOULEVARD

BRIDGEPORT CT 06604
(203) 579-5861    REF:
INV:
PO:    DEPT:

FILED
2022 JUL 12 A 11: 14
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION





FedEx Express
E

TUE - 12 JUL 10:30A
PRIORITY OVERNIGHT

TRK# 0201  7773 5568 0741

XE BCCA

06604
CT-US  BDL



RT 367    1  10:30  D  0741  07.12