**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | | |
|---|---|---|
| In re: | : | CHAPTER 1 |
| HON WO KWOK | : | Case No. 22-50073 (JAM) |
| Debtor. | : | |

---

## MOTION FOR ADMISSION *PRO HAC VICE* OF LUC A. DESPINS

Pursuant to Local Rules of Civil Procedure 83.1 (c) and (d) of the United States District Court for the District of Connecticut, incorporated herein by Local Rule of Bankruptcy Procedure 1001-1 and 9083-3, Patrick R. Linsey, a member of the Bar of this Court and a member of the firm of Neubert, Pepe & Monteith, P.C. ("Neubert Pepe"), respectfully moves (the "Motion") this Court to enter an Order admitting Chapter 11 Trustee Luc A. Despins (the "Trustee") *pro hac vice* with respect to his service as Chapter 11 Trustee in the above-captioned chapter 11 case (the "Case"). In support of this Motion, the undersigned represents the following:

1. The Trustee is a partner at the law firm of Paul Hastings LLP ("Paul Hastings"), 200 Park Avenue, New York, NY 10166. He is a member in good standing of the bar of the State of New York (Registration No. 2060176) and of the United States District Court for the Southern District of New York and the United States Court of Appeals for the Second Circuit. The Trustee has not been denied admission or disciplined by any Court.

2. The Trustee has executed an affidavit in connection with this Motion which has been attached hereto as Exhibit A.

3. The undersigned counsel is a member in good standing of the bar of the State of Connecticut. The undersigned is also admitted to practice before the United States District Court

for the District of Connecticut and the Southern and Eastern Districts of New York.

4. The undersigned respectfully requests that, pursuant to D. Conn. L. Civ. R. 83.1(d), in the event that this motion is granted, he be excused from attendance at proceedings. In accordance with D. Conn. L. Civ. R. 83.1(c), the undersigned agrees to accept service on behalf of the Trustee.

WHEREFORE, Patrick R. Linsey respectfully requests that this Court enter an Order granting Luc A. Despins admission *pro hac vice*.

Dated: July 12, 2022  
New Haven, Connecticut

RESPECTFULLY SUBMITTED

*/s/ Patrick R. Linsey*  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
plinsey@npmlaw.com

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------x
In re:                          :   CHAPTER 1
                                :
HON WO KWOK                     :   Case No. 22-50073 (JAM)
                                :
        Debtor.                 :
---------------------------------------------x

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***
**OF LUC A. DESPINS**

STATE OF NEW YORK    )
                     ) ss: New York
COUNTY OF NEW YORK   )

Luc A. Despins, of full age, deposes and states the following:

1. I am an attorney and a partner of the firm of Paul Hastings LLP ("Paul Hastings"), with an office address of 200 Park Avenue, New York, NY 10166. The firm's telephone number is (212) 318-6001, the facsimile number is (212) 230-7771, and my email address is lucdespins@paulhastings.com.

2. I am the Chapter 11 Trustee in the above-captioned chapter 11 case (the "Case").

3. Pursuant to D. Conn. L. Civ. R. 83.1(c), Patrick R. Linsey of the law firm of Neubert, Pepe & Monteith, P.C., will serve as my local bankruptcy counsel. Neubert, Pepe & Monteith, P.C.'s address is 195 Church Street, 13th Floor, New Haven, Connecticut, 06510.

4. Pursuant to D. Conn. L. Civ. R. 83.1(d), I designate the District of Connecticut as the forum for any resolution of any dispute arising out of my admission.

5. I am a member in good standing of the bar of the State of New York (Registration No. 2060176) and of the United States District Court for the Southern District of New York and

the United States Court of Appeals for the Second Circuit. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing. Further, I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6.  I have read and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of the Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and will abide by and comply with the substantive and procedural requirements of the local rules and the administrative orders of this Court.

_____
Luc A. Despins

Sworn and subscribed to before me
this 12th day of July, 2022.

_____
Notary Public
My Commission Expires:

**DOROTHY A. DALBON**
Notary Public, State of New York
No. 01DA6078952
Valid From Westchester County
Commission Expires August 12, 20 2 3

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re: | CHAPTER 1 |
| HON WO KWOK | Case No. 22-50073 (JAM) |
| Debtor. |  |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 12, 2022, the foregoing Motion was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's case management/electronic filing (CM/ECF) system or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated: July 12, 2022
New Haven, Connecticut

　　　　　　　　　　　　　　　　　　　　*/s/ Patrick R. Linsey*
　　　　　　　　　　　　　　　　　　　　Patrick R. Linsey (ct29437)
　　　　　　　　　　　　　　　　　　　　NEUBERT, PEPE & MONTEITH, P.C.
　　　　　　　　　　　　　　　　　　　　195 Church Street, 13th Floor
　　　　　　　　　　　　　　　　　　　　New Haven, Connecticut 06510
　　　　　　　　　　　　　　　　　　　　(203) 781-2847
　　　　　　　　　　　　　　　　　　　　plinsey@npmlaw.com