**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------------X
                                                                     :
In re:                                                               :  Chapter 11
                                                                     :
   Ho Wan Kwok,                                         :  Case No. 22-50073 (JAM)
                                                                     :
                                                                     :
         Debtor.[1]           :
                                                                     :
---------------------------------------------------------------------X

## MOTION TO WITHDRAW APPEARANCE

    Pursuant to D. Conn. L. Civ. R. 7(e), made applicable to the above-captioned proceeding by Local Rule 9083-4 of the Local Rules of the United States Bankruptcy Court of the District of Connecticut, Brown Rudnick LLP respectfully requests to be permitted to withdraw as counsel for Ho Wan Kwok (the "Debtor") for all purposes in this case, but with full reservation of all rights to payment for services rendered, including in all contested matters and any adversary proceedings related thereto, and requests removal from all notice lists, including the Master Service List, in the above-captioned bankruptcy proceeding. A Notice of Appearance by substitute counsel was filed for the Debtor at Docket No. 530 on July 11, 2022.

*"**Concluded on following page**"*

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that the Court grant leave to withdraw Brown Rudnick LLP's appearances in the above-captioned case.

Dated: July 13, 2022

**BROWN RUDNICK LLP**

By: /s/ *William R. Baldiga*
BROWN RUDNICK LLP
185 Asylum Street
Hartford, CT 06103
Attn: Dylan Kletter, Esq.
Telephone: (860) 509-6500
Facsimile: (860) 509-6653
Email: dkletter@brownrudnick.com

Seven Times Square
New York, NY 10036
Attn: William R. Baldiga, Esq. (*pro hac vice*)
Attn: Jeffrey L. Jonas, Esq. (*pro hac vice*)
Attn: Bennett S. Silverberg, Esq. (*pro hac vice*)
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email:  wbaldiga@brownrudnick.com
　　　　  jjonas@brownrudnick.com
　　　　  bsilverberg@brownrudnick.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Ho Wan Kwok, | Case No. 22-50073 |
| Debtor.[1] | |

**CERTIFICATE OF SERVICE**

I, William R. Baldiga, hereby certify that on the 13th day of July, 2022, Brown Rudnick LLP's Motion to Withdraw Appearance was sent by e-mail to all appearing parties by operation of the Court's electronic filing system

Dated: July 13, 2022

**BROWN RUDNICK LLP**

By: /s/ *William R. Baldiga*
BROWN RUDNICK LLP
185 Asylum Street
Hartford, CT 06103
Attn: Dylan Kletter, Esq.
Telephone: (860) 509-6500
Facsimile: (860) 509-6653
Email: dkletter@brownrudnick.com

Seven Times Square
New York, NY 10036
Attn: William R. Baldiga, Esq. (*pro hac vice*)
 Jeffrey L. Jonas, Esq. (*pro hac vice*)
 Bennett S. Silverberg, Esq. (*pro hac vice*)
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: wbaldiga@brownrudnick.com
 jjonas@brownrudnick.com
 bsilverberg@brownrudnick.com

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.