# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

|   |   |   |
|---|---|---|
| In re: | : | Chapter 11 |
|   | : |   |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
|   | : |   |
| Debtor. | : |   |

## NOTICE OF APPEARANCE, AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that William R. Baldiga, Esq., of Brown Rudnick LLP, hereby appears in this action on behalf of Brown Rudnick LLP, creditor in the above-referenced bankruptcy proceeding, and hereby requests, pursuant to 11 U.S.C. 1109(b) and Rules 2002, 9007, 9010(b) and 9103 of the Federal Rules of Bankruptcy Procedures that a true, complete, and accurate copy of each and every notice required to be given in the above captioned case, as well as all copies of pleadings and other papers filed in the above matter, be directed to:

> BROWN RUDNICK LLP
> Seven Times Square
> New York, NY 10036
> Attn: William R. Baldiga, Esq. (*pro hac vice*)
>      Jeffrey L. Jonas, Esq. (*pro hac vice*)
>      Bennett S. Silverberg, Esq. (*pro hac vice*)
> Telephone: (212) 209-4800
> Facsimile: (212) 209-4801
> E-mail: wbaldiga@brownrudnick.com
>          jjonas@brownrudnick.com
>          bsilverberg@brownrudnick.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive Brown Rudnick's right (1) to have final orders in noncore matters entered only after de novo review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which Brown Rudnick is or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved

Dated: July 13, 2022

                **BROWN RUDNICK LLP**

By: /s/ *William R. Baldiga*
BROWN RUDNICK LLP
185 Asylum Street
Hartford, CT 06103
Attn: Dylan Kletter, Esq.
Telephone: (860) 509-6500
Facsimile: (860) 509-6653
Email: dkletter@brownrudnick.com

Seven Times Square
New York, NY 10036
Attn: William R. Baldiga, Esq. (*pro hac vice*)
      Jeffrey L. Jonas, Esq. (*pro hac vice*)
      Bennett S. Silverberg, Esq. (*pro hac vice*)
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email:  wbaldiga@brownrudnick.com
      bsilverberg@brownrudnick.com
      jjonas@brownrudnick.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 13, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any parties unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       */s/William R. Baldiga*
       William R. Baldiga

64776095 v1-WorkSiteUS-038210/0001