**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>Debtor. | Chapter 11 Case No.<br><br>22-50073 (JAM)<br><br>Re: ECF No. 541 |

**PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S OBJECTION TO MOTION, PURSUANT TO BANKRUPTCY RULE 9006(c)(1), TO EXPEDITE HEARING ON APPLICATION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER AUTHORIZING AND APPROVING RETENTION AND EMPLOYMENT OF PAUL HASTINGS LLP AS COUNSEL TO CHAPTER 11 TRUSTEE**

TO THE HONORABLE JULIE A. MANNING,
UNITED STATES BANKRUPTCY JUDGE:

Pacific Alliance Asia Opportunity Fund L.P. ("PAX") submits this limited objection to the *Motion, Pursuant to Bankruptcy Rule 9006(c)(1), to Expedite Hearing on Application of Chapter 11 Trustee for Entry of Order Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to Chapter 11 Trustee* [ECF No. 541].

Chapter 11 Trustee Luc A. Despins has requested a hearing on July 19, 2022 on the *Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330 and Bankruptcy Rule 2014 and 2016, Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to the Chapter 11 Trustee, dated July 11, 2022* [ECF No. 539] (the "Retention Application").

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

PAX requests that the hearing on the Retention Application instead be scheduled the following week to allow PAX the time necessary to properly assess the Retention Application and related filings and documents.

PAX is diligently evaluating the Retention Application and the *First Supplemental Declaration of Disinterestedness of Luc A. Despins*, [ECF No. 538] (collectively, the "Retention Filings") and is considering its position with respect to same. The Retention Filings raise important issues that must be fully vetted by PAX before it can reach a conclusion on its position. As PAX does not have immediate access to all materials relevant to its consideration of the Retention Filings, PAX requests that the Retention Application instead be heard during the week of July 25, 2022 to enable PAX to conduct a full and fair consideration of the Retention Filings. Scheduling the hearing the week after the date requested by the Trustee will not be prejudicial to the estate.

*[Signature follows on next page]*

                Respectfully submitted,

Dated: July 13, 2022　　　　　　**Pacific Alliance Asia Opportunity Fund L.P.**
Hartford, CT

                By: */s/ Patrick M. Birney*
                   Patrick M. Birney (CT No. 19875)
                   Annecca H. Smith (CT No. 31148)
                   **ROBINSON & COLE LLP**
                   280 Trumbull Street
                   Hartford, CT 06103
                   Telephone: (860) 275-8275
                   Facsimile: (860) 275-8299
                   E-mail: pbirney@rc.com
                          asmith@rc.com

                   -and-

                   Peter Friedman (admitted *pro hac vice*)
                   Stuart M. Sarnoff (admitted *pro hac vice*)
                   **O'MELVENY & MYERS LLP**
                   Seven Times Square
                   New York, NY 10036
                   Telephone: (212) 326-2000
                   Facsimile: (212) 326-2061
                   Email: pfriedman@omm.com
                          ssarnoff@omm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2022, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties receiving notice by operation of the court's electronic filing system. Parties in interest may access this filing through the Court's CM/ECF System.

/s/ *Patrick M. Birney*
Patrick M. Birney