**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, : Case No. 22-50073 (JAM)
: 
Debtor. : 
: 
-------------------------------------------------------x

**REPLY OF CHAPTER 11 TRUSTEE IN SUPPORT OF
MOTION, PURSUANT TO BANKRUPTCY RULE 9006(c)(1), TO EXPEDITE
HEARING ON APPLICATION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER
AUTHORIZING AND APPROVING RETENTION AND EMPLOYMENT OF PAUL
HASTINGS LLP AS COUNSEL TO CHAPTER 11 TRUSTEE**

Chapter 11 Trustee Luc A. Despins (the "Trustee"), by and through his undersigned proposed counsel, respectfully submits this reply (the "Reply") (i) in support of his *Motion, Pursuant to Bankruptcy Rule 9006(c)(1), to Expedite Hearing on Application of Chapter 11 Trustee for Entry of Order Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to the Chapter 11 Trustee*, dated July 12, 2022 (ECF No. 541, the "Motion to Expedite"); and (ii) in response to Pacific Alliance Asia Opportunity Fund L.P.'s ("PAX") *Objection to the Motion to Expedite*, dated July 13, 2022 (ECF No. 548).[1] In support of this Reply, the Trustee respectfully states as follows:

1. For the reasons set forth in the Motion to Expedite, the Trustee continues to believe it is imperative for the Court to hear the Retention Application on an expedited basis to ensure that the Trustee has the assistance of legal counsel to help him address important, time-sensitive issues in this case. Nevertheless, after conferring with counsel to PAX, the Trustee would be amenable

---

[1] Capitalized terms used but not defined herein have the meanings set forth in the Motion to Expedite.

to having the Retention Application heard on July 25, 2022, or as soon thereafter that week as the Court is available. The Trustee understands that a July 25 hearing date is also acceptable to PAX.

    2.    To the extent it would be helpful to the Court, the Trustee is available next week for a status conference to provide the Court with an update as to the initial steps he has taken since his appointment and other developments in the case.

Dated:    July 13, 2022        LUC A. DESPINS,
          New Haven, Connecticut    CHAPTER 11 TRUSTEE

        By: */s/ Patrick R. Linsey*
          Douglas S. Skalka (ct00616)
          Patrick R. Linsey (ct29437)
          NEUBERT, PEPE & MONTEITH, P.C.
          195 Church Street, 13th Floor
          New Haven, Connecticut 06510
          (203) 781-2847
          dskalka@npmlaw.com
          plinsey@npmlaw.com

            *and*

        Nicholas A. Bassett *(pro hac vice* pending)
        PAUL HASTINGS LLP
        2050 M Street NW
        Washington, D.C., 20036
        (202) 551-1902
        nicholasbassett@paulhastings.com

            *and*

        Avram E. Luft *(pro hac vice* pending)
        Douglass Barron *(pro hac vice* pending)
        PAUL HASTINGS LLP
        200 Park Avenue
        New York, New York 10166
        (212) 318-6079
        aviluft@paulhastings.com

        *Proposed counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                               :

In re:                                     :      Chapter 11

HO WAN KWOK,                      :      Case No. 22-50073 (JAM)

        Debtor.                      :

---------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 13, 2022, the foregoing Reply was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated:        July 13, 2022
                New Haven, Connecticut

                                            By: */s/ Patrick R. Linsey*
                                                Douglas S. Skalka (ct00616)
                                                Patrick R. Linsey (ct29437)
                                                NEUBERT, PEPE & MONTEITH, P.C.
                                                195 Church Street, 13th Floor
                                                New Haven, Connecticut 06510
                                                (203) 781-2847
                                                dskalka@npmlaw.com
                                                plinsey@npmlaw.com

                                                        *and*

                                                Nicholas A. Bassett *(pro hac vice* pending)
                                                PAUL HASTINGS LLP
                                                2050 M Street NW
                                                Washington, D.C., 20036
                                                (202) 551-1902
                                                nicholasbassett@paulhastings.com

*and*

Avram E. Luft *(pro hac vice* pending)
Douglass Barron (*pro hac vice* pending)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com

*Proposed counsel for the Chapter 11 Trustee*

4