# **EXHIBIT A**

```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF CONNECTICUT
                         BRIDGEPORT DIVISION


In Re                              *   Case No. 22-50073 (JAM)
                                   *
    HO WAN KWOK,                   *   Bridgeport, Connecticut
                                   *   July 8, 2022
          Debtor.                  *
                                   *
* * * * * * * * * * * * * * * * *
```

TRANSCRIPT OF APPLICATION FOR ORDER APPROVING
APPOINTMENT OF CHAPTER 11 TRUSTEE
BEFORE THE HONORABLE JULIE A. MANNING
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

| | |
|---|---|
| For the Debtor: | WILLIAM R. BALDIGA, ESQ.<br>Brown Rudnick, LLP<br>Seven Times Square<br>New York, NY  10036 |
| For the Creditor, Pacific<br> Alliance Asia Opportunity<br> Fund L.P.: | PETER FRIEDMAN, ESQ.<br>STUART M. SARNOFF, ESQ.<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY  10036 |
| | PATRICK BIRNEY, ESQ.<br>Robinson & Cole<br>28 Trumbull Street<br>Hartford, CT  06103 |

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

**Fiore Reporting and Transcription Service, Inc.**
**4 Research Drive, Suite 402**
**Shelton, Connecticut 06484 (203)929-9992**

1   address the Court and explain.  And, again, that will be
2   followed by a supplemental disclosure that will be filed
3   with the Court as soon as possible in the hope that that is
4   within a matter of just a day or two.
5           So, with that, Your Honor, if I could ask Mr.
6   Despins to address the Court about the supplemental
7   disclosures that are not yet before the Court in writing?
8           THE COURT:  Yes, please.  Go right ahead.
9           MR. DESPINS:  Good morning, Your Honor.
10          As I stated in paragraph 11 of my declaration, I
11  said that to the extent we learned of new connections that
12  were not known to us at the time I submitted the
13  declaration, we would update our disclosure statement and I
14  will do that in writing.
15          But I wanted to make sure today that I mentioned
16  to the Court that we discovered last night that we have in
17  the past represented entities that have -- that are -- have
18  the acronym PAG in them, P-A-G.  Unbeknownst to our conflict
19  system, PAG means Pacific Asia Group.
20          And those entities -- and, again, as I said, these
21  are representations that were completed, but these entities
22  are unrelated to the Kwok matter in any way.
23          However, PAX is probably managed by a similar or a
24  PAG entity of some kind.  We're trying to figure out exactly
25  which one.

1  Trustee's application for an order approving the appointment
2  of a Chapter 11 trustee is granted and the proposed order
3  will enter.
4          MS. CLAIBORN:  Thank you, Your Honor.
5          THE COURT:  All right.  Thank you, all.
6          MR. DESPINS:  Thank you, Your Honor.
7          THE COURT:  And that is the last matter on the
8  calendar this morning, so court is adjourned.
9          (Proceedings concluded at 10:28 a.m.)
10     I, CHRISTINE FIORE, court-approved transcriber and
11  certified electronic reporter and transcriber, certify that
12  the foregoing is a correct transcript from the official
13  electronic sound recording of the proceedings in the above-
14  entitled matter.

*Christine Fiore*

17  _____        July 13, 2022
18   Christine Fiore, CERT
19     Transcriber