# **EXHIBIT B**

```
                    UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF CONNECTICUT
                        BRIDGEPORT DIVISION


In Re                               *    Case No. 22-50073(JAM)
                                    *
    HO WAN KWOK,                    *    Bridgeport, Connecticut
                                    *    July 5, 2022
            Debtor.                 *
                                    *
* * * * * * * * * * * * * * * *


           TRANSCRIPT OF APPLICATION TO APPOINT TRUSTEE
        APPLICATION FOR ORDER APPROVING APPOINTMENT OF
                       CHAPTER 11 TRUSTEE
             BEFORE THE HONORABLE JULIE A. MANNING
                 UNITED STATES BANKRUPTCY JUDGE



APPEARANCES:

For the Debtor:               WILLIAM BALDIGA, ESQ.
                              Brown Rudnick, LLP
                              Seven Times Square
                              New York, NY  10036


For the Creditor, Pacific     PETER FRIEDMAN, ESQ.
 Alliance Asia Opportunity    STUART M. SARNOFF, ESQ.
 Fund L.P.:                   O'Melveny & Myers LLP
                              Times Square Tower
                              7 Times Square
                              New York, NY  10036

                              PATRICK M. BIRNEY, ESQ.
                              Robinson & Cole LLP
                              280 Trumbull Street
                              Hartford, CT  06103-3597



Proceedings recorded by electronic sound recording, transcript
produced by transcription service.
```

**Fiore Reporting and Transcription Service, Inc.**
**4 Research Drive, Suite 402**
**Shelton, Connecticut 06484 (203)929-9992**

```
 1      of a trustee --
 2                MS. CLAIBORN:  Your Honor, by virtue of the --
 3                THE COURT:  -- or examiner is under Section 324.
 4                MS. CLAIBORN:  Your Honor, the appointment and the
 5      approval process is set forth, as we discussed today, in
 6      1104(d), and section -- sorry, Rule 2007.1.
 7                THE COURT:  I don't -- you know, I --
 8                MS. CLAIBORN:  And the process has not been
 9      finished, the appointment has not been approved, and the
10      U.S. Trustee, based upon the information provided today,
11      determined that it was appropriate to withdraw the notice of
12      appointment which we have done.
13                THE COURT:  Yeah, but you didn't say why.  If I
14      didn't have this hearing, nobody would know why.
15                MS. CLAIBORN:  Your Honor, that's correct.  The
16      withdrawal does not cite a reason, and due to the
17      governmental privilege and the deliberative process that the
18      U.S. Trustee engages in, I am not in a position to share
19      that reasoning or that discussion with the Court or with the
20      parties.
21                But it was in the best interest of the estate and
22      the creditors and the process to not pursue the selected
23      candidate.
24                THE COURT:  Does anyone else wish to be heard on
25      this issue, because we've now lost five days of which
```

1     I want to know how long it's going to take, because it's
2     been 20 days since that order that everyone insisted needed
3     to enter right away, and it did, and we still don't have a
4     trustee.
5               Anyone else have any questions?
6         (No audible response)
7               THE COURT:  Okay.  That concludes today's hearing.
8     Thank you.
9               MS. MAYHEW:  Thank you.
10              THE CLERK:  Court is adjourned.
11        (Proceedings concluded at 4:34 p.m.)
12              I, CHRISTINE FIORE, court-approved transcriber and
13    certified electronic reporter and transcriber, certify that
14    the foregoing is a correct transcript from the official
15    electronic sound recording of the proceedings in the above-
16    entitled matter.
17
18    *Christine Fiore*
19    _____          July 13, 2022
20       Christine Fiore, CERT
21          Transcriber
22
23
24