# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

-----------------------------------------------------------x
IN RE:                                    :
                                          : Chapter 11
HO WAN KWOK                               : Case No. 22-50073 (JAM)
                                          :
    Debtor [1]                           : July 15, 2022
-----------------------------------------------------------x

### MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL S. WEINSTEIN

    Pursuant to L.Civ.R. 83.1 and D.Conn. LBR 1001(a) of the United States District Court for the District of Connecticut, the undersigned, Thomas J. Sansone, of the firm of Carmody Torrance Sandak & Hennessey LLP, moves the Court to admit Michael S. Weinstein to appear in this cause as counsel for Rong Zhang, Xiaodan Wang and Chong Shen Raphanella, Creditors of Debtor's Estate in the above-captioned proceeding.

    In support of this Motion, the movant states that:

    1.    Counsel seeking admission *pro hac vice* is a member of the firm of Golenbock Eiseman Assor Bell & Peskoe LLP, and he maintains his office at 711 Third Avenue, New York, New York 10017.

    2.    The applicant for admission is a member of the bar of the State of New York (Registration No. 4741419), the Southern District of New York and the Eastern District of New York (Federal Bar No. MV1125), and is in good standing and has not been the subject of any disciplinary action now or in the past.

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

{N5856089}    1

3. The applicant is familiar with the underlying facts and circumstances of this case and also possesses knowledge of the substantive law of the State of Connecticut, to the extent that it may be applied in this matter.

4. The movant is an attorney in good standing of the bar of this Court and the State of Connecticut and will remain active in this cause, and will be available for the purpose of making and receiving service of pleadings, motions and other papers, and for hearings, trials and such other proceedings as may be necessary or for which this Court may find it necessary to look to local counsel for assistance and participation.

5. An affidavit from the applicant, attesting to these representations is appended hereto as Exhibit A.

**WHEREFORE,** the undersigned moves the Court for an Order admitting Michael S. Weinstein *pro hac vice*, pursuant to L.Civ.R. 83.1 (d).

Respectfully submitted,

Thomas J. Sansone
Federal Bar # ct00671
Carmody Torrance Sandak & Hennessey LLP
195 Church Street, P.O. Box 1950
New Haven, CT 06509-1950
Telephone: (203) 777-5501
Fax: (203) 784-3199
tsansone@carmodylaw.com
Attorney for Rong Zhang, Xiaodan Wang and Chong Shen Raphanella

{N5856089}                                             2