# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

-------------------------------------------------------------x
IN RE:                                                       :
                                                             : Chapter 11
HO WAN KWOK                                                  : Case No. 22-50073 (JAM)
                                                             :
         Debtor [1]                                          : July 15, 2022
-------------------------------------------------------------x

## AFFIDAVIT OF MICHAEL S. WEINSTEIN IN SUPPPORT OF MOTION FOR ADMISSION PRO HAC VICE

The undersigned, being duly sworn, hereby deposes and says:

1. I am over the age of 18 years, and I believe in the obligations of an oath.

2. I make this statement of my own personal knowledge.

3. I am an attorney, currently practicing as a member of the firm of Golenbock Eiseman Assor Bell & Peskoe LLP, at 711 Third Avenue, New York, New York 10017.

4. My telephone number is (212) 907-7347 and fax number is (212) 754-0330.

5. My e-mail address is mweinstein@golenbock.com.

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.
{N5856098}

6. I was admitted to the Bar of the State of New York in 2009. My bar identification number in the State of New York is 4741419.

7. I am also admitted to the federal district courts for the Southern and Eastern Districts of New York. My federal bar number in the Southern and Eastern District of New York is MW1125.

8. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

9. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

10. I have carefully reviewed and am familiar with the jurisdictional provisions of the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, the Connecticut Rules of Professional Conduct and the Rules of the United States Bankruptcy Court for the District of Connecticut.

11. I designate my sponsoring attorney, Thomas J. Sansone, federal bar number ct00671, of Carmody Torrance Sandak & Hennessey LLP, 195 Church Street, P.O. Box 1950, New Haven, Connecticut 06509-1950, tsansone@carmodylaw.com,

(203) 777-5501 (telephone) and (203) 784-3199 (fax), as my agent for service of process, and further designate the District of Connecticut (including the United States Bankruptcy Court for said district) as the forum for the resolution of any dispute arising out of my admission pro hac vice.

_____
Michael S. Weinstein

STATE OF NEW YORK            )
                             )   ss:   New York
COUNTY OF NEW YORK           )

SUBSCRIBED AND SWORN TO before me this 15th day of July 2022.

_____
Notary Public
My Commission Expires 07/15/2022



{N5856098}

3