UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------------x
IN RE:                                              :
                                                    : Chapter 11
HO WAN KWOK                                         : Case No. 22-50073 (JAM)
                                                    :
    Debtor [1]                                      :
---------------------------------------------------------------x

## ORDER FOR ADMISSION *PRO HAC VICE*

Upon consideration of Thomas J. Sansone's Motion for Admission *Pro Hac Vice*, dated July 15, 2022, filed on behalf of Michael S. Weinstein, in the above-captioned Chapter 11 case, and any responses thereto, IT IS ORDERED, ADJUDGED AND DECREED

That the Motion be granted, and that Michael S. Weinstein be permitted to appear in this proceeding and in all other causes pending before this Court related thereto as counsel for the creditors, Rong Zhang, Xiaodan Wang and Chong Shen Raphanella, and that he shall have all of the rights, privileges and responsibilities of a member of the bar of this Court; and it is further ORDERED

That Thomas J. Sansone will receive service on behalf of Mr. Weinstein in accordance with D. Conn. Local Civ. R. 83.1(c), as incorporated by D. Conn. L.B.R. 1001-1 and 9083-3.

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.
{N5856185}