UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------------x
IN RE:                                    :
                                          : Chapter 11
HO WAN KWOK                               : Case No. 22-50073 (JAM)
                                          :
    Debtor [1]                            : July 15, 2022
------------------------------------------------------------x

## CERTIFICATION OF SERVICE

I hereby certify that on July 15, 2022, a copy of the foregoing Motion for Admission *Pro Hac Vice*, Affidavit of Michael S. Weinstein, in support of Motion for Admission *Pro Hac Vice* and Proposed Order for Admission *Pro Hac Vice* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

    Ho Wan Kwok *(the Debtor)*
    373 Taconic Road
    Greenwich, CT  06831

Dated: New Haven, Connecticut
       July 15, 2022

                                                                     /s/ Thomas J. Sansone
                                                Thomas J. Sansone
                                                Federal Bar No. ct00671
                                                Carmody Torrance Sandak & Hennessey LLP
                                                195 Church Street
                                                New Haven, CT 06509-1950
                                                Tel: 203-784-3100
                                                Fax: 203-784-3199
                                                TSansone@carmodylaw.com
                                                *Attorneys for Creditors,* Rong Zhang, Xiaodan Wang and Chong Shen Raphanella

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

{N5856181}                                     1