

ORIGIN ID:PBIA (646) 318-0115
SAMUEL NUNBERG
600 S DIXIE HWY APT 455
WEST PALM BEACH, FL 33401
UNITED STATES US

SHIP DATE: 18JUL22
ACTWGT: 0.40 LB
CAD: 6992163/SSF02321

BILL CREDIT CARD

TO **UNITED STATES BANKRUPTCY COURT**
**BRIEN MCMAHON FEDERAL BUILDING**
**OFFICE OF COURT CLERK**
**915 LAFAYETTE BLVD**
**BRIDGEPORT CT 06604**
(000) 000-0000 REF:
INV:
PO: DEPT:



FedEx Express
E

TUE - 19 JUL 4:30P
TRK# 2756 9198 1080  STANDARD OVERNIGHT
0201

XE BCCA                    06604
                    CT-US  BDL