# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>Debtor. | Chapter 11 Case No.<br><br>22-50073 (JAM)<br><br>July 20, 2022 |

### PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S RESERVATION OF RIGHTS RELATED TO THE APPLICATION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY CODE SECTIONS 327, 328, AND 330 AND BANKRUPTCY RULES 2014 AND 2016, AUTHORIZING AND APPROVING RETENTION AND EMPLOYMENT OF PAUL HASTINGS LLP AS COUNSEL TO CHAPTER 11 TRUSTEE

TO THE HONORABLE JULIE A. MANNING,
UNITED STATES BANKRUPTCY JUDGE:

Pacific Alliance Asia Opportunity Fund L.P. ("PAX") submits its reservation of rights (the "Reservation of Rights") related to the *Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330 and Bankruptcy Rules 2014 and 2016, Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to Chapter 11 Trustee* [ECF No. 539] (the "Paul Hastings Application"). In support of the Reservation of Rights, PAX states as follows:

1. On July 12, 2022, Luc A. Despins, as Chapter 11 Trustee of the bankruptcy estate of Ho Wan Kwok (the "Chapter 11 Trustee"), filed the Paul Hastings Application, along with the *Motion, Pursuant to Bankruptcy Rule 9006(c)(1), to Expedite Hearing on Application of Chapter 11 Trustee for Entry of Order Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to Chapter 11 Trustee* [ECF No. 541] (the "Motion to Expedite").

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

- 2 -

2. On July 13, 2022, PAX filed its objection to the Motion to Expedite [ECF No. 548][2] and the Chapter 11 Trustee filed a Reply in further support of the Motion to Expedite [ECF No. 549], wherein it consented to a hearing on the Paul Hastings Application for July 25, 2022.

3. On July 15, 2022, Kwok filed *The Debtor's Motion for Relief from Order Appointing Luc A. Despins as Chapter 11 Trustee* (the "Set Aside Motion") [ECF No. 561]. As of the time of this filing the Court has not scheduled the Set Aside Motion for a hearing and no party in interest has responded to the Set Aside Motion.

4. The Court scheduled a status conference in this case on Thursday, July 21, 2022 at 11:00 a.m., including a status conference related to the Paul Hastings Application; however, the Court has not yet acted on the Motion to Expedite or scheduled the hearing on the Paul Hastings Application.

5. PAX reserves all rights to file a formal objection to the Paul Hastings Application once the Court schedules the hearing on the Paul Hastings Application.

*[Signature follows on next page]*

---

[2] The Debtor also filed an objection to the Motion to Expedite [ECF No. 554].

| | |
|---|---|
| Dated: Hartford, Connecticut<br>       July 20, 2022 | **Pacific Alliance Asia Opportunity Fund L.P.**<br><br>*By: /s/ Patrick M. Birney*<br>    Patrick M. Birney (CT No. 19875)<br>    Annecca H. Smith (CT No. 31148)<br>    **ROBINSON & COLE LLP**<br>    280 Trumbull Street<br>    Hartford, CT 06103<br>    Telephone:  (860) 275-8275<br>    Facsimile:  (860) 275-8299<br>    E-mail: pbirney@rc.com<br>    asmith@rc.com<br><br>    -and-<br><br>    Peter Friedman (admitted *pro hac vice*)<br>    Stuart M. Sarnoff (admitted *pro hac vice*)<br>    **O'MELVENY & MYERS LLP**<br>    Times Square Tower<br>    7 Times Square<br>    New York, NY 10036<br>    Telephone: (212) 326-2293<br>    E-mail: pfriedman@omm.com<br>    ssarnoff@omm.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2022, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties receiving notice by operation of the court's electronic filing system. Parties in interest may access this filing through the Court's CM/ECF System.

/s/ *Patrick M. Birney*
Patrick M. Birney