AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions:*

| 1. NAME Patrick M. Birney | 2. PHONE NUMBER (860) 275-8275 | 3. DATE 7/22/2022 |
|---|---|---|

| 4. DELIVERY ADDRESS OR EMAIL pbirney@rc.com | 5. CITY Hartford | 6. STATE CT | 7. ZIP CODE 06103 |
|---|---|---|---|

| 8. CASE NUMBER 22-50073 | 9. JUDGE Judge Julie A. Manning | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 7/21/2022 | 11. TO 7/21/2022 |

| 12. CASE NAME Ho Wan Kwok | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY Bridgeport | 14. STATE Connecticut |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Hearing | 7/21/2022 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES 1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | | | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL     0.00

| 18. SIGNATURE /s/ Patrick M. Birney | PROCESSED BY Nashae Morgan |
|---|---|
| 19. DATE 7/22/2022 | PHONE NUMBER (203) 579-5808 |

| TRANSCRIPT TO BE PREPARED BY Foire Reporting and Transcription | COURT ADDRESS 915 Layfayette Blvd Bridgeport, CT 06604 |
|---|---|

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| DEPOSIT PAID | |
|---|---|
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Thursday July 21 2022

Current as of 07/22/2022, 9:29 am

---

| 11:00 AM | 22-50073 Ho Wan Kwok |
| | Ch: 11 |
| | Trustee: Luc A. Despins |
| **Matter:** | **#558; Status Conference** |

---

**22-50073** Ho Wan Kwok
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 07/22/2022

# Attorneys

**Laura Aronsson**
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
212-728-5841
laronsson@omm.com
 *Assigned: 04/08/2022*
 *LEAD ATTORNEY*

representing **Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Kenneth Aulet**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
kaulet@brownrudnick.com
 *Assigned: 04/26/2022*
 *LEAD ATTORNEY*

representing **Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**William Baldiga**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
New York
212-209-4800
212-209-4801 (fax)
wbaldiga@brownrudnick.com
 *Assigned: 03/01/2022*
 *LEAD ATTORNEY*

representing **Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**William R. Baldiga**
Brown, Rudnik, Freed & Gesmer
One Financial Center
Boston, MA 02111
(617) 330-9000
617-289-0420 (fax)
wbaldiga@brownrudnick.com
 *Assigned: 03/09/2022*

representing **Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Patrick M. Birney** ✅
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

representing **Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

(860) 275-8200
(860) 275-8299 (fax)
pbirney@rc.com
*Assigned: 02/24/2022*

**Carollynn H.G. Callari** ✓
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
ccallari@callaripartners.com
*Assigned: 03/16/2022*
*LEAD ATTORNEY*

representing **Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

**Andrew M. Carty**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
acarty@brownrudnick.com
*Assigned: 04/15/2022*
*LEAD ATTORNEY*

representing **Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**John L. Cesaroni**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
jcesaroni@zeislaw.com
*Assigned: 05/10/2022*

representing **Mei Guo**
*(Interested Party)*

*Assigned: 07/14/2022*

representing **Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Holley L. Claiborn** ✓
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
(203) 773-2217 (fax)

representing **U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

holley.l.claiborn@usdoj.gov
*Assigned: 02/28/2022*

**Luc A. Despins** ✓
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*Assigned: 07/12/2022*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Trustee)*

**David S. Forsh**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
dforsh@callaripartners.com
*Assigned: 03/17/2022*
*LEAD ATTORNEY*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

**Peter Friedman** ✓
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5302
pfriedman@omm.com
*Assigned: 02/25/2022*
*LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Irve J. Goldman** ✓
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604
203-330-2000
203-576-8888 (fax)
igoldman@pullcom.com
*Assigned: 04/05/2022*

representing

**Official Committee of Unsecured Creditors**
*(Creditor Committee)*

**Mia N. Gonzalez**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-728-5698
mgonzalez@omm.com

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

*Assigned: 04/08/2022*
*LEAD ATTORNEY*

**James C. Graham**
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
(203)821-2000
(203)821-2009 (fax)
jgraham@npmlaw.com
*Assigned: 07/20/2022*

representing

**Luc A. Despins** ✓
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Trustee)*

**David V. Harbach, II**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5127
dharbach@omm.com
*Assigned: 02/25/2022*
*LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Eric A. Henzy** ✓
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-5495
203-549-0861 (fax)
ehenzy@zeislaw.com
*Assigned: 07/14/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Jeffrey L Jonas**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
2122094800
212-209-4801 (fax)
jjonas@brownrudnick.com
*Assigned: 04/21/2022*
*LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Jonathan Kaplan**
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
860-424-4379
860-424-4370 (fax)
jkaplan@pullcom.com
*Assigned: 04/05/2022*

representing

**Official Committee of Unsecured Creditors**
*(Creditor Committee)*

**Stephen M. Kindseth** ✓
Zeisler & Zeisler
10 Middle Street

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

15th Floor
Bridgeport, CT 06604
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com
  *Assigned: 04/11/2022*

  *Assigned: 05/10/2022*                representing       **Mei Guo**
                                                          *(Interested Party)*

  *Assigned: 07/14/2022*                                  **Ho Wan Kwok**
                                                          373 Taconic Road
                                          representing     Greenwich, CT 06831
                                                          *(Debtor)*

**Dylan Kletter** ✓
Brown Rudnick LLP
185 Asylum Street                                         **Ho Wan Kwok**
Hartford, CT 06103                                        373 Taconic Road
860-509-6500                              representing     Greenwich, CT 06831
dkletter@brownrudnick.com                                 *(Debtor)*
  *Assigned: 02/15/2022*

