ct136                                                                                                                           04/2019

# United States Bankruptcy Court

## District of Connecticut



In re:

    Ho Wan Kwok

    Debtor*

Case Number:  22-50073

Chapter:  11

### ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

    A Motion for admission for Attorney Nicholas A. Bassett to appear as a visiting attorney was filed on July 11, 2022 (the "Motion", ECF No. 533), by local counsel, Attorney Patrick R. Linsey (the "Sponsoring Attorney"). As the Motion satisfies the requirements of D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 1001-1(b); it is hereby

    **ORDERED**: Attorney Nicholas A. Bassett is hereby admitted *pro hac vice* for the purposes of this case only; and it is further

    **ORDERED:** The Sponsoring Attorney is excused from attendance in court pursuant to D. Conn. L. Civ. R. 83.1(d)(2).

Dated: July 22, 2022

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.