# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 7/22/2022 |
| Case: 22–50073 | Form ID: pdfdoc2 | Total: 20 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| tr | Luc A. Despins | lucdespins@paulhastings.com |
| aty | Aaron A Mitchell | aaron@lmesq.com |
| aty | Dylan Kletter | dkletter@brownrudnick.com |
| aty | Eric A. Henzy | ehenzy@zeislaw.com |
| aty | Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| aty | Irve J. Goldman | igoldman@pullcom.com |
| aty | James M. Moriarty | jmoriarty@zeislaw.com |
| aty | Jeffrey L Jonas | jjonas@brownrudnick.com |
| aty | Jonathan Kaplan | jkaplan@pullcom.com |
| aty | Kenneth Aulet | kaulet@brownrudnick.com |
| aty | Luc A. Despins | lucdespins@paulhastings.com |
| aty | William Baldiga | wbaldiga@brownrudnick.com |
| aty | William R. Baldiga | wbaldiga@brownrudnick.com |

TOTAL: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Ho Wan Kwok | 373 Taconic Road | Greenwich, CT 06831 | |
| dbaty | Brown Rudnick LLP | One Financial Center | Boston, MA 02111 | |
| crcm | Pullman & Comley, LLC | 850 Main Street | Bridgeport, CT 06601 | |
| cr | Brown Rudnick LLP | One Financial Center | Boston, MA 02111 | |
| aty | Andrew M. Carty | Brown Rudnick LLP | Seven Times Square | New York, NY 10036 |
| aty | Steven E. Mackey | Office of the U.S. Trustee | The Giaimo Federal Building | 150 Court Street, Room 302    New Haven, CT 06510 |

TOTAL: 6