ct136                                                                                                                          04/2019

# United States Bankruptcy Court

### District of Connecticut



In re:  Ho Wan Kwok

Debtor*

Case Number:  22-50073

Chapter:  11

### ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

A Motion for admission for Attorney Michael S. Weinstein to appear as a visiting attorney was filed on July 15, 2022 (the "Motion", ECF No. 562), by local counsel, Attorney Thomas J. Sansone (the "Sponsoring Attorney"). As the Motion satisfies the requirements of D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 1001-1(b); it is hereby

**ORDERED**: Attorney Michael S. Weinstein is hereby admitted *pro hac vice* for the purposes of this case only; and it is further

**ORDERED:** The Sponsoring Attorney is not excused from attendance in court pursuant to D. Conn. L. Civ. R. 83.1(d)(2).

Dated: July 22, 2022

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.