# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 7/22/2022 |
| Case: 22–50073 | Form ID: pdfdoc2 | Total: 21 |

**Recipients of Notice of Electronic Filing:**
```
ust     U. S. Trustee            USTPRegion02.NH.ECF@USDOJ.GOV
aty     Aaron A Mitchell         aaron@lmesq.com
aty     Avram Emmanuel Luft      aviluft@pauhastings.com
aty     Bennett Silverberg       bsilverberg@brownrudnick.com
aty     Dylan Kletter            dkletter@brownrudnick.com
aty     Eric A. Henzy            ehenzy@zeislaw.com
aty     Holley L. Claiborn       holley.l.claiborn@usdoj.gov
aty     Irve J. Goldman          igoldman@pullcom.com
aty     James M. Moriarty        jmoriarty@zeislaw.com
aty     Jeffrey L Jonas          jjonas@brownrudnick.com
aty     Jonathan Kaplan          jkaplan@pullcom.com
aty     Kenneth Aulet            kaulet@brownrudnick.com
aty     Michael S. Weinstein     mweinstein@golenbock.com
aty     William Baldiga          wbaldiga@brownrudnick.com
aty     William R. Baldiga       wbaldiga@brownrudnick.com
```
                                                                                        TOTAL: 15

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db      Ho Wan Kwok         373 Taconic Road        Greenwich, CT 06831
dbaty   Brown Rudnick LLP       One Financial Center        Boston, MA 02111
crcm    Pullman & Comley, LLC       850 Main Street     Bridgeport, CT 06601
cr      Brown Rudnick LLP       One Financial Center        Boston, MA 02111
aty     Andrew M. Carty     Brown Rudnick LLP       Seven Times Square      New York, NY 10036
aty     Steven E. Mackey        Office of the U.S. Trustee      The Giaimo Federal Building     150 Court Street, Room
        302     New Haven, CT 06510
```
                                                                                        TOTAL: 6