United States Bankruptcy Court

District of Connecticut

| | |
|---|---|
| In re: | Case No. 22-50073-jam |
| Ho Wan Kwok | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 1 of 5 |
| Date Rcvd: Jul 22, 2022 | Form ID: pdfdoc2 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ho Wan Kwok, 373 Taconic Road, Greenwich, CT 06831-2828 |
| aty | + | Andrew M. Carty, Brown Rudnick LLP, Seven Times Square, New York, NY 10036-6548 |
| dbaty | + | Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |
| crcm | + | Pullman & Comley, LLC, 850 Main Street, Bridgeport, CT 06604-4988 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | | |
| | | | Jul 22 2022 18:28:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2022                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Romney | |
| | on behalf of Debtor Ho Wan Kwok aromney@zeislaw.com  swenthen@zeislaw.com |

District/off: 0205-5                                   User: admin                                        Page 2 of 5
Date Rcvd: Jul 22, 2022                            Form ID: pdfdoc2                                 Total Noticed: 5

Aaron Romney
on behalf of Interested Party Mei Guo aromney@zeislaw.com  swenthen@zeislaw.com

Aaron Romney
on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney
on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com  swenthen@zeislaw.com

Aaron Romney
on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com  swenthen@zeislaw.com

Aaron Romney
on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com

Aaron A Mitchell
on behalf of Debtor Ho Wan Kwok aaron@lmesq.com

Annecca H. Smith
on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Annecca H. Smith
on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Avram Emmanuel Luft
on behalf of Trustee Luc A. Despins aviluft@pauhastings.com

Bennett Silverberg
on behalf of Debtor Ho Wan Kwok bsilverberg@brownrudnick.com

Carollynn H.G. Callari
on behalf of Creditor Zheng Wu ccallari@callaripartners.com

Carollynn H.G. Callari
on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com

Carollynn H.G. Callari
on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com

David S. Forsh
on behalf of Creditor Zheng Wu dforsh@callaripartners.com

David S. Forsh
on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com

David S. Forsh
on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com

David V. Harbach, II
on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com

Douglas S. Skalka
on behalf of Trustee Luc A. Despins dskalka@npmlaw.com  smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglass E. Barron
on behalf of Trustee Luc A. Despins douglassbarron@pauhastings.com

Dylan Kletter
on behalf of Debtor Ho Wan Kwok dkletter@brownrudnick.com
adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;rstark@brownrudnick.com

Eric A. Henzy
on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com

Eric A. Henzy
on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com

Eric A. Henzy
on behalf of Debtor Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com

Holley L. Claiborn
on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Irve J. Goldman
on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com  rmccoy@pullcom.com

James C. Graham
on behalf of Trustee Luc A. Despins jgraham@npmlaw.com  sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham
on behalf of Trustee Luc A Despins jgraham@npmlaw.com  sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

| District/off: 0205-5 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 22, 2022 | Form ID: pdfdoc2 | Total Noticed: 5 |

James M. Moriarty

on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com  kjoseph@zeislaw.com

James M. Moriarty

on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com  kjoseph@zeislaw.com

James M. Moriarty

on behalf of Debtor Ho Wan Kwok jmoriarty@zeislaw.com  kjoseph@zeislaw.com

Jay Marshall Wolman

on behalf of Creditor Logan Cheng jmw@randazza.com  ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman

on behalf of Plaintiff Logan Cheng jmw@randazza.com  ecf-6898@ecf.pacerpro.com

Jeffrey L Jonas

on behalf of Debtor Ho Wan Kwok jjonas@brownrudnick.com

John L. Cesaroni

on behalf of Debtor Ho Wan Kwok jcesaroni@zeislaw.com

John L. Cesaroni

on behalf of Interested Party Mei Guo jcesaroni@zeislaw.com

Jonathan Kaplan

on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com
prulewicz@pullcom.com;rmccoy@pullcom.com

