ct150                                                                                                    03/2022

## United States Bankruptcy Court
## District of Connecticut

In re:

    Ho Wan Kwok

Case Number: 22-50073

Chapter: 11

    Debtor*

### ORDER GRANTING MOTION TO EXPEDITE HEARING

Chapter 11 Trustee Luc A. Despins (the "Movant"), having filed a Motion to Expedite Hearing (the "Motion to Expedite", ECF No. 599), in connection with a Motion for Entry of Order, Pursuant to Bankruptcy Code Sections 363, 541, 1108 and 1505, (A) Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities, (B) Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate, and (C) Granting Related Relief (the "Motion for Order", ECF No. 598), it appearing that the relief in the Motion to Expedite should be granted; it is hereby

**ORDERED:** A hearing to consider the Motion for Order will be held on August 1, 2022, at 12:00 PM, at the United States Bankruptcy Court 915 Lafayette Blvd. Bridgeport CT 06604 ; and it is further

**ORDERED:** Service of the Order Granting the Motion to Expedite and the Motion for Order must be made on all parties entitled to notice under applicable statutes and/or rules, all parties to the above captioned Chapter 11 Case qualified to receive electronic notice via the Court's CM/ECF service, as well as the Debtor, the Official Committee of Unsecured Creditors and the United States Trustee on or before July 26, 2022 by 12:00 PM; and it is further

**ORDERED:** A certificate of service demonstrating that the provisions of the Order Granting Motion to Expedite Hearing have been complied with must be filed **on or before** July 27, 2022 by 12:00 PM.

Dated:   July 25, 2022

BY THE COURT

*Julie A. Manning*
*United States Bankruptcy Judge*
*District of Connecticut*

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604
* For the purposes of this order, "Debtor" means "Debtors" where applicable.