# United States Bankruptcy Court
## District of Connecticut

In re:

Ho Wan Kwok

Debtor*

Case Number: 22-50073

Chapter: 11

## ORDER GRANTING MOTION TO EXPEDITE HEARING

Chapter 11 Trustee Luc A. Despins (the "Movant"), having filed a Motion to Expedite Hearing (the "Motion to Expedite", ECF No. 609), in connection with a Motion to Quash Subpoenas Served by Debtor on Ch. 11 Trustee's Proposed Counsel (and for Related Relief), (the "Motion to Quash", ECF No. 608), it appearing that the relief in the Motion to Expedite should be granted; it is hereby

**ORDERED:** A hearing to consider the Motion to Quash will be held on August 1, 2022, at 12:00 PM, at the United States Bankruptcy Court 915 Lafayette Blvd., Bridgeport, CT 06604 ; and it is further

**ORDERED:** Service of the Order Granting the Motion to Expedite Hearing and the Motion to Quash Counsel must be made on all parties entitled to notice under applicable statutes and/or rules, all parties to the above-captioned chapter 11 case qualified to receive electronic notice via the Court's CM/ECF service, as well as the Debtor, the Committee, and the United States Trustee on or before July 27, 2022 by 12:00 PM; and it is further

**ORDERED:** A certificate of service demonstrating that the provisions of the Order Granting Motion to Expedite Hearing have been complied with must be filed **on or before** July 28, 2022 by 12:00 PM.

Dated:  July 26, 2022

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

* For the purposes of this order, "Debtor" means "Debtors" where applicable.