# Notice Recipients

District/Off: 0205−5　　　　　User: admin　　　　　Date Created: 7/26/2022
Case: 22−50073　　　　　　　Form ID: pdfdoc2　　　Total: 4

**Recipients of Notice of Electronic Filing:**
ust　　U. S. Trustee　　　　USTPRegion02.NH.ECF@USDOJ.GOV
aty　　Holley L. Claiborn　　holley.l.claiborn@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty　　Luc A. Despins　　　Paul Hastings LLP　　200 Park Avenue　　New York, NY 10166
aty　　Steven E. Mackey　　Office of the U.S. Trustee　　The Giaimo Federal Building　　150 Court Street, Room 302　　New Haven, CT 06510

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2