AO435
(Rev. 1/90)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

**FOR COURT USE ONLY**
**DUE DATE:**

## TRANSCRIPT ORDER

Read Instructions on Back.

| 1. NAME Yongbing Zhang | 2. PHONE NUMBER 3127509889 | 3. DATE 07/22/2022 | |
|---|---|---|---|
| 4. MAILING ADDRESS 223 West Jackson Blvd. #1012 | 5. CITY Chicago | 6. STATE Illinois | 7. ZIP CODE 60606 |
| 8. CASE NUMBER 22-50073 | 9. JUDICIAL OFFICIAL Julie A. Manning | DATES OF PROCEEDINGS 10. FROM 07/20/2022 | 11. TO 07/22/2022 |
| 12. CASE NAME Ho Wen Kwok | | LOCATION OF PROCEEDINGS 13. CITY Bridgeport | 14. STATE CT |

**15. ORDER FOR**
☐ APPEAL   ☐ CRIMINAL   ☐ CRIMINAL JUSTICE ACT   ☑ BANKRUPTCY
☐ NON-APPEAL   ☐ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | ☑ OTHER (Specify) | 07/21/2022 Hearing |
| ☐ JURY INSTRUCTIONS | | | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☑ | ☑ | NO. OF COPIES | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges
(deposit plus additional).

| ESTIMATE TOTAL | |
|---|---|
18. SIGNATURE *[signature]*
19. DATE 7/22/2022

| | PROCESSED BY | |
| TRANSCRIPT TO BE PREPARED BY | PHONE NUMBER | |
| | COURT ADDRESS | |

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| DEPOSIT PAID | |
|---|---|
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION
2022 JUL 26 P 2:29
FILED

ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COP

(Previous editions of this form may still be used)

ORIGINAL - COURT COPY