```
YONG BING ZHANG                         1 LBS        1 OF 1
(312) 493-7158                          SHP WT: 1 LBS
THE UPS STORE #4769                     DATE: 25 JUL 2022
888C 8TH AVE
NEW YORK  NY 10019-5704

SHIP  BRIEN MCMAHON FEDRAL BUILDING
TO:   UNITED STATES BANKRUPTCY COURT
      915 LAFAYETTE BLVD

      BRIDGEPORT   CT 06604-4727
```

CT 066 9-04



UPS GROUND
TRACKING #: 1Z 06R 89V 03 6843 4239



BILLING: P/P

REF #1: 1834
REF #2: 1834                    ISH 13.00F ZZP 450 23.5U 05/2022

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.                    RRD RF2 0622



```
BANKRUPTCY CLERK OFC
915  LAFAYETTE BLVD

BRIDGEPORT CT 06604
```

P:PURPLE:RIGHT :74A

0012-4432

1Z06R89V036843 4239