**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, : Case No. 22-50073 (JAM)
: 
Debtor. : 
: 
---------------------------------------------------------------x

**LIMITED RESPONSE OF CHAPTER 11 TRUSTEE TO MOTION OF BROWN RUDNICK LLP TO WITHDRAW AS COUNSEL FOR DEBTOR**

Luc A. Despins, in his capacity as trustee in the above-captioned case filed under chapter 11 of Title 11 of the United States Code (the "Trustee"), respectfully submits this limited response (the "Response") to the *Motion to Withdraw Appearance* [ECF No. 543] (the "Withdrawal Motion"), pursuant to which Brown Rudnick LLP ("Brown Rudnick") requests permission to withdraw as counsel for Mr. Ho Wan Kowk (the "Debtor"). In support of the Response, the Trustee states as follows:

1. The Trustee does not object to Withdrawal Motion and does not otherwise take a position with respect to such motion, except to note that, as a condition to granting the Withdrawal Motion, Brown Rudnick should confirm that it will cooperate with the Trustee with respect to the Trustee's investigation into the assets and financial affairs of the Debtor, including (subject to whatever protective order the Court may enter) by (a) making its attorneys available to be interviewed by the Trustee, as the Trustee may reasonably request, (b) preserving all documents related to the Debtor's chapter 11 case, and (c) upon request by the Trustee, turn over all such documents to the Trustee.

-2-

2. In addition, the Trustee has been in discussions with Brown Rudnick regarding procedures to ensure safekeeping of the retainer in the possession of Brown Rudnick. The Trustee and Brown Rudnick have reached agreement regarding such procedures and will describe that agreement at the August 1, 2022 hearing on the Withdrawal Motion.

Dated:   July 27, 2022                       LUC A. DESPINS,
         New Haven, Connecticut              CHAPTER 11 TRUSTEE

                                             By:   /s/Douglas S. Skalka
                                                Douglas S. Skalka (ct00616)
                                                Patrick R. Linsey (ct29437)
                                                NEUBERT, PEPE & MONTEITH, P.C.
                                                195 Church Street, 13th Floor
                                                New Haven, Connecticut 06510
                                                (203) 781-2847
                                                dskalka@npmlaw.com
                                                plinsey@npmlaw.com

                                                    *and*

                                                Nicholas A. Bassett *(pro hac vice)*
                                                PAUL HASTINGS LLP
                                                2050 M Street NW
                                                Washington, D.C., 20036
                                                (202) 551-1902
                                                nicholasbassett@paulhastings.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re: | CHAPTER 11 |
| HO WAN KWOK, | CASE NO. 22-50073 (JAM) |
| Debtor. |  |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 27, 2022 the Response was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated: July 27, 2022  
      New Haven, Connecticut

LUC A. DESPINS,
CHAPTER 11 TRUSTEE

By:   /s/Douglas S. Skalka
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000
dskalka@npmlaw.com
plinsey@npmlaw.com