## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor.[1] | : |
| | : |
| | : |

## RESPONSE OF THE OFFICIAL COMMITTEE OF
## UNSECURED CREDITORS TO MOTION TO WITHDRAW
## APPEARANCE FILED BY BROWN RUDNICK LLP

The Official Committee of Unsecured Creditors (the "Committee") of the estate of the Debtor, Ho Wan Kwok (the "Debtor"), hereby submits this response to the Motion to Withdraw Appearance filed by Brown Rudnick LLP (the "Motion to Withdraw"), and respectfully represents as follows:

The Committee has no objection to the Motion to Withdraw provided that any withdrawal approved by the Court is conditioned upon the filing by Brown Rudnick LLP of an application for allowance of compensation under 11 U.S.C. § 330 and a direction by the Court that Brown Rudnick LLP continue to hold the $1 million retainer it received for its representation of the Debtor until further order of the Court.

**WHEREFORE**, the Committee respectfully requests that the Court condition any approval of Brown Rudnick LLP's withdrawal as requested above and that the Court grant such other or further relief as it may deem just, equitable and proper.

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

Dated: Bridgeport, Connecticut
       July 27, 2022

                **OFFICIAL COMMITTEE OF UNSECURED**
                **CREDITORS OF HO WAN KWOK**

By:    */s/Irve J. Goldman*
        Irve J. Goldman
        Jonathan A. Kaplan
        Pullman & Comley, LLC
        850 Main Street, 8th Floor
        PO Box 7006
        Bridgeport, CT 06601-7006
        (203) 330-2213
        igoldman@pullcom.com

        Its Attorneys

## CERTIFICATION OF SERVICE

    I, Irve J. Goldman, herby certify that on the 27th day of July, 2022, a true and correct copy of the foregoing response to the Motion to Withdraw Appearance filed by Brown Rudnick LLP (the "Motion to Withdraw"), was filed with the Court and served all parties that have filed a notice of appearance and request for notice electronically via the Court's CM/ECF electronic filing system ("CM/ECF").

                                           By: */s/Irve J. Goldman*

ACTIVE/83201.1/IJG/10476867v1