**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, | Case No: 22-50073 (JAM) |
| Debtor. | |

### DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am, along with my firm, Zeisler & Zeisler, P.C. (the "Firm"), the attorneys for the above-named Debtor and that compensation paid to me and the Firm within one year before the filing of the petition in bankruptcy (the "Petition Date"), or agreed to be paid to me and the Firm, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows:

   The Firm has agreed to accept as an "evergreen" retainer:     $100,000.00

   Prior to the filing of this statement, the Firm received:     $100,000.00

   Balance Due for the "evergreen" retainer:     $0.00

2. The source of compensation paid to the Firm was:

   ____ Debtor          _x_ Other (specify): Qiang Guo (Debtor's son)

3. The source of compensation to be paid to the Firm is:

   _x_ Debtor          _x_ Other (specify): Qiang Guo (Debtor's son)

4. _x_ The Firm has not agreed to share the above compensation from the Debtor with any persons unless they are employees of the Firm.

   ____ The Firm has agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. The Firm and I have agreed to represent the Debtor (who is no longer debtor-in-possession) in connection with (i) the above captioned bankruptcy case, and (ii) in defense of the various non-dischargeability actions commenced against the Debtor in multiple adversary proceedings

    filed in the case.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services: any services other than those specifically identified in paragraph 5.

## **CERTIFICATION**

    As of the date hereof, I certify that the foregoing is a complete statement of any agreement or agreement for payment to me and the Firm for the representation of the Debtor in this Chapter 11 case.

    Dated: July 27, 2022 at Bridgeport, Connecticut

    By:  */s/ Stephen M. Kindseth*
         Stephen M. Kindseth (ct14640)
         ZEISLER & ZEISLER, P.C.
         10 Middle Street, 15th Floor
         Bridgeport, CT  06605
         Tel. 203-368-4234
         Email: skindseth@zeislaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Stephen M. Kindseth*
Stephen M. Kindseth (ct14640)