# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| HO WAN KWOK,[1] | : | Case No. 22-50073(JAM) |
| Debtor. | : |  |
|  | : |  |

## CREDITORS RUI MA, ZHENG WU AND WEICAN MENG'S JOINDER TO OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTOR'S MOTION FOR RELIEF FROM ORDER APPOINTING LUC A. DESPINS AS CHAPTER 11 TRUSTEE

Creditors Rui Ma, Zheng Wu and Weican Meng ("**Creditors**"), by and through their undersigned counsel, hereby join in, and incorporate herein, the Objection to Debtor's Motion for Relief From Order Appointing Luc A. Despins as Chapter 11 Trustee filed by the Official Committee of Unsecured Creditors (the "Committee") [ECF 621] for the reasons set forth therein.

Dated: July 27, 2022

                                                    */s/ Kristin B. Mayhew*
                                                    Kristin B. Mayhew (ct20896)
                                                    McElroy, Deutsch, Mulvaney & Carpenter, LLP
                                                    30 Jelliff Lane
                                                    Southport, CT  06890-1436
                                                    Tel.(203) 319-4000
                                                    Fax(203) 259-0251
                                                    Email: kmayhew@mdmc-law.com

                                                               -and-

---

[1] The above-named Debtor and Debtor in Possession, Ho Wan Kwok (the "**Debtor**" or "**Kwok**") is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

        Carollynn H.G. Callari (admitted *pro hac vice*)
        David S. Forsh (admitted *pro hac vice*)
        **CALLARI PARTNERS LLC**
        One Rockefeller Plaz, 10th Floor
        New York, NY  10020
        Tel. (212) 202-3050
        Email:    ccallari@callaripartners.com
                     dforsh@callaripartners.com

        *Attorneys for Rui Ma, Zheng Wu and Weican Meng*

M1738/1001/1844735v1
07/27/22-HRT/BD

## CERTIFICATE OF SERVICE

I, Kristin B. Mayhew, hereby certify that a true and accurate copy of the foregoing was filed with the Court on July 27, 2022. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

              /s/ Kristin B. Mayhew
    Kristin B. Mayhew