# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| HO WAN KWOK,[1] | : | Case No. 22-50073(JAM) |
| Debtor. | : | |
| | : | |

### CREDITORS RUI MA, ZHENG WU AND WEICAN MENG'S JOINDER TO RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION TO WITHDRAW APPEARANCE FILED BY BROWN RUDNICK LLP

Creditors Rui Ma, Zheng Wu and Weican Meng ("**Creditors**"), by and through their undersigned counsel, hereby join in, and incorporate herein, the Response of the Official Committee of Unsecured Creditors to Motion to Withdraw Appearance Filed by Brown Rudnick LLP [ECF 624] for the reasons set forth therein.

Dated: July 27, 2022

                                                                  /s/   *Kristin B. Mayhew*
                                                       Kristin B. Mayhew (ct20896)
                                                       McElroy, Deutsch, Mulvaney & Carpenter, LLP
                                                       30 Jelliff Lane
                                                       Southport, CT  06890-1436
                                                       Tel.(203) 319-4000
                                                       Fax(203) 259-0251
                                                       Email: kmayhew@mdmc-law.com

                                                        -and-

---

[1] The above-named Debtor and Debtor in Possession, Ho Wan Kwok (the "**Debtor**" or "**Kwok**") is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

KBM/M1738/1001/1844771v1
07/27/22-HRT/BD

        Carollynn H.G. Callari (admitted *pro hac vice*)
        David S. Forsh (admitted *pro hac vice*)
        **CALLARI PARTNERS LLC**
        One Rockefeller Plaz, 10th Floor
        New York, NY  10020
        Tel. (212) 202-3050
        Email:    ccallari@callaripartners.com
                      dforsh@callaripartners.com

*Attorneys for Rui Ma, Zheng Wu and Weican Meng*

## CERTIFICATE OF SERVICE

I, Kristin B. Mayhew, hereby certify that a true and accurate copy of the foregoing was filed with the Court on July 27, 2022. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

        /s/ Kristin B. Mayhew
   Kristin B. Mayhew