**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| HO WAN KWOK,[1] | : | Case No. 22-50073(JAM) |
| Debtor. | : |  |
|  | : |  |

**CREDITORS RUI MA, ZHENG WU AND WEICAN MENG'S JOINDER
TO RESPONSE OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO APPLICATION OF
<u>CHAPTER 11 TRUSTEE TO EMPLOY PAUL HASTINGS LLP AS COUNSEL</u>**

Creditors Rui Ma, Zheng Wu and Weican Meng ("**Creditors**"), by and through their undersigned counsel, hereby join in, and incorporate herein, the Response of the Official Committee of Unsecured Creditors to Application of Chapter 11 Trustee to Employ Paul Hastings LLP as counsel [ECF 625] for the reasons set forth therein.  The Creditors also implore the Court not to allow the Debtor's unsubstantiated, global conspiracy theories to derail progress in this Case, including preventing the Debtor, and any other persons, from intentionally causing the Chapter 11 Trustee to incur unnecessary fees related to baseless allegations and inuendo.  While cost in this case is a concern, the Creditors support moving this case forward with Mr. Despins as the Chapter 11 Trustee with his chosen counsel, with the understanding that cost-effective measures will be undertaken in fulfilling their duties and parties' rights to review (and object if warranted) to fee applications to ensure compliance therewith.  In addition, to alleviate some concerns, a confidential proposed budget of the Chapter 11 Trustee (and Paul

---

[1] The above-named Debtor and Debtor in Possession, Ho Wan Kwok (the "**Debtor**" or "**Kwok**") is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

Hastings) could be presented to the Creditors' Committee. But regardless, the Chapter 11 Trustee's appointment and Paul Hastings engagement, should be approved (and authority confirmed for clarity) expeditiously so they can move forward with the many tasks that lay before them.

Dated: July 27, 2022

                /s/   *Kristin B. Mayhew*
               Kristin B. Mayhew (ct20896)
               McElroy, Deutsch, Mulvaney & Carpenter, LLP
               30 Jelliff Lane
               Southport, CT  06890-1436
               Tel.(203) 319-4000
               Fax(203) 259-0251
               Email: kmayhew@mdmc-law.com

               -and-

               Carollynn H.G. Callari (admitted *pro hac vice*)
               David S. Forsh (admitted *pro hac vice*)
               **CALLARI PARTNERS LLC**
               One Rockefeller Plaza, 10th Floor
               New York, NY 10020
               Telephone:  (212) 202-3050
               Email:       ccallari@callaripartners.com
                              dforsh@callaripartners.com

               *Attorneys for Rui Ma, Zheng Wu and Weican Meng*

## **CERTIFICATE OF SERVICE**

I, Kristin B. Mayhew, hereby certify that a true and accurate copy of the foregoing was filed with the Court on July 27, 2022. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

        /s/ Kristin B. Mayhew
    Kristin B. Mayhew

KBM/M1738/1001/1844774v1
07/27/22-HRT/BD