UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>Debtor. | Chapter 11 Case No.<br><br>22-50073 (JAM)<br><br>July 27, 2022 |

**RESERVATION OF RIGHTS OF PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. IN RESPONSE TO THE MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY CODE SECTIONS 363, 541, 1108, AND 1505, (A) CONFIRMING THAT CHAPTER 11 TRUSTEE HOLDS ALL OF DEBTOR'S ECONOMIC AND CORPORATE GOVERNANCE RIGHTS IN DEBTOR-CONTROLLED ENTITIES, (B) AUTHORIZING CHAPTER 11 TRUSTEE TO ACT IN ANY FOREIGN COUNTRY ON BEHALF OF ESTATE, AND <u>(C) GRANTING RELATED RELIEF</u>**

TO THE HONORABLE JULIE A. MANNING,
UNITED STATES BANKRUPTCY JUDGE:

Pacific Alliance Asia Opportunity Fund L.P. ("PAX") submits this reservation of rights in response to the *Motion of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 363, 541, 1108, and 1505, (A) Confirming that Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities, (B) Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate, and (C) Granting Related Relief* [ECF No. 598] (the "Corporate Governance Motion").

The Corporate Governance Motion requests (i) an order confirming that the Trustee holds all of Mr. Kwok's economic and governance rights with respect to all corporate entities owned or controlled by Mr. Kwok, for the benefit of the estate; (ii) authority to act as Mr. Kwok's foreign representative on behalf of the estate in order to retrieve assets, seek relief in foreign courts, and

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

1

obtain foreign documents; (iii) confirmation that Mr. Kwok may not interfere with the Trustee's exercise of the foregoing rights and authority; and (iv) that the Court request the assistance of foreign courts, including the British Virgin Island courts, regarding any request for relief by the Trustee.

With respect to the relief requested in the Corporate Governance Motion, PAX reserves all rights, interests, claims, arguments, objections, and defenses related to all judgments and orders entered in the case of *Pacific Alliance Asia Opportunity Fund L.P. v. Kwok, et al.*, Index No. 652077/2017 (N.Y. Sup. 2021), including, but not limited to. NYSCEF Doc. Nos. 716, 904, and 1181 in that case.[2] *See* ECF No. 57-2, Exs. 8, 14, and 1. PAX does not object to the relief requested in the Corporate Governance Motion subject to the reservations set forth above.

*[Signature follows on next page]*

---

[2] *Judgment*, dated Feb. 3, 2021, NYSCEF Doc. No. 716 (determining that PAX has a judgment against Mr. Kwok for $46,426,489.00, plus contractual interest in the amount of $69,448,939.71, plus post-judgment interest at the statutory rate of 9% in the amount of $526,590.86, for a total of $116,402,019.57); *Decision + Order on Motion*, dated Sept. 22, 2021, NYSCEF Doc. No. 904 (order directing Mr. Kwok to take all steps necessary to effect the turnover of 100% of his shares in Genever BVI to PAX, subject to the approval of the British Virgin Islands Court); *Decision and Order on Motion*, dated Feb. 9, 2022, NYSCEF Doc. No. 1181 (final order of civil contempt against Mr. Kwok).

| | |
|---|---|
| Dated: Hartford, Connecticut<br>July 27, 2022 | **Pacific Alliance Asia Opportunity Fund L.P.**<br><br>*By: /s/ Patrick M. Birney*<br>Patrick M. Birney (CT No. 19875)<br>Annecca H. Smith (CT No. 31148)<br>**ROBINSON & COLE LLP**<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-8275<br>Facsimile: (860) 275-8299<br>E-mail: pbirney@rc.com<br>asmith@rc.com<br><br>-and-<br><br>Peter Friedman (admitted *pro hac vice*)<br>Stuart M. Sarnoff (admitted *pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2293<br>E-mail: pfriedman@omm.com<br>ssarnoff@omm.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2022, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties receiving notice by operation of the court's electronic filing system. Parties in interest may access this filing through the Court's CM/ECF System.

/s/ *Patrick M. Birney*