United States Bankruptcy Court
District of Connecticut

In re:  Case No. 22-50073-jam
Ho Wan Kwok  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-5      User: admin      Page 1 of 5
Date Rcvd: Jul 26, 2022      Form ID: pdfdoc2      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Luc A. Despins, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | Jul 26 2022 18:28:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Romney | on behalf of Debtor Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Interested Party Mei Guo aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com |

District/off: 0205-5 | User: admin | Page 2 of 5
Date Rcvd: Jul 26, 2022 | Form ID: pdfdoc2 | Total Noticed: 2

| Name | |
|---|---|
| Aaron Romney | on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron A Mitchell | on behalf of Debtor Ho Wan Kwok aaron@lmesq.com |
| Annecca H. Smith | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com |
| Annecca H. Smith | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com |
| Avram Emmanuel Luft | on behalf of Trustee Luc A. Despins aviluft@pauhastings.com |
| Bennett Silverberg | on behalf of Debtor Ho Wan Kwok bsilverberg@brownrudnick.com |
| Carollynn H.G. Callari | on behalf of Creditor Zheng Wu ccallari@callaripartners.com |
| Carollynn H.G. Callari | on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com |
| Carollynn H.G. Callari | on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com |
| David S. Forsh | on behalf of Creditor Zheng Wu dforsh@callaripartners.com |
| David S. Forsh | on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com |
| David S. Forsh | on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com |
| David V. Harbach, II | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com |
| Douglas S. Skalka | on behalf of Trustee Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Douglass E. Barron | on behalf of Trustee Luc A. Despins douglassbarron@pauhastings.com |
| Dylan Kletter | on behalf of Debtor Ho Wan Kwok dkletter@brownrudnick.com adeering@brownrudnick.com;upinelo@brownrudnick.com;bsilverberg@brownrudnick.com;rstark@brownrudnick.com |
| Eric A. Henzy | on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com cjervey@zeislaw.com |
| Eric A. Henzy | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC ehenzy@zeislaw.com, cjervey@zeislaw.com |
| Eric A. Henzy | on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com cjervey@zeislaw.com |
| Eric A. Henzy | on behalf of Debtor Ho Wan Kwok ehenzy@zeislaw.com cjervey@zeislaw.com |
| Holley L. Claiborn | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |
| Irve J. Goldman | on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com rmccoy@pullcom.com |
| James C. Graham | on behalf of Trustee Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| James C. Graham | on behalf of Trustee Luc A Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| James M. Moriarty | on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 3 of 5 |
| Date Rcvd: Jul 26, 2022 | Form ID: pdfdoc2 | Total Noticed: 2 |

James M. Moriarty
    on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Debtor Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com

Jay Marshall Wolman
    on behalf of Plaintiff Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman
    on behalf of Creditor Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com

Jeffrey L Jonas
    on behalf of Debtor Ho Wan Kwok jjonas@brownrudnick.com

John L. Cesaroni
    on behalf of Debtor Ho Wan Kwok jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Interested Party Mei Guo jcesaroni@zeislaw.com

Jonathan Kaplan
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com
    prulewicz@pullcom.com;rmccoy@pullcom.com

Kenneth Aulet
    on behalf of Debtor Ho Wan Kwok kaulet@brownrudnick.com

Kristin B. Mayhew
    on behalf of Plaintiff Zheng Wu kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Creditor Zheng Wu kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of 20 Largest Creditor Rui Ma kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Rui Ma kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Yang Lan kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Boxun Inc. kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of 20 Largest Creditor Weican Meng kmayhew@mdmc-law.com
    kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Weican (Watson) Meng kmayhew@mdmc-law.com
    kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Laura Aronsson
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com

Luc A. Despins
    lucdespins@paulhastings.com

Luc A. Despins
    on behalf of Trustee Luc A. Despins lucdespins@paulhastings.com

Lucas Bennett Rocklin
    on behalf of Trustee Luc A. Despins lrocklin@npmlaw.com NeubertPepeMonteithPC@jubileebk.net

Mia N. Gonzalez
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com

Michael S. Weinstein
    on behalf of Creditor Rong Zhang mweinstein@golenbock.com

Michael S. Weinstein
    on behalf of Creditor Chong Shen Raphanella mweinstein@golenbock.com

