**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>    Debtor.<br><br>HO WAN KWOK,<br><br>    Movant,<br><br>v.<br><br>WILLIAM K. HARRINGTON,<br>UNTIED STATES TRUSTEE<br>FOR REGION 2<br><br>and<br><br>LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE<br><br>    Respondents. | Chapter 11<br><br>Case No: 22-50073 (JAM) |

## THE DEBTOR'S WITNESS AND EXHIBIT LIST

The Debtor, Ho Wan Kwok, designates the following witness and exhibits that may be offered during the August 1, 2022, hearing:.

### WITNESS

1. Luc A. Despins, Esq., Chapter 11 Trustee

### EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| A. | July 12, 2022 Declaration of Nicholas A. Bassett. |
| B. | July 7, 2022 Declaration of Disinterestedness of Luc A. Despins |
| C. | July 12, 2022 First Supplemental Declaration of Disinterestedness of Luc A. Despins |
| D. | July 12, 2022 Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code § 327, 328 & 330 and Bankruptcy Rules 2014 & 2016, |

1

|    |    |
|----|----|
|    | Authorizing Retention and Employment of Paul Hastings LLP as Counsel to Chapter 11 Trustee |
| E. | July 7, 2022 Application for Order Approving Appointment of a Chapter 11 Trustee |
| F. | April 7, 2022 Paul Hastings LLP release: Representation of Chinese Local Government Enterprises in Seven Bond Issuances |
| G. | June 3, 2014 Paul Hastings LLP Release: Paul Hastings Advises China Everbright on $960 Million Environmental Water Business Disposal, Acquisition and Reverse Takeover |
| H. | February 29, 2016 Paul Hastings LLP Release: China Everbright's $1.3 Billion Acquisition of Hong Kong Grade-A Commercial Building |
| I. | October 28, 2020 Paul Hastings LLP Release: China Everbright issuing $300 Million Senior Perpetual Capital Securities |
| J. | August 11, 2016 Paul Hastings LLP Release: China Everbright's Disposal of 49% Share Capital of Everbright Securities (International) Limited |
| K. | November 27, 2012 Paul Hastings LLP Release: Paul Hastings Represents China Everbright on $200 Million Loan Facilities |
| L. | April 8, 2016 Paul Hastings LLP Release: COSCO Acquires Piraeus Port in Greece |
| M. | February 3, 2016 Paul Hastings LLP Release: COSCO's Highly Complex Restructuring with China Shipping |
| N. | December 4, 2012 Paul Hastings LLP Release: Paul Hastings Represents COSCO Finance on $1 Billion Bond Issuance |
| O. | March 6, 2018 Paul Hastings LLP Release: CS Finance Merges with COSCO Finance |
| P. | February 4, 2021 Paul Hastings LLP Release: COSCO Shipping Development to Sell 35.22% Interests in COSCO Shipping Leasing for RMB 1.8 Billion. |
| Q. | January 27, 2021 Paul Hastings LLP Release: Rudong Jinxin US$150 Million Credit Enhanced Bonds |
| R. | May 13, 2021 Paul Hastings LLP Release: Rudong County Tongtai Investment Bond 5.5% Bonds |
| S. | July 29, 2016 Paul Hastings Release: China Everbright Issues 600M Panda Bonds |
| T | September 1, 2014 Paul Hastings Advises China Huarong on RMB 14.5 Billion Share Issuance |
| U | Particular of Claim: *Kwok Ho Wan, et al. v. UBS AG*, Claim No. CL-2020-000345 |
| V | Paul Hastings LLP website: Offices Beijing |
| W | September 7, 2017 New York Times article: Billionaire Who Accused Top Chinese Officials of Corruption Asks U.S. for Asylum |
| X | October 22, 2017 Wall Street Journal article: China's Pursuit of Fugitive Businessman Guo Wengui Kicks off Manhattan Caper Worthy of Spy Thriller |
| Y | August 16, 2018 Bloomberg article: Chinese Tycoon's Daughter Challenges Hong Kong Over Asset Freeze |
| Z | Paul Hastings LLP website: Practice Areas: Financial Restructuring |

| AA | November 30, 2018 Department of Justice Release: Former Justice Department Employee Pleads Guilty to Conspiracy to Deceive U.S. Banks about Millions of Dollars in Foreign Lobbying Funds |
|---|---|
| BB | July 25, 2019 The Guardian article: How state runs business in China |
| CC | May 17, 2022 Department of Justice Release: Justice Department Sues to Compel a U.S. Businessperson to Register Under the Foreign Agents Registration Act |
| DD | August 21, 2019 Architecture article: Seized Beijing skyscraper sells online for a 'bargain' $734M |
| EE | May 26, 2021 Wall Street Journal article: Politics Release: Steve Wynn May Face Justice Department Action for Role in China's Push to Expel Businessman |
| FF | July 7, 2020 Remarks of FBI Director Christopher Wray: The Threat Posed by the Chinese Government and the Chinese Communist Party to the Economic and National Security of the United States |
| GG | June 11, 2021 Department of Justice Release: US Entertainer Businessman and Malaysian National Charged with Back-Channel Lobbying Campaign to Drop 1MDB Investigation and Remove Chinese Dissident from U.S. |
| HH | July 28, 2022 The Economic Times article: How China misuses Interpol to settle domestic scores and stifle dissidence |
| II | *United States of America v Stephen A. Wynn,* Case No. 22-01372, Complaint for Declaratory and Injunctive Relief, May 17, 2022 |
| JJ | *United States of America v Stephen A. Wynn,* Case No. 22-01372, Appearance of Counsel for defendant, July 15, 2022 |
| KK | *United States of America v Stephen A. Wynn*, Case No. 22-01372, Motion for Admission Pro Hac Vice, July 19, 2022 |
| LL | *Ho Wan Kwok*, Case No. 22-50073, Debtor's Schedules, March 9, 2022 |

The Debtor reserves the right to modify, amend or supplement this Witness and Exhibit List at any time. The Debtor reserves the right to ask the Court to take judicial notices of pleadings, transcripts and/or documents filed in or in connection with this case, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the hearing. Designation of nay exhibit above does not waive any objections Debtor may have to any exhibit listed on any other party's exhibit list.

Dated at Bridgeport, Connecticut on this 29th day of July, 2022.

**THE DEBTOR,
HO WAN KWOK**

*/s/ Eric Henzy*
Eric Henzy (ct12849)
Stephen M. Kindseth (ct14640)
Aaron A. Romney (ct28144)
John L. Cesaroni (ct29309)
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5487
Email: ehenzy@zeislaw.com
skindseth@zeislaw.com
aromney@zeislaw.com
jcesaroni@zeislaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice ofElectronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Eric Henzy
Eric Henzy (ct12849)