PAUL HASTINGS



News

NEWS

# Paul Hastings Represents Chinese Local Government Enterprises in Seven Bond Issuances

April 07, 2022

SHARE   

**Shanghai and Hong Kong** — Paul Hastings LLP, a leading global law firm, announced today that the firm has represented six local Chinese government enterprises over seven transactions in the first quarter of 2022. The firm advised on their issuance of credit enhanced bonds supported by standby letters of credit, with deal value totaling approximately US$780 million.

The seven transactions closed in Q1 2022 include:

- Wuxi Xixi Industrial Development Group Co., Ltd., a stated-owned enterprise in Wuxi City, on its US$100 million 2% credit enhanced bonds due 2025 backed by an irrevocable standby letter of credit issued by Bank of Ningbo.

- Wuxi Xixi Industrial Development Group Co., Ltd, a



Debtor's Exhibit F

## PAUL HASTINGS

million 2% credit enhanced bonds due 2025 backed by an irrevocable standby letter of credit issued by Bank of Shanghai.

- Jiangsu Dieshiqiao Home Textile Industry Group Co., Ltd., a state-owned enterprise in Nantong City, on its US$35 million 3% credit enhanced bonds due 2025 backed by an irrevocable standby letter of credit issued by China Bohai Bank.

- Jiangsu Ruihai Investment Holding Group Co., Ltd., a state owned enterprise in Nantong City, on its US$100 million 1.9% credit enhanced bonds due 2023 backed by an irrevocable standby letter of credit issued by Bank of Shanghai.

- Rudong County Mintai Urban and Rural Construction Engineering Co., Ltd., a state-owned enterprise in Rudong County, Nantong City, on its US$100 million 2.9% credit enhanced bonds due 2025 backed by an irrevocable standby letter of credit issued by Bank of Shanghai.

- Jiangru Tenghai Investment Holding Group Co., Ltd., a state owned enterprise in Nantong City, on its US$100 million 3.4% credit enhanced bonds due 2023 backed by an irrevocable standby letter of credit issued by Bank of Jiangsu.

- Pingxiang City Construction Investment Group Co., Ltd., a state owned enterprise in Pingxiang City, Jiangxi Province, on its US$244 million 4.5% credit enhanced bonds due 2025 backed by an irrevocable standby letter of credit issued by Bank of Jiujiang.

The Paul Hastings team was led by Jia Yan, co-chair of the

PAUL HASTINGS 

partner James Ma, with support from of counsel Jeff Lee, associate Hulka Lo, and trainee solicitor Alex Chan.

*Dedicated to helping the world's leading Wall Street and global investment banks, asset managers and corporations achieve their business and legal goals, Paul Hastings is a premier global finance law firm with elite teams in finance, mergers and acquisitions, private equity and litigation. We are one of only a handful of law firms ranked across multiple core finance areas including: structured credit, leveraged finance, private credit, capital markets and real estate finance.*

*Our unmatched client service has helped us become one of the legal profession's most admired firms, known for a diverse and highly collaborative culture that delivers innovative solutions.*

READ NEXT

## Hana Bank Completes Issuance of US$600 Million Senior Unsecured Sustainability Notes

April 7, 2022

PRACTICE AREAS

Asia

Corporate

Securities and Capital Markets

PAUL HASTINGS

# SIGN UP FOR NEWS INSIGHTS

SUBSCRIBE TO NEWS

## MEDIA CONTACTS

### SUBMISSION REQUESTS
Email

Corporate, Litigation, Real Estate, and Tax
### SCOTT WASSERMAN
Email
+1 212 318 6525

Intellectual Property, Life Sciences, and Employment
### BECCA HATTON
Email
+1 212 318 6513

Europe
### ROSTRUM
Email

PAUL HASTINGS 

## HEIDI AU

Email

+852 2867 9052

Paris

## KATY FOSTER

Email

+33.1.42.99.04.27

Get In Touch With Us

CONTACT US

## Professionals

## Solutions

## Insights & Resources

Client Alerts

FedAction: Financial Regulatory Updates

International Regulatory Enforcement (PHIRE)

London Litigation

# PAUL HASTINGS

Practice Area Articles

Rapid Rulemaking: SEC Update

Upcoming Events

COVID-19 Resources

Diversity and Inclusion Insights

Podcasts

## About

News

Press Center

Social Responsibility

Diversity and Inclusion Insights

Recognitions

Consolidated Appropriations Act, 2021(CAA) Machine Readable Files

Locations

Contact Us

  

Copyright © 2022 Paul Hastings, LLP. All rights reserved.

Sitemap    Legal Notices    Global Privacy Statement