Case 22-50073   Doc 644-7   Filed 07/29/22   Entered 07/29/22 13:36:15   Page 1 of 5

7/26/22, 2:26 PM    Paul Hastings Advises China Everbright on US$960 Million Environmental Water Business Disposal, Acquisition and Reverse Tak…

PAUL HASTINGS

News

NEWS

# Paul Hastings Advises China Everbright on US$960 Million Environmental Water Business Disposal, Acquisition and Reverse Takeover

June 03, 2014

SHARE   

**Hong Kong** (June 3, 2014) - Paul Hastings, a leading global law firm, announced today that the firm advised China Everbright International Limited ("China Everbright") on the approximately US$960 million injection of the entire share capital of its wholly-owned subsidiary China Everbright Water Investments Limited into Singapore-listed HanKore Environment Tech Group Ltd. ("HanKore") in exchange for a controlling stake of approximately 78% of HanKore's shares. The disposal and acquisition will result in a reverse takeover of HanKore in Singapore.

China Everbright is a Hong Kong-listed company focusing



Case 22-50073    Doc 644-7    Filed 07/29/22    Entered 07/29/22 13:36:15    Page 2 of 5

7/26/22, 2:26 PM                Paul Hastings Advises China Everbright on US$960 Million Environmental Water Business Disposal, Acquisition and Reverse Tak...

PAUL HASTINGS 

and its subsidiaries are principally engaged in the environmental water business and operate a portfolio of large scale and diversified waste water treatment projects in the PRC.

Paul Hastings has advised China Everbright on a number of its transactions over the years including on various loan facilities, top-up placements and joint ventures.

The Paul Hastings team was led by partners Vivian Lam and Catherine Tsang with support from associates Celia Chau and May Lun.

*Paul Hastings is a leading global law firm with a strong presence throughout Asia, Europe, Latin America and the United States. Through a collaborative approach, entrepreneurial spirit, and commitment to client service, the professionals of Paul Hastings deliver innovative solutions to many of the world's top financial institutions and Fortune 500 companies.*

## Paul Hastings Advises Strategic Hotels & Resorts, Inc. in Connection with its $435 Million Follow-on Public Offering of Common Stock

June 2, 2014

Case 22-50073 Doc 644-7 Filed 07/29/22 Entered 07/29/22 13:36:15 Page 3 of 5

7/26/22, 2:26 PM    Paul Hastings Advises China Everbright on US$960 Million Environmental Water Business Disposal, Acquisition and Reverse Tak…

PAUL
HASTINGS



AREAS

Securities and
Capital Markets

# SIGN UP FOR NEWS INSIGHTS

SUBSCRIBE
TO NEWS

## MEDIA CONTACTS

**SUBMISSION REQUESTS**

Email

Corporate, Litigation, Real Estate, and Tax

**SCOTT WASSERMAN**

Email

+1 212 318 6525

Intellectual Property, Life Sciences, and Employment

**BECCA HATTON**

Case 22-50073   Doc 644-7   Filed 07/29/22   Entered 07/29/22 13:36:15   Page 4 of 5

7/26/22, 2:26 PM                Paul Hastings Advises China Everbright on US$960 Million Environmental Water Business Disposal, Acquisition and Reverse Tak…

# PAUL HASTINGS



+1 212 318 6513

Europe
**ROSTRUM**
Email

Asia
**HEIDI AU**
Email
+852 2867 9052

Paris
**KATY FOSTER**
Email
+33.1.42.99.04.27

## Get In Touch With Us

CONTACT US

Professionals

Solutions

Insights & Resources

Case 22-50073 Doc 644-7 Filed 07/29/22 Entered 07/29/22 13:36:15 Page 5 of 5

7/26/22, 2:26 PM    Paul Hastings Advises China Everbright on US$960 Million Environmental Water Business Disposal, Acquisition and Reverse Tak…

PAUL HASTINGS

FedAction: Financial Regulatory Updates

International Regulatory Enforcement (PHIRE)

London Litigation

Privacy & Cybersecurity

Practice Area Articles

Rapid Rulemaking: SEC Update

Upcoming Events

COVID-19 Resources

Diversity and Inclusion Insights

Podcasts

# About

News

Press Center

Social Responsibility

Diversity and Inclusion Insights

Recognitions

Consolidated Appropriations Act, 2021(CAA) Machine Readable Files

Locations

Contact Us

  

Copyright © 2022 Paul Hastings, LLP. All rights reserved.

Sitemap    Legal Notices    Global Privacy Statement