Case 22-50073    Doc 644-8    Filed 07/29/22    Entered 07/29/22 13:36:15    Page 1 of 6

7/26/22, 1:45 PM                China Everbright's US$1.3 Billion Acquisition of Hong Kong Grade-A Commercial Building | Paul Hastings LLP

 

News

NEWS

# China Everbright's US$1.3 Billion Acquisition of Hong Kong Grade-A Commercial Building

February 29, 2016

SHARE      

*Hong Kong* — Paul Hastings, a leading global law firm, announced today that it represented Profit Plus Global Limited, a joint venture formed between China Everbright Limited and Everbright Real Estate Limited, in its acquisition of all the shares of SEA (BVI) Limited for US$1.3 billion. SEA (BVI) Limited indirectly owns Dah Sing Financial Center, a Grade A commercial building in Hong Kong's Wanchai district. The transaction is expected to close in May 2016.

China Everbright Limited, a member of state-owned enterprise China Everbright Group, is a Hong Kong listed conglomerate focusing on cross-border asset management and investment business.



Debtor's Exhibit H

Case 22-50073    Doc 644-8    Filed 07/29/22    Entered 07/29/22 13:36:15    Page 2 of 6

7/26/22, 1:45 PM                China Everbright's US$1.3 Billion Acquisition of Hong Kong Grade-A Commercial Building | Paul Hastings LLP

 

In January 2016, Paul Hastings advised Evergrande Real Estate on its US$1.6 billion purchase of Mass Mutual Tower, a prime office building in Hong Kong.

The Paul Hastings team was led by corporate partner Vivian Lam, with support from associates Bonnie Kong, Jeff Lee and Matt Li.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

READ NEXT

# Barclays and Deutsche Bank Provide Financing for the Acquisition of Newport Corporation by MKS Instruments Inc.

February 26, 2016

PRACTICE AREAS

Mergers and Acquisitions

Real Estate Acquisitions and Dispositions

Financial

Case 22-50073    Doc 644-8    Filed 07/29/22    Entered 07/29/22 13:36:15    Page 3 of 6

7/26/22, 1:45 PM                China Everbright's US$1.3 Billion Acquisition of Hong Kong Grade-A Commercial Building | Paul Hastings LLP

PAUL HASTINGS



Real Estate

Real Estate Equity Investments and Joint Ventures

# SIGN UP FOR NEWS INSIGHTS

SUBSCRIBE TO NEWS

## MEDIA CONTACTS

**SUBMISSION REQUESTS**

Email

Corporate, Litigation, Real Estate, and Tax

**SCOTT WASSERMAN**

Email

+1 212 318 6525

Intellectual Property, Life Sciences, and

Case 22-50073   Doc 644-8   Filed 07/29/22   Entered 07/29/22 13:36:15   Page 4 of 6

7/26/22, 1:45 PM                China Everbright's US$1.3 Billion Acquisition of Hong Kong Grade-A Commercial Building | Paul Hastings LLP

# PAUL HASTINGS



Email

+1 212 318 6513

Europe

**ROSTRUM**

Email

Asia

**HEIDI AU**

Email

+852 2867 9052

Paris

**KATY FOSTER**

Email

+33.1.42.99.04.27

## Get In Touch With Us

CONTACT US

## Professionals




## Insights & Resources

Client Alerts

FedAction: Financial Regulatory Updates

International Regulatory Enforcement (PHIRE)

London Litigation

Privacy & Cybersecurity

Practice Area Articles

Rapid Rulemaking: SEC Update

Upcoming Events

COVID-19 Resources

Diversity and Inclusion Insights

Podcasts

## About

News

Press Center

Social Responsibility

Diversity and Inclusion Insights

Recognitions

Consolidated Appropriations Act, 2021(CAA) Machine Readable Files

Locations

Contact Us

  

Copyright © 2022 Paul Hastings, LLP. All rights reserved.

Sitemap   Legal Notices   Global Privacy Statement

Case 22-50073   Doc 644-8   Filed 07/29/22   Entered 07/29/22 13:36:15   Page 6 of 6

7/26/22, 1:45 PM                China Everbright's US$1.3 Billion Acquisition of Hong Kong Grade-A Commercial Building | Paul Hastings LLP

PAUL
HASTINGS

