PAUL HASTINGS



News

NEWS

# China Everbright Issues US$300 Million Senior Perpetual Capital Securities

October 28, 2020

SHARE  

**Hong Kong** — Paul Hastings, a leading global law firm, announced today that it has advised China Everbright Limited on its issuance of US$300 million senior perpetual capital securities.

China Everbright Securities (HK) Limited, China Everbright Bank Co., Ltd., Hong Kong Branch, China International Capital Corporation Hong Kong Securities Limited, Merrill Lynch (Asia Pacific) Limited and NATIXIS acted as joint global coordinators, joint lead managers and joint bookrunners.

ABCI Capital Limited, BOCOM International Securities Limited, Cantor Fitzgerald (Hong Kong) Capital Markets Limited, CEB International Capital Corporation Limited, China Securities (International) Corporate Finance



# PAUL HASTINGS



Holdings (Hong Kong) Limited, ICBC International Securities Limited, Morgan Stanley & Co. International plc, Nomura International (Hong Kong) Limited, SPDB International Capital Limited, Standard Chartered Bank, Tai Fung Bank Limited and Zhongtai International Securities Limited acted as the joint lead managers and joint bookrunners.

China Everbright is one of China's leading cross-border asset management and investment companies, with special focuses on fund management and principal investment. It is also the only company listed in Hong Kong with alternative asset management as core business. As a long-term legal partner, Paul Hastings has represented China Everbright in various transactions, including its disposal of 49% share capital of Everbright Securities (International) Limited, its issuance of US$600 million panda bonds denominated in RMB and its US$1.3 billion acquisition of Dah Sing Financial Center via Profit Plus Global Limited.

The Paul Hasting team was led by Corporate partner Vivian Lam, with support from of counsel May Lun, associates Jeff Lee and Andy Tam.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

PAUL HASTINGS



# Teleperformance Announces Acquisition of West Health Advocate Solutions from Intrado Corporation

October 27, 2020

PRACTICE AREAS

Securities and Capital Markets

Asia

## SIGN UP FOR NEWS INSIGHTS

SUBSCRIBE TO NEWS

**MEDIA CONTACTS**

**SUBMISSION REQUESTS**

Email

Corporate,

**PAUL HASTINGS** 

### SCOTT WASSERMAN
Email
+1 212 318 6525

Intellectual Property, Life Sciences, and Employment

### BECCA HATTON
Email
+1 212 318 6513

Europe

### ROSTRUM
Email

Asia

### HEIDI AU
Email
+852 2867 9052

Paris

### KATY FOSTER
Email
+33.1.42.99.04.27

Get In Touch With Us

PAUL HASTINGS 

## Professionals

## Solutions

## Insights & Resources

Client Alerts

FedAction: Financial Regulatory Updates

International Regulatory Enforcement (PHIRE)

London Litigation

Privacy & Cybersecurity

Practice Area Articles

Rapid Rulemaking: SEC Update

Upcoming Events

COVID-19 Resources

Diversity and Inclusion Insights

Podcasts

## About

News

Press Center

Social Responsibility

Diversity and Inclusion Insights

Recognitions

Consolidated Appropriations Act, 2021(CAA) Machine Readable Files

Locations

# PAUL HASTINGS

 

Copyright © 2022 Paul Hastings, LLP. All rights reserved.

Sitemap    Legal Notices    Global Privacy Statement