


News

NEWS

# China Everbright's Disposal of 49% Share Capital of Everbright Securities (International) Limited

August 11, 2016

SHARE   

*Hong Kong* – Paul Hastings LLP, a leading global law firm, announced today that it represented China Everbright Limited ("China Everbright") in its US$120 million disposal of 49% of the share capital of Everbright Securities (International) Limited to Everbright Securities Financial Holdings Limited.

China Everbright, a member of state-owned enterprise China Everbright Group, is a Hong Kong listed conglomerate focusing on cross-border asset management and investment.

Paul Hastings has a long term relationship with the client during which we advised on a number of important transactions, including its recent issuance of US$600



PAUL
HASTINGS



Sing Financial Center. Paul Hastings has also previously advised China Everbright in its US$114 million disposal of 51% of the share capital of Everbright Securities (International) Limited in 2011.

The Paul Hastings team was led by corporate partner Vivian Lam, with support from associates Bonnie Kong, Jeff Lee, and Matt Li.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

# JPMorgan Leads $1.2 Billion Financing for Murphy Oil

August 10, 2016

PRACTICE AREAS

Corporate

Securities and Capital Markets

PAUL HASTINGS



# SIGN UP FOR NEWS INSIGHTS

SUBSCRIBE TO NEWS

## MEDIA CONTACTS

**SUBMISSION REQUESTS**

Email

Corporate, Litigation, Real Estate, and Tax

**SCOTT WASSERMAN**

Email

+1 212 318 6525

Intellectual Property, Life Sciences, and Employment

**BECCA HATTON**

Email

+1 212 318 6513

Europe

**ROSTRUM**

Email

PAUL HASTINGS 

**HEIDI AU**

Email

+852 2867 9052

Paris

**KATY FOSTER**

Email

+33.1.42.99.04.27

Get In Touch With Us

CONTACT US

## Professionals

## Solutions

## Insights & Resources

Client Alerts

FedAction: Financial Regulatory Updates

International Regulatory Enforcement (PHIRE)

London Litigation

# PAUL HASTINGS

Rapid Rulemaking: SEC Update

Upcoming Events

COVID-19 Resources

Diversity and Inclusion Insights

Podcasts

## About

News

Press Center

Social Responsibility

Diversity and Inclusion Insights

Recognitions

Consolidated Appropriations Act, 2021(CAA) Machine Readable Files

Locations

Contact Us



Copyright © 2022 Paul Hastings, LLP. All rights reserved.

Sitemap    Legal Notices    Global Privacy Statement