7/26/22, 2:29 PM                    Paul Hastings Represents China Everbright on US$200 Million Loan Facilities | Paul Hastings LLP

 **PAUL HASTINGS**                    

News

NEWS

# Paul Hastings Represents China Everbright on US$200 Million Loan Facilities

November 27, 2012

SHARE            

**Hong Kong** (November 27, 2012) - Paul Hastings, a leading global law firm, announced today that it has successfully represented China Everbright International Limited (China Everbright), a company whose shares are listed on the Hong Kong Stock Exchange, in relation to its US$200 million term loan facilities provided by Asian Development Bank (ADB) to two wholly-owned subsidiaries of China Everbright. The financing is in the form of a direct US$100 million A-loan and a complementary B-loan of up to US$100 million, to be funded by commercial lenders with ADB acting as lender on record.

Paul Hastings previously advised China Everbright in connection with a US$100 million A-loan disbursed by ADB to a wholly-owned subsidiary of China Everbright in



7/26/22, 2:29 PM                Paul Hastings Represents China Everbright on US$200 Million Loan Facilities | Paul Hastings LLP



PAUL
HASTINGS

on record with six commercial banks funding the loan as
participants earlier this year.

The Paul Hastings team was led by Raymond Li, partner
and Chair of Greater China, and corporate partner Vivian
Lam, with support from associate Erika Wan.

*Paul Hastings is a leading global law firm with offices in
Asia, Europe, and the United States. We provide
innovative legal solutions to financial institutions and
Fortune 500 companies. Please visit
www.paulhastings.com for more information.*

READ NEXT

## Paul Hastings Represents Cowen and Company, CRT Capital and The Seaport Group in JW Aluminum Refinancing

November 26, 2012

PRACTICE
AREAS

Global Finance

# SIGN UP FOR NEWS INSIGHTS

PAUL
HASTINGS



SUBSCRIBE
TO NEWS

## MEDIA CONTACTS

### SUBMISSION REQUESTS
Email

Corporate,
Litigation, Real
Estate, and Tax

### SCOTT WASSERMAN
Email
+1 212 318 6525

Intellectual
Property, Life
Sciences, and
Employment

### BECCA HATTON
Email
+1 212 318 6513

Europe

### ROSTRUM
Email

Asia

### HEIDI AU
Email
+852 2867 9052

Paris

PAUL
HASTINGS



Email

+33.1.42.99.04.27

# Get In Touch With Us

CONTACT US

## Professionals

## Solutions

## Insights & Resources

Client Alerts

FedAction: Financial Regulatory Updates

International Regulatory Enforcement (PHIRE)

London Litigation

Privacy & Cybersecurity

Practice Area Articles

Rapid Rulemaking: SEC Update

Upcoming Events

COVID-19 Resources

Diversity and Inclusion Insights

PAUL
HASTINGS



## About

News

Press Center

Social Responsibility

Diversity and Inclusion Insights

Recognitions

Consolidated Appropriations Act, 2021(CAA) Machine Readable Files

Locations

Contact Us

 

Copyright © 2022 Paul Hastings, LLP. All rights reserved.

Sitemap     Legal Notices     Global Privacy Statement