


NEWS

# COSCO Acquires Piraeus Port in Greece

April 08, 2016

SHARE   

**Hong Kong/London** - Paul Hastings, a leading global law firm, announced today that the firm is advising COSCO (Hong Kong) Group Limited ("COSCO HK") on its acquisition of 67% of Piraeus Port Authority SA. COSCO HK is a wholly-owned subsidiary of China Ocean Shipping (Group) Company.

This marks one of the most high profile Greek privatizations of recent years and successful execution of the deal is a key part of the plan to turn Piraeus into a logistics hub for Chinese exports to Europe under the "One Belt One Road" strategic initiative of China.

Paul Hastings has demonstrated significant strength over the years in acting as international deal counsel for Chinese buyers in cross-border M&A, including acting for WH Group (formerly Shuanghui International) on its



Debtor's Exhibit L

PAUL
HASTINGS



Japaninvest Group PLC in 2014, and acting for Fosun International on several of its outbound transactions including its acquisition of Canada's Cirque du Soleil in 2015.

Paul Hastings is currently also representing COSCO in the landmark restructuring involving both COSCO and China Shipping Group. The restructuring represents a substantial reconfiguration of two of China's leading state-owned enterprises which, on a combined basis, will become the world's fourth largest container-shipping company.

The Paul Hastings Hong Kong team is being led by Raymond Li, partner and Chair of Greater China, partner Vivian Lam and partner Pei Fang, with support from associates May Lun, Echo Huo, and Crystal Liu. The London team is being led by partner Garrett Hayes with support from associates Dominic Rose and David Prowse. The Paris team is led by partner Pierre Kirch.

*Paul Hastings is a leading global law firm with a strong presence throughout Asia, Europe, Latin America, and the United States. Through a collaborative approach, entrepreneurial spirit, and commitment to client service, the professionals of Paul Hastings deliver innovative solutions to many of the world's top financial institutions and Fortune 500 companies.*

 

# DreamWorks Animation Sells 24.5% Equity Stake of AwesomenessTV To Verizon

April 6, 2016

**PRACTICE AREAS**

Mergers and Acquisitions

Europe

Asia

# SIGN UP FOR NEWS INSIGHTS

SUBSCRIBE TO NEWS

**MEDIA CONTACTS**

**SUBMISSION REQUESTS**

Email

Corporate, Litigation, Real Estate, and Tax

**SCOTT WASSERMAN**

# PAUL HASTINGS

+1 212 318 6525

Intellectual Property, Life Sciences, and Employment

**BECCA HATTON**

Email

+1 212 318 6513

Europe

**ROSTRUM**

Email

Asia

**HEIDI AU**

Email

+852 2867 9052

Paris

**KATY FOSTER**

Email

+33.1.42.99.04.27

## Get In Touch With Us

CONTACT US

# PAUL HASTINGS



## Professionals

## Solutions

## Insights & Resources

Client Alerts

FedAction: Financial Regulatory Updates

International Regulatory Enforcement (PHIRE)

London Litigation

Privacy & Cybersecurity

Practice Area Articles

Rapid Rulemaking: SEC Update

Upcoming Events

COVID-19 Resources

Diversity and Inclusion Insights

Podcasts

## About

News

Press Center

Social Responsibility

Diversity and Inclusion Insights

Recognitions

Consolidated Appropriations Act, 2021(CAA) Machine Readable Files

Locations

Contact Us

PAUL HASTINGS 

Copyright © 2022 Paul Hastings, LLP. All rights reserved.

Sitemap    Legal Notices    Global Privacy Statement