PAUL HASTINGS



News

NEWS

# Paul Hastings Represents COSCO Finance on US$1 Billion Bond Issuance

December 04, 2012

SHARE   

**Hong Kong** (December 4, 2012) - Paul Hastings, a leading global law firm, announced today that it represented COSCO Finance (2011) Limited (COSCO Finance), a wholly-owned subsidiary of Hong Kong listed China COSCO Holdings Company Limited (China COSCO), on its issuance of credit enhanced USD-denominated bonds in the aggregate principal amount of US$1 billion.

Payments in respect of the bonds have the benefit of an irrevocable standby letter of credit denominated in RMB and issued by Bank of China Limited, Beijing Branch. China COSCO has also provided certain undertakings under a keepwell deed. BOCI Asia Limited acted as sole global coordinator, joint lead manager and joint bookrunner and The Hongkong and Shanghai Banking Corporation



Debtor's Exhibit N




The bonds, which will mature in 2022, have an interest rate of 4.00% per annum. COSCO Finance plans to use the net proceeds of the bonds to on-lend to China COSCOs offshore subsidiaries and affiliates for general corporate purposes.

Paul Hastings has advised China COSCO and a number of its subsidiaries on a range of transactions including on its US$1.2 billion Hong Kong IPO in 2005.

The Paul Hastings team was led by Raymond Li, partner and Chair of Greater China, and capital markets partners Vivian Lam and Christian Parker, with support from Jenny Lau, Pei Fang, Erika Wan, Anthony Pang, May Lun and Karina Bielkowicz.

*Paul Hastings is a leading global law firm with offices in Asia, Europe, and the United States. We provide innovative legal solutions to financial institutions and Fortune 500 companies. Please visit www.paulhastings.com for more information.*

## Paul Hastings Represents TCW in Joint Venture with Scoggin Capital Management

December 3, 2012

# PAUL HASTINGS

PRACTICE AREAS

Corporate

# SIGN UP FOR NEWS INSIGHTS

SUBSCRIBE TO NEWS

## MEDIA CONTACTS

**SUBMISSION REQUESTS**

Email

Corporate, Litigation, Real Estate, and Tax

**SCOTT WASSERMAN**

Email

+1 212 318 6525

Intellectual Property, Life Sciences, and Employment

**BECCA HATTON**

PAUL HASTINGS

Europe

**ROSTRUM**

Email

Asia

**HEIDI AU**

Email

+852 2867 9052

Paris

**KATY FOSTER**

Email

+33.1.42.99.04.27

Get In Touch With Us

CONTACT US

**Professionals**

**Solutions**

# PAUL HASTINGS

- FedAction: Financial Regulatory Updates
- International Regulatory Enforcement (PHIRE)
- London Litigation
- Privacy & Cybersecurity
- Practice Area Articles
- Rapid Rulemaking: SEC Update
- Upcoming Events
- COVID-19 Resources
- Diversity and Inclusion Insights
- Podcasts

## About

- News
- Press Center
- Social Responsibility
- Diversity and Inclusion Insights
- Recognitions
- Consolidated Appropriations Act, 2021(CAA) Machine Readable Files
- Locations
- Contact Us

  

Copyright © 2022 Paul Hastings, LLP. All rights reserved.

Sitemap    Legal Notices    Global Privacy Statement