PAUL HASTINGS 

News

NEWS

# COSCO SHIPPING Development to Sell 35.22% Interests in COSCO SHIPPING Leasing for RMB1.8 Billion

February 04, 2021

SHARE   

**Hong Kong** – Paul Hastings, a leading global law firm, announced today that it has advised COSCO SHIPPING Development Co., Ltd. (Stock Code: 2866.HK and 601866.SH) on its sale of 35.22% equity interests in COSCO SHIPPING Leasing Co., Ltd. for RMB1.8 billion (approximately US$278 million) to China State-owned Enterprises Mixed Ownership Reform Fund Co., Ltd. ("Mixed Ownership Reform Fund"). Mixed Ownership Reform Fund is principally engaged in equity investments and asset management, with majority of its investments being made to mixed ownership reform projects in emerging industries.

COSCO SHIPPING Leasing also proposes to carry out a



Debtor's Exhibit P



more than RMB3 billion (approximately US$464 million). The potential capital increase will be conducted by way of public tender on the Shanghai United Assets and Equity Exchange.

The Hong Kong and Shanghai-listed COSCO SHIPPING Development is principally engaged in shipping and industry-related leasing businesses, manufacturing of containers and provision of investment and financial services.

Paul Hastings has represented COSCO SHIPPING Development in various transactions. This year, we have advised COSCO SHIPPING Development on its acquisition of 16 bulk carriers under construction for approximately US$327 million. In recent years, we also represented the company in its lease of 74 vessels for US$4.62 billion, sale of A shares and H shares of CIMC for RMB6.34 billion and acquisition of ten multi-purpose vessels for US$180 million in 2020, its repurchase of A shares and H shares for up to RMB300 million in 2019, and the merger between CS Finance, a non-wholly owned subsidiary of COSCO SHIPPING Development, and COSCO Finance in 2018.

The Paul Hastings team was led by Raymond Li, global partner and chair of Greater China, and corporate partner Bonnie Kong, with support from associate Andy Tam and trainee solicitor Beatrice Wun.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America,*
*and the U.S., Paul Hastings is recognized as one of the*

PAUL
HASTINGS 

READ NEXT

# Paul Hastings' IP Practice Secures Victory for Chevron in Patent Litigation Involving Lubricating Oils

February 3, 2021

PRACTICE AREAS

Asia

Mergers and Acquisitions

# SIGN UP FOR NEWS INSIGHTS

SUBSCRIBE TO NEWS

**MEDIA CONTACTS**

Case 22-50073    Doc 644-16    Filed 07/29/22    Entered 07/29/22 13:36:15    Page 4 of 6

7/26/22, 2:43 PM           COSCO SHIPPING Development to Sell 35.22% Interests in COSCO SHIPPING Leasing for RMB1.8 Billion | Paul Hastings LLP

PAUL HASTINGS



SUBMISSION REQUESTS

Email

Corporate, Litigation, Real Estate, and Tax

**SCOTT WASSERMAN**

Email

+1 212 318 6525

Intellectual Property, Life Sciences, and Employment

**BECCA HATTON**

Email

+1 212 318 6513

Europe

**ROSTRUM**

Email

Asia

**HEIDI AU**

Email

+852 2867 9052

Paris

**KATY FOSTER**

Email

+33.1.42.99.04.27

Case 22-50073    Doc 644-16    Filed 07/29/22    Entered 07/29/22 13:36:15    Page 5 of 6

7/26/22, 2:43 PM     COSCO SHIPPING Development to Sell 35.22% Interests in COSCO SHIPPING Leasing for RMB1.8 Billion | Paul Hastings LLP



## Professionals

## Solutions

## Insights & Resources

Client Alerts

FedAction: Financial Regulatory Updates

International Regulatory Enforcement (PHIRE)

London Litigation

Privacy & Cybersecurity

Practice Area Articles

Rapid Rulemaking: SEC Update

Upcoming Events

COVID-19 Resources

Diversity and Inclusion Insights

Podcasts

## About

News

Press Center

Social Responsibility

Case 22-50073    Doc 644-16    Filed 07/29/22    Entered 07/29/22 13:36:15    Page 6 of 6

7/26/22, 2:43 PM		COSCO SHIPPING Development to Sell 35.22% Interests in COSCO SHIPPING Leasing for RMB1.8 Billion | Paul Hastings LLP

PAUL HASTINGS

Consolidated Appropriations Act, 2021(CAA) Machine Readable Files

Locations

Contact Us



Copyright © 2022 Paul Hastings, LLP. All rights reserved.

Sitemap    Legal Notices    Global Privacy Statement