

english



RSSing>>    Latest    Popular    Top Rated    Trending

Viewing latest articles    Browse all 1275    Browse latest    View live

# Rudong Jinxin Issues US$150 Million Credit Enhanced Bonds

January 27, 2021, 7:15 am
» Next » IYUNO Media Group Enters Agreement to Acquire SDI Media



**Shanghai and Hong Kong** – Paul Hastings LLP, a leading global law firm, announced today that it has represented the joint lead managers – including AMC Wanhai Securities Limited, Haitong International Securities Company Limited, Shanghai Pudong Development Bank Co., Ltd., Hong Kong Branch, China Galaxy International Securities (Hong Kong) Co., Limited, CMBC Securities Company Limited, Industrial Bank Co., Ltd. Hong Kong Branch and Guoyuan Capital (Hong Kong) Limited – in the issuance of US$150 million 2.8% credit enhanced bonds due 2024 by Rudong County Jinxin Transportation Engineering Construction Investment Co., Ltd. ("Rudong Jinxin").

Located in China's Jiangsu province, Rudong Jinxin is a state-owned enterprise which focuses on investment in, financing and construction of urban infrastructure projects and land transfer subsequent to consolidation and development in Rudong County in Nantong City.

With one of the most active Securities and Capital Markets practices in Asia, Paul Hastings has advised on numerous debt issuance transactions recently, including China Everbright's US$300 million senior perpetual capital securities, Contemporary Ruiding Development's US$1.5 billion bond offering, Yuzhou Group's US$300 million green senior notes issuance and Shanghai Electric Group's US$300 million guaranteed bonds issuance.

The Paul Hastings team was led by Jia Yan, co-chair of the firm's mainland China offices, and corporate partner James Ma, with support from associates Jeff Lee and Andy Tam, and China associate Yanqiu Liu.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

search RSSing.com....                                                                Search

# IYUNO Media Group Enters Agreement to Acquire SDI Media

January 27, 2021, 7:15 am



» Next » Paul Hastings to Advance Growth in London with Addition of Leading Investigations and White Collar Def...

« Previous « Rudong Jinxin Issues US$150 Million Credit Enhanced Bonds

**Seoul** – Paul Hastings LLP, a leading global law firm, announced today that the firm advised IYUNO Media Group on its agreement with Imagica Group Inc. to acquire 100% of SDI Media.

Iyuno Media Group is a market leader in media localization with leading-edge technology providing dubbing, subtitling and media engineering services in over 80 languages. SDI Media is one of the world's leading media localization providers offering dubbing, subtitling and media services to content owners, broadcasters and multi-platform distributors.

Earlier in 2019, Paul Hastings also advised IYUNO Media Group on its merger with BTI Studios, a Sweden-based company that provides media localization and access services.

The Paul Hastings team was led by Dong Chul Kim, chair of the firm's Seoul office, and included Pierre Kirch, partner in Brussels and Paris, and Robert Miller, partner in Los Angeles, with support from associates Albert Nah and Yejun Lee in Seoul, Juliette Hua in Paris and Quinn Dang in Washington D.C.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

# Paul Hastings to Advance Growth in London with Addition of Leading Investigations and White Collar Defense Partner Duo

January 27, 2021, 7:15 am

» Next » Oakley Capital announces investment in Idealista

« Previous « IYUNO Media Group Enters Agreement to Acquire SDI Media



**London, UK —** Paul Hastings LLP, a leading global law firm, announced today that premier white collar crime defence lawyers Jonathan Pickworth and Joanna "Jo" Dimmock will be joining the firm's London office as partners in the Investigations and White Collar Defense practice. They will join from White & Case, where Mr. Pickworth lead the London White Collar Crime practice. Their arrival will add further momentum to the strong growth of the London office.

"The investigations and compliance environment for global companies has changed markedly in recent years, and our clients require sophisticated counsel to help them navigate the complex risks that come with their pursuit of growth," said Seth Zachary, Chairman of Paul Hastings. "With their deep experience, credibility, and relationships in the UK and globally, Jonathan and Jo will be significant additions to our leading Investigations and White Collar Defence practice."

"Welcoming these elite London-based partners to the firm will be an important milestone in the strategic growth of our global Investigations and White Collar Defence practice," said Kwame Manley, Chair of Paul Hastings' Investigations and White Collar Defence practice. "Bringing Jonathan and Jo's experience and capabilities together with our leading U.S.-based investigations practice will create a tremendous global offering for our clients."

Mr. Pickworth has over 30 years of experience representing corporates and individuals in investigations by UK and international agencies, including some of the most significant cases of the last three decades. These have involved investigations into money laundering, bribery and corruption, tax, accounting fraud, benchmark manipulation (such as foreign exchange and LIBOR), criminal cartels, and insider dealing. Mr. Pickworth also advises companies on internal investigations, due diligence, compliance, and risk in relation to criminal and regulatory matters. He frequently interacts with the Serious Fraud Office, the National Crime Agency, HM Revenue & Customs, the Financial Conduct Authority, the police, and other agencies.

Ms. Dimmock has broad experience across a wide range of white collar-related areas. She has particular experience in multijurisdictional investigations, including bribery and corruption and cartel investigations undertaken by authorities in both the UK and abroad, as well as complex extradition, Interpol red notices, and mutual legal assistance matters. She also has considerable experience in the field of international sanctions, having represented individuals facing restrictive measures, as well as corporations requiring compliance and litigation advice arising from the enforcement of sanctions by the European Council, OFAC, and the Swiss Federal Council.

Paul Hastings' Investigations and White Collar Defence practice brings together lawyers with extensive in-house experience effectively handling investigations and compliance programs, as well as senior defence lawyers and former enforcement attorneys from both the U.S. Department of Justice (DOJ) and the U.S. Securities and Exchange Commission (SEC). The practice has played key roles in groundbreaking Foreign Corrupt Practices Act (FCPA) settlements over the last decade and handled anti-corruption matters in more than 100 countries around the world. These include serving as lead U.S. counsel to Airbus in a worldwide (26 countries) investigation and history-making US$4 billion simultaneous resolution with U.S., French and UK regulators, the largest simultaneous resolution in FCPA history; serving as lead counsel to Total, S.A. in the resolution of one of the five largest (in excess of US$1 billion) FCPA matters ever resolved by the DOJ and SEC; advising SAP on multiple investigations regarding alleged bribery and violations of U.S. sanctions in Iran; and representing a leading global pharma company in investigations by the SEC and DOJ on a range of FCPA-related matters. The Paul Hastings team is ranked in the Top 10 of *Global Investigations Review's* GIR 100, an annual guide to the world's leading cross-border investigations practices, and was named Compliance Group of the Year by *Law360*.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

# Oakley Capital announces investment in Idealista

January 27, 2021, 7:15 am

» Next » COSCO SHIPPING Ports to Invest in Red Sea Gateway Terminal
« Previous « Paul Hastings to Advance Growth in London with Addition of Leading Investigations and White Collar...



**London** – Paul Hastings, the global law firm, today announces that it has advised Oakley Capital's Fund IV on its minority investment in Idealista, the leading real estate classifieds platform in Southern Europe with operations in Spain, Italy and Portugal. The investment was made alongside EQT and management.

The transaction follows the sale of Casa.it by Oakley Fund III to EQT IX in September 2020. Casa.it was subsequently combined with Idealista's Italian operations.

The Paul Hastings team included Partners Anu Balasubramanian, Arun Birla,Garrett Hayes, and Pierre Kirch, and associates Jamie Holdoway, Hannah Gray and Catherine Kennedy. Bernadette Accili, LMS Studio Legale, Ignacio Corbera, Garrigues, and Karl Pardaens, Elvinger Hoss Prussen, also provided assistance. Allen & Overy acted for EQT.

