PAUL
HASTINGS



News

NEWS

# Rudong County Tongtai Investment Issued 5.5% Bonds

May 13, 2021

SHARE       

**Shanghai and Hong Kong** — Paul Hastings LLP, a leading global law firm, announced today that it has represented the joint lead managers, namely AMC Wanhai Securities Limited, China Galaxy International Securities (Hong Kong) Co., Limited, Vision Capital International Holdings Limited, Soochow Securities International Brokerage Limited and Central Wealth Securities Investment Limited, in the issuance of US$50 million 5.5% bonds due 2022 by Rudong County Tongtai Investment Group Co., Ltd.

Rudong County Tongtai Investment is a state-owned investment, financing and operating platform for urban infrastructure construction, operation and management of specialized parks in Rudong County, Nantong City, Jiangsu Province in China. Following the US$150 million credit enhanced bonds issuance and the US$50 million credit enhanced bonds issuance by Rudong County Jinxin



Debtor's Exhibit R

# PAUL HASTINGS



third bond issuance made by a Rudong County state-owned platform that Paul Hastings has advised on this year.

With one of the most active Securities and Capital Markets practices in Asia, Paul Hastings has advised on numerous debt issuance transactions recently, including China Everbright's US$300 million senior perpetual capital securities, Contemporary Ruiding Development's US$1.5 billion bond offering, Yuzhou Group's US$300 million green senior notes issuance and Shanghai Electric Group's US$300 million guaranteed bonds issuance.

The Paul Hastings team was led by Jia Yan, co-chair of the firm's mainland China offices, and corporate partner James Ma, with support from associates Jeff Lee and Andy Tam, and China associate Yanqiu Liu.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

# SK ie technology Debuts in US$2 Billion IPO on the Korea Exchange

May 11, 2021

PRACTICE

PAUL HASTINGS

☰

Securities and Capital Markets

# SIGN UP FOR NEWS INSIGHTS

SUBSCRIBE TO NEWS

## MEDIA CONTACTS

**SUBMISSION REQUESTS**

Email

Corporate, Litigation, Real Estate, and Tax

**SCOTT WASSERMAN**

Email

+1 212 318 6525

Intellectual Property, Life Sciences, and Employment

**BECCA HATTON**

Email

PAUL HASTINGS

Europe

**ROSTRUM**

Email

Asia

**HEIDI AU**

Email

+852 2867 9052

Paris

**KATY FOSTER**

Email

+33.1.42.99.04.27

Get In Touch With Us

CONTACT US

Professionals

Solutions

Insights & Resources

# PAUL HASTINGS

FedAction: Financial Regulatory Updates

International Regulatory Enforcement (PHIRE)

London Litigation

Privacy & Cybersecurity

Practice Area Articles

Rapid Rulemaking: SEC Update

Upcoming Events

COVID-19 Resources

Diversity and Inclusion Insights

Podcasts

## About

News

Press Center

Social Responsibility

Diversity and Inclusion Insights

Recognitions

Consolidated Appropriations Act, 2021(CAA) Machine Readable Files

Locations

Contact Us

  

Copyright © 2022 Paul Hastings, LLP. All rights reserved.

Sitemap    Legal Notices    Global Privacy Statement