PAUL HASTINGS 

News

NEWS

# China Everbright issues $600M Panda Bonds

July 29, 2016

SHARE   

*Hong Kong* - Paul Hastings, a leading global law firm, announced today that the firm represented China Everbright Limited ("China Everbright") in its issuance of US$600 million (RMB$4 billion) panda bonds denominated in RMB, with Everbright Securities Company Limited ("Everbright Securities") acting as the lead underwriter. This issuance is the first tranche of panda bonds issued by China Everbright in a proposed series with an aggregate principal amount of not more than US$1.92 billion (RMB12.8 billion).

China Everbright, a member of state-owned enterprise China Everbright Group, is a Hong Kong listed conglomerate focusing on cross-border asset management and investment. Paul Hastings has a long term relationship with the client during which we advised on a number of important transactions, including its recent acquisition of Dah Sing Financial Center at an aggregate



Debtor's Exhibit 5

PAUL
HASTINGS



The Paul Hastings team was led by partner Vivian Lam, with support from of counsel James Ma, associates Bonnie Kong and Matt Li.

*At Paul Hastings, our purpose is clear — to help our clients and people navigate new paths to growth. With a strong presence throughout Asia, Europe, Latin America, and the U.S., Paul Hastings is recognized as one of the world's most innovative global law firms.*

READ NEXT

## Carey Watermark Investors 2 Acquires San Diego Marriott La Jolla

July 25, 2016

PRACTICE AREAS

Securities and Capital Markets

Asia

# SIGN UP FOR NEWS

PAUL HASTINGS



SUBSCRIBE
TO NEWS

# MEDIA CONTACTS

### SUBMISSION REQUESTS
Email

Corporate, Litigation, Real Estate, and Tax
### SCOTT WASSERMAN
Email
+1 212 318 6525

Intellectual Property, Life Sciences, and Employment
### BECCA HATTON
Email
+1 212 318 6513

Europe
### ROSTRUM
Email

Asia
### HEIDI AU
Email
+852 2867 9052

Paris

PAUL HASTINGS 

Email

+33.1.42.99.04.27

# Get In Touch With Us

CONTACT US

## Professionals

## Solutions

## Insights & Resources

Client Alerts

FedAction: Financial Regulatory Updates

International Regulatory Enforcement (PHIRE)

London Litigation

Privacy & Cybersecurity

Practice Area Articles

Rapid Rulemaking: SEC Update

Upcoming Events

# PAUL HASTINGS

Podcasts

## About

News

Press Center

Social Responsibility

Diversity and Inclusion Insights

Recognitions

Consolidated Appropriations Act, 2021(CAA) Machine Readable Files

Locations

Contact Us

  

Copyright © 2022 Paul Hastings, LLP. All rights reserved.

Sitemap    Legal Notices    Global Privacy Statement