PAUL HASTINGS



News

NEWS

# Paul Hastings Advises China Huarong on RMB 14.5 Billion Share Issuance

September 01, 2014

SHARE   

**Beijing/Hong Kong** (September 1, 2014) - Paul Hastings LLP, a leading global law firm, announced today that the firm advised China Huarong Asset Management Co., Ltd. ("China Huarong") to issue new shares to a consortium of strategic investors including China Life Insurance (Group) Company, Warburg Pincus, CITIC Securities International Company Limited, Khazanah Nasional Berhad, China International Capital Corporation Limited, China National Cereals, Oils and Foodstuffs Corporation (COFCO), Fosun International Ltd. and Goldman Sachs. All parties have entered into investment agreements and strategic partnership agreements regarding the capital increase. The agreements were approved by the State Council and the State regulatory agencies and the transaction was successfully completed.



Debtor's Exhibit



additional strategic investments amounting to a total of RMB14.5 billion (approximately US$2.4 billion), accounting for 20.98% of the enlarged share capital of China Huarong upon completion of the transaction. In accordance with restructuring plans approved by the State Council, China Huarong will seek a market window to make a public offering of its shares following the introduction of strategic investors.

China Huarong is the largest financial asset manager in China with total assets of RMB400 billion. It has established a nationwide network covering 30 provinces, autonomous regions, municipalities and the Hong Kong Special Administrative Region with 32 offices (outlets) to offer full-licensed, multi-functional and integrated financial services, including asset management, banking, securities, trust, leasing, investment, funds and futures. China Huarong has established itself as a stated-owned large-scale financial holding group.

The Paul Hastings team was led by corporate partner Nan Li and of counsel Qian Hu, with support from associate Du Su.

*P__aul Hastings is a leading global law firm with a strong presence throughout Asia, Europe, Latin America, and the United States. Through a collaborative approach, entrepreneurial spirit, and commitment to client service, the professionals of Paul Hastings deliver innovative solutions to many of the world's top financial institutions and Fortune 500 companies.*

PAUL HASTINGS 

## Paul Hastings Represents Atlas Pipeline Partners, L.P. in Amended and Upsized $800 Million Revolving Credit Facility

August 28, 2014

PRACTICE AREAS

Securities and Capital Markets

Asia

# SIGN UP FOR NEWS INSIGHTS

SUBSCRIBE TO NEWS

**MEDIA CONTACTS**

**SUBMISSION REQUESTS**
Email

# PAUL HASTINGS



Estate, and Tax

**SCOTT WASSERMAN**
Email
+1 212 318 6525

Intellectual Property, Life Sciences, and Employment

**BECCA HATTON**
Email
+1 212 318 6513

Europe

**ROSTRUM**
Email

Asia

**HEIDI AU**
Email
+852 2867 9052

Paris

**KATY FOSTER**
Email
+33.1.42.99.04.27

Get In Touch With

# PAUL HASTINGS

CONTACT US

## Professionals

## Solutions

## Insights & Resources

Client Alerts

FedAction: Financial Regulatory Updates

International Regulatory Enforcement (PHIRE)

London Litigation

Privacy & Cybersecurity

Practice Area Articles

Rapid Rulemaking: SEC Update

Upcoming Events

COVID-19 Resources

Diversity and Inclusion Insights

Podcasts

## About

News

Press Center

Social Responsibility

Diversity and Inclusion Insights

Recognitions

Consolidated Appropriations Act, 2021(CAA) Machine Readable Files

PAUL HASTINGS



Copyright © 2022 Paul Hastings, LLP. All rights reserved.

Sitemap    Legal Notices    Global Privacy Statement