7/28/22, 12:42 PM                                Beijing Office | Paul Hastings LLP



PAUL
HASTINGS

Offices

# Beijing

Our lawyers in Beijing represent Fortune Global 500 companies and financial institutions in cross-border transactions in the Greater China region. We also advise Chinese companies and financial institutions on their strategic outbound investments into the U.S., Europe, Latin America, and other global markets.

## A LEADER IN ASIA

Paul Hastings was one of the first major international law firms to establish an Asia practice, and today we continue to be a leader in the region. Our Beijing team works closely with our offices in Hong Kong, Seoul, Shanghai, and Tokyo to advise clients throughout Asia.

**M&A Deal of the Year: North Asia**

*The American Lawyer*

**Asia M&A Law Firm of the Year**

*The American Lawyer*



**Capital Markets Law Firm of the Year**

PAUL
HASTINGS

☰

**Healthcare, Pharma & Life Sciences Law Firm of the Year**

*China Business Law Journal*

# CLIENT SUCCESSES

- Represented ICBC International in its investment into JD Logistics' US$2.5B Series A financing.

- Represented Ascent Real Estate Investors and SDP Investment in the formation of an institutional investor consortium and the consortium's US$1.34B acquisition of Dinghao Electronics Plaza located in Zhongguancun, Beijing.

- Represented Fosun Pharmaceutical in forming a strategic alliance with Biopharmaceutical New Technologies (BioNTech) to develop and commercialize a vaccine that prevents COVID-19 infections, and a proposed equity investment of ordinary shares in BioNTech.

# GUIDING DEALMAKERS AND FOSTERING GROWTH

- The lawyers in our Mergers and Acquisitions practice structure complex cross-border transactions and investments, and have been recognized in the *Asian Legal Business* M&A Rankings.

- Our Capital Markets practice advises some of the largest Chinese companies on a wide range of capital markets transactions, including Hong Kong, NYSE, and NASDAQ initial public offerings.

- Our Private Investment Funds practice serves fund sponsors, institutional investors, lenders, placement agents, and investment advisers, among others, in all aspects of structuring and documenting new private investment funds.

- Our **Anti-Corruption** and **FCPA** team includes former government officials and prosecutors that advise clients on complex investigations and handled some of the largest FCPA matters ever resolved.

- The firm's **Investigation** and **White Collar Defense** team handles high-stakes

PAUL
HASTINGS



and competition, global trade controls, privacy and data security, securities enforcement, and white collar matters.

## Beijing

Suite 2601, 26/F, Yintai Center Office Tower

2 Jianguomenwai Avenue, Chaoyang District

Beijing, 11

100022

China

Phone: +86 10 8567 5300

Fax: +86 10 8567 5400

Get directions

**OFFICE CHAIRS**



### DAVID S. WANG
Partner, Corporate Department



### JIA YAN
Partner, Corporate Department

**NEWS**

Beijing Office | Paul Hastings LLP



PAUL
HASTINGS

July 27, 2022

# Paul Hastings Again Among The American Lawyer's A-List Firms

July 27, 2022

# GOGOX Completes Hong Kong IPO

June 24, 2022

# Mega Genomics Completes Hong Kong IPO

June 22, 2022

# Paul Hastings Named ALB China Employer of Choice for Seven Consecutive Years

April 21, 2022

# Paul Hastings Recognized by Chambers Global 2022

February 21, 2022

---

LOAD MORE

---

PAUL
HASTINGS





CONTACT US

## Professionals

## Solutions

## Insights & Resources

Client Alerts

FedAction: Financial Regulatory Updates

International Regulatory Enforcement (PHIRE)

London Litigation

Privacy & Cybersecurity

Practice Area Articles

Rapid Rulemaking: SEC Update

Upcoming Events

COVID-19 Resources

Diversity and Inclusion Insights

Podcasts

## About

News

Press Center

Social Responsibility

Diversity and Inclusion Insights



Locations

Contact Us

Copyright © 2022 Paul Hastings, LLP. All rights reserved.

Sitemap    Legal Notices    Global Privacy Statement