# PAUL HASTINGS



Practice Areas

# Financial Restructuring

**OVERVIEW** ∧

Our Financial Restructuring group has extensive experience representing sophisticated financial institutions in complex bankruptcy matters. The team is regularly sought out to advise on a number of high-stakes, high-profile restructurings, workouts and insolvency matters worldwide. Unique in the industry, our practice covers committee-side, debtor-side and bank-side work. We have cemented our reputation as a major player in this arena over the past few years, with instructions on a raft of complex and unique matters, including international bankruptcies, debtor-in-possession (DIP) financing and exit financing transactions.

The group includes debt finance, litigation and tax practitioners who have built an extraordinary reputation by devising creative solutions as clients navigate a global economy with innovative ways of lending and moving capital. We are also adept at deploying targeted and high-impact litigation strategies, often involving ground-breaking areas of the law, to help our clients with multidimensional negotiations.



Debtor's Exhibit 2

PAUL HASTINGS



### Restructuring Team of the Year
*British Legal Awards*

### "Very good at getting deals done quickly and on time"
*Chambers USA*

### Commended for innovative work in Capital Trust's restructuring
*Financial Times*

## Client Successes

- Representing the Official Committee of Unsecured Creditors of the **Commonwealth of Puerto Rico** and other instrumentalities in the largest municipal restructuring ever attempted under U.S. law.
- Advised **GCX Limited** in its successful chapter 11 restructuring of over $1B in liabilities.
- Represented **Cred Inc.** in the first bankruptcy in the U.S. involving a cryptocurrency business.
- Advising an Ad Hoc Group of Secured Noteholders of **Avianca Holdings**, developing a novel structure to allow the noteholders to participate in the $2B DIP financing.
- Representing **MUFG Union Bank** in relation to Chesapeake Energy's USD10+ billion bankruptcy.

# PAUL HASTINGS



- Our experienced lawyers have handled some of the most significant restructurings throughout the U.S., Europe, Latin America, and Asia, providing tailored solutions to address our clients' business priorities.

- We have represented clients such as Morgan Stanley, RBC, UBS, and Wells Fargo as agents and first lien lenders on exit and debtor-in-possession lending transactions. We also regularly advise financial institutions, private equity, and hedge funds in the acquisition of distressed assets.

- Our wide-ranging experience spans a range of key industries, including energy, financial services, manufacturing, real estate, retail, restaurants, telecommunications, media, and technology.

## CONTACT US



**LUC A. DESPINS**
Practice Co-Chair



**KRIS HANSEN**
Practice Co-Chair



**CHRIS DICKERSON**
Practice Vice Chair

**PAUL HASTINGS**

- Alternative Lender and Private Credit
- Entertainment and Media -- Finance and Restructuring
- Latin America
- Global Finance
- Financial Services
- Litigation
- Fintech and Payments
- Real Estate Restructuring and Reorganization

## Get In Touch With Us

CONTACT US

## Professionals

## Solutions

## Insights & Resources

Client Alerts

FedAction: Financial Regulatory Updates

International Regulatory Enforcement (PHIRE)

# PAUL HASTINGS

Privacy & Cybersecurity

Practice Area Articles

Rapid Rulemaking: SEC Update

Upcoming Events

COVID-19 Resources

Diversity and Inclusion Insights

Podcasts

## About

News

Press Center

Social Responsibility

Diversity and Inclusion Insights

Recognitions

Consolidated Appropriations Act, 2021(CAA) Machine Readable Files

Locations

Contact Us



Copyright © 2022 Paul Hastings, LLP. All rights reserved.

Sitemap    Legal Notices    Global Privacy Statement