Architecture

# Seized Beijing skyscraper sells online for a 'bargain' $734M

Published 21st August 2019



Credit: Christian Kober/Robert Harding World Imagery

Written by **Oscar Holland, CNN**

Contributors **Serenitie Wang, CNN**

With its exaggerated crown and bulging upper levels, the 39-floor Pangu Plaza casts an unusual shadow over Beijing.



Located less than half a mile from the iconic Bird's Nest stadium, the 629-foot-tall tower was completed in 2008 in a district built for that year's Beijing Olympics.



People walk past Pangu Plaza on August 20, the day it was sold in an online auction. Credit: Greg Baker/AFP/Getty Images

But in 2016, authorities seized ownership of the skyscraper from a real estate company controlled by exiled Chinese billionaire Guo Wengui. A Beijing court then put the building up for auction on a website run by e-commerce giant, Alibaba.

**READ NEXT**
Chinese blogger loses libel case after saying Zaha Hadid building had 'bad feng shui'

have been frozen or repossessed by the government.

According to the online listing, only two bidders signed up to participate in the auction, though more than 150,000 people registered to watch the sale online. Bidding was open for 24 hours, with only two offers for the building made in that time.

Related video: Architect Ma Yansong on why curves matter

The property eventually sold for just under 5.19 billion yuan ($734 million), only 5 million yuan ($708,000) above the opening bid.



**READ NEXT**
China built more skyscrapers in 2018
than ever before

The buyer has been identified as Beijing property firm Yucheng Zhiye, according to a statement released by its parent company, BBMG Corporation. And the group may have secured something of a bargain: The auction listing claims the tower is worth over 7.4 billion yuan ($1.05 billion) -- more than 40% above the selling price.



The tower was designed to resemble a dragon's head, with a further four towers representing the creature's body and tail.
Credit: KreangchaiRungfamai/iStock Editorial/Getty Images

With a combined floor space of more than 1.5 million square feet, the skyscraper currently serves as the China headquarters for American technology firm IBM. It was designed to resemble a dragon's head, with a further four towers representing the creature's body and tail.

Pangu Plaza's other buildings -- which contain offices and a self-described "7 Star Hotel" -- were not included in the auction.

**MORE FROM CNN**



7 of the Worst Retirement Mistakes You
Can Make


[Gallery] Brad Pitt's Son
Turns 13 And Looks
Just Like His Dad

Connecticut Launches
New Guidelines For
Cars Used Less Than...

**Paid Content**          by          |



The Best States to Retire in 2022
*SmartAsset*



MD: If You Have
Toenail Fungus Do
This Immediately
(Watch)
*iamhealth.life*

Connecticut
Legalizes Powerful
Arthritis & Pain
Relief Product For
Seniors
*health-headline.com*

**MORE FROM CNN**



Style Videos

**Fashion model dies after
collapsing on runway in**

Style

**Miss France pageant faces
lawsuit for requiring all**



*Style*

'I wasn't just famous; I was famously sexy': Model Emily



*Style*

LeAnn Rimes shares 'unabashedly honest' photos

**PAID CONTENT**



### 7 of the Worst Retirement Mistakes You Can Make

[ Learn More ]

Sponsored: SmartAsset

### Refrigerate Any Room In 2 Minutes

[ Learn More ]

Sponsored: Best Tech Trend

**RECOMMENDED**  1/5

Linda Evangelista settles cosmetic procedure lawsuit

Read More >

**One Simple Method To Keep Your Blood Sugar Below 100**

Sponsored: Health Truth Finder

**Average Retirement Savings By Age: Are You Normal?**

Sponsored: SmartAsset

**Bone on Bone Knee Pain? Try This, Says Top Doc!**

Sponsored: getmrjoint.com

Recommended for you

Recommended by Outbrain|

**The genius trick every traveler should know**

Capital One Shopping

Recommended  1/5

Before you renew Amazon Prime, read this

>



Sponsored

## [Gallery] This Photo Has Not Been Edited, Take A Closer Look

History Daily



**'Am I, a child, supposed to carry and birth another child?': 12-year-old...**

**Future or fantasy? Designs unveiled for one-building city stretching 106...**

## Content by LendingTree (https://ck.lend
a=342&c=2660&p=r&s1=moneycp&m

Need cash? How to access your home's equ

(https://ck.lendingtree.com/?
a=342&c=2660&p=r&s1=moneycp&mtaid=14

Calculate your new refi payment in minutes.

(https://ck.lendingtree.com/?
a=342&c=2658&p=r&s1=moneycp&mtaid=62

Rates Are Beginning To Rise. Refinance Befo

(https://ck.lendingtree.com/?
a=342&c=2658&p=r&s1=moneycp&mtaid=62

2 Minutes Online Could Save You Over $40K

(https://ck.lendingtree.com/?
a=342&c=2658&p=r&s1=moneycp&mtaid=62

It's still not too late. Refinance today. Calcula

(https://ck.lendingtree.com/?
a=342&c=2658&p=r&s1=moneycp&mtaid=62

## Content by CompareCards (https://www
&mtaid=8631C&esourceid=6315316&
credit&utm_medium=native&utm_con
credit&campaign_name=Compare
Cards&placement_name=cnnbizarticle

The Best Credit Cards for People with Excell

(https://www.comparecards.com/?splitterid=c
&mtaid=8631C&esourceid=6315316&tar=cnn

# How a monument rose from the sand

The Louvre Abu Dhabi took 10 years and a billion dollars to create. This is its extraordinary story.

| Search CNN... | 🔍 |
|---|---|

US

World

Politics

Business

Opinion

Health

Entertainment

Tech

Style

Travel

Sports

Videos

Coupons

More



Terms of Use     Privacy Policy     Do Not Sell My Personal Information     AdChoices     About Us     CNN Studio Tours

Modern Slavery Act Statement     Advertise with us     CNN Store     Newsletters     Transcripts     License Footage

CNN Newsource     Sitemap

© 2022 Cable News Network.   A Warner Media Company.   All Rights Reserved.

CNN Sans ™ & © 2016 Cable News Network.