AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Attorney General of the United States of America )
  *Plaintiff*                                    )
       v.                                        )   Case No.   22-cv-01372
Stephen A. Wynn                                  )
  *Defendant*                                    )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stephen A. Wynn                                                                                          .

Date:   07/15/2022                                         /s/Robert Luskin
                                                         *Attorney's signature*

                                                    Robert Luskin (DC Bar No. 293621)
                                                      *Printed name and bar number*
                                                           Paul Hastings LLP
                                                          2050 M Street, N.W.
                                                          Washington, DC 20036

                                                                *Address*

                                                    robertluskin@paulhastings.com
                                                            *E-mail address*

                                                            (202) 551-1966
                                                           *Telephone number*

                                                            (202) 551-0466
                                                              *FAX number*


Debtor's Exhibit JJ