# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Attorney General of the United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Stephen A. Wynn,<br><br>        Defendant. | Case No. 22-cv-01372 (JEB)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

PURSUANT TO RULE 83.2(c), I, Robert Luskin, hereby move this Court for an Order for admission to practice *pro hac vice* of Leo Tsao, to appear as counsel for Defendant Stephen A. Wynn in the above-captioned action. This motion is supported by the Declaration of Leo R. Tsao, filed herewith. As set forth in Mr. Tsao's declaration, he is admitted and an active member in good standing of the New York and District of Columbia Bars.

I am an active and sponsoring member in good standing of the Bar of this Court.

Dated: July 19, 2022

Respectfully submitted,

/s/ *Robert Luskin*
Robert Luskin
Paul Hastings LLP
2050 M Street, N.W.
Washington, DC 20036
Telephone: (202) 551-1700
Fax: (202) 551-1705
Email: robertluskin@paulhastings.com

1


Debtor's Exhibit KK

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of July, 2022, a true and correct copy of the foregoing document and attachments was served upon all counsel of record via ECF.

   /s/ *Robert Luskin*

Robert Luskin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Attorney General of the United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Stephen A. Wynn,<br><br>    Defendant. | Case No. 22-cv-01372 (JEB)<br><br>**DECLARATION OF LEO R. TSAO IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Leo R. Tsao, pursuant to Rule 83.2(c), declare as follows:

1. I am a partner with the law firm Paul Hastings LLP, located in the D.C. office at 2050 M Street, N.W., Washington, D.C. 20036.

2. Pursuant to Rule 1.3 of the Local Rules of the United States Court for the District of Columbia, I submit this affidavit in support of my motion for admission *pro hac vice*.

3. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the District of Columbia. I am also a member of the New York state bar.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any state or federal court.

1

7. I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 19, 2022
       Washington, DC

Leo R. Tsao
D.C. Bar No. 474144

2



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Leo Tsao

was duly qualified and admitted on September 14, 2001 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on July 18, 2022.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*