# United States Bankruptcy Court
## District of Connecticut



In re:  
    Ho Wan Kwok

    Debtor*

Case Number: 22-50073  
Chapter: 11

## ORDER GRANTING REQUEST FOR EXPEDITED HEARING

Luc A. Despins, Chapter 11 Trustee (the "Movant"), having filed a Request to Expedite Hearing (the "Request", ECF No. 635), in connection with a Motion (I) Setting Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, and (III) Approving Notice Thereof (the "Motion Setting Bar Dates", ECF No. 146), it appearing that the relief in the Request should be granted; it is hereby

**ORDERED:** A hearing to consider the Motion Setting Bar Dates will be held on August 1, 2022, at 12:00 PM, at the United States Bankruptcy Court 915 Lafayette Blvd. Bridgeport CT 06604; and it is further

**ORDERED:** Service of the Order Granting the Request for Expedited Hearing and the Motion Setting Bar Dates for Submitting Proofs of Claim, must be made on all parties entitled to notice under applicable statutes and/or rules on or before August 1, 2022 by 11:00 AM; and it is further

**ORDERED:** A certificate of service demonstrating that the provisions of the Order Granting Request for Expedited Hearing have been complied with must be filed **on or before** August 1, 2022 by 12:00 PM.

Dated: August 1, 2022

BY THE COURT

*Julie A. Manning*  
United States Bankruptcy Judge  
District of Connecticut

United States Bankruptcy Court  
District of Connecticut  
915 Lafayette Boulevard  
Bridgeport, CT 06604  
\* For the purposes of this order, "Debtor" means "Debtors" where applicable.