# Notice Recipients

District/Off: 0205–5               User: admin                    Date Created: 8/1/2022
Case: 22–50073                    Form ID: pdfdoc2                Total: 7

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| tr | Luc A. Despins | lucdespins@paulhastings.com |
| aty | Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| aty | Luc A. Despins | lucdespins@paulhastings.com |
| aty | Patrick R. Linsey | plinsey@npmlaw.com |

                                                                    TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| aty | Luc A. Despins | Paul Hastings LLP        200 Park Avenue        New York, NY 10166 |
| aty | Steven E. Mackey | Office of the U.S. Trustee        The Giaimo Federal Building        150 Court Street, Room 302        New Haven, CT 06510 |

                                                                    TOTAL: 2