**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

―――――――――――――――――――――――x
                              :
In re:                             :     CHAPTER 11
                              :
HO WAN KWOK,         :     CASE NO. 22-50073 (JAM)
                              :
     Debtor.               :
―――――――――――――――――――――――x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, pursuant to the Court's Order Granting Motion to Expedite Hearing, service of the *Motion Setting Bar Dates for Submitting Proofs of Claim* [Docket No. 146] (the "Motion") and the Court's *Order Granting Expedited Hearing* [Docket No. 646] (the "Hearing Notice" and, together with the Motion, collectively, the "Served Documents") has been made on the debtor in the above-captioned chapter 11 case (the "Case"), the official committee of unsecured creditors, all parties appearing in this Chapter 11 Case, and any other persons entitled to notice, as follows: (i) on March 30, 2022 notice of the Motion, and (ii) on August 1, 2022 notice of the Hearing Notice was sent by e-mail to all parties appearing in the Case and able to accept electronic service by operation of the Court's case management/electronic case filing service ("CM/ECF").

The undersigned further certifies that on August 1, 2022, copies of the Served Documents were sent by United States first class mail, postage prepaid, to all parties appearing in the Case and unable to accept electronic filing pursuant to the Notice of Electronic Filing.

Parties may access these filings through the Court's system.

Dated: August 1, 2022  
       New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

By:    /s/ Douglas S. Skalka  
Douglas S. Skalka (ct00616)  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 821-2000  
dskalka@npmlaw.com  
jgraham@npmlaw.com  
plinsey@npmlaw.com

**22-50073 Manual Service by US Postal Service:**

Brown Rudnick LLP
One Financial Center
Boston, MA 02111

Andrew M. Carty
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Chao-Chih Chiu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Huizhen Wang
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Yunxia Wu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067

Yongbing Zhang
223 West Jackson Bl;vd. #1012
Chicago, IL 60606

Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067