AO435 (Rev. 1/90)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

# TRANSCRIPT ORDER

*Read Instructions on Back.*

**FOR COURT USE ONLY**
**DUE DATE:**

| | |
|---|---|
| 1. NAME: Yongbing Zhang | 2. PHONE NUMBER: 3127509889 |
| | 3. DATE: July 30 2022 |
| 4. MAILING ADDRESS: 223 West Jackson Blvd. #1012 | 5. CITY: City |
| | 6. STATE: Illinois |
| | 7. ZIP CODE: 60606 |
| 8. CASE NUMBER: 22-50073 | 9. JUDICIAL OFFICIAL: Julia Manning |
| DATES OF PROCEEDINGS | 10. FROM: August 1 2022 |
| | 11. TO: August 1 2022 |
| 12. CASE NAME: Ho Wan Kwok | LOCATION OF PROCEEDINGS |
| | 13. CITY: Bridgeport |
| | 14. STATE: Connecticut |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | August 1 2022 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

FILED 2022 AUG 1 PM 2:25 CLERK U.S. BANKRUPTCY COURT DISTRICT OF CONNECTICUT BRIDGEPORT DIVISION

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [x] | [x] | NO. OF COPIES: 1 | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional)

18. SIGNATURE: *(signed)*

19. DATE: 7/30/2022

ESTIMATE TOTAL:

PROCESSED BY:

PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:

COURT ADDRESS:

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)    ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY



ORIGIN ID:CHIA  (312) 750-9889    SHIP DATE: 29JUL22
YONGBING ZHANG                    ACTWGT: 0.50 LB
LAW OFFICES OF YONGBING ZHANG     CAD: 101863083/INET4490
223 W JACKSON BLVD.
SUITE 1012
CHICAGO, IL 60606                 BILL SENDER
UNITED STATES US

TO  **CLERK'S OFFICE**
**U.S. BANKRUPTCY COURT CONNECTICUT**
**915 LAFAYATTE BOULEVARD**

**BRIDGEPORT CT 06604**
(203) 579-5803          REF: MAN XUEMENG BIA APPEAL BRIEF
INV:
PO:                     DEPT:




MON - 01 AUG 4:30P
STANDARD OVERNIGHT

TRK# 7775 3056 7879
0201

**XE BCCA**    06604
              CT-US  BDL



RT 367   8 16:30  78
FZ 369           08