**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------------------------X
                                                                        :
In re:                                                                  :   Chapter 11
                                                                        :
    Ho Wan Kwok,                                     :   Case No. 22-50073 (JAM)
                                                                        :
                                                                        :
    Debtor.[1]                                        :
                                                                        :
------------------------------------------------------------------------X

**CHAPTER 11 TRUSTEE'S NOTICE OF FILING REVISED PROPOSED ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 363, 521, 541, 1108, AND 1505, (A) CONFIRMING THAT CHAPTER 11 TRUSTEE HOLDS ALL OF DEBTOR'S ECONOMIC AND CORPORATE GOVERNANCE RIGHTS IN DEBTOR-CONTROLLED ENTITIES, (B) AUTHORIZING CHAPTER 11 TRUSTEE TO ACT IN ANY FOREIGN COUNTRY ON BEHALF OF ESTATE, AND (C) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on July 23, 2022, Mr. Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), filed the *Motion of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 363, 541, 1108, and 1505, (A) Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities, (B) Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate, and (C) Granting Related Relief* [ECF No. 598] (the "Corporate Governance Rights Motion").[2]

---

[1]     The above-captioned debtor (the "Debtor") is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Corporate Governance Rights Motion.

1

**PLEASE TAKE FURTHER NOTICE** that, on July 31, 2022, the Trustee filed a revised proposed order granting the Corporate Governance Rights Motion [ECF No. 645] (the "Revised Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a further revised proposed order granting the Corporate Governance Rights Motion (the "Further Revised Proposed Order"). Since the filing of the Revised Proposed Order, the Trustee has learned that Genever (BVI) was struck off (*i.e.*, removed from) the BVI corporate registry as a result of its BVI agent having resigned. In order to effectuate the share transfer from Mr. Kwok to the Trustee, Genever (BVI) needs to be returned to good standing on the BVI corporate registry, which requires that it be registered with a new BVI agent. The documents to complete such registration are included as part of Exhibit A to the Further Revised Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2** is a blackline version of the Further Revised Proposed Order marked to show the changes that have been made to the Revised Proposed Order filed on July 31, 2022.[3]

| | |
|---|---|
| Dated: August 2, 2022<br>New Haven, Connecticut | LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE |
| | By: */s/ Patrick R. Linsey*<br>  Douglas S. Skalka (ct00616)<br>  Patrick R. Linsey (ct29437)<br>  NEUBERT, PEPE & MONTEITH, P.C.<br>  195 Church Street, 13th Floor<br>  New Haven, Connecticut 06510<br>  (203) 781-2847<br>  dskalka@npmlaw.com<br>  plinsey@npmlaw.com |

---

[3] No blacklines of the exhibits are included because (a) the share transfer instrument and the related director's resolution attached as Exhibit A to the Further Revised Proposed Order remain unchanged, (b) the transfer-in pack and the related director's resolution are new documents added to Exhibit A to the Further Revised Proposed Order, and (c) the form of letter attached as Exhibit B to the Further Revised Proposed Order has remained unchanged.

   *and*

   Nicholas A. Bassett *(pro hac vice)*
   PAUL HASTINGS LLP
   2050 M Street NW
   Washington, D.C., 20036
   (202) 551-1902
   nicholasbassett@paulhastings.com

   *and*

   Avram E. Luft *(pro hac vice)*
   Douglass Barron *(pro hac vice)*
   PAUL HASTINGS LLP
   200 Park Avenue
   New York, New York 10166
   (212) 318-6079
   aviluft@paulhastings.com

   *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
                                                                     :

In re:                                             :        Chapter 11
                                                        :

HO WAN KWOK,                        :        Case No. 22-50073 (JAM)
                                                         :

                Debtor.              :
                                                         :
------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 2, 2022, the foregoing Notice, and all exhibits and attachments thereto, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[4] Parties may access this filing through the Court's CM/ECF system.

The undersigned further certifies that on August 2, 2022 a copy of the Notice was sent to Bravo Luck Limited by email to its counsel as follows:

    Francis J. Lawall
    Troutman Pepper Hamilton Sanders LLP
    3000 Two Logan Square
    Eighteenth and Arch Streets
    Philadelphia, PA 19103-2799
    Francis.lawall@troutman.com

---

[4] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

Dated:      August 2, 2022
               New Haven, Connecticut

By: */s/ Patrick R. Linsey*
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

   *and*

Nicholas A. Bassett *(pro hac vice)*
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

   *and*

Avram E. Luft *(pro hac vice)*
Douglass Barron *(pro hac vice)*
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*

5