# United States Bankruptcy Court
## District of Connecticut



In re:

    Ho Wan Kwok

Case Number: 22-50073

Chapter: 11

    Debtor*

## ORDER GRANTING MOTION TO EXPEDITE HEARING

    Chapter 11 Trustee Luc A. Despins (the "Movant"), having filed a Motion to Expedite Hearing (the "Motion to Expedite", ECF No. 673), in connection with a Motion for Order Extending Deadline to File Notices of Removal Under Bankruptcy Rule 9027(a) (the "Motion Extending Deadline", ECF No. 672), it appearing that the relief in the Motion to Expedite should be granted; it is hereby

    **ORDERED:** A hearing to consider the Motion Extending Deadline will be held on August 4, 2022 at 1:00 PM by the undersigned Bankruptcy Judge. The hearing will be held remotely using the ZoomGov platform; and it is further

    **ORDERED:** Service of the Order Granting the Motion to Expedite Hearing and the Motion Extending Deadline must be made on all parties-in-interest appearing in this Chapter 11 Case qualified to receive electronic notice via the Court's CM/ECF service, as well as the Debtor, the Official Committee of Unsecured Creditors, and the United States Trustee on or before August 3, 2022 by 12:00 PM; and it is further

    **ORDERED:** A certificate of service demonstrating that the provisions of the Order Granting Motion to Expedite Hearing have been complied with must be filed **on or before** August 3, 2022 by 1:00 PM.

**See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**

Dated:   August 3, 2022

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

\* For the purposes of this order, "Debtor" means "Debtors" where applicable.

## ZOOMGOV CONNECTION INSTRUCTIONS

**Important Policy Notice to the Bar, Public, and Media**
Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073−1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen−shots or any other audio or video reproduction).
A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

## ZOOMGOV REMOTE HEARING INFORMATION FOR PARTICIPANTS

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: **CalendarConnect_BPT@ctb.uscourts.gov**. If you do not have an email address, you may call the Clerk's Office at **(203) 579-5808** for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING−LISTEN ONLY:** If you are not a Remote Hearing Participant but would like to listen to the hearing, please use the court hearing conference line at **1-877-336-1274** and input the Access Code: **1077800** when prompted.

For further instruction and best practices for appearing remotely utilizing ZoomGov, please find the "Procedures and Instructions for Remote Appearances using ZoomGov" on our website at www.ctb.uscourts.gov.