# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 8/3/2022 |
| Case: 22–50073 | Form ID: pdfdoc2 | Total: 11 |

**Recipients of Notice of Electronic Filing:**
```
ust     U. S. Trustee           USTPRegion02.NH.ECF@USDOJ.GOV
tr      Luc A. Despins          lucdespins@paulhastings.com
aty     Avram Emmanuel Luft     aviluft@pauhastings.com
aty     Douglas S. Skalka       dskalka@npmlaw.com
aty     Douglass E. Barron      douglassbarron@pauhastings.com
aty     Holley L. Claiborn      holley.l.claiborn@usdoj.gov
aty     Luc A. Despins          lucdespins@paulhastings.com
aty     Nicholas A. Bassett     nicholasbassett@paulhastings.com
aty     Patrick R. Linsey       plinsey@npmlaw.com
```
TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
aty     Luc A. Despins       Paul Hastings LLP         200 Park Avenue         New York, NY 10166
aty     Steven E. Mackey     Office of the U.S. Trustee      The Giaimo Federal Building       150 Court Street, Room 302        New Haven, CT 06510
```
TOTAL: 2