**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
| HO WAN KWOK, | : | CASE NO. 22-50073 (JAM) |
| Debtor. | : |  |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2022, pursuant to the Court's Order on Motion to Expedite Hearing (ECF No. 674)(the "Hearing Notice"), copies of the Trustee's Motion for Order Extending Deadline to File Notices of Removal Under Bankruptcy Rule 9027(a) (ECF No. 672) and the Hearing Notice were served by electronic mail on the Debtor, the Official Committee of Unsecured Creditors, the United States Trustee, and all parties qualified to receive electronic notice via the Court's CM/ECF service.

Dated: August 3, 2022   LUC A. DESPINS,
New Haven, Connecticut   CHAPTER 11 TRUSTEE

By:  /s/Douglas S. Skalka
Douglas S. Skalka (ct00616)
James C. Graham (ct06064)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000
dskalka@npmlaw.com
plinsey@npmlaw.com