**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                        :

In re:                                    :     Chapter 11
                                          :

HO WAN KWOK,                       :     Case No. 22-50073 (JAM)
                                          :

           Debtor.[1]               :
                                          :

-------------------------------------------------------x

## MOTION FOR ADMISSION *PRO HAC VICE* OF G. ALEXANDER BONGARTZ

Pursuant to Local Rules of Civil Procedure 83.1 (c) and (d) of the United States District Court for the District of Connecticut, incorporated herein by Local Rules of Bankruptcy Procedure 1001-1 and 9083-3, Patrick R. Linsey, a member of the Bar of this Court and a member of the firm of Neubert, Pepe & Monteith, P.C. ("Neubert Pepe"), respectfully moves (the "Motion") this Court to enter an Order admitting G. Alexander Bongartz ("Mr. Bongartz") *pro hac vice* on behalf of Chapter 11 Trustee Luc A. Despins (the "Trustee") in the above-captioned chapter 11 case (the "Case"). In support of this Motion, the undersigned represents the following:

1.        The Trustee has engaged the law firm of Paul Hastings LLP ("Paul Hastings"), 200 Park Avenue, New York, NY 10166, to serve as his counsel and has engaged the law firm of Neubert Pepe to serve as his local counsel in this Case.

2.        Mr. Bongartz is of counsel with Paul Hastings. He is a member in good standing of the bar of the State of New York (Registration No. 4472338) and of the United States District Court for the Southern District of New York. Mr. Bongartz has not been denied admission or

---

[1]    Although the Debtor's legal name is Ho Wan Kwok, he is also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases. The last four digits of the Debtor's taxpayer identification number are 9595.

disciplined by any Court.

3.      Mr. Bongartz has executed an affidavit in connection with this Motion which has been attached hereto as Exhibit A.

4.      The undersigned counsel is a member in good standing of the bar of the State of Connecticut.  The undersigned is also admitted to practice before the United States District Court for the District of Connecticut and the Southern and Eastern Districts of New York.

5.      The undersigned respectfully requests that, pursuant to D. Conn. L. Civ. R. 83.1(d), in the event that this motion is granted, he be excused from attendance at proceedings.  In accordance with D. Conn. L. Civ. R. 83.1(c), the undersigned agrees to accept service on behalf of Mr. Bongartz.

WHEREFORE, Patrick R. Linsey respectfully requests that this Court enter an Order granting G. Alexander Bongartz admission *pro hac vice*.

Dated: August 3, 2022                                   RESPECTFULLY SUBMITTED
       New Haven, Connecticut


                                                        */s/ Patrick R. Linseyh*
                                                        Patrick R. Linsey (ct29437)
                                                        NEUBERT, PEPE & MONTEITH, P.C.
                                                        195 Church Street, 13th Floor
                                                        New Haven, Connecticut 06510
                                                        (203) 781-2847
                                                        plinsey@npmlaw.com

# EXHIBIT
# A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------x
                                                 :
In re:                                           :   Chapter 11
                                                 :
HO WAN KWOK,                                     :   Case No. 22-50073 (JAM)
                                                 :
            Debtor.¹                             :
                                                 :
                                                 :
-------------------------------------------------x
```

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***
**OF G. ALEXANDER BONGARTZ**

STATE OF NEW YORK      )
                       ) ss:  New York
COUNTY OF NEW YORK  )

G. Alexander Bongartz, of full age, deposes and states the following:

1.      I am an attorney and of counsel at the firm of Paul Hastings LLP ("Paul Hastings"),

with an office address of 200 Park Avenue, New York, NY 10166.  The firm's telephone number

is (212) 318-6472, the facsimile number is (212) 303-7072, and my email address is

alexbongartz@paulhastings.com.

2.      Paul Hastings is counsel for Chapter 11 Trustee Luc A. Despins (the "Trustee") in

the above-captioned chapter 11 case.

3.      Pursuant to D. Conn. L. Civ. R. 83.1(c), Patrick R. Linsey of the law firm of

Neubert, Pepe & Monteith, P.C., will serve as my local bankruptcy counsel. Neubert, Pepe &

Monteith, P.C.'s address is 195 Church Street, 13ᵗʰ Floor, New Haven, Connecticut, 06510.

---

¹     Although the Debtor's legal name is Ho Wan Kwok, he is also known as Guo Wengui, Miles Guo, and Miles
      Kwok, as well as numerous other aliases.

4.      Pursuant to D. Conn. L. Civ. R. 83.1(d), I designate the District of Connecticut as the forum for any resolution of any dispute arising out of my admission.

5.      I am a member in good standing of the bar of the State of New York (Registration No. 4472338) and of the United States District Court for the Southern District of New York. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing. Further, I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6.      I have read and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of the Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and will abide by and comply with the substantive and procedural requirements of the local rules and the administrative orders of this Court.

_____
G. Alexander Bongartz

Sworn and subscribed to before me
this 3rd day of August, 2022.

_____
Notary Public
My Commission Expires:

**GUY L. LOREMIL**
Notary Public, State of New York
No. 01LO6083318
Qualified in Nassau County
Commission Expires 11-12-2022

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                         :

In re:                      :    Chapter 11
                         :

HO WAN KWOK,       :    Case No. 22-50073 (JAM)
                         :

        Debtor.[2]      :
                         :

-------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 3, 2022, the foregoing Motion was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's case management/electronic filing (CM/ECF) system or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated: August 3, 2022
     New Haven, Connecticut

                */s/ Patrick R. Linseyh*
                Patrick R. Linsey (ct29437)
                NEUBERT, PEPE & MONTEITH, P.C.
                195 Church Street, 13th Floor
                New Haven, Connecticut 06510
                (203) 781-2847
                plinsey@npmlaw.com

---

[2]   Although the Debtor's legal name is Ho Wan Kwok, he is also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases.