**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                        :
In re:                                  :    Chapter 11
                                        :
HO WAN KWOK,                            :    Case No. 22-50073 (JAM)
                                        :
              Debtor.[1]                :
                                        :
---------------------------------------------------------x

### [PROPOSED] ORDER GRANTING
### MOTION FOR ADMISSION *PRO HAC VICE* OF G. ALEXANDER BONGARTZ

On this __ day of _____, 2022, upon consideration the Motion for Admission *Pro Hac Vice* of G. Alexander Bongartz (the "Motion"), filed by a member of the bar of this Court on behalf of G. Alexander Bongartz ("Mr. Bongartz"), as attorney for Luc A. Despins, Chapter 11 Trustee in the above-captioned chapter 11 case (the "Case"), and any responses thereto, it is hereby

ORDERED, that the Motion is granted, and that Mr. Bongartz is admitted *pro hac vice* to practice in the U.S. District Court for the District of Connecticut in connection with the Case, and with respect to this Case, he shall have all the rights, privileges, and responsibilities of a member of the bar of this Court; and it is further

ORDERED that, pursuant to D. Conn. L. Civ. R. 83.1(d), Mr. Bongartz's sponsoring attorney shall be excused from attendance at proceedings; and it is further

ORDERED that Patrick R. Linsey will receive service on behalf of Mr. Bongartz in accordance with D. Conn. Local Civ. R. 83.1(c), as incorporated by D. Conn. L.B.R. 1001-1 and 9083-3.

---

[1]    Although the Debtor's legal name is Ho Wan Kwok, he is also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases.