# EXHIBIT 5

# PAUL
# HASTINGS

RECEIVED JUL 2 7 2022

1 (212) 318-6001
lucdespins@paulhastings.com

July 25, 2022

**VIA EMAIL AND OVERNIGHT MAIL**

The Honorable Judge James L. Garrity, Jr.
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004-1408
Email: garrity.chambers@nysb.uscourts.gov

Re:   *In re Genever Holdings LLC*, Case No. 20-12411 (JLG)

Dear Judge Garrity:

I am writing to you in my capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Mr. Ho Wan Kwok[1] pending before the United States District Court for the Southern District of Connecticut (the "Connecticut Bankruptcy Court"), Case No. 22-50073 (JAM).[2]

As you may already be aware, Mr. Kwok owns all of the equity in Genever Holdings Corporation ("Genever (BVI)"), a British Virgin Island Corporation, which, in turn, wholly owns Genever Holdings LLC ("Genever (US)"), which is a debtor in a chapter 11 case pending before your Honor, Case No. 20-12411 (JLG). Genever (US) is the registered owner of, among other things, an apartment at the Sherry-Netherland building in New York, New York (the "Sherry Netherland Apartment"), which is currently the subject of a marketing and sale process in Genever (US)'s chapter 11 case before your Honor.[3]

As part of my efforts (in my capacity as the Trustee) to identify and collect assets for the benefit of Mr. Kwok's estate, on Saturday, July 23, 2022, I filed the attached motion in the Connecticut Bankruptcy Court seeking entry of an order confirming that the Trustee holds all of Mr. Kwok's economic and governance rights, for the benefit of Mr. Kwok's estate, with respect to all corporate entities owned and/or controlled by Mr. Kwok, including, without limitation, Genever (BVI) (the "Corporate Governance Rights Motion"), as well as requesting related relief. Concurrently with the filing of the Corporate Governance Rights Motion, I also filed a motion requesting expedited consideration of such motion. Today, the Connecticut Bankruptcy Court granted the motion to expedite, setting a hearing on the Corporate Governance Rights Motion for Monday, August 1, 2022.[4]

As made clear in Corporate Governance Rights Motion, the motion is **not** an attempt to request

> any relief with respect to the chapter 11 case of Genever (US), including any
> modification of the *Second Amended and Restated Settlement Agreement*,

---

[1]   Although the Debtor's legal name is Ho Wan Kwok, he is also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases.

[2]   I was appointed as the Trustee in Mr. Kwok's case by order of the Connecticut Bankruptcy Court, dated July 8, 2022.

[3]   The identity of the true owner of the Sherry-Netherland Apartment is presently subject to dispute.

[4]   Copies of the Corporate Governance Rights Motion, the related motion to expedite, and the Connecticut Bankruptcy Court's order granting the motion to expedite are enclosed with this letter. For the ease of your review, I have highlighted the relevant sections related to Genever (US)'s chapter 11 case (as discussed further below in this letter).

# PAUL
# HASTINGS

July 25, 2022
Page 2

> dated as of September 24, 2021 . . . **Nor should the requested relief, if granted, be deemed to authorize the Trustee to take any particular action with respect to Genever (US) in its chapter 11 cases, with respect to which the Trustee will seek relief from the United States Bankruptcy Court for the Southern District of New York . . . , as may be appropriate.**

Corporate Governance Rights Motion at 2 n.3 (emphasis added). Moreover, the proposed order attached as Exhibit A to the Corporate Governance Rights Motion explicitly provides that "[n]othing in this Order shall be deemed to authorize any particular action with respect to Genever Holdings LLC ("Genever (US)") in its chapter 11 case pending before the United States Bankruptcy Court for the Southern District of New York (the "Genever Court")." Corporate Governance Rights Motion, Proposed Order (Ex. A) ¶ 7. The proposed order also made clear that I "shall appear before, and seek guidance from, the Genever Court to the extent the Trustee's exercise of corporate governance rights with respect to Genever (US) would impact its chapter 11 case." Id.

Nor is it my intention to interfere with the ongoing sales process in Genever (US)'s chapter 11 case before your Honor. I expressly made that point in the Corporate Governance Rights Motion. Id. at 5 n.6.

I understand that your Honor has scheduled a status conference in Genever (US)'s chapter 11 case for August 16, 2022, which I would like to attend, but, unfortunately, I am not available on that date and would ask that the status conference be rescheduled for a date on or after August 22, 2022.

Please let me know if you have any questions regarding any of the foregoing.

Respectfully submitted,

*/s/ Luc A. Despins*
Luc A. Despins
Chapter 11 Trustee


cc: Kevin J. Nash, Goldberg Weprin Finkel Goldstein LLP, Email: kjnash@gwfglaw.com
    Francis J. Lawall, Troutman Pepper Hamilton Sanders LLP, Email: Francis.lawall@troutman.com
    Melanie L. Cyganowski, Otterbourg P.C., Email: mcyganowski@otterbourg.com


Enclosures