**Exhibit B**



Incorporated under the BVI Business Companies Act, 2004

Number of certificate: 1

Number of shares: 1,000

**Genever Holdings Corporation**

This is to certify that Ho Wan Kwok of 49th Floor, Bank of China Tower, No. 1 Garden Road, Central, Hong Kong is the registered holder of One Thousand (1,000) Ordinary shares with USD$0.001 par value each being fully paid in the above-named company, subject to the Memorandum and Articles of Association of the company.

Given under the seal of the company dated 13 February 2015.

For and on behalf of
Elian First Director (BVI) Limited
Director

SN 0161