**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re:                                    :    CHAPTER 11
:
HO WAN KWOK,                              :    CASE NO. 22-50073 (JAM)
:
Debtor.                          :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 4, 2022 the Trustee's Reply in support of the *Motion of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 363, 541, 1108, and 1505, (A) Confirming that Chapter 11 Trustee Holds all of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities, (B) Authorizing Chapter 11 Trustee to Act in Any Foreign Country On Behalf Of Estate, And (C) Granting Related Relief* was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated: August 4, 2022                      LUC A. DESPINS,
      New Haven, Connecticut         CHAPTER 11 TRUSTEE

                                  By:     /s/Douglas S. Skalka
                                        Douglas S. Skalka (ct00616)
                                        Patrick R. Linsey (ct29437)
                                        NEUBERT, PEPE & MONTEITH, P.C.
                                        195 Church Street, 13th Floor
                                        New Haven, Connecticut 06510
                                        (203) 821-2000
                                        dskalka@npmlaw.com
                                        plinsey@npmlaw.com