# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                : Chapter 11
                                      :
HO WAN KWOK,                          : Case No. 22-50073 (JAM)
                                      :
          Debtor.                     :
                                      :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 28, 2022, the foregoing Application was electronically filed. Notice of this filing has been sent by e-mail to all parties by operation of the Court's electronic filing system ("CM/ECF") or by U.S. Mail (sent July 29, 2022) to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

With respect to the Notice Parties, as defined in Local Bankr. R. 2004-1, the following parties will receive notice of this filing by CM/ECF: (i) the Debtor; (ii) the Chapter 11 Trustee; (iii) the United States Trustee; (iv) any official committee; and (v) any party that has filed a notice of appearance in the case, provided however, that parties appearing in the case who are unable to receive electronic notice were served via U.S. Mail. With respect to (vi) the proposed witness, examinee, or party producing documents, (the legal, advisory, or accounting firms identified in **Exhibit B** (the "Examinees")), the Examinees were served via e-mail and by UPS Saturday delivery to the attention of an officer, managing or general agent, and the individuals listed below, as follows:

John Siegal, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
jsiegal@bakerlaw.com

Boies Schiller Flexner LLP
Joshua Irwin Schiller, Esq.
55 Hudson Yards
20th Floor
New York, NY 10001
jischiller@bsfllp.com

William R. Baldiga, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
wbaldiga@brownrudnick.com

Clark Hill PLC
1001 Pennsylvania Ave NW
Suite 1300 South
Washington, DC 20004

Clark Hill PLC
c/o Kali N. Bracey, Esq.
Jenner & Block LLP
1099 New York Ave., NW, Suite 900
Washington, DC 20001-4412
kbracey@jenner.com

Melissa Francis, Esq.
The Francis Firm PLLC
33 W 60th Street, Floor 2
New York, NY 10023
melissaf@gsnyus.com

The Francis Firm PLLC
Melissa Francis, Esq.
33 W 60th Street, Floor 2
New York, NY 10023

Mark A. Harmon, Esq.
Hodgson Russ LLP
605 Third Ave.
New York, NY 10036
mharmon@hodgsonruss.com

Mindy Kamen
Janover LLC
100 Quentin Roosevelt Blvd
Suite 516
Garden City, NY 11530
mindy.kamen@janoverllc.com

Janover LLC
c/o Rory G. Greebel
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604
rory.greebel@wilsonelser.com

Aaron Mitchell, Esq.
Lawall & Mitchell, LLC
55 Madison Avenue
Morristown, NJ 07960
aaron@lmesq.com

Matthew Levine
Elliott Kwok Levine & Jaroslaw LLP
565 Fifth Avenue
New York, NY 10017
mlevine@ekljlaw.com

Brad Karp
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
bkarp@paulweiss.com

Phillips Nizer LLP
485 Lexington Avenue
Floor 14
New York, NY 10017
mlevine@phillipsnizer.com

| | |
|---|---|
| Craig R. Jalbert, CIRA<br>Verdolino & Lowey, P.C.<br>124 Washington St.<br>Foxborough, MA 02035<br>cjalbert@vlpc.com | James C. Riley, Esq.<br>Whitman Breed Abbott & Morgan LLC<br>500 West Putnam Avenue<br>Greenwich, CT 06830<br>jriley@wbamct.com |

The undersigned hereby certifies that the foregoing constitutes service upon all of the Notice Parties.

Dated:   August 4, 2022
         New Haven, Connecticut

LUC DESPINS, as appointed Chapter 11 Trustee for HO WON KWOK

By: */s/ Patrick R. Linsey*
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

    and

    Nicholas A. Bassett *(pro hac vice)*
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

    and

    Avram E. Luft *(pro hac vice)*
    Douglass Barron *(pro hac vice)*
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com
    douglassbarron@paulhastings.com

    *Counsel for the Chapter 11 Trustee*