**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                           :      Chapter 11
:
HO WAN KWOK,                          :      Case No. 22-50073 (JAM)
:
Debtor.                                :
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 28, 2022, the foregoing Application was electronically filed. Notice of this filing has been sent by e-mail to all parties by operation of the Court's electronic filing system ("CM/ECF") or by U.S. Mail (sent July 29, 2022) to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

With respect to the Notice Parties, as defined in Local Bankr. R. 2004-1, the following parties will receive notice of this filing by CM/ECF: (i) the Debtor; (ii) the Chapter 11 Trustee; (iii) the United States Trustee; (iv) any official committee; and (v) any party that has filed a notice of appearance in the case, provided however, that parties appearing in the case who are unable to receive electronic notice were served via U.S. Mail. With respect to (vi) the proposed witness, examinee, or party producing documents, Ho Wan Kwok (the "Examinee"), the Examinee was also served via UPS Saturday delivery as follows:

>Ho Won Kwok
>c/o Golden Spring (New York) Ltd.
>162 East 64th Street
>New York, NY 10065

The undersigned hereby certifies that the foregoing constitutes service upon all of the Notice Parties.

| | | |
|---|---|---|
| Dated: | August 4, 2022<br>New Haven, Connecticut | LUC DESPINS, as appointed Chapter 11 Trustee<br>for HO WON KWOK |

By: */s/ Patrick R. Linsey*
　　Patrick R. Linsey (ct29437)
　　NEUBERT, PEPE & MONTEITH, P.C.
　　195 Church Street, 13th Floor
　　New Haven, Connecticut 06510
　　(203) 781-2847
　　plinsey@npmlaw.com

　　　*and*

　　Nicholas A. Bassett *(pro hac vice)*
　　PAUL HASTINGS LLP
　　2050 M Street NW
　　Washington, D.C., 20036
　　(202) 551-1902
　　nicholasbassett@paulhastings.com

　　　*and*

　　Avram E. Luft *(pro hac vice)*
　　Douglass Barron *(pro hac vice)*
　　PAUL HASTINGS LLP
　　200 Park Avenue
　　New York, New York 10166
　　(212) 318-6079
　　aviluft@paulhastings.com
　　douglassbarron@paulhastings.com

　　*Counsel for the Chapter 11 Trustee*