**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, : Case No. 22-50073 (JAM)
:
Debtor. :
:
---------------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 28, 2022, the foregoing Application was electronically filed. Notice of this filing has been sent by e-mail to all parties by operation of the Court's electronic filing system ("CM/ECF") or by U.S. Mail (sent July 29, 2022) to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

With respect to the Notice Parties, as defined in Local Bankr. R. 2004-1, the following parties will receive notice of this filing by CM/ECF: (i) the Debtor; (ii) the Chapter 11 Trustee; (iii) the United States Trustee; (iv) any official committee; and (v) any party that has filed a notice of appearance in the case, provided however, that parties appearing in the case who are unable to receive electronic notice were served via U.S. Mail. With respect to (vi) the proposed witness, examinee, or party producing documents, the certain family members, business associates, and corporate entities identified in **Exhibit B** (the "Examinees"), the Examinees were served via email, to the extent ascertainable, and by UPS Saturday delivery as follows:

Eastern Profit Corporation Limited
c/o Joanna J. Cline
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
joanna.cline@troutman.com

Qiang Guo
c/o Berkeley Rowe
Marble Arch Park House
116 Park St.
Mayfair, London, UK W1K 6SS
enquiries@berkeleyrowe.com

Bravo Luck Limited
P.O. Box 957
Offshore Incorporations Centre
Road Town, Tortola, British Virgin Islands

Bravo Luck Limited
c/o Francis J. Lawall, Esq.
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Philadelphia, PA 19103-2799
francis.lawall@troutman.com

Golden Spring
162 E. 64th Street
New York, NY 10065

Golden Spring (New York) Ltd.
c/o Timothy D. Miltenberger
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103
tmiltenberger@cbshealaw.com

Lamp Capital LLC
c/o Corporate Creations Network Inc.
3411 Silverside Road, Tatnall
Building Ste 104
Wilmington, DE 19810

Hing Chi Ngok a/k/a Yue Qingzhi a/k/a Hing Chi Ng
373 Taconic Road,
Greenwich, CT 06831

Greenwich Land LLC
169 Rockingstone Ave.
Larchmont, NY, 10538

Greenwich Land LLC
c/o Hing Ch Ngok a/k/a Yue Qingzhi a/k/a Hing Chi Ng
373 Taconic Road,
Greenwich, CT 06831

Qu Guo Jiao
No. 220 Zhongyuanxi Lu, Zhongyuan Qu,
Zhengzhou Shi, PRC

Daniel Thomas Podhaskie, Esq.
800 5th Ave.
Suite 21F
New York, NY 10065
danielp@gsnyus.com

Yvette Wang
Golden Spring
162 E. 64th Street
New York, NY 10065

Yvette Wang
c/o Daniel Alter, Esq.
Abrams Fensterman, LLP
81 Main Street
Suite 400
White Plains, NY 10601
dalter@abramslaw.com

Yvette Wang
c/o Timothy D. Miltenberger, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103
tmiltenberger@cbshealaw.com

Ace Decade Holdings Limited
P.O. Box 957, Offshore Incorporations Centre
Road Town, Tortola, British Virgin Islands

Dawn State Limited
P.O. Box 957, Offshore Incorporations Centre
Road Town, Tortola, British Virgin Islands

Rule of Law Society IV Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Rule of Law Society IV Inc.
c/o Steven J. Reed
Norris Mclaughlin, P.A.
7 Times Square
21st Floor
New York, NY 10036

Rule of Law Foundation III Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Rule of Law Foundation III
c/o Daniel A. Schilling, Esq.
Kaufman Borgeest & Ryan LLP
120 Broadway, 14th Floor
New York, NY 10271
dschilling@kbrlaw.com

GTV Media Group, Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road, Tatnall
Building Ste 104
Wilmington, DE 19810

>GTV Media Group, Inc.
>c/o Aaron Mitchell, Esq.
>Lawall & Mitchell, LLC
>55 Madison Avenue
>Morristown, NJ 07960
>aaron@lmesq.com
>
>Voice of Guo Media, Inc.
>c/o Lihong Wei Lafrenz
>14747 N. Northsight Blvd. Ste 111, #405
>Scottsdale, AZ 85260
>
>Voice of Guo Media, Inc.
>c/o Keith Beauchamp, Esq.
>Coppersmith Brockelman PLC
>2800 N. Central Avenue, Suite 1900
>Phoenix, AZ 85004
>kbeauchamp@cblawyers.com
>
>Saraca Media Group, Inc.
>c/o Corporate Creations Network Inc.
>3411 Silverside Road, Tatnall
>Building Ste 104
>Wilmington, DE 19810
>
>Saraca Media Group, Inc.
>162 E 64th Street
>New York, NY 10065
>
>Saraca Media Group, Inc.
>c/o John Siegal, Esq.
>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, NY 10111
>jsiegal@bakerlaw.com

The undersigned hereby certifies that the foregoing constitutes service upon all of the Notice Parties.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: August 4, 2022<br>New Haven, Connecticut | LUC DESPINS, as appointed Chapter 11 Trustee<br>for HO WON KWOK |

By: */s/ Patrick R. Linsey*
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

    *and*

    Nicholas A. Bassett *(pro hac vice)*
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

    *and*

    Avram E. Luft *(pro hac vice)*
    Douglass Barron *(pro hac vice)*
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com
    douglassbarron@paulhastings.com

    *Counsel for the Chapter 11 Trustee*