**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

----------------------------------------------------------------X
                                                                                                          :

In re:                                                                         :    Chapter 11

     Ho Wan Kwok,                               :    Case No. 22-50073 (JAM)

                    Debtor.[1]                       :

----------------------------------------------------------------X

**RESPONSE AND RESERVATION OF RIGHTS OF**
**VERDOLINO & LOWEY, P.C. TO CHAPTER 11 TRUSTEE'S DISCOVERY MOTION**

      Verdolino & Lowey, P.C. ("VLPC") hereby submits this response in connection with the *Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery with Respect to Various Legal and Financial Advisors to the Debtor* (the "2004 Motion") (Docket No. 637). In response to the 2004 Motion, VLPC states as follows:

## FACTUAL BACKGROUND

      1.     On February 15, 2022, Ho Wan Kwok (the "Debtor") filed for relief under Chapter 11 of the Bankruptcy Code.

      2.     On March 16, 2022, the Debtor filed an application to employ VLPC as counsel (Docket No. 90). The Court held an evidentiary hearing on the Debtor's application on April 27, 2022. The Debtor's application to employ VLPC remains under advisement.

      3.     On June 15, 2022, the Court entered an order directing appointment of a chapter 11 trustee. Docket No. 465. The current chapter 11 trustee, Luc Despins (the "Trustee"), was appointed on July 7, 2022. Docket No. 514.

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

4. On July 28, 2022, the Trustee filed the 2004 Motion, seeking broad discovery of the Debtor's current and former professionals. Docket No. 637.

## RESPONSE

5. VLPC recognizes that the Trustee has generally succeeded to the privileges of the Debtor, including the attorney-client privilege. Notwithstanding the Trustee's authority, VLPC's production of documents and examination may be properly subject to certain legal or ethical limitations, the nature and extent of which will be subject to further discussions with the Trustee and/or the Debtor and, if not fully agreed, may be subject to further orders of this Court.

6. To the extent the 2004 Motion is granted, VLPC reserves all rights to object to any particular discovery request on any basis, including but not limited to the protections afforded to VLPC and other parties by applicable law.

[Remainder of this page intentionally left blank.]

Dated: August 5, 2022

                        **BROWN RUDNICK LLP**

                        By: /s/ *William R. Baldiga*
                        BROWN RUDNICK LLP
                        185 Asylum Street
                        Hartford, CT 06103
                        Attn: Dylan Kletter, Esq.
                        Telephone: (860) 509-6500
                        Facsimile: (860) 509-6653
                        Email: dkletter@brownrudnick.com

                        Seven Times Square
                        New York, NY 10036
                        Attn: William R. Baldiga, Esq. (*pro hac vice*)
                        Attn: Jeffrey L. Jonas, Esq. (*pro hac vice*)
                        Attn: Bennett S. Silverberg, Esq. (*pro hac vice*)
                        Telephone:  (212) 209-4800
                        Facsimile:  (212) 209-4801
                        Email:  wbaldiga@brownrudnick.com
                                    jjonas@brownrudnick.com
                                    bsilverberg@brownrudnick.com

                        *Counsel to Verdolino & Lowey, P.C.*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Ho Wan Kwok, | Case No. 22-50073 |
| Debtor.[1] | |

## CERTIFICATE OF SERVICE

I, William R. Baldiga, hereby certify that on the 5th day of August, 2022, the *Response and Reservation of Rights of Verdolino & Lowey, P.C. to Chapter 11 Trustee's Discovery Motion* was sent by e-mail to all appearing parties by operation of the Court's electronic filing system.

Dated: Aug. 5, 2022

**BROWN RUDNICK LLP**

By: /s/ *William R. Baldiga*
BROWN RUDNICK LLP
185 Asylum Street
Hartford, CT 06103
Attn: Dylan Kletter, Esq.
Telephone: (860) 509-6500
Facsimile: (860) 509-6653
Email: dkletter@brownrudnick.com

Seven Times Square
New York, NY 10036
Attn: William R. Baldiga, Esq. (*pro hac vice*)
    Jeffrey L. Jonas, Esq. (*pro hac vice*)
    Bennett S. Silverberg, Esq. (*pro hac vice*)
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: wbaldiga@brownrudnick.com
    jjonas@brownrudnick.com
    bsilverberg@brownrudnick.com

64800336 v1

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.