# Notice Recipients

District/Off: 0205–5          User: admin                    Date Created: 8/5/2022
Case: 22–50073               Form ID: pdfdoc2               Total: 21

**Recipients of Notice of Electronic Filing:**
ust   U. S. Trustee           USTPRegion02.NH.ECF@USDOJ.GOV
tr    Luc A. Despins          lucdespins@paulhastings.com
aty   Aaron A Mitchell        aaron@lmesq.com
aty   Avram Emmanuel Luft     aviluft@paulhastings.com
aty   Douglas S. Skalka       dskalka@npmlaw.com
aty   Douglass E. Barron      douglassbarron@paulhastings.com
aty   Eric A. Henzy           ehenzy@zeislaw.com
aty   G. Alexander Bongartz   alexbongartz@paulhastings.com
aty   Holley L. Claiborn      holley.l.claiborn@usdoj.gov
aty   Irve J. Goldman         igoldman@pullcom.com
aty   James C. Graham         jgraham@npmlaw.com
aty   James M. Moriarty       jmoriarty@zeislaw.com
aty   Jonathan Kaplan         jkaplan@pullcom.com
aty   Luc A. Despins          lucdespins@paulhastings.com
aty   Lucas Bennett Rocklin   lrocklin@npmlaw.com
aty   Patrick R. Linsey       plinsey@npmlaw.com

TOTAL: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Ho Wan Kwok         373 Taconic Road      Greenwich, CT 06831
dbaty  Brown Rudnick LLP   One Financial Center  Boston, MA 02111
crcm   Pullman & Comley, LLC   850 Main Street   Bridgeport, CT 06601
cr     Brown Rudnick LLP   One Financial Center  Boston, MA 02111
aty    Steven E. Mackey    Office of the U.S. Trustee   The Giaimo Federal Building   150 Court Street, Room
       302    New Haven, CT 06510

TOTAL: 5