United States Bankruptcy Court
District of Connecticut

In re:  
Ho Wan Kwok  
    Debtor

Case No. 22-50073-jam  
Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0205-5 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: pdfdoc2 | Total Noticed: 4 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ho Wan Kwok, 373 Taconic Road, Greenwich, CT 06831-2828 |
| dbaty | + | Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |
| crcm | + | Pullman & Comley, LLC, 850 Main Street, Bridgeport, CT 06604-4988 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ustpregion02.nh.ecf@usdoj.gov | Aug 04 2022 18:19:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Romney | on behalf of Debtor Ho Wan Kwok aromney@zeislaw.com  swenthen@zeislaw.com |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 2 of 4 |
| Date Rcvd: Aug 04, 2022 | Form ID: pdfdoc2 | Total Noticed: 4 |

Aaron Romney
    on behalf of Interested Party Mei Guo aromney@zeislaw.com  swenthen@zeislaw.com

Aaron Romney
    on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney
    on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com  swenthen@zeislaw.com

Aaron Romney
    on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com  swenthen@zeislaw.com

Aaron Romney
    on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com

Aaron A Mitchell
    on behalf of Debtor Ho Wan Kwok aaron@lmesq.com

Annecca H. Smith
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Annecca H. Smith
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Avram Emmanuel Luft
    on behalf of Trustee Luc A. Despins aviluft@paulhastings.com

Carollynn H.G. Callari
    on behalf of Creditor Zheng Wu ccallari@callaripartners.com

Carollynn H.G. Callari
    on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com

Carollynn H.G. Callari
    on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com

David S. Forsh
    on behalf of Creditor Zheng Wu dforsh@callaripartners.com

David S. Forsh
    on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com

David S. Forsh
    on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com

David V. Harbach, II
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com

Douglas S. Skalka
    on behalf of Trustee Luc A. Despins dskalka@npmlaw.com  smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglass E. Barron
    on behalf of Trustee Luc A. Despins douglassbarron@paulhastings.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Debtor Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com

G. Alexander Bongartz
    on behalf of Trustee Luc A. Despins alexbongartz@paulhastings.com

Holley L. Claiborn
    on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Irve J. Goldman
    on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com  rmccoy@pullcom.com

James C. Graham
    on behalf of Trustee Luc A. Despins jgraham@npmlaw.com  sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham
    on behalf of Trustee Luc A Despins jgraham@npmlaw.com  sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 3 of 4 |
| Date Rcvd: Aug 04, 2022 | Form ID: pdfdoc2 | Total Noticed: 4 |

James M. Moriarty
    on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com  kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com  kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Debtor Ho Wan Kwok jmoriarty@zeislaw.com  kjoseph@zeislaw.com

Jay Marshall Wolman
    on behalf of Creditor Logan Cheng jmw@randazza.com  ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman
    on behalf of Plaintiff Logan Cheng jmw@randazza.com  ecf-6898@ecf.pacerpro.com

John L. Cesaroni
    on behalf of Debtor Ho Wan Kwok jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Interested Party Mei Guo jcesaroni@zeislaw.com

Jonathan Kaplan
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com prulewicz@pullcom.com;rmccoy@pullcom.com

Kristin B. Mayhew
    on behalf of Plaintiff Zheng Wu kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Creditor Zheng Wu kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of 20 Largest Creditor Rui Ma kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Rui Ma kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Yang Lan kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Boxun Inc. kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of 20 Largest Creditor Weican Meng kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Weican (Watson) Meng kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Laura Aronsson
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com

Luc A. Despins
    lucdespins@paulhastings.com

Luc A. Despins
    on behalf of Trustee Luc A. Despins lucdespins@paulhastings.com

Lucas Bennett Rocklin
    on behalf of Trustee Luc A. Despins lrocklin@npmlaw.com  NeubertPepeMonteithPC@jubileebk.net

Mia N. Gonzalez
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com

Michael S. Weinstein
    on behalf of Creditor Rong Zhang mweinstein@golenbock.com

Michael S. Weinstein
    on behalf of Creditor Chong Shen Raphanella mweinstein@golenbock.com

Michael S. Weinstein
    on behalf of Creditor Xiaodan Wang mweinstein@golenbock.com

Nicholas A. Bassett
    on behalf of Trustee Luc A. Despins nicholasbassett@paulhastings.com

Patrick M. Birney
    on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com  ctrivigno@rc.com

Patrick M. Birney
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com  ctrivigno@rc.com

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 04, 2022 | Form ID: pdfdoc2 | Total Noticed: 4 |

Patrick M. Birney
　　on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com

Patrick R. Linsey
　　on behalf of Trustee Luc A Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey
　　on behalf of Trustee Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Peter Friedman
　　on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com

Peter Friedman
　　on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com

Peter Friedman
　　on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com

Peter J. Zarella
　　on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com

Peter J. Zarella
　　on behalf of Creditor Zheng Wu pzarella@mdmc-law.com

Peter J. Zarella
　　on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com

Sara Pahlavan
　　on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. spahlavan@omm.com

Scott D. Rosen
　　on behalf of Interested Party Golden Spring (New York) LTD srosen@cb-shea.com msullivan@cbshealaw.com;dtempera@cbshealaw.com

Stephen M. Kindseth
　　on behalf of Interested Party Mei Guo skindseth@zeislaw.com cjervey@zeislaw.com

Stephen M. Kindseth
　　on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth
　　on behalf of Debtor Ho Wan Kwok skindseth@zeislaw.com cjervey@zeislaw.com

Stuart M. Sarnoff
　　on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff
　　on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff
　　on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com

Thomas J. Sansone
　　on behalf of Plaintiff Xiaodan Wang tsansone@carmodylaw.com

Thomas J. Sansone
　　on behalf of Creditor Chong Shen Raphanella tsansone@carmodylaw.com

Thomas J. Sansone
　　on behalf of Creditor Xiaodan Wang tsansone@carmodylaw.com

Thomas J. Sansone
　　on behalf of Plaintiff Chong Shen Raphanella tsansone@carmodylaw.com

Thomas J. Sansone
　　on behalf of Attorney Michael S. Weinstein tsansone@carmodylaw.com

Thomas J. Sansone
　　on behalf of Creditor Rong Zhang tsansone@carmodylaw.com

Thomas J. Sansone
　　on behalf of Plaintiff Rong Zhang tsansone@carmodylaw.com

Timothy D. Miltenberger
　　on behalf of Interested Party Golden Spring (New York) LTD Tmiltenberger@cbshealaw.com msullivan@cbshealaw.com;dtempera@cbshealaw.com

U. S. Trustee
　　USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 81

ct136 04/2019

# United States Bankruptcy Court

## District of Connecticut



In re:

Ho Wan Kwok

Debtor*

Case Number: 22-50073

Chapter: 11

### ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

A Motion for admission for Attorney G. Alexander Bongartz to appear as a visiting attorney was filed on August 3, 2022 (the "Motion", ECF No. 676), by local counsel, Attorney Patrick R. Linsey (the "Sponsoring Attorney"). As the Motion satisfies the requirements of D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 1001-1(b); it is hereby

**ORDERED**: Attorney G. Alexander Bongartz is hereby admitted *pro hac vice* for the purposes of this case only; and it is further

**ORDERED:** The Sponsoring Attorney is excused from attendance in court pursuant to D. Conn. L. Civ. R. 83.1(d)(2).

Dated: August 4, 2022

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.