# Notice Recipients

| District/Off: 0205–5 | User: admin | Date Created: 8/10/2022 |
|---|---|---|
| Case: 22–50073 | Form ID: 112 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr      Luc A. Despins      lucdespins@paulhastings.com
aty     Luc A. Despins      lucdespins@paulhastings.com
aty     Patrick R. Linsey     plinsey@npmlaw.com

                                                                          TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty     Luc A. Despins     Paul Hastings LLP     200 Park Avenue     New York, NY 10166

                                                                          TOTAL: 1