**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                  :   Chapter 11
                                        :
HO WAN KWOK,                            :   Case No. 22-50073 (JAM)
                                        :
          Debtor.                       :
                                        :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 9, 2022, the Court's Notice of Hearing [Docket No. 708] (the "Hearing Notice") was electronically filed. Notice of this filing has been sent by e-mail to all parties by operation of the Court's electronic filing system ("CM/ECF") or by U.S. Mail (sent August 9, 2022) to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

More specifically, with respect to the "Notice Parties," as defined in Local Bankr. R. 2004-1, the following parties will receive notice of this filing by CM/ECF: (i) the Debtor; (ii) the Chapter 11 Trustee; (iii) the United States Trustee; (iv) the Official Committee of Unsecured Creditors; and (v) any party that has filed a notice of appearance in the case, provided however, that parties appearing in the case who are unable to receive electronic notice and have supplied mailing addresses were served via U.S. Mail (mail recipients are specifically set forth below). With respect to (vi) the proposed witnesses, examinees, or parties producing documents (collectively, the "Examinees"), the Debtor was served via CM/ECF and the remaining Examinees were served via e-mail, to the extent available, and by UPS overnight delivery to the individual or officer listed below or, if none, to the attention of an officer, managing or general agent, or, if to a P.O. Box, via U.S. Mail, all as set forth below.

**APPEARING PARTIES UNABLE TO RECEIVE
ELECTRONIC SERVICE SERVED BY FIRST CLASS U.S. MAIL**

Officer, Director, or Managing Agent
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

Chao-Chih Chiu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Steven E. Mackey on behalf of U.S. Trustee
U. S. Trustee
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Officer, Director, or Managing Agent
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601

Officer, Director, or Managing Agent
Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Huizhen Wang
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Yunxia Wu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067

Yongbing Zhang
223 West Jackson Blvd. #1012
Chicago, IL 60606

Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067

*[The remainder of this page is intentionally blank.]*

**EXAMINEES SERVED BY UPS OR U.S. MAIL**

John Siegal, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
jsiegal@bakerlaw.com

Boies Schiller Flexner LLP
Joshua Irwin Schiller, Esq.
55 Hudson Yards
20th Floor
New York, NY 10001
jischiller@bsfllp.com

William R. Baldiga, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
wbaldiga@brownrudnick.com

Clark Hill PLC
1001 Pennsylvania Ave NW
Suite 1300 South
Washington, DC 20004

Clark Hill PLC
c/o Kali N. Bracey, Esq.
Jenner & Block LLP
1099 New York Ave., NW, Suite 900
Washington, DC 20001-4412
kbracey@jenner.com

Melissa Francis, Esq.
The Francis Firm PLLC
33 W 60th Street, Floor 2
New York, NY 10023
melissaf@gsnyus.com

The Francis Firm PLLC
Melissa Francis, Esq.
33 W 60th Street, Floor 2
New York, NY 10023

Mark A. Harmon, Esq.
Hodgson Russ LLP
605 Third Ave.
New York, NY 10036
mharmon@hodgsonruss.com

Mindy Kamen
Janover LLC
100 Quentin Roosevelt Blvd
Suite 516
Garden City, NY 11530
mindy.kamen@janoverllc.com

Janover LLC
c/o Rory G. Greebel
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604
rory.greebel@wilsonelser.com

Aaron Mitchell, Esq.
Lawall & Mitchell, LLC
55 Madison Avenue
Morristown, NJ 07960
aaron@lmesq.com

Matthew Levine
Elliott Kwok Levine & Jaroslaw LLP
565 Fifth Avenue
New York, NY 10017
mlevine@ekljlaw.com

Brad Karp
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
bkarp@paulweiss.com

Phillips Nizer LLP
485 Lexington Avenue
Floor 14
New York, NY 10017
mlevine@phillipsnizer.com

3

Craig R. Jalbert, CIRA
Verdolino & Lowey, P.C.
124 Washington St.
Foxborough, MA 02035
cjalbert@vlpc.com

James C. Riley, Esq.
Whitman Breed Abbott & Morgan LLC
500 West Putnam Avenue
Greenwich, CT 06830
jriley@wbamct.com

Eastern Profit Corporation Limited
c/o Joanna J. Cline
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
joanna.cline@troutman.com

Qiang Guo
c/o Berkeley Rowe
Marble Arch Park House
116 Park St.
Mayfair, London, UK W1K 6SS
enquiries@berkeleyrowe.com

Bravo Luck Limited
P.O. Box 957
Offshore Incorporations Centre
Road Town, Tortola, British Virgin Islands

