AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

**FOR COURT USE ONLY**

**DUE DATE:**

| | | |
|---|---|---|
| 1. NAME | 2. PHONE NUMBER | 3. DATE |
| 4. DELIVERY ADDRESS OR EMAIL | 5. CITY | 6. STATE / 7. ZIP CODE |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS |
|---|---|---|
| | | 10. FROM / 11. TO |
| 12. CASE NAME | | LOCATION OF PROCEEDINGS |
| | | 13. CITY / 14. STATE |

15. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: $ 0.00

| 18. SIGNATURE | PROCESSED BY |
|---|---|
| 19. DATE | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | $ 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | $ 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | $ 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# U ITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

**Honorable Julie A. Manning**

12:00 p.m. to 03:40 p.m.
03:50 p.m. to 04:10 p.m.

**Monday August 01 2022**

Current as of 08/01/2022, 11:55 am

luc despins
douglas skalka
holley claiborn
irve goldman
peter friedman
stuart sarnoff
patrick birney
eric henzy
aaron romney
stephen kindseth
kristen mayhew
william baldiga

---

**12:00 PM**  22-50073  Ho Wan Kwok
Ch: 11
Trustee: Luc A. Despins

1

**Matter:**  #146; Motion for Order /Debtor's Motion (I) Setting Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, and (III) Approving Notice Thereof Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor

superseded by ecf 635

---

**12:00 PM**  22-50073  Ho Wan Kwok
Ch: 11
Trustee: Luc A. Despins

2

**Matter:**  #539; Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330 and Bankruptcy Rules 2014 and 2016, Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to Chapter 11 Trustee Filed by Luc A. Despins on behalf of Luc A. Despins, Trustee

granted; order to enter with minor changes

---

**12:00 PM**  22-50073  Ho Wan Kwok
Ch: 11
Trustee: Luc A. Despins

3

**Matter:**  #543; Motion to Withdraw as Attorney Filed by William R. Baldiga on behalf of Brown Rudnick LLP, Debtor's Attorney

VO: granted; further order to enter as to fee application

| | | |
|---|---|---|
| 12:00 PM | 22-50073   Ho Wan Kwok<br>Ch: 11<br>Trustee: Luc A. Despins | |
| | | 4 |
| Matter: | #561; Motion for Relief from Judgment/Order Under Rule 9024 Filed by Eric A. Henzy on behalf of Ho Wan Kwok, Debtor | |
| | rule 60b motion denied and any discovery related | |

| | | |
|---|---|---|
| 12:00 PM | 22-50073   Ho Wan Kwok<br>Ch: 11<br>Trustee: Luc A. Despins | |
| | | 5 |
| Matter: | #569; Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Neubert, Pepe, & Monteith, P.C., as Local and Conflicts Counsel to the Chapter 11 Trustee Filed by Luc A. Despins on behalf of Luc A. Despins, Trustee | |
| | granted; revised order due 8/3/2022 | |

| | | |
|---|---|---|
| 12:00 PM | 22-50073   Ho Wan Kwok<br>Ch: 11<br>Trustee: Luc A. Despins | |
| | | 6 |
| Matter: | #598; Motion for Order Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities; Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate; and Granting Related Relief Filed by Patrick R. Linsey on behalf of Luc A. Despins, Trustee | |
| | db response due 8/4/2022 by 9:00 a.m.<br>continued to 8/4/2022 at 1:00 p.m via zoom | |

| | | |
|---|---|---|
| 12:00 PM | 22-50073   Ho Wan Kwok<br>Ch: 11<br>Trustee: Luc A. Despins | |
| | | 7 |

| | |
|---|---|
| Matter: | #608; Motion to Quash Subpoenas Served by Debtor on Ch. 11 Trustee's Proposed Counsel Filed by Patrick R. Linsey on behalf of Luc A. Despins, Trustee |

moot due to denial of rule 60 motion

---

| | |
|---|---|
| 12:00 PM | 22-50073   Ho Wan Kwok<br>Ch: 11<br>Trustee: Luc A. Despins |

8

| | |
|---|---|
| Matter: | #635 Notice of Filing Proposed Order Establishing Deadlines for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof and Related Documents and Request for Hearing |

hearing held; continued to a date to be determined

---

status conference to be held every 10 days; trustee has 24 hours to give notice whether or not needed;

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

stephen kindseth
aaron romney
eric henzy
luc despins
douglas skalka
holley claiborn
william baldiga
peter friedman

12:00 p.m. to 03:40 p.m.
03:50 p.m. to 04:10 p.m.

