AO435 (Rev. 1/90)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

Read Instructions on Back.

| | | |
|---|---|---|
| 1. NAME<br>Yongbing Zhang | 2. PHONE NUMBER<br>3124937158 | 3. DATE<br>08/04/2022 |
| 4. MAILING ADDRESS<br>223 West Jackson Blvd. #1012 | 5. CITY<br>Chicago | 6. STATE  Illinois   7. ZIP CODE  60606 |
| 8. CASE NUMBER<br>22-50073 | 9. JUDICIAL OFFICIAL<br>Julia Manning | DATES OF PROCEEDINGS<br>10. FROM August 1    11. TO August 5 |
| 12. CASE NAME<br>Ho Wan Kwok | 13. CITY | LOCATION OF PROCEEDINGS<br>14. STATE |

15. ORDER FOR
[ ] APPEAL
[ ] NON-APPEAL
[ ] CRIMINAL
[ ] CIVIL
[ ] CRIMINAL JUSTICE ACT
[ ] IN FORMA PAUPERIS
[✓] BANKRUPTCY
[ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | [✓] OTHER (Specify) | August 1 and August 4 |
| [ ] JURY INSTRUCTIONS | | | |
| [ ] SENTENCING | | Fiore Reporting and Transcript Service, Inc | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [✓] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| | | | ESTIMATE TOTAL | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE  *[signature]*

19. DATE  8/4/2022

PROCESSED BY

PHONE NUMBER

COURT ADDRESS

FILED 2022 AUG 10 P 1:44
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

TRANSCRIPT TO BE PREPARED BY

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE |

ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY

(Previous editions of this form may still be used)

ORIGINAL - COURT COPY

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

**Honorable Julie A. Manning**

**Thursday August 04 2022**

Current as of 08/04/2022, 12:13 pm

1:00 pm to 2:30 p.m.
3:30 p.m. to 4:40 p.m.

sarnoff
goldman
friedman
linsey
despins
birney
claiborn
mayhew
henzy
kindseth
bongartz
wolman

---

01:00 PM   22-50073   Ho Wan Kwok
           Ch: 11
           Trustee: Luc A. Despins

1

Matter:    ZG #672; Motion for Order Extending Deadline to File Notices of Removal Under Bankruptcy Rule 9027(a) Filed by Patrick R. Linsey on behalf of Luc A. Despins, Trustee

granted; prior motion withdrawn on the record by the trustee

---

01:00 PM   22-50073   Ho Wan Kwok
           Ch: 11
           Trustee: Luc A. Despins

2

Matter:    ZG #598; Motion for Order Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities; Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate; and Granting Related Relief Filed by Patrick R. Linsey on behalf of Luc A. Despins, Trustee.

grante; revised order to be submitted and circulated to all parties present

# U ITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

**Honorable Julie A. Manning**

**Monday August 01 2022**

Current as of 08/01/2022, 11:55 am

12:00 p.m. to 03:40 p.m.
03:50 p.m. to 04:10 p.m.

luc despins
douglas skalka
holley claiborn
irve goldman
peter friedman
stuart sarnoff
patrick birney
eric henzy
aaron romney
stephen kindseth
kristen mayhew
william baldiga

---

**12:00 PM**   22-50073   Ho Wan Kwok
　　　　　　　　Ch: 11
　　　　　　　　Trustee: Luc A. Despins

1

**Matter:**   #146; Motion for Order /Debtor's Motion (I) Setting Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, and (III) Approving Notice Thereof Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor

superseded by ecf 635

---

**12:00 PM**   22-50073   Ho Wan Kwok
　　　　　　　　Ch: 11
　　　　　　　　Trustee: Luc A. Despins

2

**Matter:**   #539; Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330 and Bankruptcy Rules 2014 and 2016, Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to Chapter 11 Trustee Filed by Luc A. Despins on behalf of Luc A. Despins, Trustee

granted; order to enter with minor changes

---

**12:00 PM**   22-50073   Ho Wan Kwok
　　　　　　　　Ch: 11
　　　　　　　　Trustee: Luc A. Despins

3

**Matter:**   #543; Motion to Withdraw as Attorney Filed by William R. Baldiga on behalf of Brown Rudnick LLP, Debtor's Attorney

