United States Bankruptcy Court
District of Connecticut

| | |
|---|---|
| In re: | Case No. 22-50073-jam |
| Ho Wan Kwok | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 08, 2022 | Form ID: 138 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ho Wan Kwok, 373 Taconic Road, Greenwich, CT 06831-2828 |
| aty | + | Luc A. Despins, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| dbaty | + | Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |
| cr | | Chao-Chih Chiu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2367 |
| cr | + | Keyi Zilkie, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| cr | + | Logan Cheng, c/o Randazza Legal Group, PLLC, 100 Pearl Street, 14th Floor, Hartford, CT 06103-4500 |
| crcm | + | Pullman & Comley, LLC, 850 Main Street, Bridgeport, CT 06604-4988 |
| intp | + | Yongbing Zhang, 223 West Jackson Bl;vd. #1012, Chicago, IL 60606-6916 |
| cr | + | Yunxia Wu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| 20 | | Huizhen Wang, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2367 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | Aug 08 2022 18:18:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |
| ca | + | Email/Text: cr-info@stretto.com | Aug 08 2022 18:18:00 | Stretto, 410 Exchange, Suite 100, Irvine, CA 92602-1331 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Michael S. Weinstein |
| cr | | Baosheng Guo |
| cr | | Chong Shen Raphanella |
| intp | | Golden Spring (New York) LTD |
| intp | | HK International Funds Investments (USA) Limited, |
| intp | | Mei Guo |
| cr | | Ning Ye |
| crcm | | Official Committee of Unsecured Creditors |
| cr | | Rong Zhang |
| cr | | Xiaodan Wang |
| cr | | Yan Zhao |
| cr | | Zheng Wu |
| 20 | | Pacific Alliance Asia Opportunity Fund L.P. |
| 20 | | Rui Ma |
| 20 | | Weican Meng |
| cr | *+ | Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |

TOTAL: 15 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 2 of 5 |
| Date Rcvd: Aug 08, 2022 | Form ID: 138 | Total Noticed: 12 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2022       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2022 at the address(es) listed below:**

**Name** — **Email Address**

Aaron Romney
on behalf of Plaintiff HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney
on behalf of Debtor Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com

Aaron Romney
on behalf of Interested Party Mei Guo aromney@zeislaw.com swenthen@zeislaw.com

Aaron Romney
on behalf of Interested Party HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney
on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com

Aaron Romney
on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com

Aaron A Mitchell
on behalf of Debtor Ho Wan Kwok aaron@lmesq.com

Annecca H. Smith
on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Annecca H. Smith
on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Avram Emmanuel Luft
on behalf of Trustee Luc A. Despins aviluft@paulhastings.com

Carollynn H.G. Callari
on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com

Carollynn H.G. Callari
on behalf of Creditor Zheng Wu ccallari@callaripartners.com

Carollynn H.G. Callari
on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com

David S. Forsh
on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com

David S. Forsh
on behalf of Creditor Zheng Wu dforsh@callaripartners.com

David S. Forsh
on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com

David V. Harbach, II
on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com

Douglas S. Skalka
on behalf of Trustee Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 3 of 5 |
| Date Rcvd: Aug 08, 2022 | Form ID: 138 | Total Noticed: 12 |

Douglass E. Barron
    on behalf of Trustee Luc A. Despins douglassbarron@paulhastings.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Interested Party HK International Funds Investments (USA) Limited LLC ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Debtor Ho Wan Kwok ehenzy@zeislaw.com cjervey@zeislaw.com

G. Alexander Bongartz
    on behalf of Trustee Luc A. Despins alexbongartz@paulhastings.com

Holley L. Claiborn
    on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Irve J. Goldman
    on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com rmccoy@pullcom.com

James C. Graham
    on behalf of Trustee Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham
    on behalf of Trustee Luc A Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James M. Moriarty
    on behalf of Debtor Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com

Jay Marshall Wolman
    on behalf of Plaintiff Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman
    on behalf of Creditor Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com

John L. Cesaroni
    on behalf of Debtor Ho Wan Kwok jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Interested Party Mei Guo jcesaroni@zeislaw.com

Jonathan Kaplan
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com prulewicz@pullcom.com;rmccoy@pullcom.com

