# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, | Case No. 22-50073 (JAM) |
| Debtor. | |

### AFFIDAVIT OF TRISTAN G. AXELROD IN SUPPORT OF MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE*

TRISTAN G. AXELROD, being duly sworn, states:

1. I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this affidavit. I respectfully apply for this Court's permission for me to appear *pro hac vice* as attorney for Brown Rudnick LLP and Verdolino & Lowey P.C.

2. I am an attorney in the law firm of Brown Rudnick LLP, with offices at One Financial Center, Boston, MA 02111. My telephone number is 617-856-8456, my fax number is 617-289-0522, and my e-mail is as follows: taxelrod@brownrudnick.com

3. The following is a list of each court of which I am, or have ever been, a member, with corresponding bar identification numbers:

    a. the Commonwealth of Massachusetts Bar (# 691832); and

    b. the United States District Court for the District of Massachusetts.

4. I am a member in good standing of the bar of the Commonwealth of Massachusetts, and there are no disciplinary proceedings pending against me in any jurisdiction, and I have never been convicted of any crime.

1

5.  I have never been denied admission to the United States District Court of Connecticut or any other court in any jurisdiction, nor have I ever been disciplined by, resigned from, or surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6.  I have fully reviewed and am familiar with the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.  I hereby designate Attorney Dylan P. Kletter of Brown Rudnick LLP as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned matter.

8.  I have requested a certificate of good standing from the Massachusetts Board of Bar Overseers of the Supreme Judicial Court. Once issued, I will file the certificate with the Court in this proceeding.

9.  The required $75.00 fee has been tendered along with the motion for my admission pro hac vice in the above-captioned matter.

10. The foregoing is true and correct to the best of my knowledge.

August 11, 2022

*[signature]*
Tristan G. Axelrod

2

Subscribed and sworn to before me this 11th day of August, 2022.

                                        Notary Public:
                                        My Commission Expires: 09/26/2025

64806502 v1-WorkSiteUS-000001/7030

[Notary seal: JOANNE L. DICECCA, MY COMM. EXPIRES SEPTEMBER 26, 2025, NOTARY PUBLIC, COMMONWEALTH OF MASSACHUSETTS]

3