# EXHIBIT D



**ESTIMATE**

Date: 7/20/2022

| Estimate # | Estimate Description: |
|---|---|
| Customer Name: Patrick McLister - Captain | Removal of Through Hull Valves - Cleaning and Testing |
| Vessel Name: MY - Lady May | Painting - Re-installation - Hydro Testing |
| Phone: 954-701-1097 | |
| Email: captain@yachtladymay.com | |

**Comments or Special Instructions:**

| SCOPE OF WORK: |
|---|
| Removal of through hull butterfly / ball and globe & gate valves. Cleaning of flanges and valves. Bench testing with report. |
| Assuming all parts are in good working and no need to supply new valves |

| DESCRIPTION | QTY | AMOUNT ($) |
|---|---|---|
| Labor to remove approximately 26 valves - clean - re-furbish - test and installation | | |
| - 1.5 work week to remove - 1.5 work week to clean and test - 1.5 week in re-install | | $59,500.00 |
| This estimate is based on documentation provided by the Yacht and not by any inspectio | | |
| by either the sub-contractor or the Shipyard. The final cost maybe greater or less than th | | |
| Estimate.  It is not ment to be binding to either party | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL: | $59,500.00 |

The estimated prices are given for budgetary purposes only and are not to be considered as binding. This estimate is valid for 14 days from receipt. **Invoices are subject to the 5% Environmental Fee and 7% RI Sales Tax where applicable. **<u>15% Subcontractor Commision due for any subcontractors you are working directly with. A carbon copy of the Subcontractor's Invoice must be provided.</u>**

• Any Repairs/rebuilds – Additional repairs and/or replacements are not included and will be addressed separately upon discovery  as/if needed

• Any task that may need crane or forklift -  Crane and forklift charges are not included and will be billed separately on the shipyard services tasks on a T&M basis as needed.

Approved: _____