# EXHIBIT F

**2022 RATES**



# SAFE HARBOR
— NEWPORT SHIPYARD —

NSYDockOffice@shmarinas.com

## DOCKAGE RATES

Call or email our dock office for dockage rates and availability.
401-846-6002 | NSYDockOffice@shmarinas.com

## SHORE POWER
(per night)

| | | |
|---|---|---|
| 20 amp | 120 volt | $19 |
| 30 amp | 120 volt | $23 |
| 50 amp | 220 volt | $32 |
| 100 amp | 220 volt | $80 |
| 100 amp | 220 volt 3 phase | $125 |
| 100 amp | 480 volt 3 phase | $240 |
| European power converters | | Available |

## LAND STORAGE

Container/Trailer Storage Rental
| | |
|---|---|
| 20 ft/40 ft/Pod/Trailer | $110/night |
| 20 ft/Pod 1-2 months | $1,600/mo. |
| 20 ft/Pod 2-6 months | $1,300/mo. |
| 40 ft 1-2 months | $2,500/mo. |
| 40 ft 2-6 months | $2,100/mo. |

Land Storage (foot/night)
| | |
|---|---|
| 100T lift up to 79'/14T forklift | $4.25 |
| 100T/200T lift over 80' | $4.75 |
| 500T lift up to 120' | $5.75 |
| 500T lift up to 164' | $6.75 |
| 500T lift 165' & over | Quoted |
| Inside Land Storage | $7.00 |

Multi-Hull Storage (foot/night)
| | |
|---|---|
| 100T/200T Lift | $5.50 |
| 500T Lift | $7.00 |
| Inside Storage Multi-Hull | $8.00 |

Spar Storage (foot/night)
| | |
|---|---|
| Rigged | $4.50 |
| Stripped | $3.50 |

## OTHER SERVICES

Cooling Tower Rental
Hook Up/Disconnect — T&M
$135/day
$3,000/month

Work Float Rental — $60/half day
60T Hydraulic Transporter — $650/move

Pump Out Service — $25/hook up
$.25/gallon

## FOREIGN TRADE ZONE
(per night)

| | |
|---|---|
| Boats in FTZ in the water | $2.50/foot |
| Boats in FTZ on land | $2.50/foot |

There is a $6500 FTZ minimum
*FTZ rates are in addition to dockage/storage*

---

NSYService@shmarinas.com

## HOURLY SERVICES

| | |
|---|---|
| Trade & yard services | $125/hour |
| Underwater Coating Services | $105/hour |
| Mobile service (includes to/from yard) | $140/hour |
| Forklifts, etc (with operator) | $150/hour |
| Boom lift | $160/hour $525/day |
| Diver services | $185/hour |
| Project management services | $140/hour |
| NSY crane service (1 hour minimum) | $395/hour |
| Stepping & unstepping mast | Quoted |
| Scissor lift (1 day minimum) | $160/daily |
| (pick up/delivery charge extra) | $800/weekly |

## HAULING & LAUNCH

| | |
|---|---|
| 14T forklift | $16/foot |
| 100T lift (up to 79') | $25/foot |
| 100T/200T lift (80' and over) | $30/foot |
| 500T lift (up to 120', up to 200T) | $40/foot |
| 500T lift (up to 140', up to 300T) | $45/foot |
| 500T lift (up to 164', up to 400T) | $60/foot |
| 500T lift (165' & over, over 400T) | Quoted |

**Short Haul & Survey / Emergency (3 hrs on hard)**
| | |
|---|---|
| 14T forklift | $23/foot |
| 100T lift | $34/foot |
| 200T lift | $40/foot |
| 500T lift | Quoted |

**Blocking**
| | |
|---|---|
| 100T lift / 200T lift | $7.50/foot |
| 500T lift | $11/foot |
| Vessel draft 12' & over | $15/foot |

**Bottom Wash**
| | |
|---|---|
| 100T lift / 200T lift | $7.50/foot |
| 500T lift | $11/foot |
| Excessively fouled bottom | Quoted |

## DRY STACK

| | |
|---|---|
| Rack Rate (min. 7 nights) | $3.50** ft/night |
| Rack Rate (30 nights or more) | $3.00** ft/night |

Haul & Launch times: M-F, 7:30-8am / 3:30-4pm

** Includes one haul/launch per week

## MARINA AMENITIES

| | |
|---|---|
| Wireless Internet | Water |
| Fitness Center | Marina Vehicles (subject to availability) |
| Recycling | 24 hr Security |
| Rubbish Removal | Dock Carts |

---

A 15% subcontractor commission will be due when boats work with subs directly. A carbon copy of the sub's invoice must be provided. Work done outside normal working hours are at 1.5 times the posted rate. Rates are subject to change without notice. Other equipment charges may apply. All invoices are subject to a 5% environmental and safety compliance charge. 7% RI tax on parts, fabrication, rentals and where applicable.