**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>Debtor. | Chapter 11<br><br>Case No: 22-50073 (JAM) |

**[PROPOSED] ORDER GRANTING HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION FOR ORDER ESTABLISHING REPAIR RESERVE FOR THE LADY MAY**

Upon the Motion for Order Establishing Repair Reserve for the Lady May (the "Motion") filed pursuant to this Court's Stipulated Order Compelling HK International Funds Investments (USA) Limited, LLC to Transport and Deliver that Certain Yacht, the "Lady May" (the "Stipulated Order") by HK International Funds Investments (USA) Limited, LLC ("HK USA"), which seeks an order establishing the repair reserve (the "Repair Reserve") required by the Stipulated Order, including the amount of the Repair Reserve equaling $759,836.41 (the "Repair Reserve Amount") and certain ancillary relief as set forth therein; and upon consideration of the Motion and the relief requested appearing to this Court to be necessary and appropriate to carry out the orderly operation of the Debtor's estate and, in particular, the effectuation of the procedures set forth in the Stipulated Order; due and sufficient notice of the Motion having been given under the particular circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Motion is hereby **GRANTED** and the Repair Reserve required by the Stipulated Order and requested in the Motion, including the Repair Reserve Amount equaling $759,836.41, is hereby authorized, approved and established subject to the terms and conditions of this Order as follows:

1

(i) The Trustee, as escrow agent, shall hold the Repair Reserve Amount in his firm's fiduciary account solely for the purpose of securing the completion of the service, maintenance and repairs required to be performed in accordance with the Stipulated Order, specifically, paragraph 11 ("Required Repairs") and this Order;

(ii) HK USA shall immediately and fully fund the Repair Reserve Amount by delivering such amount to the Trustee in good funds;

(iii) Once funded in accordance with this Order, the Trustee shall pay from the Repair Reserve Amount the reasonable and necessary expenses (including any required deposits) incurred to perform the Required Repairs or to pay the Insurance Deductible (as defined in the Motion) upon either:

    a. The written consent of the Trustee, PAX, the Committee, HK USA, Rui Ma, and Zheng Wu; or

    b. The order of this Court following a motion seeking such relief and after due notice and a hearing.

(iv) In the event and to the extent the Repair Reserve Amount is insufficient to fund fully and pay for the Required Repairs ("Repair Reserve Shortfall"), HK USA shall immediately deliver to the Trustee the Repair Reserve Shortfall; any dispute with respect to the Repair Reserve Shortfall shall be heard by this Court upon motion of any party and after due notice and a hearing and, once determined by this Court, HK USA shall immediately deliver the Repair Reserve Shortfall to the Trustee to be held by Trustee in accordance with this Order.

(v) Upon the completion of the Required Repairs, HK USA may file a motion with this Court seeking the release of any unused portion of the Repair Reserve Amount and

upon establishing that the Require Repairs have been fully performed, this Court shall order the Trustee to release the balance of the Repair Reserve Amount to the HK USA.