**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>              Debtor. | Chapter 11<br><br>Case No: 22-50073 (JAM) |

### *EX-PARTE* MOTION PURSUANT TO BANKRUPTCY RULE 9006(c)(1) TO PRESCRIBE NOTICE AND EXPEDITE THE HEARING ON HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION FOR ORDER ESTABLISHING REPAIR RESERVE FOR THE LADY MAY

Pursuant to Fed. R. Bankr. P. 9006(c)(1), HK International Funds Investments (USA) Limited, LLC ("HK USA"), by and through its undersigned counsel, hereby moves (the "Motion to Expedite") for an order (i) scheduling an evidentiary hearing[1] on an expedited basis to consider HK USA's Motion for Order Establishing Repair Reserve for the Lady May (the "Repair Reserve Motion") and (ii) prescribing notice of said hearing. In support of its Motion to Expedite, HK USA respectfully states as follows.

    1.    This Court has jurisdiction over this Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this Court for these cases and this motion pursuant to 28 U.S.C. §§ 1408 and 1409, respectively. The basis for the relief requested in Fed. R. Bankr. P. 9006(c)(1).

    2.    On April 29, 2022, this Court issued the Stipulated Order Compelling HK International Funds Investments (USA) Limited, LLC to Transport and Deliver That Certain Yacht, the "Lady May" [Doc. No. 299] (the "Stipulated Order"). As stated in the Stipulated Order,

---

[1] Ordinarily, it would be expected that the parties could agree on the core facts relevant to the relief sought and prevent the need for an evidentiary hearing but at this point it is not clear whether factual disputes exist and, therefore, in an abundance of caution, HK USA is requesting an evidentiary hearing.

to secure its obligation to deliver the Lady May to the navigable waters of Connecticut, HK USA has deposited $37,000,000 (the "Escrow Funds") with U.S. Bank National Association (the "Escrow Agent"). (Stipulated Order, at 2). The Stipulated Order provides that certain conditions (defined in the Stipulated Order as "Certification Conditions") must be satisfied before the Escrow Agent can release the Escrow Funds to HK USA. (*See Id.*, at 5).

3. One such condition is the establishment of a Repair Reserve in accordance with Paragraph 11 of the Stipulated Order. (*Id.*, at 4).

4. HK USA has filed the Repair Reserve Motion pursuant to the Stipulated Order, in which HK USA seeks an order from this Court establishing the Repair Reserve including the deposit of the amount of $759,836.41 (the "Repair Reserve Amount") with the trustee, Luc A. Despins (the "Trustee") to secure the payment of the necessary repairs.

5. The Escrow Funds securing HK USA's performance under the Stipulated Order represent the proceeds from a $37 million loan (the "Himalaya Loan") that HK USA obtained from Himalaya International Financial Group Ltd ("Himalaya") in April 2022. The loan agreement between HK USA and Himalaya (the "HK USA/Himalaya Agreement") provides, *inter alia*, that the Himalaya Loan shall accrue interest at the rate of 3% per month (equaling $1,110,000 per month).

6. Therefore, expediting the hearing concerning the Repair Reserve Motion, which in turn expedites the establishment of the Repair Reserve itself and allows HK USA to file the certification necessary to cause the release of the escrowed $37 million, enables HK USA to minimize the interest payments it will otherwise be responsible to pay under the HK USA/Himalaya Agreement.

2

7. An expedited hearing to establish a Repair Reserve is also consistent the terms of the Stipulated Order and its objectives.

8. Additionally, HK USA notes that the Trustee and counsel for the Official Committee of Unsecure Creditors (the "Committee") and Pacific Alliance Asia Opportunity Fund L.P. ("PAX") as well as their respective experts physically inspected the Lady May on July 13, 2022. HK USA states further that it has been providing the repair estimates that HK USA has obtained from third-party service providers to counsel for the Trustee, PAX and the Committee on a rolling basis beginning on July 27, 2022. Therefore, HK USA respectfully submits that the Trustee, PAX and the Committee are well-aware of the particular services and repairs for which HK USA now seeks to establish a reserve.

9. Finally, while HK USA remains hopeful that an agreement may be reached on the facts related to the repairs, estimates and other matters relied upon by HK USA in support of the Repair Reserve Motion, HK USA requests an evidentiary hearing in the event testimony and documentary evidence are required to establish such grounds including the repairs required and their corresponding cost.

10. Accordingly, HK USA respectfully submits that good cause exists to expedite the hearing to consider the Repair Reserve Motion.

11. Furthermore, HK USA respectfully requests that this Court order that the Repair Reserve Motion and this Court's order granting this Motion to Expedite be served upon all parties entitled to notice under applicable statutes and/or rules, all parties to the above-captioned Chapter 11 Case qualified to receive electronic notice via the Court's CM/ECF service, as well as the Trustee, the Official Committee of Unsecured Creditors, and the United States Trustee.

**WHEREFORE**, HK USA respectfully requests that this Court grant this Motion to Expedite by issuing an order substantially similar to the Proposed Order submitted herewith and grant such other and further relief as this Court deems just and proper.

Dated this 11th day of August, 2022.

                                        HK INTERNATIONAL FUNDS
                                        INVESTMENTS (USA) LIMITED, LLC

                                        By: */s/ Stephen M. Kindseth*
                                        Stephen M. Kindseth (ct14640)
                                        Zeisler & Zeisler, P.C.
                                        10 Middle Street, 15th Floor
                                        Bridgeport, CT  06604
                                        (203) 368-4234
                                        (203) 549-0872 (fax)
                                        Email: skindseth@zeislaw.com
                                        Its Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of August, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      */s/ Stephen M. Kindseth*