## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

### ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name: Ho Wan Kwok

Bankruptcy Case No.: 22-50073

Adversary Case No.:

Previous Civil No.:

Previous Miscellaneous No.:

Transmittal dated: August 10, 2022

**To the Bankruptcy Court:**

**The following number has been assigned:**

[X] Civil No. Assigned    3:22-cv-1019(KAD)

[ ] Miscellaneous No. Assigned    _____

[X] I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

[ ] I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By:    Joanne Pesta /s/                              Date:  8/10/22
       Deputy Clerk, U.S. District Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

### TRANSMITTAL FORM TO DISTRICT COURT REGARDING APPEALS AND RELATED DOCUMENTS

Debtor(s) Name: Ho Wan Kwok

Case No.        22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☑ Notice of Appeal (only)

3. ☐ Related documents as indicated below:
   ☐ Designation of items designated by the Appellant
   ☐ Designation of items designated by the Appellee
   ☐ Cross Appeal
   ☐ Amended Appeal
   ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)
   ☐ Transcripts
   ☐ Other

4.     Other applicable information:

| | |
|---|---|
| Filing Fee: | ☒ Paid  ☐ Not Paid |
| Appellant's Name: | Ho Wan Kwok |
| Appellant's Attorney: | Eric Henzy, Stephen M. Kindseth, Aaron A. Romney, James M. Moriarty, John L. Cesaroni, Zeisler & Zeisler, P.C, 10 Middle Street, 15th Floor, Bridgeport, CT 06604, Aaron A. Mitchell, Lawall & Mitchell, Soundview Plaza, Suite 700R, 1266 E Main Street, Stamford, CT 06902 |
| Appellee's Name: | Luc A. Despins- Chapter 11 Trustee |
| Appellee's Attorney: | Patrick R. Linsey, James C. Graham, Lucas Bennett Rocklin, Douglas S. Skalka, Neubert, Pepe & Monteith, P.C. 195 Church Street, 13th Floor, New Haven, CT 06510, Nicholas A. Bassett, Paul Hastings LLP, 2050 M Street NW, Washington, D.C., 20036, Luc A. Despins, Avram E. Luft, Douglass Barron, 200 Park Avenue, New York, NY 10166 |
| Appellee's Name: | U.S. Trustee |
| Appellee's Attorney: | Holley L. Claiborn, Steven E. Mackey, Office of the US Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510 |
| Appellee's Name: | Creditor Committee |
| Appellee's Attorney: | Irve J. Goldman, Pullman & Comley, LLC, 850 Main Street, 8th Floor, Bridgeport, CT 06604, Jonathan Kaplan, 90 State House Square Hartford, CT 06103 |

Interested Party:

By: S/Gretchen S. Rodriguez  
Deputy Clerk, U.S. Bankruptcy Court

Date: August 10, 2022