**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                        :    Chapter 11
:
HO WAN KWOK,                     :    Case No. 22-50073 (JAM)
:
    Debtor.                              :
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2022, the Court's Notice of Hearing [Docket No. 713] (the "Hearing Notice") was electronically filed. Notice of this filing has been sent by e-mail to all parties by operation of the Court's electronic filing system ("CM/ECF") or by U.S. Mail (sent August 10, 2022) to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

More specifically, with respect to the "Notice Parties," as defined in Local Bankr. R. 2004-1, the following parties will receive notice of this filing by CM/ECF: (i) the above-captioned debtor (the "Debtor"); (ii) the Chapter 11 Trustee; (iii) the United States Trustee; (iv) the Official Committee of Unsecured Creditors; and (v) any party that has filed a notice of appearance in the case, provided however, that parties appearing in the case who are unable to receive electronic notice and have supplied mailing addresses were served via U.S. Mail (mail recipients are specifically set forth below).

With respect to (vi) the proposed witness, examinee, or party producing documents (*i.e.*, the Debtor), the Debtor was served with the Hearing Notice via CM/ECF (as stated above) and the Debtor was further served with the Hearing Notice, on August 10, 2022, via FedEx overnight delivery at the following address:

Ho Won Kwok
c/o Golden Spring (New York) Ltd.
162 East 64th Street
New York, NY 10065

**APPEARING PARTIES UNABLE TO RECEIVE**
**ELECTRONIC SERVICE SERVED BY FIRST CLASS U.S. MAIL**

Officer, Director, or Managing Agent
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

Chao-Chih Chiu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Steven E. Mackey on behalf of U.S. Trustee
U. S. Trustee
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Officer, Director, or Managing Agent
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601

Officer, Director, or Managing Agent
Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Huizhen Wang
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Yunxia Wu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067

Yongbing Zhang
223 West Jackson Blvd. #1012
Chicago, IL 60606

Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067

*[The remainder of this page is intentionally blank.]*

The undersigned hereby certifies that the foregoing constitutes service of the Hearing Notice upon all of the Notice Parties.

| | | |
|---|---|---|
| Dated: | August 12, 2022<br>New Haven, Connecticut | LUC DESPINS, as appointed Chapter 11 Trustee<br>for HO WON KWOK |

By: */s/ Patrick R. Linsey*
  Patrick R. Linsey (ct29437)
  NEUBERT, PEPE & MONTEITH, P.C.
  195 Church Street, 13th Floor
  New Haven, Connecticut 06510
  (203) 781-2847
  plinsey@npmlaw.com

  *and*

  Nicholas A. Bassett *(pro hac vice)*
  PAUL HASTINGS LLP
  2050 M Street NW
  Washington, D.C., 20036
  (202) 551-1902
  nicholasbassett@paulhastings.com

  *and*

  Avram E. Luft *(pro hac vice)*
  Douglass Barron *(pro hac vice)*
  PAUL HASTINGS LLP
  200 Park Avenue
  New York, New York 10166
  (212) 318-6079
  aviluft@paulhastings.com

  *Counsel for the Chapter 11 Trustee*