**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>　　　　Ho Wan Kwok,<br><br>　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

## MOTION TO WITHDRAW APPEARANCES

Pursuant to D. Conn. L. Civ. R. 7(e), made applicable to this proceeding by Local Rule 9083-4 of the Local Rules of the United States Bankruptcy Court for the District of Connecticut, Cohn Birnbaum &Shea, P.C. ("CB&S") respectfully requests permission to withdraw the appearances of Timothy D. Miltenberger and Scott D. Rosen as counsel for Golden Spring (New York) Limited ("GSNY"), and requests removal from all notice lists, including the Master Service List in this proceeding.

GSNY's retention of CB&S was limited to the proposed DIP loan from GSNY to the Debtor. The Debtor subsequently withdrew its request for the DIP loan. Upon the appointment of the Chapter 11 Trustee, the Debtor was no longer a debtor in possession. GSNY, through its General Counsel, has confirmed to the undersigned in writing that its retention of CB&S has concluded. GSNY has not retained CB&S for any further services in this proceeding. Thus, CB&S no longer represents GSNY.

-2-

WHEREFORE, the undersigned respectfully requests permission to withdraw the appearances of Timothy D. Miltenberger and Scott D. Rosen in this proceeding.

COHN BIRNBAUM & SHEA, P.C.

By  /s/ Timothy D. Miltenberger
Timothy D. Miltenberger (ct08874)
Cohn Birnbuam & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT  06103
(860) 493-2262
Tmiltenberger@cbshealaw.com

And

By  /s/ Scott D. Rosen
Scott D. Rosen
Cohn Birnbuam & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT  06103
(860) 493-2262
Tmiltenberger@cbshealaw.com

## **CERTIFICATION**

I certify that on the August 12, 2022, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

I further certify that on August 12, 2022, a copy of the foregoing motion was served upon Golden Spring (New York) Limited by email to its General Counsel, melissaf@gsnyus.com.

/s/ Scott D. Rosen
Scott D. Rosen