**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, : Case No. 22-50073 (JAM)
: 
Debtor. : 
: 
---------------------------------------------------------x

## NOTICE OF WITHDRAWAL

Luc A. Despins, in his capacity as chapter 11 trustee in the debtor's (the "Debtor") above-captioned chapter 11 case, hereby withdraws the Debtor's Application to Employ Verdolino & Lowey, P.C., as financial advisor (Docket No. 90).

| | |
|---|---|
| Dated: August 12, 2022<br>New Haven, Connecticut | LUC DESPINS, as appointed Chapter 11 Trustee<br>for HO WON KWOK |
| | By: */s/ Patrick R. Linsey*<br>   Patrick R. Linsey (ct29437)<br>   NEUBERT, PEPE & MONTEITH, P.C.<br>   195 Church Street, 13th Floor<br>   New Haven, Connecticut 06510<br>   (203) 781-2847<br>   plinsey@npmlaw.com |
| | *and* |
| | Nicholas A. Bassett *(pro hac vice)*<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>Washington, D.C., 20036<br>(202) 551-1902<br>nicholasbassett@paulhastings.com |
| | *and* |

Avram E. Luft *(pro hac vice)*
Douglass Barron (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                           :    Chapter 11
:
HO WAN KWOK,                       :    Case No. 22-50073 (JAM)
:
Debtor.                        :
:
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 12, 2022 the foregoing Notice was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated:   August 12, 2022                LUC DESPINS, as appointed Chapter 11 Trustee
         New Haven, Connecticut         for HO WON KWOK

                                        By: */s/ Patrick R. Linsey*
                                            Patrick R. Linsey (ct29437)
                                            NEUBERT, PEPE & MONTEITH, P.C.
                                            195 Church Street, 13th Floor
                                            New Haven, Connecticut 06510
                                            (203) 781-2847
                                            plinsey@npmlaw.com

                                               *and*

                                            Nicholas A. Bassett *(pro hac vice)*
                                            PAUL HASTINGS LLP
                                            2050 M Street NW
                                            Washington, D.C., 20036
                                            (202) 551-1902
                                            nicholasbassett@paulhastings.com

                                               *and*

                                                Avram E. Luft *(pro hac vice)*
                                                Douglass Barron (*pro hac vice*)
                                                PAUL HASTINGS LLP
                                                200 Park Avenue
                                                New York, New York 10166
                                                (212) 318-6079
                                                aviluft@paulhastings.com

                                                *Counsel for the Chapter 11 Trustee*