# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
August 12, 2022

In re:
Ho Wan Kwok
Debtor*

Case Number: 22−50073
Chapter: 11

### ORDER SCHEDULING STATUS CONFERENCE

**ORDERED:** A Status Conference will be held on **August 24, 2022 at 01:00 PM** at 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604, to consider and act upon the following matter(s):

Order Granting Appointment of Chapter 11 Trustee. (Re: Doc #523) ; and it is further

**ORDERED:** Counsel for the parties to the matter(s) listed herein, or the parties if not represented by counsel, shall appear before this Court at the Status Conference .

Dated: August 12, 2022

BY THE COURT

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov

*For the purposes of this order, "Debtor" means "Debtors" where applicable.