**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
:
In re:                                                         :    Chapter 11
                                                                    :
HO WAN KWOK,                                          :    Case No. 22-50073 (JAM)
                                                                    :
              Debtor.                                        :
                                                                    :
-------------------------------------------------------x

## NOTICE OF WITHDRAWAL

Luc A. Despins (the "Trustee"), in his capacity as chapter 11 trustee in the debtor's (the "Debtor") above-captioned chapter 11 case, hereby withdraws the Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331 to Establish Procedures for Interim Compensation and Reimbursement of Expenses and of Professional Fee Parties filed March 31, 2022 (Docket No. 148) (the "Motion"). The Motion is withdrawn without prejudice to the Trustee's rights to move the Court for relief addressed by the subject matter of the Motion at the appropriate time.

Dated:    August 17, 2022                    LUC DESPINS, as appointed Chapter 11 Trustee
              New Haven, Connecticut        for HO WON KWOK

                                                              By:    /s/Patrick R. Linsey
                                                                        Patrick R. Linsey (ct29437)
                                                                        NEUBERT, PEPE & MONTEITH, P.C.
                                                                        195 Church Street, 13th Floor
                                                                        New Haven, Connecticut 06510
                                                                        (203) 781-2847
                                                                        plinsey@npmlaw.com

                                                                              *and*

                                                                        Nicholas A. Bassett *(pro hac vice)*
                                                                        PAUL HASTINGS LLP
                                                                        2050 M Street NW
                                                                        Washington, D.C., 20036
                                                                        (202) 551-1902
                                                                        nicholasbassett@paulhastings.com

*and*

Avram E. Luft *(pro hac vice)*
Douglass Barron (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                                  :

In re:                                        :      Chapter 11

HO WAN KWOK,                    :      Case No. 22-50073 (JAM)

            Debtor.           :

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on August 17, 2022, the foregoing Notice was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated:    August 17, 2022        LUC DESPINS, as appointed Chapter 11 Trustee
             New Haven, Connecticut    for HO WON KWOK

                                                        By:    /s/Patrick R. Linsey
                                                                 Patrick R. Linsey (ct29437)
                                                                 NEUBERT, PEPE & MONTEITH, P.C.
                                                                 195 Church Street, 13th Floor
                                                                 New Haven, Connecticut 06510
                                                                 (203) 781-2847
                                                                 plinsey@npmlaw.com