## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>Re: ECF 736 |

### ORDER GRANTING MOTION TO WITHDRAW APPEARANCES

The Motion to Withdraw Appearances of Timothy D. Miltenberger and Scott D. Rosen as counsel for Golden Spring (New York) Limited ("GSNY") [ECF 736] having been presented to this Court, and based upon the representations of counsel set forth in the Motion good cause exists for the granting of the Motion, and the Motion having been served upon GSNY;

NOW, THEREFORE, IT IS HEREBY

ORDERED that the appearances of Timothy D. Miltenberger and Scott D. Rosen as counsel for GSNY in this proceeding are hereby withdrawn; and it is

FURTHER ORDERED that counsel shall serve a copy of this order on GSNY by email and first class mail at GSNY's addresses set forth in the Certificate of Service appended to the Motion within three (3) days after the entry of this this Order, and counsel shall promptly thereafter file an affidavit of service.

Dated at Bridgeport, Connecticut this 17th day of August, 2022.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut