**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, | Case No. 22-50073 (JAM) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

Timothy D. Miltenberger, being duly sworn, states and avers as follows:

1. I am over eighteen years of age and believe in the obligations of an oath.

2. On August 18, 2022, I caused a copy of the Order Granting Motion to Withdraw Appearances (the "Withdrawal Order"), attached hereto as Exhibit A, to be mailed via First Class Mail to the following:

Melissa B. Francis
General Counsel
Golden Spring (New York) Ltd.
162 East 64th Street
New York, NY 10065
melissaf@gsnus.com

Yvette Wang
Golden Spring (New York) Ltd.
162 East 64th Street
New York, NY 10065
yvettew@gsnyus.com

3. On August 18, 2022, I sent a copy of the Withdrawal Order via email to Melissa Francis at melissaf@gsnus.com and Yvette Wang at yvettew@gsnyus.com.

Timothy D. Miltenberger

Subscribed to and sworn before me, this 18th day of August 2022.

Melissa Sullivan, Notary Public
My Commission Expires: September 30, 2026

215564-v1/23609-001

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>Re: ECF 736 |

### ORDER GRANTING MOTION TO WITHDRAW APPEARANCES

The Motion to Withdraw Appearances of Timothy D. Miltenberger and Scott D. Rosen as counsel for Golden Spring (New York) Limited ("GSNY") [ECF 736] having been presented to this Court, and based upon the representations of counsel set forth in the Motion good cause exists for the granting of the Motion, and the Motion having been served upon GSNY;

NOW, THEREFORE, IT IS HEREBY

ORDERED that the appearances of Timothy D. Miltenberger and Scott D. Rosen as counsel for GSNY in this proceeding are hereby withdrawn; and it is

FURTHER ORDERED that counsel shall serve a copy of this order on GSNY by email and first class mail at GSNY's addresses set forth in the Certificate of Service appended to the Motion within three (3) days after the entry of this this Order, and counsel shall promptly thereafter file an affidavit of service.

Dated at Bridgeport, Connecticut this 17th day of August, 2022.

*Julie A. Manning*
*United States Bankruptcy Judge*
*District of Connecticut*