AO435
(Rev. 1/90)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**
**DUE DATE:**

Read Instructions on Back.

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Eric Henzy | 203-368-4234 | 8/18/2022 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| ehenzy@zeislaw.com | Bridgeport | CT | 06604 |

| 8. CASE NUMBER | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 22-50073 | Judge Julie A. Manning | 10. FROM 8/12/2022 | 11. TO 8/12/2022 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Ho Wan Kwok | 13. CITY Bridgeport | 14. STATE CT |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [✓] BANKRUPTCY
- [ ] OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [✓] OTHER (Specify) | |
| [ ] SENTENCING | | Hearing | 8/12/2022 |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [✓] | [ ] | NO. OF COPIES 1 | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL**

18. SIGNATURE /s/ Eric Henzy

**PROCESSED BY** Nashae Morgan
**PHONE NUMBER** 203-579-5808

19. DATE 8/18/2022

**TRANSCRIPT TO BE PREPARED BY**
Fiore Reporting and Transcription

**COURT ADDRESS**
915 Lafayette Boulevard
Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)  ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY

**ORIGINAL - COURT COPY**

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

Honorable Julie A. Manning

Friday August 12 2022

Current as of 08/18/2022, 4:37 pm

---

10:00 AM  22-50073  Ho Wan Kwok 
          Ch: 11    *** TERMINATED: 08/12/2022 ***
          Trustee: Luc A. Despins

Matter:   ZG #636; Motion for 2004 Examination of the Debtor Filed by Patrick R. Linsey on behalf of Luc A. Despins, Trustee.

---

10:00 AM  22-50073  Ho Wan Kwok 
          Ch: 11    *** TERMINATED: 08/12/2022 ***
          Trustee: Luc A. Despins

Matter:   ZG #637; Motion for 2004 Examination of Omnibus re: Debtor's Professionals Filed by Patrick R. Linsey on behalf of Luc A. Despins, Trustee.

---

10:00 AM  22-50073  Ho Wan Kwok 
          Ch: 11    *** TERMINATED: 08/12/2022 ***
          Trustee: Luc A. Despins

Matter:   ZG #638; Motion for 2004 Examination of Omnibus re: Related Persons Filed by Patrick R. Linsey on behalf of Luc A. Despins, Trustee

---

10:00 AM  22-50073  Ho Wan Kwok
          Ch: 11
          Trustee: Luc A. Despins

Matter:   ZG #707; Order Setting Status Conference

---

12:00 PM  22-05019  Lafferty et al v. Jones et al
                   *** TERMINATED: 08/12/2022 ***

Matter:   ZG #5; Motion to Remand

---

**22-50073** Ho Wan Kwok
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 08/18/2022

# Attorneys

| | | |
|---|---|---|
| **Laura Aronsson**<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036<br>212-728-5841<br>laronsson@omm.com<br>  *Assigned: 04/08/2022*<br>  *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Kenneth Aulet**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>kaulet@brownrudnick.com<br>  *Assigned: 04/26/2022*<br>   *TERMINATED: 08/02/2022*<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Tristan G. Axelrod** <br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>617-856-8456<br>617-289-0522 (fax)<br>taxelrod@brownrudnick.com<br>  *Assigned: 08/12/2022*<br>  *LEAD ATTORNEY* | representing | **Brown Rudnick LLP**<br>One Financial Center<br>Boston, MA 02111<br>617-856-8200<br>tfeinsmith@brownrudnick.com<br>*(Creditor)* |
| | | **Verdolino & Lowey, P.C.**<br>124 Washington Street<br>Foxborough, MA 02035<br>*(Creditor)* |
| **William Baldiga**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>New York<br>212-209-4800<br>212-209-4801 (fax)<br>wbaldiga@brownrudnick.com | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |

