## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

|  |  |
|---|---|
| In re | Chapter 11 |
| HO WAN KWOK, | Case No. 22-50073 (JAM) |
| Debtor. | |

### ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the Motion to expedite a hearing on the Debtor's Motion For Stay Pending Appeal Of Order, Pursuant To Bankruptcy Code Sections 363, 521 541, 1108, And 105, (A) Confirming That Chapter 11 Trustee Holds All Of Debtor's Economic Rights In Debtor-Controlled Entities, (B) Authorizing Chapter 11 Trustee To Act In Any Foreign Country On Behalf Of The Estate, And (C) Granting Related Relief (Doc. No 761, the "Stay Motion"); and good cause appearing, it is hereby

ORDERED, that a hearing on the Stay Motion shall be held on August 30, 2022, at 1:00 p.m. at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604 (the "Hearing"); and it is further

ORDERED, that the deadline to object to the Stay Motion shall be August 26, 2022, at 1:00 p.m.; and it is further

ORDERED, that a copy of this Order, along with the Stay Motion and any attachments thereto, shall be served upon all parties to the above-captioned chapter 11 case (the "Chapter 11 Case") qualified to receive electronic notice via the Court's CM/ECF service, as well as the Committee, the Trustee, and the United States Trustee, on or before August 23, 2022, at 1:00 p.m. and the Debtor shall file a certificate of service in advance of the Hearing.

Dated at Bridgeport, Connecticut this 22nd day of August, 2022.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut