**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
:
In re:                                                  :    Chapter 11
                                                        :
HO WAN KWOK,                                            :    Case No. 22-50073 (JAM)
                                                        :
        Debtor.                                         :
                                                        :
-------------------------------------------------------x

## ORDER SCHEDULING EXPEDITED HEARING AND BRIDGE ORDER

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the *Motion of Chapter 11 Trustee for Entry of Order Staying Through October 21, 2022 Pending Adversary Proceedings Brought Against the Debtor Pursuant to 11 U.S.C. Sections 523 and/or 727* [Docket No. 763] (the "Motion to Stay"), and requesting interim relief pending a hearing on the Motion to Stay;[1] and good cause appearing, it is hereby

**ORDERED,** that a hearing on the Motion to Stay shall be held on **August 30, 2022, at 1:00 p.m.** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604 (the "Hearing"); and it is further

**ORDERED,** that the deadline to object to the Motion to Stay shall be **August 26, 2022 at 1:00 p.m.**; and it is further

**ORDERED,** that, pending occurrence of the Hearing, the Adversary Proceedings are hereby stayed, and all related deadlines associated therewith are extended; and it is further

**ORDERED,** that a copy of this Order, along with the Motion to Stay and any attachments thereto, shall be served upon all parties to the above-captioned chapter 11 case qualified to

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Motion to Expedite.

1

receive electronic notice via the Court's CM/ECF service, as well as the Debtor, the Committee, the United States Trustee, and all parties to the Adversary Proceedings, on or before **August 23, 2022, at 1:00 p.m.** and the Trustee shall file a certificate of service in advance of the Hearing.

Dated at Bridgeport, Connecticut this 22nd day of August, 2022.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut