| In re Ho Wan Kwok | Case No. 22-50073 (JAM) |
|---|---|
| **Debtor** | Reporting Period: July 8, 2022 - July 31, 2022 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | Current Month | Cumulative July 8, 2022 to Date |
|---|---|---|
|  | Actual | Actual |
| **Cash - Beginning of Month** |  |  |
| **RECEIPTS** |  |  |
| Recovered Funds | $4,761.90 | $4,761.90 |
| Total Receipts | $4,761.90 | $4,761.90 |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Bank Fees | $14.00 | $14.00 |
| Total Ordinary Disbursements | $14.00 | $14.00 |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees | $0.00 | $0.00 |
| U. S. Trustee Fees | $0.00 | $0.00 |
| Other Reorganization Expenses *(attach schedule)* | $0.00 | $0.00 |
| Total Reorganization Items | $0.00 | $0.00 |
| **Total Disbursements** *(Ordinary + Reorganization)* | $14.00 | $14.00 |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | $4,747.90 | $4,747.90 |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | $4,747.90 | $4,747.90 |
| **Third Party Disbursements on Behalf of Estate** |  |  |
| Boat Inspection Fee | $2,500.00 | $2,500.00 |

**THE FOLLOWING SECTION MUST BE COMPLETED**
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE** | $2,514.00 |
|---|---|