# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>Debtor. | Chapter 11 Case No.<br><br>22-50073 (JAM)<br><br>August 22, 2022 |

## PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S MOTION TO PERMIT CERTAIN COUNSEL TO APPEAR REMOTELY FOR AUGUST 24, 2022 HEARING

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), by and thorough undersigned counsel, respectfully moves the Court for permission for Attorneys Stuart Sarnoff and Laura Aronsson of O'Melveny & Myers LLP, to appear remotely on behalf of PAX at the status conference currently scheduled for Wednesday August 24, 2022 related to *HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May* [ECF No. 728] (the "Reserve Motion") and the *Ex Parte Motion Pursuant to Bankruptcy Rule 9006(c)(1) to Prescribe Notice and Expedite the Hearing on HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May* [ECF No. 729] (the "Motion to Expedite").  In support of the Motion, PAX respectfully states as follows:

## JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

meaning of 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution. The statutory bases for the relief sought herein are section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1001.

## BACKGROUND AND REQUESTED RELIEF

2. On August 11, 2022, HK International Funds Investments (USA) Limited, LLC ("HKI") filed the Reserve Motion and the Motion to Expedite.

3. On August 22, 2022, the Court issued an Order Scheduling Status Conference related to the Reserve Motion and Motion to Expedite (the "Status Conference") [ECF No. 774]. The Status Conference is scheduled for August 24, 2022 at 1:00 p.m. Attorneys Sarnoff and Aronsson, counsel to PAX, wish to attend the Status Conference but respectfully request the opportunity to participate in the Status Conference via the Court's ZOOM.Gov platform. Patrick Birney, of Robinson+Cole LLP, serves as PAX's Connecticut counsel and will attend the Status Conference in person.

4. Due to the short time period between the entry of the Order Scheduling Status Conference and the Status Conference; the fact that the Status Conference will be the initial status conference on the Reserve Motion and Motion to Expedite—rather than an evidentiary hearing—and that Attorney Birney will attend the Status Conference in person and be prepared to speak on behalf of PAX, as needed, PAX submits that permitting Attorneys Sarnoff and Aronsson to enter remote appearances via the ZOOM.Gov platform comports with Bankruptcy Rule 1001 and promotes the just, speedy and inexpensive administration of this case and the Reserve Motion.

## **CONCLUSION**

Because of the shortened notice period, the fact the Status Conference will not implicate evidentiary issues, and the in-person attendance of PAX's Connecticut counsel, PAX respectfully requests that Attorneys Sarnoff and Aronsson be permitted to appear remotely before this Court on August 24, 2022 at 1:00 p.m.

| | |
|---|---|
| Dated: August 22, 2022<br>Hartford, Connecticut | **Pacific Alliance Asia Opportunity Fund L.P.**<br><br>By: */s/ Patrick M. Birney*<br>Patrick M. Birney (CT No. 19875)<br>Annecca H. Smith (CT No. 31148)<br>**ROBINSON & COLE LLP**<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-8275<br>Facsimile: (860) 275-8299<br>E-mail: pbirney@rc.com<br>         asmith@rc.com<br><br>-and-<br><br>Peter Friedman (admitted *pro hac vice*)<br>Stuart M. Sarnoff (admitted *pro hac vice*)<br>Laura S. Aronsson (admitted *pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>Email: pfriedman@omm.com<br>         ssarnoff@omm.com<br>         laronsson@omm.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2022, a copy of the foregoing was filed electronically and shall be served as required by Local Bankruptcy Rule 9013-2(b), with notice of this filing being sent by email to all Notice Parties by operation of the court's electronic filing system or by First Class U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties in interest may access this document through the court's CM/ECF System.

*/s/ Patrick M. Birney*
Patrick M. Birney