# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>Debtor. | Chapter 11 Case No.<br><br>22-50073 (JAM) |

### [PROPOSED] ORDER GRANTING PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S MOTION TO PERMIT CERTAIN COUNSEL TO APPEAR REMOTELY FOR AUGUST 24, 2022 HEARING

Upon consideration of *Pacific Alliance Asia Opportunity Fund L.P.'s Motion to Permit Certain Counsel to Appear Remotely for August 24, 2022 Hearing* (the "Motion") ; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); and the Court having found this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given, under the circumstances, and that no other or further notice is necessary; and upon the record herein; and it appearing that cause exists to grant the relief sought in the Motion; it is hereby

ORDERED, ADJUDGED and DECREED that:

1.      The Motion is GRANTED as set forth herein.

2.      The following counsel for PAX are hereby granted leave to appear remotely at the status conference currently scheduled for Wednesday, August 24, 2022 on HKI's Reserve Motion

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

[ECF No. 728] filed in this matter (the "Status Conference"): (a) Stuart Sarnoff of O'Melveny & Myers LLP ("O'Melveny"); and (b) Laura Aronsson, also of O'Melveny.

   3.  The Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

Dated: _____, 2022
Bridgeport, Connecticut

                _____
                HONORABLE JULIE A. MANNING
                UNITED STATES BANKRUPTCY JUDGE