## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

---------------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, : Case No. 22-50073 (JAM)
:
Debtor. :
:
---------------------------------------------------------------x

## CHAPTER 11 TRUSTEE MOTION TO PERMIT CERTAIN COUNSEL TO APPEAR REMOTELY FOR AUGUST 24, 2022 STATUS CONFERENCE

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Luc A. Despins, in his capacity as trustee in the above-captioned case filed under chapter 11 of Title 11 of the United States Code (the "Trustee"), respectfully moves the Court for permission for Attorney Nicholas A. Bassett, of Paul Hastings, LLP, to appear remotely on his behalf at the August 24, 2022 status conference scheduled in this case related to HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May [ECF No. 728] (the "Reserve Motion") and the Ex Parte Motion Pursuant to Bankruptcy Rule 9006(c)(1) to Prescribe Notice and Expedite the Hearing on HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May [ECF No. 729] (the "Motion to Expedite"). In support of the Motion, the Trustee respectfully states as follows:

1. On August 11, 2022, HK International Funds Investments (USA) Limited, LLC ("HKI") filed the Reserve Motion and the Motion to Expedite.

2.      On August 22, 2022, the Court issued an Order Scheduling Status Conference related to the Reserve Motion and Motion to Expedite (the "Status Conference") [ECF No. 774]. The Status Conference is scheduled for August 24, 2022 at 1:00 p.m. Attorney Bassett, counsel to the Trustee, wishes to attend the Status Conference but respectfully requests the opportunity to participate in the Status Conference via the Court's ZOOM.Gov platform. Neubert, Pepe & Monteith, P.C., serves as the Trustee's Connecticut counsel and will attend the Status Conference in person.

3.      Due to the short time period between the entry of the Order Scheduling Status Conference and the Status Conference; and the fact that the Status Conference will be the initial status conference on the Reserve Motion and Motion to Expedite—rather than an evidentiary hearing—the Trustee submits that permitting Attorney Bassett to appear remotely via the ZOOM.Gov platform comports with Bankruptcy Rule 1001 and promotes the just, speedy and inexpensive administration of this case and the Reserve Motion.

WHEREFORE, because of the shortened notice period, the fact the Status Conference will not implicate evidentiary issues, and the in-person attendance of the Trustee's Connecticut counsel, the Trustee respectfully requests that Attorney Bassett be permitted to appear remotely before this Court on August 24, 2022 at 1:00 p.m.

Dated:   August 23, 2022             LUC A. DESPINS,
         New Haven, Connecticut      CHAPTER 11 TRUSTEE

                                     By:    /s/Patrick R. Linsey
                                        Douglas S. Skalka (ct00616)
                                        Patrick R. Linsey (ct29437)
                                        NEUBERT, PEPE & MONTEITH, P.C.
                                        195 Church Street, 13th Floor
                                        New Haven, Connecticut 06510
                                        (203) 781-2847
                                        dskalka@npmlaw.com
                                        plinsey@npmlaw.com

*and*

Nicholas A. Bassett *(pro hac vice)*
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re: | CHAPTER 11 |
| HO WAN KWOK, | CASE NO. 22-50073 (JAM) |
| Debtor. |  |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 23, 2022 the foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated: August 23, 2022  
      New Haven, Connecticut

LUC A. DESPINS,
CHAPTER 11 TRUSTEE

By:   /s/Patrick R. Linsey
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000
dskalka@npmlaw.com
plinsey@npmlaw.com