**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re:                                                      :    Chapter 11
                                                            :
HO WAN KWOK,                                                :    Case No. 22-50073 (JAM)
                                                            :
      Debtor.                                               :
                                                            :
---------------------------------------------------------x

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion (the "Motion to Expedite")[1] seeking an expedited hearing on the *Motion of Chapter 11 Trustee for Entry of Order (A) Providing That Control of Any Attorney-Client Privilege, Work Product Protection, and Other Privileges Related to Rule 2004 Subpoenaed Documents Passed to Trustee Upon Appointment, (B) Directing That Debtor and Other Examinees Not Withhold Documents On Account of Such Privileges, and (C) Granting Related Relief* [ECF No. 777] (the "Privileges Motion"); and good cause appearing, it is hereby

**ORDERED,** that a hearing on the Privileges Motion shall be held on **August 30, 2022, at 1:00 p.m.** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT  06604 (the "Hearing"); and it is further

**ORDERED,** that the deadline to object to the Privileges Motion shall be **August 28, 2022 at 1:00 p.m.**; and it is further

**ORDERED,** that a copy of this Order, along with the Privileges Motion and any

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Motion to Expedite.

1

2

attachments thereto, shall be served upon all parties to the above-captioned chapter 11 case qualified to receive electronic notice via the Court's CM/ECF service, as well as the Debtor, the Committee, and the United States Trustee, on or before August 23, 2022, and the Trustee shall file a certificate of service in advance of the Hearing.

Dated at Bridgeport, Connecticut this 23rd day of August, 2022.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut