# Notice Recipients

District/Off: 0205−5  User: admin  Date Created: 8/23/2022
Case: 22−50073  Form ID: pdfdoc2  Total: 4

**Recipients of Notice of Electronic Filing:**
ust  U. S. Trustee  USTPRegion02.NH.ECF@USDOJ.GOV
aty  Holley L. Claiborn  holley.l.claiborn@usdoj.gov
aty  James C. Graham  jgraham@npmlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty  Steven E. Mackey  Office of the U.S. Trustee  The Giaimo Federal Building  150 Court Street, Room 302  New Haven, CT 06510

TOTAL: 1