# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re: <br><br> HO WAN KWOK, <br><br> Debtor. | Chapter 11 <br><br> Case No: 22-50073 (JAM) |

### APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED

Pursuant to Fed. R. Bankr. P. 8009(a), the appellant and debtor Ho Wan Kwok, (the "Debtor"), by his undersigned attorneys, Zeisler & Zeisler, P.C., respectfully submits his designation of items to be included in the record on appeal and his statement of issues to be presented in connection with his appeal of the United States Bankruptcy Court's August 10, 2022, *Order, Pursuant to Bankruptcy Code Sections 363, 521, 541, 1108 and 1505, (A) Confirming that Chapter 11 Trustee Holds all of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities, (B) Authorizing Chapter 11 Trustee to Act in Any Foreign County on Behalf of Estate, and (C) Granting Related Relief*, (ECF No. 717).

**I.    Designation of Items to be Included in the Record on Appeal**

1. August 10, 2022, *Order, Pursuant to Bankruptcy Code Sections 363, 521, 541, 1108 and 1505, (A) Confirming that Chapter 11 Trustee Holds all of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities, (B) Authorizing Chapter 11 Trustee to Act in Any Foreign County on Behalf of Estate, and (C) Granting Related Relief*, (ECF No. 717)

2. July 23, 2022, Motion for Order Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities;

Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate; and Granting Related Relief (ECF No. 598).

3. July 27, 2022, Response Reservation of Rights of Pacific Alliance Asia Opportunity Fund L.P. in Response to the Motion of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 363, 541, 1108, and 1505, (A) Confirming that Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities, (B) Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate, and (C) Granting Related Relief (ECF No. 631).

4. July 29, 2022, Response to the Chapter 11 Trustee's Motion for Order Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities; Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate; and Granting Related Relief filed by the Debtor (ECF No. 643).

5. July 31, 2022, Revised Proposed Order granting Motion for Order Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities; Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate; and Granting Related Relief filed by the Chapter 11 Trustee (ECF No. 645).

6. Transcript of August 1, 2022, hearing before the Hon. Julie A. Manning (ECF No. 714).

7. August 2, 2022, Further Revised Proposed Order granting Motion for Order Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities; Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate; and Granting Related Relief filed by the Chapter 11 Trustee (ECF No. 671).

8. August 4, 2022, Objection to Revised Order granting Motion for Order Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities; Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate; and Granting Related Relief filed by the Debtor, with Exhibits 1-5 (ECF No. 678).

9. August 4, 2022, Reply in Further Support of Motion for Order Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities; Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate; and Granting Related Relief filed by the Trustee (ECF No. 679).

10. August 4, 2022, Third Revised Proposed Order granting Motion for Order Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities; Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate; and Granting Related Relief filed by the Chapter 11 Trustee (ECF No. 681).

11. August 4, 2022, docket entry noting that the Motion for Order Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities; Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate; and Granting Related Relief is granted for the reasons stated on the record and requiring submission of revised proposed order (ECF 687).

12. Transcript of August 4, 2022, hearing before the Hon. Julie A. Manning (ECF No. 746).

13. Chapter 11 Trustee List of Exhibits entered into evidence during the hearing held on August 4, 2022 (ECF No. 701).

14. Debtor's List of Exhibits entered into evidence during the hearing held on August 4, 2022 (ECF No. 702).

15. Notice of Appeal to District Court (ECF No. 723).

## II.     Statement of Issues To Be Presented

1.     Whether the Bankruptcy Court erred in Ordering the Debtor to execute a letter waiving his attorney-client privilege both under United States and United Kingdom law in connection with an action pending in the United Kingdom in which the Debtor is a Plaintiff.

2.     Whether the Bankruptcy Court erred in entering a blanket Order providing that "the Trustee holds all of the Debtor's economic and governance rights, for the benefit of the Estate, with respect to all Debtor-Controlled Entities"[,] and that "the foregoing rights include the Trustee's asserted authority to replace any existing officer, director, manager, or similar person of the Debtor-Controlled Entities" without first analyzing whether the controlling corporate documents and law of the state or country of formation of each of the Debtor-Controlled Entities permit the Trustee to exercise the authority granted to him by the Bankruptcy Court, including the authority to "replace any existing officer, director, manager, or similar person."

Dated at Bridgeport, Connecticut, this 23rd day of August 2022.

**THE DEBTOR,**
**HO WAN KWOK**

*/s/ Eric Henzy*
Eric Henzy (ct12849)
Stephen M. Kindseth (ct14640)
Aaron A. Romney (ct28144)
James M. Moriarty (ct21876)
John L. Cesaroni (ct29309)
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5487
Email: ehenzy@zeislaw.com
skindseth@zeislaw.com
aromney@zeislaw.com
jmoriarty@zeislaw.com
jcesaroni@zeislaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 23rd day of August 2022 a copy of the foregoing Appellant's Designation of Items to Be Included in the Record on Appeal and Statement of Issues to be Presented was filed electronically and emailed via the Court's CM/ECF electronic noticing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Eric A. Henzy*
Eric A. Henzy