# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>Debtor. | Chapter 11<br><br>Case No: 22-50073 (JAM) |

### APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED

Pursuant to Fed. R. Bankr. P. 8009(a), the appellant and debtor Ho Wan Kwok, (the "Debtor"), by his undersigned attorneys, Zeisler & Zeisler, P.C., respectfully submits his designation of items to be included in the record on appeal and his statement of issues to be presented in connection with his appeal of the United States Bankruptcy Court's August 2, 2022, *Order Denying Motion for Relief from Judgment/Order,* (ECF No. 667).

**I.    Designation of Items to be Included in the Record on Appeal**

1. August 2, 2022, *Order Denying Motion for Relief from Judgment/Order,* (ECF No. 667).

2. Transcript of July 8, 2022, Hearing before the Hon Julie A. Manning on the Application to Appoint Trustee filed by the Office of the United States Trustee.

3. July 8, 2022, Order Granting Appointment of Chapter 11 Trustee ((ECF No. 521).

4. July 15, 2022, Motion for Relief from Judgement/Order Under Rule 9024 filed by the Debtor (ECF No. 561).

5. July 20, 2022, Objection to Motion for Relief from Judgement/Order Under Rule 9024 filed by the Chapter 11 Trustee (ECF No. 575).

6. Transcript of July 21, 2022, Status Conference before the Hon Julie A. Manning (ECF No. 610).

7. July 22, 2022, Scheduling Order issued by the Hon. Julie A. Manning setting an August 1, 2022 hearing on, among other things, the Debtor's Motion for Relief from Judgement/Order Under Rule 9024 (ECF No. 596).

8. Response of the United States Trustee to Motion for Relief from Judgment/Order Under Rule 9024 (ECF No. 615).

9. Pacific Alliance Asia Opportunity Fund L.P.''s Position Statement in Joint Response to (I) Debtor's Motion for Relief from Order Appointing Luc A. Despins as Chapter 11 Trustee, and (II) Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330 and Bankruptcy Rules 2014 and 2016, Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to Chapter 11 Trustee (ECF No. 618).

10. Creditor's Committee's Objection to Debtor's Motion for Relief from Order Appointing Luc A. Despins as Chapter 11 Trustee (ECF No. 621).

11. Creditors Rui Ma, Zheng Wu and Weican Meng's Joinder to Objection of the Official Committee of Unsecured Creditors to the Debtor's Motion for Relief from Order Appointing Luc A. Despins as Chapter 11 Trustee (ECF No. 628).

12. The Debtor's Witness and Exhibit List for August 1, 2022 hearing (ECF No. 644).

13. Transcript of August 1, 2022, hearing before the Hon. Julie A. Manning (ECF No. 714).

14. Notice of Appeal to District Court (ECF No. 711).

15. Amended Notice of Appeal to District Court (ECF No. 715).

II. **Statement of Issues To Be Presented**

1.  Whether the Bankruptcy Court erred in finding that "no grounds exist to terminate the appointment of Chapter 11 Trustee or remove the Chapter 11 Trustee appointed in the Debtor's case [pursuant to 11 U.S.C. § 324]" when there was no application or motion to remove the Trustee pursuant to 11 U.S.C. § 324 filed and the issue of Trustee removal pursuant to 11 U.S.C. § 324 was not before the Bankruptcy Court.

2.  Whether the Bankruptcy Court erred in finding that "no grounds exist to terminate the appointment of Chapter 11 Trustee or remove the Chapter 11 Trustee appointed in the Debtor's case [pursuant to 11 U.S.C. § 324]" without i) affording the Debtor the opportunity to conduct discovery on the issue of whether the Trustee should be removed pursuant to 11 U.S.C. § 324 in accordance with Fed. R. Bankr. P. 9014, and ii) conducting an evidentiary hearing.

Dated at Bridgeport, Connecticut, this 23rd day of August 2022.

**THE DEBTOR,**
**HO WAN KWOK**

*/s/ Eric Henzy*
Eric Henzy (ct12849)
Stephen M. Kindseth (ct14640)
Aaron A. Romney (ct28144)
James M. Moriarty (ct21876)
John L. Cesaroni (ct29309)
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5487
Email: ehenzy@zeislaw.com
skindseth@zeislaw.com
aromney@zeislaw.com
jmoriarty@zeislaw.com
jcesaroni@zeislaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 23rd day of August 2022 a copy of the foregoing Appellant's Designation of Items to Be Included in the Record on Appeal and Statement of Issues to be Presented was filed electronically and emailed via the Court's CM/ECF electronic noticing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Eric A. Henzy*
Eric A. Henzy