**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor. | : |
| | : |

# NOTICE OF WITHDRAWAL

The Official Committee of Unsecured Creditors (the "Committee") of the estate of the Debtor, Ho Wan Kwok (the "Debtor"), hereby withdraws without prejudice the Motion for 2004 Examination of HK International Funds Investments (USA) Limited, LLC (Docket No. 295) and the Motion for 2004 Examination of Golden Spring (New York) Ltd (Docket No 297).

Dated: Bridgeport, Connecticut
August 23, 2022

**OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS OF HO WAN KWOK**

By:   */s/Irve J. Goldman*
Irve J. Goldman
Jonathan A. Kaplan
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601-7006
(203) 330-2213
igoldman@pullcom.com

Its Attorneys

## CERTIFICATION OF SERVICE

    I, Irve J. Goldman, herby certify that on August 23, 2022, a true and correct copy of the foregoing Notice of Withdrawal was filed with the Court and served all parties that have filed a notice of appearance and request for notice electronically via the Court's CM/ECF electronic filing system ("CM/ECF").

                                              By: */s/Irve J. Goldman*

ACTIVE/83201.1/IJG/10537826v1