**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

In re: Saaho Restaurant Inc.                                    Case No: **8-19-70823-Ias**

                                                               **NOTICE OF APPEARANCE**

                                        Debtor,

------------------------------------------------------------------x


To the Clerk of this Court and all parties of record:

    Please enter the appearance of Tiffany Troy, Esq. of Troy Law PLLC as counsel in this case for Creditor Jia Yang Li, Jian Fan, Qiqhua Fan and Troy Law PLLC.

    Request is hereby made that all notices given or required to be given in this case and all pleading, motions, and applications served or required to be served in this case be given to and served upon the undersigned. All documents can be mailed to the following address listed below:

    Troy Law PLLC
    41-25 Kissena Blvd., Suite 103
    Flushing, NY 11355


I certify that we are admitted to practice in this Court.

Dated: August 24, 2022
        Flushing, NY

                            Troy Law PLLC
                    By:     /s/ Tiffany Troy
                            Tiffany Troy, Esq.
                            (*Attorneys for Creditors*)
                            41-25 Kissena Blvd., Suite 103
                            Flushing, NY 11355
                            Tel: (718) 762-1324
                            Fax: (718) 762-1342
                            troylaw@troypllc.com