United States Bankruptcy Court

District of Connecticut

| | |
|---|---|
| In re: | Case No. 22-50073-jam |
| Ho Wan Kwok | Chapter 11 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 22, 2022 | Form ID: pdfdoc2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ustpregion02.nh.ecf@usdoj.gov | Aug 22 2022 18:29:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 24, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2022 at the address(es) listed below:

**Name**      **Email Address**

Aaron Romney
    on behalf of Debtor Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com

Aaron Romney
    on behalf of Interested Party Mei Guo aromney@zeislaw.com swenthen@zeislaw.com

Aaron Romney
    on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney
    on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 2 of 5 |
| Date Rcvd: Aug 22, 2022 | Form ID: pdfdoc2 | Total Noticed: 1 |

Aaron Romney
    on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com

Aaron Romney
    on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com

Aaron A Mitchell
    on behalf of Debtor Ho Wan Kwok aaron@lmesq.com

Annecca H. Smith
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Annecca H. Smith
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Avram Emmanuel Luft
    on behalf of Trustee Luc A. Despins aviluft@paulhastings.com

Carollynn H.G. Callari
    on behalf of Creditor Zheng Wu ccallari@callaripartners.com

Carollynn H.G. Callari
    on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com

Carollynn H.G. Callari
    on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com

David S. Forsh
    on behalf of Creditor Zheng Wu dforsh@callaripartners.com

David S. Forsh
    on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com

David S. Forsh
    on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com

David V. Harbach, II
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com

Douglas S. Skalka
    on behalf of Trustee Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglass E. Barron
    on behalf of Trustee Luc A. Despins douglassbarron@paulhastings.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Debtor Ho Wan Kwok ehenzy@zeislaw.com cjervey@zeislaw.com

G. Alexander Bongartz
    on behalf of Trustee Luc A. Despins alexbongartz@paulhastings.com

Holley L. Claiborn
    on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Irve J. Goldman
    on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com rmccoy@pullcom.com

James C. Graham
    on behalf of Trustee Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham
    on behalf of Trustee Luc A Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James M. Moriarty
    on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Debtor Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com

Jay Marshall Wolman

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 3 of 5 |
| Date Rcvd: Aug 22, 2022 | Form ID: pdfdoc2 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com |
| Jay Marshall Wolman | on behalf of Creditor Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com |
| John L. Cesaroni | on behalf of Debtor Ho Wan Kwok jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Interested Party Mei Guo jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC jcesaroni@zeislaw.com |
| Jonathan Kaplan | on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com prulewicz@pullcom.com;rmccoy@pullcom.com |
| Kristin B. Mayhew | on behalf of Plaintiff Zheng Wu kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of Creditor Zheng Wu kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of 20 Largest Creditor Rui Ma kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of Plaintiff Rui Ma kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of Plaintiff Yang Lan kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of Plaintiff Boxun Inc. kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of 20 Largest Creditor Weican Meng kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of Plaintiff Weican (Watson) Meng kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Laura Aronsson | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com |
| Luc A. Despins | on behalf of Trustee Luc A. Despins lucdespins@paulhastings.com |
| Luc A. Despins | lucdespins@paulhastings.com |
| Lucas Bennett Rocklin | on behalf of Trustee Luc A. Despins lrocklin@npmlaw.com  NeubertPepeMonteithPC@jubileebk.net |
| Mia N. Gonzalez | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com |
| Michael S. Weinstein | on behalf of Creditor Rong Zhang mweinstein@golenbock.com |
| Michael S. Weinstein | on behalf of Creditor Chong Shen Raphanella mweinstein@golenbock.com |
| Michael S. Weinstein | on behalf of Creditor Xiaodan Wang mweinstein@golenbock.com |
| Nicholas A. Bassett | on behalf of Trustee Luc A. Despins nicholasbassett@paulhastings.com |
| Patrick M. Birney | on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com  ctrivigno@rc.com |
| Patrick M. Birney | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com  ctrivigno@rc.com |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 4 of 5 |
| Date Rcvd: Aug 22, 2022 | Form ID: pdfdoc2 | Total Noticed: 1 |

| | |
|---|---|
| Patrick M. Birney | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com |
| Patrick R. Linsey | on behalf of Trustee Luc A Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Trustee Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Peter Friedman | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter Friedman | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter Friedman | on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of Creditor Zheng Wu pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com |
| Sara Pahlavan | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. spahlavan@omm.com |
| Scott D. Rosen | on behalf of Attorney Cohn Birnbaum & Shea P.C. srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com |
| Stephen M. Kindseth | on behalf of Interested Party Mei Guo skindseth@zeislaw.com cjervey@zeislaw.com |
| Stephen M. Kindseth | on behalf of Interested Party HK International Funds Investments (USA) Limited LLC skindseth@zeislaw.com, cjervey@zeislaw.com |
| Stephen M. Kindseth | on behalf of Debtor Ho Wan Kwok skindseth@zeislaw.com cjervey@zeislaw.com |
| Stuart M. Sarnoff | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com |
| Stuart M. Sarnoff | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com |
| Stuart M. Sarnoff | on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com |
| Thomas J. Sansone | on behalf of Creditor Chong Shen Raphanella tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Creditor Xiaodan Wang tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Plaintiff Chong Shen Raphanella tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Attorney Michael S. Weinstein tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Creditor Rong Zhang tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Plaintiff Rong Zhang tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Plaintiff Xiaodan Wang tsansone@carmodylaw.com |
| Tristan G. Axelrod | on behalf of Creditor Brown Rudnick LLP taxelrod@brownrudnick.com |
| Tristan G. Axelrod | on behalf of Creditor Verdolino & Lowey P.C. taxelrod@brownrudnick.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

District/off: 0205-5 | User: admin | Page 5 of 5
Date Rcvd: Aug 22, 2022 | Form ID: pdfdoc2 | Total Noticed: 1

William R. Baldiga on behalf of Creditor Brown Rudnick LLP wbaldiga@brownrudnick.com

TOTAL: 86

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

_____
In re                                                           :   Chapter 11
                                                                :
HO WAN KWOK,                                        :   Case No. 22-50073 (JAM)
                                                                :
                                                                :
                    Debtor.                               :
_____:

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the Motion to expedite a hearing on the Debtor's Motion For Stay Pending Appeal Of Order, Pursuant To Bankruptcy Code Sections 363, 521 541, 1108, And 105, (A) Confirming That Chapter 11 Trustee Holds All Of Debtor's Economic Rights In Debtor-Controlled Entities, (B) Authorizing Chapter 11 Trustee To Act In Any Foreign Country On Behalf Of The Estate, And (C) Granting Related Relief (Doc. No 761, the "Stay Motion"); and good cause appearing, it is hereby

ORDERED, that a hearing on the Stay Motion shall be held on August 30, 2022, at 1:00 p.m. at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604 (the "Hearing"); and it is further

ORDERED, that the deadline to object to the Stay Motion shall be August 26, 2022, at 1:00 p.m.; and it is further

ORDERED, that a copy of this Order, along with the Stay Motion and any attachments thereto, shall be served upon all parties to the above-captioned chapter 11 case (the "Chapter 11 Case") qualified to receive electronic notice via the Court's CM/ECF service, as well as the Committee, the Trustee, and the United States Trustee, on or before August 23, 2022, at 1:00 p.m. and the Debtor shall file a certificate of service in advance of the Hearing.

Dated at Bridgeport, Connecticut this 22nd day of August, 2022.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut