**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re | : Chapter 11 |
| HO WAN KWOK, | : Case No. 22-50073 (JAM) |
| Debtor. | : |

## CERTIFICATE OF SERVICE

I, Eric Henzy, hereby certify that on the 22nd day of August, 2022, the Order Scheduling Expedited Hearing (Doc. No. 772) regarding the Motion to Stay Pending Appeal of Order (Doc. No. 761) was served on counsel for the Committee, the Office of the United States Trustee, the Chapter 11 Trustee, and all counsel and appearing parties of record by e-mail operation of the Court's electronic filing system.

I, Eric Henzy, hereby further certify that on the 17th day of August, 2022, the Debtor's Motion for Stay Pending Appeal of Order, Pursuant to Bankruptcy Code Sections 363, 521 541, 1108, and 105, (A) Confirming That Chapter 11 Trustee Holds All of Debtor's Economic Rights in Debtor-Controlled Entities, (B) Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of the Estate, and (C) Granting Related Relief (Doc. No 761) was served on counsel for the Committee, the Office of the United States Trustee, the Chapter 11 Trustee, and all counsel and appearing parties of record by e-mail operation of the Court's electronic filing system.

Dated at Bridgeport, Connecticut on this 26th day of August, 2022.

**THE DEBTOR,**
**HO WAN KWOK**

*/s/ Eric Henzy*
Eric Henzy (ct12849)
Stephen M. Kindseth (ct14640)
Aaron A. Romney (ct28144)
James M. Moriarty (ct21876)
John L. Cesaroni (ct29309)
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5487
Email: ehenzy@zeislaw.com
skindseth@zeislaw.com
aromney@zeislaw.com
Jmoriarty@zeislaw.com
jcesaroni@zeislaw.com