**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| HO WAN KWOK[1] | 22-50073 (JAM) |
| Debtor. | August 26, 2022 |

**PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S MOTION TO PERMIT CERTAIN COUNSEL TO APPEAR REMOTELY FOR AUGUST 30, 2022 HEARING**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), by and thorough its undersigned counsel, respectfully moves (this "Motion") the Court for permission for Attorney Stuart Sarnoff of O'Melveny & Myers LLP ("O'Melveny") to appear remotely on behalf of PAX at the hearing and continued status conference currently scheduled for Tuesday, August 30, 2022. In support of the Motion, PAX respectfully states as follows:

**JURISDICTION AND VENUE**

1. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution. The statutory bases for the relief sought herein are section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1001.

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

**BACKGROUND AND REQUESTED RELIEF**

2. On August 11, 2022, HK International Funds Investments (USA) Limited, LLC ("HKI") filed *HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May* [ECF No. 728] ("Reserve Motion") and affiliated Motion to Expedite [ECF No. 729].

3. On August 22, 2022, the Court issued an Order Scheduling Status Conference related to the Reserve Motion and Motion to Expedite (the "Status Conference") [ECF No. 774] scheduling the Status Conference for August 24, 2022 at 1:00 p.m. On August 23, 2022, the Court continued the Status Conference to August 30, 2022 at 1:00 p.m. [ECF No. 782].

4. On August 30, 2022 at 1:00 p.m. the Court will also hold a hearing (the "Hearing") on the Motion to Stay Pending Appeal, the Adversary Proceeding Stay Motion, and the Trustee's Privilege Motion [ECF Nos. 772, 773, 780].

5. Attorney Sarnoff, counsel to PAX, will be out of the office on a scheduled trip outside of the metropolitan New York area and respectfully requests permission to attend the Status Conference and Hearing via the Court's ZOOM.Gov platform. Laura Aronsson of O'Melveny and PAX's Connecticut counsel, Patrick Birney, will attend the Status Conference and Hearing in person.

6. Due to the fact that the Status Conference will be the initial status conference on the Reserve Motion—rather than an evidentiary hearing; the fact that the Hearing concerns motions to which PAX has filed no responses; and that Attorneys Aronsson and Birney will attend in person and be prepared to speak on behalf of PAX, as needed, PAX submits that permitting Attorney Sarnoff to enter a remote appearance via the ZOOM.Gov platform comports with

Bankruptcy Rule 1001 and promotes the just, speedy and inexpensive administration of this case and the matters before the Court.

## **CONCLUSION**

Because of the fact the Status Conference will not implicate evidentiary issues, the Hearing does not concern papers filed by PAX, and the in-person attendance of other counsel for PAX, PAX respectfully requests that Attorney Sarnoff be permitted to appear remotely before this Court on August 30, 2022 at 1:00 p.m.

| | |
|---|---|
| Dated: August 26, 2022<br>Hartford, Connecticut | **Pacific Alliance Asia Opportunity Fund L.P.**<br><br>By: */s/ Patrick M. Birney*<br>Patrick M. Birney (CT No. 19875)<br>Annecca H. Smith (CT No. 31148)<br>**ROBINSON & COLE LLP**<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-8275<br>Facsimile: (860) 275-8299<br>E-mail: pbirney@rc.com<br>            asmith@rc.com<br><br>-and-<br><br>Peter Friedman (admitted *pro hac vice*)<br>Stuart M. Sarnoff (admitted *pro hac vice*)<br>Laura S. Aronsson (admitted *pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>Email: pfriedman@omm.com<br>            ssarnoff@omm.com<br>            laronsson@omm.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2022, a copy of the foregoing was filed electronically and shall be served as required by Local Bankruptcy Rule 9013-2(b), with notice of this filing being sent by email to all Notice Parties by operation of the court's electronic filing system or by First Class U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties in interest may access this document through the court's CM/ECF System.

*/s/ Patrick M. Birney*
Patrick M. Birney