**SCHEDULE 2**

**SCHEDULE 1**

## SCHEDULE OF PARTIES IN INTEREST – IN RE KWOK

**20 LARGEST UNSECURED CREDITORS**

PACIFIC ALLIANCE ASIA OPPORTUNITY
GOLDEN SPRING NEW YORK
RUI MA
CHENG JIAN WU JIAN SHE
NING YE
GUO BAOSHENG
YAN LAN & WU ZHENG
HONG QI QU
NAN TONG SI JIAN
JIAN GONG
YAN ZHAO
YUA HUA ZHUANG SHI
LIEHONG ZHUANG/XIAO YAN ZHU
WEICAN MENG/BOXUN INC.
SAMUEL NUNBERG
LAMP CAPITAL LLC
JUN CHEN AKA JONATHAN HO
YUE HUA ZHU SHI
XIONG XIAN WEI YE
HUIZEN WANG

**DEBTOR, FAMILY MEMBERS, AND CERTAIN RELATED ENTITIES**

HO WAN KWOK (A.K.A MILES GWOK, MILES GUO AND WENGUI GUO)
HING CH NGOK/YUE QINGZHI
QIANG GUO
MEI GUO/MEI GUI
HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC
BRAVO LUCK LIMITED
GENEVER HOLDINGS CORPORATION
GENEVER HOLDINGS LLC

**BANKRUPTCY JUDGE AND U.S. TRUSTEE PERSONNEL**

HONORABLE JULIE A. MANNING
WILLIAM HARRINGTON
KIM L. MCCABE
HOLLEY CLAIBORN
JOSEPH H. FLAMINI
ERIN HOGAN
STEVEN MACKEY
FRANK MARINO
JENNIFER J. MOREY
NICOLE NEELY
SHARON WARNER
JOHN GERVAIS

**OTHER INTERESTED PARTIES**

7 NOD HILL LLC,
AAGV LIMITED
ABRAMS FENSTERMAN, LLP
ACA CAPITAL GROUP LIMITED
ACA INVESTMENT FUND
ACA INVESTMENT MANAGEMENT LTD.
ACE DECADE HOLDINGS LIMITED
AI GROUP HOLDINGS INC.,
ALFA GLOBAL VENTURES LIMITED
ALFONSO GLOBAL LIMITED
ALLIED CAPITAL GLOBAL LIMITED
ALPINE FIDUCIARIES SA
AN HONG
ANDREW SULNER/FORENSIC DOCUMENT EXAMINATIONS, LLC
ANTON DEVELOPMENT LIMITED
ARETHUSA FORSYTH
ASSETS SINO LIMITED
AUSPICIOUS COAST LIMITED
BAIQIAO TANG A/K/A TANG BAIQIAO
BAKER HOSTETLER LLP
BEIJING BI HAI GE LIN YUAN LIN LU HUA, LTD.
BEIJING CHENG JIAN WU JIAN SHE GROUP, LTD.
BEIJING FU LE HONG MA JIAN ZHU ZHUANG SHI GONG CHENG, LTD.
BEIJING PANGU INVESTMENT CO.
BEIJING ZENITH HOLDINGS CO.
BEIJING ZHONG XIAN WEI YE STAINLESS DECORATION CENTER
~~BEJING PANGU INVESTMENT CO.~~
BERKELEY ROWE
BERNARDO ENRIQUEZ
BOIES SCHILLER
BOXUN INC.
BRANCH
BROWN HARRIS STEVENS
BROWN RUDNICK, LLP
BSA STRATEGIC FUND I
BURNETTE SHUTT AND MCDANIEL PA
CAHILL GORDON & REINDEL LLP
CHAO-CHIH CHIU
CHASE BANK
CHENGLONG WANG
CHIESA SHAHINIAN & GIANTOMASI PC
CHINA GOLDEN SPRING GROUP (HONG KONG) LIMITED
CHONG SHEN RAPHANELLA
CHUANG XIN LTD.
CITIBANK
CLARK HILL PLC
CLAYMAN & ROSENBERG LLP
CLAYMAN ROSENBERG KIRSHNER & LINDER LLP
COHN BIRNBAUM & SHEA P.C.
COUNSEL PRESS INC.
CRANE ADVISORY GROUP LLC
CREATIVE APEX INVESTMENTS LIMITED
CRYSTAL BREEZE INVESTMENTS LIMITED
DANIEL PODHASKIE

