**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
                                                        :

In re:                                          :        Chapter 11
                                                      :
HO WAN KWOK,                    :        Case No. 22-50073 (JAM)
                                                        :
            Debtor.                      :
                                                        :
------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on August 22, 2022, the Motion of Chapter 11 Trustee for Entry of Order (A) Providing That Control of Any Attorney-Client Privilege, Work Product Protection, and Other Privileges Related to Rule 2004 Subpoenaed Documents Passed to Trustee Upon Appointment, (B) Directing That Debtor and Other Examinees Not Withhold Documents On Account of Such Privileges, and (C) Granting Related Relief [ECF No. 777] (the "Privileges Motion") was filed electronically; and, on August 23, 2022, the Court's Order Scheduling Hearing [ECF No. 780] relating to the Privileges Motion (the "Hearing Order" and, together with the Privileges Motion, collectively, the "Served Documents") was filed electronically.  Notice of the Served Documents was sent by e-mail on the respective dates of filing to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system, which includes the above-captioned debtor, the Official Committee of Unsecured Creditors, and the United States Trustee, or by mail, on August 23, 2022, to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

2

| | | |
|---|---|---|
| Dated: | August 29, 2022<br>New Haven, Connecticut | LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE |

By: /s/Patrick R. Linsey
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

    *and*

    Nicholas A. Bassett *(pro hac vice)*
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

    *and*

    Avram E. Luft *(pro hac vice)*
    Douglass Barron *(pro hac vice)*
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com

    *Counsel for the Chapter 11 Trustee*