**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                            :

In re:                                                  :        Chapter 11

HO WAN KWOK,                         :        Case No. 22-50073 (JAM)

                Debtor.                          :

---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 17, 2022, *Motion of Chapter 11 Trustee for Entry of Order Staying Through October 21, 2022 Pending Adversary Proceedings Brought Against the Debtor Pursuant to 11 U.S.C. Sections 523 and/or 727* [Docket No. 763] (the "Motion to Stay") was electronically filed; and on August 22, 2022, the Court's Order scheduling a hearing with respect to the Motion to Stay [Docket No. 773] (the "Hearing Order" and, together with the Motion to Stay, the "Served Documents") was electronically filed. Notice of the Served Documents was sent by e-mail on the respective dates of electronic filing to all parties by operation of the Court's electronic filing system ("CM/ECF") or by U.S. Mail to anyone unable to accept electronic filing as set forth below pursuant to the Notice of Electronic Filing. The foregoing service included all parties to the Adversary Proceedings (as defined in the Motion to Stay) except Samuel Nunberg, who was served via manual email (at snunberg@winstonashe.com) on August 28, 2022. Parties may access this filing through the Court's CM/ECF system.

| | | |
|---|---|---|
| Dated: | August 29, 2022<br>New Haven, Connecticut | LUC DESPINS, as appointed Chapter 11 Trustee<br>for HO WON KWOK |

By:   /s/Patrick R. Linsey
   Patrick R. Linsey (ct29437)
   NEUBERT, PEPE & MONTEITH, P.C.
   195 Church Street, 13th Floor
   New Haven, Connecticut 06510
   (203) 781-2847
   plinsey@npmlaw.com

   *and*

   Nicholas A. Bassett *(pro hac vice)*
   PAUL HASTINGS LLP
   2050 M Street NW
   Washington, D.C., 20036
   (202) 551-1902
   nicholasbassett@paulhastings.com

   *and*

   Avram E. Luft *(pro hac vice)*
   Douglass Barron *(pro hac vice)*
   PAUL HASTINGS LLP
   200 Park Avenue
   New York, New York 10166
   (212) 318-6079
   aviluft@paulhastings.com

   *Counsel for the Chapter 11 Trustee*