# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                              :       Chapter 11
:
HO WAN KWOK,                                        :       Case No. 22-50073 (JAM)
:
      Debtor.                                     :
:
                                                                   ---------------------------------------------------------x

## ORDER GRANTING MOTION FOR STAY OF ADVERSARY PROCEEDINGS SEEKING DETERMINATION OF NON-DISCHARGEABILITY OF DEBTS AND/OR DENIAL OF DISCHARGE

UPON CONSIDERATION OF the motion of Chapter 11 Trustee Luc A. Despins (the "Trustee") requesting an additional stay of the adversary proceedings *Cheng v. Kwok*, Adv. Pro. 22-5010; *Ma v. Kwok*, Adv. Pro. 22-5011; *Pacific Alliance Asia Opportunity Fund v. Kwok*, Adv. Pro. 22-5012; *Wu v. Kwok*, Adv. Pro. 22-5013; *Meng v. Kwok*, Adv. Pro. 22-5014; *Nunberg v. Kwok*, Adv. Pro. 22-5017 and *Zhang v. Kwok*, Adv. Pro. 22-5018 (the "Adversary Proceedings") through October 21, 2022, and good cause having been shown and after a hearing held on August 30, 2022, it is by the Court,

ORDERED, that the motion is GRANTED and the above-described Adversary Proceedings are hereby stayed, and all related deadlines associated therewith are extended, through October 21, 2022; and it is further

ORDERED, that this Order shall be entered in in the above-captioned Chapter 11 Case as well as in each of the Adversary Proceedings.

Dated at Bridgeport, Connecticut this 31st day of August, 2022.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut