**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re:                                    :    Chapter 11
:
HO WAN KWOK,                              :    Case No. 22-50073 (JAM)
:
Debtor.                          :
:
---------------------------------------------------------------x

**CHAPTER 11 TRUSTEE MOTION TO PERMIT CERTAIN COUNSEL TO APPEAR REMOTELY FOR SEPTEMBER 6, 2022 HEARING**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Luc A. Despins, in his capacity as trustee in the above-captioned case filed under chapter 11 of Title 11 of the United States Code (the "Trustee"), respectfully moves the Court for permission for Attorney Nicholas A. Bassett ("Mr. Bassett"), of Paul Hastings, LLP, to appear remotely on his behalf at the September 6, 2022 hearing scheduled in this case related to the Trustee's Motion for Order Providing that Control of Privileges Passed to Trustee Upon Appointment, and for Related Relief [ECF No. 777] (the "Privileges Motion"). In support of the Motion, the Trustee respectfully states as follows:

1. On August 22, 2022, the Trustee filed the Privilege Motions.

2. On August 23, 2022, the Court issued an Order Scheduling Expedited Hearing setting an initial hearing date of August 30, 2022 for the Privileges Motion. At the August 30, 2022 hearing on the Privileges Motion, the hearing was continued to September 6, 2022 (the "Continued Hearing").

3. Mr. Bassett, counsel to the Trustee, wishes to attend the September 6, 2022 Continued Hearing but respectfully requests the opportunity to participate via the Court's

ZOOM.Gov platform. The Trustee's undersigned local counsel will attend the Continued Hearing in person.

4. The Trustee submits that permitting Mr. Bassett to appear remotely via the ZOOM.Gov platform comports with Bankruptcy Rule 1001 and promotes the just, speedy and inexpensive administration of this case and the Privileges Motion. Mr. Bassett's office is located in Washington, D.C., and the Continued Hearing was recently scheduled. Permitting Mr. Bassett to appear remotely will conserve estate resources by reducing travel time and expense. Further, other counsel for the Trustee will attend the Continued Hearing in person and will be available to address any matters that cannot be addressed by Mr. Bassett remotely.

WHEREFORE, for the foregoing reasons, the Trustee respectfully requests that Mr. Bassett be permitted to appear remotely before this Court on September 6, 2022 at 1:00 p.m.

| | |
|---|---|
| Dated:  September 2, 2022<br>New Haven, Connecticut | LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE |

By:    /s/Patrick R. Linsey
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

       *and*

    Nicholas A. Bassett *(pro hac vice)*
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re: | CHAPTER 11 |
| HO WAN KWOK, | CASE NO. 22-50073 (JAM) |
| Debtor. |  |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 2, 2022 the foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated: September 2, 2022  LUC A. DESPINS,
New Haven, Connecticut  CHAPTER 11 TRUSTEE

By:  /s/Patrick R. Linsey
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000
dskalka@npmlaw.com
plinsey@npmlaw.com