**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                                  :    Chapter 11
:
HO WAN KWOK,                                               :    Case No. 22-50073 (JAM)
:
      Debtor.                                                 :
:
---------------------------------------------------------x

**FIRST SUPPLEMENTAL DECLARATION OF ANDREW THORP
IN SUPPORT OF APPLICATION OF CHAPTER 11 TRUSTEE
FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY CODE
SECTIONS 327, 328, AND 330, BANKRUPTCY RULES 2014 AND 2016, AND LOCAL
BANKRUPTCY RULES 2014-1 AND 2016-1, AUTHORIZING AND APPROVING
RETENTION AND EMPLOYMENT OF EMPLOYMENT OF HARNEY WESTWOOD
AND RIEGELS LP, AS BRITISH VIRGIN ISLANDS COUNSEL TO THE
<u>CHAPTER 11 TRUSTEE</u>**

I, Andrew Thorp, being duly sworn, do depose and say:

      1.      I submit this declaration (the "<u>First Supplemental Declaration</u>") to supplement the declaration submitted to the Court on August 31, 2022 [Docket No. 807-2] (the "<u>Initial Declaration</u>")[1] in support of the Chapter 11 Trustee's application to approve the employment of Harney Westwood and Riegels ("<u>Harneys Legal</u>") as BVI counsel to the Chapter 11 Trustee. I hereby supplement the Initial Declaration as follows:

      2.      In connection with the Chapter 11 Trustee obtaining control over Genever BVI, and as detailed in the Court's order regarding the Chapter 11 Trustee's corporate governance rights [Docket No. 717], the Chapter 11 Trustee selected Harneys Corporate Services Limited ("<u>Harneys Corporate</u>") to serve as registered agent of Genever BVI. In addition, the Chapter 11

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Initial Declaration.

2

Trustee intends to appoint Claire Abrehart, a Managing Director of Harneys Corporate, to serve as the sole director of Genever BVI, pursuant to a director services agreement between Genever BVI and Harneys Corporate, which has yet to be finalized.

3. Harneys Legal shares ultimate common ownership with Harneys Corporate, which is a separate legal entity that is operationally independent from Harneys Legal. Also, some members of the board of directors of Harneys Corporate are also partners of Harneys Legal. Harneys Corporate is regulated and authorized to provide registered agent services by the BVI Financial Services Commission.

Dated: September 2, 2022, at Tortola, British Virgin Islands

*/s/ Andrew Thorp*
Andrew Thorp
