# Notice Recipients

District/Off: 0205–5          User: admin          Date Created: 9/2/2022

Case: 22–50073          Form ID: 112          Total: 125

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| 20 | Pacific Alliance Asia Opportunity Fund L.P. |
| cr | Zheng Wu |
| 20 | Rui Ma |
| 20 | Weican Meng |
| intp | Golden Spring (New York) LTD |
| crcm | Official Committee of Unsecured Creditors |
| intp | HK International Funds Investments (USA) Limited, LLC |
| intp | Mei Guo |
| cr | Baosheng Guo |
| cr | Yan Zhao |
| cr | Ning Ye |
| cr | Chong Shen Raphanella |
| cr | Xiaodan Wang |
| cr | Rong Zhang |
| aty | Michael S. Weinstein |
| aty | Cohn Birnbaum & Shea, P.C. |
| cr | Troy Law, PLLC |
| 9343402 | 22–50073 |

TOTAL: 18

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Luc A. Despins | lucdespins@paulhastings.com |
| aty | Aaron Romney | aromney@zeislaw.com |
| aty | Aaron A Mitchell | aaron@lmesq.com |
| aty | Annecca H. Smith | asmith@rc.com |
| aty | Avram Emmanuel Luft | aviluft@paulhastings.com |
| aty | Carollynn H.G. Callari | ccallari@callaripartners.com |
| aty | David S. Forsh | dforsh@callaripartners.com |
| aty | David V. Harbach, II | dharbach@omm.com |
| aty | Douglas S. Skalka | dskalka@npmlaw.com |
| aty | Douglass E. Barron | douglassbarron@paulhastings.com |
| aty | Eric A. Henzy | ehenzy@zeislaw.com |
| aty | G. Alexander Bongartz | alexbongartz@paulhastings.com |
| aty | Irve J. Goldman | igoldman@pullcom.com |
| aty | James C. Graham | jgraham@npmlaw.com |
| aty | James M. Moriarty | jmoriarty@zeislaw.com |
| aty | Jay Marshall Wolman | jmw@randazza.com |
| aty | John L. Cesaroni | jcesaroni@zeislaw.com |
| aty | Jonathan Kaplan | jkaplan@pullcom.com |
| aty | Kristin B. Mayhew | kmayhew@mdmc–law.com |
| aty | Laura Aronsson | laronsson@omm.com |
| aty | Luc A. Despins | lucdespins@paulhastings.com |
| aty | Lucas Bennett Rocklin | lrocklin@npmlaw.com |
| aty | Mia N. Gonzalez | mgonzalez@omm.com |
| aty | Michael S. Weinstein | mweinstein@golenbock.com |
| aty | Nicholas A. Bassett | nicholasbassett@paulhastings.com |
| aty | Patrick M. Birney | pbirney@rc.com |
| aty | Patrick R. Linsey | plinsey@npmlaw.com |
| aty | Peter Friedman | pfriedman@omm.com |
| aty | Peter J. Zarella | pzarella@mdmc–law.com |
| aty | Sara Pahlavan | spahlavan@omm.com |
| aty | Scott D. Rosen | srosen@cb–shea.com |
| aty | Stephen M. Kindseth | skindseth@zeislaw.com |
| aty | Stuart M. Sarnoff | ssarnoff@omm.com |
| aty | Thomas J. Sansone | tsansone@carmodylaw.com |
| aty | Tiffany Troy | tiffanytroy@troypllc.com |
| aty | Tristan G. Axelrod | taxelrod@brownrudnick.com |
| aty | William R. Baldiga | wbaldiga@brownrudnick.com |

TOTAL: 37

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Ho Wan Kwok | 373 Taconic Road | Greenwich, CT 06831 | | |
| cr | Logan Cheng | c/o Randazza Legal Group, PLLC | 100 Pearl Street | 14th Floor | Hartford, CT 06103 |
| ca | Stretto | 410 Exchange, Suite 100 | Irvine, CA 92602 | | |
| dbaty | Brown Rudnick LLP | One Financial Center | Boston, MA 02111 | | |
| crcm | Pullman & Comley, LLC | 850 Main Street | Bridgeport, CT 06601 | | |

