**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Ho Wan Kwok | |
|     Debtor | Case No. 22-50073 |
| | Re: ECF No. 814 |

**ORDER GRANTING MOTION TO PERMIT CERTAIN**
**COUNSEL TO APPEAR REMOTELY FOR SEPTEMBER 6 HEARING**

Upon consideration of the Motion to Permit Certain Counsel to Appear Remotely for September 6, 2022 Hearing (the "Motion") ; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); and the Court having found this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given, under the circumstances, and that no other or further notice is necessary; and upon the record herein; and it appearing that cause exists to grant the relief sought in the Motion; it is hereby

ORDERED, ADJUDGED and DECREED that:

1. The Motion is GRANTED as set forth herein.

2. Attorney Nicholas A. Bassett is hereby granted leave to appear remotely at the hearing currently scheduled for Tuesday, September 6, 2022 at 1:00 p.m.

Dated at Bridgeport, Connecticut this 2nd day of September, 2022.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut