**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| HO WAN KWOK[1] | 22-50073 (JAM) |
| Debtor. | September 2, 2022 |

**PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S MOTION TO PERMIT CERTAIN COUNSEL TO APPEAR REMOTELY FOR SEPTEMBER 6, 2022 HEARING**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), by and thorough its undersigned counsel, respectfully moves (this "Motion") the Court for permission for Attorney Peter Friedman of O'Melveny & Myers LLP ("O'Melveny") to appear remotely on behalf of PAX at the continued hearing currently scheduled for Tuesday, September 6, 2022. In support of the Motion, PAX respectfully states as follows:

**JURISDICTION AND VENUE**

1.  The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution. The statutory bases for the relief sought herein are section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1001.

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

**BACKGROUND AND REQUESTED RELIEF**

2. On August 22, 2022, Luc A. Despins, as chapter 11 trustee (the "Chapter 11 Trustee") filed the *Motion of Chapter 11 Trustee for Entry of Order (A) Providing that Control of Any Attorney-Client Privilege, Work Product Protection, and Other Privileges Related to Rule 2004 Subpoenaed Documents Passed to Trustee Upon Appointment, (B) Directing that Debtor and Other Examinees Not Withhold Documents on Account of Such Privileges, and (C) Granting Related Relief* [ECF No. 777] (the "Privilege Motion"). PAX has not filed papers regarding the Privilege Motion.

3. On August 30, 2022 at 1:00 p.m. the Court held a hearing on the Privilege Motion, among other matters. At the hearing, the Privilege Motion was continued to September 6, 2022 (the "Hearing"), which continuance was subsequently entered on the docket. [ECF No. 808].

4. Attorney Friedman, counsel to PAX, will be out of the office on a scheduled trip outside of the metropolitan New York area and respectfully requests permission to attend the Hearing via the Court's ZOOM.Gov platform. PAX's Connecticut counsel, Annecca Smith, will attend the Hearing in person.

5. Due to the fact that the Hearing concerns the Privilege Motion, to which PAX has filed no response; and that Attorney Smith will attend in person and be prepared to speak on behalf of PAX, as needed, PAX submits that permitting Attorney Friedman to enter a remote appearance via the ZOOM.Gov platform comports with Bankruptcy Rule 1001 and promotes the just, speedy and inexpensive administration of this case and the matters before the Court.

## CONCLUSION

Because of the fact the Hearing does not concern papers filed by PAX, and the in-person attendance of other counsel for PAX, PAX respectfully requests that Attorney Friedman be permitted to appear remotely before this Court on September 6, 2022 at 1:00 p.m.

Dated: September 2, 2022
Hartford, Connecticut

**Pacific Alliance Asia Opportunity Fund L.P.**

*By: /s/ Patrick M. Birney*
Patrick M. Birney (CT No. 19875)
Annecca H. Smith (CT No. 31148)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8275
Facsimile: (860) 275-8299
E-mail: pbirney@rc.com
          asmith@rc.com

-and-

Peter Friedman (admitted *pro hac vice*)
Stuart M. Sarnoff (admitted *pro hac vice*)
Laura S. Aronsson (admitted *pro hac vice*)
**O'MELVENY & MYERS LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: pfriedman@omm.com
          ssarnoff@omm.com
          laronsson@omm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 2, 2022, a copy of the foregoing was filed electronically and shall be served as required by Local Bankruptcy Rule 9013-2(b), with notice of this filing being sent by email to all Notice Parties by operation of the court's electronic filing system or by First Class U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties in interest may access this document through the court's CM/ECF System.

                            */s/ Patrick M. Birney*
                            Patrick M. Birney

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>Debtor. | Chapter 11 Case No.<br><br>22-50073 (JAM) |

**[PROPOSED] ORDER GRANTING PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S MOTION TO PERMIT CERTAIN COUNSEL TO APPEAR REMOTELY FOR SEPTEMBER 6, 2022 HEARING**

Upon consideration of *Pacific Alliance Asia Opportunity Fund L.P.'s Motion to Permit Certain Counsel to Appear Remotely for September 6, 2022 Hearing* (the "Motion"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); and the Court having found this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given, under the circumstances, and that no other or further notice is necessary; and upon the record herein; and it appearing that cause exists to grant the relief sought in the Motion; it is hereby

ORDERED, ADJUDGED and DECREED that:

1. The Motion is GRANTED as set forth herein.

2. The following counsel for PAX is hereby granted leave to appear remotely at the status conference currently scheduled for Tuesday, September 6, 2022 on the Privilege Motion [ECF No. 777] in this matter: Peter Friedman of O'Melveny & Myers LLP.

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

Dated: _____, 2022
Bridgeport, Connecticut

                                                                    HONORABLE JULIE A. MANNING
                                                                    UNITED STATES BANKRUPTCY JUDGE