## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                        :    Chapter 11
:
HO WAN KWOK,                        :    Case No. 22-50073 (JAM)
:
          Debtor.[1]           :
:
---------------------------------------------------------x

### NOTICE OF PROPOSED AGENDA FOR STATUS CONFERENCE SCHEDULED FOR SEPTEMBER 6, 2022, AT 1:00 P.M. (ET), BEFORE THE HONORABLE JULIE A. MANNING[2]

**Trustee's Status Conference**

    Description:    Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, will provide a status report to the Court, including the following matters:

- The Trustee's efforts to take control of Genever Holdings Corporation ("Genever BVI");
- Appointment of a director for Genever BVI;
- Pending litigation in BVI courts related to Genever BVI;
- Enforcement of corporate governance order with respect to Kwok-related entities Ace Decade Holdings Limited and Dawn State Limited;
- Debtor's whereabouts; and
- Various housekeeping matters.

[*Remainder of page intentionally left blank.*]

---

[1] Although the Debtor's legal name is Ho Wan Kwok, he is also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases. The last four digits of the Debtor's taxpayer identification number are 9595.

[2] The Trustee understands that other matters will also go forward at the September 6, 2022 hearing, including the continued hearing on the Trustee's motion regarding the control of the attorney-client privileged [Docket No. 777]. These other matters will be heard in the order determined by the Court.

| | |
|---|---|
| Dated:  September 5, 2022<br>New Haven, Connecticut | LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE |

By: */s/ Patrick R. Linsey*
　　Patrick R. Linsey (ct29437)
　　NEUBERT, PEPE & MONTEITH, P.C.
　　195 Church Street, 13th Floor
　　New Haven, Connecticut 06510
　　(203) 781-2847
　　plinsey@npmlaw.com

　　　　*and*

　　Nicholas A. Bassett *(pro hac vice)*
　　PAUL HASTINGS LLP
　　2050 M Street NW
　　Washington, D.C., 20036
　　(202) 551-1902
　　nicholasbassett@paulhastings.com

　　　　*and*

　　Avram E. Luft *(pro hac vice)*
　　Douglass Barron *(pro hac vice)*
　　PAUL HASTINGS LLP
　　200 Park Avenue
　　New York, New York 10166
　　(212) 318-6079
　　aviluft@paulhastings.com

　　*Counsel for the Chapter 11 Trustee*