**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                : Chapter 11
:
HO WAN KWOK,                          : Case No. 22-50073 (JAM)
:
Debtor.[1]                            :
:
---------------------------------------------------------x

**CHAPTER 11 TRUSTEE'S COUNTER-DESIGNATION OF**
**ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8009, Luc Despins, as the appointed Chapter 11 Trustee to the Debtor's estate (the "Trustee"), by and through his undersigned counsel, Paul Hastings LLP, hereby submits his designation of additional items to be included in the record on appeal (the "Designation") with respect to the appeal ("Appeal") filed by debtor Ho Wan Kwok (the "Debtor" or "Appellant") to the United States District Court for the District of Connecticut of this Court's *Order Denying Motion for Relief from Judgment/Order,* entered on August 2, 2022, ECF No. 667 (the "Rule 60 Order").[2]

**COUNTER-DESIGNATION OF RECORD ON APPEAL**[3]

**I.    Filings in Case No. 22-50073 (JAM) (Bankr. D. Conn.)**

The Trustee designates the following additional items filed to the docket of Case No. 22-50073 (JAM) (Bankr. D. Conn.) to be included in the record on appeal:

---

[1]   Although the Debtor's legal name is Ho Wan Kwok, he is also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases.  The last four digits of the Debtor's taxpayer identification number are 9595.

[2]   The Trustee reserves all rights to move to strike Appellant's designation of items on appeal that have been improperly included in the record.  *See* Fed. R. Bankr. P. 8009(e).

[3]   The items designated herein include all exhibits and attachments to such items.

| Date Filed | ECF No. | Description |
|---|---|---|
| 03/19/2022 | 102 | United States Trustee's Motion for an Order Directing the Appointment of an Examiner or, in the Alternative, Motion for Order Directing the Appointment of a Chapter 11 Trustee |
| 03/20/2022 | 107 | Declaration of Mr. Ho Wan Kwok in Support of the Chapter 11 Case and Certain Motions |
| 04/06/2022 | 183 | Pacific Alliance Asia Opportunity Fund L.P.'s Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee |
| 05/11/2022 | 344 | Debtor's Consent to Dismissal of Case and Response to Pacific Alliance Asia Opportunity Fund L.P.'s Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee |
| 05/11/2022 | 346 | Opposition of the Official Committee of Unsecured Creditors to Pacific Alliance Asia Opportunity Fund L.P.'s Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee |
| 05/11/2022 | 347 | Objection of Creditors Rui Ma, Zheng Wu and Weican Meng to the Motion of Pacific Alliance Asia Opportunity Fund L.P. for Dismissal of this Case or, in the Alternative, for Appointment of a Trustee |
| 05/11/2022 | 348 | Creditor Logan Cheng's Opposition to Pacific Alliance Asia Opportunity Fund L.P.'s Motion to Dismiss Chapter 11 Case |
| 05/18/2022 | 392 | Pacific Alliance Asia Opportunity Fund L.P.'s Omnibus Reply in Support of Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for Order Directing the Appointment of a Chapter 11 Trustee |
| 05/20/2022 | 404 | Pacific Alliance Asia Opportunity Fund L.P.'s Exhibit List RE Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for Order Directing the Appointment of a Chapter 11 Trustee |
| 05/20/2022 | 405 | Creditors Rue Ma, Zheng Wu and Weican Meng's Joinder to the Witness and Exhibit List Submitted by the Official Committee of Unsecured Creditors |

