AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Please Read Instructions:*

**FOR COURT USE ONLY**

DUE DATE:

| Field | Value |
|---|---|
| 1. NAME | Eric Henzy |
| 2. PHONE NUMBER | (203) 368-4234 |
| 3. DATE | 9/7/2022 |
| 4. DELIVERY ADDRESS OR EMAIL | ehenzy@zeislaw.com |
| 5. CITY | Bridgeport |
| 6. STATE | CT |
| 7. ZIP CODE | 06604 |
| 8. CASE NUMBER | 22-50073 |
| 9. JUDGE | Judge Julie A. Manning |
| 10. FROM | 5/25/2022 |
| 11. TO | 5/25/2022 |
| 12. CASE NAME | Ho Wan Kwok |
| 13. CITY | Bridgeport |
| 14. STATE | Connecticut |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Hearing | 5/25/22 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES 1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

| Field | Value |
|---|---|
| 18. SIGNATURE | /s/ Eric Henzy |
| PROCESSED BY | |
| 19. DATE | 9/7/2022 |
| PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | |
| COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

| 10:00 am to 12:51 pm | Honorable Julie A. Manning | ben silverberg |
| --- | --- | --- |
| | | jeff jonas |
| | Wednesday May 25 2022 | peter friedman |
| | | laura arronson |
| | Current as of 05/25/2022, 10:04 am | irve goldman |
| | | patrick birney |
| | | holly claiborn |
| 10:00 AM  22-50073   Ho Wan Kwok | | kristen mayhew |
| Ch: 11 | | carollynn calari |

1

Matter:   #102; Motion for Order Directing Appointment of an Examiner, or in the alternative, Motion for Order Directing the Appointment of a Chapter 11 Trustee Filed by Holley L. Claiborn on behalf of U. S. Trustee,

under advisement

10:00 AM   22-50073   Ho Wan Kwok
Ch: 11

2

Matter:   #183; Motion to Dismiss Chapter 11 Case or, in the Alternative, Partial Joinder to United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee Filed by Patrick M. Birney on behalf of Pacific Alliance Asia Opportunity Fund L.P., 20 Largest Creditor

under advisement