AO 435 (Rev. 04/18)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

**TRANSCRIPT ORDER**

*Please Read Instructions:*

**FOR COURT USE ONLY**

**DUE DATE:**

| | | |
|---|---|---|
| 1. NAME: Patrick M. Birney | 2. PHONE NUMBER: (860) 275-8275 | 3. DATE: 9/7/2022 |
| 4. DELIVERY ADDRESS OR EMAIL: pbirney@rc.com | 5. CITY: Hartford | 6. STATE: CT / 7. ZIP CODE: 06103 |
| 8. CASE NUMBER: 22-50073 | 9. JUDGE: Judge Julie A. Manning | DATES OF PROCEEDINGS — 10. FROM: 9/6/2022 / 11. TO: 9/6/2022 |
| 12. CASE NAME: Ho Wan Kwok | | LOCATION OF PROCEEDINGS — 13. CITY: Bridgeport / 14. STATE: Connecticut |

**15. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☒ BANKRUPTCY
- ☐ OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Pretrial Conference | 9/6/2022 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES: 1 | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES: | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES: | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES: | | |
| DAILY | ☐ | ☐ | NO. OF COPIES: | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES: | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

| | |
|---|---|
| ESTIMATE TOTAL | 0.00 |
| 18. SIGNATURE: /s/ Patrick M. Birney | PROCESSED BY |
| 19. DATE: 9/7/2022 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY