# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

**TRANSMITTAL FORM TO DISTRICT COURT REGARDING
APPEALS AND RELATED DOCUMENTS**

Debtor(s) Name: Ho Wan Kwak

Case No.           22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:          22-1028(KAD)

Previous Miscellaneous Number:

**To the District Court:
Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☐ Notice of Appeal (only)   ECF No.:

3. ☑ Related documents as indicated below:

   ☑ Designation of items designated by the Appellant

   ☑ Designation of items designated by the Appellee

   ☐ Cross Appeal

   ☐ Amended Appeal

   ☑ Original Court Exhibits, via mail or hand delivery (indicate how many)  Exhibits designated are electronic Exhibits

   ☑ Transcripts   Appellee Requested Transcript Re Appeal.  ECF No 826.  Transcript Due 10-7-2022.

   ☐ Other

4.     Other applicable information:

Filing Fee:  ☐ Paid   ☐ Not Paid

Appellant's Name:

Appellant's Attorney:

Appellee's Name:

Appellee's Attorney:

<u>Interested Party:</u>

By: <u>Regina Miltenberger</u>　　　　　　　　　　　　　Date:　September 8, 2022
　　　Deputy Clerk, U.S. Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name:  Ho Wan Kwak

Bankruptcy Case No.:   22-50073

Adversary Case No.:

Previous Civil No.:        22-1028(KAD)

Previous Miscellaneous No.:

Transmittal dated:

**To the Bankruptcy Court:**

**The following number has been assigned:**

☐  Civil No. Assigned   _____

☐  Miscellaneous No. Assigned   _____

☐  I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐  I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By: _____          Date:
    Deputy Clerk, U.S. District Court