## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

### ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name: Ho Wan Kwak

Bankruptcy Case No.: 22-50073

Adversary Case No.:

Previous Civil No.: 22-1019(KAD)

Previous Miscellaneous No.:

Transmittal dated:

**To the Bankruptcy Court:**

**The following number has been assigned:**

[X] Civil No. Assigned   3:22-cv-01019-KAD

[ ] Miscellaneous No. Assigned

[X] I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

[ ] I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By:  /s/Nick Fanelle                          Date: 9/8/2022
     Deputy Clerk, U.S. District Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## TRANSMITTAL FORM TO DISTRICT COURT REGARDING APPEALS AND RELATED DOCUMENTS

Debtor(s) Name: Ho Wan Kwak

Case No.          22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:          22-1019(KAD)

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

    If indicated below, the Notice of Appeal is attached:
    ☐ Notice of Appeal attached

2. ☐ Notice of Appeal (only)   ECF No.:

3. ☑ Related documents as indicated below:

    ☑ Designation of items designated by the Appellant

    ☑ Designation of items designated by the Appellee

    ☐ Cross Appeal

    ☐ Amended Appeal

    ☑ Original Court Exhibits, via mail or hand delivery (indicate how many)  Exhibits designated are electronic Exhibits

    ☑ Transcripts  Appellee Requested Transcript Re Appeal.  ECF No 826.  Transcript Due 10-7-2022.

    ☐ Other

4.     Other applicable information:

Filing Fee:  ☐ Paid   ☐ Not Paid

Appellant's Name:

Appellant's Attorney:

Appellee's Name:

Appellee's Attorney:

Interested Party:

By: <u>Regina Miltenberger</u>     Date:  September 8, 2022
Deputy Clerk, U.S. Bankruptcy Court