**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------------X
                 :

In re:                 :    Chapter 11
                 :

    Ho Wan Kwok,         :    Case No. 22-50073 (JAM)
                 :
                 :

         Debtor.[1]        :
                 :
---------------------------------------------------------------------X

**CHAPTER 11 TRUSTEE'S NOTICE OF FILING OF EXCERPT OF TRANSCRIPT**
**FROM DEBTOR'S SECTION 341 MEETING OF CREDITORS IN CONNECTION**
**WITH DEBTOR'S OWNERSHIP INTEREST IN ACE DECADE HOLDINGS LIMITED**

      **PLEASE TAKE NOTICE** that at the hearing held before this Court on September 6, 2022

(the "September 6 Hearing"), Mr. Luc A. Despins, in his capacity as the chapter 11 trustee (the

"Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), raised the issue of

the Debtor's ownership interest in Ace Decade Holdings Limited ("Ace Decade").

      **PLEASE TAKE FURTHER NOTICE** that, as stated by the Trustee at the September 6

Hearing, the Debtor submitted a signed complaint to a court in the United Kingdom (the "UK

Complaint"), dated September 23, 2020, in which the Debtor stated that he had acquired Ace

Decade on November 10, 2014.[2]

      **PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a highlighted

excerpt of the transcript from the Debtor's continued meeting of creditors pursuant to section 341

---

[1]    Although the Debtor's legal name is Ho Wan Kwok, he is also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases. The last four digits of the Debtor's taxpayer identification number are 9595.

[2]    *Debtor's Objection to Application of Chapter 11 Trustee for Entry Of Order Pursuant to Bankruptcy Code Sections 327, 328, and 330 and Bankruptcy Rules 2014 and 2016, Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to Chapter 11 Trustee*, Exhibit 1, Docket No. 622-1, ¶ 3 ("Ace Decade was . . . acquired by Mr Kwok on or around 10 November 2014"), ¶ 24 ("Ace Decade was acquired on 10 November 2014 by Mr Kwok").

of the Bankruptcy Code, which took place on April 6, 2022 (the "April 341 Meeting").  At the April 341 Meeting, the Debtor, consistent with the UK Complaint, testified through an interpreter, among other things, that he was the "legal representing owner" of Ace Decade,[3] that there were no other owners of Ace Decade,[4] and that he became owner of Ace Decade "[a]t the end of 2014."[5]

Dated:    September 12, 2022         LUC A. DESPINS,
           New Haven, Connecticut       CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

       *and*

    Nicholas A. Bassett *(pro hac vice)*
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

       *and*

---

[3]   Transcript of Continued Meeting of Creditors, April 6, 2022, at 61:3-5 ("Q: Are you the only legal owner of Ace Decades?  A: I am a legal representing owner.").

[4]   *Id.* at 61:6-7 ("Q: Are there any other owners of Ace Decade? A: No.").

[5]   *Id.* at 61:8-10 ("Q: When did you become an owner of Ace Decade Holdings Limited? A: At the end of 2014.").

Avram E. Luft *(pro hac vice)*
Douglass Barron *(pro hac vice)*
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*

**Exhibit 1**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT


In Re                        * Chapter 11
                             *
                             *
    HO WAN KWOK,             * Case 22-50073(JAM)
                             *
             Debtor.         *
                             *
* * * * * * * * * * * * * * * *


TRANSCRIPT OF CONTINUED

341 MEETING OF CREDITORS


APRIL 6, 2022


Electronically Recorded by the
Office of the United States Trustee


Transcript Prepared By:


Christine Fiore, CERT
Fiore Reporting and Transcription Service, Inc.
4 Research Drive, Suite 402
Shelton, CT  06484
(203)929-9992

APPEARANCES:


For the Debtor:              WILLIAM R. BALDIGA, ESQ.
                             BEN SILVERBERG, ESQ.
                             Brown Rudnick, LLP
                             Seven Times Square
                             New York, NY  10036


For the U.S. Trustee:        HOLLEY E. CLAIBORN, ESQ.
                             STEVEN MACKEY, ESQ.
                             Office of the U.S. Trustee
                             150 State Street
                             New Haven, CT  06510


For Logan Cheng,             JAY MARSHALL WOLMAN, ESQ.
 Creditor:                   Randazza Legal Group
                             100 Pearl Street, 14th Floor
                             Hartford, CT 06103


For Pacific Alliance         DAVID V. HARBACH, II, ESQ.
 Asia Opportunity Fund,      O'Melveny & Myers, LLP
 LP, Creditors:              1625 I Street NW
                             Washington, DC  20006

                             STUART SARNOFF, ESQ.
                             MAKENZIE RUSSO
                             O'Melveny & Myers, LLP
                             Times Square Tower
                             7 Times Square
                             New York, NY  10036

                             ANNECCA SMITH, ESQ.
                             Robinson and Cole
                             280 Trumbull Street
                             Hartford, CT  06103


For Bruno Wu, Weican         KRISTEN MAYHEW, ESQ.
 Meng and Rui Ma,            McElroy, Deutsch, Mulvaney &
 Creditors:                   Carpenter
                             One State Street
                             Hartford, CT  06103


For the Official             STEVEN STAFSTROM, ESQ.
 Committee of Unsecured      Pullman & Comley
 Creditors:                  850 Main Street
                             Bridgeport, CT  06601

1      A    No.

2           MR. BALDIGA:  Excuse me.  Holley, I'm not

3    sure if you're going to come back to it, but there

4    is a reference to the $12,000.

5           MS. CLAIBORN:  I did see that.

6           MR. BALDIGA:  Oh, you said he didn't

7    disclose it.

8           MS. CLAIBORN:  He did not.  It's not in

9    response to the questions on Schedule A-B.

10          MR. BALDIGA:  It's right there.

11          MS. CLAIBORN:  We can disagree about

12   whether or not it's disclosed, but it's my position

13   that it's not disclosed.  I understand you might

14   take a different position.

15    BY MS. CLAIBORN:

16      Q    Mr. Kwok, do you own any interest in a

17   company called Ace Decade Holdings Limited?

18      A    Yes.

19      Q    What is the nature of your ownership

20   interest in Ace Decade Holdings Limited?

21      A    So I have the interest and ask for UBS to

22   pay back $500 million.  That kind of interest.

23      Q    Are you the only legal owner of Ace Decade

24   Holdings Limited?

25          THE OFFICIAL INTERPRETER:  Are you the

1    only -- can you repeat that question?

2     BY MS. CLAIBORN:

3         Q     Are you the only legal owner of Ace

4    Decades?

5         A     I am a legal representing owner.

6         Q     Are there any other owners of Ace Decade?

7         A     No.

8         Q     When did you become an owner of Ace Decade

9    Holdings Limited?

10        A     At the end of 2014.

11        Q     This is a long question.  In your

12   litigation in London against UBS, you are an

13   individual plaintiff.  What is the basis for your

14   claim as an individual plaintiff?

15        A     Because I'm the 100 percent representative

16   for Ace Decade.

17        Q     In the litigation against UBS in London,

18   there is an allegation that Ace Decade gave $500

19   million to Dawn State Limited.  Where did Ace Decade

20   get the $500 million?

21        A     I loan from my family.

22        Q     Did you borrow money from your family and

23   give it to Ace Decade?

24        A     Yes.

25             MS. CLAIBORN:  I don't think that was --