**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                    :    Chapter 11
:
HO WAN KWOK,                                              :    Case No. 22-50073 (JAM)
:
      Debtor.                             :
:
---------------------------------------------------------x

**DECLARATION OF CLAIRE ABREHART IN SUPPORT OF
ADDENDUM TO APPLICATION OF CHAPTER 11 TRUSTEE
FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY CODE
SECTIONS 327, 328, AND 330, BANKRUPTCY RULES 2014 AND 2016, AND LOCAL
BANKRUPTCY RULES 2014-1 AND 2016-1, AUTHORIZING AND APPROVING
RETENTION AND EMPLOYMENT OF HARNEY WESTWOOD AND RIEGELS LP,
AS BRITISH VIRGIN ISLANDS COUNSEL TO THE CHAPTER 11 TRUSTEE**

I, Claire Abrehart, under penalty of perjury, declare as follows:

    1.    I am a director of Harneys Corporate Services Limited ("Harneys Corporate"), Craigmuir Chambers, Road Town, Tortola, British Virgin Islands ("BVI"), and I make this declaration in support of the *Addendum to Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Harney Westwood and Riegels LP, as British Virgin Islands Counsel to the Chapter 11 Trustee* (the "Addendum").[1]

    2.    Harneys Corporate is a BVI business company authorized and regulated by the BVI Financial Services Commission for the provision of certain fiduciary services, including the

---

[1] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Addendum.

provision of professional directors. Harneys Corporate maintains an office in the British Virgin Islands.

3. Harneys Corporate has expertise in the provision of fiduciary services to clients incorporated in the British Virgin Islands. Its services include the provision of registered agent/registered office services, the provision of professional directors, and the provision of compliance and economic substance solutions.

4. Genever Holdings Corporation ("Genever BVI") has entered into the Director Services Agreement[2] with (a) Harneys Corporate and (b) solely for purposes of the payment of annual fees (as set forth in Section 6 of the Director Services Agreement), the Chapter 11 Trustee. Pursuant to the Director Services Agreement, Harneys Corporate agrees, among other things, to provide a person, namely Claire Abrehart, to serve as a director of Genever BVI, replacing the current director of Genever BVI (*i.e.*, Mr. Ho Wan Kwok).

5. Genever BVI is not a debtor in the Chapter 11 Case, nor is Genever BVI a debtor in any other bankruptcy case. Accordingly, Harneys Corporate is not being retained by the Chapter 11 Trustee or the Estate. Nor does Harneys intend to apply to the Court for compensation for any services rendered under the Director Services Agreement.

6. In recognition of the Estate's limited resources, Harneys Corporate has agreed to certain modifications to its standard fee structure, including allowing the Chapter 11 Trustee to defer payment of any future annual fees until such time as the Estate has recovered additional funds sufficient to pay such future annual fees. Furthermore, Harneys Corporate has agreed to reduce the annual fee for director services with respect to Affiliated Companies from $20,000 to

---

[2] A copy of the Director Services Agreement is attached as **Exhibit B** to the Addendum.

$7,500.[3] Thus, the Estate's only out-of-pocket expense, at this time, is the payment of $6,667 for the pro rata share of the 2022 annual fee with respect to the director services for Genever BVI, while the payment on all future annual fees is deferred until the Estate has recovered sufficient additional funds. Moreover, Harneys Corporate has agreed to forego accrual of any interest on such deferred fees until January 1, 2024.[4] Harneys Corporate would not have agreed to these concessions absent Harneys Legal being retained as the Chapter 11 Trustee's BVI counsel.

7. To the best of my knowledge and belief after reasonable inquiry, and except as disclosed herein, neither I, nor Harneys Corporate, nor any member or associate thereof, represents professionally, or has any connection with, the Debtor, his creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

8. I attach to this Declaration, as **Schedule 1**, a consolidated list of parties in interest in connection with the Debtor's chapter 11 case that includes:

  a. parties listed as creditors, executory contract counterparties, and co-debtors on the Debtor's Schedules D, F, G, and H [Docket No. 78];

  b. parties listed on the Debtor's Statement of Financial Affairs ("SOFA") [Docket No. 77], including (i) as recipients of payments within 90 days prior to the filing of the chapter 11 case (SOFA Part 3, Question 6); (ii) parties involved in litigation in which the Debtor is a party (SOFA Part 4,

---

[3] The Chapter 11 Trustee anticipates that it will require additional director services from Harneys Corporate in connection with the exercise of corporate control over additional Debtor-controlled BVI entities.

