UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| In re: Ho Wan Kwok | Case Number: 22-50073 |
|---|---|
| Debtor | Chapter: 11 |

### ERRATA SHEET REGARDING OFFICIAL TRANSCRIPT

Date of Hearing/Evidentiary Hearing/Trial:  August 4, 2022

Presiding Judge: Hon. Julie A. Manning     ECF number of Official Transcript:  746

Transcription Service: Fiore Reporting and Transcription Service, Inc.

Name of Transcriber: Christine Fiore

**INSTRUCTIONS**: After reviewing the Official Transcript, please note any change, addition, or deletion on this form.  Use additional pages, as necessary, that substantially conform to the format below.

Once complete, please sign and date the form and forward to the court reporting agency that transcribed the Hearing/Evidentiary Hearing/Trial. A copy should also be emailed to the courtroom deputy using the applicable email address:

CourtroomDeputy_Bridgeport@ctb.uscourts.gov
CourtroomDeputy_NewHaven@ctb.uscourts.gov
CourtroomDeputy_Hartford@ctb.uscourts.gov

| Page Number | Line Number | Correction/Change | | Reason |
|---|---|---|---|---|
| | | **Existing Text** | **Proposed Correction** | |
| 13 | 6 | nonsense | nonsubstantive | Accuracy |
| 26 | 18 | Genever VBI | Genever BVI | Accuracy |
| 28 | 13 | ha | has | Accuracy |
| 36 | 3 | Yeah | First word of sentence in line 3 is But the word Yeah is incorrect | Accuracy |
| 45 | 18 | Indiscernible | She is having a problem | Transcription |

| Page Number | Line Number | Correction/Change | | Reason |
|---|---|---|---|---|
| | | **Existing Text** | **Proposed Correction** | |
| 56 | 17 | Indiscernible | a productive | Transcription |
| 58 | 6 | Transfer impact of (Indiscernible) fiduciary | Transfer-In Pack of Harneys Fiduciary | Transcription |
| 68 | 4 | 353 | 363 | Accuracy |
| 68 | 5 | debtor trustee – debtor out of possession trustees | debtor or trustee – debtor-in-possession or trustee -- | Accuracy |
| 68 | 21 | equities that are controlled | equity in debtor-controlled | Accuracy |
| 68 | 24 | concern | concerns | Transcription |
| 69 | 2 | don't to | don't want to | Accuracy |
| 69 | 7 | --with (indiscernible) | --or without it | Transcription |
| 69 | 16 | 353 | 363 | Accuracy |
| 75 | 15 | as proposed | has proposed | Accuracy |
| 75 | 17 | when the (indiscernible) | one that falls really within core | Transcription |
| 76 | 25 | , you will | , yeah we'll | Accuracy |
| 77 | 2 | (indiscernible) | Just remove (indiscernible). Sounds like feedback or interjection or hesitation. | Transcription |
| 77 | 6 | (indiscernible) | some | Transcription |
| 78 | 16 | It's the language | It's the – the language | Accuracy |
| 78 | 21 | wherefor | where -- for | Accuracy |
| 87 | 8 | state | stay | Accuracy |
| 93 | 4 | (indiscernible) | giving – that's -- | Accuracy |
| 102 | 9 | That is all, Your Honor. | That is problematic, I think. | Accuracy |

pg. 3

| Page Number | Line Number | Correction/Change | | Reason |
| --- | --- | --- | --- | --- |
| | | **Existing Text** | **Proposed Correction** | |
| 102 | 16 | versus having | orders that haven't | Accuracy |

Date: <u>9/14/22</u>