**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                    :    Chapter 11
:
HO WAN KWOK,                              :    Case No. 22-50073 (JAM)
:
Debtor.                        :
:
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 7, 2022, the *First Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery with Respect to Additional Legal and Financial Advisors to the Debtor, Entities and Individuals Affiliated with Debtor, and Relevant Banks* (including all exhibits, attachments, and associated orders filed therewith, collectively, the "Served Documents") [ECF No. 839] was electronically filed.  Notice of this filing has been sent by e-mail to all parties by operation of the Court's electronic filing system ("CM/ECF") or by U.S. Mail first-class delivery (sent September 8, 2022) to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing.  Parties may access this filing through the Court's system.  These recipients are specifically set forth below.

With respect to the Notice Parties, as defined in Local Bankr. R. 2004-1, the following parties will receive notice of this filing by CM/ECF: (i) the Debtor; (ii) the Chapter 11 Trustee; (iii) the United States Trustee; (iv) any official committee; and (v) any party that has filed a notice of appearance in the case, provided however, that parties appearing in the case who are unable to receive electronic notice were served via U.S. Mail as set forth above.  With respect to (vi) the

proposed witnesses, examinees, or parties producing documents (collectively, the "Examinees"), the Examinees were served (on September 8, 2022) at the addresses appended hereto, as follows: to Examinees with addresses within the United States, by FedEx or UPS overnight delivery; to Examinees with street addresses outside the United States, by UPS worldwide expedited delivery; and to Examinees with post office box addresses outside the United States, by U.S. Mail first-class delivery.

The undersigned hereby certifies that the foregoing constitutes service upon all of the Notice Parties.

| | |
|---|---|
| Dated:    September 14, 2022<br>            New Haven, Connecticut | LUC DESPINS, as appointed Chapter 11 Trustee<br>for HO WON KWOK |

By: */s/ Patrick R. Linsey*
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

            *and*

    Nicholas A. Bassett *(pro hac vice)*
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

*and*

Avram E. Luft *(pro hac vice)*
Douglass Barron *(pro hac vice)*
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com
douglassbarron@paulhastings.com

*Counsel for the Chapter 11 Trustee*

## PARTIES THAT RECEIVED ELECTRONIC NOTICE VIA EM/ECF

Laura Aronsson on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Tristan G. Axelrod on behalf of Creditor Brown Rudnick LLP
taxelrod@brownrudnick.com

Tristan G. Axelrod on behalf of Creditor Verdolino & Lowey, P.C.
taxelrod@brownrudnick.com

William R. Baldiga on behalf of Creditor Brown Rudnick LLP
wbaldiga@brownrudnick.com

Douglass E. Barron on behalf of Trustee Luc A. Despins
douglassbarron@paulhastings.com

Nicholas A. Bassett on behalf of Trustee Luc A. Despins
nicholasbassett@paulhastings.com

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

G. Alexander Bongartz on behalf of Trustee Luc A. Despins
alexbongartz@paulhastings.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Rui Ma
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Weican Meng
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor Zheng Wu
ccallari@callaripartners.com

John L. Cesaroni on behalf of Debtor Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested Party Mei Guo
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

Luc A. Despins
lucdespins@paulhastings.com

Luc A. Despins on behalf of Trustee Luc A. Despins
lucdespins@paulhastings.com

David S. Forsh on behalf of 20 Largest Creditor Rui Ma
dforsh@callaripartners.com

David S. Forsh on behalf of 20 Largest Creditor Weican Meng
dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Zheng Wu
dforsh@callaripartners.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Peter Friedman on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Peter Friedman on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Irve J. Goldman on behalf of Creditor Committee Official Committee of Unsecured Creditors
igoldman@pullcom.com, rmccoy@pullcom.com

Mia N. Gonzalez on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

James C. Graham on behalf of Trustee Luc A Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

Eric A. Henzy on behalf of Debtor Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
ehenzy@zeislaw.com, cjervey@zeislaw.com

Jonathan Kaplan on behalf of Creditor Committee Official Committee of Unsecured Creditors
jkaplan@pullcom.com, prulewicz@pullcom.com;rmccoy@pullcom.com

Stephen M. Kindseth on behalf of Debtor Ho Wan Kwok
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party Mei Guo
skindseth@zeislaw.com, cjervey@zeislaw.com

Patrick R. Linsey on behalf of Trustee Luc A Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Trustee Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Avram Emmanuel Luft on behalf of Trustee Luc A. Despins
aviluft@paulhastings.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Rui Ma
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Weican Meng
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Zheng Wu
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Boxun Inc.
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Rui Ma
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Weican (Watson) Meng
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Yang Lan
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Zheng Wu
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Aaron A Mitchell on behalf of Debtor Ho Wan Kwok
aaron@lmesq.com

James M. Moriarty on behalf of Debtor Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

Sara Pahlavan on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
spahlavan@omm.com

Lucas Bennett Rocklin on behalf of Trustee Luc A. Despins
lrocklin@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net

Aaron Romney on behalf of Debtor Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Scott D. Rosen on behalf of Attorney Cohn Birnbaum & Shea, P.C.
srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Thomas J. Sansone on behalf of Attorney Michael S. Weinstein
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Xiaodan Wang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Xiaodan Wang
tsansone@carmodylaw.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Defendant Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Douglas S. Skalka on behalf of Trustee Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Annecca H. Smith on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Tiffany Troy on behalf of Creditor Troy Law, PLLC
tiffanytroy@troypllc.com, troylaw@troypllc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Michael S. Weinstein on behalf of Creditor Chong Shen Raphanella
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Rong Zhang
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Xiaodan Wang
mweinstein@golenbock.com

