# UNITED STATES BANRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

|  |  |
|---|---|
| In re: | ) CHAPTER 11 |
| HO WAN KWOK, | ) CASE NO. 22-50073 (JAM) |
| Debtor. | ) SEPTEMBER 15, 2022 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR ALL NOTICES AND PLEADINGS

To the Clerk of this Court and all parties of record,

Evan S. Goldstein, Esq. of Updike, Kelly & Spellacy, P.C. hereby appears on behalf of subpoenaed witness **HING CHI NGOK,** and requests that pursuant to 11 U.S.C. §§ 342(a) and 1109(b) and Fed. R. Bankr. P. 2002, 3017, 9007, and 9010(b), that he be provided with copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plans, disclosure statements, proposed orders, confirmed copies of other documents or instruments (the "Documents") filed in the above captioned bankruptcy proceeding. All such documents should be served upon the following:

Evan S. Goldstein, Esq.
Updike, Kelly & Spellacy, P.C.
Counsel to Hing Chi Ngok
Goodwin Square, 225 Asylum Street, 20th Floor
Hartford, Connecticut 06103
egoldstein@uks.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Title 11 of the United States Code specified above, but also includes, without limitation, orders and notices and notices of any application, motion, petition,

3708579

pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, e-mail, telegraph, telex, telecopy facsimile or otherwise, which affects the Debtor or the property of the Debtor.

Dated at Hartford, Connecticut this 15th day of September, 2022.

By: /s/ Evan S. Goldstein
Evan S. Goldstein, Esq.
Federal Bar No. ct22994
UPDIKE, KELLY & SPELLACY, P.C.
Goodwin Square
225 Asylum Street, 20th Floor
Hartford, Connecticut 06103
Tel. (860) 548-2600
Fax. (860) 548-2680
egoldstein@uks.com
*Counsel to Hing Chi Ngok*

3708579