# UNITED STATES BANRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re: ) | CHAPTER 11 |
| ) | |
| HO WAN KWOK, ) | CASE NO. 22-50073 (JAM) |
| ) | |
| Debtor. ) | SEPTEMBER 15, 2022 |
| ) | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on September 15, 2022, the Notice of Appearance and Request for all Notices and Pleadings was electronically filed. Notice of this filing will be sent, via email, to all parties able to receive electronic notification, by operation of the Court's electronic filing system and as listed on the Notice of Electronic Filings. The undersigned did cause to be sent, via U.S. Mail, first-class, postage prepaid, a copy of the foregoing to all counsel and pro-se parties that do not have access to the Court's electronic filing system and as listed on the Notice of Electronic Filings and as listed below. Parties may access this filing through the court's CM/ECF case management system.

          HING CHI NGOK

          By:    /s/ Evan S. Goldstein
             Evan S. Goldstein, Esq.
             Federal Bar No. ct22994
             UPDIKE, KELLY & SPELLACY, P.C.
             Goodwin Square
             225 Asylum Street, 20th Floor
             Hartford, Connecticut 06103
             Tel. (860) 548-2600
             Fax. (860) 548-2680
             egoldstein@uks.com
             *Counsel to Hing Chi Ngok*

3708579