**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re:                                      :    Chapter 11
:
HO WAN KWOK,                                :    Case No. 22-50073 (JAM)
:
Debtor.                          :
:
---------------------------------------------------------------x

### CHAPTER 11 TRUSTEE MOTION TO PERMIT CERTAIN COUNSEL TO APPEAR REMOTELY FOR SEPTEMBER 27, 2022 STATUS CONFERENCE AND HEARINGS

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Luc A. Despins, in his capacity as trustee in the above-captioned case filed under chapter 11 of Title 11 of the United States Code (the "Trustee"), respectfully moves the Court for permission for Attorney Nicholas A. Bassett, of Paul Hastings, LLP, to appear remotely on his behalf at the September 27, 2022 status conference and hearings scheduled in this case related to, *e.g.*, the Trustee's Application to Employ Harney Westwood & Riegels LP as British Virgin Islands Counsel to Chapter 11 Trustee [ECF No. 807] (the "Retention Application"). In support of the Motion, the Trustee respectfully states as follows:

1. The Trustee filed the Retention Application on August 30, 2022.

2. On September 2, 2022, the Court issued a Notice of Hearing scheduling a hearing on the Retention Application for September 27, 2022, at 2 p.m.

3. On September 21, 2022, the Court scheduled a status conference to be held on September 27, 2022, at 2 p.m. [ECF No. 867].

4. Attorney Bassett, counsel to the Trustee, wishes to attend the September 27, 2022 hearing and status conference but respectfully requests the opportunity to participate via the

-2-

Court's ZOOM.Gov platform. Both the Trustee and the Trustee's Connecticut counsel will attend the hearing in person. Permitting Attorney Basset's remote attendance will reduce expense to the estate, considering that his home office is located in Washington, DC.

WHEREFORE, because of the in-person attendance of the Trustee and his Connecticut Counsel, the Trustee respectfully requests that Attorney Bassett be permitted to appear remotely before this Court on September 27, 2022 at 2:00 p.m.

Dated: September 23, 2022  LUC A. DESPINS,
New Haven, Connecticut  CHAPTER 11 TRUSTEE

By: /s/Patrick R. Linsey
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*and*

Nicholas A. Bassett *(pro hac vice)*
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re: | CHAPTER 11 |
| HO WAN KWOK, | CASE NO. 22-50073 (JAM) |
| Debtor. |  |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 23, 2022 the foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated: September 23, 2022  LUC A. DESPINS,
New Haven, Connecticut  CHAPTER 11 TRUSTEE

By:  /s/Patrick R. Linsey
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com