# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>                Debtor. | Chapter 11<br><br>Case No: 22-50073 (JAM) |

**[PROPOSED] ORDER GRANTING IN PART HK INTERNATIONAL FUNDS
INVESTMENTS (USA) LIMITED, LLC'S MOTION FOR ORDER
ESTABLISHING REPAIR RESERVE FOR THE LADY MAY**

Upon the *Motion for Order Establishing Repair Reserve for the Lady May* (the "Motion")

filed pursuant to this Court's *Stipulated Order Compelling HK International Funds Investments*

*(USA) Limited, LLC to Transport and Deliver that Certain Yacht, the "Lady May"* (the "Stipulated

Order") by HK International Funds Investments (USA) Limited, LLC ("HK USA"), which seeks

an order establishing the repair reserve (the "Repair Reserve") required by the Stipulated Order,

and certain ancillary relief as set forth therein; and upon consideration of the Motion and the relief

requested appearing to this Court to be necessary and appropriate to carry out the orderly operation

of the Debtor's estate and, in particular, the effectuation of the procedures set forth in the Stipulated

Order; due and sufficient notice of the Motion having been given under the particular

circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Motion is hereby **GRANTED IN PART** to the extent set forth herein

and the Repair Reserve required by the Stipulated Order and requested in the Motion is hereby

authorized at the amount of $3,761,080.00 (the "Repair Reserve Amount"), approved, and

established subject to the terms and conditions of this Order as follows:

      (i)      The trustee appointed in this case, Luc A. Despins (or any successor thereto) (the

               "Trustee"), shall hold the Repair Reserve Amount as escrow agent in his firm's

1

fiduciary account (or an alternative suitable account under control of the Trustee) solely for the purpose of securing the completion of the service, maintenance, and repairs required to be performed to restore the Lady May to good working order in accordance with the Stipulated Order, specifically, paragraph 11 (the "<u>Required Repairs</u>") and this Order;

(ii)     To fund the Repair Reserve, HK USA shall, upon release of the "Escrow Funds" in accordance with the Stipulated Order, direct the "Escrow Agent" (as these terms are used in the Stipulated Order) to transfer the Repair Reserve Amount in good funds from the Escrow Funds to a fiduciary account at the law firm of the Trustee (if he is willing to accept such funds, and, if not, in an alternative suitable account under control of the Trustee for purposes of disbursement), which transfer shall establish the Repair Reserve in accordance with Section 11 of the Stipulated Order;

(iii)     HK USA shall cause the performance of the Required Repairs, which shall include, without limitation, (i) any and all repairs set forth or described in the Motion and the exhibits attached thereto (the "<u>Known Repairs</u>"); (ii) any repairs discovered in the course of making the Known Repairs and deemed necessary to restore the Lady May to good working order (the "<u>Unknown Repairs</u>"); or (iii) any and all other repairs necessary to bring the Lady May to good working order, as contemplated by the Stipulated Order;

(iv)     The Known Repairs shall be performed at Bridgeport Boatworks, 731 Seaview Avenue, Bridgeport, Connecticut, and may commence immediately after the entry of this Order;

(v)     Any Unknown Repairs shall be performed at a later date to be determined, subject to further order of this Court in accordance with the Stipulated Order;

(vi)    The Trustee shall pay from the Repair Reserve Amount the reasonable and necessary expenses (including any required deposits and/or costs associated with retaining the Lady May's crew) incurred to perform the Required Repairs or to pay the Insurance Deductible (as defined in the Motion) without further notice if such expenses are in accordance with any estimate received prior to the entry of this order, or if such expenses are not in accordance with such estimates, upon either:

        a.      The written consent of HK USA; or

        b.      The order of this Court following a motion seeking such relief and after due notice and a hearing;

(vii)   In the event and to the extent the Repair Reserve Amount is insufficient to fund fully and pay for the Required Repairs ("Repair Reserve Shortfall"), HK USA shall immediately deliver to the Trustee the Repair Reserve Shortfall; any dispute with respect to the Repair Reserve Shortfall shall be heard by this Court upon motion of any party and after due notice and a hearing and, once determined by this Court, HK USA shall immediately deliver the Repair Reserve Shortfall to the Trustee to be held by Trustee in accordance with this Order;

(viii)  After completion of the Required Repairs, including, but not limited to the Known Repairs and Unknown Repairs, HK USA shall obtain documentation from (i) Bridgeport Boatworks and (ii) Lloyd's Register of Shipping or the American Bureau of Shipping, certifying that the Required Repairs have been completed (the "Repair Certifications");

(ix)    Promptly upon receipt of the Repair Certifications, HK USA shall provide copies thereof to the Trustee, who shall then have a right to timely inspect the Lady May to confirm the completion of the Required Repairs (the "Trustee Inspection").  Any costs associated with the Trustee Inspection shall be borne by the Debtor's estate;

(x)    Upon completion of the Trustee Inspection and in the event and to the extent the Repair Reserve Amount exceeds the amount that was necessary to pay for the Required Repairs, this Court, upon motion of HK USA and after due notice and a hearing, and once determined by this Court that the Required Repairs have been fully performed, shall order the Trustee to transfer any excess Repair Reserve funds to HK USA; and it is further

**ORDERED**, that, by this Order, HK USA has performed and satisfied its obligation to establish the Repair Reserve in accordance with Section 3(v) and 11 of the Stipulated Order.

The Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

Dated: _____, 2022
Bridgeport, Connecticut

_____
HONORABLE JULIE A. MANNING
UNITED STATES BANKRUPTCY JUDGE