# APPENDIX 1

Key

COLUMN LABEL - DESCRIPTION

| | |
|---|---|
| ORIGINAL | The original estimates collectively forecast a work period after haul-out of 45 with the best effort and a Class 5 Risk factor of 100% due to lack of details |
| EXTENDED 1 | Assumes delays due to additional parts needed up to 90 days |
| EXTENDED 2 | Assumes delays and additional parts needed and new work on the Port Diesel Engine up to 135 days |
| EXTENDED 3 | Assumes delays and additional parts needed and new work to replace both Diesel Engines up to 150 days |

| ITEM | DESCRIPTION | ITEM COST | ORIGINAL | 45 DAYS | EXTENDED 1 | 90 DAYS | EXTENDED 2 | 135 DAYS | EXTENDED 3 | 150 DAYS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DRY DOCK OR HAUL-OUT FOR REPAIRS | $ 25,000 | $ 25,000 | 2 | $ 25,000 | 2 | $ 25,000 | 2 | $ 25,000 | 2 |
| 2 | LAYDAYS ON LAND STORAGE | $ 20,385 | $ 20,385 | 45 | $ 40,770 | 90 | $ 61,155 | 135 | $ 81,540 | 150 |
| 3 | ENGINE ROOM RIPOUT OF INTERFERENCES FOR ACCESS | $ 129,000 | $ 129,000 | 14 | $ 129,000 | 14 | $ 258,000 | 14 | $ 258,000 | 14 |
| 4 | ENGINE TAKE DOWN | $ 72,000 | $ 72,000 | 7 | $ 72,000 | 7 | $ 72,000 | 7 | $ 72,000 | 7 |
| 5 | ENGINE UNFORESEEN REPLACEMENT PARTS | $ 30,000 | NA | | $ 30,000 | 7 | $ 30,000 | 7 | $ 3,000 | 7 |
| 6 | ENGINE REASSEMBLY | $ 77,000 | $ 77,000 | 7 | $ 77,000 | 7 | $ 77,000 | 7 | $ 77,000 | 7 |
| 7 | ENGINE TO SHAFT ALIGNMENT | $ 10,000 | $ 10,000 | 3 | $ 10,000 | 3 | $ 10,000 | 3 | $ 10,000 | 3 |
| 8 | ENGINE ROOM INSTALLATION OF INTERFERENCES | $ 129,000 | $ 129,000 | 14 | $ 129,000 | 14 | $ 258,000 | 14 | $ 258,000 | 14 |
| 9 | HULL VALVE REMOVAL | $ 50,000 | $ 50,000 | 14 | $ 50,000 | 14 | $ 50,000 | 14 | $ 50,000 | 14 |
| 10 | HULL VALVE TEST | $ 50,000 | $ 50,000 | 14 | $ 50,000 | 14 | $ 50,000 | 14 | $ 50,000 | 14 |
| 11 | HULL VALVE UNFORESEEN REPLACEMENT PARTS | $ 20,000 | NA | | $ 20,000 | 14 | $ 20,000 | 14 | $ 20,000 | 14 |
| 12 | HULL VALVE REINSTALLATION | $ 60,000 | $ 60,000 | 14 | $ 60,000 | 14 | $ 60,000 | 14 | $ 60,000 | 14 |
| 13 | HULL PAINTING | $ 9,000 | $ 9,000 | 7 | $ 9,000 | 7 | $ 9,000 | 7 | $ 9,000 | 7 |
| 14 | DECK REPAIR | $ 3,000 | $ 3,000 | 7 | $ 3,000 | 7 | $ 3,000 | 7 | $ 3,000 | 7 |
| 16 | PORT ENGINE FUEL PUMP INSPECTION | $ 9,000 | NA | | $ 9,000 | 7 | $ 9,000 | 7 | $ 9,000 | 7 |
| 17 | PORT ENGINE REPAIR | $ 447,000 | NA | | NA | | $ 447,000 | 30 | $ 140,000 | 30 |
| 18 | ABS OR LLOYDS SOCIETY HULL AND SHAFT CERT | $ 5,000 | $ 5,000 | 3 | $ 5,000 | 3 | $ 5,000 | 3 | $ 5,000 | 3 |
| 19 | CREW RETENTION | $ 50,000 | $ 50,000 | 45 | $ 100,000 | 90 | $ 150,000 | 135 | $ 200,000 | 150 |
| 20 | NEW DIESEL ENGINES | $ 550,000 | NA | | NA | | NA | | $ 550,000 | |
| 21 | SUBTOTAL | | $ 689,385 | | $ 818,770 | | $ 1,594,155 | | $1,880,540 | |
| 22 | RISK OF DELAY OF NEW PARTS AND AVAILABLE TECHNICIANS | | $ 689,385 | | $ 818,770 | | $ 1,594,155 | | $1,880,540 | |
| 23 | GRAND TOTAL | | $ 1,378,770 | | $ 1,637,540 | | $ 3,188,310 | | $3,761,080 | |