# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor.[1] | : |
| | : |
| | : |

## JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S LIMITED OBJECTION TO HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION TO ESTABLISH REPAIR RESERVE FOR THE LADY MAY

The Official Committee of Unsecured Creditors (the "Committee") of the estate of the Debtor, Ho Wan Kwok (the "Debtor"), herby supports and joins in the Pacific Alliance Asia Opportunity Fund L.P.'s Limited Objection to HK International Funds Investments (USA) Limited, LLC's Motion to Establish Repair Reserve for the Lady May.

Dated: Bridgeport, Connecticut
September 23, 2022

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HO WAN KWOK**

By:   */s/Irve J. Goldman*
       Irve J. Goldman
       Jonathan A. Kaplan
       Pullman & Comley, LLC
       850 Main Street, 8th Floor
       PO Box 7006
       Bridgeport, CT 06601-7006
       (203) 330-2213
       igoldman@pullcom.com
       Its Attorneys

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

2

## CERTIFICATION OF SERVICE

I, Irve J. Goldman, herby certify that on September 23, 2022, a true and correct copy of the foregoing Joinder of the Official Committee of Unsecured Creditors in Pacific Alliance Asia Opportunity Fund L.P.'s Limited Objection to HK International Funds Investments (USA) Limited, LLC's Motion to Establish Repair Reserve for the Lady May was filed with the Court and served all parties that have filed a notice of appearance and request for notice electronically via the Court's CM/ECF electronic filing system ("CM/ECF").

By: /s/Irve J. Goldman

ACTIVE/83201.1/IJG/10607644v1