**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                                  :            Chapter 11
:
HO WAN KWOK,                                                :            Case No. 22-50073 (JAM)
:
Debtor.                                                   :
---------------------------------------------------------x

**CHAPTER 11 TRUSTEE'S NOTICE OF FILING ANSWER AND COUNTERCLAIMS AND APPLICATION FOR PREJUDGMENT REMEDY IN HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC ADVERSARY PROCEEDING**

Chapter 11 Trustee Luc A. Despins (the "Trustee"), by and through his undersigned counsel, hereby gives notice that, on September 23, 2022, in the related adversary proceeding styled as *HK International Funds Investments (USA) Limited, LLC v. Ho Wan Kwok* (Adv. Proc. No. 22-05003, the "Adversary Proceeding"), the Trustee filed his: (a) Answer and Counterclaims [Adv. Proc. Docket No. 36] (the "Answer and Counterclaims"); (b) Application for Prejudgment Remedy [Adv. Proc. Docket No. 37] (the "PJR Application"); and (c) Memorandum of Law in Support of the PJR Application [Adv. Proc. Docket No. 38] (the "PJR Memo."). True and accurate copies of the Answer and Counterclaims, PJR Application, and PJR Memo. are attached hereto as, respectively, **Exhibits A through C**.[1]

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

---

[1] The Answer and Counterclaims is attached hereto as Exhibit A without exhibits, which are voluminous. These exhibits may be accessed within the Adversary Proceeding [Adv. Proc. Docket No. 36] through the Court's CM/ECF system.

1

| | | |
|---|---|---|
| Dated: | September 24, 2022<br>New Haven, Connecticut | LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE |

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

       *and*

    Nicholas A. Bassett *(pro hac vice)*
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

       *and*

    Avram E. Luft *(pro hac vice)*
    Douglass Barron *(pro hac vice)*
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
                                                      :
In re:                                                :   Chapter 11
                                                      :
HO WAN KWOK,                                          :   Case No. 22-50073 (JAM)
                                                      :
       Debtor.[1]                                     :
                                                      :
------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 24, 2022, the foregoing Notice (including the exhibits thereto) was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2] Parties may access this filing through the Court's CM/ECF system.

Dated:   September 24, 2022           LUC A. DESPINS,
         New Haven, Connecticut       CHAPTER 11 TRUSTEE

                                      By: */s/ Patrick R. Linsey*
                                          Douglas S. Skalka (ct00616)
                                          Patrick R. Linsey (ct29437)
                                          NEUBERT, PEPE & MONTEITH, P.C.
                                          195 Church Street, 13th Floor
                                          New Haven, Connecticut 06510
                                          (203) 781-2847
                                          dskalka@npmlaw.com, plinsey@npmlaw.com

                                              *and*

---

[1] Although the Debtor's legal name is Ho Wan Kwok, he is also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases. The last four digits of the Debtor's taxpayer identification number are 9595.

[2] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

Nicholas A. Bassett *(pro hac vice)*
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

 *and*

Avram E. Luft *(pro hac vice)*
Douglass Barron *(pro hac vice)*
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*