**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| HO WAN KWOK[1] | 22-50073 (JAM) |
| Debtor. | September 26, 2022 |

### PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S MOTION TO PERMIT CERTAIN COUNSEL TO APPEAR REMOTELY FOR SEPTEMBER 27, 2022 HEARING

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), by and thorough its undersigned counsel, respectfully moves (this "Motion") the Court for permission for Attorney Stuart Sarnoff of O'Melveny & Myers LLP ("O'Melveny") to appear remotely on behalf of PAX at the continued hearing currently scheduled for Tuesday, September 27, 2022.  In support of the Motion, PAX respectfully states as follows:

### JURISDICTION AND VENUE

1.  The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution. The statutory bases for the relief sought herein are section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1001.

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

## BACKGROUND AND REQUESTED RELIEF

2.  The hearing scheduled for September 27, 2022 (the "Hearing") concerns (a) the *Application to Employ Harney Westwood & Riegels LP as British Virgin Islands Counsel to Chapter 11 Trustee* [ECF No. 807]; (b) the *Application to Employ Dundon Advisers LLC as Financial Advisor* [ECF No. 821] of the Official Committee of Unsecured Creditors (the "Committee"); and (c) the Committee's *Application to Employ Coleman Worldwide Advisors LLC as Fraud Investigation Consultant* [ECF No. 325]. PAX has not filed papers regarding any of these retention applications.

3.  On September 21, 2022, this Court entered an order that the Hearing would also include a status conference. [ECF No. 867].

4.  Attorney Sarnoff, counsel to PAX, respectfully requests permission to attend the Hearing via the Court's ZOOM.Gov platform. PAX will have counsel attend the Hearing in person, including Connecticut counsel.

5.  Due to the fact that the Hearing concerns retention applications to which PAX has filed no response; and that PAX will have counsel attending in person and will be prepared to speak on behalf of PAX, as needed, PAX submits that permitting Attorney Sarnoff to enter a remote appearance via the ZOOM.Gov platform comports with Bankruptcy Rule 1001 and promotes the just, speedy and inexpensive administration of this case and the matters before the Court.

## **CONCLUSION**

Because of the fact the Hearing does not concern papers filed by PAX, and the in-person attendance of other counsel for PAX, PAX respectfully requests that Attorney Sarnoff be permitted to appear remotely before this Court on September 27, 2022 at 2:00 p.m.

| | |
|---|---|
| Dated: September 26, 2022<br>Hartford, Connecticut | **Pacific Alliance Asia Opportunity Fund L.P.**<br><br>By: */s/ Patrick M. Birney*<br>Patrick M. Birney (CT No. 19875)<br>Annecca H. Smith (CT No. 31148)<br>**ROBINSON & COLE LLP**<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-8275<br>Facsimile: (860) 275-8299<br>E-mail: pbirney@rc.com<br>            asmith@rc.com<br><br>-and-<br><br>Peter Friedman (admitted *pro hac vice*)<br>Stuart M. Sarnoff (admitted *pro hac vice*)<br>Laura S. Aronsson (admitted *pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>Email: pfriedman@omm.com<br>           ssarnoff@omm.com<br>           laronsson@omm.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2022, a copy of the foregoing was filed electronically and shall be served as required by Local Bankruptcy Rule 9013-2(b), with notice of this filing being sent by email to all Notice Parties by operation of the court's electronic filing system or by First Class U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties in interest may access this document through the court's CM/ECF System.

      */s/ Patrick M. Birney*
      Patrick M. Birney