## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtor. | : | |
| | : | |

### DEBTOR'S MOTION TO PERMIT CERTAIN COUNSEL TO APPEAR REMOTELY FOR SEPTEMBER 27, 2022, STATUS CONFERENCE AND HEARING

Pursuant to 11 U.S.C. § 105(a) and Rule 1001 of the Federal Rules of Bankruptcy Procedure, the debtor Ho Wan Kwok (the "Debtor"), by and through his undersigned counsel, Zeisler & Zeisler, P.C. ("Z&Z"), respectfully moves (the "Motion") this Court for permission for Attorney Stephen M. Kindseth and Attorney Aaron A. Romney to appear remotely on the Debtor's behalf at the September 27, 2022, status conference and hearing scheduled in this case. In support of the Motion, the Debtor respectfully states as follows.

1. On August 31, 2022, this Court scheduled a hearing on the Application to Employ Dundon Advisers LLC as Financial Advisor [ECF No. 321] and Application to Employ Coleman Worldwide Advisors LLC as Fraud Investigation Consultant [ECF No. 325], both filed by the Official Committee of Unsecured Creditors, for September 27, 2022. *See* Notice of Hearing [ECF No. 811].

2. On September 2, 2022, this Court scheduled a hearing concerning the Application to Employ Harney Westwood & Riegels LP as British Virgin Islands Counsel to Chapter 11 Trustee [ECF No. 807], filed by Luc A. Despins, for September 27, 2022. *See* Notice of Hearing [ECF No. 816].

3. Additionally, on September 21, 2022, this Court scheduled a status conference, also to be held on September 27, 2022. *See* Order [ECF No. 867].

4. Last week, Attorney Kindseth and Attorney Romney both tested positive for COVID-19. Upon testing positive, Attorney Kindseth and Attorney Romney both began quarantining. Both are feeling better and have resumed working. Attorney Kindseth is continuing to quarantine at least through September 30, 2022. Attorney Romney's quarantine period is over, but his doctor has advised him to limit his contact with other individuals when possible to minimize the risk of transmitting COVID-19.

5. To limit the risk of transmitting COVID-19 to others, permit Attorney Kindseth to continuing quarantining, and enable Attorney Romney to follow his doctor's guidance, the Debtor respectfully requests that Attorney Kindseth and Attorney Romney be permitted to participate in the September 27, 2022, status conference and hearing via this Court's Zoom platform.

WHEREFORE, because Attorney Kindseth and Attorney Romney recently tested positive for COVID-19, the Debtor respectfully requests that Attorney Kindseth and Attorney Romney be permitted to appear remotely before this Court on September 27, 2022, at 2:00 p.m.

Dated at Bridgeport, Connecticut on this 26th day of September, 2022.

THE DEBTOR,
HO WAN KWOK

*/s/ Stephen M. Kindseth*
Stephen M. Kindseth (ct14640)
Aaron A. Romney(ct28144)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5487
Email:  skindseth@zeislaw.com
            aromney@zeislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Stephen M. Kindseth
Stephen M. Kindseth (ct14640)