**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

**[PROPOSED]**
**ORDER GRANTING DEBTOR'S MOTION TO PERMIT CERTAIN COUNSEL TO APPEAR REMOTELY FOR SEPTEMBER 27, 2022**
**STATUS CONFERENCE AND HEARING**

Upon consideration of the Debtor's Motion to Permit Certain Counsel to Appear Remotely for September 27, 2022, Status Conference and Hearing (the "Motion"); it appearing that proper and adequate notice of the Motion has been given, under the circumstances, and that no other or further notice is necessary; upon the record herein; and it appearing that cause exists to grant the relief sought in the Motion; it is hereby

ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED as set forth herein.

2. Attorney Stephen M. Kindseth and Attorney Aaron A. Romney are hereby granted leave to appear remotely via the Court's Zoom platform at the status conference and hearing currently scheduled for September 27, 2022, at 2:00 p.m. in the above captioned bankruptcy case.