**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                             :
In re:                                       :     Chapter 11

HO WAN KWOK,                     :     Case No. 22-50073 (JAM)

       Debtor.[1]            :

---------------------------------------------------------x

**NOTICE OF PROPOSED AGENDA FOR STATUS CONFERENCE**
**SCHEDULED FOR SEPTEMBER 27, 2022, AT 2:00 P.M. (ET),**
**BEFORE THE HONORABLE JULIE A. MANNING[2]**

**Trustee's Status Conference**

    Description:    Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, will provide a status report to the Court, including the following matters:

- Update on HK USA adversary proceeding;
- Update on status conference before Judge Garrity in Genever Holdings LLC chapter 11 case (Case No. 20-12411 (JLG));
- Enforcement of corporate governance order with respect to Kwok-related entities Ace Decade Holdings Limited and Dawn State Limited;
- Update on Rule 2004 discovery; and
- Various housekeeping matters.

[*Remainder of page intentionally left blank.*]

---

[1] Although the Debtor's legal name is Ho Wan Kwok, he is also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases. The last four digits of the Debtor's taxpayer identification number are 9595.

[2] The Trustee understands that other matters will also go forward at the September 27, 2022 hearing, including the application to retain Harney Westwood & Riegels LP as BVI counsel to the Trustee [Docket No. 807]. These other matters will be heard in the order determined by the Court.

Dated: September 26, 2022  
New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*  
    Patrick R. Linsey (ct29437)  
    NEUBERT, PEPE & MONTEITH, P.C.  
    195 Church Street, 13th Floor  
    New Haven, Connecticut 06510  
    (203) 781-2847  
    plinsey@npmlaw.com

       *and*

    Nicholas A. Bassett *(pro hac vice)*  
    PAUL HASTINGS LLP  
    2050 M Street NW  
    Washington, D.C., 20036  
    (202) 551-1902  
    nicholasbassett@paulhastings.com

       *and*

    Avram E. Luft *(pro hac vice)*  
    Douglass Barron *(pro hac vice)*  
    PAUL HASTINGS LLP  
    200 Park Avenue  
    New York, New York 10166  
    (212) 318-6079  
    aviluft@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, : Case No. 22-50073 (JAM)
:
Debtor.[1] :
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 25, 2022, the foregoing Notice (including the exhibits thereto) was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2] Parties may access this filing through the Court's CM/ECF system.

Dated:   September 25, 2022         LUC A. DESPINS,
         New Haven, Connecticut     CHAPTER 11 TRUSTEE

                                    By: */s/ Patrick R. Linsey*
                                        Douglas S. Skalka (ct00616)
                                        Patrick R. Linsey (ct29437)
                                        NEUBERT, PEPE & MONTEITH, P.C.
                                        195 Church Street, 13th Floor
                                        New Haven, Connecticut 06510
                                        (203) 781-2847
                                        dskalka@npmlaw.com, plinsey@npmlaw.com

                                        *and*

---

[1] Although the Debtor's legal name is Ho Wan Kwok, he is also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases. The last four digits of the Debtor's taxpayer identification number are 9595.

[2] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

1

Nicholas A. Bassett *(pro hac vice)*
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

    *and*

Avram E. Luft *(pro hac vice)*
Douglass Barron (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*

2