# United States Bankruptcy Court
# District of Connecticut



In re:

    Ho Wan Kwok

Case Number: 22-50073

Chapter: 11

    Debtor*

## ORDER GRANTING MOTION FOR EXPEDITED HEARING

Chapter 11 Trustee Luc A. Despins (the "Movant"), having filed a Motion to Expedite Hearing (the "Motion", ECF No. 875), in connection with a Motion for Protective Order (the "Motion", ECF No. 874), it appearing that the relief in the Motion to Expedite Hearing should be granted; it is hereby

**ORDERED:** A hearing to consider the Motion for Protective Order will be held on October 4, 2022, at 12:00 p.m., at 915 Lafayette Boulevard, Room 123, Courtroom, Bridgeport, CT 06604; and it is further

**ORDERED:** Service of the Order Granting the Motion for Expedited Hearing and the Motion for Protective Order must be made on all parties entitled to notice under applicable statutes and/or rules **on or before** September 29, 2022 at 5:00 p.m.; and it is further

**ORDERED:** A certificate of service demonstrating that the provisions of the Order Granting Motion for Expedited Hearing have been complied with must be filed **on or before** September 30, 2022 by 5:00 p.m.; and it is further

**ORDERED:** Any objections to the Motion for Protective Order shall be filed **on or before** October 3, 2022 at 12:00 p.m.

Dated:    September 28, 2022

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

* For the purposes of this order, "Debtor" means "Debtors" where applicable.