# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 9/28/2022 |
| Case: 22–50073 | Form ID: pdfdoc2 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      U. S. Trustee      USTPRegion02.NH.ECF@USDOJ.GOV
aty      Holley L. Claiborn      holley.l.claiborn@usdoj.gov

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty      Steven E. Mackey      Office of the U.S. Trustee      The Giaimo Federal Building      150 Court Street, Room 302      New Haven, CT 06510

TOTAL: 1