**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, | Case No: 22-50073 (JAM) |
| Debtor. | |

**HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S WITNESS LIST AND EXHIBIT LIST FOR HEARING SCHEDULED FOR OCTOBER 7, 2022**

Pursuant to this Court's Order [ECF No. 808], HK International Funds Investments (USA) Limited, LLC ("HK USA"), by and through its undersigned counsel, hereby submits this list of witnesses and exhibits in connection with the hearing (the "Hearing") to be held on October 7, 2022, at 10:00 a.m. concerning the Motion for Order Establishing Repair Reserve for the Lady May [ECF No. 728].

**WITNESSES**

HK USA may call one or more of the following witnesses at the Hearing:

1. Lloyd Bernard, *Captain, Lady May*;

2. Kristoffer Friis, *Duty Engineer, Lady May*; and,

3. Any witness listed by any other party.

**EXHIBITS**

| Exhibit No. | Description | Docket No. (if previously submitted to this Court) |
|---|---|---|
| HK-1 | Bridgeport Boatworks Estimate ID 6200 | ECF No. 728-1 |
| HK-2 | Bridgeport Boatworks Estimate ID 6240 | ECF No. 728-2 |
| HK-3 | Bridgeport Boatworks Estimate ID 6079 | ECF No. 728-3 |
| HK-4 | Safe Harbor Newport Shipyard Estimate Dated 7/20/22 | ECF No. 728-4 |

1

| | | |
|---|---|---|
| HK-5 | Safe Harbor Newport Shipyard Estimate No. 510486 | ECF No. 728-5 |
| HK-6 | Safe Harbor Newport Shipyard 2022 Rate Sheet | ECF No. 728-6 |
| HK-7 | Thunderbolt Marine Estimate Dated 7/28/22 | ECF No. 728-7 |
| HK-8 | Thunderbolt Marine 2021 Rate Sheet | ECF No. 728-8 |
| HK-9 | Bridgeport Boatworks Estimate ID 6235 | ECF No. 728-9 |
| HK-10 | Bridgeport Boatworks Estimate ID 6234 | ECF No. 728-10 |
| HK-11 | Zeppelin Power Systems Quote No. EEQ066301 | ECF No. 728-11 |
| HK-12 | Zeppelin Power Systems Quote No. EEQ066302 | ECF No. 728-12 |
| HK-13 | Zeppelin Power Systems Quote No. ZPDK-22197 | ECF No. 728-13 |
| HK-14 | Ring Power Quote No. 85398 - 1[1] | *See footnote 1.* |
| HK-15 | Bridgeport Boatworks Estimate ID 6279 | ECF No. 728-15 |
| HK-16 | Ring Power Customer Quote Document No. 00Q051982 | *None.* |
| HK-17 | Ring Power Quote No.: 86357 – 1 | *None.* |
| HK-18 | Ring Power Quote No.: 86346 – 1 | *None.* |
| HK-19 | Ring Power Quote No. 85398 - 1 | *None.* |
| HK-20 | Bridgeport Boatworks Estimate ID 6234 (Signed 9/12/22) | *None.* |
| HK-21 | Bridgeport Boatworks Estimate ID 6235 (Signed 9/12/22) | *None.* |
| HK-22 | Bridgeport Boatworks Estimate ID 6240 (Signed 9/12/22) | *None.* |
| HK-23 | Bridgeport Boatworks Estimate ID 6279 (Signed 9/12/22) | *None.* |
| HK-24 | Bridgeport Boatworks Estimate ID 6079 (Signed 9/12/22) | *None.* |
| HK-25 | Spreadsheet summarizing tasks and costs. | *None.* |

---

[1] HK USA intended to attach this as Exhibit N (ECF No. 728-14) to its Motion for Order Establishing Repair Reserve for the Lady May [ECF No. 728], but a bilge board replacement estimate from Bridgeport Boatworks was inadvertently attached to the motion as Exhibit N instead.

| | Any exhibit identified or offered by any other party. | |
|---|---|---|

HK USA reserves the right to modify, amend, or supplement the above witness and exhibit lists at any time prior to, or during, the Hearing. HK USA also reserves the right to request that this Court take judicial notice of pleadings, transcripts and/or documents filed in connection with this bankruptcy case.

Dated this 28th day of September, 2022.

        HK INTERNATIONAL FUNDS
        INVESTMENTS (USA) LIMITED, LLC


        By: */s/ Stephen M. Kindseth*
        Stephen M. Kindseth (ct14640)
        Zeisler & Zeisler, P.C.
        10 Middle Street, 15th Floor
        Bridgeport, CT  06604
        (203) 368-4234
        (203) 549-0872 (fax)
        Email: skindseth@zeislaw.com
        Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice ofElectronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Stephen M. Kindseth*
Stephen M. Kindseth