# HK-5

# SAFE HARBOR
## — NEWPORT SHIPYARD —
1 WASHINGTON ST, NEWPORT, RI 02840
(401) 846-6000

13 JUL 2022
Budgetary Estimate
*Not a fixed quote*

To:        Lloyd Bernard                          Estimate Number: 510486
Phone:     305-799-4799                           Time Frame :
Email:     captain@yachtladymay.c
RE :       Lady May 151'

| Op Code | Description | Amount | Approved |
| --- | --- | ---: | --- |
| 1000A | BLOCK 151 FT BOAT | 1,661.00 | [ ] |
| 1004C | HAUL & LAUNCH 151FT VESSEL USING 500 TON TRAVEL LIFT **DOES NOT INCLUDE  FOAM NEEDED FOR PROTECTION** | 9,060.00 | [ ] |
| 1005C | PRESSURE WASH 151FT BOAT | 1,661.00 | [ ] |
| 3090 | COOLING TOWER - HOOK UP & DISCONNECT *T&M* | 0.00 | [ ] |
| 3091 | HOLDING TANK - HOOK-UP AND DISCONNECT | 150.00 | [ ] |
| 5063A | SHOREPOWER - HOOK UP / DISCONNECT (100AMPS & OVER) | 150.00 | [ ] |
| 9001C | VESSEL LAND STORAGE 151FT @ $6.75/FT/NIGHT = $1,019.25/NIGHT | 0.00 | [ ] |
| 9006 | DIVING SERVICES DURING HAUL/LAUNCH @ $185/HOUR/DIVER **USE OF DIVER(S) IS AT  DISCRETION OF NSY'S RIGGING FOREMAN** | 0.00 | [ ] |
| 9016B | HOLDING TANK RENTAL @ $480/MONTH | 0.00 | [ ] |
| 9017 | SCISSORLIFT RENTAL $800/WEEK-NOT RESERVED (SHORT NOTICE), $600/WEEK-RESERVED (1 WEEK MINIMUM)  **NSY requires a weeks notice to reserve a scissor lift rental. When you pick  up your reserved scissor lift(s) you will be given the keys and will be  responsible for your scissor lift(s) for the duration of your scissor lift  rental. Without a reservation NSY will do their best to accommodate your last  minute needs.** | 0.00 | [ ] |
| 9024 | SHOREPOWER ON HARD (SEE RATE SHEET) | 0.00 | [ ] |
| 9025 | COOLING TOWER RENTAL @ $135.00/DAY OR $3,000.00/MONTH | 0.00 | [ ] |
| 9026A | SYSTEM STAIRS @ $20.00/LEVEL/NIGHT | 0.00 | [ ] |
| 9029 | 15% SUBCONTRACTOR COMMISSION DUE FOR ANY SUBCONTRACTORS YOU ARE WORKING  DIRECTLY WITH **A CARBON COPY OF THE SUBCONTRACTOR'S INVOICE MUST BE PROVIDED** | 0.00 | [ ] |

A DEPOSIT OF $20,000 WILL BE REQUIRED TO  RESERVE THE VESSEL'S SPOT ON THE
HARD. THE  ESTIMATED PRICES ARE GIVEN FOR BUDGETARY  PURPOSES ONLY AND NOT TO
BE CONSIDERED AS  BINDING. THIS ESTIMATE IS VALID FOR 14 DAYS  FROM RECEIPT.
INVOICES ARE SUBJECT TO THE  5% ENVIROMENTAL FEE AND THE 7% RI SALES TAX  WHERE



13 JUL 2022
Budgetary Estimate
*Not a fixed quote*

```
To:       Lloyd Bernard                      Estimate Number: 510486
Phone:    305-799-4799                        Time Frame :
Email:    captain@yachtladymay.c
RE :      Lady May 151'

Op Code  Description                                        Amount Approved
-------  ---------------------------------------------------- ------------ --------
APPLICABLE. **15% SUBCONTRACTOR  COMMISSION DUE FOR ANY SUBCONTRACTORS YOU ARE
WORKING DIRECTLY WITH. A CARBON COPY OF THE  SUBCONTRACTOR'S INVOICE MUST BE
PROVIDED**
```

_____ _____
Owner / Captain                              Date

*Moe McCormick*                              07/13/2022
_____ _____
SHM Newport Shipyard, LLC                     Date