# HK-7



JUST OUTSIDE SAVANNAH ON THE INTRACOASTAL WATERWAY SINCE 1965
P.O. Box 5628 Savannah Georgia 31414

**Date:** 28 July 2022
**Customer:** M/Y Lady May (152f) (46.2m) 2014 Feadship
**Contact Name:** Capt. Lloyd Bernard    **Phone:** +1 305 799 4799    **Email:** captain@yachtladymay.com
**Billing Address:**

### TMI Budget Proposal Revised

| Task No. | Billing Type | Task Description | Labor | Material | Misc. | Total |
|---|---|---|---|---|---|---|
| | | **HAULOUT & GENERAL SERVICES** | | | | |
| 1.05 | A | **Haulout Plan**<br>Develop TMI Syncrolift Docking Plans From Vessel Supplied Drawings | $1,250 | | | $1,250 |
| 1.00 | Q | **Haul & Float With Syncrolift** | | | $6,080 | $6,080 |
| 1.10 | A | **Blocking for Haulout**<br>Pending review of docking plan or vessel request for special requirements. Includes one setup. Additional blocking required for specific tasks will be quoted seperately. Bottom areas under bilge blocks to be treated through alternate blocking in a subsequent haulout. | $2,250 | $525 | | $2,775 |
| 1.11 | A | **Rail car weekly rate $240** | | | | weekly |
| 1.15 | Q | **Diver Services for Haulout** | | | $1,600 | $1,600 |
| 1.20 | Q | **Pressure Wash Bottom at Haulout**<br>Note: Standard rate sheet price for machine pressure washing. Scraping and sanding to remove excess marine growth will be priced upon inspection if required. | | | $1,824 | $1,824 |
| 1.08 | A | **Anchors & Chain if required**<br>Remove Anchor and Chains from Vessel Prior to Haulout and Refit After Launch. Note: Includes labor, floats, tug and crane. | | | | T&M |
| 1.30 | A | **Yard Services Fee Daily Rate**<br>OFF PEAK (JAN-AUG)  $228 in water / $304 on hard / $532 in bldg<br>PEAK (SEP-DEC)   $532 in water / $608 on hard / $836 in bldg<br>Includes water, project management, administrative services, yard security, non-regulated refuse collection, one stair tower. Additional ISPS/MTSA security services can be arranged at additional cost. Additional stair towers $1200 | | | | daily rate |
| 1.31 | A | **Live aboard Fee**<br>$1/ft/day live aboard fee may apply on the hard and in building.<br>Liveaboard is not recommended during paint work and is not allowed in the spray booth. | | | | T&M |
| 1.35 | Q | **Shorepower Hookup & Disconnect**<br>One time fee for labor, standard hookup to shore connection. Any modifications, materials or equipment required will be priced additionally. $1000 deposit for use of TMI shorepower plug. | | | $175 | $175 |
| 1.36 | Q | **Cooling Tower Hookup & Disconnect**<br>One time fee for labor, standard hookup to shore connection. Any modifications, materials or equipment required will be priced additionally. | | | $250 | $250 |
| 1.37 | Q | **Black & Grey Water Hookup & Disconnect**<br>One time fee for labor, standard hookup to shore connection. Any modifications, materials or equipment required will be priced additionally. Disposal charged additionally per rate sheet | | | $300 | $300 |
| 1.38 | Q | **Dedicated Internet Connection**<br>Hardwire or Nanobeam as available $150 Monthly | | | | monthly |
| 1.39 | A | **Sewage Connection in Service Bldg.**<br>$10 Daily as applicable. | | | | daily rate |
| 1.40 | A | **Shorepower**<br>Daily Rate per cord based on vessel's requirements. See Rate Sheet. | | | | daily rate |
| 1.50 | A | **Air Conditioning Condenser Cooling Tower**<br>$50 Daily Rate | | | | daily rate |
| 1.60 | A | **Yard Equipment With Operator**<br>Hourly per rate sheet. Mandatory assist invoiced additionally at $75/hr. | | | | T&M |
| 1.70 | A | **Storage**<br>Storage locker or 20 ft. shipping container rental for storage of vessel equipment. $300 Monthly Rate Per Unit / $400 per work space | | | | T&M |
| 1.80 | A | **Tenders UP TO 32 FT AND 10,000 LBS**<br>Haul & launch tenders by yard crane $300 per Tender or two jet skis.<br>Storage $150 /month/tender  $75 /month/jet ski.<br>Request for special blocking - T&M | | | | T&M |
| 1.90 | A | **Hazardous Liquids Disposal**<br>Disposal of Used Oil, Oily Water, Black & Gray Water, Coolant etc. billed per gallon, see Rate Sheet. Note: Handling & Equipment Fees charged additionally. | | | | T&M |

