# **HK-8**



# Thunderbolt Marine Inc.
## 2021 Rate Sheet

P.O. BOX 5628 Savannah GA 31414
3124 River Drive, Thunderbolt GA 31404
P: +1 912 352 4931   F: +1 912 629 6216
info@thunderboltmarine.us
www.thunderboltmarine.us

### IN HOUSE LABOR
There is no sales tax charge on labor in the state of Georgia. Sales tax on materials is included in quoted paint prices.
**Overtime billed at time and a half. Sundays and Observed Holidays billed at double time.**

| Service | Rate |
|---|---|
| Paint | $60/hr |
| Bottom Coatings, Interior/Exterior Varnish/Pigment, Outfitter | $65/hr |
| Metal & Pipe Work, Cabinetry, Mechanic, Rigger, Canvas & Upholstery, Electrician, Yard Labor, Blocking | $75/hr |
| HVAC & Refrigeration, Machinist | $85/hr |
| Hydraulics / Electronics | $90/hr / $105/hr |
| Engineering and Design | $125/hr |

**HAUL & LAUNCH   150 ton Travelift**   vessels to 59 ft $10/ft   vessels 60 ft and up $12/ft
**HAUL & LAUNCH   Syncrolift**   vessels to 150 ft $30/ft   vessels 151 ft and up $40/ft
*TMI syncrolift blocking plan, based on vessel furnished docking plan/ structural drawings, is required   $125/hr.
Blocking $75/hr.   Railcar Rental - Standard/Extended/Mega $30/$45/$90/week   Diver Services for syncrolift haulout $1600

Pressure Wash of Bottom at Haulout   to 59ft $5/ft | 60ft to 100ft $6/ft | 101ft to 150ft $10/ft | 151ft and up $12/ft
Removal of barnacles and abnormal growth, including cleanup, will be performed by agreement on a T&M basis after haulout and inspection.

Tenders under 32ft and 10,000 lbs. Haul & launch tenders by yard crane. Price per tender or two jet skis.   $300
Storage   $150 /month/tender   $75 /month/jet ski.   Request for special blocking - T&M
Tenders over 32ft and 10,000lbs - regular travelift haulout and storage rates apply.

**YARD SERVICES:** Includes; water, project management, administrative services, yard security, refuse and recycling collection, one boarding ladder, crew lounge & office facilities with internet. Additional ISPS/MTSA security services available upon request.
Additional boarding tower per class or insurance requirement $1200

Vessels to 59 ft   OFF PEAK (JAN-AUG) $1.50/ft/day in water and hard standing space   $3.50/ft/day in service building
                        PEAK (SEP-DEC)   $2.50/ft/day in water and hard standing space   $5.50/ft/day in service building
Vessels 60ft and up OFF PEAK (JAN-AUG) $1.50/ft/day in water   $2/ft/day hard standing space   $3.50/ft/day in service building
                        PEAK (SEP-DEC)   $3.50/ft/day in water   $4/ft/day hard standing space   $5.50/ft/day in service building

Lay day charges (double daily rate) will be assessed for vessel initiated lay days.
Dockage in Service Basin after completion of work   additional $1/ft/day   Live aboard on hard or in bldg. additional $1/ft/day

### SHORE POWER - Daily per cord
Hook-up & Disconnection at Standard Shore Connection   $175
*any modifications or additional equipment required will be priced additionally.
$1000 deposit for use of TMI shorepower plug

| | |
|---|---|
| 120V/30A | $10 |
| 240V/50A | $30 |
| 240V/100A | $40 |
| 208V/100A / 3Phase | $60 |
| 480V/60A / 3Phase | $75 |
| 480V/100A / 3Phase | $100 |
| 480V/200A / 3Phase | $200 |

Rotary Converter 480V/160A/50Hz/3Phase $160/day for TMI available converter
Plus applicable shore power consumption charges   Basic hookup fee $200
Transportation charges may apply for outside rental equipment.
Generators available by arrangement. Fuel and transportation charges will apply.

### YARD EQUIPMENT includes operator

| Equipment | Rate |
|---|---|
| 60 Ton Yard Crane 4 hr. minimum | $300/hr |
| 30 Ton Yard Crane 2 hr. minimum | $225/hr |
| Tug & Tow - Hourly per boat as required | $300/hr |
| Manlifts Scizzor Lifts & Overhead Cranes | $100/hr |
| Flat Bed trailer & Fork Truck | $100/hr |
| Yard Pickup Truck on premise only | $75/hr |
| Travelift Movement or excess time in slings | $350/hr |
| Chest Freezers | $15/week |
| Mast Storage | $0.50/ft/day |
| Storage Locker / 20ft container | $300/month |
| Crew Work Space with Electricity | $400/month |
| Cleanup and disposal fees may apply | T&M |

A/C Cooling Tower or Ducted Heat Pump Rental $50/day   One time fee for hookup at Standard Shore Connection $250
Any modifications or additional equipment required will be priced additionally.   TMI offers flushing service of raw water condensor.
Additives are not permitted in cooling tower water. A $600 cleaning fee will be charged to vessels adding substances to cooling tower liquids.

**Liquids Disposal** Handling and equipment fees charged additionally @ T&M
Black/Grey Water Small Tank Hookup at Standard Connection   $300
Disposal charged additionally per instance
$10 Daily Rate for Sewage Connection in Building

Used coolant, antifreeze and gasoline   $5.00/gal
Used oil, oily water, contaminated diesel, paint and solvents   $2.50/gal

**Dedicated Internet** - Nanobeam WiFi or hardwire   $150/month

Foreign Waste Collection & Disposal (price is per mobilization) compulsory per government regulations for foreign arrivals. Please advise your Project Manager or TMI contact prior to arrival. See CBP Maritime regulated garbage guidelines.

Thunderbolt Marine is a full service repair and refit facility with restricted entry. In addition to the rates listed, licensed and insured outside contractors are welcome by arrangement, a facility & utility use fee will be charged for contractors working on vessels in TMI facility. Outside contractors must provide proof of insurance and have signed agreement on file. Whenever possible TMI provides comprehensive quotes for budgetary planning and scheduling purposes. *We require detailed work lists from all vessels prior to arrival in order to allocate resources accordingly.*

Signed_:_____   Vessel:_____Date:_____