# HK-16



HOME OFFICE 500 World Commerce Parkway St. Augustine, FL 32092

FOR INQUIRIES PLEASE REFERENCE THIS NUMBER

| CUSTOMER QUOTE | * EXPIRES 10/15/22 | * CHARGE* | DOCUMENT NO. | OOQO51982 |
|---|---|---|---|---|

| SOLD TO | CUSTOMER NO. | SHIP TO | FILLED BY | {{{OOQO51982 |
|---|---|---|---|---|
| BEARD EQUIPMENT CO INC<br>2480 E I 65 SERVICE RD NORTH<br>MOBILE AL          36617 | OO3387<br><br>STORE<br>OO | | W/C LOCATION<br>W/C PIECES | |

| ORDERED BY | TELEPHONE | CUST. ORDER NO. | INSTRUCTIONS | DELIVERY LOCATION | SHIP VIA |
|---|---|---|---|---|---|
| DEREK 386326268 | 904-296-5000 | | OO: | OO: | WILL |

| MAKE | MODEL | SERIAL NO. | EQUIP NO. | ARRANGEMENT NO. | DATE | TIME | ENT. BY | REFERENCE NO. | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 9/15/22 | 15:27:48 | CWH | | 1 |

```
ITEM ----QUANTITY---   PART NUMBER/                                          NET
 NO. ORDER SHIP  B/O      DESCRIPTION        LOCATION    N/R    TR SOS    WEIGHT        UNIT PRICE  EXTD PRICE
PARTS SALES PERSON: HEYRMAN, CARL W.

  1     2     2    2   307-4581                                 QN AAA     106.5          6807.47    13614.94
                       CORE AS-AFTC
                       TOTAL NET WEIGHT OF SHIPPED ITEMS         213.0

              NEED A HOSE BUILT? VISIT ANY RING POWER LOCATION TODAY. ALL MAKES!!!!


                                                                TAX EXEMPT LIC # FL RESALE EXEMP
                                                                USD SELL TOTAL              13614.94
```

**SIGNATURE REQUIRED**

SEE REVERSE FOR
PARTS RETURN POLICY

RECEIVED BY          PRINT NAME          DATE RECEIVED

ORIGINAL