# HK-17

**Ring Power** CAT

<u>Quote No: 86357 - 1</u>

**MY LADY MAY**
757 5TH AVE
NEW YORK NY
10153

*PER YOUR REQUEST, WE HAVE ESTIMATED REPAIRS ON THE MACHINE LISTED BELOW. A REPAIR DESCRIPTION WITH LABOR AND/OR PARTS IS ATTACHED. UPON DISASSEMBLY OF THE COMPONENT(S) TO BE REPAIRED, ADDITIONAL PARTS AND LABOR MAY BE NECESSARY. IF SO, A QUOTE FOR ADDITIONAL REPAIRS WILL BE FORWARDED TO YOU FOR APPROVAL. NOTE: AN AUTHORIZED REPRESENTATIVE OF YOUR COMPANY SHOULD SIGN AND RETURN THIS REPAIR ESTIMATE. ONLY UPON RECEIPT OF THE SIGNED ESTIMATE WILL REPAIRS BE PERFORMED. A PURCHASE ORDER NUMBER SHOULD BE SUPPLIED IF REQUIRED BY YOUR COMPANY.*

| CUSTOMER NO. | QUOTE NO. | DATE | CONTACT |
|---|---|---|---|
| 784133 | 86357 | 8/18/2022 | RASMUS NIELSEN |
| **PHONE NO.** | **FAX NO.** | **EMAIL** ||
| 475 301 8961 | | chiefengineer@yachtladymay.com ||
| **MODEL** | **MAKE** | **SERIAL NO.** ||
| C32 | CATERPILLAR | RNZ00974 ||
| **UNIT NO.** | | **WO NO.** | **P.O. NO.** |
| PME | | | |

**TRAVEL TO/FROM MARINE PROPULSION PACKAGE**
NOTES:
2 TECHNICIANS TO ATTEND VESSEL. ONLY MEALS AND LODGING ARE QUOTED FOR THE SERVICE OF BOTH MAIN ENGINES. TRAVEL TIME AND MILEAGE IS QUOTED ON THE ESTIMATE FOR GEAR WORK ON STBD ENGINE AS ALL JOBS TO BE DONE ON THE SAME TRIP.

| | |
|---|---|
| **Total Estimated Misc:** | 1,800.00 |
| **Segment 01 Total:** | 1,800.00 |

**PERFORM MAINTENANCE ON ENGINE**
NOTES:
2 TECHNICIANS TO ATTEND VESSEL IN BRIDGEPORT CONNECTICUT TO PERFORM 3000 HOUR SVC ON PORT MAIN ENGINE.
SCOPE OF WORK TO INCLUDE:
PERFORM MULTI-POINT ENGINE AND MARINE GEAR INSPECTION USING CAT INSPECT
OBTAIN ECM DOWNLOAD
CHECK AND UPDATE SOFTWARE (FLASH FILE)
REPLACE ZINCS IN ENGINE AND GEAR COOLER
CLEAN INSPECT AIR FILTERS/SEPS
INSPECT AFTERCOOLER DRAIN
INSPECT AND CLEAN CRANKCASE BREATHER
INSPECT HOSES, BELTS, AND CLAMPS
INSPECT BATTERY VOLTAGE AND ELECTROLYTE LEVEL AND CABLES (IF APPLICABLE)

REPLACE ENGINE OIL AND OIL FILTERS
REPLACE FUEL FILTERS
REPLACE RACOR SEPARATORS (2)
INSPECT RAW WATER IMPELLER (IF APPLICABLE)
PERFORM DOCKSIDE FUNCTION TEST
REPLACE CCV FUMES DISPOSAL FILTER ELEMENT (2)
REPLACE RAW WATER IMPELLER (EXCLUDING BRASS)
REPLACE OIL AND FILTER ON MARINE GEAR
OBTAIN LEVEL 2 COOLANT SAMPLE
REPLACE ENGINE BELTS
CHECK/ADJUST VALVE LASH
REPLACE THERMOSTATS
****************************************************
CUSTOMER TO SUPPLY ALL FLUIDS, FILTERS, AND PARTS
WITH THE EXCEPTION OF THE FOLLOWING:
- ZINC ANODES
- COOLING SYSTEM TEMP. REGULATOR
-FUEL TRANSFER PUMP

|  |  |
|---|---:|
| **Total Estimated Parts:** | 250.00 |
| **Total Estimated Labor:** | 3,614.00 |
| **Segment 02 Total:** | 3,864.00 |

**CLEAN AND TEST HEAT EXCHANGER**
NOTES:
HEAT EXCHANGER WILL BE REMOVED AND SENT OUT TO BE
CLEANED AND TESTED, THEN WILL BE RE-INSTALLED.
-IF ANY ITEMS ARE FOUND TO NOT MEET CAT REUSE
GUIDELINES AN ESTIMATE WILL BE PREPARED FOR
APPROVAL.

|  |  |
|---|---:|
| **Segment 03 Total:** | 5,999.00 |

**CLEAN AND TEST AFTERCOOLER CORE**
NOTES:
AFTERCOOLER CORE TO REMOVED AND SENT OUT TO BE
CLEANED AND TESTED, THEN REINSTALLED.
-ANY ITEMS FOUND TO NOT MEET CAT REUSE GUIDELINES
WILL BE QUOTED.

|  |  |
|---|---:|
| **Segment 04 Total:** | 3,616.00 |
| **Total Segments:** | 15,279.00 |
| **ENVIRONMENTAL/MISCELLANEOUS** | 300.00 |
| **SUB TOTAL (BEFORE TAXES)** | 15,579.00 |
| **TOTAL ESTIMATE** | 15,579.00 |

I hereby authorize the above repair work to be done along with the necessary materials. Ring Power Corporation and it's employees may operate above equipment for purposes of testing. Inspection or delivery at my risk. An expressed mechanics lien is acknowledged on equipment to secure the cost of all repairs thereto. Ring Power Corporation is not responsible for loss or damage to equipment in case of fire, theft, accident, or any other cause beyond our control. Replaced parts will be held for a period of ten days after work completion. The cost of labor and parts in determining any estimate shall be borne by the customer.

