# HK-25

# Lady May - Bridgeport Boat Works(BBW) - 2022

| | | | | | Total BBW Shipyard Estimates and Quotes | | Total BBW Shipyard Actual Cost | |
|---|---|---|---|---|---|---|---|---|
| | | | | | $529,958.79 | | $0.00 | |
| Job Description | Company | Estimate | Quote | Actual | Notes | | | |
| Engineering | Total | $422,961.35 | $0.00 | $0.00 | | | | |
| Support of Ring Power repairs to stbd main engine. | Hornblower | $290,047.72 | | | Protection, building required A-frames, removing and re-installing parts of the engine room as required, etc. Estimate is $272,729.40. Estimated sales tax would be $17,318.32. | | | |
| Repair of starboard main engine. | Ring Power | $99,777.10 | | | Estimate is $93,819.56. Estimated sales tax would be $5,957.54. | | | |
| Service of port and starboard main engines. | Ring Power | $33,136.53 | | | Service both main engines after repairs to the stbd main engine are completed. Estimate of $15,579.00 per engine. Estimated sales tax would be $1,978.53. | | | |
| | | | | | | | | |
| Dockage and Yard Services - 60 days | Total | $79,757.19 | $0.00 | $0.00 | | | | |
| Shore Power | | $7,912.20 | | | $124.00/day. Estimated sales tax would be $7.87/day. | | | |
| Black/grey water tank delivery | | $532.81 | | | $501 flat fee estimate. Estimated sales tax would be $31.81. | | | |
| Black/grey water tank rental | | $1,329.38 | | | $625.00/mth. Estimated sales tax would be $39.69/mth. | | | |
| Black/grey water disposal | | $13,825.50 | | | $6,500.00/mth that includes emptying the tank three times per week. Estimated sales tax would be $412.75/mth. | | | |
| Project Management | | $11,502.80 | | | 10 hours/week - $1,352.00. Estimated sales tax would be $85.85/week. | | | |
| Daily rate on the hard | | $29,097.60 | | | $456.00/day for yacht to sit out of the water on the hard. Not in the shed. Estimated sales tax would be $28.96/day. | | | |
| Cooling tower daily rental | | $8,627.40 | | | $135.20/day. Estimated sales tax would be $8.59/day. | | | |
| Yard forklifts, scissor lift and crane use | | $525.37 | | | Used to move cooling tower. Estimated sales tax is $31.37. | | | |
| Haul and launch 1 x Williams RIB | | $829.53 | | | RIB to be removed from garage to facilitate work in the engine room. Estimated sales tax would be $49.53. | | | |
| Tender storage | | $5,574.60 | | | $87.36/day. Covered storage for tender. Estimated sales tax would be $5.55/day. | | | |
| | | | | | | | | |
| Bottom Work | Total | $15,013.98 | $0.00 | $0.00 | | | | |
| Haulout and Launching | BBW | $13,950.48 | | | Synchro lift. Includes naval architect, blocking and divers. Estimated sales tax would be $832.96. | | | |
| Pressure wash bottom | BBW | $1,063.50 | | | Cleaning off of marine growth after haul out. Verbal estimate of $1,000 provided by BBW. Estimated sales tax would be $63.50. | | | |
| | | | | | | | | |
| Deck | Total | $12,226.27 | $0.00 | $0.00 | | | | |
| Bilge boards | BBW | $2,425.59 | | | Fabricate bilge boards from white starboard for centre bilge. Estimated cost is $2,280.76. Estimated sales tax would be $144.83. | | | |
| Paint repair to starboard bow | BBW | $9,800.68 | | | Repair damaged paint fwd of starboard anchor pocket. Estimate is $9,215.50. Estimated sales tax would be $585.18. | | | |
| | | | | | | | | |
| | | Total | Total Quotes | | | | | |
| | | $529,958.79 | $0.00 | | | | | |
| | | | | | | | | |
| | | | Total BBW Shipyard Estimates and Quotes | Total BBW Shipyard Actual Cost | | | | |
| | | | $529,958.79 | $0.00 | | | | |
| | | | | | | | | |