**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok[1]<br><br>Debtor. | Chapter 11 Case No.<br><br>Case No. 22-50073 (JAM)<br><br>September 28, 2022 |

**PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S EXHIBIT AND WITNESS LIST RE HONG KONG INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION TO ESTABLISH REPAIR RESERVE FOR THE LADY MAY**

In advance of the October 7, 2022 hearing on Hong Kong International Funds Investments (USA) Limited, LLC's ("HK USA") Motion to Establish Repair Reserve for the Lady May ("Repair Reserve Motion") [ECF No. 728], PAX respectfully submits its Exhibit and Witness List:

**EXHIBIT LIST**

| EX. NO. | EXHIBIT DESCRIPTION | DATE | BATES | DOCKET |
|---|---|---|---|---|
| PAX 01 | Declaration of Dexter White and Appendix 1 | 9/23/2022 | N/A | 872, 872-1 |
| PAX 02 | Exhibit A to Repair Reserve Motion (Bridgeport Boatworks Valve Service Estimate) | 8/11/2022 | N/A | 728-1 |
| PAX 03 | Exhibit B to Repair Reserve Motion (Bridgeport Boatworks Haul Out Estimate) | 8/11/2022 | N/A | 728-2 |
| PAX 04 | Exhibit C to Repair Reserve Motion (Bridgeport Boatworks Summer Service Estimate) | 8/11/2022 | N/A | 728-3 |
| PAX 05 | Exhibit D to Repair Reserve Motion (Safe Harbor Newport Shipyard Estimate) | 8/11/2022 | N/A | 728-4 |
| PAX 06 | Exhibit E to Repair Reserve Motion (Safe Harbor Newport Shipyard Estimate Line Items) | 8/11/2022 | N/A | 728-5 |

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

1

| EX. NO. | EXHIBIT DESCRIPTION | DATE | BATES | DOCKET |
|---|---|---|---|---|
| PAX 07 | Exhibit F to Repair Reserve Motion (Safe Harbor Newport Shipyard 2022 Rate Sheet) | 8/11/2022 | N/A | 728-6 |
| PAX 08 | Exhibit G to Repair Reserve Motion (Thunderbolt Marine Budget Proposal) | 8/11/2022 | N/A | 728-7 |
| PAX 09 | Exhibit H to Repair Reserve Motion (Thunderbolt Marine 2021 Rate Sheet) | 8/11/2022 | N/A | 728-8 |
| PAX 10 | Exhibit I to Repair Reserve Motion (Bridgeport Boatworks Bow Repaint Estimate) | 8/11/2022 | N/A | 728-9 |
| PAX 11 | Exhibit J to Repair Reserve Motion (Bridgeport Boatworks Bilge Board Replacement Estimate) | 8/11/2022 | N/A | 728-10 |
| PAX 12 | Exhibit K to Repair Reserve Motion (Zeppelin Power Systems Quote) | 8/11/2022 | N/A | 728-11 |
| PAX 13 | Exhibit L to Repair Reserve Motion (Zeppelin Power Systems Quote) | 8/11/2022 | N/A | 728-12 |
| PAX 14 | Exhibit M to Repair Reserve Motion (Zeppelin Power Systems Quote) | 8/11/2022 | N/A | 728-13 |
| PAX 15 | Exhibit N to Repair Reserve Motion (Bridgeport Boatworks Bilge Board Replacement Estimate) | 8/11/2022 | N/A | 728-14 |
| PAX 16 | Exhibit O to Repair Reserve Motion (Bridgeport Boatworks Engine Service Support Estimate) | 8/11/2022 | N/A | 728-15 |
| PAX 17 | Performance Power Systems Marine Service Report | 7/20/2022 | N/A | N/A |
| PAX 18 | Connecticut Diesel & Marine Quote | 7/26/2022 | N/A | N/A |
| PAX 19 | Thunderbolt Marine Inc. Budget Proposal | 7/18/2022 | N/A | N/A |
| PAX 20 | Thunderbolt Marine Inc. 2022-2023 Rate Sheet | N/A | N/A | N/A |
| PAX 21 | Ring Power Estimate | 07/28/22 | N/A | N/A |
| PAX 22 | MB92 La Ciotat Down Payment | 05/13/22 | N/A | N/A |
| PAX 23 | MB92 La Ciotat Account Statement | 03/06/22 | N/A | N/A |

| EX. NO. | EXHIBIT DESCRIPTION | DATE | BATES | DOCKET |
|---|---|---|---|---|
| PAX 24 | Performance Power Systems Good Faith Estimates | 07/15/2022 | N/A | N/A |
| PAX 25 | Bridgeport Boatworks Bilge Deck Board Replacement Estimate | N/A | N/A | N/A |
| PAX 26 | Bridgeport Boatworks Engine Service Support Estimate | 08/01/2022 | N/A | N/A |
| PAX 27 | Dexter White Profile and Resume | N/A | N/A | N/A |
| PAX 28 | Diver's Report | 09/04/2022 | N/A | N/A |
| PAX 29 | AACE International Recommended Practice No. 18R-97: Cost Estimate Classification System – As Applied in Engineering, Procurement, and Construction for the Process Industries | 2/2/2005 | N/A | N/A |

## WITNESS LIST

PAX reserves the right to examine witnesses listed on other parties' witness lists, examine any witness called to testify at the Hearing, as well as to call and examine other witnesses listed on other parties' witness lists for purposes of providing rebuttal and/or impeachment testimony. PAX may call one or more of the following witnesses at the Hearing:

1. Dexter White

2. Captain Lloyd Bernard

*[Signature on following page]*

| | |
|---|---|
| Dated: September 28, 2022<br>Hartford, Connecticut | **Pacific Alliance Asia Opportunity Fund L.P.**<br><br>By: */s/ Patrick M. Birney*<br>Patrick M. Birney (CT No. 19875)<br>Annecca H. Smith (CT No. 31148)<br>**ROBINSON & COLE LLP**<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-8275<br>Facsimile: (860) 275-8299<br>E-mail: pbirney@rc.com<br>    asmith@rc.com<br><br>-and-<br><br>Peter Friedman (admitted *pro hac vice*)<br>Stuart M. Sarnoff (admitted *pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>E-mail: pfriedman@omm.com<br>    ssarnoff@omm.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2022, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties in interest may access this filing through the Court's CM/ECF System.

/s/  *Patrick M. Birney*
Patrick M. Birney