# **EXHIBIT PAX 06**

Exhibit E to Repair Reserve Motion
(Safe Harbor Newport Shipyard Estimate Line Items)

# EXHIBIT E

# SAFE HARBOR
## NEWPORT SHIPYARD
1 WASHINGTON ST, NEWPORT, RI 02840
(401) 846-6000

13 JUL 2022
Budgetary Estimate
*Not a fixed quote*

To:      Lloyd Bernard                                      Estimate Number: 510486
Phone:   305-799-4799                                       Time Frame :
Email:   captain@yachtladymay.c
RE :     Lady May 151'

| Op Code | Description | Amount | Approved |
|---------|-------------|--------|----------|
| 1000A | BLOCK 151 FT BOAT | 1,661.00 | [ ] |
| 1004C | HAUL & LAUNCH 151FT VESSEL USING 500 TON TRAVEL LIFT **DOES NOT INCLUDE FOAM NEEDED FOR PROTECTION** | 9,060.00 | [ ] |
| 1005C | PRESSURE WASH 151FT BOAT | 1,661.00 | [ ] |
| 3090 | COOLING TOWER - HOOK UP & DISCONNECT *T&M* | 0.00 | [ ] |
| 3091 | HOLDING TANK - HOOK-UP AND DISCONNECT | 150.00 | [ ] |
| 5063A | SHOREPOWER - HOOK UP / DISCONNECT (100AMPS & OVER) | 150.00 | [ ] |
| 9001C | VESSEL LAND STORAGE 151FT @ $6.75/FT/NIGHT = $1,019.25/NIGHT | 0.00 | [ ] |
| 9006 | DIVING SERVICES DURING HAUL/LAUNCH @ $185/HOUR/DIVER **USE OF DIVER(S) IS AT DISCRETION OF NSY'S RIGGING FOREMAN** | 0.00 | [ ] |
| 9016B | HOLDING TANK RENTAL @ $480/MONTH | 0.00 | [ ] |
| 9017 | SCISSORLIFT RENTAL $800/WEEK-NOT RESERVED (SHORT NOTICE), $600/WEEK-RESERVED (1 WEEK MINIMUM) **NSY requires a weeks notice to reserve a scissor lift rental. When you pick up your reserved scissor lift(s) you will be given the keys and will be responsible for your scissor lift(s) for the duration of your scissor lift rental. Without a reservation NSY will do their best to accommodate your last minute needs.** | 0.00 | [ ] |
| 9024 | SHOREPOWER ON HARD (SEE RATE SHEET) | 0.00 | [ ] |
| 9025 | COOLING TOWER RENTAL @ $135.00/DAY OR $3,000.00/MONTH | 0.00 | [ ] |
| 9026A | SYSTEM STAIRS @ $20.00/LEVEL/NIGHT | 0.00 | [ ] |
| 9029 | 15% SUBCONTRACTOR COMMISSION DUE FOR ANY SUBCONTRACTORS YOU ARE WORKING DIRECTLY WITH **A CARBON COPY OF THE SUBCONTRACTOR'S INVOICE MUST BE PROVIDED** | 0.00 | [ ] |

A DEPOSIT OF $20,000 WILL BE REQUIRED TO RESERVE THE VESSEL'S SPOT ON THE HARD. THE ESTIMATED PRICES ARE GIVEN FOR BUDGETARY PURPOSES ONLY AND NOT TO BE CONSIDERED AS BINDING. THIS ESTIMATE IS VALID FOR 14 DAYS FROM RECEIPT. INVOICES ARE SUBJECT TO THE 5% ENVIROMENTAL FEE AND THE 7% RI SALES TAX WHERE



```
                                            13 JUL 2022
                                         Budgetary Estimate
                                         *Not a fixed quote*


To:         Lloyd Bernard                      Estimate Number: 510486
Phone:      305-799-4799                       Time Frame :
Email:      captain@yachtladymay.c
RE :        Lady May 151'

Op Code  Description                                                Amount Approved
-------- -------------------------------------------------------    ----------- --------
APPLICABLE. **15% SUBCONTRACTOR  COMMISSION DUE FOR ANY SUBCONTRACTORS YOU ARE
WORKING DIRECTLY WITH. A CARBON COPY OF THE  SUBCONTRACTOR'S INVOICE MUST BE
PROVIDED**



                                   ----------------------------------------  ----------
                                   Owner / Captain                                 Date

                                          Moe McCormick
                                   ----------------------------------------  ----------
                                                                             07/13/2022
                                   SHM Newport Shipyard, LLC                       Date
```