# EXHIBIT PAX 14

Exhibit M to Repair Reserve Motion
(Zeppelin Power Systems Quote)

# EXHIBIT M

 **Quotation** 

|  |  |  |  |  |
|---|---|---|---|---|
| **Quotation no:** | ZPDK-22197 | **Date:** | 28-07-2022 | Zeppelin Danmark A/S |
| **Customer Name:** | HK INTERNATIONAL FUNDS | **Prep. By:** | Kurt Damkjær | Øresundsvej 9 |
| **Address:** | 33183 Miami. USA |  |  | 6715 Esbjerg N. |
| **Att.:** | Rasmus Windsloev Nielsen | **Model:** | C32 | Denmark |
| **Customer Ref.:** |  | **Ser. No.:** | RNZ00997 | Tel.: +45 70252211 |
| **Description:** | Repair rear cluster failure | **Arr. No.:** |  | www.zeppelin-cat.dk |
| **Installation:** | MY Lady May | **Spec. No.:** |  |  |

**We thank you very much for your inquiry and we are pleased to offer the following:**

**Main Offer:Cluster gear repair.**

| Parts: See scope below and attached dock. | EEQ066301 | **14.911,61** |
|---|---|---|
| Labor Rate for 2 mechanics 12 hours/day (84 hours week) |  | **2.880,00** |
| Estimated job duration = 14 days |  |  |

**Core charge:**

| Core charge for reman parts E see attached dock | EUR | 1.364,91 |
|---|---|---|

**Rental of special tools:**

| Rental of special tools for the overhaul | EUR | 0,00 |
|---|---|---|

**Scope:**

1 pc Lub Oil Pump (Cat reman)
1 pc Lub Oil Cooler (Cat reman)
1 pc Fuel Transfer pump (Cat Reman)
2 pcs Camshaft Gear wheels
1 pc Cranksaft Gear wheel
3 pcs Idler Wheels
Gasket kit for Heat Exchanger.
Rear Crankshaft seal
Gasket for After Cooler.
Cylinder head gasket incl fuel injector seals.
Oil pan gasket.

**Special conditions:**

**Prices:**
All prices are in EUR and strictly net excluding applicable VAT, duties, dues, sales taxes etc.
Any waiting time unless purely caused by seller, time spent on safety check etc. are not included in the quotation and will be invoiced separately according to current price list.
If the customer causes a postponement of the work less than 1 week before agreed service work start, we reserve the right to invoice EUR 320,00 per day per reserved service engineer for up to 5 days.
The price is conditional on the work being completed in one working procedure without interruption or obstacles which are not caused by Zeppelin Danmark A/S.
Additional quote will be issued if an extention of the described service scope is required, resulting from irregular damage or wear on components. Prices listed is for one engine.

**Travel, accomodation and allowance:**
Not included, will be invoiced separately according to current price list.

**Stay on board:**
If the technician/service engineer has to stay on board, the charge will be EUR 225.85 extra per day per technician/service engineer.

**Supervisor work:**
When acting as supervisor out technicians cannot be held responsible for the work carried out be Non-Mak and third party technicians (e.g. from shipyards or repair workshops). Our technicians provide the ship-owner representative with all necessary technical information for correct execution of the job, but they cannot guarantee the work performed by others.

**Parts:**
Spare parts will be invoiced when shipped from our warehouse in Esbjerg, unless other arrangements have been agreed upon.
Reman components are delivered unpainted.
The deposit for reman cores will be invoiced, when the parts are shipped from our warehouse. As soon as we receive the old used

components, they will be credited according to Caterpillars terms of returning reman cores.
It is a prior assumption that the returned reman components are in such a condition, that the full deposit amount can be creditted.

**Tools:**
If the forwarded tools are not returned within 2 weeks after completion of the service work, the customer will be invoiced for the full value of the tools, unless otherwise agreed.
The customer is responsible for keeping the forwarded spare parts, tools and other equipment in an acceptable
manner from receipt to forwarding after completion of the work.

**Time of work:**
Standard working hours for our technicians are 12 hours per day.
Estimated job duration: 14 days

**Place of work:**
USA

**Delivery time:**
According to agreement.

**Delivery terms:**
Ex works Esbjerg unless otherwise stated.

**Security:**


**Quality and environmental assurance:**
Zeppelin Danmark A/S - Power Syststems is ISO 9001, ISO 14001 and ISO 45001 certified.

**Payment:**
Prepayment of total order amount

**Test:**
The repair is completed with an adjustment and test run of the engine at max. available load, if possibel.
Otherwise this is agreed separately

**Documentation:**
Service report and test data sheets will be issued after completion of work.

**Validity:**
The validity of this quotation is 30 days.

**Terms and conditions:**
Zeppelin Danmark A/S - Power Systems' terms of delivery for parts and service is valid.

**The customer's attention is particularly drawn to the following issues:**
The terms and conditions specify the terms of payment, including the consequences of non-payment,
according to which ZPDK is entitled to charge interest (cl. 10).
Furthermore, in the event of defects in the delivered product or service, special (short) notice periods will apply.
The buyer must comply with such notice periods, otherwise the buyer forfeits its right to make any claim against ZPDK
in relation to the defect (cl. 13). Moreover, the period during which the buyer may claim any defect of the product varies in relation
to the type of product sold and the buyer's attention is especially being drawn to the sale of spare parts other than Cat and MaK,
where the notice period is 8 days (cl. 13.1 and 13.2).


We hope you will find this offer of interest.
Please do not hesitate to contact us if you have any questions.



Kind regards
**Zeppelin Danmark A/S**

Kurt Damkjær
Account Manager