# **EXHIBIT PAX 16**

Exhibit O to Repair Reserve Motion
(Bridgeport Boatworks Engine Service Support Estimate)

# EXHIBIT O

Bridgeport Boatworks
731 Seaview Ave
Bridgeport, CT 06607
United States
(860) 536-9651



# Estimate

LADY MAY - Engine Service Support

**ID:** 6279

| Contact | Vessel |
|---|---|
| **Lloyd Benard**<br>captain@yachtladymay.com<br>1 3057994799 | **Lady May**<br>Dimensions: 151 ' x 32 ' x 7 '<br>Make: Feadship<br>Weight: 0 |

### Estimate Comments

This is the budgetary estimate to support the OEM engine service onboard the m/y LADY MAY.

This estimate includes protection of the work area, engineering and building job specific A-Frame, R+R interferences and sea trial vessel once completed.

This estimate does not include CT Sales Tax.

A deposit of $132,288.00 is requested to proceed.

## Engine Service Support $264,576.00

**Comments:** 1. Bridgeport Boatworks estimates 14 days to complete the primary removal of interferences to support the OEM Caterpillar Technicians to engage in work. Bridgeport Boatworks estimates 14 days to complete the re-installation of all components removed back to design specification. The total number of Days dry docked will increase once OEM Estimate is factored in.

2. Bridgeport Boatworks expects the work scope to be as follows: Protect work area and pathways to work area. Remove and reinstall exhaust pipe, shielding and insulation, framework around engine and piping in bilge area. All components will be documented and stowed outside of the vessel in labeled containers until the OEM service is complete. Once clear, Move engine forward to disconnect and remove gearbox and coupling. Assist with removing parts from damaged engine. Assist OEM if crankshaft needs to be removed to repair damaged components. Inventory and clean all parts/interferences to be reinstalled. Re-connect gearbox and coupling. Install all components back to engineer specifications. Clean area of all debris. Align vessel drive train with appropriate tooling and specifications with trained experts, record all data. Observe and report data compiled from dynamic testing at all RPM ranges. Prove repairs complete.

3. Subcontractor labor in this estimate does not include any OEM labor or parts. This Estimate is the support services surrounding the Caterpillar OEM Expert Service.

4. Custom components fabricated for the removal of any machinery space may have to be assembled in place and disassembled to remove out of the machinery space. Regardless, any custom tooling will be provided back to the client for future use.

5. Bridgeport Boatworks will compile data during testing of repairs using measured data surrounding the machinery(Exhaust Leaks, Oil Pressure, Noise Level, Vibration). In the unlikely event that there is a finding not up to specification, Bridgeport Boatworks will take the appropriate steps to remediate the fault back to a satisfactory range.

| Labor | Rate | Qty | Total |
|---|---|---|---|
| • Subcontractor Labor BB<br>**Comments:** Budgetary Estimate is proposed as a Flat Rate fee for the work scope projected to take 14 days leading up to OEM work, with an additional 14 days after OEM is completed.<br><br>While performing the scope of work, if emergent repairs/parts replacement are needed, a supplemental work order estimate will be provided for approval and implementation. | $126,000.00 Flat Fee | 1 | $126,000.00 N |

| Part | Rate | Qty | Total |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| • Estimated Parts BB | $128,400.00 | 1 | $128,400.00 T |
| **Comments:** 1. Engine mounts- x4 | | | |
| 2. Insulation, Custom made, to protect inside shielding | | | |
| 3. Alignment | | | |
| 4. Protection of lazarette, deck, surrounding space. | | | |
| 5. Miscellaneous, paint, hardware, consumables. | | | |

| Charge | Rate | Qty | Total |
|---|---|---|---|
| • Environmental & Safety Fee BB | 4% (Parts and Labor) | 1 | $10,176.00 N |

| Labor | Parts | Charges | Subtotal | Tax | Total |
|---|---|---|---|---|---|
| $126,000.00 | $128,400.00 | $10,176.00 | $264,576.00 | $8,153.40 | $272,729.40 |

**Terms and Conditions**

We are pleased to provide this Estimate for repair work on your vessel.

This Budgetary Estimate is based upon our inspection of your vessel, information that you have provided to us, and our experience regarding similar vessels and work. It is possible that defective parts or other issues with your vessel will be discovered after our work has begun and, for these reasons, this Estimate does not include additional parts or labor that may be required after the job has begun. We will notify you of any such issues if they should arise. Tax, Environental and Subcontractor charges may be additional if applicable.

