# EXHIBIT PAX 17

Performance Power Systems Marine Service Report



# Marine Service Report
## M/Y "LADY MAY"



| SERVICE ENGINEER: | PROJECT NUMBER: | WORK COMPLETE: |
|---|---|---|
| ADLER DUCTAN | 1870 | YES |
| **JOB DESCRIPTION:** | | **LOCATION:** |
| PME – REPLACE FUEL TRANSFER PUMP | | BRIDGEPORT HARBOR MARINA |
| **EQUIPMENT TYPE:** | **SERIAL NUMBER:** | **RUNNING HOURS:** | **DATE COMPLETE:** |
| C32 | RNZ00997 | N/A | 7/20/2022 |

Performance Power Systems of South Florida
4515 SE Commerce Avenue
Stuart, Florida 34997
772-600-5924

2200 NW 32nd Street, Suite 500
Pompano Beach, Florida 33069
954-366-5778

Performance Power Systems, Inc
105 D Owens Industrial Drive
Savannah, Georgia 31405
912-232-0300

President,
David L. Orr
Operations Manager - Georgia
Jeffory M. Orde
Operations Manager - Florida
Toby M. Mizelle
Propulsion Systems Specialist
Tim McFarland



## Marine Service Report

### Starboard Main Engine:

Drained coolant from the engine. Removed the boost pipes, coolant pipe, fuel pipes then removed the fuel transfer pump. Discovered damaged teeth on the old transfer pump after removal. The shaft on the pump was also seized. The seized pump had damaged the timing gear teeth. Rotated the engine with turning tool. Inspected the timing gears. Took photos of the damaged gears. Geartrain damage is a result of the seized transfer pump. As a result, gear material (metal) has been introduced into the engine oil system. Engine should be disassembled for a thorough inspection of the engine oil circuit also to inspect for any further damage to the engine.



**Marine Service Report**

### Starboard Main Engine Photos:

Transfer Pump Gear
Noticeable damage to the teeth





**Marine Service Report**

<u>**Starboard Main Engine Photos**</u>:

Transfer Pump Gear
Noticeable damage to the teeth





**Marine Service Report**

**Starboard Main Engine Photos:**

Timing Gear
Noticeable damage to the teeth





**Marine Service Report**

**Starboard Main Engine Photos**:

Timing Gear
Noticeable damage to the teeth





**Marine Service Report**

The above work was performed by Performance Power Systems while the vessel was located at Bridgeport Harbor Marina, Bridgeport, Connecticut.

Case 22-50073    Doc 890-17    Filed 09/28/22    Entered 09/28/22 16:32:28    Page 9 of 9

 **PERFORMANCE POWER SYSTEMS**
2200 NW 32nd Street, Pompano Beach, FL 32069
Ph 954-366-5778    Fax 954-366-5634
 CAT Marine Power

## GOOD FAITH ESTIMATE

M/Y LADY MAY
C/O YACHTZOO LIMITED
FIRST FLOOR, ST. JOHN'S
16 CHURCH ST, B61 8DN
BROMSGROVE, ENGLAND

ATTN: RASMUS NIELSEN

DATE: 7/15/2022
REFERENCE: STBD MAIN
ESTIMATE ON MODEL: C32
SERIAL NUMBER: RNZ00997
TERMS: SEE ESTIMATE
ESTIMATE NUMBER: ESTFL9902
DESCRIPTION: REPLACE FUEL TRXR PUMP

This estimate is made subject to buyer's acceptance with ten (10) days from this date. All prices are subject to change without notice and those in effect on the date of shipment shall prevail.
Customer will be contacted should estimate exceed 15%.

| QTY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 1 | LABOR & MATERIALS TO PERFORM FOLLOWING: | | |
| | TRAVEL TO & FROM VESSEL AT BRIDGEPORT HARBOR MARINA ESTIMATED AMOUNT INCLUDES TECHNICIAN TRAVEL TIME, PPS VEHICLE MILEAGE CHARGES, ROUND TRIP FLIGHTS, HOTEL ACCOMMODATIONS FOR 1 NIGHT & RENTAL CAR.* | | |
| | ALLOWANCE AMOUNT: | $ 4,415.00 | $ 4,415.00 |
| 1 | INSTALL NEW CAT FUEL TRANSFER PUMP PER VESSEL REQUEST MEASURE FUEL PRESSURE & TEST ENGINE DOCKSIDE FOLLOWING REPAIRS** | | |
| | AMOUNT: | $ 2,208.00 | $ 2,208.00 |

**PLEASE NOTE:** WARRANTY ON MATERIALS IS TWELVE (12) MONTHS. WARRANTY ON WORKMANSHIP IS SIX (6) MONTHS. CUSTOMER IS RESPONSIBLE FOR TRAVEL EXPENSES ASSOCIATED WITH WARRANTY REPAIRS. PRICE DOES NOT REFLECT UNEXPECTED DELAYS BEYOND OUR CONTROL. OVERTIME IS NOT INCLUDED. PRICE REFLECTS FULL CORE CREDIT FOR ALL EXCHANGE CORES. ALL CORES ARE SUBJECT TO CORE ACCEPTANCE CRITERIA.

\* TRAVEL CHARGES ARE SUBJECT TO CHANGE WITHOUT NOTICE. ADDITIONAL TRAVEL EXPENSES INCURRED DUE TO DELAYS, FLIGHT CANCELLATIONS, ADDITIONAL HOTEL EXPENSES & ANY OTHER COSTS INCURRED DUE TO CIRCUMSTANCES BEYOND OUR CONTROL WILL BE CHARGED AT PUBLISHED RATES.

\*\* PPS HAS NOT DIAGNOSED THE CAUSE OF ENGINE NO START & CANNOT GUARANTEE THAT FUEL TRANSFER PUMP REPLACEMENT WILL REMEDY NO START ISSUE. ANY ADDITIONAL LABOR AND/OR MATERIALS REQUIRED TO MAKE A FINAL REPAIR WILL BE CHARGED ARE RETAIL RATES.\*\*

**CUSTOMER IS RESPONSIBLE FOR:**
1. AIR SERVICE FOR AIR TOOLS.
2. LOADING/UNLOADING OF ENGINE COMPONENTS FROM DECK NEXT TO ENGINE TO SERVICE TRUCK.
3. DRAINING, DISPOSAL AND/OR STORAGE OF USED ENGINE OIL, COOLANT & OTHER CONTAMINANTS.
4. REMOVAL & INSTALLATION OF ANY INTERFERENCES REQUIRED FOR ACCESS TO COMPLETE ABOVE DESCRIBED WORK INCLUDING SOUND ENCLOSURES.
5. ANY ASSOCIATED YARD FEES.
6. COVER & PROTECTION OF PASSAGEWAYS TO/FROM WORK AREA.

**TERMS:** 100% PAYMENT REQUIRED PRIOR TO MAKING RESERVATIONS & SCHEDULING WORK.

NOTE: SALES TAX & FREIGHT CHARGES ARE NOT INCLUDED & WILL APPLY

*[Stamp: LADY MAY • O.N. 745195 • G.T. 406 • George Town, C.I.]*

ESTIMATE ACCEPTED
SIGN: *[signature]*
PRINT: P. M. MCLISTER - R&F CAPT.
STAMP:

PERFORMANCE POWER SYSTEMS
BY: _____
TOBY MIZELLE, FLORIDA OPERATIONS MANAGER