# **EXHIBIT PAX 18**

Connecticut Diesel & Marine Quote



158 Research Drive
Suite K-L
Milford, CT 06460
(203) 481-1010

# QUOTE

**Date:**     July 26, 2022
**Client:**   Chief Engineer Rasmus Nielsen          **M/Y**  Lady May
**Email:**    chiefengineer@yachtladymay.com

**RE:**      Inspect and assess starboard main engine CAT 32 that had a failure on the fuel pump before arrival in to Bridgeport Harbor. Offending pump has been removed and shows signs of damage.

## LABOR:

Upon inspection of the starboard engine it has been determined that the engine gear train has been severely damaged which resulted in metal particles intruding in to the lubrication system. The engine oil pan will need to be removed, the crank shaft and main bearings inspected and evaluated.
        Estimated Diagnosis Charge          9,000.00

Replace gear train and damaged components
        Estimated Labor and Materials     72,000.00

Disassemble engine to enable engine block and all components to be removed from vessel. Remove engine block and all components from vessel. Replace crank shaft and main bearings. Rebuild all components.  Supply all necessary gaskets, seals and materials. Reinstall engine block back in to vessel. Reinstall all exterior components. Provide all new fluids and filters.
Test run engine.          Estimated Labor and Materials     139,000.00


NOTE: Any additional damaged components that are unforeseen before engine is disassemble are not included in price.

Page 2
Lady May Quote

DEPOSIT REQUIRED PRIOR TO COMMENCEMENT OF WORK

BALANCE DUE ON DAY OF COMPLETION

**We look forward to the opportunity to work with you !**

All quotes are estimated and do **NOT** include state sales tax or the 3.99% fee for fuel, insurance, merchant fee and waste disposal or any unforeseen damage or components that have been damaged, or fees for the following; dockage, haul out, block or launch of vessel, storage fees, crane services, forklift and or yard fees, expedited freight or travel time to and from vessel. Quotes, terms and pricing are valid for 30 days. Prices are subject to change without notice. A deposit is required prior to commencement of work. The remaining balance is due and payable in full upon completion of work. We do not guarantee the timeframe of any job due to the possibility of backordered parts, materials or issues which may arise that are beyond our control.