# **<u>EXHIBIT PAX 22</u>**

MB92 La Ciotat Down Payment

CIC BP 279 13269 MARSEILLE Cedex 08
RIB : 10096 18102 00079456101 19 - SWIFT : CMCIFRPPXXX
IBAN : FR76 10096 18102 00079 45610 119

SOCIETE MARSEILLAISE DE CREDIT 13600 LA CIOTAT
RIB : 30077 04905 10153600200 73 - SWIFT : SMCTFR2AXXX
IBAN : FR76 3007 7049 0510 1563 0020 073

SOCIETE GENERALE 13400 AUBAGNE
RIB : 30003 01269 00025718978 CLE 90 - BIC : SOGEFRPP
IBAN : FR76 3000 3012 6900 0257 1897 890

OUR VAT NUMBER : FR13 423 864 651

# MB92 LA CIOTAT

## DOWN PAYMENT

Number **7888** of 13/05/2022

**HK International Funds Investments USA Ltd, LLC c/o Yachtzoo LLC**
c/o Catarineau & Givens, PA
8000 SW 117th Avenue, Suite 204
Miami
33183    Florida

Your VAT number:
411LDYMAY2    JSN

**Project** O79000
LADY MAY
4th CONTRACTUAL DOWN PAYMENT REQUEST

| Description | U | Quantity | Unit Price | Total Price | C |
|---|---|---|---|---|---|
| M/Y LADY MAY | | | | | |
| ACCORDING TO ICOMIA STANDARD YACHT REFIT / REPAIR CONTRACT | | | | | |
| 10% Down Payment Request due on Redelivery 24 May 2022 | | | | | |
| **Quote Ref : MLM-CE924-3.00 Date 16 March 2022** | | | | | |
| 006 - Customs | | 1,00 | 320,00 | 320,00 | 0 |
| 011 - Alongside Dockage | | 1,00 | 10.100,00 | 10.100,00 | 0 |
| 013 - Electricity Connect & Supply | | 1,00 | 462,00 | 462,00 | 0 |
| 014 - Fresh Water Connect & Supply | | 1,00 | 150,00 | 150,00 | 0 |
| 015 - Rubbish & Waste Disposal | | 1,00 | 627,00 | 627,00 | 0 |
| 016 - Environmental Monitoring | | 1,00 | 2.285,00 | 2.285,00 | 0 |
| 033 - Internet Connection | | 1,00 | 646,00 | 646,00 | 0 |
| 061 - Haul Out & Launch | | 1,00 | 16.710,00 | 16.710,00 | 0 |
| 062 - Daily Hardstanding | | 1,00 | 7.735,00 | 7.735,00 | 0 |
| 063 - Access Tower | | 1,00 | 869,00 | 869,00 | 0 |
| 064 - Fire Main | | 1,00 | 473,00 | 473,00 | 0 |
| 065 - Grey & Black Water Disposal | | 1,00 | 690,00 | 690,00 | 0 |
| 066 - Seawater Cooling | | 1,00 | 1.105,00 | 1.105,00 | 0 |
| 071 - Protection | | 1,00 | 6.010,00 | 6.010,00 | 0 |
| 106 - Valve Pressure Testing | | 1,00 | 14.539,00 | 14.539,00 | 0 |
| 116 - E0109 - E0110 - Shaft Survey | | 1,00 | 1.984,00 | 1.984,00 | 0 |
| 126 - E0111 - Rudder Survey | | 1,00 | 2.895,00 | 2.895,00 | 0 |
| 150 - Grey & Black Water Tank Cleaning | | 1,00 | 3.244,00 | 3.244,00 | 0 |
| 166 - D0081 - Anchor Windlass | | 1,00 | 11.708,00 | 11.708,00 | 0 |
| 281 - E0120 - Thrusters | | 1,00 | 6.970,00 | 6.970,00 | 0 |
| 327 - I0082 - Duct and Vent Cleaning | | 1,00 | 18.032,00 | 18.032,00 | 0 |
| 341 - E0117 - OWS | | 1,00 | 3.855,00 | 3.855,00 | 0 |
| 401 - D0056 - Carbon Fiber Swim Ladder Repair | | 1,00 | 10.705,00 | 10.705,00 | 0 |
| 402 - D0067 - Anchor Pocket Stainless Fashion Plate | | 1,00 | 9.660,00 | 9.660,00 | 0 |
| 421 - D0063 - MD and Upper Deck Teak Sanding and Caulking | | 1,00 | 7.290,00 | 7.290,00 | 0 |
| 601 - P0022 - Paint works | | 1,00 | 26.000,00 | 26.000,00 | 0 |

