# **EXHIBIT PAX 23**

MB92 La Ciotat Account Statement

46, Quai François Mitterrand - CS 20015
13703 La Ciotat Cedex, France
tel: +33 (0)4 42 83 83 00 | fax:+33 (0)4 42 83 83 04
info-laciotat@mb92.com    www.mb92.com

**CONFIDENTIAL**

## LADY MAY
## 03/06/2022

i)

| € | 192,249.00 | **TOTAL CONTRACT PRICE** | |
|---|---|---|---|
| **Percentage** | **Amount** | **Date** | **Milestone** |
| 30% | 57,674.70 | 17 March 2022 | |
| 30% | 57,674.70 | 23 March 2022 | Arrival |
| 30% | 57,674.70 | 18 April 2022 | |
| 10% | 19,224.90 | 18 May 2022 | Redelivery |
| 100% | 192,249.00 | Contract Total | |

| CODE | Accumulative % | Net Total | Date | Proforma Reference | Description | Invoice Reference | Amount to Pay | Date Funds Received | Amount Received | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| O79 | 30% | | 17/03/2022 | 7729 | 1st Down Payment Request | | 57,674.70 | 23/03/2022 | 57,674.70 | 0.00 |
| O79 | 60% | 192,249.00 | 23/03/2022 | 7753 | 2nd Down Payment Request | | 57,674.70 | 31/03/2022 | 57,674.70 | 0.00 |
| O79 | 90% | 192,249.00 | 18/04/2022 | 7806 | 3rd Down Payment Request | | 57,674.70 | 13/05/2022 | 57,674.70 | 0.00 |
| O79 | 90% | 11,421.67 | 18/04/2022 | 7817 | General Yard Services & Additional Works VQ1 | | 10,279.50 | 13/05/2022 | 10,279.50 | 0.00 |
| O79 | 100% | 192,249.00 | 13/05/2022 | 7888 | 4th Down Payment Request | 22060007 | 19,224.90 | 30/05/2022 | 19,224.90 | 0.00 |
| O79 | 100% | 58,703.20 | 17/05/2022 | 7887 | General Yard Services & Additional Works VQ2 & VQ3 | | 48,423.70 | 30/05/2022 | 48,423.70 | 0.00 |
| O79 | 100% | 67,501.86 | 02/06/2022 | 7924 | General Yard Services & Additional Works VQ4 | | 8,798.66 | | | 8,798.66 |
| | | | | | | **TOTAL** | **259,750.86** | | **250,952.20** | **8,798.66** |