# **EXHIBIT PAX 24**

Performance Power Systems Good Faith Estimates

 

**PERFORMANCE POWER SYSTEMS**
2200 NW 32nd Street, Pompano Beach, FL 32069
Ph 954-366-5778    Fax 954-366-5634

## GOOD FAITH ESTIMATE

M/Y LADY MAY
C/O YACHTZOO LIMITED
FIRST FLOOR, ST. JOHN'S
16 CHURCH ST, B61 8DN
BROMSGROVE, ENGLAND

ATTN: RASMUS NIELSEN

DATE: 7/15/2022
REFERENCE: STBD MAIN
ESTIMATE ON MODEL: C32
SERIAL NUMBER: RNZ00997
TERMS: SEE ESTIMATE
ESTIMATE NUMBER: ESTFL9902
DESCRIPTION: REPLACE FUEL TRXR PUMP

This estimate is made subject to buyer's acceptance with ten (10) days from this date. All prices are subject to change without notice and those in effect on the date of shipment shall prevail.
Customer will be contacted should estimate exceed 15%.

| QTY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 1 | LABOR & MATERIALS TO PERFORM FOLLOWING: | | |
| | TRAVEL TO & FROM VESSEL AT BRIDGEPORT HARBOR MARINA ESTIMATED AMOUNT INCLUDES TECHNICIAN TRAVEL TIME, PPS VEHICLE MILEAGE CHARGES, ROUND TRIP FLIGHTS, HOTEL ACCOMMODATIONS FOR 1 NIGHT & RENTAL CAR.* | | |
| | ALLOWANCE AMOUNT: | $ 4,415.00 | $ 4,415.00 |
| 1 | INSTALL NEW CAT FUEL TRANSFER PUMP PER VESSEL REQUEST MEASURE FUEL PRESSURE & TEST ENGINE DOCKSIDE FOLLOWING REPAIRS** | | |
| | AMOUNT: | $ 2,208.00 | $ 2,208.00 |

**PLEASE NOTE:** WARRANTY ON MATERIALS IS TWELVE (12) MONTHS. WARRANTY ON WORKMANSHIP IS SIX (6) MONTHS. CUSTOMER IS RESPONSIBLE FOR TRAVEL EXPENSES ASSOCIATED WITH WARRANTY REPAIRS. PRICE DOES NOT REFLECT UNEXPECTED DELAYS BEYOND OUR CONTROL. OVERTIME IS NOT INCLUDED. PRICE REFLECTS FULL CORE CREDIT FOR ALL EXCHANGE CORES. ALL CORES ARE SUBJECT TO CORE ACCEPTANCE CRITERIA.

\* TRAVEL CHARGES ARE SUBJECT TO CHANGE WITHOUT NOTICE. ADDITIONAL TRAVEL EXPENSES INCURRED DUE TO DELAYS, FLIGHT CANCELLATIONS, ADDITIONAL HOTEL EXPENSES & ANY OTHER COSTS INCURRED DUE TO CIRCUMSTANCES BEYOND OUR CONTROL WILL BE CHARGED AT PUBLISHED RATES.

\*\* PPS HAS NOT DIAGNOSED THE CAUSE OF ENGINE NO START & CANNOT GUARANTEE THAT FUEL TRANSFER PUMP REPLACEMENT WILL REMEDY NO START ISSUE. ANY ADDITIONAL LABOR AND/OR MATERIALS REQUIRED TO MAKE A FINAL REPAIR WILL BE CHARGED ARE RETAIL RATES.\*\*

**CUSTOMER IS RESPONSIBLE FOR:**
1. AIR SERVICE FOR AIR TOOLS.
2. LOADING/UNLOADING OF ENGINE COMPONENTS FROM DECK NEXT TO ENGINE TO SERVICE TRUCK.
3. DRAINING, DISPOSAL AND/OR STORAGE OF USED ENGINE OIL, COOLANT & OTHER CONTAMINANTS.
4. REMOVAL & INSTALLATION OF ANY INTERFERENCES REQUIRED FOR ACCESS TO COMPLETE ABOVE DESCRIBED WORK INCLUDING SOUND ENCLOSURES.
5. ANY ASSOCIATED YARD FEES.
6. COVER & PROTECTION OF PASSAGEWAYS TO/FROM WORK AREA.

**TERMS:** 100% PAYMENT REQUIRED PRIOR TO MAKING RESERVATIONS & SCHEDULING WORK.

NOTE: SALES TAX & FREIGHT CHARGES ARE NOT INCLUDED & WILL APPLY

ESTIMATE ACCEPTED
SIGN: _[signature]_
PRINT: P. M. MCLISTER - R&F CAPT.
STAMP: _____

[stamp: LADY MAY • O.N. 745195 • G.T. 406 • GEORGE TOWN, C.I.]

PERFORMANCE POWER SYSTEMS
BY: _____
TOBY MIZELLE, FLORIDA OPERATIONS MANAGER