# **EXHIBIT PAX 27**

Dexter White Profile and Resume

Profile and Professional Biography - Mr. Dexter White



Dexter began his career as a Submarine Machinist Mate Auxiliary man aboard the US Navy submarine USS Archerfish (SSN 678) during the Vietnam War era. His service included deployments to the Arctic Circle, the Mediterranean Sea, and the Atlantic Ocean. Upon leaving the US NAVY, with an Honorable Discharge, a good conduct medal, and several expeditionary medals, he joined Electric Boat Shipyard Test Organization as a Test Technician. As a young supervisor and later as Chief Test Engineer of the Sea Trial Group, he helped test and deliver over 50 submarines to the US Navy and supervised the MV SUBSIGII Operations High-Risk-Evolution Escort-Ship serving the Submarine Navy.

When selected as an assistant program manager in the Trident and Seawolf submarine programs, he led several System Process Improvement Teams to resolve operational and engineering problems through root-cause analysis and causal mapping, developing design and specification changes. Later, as the Manager of Contracts & Finance for Overhaul, he established a contract and finance group to support Electric Boat's re-entry into the submarine overhaul and repair field. The combined contracts and finance team, similar to the commercial industry, streamlined the contract change process and managed performance through the finance Earned Value Management System (EVMS) process.

He was selected as the SSGN Conversion Program Construction Manager led to his first assignments in the executive management ranks. In this assignment, he was responsible for the Master Assembly Plan, the Design-Build Team, and the established Off-Site operations at two Naval Shipyards to convert four ships to the multimission configuration, a unique collaboration between industry and government shipyards. Later, when selected as the SSGN Site Manager, in charge of Conversion Site Operations at Norfolk Naval Shipyard, he was responsible for over 700 trades and engineers in operations, certification, and delivery of two ships, on schedule and under budget with superior quality performance over five years.

Upon completing the SSGN ships, new assignments concentrated on Business Development in Submarine Maintenance and Modernization programs developing proposals and teaming arrangements with industry while wrapping up a career of 38 years.

After retiring from Electric Boat in 2014, he founded Engineering Operations & Certification Services, LLC (EOCS). The new company focus provides engineering and operations services to help the industry develop new facilities, and products, improving production and performance while reducing costs & schedules.

Dexter holds a Bachelor of Science in Business, Shipyard Management, a USCG Masters License (100 Ton), and numerous corporate shipbuilding and management qualification certificates. Dexter is a member of multiple professional organizations, including the Society of Naval Architects & Marine Engineers, American Society of Naval Engineers, American Society of Mechanical Engineers, American Nuclear Society, International Association of Marine Investigators, American Boat and Yacht Council, National Association of Small Boat Law Administration, National Fire Prevention Association, and Mystic Seaport Museum.

# Mr. Dexter White

16 Whitehall Pond.                                             Dextera1@msn.com
Mystic, CT 06355                                                +1 860 857 1798

## EDUCATION

**University of New Haven, West Haven CT**                                         Graduated June 1985
Bachelor of Science, Business Administration, and Shipyard Management

**US Navy Technical Schools Steam and Electric Plant, Auxiliary Systems**
Graduated April 1973

## PROFESSIONAL HISTORY

**Naval and Maritime Consortium,** Groton, CT                                          June 2020 - present
*Executive Director*
- Assigned to continue business operations and support members to meet the objectives and goals of the Board of Directors and CTNext/TRIP contract.

**Engineering Operations and Certification Services**                               January 2015 to present
*President and CEO*
- Founded engineering services consulting company specializing in Maritime and Energy Industries.
- Guide industrial base companies to enhance capabilities and capacity to perform submarine fabrication or maintenance
- Provided advice and guidance to AECON Canada at the Darlington II Nuclear Power Reactor refurbishment defining the reassembly sequence of the 960 core primary cooling system channels
- Provided direction to Rhoads Industries to define actions necessary to develop new shipbuilding capabilities to perform submarine fabrication at Philadelphia Naval Shipyard Industrial Complex
- Providing production and fabrication guidance in shipbuilding and repair during major depot and shipyard drydocking periods
- Providing Program Guidance and advice to acquire and execute DOD contracts

**Mystic River Marine Surveyors and Investigators**                                     August 2009 to Present
*Founder & Lead Investigator*
- *Established marine surveying and investigating company services for the marine industry on the USA East Coast and Offshore Islands.*
- *Establish Inspection profiles for Yachts and small crafts using guidelines from USCG, ABS, and ABYC*
- *Establish investigation profiles for ship and small boat damage and accidents using guidelines from USCG, IMIA, NASBLA, and ABS*
- *Provide services to Insurance companies to assess the root cause of damage or accident and responsible parties*
- *Establish the Assessed value of damages or Vessel Fair Market Value*

