# **EXHIBIT PAX 28**

Diver's Report

**EOCS**
**ENGINEERING OPERATIONS & CERTIFICATION SERVICES, LLC**
16 Whitehall Pond, Mystic, CT 06355 • 855-755-2816 • www.eocs.us

September 4, 2022
File: E2201-3

To: Pacific Alliance Asia Opportunity Fund L.P.
AIA Central, 1 號 Connaught Rd Central,
Central, Hong Kong
Attn: Mr. Jon Lewis, Esq

Cc: O'Melveny & Myers, L.L. P.
Times Square Tower F:
7 Times Square
New York, NY 10036-6537
Attn: Ms. Laura Aronsson

From: EOCS, LLC
16 Whitehall Pond
Mystic, CT 06355
Mr. Dexter White

Enclosure: (1) Diver's Report: MY LADY MAY – Harrington Diving and Marine Services, dated September 1, 2022
(2) Diver Photos – MY LADY MAY

This purpose of this correspondence is to submit the Diver's Report, enclosure (1), of the dive performed on MY LADY MAY on August 25, 2022, and final assessment of the dive.

The purpose of the dive was to determine the condition of the ship's hull bottom and running gear and evaluate any damage found. The diver put their hands on all features to feel for any dents, scrapes, scratches, etc. The diver's helmet camera with lights fed the video to the video recorder and captured the condition of the features; however, the water was cloudy or murky, with poor visibility. The recording captured the diver's comments during the dive, as well.



File: E2201-3
September 4, 2022

The dive plan identified the features of the hull bottom below the waterline to inspect visually and physically. The features include:

- Bow Thruster and Cavity
- Stabilizers Port and Starboard
- Main Shafts, Port and Starboard
- Propellers, Port and Starboard
- Rudders, Port and Starboard
- Stern Thruster and Cavity
- Thru-Hull Valve openings
- Transducer – Depth Sensor

The dive found the condition of the hull to be free of damage or significant defects, although sea growth covers the entire area below the waterline.
One maintenance item noted is the Bow Thruster anode bolt is loose, allowing the anode to rattle.
Extended Bow thruster operation could break the anode free and damage the Bow Thruster. A diver can correct this maintenance item or fix it after haul-out.

Your representative was present at the dive and received the video download on-site when the dive was complete. A preliminary assessment after the dive did not identify any damage. The visual inspection of the hull below the waterline and running gear features, and review of the video record did not find any damage or significant defects.
The diver video is useful; however, a more detailed inspection is necessary after the vessel haul-out and the bottom is power washed to clear away the sea growth.


Respectfully,

Dexter White
EOCS, President
+1 (860) 857-1798
+1 (860) 859-7936
dextera1@msn.com
dexter@eocs.us



# HARRINGTON DIVING & MARINE SERVICES

32 South End Plaza, New Milford, CT 06776
860.488.0988  |  www.HarringtonDMS.com  |  Brittany@HarringtonDMS.com

Enclosure (1) to File E2201-3



**INSPECTION REPORT**
09/01/2022

**Prepared for:**
Dexter White
Engineering Operations and Certification Services (ECOS)
16 Whitehall Pond
Mystic, CT 06355

