**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re: : Chapter 11
:
HO WAN KWOK, : Case No. 22-50073 (JAM)
:
Debtor. :
:
---------------------------------------------------------------x

**CHAPTER 11 TRUSTEE MOTION TO PERMIT CERTAIN COUNSEL TO APPEAR REMOTELY FOR OCTOBER 4, 2022 HEARING**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Luc A. Despins, in his capacity as trustee in the above-captioned case filed under chapter 11 of Title 11 of the United States Code (the "Trustee"), respectfully moves the Court for permission for Attorney Nicholas A. Bassett, of Paul Hastings, LLP, to appear remotely on his behalf at the October 4, 2022 hearing scheduled in this case related to the Trustee's Motion to Approve Protective Order [ECF No. 874] (the "Motion to Approve Protective Order"). In support of the Motion, the Trustee respectfully states as follows:

1. The Trustee filed the Motion to Approve Protective Order on September 24, 2022.

2. On September 28, 2022, the Court scheduled a hearing to be held on October 4, 2022, at 12 noon. [ECF No. 888] with respect to the Motion to Approve Protective Order.

3. Mr. Bassett, counsel to the Trustee, wishes to attend the October 4, 2022 hearing but respectfully requests the opportunity to participate via the Court's ZOOM.Gov platform. Both the Trustee and the Trustee's Connecticut counsel will attend the hearing in person. Permitting Mr. Basset's remote attendance will reduce expense to the estate, considering that his home office is located in Washington, DC.

-2-

WHEREFORE, because of the in-person attendance of the Trustee and his Connecticut counsel, the Trustee respectfully requests that Mr. Bassett be permitted to appear remotely before this Court on October 4, 2022 at 12 noon.

Dated: September 30, 2022  
New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*  
Douglas S. Skalka (ct00616)  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
dskalka@npmlaw.com  
plinsey@npmlaw.com

*and*

Nicholas A. Bassett *(pro hac vice)*  
PAUL HASTINGS LLP  
2050 M Street NW  
Washington, D.C., 20036  
(202) 551-1902  
nicholasbassett@paulhastings.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
| HO WAN KWOK, | : | CASE NO. 22-50073 (JAM) |
| Debtor. | : |  |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 30, 2022 the foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated: September 30, 2022          LUC A. DESPINS,
       New Haven, Connecticut      CHAPTER 11 TRUSTEE

                                   By:   */s/ Patrick R. Linsey*
                                         Douglas S. Skalka (ct00616)
                                         Patrick R. Linsey (ct29437)
                                         NEUBERT, PEPE & MONTEITH, P.C.
                                         195 Church Street, 13th Floor
                                         New Haven, Connecticut 06510
                                         (203) 781-2847
                                         dskalka@npmlaw.com
                                         plinsey@npmlaw.com