**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re                                                                 x : Chapter 11 | |
| Ho Wan Kwok, : | |
| : Case No. 22-50073 | |
| Debtor.[1] : | |
|                                                                 x | |

**MOTION TO APPEAR REMOTELY FOR**
**OCTOBER 4, 2022 HEARING**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Committee of Unsecured Creditors (the "Committee"), by and thorough its undersigned counsel, respectfully moves (this "Motion") the Court for permission for Attorney Irve J. Goldman of Pullman & Comley, LLC ("P&C") to appear remotely on behalf of the Committee at the continued hearing currently scheduled for Tuesday, October 4, 2022. In support of the Motion, the Committee respectfully states as follows:

**JURISDICTION AND VENUE**

1. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution. The statutory bases for the relief sought herein are section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1001.

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

## BACKGROUND AND REQUESTED RELIEF

2. On September 28, 2022, this Court granted the *Motion to Expedite Hearing* concerning the *Motion of Chapter 11 Trustee for Entry of Protective Order* [ECF Nos. 875, 875, and 888] and scheduled the hearing for October 4, 2022 at 12 p.m. (the "Hearing").

3. Attorney Goldman, counsel to the Committee, respectfully requests permission to attend the Hearing via the Court's ZOOM.Gov platform.

4. Given that the Hearing concerns a single motion filed by the chapter 11 trustee (the "Trustee") as to which the Committee has filed no response, and considering further, based on the recent filing of a limited objection by the Debtor indicating that the Debtor and the Trustee are in the process of working out a consensual order or are at least attempting to narrow the issues (ECF No. 905), and in the interest of minimizing the professional fees incurred in this case, the Committee submits that permitting Attorney Goldman to appear at the Hearing remotely via the ZOOM.Gov platform and be heard on behalf of the Committee comports with Bankruptcy Rule 1001 and promotes the just, speedy and inexpensive administration of this case and the matters before the Court.

## CONCLUSION

Because (i) the Hearing does not concern papers filed by the Committee, (ii) the Hearing concerns a matter which the Trustee can ably pursue on behalf of the estate and as to which the Committee can expediently express its views just as effectively via remote Zoom appearance, and (iii) the principal parties are attempting to work out a consensual order and/or are narrowing the

issues, the Committee respectfully requests that Attorney Goldman be permitted to appear remotely before this Court on October 4, 2022 at 12:00 p.m.

Dated:  Bridgeport, Connecticut
       October 3, 2022

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HO WAN KWOK**

By: */s/Irve J. Goldman*
     Irve J. Goldman
     Jonathan A. Kaplan
     Pullman & Comley, LLC
     850 Main Street, 8th Floor, PO Box 7006
     Bridgeport, CT 06601-7006
     (203) 330-2213
     igoldman@pullcom.com
     Its Attorneys

## CERTIFICATION OF SERVICE

    I, Irve J. Goldman, herby certify that on the 3rd day of October, 2022, a true and correct copy of the foregoing Motion to Appear Remotely was filed with the Court and served upon all parties that have filed a notice of appearance and request for notice electronically via the Court's CM/ECF electronic filing system.

                                                                                    By:  */s/Irve J. Goldman*

ACTIVE/83201.1/IJG/10623760v1