**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re                                              x | |
|                                                     : | Chapter 11 |
|     Ho Wan Kwok,            : | |
|                                                     : | Case No. 22-50073 |
|                Debtor.[1]   : | |
|                                                    x | |

**ORDER ON MOTION TO APPEAR REMOTELY FOR**
**OCTOBER 4, 2022 HEARING**

Upon consideration of the Official Committee of Unsecured Creditors' *Motion to Appear Remotely for October 4, 2022 Hearing* (the "Motion"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); and the Court having found this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given, under the circumstances, and that no other or further notice is necessary; and upon the record herein; and it appearing that cause exists to grant the relief sought in the Motion; it is hereby

ORDERED, ADJUDGED and DECREED that:

1. The Motion is GRANTED as set forth herein.

2. The following counsel for the Official Committee of Unsecured Creditors is hereby granted leave to appear remotely at the status conference currently scheduled for Tuesday, October 4, 2022 at 12:00 p.m.: Irve J. Goldman, Pullman & Comley, LLC.

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.