**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
HO WAN KWOK,                                           :    Case No. 22-50073 (JAM)
                                                       :
              Debtor.¹                                 :
                                                       :
-------------------------------------------------------x
```

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that (i) on September 24, 2022, the *Motion of Chapter 11 Trustee for Entry of Protective Order* [ECF No. 875] (including any exhibits, proposed order, or other attachments thereto, "Protective Order Motion"); and (ii) on September 28, 2022, the Court's Order scheduling a hearing on the Protective Order Motion (together with the Protective Order, collectively, the "Served Documents"), were electronically filed. Notice of the Served Documents was sent by e-mail to all parties able to accept electronic service in the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system, including the above-captioned debtor, the Official Committee of Unsecured Creditors, and the United States Trustee. Parties may access this filing through the Court's CM/ECF system.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

---

¹ Although the Debtor's legal name is Ho Wan Kwok, he is also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases. The last four digits of the Debtor's taxpayer identification number are 9595.

Dated:    October 3, 2022          LUC A. DESPINS,
            New Haven, Connecticut    CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com, plinsey@npmlaw.com

       *and*

    Nicholas A. Bassett *(pro hac vice)*
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

       *and*

    Avram E. Luft *(pro hac vice)*
    Douglass Barron *(pro hac vice)*
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com

    *Counsel for the Chapter 11 Trustee*