## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
|    Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
|         Debtor.[1] | : Re: ECF No. 325 |
| | : |
| | : |

### ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF GREGORY A. COLEMAN OF COLEMAN WORLDWIDE ADVISORS LLC AS FRAUD INVESTIGATION CONSULTANT FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE MAY 3, 2022

Upon the Application of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case, for authority to retain and employ Gregory Coleman of Coleman Worldwide Advisors LLC ("Coleman") as its fraud investigation consultant, effective as of May 3, 2022 (the "Application"), the date the Committee selected Coleman as its fraud investigation consultant in this case, and upon the Declaration of Gregory Coleman attached to the Application as Exhibit A and upon the Declaration of Samuel Nunberg attached to the Application as Exhibit B, and the Court being satisfied that Coleman: (i) does not represent any other entity having an adverse interest in connection with this case; (ii) does not have or represent interests adverse to the Committee or the creditors of this estate, (iii) is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code; and that the employment of Coleman is in the best interests of the Committee, and notice of the Application having been given to the Debtor, the United States Trustee, the Chapter 11 trustee, Luc Despins, Esq. (the "Trustee"), and all appearing parties; and it appearing that no other notice need be given; and no adverse interest being represented; and after due

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

deliberation and sufficient cause appearing therefor; and after a hearing held on September 27, 2022; it is

**ORDERED**, that the Application is hereby granted and approved to the extent set forth herein below; and it is further

**ORDERED**, that in accordance with section 1103 of the Bankruptcy Code, the Committee is hereby authorized and empowered to retain and employ Coleman as its fraud investigation consultant, effective as of May 3, 2022, in accordance with the terms and conditions set forth in the Application; and it is further

**ORDERED**, that Coleman is authorized to provide services to the Committee for the period of May 3, 2022 to May 10, 2022 ("Approved Employment Period"); and it is further

**ORDERED**, that Coleman shall not provide any additional services unless and until the Committee, by its counsel, and/or Coleman, has consulted with the Trustee to determine whether he consents to the rendition of such services and if such consent is provided, Coleman shall be authorized to provide them; and in the absence of such consent, however, Coleman shall not be authorized to provide the services as to which the Trustee does not consent without a further order of this Court upon motion and after notice and hearing (the "Consent Procedure"); and it is further

**ORDERED**, that subject to compliance with the Consent Procedure and the results thereof for services rendered after the Approved Employment Period, Coleman is authorized to perform services to the Committee, including the following:

    a.    investigating the location and sources of assets or property interests in which the Debtor may have an interest;

    b.    tracing of assets putatively held or owned by others to the Debtor;

       c.     assisting Committee counsel in utilizing the investigatory tools available under the Bankruptcy Code and Rules and in identifying and pursuing potential recoveries of assets for the benefit of the estate and its creditors;

       d.     coordinating and working together with the Committee's financial advisor in a manner that will avoid duplication of effort and provide symbiotic services to the Committee;

       e.     if necessary, participating as a witness in hearings before the bankruptcy court with respect to matters upon which Coleman has provided services; and

       f.     other activities as are approved by the Committee, the Committee's counsel, and as agreed to by Coleman.

**ORDERED**, that the allowance of any compensation to be paid to Coleman shall be determined in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and as may be established by this Court.

Dated at Bridgeport, Connecticut this 4th day of October, 2022.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

ACTIVE/83201.3/IJG/10609939v1