# United States Bankruptcy Court
## District of Connecticut



In re:

    Ho Wan Kwok

Case Number: 22-50073

Chapter: 11

Debtor*

## ORDER GRANTING MOTION TO EXPEDITE HEARING

Chapter 11 Trustee Luc A. Despins (the "Movant"), having filed a Motion to Expedite Hearing (the "Motion to Expedite", ECF No. 900), in connection with a Motion for Entry of Order Authorizing Compliance with Rule 2004 Subpoenas and Enforcing Consent Order Regarding Control of Attorney-Client Privilege and Work Product Protection Related to Rule 2004 Subpoenaed Documents and Information (the "Compliance Motion", ECF No. 898), it appearing that the relief in the Motion to Expedite should be granted; it is hereby

**ORDERED:** A hearing to consider the Compliance Motion will be held on October 13, 2022, at 9:30 AM, at the United States Bankruptcy Court, 915 Lafayette Blvd., Bridgeport, CT 06604;

**ORDERED:** Objection to be filed at or before 4:00 PM on October 11, 2022.

Dated: October 5, 2022

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

\* For the purposes of this order, "Debtor" means "Debtors" where applicable