# EXHIBIT A



HOME OFFICE 500 World Commerce Parkway St. Augustine, FL 32092

FOR INQUIRIES PLEASE
REFERENCE THIS NUMBER

| CUSTOMER QUOTE | * EXPIRES 10/15/22 | * CHARGE* | DOCUMENT NO. 00Q051982 |
|---|---|---|---|

**SOLD TO**
BEARD EQUIPMENT CO INC
2480 E I65 SERVICE RD NORTH
MOBILE AL            36617

**CUSTOMER NO.**   **SHIP TO**
003387

STORE
00

| FILLED BY | {{{00Q051982 |
|---|---|
| W/C LOCATION | |
| W/C PIECES | |

| ORDERED BY | TELEPHONE | CUST. ORDER NO. | INSTRUCTIONS | DELIVERY LOCATION | SHIP VIA |
|---|---|---|---|---|---|
| DEREK 386326268 | 904-296-5000 | | 00: | 00: | WILL |

| MAKE | MODEL | SERIAL NO. | EQUIP NO. | ARRANGEMENT NO. | DATE | TIME | ENT. BY | REFERENCE NO. | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 9/15/22 | 15:27:48 | CWH | | 1 |

| ITEM NO. | ----QUANTITY--- ORDER SHIP B/O | PART NUMBER/ DESCRIPTION | LOCATION | N/R | TR | SOS | NET WEIGHT | UNIT PRICE | EXTD PRICE |
|---|---|---|---|---|---|---|---|---|---|
| PARTS SALES PERSON: HEYRMAN, CARL W. | | | | | | | | | |
| 1 | 2    2 | 307-4581 CORE AS-AFTC | | | ON | AAA | 106.5 | 6807.47 | 13614.94 |
| | | TOTAL NET WEIGHT OF SHIPPED ITEMS | | 213.0 | | | | | |

NEED A HOSE BUILT? VISIT ANY RING POWER LOCATION TODAY. ALL MAKES!!!!

TAX EXEMPT LIC # FL RESALE EXEMP

USD SELL TOTAL        13614.94

**SIGNATURE REQUIRED**

SEE REVERSE FOR
PARTS RETURN POLICY

RECEIVED BY          PRINT NAME          DATE RECEIVED

ORIGINAL

**Ring Power**   **CAT**

**MY LADY MAY**
757 5TH AVE
NEW YORK NY
10153

*PER YOUR REQUEST, WE HAVE ESTIMATED REPAIRS ON THE MACHINE LISTED BELOW. A REPAIR DESCRIPTION WITH LABOR AND/OR PARTS IS ATTACHED. UPON DISASSEMBLY OF THE COMPONENT(S) TO BE REPAIRED,ADDITIONAL PARTS AND LABOR MAY BE NECESSARY. IF SO, A QUOTE FOR ADDITIONAL REPAIRS WILL BE FORWARDED TO YOU FOR APPROVAL. NOTE: AN AUTHORIZED REPRESENTATIVE OF YOUR COMPANY SHOULD SIGN AND RETURN THIS REPAIR ESTIMATE. ONLY UPON RECEIPT OF THE SIGNED ESTIMATE WILL REPAIRS BE PERFORMED. A PURCHASE ORDER NUMBER SHOULD BE SUPPLIED IF REQUIRED BY YOUR COMPANY.*

| CUSTOMER NO. | QUOTE NO. | DATE | CONTACT | |
|---|---|---|---|---|
| 784133 | 86357 | 8/18/2022 | RASMUS NIELSEN | |
| **PHONE NO.** | **FAX NO.** | **EMAIL** | | |
| 475 301 8961 | | chiefengineer@yachtladymay.com | | |
| **MODEL** | **MAKE** | | **SERIAL NO.** | |
| C32 | CATERPILLAR | | RNZ00974 | |
| **UNIT NO.** | | **WO NO.** | **P.O. NO.** | |
| PME | | | | |

**TRAVEL TO/FROM MARINE PROPULSION PACKAGE**
NOTES:
2 TECHNICIANS TO ATTEND VESSEL.  ONLY MEALS AND LODGING ARE QUOTED FOR THE SERVICE OF BOTH MAIN ENGINES.  TRAVEL TIME AND MILEAGE IS QUOTED ON THE ESTIMATE FOR GEAR WORK ON STBD ENGINE AS ALL JOBS TO BE DONE ON THE SAME TRIP.

Total Estimated Misc:  1,800.00

Segment 01 Total:  1,800.00

**PERFORM MAINTENANCE ON ENGINE**
NOTES:
2 TECHNICIANS TO ATTEND VESSEL IN BRIDGEPORT CONNECTICUT TO PERFORM 3000 HOUR SVC ON  PORT MAIN ENGINE.
SCOPE OF WORK TO INCLUDE:
PERFORM MULTI-POINT ENGINE AND MARINE GEAR INSPECTION USING CAT INSPECT
OBTAIN ECM DOWNLOAD
CHECK AND UPDATE SOFTWARE (FLASH FILE)
REPLACE ZINCS IN ENGINE AND GEAR COOLER
CLEAN INSPECT AIR FILTERS/SEPS
INSPECT AFTERCOOLER DRAIN
INSPECT AND CLEAN CRANKCASE BREATHER
INSPECT HOSES, BELTS, AND CLAMPS
INSPECT BATTERY VOLTAGE AND ELECTROLYTE LEVEL AND CABLES (IF APPLICABLE)

REPLACE ENGINE OIL AND FILTERS
REPLACE FUEL FILTERS
REPLACE RACOR SEPARATORS (2)
INSPECT RAW WATER IMPELLER (IF APPLICABLE)
PERFORM DOCKSIDE FUNCTION TEST
REPLACE CCV FUMES DISPOSAL FILTER ELEMENT (2)
REPLACE RAW WATER IMPELLER (EXCLUDING BRASS)
REPLACE OIL AND FILTER ON MARINE GEAR
OBTAIN LEVEL 2 COOLANT SAMPLE
REPLACE ENGINE BELTS
CHECK/ADJUST VALVE LASH
REPLACE THERMOSTATS
****************************************************
CUSTOMER TO SUPPLY ALL FLUIDS, FILTERS, AND PARTS
WITH THE EXCEPTION OF THE FOLLOWING:
- ZINC ANODES
- COOLING SYSTEM TEMP. REGULATOR
-FUEL TRANSFER PUMP

| | |
|---|---|
| **Total Estimated Parts:** | 250.00 |
| **Total Estimated Labor:** | 3,614.00 |
| **Segment 02 Total:** | 3,864.00 |

**CLEAN AND TEST HEAT EXCHANGER**
NOTES:
HEAT EXCHANGER WILL BE REMOVED AND SENT OUT TO BE
CLEANED AND TESTED, THEN WILL BE RE-INSTALLED.
-IF ANY ITEMS ARE FOUND TO NOT MEET CAT REUSE
GUIDELINES AN ESTIMATE WILL BE PREPARED FOR
APPROVAL.

| | |
|---|---|
| **Segment 03 Total:** | 5,999.00 |

**CLEAN AND TEST AFTERCOOLER CORE**
NOTES:
AFTERCOOLER CORE TO REMOVED AND SENT OUT TO BE
CLEANED AND TESTED, THEN REINSTALLED.
-ANY ITEMS FOUND TO NOT MEET CAT REUSE GUIDELINES
WILL BE QUOTED.

| | |
|---|---|
| **Segment 04 Total:** | 3,616.00 |
| **Total Segments:** | 15,279.00 |
| **ENVIRONMENTAL/MISCELLANEOUS** | 300.00 |
| **SUB TOTAL (BEFORE TAXES)** | 15,579.00 |
| **TOTAL ESTIMATE** | 15,579.00 |

I hereby authorize the above repair work to be done along with the necessary materials. Ring Power Corporation and it's employees may operate above equipment for purposes of testing. Inspection or delivery at my risk. An expressed mechanics lien is acknowledged on equipment to secure the cost of all repairs thereto. Ring Power Corporation is not responsible for loss or damage to equipment in case of fire, theft, accident, or any other cause beyond our control. Replaced parts will be held for a period of ten days after work completion. The cost of labor and parts in determining any estimate shall be borne by the customer.

PO#: _____    Authorized Name: _____ (signature)

Date: _____    _____ (print)

*__Thank you for this opportunity to serve your company__*

## CONTACT INFORMATION:

Prepared by: Derek Dobbs   Phone: +1-407-961-9262   Email: Derek.Dobbs@RingPower.Com   Fax:

## JOB SITE:   -

-This estimate is made subject to buyer's acceptance within (10) ten days from this date
-All prices are subject to change without notice, and those in effect on date of shipment shall prevail
-Terms are Net 30 Days from receipt of invoice
-Estimate excludes sales tax, incoming freight, environmental and additional charges for parts/labor not included in the above mentioned.
-Customer will be contacted should estimate exceed 10%

## THIS WORK ORDER IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS:

1.  AUTHORITY TO PERFORM REPAIRS  It is understood that, "upon receipt" of any item of equipment for repair, maintenance or other work, Ring Power may examine the item of equipment as to work which Ring Power may suggest to be performed in addition to whatever work, if any, might have been requested by customer. All work (requested by customer or suggested by Ring Power) to be noted on a form as supplied by Ring Power.
    a.   Time and Material Work - Ring Power will proceed with the work agreed upon at current labor and parts prices.
    b.   Firm Price - If requested, a firm price in writing will be given to the customer for labor and/or parts to do specific repair. Any agreed a upon repair order not covered by a firm written quotation will be billed at current time and material prices
    c.   Unforeseen Problems or Additional Repairs.  In the event that during the course of the Work, additional repair work is found to be necessary pursuant to Ring Power's examination and inspection of the Equipment, then in such event Ring Power will attempt to communicate with the Customer as to the additional repair work; provided, however, that in the event Ring Power is unable to communicate with the Customer, then Ring Power, at its sole discretion, shall have the absolute right to cease any and all repairs on the Equipment until such time as the additional repairs are discussed with the Customer. In the event the Customer consents to the additional repairs, Ring Power shall have the right to proceed with the repair of the same without further communication with the Customer and any and all additional repairs will be charged to the Customer at current time and material prices.

2.  HOLD HARMLESS AGREEMENT FOR CUSTOMER PARTICIPATION IN SERVICE WORK - In the event customer or customers' personnel assists our mechanics in performing service work, customer agrees to hold harmless and fully indemnify Ring Power for injuries or damages to anyone arising out of customer assisting Ring Power personnel in servicing or repairing customer's equipment.

3.  WARRANTY INFORMATION  - Ring Power warrants the work performed to be free from defects in material and workmanship for a period of ninety days. Ring Power's obligation under this warranty shall be limited to the repair or replacement at Ring Power's premises of those new parts previously installed or labor previously performed demonstrated to be defective. SUCH REMEDY SHALL CONSTITUTE CUSTOMER'S SOLE AND EXCLUSIVE REMEDY AND CUSTOMER HEREBY AGREES THAT NO OTHER REMEDY (INCLUDING, BUT NOT LIMITED TO CLAIMS FOR INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES, OR ANY CAUSE, LOSS, ACTION, CLAIM OR DAMAGE, INCLUDING LOSS OF TIME, WHATSOEVER, OR INJURY TO PERSON OR PROPERTY OR ANY OTHER CONSEQUENTIAL DAMAGE OR INCIDENTAL OR ECONOMIC LOSS) SHALL BE AVAILABLE TO CUSTOMER. THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OR MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. SUBSTANDARD REPAIR WORK MAY BE PERFORMED UPON REQUEST OF CUSTOMER AND ACCORDING TO CUSTOMER'S INSTRUCTIONS BUT SUCH WORK WILL CARRY ABSOLUTELY NO WARRANTY WHATSOEVER. CUSTOMER FURTHER ACKNOWLEDGES AND AGREES THAT NO VERBAL CONTRACTS, AGREEMENTS OR WARRANTIES OTHER THAN WHAT IS SET FORTH HEREIN HAVE BEEN RECEIVED OR GIVEN.

4.  PAYMENT - Customer will make payment for services rendered by Ring Power pursuant to this work order at such times and in such manner as may be prescribed by Ring Power. In the event of nonpayment by a customer, the cost incurred by Ring Power in collecting the indebtedness, including attorney's fees and expenses, both in the trial court and on any and all appeals, with interest at the maximum rate allowed by law from date of expenditure, shall be added to the principal amount of the indebtedness owed to Ring Power. These provisions are not exclusive and Ring Power may elect other remedies at law and at equity.

5.  RISK OF LOSS - Ring Power carries an Equipment Floater Insurance Policy covering all risk (except war, wear and tear, etc.) for the current value (replacement cost less depreciation) on customer's equipment in Ring Power's custody or control. All risk of loss and damage not covered in above policy shall be borne solely by its owner.

6.  SEVERABILITY CLAUSE - Any provisions of this Agreement found to be prohibited by law shall be immediately ineffective to the extent of such prohibition without invalidating the rest of this Agreement.

