# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>                    Debtor. | Chapter 11<br><br>Case No:  22-50073 (JAM) |
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND, L.P.,<br><br>                    Movant,<br><br>v.<br><br>HO WAN KWOK,<br><br>                    Respondent. | Re: ECF Nos. 299 and 728 |

**ORDER COMPELLING**
**PARTIAL DISBURSEMENT OF ESCROW FUNDS**

Upon the stipulation of the debtor, Ho Wan Kwok, HK International Funds Investments (USA) Limited, LLC ("HK USA"), Pacific Alliance Asia Opportunity Fund, L.P., the Official Committee of Unsecured Creditors (the "Committee"), the creditors, Rui Ma and Zheng Wu, and the trustee appointed in this case, Luc A. Despins (the "Trustee," and, collectively, the "Stipulating Parties"), to the entry of the proposed Order Granting HK International Funds Investments (USA) Limited, LLC's Motion For Order Establishing Repair Reserve for The Lady May ("Repair Reserve Order"), and to the entry of this Order, and this Court having entered the Repair Reserve Order, it is hereby:

**ORDERED**, that as soon as reasonably practical after this Order becomes a final, non-appealable order, HK USA shall serve upon the Escrow Agent, U.S. Bank National Association (the "Escrow Agent"), in accordance with paragraph 4(ii) of the Escrow Agreement dated as of

April 28, 2022 (the "Escrow Agreement"), by and between HK USA, the Committee and the Escrow Agent, the required certificate including a copy of this Order, and that within seven (7) days thereafter the Escrow Agent shall transfer and deliver Four Million ($4,000,000) of the Escrow Funds (as that term is defined in the Escrow Agreement) to the Trustee in accordance with the instructions appended hereto as **Exhibit 1**; and it is further

  **ORDERED**, that in all other respects the Escrow Agreement and that certain Stipulated Order Compelling HK International Funds Investments (USA) Limited, LLC to Transport and Deliver that Certain Yacht, The "Lady May" entered by this Court on April 29, 2022 [ECF No. 299] (the "Stipulated Order"), shall remain in full force and effect.[1]

---

[1] Nothing in this Order, nor the Trustee's participation in formulating this Order, shall be deemed to affect whether the Trustee is a party to or subject to the Stipulated Order, and all parties' rights in this regard are reserved.

## **Exhibit 1**

| | |
|---|---|
| Beneficiary Name | BK EST/HO WAN KWOK DEBTOR |
| Beneficiary Account Number | 5500018263 |
| Bank Routing Number (domestic wires) | 322070381 |
| Bank Routing/Swift Code (international wires) | EWBKUS66XXX |
| Receiving Bank Name | East West Bank |
| Receiving Bank Address (branch address) | 135 N. Los Robles Ave., Suite 600 |
| Receiving Bank Address (branch city, state, zip) | Pasadena, CA 91101 |
| Other Information | LUC A DESPINS, CH11 TRUSTEE |