**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, | Case No: 22-50073 (JAM) |
| Debtor. | |
| | Re: ECF Nos. 299 and 728 |

**CONSENT ORDER GRANTING HK INTERNATIONAL FUNDS**
**INVESTMENTS (USA) LIMITED, LLC'S MOTION FOR ORDER**
**ESTABLISHING REPAIR RESERVE FOR THE LADY MAY**

Upon the Motion for Order Establishing Repair Reserve for the Lady May (the "Motion")
filed pursuant to this Court's Stipulated Order Compelling HK International Funds Investments
(USA) Limited, LLC to Transport and Deliver that Certain Yacht, the "Lady May" (the "Stipulated
Order," ECF No. 299) by HK International Funds Investments (USA) Limited, LLC ("HK USA"),
which seeks an order establishing the repair reserve (the "Repair Reserve") required by the
Stipulated Order,  including the amount of the Repair Reserve equaling $4,000,000.00 (the "Repair
Reserve Amount") and certain ancillary relief as set forth therein; the Court having scheduled an
evidentiary hearing for Friday, October 7, 2022 at 10:00 a.m. (the "Hearing") to consider the relief
requested by the Motion and any objections thereto; upon Pacific Alliance Asia Opportunity Fund
L.P.'s Limited Objection to HK International Funds Investments (USA) Limited, LLC's Motion
to Establish Repair Reserve for the Lady May [ECF No. 871] and the Joinder of the Official
Committee of Unsecured Creditors in Pacific Alliance Asia Opportunity Fund L.P.'s Limited
Objection to HK International Funds Investments (USA) Limited, LLC's Motion to Establish
Repair Reserve for the Lady May [ECF No. 873] (collectively, the "Limited Objections"); upon
further the written consent to the entry of this Order in resolution of the Motion and the Limited

1

Objections by (a) each of the parties to the Stipulated Order, namely, the debtor, Ho Wan Kwok, HK USA, the Official Committee of Unsecured Creditors appointed in this case, and the creditors, Pacific Alliance Asia Opportunity Fund L.P., Rui Ma and Zheng Wu, as well as (b) the trustee appointed in this case, Luc A. Despins (the "Trustee"), delivered to counsel for HK USA;[1] and finally upon consideration of the Motion and the relief requested appearing to this Court to be necessary and appropriate to carry out the orderly operation of the Debtor's estate and, in particular, the effectuation of the procedures set forth in the Stipulated Order; due and sufficient notice of the Motion having been given under the particular circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Motion is hereby **GRANTED** to the extent set forth herein, the Limited Objections have been resolved as set forth herein and, therefore, are hereby **WITHDRAWN,** and the Repair Reserve required by the Stipulated Order and requested in the Motion, including the Repair Reserve Amount equaling $4,000,000.00, is hereby authorized, approved and established subject to the terms and conditions of this Order as follows:

> (i)     The Trustee shall hold the Repair Reserve Amount as escrow agent in the Trustee's section 345 bank account (the "Trustee's Bank Account") solely for the purpose of securing the completion of the service, maintenance, and repairs required to be performed to restore the Lady May to good working order in accordance with the Stipulated Order, specifically, paragraph 11 (the "Required Repairs") and this Order; provided, however, that the Repair Reserve Amount shall be held in the Trustee's Bank Account as if segregated from all other funds in such account, and

---

[1] Nothing in this Order, nor the Trustee's participation in formulating this Order, shall be deemed to affect whether or not the Trustee is a party to or subject to the Stipulated Order, and all parties' rights in this regard are reserved including, but not limited to, the Debtor's and HK USA's position that the Trustee is, in fact, a party to and subject to the terms and conditions of the Stipulated Order.

the Trustee shall not be able to use or disburse any of the Repair Reserve Amount except as provided in this Order;

(ii)    HK USA shall cause the service, maintenance, and repairs set forth in the proposals appended hereto as **Exhibit A** to be performed at Bridgeport Boatworks, 731 Seaview Avenue, Bridgeport, Connecticut, to repair the fuel pump/engines, repair the paint on the starboard bow section of the hull, fabricate and install bilge boards for center bilge, and service the starboard and port main engines (after repairs) on the Lady May (the "Initial Work");

(iii)    The "Valve Service" described in the Motion, and any other Required Repairs (i) not included in the Initial Work or (ii) not known at this time but discovered in connection with either the Initial Work or the Valve Service (the "Remaining Work"), shall be performed at a later date to be determined (but shall be completed in no event later than on or before seven (7) months after the entry of this Order which deadline may be extended for good cause shown), subject to further order of this Court in accordance with the Stipulated Order;

(iv)    To fund the Repair Reserve, this Court shall by separate Order in the form attached hereto as **Exhibit B** direct the "Escrow Agent" to disburse from the "Escrow Funds" (as these terms are used in the Stipulated Order) to the Trustee good funds in the Repair Reserve Amount, which transfer shall establish the Repair Reserve in accordance with Section 11 of the Stipulated Order;[2]

---

[2] For the avoidance of doubt, and notwithstanding anything to the contrary in this Order, nothing in this Order, shall affect the status of the remaining Escrow Funds (i.e., the other $33 million) other than the second to last decretal paragraph of this Order which provides that HK USA has performed and satisfied its obligation to establish the Repair Reserve in accordance with Section 3(v) and 11 of the Stipulated Order.

(v)     The Trustee shall pay from the Repair Reserve Amount the expenses (including any required deposits)) incurred to perform the Required Repairs or to pay the Insurance Deductible (as defined in the Motion) without further notice if such expenses are in accordance with the estimates set forth in **Exhibit A**, or if such expenses are not in accordance with such estimates, upon either:

a.      The written consent of HK USA and the Trustee; or

b.      The order of this Court following a motion seeking such relief and after due notice and a hearing;

To the extent that the Trustee and his advisors spend more than ten (10) hours in any given month related to the administration of payments from the Repair Reserve, the corresponding fees shall be paid out of the Repair Reserve;

(vi)    Notwithstanding anything herein to the contrary, the Trustee shall not be, nor required to be, a party to any contract (including any work orders) related to the Required Repairs, and the Trustee shall have no liability whatsoever to any person providing goods or services related to the Required Repairs, except that the Trustee shall be required to pay expenses in accordance with, and subject to the terms of, this Order;

(vii)   In the event and to the extent the Repair Reserve Amount is insufficient to fund fully and pay for the Required Repairs ("Repair Reserve Shortfall"), HK USA shall immediately deliver to the Trustee the Repair Reserve Shortfall (i) if funds are still held by the Escrow Agent, by seeking an Order from this Court directing the Escrow Agent to disburse good funds to the Trustee from the Escrow Funds; and/or (ii) by transferring good funds to the Trustee from other, non-escrowed sources.

4

Any dispute with respect to the Repair Reserve Shortfall shall be heard by this Court upon motion of any party and after due notice and a hearing and, once determined by this Court, HK USA shall immediately deliver the Repair Reserve Shortfall to the Trustee to be held by Trustee in accordance with this Order;

(viii)     After completion of the Initial Work and then again after the completion of all Required Repairs, including, but not limited to the Valve Service, HK USA shall (a) obtain documentation from (i) Bridgeport Boatworks or such other third-party contractor that provided the corresponding Required Repairs, and (ii) Lloyd's Register of Shipping or the American Bureau of Shipping, certifying that the corresponding Required Repairs have been completed (the "Repair Certifications") and (b) promptly cause the Lady May to be moved from dry dock into water;

(ix)      Promptly upon receipt of a Repair Certifications, HK USA shall provide copies thereof to the Trustee, who shall then have a right to timely inspect the Lady May to confirm the completion of the corresponding Required Repairs (each, the "Trustee Inspection," and, the final Trustee Inspection after the completion of all Required Repairs, the "Final Trustee Inspection").  Any costs associated with a Trustee Inspection shall be borne by the Debtor's estate.  If a Trustee Inspection does not commence within 15 days of the later of the Trustee's receipt of the Repair Certification or the Lady May having been moved from dry dock into water, the Trustee waives its right to conduct the Trustee Inspection.  For the avoidance of doubt, each Trustee Inspection may include a sea trial, at the sole discretion of the Trustee, which sea trial HK USA shall reasonably accommodate;

(x)     Upon completion of the Initial Work and the Trustee Inspection with respect to the Initial Work or upon the Trustee's waiver of his right to inspect the Initial Work as set forth above, and in the event and to the extent the Repair Reserve Amount exceeds the amount reasonably necessary to secure the payment of the Remaining Required Repairs ("Repair Reserve Excess") including, but not limited to, the Remaining Work, this Court, upon motion of HK USA filed on or after November 15, 2022, and after due notice and a hearing, shall determine the Repair Reserve Excess, if any, and shall order the Trustee to transfer such Repair Reserve Excess to HK USA or, in the event this Court has entered an order granting a prejudgment remedy against HK USA and such prejudgment remedy is not otherwise fully secured, the Trustee shall continue to hold such Repair Reserve Excess subject to and in accordance with the order granting prejudgment remedy;

(xi)    Upon completion of the Final Trustee Inspection, or upon the Trustee's waiver of his right to inspect as set forth above, and in the event and to the extent the Repair Reserve Amount exceeds the amount that was necessary to pay for the Required Repairs (including, but not limited to, the Initial Work and the Valve Service), this Court, upon motion of HK USA and after due notice and a hearing, and once determined by this Court that the Required Repairs have been fully performed, shall order the Trustee to transfer any excess Repair Reserve funds to HK USA or, in the event this Court has entered an order granting a prejudgment remedy in favor of the Trustee and against HK USA and such prejudgment remedy is not otherwise fully secured, the Trustee shall continue to hold such excess subject to and in accordance with the order granting prejudgment remedy;

(xii)    HK USA shall cause any and all insurance proceeds payable on account of the Required Repairs to be paid either (i) to the entity performing the Required Repairs to pay for such Required Repairs or (ii) to the Trustee to be incorporated into and held as part of the Repair Reserve subject to the terms and conditions of this Order; and HK USA shall further promptly upon receipt of any such insurance proceeds provide the Trustee with documentation establishing that it has complied with this paragraph; and it is further

**ORDERED**, that, by this Order, HK USA has performed and satisfied its obligation to establish the Repair Reserve in accordance with Section 3(v) and 11 of the Stipulated Order; provided, however, that HK USA shall not file with this Court the "HK USA Certification" as permitted by paragraph 3 of the Stipulated Order before November 3, 2022; and it is finally

**ORDERED**, that the Hearing will not be held in light of the entry of this Consent Order.

Dated at Bridgeport, Connecticut this 7th day of October, 2022.

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

7

# EXHIBIT A



**Ring Power** **CAT**

HOME OFFICE 500 World Commerce Parkway St. Augustine, FL 32092

FOR NQUIRIES PLEASE
REFERENCE THIS NUMBER

| CUSTOMER QUOTE | * EXPIRES 10/15/22 | * CHARGE* | DOCUMENT NO. OOQO51982 |
|---|---|---|---|

| SOLD TO | CUSTOMER NO. | SHIP TO | |
|---|---|---|---|
| BEARD EQUIPMENT CO INC | | | FILLED BY {{{OOQO51982 |
| 2480 E I65 SERVICE RD NORTH | OO3387 | | W/C LOCATION |
| MOBILE AL          36617 | STORE | | W/C PIECES |
| | OO | | |

| ORDERED BY | TELEPHONE | CUST. ORDER NO. | INSTRUCTIONS | DELIVERY LOCATION | SHIP VIA |
|---|---|---|---|---|---|
| DEREK 386326268 | 904-296-5000 | | OO: | OO: | WILL |

| MAKE | MODEL | SERIAL NO. | EQUIP NO. | ARRANGEMENT NO. | DATE | TIME | ENT. BY | REFERENCE NO. | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 9/15/22 | 15:27:48 | CWH | | 1 |

| ITEM | ----QUANTITY--- | | PART NUMBER/ | | | | | NET | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NO. | ORDER | SHIP | B/O | DESCRIPTION | LOCATION | N/R | TR SOS | WEIGHT | UNIT PRICE | EXTD PRICE |

PARTS SALES PERSON: HEYRMAN, CARL W.

| 1 | 2 | 2 | 307-4581 | | | QN AAA | 106.5 | 6807.47 | 13614.94 |
|---|---|---|---|---|---|---|---|---|---|
| | | | CORE AS-AFTC | | | | | | |

TOTAL NET WEIGHT OF SHIPPED ITEMS          213.0

NEED A HOSE BUILT? VISIT ANY RING POWER LOCATION TODAY. ALL MAKES!!!!

TAX EXEMPT LIC # FL RESALE EXEMP

USD SELL TOTAL          13614.94

**SIGNATURE REQUIRED**

| SEE REVERSE FOR PARTS RETURN POLICY | | | |
|---|---|---|---|
| | RECEIVED BY | PRINT NAME | DATE RECEIVED |

ORIGINAL

**Ring Power** · **CAT**

**MY LADY MAY**
**757 5TH AVE**
**NEW YORK NY**
**10153**

*PER YOUR REQUEST, WE HAVE ESTIMATED REPAIRS ON THE MACHINE LISTED BELOW. A REPAIR DESCRIPTION WITH LABOR AND/OR PARTS IS ATTACHED. UPON DISASSEMBLY OF THE COMPONENT(S) TO BE REPAIRED,ADDITIONAL PARTS AND LABOR MAY BE NECESSARY. IF SO, A QUOTE FOR ADDITIONAL REPAIRS WILL BE FORWARDED TO YOU FOR APPROVAL. NOTE: AN AUTHORIZED REPRESENTATIVE OF YOUR COMPANY SHOULD SIGN AND RETURN THIS REPAIR ESTIMATE. ONLY UPON RECEIPT OF THE SIGNED ESTIMATE WILL REPAIRS BE PERFORMED. A PURCHASE ORDER NUMBER SHOULD BE SUPPLIED IF REQUIRED BY YOUR COMPANY.*

| CUSTOMER NO. | QUOTE NO. | DATE | CONTACT | |
|---|---|---|---|---|
| 784133 | 86357 | 8/18/2022 | RASMUS NIELSEN | |
| PHONE NO. | FAX NO. | EMAIL | | |
| 475 301 8961 | | chiefengineer@yachtladymay.com | | |
| MODEL | MAKE | | | SERIAL NO. |
| C32 | CATERPILLAR | | | RNZ00974 |
| UNIT NO. | | WO NO. | | P.O. NO. |
| PME | | | | |

**TRAVEL TO/FROM MARINE PROPULSION PACKAGE**
NOTES:
2 TECHNICIANS TO ATTEND VESSEL.  ONLY MEALS AND
LODGING ARE QUOTED FOR THE SERVICE OF BOTH MAIN
ENGINES.  TRAVEL TIME AND MILEAGE IS QUOTED ON THE
 ESTIMATE FOR GEAR WORK ON STBD ENGINE AS ALL JOBS
 TO BE DONE ON THE SAME TRIP.

| | |
|---|---|
| **Total Estimated Misc:** | 1,800.00 |
| **Segment 01 Total:** | 1,800.00 |

**PERFORM MAINTENANCE ON ENGINE**
NOTES:
2 TECHNICIANS TO ATTEND VESSEL IN BRIDGEPORT
CONNECTICUT TO PERFORM 3000 HOUR SVC ON  PORT MAIN
 ENGINE.
SCOPE OF WORK TO INCLUDE:
PERFORM MULTI-POINT ENGINE AND MARINE GEAR
INSPECTION USING CAT INSPECT
OBTAIN ECM DOWNLOAD
CHECK AND UPDATE SOFTWARE (FLASH FILE)
REPLACE ZINCS IN ENGINE AND GEAR COOLER
CLEAN INSPECT AIR FILTERS/SEPS
INSPECT AFTERCOOLER DRAIN
INSPECT AND CLEAN CRANKCASE BREATHER
INSPECT HOSES, BELTS, AND CLAMPS
INSPECT BATTERY VOLTAGE AND ELECTROLYTE LEVEL AND
CABLES (IF APPLICABLE)

