IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK[1], | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtor | : | October 7, 2022 |
| | : | |

**MOTION FOR ADMISSION PRO HAC VICE OF**
**<u>ATTORNEY ANDREW V. LAYDEN</u>**

Pursuant to Local Rule of Civil Procedure 83.l(d) of the United States District Court forthe District of Connecticut, incorporated herein by Local Rule of Bankruptcy Procedure 1001-1, Jeffrey M. Sklarz, a member of the Bar of this Court and a Partner of the law firm Green & Sklarz, LLC, respectfully moves that the Court admit Attorney Andrew V. Layden *pro hac vice* on behalf of BakerHostetler ("Baker") to represent it as an interested party in the above captioned case and in support represents the following:

1.  Attorney Andrew V. Layden is a Partner of the law firm BakerHostetler. The office address of Andrew V. Layden is: 200 South Orange Avenue, Suite 2300, Orlando, Florida 32801. Attorney Layden's telephone number is (407) 649-4070. His email address is alayden@bakerlaw.com.

2.  Attorney Layden is a member in good standing of all states and jurisdictions set forth in his affidavit, attached as **<u>Exhibit A</u>**.

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

{00292352.1 }

3. To the best of my knowledge and belief, Attorney Layden is a member in good standing of the courts listed in his affidavit and he has not been denied admission or disciplined by this Court; no disciplinary proceedings are pending against him; and he has not been denied admission or disciplined by any other court.

4. Service of all papers directed to Baker may be made upon the undersigned, pursuant to Rule 83.1(c) of the Local Rules of Civil Procedure.

5. The requisite fee of $200 has been submitted herewith.

WHEREFORE, the Court should grant this motion.

BAKERHOSTETLER

By: /s/Jeffrey M. Sklarz
Jeffrey M. Sklarz (ct20938)
Green & Sklarz LLC
One Audubon Street, 3rd Floor
New Haven, CT 06511
(203) 285-8545
Fax: (203) 823-4546
jsklarz@gs-lawfirm.com

{00292352.1 }

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: October 7, 2022

/s/ Jeffrey M. Sklarz