**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| _____ | : | |
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK[1], | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtor | : | |
| _____ | : | |

*PROPOSED ORDER* **FOR MOTION FOR ADMISSION PRO HAC VICE**
**OF ATTORNEY ANDREW V. LAYDEN**

On this ___ day of _____, 2022, came on for consideration the Motion for Admission Pro Hac Vice (the "Motion"), filed by a member of the bar of this Court on behalf of Andrew V. Layden, Esq. The Court, having determined no reason for denying the application, accordingly grants the relief requested in the Motion.

IT IS HEREBY ORDERED, that Andrew V. Layden, Esq. is hereby admitted to practice in the United States District Court for the District of Connecticut in connection with the above referenced case.

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.