# EXHIBIT

# B

| | |
|---|---|
| **From:** | Baldiga, William R. |
| **To:** | Aaron A. Romney; Axelrod, Tristan G. |
| **Cc:** | Eric Henzy |
| **Subject:** | RE: Despin Subpoena |
| **Date:** | Thursday, September 22, 2022 9:06:12 PM |

**External E-mail - CAUTION: This email originated from outside the Firm. Do NOT reply, click links or open attachments, unless you recognize the sending email address and know the content is safe..**

Yes, I believe they are

As to deduping: I defer to Tristan, as I have zero aptitude or attitude as to that stuff!



**William R. Baldiga**
Partner
Brown Rudnick LLP
7 Times Square
New York, NY 10036
-and-
One Financial Center
Boston, MA 02111
T: 212.209.4942
T: 617.856.8586
C: 508.922.8272

wbaldiga@brownrudnick.com
www.brownrudnick.com
He/him/his

---

**From:** Aaron A. Romney <aromney@zeislaw.com>
**Sent:** Thursday, September 22, 2022 7:58 PM
**To:** Baldiga, William R. <WBaldiga@brownrudnick.com>; Axelrod, Tristan G. <TAxelrod@brownrudnick.com>
**Cc:** Eric Henzy <ehenzy@zeislaw.com>
**Subject:** Re: Despin Subpoena

**CAUTION: External E-mail. Use caution accessing links or attachments.**

Is PH now willing to agree to that approach?

Also, for my general understanding (which for clarity, is unrelated to my question), is your deduping process going to dedup BR and V&L's documents (meaning will an email b/w BR and V&L only appear once)?

Aaron Romney

**From:** Baldiga, William R. <WBaldiga@brownrudnick.com>
**Sent:** Thursday, September 22, 2022 7:41 PM
**To:** Aaron A. Romney <aromney@zeislaw.com>; Axelrod, Tristan G. <TAxelrod@brownrudnick.com>
**Cc:** Eric Henzy <ehenzy@zeislaw.com>
**Subject:** RE: Despin Subpoena

External E-mail - CAUTION: This email originated from outside the Firm. Do NOT reply, click links or open attachments, unless you recognize the sending email address and know the content is safe..

Understood, Aaron. We also talked with PH lawyers today. So, appreciating that Miles prefers to not provide a blanket waiver, which of course we respect fully, we can just proceed as agreed yesterday (and we'll do all of this for/with Verdolino as well, as discussed):

- We are pulling together our entire client file and using search terms for emails to be agreed between BR and PH to collect all responsive documents
- You'll tell us whether there are any categories of documents for which the Debtor will not claim a privilege; for example, we know of no privilege that would pertain to our communications with non-debtor third parties, such as the Committee or PAX reps. You'll use whatever discretion to make that list as long or as short as you'll want it to be.
- Whatever you tell us, we'll all share that with PH, so they know that we're all proceeding in good faith and quickly etc
- As to those things on your list, after we collect those, we'll just send them off to PH. You'll tell us whether you want a copy
- As to anything that is not on your list, we'll send that all to you, so that the Debtor can make the determination he's entitled to make under section 7 of the Order as to his personal safety and similar concerns. Once you clear any document, we can produce it. If you decline to clear anything, you'll need to tell us and PH that, and presumably you'll prepare and send to PH a privilege log as to the Debtor's assertions, whatever they may be, as to that document. We'll hold those until you and PH come to an agreement or we are ordered to do something

We've committed to PH that we will tell them what we're doing when, as in any event required by the Order and subpoena, so once you confirm this we'll work with you to share this with PH as well, and we'll get it all started

Thanks



**William R. Baldiga**
Partner

Brown Rudnick LLP
7 Times Square
New York, NY 10036
-and-
One Financial Center
Boston, MA 02111
T: 212.209.4942
T: 617.856.8586
C: 508.922.8272

wbaldiga@brownrudnick.com
www.brownrudnick.com
He/him/his

---

**From:** Aaron A. Romney <aromney@zeislaw.com>
**Sent:** Thursday, September 22, 2022 7:20 PM
**To:** Baldiga, William R. <WBaldiga@brownrudnick.com>; Axelrod, Tristan G. <TAxelrod@brownrudnick.com>
**Cc:** Eric Henzy <ehenzy@zeislaw.com>
**Subject:** Despin Subpoena

> **CAUTION: External E-mail.** Use caution accessing links or attachments.

Bill/Tristan:

We've spoken to the Debtor and he is unwilling to agree to a blanket waiver of privilege with respect to the documents and communications in his possession.

As you know, Z&Z tried to accommodate everyone's concerns/interests (the Debtor's, the Trustee's and Brown Rudnick's) by agreeing to review documents in Brown Rudnick's possession for purposes of assessing privilege, but the Trustee appears unwilling to allow us a reasonable time to do so. At this point, I don't see any alternative other than that Brown Rudnick respond to the subpoena in the manner it deems is required based on the debtor's stated reservation of whatever privilege rights he has, the applicable rules of professional conduct, the applicable rules of professional responsibility and the order entered in this case governing privilege.

I'm happy to discuss this one more time if you like but given the Trustee's position I'm not sure that there is anything else I can do.

Aaron A. Romney, Esq.
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
203-368-4234 (Firm)

203-368-5473 (Direct and E-fax)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary [here](.) which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary [here](.) which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*