**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------x
:
In re:                                        :    Chapter 11
                                              :
HO WAN KWOK,                                  :    Case No. 22-50073 (JAM)
                                              :
    Debtor.[1]                                :
                                              :
---------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that (i) on September 30, 2022, the *Motion of Chapter 11 Trustee for Entry of Order Authorizing Compliance with Rule 2004 Subpoenas and Enforcing Consent Order Regarding Control of Attorney-Client Privilege and Work Product Protection Related to Rule 2004 Subpoenaed Documents and Information* [ECF Nos. 898-99] (including any exhibits, affidavits, proposed order, or other attachments thereto, the "Compliance Motion"); and (ii) on October 5, 2022, the Court's Order scheduling a hearing on the Compliance Motion (together with the Compliance, collectively, the "Served Documents"). were electronically filed. Notice of the Served Documents was sent by e-mail to all parties able to accept electronic service in the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system, including the above-captioned debtor, the Official Committee of Unsecured Creditors, Brown Rudnick LLP, and the United States Trustee.  Parties may access this filing through the Court's CM/ECF system.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

---

[1] Although the Debtor's legal name is Ho Wan Kwok, he is also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases.  The last four digits of the Debtor's taxpayer identification number are 9595.

1

Dated: October 11, 2022  
New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*  
    Douglas S. Skalka (ct00616)  
    Patrick R. Linsey (ct29437)  
    NEUBERT, PEPE & MONTEITH, P.C.  
    195 Church Street, 13th Floor  
    New Haven, Connecticut 06510  
    (203) 781-2847  
    dskalka@npmlaw.com, plinsey@npmlaw.com

    *and*

    Nicholas A. Bassett *(pro hac vice)*  
    PAUL HASTINGS LLP  
    2050 M Street NW  
    Washington, D.C., 20036  
    (202) 551-1902  
    nicholasbassett@paulhastings.com

    *and*

    Avram E. Luft *(pro hac vice)*  
    Douglass Barron *(pro hac vice)*  
    PAUL HASTINGS LLP  
    200 Park Avenue  
    New York, New York 10166  
    (212) 318-6079  
    aviluft@paulhastings.com

    *Counsel for the Chapter 11 Trustee*