**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
HO WAN KWOK,                                           :    Case No. 22-50073 (JAM)
                                                       :
          Debtor.                                      :
                                                       :
-------------------------------------------------------x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
GENEVER HOLDINGS CORPORATION,  :    Case No. 22-50542 (JAM)
                                                       :
          Debtor.                                      :
                                                       :
-------------------------------------------------------x
```

**ORDER GRANTING MOTION TO EXPEDITE HEARING**

The Court having considered the motion (the "Motion to Expedite") seeking an expedited

hearing on the (1) *Motion of (A) the Trustee for Chapter 11 Case of Ho Wan Kwok and (B)*

*Genever BVI Debtor for Entry of Order (I) Directing Joint Administration of Related Chapter 11*

*Cases and (II) Granting Related Relief* (the "Joint Admin. Motion"); and (2) *Genever BVI*

*Debtor's Motion for Entry of Order Extending Time to File Schedules and Statement of Financial*

*Affairs* (the "Schedules Extension Motion" and, together with the Joint Admin. Motion,

collectively, the "First-Day Motions"); and good cause appearing, it is hereby

**ORDERED:** A hearing on the First-Day Motions shall be held on **October 13, 2022,**

1

**at 9:30 a.m. (prevailing Eastern Time)** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604 (the "Hearing"); and it is further

ORDERED: A copy of this Order, along with the Joint Admin. Motion and any attachments thereto, shall be served upon: (a) in *In re Ho Wan Kwok* (case no. 22-50073), (i) the Committee; (ii) all parties that have requested notice and that are qualified to receive electronic notice; and (iii) the United States Trustee by electronic mail; and (b) in *In re Genever Holdings Corporation* (case no. 22-50542), (i) the twenty largest unsecured creditors of the Genever (BVI) Debtor by electronic service on counsel for each creditor who has filed an appearance in the *Kwok* case, on any other creditor via electronic mail if the Chapter 11 Trustee is in possession of such information, and on any remaining creditors by first class mail; (ii) all parties that have requested notice and that are qualified to receive electronic notice; and (iii) the United States Trustee by electronic mail; and it is further

ORDERED: A copy of the Schedules Extension Motion and any attachments thereto, shall be served upon, in *In re Genever Holdings Corporation* (case no. 22-50542), (i) the twenty largest unsecured creditors of the Genever (BVI) Debtor by electronic service on counsel for each creditor who has filed an appearance in the *Kwok* case, on any other creditor via electronic mail if the Chapter 11 Trustee is in possession of such information, and on any remaining creditors by first class mail; (ii) all parties that have requested notice and that are qualified to receive electronic notice; and (iii) the United States Trustee by overnight mail, facsimile transmission, or electronic mail; and it is further

ORDERED: The Movants shall file certificates of service attesting to their compliance with this Order in their respective chapter 11 cases in advance of the Hearing.

Dated at Bridgeport, Connecticut this 12th day of October, 2022.



*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut