**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter11 |
| | : | |
| HO WAN KWOK[1], | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtor | : | October 12, 2022 |
| | : | |

**MOTION FOR ADMISSION PRO HAC VICE OF
<u>ATTORNEY DANIELLE L. MEROLA</u>**

Pursuant to Local Rule of Civil Procedure 83.l(d) of the United States District Court forthe District of Connecticut, incorporated herein by Local Rule of Bankruptcy Procedure 1001-1, Jeffrey M. Sklarz, a member of the Bar of this Court and a Partner of the law firm Green & Sklarz, LLC, respectfully moves that the Court admit Attorney Danielle L. Merola *pro hac vice* on behalf of BakerHostetler ("Baker") to represent it as an interested party in the above captioned case and in support represents the following:

1.      Attorney Danielle L. Merola is an Associate of the law firm BakerHostetler. The office address of Danielle L. Merola is: 200 South Orange Avenue, Suite 2300, Orlando, Florida 32801. Attorney Merola's telephone number is (407) 649-4092. Her email address is dmerola@bakerlaw.com.

2.      Attorney Merola is a member in good standing of all states and jurisdictions set forth in her affidavit, attached as **<u>Exhibit A</u>**.

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

3.      To the best of my knowledge and belief, Attorney Merola is a member in good standing of the courts listed in her affidavit and she has not been denied admission or disciplined by this Court; no disciplinary proceedings are pending against her; and she has not been denied admission or disciplined by any other court.

4.      Service of all papers directed to Baker may be made upon the undersigned, pursuant to Rule 83.1(c) of the Local Rules of Civil Procedure.

5.      The requisite fee of $200 has been submitted herewith.

WHEREFORE, the Court should grant this motion.

BAKERHOSTETLER

By:    /s/Jeffrey M. Sklarz
       Jeffrey M. Sklarz (ct20938)
       Green & Sklarz LLC
       One Audubon Street, 3rd Floor
       New Haven, CT 06511
       (203) 285-8545
       Fax: (203) 823-4546
       jsklarz@gs-lawfirm.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the date set forth below, a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Partiesmay access this filing through the Court's CM/ECF System.

Dated: October 12, 2022                                        /s/ Jeffrey M. Sklarz