IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK[1], | : | Case No. 22-50073 (JAM) |
| Debtor | : | |

### *PROPOSED ORDER* FOR MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY DANIELLE L. MEROLA

On this __ day of _____, 2022, came on for consideration the Motion for Admission Pro Hac Vice (the "Motion"), filed by a member of the bar of this Court on behalf of Danielle L. Merola, Esq. The Court, having determined no reason for denying the application, accordingly grants the relief requested in the Motion.

IT IS HEREBY ORDERED, that Danielle L. Merola, Esq. is hereby admitted to practice in the United States District Court for the District of Connecticut in connection with the above referenced case.

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

{00292820.1 }