**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
                                                          :
In re:                                       :     Chapter 11

HO WAN KWOK,               :     Case No. 22-50073 (JAM)

     Debtor.[1]                     :

------------------------------------------------------x
                                                          :
In re:                                       :     Chapter 11

GENEVER HOLDINGS CORPORATION, :     Case No. 22-50542 (JAM)

     Debtor.                      :

------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 11, 2022 (1) the *Motion of (A) the Trustee for Chapter 11 Case of Ho Wan Kwok and (B) Genever BVI Debtor for Entry of Order (I) Directing Joint Administration of Related Chapter 11 Cases and (II) Granting Related Relief* [Individual Case ECF No. 937; Genever BVI Case ECF No. 4] (the "Joint Admin. Motion") was filed in the above-captioned chapter 11 case of Ho Wan Kwok (the "Individual Debtor Case") and in the above-captioned chapter 11 case of Genever Holdings Corporation (the "Genever BVI Case" and, together with the Individual Debtor Case, collectively, the "Cases"); and (2) *Genever BVI Debtor's Motion for Entry of Order Extending Time to File Schedules and Statement of Financial Affairs* [Genever BVI Case ECF No. 3] (the "Schedules Extension Motion" and, together with the Joint

---

[1] Although the Debtor's legal name is Ho Wan Kwok, he is also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases. The last four digits of the Debtor's taxpayer identification number are 9595.

1

Admin. Motion, collectively, the "First-Day Motions") was filed in the Genever BVI Case. The undersigned further certifies that, on October 12, 2022, the Court's Order [Individual Case ECF No. 944; Genever BVI Case ECF No. 6] (the "Hearing Order" and, together with the First-Day Motions, collectively, the "Served Documents") granting Luc A. Despins, as chapter 11 trustee in the Individual Debtor Case (the "Trustee") and Genever Holdings Corporations' ("Genever BVI" and, together with the Trustee, collectively, the "Movants") Motion to Expedite the First-Day Motions (the "Motion to Expedite") [Individual Case ECF No. 937; Genever BVI Case ECF No. 5] (the "Motion to Expedite") entered in the Cases. The Served Documents are available on the Court's CM/ECF system in the Case(s) in which they were filed or entered.

The Undersigned further certifies that, in compliance with the Hearing Order, the Movants caused the Served Documents to be served as follows:

The Hearing Order and the Joint Admin. Motion and any attachments thereto were served upon: (a) in the Individual Debtor Case (i) the Committee; (ii) all parties that have requested notice and that are qualified to receive electronic notice; and; (iii) the United States Trustee by electronic mail; and (b) in the Genever BVI Case, (i) the twenty largest unsecured creditors of the Genever (BVI) Debtor by electronic service on counsel for each creditor who has filed an appearance in the Kwok case, on any other creditor via electronic mail if the Chapter 11 Trustee is in possession of such information, and on any remaining creditors by first class mail; (ii) all parties that have requested notice and that are qualified to receive electronic notice; and (iii) the United States Trustee by electronic mail; and

The Schedules Extension Motion and any attachments thereto, was served upon, in the Genever BVI Case, (i) the twenty largest unsecured creditors of the Genever (BVI) Debtor by electronic service on counsel for each creditor who has filed an appearance in the Individual

Debtor's Case, on any other creditor via electronic mail if the Chapter 11 Trustee is in possession of such information, and on any remaining creditors by first class mail; (ii) all parties that have requested notice and that are qualified to receive electronic notice; and (iii) the United States Trustee by overnight mail, facsimile transmission, or electronic mail;

More specifically (and in addition to service of the Served Documents to appearing parties in the respective Cases able to receive electronic notice rendered automatically by operation of the Court's CM/ECF system at the time that each of the Served Documents was filed or entered in the such Cases), on October 12, 2022, the undersigned caused the Served Documents to be served on the service list appended hereto by manual email or, where the served party's email address was unavailable, by U.S. Mail.

Dated: October 11, 2022
New Haven, Connecticut

| GENEVER HOLDINGS CORPORATION | LUC A. DESPINS, CHAPTER 11 TRUSTEE |
|---|---|
| By: */s/ Patrick R. Linsey* <br> Douglas S. Skalka (ct00616) <br> Patrick R. Linsey (ct29437) <br> NEUBERT, PEPE & MONTEITH, P.C. <br> 195 Church Street, 13th Floor <br> New Haven, Connecticut 06510 <br> (203) 781-2847 <br> dskalka@npmlaw.com <br> plinsey@npmlaw.com <br><br> *Proposed Counsel for Genever Holdings Corporation* | By: */s/ Patrick R. Linsey* <br> Douglas S. Skalka (ct00616) <br> Patrick R. Linsey (ct29437) <br> NEUBERT, PEPE & MONTEITH, P.C. <br> 195 Church Street, 13th Floor <br> New Haven, Connecticut 06510 <br> (203) 781-2847 <br> dskalka@npmlaw.com <br> plinsey@npmlaw.com <br><br> and <br><br> Nicholas A. Bassett *(pro hac vice)* <br> PAUL HASTINGS LLP <br> 2050 M Street NW <br> Washington, D.C., 20036 <br> (202) 551-1902 <br> nicholasbassett@paulhastings.com <br><br> *and* |

