**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE No.    22-50073 (JAM) |
| HO WAN KWOK, | ) | |
| | ) | CHAPTER    11 |
| DEBTOR. | ) | |
| | ) | RE: ECF No.    898 |

**ORDER GRANTING MOTION FOR ENTRY OF ORDER AUTHORIZING COMPLIANCE WITH RULE 2004 SUBPOENAS AND ENFORCING CONSENT ORDER REGARDING CONTROL OF ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT PROTECTION RELATED TO RULE 2004 SUBPOENAED DOCUMENTS AND INFORMATION**

On September 30, 2022, the Chapter 11 Trustee filed a Motion (the "Motion," ECF No. 898) seeking an order authorizing Brown Rudnick LLP and Verdolino & Lowey, P.C. to produce Rule 2004 subpoenaed documents and information and enforcing the Court's *Consent Order Regarding Control of Attorney-Client Privilege and Work Product Protection Related to Rule 2004 Subpoenaed Documents and Information* [ECF No. 856] (the "Privilege Order"). A hearing on the Motion was held on October 13, 2022.

After consideration of the Motion, the Debtor's Objection to the Motion, ECF No. 939, the Reply to the Debtor's Objection, ECF No. 949, and the arguments advanced during the hearing, for the reasons stated on the record, cause exists to grant relief as set forth in this Order due to a lack of compliance with the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, and the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Connecticut governing discovery and the Privilege Order. Accordingly, it is hereby

**ORDERED**: At or before 5:00 p.m. on October 14, 2022, Verdolino & Lowey, P.C. is authorized and shall produce to the Trustee all post-petition documents responsive to the Rule 2004 subpoena subject to the Debtor's existing privilege log discussed on the record during the hearing, which documents Verdolino & Lowey, P.C. provided to the Debtor prior to the hearing; and it is further

**ORDERED**: At or before 5:00 p.m. on October 14, 2022, Brown Rudnick LLP is authorized and shall produce to the Trustee all post-petition documents responsive to the Rule 2004 subpoena subject to the Debtor's existing privilege log discussed on the record during the hearing, regardless of whether Brown Rudnick LLP provided the documents to the Debtor prior to the hearing; and it is further

**ORDERED**: At or before 5:00 p.m. on October 18, 2022, the Debtor shall file on the docket of this case the existing privilege log that was produced to the Chapter 11 Trustee on

October 12, 2022; and it is further

**ORDERED**: The Debtor may exercise his rights under Federal Rule of Civil Procedure 26(b)(5)(B) to provide written notice to the Chapter 11 Trustee regarding any document produced by Brown Rudnick LLP and/or Verdolino & Lowey, P.C. and to assert privilege over any such document to the extent he is permitted to do so in accordance with paragraph 7 of the Privilege Order; and it is further

**ORDERED**: Any document which the Debtor provides written notice to the Chapter 11 Trustee under Federal Rule of Civil Procedure 26(b)(5)(B) that the Debtor claims is subject to privilege or protection shall be logged in a privilege log provided to the Trustee and filed on the docket of this case within two days of the Debtor's written notice; and it is further

**ORDERED**: Pursuant to paragraph 7 of the Privilege Order, either the Trustee or Debtor may avail itself of its right to request adjudication of any dispute concerning the Debtor's claim of privilege or protection over any document at any time; and it is further

**ORDERED**: Verdolino & Lowey, P.C. and Brown Rudnick LLP have a continuing obligation to produce to the Chapter 11 Trustee any information responsive to Rule 2004 subpoenas in accordance with Federal Rule of Civil Procedure 26(e); and it is further

**ORDERED**: This Order is immediately enforceable.

Dated at Bridgeport, Connecticut this 13th day of October, 2022.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut