# UNITED STATES BANRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | CHAPTER 11 |
| HO WAN KWOK, | CASE NO. 22-50073 (JAM) |
| Debtor. | OCTOBER 13, 2022 |

**MOTION FOR EXTENSION OF TIME
TO RESPOND TO SUBPOENA FOR RULE 2004 EXAMINATION**

Hing Chi Ngok ("Mrs. Ngok"), by and through her undersigned attorneys, Updike, Kelly & Spellacy, P.C., pursuant to Fed. R. Bankr. P. 9006(b), hereby moves for an extension of time to respond to a Subpoena for Rule 2004 Examination ("Subpoena") served upon her by the Chapter 11 Trustee, Luc Despins ("Trustee"). In support of her Motion, Mrs. Ngok states as follows:

1. Mrs. Ngok was served with the Subpoena on August 23, 2022.

2. Undersigned counsel was not retained by Mrs. Ngok until September 15, 2022.

3. After being retained by Mrs. Ngok, undersigned counsel immediately reached out to the Trustee to discuss the Subpoena. On September 16, 2022, undersigned counsel and Trustee's counsel met and conferred regarding issues, concerns, and potential objections to the Subpoena as well as the timing of production. Undersigned counsel requested from the Trustee a reasonable extension of time to review the Subpoena, make objections, and produce documents. The Trustee reserved his rights under the Subpoena but agreed to review objections submitted by September 23, 2022.

4. On September 23, 2022, undersigned counsel provided to the Trustee a letter detailing Mrs. Ngok's objections to the Subpoena, as agreed.

3740499

5. On September 30, 2022, undersigned counsel and Trustee's counsel again met and conferred to discuss the objections to the document requests contained in the Subpoena.

6. Undersigned counsel requested that the Trustee reasonably limit the scope of the Subpoena by decreasing the time-period and/or providing more particularity to the requests as the requests are unduly burdensome and overbroad.

7. Notwithstanding the fact that the parties have met and conferred twice and continue to work to resolve these discovery disputes, the Trustee has stated that Mrs. Ngok is refusing to search for and produce documents requested in the Subpoena. This is not consistent with how the parties have been operating to resolve disputes and produce documents in a reasonable time-period. Mrs. Ngok has been actively searching for documents but requires additional time to review and produce such documents.

8. The Subpoena was issued pursuant to Fed. R. Bankr. P. 9016, which incorporates Fed. R. Civ. P. 45, which provides, generally, that a subpoena should allow "a reasonable time to comply," (*see* Fed. R. Civ. P. 45(d)(3)(A)(i)) and that the parties should "avoid imposing undue burden and expense on a person subject to the subpoena." *See* Fed. R. Civ. P. 45(d)(1).

9. Additionally, Mrs. Ngok does not speak nor read English. Undersigned counsel can only communicate with Mrs. Ngok through a translator. This language barrier creates obvious difficulties in communicating with Mrs. Ngok and increases the time necessary to communicate with Mrs. Ngok.

10. Upon information and belief, Mrs. Ngok's translator is currently on vacation and, as such, has been unavailable to assist in communications with Mrs. Ngok.

11. Given the date when undersigned counsel was retained, the vast scope of the document requests, and the difficulties created by the language barrier, Mrs.

Ngok seeks an extension of time to produce documents up to and including November 10, 2022.

12. Mrs. Ngok continues to use best efforts and good faith to identify a deposition date agreeable to Mrs. Ngok and her translator. The Trustee's initial request for Mrs. Ngok's deposition was on October 6, 2022, and Mrs. Ngok's translator has been unavailable for a portion of the time since.

13. This is Mrs. Ngok's first request for an extension of time.

WHEREFORE, for the foregoing reasons, Mrs. Ngok respectfully requests that the Court grant an extension of time to produce documents in response to the Subpoena for Rule 2004 Exam up to and including November 10, 2022.

By: */s/ Evan S. Goldstein*
Evan S. Goldstein, Esq.
Federal Bar No. ct22994
UPDIKE, KELLY & SPELLACY, P.C.
Goodwin Square
225 Asylum Street, 20th Floor
Hartford, Connecticut 06103
Tel. (860) 548-2600
Fax. (860) 548-2680
egoldstein@uks.com
*Counsel to Hing Chi Ngok*