# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name:  Ho Wan Kwok

Bankruptcy Case No.:  22-50073

Adversary Case No.:

Previous Civil No.:  22-1019(KAD)

Previous Miscellaneous No.:

Transmittal dated:

**To the Bankruptcy Court:**

**The following number has been assigned:**

☐ Civil No. Assigned  _____

☐ Miscellaneous No. Assigned  _____

☒ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By:  /s/ Tiffany Nuzzi                     Date:  10/12/2022
      Deputy Clerk, U.S. District Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## TRANSMITTAL FORM TO DISTRICT COURT REGARDING APPEALS AND RELATED DOCUMENTS

Debtor(s) Name: Ho Wan Kwok

Case No.        22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:        22-1019(KAD)

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☐ Notice of Appeal (only)   ECF No.:

3. ☑ Related documents as indicated below:
   ☐ Designation of items designated by the Appellant
   ☐ Designation of items designated by the Appellee
   ☐ Cross Appeal
   ☐ Amended Appeal
   ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)
   ☑ Transcripts   Appellee's designated item of hearing held on May 25, 2022, sent via email due to 90 day restriction.
   ☐ Other

4.   Other applicable information:

Filing Fee: ☐ Paid   ☐ Not Paid

Appellant's Name:

Appellant's Attorney:

Appellee's Name:

Appellee's Attorney:

<u>Interested Party:</u>

By: <u>Regina S. Miltenberger</u>   Date: October 12, 2022
Deputy Clerk, U.S. Bankruptcy Court