**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------------x
                                         :

In re:                               :    Chapter 11

HO WAN KWOK,              :    Case No. 22-50073 (JAM)

        Debtor.[1]           :

-------------------------------------------------------------x

In re:                               :    Chapter 11

GENEVER HOLDINGS CORPORATION, :    Case No. 22-50542

        Debtor.            :

-------------------------------------------------------------x

**ORDER GRANTING MOTION FOR JOINT ADMINISTRATION OF**
**RELATED CHAPTER 11 CASES**

Upon the motion (the "Motion" ECF No. 937 in Case No. 22-50073 and ECF No. 4 in Case No. 22-50542)[2] of Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), and Genever Holdings Corporation (the "Genever (BVI) Debtor" and, together with the Trustee, the "Movants") for entry of an order (this "Order"): (a) directing procedural consolidation and joint administration of the chapter 11 case of the Genever (BVI) Debtor and the chapter 11 case of the Individual Debtor (together, the "Chapter 11 Cases") and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the

---

[1]    Although the Debtor's legal name is Ho Wan Kwok, he is also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases. The last four digits of the Debtor's taxpayer identification number are 9595.

[2]    Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Motion.

*Standing Order of Reference* from the United States District Court for the District of Connecticut; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408(2) and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the estates of the Individual Debtor and the Genever (BVI) Debtor, their creditors, and other parties in interest; and this Court having found that the Movants' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.    The Motion is granted as set forth herein.

2.    The Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 22-50073 (JAM).

3.    The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

.......................................................................x
                                                                       :
In re:                                                                 : Chapter 11
                                                                       :
HO WAN KWOK, *et al*.,[1]                                              : Case No. 22-50073 (JAM)
                                                                       :
            Debtors.                                                   : (Jointly Administered)
.......................................................................x

2

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

4.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5.      An entry shall be made on the Genever (BVI) Debtor's chapter 11 case docket that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Connecticut directing joint administration of the chapter 11 cases of Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases; last four digits of tax identification number: 9595) and Genever Holdings Corporation. The docket in the chapter 11 case of Ho Wan Kwok, Case No. 22-50073 (JAM) should be consulted for all matters affecting this case.

6.      The Trustee and the Genever (BVI) Debtor shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Connecticut shall keep one consolidated docket, one file, and one consolidated service list.

7.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases.

8.      The Trustee and the Genever (BVI) Debtor are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 14th day of October, 2022.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut