**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| HO WAN KWOK[1], | : | Case No. 22-50073 (JAM) |
|  | : |  |
| Debtor | : | October 14, 2022 |
|  | : |  |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK:

Please enter the appearance of the undersigned as counsel for BakerHostetler, an interested party in the above-captioned case.

PLEASE TAKE NOTICE that all notices given or required to be served in this case and all papers in this case be given to and served upon the undersigned at the office address, telephone and facsimile numbers, and e-mail address, set forth below.

PLEASE TAKE FURTHER NOTICE, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notice and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether former or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, email or otherwise, which affect the debtor or property of the debtor.

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

{00292835.2 }                                    1

BAKERHOSTETLER

By:   /s/ Kellianne Baranowsky
      Kellianne Baranowsky (ct26684)
      Green & Sklarz LLC
      One Audubon Street, Third Floor
      New Haven, CT 06511
      (203) 285-8545
      Fax: (203) 691-5454
      kbaranowsky@gs-lawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below a copy of the foregoing was served by CM/ECF

and/or mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to

all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept

electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through

the Court's CM/ECF System.

Date:  October 14, 2022                                /s/ Kellianne Baranowsky