AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Patrick M. Birney | 2. PHONE NUMBER<br>(860) 275-8275 | 3. DATE<br>10/14/2022 |
| 4. DELIVERY ADDRESS OR EMAIL<br>pbirney@rc.com | 5. CITY<br>Hartford | 6. STATE CT / 7. ZIP CODE 06103 |
| 8. CASE NUMBER<br>22-50073 | 9. JUDGE<br>Judge Julie A. Manning | DATES OF PROCEEDINGS<br>10. FROM 10/13/2022   11. TO 10/13/2022 |
| 12. CASE NAME<br>Ho Wan Kwok | LOCATION OF PROCEEDINGS<br>13. CITY Bridgeport   14. STATE Connecticut | |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Hearing | 10/13/2022 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES 1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL  0.00

| | |
|---|---|
| 18. SIGNATURE<br>/s/ Patrick M. Birney | PROCESSED BY |
| 19. DATE<br>10/14/2022 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF CONNECTICUT

HONORABLE JULIE A. MANNING

---

22-50073 Ho Wan Kwok

Ch: 11

Trustee: Luc A. Despins

ECF 898 – Motion for Order Authorizing Compliance with Rule 2004 Discovery and Enforcing Consent Order re: Privileges Filed by Patrick R. Linsey on behalf of Luc A. Despins, Trustee

ECF 937 – Motion for Joint Administration with 22-50542 Filed by Patrick R. Linsey on behalf of Luc A. Despins, Trustee

---

22-50542 Genever Holdings Corporation
Ch:  11

ECF 3 – Motion to Extend Time to File Schedules and Financial Affairs to 12/9/2022 Filed by Patrick R. Linsey on behalf of Luc A. Despins, Trustee

ECF 4 – Motion for Joint Administration with 22-50073 Filed by Patrick R. Linsey on behalf of Luc A. Despins, Trustee

**22-50073** Ho Wan Kwok
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 10/14/2022

# Attorneys

| | | |
|---|---|---|
| **Laura Aronsson**<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036<br>212-728-5841<br>laronsson@omm.com<br>  *Assigned: 04/08/2022*<br>  *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Kenneth Aulet**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>kaulet@brownrudnick.com<br>  *Assigned: 04/26/2022*<br>  *TERMINATED: 08/02/2022*<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Tristan G. Axelrod**<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>617-856-8456<br>617-289-0522 (fax)<br>taxelrod@brownrudnick.com<br>  *Assigned: 08/12/2022*<br>  *LEAD ATTORNEY* | representing | **Brown Rudnick LLP**<br>One Financial Center<br>Boston, MA 02111<br>617-856-8200<br>tfeinsmith@brownrudnick.com<br>*(Creditor)*<br><br>**Verdolino & Lowey, P.C.**<br>124 Washington Street<br>Foxborough, MA 02035<br>*(Creditor)* |
| **William Baldiga**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>New York<br>212-209-4800<br>212-209-4801 (fax)<br>wbaldiga@brownrudnick.com<br>  *Assigned: 03/01/2022*<br>  *TERMINATED: 08/02/2022*<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |

| | | |
|---|---|---|
| **William R. Baldiga**<br>Brown, Rudnik, Freed & Gesmer<br>One Financial Center<br>Boston, MA 02111<br>(617) 330-9000<br>617-289-0420 (fax)<br>wbaldiga@brownrudnick.com<br> *Assigned: 03/09/2022*<br>  *TERMINATED: 08/02/2022*<br><br> *Assigned: 08/05/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| | representing | **Brown Rudnick LLP**<br>One Financial Center<br>Boston, MA 02111<br>617-856-8200<br>tfeinsmith@brownrudnick.com<br>*(Creditor)* |
| **Kellianne Baranowsky**<br>Green & Sklarz LLC<br>One Audubon Street<br>3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>203-823-4546 (fax)<br>kbaranowsky@gs-lawfirm.com<br> *Assigned: 10/14/2022* | representing | **BakerHostetler**<br>*(Interested Party)* |
| **Douglass E. Barron**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6690<br>212-230-7690 (fax)<br>douglassbarron@paulhastings.com<br> *Assigned: 07/22/2022*<br>  *LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Nicholas A. Bassett**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1902<br>202-551-0402 (fax)<br>nicholasbassett@paulhastings.com<br> *Assigned: 07/22/2022*<br>  *LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Patrick M. Birney**<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8200<br>(860) 275-8299 (fax)<br>pbirney@rc.com<br> *Assigned: 02/24/2022* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

