# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

------------------------------------------------------X
:
In re: : Chapter 11
:
HO WAN KWOK,[1] : Case No. 22-50073 (JAM)
:
Debtor. :
:
:
:
:
:
------------------------------------------------------X

## JOINDER BY BAKER & HOSTETLER LLP IN THE
## *RESPONDENTS' URGENT MOTION IN AID OF COMPLIANCE WITH ORDER REGARDING RULE 2004 SUBPOENAED DOCUMENTS AND INFORMATION*

Baker & Hostetler LLP ("B&H"), as a recipient of a Rule 2004 subpoena from the Chapter 11 Trustee (see Doc. Nos. 637, 756), hereby joins in the *Respondents' Urgent Motion in Aid of Compliance with Order Regarding Rule 2004 Subpoenaed Documents and Information* (ECF. No. 974), to the extent that B&H, as a law firm with concerns regarding its attorney-client obligations with the Debtor similar to those of Brown Rudnick, requests to be included in the portion of any order directing a law firm subpoena recipient to produce documents directly to the Chapter 11 Trustee and that such production shall not violate the subpoena recipient's legal and ethical obligations to the Debtor.

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

{00293334.2 }

Dated: October 16, 2022            Respectfully submitted,

**BAKER & HOSTETLER LLP**

GREEN & SKLARZ LLC

*/s/ Kellianne T. Baranowsky*
Lawrence S. Grossman (ct15790)
Kellianne T. Baranowsky (ct423288)
One Audubon Street, 3rd Floor
New Haven, CT 06511
Tel.: 203-285-8545
Fax: 203-823-4546
lgrossman@gs-lawfirm.com
kbaranowsky@gs-lawfirm.com


By:    BAKER & HOSTETLER LLP
Andrew Layden, FL Bar. No.: 86070
  *Pro Hac Vice*
Danielle Merola, FL Bar. No.: 120120
  *Pro Hac Vice*
Baker Hostetler LLP
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801-3432
(407) 649-4000
alayden@bakerlaw.com
dmerola@bakerlaw.com