**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK[1], | : | Case No. 22-50073 (JAM) |
| Debtor | : | October 16, 2022 |

**REQUEST FOR PERMISSION FOR ATTORNEY ANDREW V. LAYDEN, COUNSEL
AT BAKERHOSTETLER, TO APPEAR REMOTELY
FOR OCTOBER 17, 2022 HEARING**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Baker & Hostetler LLP[2] ("B&H"), an interested party in the above-captioned case, respectfully moves the Court for permission for Attorney Andrew V. Layden to appear remotely at the hearing currently **scheduled for Monday, October 17, 2022 at 10:00AM** on the *Respondents' Urgent Motion in Aid of Compliance with Order Regarding Rule 2004 Subpoenaed Documents and Information* (ECF No. 974) (the "Urgent Motion"). In support of the motion, B&H states as follows:

**REQUESTED RELIEF**

1. On October 14, 2022, Brown Rudnick filed a filed a Motion, Pursuant to Bankruptcy Rule 9006(c)(1), to Expedite Hearing on Respondent's Urgent Motion In Aid of Compliance with Order of Compliance with Order Regarding 2004 Subpoenaed Documents and Information (the "Motion to Expedite"), which was also filed on October 14, 2022. ECF

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.
[2] Baker & Hostetler, LLP is also known as BakerHostetler.

{00293340.1}    1

No. 975.00.

2. On October 14, 2022, the Court granted the Motion to Expedite and scheduled a hearing on the Urgent Motion for October 17, 2022 at 10:00AM (the "Hearing"). ECF No. 917.

3. On October 16, 2022, B&H filed its Joinder by Baker & Hostetler LLP in the Respondents' Urgent Motion in Aid of Compliance with Order Regarding Rule 2004 Subpoenaed Documents and Information. ECF No. 981.

4. On October 7, 2022, Attorney Jeffrey M. Sklarz, on behalf of Baker, interested party, filed a Motion to admit Attorney Andrew V. Laden *pro hac vice* on behalf of B&H to represent an interested party in the above-captioned case ( ECF No. 934), which was granted by the Court on October 13, 2022. ECF No. 956.

5. Attorney Andrew V. Layden works out of B&H's Florida office. Given that the hearing was expedited and the time and expense required to travel from Florida, B&H respectfully requests that Attorney Andrew J. Layden, be permitted to participate in the Hearing via the Court's zoom platform.

## CONCLUSION

B&H therefore respectfully requests that Attorney Andrew V. Layden be permitted to appear remotely before this Court for the October 17, 2022 Hearing scheduled for 10:00 AM.

                                                          BAKERHOSTETLER

By:   /s/ Kellianne Baranowsky
        Kellianne Baranowsky (ct26684)
        Green & Sklarz LLC
        One Audubon Street, Third Floor
        New Haven, CT 06511
        (203) 285-8545
        Fax: (203) 691-5454
        kbaranowsky@gs-lawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date: October 16, 2022                                         /s/ Kellianne Baranowsky