**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| HO WAN KWOK[1] | 22-50073 (JAM) |
| Debtor. | October 17, 2022 |

**PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S MOTION TO PERMIT CERTAIN COUNSEL TO APPEAR REMOTELY FOR OCTOBER 4, 2022 HEARING**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), by and thorough its undersigned counsel, respectfully moves (this "Motion") the Court for permission for Attorney Stuart Sarnoff, Peter Freidman and Laura Aronsson of O'Melveny & Myers LLP (the "O'Melveny Counsel") to appear remotely on behalf of PAX at the hearing currently scheduled for Monday, October 17, 2022. In support of the Motion, PAX respectfully states as follows:

**JURISDICTION AND VENUE**

1.     The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution. The statutory bases for the relief sought herein are section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1001.

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

**BACKGROUND AND REQUESTED RELIEF**

2.        On Friday October 14, 2022 this Court granted the *Motion to Expedite Hearing* ("Motion to Expedite") concerning the *Respondents' Urgent Motion in Aid of Compliance with Order Regarding Rule 2004 Subpoenaed Documents and Information* filed on behalf of Brown Rudnick LLP and Verdolino & Lowey, P.C.  The Court granted the Motion to Expedite and set the hearing from Monday, October 17, 2022 (the "Hearing").

3.        Because of the short notice, and the illness of one of the O'Melveny Counsel, counsel to PAX, respectfully requests permission for the O'Melveny Counsel to attend the Hearing via the Court's ZOOM.Gov platform.  PAX will have counsel attend the Hearing in person, including Connecticut counsel.

4.        Due to the fact that the Hearing concerns a single motion to which PAX has filed no response; and that PAX will have counsel attending in person and will be prepared to speak on behalf of PAX, as needed, PAX submits that permitting the O'Melveny Counsel enter a remote appearance via the ZOOM.Gov platform comports with Bankruptcy Rule 1001 and promotes the just, speedy and inexpensive administration of this case and the matters before the Court.

**CONCLUSION**

Because (i) the Hearing does not concern papers filed by PAX, and (ii) other counsel for PAX will attend in person, PAX respectfully requests that the O'Melveny Counsel be permitted to appear remotely before this Court on October 4, 2022 at 12:00 p.m.

*[Signature on following page]*

Dated: October 17, 2022
Hartford, Connecticut

**Pacific Alliance Asia Opportunity Fund L.P.**

By: */s/ Patrick M. Birney*
Patrick M. Birney (CT No. 19875)
Annecca H. Smith (CT No. 31148)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8275
Facsimile: (860) 275-8299
E-mail: pbirney@rc.com
        asmith@rc.com

-and-

Peter Friedman (admitted *pro hac vice*)
Stuart M. Sarnoff (admitted *pro hac vice*)
Laura S. Aronsson (admitted *pro hac vice*)
**O'MELVENY & MYERS LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: pfriedman@omm.com
        ssarnoff@omm.com
        laronsson@omm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2022, a copy of the foregoing was filed electronically and shall be served as required by Local Bankruptcy Rule 9013-2(b), with notice of this filing being sent by email to all Notice Parties by operation of the court's electronic filing system or by First Class U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties in interest may access this document through the court's CM/ECF System.

*/s/ Patrick M. Birney*
Patrick M. Birney

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| HO WAN KWOK[1] | 22-50073 (JAM) |
| Debtor. | |

**[PROPOSED] ORDER GRANTING PACIFIC ALLIANCE ASIA OPPORTUNITY**
**FUND L.P.'S MOTION TO PERMIT CERTAIN COUNSEL TO**
**APPEAR REMOTELY FOR OCTOBER 4, 2022 HEARING**

Upon consideration of *Pacific Alliance Asia Opportunity Fund L.P.'s Motion to Permit Certain Counsel to Appear Remotely for October 4, 2022 Hearing* (the "Motion"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); and the Court having found this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given, under the circumstances, and that no other or further notice is necessary; and upon the record herein; and it appearing that cause exists to grant the relief sought in the Motion; it is hereby

ORDERED, ADJUDGED and DECREED that:

1.      The Motion is GRANTED as set forth herein.

2.      The following counsel for PAX is hereby granted leave to appear remotely at the hearing scheduled for Monday, October 17, 2022:  Attorney Stuart Sarnoff, Peter Freidman and Laura Aronsson of O'Melveny & Myers LLP.

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

3.      The Court shall retain jurisdiction to hear and determine all matters arising from

the implementation and/or interpretation of this Order.

Dated: _____, 2022
Bridgeport, Connecticut

_____
HONORABLE JULIE A. MANNING
UNITED STATES BANKRUPTCY JUDGE