**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>Debtor. | Chapter 11<br><br>Case No: 22-50073 (JAM) |

## THE DEBTOR'S NOTICE OF FILING OF PRIVILEGE LOG

In compliance with this Court's October 13, 2022, Order Granting Motion For Entry of Order Authorizing Compliance With Rule 2004 Subpoenas and Enforcing Consent Order Regarding Control of Attorney-Client Privilege and Work Product Protection Related to Rule 2004 Subpoenaed Documents and Information [ECF 962], the Debtor, Ho Wan Kwok, hereby gives notice that he has attached hereto as Exhibit A the October 12, 2022, Privilege Log of Documents of Verdolino & Lowey and Brown Rudnick.

Dated at Bridgeport, Connecticut this 17th day of October, 2022.

**THE DEBTOR,**
**HO WAN KWOK**

*/s/ James M. Moriarty*
James M. Moriarty (ct21876)
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5485
Email: jmoriarty@zeislaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ James M. Moriarty*
James M. Moriarty

# EXHIBIT

# A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

|  |  |
|---|---|
| In re : | Chapter 11 |
| HO WON KWOK, : | Case No. 22-50073 (JAM) |
| Debtor. : |  |

**PRIVILEGE LOG DOCUMENTS OF**
**VERDOLINO & LOWEY AND BROWN RUDNICK**

| Bates | Date | Custodian | Type of Document | Parties | Subject | Claimed Privilege |
|---|---|---|---|---|---|---|
| None | 10/19/21 | Verdolino & Lowey | Agreement | Golden Spring (New York) Ltd., Kwok Ho Wan, Ace Decade Holdings Limited and Dawn State Limited | Litigation Funding | Attorney-Work Product; Common Interest |
| BR_KWOK 00020991 | 10/19/21 | Brown Rudnick | Agreement | Golden Spring (New York) Ltd., Kwok Ho Wan, Ace Decade Holdings Limited and Dawn State Limited | Litigation Funding | Attorney-Work Product; Common Interest |
| BR_KWOK 00028970 | 3/9/22 | Brown Rudnick | Email Thread | Melissa Francis, Esq., Jennifer Morrisey, Damon Parker, Edward Argles,[1] Bennett | Litigation fees and production of UBS litigation funding agreement | Attorney-Client. |

---

[1] Ms. Morrisey, Mr. Parker and Mr. Argles are, or were at the time of the email, professionals employed by Harcus Parker Limited, the Debtor's UK counsel in the UBS litigation.

| | | | | Silverberg, Esq., Aaron Mitchell, Esq., and Robert Stark, Esq. | in response to discovery requests. | |
|---|---|---|---|---|---|---|
| BR_KWOK 00028562; 22535 | 3/3/22 | Brown Rudnick | Invoice | Lalive SA – Debtor's Swiss counsel in connection with UBS action. | Invoice | Attorney-Client (privilege may be governed by Swiss law) |
| BR_KWOK 00027065 | 3/9/22 | Brown Rudnick | Email Thread | Melissa Francis, Esq., Jennifer Morrisey, Damon Parker, Edward Argles, Bennett Silverberg, Esq., Aaron Mitchell, Esq., and Robert Stark, Esq. | Litigation fees and production of UBS litigation funding agreement in response to discovery requests. | Attorney-Client. |
| BR_KWOK 00023917 | 3/17/22 | Brown Rudnick | Email Thread | Melissa Francis, Esq., Jennifer Morrisey, Edward Argles, Bennett Silverberg, Esq., | Discussion of description of UBS UK litigation for Debtor's affidavit. | Attorney-Client. |
| BR_KWOK 00023528 | 3/17/22 | Brown Rudnick | Email Thread | Melissa Francis, Esq., Jennifer Morrisey, Edward Argles, Bennett Silverberg, Esq., | Discussion of description of UBS UK litigation for Debtor's affidavit. | Attorney-Client. |
| BR_KWOK 00021709 | 3/17/22 | Brown Rudnick | Email Thread | Melissa Francis, Esq., Jennifer Morrisey, Edward Argles, Bennett Silverberg, Esq., | Discussion of description of UBS UK litigation for Debtor's affidavit. | Attorney-Client. |
| BR_KWOK 00021713 | 3/17/22 | Brown Rudnick | Attachment to email | Jennifer Morrisey, Edward Argles, | Description of UBS UK litigation for | Attorney-Client |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Debtor's affidavit. | |
| BR_KWOK 00011133 | 5/10/22 | Brown Rudnick | Email | William R. Baldaga, Esq., Melissa Francis, Esq., Bennett Silverberg, Esq., Jeffrey Jonas, Esq., taxelrod@brownrudnick.com (BCC), kaulet@brownrudnick.com (BCC) | Effect of dismissal of bankruptcy case on various future rights of the Debtor (requires redaction). | Attorney-Client |