**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------X
:
In re:                                                               :     Chapter 11
                                                                         :
HO WAN KWOK,[1]                                          :     Case No. 22-50073 (JAM)
                                                                         :
              Debtor.                                               :
                                                                         :
                                                                         :
                                                                         :
                                                                         :
                                                                         :
-------------------------------------------------------X

**[PROPOSED] ORDER GRANTING MOTION BY BAKER & HOSTETLER LLP FOR APPROVAL OF PROCEDURE FOR PRODUCTION IN RESPONSE TO SUBPOENA**

      This case came on for hearing on October ___, 2022, of the Motion by Baker & Hostetler LLP for Approval of Procedure for Production in Response to Subpoena (Doc. No. _____) (the "Motion").[2] After notice and a hearing, it appears that cause exists to grant the requested relief as set forth herein. Accordingly, it is

      ORDERED: The Motion is granted as set forth below. Objections to the Motion are overruled to the extent required to effectuate this Order.

      ORDERED: B&H shall produce documents that B&H in good faith believes are not subject to Paragraph 7 of the Privileges Consent Order (the "Non-Personal Harm Documents") to the Trustee by the Production Deadline or as soon thereafter as is reasonably practicable following BH's identification of the same through the diligent efforts described in the Motion.

      ORDERED: B&H is authorized to act in good faith to identify documents that may be subject to Paragraph 7 of the Privileges Consent Order (the "Personal Harm Documents") and provide that subset of documents to the Debtor by the Production Date, or as soon thereafter as is reasonably practicable following identification of the same through the diligent efforts described in the Motion.

      ORDERED: As between BH and the Debtor/the Debtor's bankruptcy counsel, the Debtor's bankruptcy counsel shall make the final determination as to whether documents identified by BH are Personal Harm Documents and shall promptly produce to the Trustee or withhold and

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.
[2] All capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Motion.

identify on a privilege log the Personal Harm Documents in accordance with the procedures set forth in the Privileges Consent Order.

ORDERED: Nothing herein shall prejudice any parties' rights under the Privileges Consent Order, all of which rights are preserved, including the Debtor's right to seek a reasonable extension of the ten (10) day period from the Production Deadline by which the Debtor must provide to the Trustee a privilege log identifying any Personal Harm Documents that were withheld from BH's production to the Trustee.

ORDERED: Nothing herein shall prejudice in any way the Debtor and B&H's respective rights under Federal Rules of Civil Procedures 26(b)(5)(B) to seek to claw back any document produced to the Trustee and to assert privilege over any such document to the extent permitted to do so in accordance with paragraph 7 of the Privileges Consent Order, and Federal Rule of Civil Procedure 26(b)(5)(B) shall otherwise apply in all respects to such assertion.

ORDERED: Nothing herein shall prejudice the Debtor's and B&H's respective rights under the Protective Order (Doc. No. 923), all of which rights are preserved.

ORDERED: This Order is immediately enforceable.

Dated: October ___, 2022.

_____
Julie A. Manning
United States Bankruptcy Judge