**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------X
:
In re:                                                                : Chapter 11
                                                                          :
HO WAN KWOK,[1]                                        : Case No. 22-50073 (JAM)
                                                                          :
                    Debtor.                                   :
                                                                          :
                                                                          :
                                                                          :
                                                                          :
------------------------------------------------------X

**ORDER GRANTING MOTION TO EXPEDITE HEARING ON MOTION BY BAKER & HOSTETLER LLP FOR APPROVAL OF PROCEDURE FOR PRODUCTION IN RESPONSE TO SUBPOENA**

Upon the motion filed pursuant to Fed. R. Bankr. P. 9006(c)(1) by Bakter & Hostetler LLP ("B&H"), seeking an order expediting the hearing (the "Motion to Expedite") on the *Motion by Baker & Hostetler LLP for Approval of Procedure for Production in Response to Subpoena* (the "Production Procedure Motion"); and upon good cause shown, it is here by ordered that:

1.    The Motion to Expedite is **GRANTED**; and

2.    The hearing on the Production Procedure Motion is scheduled for October 21, 2022 at 10:00 a.m. at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Rom 123, Bridgeport, CT 06604; and

3.    The deadline to object to the Production Procedure Motion shall be _____, 2022 at __:__ a.m./p.m.; and

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

{00293614.2 }

2

4. B&H shall serve a copy of this Order, along with the Production Procedure Motion and proposed order, upon all parties in the above-captioned Chapter 11 case qualified to receive electronic notice via the Court's CM/ECF service, as well as the Debtor, the Trustee, the Committee, and the United States Trustee; and

5. B&H shall certify that service has been made in accordance with this Order by 5:00 p.m. on October ____, 2022.