# EXHIBIT 2

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

MICHAEL S. SUNDERMEYER
(202) 434-5015
msundermeyer@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

January 28, 2021

Aaron Mitchell, Esq.
Lawall & Mitchell, LLC
162 E. 64th Street
New York, NY 10065

    Re:  Miles Kwok Files

Dear Mr. Mitchell:

    Enclosed is the final tranche of the Kwok file return.  Nicole Minnick will call you again with the password to access the encrypted drive.

    Sincerely,

    /s/ MSSundermeyer

    Michael S. Sundermeyer

Enc:  One encrypted password protected thumb drive