UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

**DEBTOR'S MOTION FOR EXTENSION OF TIME
TO FILE AMENDED LIST OF CREDITORS**

The Debtor, Ho Wan Kwok, by and through his undersigned counsel, Zeisler & Zeisler, P. C. ("Z&Z"), for his motion for an extension of time to file an amended list of creditors, respectfully states:

1. On February 15, 2022 (the "Petition Date"), the Debtor filed his voluntary petition for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned bankruptcy case.

2. On the Petition Date, the Debtor filed a list of creditors (the "Creditor List") with the Court.

3. On March 9, 2022, the Debtor filed his Schedules with the Court. Not all of the creditors who are listed on the Schedules appear on the Creditor List.

4. The undersigned appeared on behalf of the Debtor on July 14, 2022, was not involved with the filing of the Creditor List or the Schedules, and was not aware that not all of the creditors who are listed on the Schedules appear on the Creditor List until October 13, 2022, as described below.

5. On June 15, 2022, this Court issued a Memorandum of Decision, *inter alia*, granting PAX's Motion to Dismiss or, in the alternative, Partial Joinder to the UST's Motion for

the Appointment of a Chapter 11 Trustee (Doc. No. 183), to the extent that it sought the appointment of a Chapter 11 trustee (Doc. No. 465.). On July 7, 2022, the UST filed a notice appointing Luc A. Despins (the "Trustee") as Chapter 11 trustee (Doc. No. 514), and an Application for Order Approving Appointment of Chapter 11 Trustee (Doc. No. 515) seeking the Court's approval of the appointment of the Trustee. On July 8, 2022, the Court entered its Order Granting Appointment Of Chapter 11 Trustee (Doc. No. 523), granting the appointment of the Trustee as Chapter 11 trustee in this case.

6. At a hearing held on October 13, 2022, the Court informed the undersigned not all of the creditors who are listed on the Schedules appear on the Creditor List and ordered that the Debtor file an amended Creditor List to include creditors listed on the Schedules.

7. The undersigned has been working diligently to gather the information necessary to file the amended Creditor List, but needs additional time to complete and file the amended Creditor List. Accordingly, the Debtor requests a one-week extension of time to file the amended Creditor List.

WHEREFORE, the Debtor requests that he be granted a one-week extension of time to file an amended list of creditors until and including October 28, 2022, and that he be granted such other relief as is just.

THE DEBTOR,
HO WAN KWOK

*/s/ Eric Henzy*
Eric Henzy (ct12849)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5487
Email: ehenzy@zeislaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Eric Henzy
Eric Henzy (ct12849)