**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtor. | : | |
| | : | |

**DEBTOR'S MOTION TO EXPEDITE HEARING ON**
**DEBTOR'S MOTION FOR EXTENSION OF TIME**
**TO FILE AMENDED LIST OF CREDITORS**

The Debtor, Ho Wan Kwok (the "Debtor"), for his motion (the "Motion") to expedite a hearing on his Debtor's Motion For Extension of Time To File Amended List Of Creditors (the "Extension Motion"), respectfully states:

1. On February 15, 2022, the Debtor filed his voluntary petition for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned bankruptcy case.

2. On June 15, 2022, this Court issued a Memorandum of Decision, *inter alia*, granting PAX's Motion to Dismiss or, in the alternative, Partial Joinder to the UST's Motion for the Appointment of a Chapter 11 Trustee (Doc. No. 183), to the extent that it sought the appointment of a Chapter 11 trustee (Doc. No. 465.) On July 7, 2022, the UST filed a notice appointing Luc A. Despins (the "Trustee") as Chapter 11 trustee (Doc. No. 514), and an Application for Order Approving Appointment of Chapter 11 Trustee (Doc. No. 515), seeking the Court's approval of the appointment of the Trustee. On July 8, 2022, the Court entered its Order Granting Appointment Of Chapter 11 Trustee (Doc. No. 523), granting the appointment of the Trustee as Chapter 11 trustee in this case.

3. As described in the Extension Motion, at a hearing held on October 13, 2022, the Court informed the undersigned that not all of the creditors who are listed on the Schedules appear on the Creditor List and ordered that the Debtor file an amended Creditor List to include creditors listed on the Schedules on or before October 21, 2022. The undersigned has been working diligently to gather the information necessary to file the amended Creditor List, but needs additional time to complete and file the amended Creditor List. Accordingly, by the Extension Motion the Debtor requests a one-week extension of time to file the amended Creditor List.

4. The Debtor requests that to the extent the Court determines that a hearing on the Extension Motion is necessary, such hearing take place at the Court's earliest available time. As noted, the Court ordered that the amended Creditor List be filed on or before October 21, 2022, and the Debtor does not want to be in violation of that Court order. The Debtor also requests that the Court direct that notice of the Extension Motion and the Court's order granting this Motion be served on all parties-in-interest appearing in the Chapter 11 Case qualified to receive electronic notice via the Court's CM/ECF service, as well as the Committee, the Trustee, and the United States Trustee.

WHEREFORE, the Debtor requests that to the extent that the Court determines that a hearing on the Extension Motion is necessary, the Court issue an order, substantially in the form attached hereto, setting a hearing on the Extension Motion at the Court's earliest available time, and ordering notice of such hearing as set forth in the attached Order.

Dated at Bridgeport, Connecticut on this 20th day of October, 2022.

**THE DEBTOR,**
**HO WAN KWOK**

*/s/ Eric Henzy*
Eric Henzy (ct12849)
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5487
Email: ehenzy@zeislaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion to expedite a hearing on the Debtor's Motion For Extension of Time To File Amended List Of Creditors (the "Extension Motion"); and good cause appearing, it is hereby

ORDERED, that a hearing on the Extension Motion shall be held on October __, 2022, at __:__ _.m. at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604 (the "Hearing"); and it is further

ORDERED, that a copy of this Order, along with the Extension Motion, shall be served upon all parties to the above-captioned chapter 11 case (the "Chapter 11 Case") qualified to receive electronic notice via the Court's CM/ECF service, as well as the Committee, the Trustee, and the United States Trustee, on or before October __, 2022, and the Debtor shall file a certificate of service in advance of the Hearing.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                            */s/ Eric Henzy*
                                                            Eric Henzy (ct12849)