UNITED STATES BANKRUPTCY COURT
DISTRICT COURT OF CONNECTICUT
-------------------------------------------------------------x

In re:

    Ho Wan Kwok

                    Debtor,

**Chapter:11**
**Case Number: 22-50073**

-------------------------------------------------------------x

## NOTICE OF APPEARANCE OF COUNSEL AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned appears for TROY LAW, PLLC, <u>interested party</u> in the above-captioned bankruptcy case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned demands that all notices given or required to be given in this case and all papers, documents, and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, post office address, email address, and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, every order, application, motion, petition, pleading, plan, request, complaint, demand, or other documents which is filed with or brought before this Court or which affects the Debtor or the property of the Debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, email, telex, or otherwise.

Dated:    August 24, 2022
             Flushing, New York

                                                      TROY LAW, PLLC
                                                      By: <u>/s/ John Troy</u>
                                                        John Troy, Esq. (CT-30804)
                                                        *Attorneys for Creditor Ning Ye*
                                                        41-25 Kissena Blvd., Suite 103
                                                        Flushing, NY 11355
                                                       Tel:  (718) 762-1324
                                                        Fax:  (718) 762-1342
                                                       johntroy@troypllc.com

**CERTIFICATE OF SERVICE**

    I, John Troy, hereby certify that a copy of the foregoing Notice of Appearance was filed electronically with the Court on October 20, 2022. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated:    October 20, 2022
              Flushing, New York

                                                    TROY LAW, PLLC
                                                   By: /s/ John Troy
                                                       John Troy, Esq. (CT-30804)