## UNITED STATES BANRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re: ) | CHAPTER 11 |
| ) | |
| HO WAN KWOK, ) | CASE NO. 22-50073 (JAM) |
| ) | |
| Debtor. ) | OCTOBER 20, 2022 |
| ) | |

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on October 20, 2022, the Notice of Appearance and Request for all Notices and Pleadings was electronically filed. Notice of this filing will be sent, via email, to all parties able to receive electronic notification, by operation of the Court's electronic filing system and as listed on the Notice of Electronic Filings. The undersigned did cause to be sent, via U.S. Mail, first-class, postage prepaid, a copy of the foregoing to all counsel and pro-se parties that do not have access to the Court's electronic filing system and as listed on the Notice of Electronic Filings and as listed below. Parties may access this filing through the court's CM/ECF case management system.

                                      GREENWICH LAND, LLC

                                      By:    /s/ Evan S. Goldstein
                                            Evan S. Goldstein, Esq.
                                            Federal Bar No. ct22994
                                            UPDIKE, KELLY & SPELLACY, P.C.
                                            Goodwin Square
                                            225 Asylum Street, 20th Floor
                                            Hartford, Connecticut 06103
                                            Tel. (860) 548-2600
                                            Fax. (860) 548-2680
                                            egoldstein@uks.com
                                            *Counsel to Greenwich Land, LLC*

3737392