# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK[1], | : | Case No. 22-50073 (JAM) |
| Debtor | : | October 21, 2022 |

## CERTIFICATE OF SERVICE

I, Kellianne Baranowsky, hereby certify that the following documents were served via the Court's CM/ECF system on the dates set forth below.

**On October 19, 2022:**

1. Motion by Baker & Hostetler LLP for Approval of Procedure for Production in Response to Subpoena (ECF No. 998);

2. Proposed Order Granting Motion by Baker & Hostetler LLP for Approval of Procedure for Production in Response to Subpoena (ECF No. 998-1);

3. Motion to Expedite Hearing on Motion by Baker & Hostetler LLP for Approval of Procedure for Production in Response to Subpoena (ECF No. 999);

4. Proposed Order Granting Motion to Expedite Hearing on Motion by Baker & Hostetler LLP for Approval of Procedure for Production in Response to Subpoena (ECF No. 999-1).

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

{00294066.5}                                    1

**On October 20, 2022:**

5. Order Granting to Expedite Hearing on Motion by Baker & Hostetler LLP for Approval of Procedure for Production in Response to Subpoena and scheduling hearing for October 25, 2022 at 1:00PM (ECF No. 1007).

Respectfully submitted this 21$^{sr}$ day of October, 2022, at New Haven, Connecticut.

                                  BAKERHOSTETLER

By:   /s/ Kellianne Baranowsky
       Kellianne Baranowsky (ct26684)
       Green & Sklarz LLC
       One Audubon Street, Third Floor
       New Haven, CT 06511
       (203) 285-8545
       Fax: (203) 691-5454
       kbaranowsky@gs-lawfirm.com