**UNITED STATES BANRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | CHAPTER 11 |
| HO WAN KWOK, | CASE NO. 22-50073 (JAM) |
| Debtor. | OCTOBER 20, 2022 |

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on October 21, 2022, the Consent Order Regarding Hing Chi Ngok's Motion for Extension of Time to Respond to Subpoena for Rule 2004 Examination was electronically filed. Notice of this filing will be sent, via email, to all parties able to receive electronic notification, by operation of the Court's electronic filing system and as listed on the Notice of Electronic Filings. The undersigned did cause to be sent, via U.S. Mail, first-class, postage prepaid, a copy of the foregoing to all counsel and pro-se parties that do not have access to the Court's electronic filing system and as listed on the Notice of Electronic Filings and as listed below. Parties may access this filing through the court's CM/ECF case management system.

HING CHI NGOK and GREENWICH LAND, LCC

By: /s/ Evan S. Goldstein
Evan S. Goldstein, Esq.
Federal Bar No. ct22994
UPDIKE, KELLY & SPELLACY, P.C.
Goodwin Square
225 Asylum Street, 20th Floor
Hartford, Connecticut 06103
Tel. (860) 548-2600
Fax. (860) 548-2680
egoldstein@uks.com