**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| HO WAN KWOK, | : | CASE NO. 22-50073 (JAM) |
| | : | |
| Debtor. | : | |
| | : | OCTOBER 24, 2022 |

**APPEARANCE**

**To the Clerk of this Court and all parties of record:**

Enter my appearance as counsel in this case for: Williams & Connolly LLP

| | |
|---|---|
| October 24, 2022 | //s// James J. Healy (ct28447) |
| **Date** | **Signature** |
| | |
| ct28447 | James J. Healy, Esq. |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| | |
| | Cowdery & Murphy, LLC |
| (860) 278-5555 | 280 Trumbull Street, 22nd Floor |
| **Telephone Number** | **Address** |
| | |
| (860) 249-0012 | Hartford, CT 06103 |
| **Fax Number** | **Address** |
| | |
| jhealy@cowderymurphy.com | |
| **E-mail Address** | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2022, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                          //s// James J. Healy (ct28447)
                                                             James J. Healy