UNITED STATES BANRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

|  |  |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>    Debtor. | CHAPTER 11<br><br>CASE NO. 22-50073 (JAM)<br><br>RE: ECF NO. 963 |

**CONSENT ORDER REGARDING
HING CHI NGOK'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO SUBPOENA FOR RULE 2004 EXAMINATION**

On October 13, 2022, Hing Chi Ngok ("Mrs. Ngok") filed a *Motion for Extension of Time to Respond to Subpoena for Rule 2004 Examination* ("Motion"). *See* Doc. No. 963. The Court ordered Luc A. Despins, Chapter 11 Trustee (the "Trustee") to file a response to the Motion on or before 5:00pm on October 21, 2022. In lieu of a response to the Motion, the Trustee and Mrs. Ngok, as well as Greenwich Land, LLC ("Greenwich Land"), submit this Consent Order ("Order").

Mrs. Ngok and Greenwich Land shall collectively be referred to herein as the "Respondents." As resolution to the Motion and upon agreement of Respondents and Trustee (collectively referred to herein as the "Parties"), this Consent Order shall enter as follows:

1. The Trustee agrees to an extension of time to respond to the Subpoenas for Rule 2004 Examination served on the Respondents up to and including November 8, 2022.

   a. Respondents agree to produce all documents responsive to their respective Subpoenas on or before November 8, 2022.

    b. Respondents agree that to the extent that a document request in the Subpoenas calls for a document to be produced that Respondents based on a good faith search cannot identify and produce, Respondents agree to so indicate in their responses.

    c. Notwithstanding anything contained herein, Respondents reserve the right to object to document requests in the subpoenas.

2. The Parties agree that the deposition of Mrs. Ngok will take place on November 14, 2022, at a location and time to be determined by the Parties.

    a. There will be one official, independent/third-party translator at the deposition for purposes of the official record and transcript, to be provided by the Trustee. Counsel for Mrs. Ngok is permitted to bring Mrs. Ngok's translator to the deposition, provided the translator does not communicate with the witness while the deposition is ongoing and on-the-record, agrees to be bound by the Protective Order, and agrees not to make statements on the record. Notwithstanding the foregoing, Mrs. Ngok's translator will be permitted to advise counsel for Mrs. Ngok if the translator believes there has been an improper translation.

3. Respondents represent that there is no present intention of selling the property known as 373 Taconic Road in Greenwich, CT ("Greenwich Residence"). The Greenwich Residence is not being marketed, advertised, or listed for sale with a broker or for private sale. The Respondents agree not to make any effort to sell, or to sell any property under their control, including the Greenwich Residence, prior to November 21, 2022.

ORDERED, upon agreement of the Parties, the motion for extension is granted up to and including November 8, 2022, and the foregoing terms are approved by the Court.

Dated at Bridgeport, Connecticut this 24th day of October, 2022.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

Acknowledged and agreed to by:

**Hing Chi Ngok and Greenwich Land LLC**

By: /s/ Evan S. Goldstein
Evan S. Goldstein
*Their Attorney*

**Luc A. Despins, Chapter 11 Trustee**

By: /s/ Patrick Linsey