# Notice Recipients

District/Off: 0205–5     User: admin     Date Created: 10/24/2022
Case: 22–50073     Form ID: pdfdoc2     Total: 7

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| tr11 | Luc A. Despins | lucdespins@paulhastings.com |
| aty | Evan S. Goldstein | egoldstein@uks.com |
| aty | Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| aty | Luc A. Despins | lucdespins@paulhastings.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

aty     Luc A. Despins     Paul Hastings LLP     200 Park Avenue     New York, NY 10166
aty     Steven E. Mackey     Office of the U.S. Trustee     The Giaimo Federal Building     150 Court Street, Room 302     New Haven, CT 06510

TOTAL: 2