UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

-------------------------------------------------------x
:
In re:                                                    :     Chapter 11
                                                          :
HO WAN KWOK,                                              :     Case No. 22-50073 (JAM)
                                                          :
                      Debtor.                            :     Re: ECF No. 1025
                                                          :
-------------------------------------------------------x

## ORDER GRANTING IN PART
## MOTION TO EXPEDITE HEARING AND ENTER BRIDGE ORDER

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the *Second Motion of Chapter 11 Trustee for Entry of Order Staying Pending Adversary Proceedings Brought Against the Individual Debtor Pursuant to 11 U.S.C. Sections 523 and/or 727* [Docket No. 1024] (the "Motion to Stay"), and requesting interim relief in connection with the Motion to Stay;[1] and good cause appearing, it is hereby

**ORDERED**: The deadline to object to the Motion to Stay is **November 9, 2022 at 5:00 p.m.**; and it is further

**ORDERED**: The Adversary Proceedings are hereby stayed until further order of the Court, and all related deadlines associated therewith are extended; and it is further

**ORDERED**: A copy of this Order, along with the Motion to Stay and any attachments thereto, shall be served upon all parties to the above-captioned chapter 11 case qualified to

---

[1]   Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Motion to Expedite.

receive electronic notice via the Court's CM/ECF service, as well as the Debtor, the Committee, the United States Trustee, and all parties in the Adversary Proceedings, on or before October 27, 2022, and the Trustee shall file a certificate of service demonstrating that service has been made in accordance with this Order; and it is further

**ORDERED:** This Order shall also be entered on the docket of the Adversary Proceedings.

Dated at Bridgeport, Connecticut this 25th day of October, 2022.

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut