**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                  :

In re:                                        :        Chapter 11

HO WAN KWOK, *et al.*,                :        Case No. 22-50073 (JAM)

                  Debtors.[1]               :        Jointly Administered

---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 24, 2022, the *Second Motion of Chapter 11 Trustee for Entry of Order Staying Pending Adversary Proceedings Brought Against the Debtor Pursuant to 11 U.S.C. Sections 523 and/or 727* [Docket No. 1024] (the "Motion to Stay") was electronically filed; and on October 25, 2022, the Court's *Order Granting in Part Motion to Expedite and Enter Bridge Order* [Docket No. 1027] (the "Bridge Order" and, together with the Motion to Stay, the "Served Documents") were electronically filed. Notice of the Served Documents was sent by e-mail on the respective dates of electronic filing to all parties able to receive electronic notice by operation of the Court's electronic filing system ("CM/ECF"), including the Individual Debtor, the Official Committee of Unsecured Creditors, and the United States Trustee. Further, the Motion to Stay was sent to all parties to the Adversary Proceedings (as defined in the Motion to Stay) via manual email on October 25, 2022, and the Bridge Order was sent to all parties to the Adversary Proceedings (as defined in the Motion to Stay) via manual

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) (the "Individual Debtor") and Genever Holdings Corporation (the "Genever BVI Debtor"). The mailing address for the Trustee and the Genever BVI Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

1

email on October 27, 2022. These manual emails were transmitted to such parties' appearing counsel, except with respect to Samuel Nunberg, who is self-represented and was emailed directly at snunberg@winstonashe.com. Parties may access the Served Documents through the Court's CM/ECF system. Undersigned counsel certifies that the foregoing complies with the Court's directions to serve the Served Documents as set forth in the Bridge Order.

Dated: October 27, 2022  
      New Haven, Connecticut

LUC DESPINS, as appointed Chapter 11 Trustee for HO WON KWOK

By: */s/ Patrick R. Linsey*  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
plinsey@npmlaw.com

   *and*

Nicholas A. Bassett (*pro hac vice*)  
PAUL HASTINGS LLP  
2050 M Street NW  
Washington, D.C., 20036  
(202) 551-1902  
nicholasbassett@paulhastings.com

   *and*

Avram E. Luft (*pro hac vice*)  
Douglass Barron (*pro hac vice*)  
PAUL HASTINGS LLP  
200 Park Avenue  
New York, New York 10166  
(212) 318-6079  
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*