**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re | Chapter 11 |
| HO WAN KWOK, | Case No. 22-50073 (JAM) |
| Debtor. |  |

## NOTICE OF AMENDMENT TO LIST OF CREDITORS

Ho Wan Kwok, by and through his undersigned counsel, Zeisler & Zeisler, P. C. ("Z&Z"), pursuant to Federal Rule of Bankruptcy Procedure 1009(a), has amended the List of Creditors in this case by adding the creditors listed on **Exhibit A** hereto to the Court's database.

THE DEBTOR,
HO WAN KWOK

*/s/ Eric Henzy*
Eric Henzy (ct12849)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5487
Email: ehenzy@zeislaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                */s/ Eric Henzy*
                                                Eric Henzy (ct12849)