**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                              :     Chapter 11
:
HO WAN KWOK, *et al.*,                   :     Case No. 22-50073 (JAM)
:
　　　　　Debtors.¹                       :     Jointly Administered
:
---------------------------------------------------------x

**MOTION, PURSUANT TO BANKRUPTCY RULE 9006(c)(1), TO
EXPEDITE HEARING ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF
ORDER COMPELLING DEBTOR, MEI GUO, HK INTERNATIONAL FUNDS
INVESTMENTS (USA) LIMITED, LLC, HING CHI NGOK, GREENWICH LAND LLC,
LAMP CAPITAL LLC, AND GOLDEN SPRING (NEW YORK) LTD.
TO COMPLY WITH RULE 2004 SUBPOENAS**

　　　　Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed with respect to the Individual Debtor's chapter 11 case (the "Chapter 11 Case"), by and through his undersigned counsel, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby moves (the "Motion to Expedite") this Court for an order scheduling an expedited hearing to consider and determine the *Motion of Chapter 11 Trustee for Entry of Order Compelling Debtor, Mei Guo, HK International Funds Investments (USA) Limited, LLC, Hing Chi Ngok, Greenwich Land LLC, Lamp Capital LLC, and Golden Spring (New York) Ltd. to Comply with Rule 2004 Subpoenas* [Docket No. 1046] (the "Motion to Compel").² In support of his Motion to Expedite, the Trustee respectfully states as follows:

---

¹　The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) (the "Individual Debtor") and Genever Holdings Corporation (the "Genever BVI Debtor"). The mailing address for the Trustee and the Genever BVI Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

²　Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Motion to Compel.

## JURISDICTION, VENUE, AND STATUTORY BASIS

1. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut (as amended). The Motion to Compel, including this Motion to Expedite with respect thereto, is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief sought by this Motion to Expedite is Bankruptcy Rule 9006(c)(1).

## BACKGROUND

4. On February 15, 2022 (the "Petition Date"), the Individual Debtor filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

5. On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") in the Chapter 11 Case. No examiner has been appointed in the Chapter 11 Case.

6. On June 15, 2022, the Court entered a memorandum of decision and order [ECF No. 465] (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee in the Chapter 11 Case. Pursuant to the Trustee Order, the United States Trustee selected Luc A. Despins as the Trustee.[3]

7. On July 8, 2022, the Court entered an order granting the appointment of Luc A. Despins as the Trustee in the Chapter 11 Case [ECF No. 523] (the "Appointment Order").

---

[3] The references to docket numbers set forth in this Motion refer to the Chapter 11 Case docket unless otherwise indicated.

## THE MOTION TO COMPEL[4]

8. By the Motion to Compel, the Trustee seeks entry of an order, among other things, (i) directing the Individual Debtor and other Noncompliant Respondents to comply with the Subpoenas, notwithstanding certain objections they have raised, (ii) requiring the Individual Debtor to file a sworn declaration describing his document collection, search, and review processes, and (iii) holding certain Defaulting Parties in civil contempt.

## RELIEF REQUESTED

9. Bankruptcy Rule 9006(c)(1) provides that the Court may reduce the notice period when requested by motion upon cause shown. Cause exists to consider and determine the Motion to Compel upon an expedited basis. The Trustee respectfully requests that the Court schedule a hearing with respect to the Motion to Compel to be held at a date and time convenient to the Court on the week beginning November 7, 2022. The Trustee requests that the Court order that any opposition to the Motion to Compel be filed on or before November 3, 2022.

## BASIS FOR RELIEF REQUESTED

10. The Chapter 11 Case has already been pending for more than eight months, and it is critically important that the Trustee's investigation proceed expeditiously and free from obstruction. The Trustee's primary means of conducting the investigation thus far has been by seeking document productions pursuant to the Rule 2004 Orders and the Subpoenas. Unfortunately, the Noncompliant Respondents have not complied with the Subpoenas and are either impeding the Trustee's investigation or failing to respond altogether.

---

[4] The following summary of the relief sought in the Motion to Compel is qualified in its entirety by the Motion to Compel.

11. As explained in the Motion to Compel, the Trustee has worked diligently with counsel to the Individual Debtor and the other Noncompliant Respondents for the last several weeks to try to resolve disputes regarding the Subpoenas consensually, including through multiple meet-and-confer discussions in September 2022 related to objections concerning the scope of the Noncompliant Respondents' search-and-collection efforts. Further discussions have also occurred over the last few weeks with counsel to the Individual Debtor regarding privilege issues, with counsel to Noncompliant Respondent Hing Chi Ngok relating to other discovery issues, and with counsel to other subpoenaed parties regarding their document productions. The Trustee was able to resolve his disputes with certain parties and thereby avoid naming them in the Motion to Compel. The Trustee finalized and filed the Motion to Compel once these discussions concluded.

12. The Noncompliant Respondents' obstinacy in the face of the Court's Rule 2004 Order and the Subpoenas cannot be permitted to further delay the Trustee's investigation. Rather, it is essential that this Motion to Expedite be granted so that the Motion to Compel is promptly heard, allowing the Trustee's crucial investigatory work to continue unhindered and unobstructed.

13. Time is particularly of the essence for the relief requested in the Motion to Compel due to the pending hearing on the Trustee's motions for prejudgment and injunctive relief as against Noncompliant Respondents HK USA and Mei Guo, which are currently scheduled to be heard beginning on November 30, 2022.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Trustee requests that the Court issue an Order, substantially in the form attached hereto, setting a hearing on the Motion to Compel on the week of November 7, 2022, scheduling a deadline to object to the Motion to Compel for November 3, 2022, and ordering such other and further relief as is just and proper.

Dated:   October 28, 2022              LUC A. DESPINS,
         New Haven, Connecticut        CHAPTER 11 TRUSTEE

                                       By: */s/ Patrick R. Linsey*
                                           Douglas S. Skalka (ct00616)
                                           Patrick R. Linsey (ct29437)
                                           NEUBERT, PEPE & MONTEITH, P.C.
                                           195 Church Street, 13th Floor
                                           New Haven, Connecticut 06510
                                           (203) 781-2847
                                           dskalka@npmlaw.com
                                           plinsey@npmlaw.com

                                               *and*

                                           Nicholas A. Bassett *(pro hac vice)*
                                           PAUL HASTINGS LLP
                                           2050 M Street NW
                                           Washington, D.C., 20036
                                           (202) 551-1902
                                           nicholasbassett@paulhastings.com

                                               *and*

                                           Avram E. Luft *(pro hac vice)*
                                           Douglass Barron *(pro hac vice)*
                                           PAUL HASTINGS LLP
                                           200 Park Avenue
                                           New York, New York 10166
                                           (212) 318-6079
                                           aviluft@paulhastings.com

                                           *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| ------------------------------------------------------x | : |  |
| In re: | : | Chapter 11 |
|  | : |  |
| HO WAN KWOK, *et al.*, | : | Case No. 22-50073 (JAM) |
|  | : |  |
| Debtors.[1] | : | Jointly Administered |
|  | : |  |
| ------------------------------------------------------x |  |  |

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the chapter 11 trustee's (the "Trustee") *Motion of Chapter 11 Trustee for Entry of Order Compelling Debtor, Mei Guo, HK International Funds Investments (USA) Limited, LLC, Hing Chi Ngok, Greenwich Land LLC, Lamp Capital LLC, and Golden Spring (New York) Ltd. to Comply with Rule 2004 Subpoenas* [Docket No. 1046] (the "Motion to Compel"); and good cause appearing, it is hereby

**ORDERED,** that a hearing on the Motion to Compel shall be held on **November __, 2022, at __:__ _.m.** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604 (the "Hearing"); and it is further

**ORDERED,** that the deadline to object to the Motion to Compel shall be November 3, 2022; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) (the "Individual Debtor") and Genever Holdings Corporation (the "Genever BVI Debtor"). The mailing address for the Trustee and the Genever BVI Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2

**ORDERED,** that a copy of this Order, along with the Motion to Compel and any attachments thereto, shall be served upon all parties to the above-captioned case able to receive electronic notice, and the Trustee shall file a certificate of service in advance of the Hearing.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------x
:
In re:                                          :  Chapter 11
                                                :
HO WAN KWOK, *et al.*,                          :  Case No. 22-50073 (JAM)
                                                :
    Debtors.[1]                                 :  Jointly Administered
                                                :
---------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 28, 2022, the foregoing Motion was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case able to receive electronic notice by operation of the Court's electronic filing ("CM/ECF") system. Parties may access this filing through the Court's CM/ECF system.

Dated:  October 28, 2022            LUC A. DESPINS,
        New Haven, Connecticut      CHAPTER 11 TRUSTEE

                                    By: */s/ Patrick R. Linsey*
                                        Douglas S. Skalka (ct00616)
                                        Patrick R. Linsey (ct29437)
                                        NEUBERT, PEPE & MONTEITH, P.C.
                                        195 Church Street, 13th Floor
                                        New Haven, Connecticut 06510
                                        (203) 781-2847
                                        dskalka@npmlaw.com
                                        plinsey@npmlaw.com

                                            *and*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) (the "Individual Debtor") and Genever Holdings Corporation (the "Genever BVI Debtor"). The mailing address for the Trustee and the Genever BVI Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Nicholas A. Bassett *(pro hac vice)*
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

 *and*

Avram E. Luft *(pro hac vice)*
Douglass Barron (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*

2