United States Bankruptcy Court

District of Connecticut

| | |
|---|---|
| In re: | Case No. 22-50073-jam |
| Ho Wan Kwok | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 1 of 6 |
| Date Rcvd: Oct 26, 2022 | Form ID: ntctrbk | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ho Wan Kwok, 373 Taconic Road, Greenwich, CT 06831-2828 |
| aty | + | Luc A. Despins, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| dbaty | + | Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |
| cr | | Chao-Chih Chiu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2367 |
| op | + | Dundon Advisers LLC, 10 Bank Street, Suite 1100, White Plains, NY 10606-1948 |
| cns | | Gregory A. Coleman, Coleman Worldwide Advisors, LLC, P O Box 2839, New York, NY 10008-2839 |
| cr | + | Keyi Zilkie, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| cr | + | Logan Cheng, c/o Randazza Legal Group, PLLC, 100 Pearl Street, 14th Floor, Hartford, CT 06103-4500 |
| crcm | + | Pullman & Comley, LLC, 850 Main Street, Bridgeport, CT 06604-4988 |
| intp | + | Troy Law, PLLC, 41-25 Kissena Blvd., Suite 103, Flushing, NY 11355-3150 |
| cr | + | Verdolino & Lowey, P.C., 124 Washington Street, Foxborough, MA 02035-1368 |
| intp | + | Williams & Connolly LLP, Williams & Connolly LLP, 680 Maine Ave SW, Washington, DC 20024-3556 |
| intp | + | Yongbing Zhang, 223 West Jackson Bl;vd. #1012, Chicago, IL 60606-6916 |
| cr | + | Yunxia Wu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| 20 | | Huizhen Wang, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2367 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | Oct 26 2022 18:29:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |
| ca | + | Email/Text: cr-info@stretto.com | Oct 26 2022 18:29:00 | Stretto, 410 Exchange, Suite 100, Irvine, CA 92602-1331 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Cohn Birnbaum & Shea, P.C. |
| aty | | Michael S. Weinstein |
| intp | | BakerHostetler |
| cr | | Baosheng Guo |
| cr | | Chong Shen Raphanella |
| intp | | Golden Spring (New York) LTD |
| intp | | Greenwich Land, LLC |
| intp | | HK International Funds Investments (USA) Limited, |
| intp | | Hing Chi Ngok |
| intp | | Mei Guo |
| cr | | Ning Ye |
| crcm | | Official Committee of Unsecured Creditors |
| cr | | Rong Zhang |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 2 of 6 |
| Date Rcvd: Oct 26, 2022 | Form ID: ntctrbk | Total Noticed: 17 |

| | | |
|---|---|---|
| cr | | Troy Law, PLLC |
| cr | | Xiaodan Wang |
| cr | | Yan Zhao |
| cr | | Zheng Wu |
| 20 | | Pacific Alliance Asia Opportunity Fund L.P. |
| 20 | | Rui Ma |
| 20 | | Weican Meng |
| cr | *+ | Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |

TOTAL: 20 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022             Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Romney | on behalf of Counter-Defendant HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron Romney | on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Plaintiff HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron Romney | on behalf of Debtor Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Interested Party Mei Guo aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Interested Party HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron Romney | on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Counter-Defendant Mei Guo aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron A Mitchell | on behalf of Debtor Ho Wan Kwok aaron@lmesq.com |
| Andrew V. Layden | on behalf of Interested Party BakerHostetler alayden@bakerlaw.com |
| Annecca H. Smith | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com |
| Annecca H. Smith | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com |
| Avram Emmanuel Luft | on behalf of Chapter 11 Trustee Luc A. Despins aviluft@paulhastings.com |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 3 of 6 |
| Date Rcvd: Oct 26, 2022 | Form ID: ntctrbk | Total Noticed: 17 |

Carollynn H.G. Callari
    on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com

Carollynn H.G. Callari
    on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com

Carollynn H.G. Callari
    on behalf of Creditor Zheng Wu ccallari@callaripartners.com

Danielle L. Merola
    on behalf of Interested Party BakerHostetler dmerola@bakerlaw.com

David S. Forsh
    on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com

David S. Forsh
    on behalf of Creditor Zheng Wu dforsh@callaripartners.com

David S. Forsh
    on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com

David V. Harbach, II
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com

Douglas S. Skalka
    on behalf of Counter-Claimant Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Defendant Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Chapter 11 Trustee Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglass E. Barron
    on behalf of Chapter 11 Trustee Luc A. Despins douglassbarron@paulhastings.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Debtor Ho Wan Kwok ehenzy@zeislaw.com cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Interested Party HK International Funds Investments (USA) Limited LLC ehenzy@zeislaw.com, cjervey@zeislaw.com

Evan S. Goldstein
    on behalf of Interested Party Hing Chi Ngok egoldstein@uks.com

Evan S. Goldstein
    on behalf of Interested Party Greenwich Land LLC egoldstein@uks.com

G. Alexander Bongartz
    on behalf of Chapter 11 Trustee Luc A. Despins alexbongartz@paulhastings.com

Holley L. Claiborn
    on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Irve J. Goldman
    on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com rmccoy@pullcom.com

James C. Graham
    on behalf of Defendant Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham
    on behalf of Trustee Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham
    on behalf of Chapter 11 Trustee Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James J. Healy
    on behalf of Interested Party Williams & Connolly LLP jhealy@cowderymurphy.com

James M. Moriarty
    on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com

James M. Moriarty

District/off: 0205-5   User: admin   Page 4 of 6
Date Rcvd: Oct 26, 2022   Form ID: ntctrbk   Total Noticed: 17

| | |
|---|---|
| | on behalf of Counter-Defendant Mei Guo jmoriarty@zeislaw.com  kjoseph@zeislaw.com |
| James M. Moriarty | |
| | on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com  kjoseph@zeislaw.com |
| James M. Moriarty | |
| | on behalf of Debtor Ho Wan Kwok jmoriarty@zeislaw.com  kjoseph@zeislaw.com |
| James M. Moriarty | |
| | on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC jmoriarty@zeislaw.com, kjoseph@zeislaw.com |
| Jay Marshall Wolman | |
| | on behalf of Creditor Logan Cheng jmw@randazza.com  ecf-6898@ecf.pacerpro.com |
| Jay Marshall Wolman | |
| | on behalf of Plaintiff Logan Cheng jmw@randazza.com  ecf-6898@ecf.pacerpro.com |
| Jeffrey M. Sklarz | |
| | on behalf of Interested Party BakerHostetler jsklarz@gs-lawfirm.com aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com |
| John Troy | |
| | on behalf of Interested Party Troy Law  PLLC johntroy@troypllc.com |
| John L. Cesaroni | |
| | on behalf of Counter-Defendant Mei Guo jcesaroni@zeislaw.com |
| John L. Cesaroni | |
| | on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com |
| John L. Cesaroni | |
| | on behalf of Interested Party Mei Guo jcesaroni@zeislaw.com |
| John L. Cesaroni | |
| | on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC jcesaroni@zeislaw.com |
| John L. Cesaroni | |
| | on behalf of Counter-Defendant HK International Funds Investments (USA) Limited  LLC jcesaroni@zeislaw.com |
| John L. Cesaroni | |
| | on behalf of Debtor Ho Wan Kwok jcesaroni@zeislaw.com |
| John L. Cesaroni | |
| | on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com |
| Jonathan Kaplan | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com prulewicz@pullcom.com;rmccoy@pullcom.com |
| Kellianne Baranowsky | |
| | on behalf of Interested Party BakerHostetler kbaranowsky@gs-lawfirm.com aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com |
| Kristin B. Mayhew | |
| | on behalf of Plaintiff Boxun Inc. kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of 20 Largest Creditor Weican Meng kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of Plaintiff Weican (Watson) Meng kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of Plaintiff Zheng Wu kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of Creditor Zheng Wu kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of 20 Largest Creditor Rui Ma kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of Plaintiff Rui Ma kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of Plaintiff Yang Lan kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Laura Aronsson | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com |
| Lawrence S. Grossman | |

District/off: 0205-5 User: admin Page 5 of 6
Date Rcvd: Oct 26, 2022 Form ID: ntctrbk Total Noticed: 17

| | |
|---|---|
| | on behalf of Interested Party BakerHostetler LGrossman@gs-lawfirm.com aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com |
| Luc A. Despins | on behalf of Chapter 11 Trustee Luc A. Despins lucdespins@paulhastings.com matlaskowski@paulhastings.com;davidmohamed@paulhastings.com |
| Luc A. Despins | lucdespins@paulhastings.com matlaskowski@paulhastings.com;davidmohamed@paulhastings.com |
| Lucas Bennett Rocklin | on behalf of Chapter 11 Trustee Luc A. Despins lrocklin@npmlaw.com NeubertPepeMonteithPC@jubileebk.net |
| Mia N. Gonzalez | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com |
| Michael S. Weinstein | on behalf of Creditor Rong Zhang mweinstein@golenbock.com |
| Michael S. Weinstein | on behalf of Creditor Chong Shen Raphanella mweinstein@golenbock.com |
| Michael S. Weinstein | on behalf of Creditor Xiaodan Wang mweinstein@golenbock.com |
| Nicholas A. Bassett | on behalf of Chapter 11 Trustee Luc A. Despins nicholasbassett@paulhastings.com |
| Patrick M. Birney | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com |
| Patrick M. Birney | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com |
| Patrick R. Linsey | on behalf of Chapter 11 Trustee Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Defendant Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Counter-Claimant Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Plaintiff Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Trustee Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Peter Friedman | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter Friedman | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of Creditor Zheng Wu pzarella@mdmc-law.com |
| Samuel Bryant Davidoff | on behalf of Interested Party Williams & Connolly LLP sdavidoff@wc.com |
| Sara Pahlavan | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. spahlavan@omm.com |
| Scott D. Rosen | on behalf of Attorney Cohn Birnbaum & Shea P.C. srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com |
| Stephen M. Kindseth | on behalf of Interested Party HK International Funds Investments (USA) Limited LLC skindseth@zeislaw.com, cjervey@zeislaw.com |
| Stephen M. Kindseth | on behalf of Debtor Ho Wan Kwok skindseth@zeislaw.com cjervey@zeislaw.com |

| District/off: 0205-5 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: ntctrbk | Total Noticed: 17 |

| | | |
|---|---|---|
| Stephen M. Kindseth | on behalf of Interested Party Mei Guo skindseth@zeislaw.com cjervey@zeislaw.com | |
| Stuart M. Sarnoff | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com | |
| Stuart M. Sarnoff | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com | |
| Thomas J. Sansone | on behalf of Plaintiff Rong Zhang tsansone@carmodylaw.com | |
| Thomas J. Sansone | on behalf of Plaintiff Xiaodan Wang tsansone@carmodylaw.com | |
| Thomas J. Sansone | on behalf of Creditor Chong Shen Raphanella tsansone@carmodylaw.com | |
| Thomas J. Sansone | on behalf of Creditor Xiaodan Wang tsansone@carmodylaw.com | |
| Thomas J. Sansone | on behalf of Plaintiff Chong Shen Raphanella tsansone@carmodylaw.com | |
| Thomas J. Sansone | on behalf of Attorney Michael S. Weinstein tsansone@carmodylaw.com | |
| Thomas J. Sansone | on behalf of Creditor Rong Zhang tsansone@carmodylaw.com | |
| Tiffany Troy | on behalf of Creditor Troy Law PLLC tiffanytroy@troypllc.com, troylaw@troypllc.com | |
| Tristan G. Axelrod | on behalf of Creditor Brown Rudnick LLP taxelrod@brownrudnick.com | |
| Tristan G. Axelrod | on behalf of Creditor Verdolino & Lowey P.C. taxelrod@brownrudnick.com | |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV | |
| William R. Baldiga | on behalf of Creditor Brown Rudnick LLP wbaldiga@brownrudnick.com | |

TOTAL: 106

Form ntcflgtrbk

## UNITED STATES BANKRUPTCY COURT
### District of Connecticut

In Re: Ho Wan Kwok
Debtor(s)

Case No.: 22−50073

### NOTICE OF FILING OF TRANSCRIPT
### AND OF DEADLINES TO RESTRICTIONS AND REDACTION

A transcript of the proceeding held on 10/17/2022 was filed on 10/25/2022. The following deadlines apply:

The parties have until seven (7) calendar days from the date of filing of the transcript to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 21 days from the date of filing of the transcript.

If a request for redaction is filed, the redacted transcript is due 31 days from the date of filing of the transcript.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 90 calendar days from the date of filing of the transcript unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

Dated: October 26, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form ntctrbk