AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions:*

| | | |
|---|---|---|
| 1. NAME<br>Eric Henzy | 2. PHONE NUMBER<br>(203) 368-4234 | 3. DATE<br>10/31/2022 |
| 4. DELIVERY ADDRESS OR EMAIL<br>ehenzy@zeislaw.com | 5. CITY<br>Bridgeport | 6. STATE  CT   7. ZIP CODE  06604 |
| 8. CASE NUMBER  22-50073 | 9. JUDGE  Judge Julie A. Manning | DATES OF PROCEEDINGS<br>10. FROM 10/27/2022   11. TO 10/27/2022 |
| 12. CASE NAME<br>Ho Wan Kwok | | LOCATION OF PROCEEDINGS<br>13. CITY Bridgeport   14. STATE Connecticut |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Hearing | 10/27/2022 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES  1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL   0.00

| | |
|---|---|
| 18. SIGNATURE<br>/s/ Eric Henzy | PROCESSED BY |
| 19. DATE<br>10/31/2022 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

### Honorable Julie A. Manning

2:00 - 2:20

### Thursday October 27 2022

Current as of 10/27/2022, 12:18 pm

02:00 PM   22-50073   Ho Wan Kwok
           Ch: 11

Matter:    #1002; (ZG) Motion to Quash Filed by Samuel Bryant Davidoff on behalf of Williams & Connolly LLP, Interested Party

**22-50073** Ho Wan Kwok
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 11/01/2022

# Attorneys

**Laura Aronsson**
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
212-728-5841
laronsson@omm.com
 *Assigned: 04/08/2022*
 *LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Kenneth Aulet**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
kaulet@brownrudnick.com
 *Assigned: 04/26/2022*
  *TERMINATED: 08/02/2022*
 *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Tristan G. Axelrod**
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
617-856-8456
617-289-0522 (fax)
taxelrod@brownrudnick.com
 *Assigned: 08/12/2022*
 *LEAD ATTORNEY*

representing

**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
617-856-8200
tfeinsmith@brownrudnick.com
*(Creditor)*

**Verdolino & Lowey, P.C.**
124 Washington Street
Foxborough, MA 02035
*(Creditor)*

**William Baldiga**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
New York
212-209-4800
212-209-4801 (fax)
wbaldiga@brownrudnick.com
 *Assigned: 03/01/2022*
  *TERMINATED: 08/02/2022*
 *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

| | | |
|---|---|---|
| **William R. Baldiga**<br>Brown, Rudnik, Freed & Gesmer<br>One Financial Center<br>Boston, MA 02111<br>(617) 330-9000<br>617-289-0420 (fax)<br>wbaldiga@brownrudnick.com<br>  *Assigned: 03/09/2022*<br>  *TERMINATED: 08/02/2022*<br><br>  *Assigned: 08/05/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| | representing | **Brown Rudnick LLP**<br>One Financial Center<br>Boston, MA 02111<br>617-856-8200<br>tfeinsmith@brownrudnick.com<br>*(Creditor)* |
| **Kellianne Baranowsky**<br>Green & Sklarz LLC<br>One Audubon Street<br>3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>203-823-4546 (fax)<br>kbaranowsky@gs-lawfirm.com<br>  *Assigned: 10/14/2022* | representing | **BakerHostetler**<br>*(Interested Party)* |
| **Douglass E. Barron**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6690<br>212-230-7690 (fax)<br>douglassbarron@paulhastings.com<br>  *Assigned: 07/22/2022*<br>  LEAD ATTORNEY | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Nicholas A. Bassett**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1902<br>202-551-0402 (fax)<br>nicholasbassett@paulhastings.com<br>  *Assigned: 07/22/2022*<br>  LEAD ATTORNEY | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Patrick M. Birney**<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8200<br>(860) 275-8299 (fax)<br>pbirney@rc.com<br>  *Assigned: 02/24/2022* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

| | | |
|---|---|---|
| **G. Alexander Bongartz**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6472<br>212-303-7072 (fax)<br>alexbongartz@paulhastings.com<br>  *Assigned: 08/04/2022*<br>  *LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Carollynn H.G. Callari**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>ccallari@callaripartners.com<br>  *Assigned: 03/16/2022*<br>  *LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)*<br><br>**Weican Meng**<br>*(20 Largest Creditor)*<br><br>**Zheng Wu**<br>*(Creditor)* |
| **Andrew M. Carty**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>acarty@brownrudnick.com<br>  *Assigned: 04/15/2022*<br>  *TERMINATED: 08/02/2022*<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **John L. Cesaroni**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>jcesaroni@zeislaw.com<br>  *Assigned: 05/10/2022*<br><br>  *Assigned: 07/14/2022* | representing<br><br><br>representing | **Mei Guo**<br>*(Interested Party)*<br><br><br>**Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Holley L. Claiborn**<br>Office of The United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302 | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302 |

| | | |
|---|---|---|
| New Haven, CT 06510<br>(203) 773-2210<br>(203) 773-2217 (fax)<br>holley.l.claiborn@usdoj.gov<br>  Assigned: 02/28/2022 | | New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Samuel Bryant Davidoff**<br>Williams & Connolly LLP<br>680 Maine Avenue, S.W.<br>Washington, DC 20024<br>202-434-5648<br>sdavidoff@wc.com<br>  Assigned: 10/20/2022 | representing | **Williams & Connolly LLP**<br>Williams & Connolly LLP<br>680 Maine Ave SW<br>Washington, DC 20024<br>202-434-5000<br>*(Interested Party)* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>  Assigned: 07/12/2022 | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>212-230-7771 (fax)<br>lucdespins@pauhastings.com<br>  Assigned: 07/22/2022<br>  LEAD ATTORNEY | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **David S. Forsh**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>dforsh@callaripartners.com<br>  Assigned: 03/17/2022<br>  LEAD ATTORNEY | representing | **Rui Ma**<br>*(20 Largest Creditor)*<br><br>**Weican Meng**<br>*(20 Largest Creditor)*<br><br>**Zheng Wu**<br>*(Creditor)* |
| **Peter Friedman**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5302<br>pfriedman@omm.com<br>  Assigned: 02/25/2022<br>  LEAD ATTORNEY | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

| | | |
|---|---|---|
| **Irve J. Goldman**<br>Pullman & Comley<br>850 Main Street<br>8th Floor<br>Bridgeport, CT 06604<br>203-330-2000<br>203-576-8888 (fax)<br>igoldman@pullcom.com<br> *Assigned: 04/05/2022* | representing | **Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |
| **Evan S. Goldstein**<br>Updike, Kelly & Spellacy, P.C.<br>Goodwin Square<br>225 Asylum Street<br>Ste 20th Floor<br>Hartford, CT 06103<br>860-548-2609<br>860-548-2680 (fax)<br>egoldstein@uks.com<br> *Assigned: 09/15/2022* | representing | **Hing Chi Ngok**<br>*(Interested Party)* |
| *Assigned: 10/20/2022* | representing | **Greenwich Land, LLC**<br>*(Interested Party)* |
| **Mia N. Gonzalez**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>212-728-5698<br>mgonzalez@omm.com<br> *Assigned: 04/08/2022*<br> *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **James C. Graham**<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203)821-2000<br>(203)821-2009 (fax)<br>jgraham@npmlaw.com<br> *Assigned: 07/20/2022* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Lawrence S. Grossman**<br>Green & Sklarz LLC<br>One Audubon Street<br>Third Floor<br>New Haven, CT 06511<br>203-285-8545<br>LGrossman@gs-lawfirm.com<br> *Assigned: 10/12/2022* | representing | **BakerHostetler**<br>*(Interested Party)* |
| **David V. Harbach, II**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006 | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

| | | |
|---|---|---|
| 202-383-5127<br>dharbach@omm.com<br>  Assigned: 02/25/2022<br>  LEAD ATTORNEY | | |
| **James J. Healy**<br>Cowdery & Murphy, LLC<br>280 Trumbull Street<br>Hartford, CT 06103<br>860-278-5555<br>860-249-0012 (fax)<br>jhealy@cowderymurphy.com<br>  Assigned: 10/24/2022 | representing | **Williams & Connolly LLP**<br>Williams & Connolly LLP<br>680 Maine Ave SW<br>Washington, DC 20024<br>202-434-5000<br>*(Interested Party)* |
| **Eric A. Henzy**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-5495<br>203-549-0861 (fax)<br>ehenzy@zeislaw.com<br>  Assigned: 07/14/2022 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
|   Assigned: 07/22/2022 | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| **Jeffrey L Jonas**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>2122094800<br>212-209-4801 (fax)<br>jjonas@brownrudnick.com<br>  Assigned: 04/21/2022<br>   TERMINATED: 08/02/2022<br>  LEAD ATTORNEY | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Jonathan Kaplan**<br>Pullman & Comley, LLC<br>90 State House Square<br>Hartford, CT 06103<br>860-424-4379<br>860-424-4370 (fax)<br>jkaplan@pullcom.com<br>  Assigned: 04/05/2022 | representing | **Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |
| **Stephen M. Kindseth**<br>Zeisler & Zeisler<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>(203) 368-4234<br>203-367-9678 (fax) | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |

| | | |
|---|---|---|
| skindseth@zeislaw.com<br>　Assigned: 04/11/2022 | | |
| 　Assigned: 05/10/2022 | representing | **Mei Guo**<br>*(Interested Party)* |
| 　Assigned: 07/14/2022 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Dylan Kletter**<br>Brown Rudnick LLP<br>185 Asylum Street<br>Hartford, CT 06103<br>860-509-6500<br>dkletter@brownrudnick.com<br>　Assigned: 02/15/2022<br>　TERMINATED: 08/02/2022 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Andrew V. Layden**<br>BakerHostetler<br>200 South Orange Avenue<br>Suite 2300<br>Orlando, FL 32801<br>407-649-4070<br>407-841-0168 (fax)<br>alayden@bakerlaw.com<br>　Assigned: 10/12/2022<br>　LEAD ATTORNEY | representing | **BakerHostetler**<br>*(Interested Party)* |
| **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>　Assigned: 07/11/2022 | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Avram Emmanuel Luft**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6079<br>212-303-7079 (fax)<br>aviluft@paulhastings.com<br>　Assigned: 07/22/2022<br>　LEAD ATTORNEY | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Steven E. Mackey**<br>Office of the U.S. Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510 | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510 |

| | | |
|---|---|---|
| (203) 773-2210<br>Assigned: 03/22/2022 | | (203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Kristin B. Mayhew**<br>McElroy, Deutsch, Mulvaney & Carpenter<br>30 Jeliff Lane<br>Southport, CT 06890<br>(203) 319-4011<br>203-259-0251 (fax)<br>kmayhew@mdmc-law.com<br>Assigned: 03/15/2022 | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |
| **Danielle L. Merola**<br>BakerHostetler<br>200 South Orange Avenue<br>Suite 2300<br>Orlando, FL 32801<br>407-649-4092<br>dmerola@bakerlaw.com<br>Assigned: 10/13/2022<br>LEAD ATTORNEY | representing | **BakerHostetler**<br>*(Interested Party)* |
| **Timothy D. Miltenberger**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103<br>860-493-2200<br>Tmiltenberger@cbshealaw.com<br>Assigned: 03/31/2022<br>TERMINATED: 08/17/2022 | representing | **Golden Spring (New York) LTD**<br>*(Interested Party)*<br>PRO SE |
| **Aaron A Mitchell**<br>Lawall & Mitchell, LLC<br>55 Madison Ave<br>Suite 400<br>Morristown, NJ 07960<br>973-285-3280<br>aaron@lmesq.com<br>Assigned: 07/11/2022 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **James M. Moriarty**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>Bridgeport, CT 06604<br>203-368-4234<br>203-549-0907 (fax) | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |

| | | |
|---|---|---|
| jmoriarty@zeislaw.com<br> Assigned: 07/20/2022<br><br> Assigned: 10/31/2022 | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)*<br><br>**Mei Guo**<br>*(Interested Party)* |
| **Sara Pahlavan**<br>O'Melveny & Myers LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111-3823<br>415-984-8953<br>spahlavan@omm.com<br> Assigned: 05/05/2022<br> LEAD ATTORNEY | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Lucas Bennett Rocklin**<br>Neubert, Pepe, Monteith, P.C.<br>195 Church Street,13th Floor<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>lrocklin@npmlaw.com<br> Assigned: 07/15/2022 | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Aaron Romney**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>aromney@zeislaw.com<br> Assigned: 04/11/2022<br><br> Assigned: 05/10/2022<br><br> Assigned: 07/14/2022 | representing<br><br><br>representing<br><br>representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)*<br><br>**Mei Guo**<br>*(Interested Party)*<br><br>**Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Scott D. Rosen**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103-4500<br>(860) 493-2200<br>860-727-0361 (fax)<br>jrosen@cb-shea.com<br> Assigned: 03/28/2022<br> TERMINATED: 08/17/2022 | representing | **Golden Spring (New York) LTD**<br>*(Interested Party)*<br>PRO SE |

| | | |
|---|---|---|
| Assigned: 08/12/2022 | representing | **Cohn Birnbaum & Shea, P.C.**<br>*(Attorney)* |
| **Thomas J. Sansone**<br>Carmody Torrance Sandak & Hennessey LLP<br>195 Church Street<br>P.O. Box 1950<br>New Haven, CT 06509-1950<br>(203) 784-3100<br>203-784-3199 (fax)<br>tsansone@carmodylaw.com<br>  Assigned: 06/24/2022 | representing | **Chong Shen Raphanella**<br>*(Creditor)* |
| | | **Rong Zhang**<br>*(Creditor)* |
| | | **Xiaodan Wang**<br>*(Creditor)* |
| Assigned: 07/15/2022 | representing | **Michael S. Weinstein**<br>*(Attorney)* |
| **Stuart M. Sarnoff**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>202-326-2293<br>ssarnoff@omm.com<br>  Assigned: 02/25/2022<br>  LEAD ATTORNEY | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Bennett Silverberg**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>bsilverberg@brownrudnick.com<br>  Assigned: 03/01/2022<br>  TERMINATED: 08/02/2022<br>  LEAD ATTORNEY | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>  Assigned: 07/14/2022 | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Jeffrey M. Sklarz**<br>Green & Sklarz LLC<br>One Audubon Street | representing | **BakerHostetler**<br>*(Interested Party)* |

3rd Floor  
New Haven, CT 06511  
203-285-8545  
203-823-4546 (fax)  
jsklarz@gs-lawfirm.com  
 *Assigned: 10/07/2022*

**Annecca H. Smith**  
Robinson & Cole, LLP  
280 Trumbull Street  
Hartford, CT 06103  
860-275-8325  
860-275-8299 (fax)  
asmith@rc.com  
 *Assigned: 02/24/2022*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**  
*(20 Largest Creditor)*

**John Troy**  
Troy Law, PLLC  
41-25 Kissena Blvd., Suite 110  
Flushing, NY 11355  
718-762-2332  
johntroy@troypllc.com  
 *Assigned: 10/20/2022*

representing

**Troy Law, PLLC**  
41-00025 Kissena Blvd., Suite 103  
Flushing, NY 11355  
718-762-1324  
troylaw@troypllc.com  
*(Interested Party)*

**Tiffany Troy**  
Troy Law  
41-25 Kissena Blvd, Suite 110  
Flushing, NY 11355  
718-762-1324  
tiffanytroy@troypllc.com  
 *Assigned: 08/24/2022*

representing

**Troy Law, PLLC**  
*(Creditor)*

**Michael S. Weinstein**  
Golenbock Eiseman Assor Bell & Peskoe LL  
711 Third Avenue  
New York, NY 10017  
212-907-7347  
212-754-0330 (fax)  
mweinstein@golenbock.com  
 *Assigned: 07/22/2022*  
 *LEAD ATTORNEY*

representing

**Chong Shen Raphanella**  
*(Creditor)*

**Rong Zhang**  
*(Creditor)*

**Xiaodan Wang**  
*(Creditor)*

**Jay Marshall Wolman**  
Randazza Legal Group, PLLC  
100 Pearl Street, 14th Floor  
Hartford, CT 06103  
702-420-2001  
jmw@randazza.com  
 *Assigned: 02/17/2022*

representing

**Logan Cheng**  
c/o Randazza Legal Group, PLLC  
100 Pearl Street  
14th Floor  
Hartford, CT 06103  
*(Creditor)*

| | | |
|---|---|---|
| **Peter J. Zarella**<br>McElroy, Deutsch, Mulvaney & Carpenter,<br>One State Street, 14th floor<br>Hartford, CT 06103<br>860-241-2688<br>860-522-2796 (fax)<br>pzarella@mdmc-law.com<br>*Assigned: 03/22/2022* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |