**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>              Debtor. | Chapter 11<br><br>Case No: 22-50073 (JAM) |

### THE DEBTOR'S NOTICE OF FILING OF REVISED PRIVILEGE LOG

In compliance with this Court's October 13, 2022, Order Granting Motion for Entry of Order Authorizing Compliance with Rule 2004 Subpoenas and Enforcing Consent Order Regarding Control of Attorney-Client Privilege and Work Product Protection Related to Rule 2004 Subpoenaed Documents and Information [ECF 962], the Debtor, Ho Wan Kwok, hereby gives notice that he has attached hereto as Exhibit A his Revised Privilege Log of Documents of Verdolino & Lowey and Brown Rudnick.

Dated at Bridgeport, Connecticut this 2nd day of November, 2022.

                                          **THE DEBTOR,**
                                          **HO WAN KWOK**

                                          */s/ James M. Moriarty*
                                          James M. Moriarty (ct21876)
                                          10 Middle Street, 15th Floor
                                          Bridgeport, Connecticut 06604
                                          Telephone: (203) 368-4234
                                          Facsimile: (203) 368-5467
                                          Email: jmoriarty@zeislaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice ofElectronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ James M. Moriarty*
James M. Moriarty