# **EXHIBIT A**

| Control Number | Type | Sort Date | Email Subject | Email From | Email To | Email CC | Privilege | Personal Harm | Redaction |
|---|---|---|---|---|---|---|---|---|---|
| Kwok_000031 | Email | 11/3/2021 | RE: Sealing | Barrow, Erica [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C2F02EE249804B9AA010980EDBB34921-BARROW CLAR] | Rose, Nicholas [nrose@bakerlaw.com] Siegal, John [jsiegal@bakerlaw.com];Melissa Francis | Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com] | Attorney Client Communication | Discussion of Debtors' invocation of 5th Amendment privilege | Produced as redacted |
| Kwok_001096 | Email | 11/4/2021 | RE: Draft Disqualification Brief | Rose, Nicholas [nrose@bakerlaw.com] | [melissaf@gsnyus.com];aaron@lmesq.com | | Attorney Client Communication | Discussion of SEC investigation | Produced as redacted |
| Kwok_001176 | Email | 11/3/2021 | RE: Sealing | Barrow, Erica [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C2F02EE249804B9AA010980EDBB34921-BARROW CLAR] | Rose, Nicholas [nrose@bakerlaw.com] | | Attorney Client Communication | Discussion of Debtors' invocation of 5th Amendment privilege | Produced as redacted |
| Kwok_001742 | Email | 12/20/2021 | RE: Filing tonight | Rose, Nicholas [nrose@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Barrow, Erica [ebarrow@bakerlaw.com] | Attorney Client Communication | Discussion of SEC investigation | Produced as redacted |
| Kwok_001759 | Email | 12/20/2021 | RE: Filing tonight | Rose, Nicholas [nrose@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Barrow, Erica [ebarrow@bakerlaw.com] | Attorney Client Communication | Discussion of SEC investigation | Produced as redacted |
| Kwok_003542 | Email | 10/18/2021 | FW: GTV: Call with SEC | Siegal, John [jsiegal@bakerlaw.com] | Rose, Nicholas [nrose@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com] | Attorney Client Communication | Discussion of SEC investigation | |
| Kwok_003572 | Email | 10/18/2021 | Fw: Draft Talking Points for your Consideration | Siegal, John [jsiegal@bakerlaw.com] | Rose, Nicholas [nrose@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Attorney Client Communication | Discussion of SEC investigation | |
| Kwok_003578 | Email | 10/18/2021 | Fw: Proposed Saraca SEC Production | Siegal, John [jsiegal@bakerlaw.com] | Rose, Nicholas [nrose@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Attorney Client Communication | Discussion of SEC investigation | |
| Kwok_003595 | Email | 10/18/2021 | Fw: Interview Outline for Miles - as of Dec 13 2020 | Siegal, John [jsiegal@bakerlaw.com] | Rose, Nicholas [nrose@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Attorney Client Communication | Discussion of SEC investigation | |
| Kwok_004306 | Email | 12/17/2021 | RE: Reply | Rose, Nicholas [nrose@bakerlaw.com] | Guy Petrillo [gpetrillo@pkbllp.com] | Siegal, John [jsiegal@bakerlaw.com] | Attorney Client Communication | Discussion of SEC investigation | Produced as redacted |
| Kwok_004311 | Email | 10/18/2021 | Fw: Draft Talking Points for your Consideration | Siegal, John [jsiegal@bakerlaw.com] | Rose, Nicholas [nrose@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Attorney Client Communication | Discussion of SEC investigation | |
| Kwok_004523 | Email | 10/18/2021 | Fw: Interview Outline for Miles - as of Dec 13 2020 | Siegal, John [jsiegal@bakerlaw.com] | Rose, Nicholas [nrose@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Attorney Client Communication | Discussion of SEC investigation | |
| Kwok_005807 | Email | 10/18/2021 | Fw: Draft Talking Points for your Consideration | Siegal, John [jsiegal@bakerlaw.com] | Rose, Nicholas [nrose@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Attorney Client Communication | Discussion of SEC investigation | |
| Kwok_005810 | Email | 10/18/2021 | Fw: Proposed Saraca SEC Production | Siegal, John [jsiegal@bakerlaw.com] | Rose, Nicholas [nrose@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Attorney Client Communication | Discussion of SEC investigation | |
| Kwok_005821 | Email | 10/18/2021 | Fw: Interview Outline for Miles - as of Dec 13 2020 | Siegal, John [jsiegal@bakerlaw.com] | Rose, Nicholas [nrose@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Attorney Client Communication | Discussion of SEC investigation | |
| Kwok_005833 | Email | 10/18/2021 | FW: GTV: Call with SEC | Siegal, John [jsiegal@bakerlaw.com] | Rose, Nicholas [nrose@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com] | Attorney Client Communication | Discussion of SEC investigation | |
| Kwok_006373 | Email | 12/17/2021 | Re: affirmation | Siegal, John [jsiegal@bakerlaw.com] | Rose, Nicholas [nrose@bakerlaw.com] | | Attorney Client Communication | Discussion of SEC investigation | Produced as redacted |
| Kwok_006445 | Email | 12/17/2021 | RE: affirmation | Rose, Nicholas [nrose@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com] | | Attorney Client Communication | Discussion of SEC investigation | Produced as redacted |
| Kwok_006447 | Email | 10/18/2021 | Fw: Draft Talking Points for your Consideration | Siegal, John [jsiegal@bakerlaw.com] | Rose, Nicholas [nrose@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Attorney Client Communication | Discussion of SEC investigation | |
| Kwok_007241 | Email | 12/17/2021 | Updates | Rose, Nicholas [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=743B98F9E7D5417FA4A2D75A82E7E842-ROSE, NICHO] | Melissa Francis [melissaf@gsnyus.com] | | Attorney Client Communication | Discussion of SEC investigation | Produced as redacted |
| Kwok_002808 | Email | 12/14/2020 | Re: Interview Outline for Miles as of Dec 13 2020 | Melissa Francis | Bradley Bondi | Victor Cerda, Guy Petrillo, jessicam@gtv.org, Brockton Bosson | Attorney Client Communication | Discussion of SEC investigation | |
| Kwok_002811 | Email | 12/7/2020 | Re: Proposed Saraca SEC Production | Melissa Francis | Jeremy Temkin, Chelsea Scism | Daniel Podhaskie, Bradley Bondi, Brockton Bosson, "SLawson@cahill.com" Guy Petrillo, "jklein@pkbllp.com", "cstephens@pkbllp.com" "jessicam@gtv.org", Aaron Mitchell, Victor Cerda | Attorney Client Communication | Discussion of SEC investigation | |

| Bates | Type | Date / Subject | From | To | CC | Privilege | Description |
|---|---|---|---|---|---|---|---|
| Kwok_003591 | Document | 12/13/2020 Outline for Interview with Miles Guo | | | | Attorney Work Product | Discussion of SEC and NY Attrorney General investigation |
| Kwok_005581 | Document | 12/13/2020 Outline for Interview with Miles Guo | | | | Attorney Work Product | Discussion of SEC and NY Attrorney General investigation |
| Kwok_005585 | Email | 12/14/2020 Re: Interview Outline for Miles as of Dec 13 2020 | Melissa Francis | Bradley Bondi | Victor Cerda, Guy Petrillo, jessicam@gtv.org, Brockton Bosson | Attorney Client Communication | Discussion of SEC investigation |
| Kwok_005589 | Email | 12/22/2020 GTV: Call with SEC | Bradley Bondi | Melissa Francis, Jessica Mastrogiovanni, Aaron Mitchell, Victor Cerda, Max Krasner, Guy Petrillo, Jeremy Temkin, Joshua Klein, Chelsea Scism | Bradley Bondi, Brockton Bosson | Attorney Client Communication | Discussion of SEC investigation |
| Kwok_005617 | Email | 2/28/2021 Draft Talking Points for you Consideration | Bradley Bondi | Victor Cerda | | Attorney Client Communication | Discussion of SEC investigation |
| Kwok_005621 | Email | 12/7/2020 Re: Proposed Saraca SEC Production | Melissa Francis | Jeremy Temkin, Chelsea Scism | Daniel Podhaskie, Bradley Bondi, Brockton Bosson, "SLawson@cahill.com" Guy Petrillo, "jklein@pkbllp.com", "cstephens@pkbllp.com" "jessicam@gtv.org", Aaron Mitchell, Victor Cerda | Attorney Client Communication | Discussion of SEC investigation |
| Kwok_005827 | Document | 12/13/2020 Outline for Interview with Miles Guo | | | | Attorney Work Product | Discussion of SEC and NY Attrorney General investigation |
| Kwok_005880 | Email | 12/22/2020 GTV: Call with SEC | Bradley Bondi | Melissa Francis, Jessica Mastrogiovanni, Aaron Mitchell, Victor Cerda, Max Krasner, Guy Petrillo, Jeremy Temkin, Joshua Klein, Chelsea Scism | Bradley Bondi, Brockton Bosson | Attorney Client Communication | Discussion of SEC investigation |
| Kwok_005882 | Email | 2/28/2021 Draft Talking Points for you Consideration | Bradley Bondi | Victor Cerda | | Attorney Client Communication | Discussion of SEC investigation |
| Kwok_005886 | Email | 12/7/2020 Re: Proposed Saraca SEC Production | Melissa Francis | Jeremy Temkin, Chelsea Scism | Daniel Podhaskie, Bradley Bondi, Brockton Bosson, "SLawson@cahill.com" Guy Petrillo, "jklein@pkbllp.com", "cstephens@pkbllp.com" "jessicam@gtv.org", Aaron Mitchell, Victor Cerda | Attorney Client Communication | Discussion of SEC investigation |
| Kwok_005898 | Email | 12/14/2020 Re: Interview Outline for Miles as of Dec 13 2020 | Melissa Francis | Bradley Bondi | Victor Cerda, Guy Petrillo, jessicam@gtv.org, Brockton Bosson | Attorney Client Communication | Discussion of SEC investigation |
| Kwok_006035 | Email | 12/14/2020 Re: Interview Outline for Miles as of Dec 13 2020 | Melissa Francis | Bradley Bondi | Victor Cerda, Guy Petrillo, jessicam@gtv.org, Brockton Bosson | Attorney Client Communication | Discussion of SEC investigation |

| Control Number | Type | Sort Date | Email Subject | Email From | Email To | Email CC | Privilege | Personal Harm | Redaction |
|---|---|---|---|---|---|---|---|---|---|
| Kwok_010858 | Email | 3/22/2021 | RE: Fu v. Guo | Anderson, L. David [/O=BH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=690C2BFAC31A40AB819224F055A3D989-ANDERSON, L. DAVID] | Shapiro, Peter B. [pshapiro@bakerlaw.com] | | Attorney Client Communication; Privileged | Discussion of Fu v. Guo matter | |
| Kwok_010939 | Email | 3/22/2021 | Re: Fu v. Guo | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Anderson, L. David [danderson@bakerlaw.com] | | Attorney Client Communication; Privileged | Discussion of Fu v. Guo matter | |
| Kwok_011041 | Email | 10/27/2020 | Re: Kwok -- T/C with Mark Cymrot | Siegal, John [jsiegal@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Barrow, Erica [ebarrow@bakerlaw.com] | Attorney Client Communication; Privileged | Discussion re PAX settlement | |
| Kwok_011044 | Email | 10/19/2021 | FW: Sulner report | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com] | | Attorney Client Communication; Privileged | Discussion of 5th Amendment privilege | |
| Kwok_011791 | Email | 10/18/2021 | Re: Sulner report | Melissa Francis [melissaf@gsnyus.com] | Siegal, John [jsiegal@bakerlaw.com];Aaron Mitchell [aaron@lmesq.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com] | Attorney Client Communication; Privileged | Discussion of 5th Amendment privilege | Produced as redacted |
| Kwok_013001 | Email | 3/8/2021 | RE: 5th A issue | Barrow, Erica [/O=BH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=700E0A17AF83490B9CF39EC9C01F09E0-BARROW CLARK, ERICA] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | | Attorney Client Communication; Privileged | Discussion of Fifth Amendment privilege and SEC investigation | |
| Kwok_013594 | Email | 10/19/2021 | RE: Sulner report | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Barrow, Erica [ebarrow@bakerlaw.com] | | Attorney Client Communication; Privileged | Discussion of Fifth Amendment privilege | Produced as redacted |
| Kwok_014176 | Email | 7/1/2021 | RE: PAX discovery | Satter, Joshua A. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B0B57A61C417446B810A088ADBCC3427-SATTER, JOS] | Siegal, John [jsiegal@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Attorney Client Communication; Privileged | Discussion of Wu matter | Produced as redacted |
| Kwok_014255 | Email | 3/10/2021 | Re: PAX/Kwok - draft letter to opposing counsel re: 5th A | Siegal, John [/O=BH/OU=NEW YORK/CN=RECIPIENTS/CN=JSIEGAL] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | | Attorney Client Communication; Privileged | Discussion of Fifth Amendment privilege | Produced as redacted |
| Kwok_014258 | Email | 10/11/2021 | Re: counterclaim | Siegal, John [jsiegal@bakerlaw.com] | Shapiro, Peter B. [pshapiro@bakerlaw.com] | | Attorney Client Communication; Privileged | Discussion of counterclaim | Produced as redacted |
| Kwok_014260 | Email | 4/5/2021 | RE: Responses and objections to discovery requests in Geng case | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Guy Petrillo [gpetrillo@pkbllp.com] | Melissa Francis [melissaf@gsnyus.com];Bailen, Mark [MBailen@bakerlaw.com];Siegal, John [jsiegal@bakerlaw.com] | Attorney Client Communication; Privileged | Discussion of Geng matter | Produced as redacted |
| Kwok_014302 | Email | 7/7/2021 | RE: PAX discovery | Melissa Francis [melissaf@gsnyus.com] | Siegal, John [jsiegal@bakerlaw.com];Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Daniel@yankwitt.com;Aaron Mitchell (aaron@lmesq.com) [aaron@lmesq.com] | Attorney Client Communication; Privileged | Discussion of Wu matter | Produced as redacted |
| Kwok_014317 | Email | 3/5/2021 | Kwok Libel | Siegal, John [jsiegal@bakerlaw.com] | Bailen, Mark [MBailen@bakerlaw.com];Shapiro, Peter B. [pshapiro@bakerlaw.com] | | Attorney Client Communication; Privileged | Discussion of Fifth Amendment privilege | |
| Kwok_014487 | Email | 7/1/2021 | Re: PAX discovery | Aaron Mitchell [aaron@lmesq.com] | Siegal, John [jsiegal@bakerlaw.com] | Melissa Francis [melissaf@gsnyus.com];daniel@yankwitt.com;Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Attorney Client Communication; Privileged | Discussion of Wu matter | Produced as redacted |
| Kwok_014527 | Email | 7/26/2021 | Re: Miles Kwok/Greenwich Land, LLC | Siegal, John [jsiegal@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | | Attorney Client Communication; Privileged | Discussion of Fifth Amendment privilege | Produced as redacted |
| Kwok_014530 | Email | 10/29/2021 | RE: Bruno Wu | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Melissa Francis [melissaf@gsnyus.com] | Siegal, John [jsiegal@bakerlaw.com] | Attorney Client Communication; Privileged | Discussion of Wu matter | |
| Kwok_015170 | Email | 1/4/2022 | RE: Fu's Oppositions to Guo and GTV's MTDs | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com];Bailen, Mark [MBailen@bakerlaw.com] | | Attorney Client Communication; Privileged | Discussion of SEC investigation | Produced as redacted |
| Kwok_015362 | Email | 2/28/2021 | Draft Talking Points for your Consideration | Bradley Bondi | Victor Cerda | | Attorney Client Communication; Privileged | Discussion of SEC investigation | |
| Kwok_015423 | Email | 3/10/2021 | RE: PAX/Kwok - draft letter to opposing counsel re: 5th A | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com] | | Attorney Client Communication; Privileged | Discussion of Fifth Amendment issue | Produced as redacted |
| Kwok_015486 | Email | 11/2/2021 | RE: PRIVILEGED AND CONFIDENTIAL | Rose, Nicholas [nrose@bakerlaw.com] | Guy Petrillo [gpetrillo@pkbllp.com];Siegal, John [jsiegal@bakerlaw.com] | | Attorney Client Communication; Privileged | Discussion of SEC investigation | |
| Kwok_015492 | Email | 11/1/2021 | RE: PRIVILEGED AND CONFIDENTIAL | Guy Petrillo [gpetrillo@pkbllp.com] | Rose, Nicholas [nrose@bakerlaw.com];Siegal, John [jsiegal@bakerlaw.com] | | Attorney Client Communication; Privileged | Discussion of SEC investigation | |
| Kwok_015535 | Email | 11/1/2021 | RE: PRIVILEGED AND CONFIDENTIAL | Guy Petrillo [gpetrillo@pkbllp.com] | Rose, Nicholas [nrose@bakerlaw.com];Siegal, John [jsiegal@bakerlaw.com] | | Attorney Client Communication; Privileged | Discussion of Fifth Amendment issue | |
| Kwok_015542 | Email | 10/26/2021 | Re: Meng opp to motion for Summary Judgment | Siegal, John [jsiegal@bakerlaw.com] | Shapiro, Peter B. [pshapiro@bakerlaw.com] | | Attorney Client Communication; Privileged | Discussion of Meng matter and SEC investigation | Produced as redacted |

| Bates | Type | Date | Subject | From | To | CC | Privilege | Description | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Kwok_015544 | Email | 3/5/2021 | Re: Proposed mediation in Meng matter and settlement conference in Huang matter | Jessica Mastrogiovanni [jessicam@gtv.org] | Melissa Francis [melissaf@gsnyus.com];Siegal, John [jsiegal@bakerlaw.com];Shapiro, Peter B. [pshapiro@bakerlaw.com];aaron@lmesq.com | Bailen, Mark [MBailen@bakerlaw.com] | Attorney Client Communication; Privileged | Discussion of Meng and Wu matters Strategy re SEC and Fifth Amendment issues | Produced as redacted |
| Kwok_018293 | Document | | Disqualification Motion Talking Points | | | | | | |