# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: admin | Date Created: 11/3/2022 |
| Case: 22−50073 | Form ID: 112 | Total: 146 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
9343402     22−50073
TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Ho Wan Kwok | 373 Taconic Road     Greenwich, CT 06831 |
| 9384740 | Ace Decade Holdings Limited | Attn: Harcus Parker     7th Floor, Melbourne House     44−46 Aldwych     London, UK WC2B 4LL |
| 9384317 | Baiqiao Tang | 501 Forest Avenue, #501     Palo Alto, CA 94301 |
| 9363388 | Baker & Hostetler LLP | Attn: Andrew Layden     200 S. Orange Avenue     Suite 2300     Orlando, FL 32801 |
| 9384318 | Baker Hostetler LLP | 45 Rockefeller Plaza     New York, NY 10111 |
| 9384319 | Beijing Bi Hai Ge Lin Yuan Lin Lu Hua, Ltd. | c/o Kevin Kerveng Tung, P.C.     136−20 38th Avenue, Suite 3D & 3F     Flushing, NY 11354 |
| 9384320 | Beijing Cheng Jian Wu Jian She Group, LTD | c/o Kevin Kerveng Tung, P.C.     136−20 38th Avenue, Suite 3D & 3F     Flushing, NY 11354 |
| 9384321 | Beijing Fu Le Hong Ma Jian Zhu Zhuang Shi Gong Che | c/o Kevin Kerveng Tung, P.C.     136−20 38th Avenue, Suite 3D & 3F     Flushing, NY 11354 |
| 9384322 | Beijing Zhong Xian Wei Ye Stainless Decoration Ctr | c/o Kein Kerveng Tung, P.C.     136−20 38th Avenue, Suite 3D & 3F     Flushing, NY 11354 |
| 9343455 | Bi Hai Ge Lin | C/O Kevin Tung, Esq.     38th Avenue, Suite 3d     Flushing, NY 11354 USA |
| 9384323 | Boxun, Inc. | C/O Arkin Solbakken, LLP     900 Third Avenue, 18th Floor     New York, NY 10022 |
| 9384324 | Bravo Luck Ltd. | P.O. Box 957     Offshore Incorporations Centre, Road Tow     Tortola, British Virgin Islands |
| 9384325 | Burnette Shutt McDaniel | 912 Lady Street     2nd Floor     PO Box 1929     Columbia, SC 29202 |
| 9384326 | Chao−Chic Chiu | c/o Giordano, Halleran &. Ciesla, P.C.     1250 Broadway, 36th Floor     New York, NY 10010 |
| 9343450 | Chao−Chih Chiu | c/o TroyGould PC     1801 Century Park East, 16th Floor     Attn: Christopher A. Lilly     Los Angeles, CA 90067 |
| 9384329 | Cheng (NY) | c/o Randazza Law Firm     2764 Sahara Drive, Suite 109     Las Vegas, NV 89117 |
| 9343406 | Cheng Jian Wu Jian She | c/o Law Office of Ning Ye, Esq.     136−11 8th Ave., #1A     Flushing, NY 11354 |
| 9343431 | Chenglong Wang | C/O HGT Law     250 Park Avenue, 7th Floor     New York, NY 10177 USA     Attn: Hung Ta |
| 9384330 | Chong Shen Raphanella | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LL     270 Madison Avenue     New York NY 10016 |
| 9384331 | Clark Hill PLC | JENNER & BLOCK LLP     1099 New York Ave., NW, Suite 900     Washington DC 20001 |
| 9384332 | Clayman & Rosenberg LLP | 305 Madison Avenue, Suite 650     New York, NY 10165 |
| 9384333 | Danyu Lin | 128 Woodcock Trail     West Columbia, SC 29169 |
| 9384741 | Dawn State Limited | Attn: Harcus Parker     7th Floor, Melbourne House     44−46 Aldwych     London, UK WC2B 4LL |
| 9384334 | Dongna Fang | Law Offices of Phillips and King PLLC     5041 Airport Fwy     Fort Worth, TX 76117 |
| 9384336 | Fan Bingbing | Lavely & Singer     4 New York Plaza, 2nd Floor     Cameron A. Stracher, Esq.     New York, NY 10004 |
| 9384337 | Forbes Hare | Qwomar Building PO Box 4649     Road Town Tortola VG1110     British Virgin Islands |
| 9343457 | Fu Le Hong Ma | C/O Kevin Tung, Esq.     38th Avenue, Suite 3d     Flushing, NY 11354 USA |
| 9384338 | G Club Operations LLC | 53 Calle Palmeras     Suite 1401     San Juan, PR 00901 |
| 9384343 | GTV Media Group, Inc. | LAWALL & MITCHELL, LLC     162 E. 64th Street     New York, NY 10065 |
| 9384339 | Ganfer Shore Leeds & Zauderer | 360 Lexington Avenue     New York, NY 10017 |
| 9343408 | Gaosheng Guo | c/o Law Office of Ning Ye, Esq.     135−11 8th Ave. #1A     Flushing, NY 11354 |
| 9384340 | Genever Holdings Corporation | P.O. Box 3170     Road Town     Tortola, British Virgin Islands |
| 9384341 | Genever Holdings LLC | Unit 1801     The Sherry− Netherland Apartments     781 Fifth Avenue     New York NY 10022 |
| 9343404 | Golden Spring New York | 162 E. 64th Street     New York, NY 10605 USA |
| 9384342 | Goldfarb & Huck Roth Riojas, PLLC | 925 Fourth Avenue     Suite 3950     Seattle, WA 98104 |
| 9384344 | Guo Baosheng | C/O Law Office of Ning Ye, Esq.     135−11 38th Avenue, Suite 1A     Flushing, NY 11354 |
| 9384345 | Haihong Wang | Carmody Torrance Sandak & Hennessey, LLP     195 Church St. 18th floor, PO Box 1950     New Haven, CT 06509 |
| 9384346 | Harcus Parker | 7th Floor, Melbourne House,     44−46 Aldwych     London, WC2B 4LL |
| 9384347 | He Bei Yue Hua Zhuang Shi Gong Cheng LTD. | C/O Kevin Kerveng Tung, P.C.     136−20 38th Avenue, Suite 3D & 3F     Flushing, NY 11354 |
| 9343410 | Hong Qi Qu | c/o Kevin Tung, Esq.     Kevin Kerveng Tung P.C.     136−20 38th Avenue, Suite 3D     Flushing, NY 11354 |

| | | | | |
|---|---|---|---|---|
| 9384351 | Hong Qi Qu Jian She Group, LTD. | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 |
| 9384352 | Hong Zeng | 3020 Edwin Ave., Apt. 1H | Fort Lee, NJ 07024 | |
| 9343449 | Huizhen Wang | c/o TroyGould PC | 1801 Century Park East, 16th Floor | Attn: Christopher A. Lilly   Los Angeles, CA 90067–2367 |
| 9370890 | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia, PA 19101–7346 |
| 9384353 | Janover LLC | 100 Quentin Roosevelt Blvd | Suite 516 | Garden City, NY 11530 |
| 9343421 | Jia Li Wang | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343435 | Jiamei Lu | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343412 | Jian Gong | c/o Kevin Kerveng Tung, Esq. | Kevin Kerveng Tung P.C. | Queens Crossing Business Center   136–20 38th Avenue, Suite 3D   Flushing, NY 11354 |
| 9384354 | Jiang Su Province Jian Gong Group LTD Beijing Bran | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F | Flushing NY 11354 |
| 9343434 | Jianhu Yi and Qiuju Jia | C/O Arthur Angel, Esq. | 1305 n. Poinsettia Place | Los Angeles, CA 90046 USA |
| 9384355 | Jianshengxie and Jiefu Zheng | ML and CHEN, P.C. | 136–79 Roosevelt Ave. Suite 303 | Flushing NY 11354 |
| 9384356 | John S. Lau | 53 Cody Avenue | Glen Head, NY 11545 | |
| 9343424 | Jonathan Young | 141 Allenby Road | Wellington Point, QLD 4160 | AUSTRALIA |
| 9343419 | Jun Chen aka Jonathan Ho | c/o Wayne Wei Zhu, Esq. | 4125 Kissena Blvd, Suite 112 | Flushing, NY 11355 |
| 9343436 | Jun Liu | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9384357 | June Shi | Thompson Hine Llp | 20 N. Clark St., Suite 800 | Chicago, IL 60602 |
| 9343430 | Kaixin Hong | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |
| 9384358 | Kercsmar Feltus & Collins PLLC | 7150 E. Camelback Road | Suite 285 | Scottsdale, AZ 85251 |
| 9343447 | Keyi Zilkie | c/o TroyGould PC | 1801 Century Park East, 16th Floor | Attn: Christopher A. Lilly   Los Angeles, CA 90067 |
| 9384359 | LALIVE SA | Rue de la Mairie 35 | 1207 Geneva | Switzerland |
| 9343418 | Lamp Capital, LLC | Attn: Bernardo Enriquez | 667 Madison Avenue | New York, NY 10065 |
| 9384361 | Lawall & Mitchell, LLC | 55 Madison Avenue | Morristown, NJ 07960 | |
| 9384363 | Liehong Zhuang | C/O Trexler & Zhang, LLP | 224 West 35th Street, 12th Floor | New York, NY 10001 |
| 9343415 | Liehong Zhuang/Xiao Yan Zhu | c/o Trexler & Zhang, LLP | 224 West 35th Street, 11th Floor | New York, NY 10001 |
| 9384364 | Lihong Wei Lafrenz (a/k/a Sara Wei) | Coppersmith Brockelman PLC | 2800 N. Central Avenue, Suite 1900 | Phoenix, AZ 85004 |
| 9343437 | Linda Cheng | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9384365 | Linda He Cheung | c/o Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 |
| 9343425 | Logan Cheng | c/o Jay M. Wolman | Randazza Legal Group, PLLC | 100 Pearl Street, 14th Floor   Hartford, CT 06103 |
| 9343438 | Mao–Fu Weng | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343411 | Nan Tong Si Jian | c/o Kevin Tung, Esq. | Kevin Kerveng Tung P.C. | Queens Crossing Business Center   136–20 38th Avenue, Suite 3D   Flushing, NY 11354 |
| 9384366 | Nan Tong Si Jian Group, LTD | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 |
| 9343407 | Ning Ye | Law Office of Ning Ye, Esq. | 135–11 8th Ave. #1A | Flushing, NY 11354 |
| 9384367 | Pacific Alliance Asia Opportunity | C/O OMelveney & Myers, LLP | 7 Times Square | New York, NY 10065 |
| 9384368 | Petrillo Klein & Boxer LLP | 655 Third Avenue | 22nd Floor | New York, NY 10017 |
| 9384369 | Quiju Jia | Arthur R. Angel, Attorney at Law | 1305 N. Poinsettia Place | Los Angeles, CA 90046 |
| 9384370 | Rong Zhang | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LL | 270 Madison Avenue | New York, NY 10016 |
| 9343439 | RuQin Wang | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9384371 | Rui Ma | C/O Arkin Solbakken, LLP | 900 Third Avenue, 18th Floor | New York, NY 10022 |
| 9358088 | Rui Ma | Carollynn HG Callari, Esq/Callari Partne | 100 Somerset Corporate Blvd., Suite 206 | Bridgewater, NJ 08807 |
| 9384372 | Ruizheng An | c/o AFN Law | 41 Madison Ave, 31st Floor | New York, NY 10010 |
| 9384373 | Rule of Law Foundation III, Inc. | KAUFMAN BORGEEST & RYAN LLP | 120 Broadway 14th Floor | New York, NY 10271 |
| 9384374 | Rule of Law Society IV Inc. | NORRIS MCLAUGHLIN, P.A | 7 Times Square, 21st Floor | New York, NY 10036 |
| 9384375 | Ruquin Wang | c/o Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 |
| 9343426 | SHI | C/O Thompson Hine | 20 N. Clark St., Ste 3200 | Chicago, IL 60602 USA    Attn: Steven A. Block, Esq. |
| 9348491 | Samuel Dan Nunberg | 600 South Dixie Highway, Suite 455 | West Palm Beach, FL 33401 | |
| 9384376 | Samuel Dan Nunberg | C/O Nesenoff & Miltenberg, LLP | 363 Seventh Ave, 5th Floor | New York, NY 10001 |
| 9343417 | Samuel Nunberg | C/O Nesenoff & Miltenberg, LLP | 363 Seventh Ave, 5th Floor | New York, NY 10001 USA    Attn: Andrew T. Miltenberg, Esq. |

| | | | | |
|---|---|---|---|---|
| 9384377 | Saraca Media Group, Inc. | Baker Hostetler | 2850 North Harwood Street Suite 1100 | Dallas, TX 75201 |
| 9384378 | Schulman Bhattacharya, LLC | 6116 Executive Boulevard | Suite 425 | Bethesda, MD 20852 |
| 9384379 | Selas Montbrial Avocats | 10, Rue Cimarosa | 75116 | Paris– France |
| 9384380 | Shane D Shook | 2821 Monterey Avenue | Soquel CA 95073 | |
| 9384382 | Shi Jia Zhuang Zhen Yuan Jian Zhu An Zhuang Gong C | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 |
| 9384383 | Shuang Wang | c/o Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 |
| 9384384 | Stokes Lawrence, PS | 1420 Fifth Avenue | Suite 3000 | Seattle,WA 98101 |
| 9384385 | Strategic Vision US, LLC | GRAVES GARRETT LLC | 1100 Main Street, Suite 2700 | Kansas City, MO 64105 |
| 9384386 | THE CASPER FIRM | 400 E. Pratt Street | Suite 903 | Baltimore, MD 21202 |
| 9384335 | TROUTMAN PEPPER HAMILTON SANDERS LLP | 1313 North Market Streets, Suite 5100 | Wilmington, DE 19801 | |
| 9343440 | Teli Chen | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA   Attn: Brian P. Lanciault, Esq. |
| 9384387 | The Francis Firm PLLC | 33 W. 60th Street, Flr 2 | New York, New York 10023 | |
| 9384388 | The Law Offices of Rafael A. Vargas | 100 N. Lasalle Street | Chicago, IL 60602 | |
| 9384389 | The Sherry–Netherland Hotel | 781 5th Avenue | New York, NY 10022 | |
| 9384390 | Thomas Ragland | JENNER & BLOCK LLP | 1099 New York Ave., NW, Suite 900 | Washington, DC 20001 |
| 9384391 | Troutman Pepper Hamilton Sanders LLP | 3000 Two Logan Square | Eighteenth and Arch Streets | Philadelphia, PA 19103 |
| 9384392 | U.S. Legal Support, Inc. | 200 West Jackson | Suite 600 | Chicago, IL 60606 |
| 9367001 | U.S. Securities and Exchange Commission | Attn: Bankruptcy Group | 100 Pearl Street, Suite 20–100 | New York, NY 10004 |
| 9384743 | UBS AG | Attn: Herbert–Smith Freehills LLP | Exchange House   Primrose Street | London, UK EC2A 2EG |
| 9384744 | UBS AG (London Branch) | Attn: Herbert Smith Freehills LLP | Exchange House   Primrose Street | London, UK EC2A 2EG |
| 9384393 | Una Manyee Wilkinson | 68–18 Juno Street | Forest Hills, NY 11375 | |
| 9384396 | VX Cerda & Associates | Attn: Victor Cerda | 601 Brickell Ave   Suite 700 | Miami, FL 33131 |
| 9384395 | Voice Guo Media, Inc. | Coppersmith Brockelman PLC | 2800 N. Central Avenue, Suite 1900 | Phoenix, AZ 85004 |
| 9343422 | WA&HF, LLC/Ruizeng An | C/O AFN Law | 41 Madison Avenue, 31st Floor | New York, NY 10010 USA   Attn: Angus Ni, Esq. |
| 9343427 | WANG | C/O Carmody Torrance Sandak & Hennessey | 195 Church Street, P.O. Box 1950 | New Haven, CT 6509 USA   Attn: David Grudberg |
| 9358089 | Weican "Watson" Meng and Boxun Inc. | c/o Carollynn HG Callari, Esq, | Callari Partners LLC   100 Somerset Corp. Blvd. Suite 206 | Bridgewater, NJ 08807 |
| 9384397 | Weican ("Watson") Meng | C/O Arkin Solbakken, LLP | 900 Third Avenue, 18th Floor | New York, NY 10022 |
| 9384398 | Weican Meng/Boxun, Inc. | C/O Arkin Solbakken, LLP | 900 Third Avenue, 18th Floor | New York, NY 10022 |
| 9343441 | Weiguo Sun | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA   Attn: Brian P. Lanciault, Esq. |
| 9343442 | Weixiand Ge | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA   Attn: Brian P. Lanciault, Esq. |
| 9384399 | Weixiang Ge | c/o Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 |
| 9343429 | Wen Lin | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA   Attn: Hung Ta |
| 9343433 | Xiaobo He | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA   Attn: Hung Ta |
| 9384401 | Xiaobo Luo | 250 Park Avenue, 7th Floor | c/o HGT Law | New York, NY 10177 |
| 9384402 | Xiaodan Wang | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LL | 270 Madison Avenue | New York, NY 10016 |
| 9343432 | Xiaoping Luo | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA   Attn: Hung Ta |
| 9343443 | Xingyu Yan | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA   Attn: Brian P. Lanciault, Esq. |
| 9343454 | Xiong Xian Wei Ye | C/O Kevin Tung, Esq. | 136–20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 USA   Attn: Kevin Tung, Esq |
| 9358703 | Xiqiu "Bob" Fu | c/o Irve J. Goldman | Pullman & Compley, LLC   P O Box 7006 | Bridgeport, CT 06601 |
| 9343423 | Xiqiu Fu | c/o The Lanier Law Firm | 10940 W. Sam Houston Pkwy N., Suite 100 | Houston, TX 77064 USA   Attn: Lawrence P. Wilson |
| 9384403 | Xiqui ("Bob") Fu | The Lanier Law Firm | 10940 W. Sam Houston Parkway N., Suite 1 | Houston,TX 77064 |
| 9343444 | Yan Gao | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA   Attn: Brian P. Lanciault, Esq. |
| 9384404 | Yan Huang | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 |
| 9343413 | Yan Zhao | c/o Law Office of Ning Ye, Esq. | 135–11 8th Ave.#1A | Flushing, NY 11354 |
| 9343409 | Yang Lan and Wu Zheng | 900 Third Avenue, 18th Floor | c/o Arkin Solbakken, LLP | New York, NY 10022   Attn: Robert C. Angelillo |
| 9384405 | Yeliang Xia | Dennis Stewart & Krischer PLLC | 2007 15th Street N, Suite 201 | Arlington, VA 22201 |

| | | | | | |
|---|---|---|---|---|---|
| 9343445 | Yi Li | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA | Attn: Brian P. Lanciault, Esq. |
| 9343446 | Ying Liu | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA | Attn: Brian P. Lanciault, Esq. |
| 9384406 | Yua Hua Zhuang Shi | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 | |
| 9343414 | Yua Hua Zhuang Shi | c/o Kevin Tung Esq. | Kevin Kerveng Tung P.C. | Queens Crossing Business Center | 136–20 38th Avenue, Suite 3D   Flushing, NY 11354 |
| 9344053 | Yue Hua Zhu Shi | 136–20 38th Avenue, Suite 3D | c/o Kevin Kerveng Tung, P.C. | Flushing, NY 11354 | Attn: Kevin Tung, Esq. |
| 9384407 | Yunxia Wu | c/o Giordano, Halleran &. Ciesla, P.C. | 1250 Broadway, 36th Floor | New York, NY 10010 | |
| 9384408 | Zeichner Ellman & Krause LLP | 1420 New York Avenue NW | Suite 210 | Washington, DC 20005 | |
| 9343456 | Zhen Yuan Jian Zhu | C/O Kevin Tung, Esq. | 38th Avenue, Suite 3d | Flushing, NY 11354 USA | |
| 9358087 | Zheng ("Bruno") Wu and Yang Lan | c/o Carollynn HG Callari, Esq/Callari, E | Callari Partners LLC | 100 Somerset Corp. Blvd., Suite 206 | Bridgewater, NJ 08807 |
| 9343428 | Zhengjun Dong | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA | Attn: Hung Ta |
| 9384409 | Zong Xian Weiye | c/o Kevin Tung | 38th Avenue Suite 3D | Flushing, NY 11354 | |
| 9343448 | yunxia Wu | c/o TroyGould PC | 1801 Century Park East, 16th Floor | Attn: Christopher A. Lilly | Los Angeles, CA 90067 |

TOTAL: 145