**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Genever Holdings Corporation**<br>Name | EIN __-_______ | |
| United States Bankruptcy Court | **District of Connecticut** | Date case filed for chapter **11** | **10/11/22** |
| Case number: | **22-50542 jam** | | |

Official Form 309F1 (For Corporations or Partnerships)




## Notice of Chapter 11 Bankruptcy Case

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Genever Holdings Corporation | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 200 Park Avenue, Floor 29<br>c/o Mr.Luc A.Despins, as Chapter 11<br>Trustee for Ch 11 Estate of Ho Wan Kwok<br>New York, NY 10166 | |
| 4. | **Debtor's attorney**<br>Name and address | Douglas S. Skalka<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510 | Contact phone (203) 821-2000<br>Email: dskalka@npmlaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 915 Lafayette Blvd<br>Bridgeport, CT 06604 | Hours open:<br>9:00 a.m. - 4:00 p.m. Monday - Friday<br>Contact phone 203-579-5808<br>Date: 10/12/22 |
| * 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | December 2, 2022 at 11:30 am<br>**Conference Line: 877-915-2934**<br>**Participant Code: 8494974** | Location:<br>**DUE TO COVID-19 THE MEETING OF CREDITORS WILL BE HELD TELEPHONICALLY.** |

**For more information, see page 2 >**

New Date for Meeting of Creditors

Debtor **Genever Holdings Corporation** Case number **22–50542**

**7. Proof of claim deadline**

**Deadline for filing proof of claim:**

**For all creditors (except a governmental unit):** **January 9, 2023**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:

- your claim is designated as *disputed*, *contingent*, or *unliquidated;*
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**8. Exception to discharge deadline**

The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline.

If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.

**Deadline for filing the complaint:** ____________

**9. Creditors with a foreign address**

If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**10. Filing a Chapter 11 bankruptcy case**

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.

**11. Discharge of debts**

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.





Label Matrix for local noticing
0205-5
Case 22-50542
District of Connecticut
Bridgeport
Thu Nov 3 10:57:09 EDT 2022

Genever Holdings Corporation
200 Park Avenue, Floor 29
c/o Mr.Luc A.Despins, as Chapter 11
Trustee for Ch 11 Estate of Ho Wan Kwok
New York, NY 10166-0005



Adam Leitman Bailey P.C.
Attn: President or General Mgr
1 Batery Park Plaza Fl 18
New York, NY 10004-1646



Bi Hai Ge Lin
C/O Kevin Tung, Esq.
136-30 38th Avenue Ste 3d
Flushing, NY 11354



Bravo Luck Limited
c/o Troutman Pepper
3000 Two Logan Square, 18th and Arch St
Philadelphia, PA 19103



Chao-Chih Chiu
c/o TroyGould PC
Attn: Christopher A. Lilly
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2302

Cheng Jian Wu Jian She
c/o Law Office of Ning Ye, Esq.
135-11 8th Ave., #1A
Flushing, NY 11354

Chenglong Wang
C/O HGT Law
Attn: Hung Ta
250 Park Avenue Fl 7
New York, NY 10177-0799

Foley & Lardner LLP
Attn: President or General Mgr
90 Park Avenue
New York, NY 10016-1301

Fu Le Hong Ma
c/o Kevin Tung, Esq.
136-30 38th Avenue Suite 3d
Flushing, NY 11354

Gaosheng Guo
c/o Law Office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354

Genever Holdings LLC
Attn: President or General Mgr
781 Fifth Avenue Apt. 1801
New York, NY 10022-5520

Goldberg Weprin Finkel Goldstein LLP
Attn: J. Ted Donovan, Kevin J. Nash
1501 Broadway 22nd Floor
New York, NY 10036-5600

Golden Spring New York
Attn: Max Krasner
162 E. 64th Street
New York, NY 10065-7478

Golden Spring New York
c/o Berkeley Rowe
Marble Arch Park House
116 Park St
Mayfair, London UK W1K 6SS



Hong Qi Qu
c/o Kevin Tung, P.C.
Attn: Kevin Tung, Esq.
Kevin Kerfeng Tung P.C.
136-20 38th Avenue Suite 3D
Flushing, NY 11354-4232

Huizhen Wang
c/o TroyGould PC
Attn: Christopher A. Lilly
1801 Century Park East 16th Floor
Los Angeles, CA 90067-2367

Internal Revenue Service
Attn: Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346

Jia Li Wang
c/o Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4670

Jiamei Lu
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4670

Jian Gong
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue Suite 3D
Flushing, NY 11354-4232

Jianhu Yi
C/O Arthur Angel, Esq.
1305 N. Poinsettia Place
Los Angeles, CA 90046-4305

Jonathan Young
141 Allenby Road
Wellington Point, QLD 4160 AUSTRALIA

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd Suite 112
Flushing, NY 11355-3150

Jun Liu
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4670

Kaixin Hong
C/O HGT Law
Attn: Hung Ta
250 Park Avenue 7th Floor
New York, NY 10177-0799

Keyi Zilkie
c/o TroyGould PC
Attn: Christopher A. Lilly
1801 Century Park East 16th Floor
Los Angeles, CA 90067-2302

Lamp Capital, LLC
Attn: Bernardo Enriquez
667 Madison Avenue
New York, NY 10065-8029



Liehong Zhuang/Xiao Yan Zhu
C/O Trexler & Zhang, LLP
224 West 35th Street 11th Fl
New York, NY 10001-2533

Linda Cheng
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4670





MAYER BROWN LLP
Attn: Derek L. Wright
71 South Wacker Drive
Chicago, IL 60606-4668

MAYER BROWN LLP
Attn: Douglas E. Spelfogel
1221 Avenue of the Americas
New York, NY 10020-1001

Mao-Fu Weng
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4670

NEW YORK STATE ATTORNEY GENERAL
Attn: Division of Administration
28 LIBERTY STREET
New York, NY 10005-1400

NYC Dept of Finance
Attn: Legal Affairs
345 Adams St Fl 3
Brooklyn, NY 11201-3739

NYC Dept of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY 10007-2601

NYS Dept of Taxation
Attn: Bankruptcy/Special Procedure
PO Box 5300
12205-0300

Nan Tong Si Jian
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue Suite 3D
Flushing, NY 11354-4232

(p)NEW YORK STATE ATTORNEY GENERAL
28 LIBERTY STREET
NY NY 10005-1400

Ning Ye
c/o Law Office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354







Qiang Guo
c/o Berkeley Rowe
Marble Arch Park House
116 Park St
Mayfair, London UK W1K 6SS

Qiuju Jia
c/o Arthur Angel, Esq.
1305 N. Poinsettia Place
Los Angeles, CA 90046-4305

Romer Debbas LLP
Attn: President or General Mgr
275 Madison Ave Ste 801
New York, NY 10016-1153

RuQin Wang
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor 10017-4670



SHI
C/O Thompson Hine
Attn: Steven A. Block, Esq.
20 N. Clark St. Ste 3200
60602-5093

STROOCK & STROOCK & LAVAN LLP
Attn: Sherry Millman
Curtis C. Mechling
180 Maiden Lane
New York, NY 10038-4925

Samuel Dan Nunberg
600 South Dixie Highway Suite 455
West Palm Beach, FL 33401-5851

Samuel Nunberg
C/O Nesenoff & Miltenberg, LLP
Attn: Andrew T. Miltenberg, Esq.
363 Seventh Ave 5th Floor
10001-3915

Teli Chen
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4670

The Sherry Netherland
Attn: President or General Mgr
781 5th Ave
New York, NY 10022-1046



U.S. Securities & Exchange Commission
Attn: Bankruptcy Unit
100 F Street, N.E.
Washington, DC 20549-2001



WA&HF, LLC/Ruizeng An
C/O AFN Law
Attn: Angus Ni, Esq.
41 Madison Avenue 31st Floor
New York, NY 10010-2345

Weiguo Sun
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4670

Weixiand Ge
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4670

Wen Lin
C/O HGT Law
Attn: Hung Ta
250 Park Avenue 7th Floor
New York, NY 10177-0799



Xiao Yan Zhu
C/O Trexler & Zhang, LLP
Attn: Jonathan T. Trexler, Esq.
224 West 35th Street 12th Floor
New York, NY 10001-2532

Xiaobo He
C/O HGT Law
Attn: Hung Ta
250 Park Avenue 7th Floor
New York, NY 10177-0799

Xiaoping Luo
C/O HGT Law
Attn: Hung Ta
250 Park Avenue 7th Floor
New York, NY 10177-0799

Xingyu Yan
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4670

Xiong Xian Wei Ye
C/O Kevin Tung, Esq.
Attn: Kevin Tung, Esq
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354-4232

Xiqiu Bob Fu
c/o Pullman & Comley, LLC
Attn: Irve J. Goldman
850 Main St., P O Box 7006
Bridgeport, CT 06601-7006

Xiqiu Fu
c/o The Lanier Law Firm
Attn: Lawrence P. Wilson
10940 W. Sam Houston Pkwy N. Suite 100
Houston, TX 77064-5768

Yan Gao
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4670

Yan Zhao
c/o Law Office of Ning Ye, Esq.
135-11 8th Avenue, #1A
Flushing, NY 11354





Yi Li
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4670

Ying Liu
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4670

Yongbing Zhang
223 West Jackson Blvd. #1012
Chicago, IL 60606-6916

Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue Suite 3D
Flushing, NY 11354-4232

Yue Hua Zhu Shi
c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue Suite 3D
Flushing, NY 11354-4232

Yunxia Wu
c/o TroyGould PC
Attn: Christopher A. Lilly
1801 Century Park East 16th Floor
Los Angeles, CA 90067-2302



Zhen Yuan Jian Zhu
C/O Kevin Tung, Esq.
136-30 38th Avenue Suite 3d
Flushing, NY 11354



Zhengjun Dong
C/O HGT Law
Attn: Hung Ta
250 Park Avenue 7th Floor
New York, NY 10177-0799



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

New York State Attorney General
Attn: Division of Administration
120 Broadway
New York, NY 10271-0002

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bravo Luck Limited
Attn: President or General Mgr
PO Box 957
Off Shore Incorporation Centre
Road Town Tortola BVI

(u)Pacific Alliance Asia
Opportunity Fund L.P.
c/o Foley & Lardner LLP
Attn: D. Spelfogel, R. Bernard
and A. Nann
90 Park Avenue

(u)Qiang Guo
c/o Bravo Luck Limited
P.O. Box 957
OffShore Incorporation Centre
Road Town Tortola BVI

End of Label Matrix
Mailable recipients 95
Bypassed recipients 3
Total 98