United States Bankruptcy Court
District of Connecticut

In re:  
Ho Wan Kwok  
Genever Holdings Corporation  
    Debtors

Case No. 22-50073-jam  
Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0205-5 | User: admin | Page 1 of 8 |
|---|---|---|
| Date Rcvd: Nov 03, 2022 | Form ID: 112 | Total Noticed: 143 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ho Wan Kwok, 373 Taconic Road, Greenwich, CT 06831-2828 |
| 9384740 | | Ace Decade Holdings Limited, Attn: Harcus Parker, 7th Floor, Melbourne House, 44-46 Aldwych, London, UK WC2B 4LL |
| 9384317 | + | Baiqiao Tang, 501 Forest Avenue, #501, Palo Alto, CA 94301-2613 |
| 9363388 | + | Baker & Hostetler LLP, Attn: Andrew Layden, 200 S. Orange Avenue, Suite 2300, Orlando, FL 32801-3432 |
| 9384318 | + | Baker Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111-1099 |
| 9384319 | + | Beijing Bi Hai Ge Lin Yuan Lin Lu Hua, Ltd., c/o Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9384320 | + | Beijing Cheng Jian Wu Jian She Group, LTD, c/o Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9384321 | + | Beijing Fu Le Hong Ma Jian Zhu Zhuang Shi Gong Che, c/o Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9384322 | + | Beijing Zhong Xian Wei Ye Stainless Decoration Ctr, c/o Kein Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9343455 | + | Bi Hai Ge Lin, C/O Kevin Tung, Esq., 38th Avenue, Suite 3d, Flushing, NY 11354 USA 11363 |
| 9384323 | + | Boxun, Inc., C/O Arkin Solbakken, LLP, 900 Third Avenue, 18th Floor, New York, NY 10022-5000 |
| 9384324 | | Bravo Luck Ltd., P.O. Box 957, Offshore Incorporations Centre, Road Tow, Tortola, British Virgin Islands |
| 9384325 | + | Burnette Shutt McDaniel, 912 Lady Street, 2nd Floor, PO Box 1929, Columbia, SC 29202-1929 |
| 9384332 | ++ | CLAYMAN & ROSENBERG LLP, ATTN PAUL HUGEL, 60 EAST 42ND ST, SUITE 650, NEW YORK NY 10165-0650 address filed with court:, Clayman & Rosenberg LLP, 305 Madison Avenue, Suite 650, New York, NY 10165 |
| 9384326 | + | Chao-Chic Chiu, c/o Giordano, Halleran &. Ciesla, P.C., 1250 Broadway, 36th Floor, New York, NY 10001-3709 |
| 9343450 | + | Chao-Chih Chiu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| 9384329 | | Cheng (NY), c/o Randazza Law Firm, 2764 Sahara Drive, Suite 109, Las Vegas, NV 89117 |
| 9343406 | | Cheng Jian Wu Jian She, c/o Law Office of Ning Ye, Esq., 136-11 8th Ave., #1A, Flushing, NY 11354 |
| 9343431 | + | Chenglong Wang, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9384330 | + | Chong Shen Raphanella, WOLF HALDENSTEIN ADLER FREEMAN & HERZ LL, 270 Madison Avenue, New York NY 10016-0601 |
| 9384331 | + | Clark Hill PLC, JENNER & BLOCK LLP, 1099 New York Ave., NW, Suite 900, Washington DC 20001-4412 |
| 9384333 | + | Danyu Lin, 128 Woodcock Trail, West Columbia, SC 29169-3754 |
| 9384741 | | Dawn State Limited, Attn: Harcus Parker, 7th Floor, Melbourne House, 44-46 Aldwych, London, UK WC2B 4LL |
| 9384334 | + | Dongna Fang, Law Offices of Phillips and King PLLC, 5041 Airport Fwy, Fort Worth, TX 76117-6252 |
| 9384336 | + | Fan Bingbing, Lavely & Singer, 4 New York Plaza, 2nd Floor, Cameron A. Stracher, Esq., New York, NY 10004-2466 |
| 9384337 | | Forbes Hare, Qwomar Building PO Box 4649, Road Town Tortola VG1110, British Virgin Islands |
| 9343457 | + | Fu Le Hong Ma, C/O Kevin Tung, Esq., 38th Avenue, Suite 3d, Flushing, NY 11354 USA 11363 |
| 9384338 | + | G Club Operations LLC, 53 Calle Palmeras, Suite 1401, San Juan, PR 00901-2417 |
| 9384343 | #+ | GTV Media Group, Inc., LAWALL & MITCHELL, LLC, 162 E. 64th Street, New York, NY 10065-7478 |
| 9384339 | + | Ganfer Shore Leeds & Zauderer, 360 Lexington Avenue, New York, NY 10017-6502 |
| 9343408 | | Gaosheng Guo, c/o Law Office of Ning Ye, Esq., 135-11 8th Ave. #1A, Flushing, NY 11354 |
| 9384340 | | Genever Holdings Corporation, P.O. Box 3170, Road Town, Tortola, British Virgin Islands |
| 9384341 | + | Genever Holdings LLC, Unit 1801, The Sherry- Netherland Apartments, 781 Fifth Avenue, New York NY 10022-5520 |
| 9343404 | #+ | Golden Spring New York, 162 E. 64th Street, New York, NY 10605 USA 10065-7478 |
| 9384342 | + | Goldfarb & Huck Roth Riojas, PLLC, 925 Fourth Avenue, Suite 3950, Seattle, WA 98104-1510 |
| 9384344 | + | Guo Baosheng, C/O Law Office of Ning Ye, Esq., 135-11 38th Avenue, Suite 1A, Flushing, NY 11354-4440 |

Case 22-50073   Doc 1069   Filed 11/05/22   Entered 11/06/22 00:15:15   Page 2 of 9

| District/off: 0205-5 | User: admin | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Nov 03, 2022 | Form ID: 112 | Total Noticed: 143 |

| | | |
|---|---|---|
| 9384345 | + | Haihong Wang, Carmody Torrance Sandak & Hennessey, LLP, 195 Church St. 18th floor, PO Box 1950, New Haven, CT 06509-1950 |
| 9384347 | + | He Bei Yue Hua Zhuang Shi Gong Cheng LTD., C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9343410 | + | Hong Qi Qu, c/o Kevin Tung, Esq., Kevin Kerveng Tung P.C., 136-20 38th Avenue, Suite 3D, Flushing, NY 11354-4232 |
| 9384351 | + | Hong Qi Qu Jian She Group, LTD., C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9384352 | + | Hong Zeng, 3020 Edwin Ave., Apt. 1H, Fort Lee, NJ 07024-3415 |
| 9343449 | | Huizhen Wang, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2367 |
| 9384353 | + | Janover LLC, 100 Quentin Roosevelt Blvd, Suite 516, Garden City, NY 11530-4843 |
| 9343421 | + | Jia Li Wang, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343435 | + | Jiamei Lu, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343412 | + | Jian Gong, c/o Kevin Kerveng Tung, Esq., Kevin Kerveng Tung P.C., Queens Crossing Business Center, 136-20 38th Avenue, Suite 3D Flushing, NY 11354-4232 |
| 9384354 | + | Jiang Su Province Jian Gong Group LTD Beijing Bran, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing NY 11354-4232 |
| 9343434 | + | Jianhu Yi and Qiuju Jia, C/O Arthur Angel, Esq., 1305 n. Poinsettia Place, Los Angeles, CA 90046-4305 |
| 9384355 | + | Jianshengxie and Jiefu Zheng, ML and CHEN, P.C., 136-79 Roosevelt Ave. Suite 303, Flushing NY 11354-5557 |
| 9384356 | + | John S. Lau, 53 Cody Avenue, Glen Head, NY 11545-1213 |
| 9343424 | | Jonathan Young, 141 Allenby Road, Wellington Point, QLD 4160, AUSTRALIA |
| 9343419 | + | Jun Chen aka Jonathan Ho, c/o Wayne Wei Zhu, Esq., 4125 Kissena Blvd, Suite 112, Flushing, NY 11355-3150 |
| 9343436 | + | Jun Liu, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343430 | + | Kaixin Hong, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9384358 | + | Kercsmar Feltus & Collins PLLC, 7150 E. Camelback Road, Suite 285, Scottsdale, AZ 85251-1225 |
| 9343447 | + | Keyi Zilkie, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| 9384359 | | LALIVE SA, Rue de la Mairie 35, 1207 Geneva, Switzerland |
| 9343418 | + | Lamp Capital, LLC, Attn: Bernardo Enriquez, 667 Madison Avenue, New York, NY 10065-8029 |
| 9384361 | + | Lawall & Mitchell, LLC, 55 Madison Avenue, Morristown, NJ 07960-7337 |
| 9384363 | + | Liehong Zhuang, C/O Trexler & Zhang, LLP, 224 West 35th Street, 12th Floor, New York, NY 10001-2532 |
| 9343415 | #+ | Liehong Zhuang/Xiao Yan Zhu, c/o Trexler & Zhang, LLP, 224 West 35th Street, 11th Floor, New York, NY 10001-2533 |
| 9384364 | + | Lihong Wei Lafrenz (a/k/a Sara Wei), Coppersmith Brockelman PLC, 2800 N. Central Avenue, Suite 1900, Phoenix, AZ 85004-1241 |
| 9343437 | + | Linda Cheng, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9384365 | + | Linda He Cheung, c/o Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666 |
| 9343425 | + | Logan Cheng, c/o Jay M. Wolman, Randazza Legal Group, PLLC, 100 Pearl Street, 14th Floor, Hartford, CT 06103-4500 |
| 9343438 | + | Mao-Fu Weng, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343411 | + | Nan Tong Si Jian, c/o Kevin Tung, Esq., Kevin Kerveng Tung P.C., Queens Crossing Business Center, 136-20 38th Avenue, Suite 3D Flushing, NY 11354-4232 |
| 9384366 | + | Nan Tong Si Jian Group, LTD, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9343407 | | Ning Ye, Law Office of Ning Ye, Esq., 135-11 8th Ave. #1A, Flushing, NY 11354 |
| 9384367 | + | Pacific Alliance Asia Opportunity, C/O OMelveney & Myers, LLP, 7 Times Square, New York, NY 10036-6524 |
| 9384368 | + | Petrillo Klein & Boxer LLP, 655 Third Avenue, 22nd Floor, New York, NY 10017-9106 |
| 9384369 | + | Quiju Jia, Arthur R. Angel, Attorney at Law, 1305 N. Poinsettia Place, Los Angeles, CA 90046-4305 |
| 9384370 | + | Rong Zhang, WOLF HALDENSTEIN ADLER FREEMAN & HERZ LL, 270 Madison Avenue, New York, NY 10016-0601 |
| 9343439 | + | RuQin Wang, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9358088 | + | Rui Ma, Carollynn HG Callari, Esq/Callari Partne, 100 Somerset Corporate Blvd., Suite 206, Bridgewater, NJ 08807-2842 |
| 9384371 | + | Rui Ma, C/O Arkin Solbakken, LLP, 900 Third Avenue, 18th Floor, New York, NY 10022-5000 |
| 9384372 | + | Ruizheng An, c/o AFN Law, 41 Madison Ave, 31st Floor, New York, NY 10010-2345 |
| 9384373 | + | Rule of Law Foundation III, Inc., KAUFMAN BORGEEST & RYAN LLP, 120 Broadway 14th Floor, New York, NY 10271-0029 |
| 9384374 | + | Rule of Law Society IV Inc., NORRIS MCLAUGHLIN, P.A, 7 Times Square, 21st Floor, New York, NY 10036-6551 |
| 9384375 | + | Ruquin Wang, c/o Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666 |
| 9343426 | + | SHI, C/O Thompson Hine, 20 N. Clark St., Ste 3200, Chicago, IL 60602-5093, Attn: Steven A. Block, Esq. |
| 9384376 | + | Samuel Dan Nunberg, C/O Nesenoff & Miltenberg, LLP, 363 Seventh Ave, 5th Floor, New York, NY 10001-3915 |
| 9348491 | + | Samuel Dan Nunberg, 600 South Dixie Highway, Suite 455, West Palm Beach, FL 33401-5851 |
| 9343417 | + | Samuel Nunberg, C/O Nesenoff & Miltenberg, LLP, 363 Seventh Ave, 5th Floor, New York, NY 10001-3915, Attn: Andrew T. Miltenberg, Esq. |
| 9384377 | + | Saraca Media Group, Inc., Baker Hostetler, 2850 North Harwood Street Suite 1100, Dallas, TX 75201-2644 |
| 9384378 | + | Schulman Bhattacharya, LLC, 6116 Executive Boulevard, Suite 425, Bethesda, MD 20852-4937 |
| 9384379 | | Selas Montbrial Avocats, 10, Rue Cimarosa, 75116, Paris- France |
| 9384380 | + | Shane D Shook, 2821 Monterey Avenue, Soquel CA 95073-2807 |
| 9384382 | + | Shi Jia Zhuang Zhen Yuan Jian Zhu An Zhuang Gong C, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9384383 | + | Shuang Wang, c/o Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666 |
| 9384384 | + | Stokes Lawrence, PS, 1420 Fifth Avenue, Suite 3000, Seattle,WA 98101-2393 |
| 9384385 | + | Strategic Vision US, LLC, GRAVES GARRETT LLC, 1100 Main Street, Suite 2700, Kansas City, MO 64105-5195 |
| 9384386 | + | THE CASPER FIRM, 400 E. Pratt Street, Suite 903, Baltimore, MD 21202-3127 |
| 9384335 | + | TROUTMAN PEPPER HAMILTON SANDERS LLP, 1313 North Market Streets, Suite 5100, Wilmington, DE 19801-6111 |

| District/off: 0205-5 | User: admin | Page 3 of 8 |
|---|---|---|
| Date Rcvd: Nov 03, 2022 | Form ID: 112 | Total Noticed: 143 |

| | | |
|---|---|---|
| 9343440 | + | Teli Chen, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9384387 | + | The Francis Firm PLLC, 33 W. 60th Street, Flr 2, New York, New York 10023-7905 |
| 9384388 | + | The Law Offices of Rafael A. Vargas, 100 N. Lasalle Street, Chicago, IL 60602-3546 |
| 9384389 | + | The Sherry-Netherland Hotel, 781 5th Avenue, New York, NY 10022-1046 |
| 9384390 | + | Thomas Ragland, JENNER & BLOCK LLP, 1099 New York Ave., NW, Suite 900, Washington, DC 20001-4412 |
| 9384391 | | Troutman Pepper Hamilton Sanders LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103 |
| 9384392 | + | U.S. Legal Support, Inc., 200 West Jackson, Suite 600, Chicago, IL 60606-6941 |
| 9367001 | + | U.S. Securities and Exchange Commission, Attn: Bankruptcy Group, 100 Pearl Street, Suite 20-100, New York, NY 10004-6003 |
| 9384743 | | UBS AG, Attn: Herbert-Smith Freehills LLP, Exchange House, Primrose Street, London, UK EC2A 2EG |
| 9384744 | | UBS AG (London Branch), Attn: Herbert Smith Freehills LLP, Exchange House, Primrose Street, London, UK EC2A 2EG |
| 9384393 | + | Una Manyee Wilkinson, 68-18 Juno Street, Forest Hills, NY 11375-5728 |
| 9384396 | | VX Cerda & Associates, Attn: Victor Cerda, 601 Brickell Ave, Suite 700, Miami, FL 33131 |
| 9384395 | + | Voice Guo Media, Inc., Coppersmith Brockelman PLC, 2800 N. Central Avenue, Suite 1900, Phoenix, AZ 85004-1241 |
| 9343422 | + | WA&HF, LLC/Ruizeng An, C/O AFN Law, 41 Madison Avenue, 31st Floor, New York, NY 10010-2345, Attn: Angus Ni, Esq. |
| 9343427 | + | WANG, C/O Carmody Torrance Sandak & Hennessey, 195 Church Street, P.O. Box 1950, New Haven, CT 6509 USA 06509-1950, Attn: David Grudberg |
| 9384397 | + | Weican (Watson) Meng, C/O Arkin Solbakken, LLP, 900 Third Avenue, 18th Floor, New York, NY 10022-5000 |
| 9384398 | + | Weican Meng/Boxun, Inc., C/O Arkin Solbakken, LLP, 900 Third Avenue, 18th Floor, New York, NY 10022-5000 |
| 9358089 | + | Weican Watson Meng and Boxun Inc., c/o Carollynn HG Callari, Esq,, Callari Partners LLC, 100 Somerset Corp. Blvd. Suite 206, Bridgewater, NJ 08807-2842 |
| 9343441 | + | Weiguo Sun, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343442 | + | Weixiand Ge, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9384399 | + | Weixiang Ge, c/o Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666 |
| 9343429 | + | Wen Lin, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9343433 | + | Xiaobo He, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9384401 | + | Xiaobo Luo, 250 Park Avenue, 7th Floor, c/o HGT Law, New York, NY 10177-0799 |
| 9384402 | + | Xiaodan Wang, WOLF HALDENSTEIN ADLER FREEMAN & HERZ LL, 270 Madison Avenue, New York, NY 10016-0601 |
| 9343432 | + | Xiaoping Luo, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9343443 | + | Xingyu Yan, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343454 | + | Xiong Xian Wei Ye, C/O Kevin Tung, Esq., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232, Attn: Kevin Tung, Esq |
| 9358703 | + | Xiqiu Bob Fu, c/o Irve J. Goldman, Pullman & Compley, LLC, P O Box 7006, Bridgeport, CT 06601-7006 |
| 9343423 | + | Xiqiu Fu, c/o The Lanier Law Firm, 10940 W. Sam Houston Pkwy N., Suite 100, Houston, TX 77064-5768, Attn: Lawrence P. Wilson |
| 9384403 | + | Xiqui (Bob) Fu, The Lanier Law Firm, 10940 W. Sam Houston Parkway N., Suite 1, Houston,TX 77064-5768 |
| 9343444 | + | Yan Gao, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9384404 | + | Yan Huang, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9343413 | | Yan Zhao, c/o Law Office of Ning Ye, Esq., 135-11 8th Ave.#1A, Flushing, NY 11354 |
| 9343409 | + | Yang Lan and Wu Zheng, 900 Third Avenue, 18th Floor, c/o Arkin Solbakken, LLP, New York, NY 10022-5000, Attn: Robert C. Angelillo |
| 9384405 | + | Yeliang Xia, Dennis Stewart & Krischer PLLC, 2007 15th Street N, Suite 201, Arlington, VA 22201-2621 |
| 9343445 | + | Yi Li, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343446 | + | Ying Liu, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9384406 | + | Yua Hua Zhuang Shi, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9343414 | + | Yua Hua Zhuang Shi, c/o Kevin Tung Esq., Kevin Kerveng Tung P.C., Queens Crossing Business Center, 136-20 38th Avenue, Suite 3D Flushing, NY 11354-4232 |
| 9344053 | + | Yue Hua Zhu Shi, 136-20 38th Avenue, Suite 3D, c/o Kevin Kerveng Tung, P.C., Flushing, NY 11354-4232, Attn: Kevin Tung, Esq. |
| 9384407 | + | Yunxia Wu, c/o Giordano, Halleran &. Ciesla, P.C., 1250 Broadway, 36th Floor, New York, NY 10001-3709 |
| 9384408 | + | Zeichner Ellman & Krause LLP, 1420 New York Avenue NW, Suite 210, Washington, DC 20005-2122 |
| 9343456 | + | Zhen Yuan Jian Zhu, C/O Kevin Tung, Esq., 38th Avenue, Suite 3d, Flushing, NY 11354 USA 11363 |
| 9358087 | + | Zheng (Bruno) Wu and Yang Lan, c/o Carollynn HG Callari, Esq/Callari, E, Callari Partners LLC, 100 Somerset Corp. Blvd., Suite 206, Bridgewater, NJ 08807-2842 |
| 9343428 | + | Zhengjun Dong, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9384409 | + | Zong Xian Weiye, c/o Kevin Tung, 38th Avenue Suite 3D, Flushing, NY 11363 |
| 9343448 | + | yunxia Wu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |

TOTAL: 142

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| 9370890 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 03 2022 18:27:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 4 of 8 |
| Date Rcvd: Nov 03, 2022 | Form ID: 112 | Total Noticed: 143 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9343402 | | 22-50073 |
| 9384346 | | Harcus Parker, 7th Floor, Melbourne House,, 44-46 Aldwych, London, WC2B 4LL |
| 9384357 | ##+ | June Shi, Thompson Hine Llp, 20 N. Clark St., Suite 800, Chicago, IL 60602-4119 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2022              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Romney | on behalf of Debtor Ho Wan Kwok aromney@zeislaw.com  swenthen@zeislaw.com |
| Aaron Romney | on behalf of Interested Party Mei Guo aromney@zeislaw.com  swenthen@zeislaw.com |
| Aaron Romney | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron Romney | on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com  swenthen@zeislaw.com |
| Aaron Romney | on behalf of Counter-Defendant Mei Guo aromney@zeislaw.com  swenthen@zeislaw.com |
| Aaron Romney | on behalf of Counter-Defendant HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron Romney | on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com  swenthen@zeislaw.com |
| Aaron Romney | on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron A Mitchell | on behalf of Debtor Ho Wan Kwok aaron@lmesq.com |
| Andrew V. Layden | on behalf of Interested Party BakerHostetler alayden@bakerlaw.com |
| Annecca H. Smith | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com |
| Annecca H. Smith | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com |
| Avram Emmanuel Luft | on behalf of Chapter 11 Trustee Luc A. Despins aviluft@paulhastings.com |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 5 of 8 |
| Date Rcvd: Nov 03, 2022 | Form ID: 112 | Total Noticed: 143 |

Carollynn H.G. Callari
    on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com

Carollynn H.G. Callari
    on behalf of Creditor Zheng Wu ccallari@callaripartners.com

Carollynn H.G. Callari
    on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com

Danielle L. Merola
    on behalf of Interested Party BakerHostetler dmerola@bakerlaw.com

David S. Forsh
    on behalf of Creditor Zheng Wu dforsh@callaripartners.com

David S. Forsh
    on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com

David S. Forsh
    on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com

David V. Harbach, II
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com

Douglas S. Skalka
    on behalf of Chapter 11 Trustee Luc A. Despins dskalka@npmlaw.com
    smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Debtor Genever Holdings Corporation dskalka@npmlaw.com
    smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Counter-Claimant Luc A. Despins dskalka@npmlaw.com
    smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Defendant Luc A. Despins dskalka@npmlaw.com  smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglass E. Barron
    on behalf of Chapter 11 Trustee Luc A. Despins douglassbarron@paulhastings.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC ehenzy@zeislaw.com,
    cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Debtor Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com

Evan S. Goldstein
    on behalf of Interested Party Hing Chi Ngok egoldstein@uks.com

Evan S. Goldstein
    on behalf of Interested Party Greenwich Land  LLC egoldstein@uks.com

G. Alexander Bongartz
    on behalf of Chapter 11 Trustee Luc A. Despins alexbongartz@paulhastings.com

Holley L. Claiborn
    on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Irve J. Goldman
    on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com  rmccoy@pullcom.com

James C. Graham
    on behalf of Trustee Luc A. Despins jgraham@npmlaw.com  sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham
    on behalf of Chapter 11 Trustee Luc A. Despins jgraham@npmlaw.com
    sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham
    on behalf of Defendant Luc A. Despins jgraham@npmlaw.com  sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James J. Healy
    on behalf of Interested Party Williams & Connolly LLP jhealy@cowderymurphy.com

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 6 of 8 |
| Date Rcvd: Nov 03, 2022 | Form ID: 112 | Total Noticed: 143 |

James M. Moriarty
    on behalf of Interested Party Mei Guo jmoriarty@zeislaw.com  kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com  kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Counter-Defendant Mei Guo jmoriarty@zeislaw.com  kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com  kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Debtor Ho Wan Kwok jmoriarty@zeislaw.com  kjoseph@zeislaw.com

Jay Marshall Wolman
    on behalf of Plaintiff Logan Cheng jmw@randazza.com  ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman
    on behalf of Creditor Logan Cheng jmw@randazza.com  ecf-6898@ecf.pacerpro.com

Jeffrey M. Sklarz
    on behalf of Interested Party BakerHostetler jsklarz@gs-lawfirm.com aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

John Troy
    on behalf of Interested Party Troy Law  PLLC johntroy@troypllc.com

John L. Cesaroni
    on behalf of Debtor Ho Wan Kwok jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Counter-Defendant Mei Guo jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Interested Party Mei Guo jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Counter-Defendant HK International Funds Investments (USA) Limited  LLC jcesaroni@zeislaw.com

Jonathan Kaplan
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com prulewicz@pullcom.com;rmccoy@pullcom.com

Kellianne Baranowsky
    on behalf of Interested Party BakerHostetler kbaranowsky@gs-lawfirm.com aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kristin B. Mayhew
    on behalf of Plaintiff Zheng Wu kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Creditor Zheng Wu kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of 20 Largest Creditor Rui Ma kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Rui Ma kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Yang Lan kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Boxun Inc. kmayhew@mdmc-law.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew

Case 22-50073    Doc 1069    Filed 11/05/22    Entered 11/06/22 00:15:15    Page 7 of 9

| District/off: 0205-5 | User: admin | Page 7 of 8 |
|---|---|---|
| Date Rcvd: Nov 03, 2022 | Form ID: 112 | Total Noticed: 143 |

| | |
|---|---|
| | on behalf of 20 Largest Creditor Weican Meng kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of Plaintiff Weican (Watson) Meng kmayhew@mdmc-law.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Laura Aronsson | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com |
| Lawrence S. Grossman | |
| | on behalf of Interested Party BakerHostetler LGrossman@gs-lawfirm.com aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com |
| Luc A. Despins | |
| | lucdespins@paulhastings.com matlaskowski@paulhastings.com;davidmohamed@paulhastings.com |
| Luc A. Despins | |
| | on behalf of Chapter 11 Trustee Luc A. Despins lucdespins@paulhastings.com matlaskowski@paulhastings.com;davidmohamed@paulhastings.com |
| Lucas Bennett Rocklin | |
| | on behalf of Chapter 11 Trustee Luc A. Despins lrocklin@npmlaw.com NeubertPepeMonteithPC@jubileebk.net |
| Mia N. Gonzalez | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com |
| Michael S. Weinstein | |
| | on behalf of Creditor Rong Zhang mweinstein@golenbock.com |
| Michael S. Weinstein | |
| | on behalf of Creditor Chong Shen Raphanella mweinstein@golenbock.com |
| Michael S. Weinstein | |
| | on behalf of Creditor Xiaodan Wang mweinstein@golenbock.com |
| Nicholas A. Bassett | |
| | on behalf of Chapter 11 Trustee Luc A. Despins nicholasbassett@paulhastings.com |
| Patrick M. Birney | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com |
| Patrick M. Birney | |
| | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com |
| Patrick R. Linsey | |
| | on behalf of Defendant Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | |
| | on behalf of Counter-Claimant Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | |
| | on behalf of Plaintiff Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | |
| | on behalf of Trustee Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | |
| | on behalf of Chapter 11 Trustee Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Peter Friedman | |
| | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter Friedman | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter J. Zarella | |
| | on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com |
| Peter J. Zarella | |
| | on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com |
| Peter J. Zarella | |
| | on behalf of Creditor Zheng Wu pzarella@mdmc-law.com |
| Samuel Bryant Davidoff | |
| | on behalf of Interested Party Williams & Connolly LLP sdavidoff@wc.com |
| Sara Pahlavan | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. spahlavan@omm.com |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 8 of 8 |
| Date Rcvd: Nov 03, 2022 | Form ID: 112 | Total Noticed: 143 |

Scott D. Rosen
    on behalf of Attorney Cohn Birnbaum & Shea  P.C. srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Stephen M. Kindseth
    on behalf of Interested Party Mei Guo skindseth@zeislaw.com  cjervey@zeislaw.com

Stephen M. Kindseth
    on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth
    on behalf of Debtor Ho Wan Kwok skindseth@zeislaw.com  cjervey@zeislaw.com

Stuart M. Sarnoff
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com  stuart-sarnoff-1059@ecf.pacerpro.com

Thomas J. Sansone
    on behalf of Plaintiff Xiaodan Wang tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Creditor Chong Shen Raphanella tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Creditor Xiaodan Wang tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Plaintiff Chong Shen Raphanella tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Attorney Michael S. Weinstein tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Creditor Rong Zhang tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Plaintiff Rong Zhang tsansone@carmodylaw.com

Tiffany Troy
    on behalf of Creditor Troy Law  PLLC tiffanytroy@troypllc.com, troylaw@troypllc.com

Tristan G. Axelrod
    on behalf of Creditor Brown Rudnick LLP taxelrod@brownrudnick.com

Tristan G. Axelrod
    on behalf of Creditor Verdolino & Lowey  P.C. taxelrod@brownrudnick.com

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

William R. Baldiga
    on behalf of Creditor Brown Rudnick LLP wbaldiga@brownrudnick.com

TOTAL: 109

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
November 3, 2022

In re:
    Ho Wan Kwok

    Genever Holdings Corporation
    Debtor*

Case Number: 22−50073
Chapter: 11

### NOTICE OF HEARING

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE NOTICE** that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **November 15, 2022** at **01:00 PM** to consider and act upon the following matter(s):

    **Application to Employ Neubert, Pepe & Monteith, P.C. as Counsel to Genever BVI Debtor Filed by Douglas S. Skalka on behalf of Genever Holdings Corporation, Debtor. (Re: Doc #1060)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non−evidentiary hearing, and, may be continued or adjourned without further notice.

**If you want the court to consider your response on the above−mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above−referenced matter and may enter an order granting that relief.**

**OBJECTION(S) DUE:** November 8, 2022 before 4:00 p.m. Untimely objections may not be considered.

Dated: November 3, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − pe