**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re: :  Chapter 11
:
HO WAN KWOK, *et al.* :  Case No. 22-50073 (JAM)
:
       Debtors.[1] :  Jointly Administered
:
------------------------------------------------------x
:
In re: :
:
                                     :  Chapter 11
GENEVER HOLDINGS LLC, :
:  Case No. 22-50592 (JAM)
       Debtor. :
:
------------------------------------------------------x

**MOTION, PURSUANT TO BANKRUPTCY RULE 9006(c)(1), TO EXPEDITE HEARING ON MOTION OF (A) CHAPTER 11 TRUSTEE FOR CHAPTER 11 CASE OF HO WAN KWOK, (B) GENEVER HOLDINGS CORPORATION, AND (C) GENEVER HOLDINGS LLC FOR ENTRY OF ORDER (I) DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), Genever Holdings Corporation (the "Genever (BVI) Debtor"), and Genever Holdings LLC ("Genever (US) Debtor" and, together with the Trustee and the Genever (BVI) Debtor, the "Movants") by and through their undersigned counsel, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby move (the "Motion to Expedite") this Court for an order scheduling

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) and Genever Holdings Corporation. The mailing address for the Trustee and the Genever (BVI) Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

1

an expedited hearing, if any, to consider and determine the Motion of (a) Chapter 11 Trustee for Chapter 11 Case of Ho Wan Kwok, (b) Genever Holdings Corporation, and (c) Genever Holdings LLC for Entry of Order (i) Directing Joint administration of Related Chapter 11 Cases and (ii) Granting Related Relief [Docket No. 1070] (the "Joint Administration Motion").[2] In support of this Motion to Expedite, the Movants respectfully state as follows:

## JURISDICTION, VENUE, AND STATUTORY BASIS

1. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut (as amended). The Joint Administration Motion, including this Motion to Expedite with respect thereto, is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief sought by this Motion to Expedite is Bankruptcy Rule 9006(c)(1).

## BACKGROUND

**A.   Individual Debtor's and Genever (BVI) Debtor's Cases**

4. On February 15, 2022, the Individual Debtor filed with the Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

5. On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") in the Individual Debtor's chapter 11 case (the "Chapter 11 Case"). No examiner has been appointed in the Chapter 11 Case.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Joint Administration Motion.

6. On July 8, 2022, the Court entered an order granting the appointment of the Trustee as the chapter 11 trustee in the Individual Debtor's chapter 11 case [Docket No. 523 in Case No. 22-50073 (JAM)].

7. On October 11, 2022, Genever (BVI) filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court.

8. No trustee or official committee of unsecured creditors has been appointed in Genever (BVI)'s chapter 11 case.

9. October 14, 2022, the Court entered an order granting joint administration of the Individual Debtor's chapter 11 case and Genever (BVI)'s chapter 11 case [Docket No. 970].

**B.** **Genever (US) Debtor's Chapter 11 Case**

10. On October 12, 2020, the Genever (US) Debtor filed its chapter 11 petition in the United State Bankruptcy Court for the Southern District of New York (the "New York Bankruptcy Court").

11. The Genever (US) Debtor is a wholly owned subsidiary of the Genever (BVI) Debtor.

12. On September 30, 2022, the Trustee and Genever (US) Debtor filed their joint motion to transfer venue of the Genever (US) Debtor's chapter 11 case to this Court [Docket No. 211 in Case No. 20-12411 (JLG)] (the "Venue Transfer Motion").

13. By order dated November 3, 2022, the New York Bankruptcy Court granted the Venue Transfer Motion, transferring the chapter 11 case of the Genever (US) Debtor to this Court.

**RELIEF REQUESTED**

14. Bankruptcy Rule 9006(c)(1) provides that the Court may reduce the notice period when requested by motion upon cause shown. Cause exists to consider and determine the Joint Administration Motion upon an expedited basis.

15. The joint administration of the Movants' cases will reduce unnecessary expense and complication without prejudice to any party-in-interest. Moreover, given the procedural nature of the Joint Administration Motion, the Movants submit that the motion should be determined as soon as practicable.

16. The Movants request that a hearing on the Joint Administration Motion, if any, be scheduled for **November 15, 2022 at 1:00 p.m.** at which time the Court has already scheduled a hearing in the jointly administered case of the Individual Debtor and the Genever (BVI) Debtor.

17. The Movants further request that the Court direct that notice of the Joint Administration Motion and the Court's order granting this Motion to Expedite and scheduling a hearing be served on all parties-in-interest appearing in the (i) Individual Debtor's Chapter 11 case, (ii) Genever (BVI)'s chapter 11 case, and (iii) Genever (US)'s chapter 11 case qualified to receive electronic notice via the Court's CM/ECF service, with copies to be served by United States Postal Service on the Individual Debtor, the Genever (BVI) Debtor, Genever (US) Debtor, the Committee, the United States Trustee, the holders of claims filed in the Genever (US) case, the holders of the 20 largest unsecured claims against the Genever (BVI) Debtor, and any other parties entitled to notice pursuant to Local Rule 2002-1. The Movants submit that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the Movants request that the Court issue an Order, substantially in the form attached hereto, setting a hearing on the Joint Administration Motion, ordering notice of such hearing as set forth in the attached Order, and ordering such other and further relief as is just and proper.

Dated: November 7, 2022
New Haven, Connecticut

GENEVER HOLDINGS LLC

By: /s/Douglas S. Skalka
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000
dskalka@npmlaw.com
plinsey@npmlaw.com

and

Kevin J. Nash, Esq.
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
1501 Broadway, 22nd Floor
New York, New York 10036
(212) 221-5700

*Counsel for Genever Holdings LLC Debtor and Debtor-in-Possession*

GENEVER HOLDINGS CORPORATION

By: /s/Douglas S. Skalka
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Genever Holdings Corporation Debtor and Debtor-in-Possession*

LUC A. DESPINS, CHAPTER 11 TRUSTEE

By: /s/Douglas S. Skalka
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000
dskalka@npmlaw.com
plinsey@npmlaw.com

and

Nicholas A. Bassett (*pro hac vice*)
Paul Hastings LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

and

Douglass Barron (*pro hac vice*)
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
douglassbarron@paulhastings.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re: : Chapter 11
 : 
HO WAN KWOK, *et al.* : Case No. 22-50073 (JAM)
 : 
Debtors.[1] : Jointly Administered
 : 
---------------------------------------------------------x
 : 
In re: : 
 : Chapter 11
GENEVER HOLDINGS LLC, : 
 : Case No. 22-50592 (JAM)
Debtor. : 
 : 
---------------------------------------------------------x

**ORDER SCHEDULING EXPEDITED HEARING**

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the Motion of (a) Chapter 11 Trustee for Chapter 11 Case of Ho Wan Kwok, (b) Genever Holdings Corporation, and (c) Genever Holdings LLC for Entry of Order (i) Directing Joint administration of Related Chapter 11 Cases and (ii) Granting Related Relief;[2] and good cause appearing, it is hereby

**ORDERED,** that a hearing on the Joint Administration Motion shall be held on **November 15, 2022, at 1:00 p.m.** at the United States Bankruptcy Court, District of Connecticut,

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) and Genever Holdings Corporation. The mailing address for the Trustee and the Genever (BVI) Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Motion to Expedite.

1

Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604 (the "Hearing"); and it is further

**ORDERED,** that notice of the Joint Administration Motion and this Order shall be served on all parties-in-interest appearing in the (i) Individual Debtor's Chapter 11 case, (ii) Genever (BVI)'s chapter 11 case, and (iii) Genever (US)'s chapter 11 case qualified to receive electronic notice via the Court's CM/ECF service, with copies to be served by United States Postal Service on the Individual Debtor, the Genever (BVI) Debtor, Genever (US) Debtor, the Committee, the United States Trustee, the holders of claims filed in the Genever (US) case, the holders of the 20 largest unsecured claims against the Genever (BVI) Debtor, and any other parties entitled to notice pursuant to Local Rule 2002-1, on or before November __, 2022, and a certificate of service shall be filed in advance of the Hearing.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------x
:
In re:                                        :    Chapter 11
:
HO WAN KWOK, *et al.*                         :    Case No. 22-50073 (JAM)
:
Debtor.[1]                                    :    Jointly Administered
:
---------------------------------------------------x
:
In re:                                        :
:                                             :    Chapter 11
GENEVER HOLDINGS LLC,                         :
:    Case No. 22-50592 (JAM)
Debtor.                                       :
:
---------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 7, 2022, the foregoing Motion was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2] Parties may access this filing through the Court's CM/ECF system.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) and Genever Holdings Corporation. The mailing address for the Trustee and the Genever (BVI) Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

1

Dated: November 7, 2022
      New Haven, Connecticut

By:   /s/Douglas S. Skalka
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000
dskalka@npmlaw.com
plinsey@npmlaw.com

2