**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.* : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
---------------------------------------------------------x
:
In re: :
: Chapter 11
GENEVER HOLDINGS LLC, :
: Case No. 22-50592 (JAM)
Debtor. :
:
---------------------------------------------------------x

**MOTION, PURSUANT TO BANKRUPTCY RULE 9006(c)(1), TO EXPEDITE HEARING, ON SUPPLEMENTAL MOTION OF (A) CHAPTER 11 TRUSTEE FOR CHAPTER 11 CASE OF HO WAN KWOK, (B) GENEVER HOLDINGS CORPORATION, AND (C) GENEVER HOLDINGS LLC FOR AN ORDER (I) SETTING BAR DATES FOR FILING PROOFS OF CLAIM; (II) APPROVING FORM OF NOTICE OF BAR DATES; AND (III) GRANTING RELATED RELIEF**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), Genever Holdings Corporation ("Genever (BVI)"), and Genever Holdings LLC ("Genever (US)" and, together with the Trustee and Genever (BVI), the "Movants") by and through their undersigned counsel, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby move (the "Motion to Expedite") this Court for an order scheduling an expedited hearing to consider and

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) and Genever Holdings Corporation. The mailing address for the Trustee and the Genever (BVI) Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

1

determine the Supplemental Motion of (a) Chapter 11 Trustee for Chapter 11 Case of Ho Wan Kwok, (b) Genever Holdings Corporation, and (c) Genever Holdings LLC for Entry of Order (i) Setting Bar Dates for Filing Proofs of Claim; (ii) Approving Form of Notice of Bar Dates; and (iii) Granting Related Relief [Docket No. 1072] (the "Supplemental Bar Date Motion").[2] In support of this Motion to Expedite, the Movants respectfully state as follows:

## JURISDICTION, VENUE, AND STATUTORY BASIS

1. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut (as amended). The Joint Admin. Motion, including this Motion to Expedite with respect thereto, is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief sought by this Motion to Expedite is Bankruptcy Rule 9006(c)(1).

## BACKGROUND

**A.    Individual Debtor's and Genever (BVI) Debtor's Cases**

4. On February 15, 2022, the Individual Debtor filed with the Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

5. On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") in the Individual Debtor's chapter 11 case (the "Chapter 11 Case"). No examiner has been appointed in the Chapter 11 Case.

---

[2]    Capitalized terms used but not otherwise defined herein have the meanings set forth in the Supplemental Bar Date Motion.

6. On March 30, 2022, the Individual Debtor filed a bar date motion [Docket No. 146] (the "Original Bar Date Motion"). The Court has not ruled on the Original Bar Date Motion.

7. On July 8, 2022, the Court entered an order granting the appointment of the Trustee as the chapter 11 trustee in the Individual Debtor's chapter 11 case [Docket No. 523 in Case No. 22-50073 (JAM)].

8. On July 28, 2022, the Trustee filed a revised proposed bar date order regarding the Original Bar Date Motion. As discussed at the August 1, 2022 status conference in the Individual Debtor's chapter 11 case, despite having filed the revised proposed bar date order, the Trustee requested the Court adjourn consideration of the bar date until such time as the case of Genever (US) had been transferred to this Court to enable a single bar date to be set in both the Individual Debtor's chapter 11 case and the Genever (US)'s chapter 11 case.

9. On October 11, 2022, Genever (BVI) filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court.

10. No trustee or official committee of unsecured creditors has been appointed in Genever (BVI)'s chapter 11 case.

11. October 14, 2022, the Court entered an order granting joint administration of the Individual Debtor's chapter 11 case and Genever (BVI)'s chapter 11 case [Docket No. 970].

**B.     Genever (US) Debtor's Chapter 11 Case**

12. On October 12, 2020, Genever (US) filed its chapter 11 petition in the United State Bankruptcy Court for the Southern District of New York (the "New York Bankruptcy Court").

13. Genever (US) is a wholly owned subsidiary of Genever (BVI).

14. On September 30, 2022, the Trustee and Genever (US) Debtor filed their joint motion to transfer venue of Genever (US)'s chapter 11 case to this Court [Docket No. 211 in Case No. 20-12411 (JLG)] (the "Venue Transfer Motion").

15.     By order dated November 3, 2022, the New York Bankruptcy Court granted the Venue Transfer Motion, transferring the chapter 11 case of Genever (US) to this Court.

## RELIEF REQUESTED

16.     Bankruptcy Rule 9006(c)(1) provides that the Court may reduce the notice period when requested by motion upon cause shown.  Cause exists to consider and determine the Supplemental Bar Date Motion upon an expedited basis.  The setting of a bar date is critical to the administration of the Movants' cases.  The Movants submit that a bar date should be set in each of their cases as soon as practicable.  There is also no prejudice to shortening the notice period under the circumstances here because the Trustee previously filed (on July 28, 2022) a proposed bar date order with respect to the Individual Debtor's chapter 11 case, and the Supplemental Bar Date Motion merely expands the relief requested to also establish a bar date in the recently filed chapter 11 case of Genever (BVI) and the recently transferred chapter 11 case of Genever (US).

17.     The Movants request that a hearing on the Supplemental Bar Date Motion be scheduled for November 15, 2022, at which time the Court has already scheduled a hearing in the jointly administered case of the Individual Debtor and Genever (BVI), or at such date and time thereafter as is convenient for the Court.

18.     The Movants further request that the Court direct that notice of the Supplemental Bar Date Motion and the Court's order granting this Motion to Expedite and scheduling a hearing be served on (a) the Office of the United States Trustee for the District of Connecticut; (b) the Committee; (c) holders of claims filed in the Genever (US) case; (d) holders of the 20 largest unsecured claims against Genever (BVI); (e) the Office of the United States Attorney for the District of Connecticut; (f) the Office of the United States Attorney for the Southern District of New York; (g) the state attorneys general for Connecticut and New York; (h) the Debtors'

identified, interested taxing authorities, including the Internal Revenue Service; and (i) any party that has requested notice pursuant to Bankruptcy Rule 2002 in the chapter 11 cases of the Individual Debtor, Genever (BVI), and/or Genever (US). In view of the nature of the relief requested, the Movants respectfully submit that no other or further notice need be provided. The Movants submit that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the Movants request that the Court issue an Order, substantially in the form attached hereto, setting a hearing on the Supplemental Bar Date Motion, ordering notice of such hearing as set forth in the attached Order, and ordering such other and further relief as is just and proper.

Dated:   November 8, 2022
         New Haven, Connecticut

| GENEVER HOLDINGS LLC | LUC A. DESPINS, CHAPTER 11 TRUSTEE |
|---|---|
| By:   /s/Douglas S. Skalka<br>    Douglas S. Skalka (ct00616)<br>    Patrick R. Linsey (ct29437)<br>    Neubert, Pepe & Monteith, P.C.<br>    195 Church Street, 13th Floor<br>    New Haven, Connecticut 06510<br>    (203) 821-2000<br>    dskalka@npmlaw.com<br>    plinsey@npmlaw.com<br><br>        *and*<br><br>    Kevin J. Nash, Esq.<br>    GOLDBERG WEPRIN FINKEL<br>    GOLDSTEIN LLP<br>    1501 Broadway, 22nd Floor<br>    New York, New York 10036<br>    (212) 221-5700<br><br>*Counsel for Genever Holdings LLC Debtor and Debtor-in-Possession* | By:   /s/Douglas S. Skalka<br>    Douglas S. Skalka (ct00616)<br>    Patrick R. Linsey (ct29437)<br>    Neubert, Pepe & Monteith, P.C.<br>    195 Church Street, 13th Floor<br>    New Haven, Connecticut 06510<br>    (203) 821-2000<br>    dskalka@npmlaw.com<br>    plinsey@npmlaw.com<br><br>        *and*<br><br>    Nicholas A. Bassett *(pro hac vice)*<br>    Paul Hastings LLP<br>    2050 M Street NW<br>    Washington, D.C., 20036<br>    (202) 551-1902<br>    nicholasbassett@paulhastings.com<br><br>        *and* |

GENEVER HOLDINGS CORPORATION

By:   /s/Douglas S. Skalka
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    Neubert, Pepe & Monteith, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 821-2000
    dskalka@npmlaw.com
    plinsey@npmlaw.com

*Counsel for Genever Holdings Corporation*
*Debtor and Debtor-in-Possession*

Douglass Barron (*pro hac vice*)
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
douglassbarron@paulhastings.com

*Counsel for the Chapter 11 Trustee*

6

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                               :   Chapter 11
                                                     :
HO WAN KWOK, *et al.*                                :   Case No. 22-50073 (JAM)
                                                     :
            Debtors.[1]                              :   Jointly Administered
                                                     :
---------------------------------------------------------x
                                                     :
In re:                                               :
                                                     :
                                                     :   Chapter 11
GENEVER HOLDINGS LLC,                                :
                                                     :   Case No. 22-50592 (JAM)
            Debtor.                                  :
                                                     :
---------------------------------------------------------x

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the Motion of (a) Chapter 11 Trustee for Chapter 11 Case of Ho Wan Kwok, (b) Genever Holdings Corporation, and (c) Genever Holdings LLC for Entry of Order (i) Setting Bar Dates for Filing Proofs of Claim; (ii) Approving Form of Notice of Bar Dates; and (iii) Granting Related Relief;[2] and good cause appearing, it is hereby

**ORDERED,** that a hearing on the Contempt Motion shall be held on **November 15, 2022, at 1:00 p.m. (prevailing Eastern Time)** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT  06604

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) and Genever Holdings Corporation.  The mailing address for the Trustee and the Genever (BVI) Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Motion to Expedite.

1

(the "Hearing"); and it is further

**ORDERED,** that notice of this Order, along with notice of the Supplemental Bar Date Motion and any attachments thereto, shall be served upon (a) the Office of the United States Trustee for the District of Connecticut; (b) the Committee; (c) holders of claims filed in the Genever (US) case; (d) holders of the 20 largest unsecured claims against Genever (BVI); (e) the Office of the United States Attorney for the District of Connecticut; (f) the Office of the United States Attorney for the Southern District of New York; (g) the state attorneys general for Connecticut and New York; (h) the Debtors' identified, interested taxing authorities, including the Internal Revenue Service; and (i) any party that has requested notice pursuant to Bankruptcy Rule 2002 in the chapter 11 cases of the Individual Debtor, Genever (BVI), and/or Genever (US). In view of the nature of the relief requested, the Movants respectfully submit that no other or further notice need be provided., on or before November __, 2022, and a certificate of service shall be filed in advance of the Hearing.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.* : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
---------------------------------------------------------x
:
In re: :
: Chapter 11
GENEVER HOLDINGS LLC, :
: Case No. 22-50592 (JAM)
Debtor. :
:
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 8, 2022, the foregoing Motion was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2] Parties may access this filing through the Court's CM/ECF system.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) and Genever Holdings Corporation. The mailing address for the Trustee and the Genever (BVI) Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

1

Dated: November 8, 2022
New Haven, Connecticut

By: /s/Douglas S. Skalka
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000
dskalka@npmlaw.com
plinsey@npmlaw.com