# United States Bankruptcy Court
## District of Connecticut



In re:

Ho Wan Kwok, et al

Debtor*

Case Number: 22-50073

Chapter: 11

## ORDER GRANTING MOTION FOR EXPEDITED HEARING

Luc A. Despins, Chapter 11 Trustee (the "Movant"), having filed a Motion to Expedite Hearing (the "Motion", ECF No. 1071), in connection with a Motion for Joint Administration (the "Motion", ECF No. 1070), it appearing that the relief in the Motion to Expedite Hearing should be granted; it is hereby

**ORDERED:** A hearing to consider the Motion for Joint Administration will be held on November 15, 2022, at 1:00 p.m., at United States Bankruptcy Court 915 Lafayette Blvd. Bridgeport CT 06604; and it is further

**ORDERED:** Service of the Order Granting the Motion for Expedited Hearing and the Motion for Joint Administration must be made on all parties entitled to notice under applicable statutes and/or rules **on or before** November 9, 2022 by 5:00 p.m.; and it is further

**ORDERED:** A certificate of service demonstrating that the provisions of the Order Granting Motion for Expedited Hearing have been complied with must be filed **on or before** November 10, 2022 by 5:00 p.m..

Dated:   November 9, 2022

BY THE COURT

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

* For the purposes of this order, "Debtor" means "Debtors" where applicable.