# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 11/9/2022 |
| Case: 22–50073 | Form ID: pdfdoc2 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     U. S. Trustee     USTPRegion02.NH.ECF@USDOJ.GOV
aty     Douglas S. Skalka     dskalka@npmlaw.com
aty     Holley L. Claiborn     holley.l.claiborn@usdoj.gov

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty     Steven E. Mackey     Office of the U.S. Trustee     The Giaimo Federal Building     150 Court Street, Room 302     New Haven, CT 06510

TOTAL: 1