**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

———————————————————————x
                                              :
In re:                                        :         CHAPTER 11
                                              :
HO WAN KWOK, et al.                           :         CASE NO. 22-50073 (JAM)
                                              :
          Debtors.[1]                         :         Jointly Administered
———————————————————————x

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 9, 2022, pursuant to the Court's Order

Granting Motion for Expedited Hearing (the "Hearing Notice")(ECF No. 1074), copies the

Hearing Notice and Motion for Joint Administration (ECF No. 1070) were served by electronic

mail or United States first class mail, postage prepaid, as indicated on the attached Service List.

Dated: November 9, 2022
       New Haven, Connecticut


                              By:     /s/Douglas S. Skalka
                                      Douglas S. Skalka (ct00616)
                                      NEUBERT, PEPE & MONTEITH, P.C.
                                      195 Church Street, 13th Floor
                                      New Haven, Connecticut 06510
                                      (203) 821-2000
                                      dskalka@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) and Genever Holdings Corporation.  The mailing address for the Trustee and the Genever (BVI) Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

<u>Service List</u>

**Electronic service recipients:**

- Laura Aronsson    laronsson@omm.com
- Tristan G. Axelrod    taxelrod@brownrudnick.com
- William R. Baldiga    wbaldiga@brownrudnick.com
- Kellianne Baranowsky    kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com
- Douglass E. Barron    douglassbarron@paulhastings.com
- Nicholas A. Bassett    nicholasbassett@paulhastings.com
- Patrick M. Birney    pbirney@rc.com, ctrivigno@rc.com
- G. Alexander Bongartz    alexbongartz@paulhastings.com
- Carollynn H.G. Callari    ccallari@callaripartners.com
- John L. Cesaroni    jcesaroni@zeislaw.com
- Holley L. Claiborn    holley.l.claiborn@usdoj.gov
- Samuel Bryant Davidoff    sdavidoff@wc.com
- Luc A. Despins    lucdespins@paulhastings.com, matlaskowski@paulhastings.com;davidmohamed@paulhastings.com
- David S. Forsh    dforsh@callaripartners.com
- Peter Friedman    pfriedman@omm.com
- Irve J. Goldman    igoldman@pullcom.com, rmccoy@pullcom.com
- Evan S. Goldstein    egoldstein@uks.com
- Mia N. Gonzalez    mgonzalez@omm.com
- James C. Graham    jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net
- Lawrence S. Grossman    LGrossman@gs-lawfirm.com, aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com
- David V. Harbach    dharbach@omm.com
- James J. Healy    jhealy@cowderymurphy.com
- Eric A. Henzy    ehenzy@zeislaw.com, cjervey@zeislaw.com
- Jonathan Kaplan    jkaplan@pullcom.com, prulewicz@pullcom.com;rmccoy@pullcom.com
- Stephen M. Kindseth    skindseth@zeislaw.com, cjervey@zeislaw.com
- Andrew V. Layden    alayden@bakerlaw.com
- Patrick R. Linsey    plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net
- Avram Emmanuel Luft    aviluft@paulhastings.com
- Kristin B. Mayhew    kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com
- Danielle L. Merola    dmerola@bakerlaw.com
- Aaron A Mitchell    aaron@lmesq.com
- James M. Moriarty    jmoriarty@zeislaw.com, kjoseph@zeislaw.com
- Sara Pahlavan    spahlavan@omm.com

- Lucas Bennett Rocklin     lrocklin@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net
- Aaron Romney     aromney@zeislaw.com, swenthen@zeislaw.com
- Scott D. Rosen     srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com
- Thomas J. Sansone     tsansone@carmodylaw.com
- Stuart M. Sarnoff     ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com
- Douglas S. Skalka     dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net
- Jeffrey M. Sklarz     jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com
- Annecca H. Smith     asmith@rc.com
- John Troy     johntroy@troypllc.com
- Tiffany Troy     tiffanytroy@troypllc.com, troylaw@troypllc.com
- U. S. Trustee     USTPRegion02.NH.ECF@USDOJ.GOV
- Michael S. Weinstein     mweinstein@golenbock.com
- Jay Marshall Wolman     jmw@randazza.com, ecf-6898@ecf.pacerpro.com
- Peter J. Zarella     pzarella@mdmc-law.com

## USPS service recipients

Brown Rudnick LLP
Attn: President or General Mgr
One Financial Center
Boston, MA 02111

Chao-Chih Chiu, Huizhen Wang
Yunxia Wu, Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Dundon Advisers LLC
Attn: President or General Mgr
10 Bank Street, Suite 1100
White Plains, NY 10606

Genever Holdings LLC
Attn: President or General Mgr
781 Fifth Avenue Apt. 1801
New York, NY 10022-5520

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Irve Goldman, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601

Stretto
Attn: President or General Mgr
410 Exchange, Suite 100
Irvine, CA 92602

Yongbing Zhang
223 West Jackson Bl;vd. #1012
Chicago, IL 60606