**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>           Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>November 9, 2022 |
| In re:<br><br>GENEVER HOLDINGS LLC<br><br>           Debtor. | Chapter 11<br><br>Case No. 22-50592 (JAM)<br><br>November 9, 2022 |

**RESERVATION OF RIGHTS OF**
**PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.**

TO THE HONORABLE JULIE A. MANNING,
UNITED STATES BANKRUPTCY JUDGE:

      Pacific Alliance Asia Opportunity Fund L.P. ("PAX") submits this reservation of rights in response to the *Supplemental Motion of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC for an Order (I) Setting Bar Dates For Filing Proofs of Claim; (II) Approving Form of Notice of Bar Dates; And (III) Granting Related Relief* [Case 22-50073 ECF No. 1072; Case 22-50592 ECF No. 231].

      PAX reserves all rights to object to any claims filed in the above-captioned chapter 11 cases on any basis.

---

[1] The last four digits of the Debtor Ho Wan Kwok's taxpayer identification number are 9595.

Dated: November 9, 2022  
Hartford, Connecticut

Respectfully submitted,  
**Pacific Alliance Asia Opportunity Fund L.P.**

*By: /s/ Patrick M. Birney*
Patrick M. Birney (CT No. 19875)
Annecca H. Smith (CT No. 31148)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8275
Facsimile: (860) 275-8299
E-mail: pbirney@rc.com
    asmith@rc.com

-and-

Peter Friedman (admitted *pro hac vice*)
Stuart M. Sarnoff (admitted *pro hac vice*)
Laura S. Aronsson (admitted *pro hac vice*)
**O'MELVENY & MYERS LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: pfriedman@omm.com
    ssarnoff@omm.com
    laronsson@omm.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on November 9, 2022, a copy of the foregoing was filed electronically and shall be served as required by Local Bankruptcy Rule 9013-2(b), with notice of this filing being sent by email to all Notice Parties by operation of the court's electronic filing system or by First Class U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties in interest may access this document through the court's CM/ECF System.

       */s/ Patrick M. Birney*
       Patrick M. Birney