**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                    :    Chapter 11
                                          :
HO WAN KWOK, *et al.*                     :    Case No. 22-50073 (JAM)
                                          :
                  Debtors.[1]             :    Jointly Administered
                                          :
---------------------------------------------------------x

## DEBTOR'S SECOND MOTION FOR ENTRY OF ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

Genever Holdings Corporation ("Genever (BVI)") files this motion (the "Motion") requesting entry of an order, substantially in the form attached hereto (the "Proposed Order") extending the time by which Genever (BVI) must file its schedules of assets and liabilities and statements of financial affairs (collectively, the "Schedules") by thirteen (13) days.  In support of this Motion, Genever (BVI) respectfully states as follows.

1.  The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut (as amended). This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.  Venue is proper pursuant to 28 U.S.C. §§ 1408(2) and 1409.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) and Genever Holdings Corporation.  The mailing address for the Trustee and Genever (BVI) is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

3.       The basis for the relief requested herein are Rule 1007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules")  and Local Rule 1007-1.

4.       On October 11, 2022 (the "Petition Date"), Genever (BVI) commenced with this Court a voluntary case under chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") . Genever (BVI) is authorized to continue operating its business as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed to date in this chapter 11 case.

5.       A brief description of the Debtor and the facts and circumstances supporting Genever (BVI)'s chapter 11 case is set forth in the *Declaration of Claire Abrehart, Director of Genever Holdings Corporation, in Support of Debtor's Chapter 11 Petition* (the "First Day Declaration"), which the Debtor relies upon and incorporates by reference herein.[2]

6.       Section 521 of the Bankruptcy Code and Bankruptcy Rule 1007(c) require the Debtor to file its Schedules within 14 days after the Petition Date, unless the Court orders otherwise.[3] By Order dated October 14, 2022, the Debtor was granted an initial extension of time to file the Schedules from October 25, 2022, through and including November 10, 2022.

7.       The Debtor has gathered information and is reviewing the necessary data to complete the Schedules. As detailed in the First Day Declaration, the Debtor and its professionals have spent, and continue to spend, a significant amount of time on coordinating Genever (BVI)'s chapter 11 case with the chapter 11 case of Mr. Ho Wan Kwok (the "Individual

---

[2] Capitalized terms used but not otherwise defined in this Motion have the meanings given to them in the First Day Declaration. A copy of the First Day Declaration is included with the chapter 11 petition at Docket No. 1.

[3] Subsection (c) of Bankruptcy Rule 1007 also permits an extension for the filing of the Schedules on motion for cause shown and on notice to the United States Trustee and to any committee, trustee, or other party as the Court may direct.

Debtor") and the chapter 11 case of Genever Holding, LLC (which is wholly owned by Genever (BVI)).

8. In addition, given that the current director for Genever (BVI) was appointed on September 14, 2022, and requires time to review the data to be included in the Schedules, Genever (BVI) needs a brief further extension of time to complete and file its Schedules. By this Motion, Genever (BVI) seeks an extension until and including November 23, 2022 to file its Schedules.

9. The initial meeting of creditors has been scheduled in this case for December 2, 2022.

10. This is Genever (BVI)'s second request for an extension of time to file the Schedules.

11. The Office of the United States Trustee has indicated that it does not take a position on the relief requested by this Motion.

12. Genever (BVI) will provide notice of this Motion to: (a) the Office of the United States Trustee; (b) the holders of the 20 largest unsecured claims against Genever (BVI); (c) the Official Committee of Unsecured Creditors in the Individual Debtor's chapter 11 case; (d) the United States Attorney's Office for the District of Connecticut; and (e) any other parties entitled to notice pursuant to Local Rule 2002-1. Genever (BVI) submits that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, Genever (BVI) respectfully requests entry of the Proposed Order (a) granting the relief requested herein, and (b) granting such other relief as is just and proper.

Dated: November 10, 2022  
      New Haven, Connecticut

THE DEBTOR,  
GENEVER HOLDINGS CORPORATION

By: /s/Douglas S. Skalka  
Douglas S. Skalka (ct00616)  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 821-2000  
dskalka@npmlaw.com  
plinsey@npmlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
                                                                                                                  :

In re:                                                                   : Chapter 11

HO WAN KWOK, *et al*.,[1]                      : Case No. 22-50073 (JAM)

               Debtors.                     : Jointly Administered

---------------------------------------------------------------x

**ORDER GRANTING DEBTOR'S MOTION EXTENDING TIME TO FILE**
**SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

Upon the motion (the "Motion")[2] Genever Holdings Corporation ("Genever (BVI)") for entry of an order (this "Order"): (a) extending time to file schedules and statement of financial affairs and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut (as amended); and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408(2) and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the estate Genever (BVI), its creditors, and other parties in interest; and this Court having found that the Movants' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) and Genever Holdings Corporation. The mailing address for the Trustee and Genever BVI is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Motion.

circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The time by which Genever (BVI) must file the Schedules is extended up to and including November 23, 2022.

3. Entry of this Order is without prejudice to Genever (BVI)'s right to seek further extensions of the time within which to file the Schedules.

4. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

5. Genever (BVI) is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.* : Case No. 22-50073 (JAM)
: 
Debtors.[1] : Jointly Administered
: 
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 10, 2022 the foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated: November 10, 2022  THE DEBTOR,
      New Haven, Connecticut  GENEVER HOLDINGS CORPORATION

      By:   /s/Douglas S. Skalka
      Douglas S. Skalka (ct00616)
      Patrick R. Linsey (ct29437)
      NEUBERT, PEPE & MONTEITH, P.C.
      195 Church Street, 13th Floor
      New Haven, Connecticut 06510
      (203) 821-2000
      dskalka@npmlaw.com
      plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) and Genever Holdings Corporation. The mailing address for the Trustee and Genever (BVI) is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).