UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In Re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |
| In Re:<br><br>GENEVER HOLDINGS LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-5092 (JAM) |

**CREDITOR LOGAN CHENG'S RESPONSE TO SUPPLEMENTAL MOTION OF CHAPTER 11 TRUSTEE, GENEVER HOLDINGS CORPORATION, AND GENEVER HOLDINGS LLC FOR OF AN ORDER (I) SETTING BAR DATES FOR FILING PROOFS OF CLAIM; (II) APPROVING FORM OF NOTICE OF BAR DATES; AND (III) GRANTING RELATED RELIEF**

Logan Cheng, Creditor of Ho Wan Kwok ("Individual Debtor") responds to the cross-filed *Supplemental Motion of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC for an Order (I) Setting Bar Dates for Filing Proofs of Claim; (II) Approving Form of Notice of Bar Dates; and (III) Granting Related Relief* (ECF No. 1072 in the Kwok matter; ECF No. 231 in the Genever Holdings matter). Mr. Cheng is a creditor of Kwok who filed his Proof of Claim against Kwok on May 20, 2022 (Proof of Claim 4-1 in the Kwok matter), but had not received notice of the Genever Holdings matter to have filed a proof of claim therein.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) and Genever Holdings Corporation. The mailing address for the Trustee and the Genever (BVI) Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

As a creditor of Kwok, Mr. Cheng is in the class of persons for whom the Trustee's motion is intended. However, the motion and proposed order do not clearly address what the seventeen creditors who filed the fifteen proofs of claim against Kwok must do to ensure that their claims are deemed to assert alter-ego claims against Genever (BVI) and Genever (US).

Paragraph 29(e) of the motion would exempt from the requirement of filing additional proofs of claims:

> any person that already has filed a Proof of Claim against the Debtors in the Chapter 11 Cases (including a Proof of Claim against Genever (US) while its case was pending in the New York Bankruptcy Court) in a form that is substantially similar to the Official Form

Similarly, Paragraph 3(e)(v) of the Proposed Order exempts:

> any person that already has filed a Proof of Claim against the Debtors in the Chapter 11 Cases in a form that is substantially similar to the Official Form

This language is ambiguous. It can be read to mean a) that a creditor is exempted from filing additional proofs of claims if they have already filed against one of the debtors or b) that a creditor is only so exempted if they have already filed against all three debtors.

Presumably, the intent of the exemption is to ease the burden on Kwok's creditors. After all, if the two Genever entities are found to be his alter egos in one proceeding, the debtors would be estopped from arguing to the contrary in any other proceeding. Thus, a creditor of Kwok would automatically be deemed to be a creditor of the Genever entities.

Thus, Mr. Cheng supports the motion if Paragraph 3(e)(v) of the Proposed Order is clarified to read (additions in italics):

> any person that already has filed a Proof of Claim against *at least one of* the Debtors in the Chapter 11 Cases in a form that is substantially similar to the Official Form*, which person shall be deemed to have filed a timely Proof of Claim against all three Debtors as alter egos*

And, conforming parallel revisions to the other proposed documents made exhibits to the motion should be made accordingly.

| | |
|---|---|
| Dated: November 11, 2022 | Respectfully submitted, |
| | /s/ Jay M. Wolman |
| | Jay M. Wolman – ct29129 of |
| | Randazza Legal Group, PLLC |
| | 100 Pearl Street, 14th Floor |
| | Hartford, CT 06103 |
| | P: 702-420-2001 |
| | F: 305-437-7662 |
| | ecf@randazza.com |
| | |
| | *Counsel for Creditor* |
| | *Logan Cheng f/k/a Shui-Yuan Cheng* |

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2022, the foregoing document was served on all parties or their counsel of record through the CM/ECF system, or otherwise via U.S. Mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing.

/s/ Jay M. Wolman
Jay M. Wolman – ct29129

RANDAZZA | LEGAL GROUP