**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| HO WAN KWOK, | : | CASE NO. 22-50073 (JAM) |
| | : | |
| Debtor. | : | |
| _____ | : | |

## THE DEBTOR'S WITNESS AND EXHIBIT LIST

Pursuant to the Court's October 28, 2022, Order Granting Motion to Expedite Hearing on Motion for Contempt, the Debtor, Ho Wan Kwok, by and through his undersigned counsel, states that he may call the following witnesses and offer the following documents into evidence during the November 15 and 17 2022 motion for contempt hearing, other than for impeachment or rebuttal:

### A. Witnesses

The Debtor may call the following individuals to testify:

a. Luc Despins, Chapter 11 Trustee;

b. Ho Wan Kwok (a/k/a Miles Kwok);

c. Una Wilkinson; and

d. Any witness identified on the Chapter 11 Trustee's Witness List.

### B. Exhibits

The Debtor may offer the following documents into evidence:

a. Excerpt from the transcript of the Debtor's 341 Meeting translated by Una Wilkinson, New York State Court Certified Translator, who was present during the 341 Meeting;

b.  November 10, 2022, letter from the Debtor to the director and nominee shareholder of Ace Decade Holdings Limited with attached Share Transfer Instrument and Share Transfer Resolution.

c.  Ace Decade Holdings Limited Share Transfer Instrument signed by the Debtor.

d.   Ace Decade Holdings Limited Share Transfer Resolution signed by the Debtor.[1]

e.  Order Pursuant to Bankruptcy Code Sections 363, 521, 1108, and 1505, (A) Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities, (B) Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate, and (C) Granting Related Relief (Doc. No. 717).

f.  April 25, 2022, email from Bennett Silverberg, Esq. to Holley Claiborn, Esq.

g.  Motion of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 363, 521, 1108, and 1505, (A) Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities, (B) Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate, and (C) Granting Related Relief.

h.  August 1, 2022 Hearing Transcript.

i.  August 4, 2022 Hearing Transcript, updated as of August 17, 2022.

j.  Any exhibit included on the Trustee's Exhibit List.

---

[1] The Debtor denies that he is the director or nominee shareholder of Ace Decade. The Debtor has executed the i) Share Transfer Instrument, Exhibit C, and ii) Share Transfer Resolution, Exhibit D, and provided those documents to the Trustee to comply with the Trustee's demands. Those documents will have whatever legal force and effect that they will have based on the fact that the Debtor is not the director or nominee shareholder. In addition, the Debtor has hand delivered to the person who is the nominee shareholder and director of Ace Decade the letter with attached Share Transfer Instrument and Share Transfer Resolution marked as Exhibit B.

Dated: Bridgeport, Connecticut, November 11, 2022

                                    THE DEBTOR,
                                    HO WAN KWOK

By */s/ James M. Moriarty*
      Eric Henzy (ct12849)
      James M. Moriarty (ct21876)
      Zeisler & Zeisler, P.C.
      10 Middle Street, 15th Floor
      Bridgeport, Connecticut 06604
      Telephone: 203-368-4234
      ehenzy@zeislaw.com
      jmoriarty@zeislaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of November, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ James M. Moriarty*
James M. Moriarty