Transcription of Ho Wan Kwok Hearing from Audio Time Mark from 1:53:00 to 2:16:51

| | | |
|---|---|---|
| 59 | L1 Ms Claiborn: | What is the name of the attorney holding the check? |
| | L2 Official interpreter: | What is the name of the attorney holding the $12000 check? |
| | L3 Mr. Kwok: | I am not able to tell the full name of the attorney. |
| | L4 Official interpreter: | I can't pronounce the attorney's name completely. |
| | L5 Ms Claiborn: | What is the attorney's first name? |
| | L6 Official interpreter: | What is the attorney's first name? |
| | L7 Mr. Kwok: | I am also unable to pronounce it just like that. |
| | L8 Official interpreter: | I cannot – I'm not able to read out the – to pronounce his name. |
| | L9 Ms Claiborn: L10 | Is the attorney who's holding the check the same attorney who represented you in that lawsuit? |
| | L11 Official interpreter: L12 | Is the attorney who's holding the check the same attorney who represented you in that lawsuit? |
| | L13 Mr. Kwok: | Could be. |
| | L14 Official interpreter: | It should be. |
| | L15 Ms Claiborn: | On your Schedule A-B, |
| | L16 Official interpreter: | On your Schedule A-B, |
| | L17 Ms Claiborn: | you did not disclose that $12,000 check. |
| | L18 Official interpreter: | On the Schedule A-B, you did not tell the $12,000 check. |
| | L19 Mr. Kwok: | It did not… |
| | L20 Ms Claiborn: | Why? |
| | L21 Mr. Baldiga: | Wait for the question. No. Can you interpret that? |
| | L22 Official interpreter: | Wait until she finished the question. |
| | L23 Ms Claiborn: | Why did you not disclose that $12,000 check? |
| | L24 Official interpreter: | Why did you not report the $12,000 check the money? |
| | L25 Mr. Kwok: L26 | My attorney thought that since the money was not in my account, I was not allowed to. |
| | L27 Official interpreter: L28 | My attorney thinks because the money is not in my account, so I'm not allowed to –we're not – I'm not supposed to disclose that. |
| | L29 Ms Claiborn: | Okay. Mr. Kwok, do you have any patents? |
| | L30 Official interpreter: | Mr. Kwok, do you have any patents? |
| | L31 Mr. Kwok: | Patents? No. |
| | L32 Official interpreter: | No. |
| | L33 Ms Claiborn: | Do you have any copyrights? |

**Debtor's Exhibit A**

| | | |
|---|---|---|
| L1 | Official interpreter: | Do you have any copyrights (in English), what is it called? |
| L2 | Private interpreter: | Copyright (in Chinese). |
| L3 | Official interpreter: | Right, Copyright (in Chinese). |
| L4 | Mr. Kwok: | Copyright? No. |
| L5 | Official interpreter: | No. |
| L6 | Ms Claiborn: | Do you have any intellectual property of any kind? |
| L7 | Official interpreter: | Do you have any intelligence kind of… |
| L8 | Private interpreter: | Intellectual property (in Chinese). |
| L9 | Official interpreter: | Right, Intellectual Property (in Chinese). Do you have any |
| L10 | | Intellectual Property Right? |
| L11 | Mr. Kwok: | Intellectual Property Right? No. |
| L12 | Official interpreter: | No. |
| L13 L1 | Mr. Baldiga: | Excuse me. Holley, I'm not sure if you're going to come back to it, but there is a reference to the $12,000 |
| L12 | Ms. Claiborn: | I did see that. |
| L13 | Mr. Baldiga: | Oh, you said he did not disclose it. |
| L14 | Ms. Claiborn: | He did not. It's not in response to the questions on Schedule A-B. |
| L15 | Mr. Baldiga: | It's right there. |
| L16 L17 | Ms. Claiborn: | We can disagree about whether or not it's disclosed. I understand you might take a different position. |
| L18 L19 | Official interpreter: | He said here was the $12000. But Holley did not think it was reported and everyone has their own position. |
| L20 L21 | Ms Claiborn: | Mr. Kwok, do you own any interest in a company called Ace Decade Holdings Limited? |
| L22 L23 | Official interpreter: | She said, do you have any interest in a company called Ace Decade Holdings Limited? |
| L24 | Mr. Kwok: | Yes. |
| L25 | Official interpreter: | Yes. |
| L26 L27 | Ms Claiborn: | What is the nature of your ownership interest in Ace Decade Holdings Limited? |
| L28 | Official interpreter: | Your interest in there is what kind of interest? |
| L29 | Mr. Kwok: | I have the interest to make a claim to the UBS $500 million litigation. |
| L30 L31 | Official interpreter: | So I have the interest and ask for UBS to pay back $500 million. That kind of interest. |
| L32 | Ms Claiborn: | Are you the only legal owner of Ace Decade Holdings Limited? |
| L33 | Official interpreter: | Are you the only, can you repeat the question? |

60

61

| 61 | | |
|---|---|---|
| | L34 Ms. Claiborn: | Are you the only legal owner of Ace Decade Holdings Limited? |
| | L35 Official interpreter: | Are you the only legal owner of Ace Decade Holdings Limited? |
| | L36 Mr. Kwok: | I am legally representing the owner. |
| | L37 Official interpreter: | I am a legal representing owner. |
| | L38 Ms Claiborn: | Are there any other owners of Ace Decade? |
| | L39 Official interpreter: | Are there other owners?  Owners of Ace Decade? |
| | L1  Mr. Kwok: | No. |
| | L2  Official interpreter: | No. |
| | L3  Ms Claiborn: | When did you become an owner of Ace Decade Holdings Limited? |
| | L4  Official interpreter: | When did you become an owner of Ace Decade Holdings Limited? |
| | L5  Mr. Kwok: | At the end of 2014 |
| | L6  Official interpreter: | At the end of 2014 |
| | L7  Ms Claiborn: | This is a long question.  In your litigation in London against UBS, |
| | L8  Official interpreter: | In your litigation in London against UBS, |
| | L9  Ms Claiborn: | You are an individual plaintiff. |
| | L10 Official interpreter: | You are the only plaintiff. |
| | L11 Ms Claiborn: | What is the basis for your claim as an individual plaintiff? |
| | L12 Official interpreter: | Why were you the only plaintiff?  What was your basis? |
| | L13 Mr. Kwok: | Because I am a 100% representative of the company Ace Decade. |
| | L14 Official interpreter: | Because I'm the 100% representative for Ace Decade. |
| | L15 Ms Claiborn: | In the litigation against UBS in London, |
| | L16 Official interpreter: | In the litigation against UBS in London, |
| | L17 Ms Claiborn: | there is an allegation that Ace Decade gave $500 million to Dawn |
| | L18 | State Limited. |
| | L19 Official interpreter: | In the litigation, Ace Delegation gave ($500 million in English, |
| | L20 | muttering how much is that in Chinese) the money to Dawn |
| | L21 | Limited… |
| | L22 Mr. Kwok: | Dawn State |
| | L23 Ms Claiborn: | Dawn State |
| | L24 Official interpreter: | Dawn State |
| | L25 Private interpreter: | 500 million yuan (in Chinese) |
| | L26 Ms Claiborn: | Where did Ace Decade get the $500 million? |
| | L27 Official interpreter: | Where did Ace Decade get the $500 million? |
| | L28 Mr. Kwok: | Loan from our family. |

| | | |
|---|---|---|
| | L1  Official interpreter: | I loan from my family. |
| | L2  Ms Claiborn: | Did you borrow money from your family and give it to Ace Decade? |
| | L3  Official interpreter: | Did you borrow the money from your family then give it to Dawn |
| | L4 | State? |
| | L5  Mr. Kwok: | Yes |
| | L6  Official interpreter: | Yes |
| | L7  Private interpreter: | I don't think, I thought that it was… |
| 62 | L8  Ms Claiborn: | Let's start over.  I don't think it was the question, because it didn't |
| | L9 | involve Dawn State.  So I am going to start over. |
| | L10 Private interpreter: | Yes… |
| | L11 Ms Claiborn: | Where did you get the money to give to Ace Decade, the 500 million? |
| | L12 Mr. Baldiga: | I don't think he said he did that.  I think he said his family did that. |
| | L13 | But you can ask that.  But I… |
| | L14 Official interpreter: | The question is, Ace Decade get the money the 500 |
| | L15 | million from where? |
| | L16 Mr. Kwok: | From the family. |
| | L17 Official interpreter: | From my family. |
| | L18 Ms Claiborn: | Who specifically in the family gave you the money then you gave to |
| | L19 | Ace Decade? |
| | L20 Official interpreter: | Who in your family gave you the money then you gave to Ace |
| | L21 | Decade? |
| | L22 Mr. Kwok: | One of the persons called John Way. |
| | L23 Official interpreter: | John Way? OK. John Way. |
| | L24 Ms Claiborn: | Who is John Way? |
| | L25 Official interpreter: | Who is John Way? |
| | L26 Mr. Kwok: | A member of our family. |
| | L27 Official interpreter: | A member from my family. |
| | L28 Ms Claiborn: | Is he a relative of yours? |
| | L29 Official interpreter: | Is he a relative of yours? |
| | L30 Mr. Kwok: | A son-in-law of my older brother. |
| | L31 Official interpreter: | It's my older brother's cousin or – |
| | L32 Private interpreter: | Son-in-law |
| 63 | L33 Official interpreter: | Son-in-law, okay. |
| | L34 Ms Claiborn: | On your Schedule A-B, |
| | L35 Official interpreter: | On your Schedule A-B, the tax return, |

| | | | |
|---|---|---|---|
| 63 | L1 | Ms Claiborn: | you listed a possible malpractice claim against Boise Schiller. |
| | L2 | Official interpreter: | she said, on your Schedule A-B, you stated there was a (sort of |
| | L3 | | malpractice, what is it) negligence in a case, against the malpractice of |
| | L4 | | Boise Schiller, the case. |
| | L5 | Official interpreter: | Do you understand? |
| | L6 | Ms Claiborn: | Can you please explain what that is? |
| | L7 | Official interpreter: | Can you explain what that is? |
| | L8 | Mr. Kwok: | He had represented me in New York suing UBS.  A lawyer |
| | L9 | | representing me. |
| | L10 | Official interpreter: | He was the one – he was the one represented me in New York to have |
| | L11 | | a lawsuit against UBS. |
| | L12 | Mr. Kwok: | He, by himself, presented a lot of wrong documents without verifying |
| | L13 | | them with me first to the Court. |
| | L14 | Official interpreter: | He gave a lot of false documents to the Court and without my |
| | L15 | | permission. |
| | L16 | Mr. Kwok: | And threatened my family members. |
| | L17 | Official interpreter: | He also threatened my family. |
| | L18 | Mr. Kwok: | And after drinking threaten me myself. |
| | L19 | Official interpreter: | He also threaten myself after drinking. |
| | L20 | Mr. Kwok: | And he brought huge loss to us. |
| | L21 | Official interpreter: | He brought a lot of loss to us. |
| | L22 | Mr. Kwok: | Including not seriously explain to me about what documents ought to |
| | L23 | | be presented to the judge, particularly the documents with Chinese |
| | L24 | | and English translations. |
| | L25 | Official interpreter: | Including providing any English/Chinese translated documents |
| | L26 | | to me before present them to the – to the lawyer, or to the judge. |
| | L27 | Mr. Kwok: | That is why we sued him. |
| | L28 | Official interpreter: | That's why I – we sued him. |
| | L29 | Ms Claiborn: | Have you hired an attorney to represent you in that malpractice |
| | L30 | | action? |
| | L31 | Official interpreter: | Have you hired an attorney to sue him in this case of malpractice? |
| | L32 | Mr. Kwok: | My son is dealing with it. |
| | L33 | Official interpreter: | My son is in the process of dealing with it. |
| | L34 | Ms Claiborn: | Why is your son talking to lawyers about your malpractice claim? |
| | L35 | Official interpreter: | Why is your son dealing with this malpractice case? |

64

| | | |
|---|---|---|
| L1 | Mr. Kwok: | I need to borrow money from him. |
| L2 | Official interpreter: | Because I need to borrow money from him. |
| L3 | Ms Claiborn: | Has a lawyer been selected? |
| L4 | Official interpreter: | Has a lawyer been selected? |
| L5 | Mr. Kwok: | Not yet. |
| L6 | Official interpreter: | Not yet. |
| L7 | Ms Claiborn: | Mr. Kwok, do you own an interest in any company aside from Ace |
| L8 | | Decade? |
| L9 L10 | Official interpreter: | Mr. Kwok, aside from Ace Decade, do you own any interest in other companies? |
| L11 | Mr. Kwok: | No. But – I need to say but -- |
| L12 | Official interpreter: | No. But |
| L13 L14 | Mr. Kwok: | Bravo Luck under my name just for several months. I held 50% of the company shares in that several months. |
| L15 | Official interpreter: | Bravo Luck? |
| L16 L17 | Mr. Kwok: | Bravo Luck, the holding company of the Sherry Netherland, the apartment in New York. |
| L18 | Official interpreter: | Bravo Luck? |
| L19 L20 L21 | Mr. Kwok: | Bravo Luck. Just say the name in English, Bravo Luck. It was the holding company of the 50% controlling interest of the apartment in New York. I held it for a short time, a few months. |
| L22 L23 | Official interpreter: | I own the Bravo Luck, the apartment, only for a few months, some of the interest. |
| L24 L25 | Mr. Kwok: | After the purchase of the apartment, they were returned. The interest was returned to my son. |
| L26 | Official interpreter: | After the sale? |
| L27 L28 L29 L30 | Mr. Kwok: | Not sell. After the purchase. Because it was my name used in the purchase of the apartment. Because it was a co-op. So they recommended using my name in the purchase. After the purchase, the controlling interest was returned to my son. |
| L31 L32 L33 | Official interpreter: | And because the apartment is a co-op, so they used my name to buy the apartment after I – after we bought apartment, and then we returned the stock interest back. |
| L34 L35 | Unidentified speaker: | I'm sorry. He must have spoken for 30, 40 seconds. Clearly said more than that. Is there a more fulsome translation? |
| L36 | Official interpreter | Did I miss anything? |

| | | |
|---|---|---|
| L1 | Ms Claiborn: | Let me see if I can follow up. Mr. Kwok, do you own, currently, an |
| L2 | | interest in Bravo Luck? |
| L3 | Official interpreter: | She said, do you own any interest in Bravo Luck now? |
| L4 | Mr. Kwok: | No. |
| L5 | Official interpreter: | No. |
| L6 | Ms. Claiborn: | Mr. Kwok, do you own an interest in any limited liability company? |
| L7 | Official interpreter: | Mr. Kwok, do you own any interest in any limited liability company? |
| L8 | Mr. Kwok: | No. |
| L9 | Official interpreter: | No. |
| L10 | Ms Claiborn: | Mr. Kwok, do you currently own any interest in any partnership? |
| L11 | Official interpreter: | Do you own any interest in any of the (partnership in English?) |
| L12 | Private interpreter: | Partnership (in Chinese) |
| L13 | Official interpreter: | Partnership |
| L14 | Mr. Kwok: | Wait.  I said no a moment ago.  Once I had a big aircraft company "Y |
| L15 | | Orange" and another one called "Shiny Time".  They closed down |
| L16 | | now.  I had them at one time. |
| L17 | Official interpreter: | "Orange"? |
| L18 | Mr. Kwok: | Called "Y Orange".  I can't be sure about the English either.  And the |
| L19 | | one was called "Shiny Time".  That was before.  They are no longer in |
| L20 | | my hand. |
| L21 | Official interpreter: | I used to own the plane company called the Orange or Shiny Time, but |
| L22 | | that was before and doesn't exist anymore. |
| L23 | Ms Claiborn: | Mr. Kwok, do you currently own an interest in any partnership? |
| L24 | Official interpreter: | Do you currently own any interest in partnership companies? |
| L25 | Mr. Kowk: | No. |
| L26 | Official interpreter: | No. |
| L27 | Ms Claiborn: | Mr. Kwok, do you currently own an interest in any joint venture? |
| L28 | Official interpreter: | Do you currently own any interest in any (joint venture?) |
| L29 | Private interpreter: | Joint venture (in Chinese) |
| L30 | Official interpreter: | Joint venture business. |
| L31 | Mr. Kwok: | No. |
| L32 | Official interpreter: | No. |
| L33 | Ms Claiborn: | Other than Ace Decade, do you own an interest in any other company |
| L34 | | right now? |
| L35 | Official interpreter: | Apart from owning Ace Decade, do you also own other companies? |

65

| | | |
|---|---|---|
| L1 | Mr. Kwok: | I once owned Wild Orange and Shiny Time. But not anymore |
| L2 | | currently. |
| L3 | Official interpreter: | No. I only owned the Orange and Shiny Time before, but not |
| L4 | | right now. |
| L5 | Ms Claiborn: | Does Golden Spring New York have a security interest in any of your |
| L6 | | litigation? |
| L7 | Official interpreter: | Does Golden Spring New York have any interest in your litigations? |
| L8 | Mr. Kwok: | I owed them money. |
| L9 | Official interpreter: | I owed them money. |
| L10 | Ms Claiborn: | Have you granted to Golden Spring New York, any interest in any of |
| L11 | | your assets, anything that you own |
| L12 | Official interpreter: | Did you gift to Golden Spring New York any of your property assets? |
| L13 | Mr. Kwok: | No. |
| L14 | Official interpreter: | No. |
| L15 | Ms Claiborn: | So if you were to win a lawsuit against Golden Spring – sorry. Wrong |
| L16 | | name. So if you were to win a lawsuit against UBS, would any of the |
| L17 | | money that you win have to be paid to Golden Spring? |
| L18 | Official interpreter: | If you were to win the case against UBS, the money you won, would |
| L19 | | the money need to be paid back to Golden Spring? |
| L20 | Mr. Kwok: | Yes. |
| L21 | Official interpreter: | Yes. |
| L22 | Ms Claiborn: | And how much would that be? |
| L23 | Official interpreter: | How much would that be? |
| L24 | Mr. Kwok: | Before it was $21 million. Adding now is $28 million. Roughly |
| L25 | | around $30 million. |
| L26 | Official interpreter: | Before it was 2200, 1 million? |
| L27 | Private interpreter: | 21 million |
| L28 | Official interpreter: | 21 million? |
| L29 | Official interpreter: | 21 million and plus now. Probably it's about 300 million. |
| L30 | Mr. Kwok: | 30 million |
| L31 | Official interpreter: | 30 million. Oh, 30 million. Yeah. |
| L32 | Ms Claiborn: | Is there a document that says that any litigation winnings you receive |
| L33 | | need to be paid to Golden Spring? |
| L34 | Official interpreter: | Is there any document written down stated that any winning from |
| L35 | | other litigations would need to pay back Golden Spring New York? |

66

| | | |
|---|---|---|
| L1 | Mr. Kwok: | Yes. |
| L2 | Official interpreter: | Yes. |
| L3 | Ms Claiborn: | What is the name of the document? |
| L4 | Official interpreter: | What is the name of the document? |
| L5 L6 | Mr. Kwok: | It would be that in DC, there had been a litigation against a law firm who represented my case of political asylum application. |
| L7 | Official interpreter: | I'm going to ask him to repeat it. |
| L8 | Official interpreter: | Can you repeat? |
| L9 L10 L11 L12 L13 | Mr. Kwok: | I had an immigration law firm in DC representing me in my case of political asylum application. I sued them. There was such a litigation. Let's stop here. Next would be the source of money funding that litigation. If that case were won, the money would need to return to Golden Spring. |
| L14 | Official interpreter: | I didn't get it. I just ask him to break it down. |
| L15 | Mr. Kwok: | I have a litigation case in DC. |
| L16 | Official interpreter: | I have a case in DC. |
| L17 L18 | Mr. Kwok: | It was against a law firm who represented me in my case of political asylum in the past. |
| L19 | Official interpreter: | There is a attorney office representing me for political asylum. |
| L20 L21 L22 | Mr. Kwok: | The firm was hacked by the Chinese Communist Party. Their office was closed down. They gave my personal information to the Chinese Communist Party. |
| L23 L24 L25 | Official interpreter: | And it was attacked by the cyber attack from the Chinese Communists, and so they – the attorney office was closed, and they gave my personal information to the communist party. |
| L26 | Mr. Kwok: | Then I sued them. |
| L27 | Official interpreter: | And then I sued them. |
| L28 L29 | Mr. Kwok: | The money funding the lawyers in this case came from Golden Spring too. |
| L30 L31 | Official interpreter: | And that litigation fee, attorney fee, came from Golden Spring New York. |
| L32 | Mr. Kwok: | If I won the case, I sued them for a claim of $50 million, |
| L33 | Official interpreter: | I asked for a settlement of $50000, $50 million if I won the money. |
| L34 L35 | Mr. Kwok: | I would need to pay Golden Spring back for the money they funded the litigation. |
| L36 L37 | Official interpreter | I will give the money back to Golden Springs for the money they supported me for the attorney's fees. |

| | | |
|---|---|---|
| L1<br>L2 | Private interpreter | Mr. Kwok did not say settlement.  Mr. Kwok only said it was a claim, not settlement. |

-END -

I, Una Wilkinson, hereby certify that I, to my knowledge and with the best of my abilities , fully and accurately, translated and transcribed the audio file [1002.mp3] from time marked 1:53:00 to 2:16:51, from Chinese/English into English which appeared from page one to page 10 of this document.

Date: 30 September 2022

Signature of Translator & Transcriber

Una Wilkinson

Independent Court Certified Per Diem Interpreter in Mandarin and Cantonese

New York State Unified Court System

Court ID 1000037126