ACE DECADE HOLDINGS LIMITED
incorporated in the British Virgin Islands
Company No. 1828656
(the *Company*)

_____

SHARE TRANSFER INSTRUMENT

_____

I, Ho Wan Kwok, of 373 Taconic Road, Greenwich, CT 06831 (the *Transferor*) DO HEREBY transfer to **Luc A. Despins, solely in his capacity as trustee in the chapter 11 case of Ho Wan Kwok**, of 200 Park Avenue, New York, New York 10166 (the *Transferee*), all shares of the Company standing in my name in the share register of the Company.

This share transfer instrument is governed by British Virgin Islands law.

As witness the hand of the Transferor this __10__ day of November, 2022.

Executed by
**Ho Wan Kwok**

*[signature]*

This share transfer instrument is not subject to stamp duty in the British Virgin Islands unless the Company or its direct or indirect subsidiaries holds real property within the British Virgin Islands. The Company will not treat the Transferee as the registered holder of any shares until the name of the Transferee has been entered in the share register of the Company.

**Debtor's Exhibit C**