| | |
|---|---|
| To: | New York Office Services[NewYorkOfficeServices@brownrudnick.com] |
| From: | Jonas, Jeffrey L.[JJonas@brownrudnick.com] |
| Sent: | Tue 4/26/2022 10:13:53 AM (UTC) |
| Subject: | Fwd: Kwok 22-50073 - DIP account and Rule 2015.3 reports |

Print pls

Sent from my iPhone

Begin forwarded message:

> From: "Silverberg, Bennett S." <BSilverberg@brownrudnick.com>
> Date: April 25, 2022 at 11:01:45 PM EDT
> To: "Claiborn, Holley L.  (USTP)" <Holley.L.Claiborn@usdoj.gov>
> Cc: "Mackey, Steven E.  (USTP)" <Steven.E.Mackey@usdoj.gov>, "Gervais, John (USTP)" <John.Gervais@usdoj.gov>, "Baldiga, William R." <WBaldiga@brownrudnick.com>, "Jonas, Jeffrey L." <JJonas@brownrudnick.com>
> Subject: Re: Kwok 22-50073 - DIP account and Rule 2015.3 reports
>
> Holley-
>
> As to checks drawn on this account, my understanding is that they can be printed on demand on "check paper."  If you/the UST would like to see a representative check draft, please let us know.
>
> In response to the request that Mr. Kwok provide reporting with respect to certain entities in accordance with Rule 2015.3 of the Federal Rules of Bankruptcy Procedure ("R2015.3"), he responds as follows:
>
> • Ace Decade Holdings Limited:  The Debtor does not hold (and has never held) any equity interests in Ace Decade Holdings Limited ( "Ace Decade").  The Debtor acted in a representative capacity in connection with certain investments made by Ace Decade in H-Shares issued by Haitong Securities Co., Ltd.  This investment is the subject matter of the Debtor's litigation against UBS AG.  Ace Decade and Dawn State Limited are co-plaintiffs with the Debtor in this litigation.
>
> • Shiny Times Holdings Ltd. and Well Origin Ltd.:  As noted in the Debtor's *Global Notes And Statements Of Limitations, Methodology,*

*And Disclaimers Regarding The Debtor's Schedules Of Assets And Liabilities And Statement Of Financial Affairs* [Docket No. 77] (the "Global Notes"), the Debtor was the sole shareholder of two foreign corporations, Shiny Times Holdings Ltd. ("Shiny Times") and Well Origin Ltd. ("Well Origin"). The circumstances behind the seizure of the assets of Shiny Times by the Chinese government are described in the Global Notes. As to Well Origin, as described in the Global Notes, UBS took control of the Debtor's shares in Well Origin, which it held as collateral on a loan, and placed Well Origin into liquidation in the British Virgin Islands. As noted in the Global Notes, the Debtor has not had control of Shiny Times or Well Origin since November 2, 2017 and December 31, 2017, respectively. Further, the Debtor's response to question 27 in his *Statement of Financial Affairs for Individuals Filing for Bankruptcy* [Docket No. 77], reflects the Debtor's understanding that both Well Origin and Shiny Times ceased to exist as of 2020. Accordingly, the Debtor does not presently hold any equity interests in Shiny Times or Well Origin.

• Genever Holdings Corporation: As noted in the Global Notes, the Debtor holds all of the equity interests issued by Genever Holdings Corporation ("Genever BVI") in trust for Bravo Luck Limited pursuant to a Declaration of Trust and Agreement, dated as of February 17, 2015. Accordingly, the Debtor takes the position that notwithstanding nominal ownership of these shares he does not own or control such shares or have a substantial or controlling interest in Genever BVI itself. Notwithstanding this position, until the Debtor obtains relief excusing it from complying with R2015.3 with respect to Genever BVI, he will complete the expected reporting for this entity. This evening, he filed the Form 426 with respect to Genever Holdings Corporation (BVI Business Company) [Docket No. 253].

Regards,

--
**Bennett S. Silverberg**
Partner
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
O: 212.209.4924
M: 917.538.2798
F: 212.938.2924
bsilverberg@brownrudnick.com
www.brownrudnick.com
Please consider the environment before printing this e-mail

---

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Date:** Monday, April 25, 2022 at 4:56 PM
**To:** Silverberg, Bennett S. <BSilverberg@brownrudnick.com>
**Cc:** Mackey, Steven E. (USTP) <Steven.E.Mackey@usdoj.gov>, Gervais, John (USTP) <John.Gervais@usdoj.gov>, Baldiga, William R. <WBaldiga@brownrudnick.com>, Jonas, Jeffrey L. <JJonas@brownrudnick.com>
**Subject:** RE: Kwok 22-50073 - DIP account and Rule 2015.3 reports

**CAUTION: External E-mail. Use caution accessing links or attachments.**

---

.

**From:** Silverberg, Bennett S. <BSilverberg@brownrudnick.com>
**Sent:** Monday, April 25, 2022 3:43 PM
**To:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Cc:** Mackey, Steven E. (USTP) <Steven.E.Mackey@usdoj.gov>; Gervais, John (USTP) <John.Gervais@usdoj.gov>; Baldiga, William R. <WBaldiga@brownrudnick.com>; Jonas, Jeffrey L. <JJonas@brownrudnick.com>
**Subject:** [EXTERNAL] RE: Kwok 22-50073 - DIP account and Rule 2015.3 reports

**From:** Claiborn, Holley L. (USTP) <Holley.L.Claiborn@usdoj.gov>
**Sent:** Monday, April 25, 2022 3:37 PM
**To:** Silverberg, Bennett S. <BSilverberg@brownrudnick.com>
**Cc:** Mackey, Steven E. (USTP) <Steven.E.Mackey@usdoj.gov>; Gervais, John (USTP) <John.Gervais@usdoj.gov>; Baldiga, William R. <WBaldiga@brownrudnick.com>; Jonas, Jeffrey L. <JJonas@brownrudnick.com>
**Subject:** RE: Kwok 22-50073 - DIP account and Rule 2015.3 reports

**CAUTION: External E-mail. Use caution accessing links or attachments.**

---

Thank you.

Holley

_____

*Holley L. Claiborn*
Trial Attorney
Office of the United States Trustee