**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                         :    Chapter 11
:
HO WAN KWOK, *et al.*,                                         :    Case No. 22-50073 (JAM)
:
Debtors.¹                                                      :    Jointly Administered
:
---------------------------------------------------------x

**WITNESS LIST AND EXHIBITS LIST OF CHAPTER 11 TRUSTEE IN CONNECTION WITH HEARING ON NOVEMBER 15, 2022 RELATED TO CHAPTER 11 TRUSTEE'S MOTION TO HOLD INDIVIDUAL DEBTOR IN CIVIL CONTEMPT FOR FAILURE TO COMPLY WITH CORPORATE GOVERNANCE RIGHTS ORDER**

Luc Despins, as the appointed Chapter 11 Trustee to the Individual Debtor's estate (the "Trustee"), by and through his undersigned counsel, and pursuant to the Court's *Order Granting Motion To Expedite Hearing on Motion for Contempt* [ECF No. 1044], submits this witness list and exhibits list for the November 15, 2022 hearing (the "Hearing") on the *Motion of Chapter 11 Trustee for Entry of Order Holding Debtor in Civil Contempt for Failure to Comply with Corporate Governance Rights Order* [ECF No. 913] (the "Motion") before the Hon. Julia A. Manning, United States Bankruptcy Court for the District of Connecticut (Bridgeport), Courtroom 123, 915 Lafayette Blvd., Bridgeport, CT.

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) (the "Individual Debtor") and Genever Holdings Corporation (the "Genever BVI Debtor"). The mailing address for the Trustee and the Genever BVI Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## WITNESS LIST

The Trustee designates the following individuals whom he presently anticipates may be called as witnesses at the Hearing:

1. Ho Wan Kwok;

2. Una Wilkinson;

3. Any and all witnesses called by an adverse party;

4. Other witnesses to the extent necessary for the authentication of documents;

5. Other witnesses for rebuttal purposes.

The Trustee reserves the right to supplement or amend this list, including based on the results of ongoing discovery.

[*Remainder of Page Intentionally Left Blank*

## EXHIBITS LIST

| Exhibit | Description of Exhibit | Docket No(s).[2] or Bates Numbers[3] |
|---|---|---|
| 1. | Vice News, Exiled Chinese Billionaire Uses YouTube to Wage A War On Corruption, YOUTUBE, (Nov. 15, 2017) (available at https://www.youtube.com/watch?v=LkOsgh5kcgQ) | |
| 2. | Vice News, Take Down the CCP & World's Coolest Dictator, SHOWTIME, (original air date: Dec. 19, 2021) (available at https://www.sho.com/vice/season/2/episode/14/take-down-the-ccp-and-worlds-coolest-dictator) | |
| 3. | Steve Bannon's War Room: Pandemic, Ep 241 – Pandemic: The CCP's Information War Against America (w/ Miles Guo and Jack Posobiec), (June 18, 2020) https://drive.google.com/file/d/1VO9rcu99Ku87zyitYXzoAGSigQW2Nzr8/view?usp=sharing | |
| 4. | Decision and Order on Motion, dated February 9, 2022, *PAX v. Kwok*, Index No. 652077/2017 (N.Y. Sup. Ct.) | ECF No. 913, Exhibit B |
| 5. | Decision and Order on Motion, dated July 7, 2020, *PAX v. Kwok*, Index No. 652077/2017 (N.Y. Sup. Ct.) | ECF No. 913, Exhibit C |
| 6. | Particular of Claims, *Kwok Ho Wan & Ors. v. UBS*, Cl-2020-000345, High Court of Justice of England and Wales Queen's Bench Division Commercial Court, dated September 23, 2020 | ECF No. 913, Exhibit D |
| 7. | Transcript of Section 341 Meeting, dated April 6, 2022 | ECF No. 913, Exhibit E |
| 8. | August 31, 2022 letter from Trustee to Debtor's counsel requesting that the Debtor cause his shares on Ace Decade to be transferred to the Trustee no later than September 6, 2022 | ECF No. 913, Exhibit F |
| 9. | The transcript of the September 6, 2022 status conference | ECF No. 913, Exhibit G |
| 10. | Transcript of Section 341 Meeting, dated March 21, 2022 | |
| 11. | Complaint, *Guo Wengui v. Joshua Schiller, et al.*, Supreme Court of the State of New York, County of New York, Index No. 150001/2019 (Dec. 31, 2018) | NYSCEF Doc. No. 1 |
| 12. | Memorandum of Law in Support of Defendants' Motion to Compel Arbitration, *Guo Wengui v. Joshua Schiller, et al.*, Supreme Court of the State of New York, County of New York, Index No. 150001/2019 | NYSCEF Doc. No. 3 |
| 13. | Final Arbitration Award in *Boies Schiller Flexner, LLP v. Miles Kwok* | NYSCEF Doc. No. 3, Exhibit B |

---

[2] All docket entries referenced herein include all exhibits and declarations attached thereto. References to ECF No.'s are to documents filed on the docket of the above caption case. All other references to docket numbers refer to cases described for each exhibit number.

[3] All bates numbers were provided by the producing party.

| **14.** | Complaint in *Ace Decade Holdings Limited v. UBS AG* | NYSCEF Doc. No. 1 |
| --- | --- | --- |
| **15.** | Kwok Affidavit in *Ace Decade Holdings Limited v. UBS AG* | NYSCEF Doc. No. 27 |
| **16.** | Kwok's Chinese Translation of Kwok Affidavit in *Ace Decade Holdings Limited v. UBS AG* | NYSCEF Doc. No. 28 |
| **17.** | Paul Hasting's Chinese Translation of Kwok Affidavit in *Ace Decade Holdings Limited v. UBS AG* | |
| **18.** | Certificate of Translation for Kwok Affidavit *Ace Decade Holdings Limited v. UBS AG* | |
| **19.** | Affidavit of Yu Yong in *Ace Decade Holdings Limited v. UBS AG* | NYSCEF Doc. No. 29 |
| **20.** | Email chain beginning on January 30, 2015 at 6:36 PM, in which R. Barnett of Williams & Connolly emailed multiple individuals concerning Mr. Kwok's desire to retain real estate counsel | PWRWG00002204— PWRWG00002205 |
| **21.** | Engagement letter between Boies Schiller and Miles Kwok | KWOK_M_00000008 |
| **22.** | Email chain beginning on May 18, 2015 in which Kristin Beirne emailed a Kwok Office email address concerning 2015 annual shareholder meeting proxy information for the Sherry Netherland | PWRWG00002433— PWRWG00002434 |
| **23.** | Email chain beginning on Feb. 27, 2015 in which Kathy Sloane emailed a Kwok Office email address concerning the Carlyle apartment | PWRWG00002413— PWRWG00002416 |
| **24.** | Email chain beginning on Feb. 24, 2015 in which a Kwok Office email address emailed Adam Wolfson of Wolfsom Insurance Brokerage, Inc. concerning insurance coverage for the Sherry Netherland | PWRWG00002298— PWRWG00002299 |
| **25.** | Audio File, Section 341 Meeting, dated March 21, 2022 | |
| **26.** | Audio File, Section 341 Meeting, dated April 6, 2022 | |
| **27.** | Deposition Transcript of Ho Wan Kwok, dated November 11, 2021 | |
| **28.** | Deposition Transcript of Una Wilkinson, dated November 11, 2021 | |

The Trustee reserves the right to supplement or amend this list, including based on the results of ongoing discovery. The Trustee further reserves the right to introduce or otherwise rely upon any exhibit offered by any other party. The Trustee further reserves the right to introduce additional exhibits for rebuttal or impeachment purposes.

[*Remainder of Page Intentionally Left Blank*]

Dated:	November 11, 2022	LUC A. DESPINS,
	New Haven, Connecticut	CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
　　Patrick R. Linsey (ct29437)
　　NEUBERT, PEPE & MONTEITH, P.C.
　　195 Church Street, 13th Floor
　　New Haven, Connecticut 06510
　　(203) 781-2847
　　plinsey@npmlaw.com

　　　*and*

　　Nicholas A. Bassett (admitted *pro hac vice*)
　　PAUL HASTINGS LLP
　　2050 M Street NW
　　Washington, D.C., 20036
　　(202) 551-1902
　　nicholasbassett@paulhastings.com

　　　*and*

　　Avram E. Luft (admitted *pro hac vice*)
　　Douglass Barron (admitted *pro hac vice*)
　　PAUL HASTINGS LLP
　　200 Park Avenue
　　New York, New York 10166
　　(212) 318-6079
　　aviluft@paulhastings.com
　　douglassbarron@paulhastings.com

　　*Counsel for the Chapter 11 Trustee*