**Exhibit 22**

## Gilbert, Ira J

| | |
|---|---|
| **From:** | Gilbert, Ira J |
| **Sent:** | Friday, May 29, 2015 1:56 PM |
| **To:** | kwokoffice.ny |
| **Cc:** | 'Shulman, Jerry'; Yvette.yue423@gmail.com |
| **Subject:** | RE: 2015 Annual Shareholder Meeting Proxy Information for The Sherry-Netherland |

Hi Yong,

If Mr. Guo wants to vote his shares, he will need to either be present or grant the attached proxy. If he is present, of course it could destroy any confidentiality within the Sherry that he still may trying to preserve. Of course, walking thru the lobby would do that too, so this is probably a minor concern (but you never know, with so many Sherry residents all in the same place at the same time).

The votes will be taken at the meeting. The cover letter says that the only formal agenda item planned as of now for the meeting is the vote for the nine members of the board of directors. The proxy allows your boss to give someone else chosen by the building authority to vote on his behalf (the coop lawyer is one of the three proxies). There are nine nominees listed and your boss can indicate if there are any or all of them for whom he doesn't wish the proxy to vote on his behalf.

The proxy also authorizes the person at the meeting voting on his behalf to vote on any other issues that come up or for another nominee, if any of the nine can't serve or another is nominated.
So, if an unexpected issue came up or there was a change to the slate of candidates, Mr. Guo would not be able to vote on it. Instead, he would have to rely on the proxy's judgment. That may or may not end up being exactly how he would vote if he were there in person.

In general, it is always nice to attend Board meetings to stay informed with regard to the building and meet neighbors, though few people actually so attend.

HOWEVER: notwithstanding everything I just said above, I do not currently know what the Genever Holdings documents say about who can vote the Genever shares – in other words, whether it has to be Mr. Guo himself, or someone on behalf of Genever. I drafted this response as if only Mr. Guo himself can vote, but he might be able to send an employee. Jerry, could you please confirm?

Thanks, Ira


**Ira J. Gilbert | Counsel**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3529 (Direct Phone) | (212) 492-0529 (Direct Fax)
igilbert@paulweiss.com | www.paulweiss.com


**From:** kwokoffice.ny [mailto:kwokoffice.ny@gmail.com]
**Sent:** Friday, May 29, 2015 2:33 PM
**To:** Gilbert, Ira J

1

Confidential
PWRWG00002433

Cc: 'Shulman, Jerry'; Yvette.yue423@gmail.com
Subject: FW: 2015 Annual Shareholder Meeting Proxy Information for The Sherry-Netherland

Dear Ira,

I received the following email from the Sherry. It's about the Annual Shareholder meeting. Because my boss very busy recently, it's hard to arrange the time to join in the meeting. But he wants to get advice for you that what the disadvantages if he is absent in the meeting. He will decide whether to join in according to your professional advice. If it's ok to be absent, is it necessary to entitles some others vote or he can keep the right to vote but absent in the meeting?

Best regards,

Yong

From: Kristin Beirne [mailto:kbeirne@SherryNetherland.com]
Sent: 2015 年 5 月 18 日 15:08
To: kwokoffice.ny@gmail.com
Subject: FW: 2015 Annual Shareholder Meeting Proxy Information for The Sherry-Netherland

Attached are the Notice of Meeting, Proxy Statement and Proxy for The Annual Shareholder Meeting that will take place on Tuesday, June 2, 2015 at 4:30pm at The Harmonie Club located at 4 East 60th Street, New York, NY.

Whether or not you expect to attend the Meeting, at your earliest convenience, can you please sign, date and return the attached Proxy.

Thank you.

Kristin Beirne
Administrative Assistant

**The Sherry-Netherland**
781 Fifth Avenue
New York, NY 10022
Direct: **(212) 231-6812**
Fax: **(212) 832-4845**

Email: kbeirne@SherryNetherland.com

www.SherryNetherland.com



Visit us on TripAdvisor.com and Facebook.com.

2

Confidential   PWRWG00002434