# UNITED STATES BANRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | CHAPTER 11 |
| HO WAN KWOK, | CASE NO. 22-50073 (JAM) |
| Debtor. | NOVEMBER 14, 2022 |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on November 14, 2022, the foregoing objection was electronically filed. Notice of this filing will be sent, via email, to all parties able to receive electronic notification, by operation of the Court's electronic filing system and as listed on the Notice of Electronic Filings. The undersigned did cause to be sent, via U.S. Mail, first-class, postage prepaid, a copy of the foregoing to all counsel and pro-se parties that do not have access to the Court's electronic filing system and as listed on the Notice of Electronic Filings and as listed below. Parties may access this filing through the court's CM/ECF case management system.

HING CHI NGOK and
GREENWICH LAND, LLC

By: */s/ Evan S. Goldstein*
Evan S. Goldstein, Esq.
Federal Bar No. ct22994
UPDIKE, KELLY & SPELLACY, P.C.
Goodwin Square
225 Asylum Street, 20th Floor
Hartford, Connecticut 06103
Tel. (860) 548-2600
Fax. (860) 548-2680
egoldstein@uks.com
*Counsel to Hing Chi Ngok and
Greenwich Land, LLC*