**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                              :   Chapter 11
:
HO WAN KWOK,                        :   Case No. 22-50073 (JAM)
:
Debtor.[1]                      :   Jointly Administered
:
---------------------------------------------------------x

**NOTICE OF PROPOSED AGENDA FOR STATUS CONFERENCE
SCHEDULED FOR NOVEMBER 16, 2022, AT 1:00 P.M. (ET),
BEFORE THE HONORABLE JULIE A. MANNING[2]**

**Trustee's Status Conference**

Description:  Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, will provide a status report to the Court regarding the chapter 11 cases of Ho Wan Kwok, Genever Holdings Corporation, and Genever Holdings LLC, including the following matters:

- Transfer of venue of Genever Holdings LLC chapter 11 case to Connecticut bankruptcy court;
    - Consolidation of adversary proceedings against Bravo Luck;
- Trustee's recognition application in the U.K.;
- Other international proceedings; and
- Various housekeeping matters.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) (the "Individual Debtor") and Genever Holdings Corporation (the "Genever BVI Debtor"). The mailing address for the Trustee and Genever BVI is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Other matters currently scheduled to forward at the November 1, 2022 hearing include (i) the motion for joint administration of the chapter 11 cases of the Individual Debtor, the Genever BVI Debtor, and Genever Holdings, LLC (collectively, the "Debtors") [Docket No. 1070], (ii) the motion to set a bar date in the Debtors' chapter 11 cases [Docket No. 1072], (iii) the motion to employ Neubert, Pepe & Monteith, P.C. as counsel to the Genever BVI Debtor, and (iv) the motion to hold the Individual Debtor in contempt for failure to comply with the corporate governance rights order [Docket No. 913]. These other matters will be heard in the order determined by the Court.

| | |
|---|---|
| Dated:  November 15, 2022<br>New Haven, Connecticut | LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE |

By:   /s/Douglas S. Skalka
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 821-2000
    dskalka@npmlaw.com
    plinsey@npmlaw.com

    *and*

    Nicholas A. Bassett *(pro hac vice)*
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

    *and*

    Avram E. Luft *(pro hac vice)*
    Douglass Barron *(pro hac vice)*
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com

    *Counsel for the Chapter 11 Trustee*