# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 11/18/2022 |
| Case: 22–50073 | Form ID: pdfdoc2 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust　　U. S. Trustee　　USTPRegion02.NH.ECF@USDOJ.GOV
aty　　Douglas S. Skalka　　dskalka@npmlaw.com
aty　　Holley L. Claiborn　　holley.l.claiborn@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty　　Steven E. Mackey　　Office of the U.S. Trustee　　The Giaimo Federal Building　　150 Court Street, Room 302　　New Haven, CT 06510

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1