United States Bankruptcy Court
District of Connecticut

In re:  Case No. 22-50073-jam
Ho Wan Kwok  Chapter 11
Genever Holdings Corporation
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0205-5      User: admin      Page 1 of 6
Date Rcvd: Nov 18, 2022      Form ID: pdfdoc2      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ustpregion02.nh.ecf@usdoj.gov | Nov 18 2022 18:32:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Romney | on behalf of Plaintiff HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron Romney | on behalf of Debtor Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Interested Party Mei Guo aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Interested Party HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 2 of 6 |
| Date Rcvd: Nov 18, 2022 | Form ID: pdfdoc2 | Total Noticed: 1 |

Aaron Romney
    on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com  swenthen@zeislaw.com

Aaron Romney
    on behalf of Counter-Defendant Mei Guo aromney@zeislaw.com  swenthen@zeislaw.com

Aaron Romney
    on behalf of Counter-Defendant HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney
    on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com  swenthen@zeislaw.com

Aaron A Mitchell
    on behalf of Debtor Ho Wan Kwok aaron@lmesq.com

Andrew V. Layden
    on behalf of Interested Party BakerHostetler alayden@bakerlaw.com

Annecca H. Smith
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Annecca H. Smith
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Avram Emmanuel Luft
    on behalf of Chapter 11 Trustee Luc A. Despins aviluft@paulhastings.com

Carollynn H.G. Callari
    on behalf of Creditor Zheng Wu ccallari@callaripartners.com

Carollynn H.G. Callari
    on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com

Carollynn H.G. Callari
    on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com

Danielle L. Merola
    on behalf of Interested Party BakerHostetler dmerola@bakerlaw.com

David S. Forsh
    on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com

David S. Forsh
    on behalf of Creditor Zheng Wu dforsh@callaripartners.com

David S. Forsh
    on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com

David V. Harbach, II
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com

Douglas S. Skalka
    on behalf of Chapter 11 Trustee Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Debtor Genever Holdings Corporation dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Counter-Claimant Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Defendant Luc A. Despins dskalka@npmlaw.com  smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglass E. Barron
    on behalf of Chapter 11 Trustee Luc A. Despins douglassbarron@paulhastings.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Debtor Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com

District/off: 0205-5 User: admin Page 3 of 6
Date Rcvd: Nov 18, 2022 Form ID: pdfdoc2 Total Noticed: 1

| | |
|---|---|
| Evan S. Goldstein | on behalf of Interested Party Hing Chi Ngok egoldstein@uks.com |
| Evan S. Goldstein | on behalf of Interested Party Greenwich Land LLC egoldstein@uks.com |
| G. Alexander Bongartz | on behalf of Chapter 11 Trustee Luc A. Despins alexbongartz@paulhastings.com |
| Holley L. Claiborn | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |
| Irve J. Goldman | on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com rmccoy@pullcom.com |
| James C. Graham | on behalf of Trustee Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| James C. Graham | on behalf of Chapter 11 Trustee Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| James C. Graham | on behalf of Defendant Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| James J. Healy | on behalf of Interested Party Williams & Connolly LLP jhealy@cowderymurphy.com |
| James M. Moriarty | on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com |
| James M. Moriarty | on behalf of Debtor Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com |
| James M. Moriarty | on behalf of Plaintiff HK International Funds Investments (USA) Limited LLC jmoriarty@zeislaw.com, kjoseph@zeislaw.com |
| James M. Moriarty | on behalf of Interested Party HK International Funds Investments (USA) Limited LLC jmoriarty@zeislaw.com, kjoseph@zeislaw.com |
| James M. Moriarty | on behalf of Interested Party Mei Guo jmoriarty@zeislaw.com kjoseph@zeislaw.com |
| James M. Moriarty | on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com |
| James M. Moriarty | on behalf of Counter-Defendant Mei Guo jmoriarty@zeislaw.com kjoseph@zeislaw.com |
| Jay Marshall Wolman | on behalf of Plaintiff Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com |
| Jay Marshall Wolman | on behalf of Creditor Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com |
| Jeffrey M. Sklarz | on behalf of Interested Party BakerHostetler jsklarz@gs-lawfirm.com aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com |
| John Troy | on behalf of Interested Party Troy Law PLLC johntroy@troypllc.com |
| John L. Cesaroni | on behalf of Plaintiff HK International Funds Investments (USA) Limited LLC jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Counter-Defendant HK International Funds Investments (USA) Limited LLC jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Debtor Ho Wan Kwok jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Counter-Defendant Mei Guo jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Interested Party Mei Guo jcesaroni@zeislaw.com |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 4 of 6 |
| Date Rcvd: Nov 18, 2022 | Form ID: pdfdoc2 | Total Noticed: 1 |

Jonathan Kaplan
on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com prulewicz@pullcom.com;rmccoy@pullcom.com

Kellianne Baranowsky
on behalf of Interested Party BakerHostetler kbaranowsky@gs-lawfirm.com aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kristin B. Mayhew
on behalf of Plaintiff Zheng Wu kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
on behalf of Creditor Zheng Wu kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
on behalf of 20 Largest Creditor Rui Ma kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
on behalf of Plaintiff Rui Ma kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
on behalf of Plaintiff Yang Lan kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
on behalf of Plaintiff Boxun Inc. kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
on behalf of 20 Largest Creditor Weican Meng kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
on behalf of Plaintiff Weican (Watson) Meng kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Laura Aronsson
on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com

Lawrence S. Grossman
on behalf of Interested Party BakerHostetler LGrossman@gs-lawfirm.com aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com

Luc A. Despins
lucdespins@paulhastings.com  matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

Luc A. Despins
on behalf of Chapter 11 Trustee Luc A. Despins lucdespins@paulhastings.com matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

Lucas Bennett Rocklin
on behalf of Chapter 11 Trustee Luc A. Despins lrocklin@npmlaw.com  NeubertPepeMonteithPC@jubileebk.net

Mia N. Gonzalez
on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com

Michael S. Weinstein
on behalf of Creditor Xiaodan Wang mweinstein@golenbock.com

Michael S. Weinstein
on behalf of Creditor Rong Zhang mweinstein@golenbock.com

Michael S. Weinstein
on behalf of Creditor Chong Shen Raphanella mweinstein@golenbock.com

Nicholas A. Bassett
on behalf of Chapter 11 Trustee Luc A. Despins nicholasbassett@paulhastings.com

Patrick M. Birney
on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com  ctrivigno@rc.com

Patrick M. Birney
on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com  ctrivigno@rc.com

Patrick R. Linsey
on behalf of Defendant Luc A. Despins plinsey@npmlaw.com  karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey
on behalf of Counter-Claimant Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey
on behalf of Plaintiff Luc A. Despins plinsey@npmlaw.com  karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 5 of 6 |
| Date Rcvd: Nov 18, 2022 | Form ID: pdfdoc2 | Total Noticed: 1 |

| | |
|---|---|
| Patrick R. Linsey | on behalf of Trustee Luc A. Despins plinsey@npmlaw.com  karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| | on behalf of Chapter 11 Trustee Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Peter Friedman | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter Friedman | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of Creditor Zheng Wu pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com |
| Samuel Bryant Davidoff | on behalf of Interested Party Williams & Connolly LLP sdavidoff@wc.com |
| Sara Pahlavan | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. spahlavan@omm.com |
| Scott D. Rosen | on behalf of Attorney Cohn Birnbaum & Shea  P.C. srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com |
| Stephen M. Kindseth | on behalf of Debtor Ho Wan Kwok skindseth@zeislaw.com  cjervey@zeislaw.com |
| Stephen M. Kindseth | on behalf of Interested Party Mei Guo skindseth@zeislaw.com  cjervey@zeislaw.com |
| Stephen M. Kindseth | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC skindseth@zeislaw.com, cjervey@zeislaw.com |
| Stuart M. Sarnoff | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com |
| Stuart M. Sarnoff | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com  stuart-sarnoff-1059@ecf.pacerpro.com |
| Thomas J. Sansone | on behalf of Creditor Chong Shen Raphanella tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Creditor Xiaodan Wang tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Plaintiff Chong Shen Raphanella tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Attorney Michael S. Weinstein tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Creditor Rong Zhang tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Plaintiff Rong Zhang tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Plaintiff Xiaodan Wang tsansone@carmodylaw.com |
| Tiffany Troy | on behalf of Creditor Troy Law  PLLC tiffanytroy@troypllc.com, troylaw@troypllc.com |
| Tristan G. Axelrod | on behalf of Creditor Brown Rudnick LLP taxelrod@brownrudnick.com |
| Tristan G. Axelrod | on behalf of Creditor Verdolino & Lowey  P.C. taxelrod@brownrudnick.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| William R. Baldiga | on behalf of Creditor Brown Rudnick LLP wbaldiga@brownrudnick.com |

District/off: 0205-5                         User: admin                              Page 6 of 6
Date Rcvd: Nov 18, 2022                      Form ID: pdfdoc2                         Total Noticed: 1
TOTAL: 109

**United States Bankruptcy Court**
**District of Connecticut**

In re:

Ho Wan Kwok

Case Number: 22-50073

Chapter:

Debtor*

## ORDER GRANTING MOTION FOR EXPEDITED HEARING

Luc A. Despins, Chapter 11 Trustee (the "Movant"), having filed a Motion to Expedite Hearing (the "Motion", ECF No. 1119), in connection with a Motion for Order Further Extending Trustee's Deadline for Removal of Civil Actions (the "Motion", ECF No. 1118), it appearing that the relief in the Motion to Expedite Hearing should be granted; it is hereby

**ORDERED:** A hearing to consider the Motion for Order Further Extending Trustee's Deadline for Removal of Civil Actions will be held on November 21, 2022 at 12:00 p.m. by the undersigned Bankruptcy Judge. The hearing will be held remotely using the ZoomGov platform; and it is further

**ORDERED:** Service of the Order Granting the Motion for Expedited Hearing and the Motion for Order Further Extending Trustee's Deadline for Removal of Civil Actions must be made on all parties entitled to notice under applicable statutes and/or rules **on or before** November 21, 2022 by 10:00 a.m.; and it is further

**ORDERED:** A certificate of service demonstrating that the provisions of the Order Granting Motion for Expedited Hearing have been complied with must be filed **on or before** November 21, 2022 by 11:00 a.m.

**See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**

Dated:    November 18, 2022

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

* For the purposes of this order, "Debtor" means "Debtors" where applicable.

## ZOOMGOV CONNECTION INSTRUCTIONS

**Important Policy Notice to the Bar, Public, and Media**
Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073−1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen−shots or any other audio or video reproduction).
A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

### ZOOMGOV REMOTE HEARING INFORMATION FOR PARTICIPANTS

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: **CalendarConnect_BPT@ctb.uscourts.gov**. If you do not have an email address, you may call the Clerk's Office at **(203) 579-5808** for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING−LISTEN ONLY:** If you are not a Remote Hearing Participant but would like to listen to the hearing, please use the court hearing conference line at **1-877-336-1274** and input the Access Code: **1077800** when prompted.

For further instruction and best practices for appearing remotely utilizing ZoomGov, please find the "Procedures and Instructions for Remote Appearances using ZoomGov" on our website at www.ctb.uscourts.gov.