ct 130                                                                                                                                02/2021

# United States Bankruptcy Court
## District of Connecticut



In re:

    Ho Wan Kwok, et al

    Debtor*

Case Number:  22-50073

Chapter:  11

Jointly Administered

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE LISTS, SCHEDULES AND STATEMENTS, AND OTHER DOCUMENTS

    Genever Holdings Corporation (the "Debtor"), filed a Motion seeking an extension of time to file all lists, schedules, statements, and other documents required by Federal Rules of Bankruptcy Procedure 1007 dated November 10, 2022 (the "Rule 1007 Extension of Time", ECF No. 1079).

    After notice and a hearing, see 11 U.S.C. § 102(1), it appearing that cause exists to grant the Rule 1007 Extension of Time; it is hereby

    **ORDERED:** The Rule 1007 Extension of Time is granted and the Debtor shall file all lists, schedules, statements, and other documents required to be filed by Federal Rules of Bankruptcy Procedure 1007 on or before November 23, 2022; and it is further

    **ORDERED:** The failure of the Debtor to timely comply with the filing of all lists, schedules, statements, and other documents as required by this Order shall result in the dismissal of this case.

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

Dated: November 21, 2022

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.