**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
:
In re:                                                   :   Chapter 11
                                                         :
HO WAN KWOK, *et al.*,                                    :   Case No. 22-50073 (JAM)
                                                         :
                    Debtors.[1]                          :   Jointly Administered
                                                         :
-------------------------------------------------------x

**STATEMENT OF CHAPTER 11 TRUSTEE WITH RESPECT TO DEBTOR'S**
**SOCIAL MEDIA INTIMIDATION CAMPAIGN**

Luc A. Despins, as the Chapter 11 Trustee appointed in the chapter 11 case of Ho Wan

Kwok (the "Trustee"), by and through his undersigned counsel, respectfully submits this

statement (the "Statement") with respect to the social media campaign against the Trustee

launched by the Debtor in connection with the *Motion of Chapter 11 Trustee for Entry of Order*

*Holding Debtor in Civil Contempt for Failure to Comply with Corporate Governance Rights*

*Order* [Docket No. 913] (the "Contempt Motion").

**BACKGROUND**

1.      At the hearing held on November 16, 2022 (the "November 16 Hearing") in

connection with the Contempt Motion, the Trustee made the Court aware of a communication by

an organization linked to the Debtor called the "Himalaya Global Alliance" asking its supporters

to protest at the addresses of "known CCP operatives and sympathizers."  This communication

(the "Call to Protest") included the addresses of the office of Paul Hastings in New York City,

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) (the "Debtor") and
Genever Holdings Corporation ("Genever BVI"). The mailing address for the Trustee and Genever BVI is Paul
Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho
Wan Kwok (solely for purposes of notices and communications).

the home address of the Trustee in ████████████████, and the home address of the

Trustee's former spouse in ████████████ (as well as the home addresses of the family

of an executive of Pacific Alliance Asia Opportunity Fund, L.P. ("PAX") and the office of

O'Melveny Myers, counsel to PAX, in New York City).[2]  The Call to Protest was clearly was a

form of cyber terrorism aimed at intimidating the Trustee and PAX, the Debtor's largest creditor.

2.      Moreover, at the November 16 Hearing, the Trustee also presented videos that the

Debtor posted on social media following the Trustee's November 11, 2022 deposition of the

Debtor in connection with the Contempt Motion.  In these videos, the Debtor baselessly and

absurdly attacked the Trustee and his counsel as agents of the Chinese Communist Party.  Even

the Debtor's counsel (after initially objecting to the presentation of the videos) condemned the

Debtor's conduct.

3.      Subsequently, near the end of the hearing held on November 18, 2022 in

connection with the Contempt Motion (the "November 18 Hearing"), the Trustee noted that the

Debtor had posted on social media additional attacks on the Trustee and PAX.

4.      On November 19, 2022, counsel to the Trustee sent an email to the Court,

copying counsel to the Debtor, counsel to PAX, and counsel to the United States Trustee,

summarizing the social media attacks referenced by the Trustee at the November 18 Hearing and

noting that the Trustee would follow up with this Statement describing the Debtor's social media

intimidation campaign in more detail.

---

[2]      *See* ████████████████████████████████████ (last
accessed November 20, 2022).  A copy of the Call to Protest as presented at the November 16 Hearing and as
posted to Gettr is attached hereto as **Exhibit A**.

**DEBTOR'S SOCIAL MEDIA INTIMIDATION CAMPAIGN**

5.      On November 16, 2022, the Debtor reposted the Call to Protest by the Himalaya Global Alliance at the top of his page on Gettr, at                 , one of the Debtor's primary social media outlets,[3] as a "pinned" or permanent posting. The Call to Protest on Gettr can viewed at                . The Call to Protest was previously posted at a Gettr account called "NFSC Speaks." "NFSC" stands for "New Federal State of China," an organization affiliated with and founded by the Debtor (as is evident from the Debtor's Gettr page, which states: "We Are the Citizens of the NFSC").[4]

6.      The Debtor has also reposted on his Gettr page clips from a longer video, (the "First Video") and originally posted by NFSC Speaks, that contains numerous attacks against the Trustee and Paul Hastings (as well as PAX and its executive) and threatens protests against, among others, Paul Hastings and the Trustee personally. The full First Video, which can be viewed at                 , is filled to the brim with outrageous and baseless attacks against the Trustee and PAX, as well as other efforts at intimidation, including the following[5]:

        a)  The introduction to the video is a quasi-documentary accusing PAX's chief executive of being involved in, among other things, using "money from both

---

[3]  Indeed, there have been multiple public assertions that the Debtor is the founder of or otherwise holds a financial interest in Gettr. *See Motion of the Official Committee of Unsecured Creditors of Debtor for Authorization to Conduct an Examination of Gettr USA, Inc. and to Subpoena Production of Documents Pursuant to Fed. R. Bankr. P. 2004 and 9016 and D. Conn. Bankr. L.R. 2004-1* [ECF. No. 252], ¶ 20 ("One of the potential assets for inclusion in the Debtor's bankruptcy estate is his widely reported 'interest' in the newly created company, Gettr USA, Inc.").

[4]  See *also, e.g.*, NSFC "Who is Miles Guo." https://nfsc.global/miles ("Miles Guo is the initiator of the Whistleblower's Movement, **the founder of the New Federal State of China**") (emphasis added).

[5]  Notably, near the beginning of the video, the presenters take the time to promote "GFashion," the Debtor's clothing brand. First Video at 2:50 – 3:05.

American and Chinese people . . . to enslave the Chinese people" and being a "spy and a thief stealing pension funds" for the Communist Party.[6]

b) The presenters of the main portion of the video ("Prince" and "Nicole") attack the Trustee "as acting for the interest of the CCP,"[7] and repeatedly show a photo of the Trustee together with the map of China, colored red with a prominent hammer and sickle.[8]

c) The presenters directing themselves to the Trustee, state: "your ███████ children, we will make sure they know they should be shameful of having a father like you"[9] and "you have ██████████, right, I hope they are watching this."[10]

d) The presenters refer to the Trustee and counsel to PAX as "American traitors" and "enablers of evil" who help build concentration camps on behalf of the CCP and whose "hands are stained with Chinese people's blood," comparing the Trustee and counsel to PAX with lawyers "going after the Jews" during the Holocaust.[11]

e) The presenters, threatening protests directed at the Trustee's workplace and private residence, say that "even scumbags, like [the Trustee] . . . [have] family and friends" and, directing themselves to the Trustee, threaten to "make sure every single person in your life . . . know[s] what you have done to the Chinese people . . . that those concentration camps were able to be built because of you."[12]

---

[6]    First Video 0:00 – 2:39.

[7]    First Video 5:40 – 5:48.

[8]    A screenshot of this image is attached as **Exhibit B** hereto.

[9]    First Video 21:54 -22:05.

[10]    First Video 25:50 – 25:59.

[11]    First Video 24:00 – 25:04.

[12]    First Video 34:00 – 35:32.

7.      In addition, the Debtor has also reposted another video (the "Second Video" and, together with the First Video, the "NFSC Videos"), also originally posted by NFSC Speaks, that again makes numerous baseless and outrageous attacks in an effort to intimidate the Trustee and counsel to PAX, including the following:

a)  The same two presenters from the First Video (joined by a third guest) show pictures of the Trustee as well as PAX's attorneys (including Mr. Sarnoff, Mr. Friedman, and Mr. Harbach),[13] accusing them of, among other things, being "worse than a Nazi collaborator in World War Two."[14]

b)  The presenters, directing themselves to PAX's counsel and the Trustee, threaten to, among other things, "make sure every single person in your life . . . knows about the horrible things that you have done to the Chinese people."[15]

c)  **Even worse, the presenters show pictures of each of the Trustee's** ▮▮▮▮▮ **identifying their names and employers, and, among other outrageous comments, claiming that "your father [i.e., the Trustee] . . . is literally putting millions of Uighurs in concentration camps."[16]**

d)  The video also presents pictures of PAX's attorneys, the Trustee, and even the Trustee's ▮▮▮▮ together with a map of China, colored red, with a prominent hammer and sickle.[17]

---

[13]  *See* Second Video, *e.g.*, 19:26; 19:30; 19:46.

[14]  *See* Second Video, 30:20-27.  Screenshots of the Second Video showing images of PAX's attorneys near a red China and sickle image are attached hereto as **Exhibit I**.

[14]  *See* Second Video 32:40-32:46.

[15]  *See* Second Video 30:00 – 30:23.

[16]  *See* Second Video 32:40-32:46

[17]  Screenshots of these images are attached hereto as **Exhibit C**.

8.      The NFSC Speaks account on Gettr contains numerous postings that repeat the same outrageous attacks and other attempts at intimidation from the NFSC Speaks Videos.  One example is the posting visible at ███████████████, which shows pictures of each of the Trustee's ███████████ along with their employer information, together with a photo-shopped image of the Trustee with CCP uniform and insignia labelled "Chinese Communist Party's Super Lawyer" below an image of a hand emerging from a hammer and sickle giving money to another hand emerging from the Paul Hastings logo.[18]

9.      Perhaps most disturbing are the images that previously had been posted at the affiliated Gettr account named "TNFSOC" (The New Federal State of China), which shows photographs of the Trustee's ███████ taken **when they were in high school**.[19]  This helps demonstrate how low the Debtor and his followers will stoop in order to intimidate the Trustee and prevent him from carrying out his fiduciary mandate.

10.     Moreover, given the prolific social media activity of the Debtor and his affiliated organizations such as the NFSC, we cannot represent that this is a complete account of the Debtor's online intimidation campaign.  It is likely that even more material has been posted online, in addition to that discussed herein, designed to intimidate the Trustee and prevent the Trustee from pursuing his mandate in connection with the Debtor's chapter 11 case.

11.     Yesterday morning, November 20, 2022, a group of Debtor-aligned protestors gathered to picket the residence of the Trustee in ██████████████.  According to photographic and video documentation of this event, the protestors carried signs with messages such as "Luc Despins CCP's Darling Lawyer Retained by CCP to Destroy Chinese Dissident,"

---

[18]   Screenshots of these images are attached hereto as **Exhibit D.**

[19]   Screenshots of these images are attached hereto as **Exhibit E.**

"Waste Disposal Site for Communist Scumbags," and "Luc Despins Makes the 2022 A-List Scumbags," as well as images of the Trustee with a red hammer and sickle insignia emblazoned on his forehead.[20]  The protestors also distributed an anti-Trustee pamphlet to the homes of the Trustee's neighbors in which they identified themselves with the New Federal State of China and the Himalaya Global Alliance.[21]  The pamphlet included many disturbing, bald-faced lies regarding the Trustee, including the following:

a) "Your neighbor, Luc Albert Despins and his law firm Paul Hastings LLP are the benefactors and enablers of the CCP's crimes against humanity, infiltration of the U.S. legal and financial systems, and persecution of Chinese dissidents abroad.";

b) "As the lead perpetrator of this unspeakable act of evil, Mr. Despins has found a way to somehow combine his personal hatred of Asian Americans and his CCP-mandated objective of persecuting Chinese political dissents to launch an all-out assault on Chinese Americans.";

c) "Despite Mr. Despins' racially-charged rhetorics, [sic] despicable intimidation tactics, and unethical abuses of the U.S. legal system, we will never stand down."

12.    Disturbingly, the Debtor and his allies have made a continued point of targeting the Trustee's family members, including his children.  Yesterday morning (November 20, 2022), in addition to the group of protestors that picketed the residence of the Trustee in ███████, another group picketed the residence of one of the Trustee's ████████ in ██████████.

---

[20]  *See* ███████████████████████████████████████████████.

[21]  *See* ███████████████████████████████████████ (last accessed November 20, 2022) (showing video taken of Trustee's home, with a Chinese caption whose Google translation reads "Report by Nicole: Taken at 9 o'clock on Sunday morning in front of Luc's home in Connecticut, USA..."). A screenshot of that Gettr post is attached hereto as **Exhibit F**.  A photo of one of these pamphlets, obtained from one of the Trustee's neighbors, is attached hereto as **Exhibit G.**

███████████ and a third group picketed the residence of the Debtor's former spouse in

███████████. The protesters carried signs describing the Trustee as, among other

things, "CCP's Darling Lawyer" and "Scumbag,"[22] and were the subjects of glowing coverage in

yet another NFSC Speaks video (available at ███████████████████), titled

"Say No to Evil." Protestors also convened in front of the homes of PAX's chief executive and

his family members. As noted previously, NFSC stands for New Federal State of China, an

organization founded by and led by the Debtor.

13.     If the Debtor's personal involvement in these protests was not already obvious,

the Debtor's official Gettr account, as well as another Gettr account affiliated with the Debtor

titled "MilesGuoLive," posted or reposted videos and photographs celebrating or encouraging

the protests multiple times on November 20, 2022.[23]

14.     Evidence also suggests that NFSC is encouraging these protests by offering to pay

protestors using Himalaya cryptocurrency (i.e., the cryptocurrency promoted by the Debtor), an

issue which the Trustee continues to investigate.[24]

15.     In addition, just this morning, the Debtor's followers picketed the offices of

counsel to the Trustee (Paul Hastings) and counsel to PAX (O'Melveny). The protestors held

---

[22] An image of this protest is attached hereto as **Exhibit H.**

[23] *See, e.g.,* ███████████████████████████████████████████ (last
accessed November 20, 2022); ███████████████
███████████ (last accessed November 20, 2022). This is important context for the
Debtor's purported effort to dissuade his follower from protesting in a video posted at 11:29 p.m. on November
19, 2022, **the night before the protests.** *See* ███████████████████████),
███████████ (last accessed November 20, 2022). That video is "classic Kwok." The
Debtor was undoubtedly informed by his counsel that the Trustee had emailed the Court regarding the Debtor's
conduct and that he might be required to appear before the Court to explain himself—something the Debtor
fears and has attempted to avoid at all costs. Therefore, the Debtor, feeling cornered, **appeared** to back down.
But the Debtor's apparently conciliatory gesture was completely disingenuous—he continued promoting the
protests against the Trustee on November 20, 2022, the day after he purportedly "backed down," and there is no
question that the protests occurred with his blessing.

[24] *See e.g.,* YouTube, "2022-11-20 FAY FAY Said CCP-Controlled Luc Sent Subpoenas. Global Alliance Will
Pay Volunteers HCN" (posted Nov. 21, 2022), https://www.youtube.com/watch?v=GI-_7w7Xt-A.

signs attacking, and showing the photographs of, the Trustee's counsel, Mr. Bassett and Mr.

Luft, as well as PAX's counsel, including Mr. Sarnoff and Mr. Friedman.[25]

### DEBTOR'S CONDUCT IS INEXTRICABLY LINKED TO THIS CHAPTER 11 CASE AND CONTEMPT MOTION

16.     The Debtor's conduct on social media as described herein and at the November

16 Hearing and November 18 Hearing represents nothing more than the Debtor's attempt to

oppose the Trustee's Contempt Motion through "extra-judicial" means.  The Debtor views social

media, where he can rely on his hundreds of thousands of followers to intimidate and silence his

opponents, as a second front in his war to protect himself from any kind of scrutiny or

accountability.  Indeed, the Debtor is well known for this type of behavior, as demonstrated in

the Vice News video presented by the Trustee to the Court at the November 16 Hearing.[26]

17.     The connection between this social media campaign and the Contempt Motion is

clear from the chronology of this recent burst of online attacks, which were first prompted by the

Trustee's deposition of the Debtor on November 11, 2022, and have been timed to coincide with

the hearings held in connection with the Contempt Motion between November 16 and November

18, 2022.

18.     Notably, the clear connection between this intimidation campaign and the

Contempt Motion makes untenable the position taken by the Debtor's counsel Mr. Henzy, who

has stated multiple times that he condemns the Debtor's behavior, but takes the position that he

only represents the Debtor within the confines of this chapter 11 case.  However, the Debtor's

online attacks on the Trustee and PAX are part and parcel of this chapter 11 case, arising in the

---

[25]    Images of these protests are attached hereto as **Exhibit J.**

[26]    *See* Vice News, Take Down the CCP & World's Coolest Dictator, SHOWTIME, (original air date: Dec. 19, 2021), at 5:17 – 6:20 (available at https://app.box.com/s/whvua7buv2uk1pd4lydd6q7v81mfe5d0).

context of the Trustee's prosecution of the Contempt Motion and the Trustee's larger effort (pursuant to his fiduciary mandate) to identify and obtain control of assets belonging to the Debtor's chapter 11 estate for the benefit of creditors.

## DEBTOR MUST FACE CONSEQUENCES

19.     As discussed above and at the November 16 Hearing, the Debtor is clearly engaging in an effort to intimidate the Trustee and his creditors, demonstrating clearly his lack of respect for this Court, the chapter 11 process, and the judicial system more generally.  All of this is in keeping with his prior documented behavior, including inciting his followers to protest the homes of his perceived enemies (which in the past has resulted in incidents of violence), as well as the Debtor's history of violating court orders, resulting in the imposition of massive contempt fines against the Debtor by Justice Ostrager as a prelude to the commencement of the Debtor's chapter 11 case.

20.     The Court should not allow the Debtor to engage in this type of behavior with impunity.  Therefore, the Trustee and PAX believe that the Court should take remedial action against the Debtor, commencing with an order compelling the Debtor to appear before the Court and subject himself to cross-examination with respect to his involvement in the social media postings described above and the organizations purportedly sponsoring these postings.

21.     Failure to hold the Debtor accountable for his behavior would have disastrous consequences.  The Debtor's methods of intimidation—the threat of online slander, the picketing of homes and businesses, and the invasion of the private lives of court officers and their families—have no place in any judicial proceeding.  To be clear, the Debtor's antics will not influence or sway the Trustee (or PAX), but the Debtor is sending a clearly threatening message to everyone else: "anyone who dares file a claim or provide testimony against me will be

destroyed." **Creditors and potential witnesses are watching these proceedings to see whether the Debtor will face any consequences from his attempts to intimidate a court appointed officer**. [27]  If there are none, this will send such parties a clear signal that these tactics will, without a doubt, be used against them.

---

[27]    The Second Circuit has held that a bankruptcy trustee is a court officer for purposes of 18 U.S.C. 1503, the federal criminal statute that punishes attempts to influence or intimidate court officers.  *See U.S. v. Crispo*, 306 F.3d 71, 78 (2d Cir. 2002).  In *Crispo*, the debtor made several threats against the trustee, and attempted to have his daughter kidnapped, which the trustee reported to the FBI.  The debtor was convicted for violating section 1503, among other things, and sentenced to 85 months in prison.  On appeal, the Second Circuit "concluded that a trustee *is* a court officer protected by the court-officer prong of § 1503," and affirmed the conviction for obstruction of justice but remanded the sentencing aspect because the applicable range is 57 to 71 months. *Id.* at 78, 82.

Dated:      November 21, 2022
            New Haven, Connecticut

LUC A. DESPINS,
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

       *and*

    Nicholas A. Bassett (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

       *and*

    Avram E. Luft (admitted *pro hac vice*)
    Douglass Barron (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com
    douglassbarron@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

## **Exhibit A**

**Call to Protest**



**Ai La** Today at 7:29 PM
@everyone

The Himalaya Global Alliance ("HGA") calls upon its supporters to organize, peacefully and lawfully, outside the addresses of these known CCP operatives and sympathizers:



Paul Hastings LLP
200 Park Ave, New York, NY

O'Melveny & Myers LLP
7 Times Square, New York, NY

Addresses of other known CCP sympathizers:



Protests shall continue for at least 90 days.

Himalaya Global Alliance
November 15, 2022

 48   16   23   15   15

## **Exhibit B**

**Image of Trustee with Sickle**





COME ARREST US!

NFSC
speaks
November 16, 2022
19:16:39 EST

GETTR: @NFSCSpeaks

## **Exhibit C**

This exhibit has been filed under seal.

## **Exhibit D**

This exhibit has been filed under seal.

## **Exhibit E**

This exhibit has been filed under seal.

## **Exhibit F**

This exhibit has been filed under seal.

## **Exhibit G**

**Pamphlet Distributed Near Trustee's Home**

**Dear Neighbors,**

Please take notice that we will be organizing a peaceful, lawful protest near ▇▇▇▇▇ to protest against targeted racial and political persecution of Chinese Americans. We apologize in advance for any inconveniences caused and ask you to please excuse our presence. However, we remain unapologetic for fighting against deep-rooted racism to defend the rights of Chinese Americans.

We are members of the New Federal State China ("NFSC") followed by hundreds of millions of freedom-loving Chinese people around the world who want to take down the Chinese Communist Party ("CCP"). The CCP is the root cause of this global pandemic and has committed countless unforgivable crimes against humanity including genocide of the Uyghurs, Tibetans, underground Christians and Catholics.

Your neighbor, Luc Albert Despins and his law firm Paul Hastings LLP are the benefactors and enablers of the CCP's crimes against humanity, infiltration of the U.S. legal and financial systems, and persecution of Chinese dissidents abroad. Despite the CCP's ongoing genocide in Xinjiang and its history of human rights abuses, Paul Hastings has acted on behalf of the CCP to hunt Chinese dissidents and to destroy the livelihood of Chinese freedom fighters.

Paul Hastings won 6 law awards this year in Communist China - a regime with absolutely no respect for law nor human rights. During 2022 alone, Paul Hastings has represented the Chinese government in bond issuances worth at least $770 Million and has represented numerous state-controlled entities in transactions worth billions of dollars. When the U.S. Department of Justice charged Steven Wynn, a Vegas casino mogul, for allegedly acting as an unregistered agent of the CCP, it was Paul Hastings who rushed to help represent Mr. Wynn.

As the lead perpetrator of this unspeakable act of evil, Mr. Despins has found a way to somehow combine his personal hatred of Asian Americans and his CCP-mandated objective of persecuting Chinese political dissents to launch an all-out assault on Chinese Americans. Over the past several months, Mr. Despins has issued a number of subpoenas to members of the NFSC in an attempt to stop us from exposing the CCP. Mr. Despins has since threatened, directly or indirectly, to issue even more subpoenas, asset searches/seizures, and even arrests - all targeted at members of the NFSC.

Despite Mr. Despins' racially-charged rhetorics, despicable intimidation tactics, and unethical abuses of the U.S. legal system, we will never stand down. Every member of the NFSC has risked their lives to join our crusade agains the CCP, and we will continue to expose the CCP's enablers until this country can be a safe place for freedom-loving Chinese-Americans.

We will always remain peaceful and respectful of you and your neighbors, and we invite you to learn more about our mission by come check out our protests! Your understanding is greatly appreciated!

Respectfully,
Himalaya Global Alliance
New Federal State of China

**Fighting for Peace**

NEW FEDERAL STATE OF CHINA 

## **Exhibit H**

This exhibit has been filed under seal.

**<u>Exhibit I</u>**

**Images of PAX Attorneys with Sickle Image**





David Harbach
Former Assistant U.S. Attorney & DOJ Prosecutor

NFSC
Speaks

**NFSC JOINS FORCE WITH JEWISH COMMUNITY TO COMBAT RACISM**

November 18, 2022
16:39:57 EST





Peter Friedman

O'Melveny

NFSC
**speaks**

November 18, 2022

16:33:08 EST

## NFSC JOINS FORCE WITH JEWISH COMMUNITY TO COMBAT RACISM

GETTR: @NFSCSpeaks





Stuart Sarnoff

NFSC
speaks
November 16, 2022
16:33:02 EST

NFSC JOINS FORCE WITH JEWISH COMMUNITY TO COMBAT RACISM

GETTR: @NFSCSpeaks

### Exhibit J

**Images of Protests of Paul Hastings' Attorneys and O'Melveny & Myers' Attorneys**







