UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
: 
Debtors.[1] : Jointly Administered
: 
------------------------------------------------------x

**MOTION, PURSUANT TO BANKRUPTCY RULE 9006(c)(1), TO EXPEDITE HEARING ON CHAPTER 11 TRUSTEE'S MOTION TO SEAL STATEMENT OF CHAPTER 11 TRUSTEE WITH RESPECT TO DEBTOR'S SOCIAL MEDIA INTIMIDATION CAMPAIGN**

Chapter 11 Trustee Luc A. Despins (the "Trustee"), by and through his undersigned counsel, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby moves (the "Motion to Expedite") this Court for an order scheduling an expedited hearing, if any, to consider and determine the *Chapter 11 Trustee's Motion to Seal Statement of Chapter 11 Trustee with Respect to Debtor's Social Media Intimidation Campaign* (the "Sealing Motion").[2]  In support of his Motion to Expedite, the Trustee respectfully states as follows:

**JURISDICTION, VENUE, AND STATUTORY BASIS**

1. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) (the "Debtor") and Genever Holdings Corporation ("Genever BVI"). The mailing address for the Trustee and Genever BVI is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Sealing Motion.

*Reference* from the United States District Court for the District of Connecticut (as amended). The Sealing Motion, including this Motion to Expedite with respect thereto, is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief sought by this Motion to Expedite is Bankruptcy Rule 9006(c)(1).

## BACKGROUND

4. At the November 16 Hearing in connection with the Contempt Motion, the Trustee made the Court aware of a communication by an organization linked to the Debtor called the "Himalaya Global Alliance" asking its supporters to protest at the addresses of "known CCP operatives and sympathizers." This communication (the "Call to Protest") included the addresses of the office of Paul Hastings, the home address of the Trustee, and the home address of the Trustee's former spouse (as well as the home addresses of the family of an executive of Pacific Alliance Asia Opportunity Fund, L.P. ("PAX") and the office of O'Melveny Myers, counsel to PAX).

5. Moreover, at the November 16 Hearing, the Trustee also presented, in a sealed portion of the hearing, videos that the Debtor posted on social media following the Trustee's November 11, 2022 deposition of the Debtor in connection with the Contempt Motion.

6. Subsequently, near the end of the hearing held on November 18, 2022 in connection with the Contempt Motion (the "November 18 Hearing"), the Trustee noted that the Debtor had posted on social media additional attacks on the Trustee and PAX.

7. On November 19, 2022, counsel to the Trustee sent an email to the Court, copying counsel to the Debtor, counsel to PAX, and counsel to the United States Trustee, summarizing the

social media attacks referenced by the Trustee at the November 18 Hearing, proposing that the Debtor's social media attacks be addressed at the November 21, 2022 status conference, and noting that the Trustee would follow up with the Statement describing the Debtor's social media intimidation campaign in more detail.

8. On November 20, 2022, **the Debtor's supporters staged protests outside the private homes of the Trustee, one of the Trustee's children, and the Trustee's former spouse, as well as the homes of PAX's executive and his family members**.

### THE SEALING MOTION[3]

9. As discussed in the Sealing Motion, in the Statement the Trustee describes the Debtor's social media intimidation campaign and, in doing so, references and presents exhibits containing a number of types of information (collectively, the "Sensitive Information") that, even if already released into the public sphere by the Debtor and his affiliated organizations, should not be further disseminated through public court filings or argument.

10. This Sensitive Information includes:

   (a)   Residential addresses of individuals, including the Trustee, the Trustee's former spouse, and the chief executive of PAX;

   (b)   The names, photographs, and employers of the Trustee's children;

   (c)   The website addresses where the Debtor and his affiliated organizations have posted this Sensitive Information.

11. As detailed in the Sealing Motion, this sensitive information should be protected from disclosure pursuant to section 107(b)(2) and (c)(1) of the Bankruptcy Code, in particular given that the Debtor's social media attacks have already caused groups of his followers to hold

---

[3] The following summary of the relief sought in the Sealing Motion is qualified in its entirety by the Sealing Motion.

protests outside the private homes of the Trustee and his family members, section 107 of the Bankruptcy Code is clearly applicable to the Sensitive Information described above.

## RELIEF REQUESTED

12. Bankruptcy Rule 9006(c)(1) provides that the Court may reduce the notice period when requested by motion upon cause shown. Cause exists to consider and determine the Sealing Motion upon an expedited basis.

13. It is imperative that the Court swiftly adjudicate the Sealing Motion so that the Trustee can fully inform the Court regarding the extent and gravity of the Debtor's social media intimidation campaign as soon as possible. **As noted above, the Debtor's followers have already picketed the homes of the Trustee, PAX's executive, and their family members.** They have also picketed the offices of counsel to the Trustee (Paul Hastings) and counsel to PAX (O'Melveny), holding signs showing the photographs of the Trustee's counsel, Mr. Bassett and Mr. Luft, as well as PAX's counsel, including Mr. Sarnoff and Mr. Friedman.

14. The Trustee therefore requests that a hearing on the Sealing Motion be set for 12:00 p.m. on Monday, November 21, 2022, in connection with the status conference already scheduled for that time.

15. The Trustee further requests that the Court direct that notice of the Sealing Motion and the Court's order granting this Motion to Expedite and scheduling a hearing be served on all parties-in-interest appearing in the Chapter 11 Case qualified to receive electronic notice via the Court's CM/ECF service, as well as the Debtor, the Committee, and the United States Trustee.

WHEREFORE, the Trustee requests that the Court issue an Order, substantially in the form attached hereto, setting a hearing on the Sealing Motion, ordering notice of such hearing as set forth in the attached Order, and ordering such other and further relief as is just and proper.

Dated:   November 21, 2022           LUC A. DESPINS,
         New Haven, Connecticut      CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com, plinsey@npmlaw.com

    *and*

    Nicholas A. Bassett (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

    *and*

    Avram E. Luft (admitted *pro hac vice*)
    Douglass Barron (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
HO WAN KWOK, *et al.*,                                  :    Case No. 22-50073 (JAM)
                                                        :
          Debtors.[1]                                   :    Jointly Administered
                                                        :
---------------------------------------------------------x

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the *Chapter 11 Trustee's Motion to Seal Statement of Chapter 11 Trustee with Respect to Debtor's Social Media Intimidation Campaign* (the "Sealing Motion");[2] and good cause appearing, it is hereby

**ORDERED,** that a hearing on the Sealing Motion shall be held on **November 21, 2022, at 12:00 p.m. (prevailing Eastern Time)** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604 (the "Hearing"); and it is further

**ORDERED,** that the deadline to object to the Sealing Motion shall be at the hearing; and it is further

**ORDERED,** that a copy of this Order, along with the Sealing Motion and any attachments thereto, shall be served upon all parties to the above-captioned chapter 11 case qualified to

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) (the "Debtor") and Genever Holdings Corporation ("Genever BVI"). The mailing address for the Trustee and Genever BVI is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Motion to Expedite.

2

receive electronic notice via the Court's CM/ECF service, as well as the Debtor, the Committee, and the United States Trustee, on or before November __, 2022, and the Trustee shall file a certificate of service as soon as possible in connection therewith.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
        Debtors.[1] : Jointly Administered
:
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2022, the foregoing Motion was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2] Parties may access this filing through the Court's CM/ECF system.

Dated:      November 21, 2022
               New Haven, Connecticut

                                            By: */s/ Patrick R. Linsey*
                                                Douglas S. Skalka (ct00616)
                                                Patrick R. Linsey (ct29437)
                                                NEUBERT, PEPE & MONTEITH, P.C.
                                                195 Church Street, 13th Floor
                                                New Haven, Connecticut 06510
                                                (203) 781-2847
                                                dskalka@npmlaw.com
                                                plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) (the "Debtor") and Genever Holdings Corporation ("Genever BVI"). The mailing address for the Trustee and Genever BVI is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

*and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Avram E. Luft (admitted *pro hac vice*)
Douglass Barron (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com
douglassbarron@paulhastings.com

*Counsel for the Chapter 11 Trustee*