**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, : Case No. 22-50073 (JAM)
:
Debtor.[1] : Jointly Administered
:
---------------------------------------------------------x

**NOTICE OF PROPOSED AGENDA FOR STATUS CONFERENCE
SCHEDULED FOR NOVEMBER 21, 2022, AT 2:00 P.M. (ET),
BEFORE THE HONORABLE JULIE A. MANNING**

**Trustee's Status Conference**

Description: Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), will provide a status report to the Court regarding the chapter 11 cases of Ho Wan Kwok, Genever Holdings Corporation, and Genever Holdings LLC, including the following matters:

- Modification to schedule regarding Trustee's application seeking preliminary judgment remedy [Docket No. 37 in Adv. Proc. No. 22-50073 (JAM)];

- Transfer of venue of Genever Holdings LLC chapter 11 case to Connecticut bankruptcy court;
  - Consolidation of adversary proceedings against Bravo Luck;

- Trustee's recognition application in the U.K. (dated October 21, 2022);
  - Interference by Ace Decade

- Update regarding Individual Debtor's continued cyber-bullying and statement by Trustee regarding same;

- Further revisions to bar date order; and

- Various housekeeping matters.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) (the "Individual Debtor") and Genever Holdings Corporation (the "Genever BVI Debtor"). The mailing address for the Trustee and Genever BVI is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated:  November 21, 2022  LUC A. DESPINS,
        New Haven, Connecticut  CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

        *and*

    Nicholas A. Bassett *(pro hac vice)*
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

        *and*

    Avram E. Luft *(pro hac vice)*
    Douglass Barron *(pro hac vice)*
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com

    *Counsel for the Chapter 11 Trustee*