**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

IN THE MATTER OF:

Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC

                      LEAD CASE NO.: 22−50073
                      JOINT ADMINISTRATION
                      RELATED CASE NO.: 22−50542 and 22−50592

      DEBTORS

**NOTICE TO DEBTORS OF REQUIREMENT TO FILE LIST OF**
**RELATED CASE CREDITORS IN LEAD CASE AFTER JOINT ADMINISTRATION**

The above−captioned Chapter 11 cases were jointly administered by an Order entered on October 14, 2022 and November 21, 2022 as ECF No. 970 and 1141, in the Lead Case, Case No. 22−50073 To provide the Court and all parties in interest with complete service information for creditors in all the jointly administered cases, the Debtors are required to file in the Lead Case a supplemental list of creditors, government authorities, landlords and any other party as directed by the court, including all creditors in each case that has been jointly administered that are not already listed in the Lead Case. The supplemental list of creditors must be filed on or before November 23, 2022 .

PLEASE DO THE FOLLOWING:

    Upload a List of Creditors to the lead case consisting **ONLY** of creditors specific to all member cases. Use the "Creditor Maintenance" category. You may either enter each individual creditor or upload the List of Creditors using the "Upload a List of Creditors File." This **MUST BE** a Text (.TXT) file.

DATED: November 22, 2022

                                                    Clerk, U.S. Bankruptcy Court