# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: admin | Date Created: 11/22/2022 |
| Case: 22−50073 | Form ID: ntcmxcon | Total: 13 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Aaron Romney | aromney@zeislaw.com |
| aty | Aaron A Mitchell | aaron@lmesq.com |
| aty | Douglas S. Skalka | dskalka@npmlaw.com |
| aty | Eric A. Henzy | ehenzy@zeislaw.com |
| aty | James M. Moriarty | jmoriarty@zeislaw.com |
| aty | John L. Cesaroni | jcesaroni@zeislaw.com |
| aty | Stephen M. Kindseth | skindseth@zeislaw.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Ho Wan Kwok | 373 Taconic Road | Greenwich, CT 06831 | | |
| db | Genever Holdings Corporation | P.O. Box 3170 | Road Town Tortola BRITISH VIRGIN ISLANDS | | |
| intp | Genever Holdings LLC | 781 Fifth Avenue | Apt. 1801 | New York, NY 10022−5520 | |
| db | Genever Holdings LLC | 781 Fifth Avenue | Apt. 1801 | New York, NY 10022−5520 | |
| aty | J. Ted Donovan | Goldberg Weprin Finkel Goldstein LLP | 1501 Broadway | 22nd Floor | New York, NY 10036 |
| aty | Kevin J. Nash | Goldberg Weprin Finkel Goldstein LLP | 1501 Broadway | 22nd Floor | New York, NY 10036 |

TOTAL: 6