**Patrick R. Linsey** ✓                                   **Luc A. Despins**
Neubert Pepe & Monteith, P.C.                             Paul Hastings LLP
195 Church St                                             200 Park Avenue
13th Fl                                   representing     New York, NY 10166
New Haven, CT 06510                                       212-318-6001
203-821-2000                                              lucdespins@paulhastings.com
203-821-2009 (fax)                                        *(Trustee)*
plinsey@npmlaw.com
  *Assigned: 07/11/2022*

**Steven E. Mackey**                                      **U. S. Trustee**
Office of the U.S. Trustee                                Office of the U.S. Trustee
The Giaimo Federal Building                               Giaimo Federal Building
150 Court Street, Room 302                representing     150 Court Street, Room 302
New Haven, CT 06510                                       New Haven, CT 06510
(203) 773-2210                                            (203)773-2210
  *Assigned: 03/22/2022*                                  USTPRegion02.NH.ECF@USDOJ.GOV
                                                          *(U.S. Trustee)*

**Kristin B. Mayhew** ✓
McElroy, Deutsch, Mulvaney &
Carpenter
30 Jeliff Lane                                            **Rui Ma**
Southport, CT 06890                       representing     *(20 Largest Creditor)*
(203) 319-4011
203-259-0251 (fax)
kmayhew@mdmc-law.com
  *Assigned: 03/15/2022*

                                                          **Weican Meng**
                                                          *(20 Largest Creditor)*

                                **Zheng Wu**
*(Creditor)*

**Timothy D. Miltenberger**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103     representing    **Golden Spring (New York) LTD**
860-493-2200                              *(Interested Party)*
Tmiltenberger@cbshealaw.com
 *Assigned: 03/31/2022*

**Aaron A Mitchell**
Lawall & Mitchell, LLC
55 Madison Ave                           **Ho Wan Kwok**
Suite 400                               373 Taconic Road
Morristown, NJ 07960     representing    Greenwich, CT 06831
973-285-3280                            *(Debtor)*
aaron@lmesq.com
 *Assigned: 07/11/2022*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street                         **Ho Wan Kwok**
Bridgeport, CT 06604                 373 Taconic Road
203-368-4234        representing    Greenwich, CT 06831
203-549-0907 (fax)                       *(Debtor)*
jmoriarty@zeislaw.com
 *Assigned: 07/20/2022*

**Sara Pahlavan**
O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor                             **Pacific Alliance Asia Opportunity Fund L.P.**
San Francisco, CA 94111-3823   representing    *(20 Largest Creditor)*
415-984-8953
spahlavan@omm.com
 *Assigned: 05/05/2022*
 *LEAD ATTORNEY*

**Lucas Bennett Rocklin**                  **Luc A. Despins**
Neubert, Pepe, Monteith, P.C.          Paul Hastings LLP
195 Church Street,13th Floor          200 Park Avenue
New Haven, CT 06510               New York, NY 10166
203-821-2000        representing    212-318-6001
203-821-2009 (fax)                lucdespins@paulhastings.com
lrocklin@npmlaw.com              *(Trustee)*
 *Assigned: 07/15/2022*

**Aaron Romney** ✅            representing    **HK International Funds Investments (USA)**
Zeisler & Zeisler PC                    **Limited, LLC**
10 Middle Street                       *(Interested Party)*
15th Floor

Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 04/11/2022*

*Assigned: 05/10/2022*                    representing    **Mei Guo**
                                                          *(Interested Party)*

*Assigned: 07/14/2022*                                    **Ho Wan Kwok**
                                          representing    373 Taconic Road
                                                          Greenwich, CT 06831
                                                          *(Debtor)*

**Scott D. Rosen**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103-4500          representing    **Golden Spring (New York) LTD**
(860) 493-2200                                   *(Interested Party)*
860-727-0361 (fax)
srosen@cb-shea.com
*Assigned: 03/28/2022*

**Thomas J. Sansone**
Carmody Torrance Sandak &
Hennessey LLP
195 Church Street
P.O. Box 1950                    representing    **Chong Shen Raphanella**
New Haven, CT 06509-1950                         *(Creditor)*
(203) 784-3100
203-784-3199 (fax)
tsansone@carmodylaw.com
*Assigned: 06/24/2022*

                                                 **Rong Zhang**
                                                 *(Creditor)*

                                                 **Xiaodan Wang**
                                                 *(Creditor)*

*Assigned: 07/15/2022*           representing    **Michael S. Weinstein**
                                                 *(Attorney)*

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square                   representing    **Pacific Alliance Asia Opportunity Fund L.P.**
New York, NY 10036                               *(20 Largest Creditor)*
202-326-2293
ssarnoff@omm.com
*Assigned: 02/25/2022*
*LEAD ATTORNEY*

**Bennett Silverberg**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
bsilverberg@brownrudnick.com
*Assigned: 03/01/2022*
*LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Douglas S. Skalka** ✓
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
(203) 821-2000
203-821-2009 (fax)
dskalka@npmlaw.com
*Assigned: 07/14/2022*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Trustee)*

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
860-275-8325
860-275-8299 (fax)
asmith@rc.com
*Assigned: 02/24/2022*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Jay Marshall Wolman**
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
702-420-2001
jmw@randazza.com
*Assigned: 02/17/2022*

representing

**Logan Cheng**
c/o Randazza Legal Group, PLLC
100 Pearl Street
14th Floor
Hartford, CT 06103
*(Creditor)*

**Peter J. Zarella**
McElroy, Deutsch, Mulvaney &
Carpenter,
One State Street, 14th floor
Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
*Assigned: 03/22/2022*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*