Kenneth Aulet

on behalf of Debtor Ho Wan Kwok kaulet@brownrudnick.com

Kristin B. Mayhew

on behalf of Plaintiff Zheng Wu kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew

on behalf of Creditor Zheng Wu kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew

on behalf of 20 Largest Creditor Rui Ma kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew

on behalf of Plaintiff Rui Ma kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew

on behalf of Plaintiff Yang Lan kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew

on behalf of Plaintiff Boxun Inc. kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew

on behalf of 20 Largest Creditor Weican Meng kmayhew@mdmc-law.com
kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew

on behalf of Plaintiff Weican (Watson) Meng kmayhew@mdmc-law.com
kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Laura Aronsson

on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com

Luc A. Despins

lucdespins@paulhastings.com

Luc A. Despins

on behalf of Trustee Luc A. Despins lucdespins@paulhastings.com

Lucas Bennett Rocklin

on behalf of Trustee Luc A. Despins lrocklin@npmlaw.com  NeubertPepeMonteithPC@jubileebk.net

Mia N. Gonzalez

on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com

Michael S. Weinstein

on behalf of Creditor Rong Zhang mweinstein@golenbock.com

Michael S. Weinstein

on behalf of Creditor Chong Shen Raphanella mweinstein@golenbock.com

Michael S. Weinstein

on behalf of Creditor Xiaodan Wang mweinstein@golenbock.com

Nicholas A. Bassett

on behalf of Trustee Luc A. Despins nicholasbassett@paulhastings.com

District/off: 0205-5        User: admin        Page 4 of 5
Date Rcvd: Jul 22, 2022        Form ID: pdfdoc2        Total Noticed: 5

Patrick M. Birney

on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com

Patrick M. Birney

on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com

Patrick M. Birney

on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com

Patrick R. Linsey

on behalf of Trustee Luc A Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey

on behalf of Trustee Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Peter Friedman

on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com

Peter Friedman

on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com

Peter Friedman

on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com

Peter J. Zarella

on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com

Peter J. Zarella

on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com

Peter J. Zarella

on behalf of Creditor Zheng Wu pzarella@mdmc-law.com

Sara Pahlavan

on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. spahlavan@omm.com

Scott D. Rosen

on behalf of Interested Party Golden Spring (New York) LTD srosen@cb-shea.com
msullivan@cbshealaw.com;dtempera@cbshealaw.com

Stephen M. Kindseth

on behalf of Interested Party Mei Guo skindseth@zeislaw.com cjervey@zeislaw.com

Stephen M. Kindseth

on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC skindseth@zeislaw.com,
cjervey@zeislaw.com

Stephen M. Kindseth

on behalf of Debtor Ho Wan Kwok skindseth@zeislaw.com cjervey@zeislaw.com

Stuart M. Sarnoff

on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com
stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff

on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff

on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com

Thomas J. Sansone

on behalf of Plaintiff Xiaodan Wang tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Creditor Chong Shen Raphanella tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Creditor Xiaodan Wang tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Plaintiff Chong Shen Raphanella tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Attorney Michael S. Weinstein tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Creditor Rong Zhang tsansone@carmodylaw.com

Thomas J. Sansone

on behalf of Plaintiff Rong Zhang tsansone@carmodylaw.com

Timothy D. Miltenberger

on behalf of Interested Party Golden Spring (New York) LTD Tmiltenberger@cbshealaw.com

District/off: 0205-5                          User: admin                                    Page 5 of 5

Date Rcvd: Jul 22, 2022                       Form ID: pdfdoc2                               Total Noticed: 5

                              msullivan@cbshealaw.com;dtempera@cbshealaw.com

U. S. Trustee
                              USTPRegion02.NH.ECF@USDOJ.GOV

William Baldiga
                              on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com

William R. Baldiga
                              on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com


TOTAL: 85

ct136                                                                                                                                    04/2019

# United States Bankruptcy Court

## District of Connecticut



In re:

   Ho Wan Kwok

                                                   Case Number:  22-50073

        Debtor*                                                    Chapter:  11

### ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

     A Motion for admission for Attorney Douglass E. Barron to appear as a visiting attorney was filed on July 11, 2022 (the "Motion", ECF No. 535), by local counsel, Attorney Patrick R. Linsey (the "Sponsoring Attorney"). As the Motion satisfies the requirements of D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 1001-1(b); it is hereby

     **ORDERED**: Attorney Douglass E. Barron is hereby admitted *pro hac vice* for the purposes of this case only; and it is further

     **ORDERED:** The Sponsoring Attorney is excused from attendance in court pursuant to D. Conn. L. Civ. R. 83.1(d)(2).

Dated: July 22, 2022                                                   BY THE COURT

*Julie A. Manning*
*United States Bankruptcy Judge*
*District of Connecticut*

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.