Michael S. Weinstein
    on behalf of Creditor Xiaodan Wang mweinstein@golenbock.com

Nicholas A. Bassett
    on behalf of Trustee Luc A. Despins nicholasbassett@paulhastings.com

Patrick M. Birney
    on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 4 of 5 |
| Date Rcvd: Jul 26, 2022 | Form ID: pdfdoc2 | Total Noticed: 2 |

| | |
|---|---|
| Patrick M. Birney | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com  ctrivigno@rc.com |
| Patrick M. Birney | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com  ctrivigno@rc.com |
| Patrick R. Linsey | on behalf of Trustee Luc A Despins plinsey@npmlaw.com  karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Trustee Luc A. Despins plinsey@npmlaw.com  karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Peter Friedman | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter Friedman | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter Friedman | on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of Creditor Zheng Wu pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com |
| Sara Pahlavan | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. spahlavan@omm.com |
| Scott D. Rosen | on behalf of Interested Party Golden Spring (New York) LTD srosen@cb-shea.com msullivan@cbshealaw.com;dtempera@cbshealaw.com |
| Stephen M. Kindseth | on behalf of Interested Party Mei Guo skindseth@zeislaw.com  cjervey@zeislaw.com |
| Stephen M. Kindseth | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC skindseth@zeislaw.com, cjervey@zeislaw.com |
| Stephen M. Kindseth | on behalf of Debtor Ho Wan Kwok skindseth@zeislaw.com  cjervey@zeislaw.com |
| Stuart M. Sarnoff | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com  stuart-sarnoff-1059@ecf.pacerpro.com |
| Stuart M. Sarnoff | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com  stuart-sarnoff-1059@ecf.pacerpro.com |
| Stuart M. Sarnoff | on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com  stuart-sarnoff-1059@ecf.pacerpro.com |
| Thomas J. Sansone | on behalf of Creditor Chong Shen Raphanella tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Creditor Xiaodan Wang tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Plaintiff Chong Shen Raphanella tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Attorney Michael S. Weinstein tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Creditor Rong Zhang tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Plaintiff Rong Zhang tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Plaintiff Xiaodan Wang tsansone@carmodylaw.com |
| Timothy D. Miltenberger | on behalf of Interested Party Golden Spring (New York) LTD Tmiltenberger@cbshealaw.com msullivan@cbshealaw.com;dtempera@cbshealaw.com |
| U. S. Trustee | |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 5 of 5 |
| Date Rcvd: Jul 26, 2022 | Form ID: pdfdoc2 | Total Noticed: 2 |

        USTPRegion02.NH.ECF@USDOJ.GOV

William Baldiga
    on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com

William R. Baldiga
    on behalf of Debtor Ho Wan Kwok wbaldiga@brownrudnick.com

TOTAL: 86

**United States Bankruptcy Court**
**District of Connecticut**

In re:

Ho Wan Kwok

Case Number: 22-50073

Chapter: 11

Debtor*

## ORDER GRANTING MOTION TO EXPEDITE HEARING

Chapter 11 Trustee Luc A. Despins (the "Movant"), having filed a Motion to Expedite Hearing (the "Motion to Expedite", ECF No. 609), in connection with a Motion to Quash Subpoenas Served by Debtor on Ch. 11 Trustee's Proposed Counsel (and for Related Relief), (the "Motion to Quash", ECF No. 608), it appearing that the relief in the Motion to Expedite should be granted; it is hereby

**ORDERED:** A hearing to consider the Motion to Quash will be held on August 1, 2022, at 12:00 PM, at the United States Bankruptcy Court 915 Lafayette Blvd., Bridgeport, CT 06604 ; and it is further

**ORDERED:** Service of the Order Granting the Motion to Expedite Hearing and the Motion to Quash Counsel must be made on all parties entitled to notice under applicable statutes and/or rules, all parties to the above-captioned chapter 11 case qualified to receive electronic notice via the Court's CM/ECF service, as well as the Debtor, the Committee, and the United States Trustee on or before July 27, 2022by 12:00 PM; and it is further

**ORDERED:** A certificate of service demonstrating that the provisions of the Order Granting Motion to Expedite Hearing have been complied with must be filed **on or before** July 28, 2022 by 12:00 PM.

Dated:   July 26, 2022

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

* For the purposes of this order, "Debtor" means "Debtors" where applicable.