Advising on this deal further bolsters the Private Equity practice at Paul Hastings London, and follows its recent representations of Francisco Partners on the combination of Consignor with Unifaun, and Abry Partners and Link Mobility on the initial public offering of Link Mobility on the Oslo Stock Exchange.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognised as one of the world's most innovative global law firms.*



# COSCO SHIPPING Ports to Invest in Red Sea Gateway Terminal

January 28, 2021, 7:19 am

» Next » COSCO SHIPPING Development to Acquire 16 Bulk Carriers for US$327 Million
« Previous « Oakley Capital announces investment in Idealista



**Hong Kong and London**– Paul Hastings, a leading global law firm, announced today that it has advised COSCO SHIPPING Ports Limited (Stock Code: 1199.HK) ("COSCO SHIPPING Ports") on its agreement to acquire a 20% minority interest in Red Sea Gateway Terminal Company Limited ("RSGT") for a total consideration of US$140 million.

COSCO SHIPPING Ports is a leading China-based port operator with a rich terminals portfolio covering the five main port regions in Mainland China, Southeast Asia, Middle East, Europe, South America and the Mediterranean.

As a subsidiary of Red Sea Ports Development Company, RSGT is a terminal operator that manages and operates the Red Sea Gateway Terminal. It is the largest and newest flagship container terminal in Jeddah Islamic Port, with an annual container throughput capacity of 5.2 million TEU. Jeddah Islamic Port is the largest port in Saudi Arabia in terms of volume and cargo handling capacity covering the container market across the Middle East and East Africa. Benefiting from a stable source of container volume, the acquisition is expected to boost the throughput and profitability of COSCO SHIPPING Ports.

Paul Hastings has extensive experience in advising on some of the most complex and cross-border M&A deals and this transaction marks another high-profile acquisition matter in connection with port facility we have advised on in recent years after COSCO Shipping (Hong Kong) Group Limited's acquisition of Piraeus Port Authority SA in Greece in 2016. It was one of the most noteworthy Greek privatization deals and helped turn Piraeus into a key logistics hub for Chinese exports to Europe under the Belt and Road Initiative. We have a robust track record in cooperating with China COSCO Shipping Corporation Limited and its subsidiaries in addition to COSCO SHIPPING Ports, including COSCO SHIPPING Holdings Co., Ltd., COSCO SHIPPING Development Co., Ltd. and COSCO SHIPPING Energy Transportation Co., Ltd.

COSCO SHIPPING Ports Limited was advised by the Hong Kong and London offices of Paul Hastings. The Paul Hastings Hong Kong team was led by Raymond Li, partner and Chair of Greater China, and Corporate partner Fang Pei, with support from of counsel May Lun, associate Crystal Liu and legal manager Sharon Guo. The London team was led by Energy and Infrastructure partner Steven Bryan with support from associate Tamsin Doran.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*





# COSCO SHIPPING Development to Acquire 16 Bulk Carriers for US$327 Million

February 16, 2021, 11:51 am

» Next » Paul Hastings Litigation Growth Continues with Addition of Renowned Antitrust Partner in Washington, D.C.

« Previous « COSCO SHIPPING Ports to Invest in Red Sea Gateway Terminal



**Hong Kong**– Paul Hastings, a leading global law firm, announced today that it has advised COSCO SHIPPING Development Co., Ltd. (Stock Code: 2866.HK and 601866.SH) ("COSCO SHIPPING Development") on its acquisition of 16 bulk carriers under construction from indirect wholly-owned subsidiaries of COSCO SHIPPING Bulk

Co., Ltd. ("COSCO SHIPPING Bulk") for approximately US$327 million through assignment and novation agreements. Upon delivery, the bulk carriers will subsequently be leased to COSCO SHIPPING Bulk and its subsidiaries.

The Hong Kong and Shanghai-listed COSCO SHIPPING Development is principally engaged in shipping and industry-related leasing businesses, manufacturing of containers and provision of investment and financial services. COSCO SHIPPING Bulk is principally engaged in dry bulk shipping, semi-liner dry bulk shipping, whole-process logistics services, parcel cargo shipping services and coastal shipping services.

Paul Hastings previously represented COSCO SHIPPING Development in various transactions, including its recent US$4.62 billion leasing service agreement with COSCO SHIPPING Lines, its acquisition of ten multi-purpose vessels for US$180 million and sale of A shares and H shares of CIMC for RMB6.34 billion earlier this year, its repurchase of A shares and H shares for up to RMB300 million in 2019, as well as the merger between CS Finance, a non-wholly owned subsidiary of COSCO SHIPPING Development, and COSCO Finance in 2018.

The Paul Hastings team was led by Raymond Li, global partner and chair of Greater China, and corporate partner Bonnie Kong, with support from associate Andy Tam and trainee solicitor Beatrice Wun.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

# Paul Hastings Litigation Growth Continues with Addition of Renowned Antitrust Partner in Washington, D.C.

February 16, 2021, 11:51 am

» Next » Paul Hastings IP Practice Secures Victory for Chevron in Patent Litigation Involving Lubricating Oils

« Previous « COSCO SHIPPING Development to Acquire 16 Bulk Carriers for US$327 Million

    

**Gary Zanfagna Photo**

**Washington, D.C.** — Paul Hastings LLP, a leading global law firm, announced today that prominent antitrust lawyer Gary Zanfagna has joined the firm as a partner, based in Washington, D.C. He was most recently Chief Antitrust Counsel at Honeywell International. Mr. Zanfagna's arrival strengthens the firm's commitment to supporting its clients' transactional strategies and helping them meet regulatory challenges in today's highly competitive global marketplace Mr. Zanfagna currently serves as Chair of the American Bar Association's influential Antitrust Law Section.

"Companies pursuing growth through mergers and acquisitions require strategic legal advisors to guide them through complex antitrust issues and regulatory regimes," said Seth Zachary, Chairman of Paul Hastings. "Gary is widely recognized for his deep experience both in-house and in government. His arrival adds further depth to our global Antitrust and Competition practice as it evolves to serve the changing needs of our clients across industries."

"Paul Hastings' strong performance, global growth, and future-focused approach were all very attractive to me," said Mr. Zanfagna. "I am excited to work with my new colleagues to grow the firm's Antitrust practice, particularly as we help clients navigate the changing regulatory implications of the new U.S. administration."

Mr. Zanfagna is respected globally for his expertise in managing antitrust reviews of transactions, regulatory investigations, and enforcement matters. He has extensive experience advising executives on mergers, acquisitions, divestitures, and joint ventures, with a focus on devising antitrust strategies to enable business combinations. Over his 20-year tenure at Honeywell, Mr. Zanfagna led the merger review process before the U.S. Federal Trade Commission (FTC) and Department of Justice, the European Commission, and other foreign competition agencies. He also has valuable government experience, having served at the FTC in two separate roles, including as Assistant Director to the FTC General Counsel.

Paul Hastings' Antitrust and Competition practice is recognized by *Global Competition Review* and *Chambers USA* as a trusted advisor to leading companies around the world. The practice brings together former U.S. federal prosecutors, former in-house antitrust counsel, and international competition lawyers to defend clients' interests across jurisdictions. The practice has handled civil antitrust cases in more than 35 U.S. states and territories, and defended more than 15 transcontinental cartel investigations over the past several years.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*



# Paul Hastings IP Practice Secures Victory for Chevron in Patent Litigation Involving Lubricating Oils

February 16, 2021, 11:51 am

» Next » COSCO SHIPPING Development to Sell 35.22% Interests in COSCO SHIPPING Leasing for RMB1.8 Bill…
« Previous « Paul Hastings Litigation Growth Continues with Addition of Renowned Antitrust Partner in Washingto…



**Washington, D.C. –** Paul Hastings LLP has secured a significant victory for its client Chevron Oronite Company,,LLC in a patent dispute against Infineum USA LP, over lubricating oil used in internal combustion engines, invalidating a patent asserted against Chevron. Partner and Global Vice Chair of the Intellectual Property practice, Naveen Modi led the Paul Hastings IP team in parallel district court litigation, at the Patent Trial and Appeal Board (PTAB), and in the appeal.

The U.S. Court of Appeals for the Federal Circuit affirmed a decision by the PTAB finding all of the claims of

Infineum's patent to be unpatentable. Among other things, the appeals court affirmed the PTAB's finding that Infineum's claimed oil composition was unpatentable as obvious. The court also rejected Infineum's procedural and constitutional-based claims.

The case arose when Infineum – a New Jersey-based joint venture of ExxonMobil and Shell – sued California-based Chevron Oronite in the U.S. District Court for the District of Delaware, arguing the company was manufacturing lubricating oil in violation of its patent (U.S. Patent No. 6,723,685). The Paul Hastings team convinced the district court to stay the suit pending a challenge to the validity of the patent by Chevron before the PTAB. The team then obtained a successful result at the PTAB, and on appeal.

The case is captioned *Infineum USA L.P. v. Chevron Oronite Company LLC.* The Paul Hastings team was led by Naveen Modi and included Stephen B. Kinnaird, Igor Timofeyev, Michael Wolfe, Daniel Zeilberger, and Scott Peachman.

The Paul Hastings IP Practice consistently receives industry praise, including the Patent Office group's recognition as "Post-Grant Firm of the Year," by *IAM Magazine* and Naveen Modi being named a *Law360* "Intellectual Property MVP."

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*



| search RSSing.com.... | Search |
| --- | --- |

# COSCO SHIPPING Development to Sell 35.22% Interests in COSCO SHIPPING Leasing for RMB1.8 Billion

February 16, 2021, 11:51 am

» Next » Paul Hastings infrastructure team completes fifth deal in three months
« Previous « Paul Hastings IP Practice Secures Victory for Chevron in Patent Litigation Involving Lubricating Oils

  

**Hong Kong** – Paul Hastings, a leading global law firm, announced today that it has advised COSCO SHIPPING Development Co., Ltd. (Stock Code: 2866.HK and 601866.SH) on its sale of 35.22% equity interests in COSCO SHIPPING Leasing Co., Ltd. for RMB1.8 billion (approximately US$278 million) to China State-owned Enterprises Mixed Ownership Reform Fund Co., Ltd. ("Mixed Ownership Reform Fund"). Mixed Ownership Reform Fund is principally engaged in equity investments and asset management, with majority of its investments being made to mixed ownership reform projects in emerging industries.

COSCO SHIPPING Leasing also proposes to carry out a potential capital increase by one strategic investor for at least RMB1 billion (approximately US$155 million) and no more than RMB3 billion (approximately US$464 million). The potential capital increase will be conducted by way of public tender on the Shanghai United Assets and Equity Exchange.

The Hong Kong and Shanghai-listed COSCO SHIPPING Development is principally engaged in shipping and industry-related leasing businesses, manufacturing of containers and provision of investment and financial services.

Paul Hastings has represented COSCO SHIPPING Development in various transactions. This year, we have advised COSCO SHIPPING Development on its acquisition of 16 bulk carriers under construction for approximately US$327 million. In recent years, we also represented the company in its lease of 74 vessels for US$4.62 billion, sale of A shares and H shares of CIMC for RMB6.34 billion and acquisition of ten multi-purpose vessels for US$180 million in 2020, its repurchase of A shares and H shares for up to RMB300 million in 2019, and the merger between CS Finance, a non-wholly owned subsidiary of COSCO SHIPPING Development, and COSCO Finance in 2018.

The Paul Hastings team was led by Raymond Li, global partner and chair of Greater China, and corporate partner Bonnie Kong, with support from associate Andy Tam and trainee solicitor Beatrice Wun.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

# Paul Hastings infrastructure team completes fifth deal in three months

February 16, 2021, 11:51 am

» Next » Paul Hastings Receives a Perfect Score for LGBTQ Equality for the 14th Consecutive Year by the Human…

« Previous « COSCO SHIPPING Development to Sell 35.22% Interests in COSCO SHIPPING Leasing for RMB1….



Paul Hastings, the global law firm, has today announced its Energy and Infrastructure practice has completed its fifth deal since November 2020. The team, led by Steven Bryan and Derwin Jenkinson, both partners in the practice at the firm's London office, have now completed five deals for a range of global energy and infrastructure clients in the last three months.

Just last week, the firm announced it has advised COSCO SHIPPING Ports on its agreement to acquire a 20% minority interest in Red Sea Gateway Terminal Company Limited for a total consideration of US$140 million. This deal was led by Steven Bryan in conjunction with Raymond Li and Fang Pei, Partners in the Hong Kong office.

In December, Steven has also worked in conjunction with Jonathan Kellner, M&A partner at the firm's São Paulo office, to advise EIG Global Energy Partners, a leading institutional investor to the global energy sector, on its agreement with Fluxys, the Belgian gas infrastructure group, for the sale of its interest in Transportadora Brasileira Gasduto Bolívia-Brasil S.A. (TBG).

In addition, Derwin was part of the team advising Cory Riverside Energy, one of the UK's leading resource management, recycling, and energy recovery companies, on its additional Capex Facility, having previously advised on its acquisition refinancing in 2018. The transaction, completed in November, involved a consent process with the existing lender group and incremental long dated fixed rate and RPI-linked institutional facilities.

In December, Derwin and Steven advised Angel Trains, the UK's largest rolling stock lessor, on its corporate reorganisation. The firm also advised the company on £826,446,000 of loans and private placement notes including in relation to financing 665 Bombardier Class 720 vehicles.

**Discussing the recent activity, Steven Bryan, said:**

*"The number of completed deals demonstrates the growing strength of the Energy and Infrastructure practice at the firm. The practice was enhanced by Derwin's arrival in the London office in September last year, bringing with him many of his longstanding clients, including Angel Trains and Cory Riverside Energy.*

*The work we have achieved in the past few months is testament to the teams' depth and breadth, especially in cross border infrastructure M&A and office collaboration and in infrastructure finance, and has been reflective of the teams' truly collective mind-set."*

**Arun Birla, Chair of Paul Hastings' London office commented:**

*"The growth and success of the London-based Energy and Infrastructure practice has been reflective of the wider goals of the firm: providing the highest quality service regionally while collaborating with our colleagues globally to service our clients worldwide in the most innovative manner possible. Derwin has fortified the existing team at the firm, adding to its extensive experience and propelling the pace of activity in the last few months".*

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognised as one of the world's most innovative global law firms.*

⬇

# Paul Hastings Receives a Perfect Score for LGBTQ Equality for the 14th Consecutive Year by the Human Rights Campaign

February 16, 2021, 11:51 am

» Next » NGL Energy Partners Obtains $2.55 Billion Financing

« Previous « Paul Hastings infrastructure team completes fifth deal in three months



Paul Hastings LLP, a leading global law firm, announced today that the firm has again been named a "Best Places to Work" for LGBTQ Equality, having earned a perfect score of 100% on the Human Rights Campaign (HRC) Corporate Equality Index (CEI) for the 14th consecutive year.

The CEI measures company policies and practices related to LGBTQ workplace equality, including nondiscrimination policies across business entities, equitable benefits for LGBTQ workers and their families, supporting an inclusive culture, corporate social responsibility. The 2021 CEI report for can be found here.

For more information on the firm's commitment to diversity, equity and inclusion, please visit https://csr.paulhastings.com.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

# NGL Energy Partners Obtains $2.55 Billion Financing

February 16, 2021, 11:51 am

» Next » Jefferies Advised by Paul Hastings on Three Equity Capital Markets Deals in One Week
« Previous « Paul Hastings Receives a Perfect Score for LGBTQ Equality for the 14th Consecutive Year by the Hu…



**Houston and New York** – Paul Hastings LLP, a leading global law firm, announced today that it has advised NGL Energy Partners, LP in connection with its entry into a new $500 million ABL credit facility and an offering of $2.05 billion of senior secured notes maturing in 2026.

NGL used the net proceeds of the refinancing to repay all outstanding borrowings under its existing revolving credit facility and its $250 million term credit agreement.

The Paul Hastings team was led by partners Lindsay Sparks, Will Burns, and Frank Lopez, of counsel Kris Villareal, and associates Spencer Young, Angela Kim, Stephen Perry, Maciej Zielnik and David Stanek.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

# Jefferies Advised by Paul Hastings on Three Equity Capital Markets Deals in One Week

February 16, 2021, 11:51 am

» Next » Payoneer to Go Public in $3.3 Billion Business Combination with FTAC Olympus Acquisition

« Previous « NGL Energy Partners Obtains $2.55 Billion Financing



**New York and Los Angeles –** Paul Hastings LLP, a leading global law firm, announced today that it advised Jefferies LLC on three equity capital markets matters. Jefferies served as book-running manager for two SPAC IPOs totaling approximately $500 million and as an agent for Regis Corp's new "at-the-market" (ATM) securities offering program.

Healthcor Catalio Acquisition Corp.

Jefferies served as sole book running manager for the $207 million IPO for HealthCor Catalio Acquisition Corp., a special purpose acquisition company formed for the purpose of entering into a combination with one or more businesses. The Company's sponsor is owned by affiliates of HealthCor Management, L.P., which manages approximately $2.7 billion in assets across long/short and long only healthcare funds, and Catalio Capital Management, LP, a private equity firm that invests in breakthrough biomedical technology companies. HealthCor Catalio Acquisition Corp. priced its upsized initial public offering of 20,700,000 Class A ordinary shares at a price of $10.00 per share, including 2,700,000 Class A ordinary shares issued pursuant to the underwriter's full exercise of its over-allotment option. The transaction was one of a few SPACs in the market with no warrants in the public offering. The shares began trading on the Nasdaq Capital Market under the ticker symbol "HCAQ" on January 27, 2021.

Clarim Acquisition Corp.

Jefferies served as joint book running manager for the $287.5 million IPO for Clarim Acquisition Corp., a special purpose acquisition company focused on the consumer-facing e-commerce sector. The company is led by James F. McCann, founder of 1-800-Flowers.com Inc. Clarim Acquisition Corp. priced its initial public offering of 28,750,000 units at $10.00 per unit, including 3,750,000 units issued pursuant to the full exercise by the underwriters of their over-allotment option. The units began trading on the Nasdaq Capital Market under the ticker symbol "CLRMU" on January 29, 2021.

Regis Corp.

Jefferies served as agent for Regis Corp.'s (NYSE: RGS) new ATM securities offering program. RGS filed a registration statement and an at the market prospectus on February 4, 2021 for a new ATM program.

The Paul Hastings team that advised Jefferies on the three deals included partners Frank Lopez, Jonathan Ko, and Christopher Austin, of counsel James Shea, and associates Shai Marshall, Stephen Perry, Will Peifer, and Bianca Lazar.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

# Payoneer to Go Public in $3.3 Billion Business Combination with FTAC Olympus Acquisition

February 16, 2021, 11:51 am

» Next » Intelbras SA Completes $210 Million Brazilian IPO
« Previous « Jefferies Advised by Paul Hastings on Three Equity Capital Markets Deals in One Week



**San Francisco and Atlanta –** Paul Hastings LLP, a leading global law firm, announced today that it advised Payoneer on its combination with FTAC Olympus Acquisition Corp., a publicly traded special purpose acquisition company, and plan for reorganization. Upon closing of the reorganization, the newly created holding company will be renamed Payoneer Global Inc. and the combined company will operate as Payoneer, a U.S. publicly listed entity. Payoneer Global Inc. is expected to have an implied estimated enterprise value of approximately $3.3 billion at closing, based on current assumptions.

Payoneer Inc. is a leading global payment and commerce-enabling platform, which powers growth for millions of digital businesses worldwide. Payoneer's secure, regulated platform offers a global, multi-currency account to businesses of any size around the world, enabling them to pay and get paid globally as easily as they do locally.

The cash component of the purchase price to be paid to the equity holders of Payoneer is expected to be funded by FTAC Olympus' cash in trust (minus any redemptions by FTAC Olympus' existing public stockholders), as well as by a $300 million private placement raised at $10.00 per share. The transaction is expected to close during the first half of 2021, subject to subject to customary closing conditions and certain regulatory approvals.

The Paul Hastings team advising Payoneer was led by partners Thomas Brown and Sara Weed, and included associates Paul Yu, Suman Tharani, and Kelly Lersch.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*



# Intelbras SA Completes $210 Million Brazilian IPO

February 16, 2021, 11:51 am

» Next » Paul Hastings Welcomes Experienced Finance Lawyer Stacy Hopkins Back to the Firm
« Previous « Payoneer to Go Public in $3.3 Billion Business Combination with FTAC Olympus Acquisition



**São Paulo, Brazil –** Paul Hastings LLP, a leading global law firm, represented Intelbras SA, a prominent Brazilian retailer of electrical telecom components, in its approximately $210 million (1.13 billion Brazilian reais) initial public

offering of shares on the Brazilian B3 exchange, which settled on February 5, 2021. The IPO was open to international investors through a private placement under Rule 144A / Regulation S.

Intelbras priced the shares at 15.75 each and raised 724.5 million Brazilian reais in the primary offering. The remaining 409.5 million Brazilian reais will go to the selling shareholders. The funds will be used for acquisitions, expand its industrial capacity, expand software and hardware solutions and expand retail channels.

The Brazilian underwriters and international placement agents included BTG Pactual, Citi, Itaú BBA and Santander Brasil.

Partner David Flechner led the Paul Hastings team, which also included associates Filipe Lima and Thomas Ayres in Sao Paulo, with support from partner David Makso and associate Rob Wilson in New York.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*



search RSSing.com....                                                    Search

# Paul Hastings Welcomes Experienced Finance Lawyer Stacy Hopkins Back to the Firm

February 16, 2021, 11:51 am

» Next » Paul Hastings Accelerates Securities and Capital Markets Growth with Addition of Prominent Partner in S…

« Previous « Intelbras SA Completes $210 Million Brazilian IPO

                

SMHopkins_web

**Los Angeles** — Paul Hastings LLP, a leading global law firm, announced today that experienced finance lawyer Stacy Hopkins has rejoined the firm, resident in the firm's Los Angeles office. She joins from Wells Fargo Commercial Capital (WFCC), where she served as Senior Vice President in the Healthcare Finance group.

"In the face of complex risks and uncertainties in the markets, our clients require business-savvy legal advisors to guide them in their pursuit of growth," said Jennifer Yount, Chair of the Paul Hastings Finance Practice. "With her deep experience across the commercial finance landscape, Stacy is a valuable addition to our global practice. We are excited to welcome her back to the firm."

"Paul Hastings is an outstanding firm with tremendous growth over the years, and I am thrilled to be a part of it," said Ms. Hopkins. "I am excited to rejoin the firm's leading    Finance practice and leverage the experience and insights that I have gained."

Ms. Hopkins is a results-oriented finance professional with extensive business and legal experience focused on structuring, negotiating and documenting cash flow and asset-based transactions across all life cycles of a loan. At Wells Fargo, she led the negotiation, documentation, and execution of all transactions (asset-based, cash flow and real estate) for the WFCC Healthcare Finance group. Prior to joining Wells Fargo, Ms. Hopkins was a partner in Paul Hastings' Finance practice, advising commercial finance companies, hedge funds and banks on leveraged loans, asset-based financings, debtor-in-possession financings, syndications, and leasing transactions across a variety of sectors.

Paul Hastings' Finance and Restructuring practice develops innovative ways to create value for clients, helping lenders enter new markets, rethink their businesses, and increase their deal share. With more than 100 finance lawyers advising clients in key markets across Asia, Europe, Latin America, and the U.S., the firm handles a high volume of every type of finance deal. In addition, the global team's experience serving both traditional lenders and alternative capital providers gives it a unique perspective on emerging trends across a range of industries, including energy, technology, fintech, telecommunications, media, healthcare, life sciences, and professional services.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*



# Paul Hastings Accelerates Securities and Capital Markets Growth with Addition of Prominent Partner in Seoul

February 16, 2021, 11:51 am

» Next » Paul Hastings Elects Experienced Finance Lawyer Christopher Ross to Partnership

« Previous « Paul Hastings Welcomes Experienced Finance Lawyer Stacy Hopkins Back to the Firm



**Seoul** – Paul Hastings LLP, a leading global law firm, announced today that experienced corporate lawyer Iksoo Kim has joined the firm's Securities and Capital Markets practice as a partner in Seoul. His arrival builds on Paul Hastings' strong flow of corporate partner additions in New York, Washington D.C., Los Angeles, Frankfurt, Sao Paulo and Hong Kong.

"With increasing scrutiny and investment restrictions in global markets, clients are turning to us to guide them through large and ever more complex finance matters such as critical cross-border investments," said Seth Zachary, Chairman of Paul Hastings. "The extensive experience Iksoo brings representing corporate and private equity clients in the full range of capital markets transactions and strategic mergers and acquisitions, helps further increase the depth and breadth of our global Securities and Capital Markets practice."

"Paul Hastings' strong Korea practice, diverse client portfolio and exceptional global resources were all very attractive to me," said Mr. Kim. "I look forward to the opportunity to collaborate with the firm's many outstanding lawyers around the world to help our clients grow at home and abroad."

Mr. Kim focuses his practice on capital markets, mergers and acquisitions, private equity transactions and leveraged buyouts. He regularly advises on initial public offerings and securities offerings, as well as domestic and cross-border mergers and acquisitions for Korean companies and multinational enterprises. His clients include corporations, banks, investment companies and governmental entities.

The global Capital Markets practice at Paul Hastings has advised on several landmark transactions in recent years, including Hanwha Systems' US$345 million Korean IPO; US$5.5 billion of high-yield notes issued in connection with Altice USA, Inc.'s combination of Suddenlink and Optimum; Minera Mexico's US$1 billion senior notes offering; representing Barclays, BBVA and other banks in Prime Health Services' debut US$700 million offering of senior secured notes; representing Jefferies, Deutsche Bank and Bank of America in The Providence Service Corporation's debut US$500 million notes offering to finance the acquisition of the Simplura Group; representing Citigroup and other banks in Blackstone Mortgage Trust's follow-on public offering of class A common stock; and China Bohai Bank's US$1.77 billion Hong Kong IPO.

Investing in Korea and developing relationships with Korean companies have been a critical part of the firm's strategy in building our leading practice in Asia. Our Korea practice focuses on international capital markets, cross-border M&A and joint ventures, complex cross-border litigation and private equity.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*



# Paul Hastings Elects Experienced Finance Lawyer Christopher Ross to Partnership

February 16, 2021, 11:51 am

» Next » Paul Hastings Elevates Experienced Finance and Restructuring Lawyer Jesse T. Kirsch to Of Counsel
« Previous « Paul Hastings Accelerates Securities and Capital Markets Growth with Addition of Prominent Partner …



**New York** – Paul Hastings LLP, a leading global law firm, announced today that finance lawyer Christopher Ross has been elected to the firm partnership, effective February 1, 2021. Mr. Ross is based in the New York office.

"We are delighted to welcome Christopher to the partnership," said Jennifer Yount, chair of the global Finance and Restructuring practice. "His deep expertise and strong track record have been instrumental to the continuing

performance and growth of the firm's market-leading Finance practice."

"With a collaborative culture and future-focused approach, Paul Hastings is the ideal place to best serve my clients," said Mr. Ross. "I am looking forward to harnessing the power of my practice to further accelerate the momentum of our finance group in New York – and throughout our global network."

Mr. Ross represents banks and alternative lenders in commercial finance transactions, including acquisition financings, syndicated and direct lending, cross-border transactions, special situations, refinancings, recapitalizations, asset-based lending, cash flow loans, first lien/second lien facilities, and mezzanine debt facilities. His experience spans a variety of business sectors including healthcare, software, retail, media, franchising, manufacturing, and transportation. In addition, he has extensive experience representing creditors, lenders, and investors with both in-court and out-of-court restructurings, including debtor-in-possession and exit financings.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*



# Paul Hastings Elevates Experienced Finance and Restructuring Lawyer Jesse T. Kirsch to Of Counsel

February 16, 2021, 11:51 am

» Next » Locaweb Closes $511 Million Follow-On Offering

« Previous « Paul Hastings Elects Experienced Finance Lawyer Christopher Ross to Partnership



**New York –** Paul Hastings LLP, a leading global law firm, announced today that experienced finance and restructuring lawyer Jesse T. Kirsch has been elevated to of counsel. Mr. Kirsch is based in the New York office.

"Jesse is an outstanding lawyer, whose legal and business expertise positions Paul Hastings well for achieving the greatest success for our clients," said Jennifer Yount, chair of the Paul Hastings global Finance and Restructuring practice. "His move to of counsel is a testament to his hard work and dedication, and just the latest example of our commitment to developing outstanding legal talent to serve our Finance and Restructuring clients' evolving needs."

"Our firm's collaborative culture, entrepreneurial spirit and unparalleled opportunities make it a great place for me to further establish myself as a finance lawyer," said Mr. Kirsch. "I'm excited for what the future holds as my career continues to advance alongside the firm's leading Finance and Restructuring practice."

Mr. Kirsch represents leading commercial and investment banks and alternative lenders in middle-market and large cap leveraged finance transactions. His broad-based domestic and international finance experience includes widely syndicated and bilateral credit facilities, acquisition financings, and asset-based facilities. He advises clients throughout the deal cycle, from commitment letters to execution, and refinancings to restructurings. Kirsch also has

significant experience with secured and unsecured registered offerings and private placements of debt, equity, and convertible securities, representing both underwriters and issuers.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

# Locaweb Closes $511 Million Follow-On Offering

February 16, 2021, 11:51 am

» Next » Paul Hastings Shortlisted for South Korea International Firm of the Year by Chambers Asia-Pacific Award…

« Previous « Paul Hastings Elevates Experienced Finance and Restructuring Lawyer Jesse T. Kirsch to Of Counsel



**São Paulo** – Paul Hastings LLP, a leading global law firm, represented Itaú BBA, Goldman Sachs, Morgan Stanley, XP Investimentos and BTG Pactual as international placement agents in Locaweb's $511 million follow-on equity offering. The company will use the proceeds from the primary offering to finance potential acquisitions in the technology sector.

Locaweb's business lines include web hosting, domain registration and SaaS solutions for email, productivity, e-commerce, electronic payments and digital marketing. The company, which has more than 400,000 customers throughout Latin America, completed its $308 million IPO on the São Paulo Stock Exchange (B3) in February 2020.

São Paulo partner David Flechner led the Paul Hastings team, which also included associates Diana Balassiano and Lorenzo Colombi-Manzi, with support from partner David Makso and associate Rob Wilson from New York.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

# Paul Hastings Shortlisted for South Korea International Firm of the Year by Chambers Asia-Pacific Awards 2021

February 17, 2021, 12:40 pm

» Next » H.I.G Capital Sells Whitney Bradley & Brown to Serco for $295 Million

« Previous « Locaweb Closes $511 Million Follow-On Offering



Seoul – Paul Hastings LLP, a leading global law firm, announced today that the firm has been shortlisted for "South Korea International Firm of the Year" by Chambers Asia-Pacific Awards 2021.

Chambers Asia-Pacific Awards identifies pre-eminent national and international law firms in key jurisdictions based on its latest research and acknowledges their achievements over the past 12 months, including outstanding work, impressive strategic growth and excellence in client service.

At its recently released *Chambers Asia-Pacific* guide 2021, our Korea practice is ranked Band 2 in Capital Markets: International Firms, Corporate/M&A: International Firms and Intellectual Property: International Firms.

Paul Hastings has a market-leading Korea practice with a focus on cross-border M&A and joint ventures, international capital markets and complex cross-border litigation including intellectual property and antitrust matters. It also provides strategic legal advice on private equity and project finance. Investing in Korea and developing relationships with Korean companies have been a critical part of the firm's strategy for growth and success in Asia.

The winners will be announced at a virtual ceremony on April 15, 2021.

A full list of this year's nominees can be found here.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*





# H.I.G Capital Sells Whitney Bradley & Brown to Serco for $295 Million

February 18, 2021, 1:06 pm

» Next » COSCO SHIPPING Development to Acquire Four Container Manufacturers from COSCO SHIPPING Inv…

« Previous « Paul Hastings Shortlisted for South Korea International Firm of the Year by Chambers Asia-Pacific A…

    

**Chicago** – Paul Hastings LLP, a leading global law firm, announced today that it advised H.I.G Capital in its sale of Whitney Bradley & Brown (WBB), a leading provider of program management and consulting services to the U.S. Department of Defense and other federal agencies, to Serco, Inc. for $295 million.

The transaction, subject to certain regulatory approvals, is expected to close in the second quarter of 2021.

The Paul Hastings team was led by Corporate partner Amit Mehta, and included associates Kelly Padgett, Jonathan Simons, Robert Dixon. The deal team was assisted by partners Jim Smulkowski, Todd Schneider, Eric Keller, Charles Patrizia, of counsel Michael Wise, and associates Dahlia Ali, Ryan Enchelmayer, April White, Bianca

Ponziani, William McCue, Randall Johnston, Holly Flynn, Quinn Dang, Rachel Miller, Talya Hutchinson, Lauren Kelly Greenbacker, and Mary Walser.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

search RSSing.com....                                                          Search

# COSCO SHIPPING Development to Acquire Four Container Manufacturers from COSCO SHIPPING Investment

February 18, 2021, 1:06 pm

» Next » Itiquira Acquisition Corp. Closes $230 Million IPO

« Previous « H.I.G Capital Sells Whitney Bradley & Brown to Serco for $295 Million



**Hong Kong** – Paul Hastings, a leading global law firm, announced today that it has advised COSCO SHIPPING Development Co., Ltd. (Stock Code: 2866.HK and 601866.SH) ("COSCO SHIPPING Development") on its acquisition of 100% equity interests from COSCO SHIPPING Investment Holdings Co., Ltd. ("COSCO SHIPPING Investment") in its four wholly-owned subsidiaries principally engaged in, among other things, the manufacturing of dry freight, specialized and refrigerated containers, and the provision of technical and development services of container manufacturing. The unaudited aggregate net asset value of the aforementioned target companies as at 31 December 2020 was approximately RMB3.1 billion (approximately US$480 million). The final consideration for the acquisition will be determined with reference to the appraised value of the target assets and will be settled by the allotment and issuance of new A shares by the Company to COSCO SHIPPING Investment.

In connection with the acquisition, COSCO SHIPPING Development also proposes to conduct a non-public issuance of A shares to not more than 35 specific target subscribers to raise ancillary funds, including the proposed issuance to China Shipping Group Company Limited ("China Shipping") for RMB600 million (approximately US$93 million). China Shipping is the controlling shareholder of COSCO SHIPPING Development and is principally engaged in coastal and ocean cargo transportation, container transportation, import and export business and international freight agency business.

The transaction involves several complex legal issues under the Takeovers Code. Upon completion of the allotment and issuance of new A shares to COSCO SHIPPING Investment, an indirect wholly-owned subsidiary of China COSCO SHIPPING Corporation Limited ("COSCO SHIPPING"), under the acquisition, COSCO SHIPPING will be required to make a mandatory general offer under Rule 26.1 of the Takeovers Code, unless a whitewash waiver is obtained. In addition, as the proposed non-public issuance of A shares is not capable of being extended to all shareholders, it constitutes a special deal under Rule 25 of the Takeovers Code.

The Hong Kong and Shanghai-listed COSCO SHIPPING Development is principally engaged in shipping and industry-related leasing businesses, manufacturing of containers and provision of investment and financial services.

As a long-term legal partner of COSCO SHIPPING Development, Paul Hastings has represented the company in various transactions. This year, we have advised the client on its sale of interests in COSCO SHIPPING Leasing for RMB1.8 billion and acquisition of 16 bulk carriers under construction for US$327 million. We also represented the company in its lease of 74 vessels for US$4.62 billion, sale of A shares and H shares of CIMC for RMB6.34 billion and acquisition of ten multi-purpose vessels for US$180 million in 2020.

The Paul Hastings team was led by Raymond Li, global partner and chair of Greater China, and corporate partner Bonnie Kong, with support from associate Andy Tam and trainee solicitor Beatrice Wun.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

# Itiquira Acquisition Corp. Closes $230 Million IPO

February 18, 2021, 1:06 pm

» Next » Alpek Issues $600 Million of Senior Notes
« Previous « COSCO SHIPPING Development to Acquire Four Container Manufacturers from COSCO SHIPPING…



**New York and Los Angeles** – Paul Hastings LLP, a leading global law firm, announced today that Itiquira Acquisition Corp., a Latin America-focused special-purpose acquisition company, priced its $230 million initial public offering of 23 million units at $10 per unit. The shares began trading on the Nasdaq Capital Market under the ticker symbol "ITQRU" on February 4, 2021.

Itiquira Acquisition Corp. was formed for the purpose of effecting a merger, capital stock exchange, asset acquisition, stock purchase, reorganization or similar combination. The company intends to focus its search on a target located in Brazil in sectors with strong growth potential, with high correlation to Brazil growth, resilient business models, in non-cyclical industries, with favorable secular trends, including those that have been historically underserviced by the government. These include, but are not limited to, technology, healthcare, pharma, education and consumer services.

Citigroup Global Markets Inc. and UBS Securities LLC acted as joint bookrunning managers for the offering.

The Paul Hastings team advising Itiquira Acquisition Corp. was led by partner Jonathan Ko, and included associates Shai Vander, and Bianca Lazar

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

# Alpek Issues $600 Million of Senior Notes

February 19, 2021, 1:48 pm

» Next » Orizon Completes $103 Million Brazilian IPO

« Previous « Itiquira Acquisition Corp. Closes $230 Million IPO



**New York–** Paul Hastings LLP, a leading global law firm, represented Alpek, S.A.B. de C.V., a leading petrochemical company in Latin America and the United States, in an international offering of guaranteed Senior Notes. The offering involved the issuance of US$600 million of 3.250% Senior Notes due 2031 pursuant to Rule 144A and Regulation S. The active book-runners were BofA, Citigroup and J.P. Morgan, and the passive book-runners were BBVA, BNP Paribas, HSBC, MUFG and SMBC. The proceeds of the offering will be used primarily in a liability management transaction to repurchase Alpek's outstanding 4.500% Senior Notes due 2022.

Paul Hastings attorneys also represented Alpek in its prior bond offerings and IPO, and have represented Alfa, S.A.B. de C.V. and Sigma Alimentos, S.A. de C.V., which belong to the same corporate group as Alpek, in numerous capital markets and other transactions.

Latin America practice partners Mike Fitzgerald, Joy Gallup and Arturo Carrillo led the Paul Hastings team, which also included of counsel Pedro Reyes, associates Eduardo Gonzalez, Mercedez Taitt-Harmon and Alejandra Cuadra and foreign associate Jose Pellón Martínez.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*



# Orizon Completes $103 Million Brazilian IPO

February 19, 2021, 1:48 pm

» Next » Hidrovias do Brasil Completes $500 Million Bond and Concurrent Liability Management

« Previous « Alpek Issues $600 Million of Senior Notes



**São Paulo, Brazil** – Paul Hastings LLP, a leading global law firm, represented Orizon Valorizacao de Residuos SA,an innovative leader in the sustainable treatment of waste and the related generation of biogas, and the participating selling shareholders, in its approximately $103 million initial public offering of shares listed on the B3 exchange. The transaction closed on February 18, 2021.

The IPO, which priced at 22 Brazilian reais per share, was structured as a registered public offering in Brazil and international private placement to qualified investors on a Rule 144A / Regulation S basis. BTG Pactual, Credit Suisse and XP Investimentos acted as underwriters and international placement agents.

Partner David Flechner led the Paul Hastings team, which also included associates Filipe Lima, Thomas Ayres, and Diana Balassiano, with support from partner David Makso and associate Rob Wilson.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

# Hidrovias do Brasil Completes $500 Million Bond and Concurrent Liability Management

February 19, 2021, 1:48 pm

» Next » Paul Hastings' IP Practice Steers Samsung to Victory Against Multiple Patent Claims by Wireless Technol...
« Previous « Orizon Completes $103 Million Brazilian IPO



**São Paulo, Brazil** – Paul Hastings LLP, a leading global law firm, represented the underwriters and dealer managers in connection with Hidrovias do Brasil's $500 million bond offering and concurrent liability management exercise.The firm represented Itau BBA and JP Morgan as global coordinators and joint bookrunners, and BofA Securities, Morgan Stanley, and Santander as joint bookrunners for the 10-year guaranteed bond issued at 4.95% by a finance subsidiary of Hidrovias do Brasil S.A., a Brazilian waterway logistics company.

Hidrovias used the proceeds of the bond offering to fund the concurrent tender offer and consent solicitation for its 5.95% notes due 2025, and for general corporate purposes. The bond offering closed on February 8, 2021, and the liability management transactions settled on February 19, 2021.

Partner David Flechner led the Paul Hastings team, which also included associates Carlos Ruiz, Diana Balassiano, and Andro Atlaga.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

# Paul Hastings' IP Practice Steers Samsung to Victory Against Multiple Patent Claims by Wireless Technology Company NuCurrent

February 26, 2021, 2:44 pm

» Next » Paul Hastings Further Advances Litigation Practice Growth in London
« Previous « Hidrovias do Brasil Completes $500 Million Bond and Concurrent Liability Management



WASHINGTON, D.C. (Feb. 24, 2021) – A dual-pronged effort by Paul Hastings litigators has achieved a decisive victory on behalf of Samsung Electronics at the U.S. Patent & Trademark Office, which invalidated challenged claims of six patents for wireless phone charging, five of which had been asserted by NuCurrent Inc.

The Paul Hastings lawyers first earned a win for Samsung, successfully petitioning to move the litigation from its original filing jurisdiction in the Eastern District of Texas to the Southern District of New York, and then defeating NuCurrent's request for a preliminary injunction, aimed at stopping inter partes review at the USPTO.
The Paul Hastings lawyers won across the board for Samsung, with the PTAB finding a total of 170 claims unpatentable, including all of the claims that NuCurrent accused Samsung of infringing.  They also thwarted NuCurrent's multiple attempts at amending several claims during the course of the proceedings.

The PTAB effort has been led by partner Naveen Modi, global vice chair of Paul Hastings' IP Group and head of the firm's Patent Office practice, and IP Litigation partner, Joseph Palys, along with attorneys Paul Anderson, Chetan Bansal, Howard Herr, and David Valente.

The district court litigation team has been led by partners Allan Soobert and Jeff Pade, along with partner Mark Pollack and attorneys Tad Richman, David Valente, and Yejun Lee.

The outcome reflects the seamless fusion of the firm's IP litigation and PTAB expertise. It followed a coordinated, multifaceted strategy, with Los Angeles partner Jong Han Kim overseeing all aspects of the case.

Background on Samsung-NuCurrent Litigation

Samsung and NuCurrent had at one time discussed a business collaboration, but ultimately did not proceed. After Samsung released multiple iterations of smartphones with wireless charging coils, NuCurrent filed a lawsuit in the plaintiff-friendly Eastern District of Texas, claiming infringement of its patents and misappropriation of trade secrets for coiled antennas that facilitate wireless charging.

The Paul Hastings litigation team flipped the script and successfully argued that the companies' non-disclosure agreement mandated the case be transferred and heard in the district court of New York, rather than NuCurrent's preferred venue in Texas. Samsung then moved for review of the disputed patents at the PTAB, arguing that NuCurrent's claims were invalidated by obviousness and inadequate written description.

NuCurrent sought to block the PTAB proceedings by moving for a preliminary injunction, arguing that the NDA likewise required any validity challenges to occur in New York, not the Patent Office.  The Paul Hastings team defeated the preliminary injunction, convincing the New York court that the proper interpretation did not preclude invalidity challenges before the PTAB—paving the way for the patents to be challenged and invalidated. During the PTAB proceedings, NuCurrent attempted to amend some of its claims in an effort to save its patents, but its two rounds of motions to amend were also rejected as the PTAB agreed with the Paul Hastings arguments across the board.

Ultimately, the PTAB issued nine final decisions covering six patents in three families, finding all of them invalid and unpatentable due to anticipation, obviousness, indefiniteness, lack of written description, or combinations thereof.

The Samsung win comes on the heels of the IP Practice securing a significant victory for Chevron Oronite Company, over lubricating oil used in internal combustion engines, invalidating a patent asserted against Chevron. There, Naveen Modi led the Paul Hastings IP team in parallel district court litigation, at the PTAB, and in the appeal.

The Paul Hastings IP Practice is ranked Tier 1 nationally for IP and Patent Litigation by numerous publications, including *The Legal 500* and *Managing IP*. *The Legal 500* also has recognized the firm's Trade Secrets practice in their Intellectual Property - Trade Secrets (litigation and non-contentious matters) ranking.

Paul Hastings IP lawyers have been selected numerous times as *Law360*'s "Most Valuable Players" and as Trailblazers by *The National Law Journal*, *The Recorder*, *The New York Law Journal*, and *The Daily Journal*. *IAM* also regularly recognizes Paul Hastings' IP practice among "The World's Leading Patent Professionals," for patent litigation, Federal Circuit appeals, ITC 337 Investigations, and post-grant proceedings. *BTI* Consulting lists the IP Practice as a "Go-To Litigation Firm" and "Best for Complex IP Litigation" in its annual "Intellectual Property Outlook" report. Paul Hastings' IP Practice has also been recognized as the "IP Transatlantic Team of the Year" by *The American Lawyer*.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms. For more, visit https://www.paulhastings.com/.*



# Paul Hastings Further Advances Litigation Practice Growth in London

February 26, 2021, 2:44 pm

» Next » Conconcreto and Vinci Highways Complete Financing for Bogotá-Girardot Third Lane Expansion Project
« Previous « Paul Hastings' IP Practice Steers Samsung to Victory Against Multiple Patent Claims by Wireless Tec...



**London, UK** — Paul Hastings LLP, a leading global law firm, announced today that preeminent commercial litigator Alex Leitch has joined the firm's London office as a partner in the Complex Litigation practice. He joins from Covington & Burling, where he was the co-chair of the London Dispute Resolution group. His arrival continues the strong growth of Paul Hastings' global Litigation and Investigations practices, following the recent addition of Investigations and White Collar Defence partners Jonathan Pickworth and Jo Dimmock in London.

"Our clients face a range of complex litigation risks in today's global business landscape—from commercial and industry-specific litigation to disputes driven by regulatory issues—and they require seasoned litigators to help

protect their value," said Seth Zachary, Chairman of Paul Hastings. "With his depth of experience and expertise across all of those areas, Alex is a strong addition to our UK and global Litigation practices."

"Paul Hastings' strong growth in London, across Europe and around the world continues to be remarkable, and I am very excited to be a part of it," said Mr. Leitch. "I look forward to partnering with my new colleagues to further expand and enhance our global Litigation practice."

Mr. Leitch has a proven record in handling complex, high-value and high-profile international disputes in the English High Court and beyond. He focuses on disputes arising from all significant commercial relationships, and has particular expertise in the financial services, technology, and life sciences sectors. Mr. Leitch was one of the first and youngest solicitors to qualify as a solicitor advocate, and regularly undertakes advocacy before the English High Court and other tribunals.

Paul Hastings' Complex Litigation practice represents clients in a wide range of substantive commercial disputes at the trial and appellate levels in federal and state courts across the U.S., as well as in other dispute resolution forums throughout the world. The firm's litigators have extensive trial experience and diverse industry knowledge.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognised as one of the world's most innovative global law firms.*

---

search RSSing com....                                                    Search

---

# Conconcreto and Vinci Highways Complete Financing for Bogotá-Girardot Third Lane Expansion Project

February 26, 2021, 2:44 pm

» Next » Healthcare Bluebook Acquires Quality Division of Quantros
« Previous « Paul Hastings Further Advances Litigation Practice Growth in London



**New York** – Paul Hastings LLP, a leading global law firm, announced today that it represented Colombia's Conconcreto and France's Vinci Highways in the COP 700bn ($196 million) synthetic Colombian Peso, non-recourse bridge loan financing for the 145km (90.1-mile) Bogotá–Girardot toll road project. The project is a private initiative under the Colombian 4G program and covers one of the busiest and most strategic roads in Colombia.

The financing will enable the start of the rehabilitation and expansion works for project, a critical infrastructure asset for Colombia located on the strategic corridor linking the capital city of Bogotá to the port of Buenaventura on the

Pacific coast. The project will expand 65km of the roadway through the addition of a third lane.

Latin America and Global Infrastructure and Energy partner Bob Kartheiser led the Paul Hastings team, which also included associates Thomas Sines and Juan Martín Estrada, with assistance from partner Charles Cardon and associate Vincent Nacinovic in Paris.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

# Healthcare Bluebook Acquires Quality Division of Quantros

February 26, 2021, 2:44 pm

» Next » Alpek completes tender offer for Senior Notes due 2022

« Previous « Conconcreto and Vinci Highways Complete Financing for Bogotá-Girardot Third Lane Expansion Proj…



**San Francisco** – Paul Hastings, a leading global law firm, represented Quantros, Inc., a leading provider of software and services that advance healthcare performance, in the sale of its Quality division to Healthcare Bluebook.

The Quantros Quality business leverages a range of powerful data sources to provide insights into the quality performance of hospitals, health systems, payors, data aggregators and healthcare providers nationwide. The Quantros data is validated against federal and commercial claims data, as well as Bluebook's own data.

The Paul Hastings team was led by Private Equity Partner Dana Kromm, *and included partners* Ziemowit Smulkowski, Jane Song, Dan Stellenberg, Sherrese Smith, Chris Dickerson, *and* Lindsay Sparks, *and associates* Erica Lee, Tiffany Jones, Meera Patel, Kami Laberge, Laura Yip, Andrew Erber, Matthew Smart, *and* William McCue.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

# Alpek completes tender offer for Senior Notes due 2022

February 26, 2021, 2:44 pm

« Previous « Healthcare Bluebook Acquires Quality Division of Quantros



New York– Paul Hastings LLP, a leading global law firm, represented Alpek, S.A.B. de C.V., a leading petrochemical company in Latin America and the United States, in a tender offer for its outstanding 4.500% Senior Notes due 2022. The dealer managers were BofA, Citigroup and J.P. Morgan. The tender offer was conducted in accordance with the abbreviated tender offer procedures set forth by the SEC.

Paul Hastings attorneys also represented Alpek in its recent bond offering of US$600 million of 3.250% Senior Notes due 2031 pursuant to Rule 144A and Regulation S (which provided financing for the tender offer), as well as prior bond offerings and IPO, and have represented Alfa, S.A.B. de C.V. and Sigma Alimentos, S.A. de C.V., which belong to the same corporate group as Alpek, in numerous capital markets and other transactions.

Latin America practice partners Mike Fitzgerald, Joy Gallup and Arturo Carrillo led the Paul Hastings team, which also included partner David Makso, of counsel Pedro Reyes, and associates Rob Wilson, Mercedez Taitt-Harmon and Alejandra Cuadra.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

Viewing latest articles    Browse all 1275    Browse latest    View live

**More Pages to Explore .....✛**

» » click here for Latest and Popular articles on ⊞ SAP ERP ❤ ❤ ❤ ❤ ☐↗

» » click here for Latest and Popular articles on ⊞ SAP ERP ❤ ❤ ❤ ❤ ☐↗

search RSSing.com....                                                              Search

7/26/22, 2:49 PM                                                  Paul Hastings

Paul Hastings

Case 22-50073    Doc 644-17    Filed 07/29/22    Entered 07/29/22 13:36:15    Page 33 of
42
Paul Hastings

7/26/22, 2:49 PM                                    Paul Hastings

7/26/22, 2:49 PM

Paul Hastings

7/26/22, 2:49 PM                                            Paul Hastings

≫ ≫ click here for Latest and Popular articles on ⊞ **Search Engine**
**Optimization (SEO)** ♥ ♥ ♥ ♥ ⬀

7/26/22, 2:49 PM    Paul Hastings

7/26/22, 2:49 PM    Paul Hastings

© 2022 //www.rssing.com