Bravo Luck Limited
c/o Francis J. Lawall, Esq.
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Philadelphia, PA 19103-2799
francis.lawall@troutman.com

Golden Spring
162 E. 64th Street
New York, NY 10065

Golden Spring (New York) Ltd.
c/o Timothy D. Miltenberger
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103
tmiltenberger@cbshealaw.com

Lamp Capital LLC
c/o Corporate Creations Network Inc.
3411 Silverside Road, Tatnall
Building Ste 104
Wilmington, DE 19810

Hing Chi Ngok a/k/a Yue Qingzhi a/k/a Hing Chi Ng
373 Taconic Road,
Greenwich, CT 06831

Greenwich Land LLC
169 Rockingstone Ave.
Larchmont, NY, 10538

Greenwich Land LLC
c/o Hing Ch Ngok a/k/a Yue Qingzhi a/k/a Hing Chi Ng
373 Taconic Road,
Greenwich, CT 06831

Qu Guo Jiao
No. 220 Zhongyuanxi Lu, Zhongyuan Qu,
Zhengzhou Shi, PRC

Daniel Thomas Podhaskie, Esq.
800 5th Ave.
Suite 21F
New York, NY 10065
danielp@gsnyus.com

Yvette Wang
Golden Spring
162 E. 64th Street
New York, NY 10065
Yvette Wang
c/o Daniel Alter, Esq.
Abrams Fensterman, LLP
81 Main Street
Suite 400
White Plains, NY 10601
dalter@abramslaw.com

4

Yvette Wang
c/o Timothy D. Miltenberger, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103
tmiltenberger@cbshealaw.com

Ace Decade Holdings Limited
P.O. Box 957, Offshore Incorporations Centre
Road Town, Tortola, British Virgin Islands

Dawn State Limited
P.O. Box 957, Offshore Incorporations Centre
Road Town, Tortola, British Virgin Islands

Rule of Law Society IV Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Rule of Law Society IV Inc.
c/o Steven J. Reed
Norris Mclaughlin, P.A.
7 Times Square
21st Floor
New York, NY 10036

Rule of Law Foundation III Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Rule of Law Foundation III
c/o Daniel A. Schilling, Esq.
Kaufman Borgeest & Ryan LLP
120 Broadway, 14th Floor
New York, NY 10271
dschilling@kbrlaw.com

GTV Media Group, Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road, Tatnall
Building Ste 104
Wilmington, DE 19810

GTV Media Group, Inc.
c/o Aaron Mitchell, Esq.
Lawall & Mitchell, LLC
55 Madison Avenue
Morristown, NJ 07960
aaron@lmesq.com

Voice of Guo Media, Inc.
c/o Lihong Wei Lafrenz
14747 N. Northsight Blvd. Ste 111, #405
Scottsdale, AZ 85260

Voice of Guo Media, Inc.
c/o Keith Beauchamp, Esq.
Coppersmith Brockelman PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
kbeauchamp@cblawyers.com

Saraca Media Group, Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road, Tatnall
Building Ste 104
Wilmington, DE 19810

Saraca Media Group, Inc.
162 E 64th Street
New York, NY 10065

Saraca Media Group, Inc.
c/o John Siegal, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
jsiegal@bakerlaw.com

The undersigned hereby certifies that the foregoing constitutes service of the Hearing Notice upon all of the Notice Parties.

Dated:   August 10, 2022                         LUC DESPINS, as appointed Chapter 11 Trustee
         New Haven, Connecticut                  for HO WON KWOK

                                                 By: */s/ Patrick R. Linsey*
                                                    Patrick R. Linsey (ct29437)
                                                    NEUBERT, PEPE & MONTEITH, P.C.
                                                    195 Church Street, 13th Floor
                                                    New Haven, Connecticut 06510
                                                    (203) 781-2847
                                                    plinsey@npmlaw.com

                                                        *and*

                                                    Nicholas A. Bassett *(pro hac vice)*
                                                    PAUL HASTINGS LLP
                                                    2050 M Street NW
                                                    Washington, D.C., 20036
                                                    (202) 551-1902
                                                    nicholasbassett@paulhastings.com

                                                        *and*

                                                    Avram E. Luft *(pro hac vice)*
                                                    Douglass Barron *(pro hac vice)*
                                                    PAUL HASTINGS LLP
                                                    200 Park Avenue
                                                    New York, New York 10166
                                                    (212) 318-6079
                                                    aviluft@paulhastings.com

                                                    *Counsel for the Chapter 11 Trustee*