**Honorable Julie A. Manning**

**Monday August 01 2022**

Current as of 08/01/2022, 11:55 am

---

12:00 PM  22-50073   Ho Wan Kwok
Ch: 11
Trustee: Luc A. Despins

1

**Matter:** #146; Motion for Order /Debtor's Motion (I) Setting Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, and (III) Approving Notice Thereof Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor

VO: Complete (superseded by 635)

---

12:00 PM  22-50073   Ho Wan Kwok
Ch: 11
Trustee: Luc A. Despins

③ Do order

2

**Matter:** #539; Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330 and Bankruptcy Rules 2014 and 2016, Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to Chapter 11 Trustee Filed by Luc A. Despins on behalf of Luc A. Despins, Trustee

granted; order to enter with minor changes

---

12:00 PM  22-50073   Ho Wan Kwok
Ch: 11
Trustee: Luc A. Despins

wait on Jan  Do order

3

**Matter:** #543; Motion to Withdraw as Attorney Filed by William R. Baldiga on behalf of Brown Rudnick LLP, Debtor's Attorney

VO: granted; further order to enter as to fee application

*[handwritten: Jain Do order ②]*

12:00 PM  22-50073   Ho Wan Kwok
Ch: 11
Trustee: Luc A. Despins

4

**Matter:** #561; Motion for Relief from Judgment/Order Under Rule 9024 Filed by Eric A. Henzy on behalf of Ho Wan Kwok, Debtor

*[handwritten: 5]*

rule 60b motion denied and any discovery related

12:00 PM  22-50073   Ho Wan Kwok
Ch: 11
Trustee: Luc A. Despins

*[handwritten: Do order ④]*

5

**Matter:** #569; Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Neubert, Pepe, & Monteith, P.C., as Local and Conflicts Counsel to the Chapter 11 Trustee Filed by Luc A. Despins on behalf of Luc A. Despins, Trustee

*[handwritten: 7]*

granted; revised order due 8/3/2022

12:00 PM  22-50073   Ho Wan Kwok
Ch: 11
Trustee: Luc A. Despins

6

**Matter:** #598; Motion for Order Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities; Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate; and Granting Related Relief Filed by Patrick R. Linsey on behalf of Luc A. Despins, Trustee

*[handwritten: hh·]*

db response due 8/4/2022 by 9:00 a.m.
continued to 8/4/2022 at 1:00 p.m via zoom

12:00 PM  22-50073   Ho Wan Kwok
Ch: 11
Trustee: Luc A. Despins

7

Matter: #608; Motion to Quash Subpoenas Served by Debtor on Ch. 11 Trustee's Proposed Counsel Filed by Patrick R. Linsey on behalf of Luc A. Despins, Trustee

⑧ moot due to denial of rule 60 motion   No order ⑤

12:00 PM  22-50073  Ho Wan Kwok
Ch: 11
Trustee: Luc A. Despins

8

Matter: #635 Notice of Filing Proposed Order Establishing Deadlines for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof and Related Documents and Request for Hearing

② hrg held; cont'd to date to be determined

status conference to be held every 10 days; trustee has 24 hours to give notice whether or not needed;

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

### Honorable Julie A. Manning

10 – 10:30
11 – 1:29

### Thursday July 21 2022

Current as of 07/21/2022, 9:56 am

---

10:00 AM   22-50314   Mark A. Burgess
Ch: 13
Trustee: Roberta Napolitano

1

**Matter:** ZG #16; Motion to Extend Automatic Stay. Filed by Audra Buckland on behalf of Mark A. Burgess, Debtor

*g through and including confirmation*

---

11:00 AM   22-50073   Ho Wan Kwok
Ch: 11
Trustee: Luc A. Despins

**Matter:** #558; Status Conference

– brief due fm heny + use re
 why zeisler entitled to hold employee
– response due on all 7/27/2022
– hrg 8/1/2022

2

E. henzy
d. Kletter
a. Romney
S. Kindseth
l. despins
d. Skalka
p. linsey
h. Claiborn
p. friedman
Stuart Sarnoff
patrick birney

i. goldner
k. mayhew
c. callari

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

Honorable Julie A. Manning

**Friday July 08 2022**     10:00 - 10:30

Current as of 07/08/2022, 9:26 am

---

10:00 AM  22-50073   Ho Wan Kwok
          Ch: 11

**Matter:**  ZG #515; Application for Order Approving Appointment of Chapter 11 Trustee Filed by Holley L. Claiborn on behalf of U. S. Trustee

Hearing held - order granting to enter for the reasons stated on the record.

---

William Baldiga
Peter Friedman
Irve Goldman
Kristin Mayhew
Holley Claiborn
Luc Despins
Stephen Kindseth
Jay Marshall Wolman
Nick Bassett

**22-50073** Ho Wan Kwok
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 08/02/2022

# Attorneys

**Laura Aronsson**
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
212-728-5841
laronsson@omm.com
  *Assigned: 04/08/2022*
  *LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Kenneth Aulet**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
kaulet@brownrudnick.com
  *Assigned: 04/26/2022*
  *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**William Baldiga**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
New York
212-209-4800
212-209-4801 (fax)
wbaldiga@brownrudnick.com
  *Assigned: 03/01/2022*
  *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**William R. Baldiga**
Brown, Rudnik, Freed & Gesmer
One Financial Center
Boston, MA 02111
(617) 330-9000
617-289-0420 (fax)
wbaldiga@brownrudnick.com
  *Assigned: 03/09/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Douglass E. Barron**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6690
212-230-7690 (fax)
douglassbarron@pauhastings.com

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Trustee)*

| | | |
|---|---|---|
| *Assigned: 07/22/2022*<br>*LEAD ATTORNEY* | | |
| **Nicholas A. Bassett**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1902<br>202-551-0402 (fax)<br>nicholasbassett@paulhastings.com<br> *Assigned: 07/22/2022*<br> *LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Trustee)* |
| **Patrick M. Birney**<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8200<br>(860) 275-8299 (fax)<br>pbirney@rc.com<br> *Assigned: 02/24/2022* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Carollynn H.G. Callari**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>ccallari@callaripartners.com<br> *Assigned: 03/16/2022*<br> *LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |
| **Andrew M. Carty**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>acarty@brownrudnick.com<br> *Assigned: 04/15/2022*<br> *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **John L. Cesaroni**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax) | representing | **Mei Guo**<br>*(Interested Party)* |

| | | |
|---|---|---|
| jcesaroni@zeislaw.com<br>*Assigned: 05/10/2022*<br><br>*Assigned: 07/14/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Holley L. Claiborn**<br>Office of The United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br>(203) 773-2217 (fax)<br>holley.l.claiborn@usdoj.gov<br>*Assigned: 02/28/2022* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*Assigned: 07/12/2022* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Trustee)* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>212-230-7771 (fax)<br>lucdespins@pauhastings.com<br>*Assigned: 07/22/2022*<br>*LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Trustee)* |
| **David S. Forsh**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>dforsh@callaripartners.com<br>*Assigned: 03/17/2022*<br>*LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)*<br><br>**Weican Meng**<br>*(20 Largest Creditor)*<br><br>**Zheng Wu**<br>*(Creditor)* |
| **Peter Friedman**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5302 | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

pfriedman@omm.com
*Assigned: 02/25/2022*
*LEAD ATTORNEY*

**Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604
203-330-2000
203-576-8888 (fax)
igoldman@pullcom.com
*Assigned: 04/05/2022*

representing

**Official Committee of Unsecured Creditors**
*(Creditor Committee)*

**Mia N. Gonzalez**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-728-5698
mgonzalez@omm.com
*Assigned: 04/08/2022*
*LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**James C. Graham**
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
(203)821-2000
(203)821-2009 (fax)
jgraham@npmlaw.com
*Assigned: 07/20/2022*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Trustee)*

**David V. Harbach, II**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5127
dharbach@omm.com
*Assigned: 02/25/2022*
*LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Eric A. Henzy**
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-5495
203-549-0861 (fax)
ehenzy@zeislaw.com
*Assigned: 07/14/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

*Assigned: 07/22/2022*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

| | | |
|---|---|---|
| **Jeffrey L Jonas**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>2122094800<br>212-209-4801 (fax)<br>jjonas@brownrudnick.com<br> Assigned: 04/21/2022<br> LEAD ATTORNEY | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Jonathan Kaplan**<br>Pullman & Comley, LLC<br>90 State House Square<br>Hartford, CT 06103<br>860-424-4379<br>860-424-4370 (fax)<br>jkaplan@pullcom.com<br> Assigned: 04/05/2022 | representing | **Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |
| **Stephen M. Kindseth**<br>Zeisler & Zeisler<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>(203) 368-4234<br>203-367-9678 (fax)<br>skindseth@zeislaw.com<br> Assigned: 04/11/2022 | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
|  Assigned: 05/10/2022 | representing | **Mei Guo**<br>*(Interested Party)* |
|  Assigned: 07/14/2022 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Dylan Kletter**<br>Brown Rudnick LLP<br>185 Asylum Street<br>Hartford, CT 06103<br>860-509-6500<br>dkletter@brownrudnick.com<br> Assigned: 02/15/2022 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br> Assigned: 07/11/2022 | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Trustee)* |
| **Avram Emmanuel Luft** | representing | **Luc A. Despins** |

| | | |
|---|---|---|
| Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6079<br>212-303-7079 (fax)<br>aviluft@pauhastings.com<br>  Assigned: 07/22/2022<br>  LEAD ATTORNEY | | Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Trustee)* |
| **Steven E. Mackey**<br>Office of the U.S. Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br>  Assigned: 03/22/2022 | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Kristin B. Mayhew**<br>McElroy, Deutsch, Mulvaney & Carpenter<br>30 Jeliff Lane<br>Southport, CT 06890<br>(203) 319-4011<br>203-259-0251 (fax)<br>kmayhew@mdmc-law.com<br>  Assigned: 03/15/2022 | representing | **Rui Ma**<br>*(20 Largest Creditor)*<br><br>**Weican Meng**<br>*(20 Largest Creditor)*<br><br>**Zheng Wu**<br>*(Creditor)* |
| **Timothy D. Miltenberger**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103<br>860-493-2200<br>Tmiltenberger@cbshealaw.com<br>  Assigned: 03/31/2022 | representing | **Golden Spring (New York) LTD**<br>*(Interested Party)* |
| **Aaron A Mitchell**<br>Lawall & Mitchell, LLC<br>55 Madison Ave<br>Suite 400<br>Morristown, NJ 07960<br>973-285-3280<br>aaron@lmesq.com<br>  Assigned: 07/11/2022 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **James M. Moriarty**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>Bridgeport, CT 06604 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |

203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
 Assigned: 07/20/2022

**Sara Pahlavan**
O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
415-984-8953
spahlavan@omm.com
 Assigned: 05/05/2022
 LEAD ATTORNEY

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Lucas Bennett Rocklin**
Neubert, Pepe, Monteith, P.C.
195 Church Street,13th Floor
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
lrocklin@npmlaw.com
 Assigned: 07/15/2022

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Trustee)*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
 Assigned: 04/11/2022

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

 Assigned: 05/10/2022

representing

**Mei Guo**
*(Interested Party)*

 Assigned: 07/14/2022

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Scott D. Rosen**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103-4500
(860) 493-2200
860-727-0361 (fax)
srosen@cb-shea.com
 Assigned: 03/28/2022

representing

**Golden Spring (New York) LTD**
*(Interested Party)*

**Thomas J. Sansone**
Carmody Torrance Sandak & Hennessey LLP
195 Church Street

representing

**Chong Shen Raphanella**
*(Creditor)*

P.O. Box 1950
New Haven, CT 06509-1950
(203) 784-3100
203-784-3199 (fax)
tsansone@carmodylaw.com
  *Assigned: 06/24/2022*

|   |   |   |
|---|---|---|
|   |   | **Rong Zhang** *(Creditor)* |
|   |   | **Xiaodan Wang** *(Creditor)* |
| *Assigned: 07/15/2022* | representing | **Michael S. Weinstein** *(Attorney)* |

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
202-326-2293
ssarnoff@omm.com
  *Assigned: 02/25/2022*
  *LEAD ATTORNEY*

representing **Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Bennett Silverberg**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
bsilverberg@brownrudnick.com
  *Assigned: 03/01/2022*
  *LEAD ATTORNEY*

representing **Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Douglas S. Skalka**
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
(203) 821-2000
203-821-2009 (fax)
dskalka@npmlaw.com
  *Assigned: 07/14/2022*

representing **Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Trustee)*

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
860-275-8325
860-275-8299 (fax)
asmith@rc.com
  *Assigned: 02/24/2022*

representing **Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Michael S. Weinstein**
Golenbock Eiseman Assor Bell &
Peskoe LL

representing **Chong Shen Raphanella**
*(Creditor)*

711 Third Avenue
New York, NY 10017
212-907-7347
212-754-0330 (fax)
mweinstein@golenbock.com
 *Assigned: 07/22/2022*
 *LEAD ATTORNEY*

|  |  |  |
|---|---|---|
|  |  | **Rong Zhang**<br>*(Creditor)* |
|  |  | **Xiaodan Wang**<br>*(Creditor)* |
| **Jay Marshall Wolman**<br>Randazza Legal Group, PLLC<br>100 Pearl Street, 14th Floor<br>Hartford, CT 06103<br>702-420-2001<br>jmw@randazza.com<br> *Assigned: 02/17/2022* | representing | **Logan Cheng**<br>c/o Randazza Legal Group, PLLC<br>100 Pearl Street<br>14th Floor<br>Hartford, CT 06103<br>*(Creditor)* |
| **Peter J. Zarella**<br>McElroy, Deutsch, Mulvaney & Carpenter,<br>One State Street, 14th floor<br>Hartford, CT 06103<br>860-241-2688<br>860-522-2796 (fax)<br>pzarella@mdmc-law.com<br> *Assigned: 03/22/2022* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
|  |  | **Weican Meng**<br>*(20 Largest Creditor)* |
|  |  | **Zheng Wu**<br>*(Creditor)* |