VO: granted; further order to enter as to fee application

|          |                                                                 | 4 |
|----------|-----------------------------------------------------------------|---|
| 12:00 PM | 22-50073   Ho Wan Kwok<br>Ch: 11<br>Trustee: Luc A. Despins      |   |

Matter:   #561; Motion for Relief from Judgment/Order Under Rule 9024 Filed by Eric A. Henzy on behalf of Ho Wan Kwok, Debtor

rule 60b motion denied and any discovery related

|          |                                                                 | 5 |
|----------|-----------------------------------------------------------------|---|
| 12:00 PM | 22-50073   Ho Wan Kwok<br>Ch: 11<br>Trustee: Luc A. Despins      |   |

Matter:   #569; Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Neubert, Pepe, & Monteith, P.C., as Local and Conflicts Counsel to the Chapter 11 Trustee Filed by Luc A. Despins on behalf of Luc A. Despins, Trustee

granted; revised order due 8/3/2022

|          |                                                                 | 6 |
|----------|-----------------------------------------------------------------|---|
| 12:00 PM | 22-50073   Ho Wan Kwok<br>Ch: 11<br>Trustee: Luc A. Despins      |   |

Matter:   #598; Motion for Order Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities; Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate; and Granting Related Relief Filed by Patrick R. Linsey on behalf of Luc A. Despins, Trustee

db response due 8/4/2022 by 9:00 a.m.
continued to 8/4/2022 at 1:00 p.m via zoom

|          |                                                                 | 7 |
|----------|-----------------------------------------------------------------|---|
| 12:00 PM | 22-50073   Ho Wan Kwok<br>Ch: 11<br>Trustee: Luc A. Despins      |   |

| | |
|---|---|
| Matter: | #608; Motion to Quash Subpoenas Served by Debtor on Ch. 11 Trustee's Proposed Counsel Filed by Patrick R. Linsey on behalf of Luc A. Despins, Trustee |

moot due to denial of rule 60 motion

---

| | |
|---|---|
| 12:00 PM | 22-50073   Ho Wan Kwok<br>Ch: 11<br>Trustee: Luc A. Despins |

8

| | |
|---|---|
| Matter: | #635 Notice of Filing Proposed Order Establishing Deadlines for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof and Related Documents and Request for Hearing |

hearing held; continued to a date to be determined

---

status conference to be held every 10 days; trustee has 24 hours to give notice whether or not needed;

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

stephen kindseth
aaron romney
eric henzy
luc despins
douglas skalka
holley claiborn
william baldiga
peter friedman

12:00 p.m. to 03:40 p.m.
03:50 p.m. to 04:10 p.m.

**Honorable Julie A. Manning**

**Monday August 01 2022**

Current as of 08/01/2022, 11:55 am

---

12:00 PM  22-50073   Ho Wan Kwok
          Ch: 11
          Trustee: Luc A. Despins

1

**Matter:** #146; Motion for Order /Debtor's Motion (I) Setting Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, and (III) Approving Notice Thereof Filed by William R. Baldiga on behalf of Ho Wan Kwok, Debtor

✓ VO ① Complete (superseded by 635)

---

12:00 PM  22-50073   Ho Wan Kwok
          Ch: 11
          Trustee: Luc A. Despins

③ Do order

2

**Matter:** #539; Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330 and Bankruptcy Rules 2014 and 2016, Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to Chapter 11 Trustee Filed by Luc A. Despins on behalf of Luc A. Despins, Trustee

granted; order to enter with minor changes

---

12:00 PM  22-50073   Ho Wan Kwok
          Ch: 11
          Trustee: Luc A. Despins

wait on Jan  & Do order

3

**Matter:** #543; Motion to Withdraw as Attorney Filed by William R. Baldiga on behalf of Brown Rudnick LLP, Debtor's Attorney

VO: granted; further order to enter as to fee application

*(handwritten annotations: "② Do order", circled "5")*

12:00 PM  22-50073   Ho Wan Kwok
          Ch: 11
          Trustee: Luc A. Despins

                                                                                    4

**Matter:** #561; Motion for Relief from Judgment/Order Under Rule 9024 Filed by Eric A. Henzy on behalf of Ho Wan Kwok, Debtor

rule 60b motion denied and any discovery related

12:00 PM  22-50073   Ho Wan Kwok
          Ch: 11
          Trustee: Luc A. Despins

*(handwritten: "Do order ④", circled "7")*

                                                                                    5

**Matter:** #569; Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Neubert, Pepe, & Monteith, P.C., as Local and Conflicts Counsel to the Chapter 11 Trustee Filed by Luc A. Despins on behalf of Luc A. Despins, Trustee

granted; revised order due 8/3/2022

12:00 PM  22-50073   Ho Wan Kwok
          Ch: 11
          Trustee: Luc A. Despins

                                                                                    6

**Matter:** #598; Motion for Order Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities; Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate; and Granting Related Relief Filed by Patrick R. Linsey on behalf of Luc A. Despins, Trustee

*(handwritten: "hh")*

db response due 8/4/2022 by 9:00 a.m.
continued to 8/4/2022 at 1:00 p.m via zoom

12:00 PM  22-50073   Ho Wan Kwok
          Ch: 11
          Trustee: Luc A. Despins

                                                                                    7

Matter: #608; Motion to Quash Subpoenas Served by Debtor on Ch. 11 Trustee's Proposed Counsel Filed by Patrick R. Linsey on behalf of Luc A. Despins, Trustee

(8) moot due to denial of rule 60 motion   No order

12:00 PM   22-50073   Ho Wan Kwok
           Ch: 11
           Trustee: Luc A. Despins

8

Matter: #635 Notice of Filing Proposed Order Establishing Deadlines for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof and Related Documents and Request for Hearing

(2) hrg held; cont'd to date to be determined

status conference to be held every 10 days; trustee has 24 hours to give notice whether or not needed;

**22-50073** Ho Wan Kwok
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 08/02/2022

# Attorneys

**Laura Aronsson**
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
212-728-5841
laronsson@omm.com
*Assigned: 04/08/2022*
*LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Kenneth Aulet**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
kaulet@brownrudnick.com
*Assigned: 04/26/2022*
*LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**William Baldiga**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
New York
212-209-4800
212-209-4801 (fax)
wbaldiga@brownrudnick.com
*Assigned: 03/01/2022*
*LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**William R. Baldiga**
Brown, Rudnik, Freed & Gesmer
One Financial Center
Boston, MA 02111
(617) 330-9000
617-289-0420 (fax)
wbaldiga@brownrudnick.com
*Assigned: 03/09/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Douglass E. Barron**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6690
212-230-7690 (fax)
douglassbarron@pauhastings.com

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Trustee)*

Assigned: 07/22/2022
*LEAD ATTORNEY*

| | | |
|---|---|---|
| **Nicholas A. Bassett**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1902<br>202-551-0402 (fax)<br>nicholasbassett@paulhastings.com<br>  Assigned: 07/22/2022<br>  *LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Trustee)* |
| **Patrick M. Birney**<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8200<br>(860) 275-8299 (fax)<br>pbirney@rc.com<br>  Assigned: 02/24/2022 | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Carollynn H.G. Callari**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>ccallari@callaripartners.com<br>  Assigned: 03/16/2022<br>  *LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |
| **Andrew M. Carty**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>acarty@brownrudnick.com<br>  Assigned: 04/15/2022<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **John L. Cesaroni**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax) | representing | **Mei Guo**<br>*(Interested Party)* |

jcesaroni@zeislaw.com
*Assigned: 05/10/2022*

*Assigned: 07/14/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
(203) 773-2217 (fax)
holley.l.claiborn@usdoj.gov
*Assigned: 02/28/2022*

representing

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*Assigned: 07/12/2022*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Trustee)*

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
212-230-7771 (fax)
lucdespins@pauhastings.com
*Assigned: 07/22/2022*
*LEAD ATTORNEY*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Trustee)*

**David S. Forsh**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
dforsh@callaripartners.com
*Assigned: 03/17/2022*
*LEAD ATTORNEY*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

**Peter Friedman**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5302

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

pfriedman@omm.com
*Assigned: 02/25/2022*
*LEAD ATTORNEY*

**Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604
203-330-2000
203-576-8888 (fax)
igoldman@pullcom.com
*Assigned: 04/05/2022*

representing

**Official Committee of Unsecured Creditors**
*(Creditor Committee)*

**Mia N. Gonzalez**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-728-5698
mgonzalez@omm.com
*Assigned: 04/08/2022*
*LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**James C. Graham**
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
(203)821-2000
(203)821-2009 (fax)
jgraham@npmlaw.com
*Assigned: 07/20/2022*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Trustee)*

**David V. Harbach, II**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5127
dharbach@omm.com
*Assigned: 02/25/2022*
*LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Eric A. Henzy**
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-5495
203-549-0861 (fax)
ehenzy@zeislaw.com
*Assigned: 07/14/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

*Assigned: 07/22/2022*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

| | | |
|---|---|---|
| **Jeffrey L Jonas**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>2122094800<br>212-209-4801 (fax)<br>jjonas@brownrudnick.com<br>  Assigned: 04/21/2022<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Jonathan Kaplan**<br>Pullman & Comley, LLC<br>90 State House Square<br>Hartford, CT 06103<br>860-424-4379<br>860-424-4370 (fax)<br>jkaplan@pullcom.com<br>  Assigned: 04/05/2022 | representing | **Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |
| **Stephen M. Kindseth**<br>Zeisler & Zeisler<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>(203) 368-4234<br>203-367-9678 (fax)<br>skindseth@zeislaw.com<br>  Assigned: 04/11/2022 | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
|   Assigned: 05/10/2022 | representing | **Mei Guo**<br>*(Interested Party)* |
|   Assigned: 07/14/2022 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Dylan Kletter**<br>Brown Rudnick LLP<br>185 Asylum Street<br>Hartford, CT 06103<br>860-509-6500<br>dkletter@brownrudnick.com<br>  Assigned: 02/15/2022 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>  Assigned: 07/11/2022 | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Trustee)* |
| **Avram Emmanuel Luft** | representing | **Luc A. Despins** |

Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6079
212-303-7079 (fax)
aviluft@pauhastings.com
  Assigned: 07/22/2022
  LEAD ATTORNEY

Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Trustee)*

**Steven E. Mackey**
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
  Assigned: 03/22/2022

representing

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

**Kristin B. Mayhew**
McElroy, Deutsch, Mulvaney & Carpenter
30 Jeliff Lane
Southport, CT 06890
(203) 319-4011
203-259-0251 (fax)
kmayhew@mdmc-law.com
  Assigned: 03/15/2022

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

**Timothy D. Miltenberger**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103
860-493-2200
Tmiltenberger@cbshealaw.com
  Assigned: 03/31/2022

representing

**Golden Spring (New York) LTD**
*(Interested Party)*

**Aaron A Mitchell**
Lawall & Mitchell, LLC
55 Madison Ave
Suite 400
Morristown, NJ 07960
973-285-3280
aaron@lmesq.com
  Assigned: 07/11/2022

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

| | | |
|---|---|---|
| 203-368-4234<br>203-549-0907 (fax)<br>jmoriarty@zeislaw.com<br>*Assigned: 07/20/2022* | | |
| **Sara Pahlavan**<br>O'Melveny & Myers LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111-3823<br>415-984-8953<br>spahlavan@omm.com<br>*Assigned: 05/05/2022*<br>*LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Lucas Bennett Rocklin**<br>Neubert, Pepe, Monteith, P.C.<br>195 Church Street,13th Floor<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>lrocklin@npmlaw.com<br>*Assigned: 07/15/2022* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Trustee)* |
| **Aaron Romney**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>aromney@zeislaw.com<br>*Assigned: 04/11/2022* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| *Assigned: 05/10/2022* | representing | **Mei Guo**<br>*(Interested Party)* |
| *Assigned: 07/14/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Scott D. Rosen**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103-4500<br>(860) 493-2200<br>860-727-0361 (fax)<br>srosen@cb-shea.com<br>*Assigned: 03/28/2022* | representing | **Golden Spring (New York) LTD**<br>*(Interested Party)* |
| **Thomas J. Sansone**<br>Carmody Torrance Sandak & Hennessey LLP<br>195 Church Street | representing | **Chong Shen Raphanella**<br>*(Creditor)* |

P.O. Box 1950  
New Haven, CT 06509-1950  
(203) 784-3100  
203-784-3199 (fax)  
tsansone@carmodylaw.com  
  Assigned: 06/24/2022

|  |  |  |
|---|---|---|
|  |  | **Rong Zhang**<br>*(Creditor)* |
|  |  | **Xiaodan Wang**<br>*(Creditor)* |
| Assigned: 07/15/2022 | representing | **Michael S. Weinstein**<br>*(Attorney)* |

**Stuart M. Sarnoff**  
O'Melveny & Myers LLP  
Times Square Tower  
7 Times Square  
New York, NY 10036  
202-326-2293  
ssarnoff@omm.com  
  Assigned: 02/25/2022  
  LEAD ATTORNEY

representing **Pacific Alliance Asia Opportunity Fund L.P.**  
*(20 Largest Creditor)*

**Bennett Silverberg**  
Brown Rudnick LLP  
Seven Times Square  
New York, NY 10036  
212-209-4800  
212-209-4801 (fax)  
bsilverberg@brownrudnick.com  
  Assigned: 03/01/2022  
  LEAD ATTORNEY

representing **Ho Wan Kwok**  
373 Taconic Road  
Greenwich, CT 06831  
*(Debtor)*

**Douglas S. Skalka**  
Neubert, Pepe, and Monteith  
195 Church Street, 13th Floor  
New Haven, CT 06510  
(203) 821-2000  
203-821-2009 (fax)  
dskalka@npmlaw.com  
  Assigned: 07/14/2022

representing **Luc A. Despins**  
Paul Hastings LLP  
200 Park Avenue  
New York, NY 10166  
212-318-6001  
lucdespins@paulhastings.com  
*(Trustee)*

**Annecca H. Smith**  
Robinson & Cole, LLP  
280 Trumbull Street  
Hartford, CT 06103  
860-275-8325  
860-275-8299 (fax)  
asmith@rc.com  
  Assigned: 02/24/2022

representing **Pacific Alliance Asia Opportunity Fund L.P.**  
*(20 Largest Creditor)*

**Michael S. Weinstein**  
Golenbock Eiseman Assor Bell & Peskoe LL

representing **Chong Shen Raphanella**  
*(Creditor)*

711 Third Avenue  
New York, NY 10017  
212-907-7347  
212-754-0330 (fax)  
mweinstein@golenbock.com  
*Assigned: 07/22/2022*  
*LEAD ATTORNEY*

|  |  |  |
|---|---|---|
|  |  | **Rong Zhang**<br>*(Creditor)* |
|  |  | **Xiaodan Wang**<br>*(Creditor)* |
| **Jay Marshall Wolman**<br>Randazza Legal Group, PLLC<br>100 Pearl Street, 14th Floor<br>Hartford, CT 06103<br>702-420-2001<br>jmw@randazza.com<br>*Assigned: 02/17/2022* | representing | **Logan Cheng**<br>c/o Randazza Legal Group, PLLC<br>100 Pearl Street<br>14th Floor<br>Hartford, CT 06103<br>*(Creditor)* |
| **Peter J. Zarella**<br>McElroy, Deutsch, Mulvaney & Carpenter,<br>One State Street, 14th floor<br>Hartford, CT 06103<br>860-241-2688<br>860-522-2796 (fax)<br>pzarella@mdmc-law.com<br>*Assigned: 03/22/2022* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
|  |  | **Weican Meng**<br>*(20 Largest Creditor)* |
|  |  | **Zheng Wu**<br>*(Creditor)* |