Kristin B. Mayhew
    on behalf of Plaintiff Zheng Wu kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Creditor Zheng Wu kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of 20 Largest Creditor Rui Ma kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Rui Ma kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Yang Lan kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Boxun Inc. kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of 20 Largest Creditor Weican Meng kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Weican (Watson) Meng kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Laura Aronsson

| District/off: 0205-5 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 08, 2022 | Form ID: 138 | Total Noticed: 12 |

| | |
|---|---|
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com |
| Luc A. Despins | lucdespins@paulhastings.com |
| Luc A. Despins | on behalf of Trustee Luc A. Despins lucdespins@paulhastings.com |
| Lucas Bennett Rocklin | on behalf of Trustee Luc A. Despins lrocklin@npmlaw.com NeubertPepeMonteithPC@jubileebk.net |
| Mia N. Gonzalez | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com |
| Michael S. Weinstein | on behalf of Creditor Xiaodan Wang mweinstein@golenbock.com |
| Michael S. Weinstein | on behalf of Creditor Rong Zhang mweinstein@golenbock.com |
| Michael S. Weinstein | on behalf of Creditor Chong Shen Raphanella mweinstein@golenbock.com |
| Nicholas A. Bassett | on behalf of Trustee Luc A. Despins nicholasbassett@paulhastings.com |
| Patrick M. Birney | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com |
| Patrick M. Birney | on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com |
| Patrick M. Birney | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com |
| Patrick R. Linsey | on behalf of Trustee Luc A Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Trustee Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Peter Friedman | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter Friedman | on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter Friedman | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of Creditor Zheng Wu pzarella@mdmc-law.com |
| Sara Pahlavan | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. spahlavan@omm.com |
| Scott D. Rosen | on behalf of Interested Party Golden Spring (New York) LTD srosen@cb-shea.com msullivan@cbshealaw.com;dtempera@cbshealaw.com |
| Stephen M. Kindseth | on behalf of Debtor Ho Wan Kwok skindseth@zeislaw.com cjervey@zeislaw.com |
| Stephen M. Kindseth | on behalf of Interested Party Mei Guo skindseth@zeislaw.com cjervey@zeislaw.com |
| Stephen M. Kindseth | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC skindseth@zeislaw.com, cjervey@zeislaw.com |
| Stuart M. Sarnoff | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com |
| Stuart M. Sarnoff | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com |

| | |
|---|---|
| Stuart M. Sarnoff | on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com  stuart-sarnoff-1059@ecf.pacerpro.com |
| Thomas J. Sansone | on behalf of Plaintiff Xiaodan Wang tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Creditor Chong Shen Raphanella tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Creditor Xiaodan Wang tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Plaintiff Chong Shen Raphanella tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Attorney Michael S. Weinstein tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Creditor Rong Zhang tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Plaintiff Rong Zhang tsansone@carmodylaw.com |
| Timothy D. Miltenberger | on behalf of Interested Party Golden Spring (New York) LTD Tmiltenberger@cbshealaw.com msullivan@cbshealaw.com;dtempera@cbshealaw.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| William R. Baldiga | on behalf of Creditor Brown Rudnick LLP wbaldiga@brownrudnick.com |

TOTAL: 82

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
August 8, 2022

In re:
    Ho Wan Kwok
    Debtor*

Case Number: 22−50073
Chapter: 11

### ORDER SCHEDULING STATUS CONFERENCE

**ORDERED:** A Status Conference will be held remotely using the ZoomGov platform pursuant to the Court's General Order #4 Regarding Court Operations under the Exigent Circumstances Created by COVID−19 on August 12, 2022 at 10:00 AM , to consider and act upon the following matter(s):

Chapter 11 Voluntary Petition Filed by Ho Wan Kwok (Re: Doc #1). ; and it is further

**ORDERED:** Counsel for the parties to the matter(s) listed herein, or the parties if not represented by counsel, shall appear before this Court at the Status Conference .

**See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**

Dated: August 8, 2022

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov

*For the purposes of this order, "Debtor" means "Debtors" where applicable.

**Important Policy Notice to the Bar, Public, and Media**

Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073−1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen−shots or any other audio or video reproduction).

A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

**ZOOMGOV REMOTE HEARING INFORMATION FOR PARTICIPANTS :**

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (203)579−5808 for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING−LISTEN ONLY**: If you are **not a Remote Hearing Participant** but would like to listen to the hearing, please use the court hearing conference line at 1−877−336−1274 and input the Access Code: 1077800 when prompted.