|  |  |  |
|---|---|---|
| Assigned: 03/01/2022<br>TERMINATED: 08/02/2022<br>*LEAD ATTORNEY* |  |  |
| **William R. Baldiga**<br>Brown, Rudnik, Freed & Gesmer<br>One Financial Center<br>Boston, MA 02111<br>(617) 330-9000<br>617-289-0420 (fax)<br>wbaldiga@brownrudnick.com<br>Assigned: 03/09/2022<br>TERMINATED: 08/02/2022 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| Assigned: 08/05/2022 | representing | **Brown Rudnick LLP**<br>One Financial Center<br>Boston, MA 02111<br>617-856-8200<br>tfeinsmith@brownrudnick.com<br>*(Creditor)* |
| **Douglass E. Barron**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6690<br>212-230-7690 (fax)<br>douglassbarron@paulhastings.com<br>Assigned: 07/22/2022<br>*LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Trustee)* |
| **Nicholas A. Bassett** ✓<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1902<br>202-551-0402 (fax)<br>nicholasbassett@paulhastings.com<br>Assigned: 07/22/2022<br>*LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Trustee)* |
| **Patrick M. Birney**<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8200<br>(860) 275-8299 (fax)<br>pbirney@rc.com<br>Assigned: 02/24/2022 | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **G. Alexander Bongartz**<br>Paul Hastings LLP<br>200 Park Avenue | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue |

| | | |
|---|---|---|
| New York, NY 10166<br>212-318-6472<br>212-303-7072 (fax)<br>alexbongartz@paulhastings.com<br>  Assigned: 08/04/2022<br>  LEAD ATTORNEY | | New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Trustee)* |
| **Carollynn H.G. Callari**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>ccallari@callaripartners.com<br>  Assigned: 03/16/2022<br>  LEAD ATTORNEY | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |
| **Andrew M. Carty**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>acarty@brownrudnick.com<br>  Assigned: 04/15/2022<br>   TERMINATED: 08/02/2022<br>  LEAD ATTORNEY | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **John L. Cesaroni**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>jcesaroni@zeislaw.com<br>  Assigned: 05/10/2022 | representing | **Mei Guo**<br>*(Interested Party)* |
|   Assigned: 07/14/2022 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Holley L. Claiborn**<br>Office of The United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510 | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510 |

(203) 773-2210
(203) 773-2217 (fax)
holley.l.claiborn@usdoj.gov
  *Assigned: 02/28/2022*

**Luc A. Despins** ✓
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
  *Assigned: 07/12/2022*

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
212-230-7771 (fax)
lucdespins@pauhastings.com
  *Assigned: 07/22/2022*
  *LEAD ATTORNEY*

**David S. Forsh**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
dforsh@callaripartners.com
  *Assigned: 03/17/2022*
  *LEAD ATTORNEY*

**Peter Friedman** ✓
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5302
pfriedman@omm.com
  *Assigned: 02/25/2022*
  *LEAD ATTORNEY*

**Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604
203-330-2000

(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Trustee)*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Trustee)*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

representing

**Official Committee of Unsecured Creditors**
*(Creditor Committee)*

203-576-8888 (fax)
igoldman@pullcom.com
*Assigned: 04/05/2022*

**Mia N. Gonzalez**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-728-5698
mgonzalez@omm.com
*Assigned: 04/08/2022*
*LEAD ATTORNEY*

representing **Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**James C. Graham**
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
(203)821-2000
(203)821-2009 (fax)
jgraham@npmlaw.com
*Assigned: 07/20/2022*

representing **Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Trustee)*

**David V. Harbach, II**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5127
dharbach@omm.com
*Assigned: 02/25/2022*
*LEAD ATTORNEY*

representing **Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Eric A. Henzy** ✓
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-5495
203-549-0861 (fax)
ehenzy@zeislaw.com
*Assigned: 07/14/2022*

representing **Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

*Assigned: 07/22/2022*

representing **HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**Jeffrey L Jonas**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
2122094800
212-209-4801 (fax)
jjonas@brownrudnick.com

representing **Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

Assigned: 04/21/2022
TERMINATED: 08/02/2022
LEAD ATTORNEY

**Jonathan Kaplan** ✓
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
860-424-4379
860-424-4370 (fax)
jkaplan@pullcom.com
  Assigned: 04/05/2022

representing **Official Committee of Unsecured Creditors**
*(Creditor Committee)*

**Stephen M. Kindseth** ✓
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com
  Assigned: 04/11/2022

representing **HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

  Assigned: 05/10/2022

representing **Mei Guo**
*(Interested Party)*

  Assigned: 07/14/2022

representing **Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Dylan Kletter**
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103
860-509-6500
dkletter@brownrudnick.com
  Assigned: 02/15/2022
  TERMINATED: 08/02/2022

representing **Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Patrick R. Linsey** ✓
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
plinsey@npmlaw.com
  Assigned: 07/11/2022

representing **Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Trustee)*

**Avram Emmanuel Luft**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

representing **Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

212-318-6079
212-303-7079 (fax)
aviluft@paulhastings.com
 Assigned: 07/22/2022
 LEAD ATTORNEY

**Steven E. Mackey**
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
 Assigned: 03/22/2022

representing

212-318-6001
lucdespins@paulhastings.com
*(Trustee)*

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

**Kristin B. Mayhew** ✓
McElroy, Deutsch, Mulvaney & Carpenter
30 Jeliff Lane
Southport, CT 06890
(203) 319-4011
203-259-0251 (fax)
kmayhew@mdmc-law.com
 Assigned: 03/15/2022

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

**Timothy D. Miltenberger**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103
860-493-2200
Tmiltenberger@cbshealaw.com
 Assigned: 03/31/2022
 TERMINATED: 08/17/2022

representing

**Golden Spring (New York) LTD**
*(Interested Party)*
PRO SE

**Aaron A Mitchell**
Lawall & Mitchell, LLC
55 Madison Ave
Suite 400
Morristown, NJ 07960
973-285-3280
aaron@lmesq.com
 Assigned: 07/11/2022

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
　Assigned: 07/20/2022

**Sara Pahlavan**
O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
415-984-8953
spahlavan@omm.com
　Assigned: 05/05/2022
　LEAD ATTORNEY

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Lucas Bennett Rocklin**
Neubert, Pepe, Monteith, P.C.
195 Church Street,13th Floor
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
lrocklin@npmlaw.com
　Assigned: 07/15/2022

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Trustee)*

**Aaron Romney** ✓
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
　Assigned: 04/11/2022

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

　Assigned: 05/10/2022

representing

**Mei Guo**
*(Interested Party)*

　Assigned: 07/14/2022

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Scott D. Rosen**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103-4500
(860) 493-2200
860-727-0361 (fax)
srosen@cb-shea.com
　Assigned: 03/28/2022
　TERMINATED: 08/17/2022

representing

**Golden Spring (New York) LTD**
*(Interested Party)*
PRO SE

　Assigned: 08/12/2022

representing

**Cohn Birnbaum & Shea, P.C.**

| | | |
|---|---|---|
| | | *(Attorney)* |
| **Thomas J. Sansone**<br>Carmody Torrance Sandak & Hennessey LLP<br>195 Church Street<br>P.O. Box 1950<br>New Haven, CT 06509-1950<br>(203) 784-3100<br>203-784-3199 (fax)<br>tsansone@carmodylaw.com<br>  *Assigned: 06/24/2022* | representing | **Chong Shen Raphanella**<br>*(Creditor)* |
| | | **Rong Zhang**<br>*(Creditor)* |
| | | **Xiaodan Wang**<br>*(Creditor)* |
| *Assigned: 07/15/2022* | representing | **Michael S. Weinstein**<br>*(Attorney)* |
| **Stuart M. Sarnoff**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>202-326-2293<br>ssarnoff@omm.com<br>  *Assigned: 02/25/2022*<br>  *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Bennett Silverberg**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>bsilverberg@brownrudnick.com<br>  *Assigned: 03/01/2022*<br>  *TERMINATED: 08/02/2022*<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>  *Assigned: 07/14/2022* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Trustee)* |
| **Annecca H. Smith**<br>Robinson & Cole, LLP | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

280 Trumbull Street
Hartford, CT 06103
860-275-8325
860-275-8299 (fax)
asmith@rc.com
  *Assigned: 02/24/2022*

**Michael S. Weinstein**
Golenbock Eiseman Assor Bell & Peskoe LL
711 Third Avenue
New York, NY 10017
212-907-7347
212-754-0330 (fax)
mweinstein@golenbock.com
  *Assigned: 07/22/2022*
  *LEAD ATTORNEY*

representing

**Chong Shen Raphanella**
*(Creditor)*

**Rong Zhang**
*(Creditor)*

**Xiaodan Wang**
*(Creditor)*

**Jay Marshall Wolman** 
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
702-420-2001
jmw@randazza.com
  *Assigned: 02/17/2022*

representing

**Logan Cheng**
c/o Randazza Legal Group, PLLC
100 Pearl Street
14th Floor
Hartford, CT 06103
*(Creditor)*

**Peter J. Zarella**
McElroy, Deutsch, Mulvaney & Carpenter,
One State Street, 14th floor
Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
  *Assigned: 03/22/2022*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

Other Parties: Kim McCabe on behalf of U.S. Trustee