2

DANIEL S. ALTER
DANYU LIN
DAWN STATE LIMITED
DONGNA FANG
EASTERN PROFIT CORPORATION LIMITED
EDUARDO EURNEKIAN
ELITE WELL GLOBAL LIMITED
ELLIOTT KWOK LEVINE & JAROSLAW LLP
EMPIRE GROWTH HOLDINGS
ERIC GOLDSMITH MD, LLC
FAN BINGBING
FIONA YU
FORBES HARE
G CLUB OPERATIONS LLC
G FASHION LLC
G NEWS LLC,
GANFER SHORE LEEDS & ZAUDERER
GAO BINGCHEN
G-CLUB
GETTR USA
GFASHION MEDIA GROUP INC.,
GFNY, INC
GLENN MELLOR
GLOBALIST INTERNATIONAL LIMITED
GNEWS MEDIA GROUP INC.,
GOLDFARB & HUCK ROTH RIOJAS, PLLC
GREENWICH LAND LLC
G-TRANSLATORS PTY LTD
GTV MEDIA GROUP, INC.,
GUO LIJIE
GUO MEDIA
GUO WENOUN
GUO WENPING
HAIHONG WANG
HAMILTON CAPITAL HOLDINGS INC
HAN CHUNGUANG
HAO HAIDONG
HARCUS PARKER LTD.
HE BEI YUE HUA ZHUANG SHI GONG CHENG LTD.
HEAD WIN GROUP LIMITED
HELEN MANIS
HENAN YUDA
HERO GRAND LIMITED
HIMALAYA EMBASSY
HIMALAYA EXCHANGE
HIMALAYA FEDERAL RESERVE
HIMALAYA INTERNATIONAL CLEARING LTD.
HIMALAYA INTERNATIONAL FINANCIAL GROUP LTD
HIMALAYA INTERNATIONAL PAYMENTS LTD.
HIMALAYA INTERNATIONAL RESERVES LTD.
HIMALAYA SUPERVISORY ORGANIZATION
HING CH NGOK
HONG KONG INTERNATIONAL FUNDS INVESTMENTS LIMITED
HONG QI QU JIAN SHE GROUP, LTD.
HONG ZENG
HUDSON DIAMOND NY LLC

HSBC
INFINITE INCREASE LIMITED
INFINITUM DEVELOPMENTS LIMITED
INSIGHT CAPITAL
INSIGHT PHOENIX FUND
JANOVER LLC
JASON MILLER
JENNIFER MERCURIO
JESSE BROWN
JIA LI WANG
JIA YANG LI
JIAMEI LU
JIAN FAN
JIANG SU PROVINCE JIAN GONG GROUP LTD BEIJING BRANCH
JIANG YUNFU BE
JIANHU YI
JIANSHENGXIE AND JIEFU ZHENG
JING GENG
JOHN S LAU
JONATHAN YOUNG
JUMBO CENTURY LIMITED
JUN LIU
JUNE SHI
KAIXIN HONG
KARIN MAISTRELLO,
KATHLEEN SLOANE
KERCSMAR FELTUS & COLLINS PLLC
KEYI ZIKLIE
KUI CHENG
LALIVE SA
LAO JIANG
LAW FIRM OF CALLARI PARTNERS, LLC
LAWALL & MITCHELL, LLC
LEADING SHINE LIMITED
LEE VARTAN
LIEHONG ZHUANG
LIHONG WEI LAFRENZ (AKA SARA WEI)
LINDA HE CHEUNG
LOGAN CHENG (F/K/A SHUIYAN CHENG)
LONG GATE LIMITED
MACDONALD
MAR-A-LAGO
MAUNAKAI CAPITAL
MAX KRASNER
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
MELISSA MENDEZ
MILES GUO
MILES GWOK
MOA-FU
NEW DYNAMIC DEVELOPMENT LIMITED
NEW FEDERAL STATE OF CHINA
NEXT TYCOON INVESTMENTS LIMITED
NOBLE FAME GLOBAL LIMITED
O'MELVENY & MYERS LLP
PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.
PAUL WEISS

PETRILLO KLEIN & BOXER LLP
| PHILLIPS NIZER LLP
PULLMAN & COMLEY, LLC
| QIQHUA FAN
QU GUOJIAO
QUIJU JIA
RANDAZZA LEGAL GROUP, PLLC
ROBINSON & COLE LLP
RONG ZHANG
| ROSS HEINEMEYER
ROY D. SIMON
RUIZHENG AN
RULE OF LAW FOUNDATION III
RULE OF LAW SOCIETY IV INC
RUQUIN WANG
SAIL VICTORY LIMITED
| SAMUEL DAN NUNBERG
SARA WEI (A/K/A LIHONG WEI LAFRENZ)
SARACA MEDIA GROUP, INC.,
SCHULMAN BHATTACHARYA, LLC
SELAS MONTBRIAL AVOCATS
SHANE D SHOOK
| SHERRY-NETHERLAND, INC.
SHI JIA ZHUANG ZHEN YUAN JIAN ZHU AN ZHUANG GONG CHENG LTD BEJING FIRST
| SHINY ACE INNOVATION CO LTD
SHINY TIMES LTD.
SHUANG WANG
| SPIRIT CHARTER INVESTMENT LIMITED
| STANDARD CHARTERED BANK
| STEPHEN WONG
| STEVE BANNON,
| STEVENSON WONG
STOKES LAWRENCE, PS
STRATEGIC VISION LLC
TELI CHEN
THE CASPER FIRM
THE FRANCIS FIRM PLLC
THE LAW OFFICES OF RAFAEL A. VARGAS
| THE SHERRY-NETHERLAND HOTEL
THOMAS RAGLAND
| TM PRIMROSE LIMITED
| TROY LAW PLLC
U.S. LEGAL SUPPORT, INC.
| UBS AG (LONDON BRANCH)
UBS AG (LONDON)
UNA MANYEE WILKINSON
| VERDOLINO & LOWEY
VERITEXT
| ~~VOICE GUO MEDIA, INC.~~
VOICE OF GUO MEDIA, INC.
VX CERDA & ASSOCIATES
WA&HF LLC
| WARD & BERRY, PLLC
WEICAN ("WATSON") MENG
WEIGUO SUN
WEIXIANG GE

5

WELL ORIGIN LTD.
WEN LIN
WENG
WHITECROFT SHORE LIMITED
WHITMAN BREED ABBOTT & MORGAN LLC
WILLIAM BRADLEY WENDEL
WILLIAM GERTZ
WILLIAM JE (JE KIN MING)
WILLIAMS & CONNOLLY
WORLD CENTURY LIMITED,
WORLDWIDE OPPORTUNITY HOLDINGS LIMITED
WU ZHENG
XIAO YAN ZHU
XIAODAN WANG
XINGYU YAN
XIQUI ("BOB") FU
YA LI
YAN GAO
YAN HUANG
YANG LAN
YANKWITT LLP
YANPING WANG
YAZ QINGUA
YELIANG XIA
YI LI
YING LIU
YUE HUA ZHU SHI
YUNXIA WU
YVETTE WANG
ZEICHNER ELLMAN & KRAUSE LLP
ZEISLER & ZEISLER, P.C.
ZHANG WEI
ZHENG WU (A/K/A BRUNO WA)
ZHENGJUN DONG

ZIBA LIMITED