| | | | | |
|---|---|---|---|---|
| 20 | Huizhen Wang | c/o TroyGould PC | 1801 Century Park East, 16th Floor | Attn: Christopher A. Lilly    Los Angeles, CA 90067–2367 |
| cr | Chao–Chih Chiu | c/o TroyGould PC | 1801 Century Park East, 16th Floor | Attn: Christopher A. Lilly    Los Angeles, CA 90067–2367 |
| cr | Yunxia Wu | c/o TroyGould PC | 1801 Century Park East, 16th Floor | Attn: Christopher A. Lilly    Los Angeles, CA 90067 |
| cr | Keyi Zilkie | c/o TroyGould PC | 1801 Century Park East, 16th Floor | Attn: Christopher A. Lilly    Los Angeles, CA 90067 |
| intp | Yongbing Zhang | 223 West Jackson Bl;vd. #1012 | Chicago, IL 60606 | |
| cr | Brown Rudnick LLP | One Financial Center | Boston, MA 02111 | |
| cr | Verdolino & Lowey, P.C. | 124 Washington Street | Foxborough, MA 02035 | |
| aty | Luc A. Despins | Paul Hastings LLP | 200 Park Avenue    New York, NY 10166 | |
| 9363388 | Baker & Hostetler LLP | Attn: Andrew Layden | 200 S. Orange Avenue    Suite 2300    Orlando, FL 32801 | |
| 9343455 | Bi Hai Ge Lin | C/O Kevin Tung, Esq. | 38th Avenue, Suite 3d    Flushing, NY 11354 USA | |
| 9343450 | Chao–Chih Chiu | c/o TroyGould PC | 1801 Century Park East, 16th Floor | Attn: Christopher A. Lilly    Los Angeles, CA 90067 |
| 9343406 | Cheng Jian Wu Jian She | c/o Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. | |
| 9343431 | Chenglong Wang | C/O HGT Law | 250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta | |
| 9343457 | Fu Le Hong Ma | C/O Kevin Tung, Esq. | 38th Avenue, Suite 3d    Flushing, NY 11354 USA | |
| 9343408 | Gaosheng Guo | c/o Law Office of Ning Ye, Esq. | 135–11 38th Avenue, Suite 1A    Flushing, NY 11354 USA    Attn: Ning Ye, Esq. | |
| 9343404 | Golden Spring New York | 162 E. 64th Street | New York, NY 10605 USA    Attn: Max Krasner | |
| 9343410 | Hong Qi Qu | c/o Kevin Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. | |
| 9343449 | Huizhen Wang | c/o TroyGould PC | 1801 Century Park East, 16th Floor | Attn: Christopher A. Lilly    Los Angeles, CA 90067–2367 |
| 9370890 | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346    Philadelphia, PA 19101–7346 | |
| 9343421 | Jia Li Wang | C/O Thompson Hine | 335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. | |
| 9343435 | Jiamei Lu | C/O Thompson Hine | 335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. | |
| 9343412 | Jian Gong | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. | |
| 9343434 | Jianhu Yi and Qiuju Jia | C/O Arthur Angel, Esq. | 1305 n. Poinsettia Place    Los Angeles, CA 90046 USA | |
| 9343424 | Jonathan Young | 141 Allenby Road | Wellington Point, QLD 4160    AUSTRALIA | |
| 9343419 | Jun Chen aka Jonathan Ho | C/O Wayne Wei Zhu, Esq. | 4125 Kissena Blvd, Suite 112    Flushing, NY 11355 USA    Attn: Wayne Wei Zhu | |
| 9343436 | Jun Liu | C/O Thompson Hine | 335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. | |
| 9343430 | Kaixin Hong | C/O HGT Law | 250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta | |
| 9343447 | Keyi Zilkie | c/o TroyGould PC | 1801 Century Park East, 16th Floor | Attn: Christopher A. Lilly    Los Angeles, CA 90067 |
| 9343418 | Lamp Capital, LLC | Attn: Bernardo Enriquez | 667 Madison Avenue    New York, NY 10065 | |
| 9343415 | Liehong Zhuang/Xiao Yan Zhu | C/O Trexler & Zhang, LLP | 224 West 35th Street, 12th Floor    New York, NY 10001 USA    Attn: Jonathan T. Trexler, Esq. | |
| 9343437 | Linda Cheng | C/O Thompson Hine | 335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. | |
| 9343425 | Logan Cheng | c/o Randazza Legal Group, PLLC | 100 Pearl Street, 14th Fl    Hartford, CT 06103 | |
| 9343438 | Mao–Fu Weng | C/O Thompson Hine | 335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. | |
| 9343411 | Nan Tong Si Jian | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq. | |
| 9343407 | Ning Ye | c/o Law Office of Ning Ye, Esq. | 135–11 38th Avenue, Suite 1A    Flushing, NY 11354    Attn: Ning Ye, Esq. | |
| 9343439 | RuQin Wang | C/O Thompson Hine | 335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. | |
| 9358088 | Rui Ma | Carollynn HG Callari, Esq/Callari Partne | 100 Somerset Corporate Blvd., Suite 206    Bridgewater, NJ 08807 | |
| 9343426 | SHI | C/O Thompson Hine | 20 N. Clark St., Ste 3200    Chicago, IL 60602 USA    Attn: Steven A. Block, Esq. | |
| 9348491 | Samuel Dan Nunberg | 600 South Dixie Highway, Suite 455 | West Palm Beach, FL 33401 | |
| 9343417 | Samuel Nunberg | C/O Nesenoff & Miltenberg, LLP | 363 Seventh Ave, 5th Floor    New York, NY 10001 USA    Attn: Andrew T. Miltenberg, Esq. | |
| 9343440 | Teli Chen | C/O Thompson Hine | 335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. | |
| 9367001 | U.S. Securities and Exchange Commission | Attn: Bankruptcy Group | 100 Pearl Street, Suite 20–100    New York, NY 10004 | |
| 9343422 | WA&HF, LLC/Ruizeng An | C/O AFN Law | 41 Madison Avenue, 31st Floor    New York, NY 10010 USA    Attn: Angus Ni, Esq. | |
| 9343427 | WANG | C/O Carmody Torrance Sandak & Hennessey | 195 Church Street, P.O. Box 1950    New Haven, CT 6509 USA    Attn: David Grudberg | |

9358089    Weican "Watson" Meng and Boxun Inc.    Carollynn HG Callari, Esq/Callari Partne    100 Somerset Corporate Blvd., Suite 206    Bridgewater, NJ 08807

9343441    Weiguo Sun    C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq.

9343442    Weixiand Ge    C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq.

9343429    Wen Lin    C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta

9343433    Xiaobo He    C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta

9343432    Xiaoping Luo    C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta

9343443    Xingyu Yan    C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq.

9343454    Xiong Xian Wei Ye    C/O Kevin Tung, Esq.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq

9358703    Xiqiu "Bob" Fu    c/o Irve J. Goldman    Pullman & Compley, LLC    850 Main St., P O Box 7006    Bridgeport, CT 06601

9343423    Xiqiu Fu    c/o The Lanier Law Firm    10940 W. Sam Houston Pkwy N., Suite 100    Houston, TX 77064 USA    Attn: Lawrence P. Wilson

9343444    Yan Gao    C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq.

9343413    Yan Zhao    C/O Law Office of Ning Ye, Esq.    135–11 38th Avenue, Suite 1A    Flushing, NY 11354 USA    Attn: Ning Ye, Esq.

9343409    Yang Lan and Wu Zheng    900 Third Avenue, 18th Floor    c/o Arkin Solbakken, LLP    New York, NY 10022    Attn: Robert C. Angelillo

9343445    Yi Li    C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq.

9343446    Ying Liu    C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq.

9343414    Yua Hua Zhuang Shi    C/O Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq.

9344053    Yue Hua Zhu Shi    136–20 38th Avenue, Suite 3D    c/o Kevin Kerveng Tung, P.C.    Flushing, NY 11354    Attn: Kevin Tung, Esq.

9343456    Zhen Yuan Jian Zhu    C/O Kevin Tung, Esq.    38th Avenue, Suite 3d    Flushing, NY 11354 USA

9358087    Zheng ("Bruno") Wu and Yang Lan    Carollynn HG Callari, Esq/Callari Partne    100 Somerset Corporate Blvd., Suite 206    Bridgewater, NJ 08807

9343428    Zhengjun Dong    C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta

9343448    yunxia Wu    c/o TroyGould PC    1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067

TOTAL: 70