| Date Filed | ECF No. | Description |
|---|---|---|
| 05/20/2022 | 406 | List of Witnesses and Exhibits of the Official Committee of Unsecured Creditors |
| 05/20/2022 | 408 | Supplemental Memorandum of Law of the Official Committee of Unsecured Creditors Addressing the Alternatives of Dismissal, Conversion or the Appointment of a Chapter 11 Trustee |
| 05/20/2022 | 412 | Creditor Logan Cheng's Position Paper as to Dismissal, Conversion, or Appointment |
| 05/20/2022 | 414 | United States Trustee's Witness and Exhibit List |
| 05/20/2022 | 416 | United States Trustee's Position Statement Regarding Required Relief Under 11 U.S.C. § 1112(b) |
| 05/20/2022 | 418 | Supplemental Statement of Creditors Rue Ma, Zheng Wu and Weican Meng in Support of Conversion of Case |
| 05/20/2022 | 421 | Pacific Alliance Asia Opportunity Fund L.P.'s Supplemental Statement in Support of Motion to Dismiss Chapter 11 Case |
| 05/23/2022 | 430 | Notice of Status of Civil Action Removed From Supreme Court of the State of New York, New York County Pursuant to 28 U.S.C. § 1452(A) and Rule 9027 of the Federal Rules of Bankruptcy Procedure and Request for Status Conference |
| 05/24/2022 | 432 | Amended Notice of Status of Civil Action Removed From Supreme Court of the State of New York, New York County Pursuant to 28 U.S.C. § 1452(A) and Rule 9027 of the Federal Rules of Bankruptcy Procedure and Request for Status Conference |
| 05/25/2022 | 440 | Exhibit List for Pacific Alliance Asia Opportunity Fund L.P. |
| 05/25/2022 | 441 | Exhibit List for Official Committee of Unsecured Creditors |
| 05/27/2022 | 442 | Transcript of Motion for Order Directing Appointment of an Examiner, or in the Alternative Motion for Order Directing the Appointment of a Chapter 11 Trustee; Motion to Dismiss Chapter 11 Case or in the Alternative, Partial Joinder to U.S. Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee |
| 06/16/2022 | 466 | Errata Sheet Regarding Official Transcript |

| Date Filed | ECF No. | Description |
|---|---|---|
| 06/15/2022 | 465 | Memorandum of Decision and Order Denying Motion to Dismiss without Prejudice and Granting Joinder to Motion for Appointment of Chapter 11 Trustee |
| 07/06/2022 | 511 | Response of Pacific Alliance Asia Opportunity Fund L.P. to Court's Errata Sheet Regarding Official Transcript |
| 07/06/2022 | 512 | Response of Creditors Rui Ma, Zheng Wu and Weican Meng to the Court's Errata Sheet Regarding Official Transcript |
| 07/07/2022 | 515 | Application for Order Approving Appointment of a Chapter 11 Trustee |
| 07/08/2022 | 523 | Order Granting Appointment of Chapter 11 Trustee |
| 07/22/2022 | 586 | Request for Transcript of July 21, 2022 Status Conference filed by Trustee Luc A. Despins |
| 08/02/2022 | 667 | Order Denying Motion for Relief from Judgment/Order |
| 09/06/2022 | 826 | Request for Transcript of May 25, 2022 Evidentiary Hearing |

## CERTIFICATION REGARDING TRANSCRIPTS

The Trustee respectfully certifies, pursuant to Bankruptcy Rule 8009(b)(3), that he has ordered the necessary transcripts and that the transcript order forms for same have been properly transmitted and are filed on the docket.

## RESERVATION OF RIGHTS

The Trustee expressly reserves, and does not waive, his right to supplement this Designation. This filing is made expressly subject to, and without waiver of, any and all rights, remedies, challenges, and objections.

[*Remainder of Page Intentionally Left Blank*]

Dated:  September 6, 2022  LUC A. DESPINS,
  New Haven, Connecticut  CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
   Patrick R. Linsey (ct29437)
   NEUBERT, PEPE & MONTEITH, P.C.
   195 Church Street, 13th Floor
   New Haven, Connecticut 06510
   (203) 781-2847
   plinsey@npmlaw.com

   *and*

   Nicholas A. Bassett (admitted *pro hac vice*)
   PAUL HASTINGS LLP
   2050 M Street NW
   Washington, D.C., 20036
   (202) 551-1902
   nicholasbassett@paulhastings.com

   *and*

   Avram E. Luft (admitted *pro hac vice*)
   Douglass Barron (admitted *pro hac vice*)
   PAUL HASTINGS LLP
   200 Park Avenue
   New York, New York 10166
   (212) 318-6079
   aviluft@paulhastings.com
   douglassbarron@paulhastings.com

   *Counsel for the Chapter 11 Trustee*