[4] Pursuant to Section 6.4 of the Director Services Agreement, in the event that any fees to Harneys Corporate have accrued in accordance with the Director Services Agreement prior to January 1, 2024 (the "Interest Date") and have not been paid by the Interest Date (by virtue of the operation of Section 6.3 of the Director Services Agreement or otherwise), such fees shall carry interest at an annualized rate of 7.5%, compounded annually and calculated from the Interest Date.

        Question 9); and businesses owned by the Debtor (SOFA Part 11, Question 27).

    c. parties and counsel filing notice of appearances in the Debtor's chapter 11 case;

    d. the Court and personnel of the office of the United States Trustee; and

    e. other parties in interest that I have become aware of as a result of the Trustee's ongoing investigation of the Debtor's assets.

9. Harneys Corporate maintains a computer database (the "Database") containing, among other things, the names of all Harneys Corporate's current and former clients. I caused to be submitted to, and checked against, the Database all of the names listed on **Schedule 1** (collectively, the "Interested Parties").

10. Harneys has no relationship or connection with the Interested Parties, or, to the best of my knowledge, with any other creditor of the Debtor, except as noted below:

    a. On August 31, 2022 [Docket No. 807], the Trustee filed its application to retain Harney Westwood and Riegels LP ("Harneys Legal") as BVI counsel to the Trustee. Harneys Legal shares ultimate common ownership with Harneys Corporate, which is a separate legal entity that is operationally independent from Harneys Legal. Also, some members of the board of directors of Harneys Corporate are also partners of Harneys Legal.

    b. In connection with the Trustee's obtaining control over Genever BVI, and as detailed in corporate governance order, dated August 10, 2022 [Docket

No. 717] (the "Corporate Governance Order"), the Trustee selected Harneys Corporate to serve as registered agent of Genever BVI.

c. Harneys Corporate is currently the registered agent for Bravo Luck Limited, although it is taking steps to resign from that position. The provision of registered agent services to Bravo Luck Limited does not create a conflict of interest that would prevent Harneys Legal or Harneys Corporate from providing legal and fiduciary services to Genever BVI. The provision of registered agent services is administrative in nature, as it is limited to providing a legal address in the BVI, maintaining certain corporate documents, and making filings with the BVI Corporate Registry on receiving instructions to do so. As a matter of BVI law, the provision of registered agent services is not equivalent to the provision of director services and would not make Harneys Corporate part of the management of, or grant corporate control, over Bravo Luck Limited. For the avoidance of doubt, Claire Abrehart has had no dealings with Bravo Luck Limited and, moreover, she will be shielded from any dealings that Harneys Corporate may have with Bravo Luck Limited.

d. A number of Interested Parties are banks and similar financial institutions (this includes, without limitation, HSBC, Barclays Bank. Chase Bank, Citibank, JP Morgan, Standard Chartered Bank, UBS). Harneys Corporate and Harneys Legal have previously been involved in transactions involving these institutions as both client and counterparty, in matters which, as far as I am aware after reasonable inquiry, are unrelated

    to the Debtor. Affiliates of HSBC and Barclays Bank also provide banking services to affiliates of Harneys Corporate and Harneys Legal— again, in matters which, as far as I am aware after reasonable inquiry, are unrelated to the Debtor.

e.  A number of Interested Parties are law firms. Harneys Corporate and Harneys Legal have previously been involved in transactions where certain of these firms have been instructing counsel or were otherwise involved (this includes, without limitation, Brown Rudnik LLP, Bois Schiller, Baker Hosteler LLP, O'Melveny & Myers LLP, Paul Weiss). For the avoidance of doubt, such transactions were, as far as I am aware after reasonable inquiry, unrelated to the Debtor.

f.  Certain individuals listed as "Other Interested Parties" on **Schedule 1** hereto (but, for the avoidance of doubt, none of the individuals listed under "Debtor, Family Members, and Certain Related Entities" on **Schedule 1** hereto) are connected with entities for which Harneys Corporate has also provided registered agent services—for example, as a director or ultimate beneficial owner of such entities. As noted in paragraph c. above, the provision of registered agent services is administrative in nature, and we do not consider that the provision of such services creates a conflict of interest that would prevent Harneys Legal or Harneys Corporate from providing legal and fiduciary services to Genever BVI. Obligations of client confidentiality prevent us from making full disclosure of the relevant individuals.

11. While Harneys Corporate has made a diligent effort to ascertain the identity of any connections or potential conflicts with interested parties, to the extent that any additional information comes to light, Harneys Corporate will review, disclose, and resolve any conflict or adverse interests that may appear.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Dated: September 13, 2022, at Tortola, British Virgin Islands

_____
Claire Abrehart

**SCHEDULE 1**

## SCHEDULE OF PARTIES IN INTEREST – IN RE KWOK

**20 LARGEST UNSECURED CREDITORS**

PACIFIC ALLIANCE ASIA OPPORTUNITY
GOLDEN SPRING NEW YORK
RUI MA
CHENG JIAN WU JIAN SHE
NING YE
GUO BAOSHENG
YAN LAN & WU ZHENG
HONG QI QU
NAN TONG SI JIAN
JIAN GONG
YAN ZHAO
YUA HUA ZHUANG SHI
LIEHONG ZHUANG/XIAO YAN ZHU
WEICAN MENG/BOXUN INC.
SAMUEL NUNBERG
LAMP CAPITAL LLC
JUN CHEN AKA JONATHAN HO
YUE HUA ZHU SHI
XIONG XIAN WEI YE
HUIZEN WANG

**DEBTOR, FAMILY MEMBERS, AND CERTAIN RELATED ENTITIES**

HO WAN KWOK (A.K.A MILES GWOK, MILES GUO AND WENGUI GUO)
HING CH NGOK/YUE QINGZHI
QIANG GUO
MEI GUO/MEI GUI
HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC
BRAVO LUCK LIMITED
GENEVER HOLDINGS CORPORATION
GENEVER HOLDINGS LLC

**BANKRUPTCY JUDGE AND U.S. TRUSTEE PERSONNEL**

HONORABLE JULIE A. MANNING
WILLIAM HARRINGTON
KIM L. MCCABE
HOLLEY CLAIBORN
JOSEPH H. FLAMINI
ERIN HOGAN
STEVEN MACKEY
FRANK MARINO
JENNIFER J. MOREY
NICOLE NEELY
SHARON WARNER
JOHN GERVAIS

**OTHER INTERESTED PARTIES**

7 NOD HILL LLC,
AAGV LIMITED
ABRAMS FENSTERMAN, LLP
ACA CAPITAL GROUP LIMITED
ACA INVESTMENT FUND
ACA INVESTMENT MANAGEMENT LTD.
ACASS CANADA LTD.
ACE DECADE HOLDINGS LIMITED
AI GROUP HOLDINGS INC.,
ALFA GLOBAL VENTURES LIMITED
ALFONSO GLOBAL LIMITED
ALLIED CAPITAL GLOBAL LIMITED
ALPINE FIDUCIARIES SA
AN HONG
ANDREW SULNER/FORENSIC DOCUMENT EXAMINATIONS, LLC
ANTON DEVELOPMENT LIMITED
ARETHUSA FORSYTH
ASSETS SINO LIMITED
AUSPICIOUS COAST LIMITED
BAIQIAO TANG A/K/A TANG BAIQIAO
BAKER HOSTETLER LLP
BARCLAYS BANK PLC
BEIJING BI HAI GE LIN YUAN LIN LU HUA, LTD.
BEIJING CHENG JIAN WU JIAN SHE GROUP, LTD.
BEIJING FU LE HONG MA JIAN ZHU ZHUANG SHI GONG CHENG, LTD.
BEIJING PANGU INVESTMENT CO.
BEIJING ZENITH HOLDINGS CO.
BEIJING ZHONG XIAN WEI YE STAINLESS DECORATION CENTER
BERKELEY ROWE
BERNARDO ENRIQUEZ
BOIES SCHILLER
BOXUN INC.
BRANCH
BROWN HARRIS STEVENS
BROWN RUDNICK, LLP
BSA STRATEGIC FUND I
BURNETTE SHUTT AND MCDANIEL PA
CAHILL GORDON & REINDEL LLP
CHAO-CHIH CHIU
CHASE BANK
CHENGLONG WANG
CHIESA SHAHINIAN & GIANTOMASI PC
CHINA GOLDEN SPRING GROUP (HONG KONG) LIMITED
CHONG SHEN RAPHANELLA
CHUANG XIN LTD.
CITIBANK
CLARK HILL PLC
CLAYMAN & ROSENBERG LLP
CLAYMAN ROSENBERG KIRSHNER & LINDER LLP
COHN BIRNBAUM & SHEA P.C.
COUNSEL PRESS INC.
CRANE ADVISORY GROUP LLC
CREATIVE APEX INVESTMENTS LIMITED
CRYSTAL BREEZE INVESTMENTS LIMITED

DANIEL PODHASKIE
DANIEL S. ALTER
DANYU LIN
DAWN STATE LIMITED
DONGNA FANG
EASTERN PROFIT CORPORATION LIMITED
EDUARDO EURNEKIAN
ELITE WELL GLOBAL LIMITED
ELLIOTT KWOK LEVINE & JAROSLAW LLP
EMPIRE GROWTH HOLDINGS
ERIC GOLDSMITH MD, LLC
FAN BINGBING
FIONA YU
FORBES HARE
G CLUB OPERATIONS LLC
G FASHION LLC
G NEWS LLC,
GANFER SHORE LEEDS & ZAUDERER
GAO BINGCHEN
G-CLUB
GETTR USA
GFASHION MEDIA GROUP INC.,
GFNY, INC
GLENN MELLOR
GLOBALIST INTERNATIONAL LIMITED
GNEWS MEDIA GROUP INC.,
GOLDFARB & HUCK ROTH RIOJAS, PLLC
GREENWICH LAND LLC
G-TRANSLATORS PTY LTD
GTV MEDIA GROUP, INC.,
GUO LIJIE
GUO MEDIA
GUO WENOUN
GUO WENPING
HAIHONG WANG
HAMILTON CAPITAL HOLDINGS INC
HAN CHUNGUANG
HAO HAIDONG
HARCUS PARKER LTD.
HE BEI YUE HUA ZHUANG SHI GONG CHENG LTD.
HEAD WIN GROUP LIMITED
HELEN MANIS
HENAN YUDA
HERO GRAND LIMITED
HIMALAYA EMBASSY
HIMALAYA EXCHANGE
HIMALAYA FEDERAL RESERVE
HIMALAYA INTERNATIONAL CLEARING LTD.
HIMALAYA INTERNATIONAL FINANCIAL GROUP LTD
HIMALAYA INTERNATIONAL PAYMENTS LTD.
HIMALAYA INTERNATIONAL RESERVES LTD.
HIMALAYA SUPERVISORY ORGANIZATION
HING CH NGOK
HONG KONG INTERNATIONAL FUNDS INVESTMENTS LIMITED
HONG QI QU JIAN SHE GROUP, LTD.
HONG ZENG

HUDSON DIAMOND NY LLC
HSBC
INFINITE INCREASE LIMITED
INFINITUM DEVELOPMENTS LIMITED
INSIGHT CAPITAL
INSIGHT PHOENIX FUND
JANOVER LLC
JASON MILLER
JENNIFER MERCURIO
JESSE BROWN
JIA LI WANG
JIA YANG LI
JIAMEI LU
JIAN FAN
JIANG SU PROVINCE JIAN GONG GROUP LTD BEIJING BRANCH
JIANG YUNFU BE
JIANHU YI
JIANSHENGXIE AND JIEFU ZHENG
JING GENG
JOHN S LAU
JONATHAN YOUNG
JPMORGAN CHASE BANK, N.A.
JUMBO CENTURY LIMITED
JUN LIU
JUNE SHI
KAIXIN HONG
KARIN MAISTRELLO,
KATHLEEN SLOANE
KERCSMAR FELTUS & COLLINS PLLC
KEYI ZIKLIE
KUI CHENG
LALIVE SA
LAO JIANG
LAW FIRM OF CALLARI PARTNERS, LLC
LAWALL & MITCHELL, LLC
LEADING SHINE LIMITED
LEE VARTAN
LIEHONG ZHUANG
LIHONG WEI LAFRENZ (AKA SARA WEI)
LINDA HE CHEUNG
LOGAN CHENG (F/K/A SHUIYAN CHENG)
LONG GATE LIMITED
MACDONALD
MAR-A-LAGO
MAUNAKAI CAPITAL
MAX KRASNER
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
MELISSA MENDEZ
MILES GUO
MILES GWOK
MOA-FU
NEW DYNAMIC DEVELOPMENT LIMITED
NEW FEDERAL STATE OF CHINA
NEXT TYCOON INVESTMENTS LIMITED
NOBLE FAME GLOBAL LIMITED
OGIER

O'MELVENY & MYERS LLP
O'NEAL WEBSTER
PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.
PAUL WEISS
PETRILLO KLEIN & BOXER LLP
PHILLIPS NIZER LLP
PULLMAN & COMLEY, LLC
QIQHUA FAN
QU GUOJIAO
QUIJU JIA
RANDAZZA LEGAL GROUP, PLLC
ROBINSON & COLE LLP
RONG ZHANG
ROSS HEINEMEYER
ROY D. SIMON
RUIZHENG AN
RULE OF LAW FOUNDATION III
RULE OF LAW SOCIETY IV INC
RUQUIN WANG
SAIL VICTORY LIMITED
SAMUEL DAN NUNBERG
SARA WEI (A/K/A LIHONG WEI LAFRENZ)
SARACA MEDIA GROUP, INC.,
SCHULMAN BHATTACHARYA, LLC
SELAS MONTBRIAL AVOCATS
SHANE D SHOOK
SHERRY-NETHERLAND, INC.
SHI JIA ZHUANG ZHEN YUAN JIAN ZHU AN ZHUANG GONG CHENG LTD BEJING FIRST
SHINY ACE INNOVATION CO LTD
SHINY TIMES LTD.
SHUANG WANG
SPIRIT CHARTER INVESTMENT LIMITED
STANDARD CHARTERED BANK
STEPHEN WONG
STEVE BANNON,
STEVENSON WONG
STOKES LAWRENCE, PS
STRATEGIC VISION LLC
TELI CHEN
THE CASPER FIRM
THE FRANCIS FIRM PLLC
THE LAW OFFICES OF RAFAEL A. VARGAS
THE SHERRY-NETHERLAND HOTEL
THOMAS RAGLAND
TM PRIMROSE LIMITED
TROUTMAN PEPPER HAMILTON SANDERS LLP
TROY LAW PLLC
U.S. LEGAL SUPPORT, INC.
UBS AG
UBS AG (LONDON BRANCH)
UBS AG (LONDON)
UNA MANYEE WILKINSON
VERDOLINO & LOWEY
VERITEXT
VOICE OF GUO MEDIA, INC.
VX CERDA & ASSOCIATES

WA&HF LLC
WARD & BERRY, PLLC
WEICAN ("WATSON") MENG
WEIGUO SUN
WEIXIANG GE
WELL ORIGIN LTD.
WEN LIN
WENG
WHITECROFT SHORE LIMITED
WHITMAN BREED ABBOTT & MORGAN LLC
WILLIAM BRADLEY WENDEL
WILLIAM GERTZ
WILLIAM JE (JE KIN MING)
WILLIAMS & CONNOLLY
WORLD CENTURY LIMITED,
WORLDWIDE OPPORTUNITY HOLDINGS LIMITED
WU ZHENG
XIAO YAN ZHU
XIAODAN WANG
XINGYU YAN
XIQUI ("BOB") FU
YA LI
YACHTZOO SARL
YAN GAO
YAN HUANG
YANG LAN
YANKWITT LLP
YANPING WANG
YAZ QINGUA
YELIANG XIA
YI LI
YING LIU
YUE HUA ZHU SHI
YUNXIA WU
YVETTE WANG
ZEICHNER ELLMAN & KRAUSE LLP
ZEISLER & ZEISLER, P.C.
ZHANG WEI
ZHENG WU (A/K/A BRUNO WA)
ZHENGJUN DONG
ZIBA LIMITED