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman on behalf of Plaintiff Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Peter J. Zarella on behalf of 20 Largest Creditor Rui Ma
pzarella@mdmc-law.com

Peter J. Zarella on behalf of 20 Largest Creditor Weican Meng
pzarella@mdmc-law.com

Peter J. Zarella on behalf of Creditor Zheng Wu
pzarella@mdmc-law.com

## **PARTIES THAT RECEIVED U.S. MAIL NOTICE**

Chao-Chih Chiu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Huizhen Wang
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Yunxia Wu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067

Yongbing Zhang
223 West Jackson Bl;vd. #1012
Chicago, IL 60606

Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067

## EXAMINEES SERVED VIA FEDEX/UPS/OR US MAIL

| Discovery Party | Address |
|---|---|
| HIMALAYA INTERNATIONAL FINANCIAL GROUP LTD. | Himalaya International Financial Group Ltd<br>c/o Arias, Fabrega & Fabrega Trust Co. BVI Limited<br>P.O. Box 985<br>Road Town, Tortola, BVI |
| HIMALAYA INTERNATIONAL CLEARING LTD. | Himalaya International Clearing Ltd.<br>c/o Commerce House<br>Wickhams Cay 1<br>P.O. Box 3140<br>Road Town<br>Tortola VG1110 British Virgin Islands |
| HIMALAYA INTERNATIONAL PAYMENTS LTD | Himalaya International Payments Ltd.<br>c/o Commerce House<br>Wickhams Cay 1<br>P.O. Box 3140<br>Road Town<br>Tortola VG1110 British Virgin Islands |
| HIMALAYA INTERNATIONAL RESERVES LTD. | Himalaya International Reserves Ltd.<br>c/o Commerce House<br>Wickhams Cay 1<br>P.O. Box 3140<br>Road Town<br>Tortola VG1110 British Virgin Islands |
| JESSE BROWN | Jesse Brown<br>c/o Arias, Fabrega & Fabrega Trust Co. BVI Limited<br>P.O. Box 985<br>Road Town, Tortola, BVI |
| ACA CAPITAL GROUP LIMITED | ACA Capital Group Limited<br>Rm 1605, 16/F<br>Hua Qin International Bldg,<br>340 Queen's Rd C,<br>Sheung Wan, Hong Kong SAR |
| WILLIAM JE | William Je<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building, Ste 104<br>Wilmington, Delaware 19810 |

| **Discovery Party** | **Address** |
|---|---|
| MAX KRASNER | Max Krasner<br>162 E. 64th Street<br>New York, NY 10605 |
| ACASS CANADA LTD. | ACASS Canada Ltd.<br>6700 Côte de Liesse<br>Suite 206<br>Montréal H4T 2B5 Canada |
| YACHTZOO SARL | Yachtzoo SARL<br>Le Beau Rivage<br>9 Avenue d'Ostende<br>MC 98000 Monaco |
| BERKELEY ROWE | Berkeley Rowe Limited<br>20 North Audley Street<br>Mayfair, London W1k 6WE United Kingdom |
| CAHILL GORDON & REINDEL LLP | Cahill Gordon & Reindel LLP<br>32 Old Slip<br>New York, NY 10005 |
| ELLIOTT KWOK LEVINE & JAROSLAW LLP | Matthew Levine, Esq.<br>Elliott Kwok Levine & Jaroslaw LLP<br>565 Fifth Avenue<br>New York, NY 10017 |
| WILLIAMS & CONNOLLY LLP | Jerry Shulman, Esq.<br>Williams & Connolly LLP<br>680 Maine Avenue SW<br>Washington, DC 20024 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | Francis J. Lawall, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>3000 Two Logan Square<br>Philadelphia, PA 19103 |
| FORBES HARE | Robert Nader<br>Forbes Hare<br>Qwomar Building<br>4th Floor<br>Blackburn Highway<br>Road Town, Tortola<br>British Virgin Islands VG1110 |

| Discovery Party | Address |
|---|---|
| OGIER | Ogier<br>Ritter House<br>Wickhams Cay II<br>PO Box 3170<br>Road Town, Tortola<br>British Virgin Islands VG1110 |
| O'NEAL WEBSTER | O'Neal Webster<br>Commerce House<br>181 Main Street<br>P.O. Box 961<br>Road Town, Tortola<br>British Virgin Islands VG1110 |
| BARCLAYS BANK PLC | Barclays Bank PLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| BNY MELLON, N.A. | Jane Kevin McCarthy<br>BNY Mellon, N.A.<br>BNY Mellon Center<br>500 Grant Street<br>Pittsburgh, PA 15219 |
| CITIBANK, N.A. | Citibank, N.A.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| HSBC HOLDINGS PLC | HSBC Holdings PLC<br>c/o The Corporation Trust, Incorporated<br>2405 York Road, Suite 201<br>Lutherville Timonium, MD 21093 |
| JPMORGAN CHASE BANK, N.A. | JPMorgan Chase Bank, N.A.<br>c/o CT Corporation System<br>4400 Easton Commons Way<br>Suite 125<br>Columbus, OH 43219 |
| STANDARD CHARTERED PLC | Standard Chartered PLC<br>1095 Avenue of the Americas<br>New York, NY 10036 |
| UBS AG | UBS AG<br>Hong Kong Branch<br>52/F., Two International Finance Centre<br>8 Finance Street<br>Central, Hong Kong |