VALVES REV
Lady May Services Proposal 2022.xlsm

Date:    28 July 2022
Customer:    M/Y Lady May (152f) (46.2m)  2014 Feadship
Contact Name:   Capt. Lloyd Bernard    Phone: +1 305 799 4799         Email: captain@yachtladymay.com
Billing Address:

**TMI Budget Proposal Revised**

| Task No. | Billing Type | Task Description | Labor | Material | Misc. | Total |
|---|---|---|---|---|---|---|
| 1.95 | A | **Foreign Waste Collection & Disposal - As Required**<br>Contract IWC on behalf of vessel for collection and disposal of foreign waste/regulated garbage. **Vessel must provide a copy of CBP Form AI-288 certifying coastwise status as required by government regulations.** Without this form all of the vessel's garbage will be considered Regulated Garbage.  See arrival package document T-Dept. of Homeland Security U.S. CBP Maritime Regulated Garbage Disposal Guidelines | | | | T&M |
| 1.99 | A | **Outside Contractor Facility / Utility Use Fee**<br>15% Outside Contractor Facility / Utility Use Fee<br>5% for main engine and generator service contracted directly with vessel. Vessel to present contractor's worklist and schedule prior to access for work being granted. Contractors must submit proof of insurance and have signed agreement on file with TMI. Applies to all outside contractors working directly for vessel in TMI facility.  Vendor Warranty Applies. | | | | T&M |
| .90 | A | **Crew Purchases**<br>Note: Dedicated Driver Runs and Materials Research will be billed in addition to materials charge if requested. | | | | T&M |
| .75 | A | **Shipping & Receiving**<br>Note: Custom Crating & Packaging will be Quoted in addition to Shipping Charges if required. | | | | T&M |
| .25 | A | **General Cover & Protect**<br>For areas not addressed by specific work order. Extent of cover and protect for duration of project will be determined by vessel's representative and priced accordingly. | | | | T&M |
| .10 | A | **Technical Services and Drawings**<br>$125 Hourly per Rate Sheet | | | | T&M |
| | | **SUBTOTAL GENERAL SERVICES**<br>**EXCLUDING VARIABLES & UNKNOWNS** | | | | **$14,254** |
| | A | **R&R 26 Valves for Inspection**<br>Remove through hull valves/check valves as directed by class surveyor/vessel rep for class Inspection. Clean, check & pressure test valves as directed by Surveyor. Convey valves to shop, wash out & clean valves as necessary for pressure testing. Hydrostatically test valves & furnish Test / Condition Found Report for Vessel & Surveyor. Reinstall valves when directed using new gaskets. Note; Any further service, repairs or replacement parts, or new valves will be quoted from condition found  report & addressed with a change order. Allowance of 10 Hours Labor & Misc. Materials per Valve for Twenty Six (26) valves per vessel's request.  Removal & replacement of any pipework or Interferences to gain access to valves will be quoted as emergent work upon inspection of vessel. Assumes all parts are in good working order and does not include work on damaged or worn parts or threads. | $20,800 | $1,092 | | $21,892 |
| | | **SUBTOTAL R&R VALVES**<br>**EXCLUDING VARIABLES & UNKNOWNS** | | | | **$21,892** |
| | | ALL OTHER SERVICES WILL BE ADDRESSED ON SEPARATE WORK PROPOSALS | | | | |
| | | 7% Georgia Sales Tax | | | | as applicable |
| | | 1.5% Ship Repairer's Liability | | | | as applicable |
| | | 1% Environmental Surcharge | | | | as applicable |

Freight charges will be added as applicable

This  proposal is subject to inspection at time of  service.  Inspection findings may impact costs and schedule.   This proposal is inclusive only of work  as described.  Additions and/or changes will be documented for approval including proposal for pricing and effect on vessel's schedule. Bi-weekly invoices will be presented during the project. If requested at time of signature for tasks listed for T&M billing, time sheets will be presented daily for review by the vessel's appointed representative.  A deposit is required to secure space.  This proposal is valid for 30 days. TMI proposals are not valid until signed by a TMI representative after mutual agreement of terms and yard dates, due to the potential for competing projects with similar timeframes requiring the same resources.  Invoices must be paid in irrevocable funds and payment received prior to vessel's launch and departure.

**THUNDERBOLT MARINE, INC. WORK AUTHORIZATION TERMS AND CONDITIONS, WHETHER PRINTED ON THE REVERSE OF THIS ORIGINAL SIGNATURE PAGE OR SENT AS A SEPARATE PAGE, ARE STIPULATED TO BE PART OF THE AGREEMENT.**

Signed: _____    Date: _____
Owner or Authorized Representative

Signed: _____    Date: _____
For Thunderbolt Marine Inc.  Any amount over $25,000 must be signed by a company Officer.