PO#: _____    Authorized Name: _____ (signature)

Date: _____                           _____ (print)

───────────────────────────────────────────────────────────────

***Thank you for this opportunity to serve your company***

───────────────────────────────────────────────────────────────

**CONTACT INFORMATION:**

Prepared by: Derek Dobbs   Phone: +1-407-961-9262   Email: Derek.Dobbs@RingPower.Com   Fax:
───────────────────────────────────────────────────────────────

**JOB SITE:   -**
───────────────────────────────────────────────────────────────

-This estimate is made subject to buyer's acceptance within (10) ten days from this date
-All prices are subject to change without notice, and those in effect on date of shipment shall prevail
-Terms are Net 30 Days from receipt of invoice
-Estimate excludes sales tax, incoming freight, environmental and additional charges for parts/labor not included in the above mentioned.
-Customer will be contacted should estimate exceed 10%
───────────────────────────────────────────────────────────────

**THIS WORK ORDER IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS:**

1. <u>AUTHORITY TO PERFORM REPAIRS</u>  It is understood that, <u>"upon receipt"</u> of any item of equipment for repair, maintenance or other work, Ring Power may examine the item of equipment as to work which Ring Power may suggest to be performed in addition to whatever work, if any, might have been requested by customer. All work (requested by customer or suggested by Ring Power) to be noted on a form as supplied by Ring Power.
   a. <u>Time and Material Work</u> - Ring Power will proceed with the work agreed upon at current labor and parts prices.
   b. <u>Firm Price</u> - If requested, a firm price in writing will be given to the customer for labor and/or parts to do specific repair. Any agreed a upon repair order not covered by a firm written quotation will be billed at current time and material prices
   c. <u>Unforeseen Problems or Additional Repairs</u>.  In the event that during the course of the Work, additional repair work is found to be necessary pursuant to Ring Power's examination and inspection of the Equipment, then in such event Ring Power will attempt to communicate with the Customer as to the additional repair work; provided, however, that in the event Ring Power is unable to communicate with the Customer, then Ring Power, at its sole discretion, shall have the absolute right to cease any and all repairs on the Equipment until such time as the additional repairs are discussed with the Customer. In the event the Customer consents to the additional repairs, Ring Power shall have the right to proceed with the repair of the same without further communication with the Customer and any and all additional repairs will be charged to the Customer at current time and material prices.

2. <u>HOLD HARMLESS AGREEMENT FOR CUSTOMER PARTICIPATION IN SERVICE WORK</u> - In the event customer or customers' personnel assists our mechanics in performing service work, customer agrees to hold harmless and fully indemnify Ring Power for injuries or damages to anyone arising out of customer assisting Ring Power personnel in servicing or repairing customer's equipment.

3. <u>WARRANTY INFORMATION</u>  - Ring Power warrants the work performed to be free from defects in material and workmanship for a period of ninety days. Ring Power's obligation under this warranty shall be limited to the repair or replacement at Ring Power's premises of those new parts previously installed or labor previously performed demonstrated to be defective. SUCH REMEDY SHALL CONSTITUTE CUSTOMER'S SOLE AND EXCLUSIVE REMEDY AND CUSTOMER HEREBY AGREES THAT NO OTHER REMEDY (INCLUDING, BUT NOT LIMITED TO CLAIMS FOR INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES, OR ANY CAUSE, LOSS, ACTION, CLAIM OR DAMAGE, INCLUDING LOSS OF TIME, WHATSOEVER, OR INJURY TO PERSON OR PROPERTY OR ANY OTHER CONSEQUENTIAL DAMAGE OR INCIDENTAL OR ECONOMIC LOSS) SHALL BE AVAILABLE TO CUSTOMER. THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OR MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. SUBSTANDARD REPAIR WORK MAY BE PERFORMED UPON REQUEST OF CUSTOMER AND ACCORDING TO CUSTOMER'S INSTRUCTIONS BUT SUCH WORK WILL CARRY ABSOLUTELY NO WARRANTY WHATSOEVER. CUSTOMER FURTHER ACKNOWLEDGES AND AGREES THAT NO VERBAL CONTRACTS, AGREEMENTS OR WARRANTIES OTHER THAN WHAT IS SET FORTH HEREIN HAVE BEEN RECEIVED OR GIVEN.

4. <u>PAYMENT</u> - Customer will make payment for services rendered by Ring Power pursuant to this work order at such times and in such manner as may be prescribed by Ring Power. In the event of nonpayment by a customer, the cost incurred by Ring Power in collecting the indebtedness, including attorney's fees and expenses, both in the trial court and on any and all appeals, with interest at the maximum rate allowed by law from date of expenditure, shall be added to the principal amount of the indebtedness owed to Ring Power. These provisions are not exclusive and Ring Power may elect other remedies at law and at equity.

5. <u>RISK OF LOSS</u> - Ring Power carries an Equipment Floater Insurance Policy covering all risk (except war, wear and tear, etc.) for the current value (replacement cost less depreciation) on customer's equipment in Ring Power's custody or control. All risk of loss and damage not covered in above policy shall be borne solely by its owner.

6. <u>SEVERABILITY CLAUSE</u> - Any provisions of this Agreement found to be prohibited by law shall be immediately ineffective to the extent of such prohibition without invalidating the rest of this Agreement.

7. <u>APPLICABLE LAW</u> - This Agreement shall be deemed to be governed by the laws of the State of Florida.