The pricing set forth in this Estimate is based on the assumptions, exclusions and scope of work set forth herein, and is valid for fourteen (14) days from the date of the Estimate.

Your acceptance of this Estimate is subject to the terms and conditions attached hereto as Exhibit A. A deposit is required at the time of approval, with the balance and any additional charges due upon completion. A payment schedule will be provided by Bridgeport Boatworks, laying out the estimated expenses for the upcoming months work. This will allow the customer to budget/make payment on a monthly basis and keep account in the positive at all times.

Should this Estimate and Terms and Conditions meet with your approval, kindly sign and return at your earliest convenience. If you have any questions or concerns, please do not hesitate to contact us.

Sincerely,

Bridgeport Boatworks Representative_____

Customer Signature:_____
Printed Name:_____
Date:_____

**Notice**

This Estimate is not an invoice and does not represent the final amount due or the balance on this Estimate. For questions or concerns, please call Bridgeport Boatworks at (860) 536-9651.

Exhibit A

Terms and Conditions

1. Applicability: These terms and conditions ("Terms") are the only terms which govern the services

("Services") to be provided by Bridgeport Boatworks to the owner ("Owner") of the vessel(s) ("Vessel") listed in the accompanying estimate ("Estimate"). The Terms and Estimate are collectively referred to herein as the "Agreement." These Terms shall prevail over any prior agreements or discussions between Bridgeport Boatworks and the Owner. Owner will be deemed to have accepted these Terms upon Bridgeport Boatworks' commencement of performance of the Services or Owner's return of the signed Agreement, whichever is earlier.

2. Compensation: In consideration of the performance by Bridgeport Boatworks of the Services, Owner agrees to pay Bridgeport Boatworks the fee set forth in the Estimate/Invoice (or the portion earned) upon receipt of submission of Bridgeport Boatworks' invoice or as otherwise set forth in the Agreement. In addition, Owner shall reimburse Bridgeport Boatworks for reasonable expenses incurred in performance of the Services, including but not limited to travel expenses, storage charges, shipping charges, and other reasonable expenses incurred in Bridgeport Boatworks' performance of the Services. Owner shall pay such reimbursable expenses upon receipt following Owner's receipt of an invoice containing such expenses. Any amounts due to Bridgeport Boatworks from Owner under this Agreement shall, after a thirty (30) day grace period, bear interest from the due date at the maximum rate allowed by applicable law.

3. Change Requests: Owner may request a change to any portion of the Services at any time by submitting such request in writing to Bridgeport Boatworks ("Change Request"). Within a reasonable time after receipt of a Change Request from Owner, Bridgeport Boatworks shall evaluate the impact of the Change Request and provide Owner with a written statement setting forth its estimate of the cost of the change. Within a reasonable time after receipt of a Change Request from Bridgeport Boatworks, Owner shall provide a written acceptance or rejection of the Change Request. Bridgeport Boatworks' fee for the Services shall be adjusted to the extent of any increase in Services, at a fixed amount as agreed by the parties, or if the parties do not agree to a fixed amount, on a time and materials (T&M) basis at the rates set forth herin, or if no rates are set forth, at rates agreed by the parties. Bridgeport Boatworks shall not be required to proceed with a change in services absent agreement by the parties in writing.

4. Warranty: Bridgeport Boatworks warrants that the Services shall be performed using personnel of required skill, experience and qualifications in a professional and workmanlike manner. Other than as set forth herein, Bridgeport Boatworks makes no warranties regarding workmanship or materials, either express or implied, including any implied warranty or merchantability, fitness for a particular purpose or seaworthiness.

5. Fees and Costs: Owner shall reimburse Bridgeport Boatworks for all costs incurred in collecting any late payments, including, without limitation, attorneys' fees. In addition to all other remedies available under this Agreement or at law (which Bridgeport Boatworks does not waive by the exercise of any rights hereunder), Bridgeport Boatworks shall be entitled to suspend the delivery of any goods or performance of any services hereunder if the Owner fails to pay any amounts when due hereunder.

6. Liability of Bridgeport Boatworks: Bridgeport Boatworks shall have no liability for any matters arising out of or related to this Agreement except to the extent caused by the sole negligence of Bridgeport Boatworks or those for whom it is directly responsible. In no event shall Bridgeport

Bridgeport Boatworks or those for whom it is directly responsible. In no event shall Bridgeport Boatworks' liability for any matters arising out of or related to this Agreement exceed the fee paid to Bridgeport Boatworks under this Agreement. No principal, partner, member, director, officer, agent, servant, employee, or consultant of Bridgeport Boatworks shall have any personal liability relating to the subject matter of this Agreement.

7. Insurance: Owner shall at all times maintain adequate and customary insurance covering the Vessel for the duration of the Services, including while the Vessel is in the custody and/or control of Bridgeport Boatworks. Owner and Bridgeport Boatworks each hereby waive their entire right of recovery against the other for injury, loss, or damage to the extent covered by insurance proceeds received by the damaged party. All policies required hereunder shall provide that the respective carrier(s) waives all rights of subrogation with respect to losses payable under such policies.

8. Termination: Bridgeport Boatworks shall have the right to terminate this Agreement upon seven (7) days' written notice in the event that Owner is in material breach of its obligations hereunder. In the event the Agreement is terminated for any reason prior to the completion of the Services, then, in addition to the reimbursable expenses detailed herein, Owner shall pay to Bridgeport Boatworks the balance of the remaining fee as of the date of termination, representing payment for demobilization costs, opportunity costs, and anticipated lost profit. Bridgeport Boatworks' exercise of its rights under this section shall not in any way limit or abridge other remedies available to it under the Agreement or applicable law, including any lien rights with respect to the Vessel.

9. Force Majeure: Bridgeport Boatworks shall not be liable or responsible to the Owner, nor be deemed to have defaulted or breached this Agreement, for any failure or delay in fulfilling or performing any term of this Agreement when and to the extent such failure or delay is caused by or results from acts or circumstances beyond the reasonable control of Bridgeport Boatworks including, without limitation, acts of God, flood, fire, earthquake, explosion, governmental actions, war, terrorist threats or acts, riot, or other civil unrest, public emergency, epidemics or pandemics, lockouts, strikes or other labor disputes, or restraints or delays affecting carriers or inability or delay in obtaining supplies of adequate or suitable materials, materials or telecommunication breakdown or power outage.

10. General Provisions:
a. Owner hereby grants Bridgeport Boatworks, its agents and employees, permission to operate the Vessel for the purpose of testing and/or inspection.
b. Owner shall remove all articles of personal property, gear, or other appurtenances not necessary for the performance of the Services from the Vessel prior to delivery of the Vessel to Bridgeport Boatworks. Bridgeport Boatworks shall not be responsible for damage to or loss of any such articles of personal property, gear, or other appurtenances left aboard the Vessel, due to fire, theft, pilferage, or otherwise. Delivery of the Vessel does not constitute a bailment of any articles of personal property, gear, or other appurtenances left on the Vessel which are not necessary for the performance of the Services.
c. This Agreement constitutes the entire agreement between the parties hereto regarding the subject matter hereof, and supersedes all prior agreements, whether written or oral.
d. No change, modification, or amendment shall be made to this Agreement unless set forth in writing and signed by the parties hereto.
e. All express representations, warranties, indemnifications, and limits of liability included in this

Agreement will survive its completion or termination for any reason. If any provision of this Agreement shall be held invalid, illegal or unenforceable by a court of competent jurisdiction, the validity, legality and enforceability of the remaining provisions shall in no way be affected or impaired thereby. The remaining provisions shall remain in full force and effect, as if the unenforceable provision had been deleted. The parties agree to replace any omitted provision with a valid provision that comes as close as possible to the intent of the omitted provision.

f. This Agreement shall be governed by and construed under the laws of the state in which the Services are performed, without regard to its conflicts of laws principles.

g. Bridgeport Boatworks and Owner will first attempt to resolve disputes or disagreements through discussions between their respective representatives, who shall meet upon the request of either party as soon as conveniently possible to attempt to resolve such dispute or disagreement. If after meeting, the representatives determine that the dispute or disagreement cannot be resolved on terms satisfactory to both parties, the parties shall submit the dispute or disagreement to non-binding mediation. The mediation shall be conducted by a mutually agreeable impartial mediator, or if the parties cannot so agree, a mediator designated by the American Arbitration Association ("AAA"). If a dispute has not been resolved in accordance with the procedures set forth above, such disputes shall be decided by arbitration in accordance with the applicable AAA rules then in effect, unless the parties mutually agree otherwise. The award of the arbitrator(s) shall be final and binding upon the parties without the right of appeal to the courts. Judgment may be entered upon it in accordance with applicable law by any court having jurisdiction thereof.

**Notice**

This estimate is not an invoice and does not represent the final amount due or the balance on this estimate.

For questions or concerns, please call Bridgeport Boatworks at (860) 536-9651.