**REPORT    1    165.064,00**

Clause de réserve de propriété : Suivant la loi n° 80.335 du 12/05/80, nous conservons la propriété des biens vendus jusqu'au paiement effectif de l'intégralité de la somme due.
Loi 92-1442 du 31/12/1992 - Tout retard de paiement de plus de 10 jours à compter de la date de règlement de la facture déclenchera une pénalité calculée sur la base d'un taux valant une fois et demie le taux de base de la SMC. Pas d'escompte en cas de règlement anticipé. Le compte du bateau devra impérativement être soldé avant livraison ou son appareillage.
MB92 LA CIOTAT, 46, Quai François Mitterrand, Chantier Naval, 13600 LA CIOTAT - Tél. +33 (0)4 42 83 83 00 - Fax +33 (0)4 42 83 83 04
E-mail : info-laciotat@mb92.com - SAS Capital 8 775 000 € - RCS Marseille B 423 864 651 - NAF 3315 Z

**DOWN PAYMENT**  MB92 LA CIOTAT

Number **7888** of 13/05/2022                              Page n° 02

| Description | U | Quantity | Unit Price | Total Price | C |
|---|---|---|---|---|---|
|  |  |  | REPORT       1 | 165.064,00 |  |
| 691 - Pressure Washing |  | 1,00 | 1.969,00 | 1.969,00 | 0 |
| 692 - P0038 - Antifoul |  | 1,00 | 17.128,00 | 17.128,00 | 0 |
| 695 - Grills & Sea Chest |  | 1,00 | 1.682,00 | 1.682,00 | 0 |
| 696 - P0037 - P0036 - P0035 - Propspeed Works |  | 1,00 | 6.406,00 | 6.406,00 | 0 |

Received Payment for PF 7729 on 23/03/22 for the amount of 57 674,70€
Received Payment for PF 7753 on 31/03/22 for the amount of 57 674,70€
Received Payment for PF 7806 on 13/05/22 for the amount of 57 674,70€

M/Y LADY MAY - PLEASURE VESSEL - CAYMAN ISLANDS
Official N° 745195 IMO N° 1012359
Vente en exonération de TVA en vertu de l'article 262-II-1 CGI
Sous régime de perfectionnement actif
N°PA: FR-REC-PA-2022-000648 N°IMA: 2202776961

PLEASE MAKE PAYMENT TO SOCIETE GENERALE BANK ACCOUNT LISTED IN THE LETTERHEAD

| C | Net Total | VAT | VAT Amount | Total |
|---|---|---|---|---|
| 0 | 192.249,00 | 0,00 |  | 192.249,00 |

| Term | Amount | Payment Method |
|---|---|---|
| 24/05/2022 | 19.224,90 | Virement |

NET TOTAL                         192.249,00
VAT AMOUNT
TOTAL INCL. VAT                   192.249,00

Received Payment PF7729           -57.674,70
Received Payment PF7753           -57.674,70
Received Payment PF7806           -57.674,70

**TOTAL DUE**                     **19.224,90 €**

Clause de réserve de propriété : Suivant la loi n° 80.335 du 12/05/80, nous conservons la propriété des biens vendus jusqu'au paiement effectif de l'intégralité de la somme dûe.
Loi 92-1442 du 31/12/1992 - Tout retard de paiement de plus de 10 jours à compter de la date de règlement de la facture déclenchera une pénalité calculée sur la base d'un taux valant une fois et demie le taux de base de la SMC. Pas d'escompte en cas de règlement anticipé. Le compte du bateau devra impérativement être soldé avant livraison ou son appareillage.
MB92 LA CIOTAT, 46, Quai François Mitterrand, Chantier Naval, 13600 LA CIOTAT - Tél. (33) 04 42 83 83 00 - Fax (33) 04 42 83 83 04
E-mail : info-laciotat@mb92.com - SAS Capital 8 775 000 € - RCS Marseille B 423 864 651 - NAF 3315 Z