**General Dynamics Electric Boat Corporation,** Groton, CT                                 August 1976 – July 2014
*Maintenance & Modernization Business Development*
- Coordinate procurement of long-lead time material
- Developed and managed the integrated program schedule for the VIRGINIA Payload Module
- Identify and implement positive business value opportunities for the design of the VIRGINIA Payload Module

*SSGN Site Manager- Norfolk*
- Executive responsible for converting two SSBN to SSGN submarines at Norfolk Naval Shipyard. Responsible for Safety, Quality, Cost, Schedule, and Continuous Improvement, ensuring On-Time On-Budget delivery of a $500M conversion program and overseeing 700 personnel including Engineering, Planning, Quality, Operations, Test, Material, and Skilled Trades.
- Delivered both ships on time and under budget with a superior performance rating of Max Fee.
- Developed subcontractor skills enhancing capabilities to perform 1.5M manhours of submarine fabrication and installations aboard ship and meet all DOD submarine technical and quality requirements.

*SSGN Construction Manager*
- Led the Design-Build Team in developing installation processes to convert four SSBN to SSGN submarines.
- Developed process to collaborate with US Navy Shipyards to execute the submarine conversion contract
- Negotiated conditions and technical support to enable GDEB to establish a commercial contractor enterprise within a federal facility and DOD public shipyard
- Define the organization and Management team required to execute the conversion within a US Naval Shipyard.

*Manager of Contracts - Maintenance & Modernization*
- Assigned to establish a department to manage new GDEB contacts supporting Us Navy submarine overhaul and repairs after a hiatus of twenty years
- Successfully executed $50M in new submarine nuclear repair contracts at Subase New London and Portsmouth Naval Shipyard in Kittery Maine
- Developed Process to deploy GDEB "Tiger Teams" to perform emergent repairs at all four Naval Shipyards

*SEAWOLF and TRIDENT Program Office*
- Principal Assistant Program Manager for SEAWOLF and TRIDENT class submarines coordinating and certifying construction and delivery of two SEAWOLF and eight TRIDENT class submarines.
- Developed contract Terms and Conditions for Post Shakedown Availabilities and Modernization program for technically enhanced Systems

*Chief Test Engineer Sea Trials and Test Services*
- Conducted initial sea trials on over 50 submarines with over 3,000 days at sea
- Conducted Ship Survey with the US NAVY Board of Inspection and Survey (INSURV) to assess ship compliance with specifications and delivery acceptance by US Congress.
- Conducted Submarine Escort Duties aboard SUBSIG II during High-Risk -Evolutions underway for EB, Newport News, and US Navy Overhaul shipyards.
- Participated in the GDEB Senior Operator Counsel for Concept Formulation (CON-FORM) to assess design concept and intended future submarine operations

*US Navy*
- USS Archerfish (SSN678) Submarine Service                                              August 1972 – June 1976
- Steam and Electric Plant – Class A school
- Submarine Auxiliary Systems

## Recognition and Memberships

Qualified Submarine 1973

Qualified Nuclear Steam and Electric Plant Operations Underway 1974

Qualified US Submarines Auxiliary Systems for High-pressure Oxygen Generator, Hydraulics, Air, and Emergency Recovery, Diesel and battery Power systems

Special Achievement Award from Commander Submarine Atlantic Fleet for SSN694 (Groton) Alpha Sea Trial

Special Achievement Award from Vice President of Operations for Sea Trials and Dry-Dock Safety Performance

Recognized by Submarine Atlantic Fleet for Outstanding Performance Escorting US Submarines Special Platform

Special Award from Vice President of Program for outstanding program performance

Letter of Appreciation from the Norfolk Naval Shipyard Commander for outstanding performance and cooperation

Lean 6 Sigma Training

United States DOD Top Secret Security Clearance

USCG Marine Accident Root Cause Analysis

United States Coast Guard 100 Ton Master with Sailing and Towing endorsement

Association of Certified Marine Surveyors – Certification

National Association of State Boating Law Administrator – Investigator

International Association of Marine Investigators

American Yacht and Boat Council on Yacht and Small Craft Technical Standards


Member of Society of Naval Architects and Mechanical Engineers

Member of American Society of Mechanical Engineers

Member of American Society of Naval Engineers

Member of American Nuclear Society

Member of National Association of Small Boat Law Administration

Member of International Association of Marine Investigators

Member of American Yacht and Boat Council

Member of Mystic Seaport Museum

Member of Submarine Veterans of America

Member of American Legion