**Project:**
Lady May Dive Inspection at Steelpointe Harbor
10 East Main Street
Bridgeport, CT 06608

Re: Lady May Dive Inspection at Steelpointe Harbor, Bridgeport, CT

# TABLE OF CONTENTS

Cover Page……………………………………………………………………………………….. 1

Table of Contents……………………………………………………………………………… 2

Location Map & Time Log…………………………………………………………………… 3

Inspection Summary………………………………………………………………………….. 4

 **LOCATION MAP & TIME LOG**





Vessel: Lady May

Location: 41° 10' 26.7" N, 073° 10' 51.9" W

Date of inspection: August 25, 2022

Time on Site: 1000

Time in Water: 1107

Time out Water: 1228

Time left Site: 1450

Max Water Depth: 20 FSW

Dive Inspector: Peter Harrington, NBIS

Dive Tender: Brittany Harrington

Re: Lady May Dive Inspection at Steelpointe Harbor, Bridgeport, CT

 **INSPECTION SUMMARY**

On August 25, 2022 Harrington Diving & Marine Services (HDMS) conducted a Level I underwater inspection of various components of the Lady May Feadship superyacht docked at Steelpointe Harbor located in Bridgeport, CT led by Peter Harrington (NBIS, Diver). The Level I inspection includes a close visual examination of the entire submerged components of the vessel. Although the Level I inspection is often referred to as a "swim-by" inspection, it is to be detailed enough to detect obvious damage or deterioration. The results of the Level I inspection will provide a general overview of the underwater condition of the vessel.

Lady May was built in 2014 and has an aluminum hull that is 151' long and 30' wide. Lady May at the time of dive was located at position 41° 10' 26.7" N, 073° 10' 51.9" W. We received a dive plan from EOCS of all the components that were to be looked at for defects or unusual conditions. Components included:

- Bow
- Bow Thruster and cavity
- Stabilizers (Port & Starboard)
- Main Shafts, Struts, Propellers (Port & Starboard)
- Rudders (Port & Starboard)
- Stern Thruster and cavity
- Transom (Athwart ship; Port to Starboard)
- Thru Hull Valve Openings
- Note All Unusual Marine Growth
- Note All Scrapes in Paint
- Note All Scratches on the Hull
- Note Any Unusual Damage to Any Components

**Bow: Good -** No cracks or signs of stress in bow area and in front of keel.

**Bow Thruster: Fair -** A loose hex bolt anode was found on the outside of the bow thruster housing. Coating loss inside of bow thruster was noted probably due to deferred cleaning where barnacles got tied up on the fins and scraped the paint.

**Port Stabilizer: Good -** Nothing to report good condition.

**Starboard Stabilizer: Good -** Barnacle growth, no coating loss, no damage that would indicate evidence of a collision, where stabilizer meets hull there is no damage.

**Shafts: Good -** Marine growth was found on the interfaces.

**Port Propeller: Good -** Prop speed, minimal growth, no nicks or deflection to report.

**Starboard Propeller: Good -** Prop speed, no nicks or deflection to report.

**Port Rudder: Good -** Less than 10% coating loss on rudders outside vertical face.

**Starboard Rudder: Good -** Less than 10% coating loss with hard marine growth.

**Stern Thruster & Cavity: Good -** Prop speed, very clean, two anodes on the stern thruster housing have a 20% loss on.

**Transom: Good** - Nothing to report good condition.

**Thru Hull: Good -** No thru-hulls had any visible damage. Some had light soft marine growth.

**Keel: Good -** Intermittent marine growth, 2' L hard marine growth followed by 3' of clean keel was observed full length of keel. No cracks at the keel hull joint.

**Hull: Good -** No evidence of significant stress on the hull was fund, no detection of filler for scratches or chips in paint.

**Hull Paint: Good -** Less than 5% coating loss was observed.

**Condition Rating Key:**

**Good:** No visible damage or only minor damage is noted. Elements may show very minor deterioration. No repairs are required.

**Fair:** All primary structural elements are sound, but minor to moderate defects or deterioration are observed. Repairs may be carried out with moderate urgency.

**Poor:** Very advanced deterioration, overstressing, or breakage has resulted in localized failure(s) of primary components. Repairs may need to be carried out on a very priority basis with strong urgency.

Report By: Peter Harrington

Reviewed By: Brittany Harrington

Enclosure (2)
To File: E2201-3
September 4, 2022

DIVER PHOTOS –  MY LADY MAY



Bow thruster

Bow thruster

Port stabilizer

Port Stabilizer

Starboard Stabilizer

Starboard Stabilizer

Page **1** of **3**



Page **2** of **3**

Starboard Rudder



Starboard Rudder



Stern Thruster



Stern Thruster

Bow Thruster Loose Bolt



Page **3** of **3**