7.  APPLICABLE LAW - This Agreement shall be deemed to be governed by the laws of the State of Florida.

**Ring Power** • **CAT**

**MY LADY MAY**
757 5TH AVE
NEW YORK NY
10153

*PER YOUR REQUEST, WE HAVE ESTIMATED REPAIRS ON THE MACHINE LISTED BELOW. A REPAIR DESCRIPTION WITH LABOR AND/OR PARTS IS ATTACHED. UPON DISASSEMBLY OF THE COMPONENT(S) TO BE REPAIRED,ADDITIONAL PARTS AND LABOR MAY BE NECESSARY. IF SO, A QUOTE FOR ADDITIONAL REPAIRS WILL BE FORWARDED TO YOU FOR APPROVAL. NOTE: AN AUTHORIZED REPRESENTATIVE OF YOUR COMPANY SHOULD SIGN AND RETURN THIS REPAIR ESTIMATE. ONLY UPON RECEIPT OF THE SIGNED ESTIMATE WILL REPAIRS BE PERFORMED. A PURCHASE ORDER NUMBER SHOULD BE SUPPLIED IF REQUIRED BY YOUR COMPANY.*

| CUSTOMER NO. | QUOTE NO. | DATE | CONTACT | |
|---|---|---|---|---|
| 784133 | 86346 | 8/18/2022 | RASMUS NIELSEN | |
| **PHONE NO.** | **FAX NO.** | **EMAIL** | | |
| 475 301 8961 | | chiefengineer@yachtladymay.com | | |
| **MODEL** | **MAKE** | | **SERIAL NO.** | |
| C32 | CATERPILLAR | | 0RNZ00997 | |
| **UNIT NO.** | **HOURS** | **WO NO.** | **P.O. NO.** | |
| SME | 987 | | | |

**TRAVEL TO/FROM MARINE PROPULSION PACKAGE**
NOTES:
2 TECHNICIANS TO ATTEND VESSEL.  ONLY MEALS AND LODGING ARE QUOTED FOR THE SERVICE OF BOTH MAIN ENGINES.  TRAVEL TIME AND MILEAGE IS QUOTED ON THE ESTIMATE FOR GEAR WORK ON STBD ENGINE AS ALL JOBS TO BE DONE ON THE SAME TRIP.

| | |
|---|---|
| Total Estimated Misc: | 1,800.00 |
| Segment 01 Total: | 1,800.00 |

**PERFORM MAINTENANCE ON ENGINE**
NOTES:
2 TECHNICIANS TO ATTEND VESSEL IN BRIDGEPORT CONNECTICUT TO PERFORM 3000 HOUR SVC ON  STBD MAIN ENGINE.
SCOPE OF WORK TO INCLUDE:
PERFORM MULTI-POINT ENGINE AND MARINE GEAR INSPECTION USING CAT INSPECT
OBTAIN ECM DOWNLOAD
CHECK AND UPDATE SOFTWARE (FLASH FILE)
REPLACE ZINCS IN ENGINE AND GEAR COOLER
CLEAN INSPECT AIR FILTERS/SEPS
INSPECT AFTERCOOLER DRAIN
INSPECT AND CLEAN CRANKCASE BREATHER
INSPECT HOSES, BELTS, AND CLAMPS
INSPECT BATTERY VOLTAGE AND ELECTROLYTE LEVEL AND CABLES (IF APPLICABLE)

REPLACE ENGINE OIL AND FILTERS
REPLACE FUEL FILTERS
REPLACE RACOR SEPARATORS (2)
INSPECT RAW WATER IMPELLER (IF APPLICABLE)
PERFORM DOCKSIDE FUNCTION TEST
REPLACE CCV FUMES DISPOSAL FILTER ELEMENT (2)
REPLACE RAW WATER IMPELLER (EXCLUDING BRASS)
REPLACE OIL AND FILTER ON MARINE GEAR
OBTAIN LEVEL 2 COOLANT SAMPLE
REPLACE ENGINE BELTS
CHECK/ADJUST VALVE LASH
REPLACE THERMOSTATS
****************************************************
CUSTOMER TO SUPPLY ALL FLUIDS, FILTERS, AND PARTS
WITH THE EXCEPTION OF THE FOLLOWING:
- ZINC ANODES
- COOLING SYSTEM TEMP. REGULATOR

|  |  |
|---|---|
| **Total Estimated Parts:** | 250.00 |
| **Total Estimated Labor:** | 3,614.00 |
| **Segment 02 Total:** | 3,864.00 |

**CLEAN AND TEST HEAT EXCHANGER**
NOTES:
HEAT EXCHANGER WILL BE REMOVED AND SENT OUT TO BE
CLEANED AND TESTED, THEN WILL BE RE-INSTALLED.
-IF ANY ITEMS ARE FOUND TO NOT MEET CAT REUSE
GUIDELINES AN ESTIMATE WILL BE PREPARED FOR
APPROVAL.

|  |  |
|---|---|
| **Segment 03 Total:** | 5,999.00 |

**CLEAN AND TEST AFTERCOOLER CORE**
NOTES:
AFTERCOOLER CORE TO REMOVED AND SENT OUT TO BE
CLEANED AND TESTED, THEN REINSTALLED.
-ANY ITEMS FOUND TO NOT MEET CAT REUSE GUIDELINES
WILL BE QUOTED.

|  |  |
|---|---|
| **Segment 04 Total:** | 3,616.00 |
| **Total Segments:** | 15,279.00 |
| **ENVIRONMENTAL/MISCELLANEOUS** | 300.00 |
| **SUB TOTAL (BEFORE TAXES)** | 15,579.00 |
| **TOTAL ESTIMATE** | 15,579.00 |

I hereby authorize the above repair work to be done along with the necessary materials. Ring Power Corporation and it's employees may operate above equipment for purposes of testing. Inspection or delivery at my risk. An expressed mechanics lien is acknowledged on equipment to secure the cost of all repairs thereto. Ring Power Corporation is not responsible for loss or damage to equipment in case of fire, theft, accident, or any other cause beyond our control. Replaced parts will be held for a period of ten days after work completion. The cost of labor and parts in determining any estimate shall be borne by the customer.

PO#: _____     Authorized Name: _____ (signature)

Date: _____                      _____ (print)

---

### *Thank you for this opportunity to serve your company*

---

**CONTACT INFORMATION:**

Prepared by: Derek Dobbs   Phone: +1-407-961-9262   Email: Derek.Dobbs@RingPower.Com   Fax:

## JOB SITE:   -

---

-This estimate is made subject to buyer's acceptance within (10) ten days from this date
-All prices are subject to change without notice, and those in effect on date of shipment shall prevail
-Terms are Net 30 Days from receipt of invoice
-Estimate excludes sales tax, incoming freight, environmental and additional charges for parts/labor not included in the above mentioned.
-Customer will be contacted should estimate exceed 10%

---

**THIS WORK ORDER IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS:**

1. AUTHORITY TO PERFORM REPAIRS  It is understood that, "upon receipt" of any item of equipment for repair, maintenance or other work, Ring Power may examine the item of equipment as to work which Ring Power may suggest to be performed in addition to whatever work, if any, might have been requested by customer. All work (requested by customer or suggested by Ring Power) to be noted on a form as supplied by Ring Power.
   a.   Time and Material Work - Ring Power will proceed with the work agreed upon at current labor and parts prices.
   b.   Firm Price - If requested, a firm price in writing will be given to the customer for labor and/or parts to do specific repair. Any agreed a upon repair order not covered by a firm written quotation will be billed at current time and material prices
   c.   Unforeseen Problems or Additional Repairs.  In the event that during the course of the Work, additional repair work is found to be necessary pursuant to Ring Power's examination and inspection of the Equipment, then in such event Ring Power will attempt to communicate with the Customer as to the additional repair work; provided, however, that in the event Ring Power is unable to communicate with the Customer, then Ring Power, at its sole discretion, shall have the absolute right to cease any and all repairs on the Equipment until such time as the additional repairs are discussed with the Customer. In the event the Customer consents to the additional repairs, Ring Power shall have the right to proceed with the repair of the same without further communication with the Customer and any and all additional repairs will be charged to the Customer at current time and material prices.

2. HOLD HARMLESS AGREEMENT FOR CUSTOMER PARTICIPATION IN SERVICE WORK - In the event customer or customers' personnel assists our mechanics in performing service work, customer agrees to hold harmless and fully indemnify Ring Power for injuries or damages to anyone arising out of customer assisting Ring Power personnel in servicing or repairing customer's equipment.

3. WARRANTY INFORMATION  - Ring Power warrants the work performed to be free from defects in material and workmanship for a period of ninety days. Ring Power's obligation under this warranty shall be limited to the repair or replacement at Ring Power's premises of those new parts previously installed or labor previously performed demonstrated to be defective. SUCH REMEDY SHALL CONSTITUTE CUSTOMER'S SOLE AND EXCLUSIVE REMEDY AND CUSTOMER HEREBY AGREES THAT NO OTHER REMEDY (INCLUDING, BUT NOT LIMITED TO CLAIMS FOR INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES, OR ANY CAUSE, LOSS, ACTION, CLAIM OR DAMAGE, INCLUDING LOSS OF TIME, WHATSOEVER, OR INJURY TO PERSON OR PROPERTY OR ANY OTHER CONSEQUENTIAL DAMAGE OR INCIDENTAL OR ECONOMIC LOSS) SHALL BE AVAILABLE TO CUSTOMER. THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OR MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. SUBSTANDARD REPAIR WORK MAY BE PERFORMED UPON REQUEST OF CUSTOMER AND ACCORDING TO CUSTOMER'S INSTRUCTIONS BUT SUCH WORK WILL CARRY ABSOLUTELY NO WARRANTY WHATSOEVER. CUSTOMER FURTHER ACKNOWLEDGES AND AGREES THAT NO VERBAL CONTRACTS, AGREEMENTS OR WARRANTIES OTHER THAN WHAT IS SET FORTH HEREIN HAVE BEEN RECEIVED OR GIVEN.

4. PAYMENT - Customer will make payment for services rendered by Ring Power pursuant to this work order at such times and in such manner as may be prescribed by Ring Power. In the event of nonpayment by a customer, the cost incurred by Ring Power in collecting the indebtedness, including attorney's fees and expenses, both in the trial court and on any and all appeals, with interest at the maximum rate allowed by law from date of expenditure, shall be added to the principal amount of the indebtedness owed to Ring Power. These provisions are not exclusive and Ring Power may elect other remedies at law and at equity.

5. RISK OF LOSS - Ring Power carries an Equipment Floater Insurance Policy covering all risk (except war, wear and tear, etc.) for the current value (replacement cost less depreciation) on customer's equipment in Ring Power's custody or control. All risk of loss and damage not covered in above policy shall be borne solely by its owner.

6. SEVERABILITY CLAUSE - Any provisions of this Agreement found to be prohibited by law shall be immediately ineffective to the extent of such prohibition without invalidating the rest of this Agreement.

7. APPLICABLE LAW - This Agreement shall be deemed to be governed by the laws of the State of Florida.

**Ring Power**  **CAT**

**MY LADY MAY**
757 5TH AVE
NEW YORK NY
10153

*PER YOUR REQUEST, WE HAVE ESTIMATED REPAIRS ON THE MACHINE LISTED BELOW. A REPAIR DESCRIPTION WITH LABOR AND/OR PARTS IS ATTACHED. UPON DISASSEMBLY OF THE COMPONENT(S) TO BE REPAIRED,ADDITIONAL PARTS AND LABOR MAY BE NECESSARY. IF SO, A QUOTE FOR ADDITIONAL REPAIRS WILL BE FORWARDED TO YOU FOR APPROVAL. NOTE: AN AUTHORIZED REPRESENTATIVE OF YOUR COMPANY SHOULD SIGN AND RETURN THIS REPAIR ESTIMATE. ONLY UPON RECEIPT OF THE SIGNED ESTIMATE WILL REPAIRS BE PERFORMED. A PURCHASE ORDER NUMBER SHOULD BE SUPPLIED IF REQUIRED BY YOUR COMPANY.*

| CUSTOMER NO. | QUOTE NO. | DATE | CONTACT |
|---|---|---|---|
| 784133 | 85398 | 7/28/2022 | RASMUS NIELSEN |
| **PHONE NO.** | **FAX NO.** | **EMAIL** | |
| 475 301 8961 | | chiefengineer@yachtladymay.com | |
| **MODEL** | **MAKE** | | **SERIAL NO.** |
| C32 | CATERPILLAR | | 0RNZ00997 |
| **UNIT NO.** | **HOURS** | **WO NO.** | **P.O. NO.** |
| | 987 | | |

**TRAVEL TO/FROM ENGINE**   (056 1000)

Total Estimated Labor:  10,432.00
Total Estimated Misc:  7,500.00

Segment 01 Total:  17,932.00

**REPLACE GEARS**   (510 7552)
NOTES:
2 TECHNICIANS WILL ATTEND VESSEL.
TRAVEL TO VESSEL IN BRIDGEPORT, CONNECTICUT.
ARRIVE AT VESSEL AND PLACE PROTECTION AS NEEDED TO PROTECT FLOORS AND PAINT.
CUSTOMER TO HAVE EITHER MARINE GEAR MOVED REARWARD OR ENGINE MOVED FORWARD.
INSPECT RIGGING AND SUPPORT OF ENGINE BEFORE START OF REPAIR.
REMOVE ENGINE OIL AND FILTERS, CUT FILTERS OPEN TO INSPECT FOR METAL DEBRIS WITHIN.
REMOVE ENGINE OIL PAN AND SUPPORT BENEATH ENGINE AND THEN REMOVE OIL PUMP FOR DISASSEMBLY AND INSPECTION.
REPLACE PUMP WITH REMAN IF DEEMED BAD BY CAT REUSE GUIDELINES.
REMOVE FLYWHEEL AND RIG TO SIDE.
REMOVE REAR CRANK SEAL.
REMOVE ANY BRACKETS AND LINES FROM TURBOS THAT ARE IN THE WAY FOR REMOVING REAR HOUSING, POSSIBLY INCLUDING DRAINING COOLANT FROM ENGINE.
REMOVE REAR PART OF REAR HOUSING TO ACCESS GEAR TRAIN. CLEAN AND INSPECT GEARTRAIN REPLACING ONLY PARTS FOUND TO BE OUTSIDE OF CAT REUSE GUIDELINES.

REPLACE REAR HOUSING GASKETS AND SEAL THEN
REINSTALL ON ENGINE.
CAMSHAFT DRIVE GEARS WILL HAVE TO BE REMOVED TO
REPLACE FUEL PUMP DRIVE GEAR - THIS WILL INCLUDE
VALVE COVER REMOVAL AND ROCKER SHAFT ASSEMBLIES
LOOSENED TO ALLOW CAMSHAFT GEAR TIMING, VALVES AND
INJECTORS WILL BE READJUSTED DURING REPAIRS AS
NEEDED.
REINSTALL REAR CRANKSHAFT SEAL AND REINSTALL
FLYWHEEL AND TORQUE ALL FASTENERS TO SPECS.
CLEAN AND THEN REINSTALL ENGINE OIL PAN WITH NEW
GASKETS AND FILL WITH OIL.
INSTALL NEW FUEL AND OIL FILTERS ALONG WITH NEW
FUEL TRANSFER PUMP AND REATTACH ALL FUEL LINES.
AIR LINES REMOVED BEFORE OUR ARRIVAL WILL BE
REINSTALLED WITH NEW SEALS AS WELL AS ANY TURBO
BRACKETS AND LINES REMOVED FOR REPAIR.
CUSTOMER WILL HAVE GEAR OR ENGINE RIGGED BACK INTO
PLACE AND ALIGNMENT CHECKED.
VESSEL WILL THEN BE SEA TRIALED FOR TWO HOURS TO
ENSURE PROPER REPAIRS AND NO LEAKS.
ALL REPAIRS COMPLETE AND ENGINE ROOM CLEAN AS
BEFORE REPAIRS BEGAN, CUSTOMER HAPPY.
TRAVEL TO FLORIDA AND FINALIZE ALL PAPER WORK AND
TOOLS.
**************************************************
AFTER ENGINE INSPECTION WE WILL PROVIDE REPORT OF
FINDINGS AND A QUOTE FOR ANY ADDITIONAL ITEMS
NEEDED WILL BE PROVIDED FOR APPROVAL.
**************************************************
CUSTOMER IS RESPONSIBLE FOR THE FOLLOWING:
-CLEAR ACCESS TO ENGINES AND BOAT DURING SERVICES
-JOB SITE DELAYS BEYOND RING POWER'S CONTROL
-INSPECTED ITEMS NOT MEETING CAT REUSE GUIDELINES
-FREIGHT/SHIPPING CHARGES IF APPLICABLE

| Part Number | Description | Qty | Unit Sell | Unit Disc | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 0315085 | BOLT | 6.00 | 5.74 | | 5.74 | 34.44 |
| 0619455 | SEAL | 1.00 | 14.18 | | 14.18 | 14.18 |
| 0R8210 | PUMP GP | 1.00 | 801.60 | | 801.60 | 801.60 |
| 0R8210 | CORE | 1.00 | 1,167.62 | | 1,167.62 | 0.00 |
| 1011365 | PLATE THRUST | 1.00 | 36.17 | | 36.17 | 36.17 |
| 1025861 | PLATE THRUST | 2.00 | 60.98 | | 60.98 | 121.96 |
| 1090076 | SEAL O RING | 4.00 | 9.98 | | 9.98 | 39.92 |
| 1123540 | SEAL O RING | 2.00 | 11.93 | | 11.93 | 23.86 |
| 113-5304 | SEAL | 1.00 | 21.89 | | 21.89 | 21.89 |
| 1142687 | SEAL-O-RING | 2.00 | 5.46 | | 5.46 | 10.92 |
| 1178801 | SEAL O RING | 2.00 | 25.84 | | 25.84 | 51.68 |
| 1305694 | SEAL-O-RING | 4.00 | 32.06 | | 32.06 | 128.24 |
| 136-7227 | SEAL O RING | 2.00 | 6.61 | | 6.61 | 13.22 |
| 1425868 | SEAL GP-CSHF | 1.00 | 107.16 | | 107.16 | 107.16 |
| 1808424 | SEAL-O-RING | 6.00 | 1.22 | | 1.22 | 7.32 |
| 1851497 | GEAR AS-IDLE | 1.00 | 1,042.95 | | 1,042.95 | 1,042.95 |
| 2054831 | SEAL-O-RING | 2.00 | 1.82 | | 1.82 | 3.64 |
| 20R0967 | PUMP GP F | 1.00 | 466.89 | | 466.89 | 466.89 |
| 20R0967 | CORE | 1.00 | 176.31 | | 176.31 | 0.00 |

| 2241215 | STUBSHAFT | 1.00 | 750.28 | 750.28 | 750.28 |
| 2241219 | STUBSHAFT | 1.00 | 331.74 | 331.74 | 331.74 |
| 2241220 | PLATE | 1.00 | 80.24 | 80.24 | 80.24 |
| 2241221 | STUBSHAFT | 1.00 | 369.30 | 369.30 | 369.30 |
| 2249657 | ADAPTER AS. | 2.00 | 163.09 | 163.09 | 326.18 |
| 2251242 | GASKET | 1.00 | 148.54 | 148.54 | 148.54 |
| 2264753 | GASKET | 2.00 | 3.58 | 3.58 | 7.16 |
| 2275538 | SEAL-O-RING | 6.00 | 34.21 | 34.21 | 205.26 |
| 2287090 | SEAL-O-RING | 2.00 | 5.38 | 5.38 | 10.76 |
| 2306202 | GEAR AS | 1.00 | 1,288.05 | 1,288.05 | 1,288.05 |
| 2314708 | SEAL-O-RING | 2.00 | 2.81 | 2.81 | 5.62 |
| 2348937 | SEAL-INTEGRA | 2.00 | 13.58 | 13.58 | 27.16 |
| 2361525 | SEAL-INTEGRA | 1.00 | 670.39 | 670.39 | 670.39 |
| 2453804 | BOLT-HEX HEA | 1.00 | 2.38 | 2.38 | 2.38 |
| 2556863 | GASKET | 2.00 | 110.83 | 110.83 | 221.66 |
| 2804155 | SEAL-INTEGRA | 1.00 | 41.86 | 41.86 | 41.86 |
| 2804155 | SEAL-INTEGRA | 1.00 | 41.86 | 41.86 | 41.86 |
| 3316185 | GEAR AS-IDLE | 1.00 | 1,735.83 | 1,735.83 | 1,735.83 |
| 3316188 | GEAR AS-CAMS | 2.00 | 712.87 | 712.87 | 1,425.74 |
| 3430793 | GASKET | 2.00 | 90.18 | 90.18 | 180.36 |
| 3890433 | FILTER-FUEL | 2.00 | 72.80 | 72.80 | 145.60 |
| 3890434 | FILTER LUBE | 2.00 | 41.08 | 41.08 | 82.16 |
| 3B1915 | BOLT | 2.00 | 0.69 | 0.69 | 1.38 |
| 3E6773 | SEAL O RING | 2.00 | 24.68 | 24.68 | 49.36 |
| 428-9129 | GASKET | 2.00 | 61.47 | 61.47 | 122.94 |
| 4289129 | GASKET | 2.00 | 61.47 | 61.47 | 122.94 |
| 4755915 | PLATE-SEALIN | 2.00 | 321.56 | 321.56 | 643.12 |
| 4N0848 | SLEEVE | 1.00 | 39.10 | 39.10 | 39.10 |
| 4N0913 | SCREEN | 1.00 | 60.12 | 60.12 | 60.12 |
| 4P-4460 | GASKET | 2.00 | 1.09 | 1.09 | 2.18 |
| 5024034 | SEAL-O-RING | 1.00 | 29.50 | 29.50 | 29.50 |
| 5B0213 | BOLT | 6.00 | 1.10 | 1.10 | 6.60 |
| 5E8771 | O RING | 2.00 | 23.98 | 23.98 | 47.96 |
| 5M2894 | WASHER | 2.00 | 0.43 | 0.43 | 0.86 |
| 5P4255 | BOLT | 4.00 | 0.61 | 0.61 | 2.44 |
| 5P5846 | SEAL O RING | 1.00 | 17.55 | 17.55 | 17.55 |
| 5P7701 | SEAL | 1.00 | 9.05 | 9.05 | 9.05 |
| 5P7814 | SEAL | 2.00 | 4.41 | 4.41 | 8.82 |
| 5P7815 | SEAL-O-RING | 1.00 | 10.59 | 10.59 | 10.59 |
| 5P8068 | SEAL | 4.00 | 16.36 | 16.36 | 65.44 |
| 5P8068 | SEAL | 1.00 | 16.36 | 16.36 | 16.36 |
| 6V3250 | SEAL O RING | 4.00 | 1.26 | 1.26 | 5.04 |
| 6V3830 | SEAL O RING | 1.00 | 15.29 | 15.29 | 15.29 |
| 6V3917 | SEAL O RING | 4.00 | 33.07 | 33.07 | 132.28 |
| 6V5050 | SEAL-O-RING | 2.00 | 7.77 | 7.77 | 15.54 |
| 6V5063 | SEAL O RING | 1.00 | 1.88 | 1.88 | 1.88 |
| 6V5064 | SEAL O RING | 1.00 | 2.12 | 2.12 | 2.12 |
| 6V6609 | SEAL | 4.00 | 1.40 | 1.40 | 5.60 |
| 6V9027 | SEAL-O-RING | 1.00 | 1.10 | 1.10 | 1.10 |

| 7B3235 | CAP SCREW | 8.00 | 1.15 | 1.15 | 9.20 |
| 7C0307 | GASKET | 4.00 | 1.62 | 1.62 | 6.48 |
| 7J2036 | SEAL O RING | 2.00 | 3.07 | 3.07 | 6.14 |
| 7M7273 | GASKET | 2.00 | 11.86 | 11.86 | 23.72 |
| 7N7559 | GASKET | 2.00 | 1.33 | 1.33 | 2.66 |
| 7N7628 | GASKET | 8.00 | 1.61 | 1.61 | 12.88 |
| 8C3089 | SEAL FACE | 1.00 | 17.43 | 17.43 | 17.43 |
| 8L2786 | O RING | 3.00 | 5.88 | 5.88 | 17.64 |
| 9H8872 | GASKET | 1.00 | 2.90 | 2.90 | 2.90 |

|  |  |  | **Total Estimated Parts:** | 14,807.56 |
|  |  |  | **Total Estimated Labor:** | 59,280.00 |
|  |  |  | **Total Estimated Misc:** | 1,500.00 |

|  |  |  | **Segment 02 Total:** | 75,587.56 |
|  |  |  | **Total Segments:** | 93,519.56 |

| **ENVIRONMENTAL/MISCELLANEOUS** | 300.00 |
| **SUB TOTAL (BEFORE TAXES)** | 93,819.56 |
| **TOTAL ESTIMATE** | 93,819.56 |

I hereby authorize the above repair work to be done along with the necessary materials. Ring Power Corporation and it's employees may operate above equipment for purposes of testing. Inspection or delivery at my risk. An expressed mechanics lien is acknowledged on equipment to secure the cost of all repairs thereto. Ring Power Corporation is not responsible for loss or damage to equipment in case of fire, theft, accident, or any other cause beyond our control. Replaced parts will be held for a period of ten days after work completion. The cost of labor and parts in determining any estimate shall be borne by the customer.

PO#: _____     Authorized Name: _____  (signature)

Date: _____            _____  (print)

### *Thank you for this opportunity to serve your company*

**CONTACT INFORMATION:**

Prepared by: Derek Dobbs   Phone: +1-407-961-9262   Email: Derek.Dobbs@RingPower.Com   Fax:

## JOB SITE:    - BRIDGEPORT CONNECTICUT

-This estimate is made subject to buyer's acceptance within (10) ten days from this date
-All prices are subject to change without notice, and those in effect on date of shipment shall prevail
-Terms are Net 30 Days from receipt of invoice
-Estimate excludes sales tax, incoming freight, environmental and additional charges for parts/labor not included in the above mentioned.
-Customer will be contacted should estimate exceed 10%

## THIS WORK ORDER IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS:

1.  AUTHORITY TO PERFORM REPAIRS  It is understood that, "upon receipt" of any item of equipment for repair, maintenance or other work, Ring Power may examine the item of equipment as to work which Ring Power may suggest to be performed in addition to whatever work, if any, might have been requested by customer. All work (requested by customer or suggested by Ring Power) to be noted on a form as supplied by Ring Power.
   a.   Time and Material Work - Ring Power will proceed with the work agreed upon at current labor and parts prices.
   b.   Firm Price - If requested, a firm price in writing will be given to the customer for labor and/or parts to do specific repair. Any agreed a upon repair order not covered by a firm written quotation will be billed at current time and material prices
   c.   Unforeseen Problems or Additional Repairs.  In the event that during the course of the Work, additional repair work is found to be necessary pursuant to Ring Power's examination and inspection of the Equipment, then in such event Ring Power will attempt to communicate with the Customer as to the additional repair work; provided, however, that in the event Ring Power is unable to communicate with the Customer, then Ring Power, at its sole discretion, shall have the absolute right to cease any and all repairs on the Equipment until such time as the additional repairs are discussed with the Customer. In the event the Customer consents to the additional repairs, Ring Power shall have the right to proceed with the repair of the same without further communication with the Customer and any and all additional repairs will be charged to the Customer at current time and material prices.

2.  HOLD HARMLESS AGREEMENT FOR CUSTOMER PARTICIPATION IN SERVICE WORK- In the event customer or customers' personnel assists our mechanics in performing service work, customer agrees to hold harmless and fully indemnify Ring Power for injuries or damages to anyone arising out of customer assisting Ring Power personnel in servicing or repairing customer's equipment.

3.  WARRANTY INFORMATION  - Ring Power warrants the work performed to be free from defects in material and workmanship for a period of ninety days. Ring Power's obligation under this warranty shall be limited to the repair or replacement at Ring Power's premises of those new parts previously installed or labor previously performed demonstrated to be defective. SUCH REMEDY SHALL CONSTITUTE CUSTOMER'S SOLE AND EXCLUSIVE REMEDY AND CUSTOMER HEREBY AGREES THAT NO OTHER REMEDY (INCLUDING, BUT NOT LIMITED TO CLAIMS FOR INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES, OR ANY CAUSE, LOSS, ACTION, CLAIM OR DAMAGE, INCLUDING LOSS OF TIME, WHATSOEVER, OR INJURY TO PERSON OR PROPERTY OR ANY OTHER CONSEQUENTIAL DAMAGE OR INCIDENTAL OR ECONOMIC LOSS) SHALL BE AVAILABLE TO CUSTOMER. THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OR MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. SUBSTANDARD REPAIR WORK MAY BE PERFORMED UPON REQUEST OF CUSTOMER AND ACCORDING TO CUSTOMER'S INSTRUCTIONS BUT SUCH WORK WILL CARRY ABSOLUTELY NO WARRANTY WHATSOEVER. CUSTOMER FURTHER ACKNOWLEDGES AND AGREES THAT NO VERBAL CONTRACTS, AGREEMENTS OR WARRANTIES OTHER THAN WHAT IS SET FORTH HEREIN HAVE BEEN RECEIVED OR GIVEN.

4.  PAYMENT - Customer will make payment for services rendered by Ring Power pursuant to this work order at such times and in such manner as may be prescribed by Ring Power. In the event of nonpayment by a customer, the cost incurred by Ring Power in collecting the indebtedness, including attorney's fees and expenses, both in the trial court and on any and all appeals, with interest at the maximum rate allowed by law from date of expenditure, shall be added to the principal amount of the indebtedness owed to Ring Power. These provisions are not exclusive and Ring Power may elect other remedies at law and at equity.

5.  RISK OF LOSS - Ring Power carries an Equipment Floater Insurance Policy covering all risk (except war, wear and tear, etc.) for the current value (replacement cost less depreciation) on customer's equipment in Ring Power's custody or control. All risk of loss and damage not covered in above policy shall be borne solely by its owner.

6.  SEVERABILITY CLAUSE - Any provisions of this Agreement found to be prohibited by law shall be immediately ineffective to the extent of such prohibition without invalidating the rest of this Agreement.

7.  APPLICABLE LAW - This Agreement shall be deemed to be governed by the laws of the State of Florida.

Bridgeport Boatworks
731 Seaview Ave
Bridgeport, CT 06607
United States
(860) 536-9651



# Estimate

Bilge Board Replacement 2022

**ID:** 6234

| Contact | Vessel |
|---|---|
| Lloyd Benard | Lady May |
| captain@yachtladymay.com | Dimensions: 151 ' x 32 ' x 7 ' |
| 1 3057994799 | Make: Feadship |
| | Weight: 0 |

## 1. Bilge Board Replacement                                       $2,280.76

**Comments:** 1. Template Existing Starboard Board
2. Bevel all Edges
3. Cut out Holes for lift points and bevel edge

| Labor | Rate | Qty | Total |
|---|---|---|---|
| • Subcontractor Labor BB  **Comments:** 1. Template Existing Starboard Board 2. Bevel all Edges 3. Cut out Holes for lift points and bevel edges  Lead Time 2 Weeks  \*\*Color may differ slightly from original Color\*\* | $2,193.04 Flat Fee | 1 | $2,193.04 N |

| Charge | Rate | Qty | Total |
|---|---|---|---|
| • Environmental & Safety Fee BB | 4% (Parts and Labor) | 1 | $87.72 N |

| Labor | Parts | Charges | Subtotal | Tax | Total |
|---|---|---|---|---|---|
| $2,193.04 | $0.00 | $87.72 | $2,280.76 | $0.00 | $2,280.76 |

## Terms and Conditions

We are pleased to provide this Estimate for repair work on your vessel.

This Budgetary Estimate is based upon our inspection of your vessel, information that you have provided to us, and our experience regarding similar vessels and work. It is possible that defective parts or other issues with your vessel will be discovered after our work has begun and, for these reasons, this Estimate does not include additional parts or labor that may be required after the job has begun. We will notify you of any such issues if they should arise. Tax, Enviromental and Subcontractor charges may be additional if applicable.

The pricing set forth in this Estimate is based on the assumptions, exclusions and scope of work set forth herein, and is valid for fourteen (14) days from the date of the Estimate.

Your acceptance of this Estimate is subject to the terms and conditions attached hereto as Exhibit A. A 50% deposit of the Estimate total is required at the time of approval, with the balance and any additional charges due upon completion.

Should this Estimate and Terms and Conditions meet with your approval, kindly sign and return at your earliest convenience. If you have any questions or concerns, please do not hesitate to contact us.

Sincerely,

Bridgeport Boatworks Representative_____9/12/2022__

_____

Customer Signature:_____

Printed Name:_____ Lloyd Bernard_____

Date:_____ 12 September 2022_____

**Notice**

This Estimate is not an invoice and does not represent the final amount due or the balance on this Estimate. For questions or concerns, please call Bridgeport Boatworks at (860) 536-9651.

Exhibit A

Terms and Conditions

1. Applicability: These terms and conditions ("Terms") are the only terms which govern the services ("Services") to be provided by Bridgeport Boatworks to the owner ("Owner") of the vessel(s) ("Vessel") listed in the accompanying estimate ("Estimate"). The Terms and Estimate are collectively referred to herein as the "Agreement." These Terms shall prevail over any prior agreements or discussions between Bridgeport Boatworks and the Owner. Owner will be deemed to have accepted these Terms upon Bridgeport Boatworks' commencement of performance of the Services or Owner's return of the signed Agreement, whichever is earlier.

2. Compensation: In consideration of the performance by Bridgeport Boatworks of the Services, Owner agrees to pay Bridgeport Boatworks the fee set forth in the Estimate/Invoice (or the portion earned) upon receipt of submission of Bridgeport Boatworks' invoice or as otherwise set forth in the Agreement. In addition, Owner shall reimburse Bridgeport Boatworks for reasonable expenses incurred in performance of the Services, including but not limited to travel expenses, storage charges, shipping charges, and other reasonable expenses incurred in Bridgeport Boatworks' performance of the Services. Owner shall pay such reimbursable expenses upon receipt following Owner's receipt of an invoice containing such expenses. Any amounts due to Bridgeport Boatworks from Owner under this Agreement shall, after a thirty (30) day grace period, bear interest from the due date at the maximum rate allowed by applicable law.

3. Change Requests: Owner may request a change to any portion of the Services at any time by submitting such request in writing to Bridgeport Boatworks ("Change Request"). Within a reasonable time after receipt of a Change Request from Owner, Bridgeport Boatworks shall evaluate the impact of the Change Request and provide Owner with a written statement setting forth its estimate of the cost of the change. Within a reasonable time after receipt of a Change Request from Bridgeport Boatworks, Owner shall provide a written acceptance or rejection of the Change Request. Bridgeport Boatworks' fee for the Services shall be adjusted to the extent of any increase in Services, at a fixed amount as agreed by the parties, or if the parties do not agree to a fixed amount, on a time and materials (T&M) basis at the rates set forth herin, or if no rates are set forth, at rates agreed by the parties. Bridgeport Boatworks shall not be required to proceed with a change in services absent

agreement by the parties in writing.

4. Warranty: Bridgeport Boatworks warrants that the Services shall be performed using personnel of required skill, experience and qualifications in a professional and workmanlike manner. Other than as set forth herein, Bridgeport Boatworks makes no warranties regarding workmanship or materials, either express or implied, including any implied warranty or merchantability, fitness for a particular purpose or seaworthiness.

5. Fees and Costs: Owner shall reimburse Bridgeport Boatworks for all costs incurred in collecting any late payments, including, without limitation, attorneys' fees. In addition to all other remedies available under this Agreement or at law (which Bridgeport Boatworks does not waive by the exercise of any rights hereunder), Bridgeport Boatworks shall be entitled to suspend the delivery of any goods or performance of any services hereunder if the Owner fails to pay any amounts when due hereunder.

6. Liability of Bridgeport Boatworks: Bridgeport Boatworks shall have no liability for any matters arising out of or related to this Agreement except to the extent caused by the sole negligence of Bridgeport Boatworks or those for whom it is directly responsible. In no event shall Bridgeport Boatworks' liability for any matters arising out of or related to this Agreement exceed the fee paid to Bridgeport Boatworks under this Agreement. No principal, partner, member, director, officer, agent, servant, employee, or consultant of Bridgeport Boatworks shall have any personal liability relating to the subject matter of this Agreement.

7. Insurance: Owner shall at all times maintain adequate and customary insurance covering the Vessel for the duration of the Services, including while the Vessel is in the custody and/or control of Bridgeport Boatworks. Owner and Bridgeport Boatworks each hereby waive their entire right of recovery against the other for injury, loss, or damage to the extent covered by insurance proceeds received by the damaged party. All policies required hereunder shall provide that the respective carrier(s) waives all rights of subrogation with respect to losses payable under such policies.

8. Termination: Bridgeport Boatworks shall have the right to terminate this Agreement upon seven (7) days' written notice in the event that Owner is in material breach of its obligations hereunder. In the event the Agreement is terminated for any reason prior to the completion of the Services, then, in addition to the reimbursable expenses detailed herein, Owner shall pay to Bridgeport Boatworks the balance of the remaining fee as of the date of termination, representing payment for demobilization costs, opportunity costs, and anticipated lost profit. Bridgeport Boatworks' exercise of its rights under this section shall not in any way limit or abridge other remedies available to it under the Agreement or applicable law, including any lien rights with respect to the Vessel.

9. Force Majeure: Bridgeport Boatworks shall not be liable or responsible to the Owner, nor be deemed to have defaulted or breached this Agreement, for any failure or delay in fulfilling or performing any term of this Agreement when and to the extent such failure or delay is caused by or results from acts or circumstances beyond the reasonable control of Bridgeport Boatworks including, without

limitation, acts of God, flood, fire, earthquake, explosion, governmental actions, war, terrorist threats or acts, riot, or other civil unrest, public emergency, epidemics or pandemics, lockouts, strikes or other labor disputes, or restraints or delays affecting carriers or inability or delay in obtaining supplies

other labor disputes, or restraints or delays affecting carriers or inability or delay in obtaining supplies of adequate or suitable materials, materials or telecommunication breakdown or power outage.

10. General Provisions:

a.  Owner hereby grants Bridgeport Boatworks, its agents and employees, permission to operate the Vessel for the purpose of testing and/or inspection.

b.  Owner shall remove all articles of personal property, gear, or other appurtenances not necessary for the performance of the Services from the Vessel prior to delivery of the Vessel to Bridgeport Boatworks. Bridgeport Boatworks shall not be responsible for damage to or loss of any such articles of personal property, gear, or other appurtenances left aboard the Vessel, due to fire, theft, pilferage, or otherwise. Delivery of the Vessel does not constitute a bailment of any articles of personal property, gear, or other appurtenances left on the Vessel which are not necessary for the performance of the Services.

c. This Agreement constitutes the entire agreement between the parties hereto regarding the subject matter hereof, and supersedes all prior agreements, whether written or oral.

d. No change, modification, or amendment shall be made to this Agreement unless set forth in writing and signed by the parties hereto.

e. All express representations, warranties, indemnifications, and limits of liability included in this Agreement will survive its completion or termination for any reason. If any provision of this Agreement shall be held invalid, illegal or unenforceable by a court of competent jurisdiction, the validity, legality and enforceability of the remaining provisions shall in no way be affected or impaired thereby. The remaining provisions shall remain in full force and effect, as if the unenforceable provision had been deleted. The parties agree to replace any omitted provision with a valid provision that comes as close as possible to the intent of the omitted provision.

f. This Agreement shall be governed by and construed under the laws of the state in which the Services are performed, without regard to its conflicts of laws principles.

g. Bridgeport Boatworks and Owner will first attempt to resolve disputes or disagreements through discussions between their respective representatives, who shall meet upon the request of either party as soon as conveniently possible to attempt to resolve such dispute or disagreement. If after meeting, the representatives determine that the dispute or disagreement cannot be resolved on terms satisfactory to both parties, the parties shall submit the dispute or disagreement to non-binding mediation. The mediation shall be conducted by a mutually agreeable impartial mediator, or if the parties cannot so agree, a mediator designated by the American Arbitration Association ("AAA"). If a dispute has not been resolved in accordance with the procedures set forth above, such disputes shall be decided by arbitration in accordance with the applicable AAA rules then in effect, unless the parties mutually agree otherwise. The award of the arbitrator(s) shall be final and binding upon the parties without the right of appeal to the courts. Judgment may be entered upon it in accordance with applicable law by any court having jurisdiction thereof.

---

**Notice**

This estimate is not an invoice and does not represent the final amount due or the balance on this estimate.

For questions or concerns, please call Bridgeport Boatworks at (860) 536-9651.

Bridgeport Boatworks
731 Seaview Ave
Bridgeport, CT 06607
United States
(860) 536-9651



# Estimate

LADY MAY- BOW REPAINT ESTIMATE 2022

**ID:** 6235

| Contact | Vessel |
|---|---|
| Lloyd Benard | Lady May |
| captain@yachtladymay.com | Dimensions: 151 ' x 32 ' x 7 ' |
| 1 3057994799 | Make: Feadship |
| | Weight: 0 |

**Estimate Comments**

This is the budgetary estimate for the yard period for the 152' motor vessel LADY MAY.

This estimate is subject to the Naval Architect / Pre-Haul Engineering Evaluation, to determine if this vessel can be safely lifted with Bridgeport Boatworks Marine Travelift.

This estimate does not include CT Sales Tax.

A deposit of $4576.00 is requested to secure estimated labor.

## 1. Paint Correction on Bow of Vessel                                    $9,152.00

**Comments:** This is the budgetary estimate for the yard period for the 152' motor vessel LADY MAY.
This estimate is subject to the Naval Architect / Pre-Haul Engineering Evaluation, to determine if this vessel can be safely lifted with Bridgeport Boatworks Marine Travelift.
1. This estimate does not include CT Sales Tax. 2. This estimate does not include man lifts.
3. This estimate is based on vessel being out of the water.

| Labor | Rate | Qty | Total |
|---|---|---|---|
| Subcontractor Labor BB<br>**Comments:** Prep, grind, fill & fair blister repair. Apply high build, sand and apply 545.<br>Clean and apply metallic top coat (TBD). | $2,800.00 Flat Fee | 1 | $2,800.00 N |
| Subcontractor Labor BB<br>**Comments:** Tenting and Scaffolding Cost | $5,000.00 Flat Fee | 1 | $5,000.00 N |

| Part | Rate | Qty | Total |
|---|---|---|---|
| Estimated Parts BB | $1,000.00 | 1 | $1,000.00 T |

| Charge | Rate | Qty | Total |
|---|---|---|---|
| Environmental & Safety Fee BB | 4% (Parts and Labor) | 1 | $352.00 N |

| Labor | Parts | Charges | Subtotal | Tax | Total |
|---|---|---|---|---|---|
| $7,800.00 | $1,000.00 | $352.00 | $9,152.00 | $63.50 | $9,215.50 |

**Terms and Conditions**

We are pleased to provide this Estimate for repair work on your vessel.

This Budgetary Estimate is based upon our inspection of your vessel, information that you have provided to us, and

our experience regarding similar vessels and work. It is possible that defective parts or other issues with

your vessel will be discovered after our work has begun and, for these reasons, this Estimate does not include additional parts or labor that may be required after the job has begun. We will notify you of any such issues if they should arise. Tax, Enviromental and Subcontractor charges may be additional if applicable.

The pricing set forth in this Estimate is based on the assumptions, exclusions and scope of work set forth herein, and is valid for fourteen (14) days from the date of the Estimate.

Your acceptance of this Estimate is subject to the terms and conditions attached hereto as Exhibit A. A deposit is required at the time of approval, with the balance and any additional charges due upon completion. A payment schedule will be provided by Bridgeport Boatworks, laying out the estimated expenses for the upcoming months work. This will allow the customer to budget/make payment on a monthly basis and keep account in the positive at all times.

Should this Estimate and Terms and Conditions meet with your approval, kindly sign and return at your earliest convenience. If you have any questions or concerns, please do not hesitate to contact us.

Sincerely,

Bridgeport Boatworks Representative_____9/12/2022_____

_____

Customer Signature:_____

Printed Name:_____Lloyd Bernard_____

Date:_____12 September 2022_____

**Notice**

This Estimate is not an invoice and does not represent the final amount due or the balance on this Estimate. For questions or concerns, please call Bridgeport Boatworks at (860) 536-9651.

Exhibit A

Terms and Conditions

1. Applicability: These terms and conditions ("Terms") are the only terms which govern the services ("Services") to be provided by Bridgeport Boatworks to the owner ("Owner") of the vessel(s) ("Vessel") listed in the accompanying estimate ("Estimate"). The Terms and Estimate are collectively referred to herein as the "Agreement." These Terms shall prevail over any prior agreements or discussions between Bridgeport Boatworks and the Owner. Owner will be deemed to have accepted these Terms upon Bridgeport Boatworks' commencement of performance of the Services or Owner's return of the signed Agreement, whichever is earlier.

2. Compensation: In consideration of the performance by Bridgeport Boatworks of the Services, Owner agrees to pay Bridgeport Boatworks the fee set forth in the Estimate/Invoice (or the portion earned) upon receipt of submission of Bridgeport Boatworks' invoice or as otherwise set forth in the Agreement. In addition, Owner shall reimburse Bridgeport Boatworks for reasonable expenses incurred in performance of the Services, including but not limited to travel expenses, storage charges, shipping charges, and other reasonable expenses incurred in Bridgeport Boatworks' performance of the Services. Owner shall pay such reimbursable expenses upon receipt following Owner's receipt of an invoice containing such expenses. Any amounts due to Bridgeport Boatworks from

Owner under this Agreement shall, after a thirty (30) day grace period, bear interest from the due date at the maximum rate allowed by applicable law.

3. Change Requests: Owner may request a change to any portion of the Services at any time by submitting such request in writing to Bridgeport Boatworks ("Change Request"). Within a reasonable time after receipt of a Change Request from Owner, Bridgeport Boatworks shall evaluate the impact of the Change Request and provide Owner with a written statement setting forth its estimate of the cost of the change. Within a reasonable time after receipt of a Change Request from Bridgeport Boatworks, Owner shall provide a written acceptance or rejection of the Change Request. Bridgeport Boatworks' fee for the Services shall be adjusted to the extent of any increase in Services, at a fixed amount as agreed by the parties, or if the parties do not agree to a fixed amount, on a time and materials (T&M) basis at the rates set forth herin, or if no rates are set forth, at rates agreed by the parties. Bridgeport Boatworks shall not be required to proceed with a change in services absent agreement by the parties in writing.

4. Warranty: Bridgeport Boatworks warrants that the Services shall be performed using personnel of required skill, experience and qualifications in a professional and workmanlike manner. Other than as set forth herein, Bridgeport Boatworks makes no warranties regarding workmanship or materials, either express or implied, including any implied warranty or merchantability, fitness for a particular purpose or seaworthiness.

5. Fees and Costs: Owner shall reimburse Bridgeport Boatworks for all costs incurred in collecting any late payments, including, without limitation, attorneys' fees. In addition to all other remedies available under this Agreement or at law (which Bridgeport Boatworks does not waive by the exercise of any rights hereunder), Bridgeport Boatworks shall be entitled to suspend the delivery of any goods or performance of any services hereunder if the Owner fails to pay any amounts when due hereunder.

6. Liability of Bridgeport Boatworks: Bridgeport Boatworks shall have no liability for any matters arising out of or related to this Agreement except to the extent caused by the sole negligence of Bridgeport Boatworks or those for whom it is directly responsible. In no event shall Bridgeport Boatworks' liability for any matters arising out of or related to this Agreement exceed the fee paid to Bridgeport Boatworks under this Agreement. No principal, partner, member, director, officer, agent, servant, employee, or consultant of Bridgeport Boatworks shall have any personal liability relating to the subject matter of this Agreement.

7. Insurance: Owner shall at all times maintain adequate and customary insurance covering the Vessel for the duration of the Services, including while the Vessel is in the custody and/or control of Bridgeport Boatworks. Owner and Bridgeport Boatworks each hereby waive their entire right of recovery against the other for injury, loss, or damage to the extent covered by insurance proceeds received by the damaged party. All policies required hereunder shall provide that the respective carrier(s) waives all rights of subrogation with respect to losses payable under such policies.

8. Termination: Bridgeport Boatworks shall have the right to terminate this Agreement upon seven (7) days' written notice in the event that Owner is in material breach of its obligations hereunder. In the event the Agreement is terminated for any reason prior to the completion of the Services, then, in

event the Agreement is terminated for any reason prior to the completion of the Services, then, in addition to the reimbursable expenses detailed herein, Owner shall pay to Bridgeport Boatworks the balance of the remaining fee as of the date of termination, representing payment for demobilization costs, opportunity costs, and anticipated lost profit. Bridgeport Boatworks' exercise of its rights under this section shall not in any way limit or abridge other remedies available to it under the Agreement or applicable law, including any lien rights with respect to the Vessel.

9. Force Majeure: Bridgeport Boatworks shall not be liable or responsible to the Owner, nor be deemed to have defaulted or breached this Agreement, for any failure or delay in fulfilling or performing any term of this Agreement when and to the extent such failure or delay is caused by or results from acts or circumstances beyond the reasonable control of Bridgeport Boatworks including, without limitation, acts of God, flood, fire, earthquake, explosion, governmental actions, war, terrorist threats or acts, riot, or other civil unrest, public emergency, epidemics or pandemics, lockouts, strikes or other labor disputes, or restraints or delays affecting carriers or inability or delay in obtaining supplies of adequate or suitable materials, materials or telecommunication breakdown or power outage.

10. General Provisions:

a. Owner hereby grants Bridgeport Boatworks, its agents and employees, permission to operate the Vessel for the purpose of testing and/or inspection.

b. Owner shall remove all articles of personal property, gear, or other appurtenances not necessary for the performance of the Services from the Vessel prior to delivery of the Vessel to Bridgeport Boatworks. Bridgeport Boatworks shall not be responsible for damage to or loss of any such articles of personal property, gear, or other appurtenances left aboard the Vessel, due to fire, theft, pilferage, or otherwise. Delivery of the Vessel does not constitute a bailment of any articles of personal property, gear, or other appurtenances left on the Vessel which are not necessary for the performance of the Services.

c. This Agreement constitutes the entire agreement between the parties hereto regarding the subject matter hereof, and supersedes all prior agreements, whether written or oral.

d. No change, modification, or amendment shall be made to this Agreement unless set forth in writing and signed by the parties hereto.

e. All express representations, warranties, indemnifications, and limits of liability included in this Agreement will survive its completion or termination for any reason. If any provision of this Agreement shall be held invalid, illegal or unenforceable by a court of competent jurisdiction, the validity, legality and enforceability of the remaining provisions shall in no way be affected or impaired thereby. The remaining provisions shall remain in full force and effect, as if the unenforceable provision had been deleted. The parties agree to replace any omitted provision with a valid provision that comes as close as possible to the intent of the omitted provision.

f. This Agreement shall be governed by and construed under the laws of the state in which the Services are performed, without regard to its conflicts of laws principles.

g. Bridgeport Boatworks and Owner will first attempt to resolve disputes or disagreements through discussions between their respective representatives, who shall meet upon the request of either party as soon as conveniently possible to attempt to resolve such dispute or disagreement. If after meeting, the representatives determine that the dispute or disagreement

cannot be resolved on terms satisfactory to both parties, the parties shall submit the dispute or disagreement to non-binding mediation. The mediation shall be conducted by a mutually agreeable impartial mediator, or if the parties cannot so agree, a mediator designated by the

American Arbitration Association ("AAA"). If a dispute has not been resolved in accordance

with the procedures set forth above, such disputes shall be decided by arbitration in accordance

with the applicable AAA rules then in effect, unless the parties mutually agree otherwise. The

award of the arbitrator(s) shall be final and binding upon the parties without the right of appeal

to the courts. Judgment may be entered upon it in accordance with applicable law by any court

having jurisdiction thereof.

**Notice**

This estimate is not an invoice and does not represent the final amount due or the balance on this estimate.

For questions or concerns, please call Bridgeport Boatworks at (860) 536-9651.



Bridgeport Boatworks
731 Seaview Ave
Bridgeport, CT 06607
United States
(860) 536-9651

# Estimate

LADY MAY- HAUL OUT 2022

**ID:** 6240

| Contact | Vessel |
|---|---|
| Lloyd Benard | Lady May |
| captain@yachtladymay.com | Dimensions: 151 ' x 32 ' x 7 ' |
| 1 3057994799 | Make: Feadship |
| | Weight: 0 |

## Estimate Comments

This is the budgetary estimate for the hauling & Launching of the 151' motor yacht LADY MAY.
A deposit of $7,000 is requested to secure estimated operations.
This estimate does not include CT Sales Tax.

## 1. 700 Haul & Launch Up To 330T Or Max 150' BB                    $13,117.52

| Labor | Rate | Qty | Total |
|---|---|---|---|
| 700 Haul & Launch Up To 430T Max 180' BB | $55.00 Per Foot | 151 ft | $8,305.00 N |
| Blocking $7 Per Foot BB | $7.00 Per Foot flat | 151 | $1,057.00 N |
| Diver Fee BB | $1,600.00 Flat Fee | 1 | $1,600.00 N |
| Naval Architect BB | $1,500.00 Flat Fee | 1 | $1,500.00 N |

| Part | Rate | Qty | Total |
|---|---|---|---|
| Blocking Materials | $1.00 | 151 | $151.00 N |

| Charge | Rate | Qty | Total |
|---|---|---|---|
| Environmental & Safety Fee BB | 4% (Parts and Labor) | 1 | $504.52 N |

| Labor | Parts | Charges | Subtotal | Tax | Total |
|---|---|---|---|---|---|
| $12,462.00 | $151.00 | $504.52 | $13,117.52 | $0.00 | $13,117.52 |

## Terms and Conditions

We are pleased to provide this Estimate for repair work on your vessel.

This Budgetary Estimate is based upon our inspection of your vessel, information that you have provided to us, and our experience regarding similar vessels and work. It is possible that defective parts or other issues with your vessel will be discovered after our work has begun and, for these reasons, this Estimate does not include additional parts or labor that may be required after the job has begun. We will notify you of any such issues if they should arise. Tax, Environental and Subcontractor charges may be additional if applicable.

The pricing set forth in this Estimate is based on the assumptions, exclusions and scope of work set forth herein, and is valid for fourteen (14) days from the date of the Estimate.

Your acceptance of this Estimate is subject to the terms and conditions attached hereto as Exhibit A. A deposit is required at the time of approval, with the balance and any additional charges due upon completion. A payment schedule will be provided by Bridgeport Boatworks, laying out the estimated expenses for the upcoming months work. This will allow the customer to budget/make payment on a monthly basis and keep account in the positive at all times.

Should this Estimate and Terms and Conditions meet with your approval, kindly sign and return at your earliest convenience. If you have any questions or concerns, please do not hesitate to contact us.

Sincerely,

Bridgeport Boatworks Representative_____9/12/2022_____

_____

Customer Signature:_____

Printed Name:_____Lloyd Bernard_____

Date:_____12 September 2022_____

### Notice

This Estimate is not an invoice and does not represent the final amount due or the balance on this Estimate. For questions or concerns, please call Bridgeport Boatworks at (860) 536-9651.

Exhibit A

Terms and Conditions

1. Applicability: These terms and conditions ("Terms") are the only terms which govern the services ("Services") to be provided by Bridgeport Boatworks to the owner ("Owner") of the vessel(s) ("Vessel") listed in the accompanying estimate ("Estimate"). The Terms and Estimate are collectively referred to herein as the "Agreement." These Terms shall prevail over any prior agreements or discussions between Bridgeport Boatworks and the Owner. Owner will be deemed to

have accepted these Terms upon Bridgeport Boatworks' commencement of performance of the
Services or Owner's return of the signed Agreement, whichever is earlier.

2. Compensation: In consideration of the performance by Bridgeport Boatworks of the Services, Owner
agrees to pay Bridgeport Boatworks the fee set forth in the Estimate/Invoice (or the portion earned) upon
receipt of submission of Bridgeport Boatworks' invoice or as otherwise set forth in the
Agreement. In addition, Owner shall reimburse Bridgeport Boatworks for reasonable expenses
incurred in performance of the Services, including but not limited to travel expenses, storage charges,
shipping charges, and other reasonable expenses incurred in Bridgeport Boatworks' performance of
the Services. Owner shall pay such reimbursable expenses upon receipt following Owner's
receipt of an invoice containing such expenses. Any amounts due to Bridgeport Boatworks from
Owner under this Agreement shall, after a thirty (30) day grace period, bear interest from the due date
at the maximum rate allowed by applicable law.

3. Change Requests: Owner may request a change to any portion of the Services at any time by
submitting such request in writing to Bridgeport Boatworks ("Change Request"). Within a reasonable
time after receipt of a Change Request from Owner, Bridgeport Boatworks shall evaluate the impact
of the Change Request and provide Owner with a written statement setting forth its estimate of the
cost of the change. Within a reasonable time after receipt of a Change Request from Bridgeport
Boatworks, Owner shall provide a written acceptance or rejection of the Change Request. Bridgeport
Boatworks' fee for the Services shall be adjusted to the extent of any increase in Services, at a fixed
amount as agreed by the parties, or if the parties do not agree to a fixed amount, on a time and
materials (T&M) basis at the rates set forth herin, or if no rates are set forth, at rates agreed by
the parties. Bridgeport Boatworks shall not be required to proceed with a change in services absent
agreement by the parties in writing.

4. Warranty: Bridgeport Boatworks warrants that the Services shall be performed using personnel of
required skill, experience and qualifications in a professional and workmanlike manner. Other than as
set forth herein, Bridgeport Boatworks makes no warranties regarding workmanship or materials,
either express or implied, including any implied warranty or merchantability, fitness for a particular
purpose or seaworthiness.

5. Fees and Costs: Owner shall reimburse Bridgeport Boatworks for all costs incurred in collecting any
late payments, including, without limitation, attorneys' fees. In addition to all other remedies
available under this Agreement or at law (which Bridgeport Boatworks does not waive by the
exercise of any rights hereunder), Bridgeport Boatworks shall be entitled to suspend the delivery of
any goods or performance of any services hereunder if the Owner fails to pay any amounts when due
hereunder.

6. Liability of Bridgeport Boatworks: Bridgeport Boatworks shall have no liability for any matters
arising out of or related to this Agreement except to the extent caused by the sole negligence of

Bridgeport Boatworks or those for whom it is directly responsible. In no event shall Bridgeport Boatworks' liability for any matters arising out of or related to this Agreement exceed the fee paid to Bridgeport Boatworks under this Agreement. No principal, partner, member, director, officer, agent, servant, employee, or consultant of Bridgeport Boatworks shall have any personal liability relating to the subject matter of this Agreement.

7. Insurance: Owner shall at all times maintain adequate and customary insurance covering the Vessel for the duration of the Services, including while the Vessel is in the custody and/or control of Bridgeport Boatworks. Owner and Bridgeport Boatworks each hereby waive their entire right of recovery against the other for injury, loss, or damage to the extent covered by insurance proceeds received by the damaged party. All policies required hereunder shall provide that the respective carrier(s) waives all rights of subrogation with respect to losses payable under such policies.

8. Termination: Bridgeport Boatworks shall have the right to terminate this Agreement upon seven (7) days' written notice in the event that Owner is in material breach of its obligations hereunder. In the event the Agreement is terminated for any reason prior to the completion of the Services, then, in addition to the reimbursable expenses detailed herein, Owner shall pay to Bridgeport Boatworks the balance of the remaining fee as of the date of termination, representing payment for demobilization costs, opportunity costs, and anticipated lost profit. Bridgeport Boatworks' exercise of its rights under this section shall not in any way limit or abridge other remedies available to it under the Agreement or applicable law, including any lien rights with respect to the Vessel.

9. Force Majeure: Bridgeport Boatworks shall not be liable or responsible to the Owner, nor be deemed to have defaulted or breached this Agreement, for any failure or delay in fulfilling or performing any term of this Agreement when and to the extent such failure or delay is caused by or results from acts or circumstances beyond the reasonable control of Bridgeport Boatworks including, without limitation, acts of God, flood, fire, earthquake, explosion, governmental actions, war, terrorist threats or acts, riot, or other civil unrest, public emergency, epidemics or pandemics, lockouts, strikes, or other labor disputes, or restraints or delays affecting carriers or inability or delay in obtaining supplies of adequate or suitable materials, materials or telecommunication breakdown or power outage.

10. General Provisions:
a.  Owner hereby grants Bridgeport Boatworks, its agents and employees, permission to operate the Vessel for the purpose of testing and/or inspection.
b.  Owner shall remove all articles of personal property, gear, or other appurtenances not necessary for the performance of the Services from the Vessel prior to delivery of the Vessel to Bridgeport Boatworks. Bridgeport Boatworks shall not be responsible for damage to or loss of any such articles of personal property, gear, or other appurtenances left aboard the Vessel, due to fire, theft, pilferage, or otherwise. Delivery of the Vessel does not constitute a bailment of any articles of personal property, gear, or other appurtenances left on the Vessel which are not necessary for the performance of the Services.

c. This Agreement constitutes the entire agreement between the parties hereto regarding the subject matter hereof, and supersedes all prior agreements, whether written or oral.

d. No change, modification, or amendment shall be made to this Agreement unless set forth in writing and signed by the parties hereto.

e. All express representations, warranties, indemnifications, and limits of liability included in this Agreement will survive its completion or termination for any reason. If any provision of this Agreement shall be held invalid, illegal or unenforceable by a court of competent jurisdiction, the validity, legality and enforceability of the remaining provisions shall in no way be affected or impaired thereby. The remaining provisions shall remain in full force and effect, as if the unenforceable provision had been deleted. The parties agree to replace any omitted provision with a valid provision that comes as close as possible to the intent of the omitted provision.

f. This Agreement shall be governed by and construed under the laws of the state in which the Services are performed, without regard to its conflicts of laws principles.

g. Bridgeport Boatworks and Owner will first attempt to resolve disputes or disagreements through discussions between their respective representatives, who shall meet upon the request of either party as soon as conveniently possible to attempt to resolve such dispute or disagreement. If after meeting, the representatives determine that the dispute or disagreement cannot be resolved on terms satisfactory to both parties, the parties shall submit the dispute or disagreement to non-binding mediation. The mediation shall be conducted by a mutually agreeable impartial mediator, or if the parties cannot so agree, a mediator designated by the American Arbitration Association ("AAA"). If a dispute has not been resolved in accordance with the procedures set forth above, such disputes shall be decided by arbitration in accordance with the applicable AAA rules then in effect, unless the parties mutually agree otherwise. The award of the arbitrator(s) shall be final and binding upon the parties without the right of appeal to the courts. Judgment may be entered upon it in accordance with applicable law by any court having jurisdiction thereof.

## Notice

This estimate is not an invoice and does not represent the final amount due or the balance on this estimate.

For questions or concerns, please call Bridgeport Boatworks at (860) 536-9651.

Bridgeport Boatworks
731 Seaview Ave
Bridgeport, CT 06607
United States
(860) 536-9651



# Estimate

LADY MAY – Engine Service Support

**ID:** 6279

---

**Contact**

Lloyd Benard

captain@yachtladymay.com

1 3057994799

**Vessel**

Lady May

Dimensions: 151 ' x 32 ' x 7 '

Make: Feadship

Weight: 0

---

**Estimate Comments**

This is the budgetary estimate to support the OEM engine service onboard the m/y LADY MAY.
This estimate includes protection of the work area, engineering and building job specific A-Frame, R+R interferences and sea trial vessel once completed.
This estimate does not include CT Sales Tax.

A deposit of $132,288.00 is requested to proceed.

## Engine Service Support                                                                    **$264,576.00**

**Comments:** 1. Bridgeport Boatworks estimates 14 days to complete the primary removal of interferences to support the OEM Caterpillar Technicians to engage in work. Bridgeport Boatworks estimates 14 days to complete the re-installation of all components removed back to design specification. The total number of Days dry docked will increase once OEM Estimate is factored in.

2. Bridgeport Boatworks expects the work scope to be as follows: Protect work area and pathways to work area. Remove and reinstall exhaust pipe, shielding and insulation, framework around engine and piping in bilge area. All components will be documented and stowed outside of the vessel in labeled containers until the OEM service is complete. Once clear, Move engine forward to disconnect and remove gearbox and coupling. Assist with removing parts from damaged engine. Assist OEM if crankshaft needs to be removed to repair damaged components. Inventory and clean all parts/interferences to be reinstalled. Re-connect gearbox and coupling. Install all components back to engineer specifications. Clean area of all debris. Align vessel drive train with appropriate tooling and specifications with trained experts, record all data. Observe and report data compiled from dynamic testing at all RPM ranges. Prove repairs complete.

3. Subcontractor labor in this estimate does not include any OEM labor or parts. This Estimate is the support services surrounding the Caterpillar OEM Expert Service.

4. Custom components fabricated for the removal of any machinery space may have to be assembled in place and disassembled to remove out of the machinery space. Regardless, any custom tooling will be provided back to the client for future use.

5. Bridgeport Boatworks will compile data during testing of repairs using measured data surrounding the machinery(Exhaust Leaks, Oil Pressure, Noise Level, Vibration). In the unlikely event that there is a finding not up to specification, Bridgeport Boatworks will take the appropriate steps to remediate the fault back to a satisfactory range.

| Labor | Rate | Qty | Total |
|---|---|---|---|
| • Subcontractor Labor BB | $126,000.00 Flat Fee | 1 | $126,000.00 N |
| **Comments:** Budgetary Estimate is proposed as a Flat Rate fee for the work scope projected to take 14 days leading up to OEM work, with an additional 14 days after OEM is completed. | | | |
| While performing the scope of work, if emergent repairs/parts replacement are needed, a supplemental work order estimate will be provided for approval and implementation. | | | |
| For Hornblower, warranty on installation and alignment is thirty days from the time of verification. | | | |

| Part | Rate | Qty | Total |
|---|---|---|---|
| • Estimated Parts BB | $128,400.00 | 1 | $128,400.00 T |
| **Comments:** 1. Engine mounts- x4 | | | |
| 2. Insulation, Custom made, to protect inside shielding | | | |
| 3. Alignment | | | |
| 4. Protection of lazarette, deck, surrounding space. | | | |
| 5. Miscellaneous, paint, hardware, consumables. | | | |

| Charge | Rate | Qty | Total |
|---|---|---|---|
| • Environmental & Safety Fee BB | 4% (Parts and Labor) | 1 | $10,176.00 N |

| Labor | Parts | Charges | Subtotal | Tax | Total |
|---|---|---|---|---|---|
| $126,000.00 | $128,400.00 | $10,176.00 | $264,576.00 | $8,153.40 | $272,729.40 |

## Terms and Conditions

We are pleased to provide this Estimate for repair work on your vessel.

This Budgetary Estimate is based upon our inspection of your vessel, information that you have provided to us, and our experience regarding similar vessels and work. It is possible that defective parts or other issues with your vessel will be discovered after our work has begun and, for these reasons, this Estimate does not include additional parts or labor that may be required after the job has begun. We will notify you of any such issues if they should arise. Tax, Enviromental and Subcontractor charges may be additional if applicable.

The pricing set forth in this Estimate is based on the assumptions, exclusions and scope of work set forth herein, and is valid for fourteen (14) days from the date of the Estimate.

Your acceptance of this Estimate is subject to the terms and conditions attached hereto as Exhibit A.
A deposit is required at the time of approval, with the balance and any additional charges due upon completion.
A payment schedule will be provided by Bridgeport Boatworks, laying out the estimated expenses for the upcoming months work. This will allow the customer to budget/make payment on a monthly basis and keep account in the

positive at all times.

Should this Estimate and Terms and Conditions meet with your approval, kindly sign and return at your earliest convenience. If you have any questions or concerns, please do not hesitate to contact us.

Sincerely,

Bridgeport Boatworks Representative_____9/12/2022_____

_____

Customer Signature:_____

Printed Name:_____Lloyd Bernard_____

Date:_____12 September 2022_____

**Notice**

This Estimate is not an invoice and does not represent the final amount due or the balance on this Estimate. For questions or concerns, please call Bridgeport Boatworks at (860) 536-9651.

Exhibit A

Terms and Conditions

1. Applicability: These terms and conditions ("Terms") are the only terms which govern the services ("Services") to be provided by Bridgeport Boatworks to the owner ("Owner") of the vessel(s) ("Vessel") listed in the accompanying estimate ("Estimate"). The Terms and Estimate are collectively referred to herein as the "Agreement." These Terms shall prevail over any prior agreements or discussions between Bridgeport Boatworks and the Owner. Owner will be deemed to have accepted these Terms upon Bridgeport Boatworks' commencement of performance of the Services or Owner's return of the signed Agreement, whichever is earlier.

2. Compensation: In consideration of the performance by Bridgeport Boatworks of the Services, Owner agrees to pay Bridgeport Boatworks the fee set forth in the Estimate/Invoice (or the portion earned) upon receipt of submission of Bridgeport Boatworks' invoice or as otherwise set forth in the Agreement. In addition, Owner shall reimburse Bridgeport Boatworks for reasonable expenses incurred in performance of the Services, including but not limited to travel expenses, storage charges, shipping charges, and other reasonable expenses incurred in Bridgeport Boatworks' performance of the Services. Owner shall pay such reimbursable expenses upon receipt following Owner's receipt of an invoice containing such expenses. Any amounts due to Bridgeport Boatworks from Owner under this Agreement shall, after a thirty (30) day grace period, bear interest from the due date at the maximum rate allowed by applicable law.

3. Change Requests: Owner may request a change to any portion of the Services at any time by submitting such request in writing to Bridgeport Boatworks ("Change Request"). Within a reasonable time after receipt of a Change Request from Owner, Bridgeport Boatworks shall evaluate the impact

of the Change Request and provide Owner with a written statement setting forth its estimate of the cost of the change. Within a reasonable time after receipt of a Change Request from Bridgeport Boatworks, Owner shall provide a written acceptance or rejection of the Change Request. Bridgeport Boatworks' fee for the Services shall be adjusted to the extent of any increase in Services, at a fixed amount as agreed by the parties, or if the parties do not agree to a fixed amount, on a time and materials (T&M) basis at the rates set forth herin, or if no rates are set forth, at rates agreed by the parties. Bridgeport Boatworks shall not be required to proceed with a change in services absent agreement by the parties in writing.

4. Warranty: Bridgeport Boatworks warrants that the Services shall be performed using personnel of required skill, experience and qualifications in a professional and workmanlike manner. Other than as set forth herein, Bridgeport Boatworks makes no warranties regarding workmanship or materials, either express or implied, including any implied warranty or merchantability, fitness for a particular purpose or seaworthiness.

5. Fees and Costs: Owner shall reimburse Bridgeport Boatworks for all costs incurred in collecting any late payments, including, without limitation, attorneys' fees. In addition to all other remedies available under this Agreement or at law (which Bridgeport Boatworks does not waive by the exercise of any rights hereunder), Bridgeport Boatworks shall be entitled to suspend the delivery of any goods or performance of any services hereunder if the Owner fails to pay any amounts when due hereunder.

6. Liability of Bridgeport Boatworks: Bridgeport Boatworks shall have no liability for any matters arising out of or related to this Agreement except to the extent caused by the sole negligence of Bridgeport Boatworks or those for whom it is directly responsible. In no event shall Bridgeport Boatworks' liability for any matters arising out of or related to this Agreement exceed the fee paid to Bridgeport Boatworks under this Agreement. No principal, partner, member, director, officer, agent, servant, employee, or consultant of Bridgeport Boatworks shall have any personal liability relating to the subject matter of this Agreement.

7. Insurance: Owner shall at all times maintain adequate and customary insurance covering the Vessel for the duration of the Services, including while the Vessel is in the custody and/or control of Bridgeport Boatworks. Owner and Bridgeport Boatworks each hereby waive their entire right of recovery against the other for injury, loss, or damage to the extent covered by insurance proceeds received by the damaged party. All policies required hereunder shall provide that the respective carrier(s) waives all rights of subrogation with respect to losses payable under such policies.

8. Termination: Bridgeport Boatworks shall have the right to terminate this Agreement upon seven (7) days' written notice in the event that Owner is in material breach of its obligations hereunder. In the event the Agreement is terminated for any reason prior to the completion of the Services, then, in addition to the reimbursable expenses detailed herein, Owner shall pay to Bridgeport Boatworks the

balance of the remaining fee as of the date of termination, representing payment for demobilization costs, opportunity costs, and anticipated lost profit. Bridgeport Boatworks' exercise of its rights under this section shall not in any way limit or abridge other remedies available to it under the Agreement or applicable law, including any lien rights with respect to the Vessel.

9. Force Majeure: Bridgeport Boatworks shall not be liable or responsible to the Owner, nor be deemed to have defaulted or breached this Agreement, for any failure or delay in fulfilling or performing any term of this Agreement when and to the extent such failure or delay is caused by or results from acts or circumstances beyond the reasonable control of Bridgeport Boatworks including, without limitation, acts of God, flood, fire, earthquake, explosion, governmental actions, war, terrorist threats or acts, riot, or other civil unrest, public emergency, epidemics or pandemics, lockouts, strikes or other labor disputes, or restraints or delays affecting carriers or inability or delay in obtaining supplies of adequate or suitable materials, materials or telecommunication breakdown or power outage.

10. General Provisions:

a.  Owner hereby grants Bridgeport Boatworks, its agents and employees, permission to operate the Vessel for the purpose of testing and/or inspection.

b.  Owner shall remove all articles of personal property, gear, or other appurtenances not necessary for the performance of the Services from the Vessel prior to delivery of the Vessel to Bridgeport Boatworks. Bridgeport Boatworks shall not be responsible for damage to or loss of any such articles of personal property, gear, or other appurtenances left aboard the Vessel, due to fire, theft, pilferage, or otherwise. Delivery of the Vessel does not constitute a bailment of any articles of personal property, gear, or other appurtenances left on the Vessel which are not necessary for the performance of the Services.

c. This Agreement constitutes the entire agreement between the parties hereto regarding the subject matter hereof, and supersedes all prior agreements, whether written or oral.

d. No change, modification, or amendment shall be made to this Agreement unless set forth in writing and signed by the parties hereto.

e. All express representations, warranties, indemnifications, and limits of liability included in this Agreement will survive its completion or termination for any reason. If any provision of this Agreement shall be held invalid, illegal or unenforceable by a court of competent jurisdiction, the validity, legality and enforceability of the remaining provisions shall in no way be affected or impaired thereby. The remaining provisions shall remain in full force and effect, as if the unenforceable provision had been deleted. The parties agree to replace any omitted provision with a valid provision that comes as close as possible to the intent of the omitted provision.

f. This Agreement shall be governed by and construed under the laws of the state in which the Services are performed, without regard to its conflicts of laws principles.

g. Bridgeport Boatworks and Owner will first attempt to resolve disputes or disagreements through discussions between their respective representatives, who shall meet upon the request of either party as soon as conveniently possible to attempt to resolve such dispute or disagreement. If after meeting, the representatives determine that the dispute or disagreement

cannot be resolved on terms satisfactory to both parties, the parties shall submit the dispute or disagreement to non-binding mediation. The mediation shall be conducted by a mutually agreeable impartial mediator, or if the parties cannot so agree, a mediator designated by the American Arbitration Association ("AAA"). If a dispute has not been resolved in accordance with the procedures set forth above, such disputes shall be decided by arbitration in accordance with the applicable AAA rules then in effect, unless the parties mutually agree otherwise. The award of the arbitrator(s) shall be final and binding upon the parties without the right of appeal to the courts. Judgment may be entered upon it in accordance with applicable law by any court having jurisdiction thereof.

## Notice

This estimate is not an invoice and does not represent the final amount due or the balance on this estimate.

For questions or concerns, please call Bridgeport Boatworks at (860) 536-9651.

Bridgeport Boatworks
731 Seaview Ave
Bridgeport, CT 06607
United States
(860) 536-9651



# Estimate

Lady May –DAILY YARD COSTS 2022

**ID:** 6079

| Contact | Vessel |
|---|---|
| Lloyd Benard | Lady May |
| captain@yachtladymay.com | Dimensions: 151 ' x 32 ' x 7 ' |
| 1 3057994799 | Make: Feadship |
| | Weight: 0 |

### Estimate Comments

This is the budgetary estimate for the yard period for the 152' motor vessel LADY MAY.
This estimate is subject to the Naval Architect / Pre-Haul Engineering Evaluation, to determine if this vessel can be safely lifted with Bridgeport Boatworks Marine Travelift.
This estimate does not include CT Sales Tax.

A deposit of $15,000 is requested to secure space and estimated labor.

## 1. Daily Vessel Storage                                            $456.00

| Labor | Rate | Qty | Total |
|---|---|---|---|
| • Summer Storage BB | $3.00 Flat Fee | 152 | $456.00 T |

## 2. Daily Shore Power Electric                                     $124.80

**Comments:** Daily 480V / 100amp / 3 Phase Shore Power

| Labor | Rate | Qty | Total |
|---|---|---|---|
| • Summer Electric BB | $120.00 Flat Fee | 1 | $120.00 N |

| Charge | Rate | Qty | Total |
|---|---|---|---|
| • Environmental & Safety Fee BB | 4% (Parts and Labor) | 1 | $4.80 N |

## 3. Project Management– 10 Hours/week                            $1,352.00

| Labor | Rate | Qty | Total |
|---|---|---|---|

| Labor | Rate | Qty | Total |
|---|---|---|---|
| Project Management BB | $130.00 Per Hour | 10 | $1,300.00 N |

| Charge | Rate | Qty | Total |
|---|---|---|---|
| Environmental & Safety Fee BB | 4% (Parts and Labor) | 1 | $52.00 N |

### 4. Cooling Tower Rental (Daily) — $135.20

**Comments:** Daily Rental of Cooling Tower. Does not include hook up & disconnect which is T&M at $120/hr.

| Labor | Rate | Qty | Total |
|---|---|---|---|
| Rental Equipments BB | $130.00 Flat Fee | 1 | $130.00 T |

| Charge | Rate | Qty | Total |
|---|---|---|---|
| Environmental & Safety Fee BB | 4% (Parts and Labor) | 1 | $5.20 N |

### 5. Crane Operator Hourly — $390.00

| Labor | Rate | Qty | Total |
|---|---|---|---|
| Crane Charge BB | $375.00 Per Hour | 1 | $375.00 N |

| Charge | Rate | Qty | Total |
|---|---|---|---|
| Environmental & Safety Fee BB | 4% (Parts and Labor) | 1 | $15.00 N |

### 6. Forklift Operator Hourly — $104.00

**Comments:** Hourly Fork Lift Charge

| Labor | Rate | Qty | Total |
|---|---|---|---|
| Equipment Charge BB | $100.00 Per Hour | 1 | $100.00 N |

| Charge | Rate | Qty | Total |
|---|---|---|---|
| Environmental & Safety Fee BB | 4% (Parts and Labor) | 1 | $4.00 N |

### 7. Waste Water Containment & Disposal — $8,284.64

**Comments:** Supply Vessel with 1,000 gallon holding tank while on the hard and schedule 3 pump outs per week.

| Labor | Rate | Qty | Total |
|---|---|---|---|
| Subcontractor Labor BB<br>**Comments:** Drop Off & Pick Up of 1000 gallon waste tank. | $501.00 Flat Fee | 1 | $501.00 N |
| Rental Equipments BB<br>**Comments:** 1,000 gallon waste tank rental (30 days). | $625.00 Flat Fee | 1 | $625.00 T |
| Subcontractor Labor BB<br>**Comments:** Pump out and disposal of 1,000 gallon tank 3x per week, Monthly Charge. | $6,500.00 Flat Fee | 1 | $6,500.00 N |

| | | Rate | Qty | Total |
|---|---|---|---|---|
| • | Yard Labor BB | $85.00 Per Hour | 4 | $340.00 N |
| | **Comments:** Hook vessel up to waste holding tank via vessels discharge thru hull fitting. | | | |

| Charge | | Rate | Qty | Total |
|---|---|---|---|---|
| • | Environmental & Safety Fee BB | 4% (Parts and Labor) | 1 | $318.64 N |

## 8. 21' Tender Inside Storage BB                      $87.36

**Comments:** Daily inside storage of 21' RIB.

| Labor | | Rate | Qty | Total |
|---|---|---|---|---|
| • | Summer Storage BB | $4.00 Flat Fee | 21 | $84.00 T |

| Charge | | Rate | Qty | Total |
|---|---|---|---|---|
| • | Environmental & Safety Fee BB | 4% (Parts and Labor) | 1 | $3.36 N |

## 9. Haul & Launch Tender                      $780.00

| Labor | | Rate | Qty | Total |
|---|---|---|---|---|
| • | Crane Charge BB | $375.00 Per Hour | 2 | $750.00 N |

| Charge | | Rate | Qty | Total |
|---|---|---|---|---|
| • | Environmental & Safety Fee BB | 4% (Parts and Labor) | 1 | $30.00 N |

| Labor | Parts | Charges | Subtotal | Tax | Total |
|---|---|---|---|---|---|
| **$11,281.00** | **$0.00** | **$433.00** | **$11,714.00** | **$82.25** | **$11,796.25** |

## Terms and Conditions

We are pleased to provide this Estimate for repair work on your vessel.

This Budgetary Estimate is based upon our inspection of your vessel, information that you have provided to us, and our experience regarding similar vessels and work. It is possible that defective parts or other issues with your vessel will be discovered after our work has begun and, for these reasons, this Estimate does not include additional parts or labor that may be required after the job has begun. We will notify you of any such issues if they should arise. Tax, Environmental and Subcontractor charges may be additional if applicable.

The pricing set forth in this Estimate is based on the assumptions, exclusions and scope of work set forth herein, and is valid for fourteen (14) days from the date of the Estimate.

Your acceptance of this Estimate is subject to the terms and conditions attached hereto as Exhibit A.
A deposit is required at the time of approval, with the balance and any additional charges due upon completion.
A payment schedule will be provided by Bridgeport Boatworks, laying out the estimated expenses for the upcoming

months work. This will allow the customer to budget/make payment on a monthly basis and keep account in the positive at all times.

Should this Estimate and Terms and Conditions meet with your approval, kindly sign and return at your earliest convenience. If you have any questions or concerns, please do not hesitate to contact us.

Sincerely,

Bridgeport Boatworks Representative_____9/12/2022_____
_____
Customer Signature:_____

Printed Name:_____ Lloyd Bernard _____

Date:_____ 12 September 2022 _____

**Notice**

This Estimate is not an invoice and does not represent the final amount due or the balance on this Estimate. For questions or concerns, please call Bridgeport Boatworks at (860) 536-9651.

Exhibit A

Terms and Conditions

1. Applicability: These terms and conditions ("Terms") are the only terms which govern the services ("Services") to be provided by Bridgeport Boatworks to the owner ("Owner") of the vessel(s) ("Vessel") listed in the accompanying estimate ("Estimate"). The Terms and Estimate are collectively referred to herein as the "Agreement." These Terms shall prevail over any prior agreements or discussions between Bridgeport Boatworks and the Owner. Owner will be deemed to have accepted these Terms upon Bridgeport Boatworks' commencement of performance of the Services or Owner's return of the signed Agreement, whichever is earlier.

2. Compensation: In consideration of the performance by Bridgeport Boatworks of the Services, Owner agrees to pay Bridgeport Boatworks the fee set forth in the Estimate/Invoice (or the portion earned) upon receipt of submission of Bridgeport Boatworks' invoice or as otherwise set forth in the Agreement. In addition, Owner shall reimburse Bridgeport Boatworks for reasonable expenses incurred in performance of the Services, including but not limited to travel expenses, storage charges, shipping charges, and other reasonable expenses incurred in Bridgeport Boatworks' performance of the Services. Owner shall pay such reimbursable expenses upon receipt following Owner's receipt of an invoice containing such expenses. Any amounts due to Bridgeport Boatworks from Owner under this Agreement shall, after a thirty (30) day grace period, bear interest from the due date at the maximum rate allowed by applicable law.

3. Change Requests: Owner may request a change to any portion of the Services at any time by submitting such request in writing to Bridgeport Boatworks ("Change Request"). Within a reasonable

time after receipt of a Change Request from Owner, Bridgeport Boatworks shall evaluate the impact of the Change Request and provide Owner with a written statement setting forth its estimate of the cost of the change. Within a reasonable time after receipt of a Change Request from Bridgeport Boatworks, Owner shall provide a written acceptance or rejection of the Change Request. Bridgeport Boatworks' fee for the Services shall be adjusted to the extent of any increase in Services, at a fixed amount as agreed by the parties, or if the parties do not agree to a fixed amount, on a time and materials (T&M) basis at the rates set forth herin, or if no rates are set forth, at rates agreed by the parties. Bridgeport Boatworks shall not be required to proceed with a change in services absent agreement by the parties in writing.

4. Warranty: Bridgeport Boatworks warrants that the Services shall be performed using personnel of required skill, experience and qualifications in a professional and workmanlike manner. Other than as set forth herein, Bridgeport Boatworks makes no warranties regarding workmanship or materials, either express or implied, including any implied warranty or merchantability, fitness for a particular purpose or seaworthiness.

5. Fees and Costs: Owner shall reimburse Bridgeport Boatworks for all costs incurred in collecting any late payments, including, without limitation, attorneys' fees. In addition to all other remedies available under this Agreement or at law (which Bridgeport Boatworks does not waive by the exercise of any rights hereunder), Bridgeport Boatworks shall be entitled to suspend the delivery of any goods or performance of any services hereunder if the Owner fails to pay any amounts when due hereunder.

6. Liability of Bridgeport Boatworks: Bridgeport Boatworks shall have no liability for any matters arising out of or related to this Agreement except to the extent caused by the sole negligence of Bridgeport Boatworks or those for whom it is directly responsible. In no event shall Bridgeport Boatworks' liability for any matters arising out of or related to this Agreement exceed the fee paid to Bridgeport Boatworks under this Agreement. No principal, partner, member, director, officer, agent, servant, employee, or consultant of Bridgeport Boatworks shall have any personal liability relating to the subject matter of this Agreement.

7. Insurance: Owner shall at all times maintain adequate and customary insurance covering the Vessel for the duration of the Services, including while the Vessel is in the custody and/or control of Bridgeport Boatworks. Owner and Bridgeport Boatworks each hereby waive their entire right of recovery against the other for injury, loss, or damage to the extent covered by insurance proceeds received by the damaged party. All policies required hereunder shall provide that the respective carrier(s) waives all rights of subrogation with respect to losses payable under such policies.

8. Termination: Bridgeport Boatworks shall have the right to terminate this Agreement upon seven (7) days' written notice in the event that Owner is in material breach of its obligations hereunder. In the event the Agreement is terminated for any reason prior to the completion of the Services, then, in

addition to the reimbursable expenses detailed herein, Owner shall pay to Bridgeport Boatworks the balance of the remaining fee as of the date of termination, representing payment for demobilization costs, opportunity costs, and anticipated lost profit. Bridgeport Boatworks' exercise of its rights under this section shall not in any way limit or abridge other remedies available to it under the Agreement or applicable law, including any lien rights with respect to the Vessel.

9. Force Majeure: Bridgeport Boatworks shall not be liable or responsible to the Owner, nor be deemed to have defaulted or breached this Agreement, for any failure or delay in fulfilling or performing any term of this Agreement when and to the extent such failure or delay is caused by or results from acts or circumstances beyond the reasonable control of Bridgeport Boatworks including, without limitation, acts of God, flood, fire, earthquake, explosion, governmental actions, war, terrorist threats or acts, riot, or other civil unrest, public emergency, epidemics or pandemics, lockouts, strikes or other labor disputes, or restraints or delays affecting carriers or inability or delay in obtaining supplies of adequate or suitable materials, materials or telecommunication breakdown or power outage.

10. General Provisions:

a.  Owner hereby grants Bridgeport Boatworks, its agents and employees, permission to operate the Vessel for the purpose of testing and/or inspection.

b.  Owner shall remove all articles of personal property, gear, or other appurtenances not necessary for the performance of the Services from the Vessel prior to delivery of the Vessel to Bridgeport Boatworks. Bridgeport Boatworks shall not be responsible for damage to or loss of any such articles of personal property, gear, or other appurtenances left aboard the Vessel, due to fire, theft, pilferage, or otherwise. Delivery of the Vessel does not constitute a bailment of any articles of personal property, gear, or other appurtenances left on the Vessel which are not necessary for the performance of the Services.

c. This Agreement constitutes the entire agreement between the parties hereto regarding the subject matter hereof, and supersedes all prior agreements, whether written or oral.

d. No change, modification, or amendment shall be made to this Agreement unless set forth in writing and signed by the parties hereto.

e. All express representations, warranties, indemnifications, and limits of liability included in this Agreement will survive its completion or termination for any reason. If any provision of this Agreement shall be held invalid, illegal or unenforceable by a court of competent jurisdiction, the validity, legality and enforceability of the remaining provisions shall in no way be affected or impaired thereby. The remaining provisions shall remain in full force and effect, as if the unenforceable provision had been deleted. The parties agree to replace any omitted provision with a valid provision that comes as close as possible to the intent of the omitted provision.

f. This Agreement shall be governed by and construed under the laws of the state in which the Services are performed, without regard to its conflicts of laws principles.

g. Bridgeport Boatworks and Owner will first attempt to resolve disputes or disagreements through discussions between their respective representatives, who shall meet upon the request of either party as soon as conveniently possible to attempt to resolve such dispute or

disagreement. If after meeting, the representatives determine that the dispute or disagreement cannot be resolved on terms satisfactory to both parties, the parties shall submit the dispute or disagreement to non-binding mediation. The mediation shall be conducted by a mutually agreeable impartial mediator, or if the parties cannot so agree, a mediator designated by the American Arbitration Association ("AAA"). If a dispute has not been resolved in accordance with the procedures set forth above, such disputes shall be decided by arbitration in accordance with the applicable AAA rules then in effect, unless the parties mutually agree otherwise. The award of the arbitrator(s) shall be final and binding upon the parties without the right of appeal to the courts. Judgment may be entered upon it in accordance with applicable law by any court having jurisdiction thereof.

## Notice

This estimate is not an invoice and does not represent the final amount due or the balance on this estimate.

For questions or concerns, please call Bridgeport Boatworks at (860) 536-9651.