REPLACE 2-MICRON OIL AND OIL FILTERS
REPLACE FUEL FILTERS
REPLACE RACOR SEPARATORS (2)
INSPECT RAW WATER IMPELLER (IF APPLICABLE)
PERFORM DOCKSIDE FUNCTION TEST
REPLACE CCV FUMES DISPOSAL FILTER ELEMENT (2)
REPLACE RAW WATER IMPELLER (EXCLUDING BRASS)
REPLACE OIL AND FILTER ON MARINE GEAR
OBTAIN LEVEL 2 COOLANT SAMPLE
REPLACE ENGINE BELTS
CHECK/ADJUST VALVE LASH
REPLACE THERMOSTATS
****************************************************
CUSTOMER TO SUPPLY ALL FLUIDS, FILTERS, AND PARTS
WITH THE EXCEPTION OF THE FOLLOWING:
- ZINC ANODES
- COOLING SYSTEM TEMP. REGULATOR
-FUEL TRANSFER PUMP

| | |
|---|---:|
| **Total Estimated Parts:** | 250.00 |
| **Total Estimated Labor:** | 3,614.00 |
| **Segment 02 Total:** | 3,864.00 |

**CLEAN AND TEST HEAT EXCHANGER**
NOTES:
HEAT EXCHANGER WILL BE REMOVED AND SENT OUT TO BE
CLEANED AND TESTED, THEN WILL BE RE-INSTALLED.
-IF ANY ITEMS ARE FOUND TO NOT MEET CAT REUSE
GUIDELINES AN ESTIMATE WILL BE PREPARED FOR
APPROVAL.

| | |
|---|---:|
| **Segment 03 Total:** | 5,999.00 |

**CLEAN AND TEST AFTERCOOLER CORE**
NOTES:
AFTERCOOLER CORE TO REMOVED AND SENT OUT TO BE
CLEANED AND TESTED, THEN REINSTALLED.
-ANY ITEMS FOUND TO NOT MEET CAT REUSE GUIDELINES
WILL BE QUOTED.

| | |
|---|---:|
| **Segment 04 Total:** | 3,616.00 |
| **Total Segments:** | 15,279.00 |
| **ENVIRONMENTAL/MISCELLANEOUS** | 300.00 |
| **SUB TOTAL (BEFORE TAXES)** | 15,579.00 |
| **TOTAL ESTIMATE** | 15,579.00 |

I hereby authorize the above repair work to be done along with the necessary materials. Ring Power Corporation and it's employees may operate above equipment for purposes of testing. Inspection or delivery at my risk. An expressed mechanics lien is acknowledged on equipment to secure the cost of all repairs thereto. Ring Power Corporation is not responsible for loss or damage to equipment in case of fire, theft, accident, or any other cause beyond our control. Replaced parts will be held for a period of ten days after work completion. The cost of labor and parts in determining any estimate shall be borne by the customer.

PO#: _____     Authorized Name: _____ (signature)

Date: _____                    _____ (print)

### *Thank you for this opportunity to serve your company*

**CONTACT INFORMATION:**

Prepared by: Derek Dobbs   Phone: +1-407-961-9262   Email: Derek.Dobbs@RingPower.Com   Fax:

**JOB SITE:   -**

-This estimate is made subject to buyer's acceptance within (10) ten days from this date
-All prices are subject to change without notice, and those in effect on date of shipment shall prevail
-Terms are Net 30 Days from receipt of invoice
-Estimate excludes sales tax, incoming freight, environmental and additional charges for parts/labor not included in the above mentioned.
-Customer will be contacted should estimate exceed 10%

**THIS WORK ORDER IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS:**

1. AUTHORITY TO PERFORM REPAIRS  It is understood that, "upon receipt" of any item of equipment for repair, maintenance or other work, Ring Power may examine the item of equipment as to work which Ring Power may suggest to be performed in addition to whatever work, if any, might have been requested by customer. All work (requested by customer or suggested by Ring Power) to be noted on a form as supplied by Ring Power.
   a.  Time and Material Work - Ring Power will proceed with the work agreed upon at current labor and parts prices.
   b.  Firm Price - If requested, a firm price in writing will be given to the customer for labor and/or parts to do specific repair. Any agreed a upon repair order not covered by a firm written quotation will be billed at current time and material prices
   c.  Unforeseen Problems or Additional Repairs.  In the event that during the course of the Work, additional repair work is found to be necessary pursuant to Ring Power's examina ion and inspection of the Equipment, then in such event Ring Power will attempt to communicate with the Customer as to the additional repair work; provided, however, that in the event Ring Power is unable to communicate wi h the Customer, then Ring Power, at its sole discretion, shall have the absolute right to cease any and all repairs on the Equipment until such time as the additional repairs are discussed with the Customer. In the event the Customer consents to the additional repairs, Ring Power shall have the right to proceed with the repair of the same without further communication with the Customer and any and all additional repairs will be charged to  he Customer at current time and material prices.

2. HOLD HARMLESS AGREEMENT FOR CUSTOMER PARTICIPATION IN SERVICE WORK - In the event customer or customers' personnel assists our mechanics in performing service work, customer agrees to hold harmless and fully indemnify Ring Power for injuries or damages to anyone arising out of customer assisting Ring Power personnel in servicing or repairing customer's equipment.

3. WARRANTY INFORMATION  - Ring Power warrants the work performed to be free from defects in material and workmanship for a period of ninety days. Ring Power's obligation under this warranty shall be limited to  he repair or replacement at Ring Power's premises of  hose new parts previously installed or labor previously performed demonstrated to be defective. SUCH REMEDY SHALL CONSTITUTE CUSTOMER'S SOLE AND EXCLUSIVE REMEDY AND CUSTOMER HEREBY AGREES THAT NO OTHER REMEDY (INCLUDING, BUT NOT LIMITED TO CLAIMS FOR INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES, OR ANY CAUSE, LOSS, ACTION, CLAIM OR DAMAGE, INCLUDING LOSS OF TIME, WHATSOEVER, OR INJURY TO PERSON OR PROPERTY OR ANY OTHER CONSEQUENTIAL DAMAGE OR INCIDENTAL OR ECONOMIC LOSS) SHALL BE AVAILABLE TO CUSTOMER. THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OR MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. SUBSTANDARD REPAIR WORK MAY BE PERFORMED UPON REQUEST OF CUSTOMER AND ACCORDING TO CUSTOMER'S INSTRUCTIONS BUT SUCH WORK WILL CARRY ABSOLUTELY NO WARRANTY WHATSOEVER. CUSTOMER FURTHER ACKNOWLEDGES AND AGREES THAT NO VERBAL CONTRACTS, AGREEMENTS OR WARRANTIES OTHER THAN WHAT IS SET FORTH HEREIN HAVE BEEN RECEIVED OR GIVEN.

4. PAYMENT - Customer will make payment for services rendered by Ring Power pursuant to this work order at such  imes and in such manner as may be prescribed by Ring Power. In the event of nonpayment by a customer, the cost incurred by Ring Power in collecting the indebtedness, including attorney's fees and expenses, both in the trial court and on any and all appeals, with interest at the maximum rate allowed by law from date of expenditure, shall be added to the principal amount of the indebtedness owed to Ring Power. These provisions are not exclusive and Ring Power may elect other remedies at law and at equity.

5. RISK OF LOSS - Ring Power carries an Equipment Floater Insurance Policy covering all risk (except war, wear and tear, etc ) for the current value (replacement cost less deprecia ion) on customer's equipment in Ring Power's custody or control. All risk of loss and damage not covered in above policy shall be borne solely by its owner.

6. SEVERABILITY CLAUSE - Any provisions of this Agreement found to be prohibited by law shall be immediately ineffective to the extent of such prohibition without invalidating the rest of this Agreement.

7. APPLICABLE LAW - This Agreement shall be deemed to be governed by the laws of the State of Florida.

MY LADY MAY                                    86357 - 1                                    Page 3

**Ring Power** • **CAT**

**MY LADY MAY**
757 5TH AVE
NEW YORK NY
10153

*PER YOUR REQUEST, WE HAVE ESTIMATED REPAIRS ON THE MACHINE LISTED BELOW. A REPAIR DESCRIPTION WITH LABOR AND/OR PARTS IS ATTACHED. UPON DISASSEMBLY OF THE COMPONENT(S) TO BE REPAIRED,ADDITIONAL PARTS AND LABOR MAY BE NECESSARY. IF SO, A QUOTE FOR ADDITIONAL REPAIRS WILL BE FORWARDED TO YOU FOR APPROVAL. NOTE: AN AUTHORIZED REPRESENTATIVE OF YOUR COMPANY SHOULD SIGN AND RETURN THIS REPAIR ESTIMATE. ONLY UPON RECEIPT OF THE SIGNED ESTIMATE WILL REPAIRS BE PERFORMED. A PURCHASE ORDER NUMBER SHOULD BE SUPPLIED IF REQUIRED BY YOUR COMPANY.*

| CUSTOMER NO. | QUOTE NO. | DATE | CONTACT | |
|---|---|---|---|---|
| 784133 | 86346 | 8/18/2022 | RASMUS NIELSEN | |
| PHONE NO. | FAX NO. | EMAIL | | |
| 475 301 8961 | | chiefengineer@yachtladymay.com | | |
| MODEL | MAKE | | | SERIAL NO. |
| C32 | CATERPILLAR | | | 0RNZ00997 |
| UNIT NO. | HOURS | WO NO. | P.O. NO. | |
| SME | 987 | | | |

**TRAVEL TO/FROM MARINE PROPULSION PACKAGE**
NOTES:
2 TECHNICIANS TO ATTEND VESSEL.  ONLY MEALS AND
LODGING ARE QUOTED FOR THE SERVICE OF BOTH MAIN
ENGINES.  TRAVEL TIME AND MILEAGE IS QUOTED ON THE
 ESTIMATE FOR GEAR WORK ON STBD ENGINE AS ALL JOBS
 TO BE DONE ON THE SAME TRIP.

| | |
|---|---|
| **Total Estimated Misc:** | 1,800.00 |
| **Segment 01 Total:** | 1,800.00 |

**PERFORM MAINTENANCE ON ENGINE**
NOTES:
2 TECHNICIANS TO ATTEND VESSEL IN BRIDGEPORT
CONNECTICUT TO PERFORM 3000 HOUR SVC ON  STBD MAIN
 ENGINE.
SCOPE OF WORK TO INCLUDE:
PERFORM MULTI-POINT ENGINE AND MARINE GEAR
INSPECTION USING CAT INSPECT
OBTAIN ECM DOWNLOAD
CHECK AND UPDATE SOFTWARE (FLASH FILE)
REPLACE ZINCS IN ENGINE AND GEAR COOLER
CLEAN INSPECT AIR FILTERS/SEPS
INSPECT AFTERCOOLER DRAIN
INSPECT AND CLEAN CRANKCASE BREATHER
INSPECT HOSES, BELTS, AND CLAMPS
INSPECT BATTERY VOLTAGE AND ELECTROLYTE LEVEL AND
CABLES (IF APPLICABLE)

REPLACE ENGINE OIL AND OIL FILTERS
REPLACE FUEL FILTERS
REPLACE RACOR SEPARATORS (2)
INSPECT RAW WATER IMPELLER (IF APPLICABLE)
PERFORM DOCKSIDE FUNCTION TEST
REPLACE CCV FUMES DISPOSAL FILTER ELEMENT (2)
REPLACE RAW WATER IMPELLER (EXCLUDING BRASS)
REPLACE OIL AND FILTER ON MARINE GEAR
OBTAIN LEVEL 2 COOLANT SAMPLE
REPLACE ENGINE BELTS
CHECK/ADJUST VALVE LASH
REPLACE THERMOSTATS
***************************************************
CUSTOMER TO SUPPLY ALL FLUIDS, FILTERS, AND PARTS
WITH THE EXCEPTION OF THE FOLLOWING:
- ZINC ANODES
- COOLING SYSTEM TEMP. REGULATOR

| | |
|---|---:|
| **Total Estimated Parts:** | 250.00 |
| **Total Estimated Labor:** | 3,614.00 |
| **Segment 02 Total:** | 3,864.00 |

**CLEAN AND TEST HEAT EXCHANGER**
NOTES:
HEAT EXCHANGER WILL BE REMOVED AND SENT OUT TO BE
CLEANED AND TESTED, THEN WILL BE RE-INSTALLED.
-IF ANY ITEMS ARE FOUND TO NOT MEET CAT REUSE
GUIDELINES AN ESTIMATE WILL BE PREPARED FOR
APPROVAL.

| | |
|---|---:|
| **Segment 03 Total:** | 5,999.00 |

**CLEAN AND TEST AFTERCOOLER CORE**
NOTES:
AFTERCOOLER CORE TO REMOVED AND SENT OUT TO BE
CLEANED AND TESTED, THEN REINSTALLED.
-ANY ITEMS FOUND TO NOT MEET CAT REUSE GUIDELINES
WILL BE QUOTED.

| | |
|---|---:|
| **Segment 04 Total:** | 3,616.00 |
| **Total Segments:** | 15,279.00 |
| **ENVIRONMENTAL/MISCELLANEOUS** | 300.00 |
| **SUB TOTAL (BEFORE TAXES)** | 15,579.00 |
| **TOTAL ESTIMATE** | 15,579.00 |

I hereby authorize the above repair work to be done along with the necessary materials. Ring Power Corporation and it's employees may operate above equipment for purposes of testing. Inspection or delivery at my risk. An expressed mechanics lien is acknowledged on equipment to secure the cost of all repairs thereto. Ring Power Corporation is not responsible for loss or damage to equipment in case of fire, theft, accident, or any other cause beyond our control. Replaced parts will be held for a period of ten days after work completion. The cost of labor and parts in determining any estimate shall be borne by the customer.

PO#: _____       Authorized Name: _____ (signature)

Date: _____                _____ (print)

### *Thank you for this opportunity to serve your company*

**CONTACT INFORMATION:**

Prepared by: Derek Dobbs   Phone: +1-407-961-9262   Email: Derek.Dobbs@RingPower.Com   Fax:

## JOB SITE:   -

-This estimate is made subject to buyer's acceptance within (10) ten days from this date
-All prices are subject to change without notice, and those in effect on date of shipment shall prevail
-Terms are Net 30 Days from receipt of invoice
-Estimate excludes sales tax, incoming freight, environmental and additional charges for parts/labor not included in the above mentioned.
-Customer will be contacted should estimate exceed 10%

### THIS WORK ORDER IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS:

1.  AUTHORITY TO PERFORM REPAIRS  It is understood that, "upon receipt" of any item of equipment for repair, maintenance or other work, Ring Power may examine the item of equipment as to work which Ring Power may suggest to be performed in addition to whatever work, if any, might have been requested by customer. All work (requested by customer or suggested by Ring Power) to be noted on a form as supplied by Ring Power.
    a.   Time and Material Work - Ring Power will proceed with the work agreed upon at current labor and parts prices.
    b.   Firm Price - If requested, a firm price in writing will be given to the customer for labor and/or parts to do specific repair. Any agreed a upon repair order not covered by a firm written quotation will be billed at current time and material prices
    c.   Unforeseen Problems or Additional Repairs.  In the event that during the course of the Work, additional repair work is found to be necessary pursuant to Ring Power's examina ion and inspection of the Equipment, then in such event Ring Power will attempt to communicate with the Customer as to the additional repair work; provided, however, that in the event Ring Power is unable to communicate wi h the Customer, then Ring Power, at its sole discretion, shall have the absolute right to cease any and all repairs on the Equipment until such time as the additional repairs are discussed with the Customer. In the event the Customer consents to the additional repairs, Ring Power shall have the right to proceed with the repair of the same without further communication with the Customer and any and all additional repairs will be charged to  he Customer at current time and material prices.

2.  HOLD HARMLESS AGREEMENT FOR CUSTOMER PARTICIPATION IN SERVICE WORK - In the event customer or customers' personnel assists our mechanics in performing service work, customer agrees to hold harmless and fully indemnify Ring Power for injuries or damages to anyone arising out of customer assisting Ring Power personnel in servicing or repairing customer's equipment.

3.  WARRANTY INFORMATION  - Ring Power warrants the work performed to be free from defects in material and workmanship for a period of ninety days. Ring Power's obligation under this warranty shall be limited to  he repair or replacement at Ring Power's premises of  hose new parts previously installed or labor previously performed demonstrated to be defective. SUCH REMEDY SHALL CONSTITUTE CUSTOMER'S SOLE AND EXCLUSIVE REMEDY AND CUSTOMER HEREBY AGREES THAT NO OTHER REMEDY (INCLUDING, BUT NOT LIMITED TO CLAIMS FOR INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES, OR ANY CAUSE, LOSS, ACTION, CLAIM OR DAMAGE, INCLUDING LOSS OF TIME, WHATSOEVER, OR INJURY TO PERSON OR PROPERTY OR ANY OTHER CONSEQUENTIAL DAMAGE OR INCIDENTAL OR ECONOMIC LOSS) SHALL BE AVAILABLE TO CUSTOMER. THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OR MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. SUBSTANDARD REPAIR WORK MAY BE PERFORMED UPON REQUEST OF CUSTOMER AND ACCORDING TO CUSTOMER'S INSTRUCTIONS BUT SUCH WORK WILL CARRY ABSOLUTELY NO WARRANTY WHATSOEVER. CUSTOMER FURTHER ACKNOWLEDGES AND AGREES THAT NO VERBAL CONTRACTS, AGREEMENTS OR WARRANTIES OTHER THAN WHAT IS SET FORTH HEREIN HAVE BEEN RECEIVED OR GIVEN.

4.  PAYMENT - Customer will make payment for services rendered by Ring Power pursuant to this work order at such  imes and in such manner as may be prescribed by Ring Power. In the event of nonpayment by a customer, the cost incurred by Ring Power in collecting the indebtedness, including attorney's fees and expenses, both in the trial court and on any and all appeals, with interest at the maximum rate allowed by law from date of expenditure, shall be added to the principal amount of the indebtedness owed to Ring Power. These provisions are not exclusive and Ring Power may elect other remedies at law and at equity.

5.  RISK OF LOSS - Ring Power carries an Equipment Floater Insurance Policy covering all risk (except war, wear and tear, etc ) for the current value (replacement cost less deprecia ion) on customer's equipment in Ring Power's custody or control. All risk of loss and damage not covered in above policy shall be borne solely by its owner.

6.  SEVERABILITY CLAUSE - Any provisions of this Agreement found to be prohibited by law shall be immediately ineffective to the extent of such prohibition without invalidating the rest of this Agreement.

7.  APPLICABLE LAW - This Agreement shall be deemed to be governed by the laws of the State of Florida.

MY LADY MAY                                          86346 - 1                                          Page 3

**Ring Power** ● **CAT**

**MY LADY MAY**
757 5TH AVE
NEW YORK NY
10153

*PER YOUR REQUEST, WE HAVE ESTIMATED REPAIRS ON THE MACHINE LISTED BELOW. A REPAIR DESCRIPTION WITH LABOR AND/OR PARTS IS ATTACHED. UPON DISASSEMBLY OF THE COMPONENT(S) TO BE REPAIRED,ADDITIONAL PARTS AND LABOR MAY BE NECESSARY. IF SO, A QUOTE FOR ADDITIONAL REPAIRS WILL BE FORWARDED TO YOU FOR APPROVAL. NOTE: AN AUTHORIZED REPRESENTATIVE OF YOUR COMPANY SHOULD SIGN AND RETURN THIS REPAIR ESTIMATE. ONLY UPON RECEIPT OF THE SIGNED ESTIMATE WILL REPAIRS BE PERFORMED. A PURCHASE ORDER NUMBER SHOULD BE SUPPLIED IF REQUIRED BY YOUR COMPANY.*

| CUSTOMER NO. | QUOTE NO. | DATE | CONTACT | |
|---|---|---|---|---|
| 784133 | 85398 | 7/28/2022 | RASMUS NIELSEN | |
| PHONE NO. | FAX NO. | EMAIL | | |
| 475 301 8961 | | chiefengineer@yachtladymay.com | | |
| MODEL | MAKE | | | SERIAL NO. |
| C32 | CATERPILLAR | | | 0RNZ00997 |
| UNIT NO. | HOURS | WO NO. | P.O. NO. | |
| | 987 | | | |

**TRAVEL TO/FROM ENGINE**   (056 1000)

| | |
|---|---|
| **Total Estimated Labor:** | 10,432.00 |
| **Total Estimated Misc:** | 7,500.00 |
| **Segment 01 Total:** | 17,932.00 |

**REPLACE GEARS**   (510 7552)
NOTES:
2 TECHNICIANS WILL ATTEND VESSEL.
TRAVEL TO VESSEL IN BRIDGEPORT, CONNECTICUT.
ARRIVE AT VESSEL AND PLACE PROTECTION AS NEEDED TO
 PROTECT FLOORS AND PAINT.
CUSTOMER TO HAVE EITHER MARINE GEAR MOVED REARWARD
 OR ENGINE MOVED FORWARD.
INSPECT RIGGING AND SUPPORT OF ENGINE BEFORE START
 OF REPAIR.
REMOVE ENGINE OIL AND FILTERS, CUT FILTERS OPEN TO
 INSPECT FOR METAL DEBRIS WITHIN.
REMOVE ENGINE OIL PAN AND SUPPORT BENEATH ENGINE
AND THEN REMOVE OIL PUMP FOR DISASSEMBLY AND
INSPECTION.
REPLACE PUMP WITH REMAN IF DEEMED BAD BY CAT REUSE
 GUIDELINES.
REMOVE FLYWHEEL AND RIG TO SIDE.
REMOVE REAR CRANK SEAL.
REMOVE ANY BRACKETS AND LINES FROM TURBOS THAT ARE
 IN THE WAY FOR REMOVING REAR HOUSING, POSSIBLY
INCLUDING DRAINING COOLANT FROM ENGINE.
REMOVE REAR PART OF REAR HOUSING TO ACCESS GEAR
TRAIN. CLEAN AND INSPECT GEARTRAIN REPLACING ONLY
PARTS FOUND TO BE OUTSIDE OF CAT REUSE GUIDELINES.

REPLACE REAR HOUSING GASKETS AND OTHER SEALS AND
REINSTALL ON ENGINE.
CAMSHAFT DRIVE GEARS WILL HAVE TO BE REMOVED TO
REPLACE FUEL PUMP DRIVE GEAR - THIS WILL INCLUDE
VALVE COVER REMOVAL AND ROCKER SHAFT ASSEMBLIES
LOOSENED TO ALLOW CAMSHAFT GEAR TIMING, VALVES AND
 INJECTORS WILL BE READJUSTED DURING REPAIRS AS
NEEDED.
REINSTALL REAR CRANKSHAFT SEAL AND REINSTALL
FLYWHEEL AND TORQUE ALL FASTENERS TO SPECS.
CLEAN AND THEN REINSTALL ENGINE OIL PAN WITH NEW
GASKETS AND FILL WITH OIL.
INSTALL NEW FUEL AND OIL FILTERS ALONG WITH NEW
FUEL TRANSFER PUMP AND REATTACH ALL FUEL LINES.
AIR LINES REMOVED BEFORE OUR ARRIVAL WILL BE
REINSTALLED WITH NEW SEALS AS WELL AS ANY TURBO
BRACKETS AND LINES REMOVED FOR REPAIR.
CUSTOMER WILL HAVE GEAR OR ENGINE RIGGED BACK INTO
 PLACE AND ALIGNMENT CHECKED.
VESSEL WILL THEN BE SEA TRIALED FOR TWO HOURS TO
ENSURE PROPER REPAIRS AND NO LEAKS.
ALL REPAIRS COMPLETE AND ENGINE ROOM CLEAN AS
BEFORE REPAIRS BEGAN, CUSTOMER HAPPY.
TRAVEL TO FLORIDA AND FINALIZE ALL PAPER WORK AND
TOOLS.
***************************************************
AFTER ENGINE INSPECTION WE WILL PROVIDE REPORT OF
FINDINGS AND A QUOTE FOR ANY ADDITIONAL ITEMS
NEEDED WILL BE PROVIDED FOR APPROVAL.
***************************************************
CUSTOMER IS RESPONSIBLE FOR THE FOLLOWING:
-CLEAR ACCESS TO ENGINES AND BOAT DURING SERVICES
-JOB SITE DELAYS BEYOND RING POWER'S CONTROL
-INSPECTED ITEMS NOT MEETING CAT REUSE GUIDELINES
-FREIGHT/SHIPPING CHARGES IF APPLICABLE

| Part Number | Description | Qty | Unit Sell | Unit Disc | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 0315085 | BOLT | 6.00 | 5.74 | | 5.74 | 34.44 |
| 0619455 | SEAL | 1.00 | 14.18 | | 14.18 | 14.18 |
| 0R8210 | PUMP GP | 1.00 | 801.60 | | 801.60 | 801.60 |
| 0R8210 | CORE | 1.00 | 1,167.62 | | 1,167.62 | 0.00 |
| 1011365 | PLATE THRUST | 1.00 | 36.17 | | 36.17 | 36.17 |
| 1025861 | PLATE THRUST | 2.00 | 60.98 | | 60.98 | 121.96 |
| 1090076 | SEAL O RING | 4.00 | 9.98 | | 9.98 | 39.92 |
| 1123540 | SEAL O RING | 2.00 | 11.93 | | 11.93 | 23.86 |
| 113-5304 | SEAL | 1.00 | 21.89 | | 21.89 | 21.89 |
| 1142687 | SEAL-O-RING | 2.00 | 5.46 | | 5.46 | 10.92 |
| 1178801 | SEAL O RING | 2.00 | 25.84 | | 25.84 | 51.68 |
| 1305694 | SEAL-O-RING | 4.00 | 32.06 | | 32.06 | 128.24 |
| 136-7227 | SEAL O RING | 2.00 | 6.61 | | 6.61 | 13.22 |
| 1425868 | SEAL GP-CSHF | 1.00 | 107.16 | | 107.16 | 107.16 |
| 1808424 | SEAL-O-RING | 6.00 | 1.22 | | 1.22 | 7.32 |
| 1851497 | GEAR AS-IDLE | 1.00 | 1,042.95 | | 1,042.95 | 1,042.95 |
| 2054831 | SEAL-O-RING | 2.00 | 1.82 | | 1.82 | 3.64 |
| 20R0967 | PUMP GP F | 1.00 | 466.89 | | 466.89 | 466.89 |
| 20R0967 | CORE | 1.00 | 176.31 | | 176.31 | 0.00 |

| 2241215 | STUBSHAFT | 1.00 | 750.28 | 750.28 | 750.28 |
| 2241219 | STUBSHAFT | 1.00 | 331.74 | 331.74 | 331.74 |
| 2241220 | PLATE | 1.00 | 80.24 | 80.24 | 80.24 |
| 2241221 | STUBSHAFT | 1.00 | 369.30 | 369.30 | 369.30 |
| 2249657 | ADAPTER AS. | 2.00 | 163.09 | 163.09 | 326.18 |
| 2251242 | GASKET | 1.00 | 148.54 | 148.54 | 148.54 |
| 2264753 | GASKET | 2.00 | 3.58 | 3.58 | 7.16 |
| 2275538 | SEAL-O-RING | 6.00 | 34.21 | 34.21 | 205.26 |
| 2287090 | SEAL-O-RING | 2.00 | 5.38 | 5.38 | 10.76 |
| 2306202 | GEAR AS | 1.00 | 1,288.05 | 1,288.05 | 1,288.05 |
| 2314708 | SEAL-O-RING | 2.00 | 2.81 | 2.81 | 5.62 |
| 2348937 | SEAL-INTEGRA | 2.00 | 13.58 | 13.58 | 27.16 |
| 2361525 | SEAL-INTEGRA | 1.00 | 670.39 | 670.39 | 670.39 |
| 2453804 | BOLT-HEX HEA | 1.00 | 2.38 | 2.38 | 2.38 |
| 2556863 | GASKET | 2.00 | 110.83 | 110.83 | 221.66 |
| 2804155 | SEAL-INTEGRA | 1.00 | 41.86 | 41.86 | 41.86 |
| 2804155 | SEAL-INTEGRA | 1.00 | 41.86 | 41.86 | 41.86 |
| 3316185 | GEAR AS-IDLE | 1.00 | 1,735.83 | 1,735.83 | 1,735.83 |
| 3316188 | GEAR AS-CAMS | 2.00 | 712.87 | 712.87 | 1,425.74 |
| 3430793 | GASKET | 2.00 | 90.18 | 90.18 | 180.36 |
| 3890433 | FILTER-FUEL | 2.00 | 72.80 | 72.80 | 145.60 |
| 3890434 | FILTER LUBE | 2.00 | 41.08 | 41.08 | 82.16 |
| 3B1915 | BOLT | 2.00 | 0.69 | 0.69 | 1.38 |
| 3E6773 | SEAL O RING | 2.00 | 24.68 | 24.68 | 49.36 |
| 428-9129 | GASKET | 2.00 | 61.47 | 61.47 | 122.94 |
| 4289129 | GASKET | 2.00 | 61.47 | 61.47 | 122.94 |
| 4755915 | PLATE-SEALIN | 2.00 | 321.56 | 321.56 | 643.12 |
| 4N0848 | SLEEVE | 1.00 | 39.10 | 39.10 | 39.10 |
| 4N0913 | SCREEN | 1.00 | 60.12 | 60.12 | 60.12 |
| 4P-4460 | GASKET | 2.00 | 1.09 | 1.09 | 2.18 |
| 5024034 | SEAL-O-RING | 1.00 | 29.50 | 29.50 | 29.50 |
| 5B0213 | BOLT | 6.00 | 1.10 | 1.10 | 6.60 |
| 5E8771 | O RING | 2.00 | 23.98 | 23.98 | 47.96 |
| 5M2894 | WASHER | 2.00 | 0.43 | 0.43 | 0.86 |
| 5P4255 | BOLT | 4.00 | 0.61 | 0.61 | 2.44 |
| 5P5846 | SEAL O RING | 1.00 | 17.55 | 17.55 | 17.55 |
| 5P7701 | SEAL | 1.00 | 9.05 | 9.05 | 9.05 |
| 5P7814 | SEAL | 2.00 | 4.41 | 4.41 | 8.82 |
| 5P7815 | SEAL-O-RING | 1.00 | 10.59 | 10.59 | 10.59 |
| 5P8068 | SEAL | 4.00 | 16.36 | 16.36 | 65.44 |
| 5P8068 | SEAL | 1.00 | 16.36 | 16.36 | 16.36 |
| 6V3250 | SEAL O RING | 4.00 | 1.26 | 1.26 | 5.04 |
| 6V3830 | SEAL O RING | 1.00 | 15.29 | 15.29 | 15.29 |
| 6V3917 | SEAL O RING | 4.00 | 33.07 | 33.07 | 132.28 |
| 6V5050 | SEAL-O-RING | 2.00 | 7.77 | 7.77 | 15.54 |
| 6V5063 | SEAL O RING | 1.00 | 1.88 | 1.88 | 1.88 |
| 6V5064 | SEAL O RING | 1.00 | 2.12 | 2.12 | 2.12 |
| 6V6609 | SEAL | 4.00 | 1.40 | 1.40 | 5.60 |
| 6V9027 | SEAL-O-RING | 1.00 | 1.10 | 1.10 | 1.10 |

| 7B3235 | CAP SCREW | 8.00 | 1.15 | 1.15 | 9.20 |
| 7C0307 | GASKET | 4.00 | 1.62 | 1.62 | 6.48 |
| 7J2036 | SEAL O RING | 2.00 | 3.07 | 3.07 | 6.14 |
| 7M7273 | GASKET | 2.00 | 11.86 | 11.86 | 23.72 |
| 7N7559 | GASKET | 2.00 | 1.33 | 1.33 | 2.66 |
| 7N7628 | GASKET | 8.00 | 1.61 | 1.61 | 12.88 |
| 8C3089 | SEAL FACE | 1.00 | 17.43 | 17.43 | 17.43 |
| 8L2786 | O RING | 3.00 | 5.88 | 5.88 | 17.64 |
| 9H8872 | GASKET | 1.00 | 2.90 | 2.90 | 2.90 |

|  |  | **Total Estimated Parts:** | 14,807.56 |
|  |  | **Total Estimated Labor:** | 59,280.00 |
|  |  | **Total Estimated Misc:** | 1,500.00 |
|  |  | **Segment 02 Total:** | 75,587.56 |
|  |  | **Total Segments:** | 93,519.56 |

**ENVIRONMENTAL/MISCELLANEOUS**                                             300.00
**SUB TOTAL (BEFORE TAXES)**                                            93,819.56
**TOTAL ESTIMATE**                                                      93,819.56

I hereby authorize the above repair work to be done along with the necessary materials. Ring Power Corporation and it's employees may operate above equipment for purposes of testing. Inspection or delivery at my risk. An expressed mechanics lien is acknowledged on equipment to secure the cost of all repairs thereto. Ring Power Corporation is not responsible for loss or damage to equipment in case of fire, theft, accident, or any other cause beyond our control. Replaced parts will be held for a period of ten days after work completion. The cost of labor and parts in determining any estimate shall be borne by the customer.

PO#: _____     Authorized Name: _____  (signature)

Date: _____                        _____  (print)

---

### *Thank you for this opportunity to serve your company*

---

## CONTACT INFORMATION:

Prepared by: Derek Dobbs   Phone: +1-407-961-9262   Email: Derek.Dobbs@RingPower.Com   Fax:

---

## JOB SITE:   - BRIDGEPORT CONNECTICUT

---

-This estimate is made subject to buyer's acceptance within (10) ten days from this date
-All prices are subject to change without notice, and those in effect on date of shipment shall prevail
-Terms are Net 30 Days from receipt of invoice
-Estimate excludes sales tax, incoming freight, environmental and additional charges for parts/labor not included in the above mentioned.
-Customer will be contacted should estimate exceed 10%

---

## THIS WORK ORDER IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS:

1. AUTHORITY TO PERFORM REPAIRS  It is understood that, "upon receipt" of any item of equipment for repair, maintenance or other work, Ring Power may examine the item of equipment as to work which Ring Power may suggest to be performed in addition to whatever work, if any, might have been requested by customer. All work (requested by customer or suggested by Ring Power) to be noted on a form as supplied by Ring Power.
   a.   Time and Material Work - Ring Power will proceed wi h the work agreed upon at current labor and parts prices.
   b.   Firm Price - If requested, a firm price in writing will be given to the customer for labor and/or parts to do specific repair. Any agreed a upon repair order not covered by a firm written quotation will be billed at current time and material prices
   c.   Unforeseen Problems or Additional Repairs.  In the event that during the course of the Work, addi ional repair work is found to be necessary pursuant to Ring Power's examina ion and inspection of the Equipment, then in such event Ring Power will attempt to communicate with the Customer as to the additional repair work; provided, however, that in the event Ring Power is unable to communicate wi h the Customer, then Ring Power, at its sole discretion, shall have the absolute right to cease any and all repairs on the Equipment until such time as the additional repairs are discussed with the Customer. In the event the Customer consents to the additional repairs, Ring Power shall have the right to proceed with the repair of the same without further communication with the Customer and any and all additional repairs will be charged to  he Customer at current time and material prices.

2. HOLD HARMLESS AGREEMENT FOR CUSTOMER PARTICIPATION IN SERVICE WORK- In the event customer or customers' personnel assists our mechanics in performing service work, customer agrees to hold harmless and fully indemnify Ring Power for injuries or damages to anyone arising out of customer assisting Ring Power personnel in servicing or repairing customer's equipment.

3. WARRANTY INFORMATION  - Ring Power warrants the work performed to be free from defects in material and workmanship for a period of ninety days. Ring Power's obligation under this warranty shall be limited to  he repair or replacement at Ring Power's premises of  hose new parts previously installed or labor previously performed demonstrated to be defective. SUCH REMEDY SHALL CONSTITUTE CUSTOMER'S SOLE AND EXCLUSIVE REMEDY AND CUSTOMER HEREBY AGREES THAT NO OTHER REMEDY (INCLUDING, BUT NOT LIMITED TO CLAIMS FOR INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES, OR ANY CAUSE, LOSS, ACTION, CLAIM OR DAMAGE, INCLUDING LOSS OF TIME, WHATSOEVER, OR INJURY TO PERSON OR PROPERTY OR ANY OTHER CONSEQUENTIAL DAMAGE OR INCIDENTAL OR ECONOMIC LOSS) SHALL BE AVAILABLE TO CUSTOMER. THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OR MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. SUBSTANDARD REPAIR WORK MAY BE PERFORMED UPON REQUEST OF CUSTOMER AND ACCORDING TO CUSTOMER'S INSTRUCTIONS BUT SUCH WORK WILL CARRY ABSOLUTELY NO WARRANTY WHATSOEVER. CUSTOMER FURTHER ACKNOWLEDGES AND AGREES THAT NO VERBAL CONTRACTS, AGREEMENTS OR WARRANTIES OTHER THAN WHAT IS SET FORTH HEREIN HAVE BEEN RECEIVED OR GIVEN.

4. PAYMENT - Customer will make payment for services rendered by Ring Power pursuant to this work order at such  imes and in such manner as may be prescribed by Ring Power. In the event of nonpayment by a customer, the cost incurred by Ring Power in collecting the indebtedness, including attorney's fees and expenses, both in the trial court and on any and all appeals, with interest at the maximum rate allowed by law from date of expenditure, shall be added to the principal amount of the indebtedness owed to Ring Power. These provisions are not exclusive and Ring Power may elect other remedies at law and at equity.

5. RISK OF LOSS - Ring Power carries an Equipment Floater Insurance Policy covering all risk (except war, wear and tear, etc ) for the current value (replacement cost less deprecia ion) on customer's equipment in Ring Power's custody or control. All risk of loss and damage not covered in above policy shall be borne solely by its owner.

6. SEVERABILITY CLAUSE - Any provisions of this Agreement found to be prohibited by law shall be immediately ineffective to the extent of such prohibition without invalidating the rest of this Agreement.

7. APPLICABLE LAW - This Agreement shall be deemed to be governed by the laws of the State of Florida.

Br dgeport Boatworks
731 Seav ew Ave
Br dgeport, CT 06607
Un ted States
(860) 536 9651



# Estimate

B ge Board Rep acement 2022

**ID:** 6234

| Contact | Vessel |
|---|---|
| L oyd Benard | Lady May |
| capta n@yacht adymay.com | D mens ons: 151 ' x 32 ' x 7 ' |
| 1 3057994799 | Make: Feadsh p |
| | We ght: 0 |

## 1. Bilge Board Replacement                                       $2,280.76

**Comments:** 1. Temp ate Ex st ng Starboard Board
2. Beve a  Edges
3. Cut out Ho es for  ft po nts and beve  edge

| Labor | Rate | Qty | Total |
|---|---|---|---|
| • Subcontractor Labor BB | $2,193.04 F at Fee | 1 | $2,193.04 N |
| **Comments:** 1. Temp ate Ex st ng Starboard Board 2. Beve a  Edges 3. Cut out Ho es for  ft po nts and beve  edges | | | |
| Lead T me 2 Weeks **Co or may d ffer s ght y from or g na  Co or** | | | |

| Charge | Rate | Qty | Total |
|---|---|---|---|
| • Env ronmenta  & Safety Fee BB | 4% (Parts and Labor) | 1 | $87.72 N |

| Labor | Parts | Charges | Subtotal | Tax | Total |
|---|---|---|---|---|---|
| **$2,193.04** | **$0.00** | **$87.72** | **$2,280.76** | **$0.00** | **$2,280.76** |

## Terms and Conditions

We are pleased to prov de th s Est mate for repa r work on your vessel.

Th s Budgetary Est mate  s based upon our  nspect on of your vessel,  nformat on that you have prov ded to us, and
our exper ence regard ng s m lar vessels and work.  t s poss ble that defect ve parts or other  ssues w th
your vessel w ll be d scovered after our work has begun and, for these reasons, th s Est mate does not
 nclude add t onal parts or labor that may be requ red after the job has begun. We w ll not fy you of any
such  ssues  f they should ar se. Tax, Env ronental and Subcontractor charges may be add t onal  f appl cable.

The pr c ng set forth  n th s Est mate  s based on the assumpt ons, exclus ons and scope of work set forth
here n, and  s val d for fourteen (14) days from the date of the Est mate.

Your accep ance of th s Est mate  s subject to the terms and cond t ons at ached hereto as Exh b t A.
A 50% depos t of the Est mate total  s requ red at the t me of approval, w th the balance and any add t onal
charges due upon complet on.

Should th s Est mate and Terms and Cond t ons meet w th your approval, k ndly s gn and return at your
earl est conven ence. f you have any quest ons or concerns, please do not hes tate to contact us.

S ncerely,

Br dgeport Boatworks Representat ve_____9/12/2022__

_____
Customer S gnature:_____
Pr nted Name:_____**Lloyd Bernard**_____
Date:_____**12 September 2022**_____

#### Notice

Th s Est mate s not an nvo ce and does not represent the f nal amount due or the balance on th s
Est mate. For quest ons or concerns, please call Br dgeport Boatworks at (860) 536 9651.

Exh b t A

Terms and Cond t ons

1. Appl cab l ty: These terms and cond t ons ("Terms") are the only terms wh ch govern the serv ces
("Serv ces") to be prov ded by Br dgeport Boatworks to the owner ("Owner") of the
vessel(s) ("Vessel") l sted n the accompany ng est mate ("Est mate"). The Terms and Est mate are
collect vely referred to here n as the "Agreement." These Terms shall preva l over any pr or
agreements or d scuss ons between Br dgeport Boatworks and the Owner. Owner w ll be deemed to
have accepted these Terms upon Br dgeport Boatworks' commencement of performance of the
Serv ces or Owner's return of the s gned Agreement, wh chever s earl er.

2. Compensat on:  n cons derat on of the performance by Br dgeport Boatworks of the Serv ces, Owner
agrees to pay Br dgeport Boatworks the fee set forth n the Est mate/ nvo ce (or the port on earned) upon
rece pt of subm ss on of Br dgeport Boatworks' nvo ce or as otherw se set forth n the
Agreement. n add t on, Owner shall re mburse Br dgeport Boatworks for reasonable expenses
 ncurred n performance of the Serv ces, nclud ng but not l m ted to travel expenses, storage charges,
sh pp ng charges, and other reasonable expenses ncurred n Br dgeport Boatworks' performance of
the Serv ces. Owner shall pay such re mbursable expenses upon rece pt follow ng Owner's
rece pt of an nvo ce conta n ng such expenses. Any amounts due to Br dgeport Boatworks from
Owner under th s Agreement shall, after a th rty (30) day grace per od, bear nterest from the due date
at the max mum rate allowed by appl cable law.

3. Change Requests: Owner may request a change to any port on of the Serv ces at any t me by
subm tt ng such request n wr t ng to Br dgeport Boatworks ("Change Request"). W th n a reasonable
t me after rece pt of a Change Request from Owner, Br dgeport Boatworks shall evaluate the mpact
of the Change Request and prov de Owner w th a wr tten s atement sett ng forth ts est mate of the
cost of the change. W th n a reasonable t me after rece pt of a Change Request from Br dgeport
Boatworks, Owner shall prov de a wr tten acceptance or reject on of the Change Request. Br dgeport
Boatworks' fee for the Serv ces shall be adjusted to the extent of any ncrease n Serv ces, at a f xed
amount as agreed by the part es, or f the part es do not agree to a f xed amount, on a t me and

mater als (T&M) bas s at the rates set forth her n, or f no rates are set forth, at rates agreed by
the part es. Br dgeport Boatworks shall not be requ red to proceed w th a change n serv ces absent

agreement by the parties in writing.

4. Warranty: Bridgeport Boatworks warrants that the Services shall be performed using personnel of required skill, experience and qualifications in a professional and workmanlike manner. Other than as set forth herein, Bridgeport Boatworks makes no warranties regarding workmanship or materials, either express or implied, including any implied warranty or merchantability, fitness for a particular purpose or seaworthiness.

5. Fees and Costs: Owner shall reimburse Bridgeport Boatworks for all costs incurred in collecting any late payments, including, without limitation, attorneys' fees. In addition to all other remedies available under this Agreement or at law (which Bridgeport Boatworks does not waive by the exercise of any rights hereunder), Bridgeport Boatworks shall be entitled to suspend the delivery of any goods or performance of any services hereunder if the Owner fails to pay any amounts when due hereunder.

6. Liability of Bridgeport Boatworks: Bridgeport Boatworks shall have no liability for any matters arising out of or related to this Agreement except to the extent caused by the sole negligence of Bridgeport Boatworks or those for whom it is directly responsible. In no event shall Bridgeport Boatworks' liability for any matters arising out of or related to this Agreement exceed the fee paid to Bridgeport Boatworks under this Agreement. No principal, partner, member, director, officer, agent, servant, employee, or consultant of Bridgeport Boatworks shall have any personal liability relating to the subject matter of this Agreement.

7. Insurance: Owner shall at all times maintain adequate and customary insurance covering the Vessel for the duration of the Services, including while the Vessel is in the custody and/or control of Bridgeport Boatworks. Owner and Bridgeport Boatworks each hereby waive the inherent right of recovery against the other for injury, loss, or damage to the extent covered by insurance proceeds received by the damaged party. All policies required hereunder shall provide that the respective carrier(s) waives all rights of subrogation with respect to losses payable under such policies.

8. Termination: Bridgeport Boatworks shall have the right to terminate this Agreement upon seven (7) days' written notice in the event that Owner is in material breach of its obligations hereunder. In the event the Agreement is terminated for any reason prior to the completion of the Services, then, in addition to the reimbursable expenses detailed herein, Owner shall pay to Bridgeport Boatworks the balance of the remaining fee as of the date of termination, representing payment for demobilization costs, opportunity costs, and anticipated lost profit. Bridgeport Boatworks' exercise of its rights under this section shall not in any way limit or abridge other remedies available to it under the Agreement or applicable law, including any lien rights with respect to the Vessel.

9. Force Majeure: Bridgeport Boatworks shall not be liable or responsible to the Owner, nor be deemed to have defaulted or breached this Agreement, for any failure or delay in fulfilling or performing any term of this Agreement when and to the extent such failure or delay is caused by or results from acts or circumstances beyond the reasonable control of Bridgeport Boatworks including, without limitation, acts of God, flood, fire, earthquake, explosion, governmental actions, war, terrorist threats or acts, riot, or other civil unrest, public emergency, epidemics or pandemics, lockouts, strikes or other labor disputes, or restraints or delays affecting carriers or inability or delay in obtaining supplies

othe labor disputes, or lest a his or delays a coring al e s or hab l ty o delay fro a rry suppres

of adequate or su table mater als, mater als or telecommun cat on breakdown or power outage.

10. General Prov s ons:

a.  Owner hereby grants Br dgeport Boatworks,  ts agents and employees, perm ss on to operate the Vessel for the purpose of test ng and/or  nspect on.

b.  Owner shall remove all art cles of personal property, gear, or other appurtenances not necessary for the performance of the Serv ces from the Vessel pr or to del very of the Vessel to Br dgeport Boatworks. Br dgeport Boatworks shall not be respons ble for damage to or loss of any such art cles of personal property, gear, or other appurtenances left aboard the Vessel, due to f re, theft, p lferage, or otherw se. Del very of the Vessel does not const tute a ba lment of any art cles of personal property, gear, or other appurtenances left on the Vessel wh ch are not necessary for the performance of the Serv ces.

c. Th s Agreement const tutes the ent re agreement between the part es hereto regard ng the subject matter hereof, and supersedes all pr or agreements, whether wr tten or oral.

d. No change, mod f cat on, or amendment shall be made to th s Agreement unless set forth  n wr t ng and s gned by the part es hereto.

e. All express representat ons, warrant es,  ndemn f cat ons, and l m ts of l ab l ty ncluded  n th s Agreement w ll surv ve  ts complet on or term nat on for any reason.  f any prov s on of th s Agreement shall be held  nval d,  llegal or unenforceable by a court of competent jur sd ct on, the val d ty, legal ty and enforceab l ty of the rema n ng prov s ons shall  n no way be affected or  mpa red thereby. The rema n ng prov s ons shall rema n  n full force and effect, as  f the unenforceable prov s on had been deleted. The part es agree to replace any om tted prov s on w th a val d prov s on that comes as close as poss ble to the  ntent of the om tted prov s on.

f. Th s Agreement shall be governed by and construed under the laws of the state  n wh ch the Serv ces are performed, w thout regard to  ts confl cts of laws pr nc ples.

g. Br dgeport Boatworks and Owner w ll f rst attempt to resolve d sputes or d sagreements through d scuss ons between the r respect ve representat ves, who shall meet upon the request of e ther party as soon as conven ently poss ble to attempt to resolve such d spute or d sagreement.  f after meet ng, the representat ves determ ne that the d spute or d sagreement cannot be resolved on terms sat sfactory to both part es, the part es shall subm t the d spute or d sagreement to non b nd ng med at on. The med at on shall be conducted by a mutually agreeable  mpart al med ator, or  f the part es cannot so agree, a med ator des gnated by the Amer can Arb trat on Assoc at on ("AAA").  f a d spute has not been resolved  n accordance w th the procedures set forth above, such d sputes shall be dec ded by arb trat on  n accordance w th the appl cable AAA rules then  n effect, unless the part es mutually agree otherw se. The award of the arb trator(s) shall be f nal and b nd ng upon the part es w thout the r ght of appeal to the courts. Judgment may be entered upon  t n accordance w th appl cable law by any court hav ng jur sd ct on thereof.

**Notice**

Th s est mate  s not an  nvo ce and does not represent the f nal  amount due or the ba ance on th s est mate.

For quest ons or concerns, p ease ca  Br dgeport Boatworks at (860) 536-9651.

Br dgeport Boatworks
731 Seav ew Ave
Br dgeport, CT 06607
Un ted States
(860) 536 9651



# Estimate

LADY MAY- BOW REPAINT ESTIMATE 2022

**ID:** 6235

| **Contact** | **Vessel** |
|---|---|
| L oyd Benard | Lady May |
| capta n@yacht adymay.com | D mens ons: 151 ' x 32 ' x 7 ' |
| 1 3057994799 | Make: Feadsh p |
| | We ght: 0 |

**Est mate Comments**

Th s s the budgetary est mate for the yard per od for the 152' motor vesse LADY MAY.

Th s est mate s subject to the Nava Arch tect / Pre-Hau Eng neer ng Eva uat on, to determ ne f th s vesse can be safe y fted w th Br dgeport Boatworks Mar ne Trave ft.

Th s est mate does not nc ude CT Sa es Tax.

A depos t of $4576.00 s requested to secure est mated abor.

## 1. Paint Correction on Bow of Vessel     $9,152.00

**Comments:** Th s s the budgetary est mate for the yard per od for the 152' motor vesse LADY MAY.
Th s est mate s subject to the Nava Arch tect / Pre-Hau Eng neer ng Eva uat on, to determ ne f th s vesse can be safe y fted w th Br dgeport Boatworks Mar ne Trave ft.
1. Th s est mate does not nc ude CT Sa es Tax. 2. Th s est mate does not nc ude man fts.
3. Th s est mate s based on vesse be ng out of the water.

| Labor | Rate | Qty | Total |
|---|---|---|---|
| Subcontractor Labor BB<br>**Comments:** Prep, gr nd, f & fa r b ster repa r. App y h gh bu d, sand and app y 545.<br>C ean and app y meta c top coat (TBD). | $2,800.00 F at Fee | 1 | $2,800.00 N |
| Subcontractor Labor BB<br>**Comments:** Tent ng and Scaffo d ng Cost | $5,000.00 F at Fee | 1 | $5,000.00 N |

| Part | Rate | Qty | Total |
|---|---|---|---|
| Est mated Parts BB | $1,000.00 | 1 | $1,000.00 T |

| Charge | Rate | Qty | Total |
|---|---|---|---|
| Env ronmenta & Safety Fee BB | 4% (Parts and Labor) | 1 | $352.00 N |

| Labor | Parts | Charges | Subtotal | Tax | Total |
|---|---|---|---|---|---|
| $7,800.00 | $1,000.00 | $352.00 | $9,152.00 | $63.50 | $9,215.50 |

**Terms and Conditions**

We are pleased to prov de th s Est mate for repa r work on your vessel.

Th s Budgetary Est mate s based upon our nspect on of your vessel, nformat on that you have prov ded to us, and our exper ence regard ng s m lar vessels and work. t s poss ble that defect ve parts or other ssues w th

your vessel w ll be d scovered after our work has begun and, for these reasons, th s Est mate does not nclude add t onal parts or labor that may be requ red after the job has begun. We w ll not fy you of any such ssues f they should ar se. Tax, Env ronental and Subcontractor charges may be add t onal f appl cable.

The pr c ng set forth n th s Est mate s based on the assumpt ons, exclus ons and scope of work set forth here n, and s val d for fourteen (14) days from the date of the Est mate.

Your accep ance of th s Est mate s subject to the terms and cond t ons at ached hereto as Exh b t A. A depos t s requ red at the t me of approval, w th the balance and any add t onal charges due upon complet on. A payment schedule w ll be prov ded by Br dgeport Boatworks, lay ng out the est mated expenses for the upcom ng months work. Th s w ll allow the customer to budget/make payment on a monthly bas s and keep account n the pos t ve at all t mes.

Should th s Est mate and Terms and Cond t ons meet w th your approval, k ndly s gn and return at your earl est conven ence. f you have any quest ons or concerns, please do not hes tate to contact us.

S ncerely,

Br dgeport Boatworks Representat ve_____ 9/12/2022_____

_____
Customer S gnature:_____
Pr nted Name:_____ Lloyd Bernard_____
Date:_____ 12 September 2022_____

**Notice**

Th s Est mate s not an nvo ce and does not represent the f nal amount due or the balance on th s Est mate. For quest ons or concerns, please call Br dgeport Boatworks at (860) 536 9651.

Exh b t A

Terms and Cond t ons

1. Appl cab l ty: These terms and cond t ons ("Terms") are the only terms wh ch govern the serv ces ("Serv ces") to be prov ded by Br dgeport Boatworks to the owner ("Owner") of the vessel(s) ("Vessel") l sted n the accompany ng est mate ("Est mate"). The Terms and Est mate are collect vely referred to here n as the "Agreement." These Terms shall preva l over any pr or agreements or d scuss ons between Br dgeport Boatworks and the Owner. Owner w ll be deemed to have accepted these Terms upon Br dgeport Boatworks' commencement of performance of the Serv ces or Owner's return of the s gned Agreement, wh chever s earl er.

2. Compensat on: n cons derat on of the performance by Br dgeport Boatworks of the Serv ces, Owner agrees to pay Br dgeport Boatworks the fee set forth n the Est mate/ nvo ce (or the port on earned) upon rece pt of subm ss on of Br dgeport Boatworks' nvo ce or as otherw se set forth n the Agreement. n add t on, Owner shall re mburse Br dgeport Boatworks for reasonable expenses ncurred n performance of the Serv ces, nclud ng but not l m ted to travel expenses, storage charges, sh pp ng charges, and other reasonable expenses ncurred n Br dgeport Boatworks' performance of

the Serv ces. Owner shall pay such re mbursable expenses upon rece pt follow ng Owner's rece pt of an nvo ce conta n ng such expenses. Any amounts due to Br dgeport Boatworks from

Owner under this Agreement shall, after a thirty (30) day grace period, bear interest from the due date at the maximum rate allowed by applicable law.

3. Change Requests: Owner may request a change to any portion of the Services at any time by submitting such request in writing to Bridgeport Boatworks ("Change Request"). Within a reasonable time after receipt of a Change Request from Owner, Bridgeport Boatworks shall evaluate the impact of the Change Request and provide Owner with a written statement setting forth its estimate of the cost of the change. Within a reasonable time after receipt of a Change Request from Bridgeport Boatworks, Owner shall provide a written acceptance or rejection of the Change Request. Bridgeport Boatworks' fee for the Services shall be adjusted to the extent of any increase in Services, at a fixed amount as agreed by the parties, or if the parties do not agree to a fixed amount, on a time and materials (T&M) basis at the rates set forth herein, or if no rates are set forth, at rates agreed by the parties. Bridgeport Boatworks shall not be required to proceed with a change in services absent agreement by the parties in writing.

4. Warranty: Bridgeport Boatworks warrants that the Services shall be performed using personnel of required skill, experience and qualifications in a professional and workmanlike manner. Other than as set forth herein, Bridgeport Boatworks makes no warranties regarding workmanship or materials, either express or implied, including any implied warranty or merchantability, fitness for a particular purpose or seaworthiness.

5. Fees and Costs: Owner shall reimburse Bridgeport Boatworks for all costs incurred in collecting any late payments, including, without limitation, attorneys' fees. In addition to all other remedies available under this Agreement or at law (which Bridgeport Boatworks does not waive by the exercise of any rights hereunder), Bridgeport Boatworks shall be entitled to suspend the delivery of any goods or performance of any services hereunder if the Owner fails to pay any amounts when due hereunder.

6. Liability of Bridgeport Boatworks: Bridgeport Boatworks shall have no liability for any matters arising out of or related to this Agreement except to the extent caused by the sole negligence of Bridgeport Boatworks or those for whom it is directly responsible. In no event shall Bridgeport Boatworks' liability for any matters arising out of or related to this Agreement exceed the fee paid to Bridgeport Boatworks under this Agreement. No principal, partner, member, director, officer, agent, servant, employee, or consultant of Bridgeport Boatworks shall have any personal liability relating to the subject matter of this Agreement.

7. Insurance: Owner shall at all times maintain adequate and customary insurance covering the Vessel for the duration of the Services, including while the Vessel is in the custody and/or control of Bridgeport Boatworks. Owner and Bridgeport Boatworks each hereby waive the inherent right of recovery against the other for injury, loss, or damage to the extent covered by insurance proceeds received by the damaged party. All policies required hereunder shall provide that the respective carrier(s) waives all rights of subrogation with respect to losses payable under such policies.

8. Termination: Bridgeport Boatworks shall have the right to terminate this Agreement upon seven (7) days' written notice in the event that Owner is in material breach of its obligations hereunder. In the event the Agreement is terminated for any reason prior to the completion of the Services, then in

event the Agreement is terminated for any reason prior to the completion of the Services, then, in addition to the reimbursable expenses detailed herein, Owner shall pay to Bridgeport Boatworks the balance of the remaining fee as of the date of termination, representing payment for demobilization costs, opportunity costs, and anticipated lost profit. Bridgeport Boatworks' exercise of its rights under this section shall not in any way limit or abridge other remedies available to it under the Agreement or applicable law, including any lien rights with respect to the Vessel.

9. Force Majeure: Bridgeport Boatworks shall not be liable or responsible to the Owner, nor be deemed to have defaulted or breached this Agreement, for any failure or delay in fulfilling or performing any term of this Agreement when and to the extent such failure or delay is caused by or results from acts or circumstances beyond the reasonable control of Bridgeport Boatworks including, without limitation, acts of God, flood, fire, earthquake, explosion, governmental actions, war, terrorist threats or acts, riot, or other civil unrest, public emergency, epidemics or pandemics, lockouts, strikes or other labor disputes, or restraints or delays affecting carriers or inability or delay in obtaining supplies of adequate or suitable materials, materials or telecommunication breakdown or power outage.

10. General Provisions:

a. Owner hereby grants Bridgeport Boatworks, its agents and employees, permission to operate the Vessel for the purpose of testing and/or inspection.

b. Owner shall remove all articles of personal property, gear, or other appurtenances not necessary for the performance of the Services from the Vessel prior to or to delivery of the Vessel to Bridgeport Boatworks. Bridgeport Boatworks shall not be responsible for damage to or loss of any such articles of personal property, gear, or other appurtenances left aboard the Vessel, due to fire, theft, pilferage, or otherwise. Delivery of the Vessel does not constitute a bailment of any articles of personal property, gear, or other appurtenances left on the Vessel which are not necessary for the performance of the Services.

c. This Agreement constitutes the entire agreement between the parties hereto regarding the subject matter hereof, and supersedes all prior agreements, whether written or oral.

d. No change, modification, or amendment shall be made to this Agreement unless set forth in writing and signed by the parties hereto.

e. All express representations, warranties, indemnifications, and limits of liability included in this Agreement will survive its completion or termination for any reason. If any provision of this Agreement shall be held invalid, illegal or unenforceable by a court of competent jurisdiction, the validity, legality and enforceability of the remaining provisions shall in no way be affected or impaired thereby. The remaining provisions shall remain in full force and effect, as if the unenforceable provision had been deleted. The parties agree to replace any omitted provision with a valid provision that comes as close as possible to the intent of the omitted provision.

f. This Agreement shall be governed by and construed under the laws of the state in which the Services are performed, without regard to its conflicts of laws principles.

g. Bridgeport Boatworks and Owner will first attempt to resolve disputes or disagreements through discussions between their respective representatives, who shall meet upon the request of either party as soon as conveniently possible to attempt to resolve such dispute or disagreement. If after meeting, the representatives determine that the dispute or disagreement cannot be resolved on terms satisfactory to both parties, the parties shall submit the dispute or disagreement to non binding mediation. The mediation shall be conducted by a mutually agreeable impartial mediator, or if the parties cannot so agree, a mediator designated by the

Amer can Arb trat on Assoc at on ("AAA ).   a d spute has not been resolved  n accordance
w th the procedures set forth above, such d sputes shall be dec ded by arb trat on  n accordance
w th the appl cable AAA rules then  n effect, unless the part es mutually agree otherw se. The
award of the arb trator(s) shall be f nal and b nd ng upon the part es w thout the r ght of appeal
to the courts. Judgment may be entered upon  t  n accordance w th appl cable law by any court
hav ng jur sd ct on thereof.

### Notice

Th s est mate  s not an  nvo ce and does not represent the f na  amount due or the ba ance on th s est mate.

For quest ons or concerns, p ease ca  Br dgeport Boatworks at (860) 536-9651.

Br dgeport Boatworks
731 Seav ew Ave
Br dgeport, CT 06607
Un ted States
(860) 536-9651



# Estimate

LADY MAY–  AUL OUT 2022

**ID:** 6240

| Contact | Vessel |
|---|---|
| L oyd Benard | Lady May |
| captain@yacht adymay.com | Dimensions: 151  x 32  x 7 |
| 1 3057994799 | Make:  eadship |
| | Weight: 0 |

## Estimate Comments

This is the budgetary estimate for the hauling & Launching of the 151' motor yacht LADY MAY.
A deposit of $7,000 is requested to secure estimated operations.
This estimate does not include CT Sales Tax.

## 1. 700 Haul & Launch Up To 330T Or Max 150' BB
**$13,117.52**

| Labor | Rate | Qty | Total |
|---|---|---|---|
| 700  au  & Launch Up To 430T Max 180  BB | $55.00 Per  oot | 151 ft | $8,305.00 N |
| B ocking $7 Per  oot BB | $7.00 Per  oot flat | 151 | $1,057.00 N |
| Diver  ee BB | $1,600.00  at  ee | 1 | $1,600.00 N |
| Nava  Architect BB | $1,500.00  at  ee | 1 | $1,500.00 N |

| Part | Rate | Qty | Total |
|---|---|---|---|
| B ocking Materia s | $1.00 | 151 | $151.00 N |

| Charge | Rate | Qty | Total |
|---|---|---|---|
| Environmenta  & Safety  ee BB | 4% (Parts and Labor) | 1 | $504.52 N |

| Labor | Parts | Charges | Subtota | Tax | Tota |
|---|---|---|---|---|---|
| $12,462.00 | $151.00 | $504.52 | $13,117.52 | | $13,117.52 |

## Terms and Conditions

We are p eased to prov de th s Est mate for repa r work on your vesse

Th s Budgetary Est mate  s based upon our  nspect on of your vesse ,  nformat on that you have prov ded to us, and
our exper ence regard ng s m ar vesse s and work  t  s poss b e that defect ve parts or other  ssues w th
your vesse  w  be d scovered after our work has begun and, for these reasons, th s Est mate does not
 nc ude add t ona  parts or  abor that may be requ red after the job has begun  We w   not fy you of any
such  ssues  f they shou d ar se  Tax, Env ronenta  and Subcontractor charges may be add t ona  f app cab e

The pr c ng set forth  n th s Est mate  s based on the assumpt ons, exc us ons and scope of work set forth
here n, and  s va  d for fourteen (14) days from the date of the Est mate

Your acceptance of th s Est mate  s subject to the terms and cond t ons attached hereto as Exh b t A
A depos t  s requ red at the t me of approva , w th the ba ance and any add t ona  charges due upon comp et on
A payment schedu e w   be prov ded by Br dgeport Boatworks,  ay ng out the est mated expenses for the upcom ng
months work  Th s w   a ow the customer to budget/make payment on a month y bas s and keep account  n the
pos t ve at a   t mes

Shou d th s Est mate and Terms and Cond t ons meet w th your approva , k nd y s gn and return at your
ear est conven ence  f you have any quest ons or concerns, p ease do not hes tate to contact us

S ncere y,

Br dgeport Boatworks Representat ve_____9/12/2022_____
_____
Customer S gnature:_____
Pr nted Name:_____ **Lloyd Bernard**_____
Date:_____ **12 September 2022**_____

### Not ce

Th s Est mate  s not an  nvo ce and does not represent the fina  amount due or the ba ance on th s
Est mate  For quest ons or concerns, p ease ca   Br dgeport Boatworks at (860) 536-9651

Exh b t A

Terms and Cond t ons

1  App cab  ty: These terms and cond t ons ( Terms ) are the on y terms wh ch govern the serv ces
( Serv ces ) to be prov ded by Br dgeport Boatworks to the owner ( Owner ) of the
vesse (s) ( Vesse ) sted  n the accompany ng est mate ( Est mate ) The Terms and Est mate are
co ect ve y referred to here n as the  Agreement  These Terms sha  preva  over any pr or
agreements or d scuss ons between Br dgeport Boatworks and the Owner  Owner w   be deemed to

have accepted these Terms upon Br dgeport Boatworks  commencement of performance of the
Serv ces or Owner s return of the s gned Agreement, wh chever  s ear er

2  Compensat on:  n cons derat on of the performance by Br dgeport Boatworks of the Serv ces, Owner
agrees to pay Br dgeport Boatworks the fee set forth  n the Est mate/ nvo ce (or the port on earned) upon
rece pt of subm ss on of Br dgeport Boatworks  nvo ce or as otherw se set forth  n the
Agreement  n add t on, Owner sha   re mburse Br dgeport Boatworks for reasonab e expenses
 ncurred  n performance of the Serv ces,  nc ud ng but not   m ted to trave  expenses, storage charges,
sh pp ng charges, and other reasonab e expenses  ncurred  n Br dgeport Boatworks  performance of
the Serv ces  Owner sha   pay such re mbursab e expenses upon rece pt fo  ow ng Owner s
rece pt of an  nvo ce conta n ng such expenses  Any amounts due to Br dgeport Boatworks from
Owner under th s Agreement sha  , after a th rty (30) day grace per od, bear  nterest from the due date
at the max mum rate a  owed by app cab e  aw

3  Change Requests: Owner may request a change to any port on of the Serv ces at any t me by
subm tt ng such request  n wr t ng to Br dgeport Boatworks ( Change Request ) W th n a reasonab e
t me after rece pt of a Change Request from Owner, Br dgeport Boatworks sha  eva uate the  mpact
of the Change Request and prov de Owner w th a wr tten statement sett ng forth  ts est mate of the
cost of the change  W th n a reasonab e t me after rece pt of a Change Request from Br dgeport
Boatworks, Owner sha   prov de a wr tten acceptance or reject on of the Change Request  Br dgeport
Boatworks  fee for the Serv ces sha   be adjusted to the extent of any  ncrease  n Serv ces, at a fixed
amount as agreed by the part es, or  f the part es do not agree to a fixed amount, on a t me and
mater a s (T&M) bas s at the rates set forth her n, or  f no rates are set forth, at rates agreed by
the part es  Br dgeport Boatworks sha   not be requ red to proceed w th a change  n serv ces absent
agreement by the part es  n wr t ng

4  Warranty: Br dgeport Boatworks warrants that the Serv ces sha   be performed us ng personne  of
requ red sk   , exper ence and qua  ficat ons  n a profess ona  and workman ke manner  Other than as
set forth here n, Br dgeport Boatworks makes no warrant es regard ng workmansh p or mater a s,
e ther express or  mp ed,  nc ud ng any  mp ed warranty or merchantab  ty, fitness for a part cu ar
purpose or seaworth ness

5  Fees and Costs: Owner sha   re mburse Br dgeport Boatworks for a   costs  ncurred  n co  ect ng any
 ate payments,  nc ud ng, w thout   m tat on, attorneys  fees  n add t on to a   other remed es
ava  ab e under th s Agreement or at  aw (wh ch Br dgeport Boatworks does not wa ve by the
exerc se of any r ghts hereunder), Br dgeport Boatworks sha   be ent t ed to suspend the de  very of
any goods or performance of any serv ces hereunder  f the Owner fa  s to pay any amounts when due
hereunder

6  L ab   ty of Br dgeport Boatworks: Br dgeport Boatworks sha   have no   ab   ty for any matters
ar s ng out of or re ated to th s Agreement except to the extent caused by the so e neg  gence of

Br dgeport Boatworks or those for whom t s d rect y respons b e n no event sha Br dgeport Boatworks ab ty for any matters ar s ng out of or re ated to th s Agreement exceed the fee pa d to Br dgeport Boatworks under th s Agreement No pr nc pa , partner, member, d rector, officer, agent, servant, emp oyee, or consu tant of Br dgeport Boatworks sha have any persona ab ty re at ng to the subject matter of th s Agreement

7 nsurance: Owner sha at a t mes ma nta n adequate and customary nsurance cover ng the Vesse for the durat on of the Serv ces, nc ud ng wh e the Vesse s n the custody and/or contro of Br dgeport Boatworks Owner and Br dgeport Boatworks each hereby wa ve the r ent re r ght of recovery aga nst the other for njury, oss, or damage to the extent covered by nsurance proceeds rece ved by the damaged party A po c es requ red hereunder sha prov de that the respect ve carr er(s) wa ves a r ghts of subrogat on w th respect to osses payab e under such po c es

8 Term nat on: Br dgeport Boatworks sha have the r ght to term nate th s Agreement upon seven (7) days wr tten not ce n the event that Owner s n mater a breach of ts ob gat ons hereunder n the event the Agreement s term nated for any reason pr or to the comp et on of the Serv ces, then, n add t on to the re mbursab e expenses deta ed here n, Owner sha pay to Br dgeport Boatworks the ba ance of the rema n ng fee as of the date of term nat on, represent ng payment for demob zat on costs, opportun ty costs, and ant c pated ost profit Br dgeport Boatworks exerc se of ts r ghts under th s sect on sha not n any way m t or abr dge other remed es ava ab e to t under the Agreement or app cab e aw, nc ud ng any en r ghts w th respect to the Vesse

9 Force Majeure: Br dgeport Boatworks sha not be ab e or respons b e to the Owner, nor be deemed to have defau ted or breached th s Agreement, for any fa ure or de ay n fu fi ng or perform ng any term of th s Agreement when and to the extent such fa ure or de ay s caused by or resu ts from acts or c rcumstances beyond the reasonab e contro of Br dgeport Boatworks nc ud ng, w thout m tat on, acts of God, flood, fire, earthquake, exp os on, governmenta act ons, war, terror st threats or acts, r ot, or other c v unrest, pub c emergency, ep dem cs or pandem cs, ockouts, str kes or other abor d sputes, or restra nts or de ays affect ng carr ers or nab ty or de ay n obta n ng supp es of adequate or su tab e mater a s, mater a s or te ecommun cat on breakdown or power outage

10 Genera Prov s ons:
a Owner hereby grants Br dgeport Boatworks, ts agents and emp oyees, perm ss on to operate the Vesse for the purpose of test ng and/or nspect on
b Owner sha remove a art c es of persona property, gear, or other appurtenances not necessary for the performance of the Serv ces from the Vesse pr or to de very of the Vesse to Br dgeport Boatworks Br dgeport Boatworks sha not be respons b e for damage to or oss of any such art c es of persona property, gear, or other appurtenances eft aboard the Vesse , due to fire, theft, p ferage, or otherw se De very of the Vesse does not const tute a ba ment of any art c es of persona property, gear, or other appurtenances eft on the Vesse wh ch are not necessary for the performance of the Serv ces

c  Th s Agreement const tutes the ent re agreement between the part es hereto regard ng the subject matter hereof, and supersedes a   pr or agreements, whether wr tten or ora

d  No change, mod f cat on, or amendment sha   be made to th s Agreement un ess set forth  n wr t ng and s gned by the part es hereto

e  A   express representat ons, warrant es,  ndemn f cat ons, and   m ts of   ab   ty  nc uded  n th s Agreement w   surv ve  ts comp et on or term nat on for any reason   f any prov s on of th s Agreement sha   be he d  nva  d,   ega  or unenforceab e by a court of competent jur sd ct on, the va  d ty,  ega  ty and enforceab   ty of the rema n ng prov s ons sha    n no way be affected or  mpa red thereby  The rema n ng prov s ons sha   rema n  n fu   force and effect, as  f the unenforceab e prov s on had been de eted  The part es agree to rep ace any om tted prov s on w th a va  d prov s on that comes as c ose as poss b e to the  ntent of the om tted prov s on

f  Th s Agreement sha   be governed by and construed under the  aws of the state  n wh ch the Serv ces are performed, w thout regard to  ts confl cts of  aws pr nc p es

g  Br dgeport Boatworks and Owner w   first attempt to reso ve d sputes or d sagreements through d scuss ons between the r respect ve representat ves, who sha   meet upon the request of e ther party as soon as conven ent y poss b e to attempt to reso ve such d spute or d sagreement   f after meet ng, the representat ves determ ne that the d spute or d sagreement cannot be reso ved on terms sat sfactory to both part es, the part es sha   subm t the d spute or d sagreement to non-b nd ng med at on  The med at on sha   be conducted by a mutua   y agreeab e  mpart a   med ator, or  f the part es cannot so agree, a med ator des gnated by the Amer can Arb trat on Assoc at on ( AAA )   f a d spute has not been reso ved  n accordance w th the procedures set forth above, such d sputes sha   be dec ded by arb trat on  n accordance w th the app  cab e AAA ru es then  n effect, un ess the part es mutua  y agree otherw se  The award of the arb trator(s) sha   be fina  and b nd ng upon the part es w thout the r ght of appea to the courts  Judgment may be entered upon  t  n accordance w th app  cab e  aw by any court hav ng jur sd ct on thereof

## Notice

This estimate is not an invoice and does not represent the final amount due or the balance on this estimate.

For questions or concerns, please call Bridgeport Boatworks at (860) 536-9651.

Br dgeport Boatworks
731 Seav ew Ave
Br dgeport, CT 06607
Un ted States
(860) 536-9651



# Estimate

LADY MAY – Engine Service Support

**ID:** 6279

| Contact | Vessel |
|---------|--------|
| L oyd Benard | Lady May |
| captain@yacht adymay.com | Dimensions: 151  x 32  x 7 |
| 1 3057994799 | Make:  eadship |
| | Weight: 0 |

## Estimate Comments

This is the budgetary estimate to support the OEM engine service onboard the m/y LADY MAY.
This estimate includes protection of the work area, engineering and building job specific A-Frame, R+R
interferences and sea trial vessel once completed.
This estimate does not include CT Sales Tax.

A deposit of $132,288.00 is requested to proceed.

## Engine Service Support                                         $264,576.00

**Comments:** 1. Bridgeport Boatworks estimates 14 days to comp ete the primary remova  of interferences to support the OEM
Caterpi ar Technicians to engage in work. Bridgeport Boatworks estimates 14 days to comp ete the re-insta ation of a
components removed back to design specification. The tota  number of Days dry docked wi  increase once OEM Estimate is
factored in.

2. Bridgeport Boatworks expects the work scope to be as fo ows: Protect work area and pathways to work area. Remove and
reinsta  exhaust pipe, shie ding and insu ation, framework around engine and piping in bi ge area. A  components wi  be
documented and stowed outside of the vesse  in  abe ed containers unti  the OEM service is comp ete. Once c ear, Move engine
forward to disconnect and remove gearbox and coup ing. Assist with removing parts from damaged engine. Assist OEM if
crankshaft needs to be removed to repair damaged components.  nventory and c ean a  parts/interferences to be reinsta ed.
Re-connect gearbox and coup ing.  nsta  a  components back to engineer specifications. C ean area of a  debris. A ign vesse
drive train with appropriate too ing and specifications with trained experts, record a  data. Observe and report data compi ed
from dynamic testing at a  RPM ranges. Prove repairs comp ete.

3. Subcontractor  abor in this estimate does not inc ude any OEM  abor or parts. This Estimate is the support services
surrounding the Caterpi ar OEM Expert Service.

4. Custom components fabricated for the remova  of any machinery space may have to be assemb ed in p ace and
disassemb ed to remove out of the machinery space. Regard ess, any custom too ing wi  be provided back to the c ient for
future use.

5. Bridgeport Boatworks wi  compi e data during testing of repairs using measured data surrounding the machinery(Exhaust
Leaks, Oi  Pressure, Noise Leve , Vibration).  n the un ike y event that there is a finding not up to specification, Bridgeport
Boatworks wi  take the appropriate steps to remediate the fau t back to a satisfactory range.

| Labor | Rate | Qty | Total |
|---|---|---|---|
| • Subcontractor Labor BB | $126,000.00   at  ee | 1 | $126,000.00 N |

**Comments:** Budgetary Estimate is proposed as a   at Rate fee for the work scope projected to take 14 days  eading up to OEM work, with an additiona  14 days after OEM is comp eted.

Whi e performing the scope of work, if emergent repairs/parts rep acement are needed, a supp ementa work order estimate wi  be provided for approva  and imp ementation.

  or  ornb ower, warranty on insta ation and a ignment is thirty days from the time of verification.

| Part | Rate | Qty | Total |
|---|---|---|---|
| • Estimated Parts BB | $128,400.00 | 1 | $128,400.00 T |

**Comments:** 1. Engine mounts- x4
2.  nsu ation, Custom made, to protect inside shie ding
3. A ignment
4. Protection of  azarette, deck, surrounding space.
5. Misce aneous, paint, hardware, consumab es.

| Charge | Rate | Qty | Total |
|---|---|---|---|
| • Environmenta  & Safety  ee BB | 4% (Parts and Labor) | 1 | $10,176.00 N |

| Labor | Parts | Charges | Subtota | Tax | Tota |
|---|---|---|---|---|---|
| $126,000.00 | $128,400.00 | $10,176.00 | $264,576.00 | | $272,729.40 |

## Terms and Conditions

We are p eased to prov de th s Est mate for repa r work on your vesse

Th s Budgetary Est mate  s based upon our  nspect on of your vesse ,  nformat on that you have prov ded to us, and our exper ence regard ng s m ar vesse s and work   t s poss b e that defect ve parts or other  ssues w th your vesse  w  be d scovered after our work has begun and, for these reasons, th s Est mate does not  nc ude add t ona  parts or  abor that may be requ red after the job has begun  We w  not fy you of any such  ssues  f they shou d ar se  Tax, Env ronmenta  and Subcontractor charges may be add t ona   f app cab e

The pr c ng set forth  n th s Est mate  s based on the assumpt ons, exc us ons and scope of work set forth here n, and  s va  d for fourteen (14) days from the date of the Est mate

Your acceptance of th s Est mate  s subject to the terms and cond t ons attached hereto as Exh b t A
A depos t  s requ red at the t me of approva , w th the ba ance and any add t ona  charges due upon comp et on
A payment schedu e w  be prov ded by Br dgeport Boatworks,  ay ng out the est mated expenses for the upcom ng months work  Th s w   a ow the customer to budget/make payment on a month y bas s and keep account  n the

pos t ve at a  t mes

Shou d th s Est mate and Terms and Cond t ons meet w th your approva , k nd y s gn and return at your

ear  est conven ence  f you have any quest ons or concerns, p ease do not hes tate to contact us

S ncere y,

Br dgeport Boatworks Representat ve_____9/12/2022_____

_____

Customer S gnature:_____

Pr nted Name:_____ Lloyd Bernard _____

Date:_____ 12 September 2022 _____

### Not ce

Th s Est mate  s not an  nvo ce and does not represent the fina  amount due or the ba ance on th s

Est mate  For quest ons or concerns, p ease ca   Br dgeport Boatworks at (860) 536-9651

Exh b t A

Terms and Cond t ons

1  App  cab  ty: These terms and cond t ons ( Terms ) are the on y terms wh ch govern the serv ces

( Serv ces ) to be prov ded by Br dgeport Boatworks to the owner ( Owner ) of the

vesse (s) ( Vesse  )  sted  n the accompany ng est mate ( Est mate )  The Terms and Est mate are

co  ect ve y referred to here n as the  Agreement   These Terms sha   preva   over any pr or

agreements or d scuss ons between Br dgeport Boatworks and the Owner  Owner w   be deemed to

have accepted these Terms upon Br dgeport Boatworks  commencement of performance of the

Serv ces or Owner s return of the s gned Agreement, wh chever  s ear er

2  Compensat on:  n cons derat on of the performance by Br dgeport Boatworks of the Serv ces, Owner

agrees to pay Br dgeport Boatworks the fee set forth  n the Est mate/ nvo ce (or the port on earned) upon

rece pt of subm ss on of Br dgeport Boatworks  nvo ce or as otherw se set forth  n the

Agreement   n add t on, Owner sha   re mburse Br dgeport Boatworks for reasonab e expenses

 ncurred  n performance of the Serv ces,  nc ud ng but not  m ted to trave  expenses, storage charges,

sh pp ng charges, and other reasonab e expenses  ncurred  n Br dgeport Boatworks  performance of

the Serv ces  Owner sha   pay such re mbursab e expenses upon rece pt fo  ow ng Owner s

rece pt of an  nvo ce conta n ng such expenses  Any amounts due to Br dgeport Boatworks from

Owner under th s Agreement sha  , after a th rty (30) day grace per od, bear  nterest from the due date

at the max mum rate a  owed by app  cab e  aw

3  Change Requests: Owner may request a change to any port on of the Serv ces at any t me by

subm tt ng such request  n wr t ng to Br dgeport Boatworks ( Change Request )  W th n a reasonab e

t me after rece pt of a Change Request from Owner, Br dgeport Boatworks sha   eva uate the  mpact

of the Change Request and prov de Owner w th a wr tten statement sett ng forth ts est mate of the cost of the change W th n a reasonab e t me after rece pt of a Change Request from Br dgeport Boatworks, Owner sha prov de a wr tten acceptance or reject on of the Change Request Br dgeport Boatworks fee for the Serv ces sha be adjusted to the extent of any ncrease n Serv ces, at a fixed amount as agreed by the part es, or f the part es do not agree to a fixed amount, on a t me and mater a s (T&M) bas s at the rates set forth her n, or f no rates are set forth, at rates agreed by the part es Br dgeport Boatworks sha not be requ red to proceed w th a change n serv ces absent agreement by the part es n wr t ng

4 Warranty: Br dgeport Boatworks warrants that the Serv ces sha be performed us ng personne of requ red sk , exper ence and qua ficat ons n a profess ona and workman ke manner Other than as set forth here n, Br dgeport Boatworks makes no warrant es regard ng workmansh p or mater a s, e ther express or mp ed, nc ud ng any mp ed warranty or merchantab ty, fitness for a part cu ar purpose or seaworth ness

5 Fees and Costs: Owner sha re mburse Br dgeport Boatworks for a costs ncurred n co ect ng any ate payments, nc ud ng, w thout m tat on, attorneys fees n add t on to a other remed es ava ab e under th s Agreement or at aw (wh ch Br dgeport Boatworks does not wa ve by the exerc se of any r ghts hereunder), Br dgeport Boatworks sha be ent t ed to suspend the de very of any goods or performance of any serv ces hereunder f the Owner fa s to pay any amounts when due hereunder

6 L ab ty of Br dgeport Boatworks: Br dgeport Boatworks sha have no ab ty for any matters ar s ng out of or re ated to th s Agreement except to the extent caused by the so e neg gence of Br dgeport Boatworks or those for whom t s d rect y respons b e n no event sha Br dgeport Boatworks ab ty for any matters ar s ng out of or re ated to th s Agreement exceed the fee pa d to Br dgeport Boatworks under th s Agreement No pr nc pa , partner, member, d rector, officer, agent, servant, emp oyee, or consu tant of Br dgeport Boatworks sha have any persona ab ty re at ng to the subject matter of th s Agreement

7 nsurance: Owner sha at a t mes ma nta n adequate and customary nsurance cover ng the Vesse for the durat on of the Serv ces, nc ud ng wh e the Vesse s n the custody and/or contro of Br dgeport Boatworks Owner and Br dgeport Boatworks each hereby wa ve the r ent re r ght of recovery aga nst the other for njury, oss, or damage to the extent covered by nsurance proceeds rece ved by the damaged party A po c es requ red hereunder sha prov de that the respect ve carr er(s) wa ves a r ghts of subrogat on w th respect to osses payab e under such po c es

8 Term nat on: Br dgeport Boatworks sha have the r ght to term nate th s Agreement upon seven (7) days wr tten not ce n the event that Owner s n mater a breach of ts ob gat ons hereunder n the event the Agreement s term nated for any reason pr or to the comp et on of the Serv ces, then, n add t on to the re mbursab e expenses deta ed here n, Owner sha pay to Br dgeport Boatworks the

ba ance of the rema n ng fee as of the date of term nat on, represent ng payment for demob  zat on

costs, opportun ty costs, and ant c pated  ost profit  Br dgeport Boatworks  exerc se of  ts r ghts under

th s sect on sha   not  n any way   m t or abr dge other remed es ava  ab e to  t under the Agreement

or app cab e  aw,  nc ud ng any   en r ghts w th respect to the Vesse

9  Force Majeure: Br dgeport Boatworks sha   not be   ab e or respons b e to the Owner, nor be deemed

to have defau ted or breached th s Agreement, for any fa  ure or de ay  n fu fi  ng or perform ng any

term of th s Agreement when and to the extent such fa  ure or de ay  s caused by or resu ts from acts

or c rcumstances beyond the reasonab e contro  of Br dgeport Boatworks  nc ud ng, w thout

 m tat on, acts of God, flood, fire, earthquake, exp os on, governmenta  act ons, war, terror st threats

or acts, r ot, or other c v  unrest, pub  c emergency, ep dem cs or pandem cs,  ockouts, str kes or

other  abor d sputes, or restra nts or de ays affect ng carr ers or  nab  ty or de ay  n obta n ng supp es

of adequate or su tab e mater a s, mater a s or te ecommun cat on breakdown or power outage

10  Genera  Prov s ons:

a   Owner hereby grants Br dgeport Boatworks,  ts agents and emp oyees, perm ss on to operate

the Vesse  for the purpose of test ng and/or  nspect on

b   Owner sha   remove a   art c es of persona  property, gear, or other appurtenances not necessary

for the performance of the Serv ces from the Vesse  pr or to de  very of the Vesse  to

Br dgeport Boatworks  Br dgeport Boatworks sha   not be respons b e for damage to or  oss of

any such art c es of persona  property, gear, or other appurtenances  eft aboard the Vesse , due

to fire, theft, p  ferage, or otherw se  De  very of the Vesse  does not const tute a ba  ment of

any art c es of persona  property, gear, or other appurtenances  eft on the Vesse  wh ch are not

necessary for the performance of the Serv ces

c  Th s Agreement const tutes the ent re agreement between the part es hereto regard ng the

subject matter hereof, and supersedes a   pr or agreements, whether wr tten or ora

d  No change, mod ficat on, or amendment sha   be made to th s Agreement un ess set forth  n

wr t ng and s gned by the part es hereto

e  A   express representat ons, warrant es,  ndemn ficat ons, and  m ts of  ab  ty  nc uded  n th s

Agreement w   surv ve  ts comp et on or term nat on for any reason  f any prov s on of th s

Agreement sha   be he d  nva d,   ega  or unenforceab e by a court of competent jur sd ct on,

the va  d ty,  ega  ty and enforceab  ty of the rema n ng prov s ons sha   n no way be affected

or  mpa red thereby  The rema n ng prov s ons sha   rema n  n fu   force and effect, as  f the

unenforceab e prov s on had been de eted  The part es agree to rep ace any om tted prov s on

w th a va  d prov s on that comes as c ose as poss b e to the  ntent of the om tted prov s on

f  Th s Agreement sha   be governed by and construed under the  aws of the state  n wh ch the

Serv ces are performed, w thout regard to  ts confl cts of  aws pr nc p es

g  Br dgeport Boatworks and Owner w   first attempt to reso ve d sputes or d sagreements

through d scuss ons between the r respect ve representat ves, who sha   meet upon the request

of e ther party as soon as conven ent y poss b e to attempt to reso ve such d spute or

d sagreement  f after meet ng, the representat ves determ ne that the d spute or d sagreement

Mo o Est mate                                                                                          8/26/22  10 27 AM

cannot be reso ved on terms sat sfactory to both part es, the part es sha   subm t the d spute or

d sagreement to non-b nd ng med at on  The med at on sha   be conducted by a mutua  y

agreeab e  mpart a  med ator, or  f the part es cannot so agree, a med ator des gnated by the

Amer can Arb trat on Assoc at on ( AAA )  f a d spute has not been reso ved  n accordance

w th the procedures set forth above, such d sputes sha   be dec ded by arb trat on  n accordance

w th the app  cab e AAA ru es then  n effect, un ess the part es mutua  y agree otherw se  The

award of the arb trator(s) sha   be fina  and b nd ng upon the part es w thout the r ght of appea

to the courts  Judgment may be entered upon  t  n accordance w th app  cab e  aw by any court

hav ng jur sd ct on thereof

## Notice

This estimate is not an invoice and does not represent the final amount due or the balance on this
estimate.

For questions or concerns, please call Bridgeport Boatworks at (860) 536-9651.

about b an                                                                                          Page 6 of 6

Br dgeport Boatworks
731 Seav ew Ave
Br dgeport, CT 06607
Un ted States
(860) 536-9651



# Estimate

Lady May –DA LY YARD COSTS 2022

**ID**: 6079

| **Contact** | | **Vessel** | |
|---|---|---|---|
| L oyd Benard | | Lady May | |
| captain@yacht adymay.com | | Dimensions: 151  x 32  x 7 | |
| 1 3057994799 | | Make:  eadship | |
| | | Weight: 0 | |

## Estimate Comments

This is the budgetary estimate for the yard period for the 152' motor vessel LADY MAY.
This estimate is subject to the Naval Architect / Pre-Haul Engineering Evaluation, to determine if this
vessel can be safely lifted with Bridgeport Boatworks Marine Travelift.
This estimate does not include CT Sales Tax.

A deposit of $15,000 is requested to secure space and estimated labor.

## 1. Daily Vessel Storage                                                        $456.00

| Labor | Rate | Qty | Total |
|---|---|---|---|
| • Summer Storage BB | $3.00   at  ee | 152 | $456.00 T |

## 2. Daily Shore Power Electric                                            $124.80

**Comments:** Dai y 480V / 100amp / 3 Phase Shore Power

| Labor | Rate | Qty | Total |
|---|---|---|---|
| • Summer E ectric BB | $120.00   at  ee | 1 | $120.00 N |

| Charge | Rate | Qty | Total |
|---|---|---|---|
| • Environmenta  & Safety   ee BB | 4% (Parts and Labor) | 1 | $4.80 N |

## 3. Project Management– 10 Hours/week                          $1,352.00

| Labor | Rate | Qty | Total |
|---|---|---|---|

| | | Rate | Qty | Total |
|---|---|---|---|---|
| • | Project Management BB | $130.00 Per  our | 10 | $1,300.00 N |

| Charge | | Rate | Qty | Total |
|---|---|---|---|---|
| • | Environmenta  & Safety  ee BB | 4% (Parts and Labor) | 1 | $52.00 N |

## 4. Cooling Tower Rental (Daily)    $135.20

**Comments:** Dai y Renta  of Coo ing Tower. Does not inc ude hook up & disconnect which is T&M at $120/hr.

| Labor | | Rate | Qty | Total |
|---|---|---|---|---|
| • | Renta  Equipments BB | $130.00   at  ee | 1 | $130.00 T |

| Charge | | Rate | Qty | Total |
|---|---|---|---|---|
| • | Environmenta  & Safety  ee BB | 4% (Parts and Labor) | 1 | $5.20 N |

## 5. Crane Operator Hourly    $390.00

| Labor | | Rate | Qty | Total |
|---|---|---|---|---|
| • | Crane Charge BB | $375.00 Per  our | 1 | $375.00 N |

| Charge | | Rate | Qty | Total |
|---|---|---|---|---|
| • | Environmenta  & Safety  ee BB | 4% (Parts and Labor) | 1 | $15.00 N |

## 6. Forklift Operator Hourly    $104.00

**Comments:**  our y  ork Lift Charge

| Labor | | Rate | Qty | Total |
|---|---|---|---|---|
| • | Equipment Charge BB | $100.00 Per  our | 1 | $100.00 N |

| Charge | | Rate | Qty | Total |
|---|---|---|---|---|
| • | Environmenta  & Safety  ee BB | 4% (Parts and Labor) | 1 | $4.00 N |

## 7. Waste Water Containment & Disposal    $8,284.64

**Comments:** Supp y Vesse  with 1,000 ga  on ho ding tank whi e on the hard and schedu e 3 pump outs per week.

| Labor | | Rate | Qty | Total |
|---|---|---|---|---|
| • | Subcontractor Labor BB  **Comments:** Drop Off & Pick Up of 1000 ga  on waste tank. | $501.00   at  ee | 1 | $501.00 N |
| • | Renta  Equipments BB  **Comments:** 1,000 ga  on waste tank renta  (30 days). | $625.00   at  ee | 1 | $625.00 T |
| • | Subcontractor Labor BB  **Comments:** Pump out and disposa  of 1,000 ga  on tank 3x per week, Month y Charge. | $6,500.00   at  ee | 1 | $6,500.00 N |

8/26/22  12 56 PM

| | | Rate | Qty | Total |
|---|---|---|---|---|
| • | Yard Labor BB | $85.00 Per  our | 4 | $340.00 N |
| | Comments:  ook vesse  up to waste ho ding tank via vesse s discharge thru hu  fitting. | | | |

| Charge | Rate | Qty | Total |
|---|---|---|---|
| ○ Environmenta  & Safety   ee BB | 4% (Parts and Labor) | 1 | $318.64 N |

### 8. 21' Tender Inside Storage BB                                    $87.36

Comments: Dai y inside storage of 21 R B.

| Labor | Rate | Qty | Total |
|---|---|---|---|
| • Summer Storage BB | $4.00  at  ee | 21 | $84.00 T |

| Charge | Rate | Qty | Total |
|---|---|---|---|
| ○ Environmenta  & Safety   ee BB | 4% (Parts and Labor) | 1 | $3.36 N |

### 9. Haul & Launch Tender                                    $780.00

| Labor | Rate | Qty | Total |
|---|---|---|---|
| • Crane Charge BB | $375.00 Per  our | 2 | $750.00 N |

| Charge | Rate | Qty | Total |
|---|---|---|---|
| ○ Environmenta  & Safety   ee BB | 4% (Parts and Labor) | 1 | $30.00 N |

| Labor | Parts | Charges | Subtota | Tax | Tota |
|---|---|---|---|---|---|
| $11,281.00 | $0.00 | $433.00 | $11,714.00 | | $11,796.25 |

## Terms and Conditions

We are p eased to prov de th s Est mate for repa r work on your vesse

Th s Budgetary Est mate  s based upon our  nspect on of your vesse ,  nformat on that you have prov ded to us, and our exper ence regard ng s m ar vesse s and work  t s poss b e that defect ve parts or other  ssues w th your vesse  w  be d scovered after our work has begun and, for these reasons, th s Est mate does not  nc ude add t ona  parts or  abor that may be requ red after the job has begun  We w  not fy you of any such  ssues  f they shou d ar se  Tax, Env ronenta  and Subcontractor charges may be add t ona  f app  cab e

The pr c ng set forth  n th s Est mate  s based on the assumpt ons, exc us ons and scope of work set forth here n, and  s va d for fourteen (14) days from the date of the Est mate

Your acceptance of th s Est mate  s subject to the terms and cond t ons attached hereto as Exh b t A
A depos t  s requ red at the t me of approva , w th the ba ance and any add t ona  charges due upon comp et on
A payment schedu e w  be prov ded by Br dgeport Boatworks,  ay ng out the est mated expenses for the upcom ng

Mo o Est mate

9/26/22  12 56 PM

months work  Th s w   a ow the customer to budget/make payment on a month y bas s and keep account  n the
pos t ve at a   t mes

Shou d th s Est mate and Terms and Cond t ons meet w th your approva , k nd y s gn and return at your
ear est conven ence  f you have any quest ons or concerns, p ease do not hes tate to contact us

S ncere y,

Br dgeport Boatworks Representat ve_____9/12/2022_____
_____

Customer S gnature:_____

Pr nted Name:_____ Lloyd Bernard _____

Date:_____ 12 September 2022 _____

## Not ce

Th s Est mate  s not an  nvo ce and does not represent the fina  amount due or the ba ance on th s
Est mate  For quest ons or concerns, p ease ca   Br dgeport Boatworks at (860) 536-9651

Exh b t A

Terms and Cond t ons

1  App cab  ty: These terms and cond t ons ( Terms ) are the on y terms wh ch govern the serv ces
( Serv ces ) to be prov ded by Br dgeport Boatworks to the owner ( Owner ) of the
vesse (s) ( Vesse  )  sted  n the accompany ng est mate ( Est mate )  The Terms and Est mate are
co ect ve y referred to here n as the  Agreement   These Terms sha   preva   over any pr or
agreements or d scuss ons between Br dgeport Boatworks and the Owner  Owner w   be deemed to
have accepted these Terms upon Br dgeport Boatworks  commencement of performance of the
Serv ces or Owner s return of the s gned Agreement, wh chever  s ear er

2  Compensat on:  n cons derat on of the performance by Br dgeport Boatworks of the Serv ces, Owner
agrees to pay Br dgeport Boatworks the fee set forth  n the Est mate/ nvo ce (or the port on earned) upon
rece pt of subm ss on of Br dgeport Boatworks  nvo ce or as otherw se set forth  n the
Agreement  n add t on, Owner sha   re mburse Br dgeport Boatworks for reasonab e expenses
 ncurred  n performance of the Serv ces,  nc ud ng but not  m ted to trave  expenses, storage charges,
sh pp ng charges, and other reasonab e expenses  ncurred  n Br dgeport Boatworks  performance of
the Serv ces  Owner sha   pay such re mbursab e expenses upon rece pt fo  ow ng Owner s
rece pt of an  nvo ce conta n ng such expenses  Any amounts due to Br dgeport Boatworks from
Owner under th s Agreement sha  , after a th rty (30) day grace per od, bear  nterest from the due date
at the max mum rate a owed by app cab e  aw

3  Change Requests: Owner may request a change to any port on of the Serv ces at any t me by
subm tt ng such request  n wr t ng to Br dgeport Boatworks ( Change Request )  W th n a reasonab e

t me after rece pt of a Change Request from Owner, Br dgeport Boatworks sha  eva uate the  mpact of the Change Request and prov de Owner w th a wr tten statement sett ng forth  ts est mate of the cost of the change  W th n a reasonab e t me after rece pt of a Change Request from Br dgeport Boatworks, Owner sha  prov de a wr tten acceptance or reject on of the Change Request  Br dgeport Boatworks fee for the Serv ces sha  be adjusted to the extent of any  ncrease  n Serv ces, at a fixed amount as agreed by the part es, or  f the part es do not agree to a fixed amount, on a t me and mater a s (T&M) bas s at the rates set forth her n, or  f no rates are set forth, at rates agreed by the part es  Br dgeport Boatworks sha  not be requ red to proceed w th a change  n serv ces absent agreement by the part es  n wr t ng

4  Warranty: Br dgeport Boatworks warrants that the Serv ces sha  be performed us ng personne  of requ red sk  , exper ence and qua ficat ons  n a profess ona  and workman ke manner  Other than as set forth here n, Br dgeport Boatworks makes no warrant es regard ng workmansh p or mater a s, e ther express or  mp ed,  nc ud ng any  mp ed warranty or merchantab   ty, fitness for a part cu ar purpose or seaworth ness

5  Fees and Costs: Owner sha  re mburse Br dgeport Boatworks for a  costs  ncurred  n co ect ng any  ate payments,  nc ud ng, w thout   m tat on, attorneys  fees  n add t on to a   other remed es ava  ab e under th s Agreement or at  aw (wh ch Br dgeport Boatworks does not wa ve by the exerc se of any r ghts hereunder), Br dgeport Boatworks sha  be ent t ed to suspend the de  very of any goods or performance of any serv ces hereunder  f the Owner fa  s to pay any amounts when due hereunder

6  L ab   ty of Br dgeport Boatworks: Br dgeport Boatworks sha  have no   ab   ty for any matters ar s ng out of or re ated to th s Agreement except to the extent caused by the so e neg gence of Br dgeport Boatworks or those for whom  t s d rect y respons b e  n no event sha  Br dgeport Boatworks   ab   ty for any matters ar s ng out of or re ated to th s Agreement exceed the fee pa d to Br dgeport Boatworks under th s Agreement  No pr nc pa , partner, member, d rector, officer, agent, servant, emp oyee, or consu tant of Br dgeport Boatworks sha  have any persona    ab   ty re at ng to the subject matter of th s Agreement

7  nsurance: Owner sha  at a   t mes ma nta n adequate and customary  nsurance cover ng the Vesse  for the durat on of the Serv ces,  nc ud ng wh  e the Vesse   s  n the custody and/or contro  of Br dgeport Boatworks  Owner and Br dgeport Boatworks each hereby wa ve the r ent re r ght of recovery aga nst the other for  njury,  oss, or damage to the extent covered by  nsurance proceeds rece ved by the damaged party  A   po  c es requ red hereunder sha  prov de that the respect ve carr er(s) wa ves a   r ghts of subrogat on w th respect to  osses payab e under such po  c es

8  Term nat on: Br dgeport Boatworks sha  have the r ght to term nate th s Agreement upon seven (7) days  wr tten not ce  n the event that Owner  s  n mater a  breach of  ts ob  gat ons hereunder  n the event the Agreement  s term nated for any reason pr or to the comp et on of the Serv ces, then,  n

Mo o Est mate                                                                                                    8/26/22  12 56 PM

addition to the reimbursable expenses detailed herein, Owner shall pay to Bridgeport Boatworks the balance of the remaining fee as of the date of termination, representing payment for demobilization costs, opportunity costs, and anticipated lost profit. Bridgeport Boatworks' exercise of its rights under this section shall not in any way limit or abridge other remedies available to it under the Agreement or applicable law, including any lien rights with respect to the Vessel.

9. Force Majeure: Bridgeport Boatworks shall not be liable or responsible to the Owner, nor be deemed to have defaulted or breached this Agreement, for any failure or delay in fulfilling or performing any term of this Agreement when and to the extent such failure or delay is caused by or results from acts or circumstances beyond the reasonable control of Bridgeport Boatworks including, without limitation, acts of God, flood, fire, earthquake, explosion, governmental actions, war, terrorist threats or acts, riot, or other civil unrest, public emergency, epidemics or pandemics, lockouts, strikes or other labor disputes, or restraints or delays affecting carriers or inability or delay in obtaining supplies of adequate or suitable materials, materials or telecommunication breakdown or power outage.

10. General Provisions:

a. Owner hereby grants Bridgeport Boatworks, its agents and employees, permission to operate the Vessel for the purpose of testing and/or inspection.

b. Owner shall remove all articles of personal property, gear, or other appurtenances not necessary for the performance of the Services from the Vessel prior to delivery of the Vessel to Bridgeport Boatworks. Bridgeport Boatworks shall not be responsible for damage to or loss of any such articles of personal property, gear, or other appurtenances left aboard the Vessel, due to fire, theft, pilferage, or otherwise. Delivery of the Vessel does not constitute a bailment of any articles of personal property, gear, or other appurtenances left on the Vessel which are not necessary for the performance of the Services.

c. This Agreement constitutes the entire agreement between the parties hereto regarding the subject matter hereof, and supersedes all prior agreements, whether written or oral.

d. No change, modification, or amendment shall be made to this Agreement unless set forth in writing and signed by the parties hereto.

e. All express representations, warranties, indemnifications, and limits of liability included in this Agreement will survive its completion or termination for any reason. If any provision of this Agreement shall be held invalid, illegal or unenforceable by a court of competent jurisdiction, the validity, legality and enforceability of the remaining provisions shall in no way be affected or impaired thereby. The remaining provisions shall remain in full force and effect, as if the unenforceable provision had been deleted. The parties agree to replace any omitted provision with a valid provision that comes as close as possible to the intent of the omitted provision.

f. This Agreement shall be governed by and construed under the laws of the state in which the Services are performed, without regard to its conflicts of laws principles.

g. Bridgeport Boatworks and Owner will first attempt to resolve disputes or disagreements through discussions between their respective representatives, who shall meet upon the request of either party as soon as conveniently possible to attempt to resolve such dispute or

about b an

d sagreement   f after meet ng, the representat ves determ ne that the d spute or d sagreement

cannot be reso ved on terms sat sfactory to both part es, the part es sha   subm t the d spute or

d sagreement to non-b nd ng med at on  The med at on sha   be conducted by a mutua  y

agreeab e  mpart a  med ator, or  f the part es cannot so agree, a med ator des gnated by the

Amer can Arb trat on Assoc at on ( AAA )  f a d spute has not been reso ved  n accordance

w th the procedures set forth above, such d sputes sha   be dec ded by arb trat on  n accordance

w th the app  cab e AAA ru es then  n effect, un ess the part es mutua  y agree otherw se  The

award of the arb trator(s) sha   be fina  and b nd ng upon the part es w thout the r ght of appea

to the courts  Judgment may be entered upon  t  n accordance w th app  cab e  aw by any court

hav ng jur sd ct on thereof

## Notice

This estimate is not an invoice and does not represent the final amount due or the balance on this estimate.

For questions or concerns, please call Bridgeport Boatworks at (860) 536-9651.

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No:  22-50073 (JAM) |
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND, L.P.,<br><br>　　　　　　Movant,<br><br>v.<br><br>HO WAN KWOK,<br><br>　　　　　　Respondent. | Re: ECF Nos. 299 and 728 |

**ORDER COMPELLING**
**PARTIAL DISBURSEMENT OF ESCROW FUNDS**

Upon the stipulation of the debtor, Ho Wan Kwok, HK International Funds Investments (USA) Limited, LLC ("HK USA"), Pacific Alliance Asia Opportunity Fund, L.P., the Official Committee of Unsecured Creditors (the "Committee"), the creditors, Rui Ma and Zheng Wu, and the trustee appointed in this case, Luc A. Despins (the "Trustee," and, collectively, the "Stipulating Parties"), to the entry of the proposed Order Granting HK International Funds Investments (USA) Limited, LLC's Motion For Order Establishing Repair Reserve for The Lady May ("Repair Reserve Order"), and to the entry of this Order, and this Court having entered the Repair Reserve Order, it is hereby:

**ORDERED**, that as soon as reasonably practical after this Order becomes a final, non-appealable order, HK USA shall serve upon the Escrow Agent, U.S. Bank National Association (the "Escrow Agent"), in accordance with paragraph 4(ii) of the Escrow Agreement dated as of

April 28, 2022 (the "Escrow Agreement"), by and between HK USA, the Committee and the

Escrow Agent, the required certificate including a copy of this Order, and that within seven (7)

days thereafter the Escrow Agent shall transfer and deliver Four Million ($4,000,000) of the

Escrow Funds (as that term is defined in the Escrow Agreement) to the Trustee in accordance

with the instructions appended hereto as **Exhibit 1**; and it is further

      **ORDERED**, that in all other respects the Escrow Agreement and that certain Stipulated

Order Compelling HK International Funds Investments (USA) Limited, LLC to Transport and

Deliver that Certain Yacht, The "Lady May" entered by this Court on April 29, 2022 [ECF No.

299] (the "Stipulated Order"), shall remain in full force and effect.[1]

---

[1] Nothing in this Order, nor the Trustee's participation in formulating this Order, shall be deemed to affect whether the Trustee is a party to or subject to the Stipulated Order, and all parties' rights in this regard are reserved.

## Exhibit 1

| Beneficiary Name | BK EST/HO WAN KWOK DEBTOR |
|---|---|
| Beneficiary Account Number | 5500018263 |
| Bank Routing Number (domestic wires) | 322070381 |
| Bank Routing/Swift Code (international wires) | EWBKUS66XXX |
| Receiving Bank Name | East West Bank |
| Receiving Bank Address (branch address) | 135 N. Los Robles Ave., Suite 600 |
| Receiving Bank Address (branch city, state, zip) | Pasadena, CA 91101 |
| Other Information | LUC A DESPINS, CH11 TRUSTEE |