Douglass Barron (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
douglassbarron@paulhastings.com

*Counsel for the Chapter 11 Trustee*

4

## SERVICE LIST

Laura Aronsson on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Tristan G. Axelrod on behalf of Creditor Brown Rudnick LLP
taxelrod@brownrudnick.com

Tristan G. Axelrod on behalf of Creditor Verdolino & Lowey, P.C.
taxelrod@brownrudnick.com

William R. Baldiga on behalf of Creditor Brown Rudnick LLP
wbaldiga@brownrudnick.com

Douglass E. Barron on behalf of Trustee Luc A. Despins
douglassbarron@paulhastings.com

Nicholas A. Bassett on behalf of Trustee Luc A. Despins
nicholasbassett@paulhastings.com

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

G. Alexander Bongartz on behalf of Trustee Luc A. Despins
alexbongartz@paulhastings.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Rui Ma
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Weican Meng
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor Zheng Wu
ccallari@callaripartners.com

John L. Cesaroni on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Debtor Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested Party Mei Guo
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

Luc A. Despins
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

Luc A. Despins on behalf of Trustee Luc A. Despins
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

David S. Forsh on behalf of 20 Largest Creditor Rui Ma
dforsh@callaripartners.com

David S. Forsh on behalf of 20 Largest Creditor Weican Meng
dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Zheng Wu
dforsh@callaripartners.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Peter Friedman on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Irve J. Goldman on behalf of Creditor Committee Official Committee of Unsecured Creditors
igoldman@pullcom.com, rmccoy@pullcom.com

Evan S. Goldstein on behalf of Miscellaneous Proceeding Party Hing Chi Ngok
egoldstein@uks.com

Mia N. Gonzalez on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

James C. Graham on behalf of Defendant Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Lawrence S. Grossman on behalf of Interested Party BakerHostetler
LGrossman@gs-lawfirm.com, aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

Eric A. Henzy on behalf of Debtor Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
ehenzy@zeislaw.com, cjervey@zeislaw.com

Jonathan Kaplan on behalf of Creditor Committee Official Committee of Unsecured Creditors
jkaplan@pullcom.com, prulewicz@pullcom.com;rmccoy@pullcom.com

Stephen M. Kindseth on behalf of Debtor Ho Wan Kwok
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party Mei Guo
skindseth@zeislaw.com, cjervey@zeislaw.com

Patrick R. Linsey on behalf of Counter-Claimant Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Defendant Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Trustee Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Avram Emmanuel Luft on behalf of Trustee Luc A. Despins
aviluft@paulhastings.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Rui Ma
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Weican Meng
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Zheng Wu
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Boxun Inc.
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Rui Ma
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Weican (Watson) Meng
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Yang Lan
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Zheng Wu
kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Aaron A Mitchell on behalf of Debtor Ho Wan Kwok
aaron@lmesq.com

James M. Moriarty on behalf of Debtor Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

Sara Pahlavan on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
spahlavan@omm.com

Lucas Bennett Rocklin on behalf of Trustee Luc A. Despins
lrocklin@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net

Aaron Romney on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Debtor Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Scott D. Rosen on behalf of Attorney Cohn Birnbaum & Shea, P.C.
srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Thomas J. Sansone on behalf of Attorney Michael S. Weinstein
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Xiaodan Wang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Xiaodan Wang
tsansone@carmodylaw.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Douglas S. Skalka on behalf of Trustee Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Jeffrey M. Sklarz on behalf of Interested Party BakerHostetler
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Annecca H. Smith on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Tiffany Troy on behalf of Creditor Troy Law, PLLC
tiffanytroy@troypllc.com, troylaw@troypllc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Michael S. Weinstein on behalf of Creditor Chong Shen Raphanella
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Rong Zhang
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Xiaodan Wang
mweinstein@golenbock.com

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman on behalf of Plaintiff Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Peter J. Zarella on behalf of 20 Largest Creditor Rui Ma
pzarella@mdmc-law.com

Peter J. Zarella on behalf of 20 Largest Creditor Weican Meng
pzarella@mdmc-law.com

Peter J. Zarella on behalf of Creditor Zheng Wu
pzarella@mdmc-law.com

Cheng Jian Wu Jian She
yeningusa@gmail.com

Hong Qi Qu
ktung@kktlawfirm.com

Liehong Zhuang/Xiao
info@trexlerzhang.com

Samuel Dan Nunberg
snunberg@winstonashe.com

Baker & Hostetler LLP
alayden@bakerlaw.com

Chao-Chih Chiu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Huizhen Wang, Yunxia Wu, Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Yongbing Zhang
223 West Jackson Bl;vd. #1012
Chicago, IL 60606