| | | |
|---|---|---|
| **G. Alexander Bongartz**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6472<br>212-303-7072 (fax)<br>alexbongartz@paulhastings.com<br>  *Assigned: 08/04/2022*<br>  *LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Carollynn H.G. Callari**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>ccallari@callaripartners.com<br>  *Assigned: 03/16/2022*<br>  *LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)*<br><br>**Weican Meng**<br>*(20 Largest Creditor)*<br><br>**Zheng Wu**<br>*(Creditor)* |
| **Andrew M. Carty**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>acarty@brownrudnick.com<br>  *Assigned: 04/15/2022*<br>  *TERMINATED: 08/02/2022*<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **John L. Cesaroni**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>jcesaroni@zeislaw.com<br>  *Assigned: 05/10/2022* | representing | **Mei Guo**<br>*(Interested Party)* |
|   *Assigned: 07/14/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Holley L. Claiborn**<br>Office of The United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302 | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302 |

| | | |
|---|---|---|
| New Haven, CT 06510<br>(203) 773-2210<br>(203) 773-2217 (fax)<br>holley.l.claiborn@usdoj.gov<br>  Assigned: 02/28/2022 | | New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>  Assigned: 07/12/2022 | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>212-230-7771 (fax)<br>lucdespins@pauhastings.com<br>  Assigned: 07/22/2022<br>  LEAD ATTORNEY | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **David S. Forsh**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>dforsh@callaripartners.com<br>  Assigned: 03/17/2022<br>  LEAD ATTORNEY | representing | **Rui Ma**<br>*(20 Largest Creditor)*<br><br>**Weican Meng**<br>*(20 Largest Creditor)*<br><br>**Zheng Wu**<br>*(Creditor)* |
| **Peter Friedman**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5302<br>pfriedman@omm.com<br>  Assigned: 02/25/2022<br>  LEAD ATTORNEY | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Irve J. Goldman**<br>Pullman & Comley<br>850 Main Street<br>8th Floor<br>Bridgeport, CT 06604<br>203-330-2000<br>203-576-8888 (fax) | representing | **Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |

igoldman@pullcom.com
*Assigned: 04/05/2022*

**Evan S. Goldstein**
Updike, Kelly & Spellacy, P.C.
Goodwin Square
225 Asylum Street
Ste 20th Floor
Hartford, CT 06103
860-548-2609
860-548-2680 (fax)
egoldstein@uks.com
*Assigned: 09/15/2022*

representing

**Hing Chi Ngok**
*(Interested Party)*

**Mia N. Gonzalez**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-728-5698
mgonzalez@omm.com
*Assigned: 04/08/2022*
*LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**James C. Graham**
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
(203)821-2000
(203)821-2009 (fax)
jgraham@npmlaw.com
*Assigned: 07/20/2022*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Lawrence S. Grossman**
Green & Sklarz LLC
One Audubon Street
Third Floor
New Haven, CT 06511
203-285-8545
LGrossman@gs-lawfirm.com
*Assigned: 10/12/2022*

representing

**BakerHostetler**
*(Interested Party)*

**David V. Harbach, II**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5127
dharbach@omm.com
*Assigned: 02/25/2022*
*LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Eric A. Henzy**
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

| | | |
|---|---|---|
| 203-368-5495<br>203-549-0861 (fax)<br>ehenzy@zeislaw.com<br>  Assigned: 07/14/2022 | | |
|   Assigned: 07/22/2022 | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| **Jeffrey L Jonas**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>2122094800<br>212-209-4801 (fax)<br>jjonas@brownrudnick.com<br>  Assigned: 04/21/2022<br>  TERMINATED: 08/02/2022<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Jonathan Kaplan**<br>Pullman & Comley, LLC<br>90 State House Square<br>Hartford, CT 06103<br>860-424-4379<br>860-424-4370 (fax)<br>jkaplan@pullcom.com<br>  Assigned: 04/05/2022 | representing | **Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |
| **Stephen M. Kindseth**<br>Zeisler & Zeisler<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>(203) 368-4234<br>203-367-9678 (fax)<br>skindseth@zeislaw.com<br>  Assigned: 04/11/2022 | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
|   Assigned: 05/10/2022 | representing | **Mei Guo**<br>*(Interested Party)* |
|   Assigned: 07/14/2022 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Dylan Kletter**<br>Brown Rudnick LLP<br>185 Asylum Street<br>Hartford, CT 06103<br>860-509-6500<br>dkletter@brownrudnick.com<br>  Assigned: 02/15/2022<br>  TERMINATED: 08/02/2022 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Andrew V. Layden** | representing | **BakerHostetler** |

| | | |
|---|---|---|
| BakerHostetler<br>200 South Orange Avenue<br>Suite 2300<br>Orlando, FL 32801<br>407-649-4070<br>407-841-0168 (fax)<br>alayden@bakerlaw.com<br>  *Assigned: 10/12/2022*<br>  *LEAD ATTORNEY* | | *(Interested Party)* |
| **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>  *Assigned: 07/11/2022* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Avram Emmanuel Luft**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6079<br>212-303-7079 (fax)<br>aviluft@paulhastings.com<br>  *Assigned: 07/22/2022*<br>  *LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Steven E. Mackey**<br>Office of the U.S. Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br>  *Assigned: 03/22/2022* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Kristin B. Mayhew**<br>McElroy, Deutsch, Mulvaney & Carpenter<br>30 Jeliff Lane<br>Southport, CT 06890<br>(203) 319-4011<br>203-259-0251 (fax)<br>kmayhew@mdmc-law.com<br>  *Assigned: 03/15/2022* | representing | **Rui Ma**<br>*(20 Largest Creditor)*<br><br>**Weican Meng**<br>*(20 Largest Creditor)*<br><br>**Zheng Wu**<br>*(Creditor)* |
| **Danielle L. Merola** | representing | **BakerHostetler** |

| | | |
|---|---|---|
| BakerHostetler<br>200 South Orange Avenue<br>Suite 2300<br>Orlando 32801<br>407-649-4092<br>dmerola@bakerlaw.com<br>  *Assigned: 10/13/2022*<br>  *LEAD ATTORNEY* | | *(Interested Party)* |
| **Timothy D. Miltenberger**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103<br>860-493-2200<br>Tmiltenberger@cbshealaw.com<br>  *Assigned: 03/31/2022*<br>   *TERMINATED: 08/17/2022* | representing | **Golden Spring (New York) LTD**<br>*(Interested Party)*<br>PRO SE |
| **Aaron A Mitchell**<br>Lawall & Mitchell, LLC<br>55 Madison Ave<br>Suite 400<br>Morristown, NJ 07960<br>973-285-3280<br>aaron@lmesq.com<br>  *Assigned: 07/11/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **James M. Moriarty**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>Bridgeport, CT 06604<br>203-368-4234<br>203-549-0907 (fax)<br>jmoriarty@zeislaw.com<br>  *Assigned: 07/20/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Sara Pahlavan**<br>O'Melveny & Myers LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111-3823<br>415-984-8953<br>spahlavan@omm.com<br>  *Assigned: 05/05/2022*<br>  *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Lucas Bennett Rocklin**<br>Neubert, Pepe, Monteith, P.C.<br>195 Church Street,13th Floor<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>lrocklin@npmlaw.com<br>  *Assigned: 07/15/2022* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |

| | | |
|---|---|---|
| **Aaron Romney**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>aromney@zeislaw.com<br>  Assigned: 04/11/2022 | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| Assigned: 05/10/2022 | representing | **Mei Guo**<br>*(Interested Party)* |
| Assigned: 07/14/2022 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Scott D. Rosen**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103-4500<br>(860) 493-2200<br>860-727-0361 (fax)<br>srosen@cb-shea.com<br>  Assigned: 03/28/2022<br>   TERMINATED: 08/17/2022 | representing | **Golden Spring (New York) LTD**<br>*(Interested Party)*<br>PRO SE |
| Assigned: 08/12/2022 | representing | **Cohn Birnbaum & Shea, P.C.**<br>*(Attorney)* |
| **Thomas J. Sansone**<br>Carmody Torrance Sandak & Hennessey LLP<br>195 Church Street<br>P.O. Box 1950<br>New Haven, CT 06509-1950<br>(203) 784-3100<br>203-784-3199 (fax)<br>tsansone@carmodylaw.com<br>  Assigned: 06/24/2022 | representing | **Chong Shen Raphanella**<br>*(Creditor)* |
| | | **Rong Zhang**<br>*(Creditor)* |
| | | **Xiaodan Wang**<br>*(Creditor)* |
| Assigned: 07/15/2022 | representing | **Michael S. Weinstein**<br>*(Attorney)* |
| **Stuart M. Sarnoff**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

| | | |
|---|---|---|
| 202-326-2293<br>ssarnoff@omm.com<br>  Assigned: 02/25/2022<br>  LEAD ATTORNEY | | |
| **Bennett Silverberg**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>bsilverberg@brownrudnick.com<br>  Assigned: 03/01/2022<br>   TERMINATED: 08/02/2022<br>  LEAD ATTORNEY | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>  Assigned: 07/14/2022 | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Jeffrey M. Sklarz**<br>Green & Sklarz LLC<br>One Audubon Street<br>3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>203-823-4546 (fax)<br>jsklarz@gs-lawfirm.com<br>  Assigned: 10/07/2022 | representing | **BakerHostetler**<br>*(Interested Party)* |
| **Annecca H. Smith**<br>Robinson & Cole, LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>860-275-8325<br>860-275-8299 (fax)<br>asmith@rc.com<br>  Assigned: 02/24/2022 | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Tiffany Troy**<br>Troy Law<br>41-25 Kissena Blvd, Suite 103<br>Flushing, NY 11355<br>718-762-1324<br>tiffanytroy@troypllc.com<br>  Assigned: 08/24/2022 | representing | **Troy Law, PLLC**<br>*(Creditor)* |
| **Michael S. Weinstein**<br>Golenbock Eiseman Assor Bell &<br>Peskoe LL<br>711 Third Avenue | representing | **Chong Shen Raphanella**<br>*(Creditor)* |

| | | |
|---|---|---|
| New York, NY 10017<br>212-907-7347<br>212-754-0330 (fax)<br>mweinstein@golenbock.com<br>  *Assigned: 07/22/2022*<br>  *LEAD ATTORNEY* | | |
| | | **Rong Zhang**<br>*(Creditor)* |
| | | **Xiaodan Wang**<br>*(Creditor)* |
| **Jay Marshall Wolman**<br>Randazza Legal Group, PLLC<br>100 Pearl Street, 14th Floor<br>Hartford, CT 06103<br>702-420-2001<br>jmw@randazza.com<br>  *Assigned: 02/17/2022* | representing | **Logan Cheng**<br>c/o Randazza Legal Group, PLLC<br>100 Pearl Street<br>14th Floor<br>Hartford, CT 06103<br>*(Creditor)* |
| **Peter J. Zarella**<br>McElroy, Deutsch, Mulvaney & Carpenter,<br>One State Street, 14th floor<br>Hartford, CT 06103<br>860-241-2688<br>860-522-2796 (fax)<br>pzarella@mdmc-law.com<br>  *Assigned: 03/22/2022* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |