## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

-----------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

-----------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on November 18, 2022, the *Second Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery with Respect to Additional Legal and Financial Advisors to the Debtor, Entities and Individuals Affiliated with Debtor, and Relevant Banks and Entities Doing Business with the Debtor and Affiliated Entities* (including all exhibits, attachments, and associated orders filed therewith, collectively, the "<u>Served Documents</u>") [ECF No. 1116] was electronically filed.  Notice of this filing has been sent by e-mail to all parties by operation of the Court's electronic filing system ("<u>CM/ECF</u>") or by U.S. Mail first-class delivery (sent November 18, 2022) to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing.  Parties may access this filing through the Court's system.  These recipients are specifically set forth below.

With respect to the Notice Parties, as defined in Local Bankr. R. 2004-1, the following parties will receive notice of this filing by CM/ECF: (i) the Debtor; (ii) the Chapter 11 Trustee; (iii) the United States Trustee; (iv) any official committee; and (v) any party that has filed a notice of appearance in the case, provided however, that parties appearing in the case who are unable to receive

electronic notice were served via U.S. Mail as set forth above.  With respect to (vi) the proposed witnesses, examinees, or parties producing documents (collectively, the "Examinees"), the Examinees were served (on November 18, 2022) at the addresses appended hereto, as follows: to Examinees with addresses within the United States, by FedEx or UPS delivery for the next business day; to Examinees with street addresses outside the United States, by UPS worldwide expedited delivery; and to Examinees with post office box addresses outside the United States, by U.S. Mail first-class delivery.

The undersigned hereby certifies that the foregoing constitutes service upon all of the Notice Parties.

| Dated: | November 22, 2022<br>New Haven, Connecticut | LUC DESPINS, as appointed Chapter 11 Trustee<br>for HO WON KWOK |
|---|---|---|
| | | By: /s/ Patrick R. Linsey |
| | | Patrick R. Linsey (ct29437)<br>NEUBERT, PEPE & MONTEITH, P.C.<br>195 Church Street, 13th Floor<br>New Haven, Connecticut 06510<br>(203) 781-2847<br>plinsey@npmlaw.com |

1

## **PARTIES THAT RECEIVED ELECTRONIC NOTICE VIA EM/ECF**

Laura Aronsson on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Tristan G. Axelrod on behalf of Creditor Brown Rudnick LLP
taxelrod@brownrudnick.com

Tristan G. Axelrod on behalf of Creditor Verdolino & Lowey, P.C.
taxelrod@brownrudnick.com

William R. Baldiga on behalf of Creditor Brown Rudnick LLP
wbaldiga@brownrudnick.com

Kellianne Baranowsky on behalf of Interested Party BakerHostetler
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Douglass E. Barron on behalf of Chapter 11 Trustee Luc A. Despins
douglassbarron@paulhastings.com

Nicholas A. Bassett on behalf of Chapter 11 Trustee Luc A. Despins
nicholasbassett@paulhastings.com

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

G. Alexander Bongartz on behalf of Chapter 11 Trustee Luc A. Despins
alexbongartz@paulhastings.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Rui Ma
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Weican Meng
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor Zheng Wu
ccallari@callaripartners.com

John L. Cesaroni on behalf of Counter-Defendant HK International Funds Investments (USA)
Limited, LLC
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Counter-Defendant Mei Guo
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Debtor Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested Party Mei Guo
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

Samuel Bryant Davidoff on behalf of Interested Party Williams & Connolly LLP
sdavidoff@wc.com

Luc A. Despins
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

Luc A. Despins on behalf of Chapter 11 Trustee Luc A. Despins
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

David S. Forsh on behalf of 20 Largest Creditor Rui Ma
dforsh@callaripartners.com

David S. Forsh on behalf of 20 Largest Creditor Weican Meng
dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Zheng Wu
dforsh@callaripartners.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Peter Friedman on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Irve J. Goldman on behalf of Creditor Committee Official Committee of Unsecured Creditors
igoldman@pullcom.com, rmccoy@pullcom.com

Evan S. Goldstein on behalf of Interested Party Greenwich Land, LLC
egoldstein@uks.com

Evan S. Goldstein on behalf of Interested Party Hing Chi Ngok
egoldstein@uks.com

Mia N. Gonzalez on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

James C. Graham on behalf of Chapter 11 Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Defendant Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Lawrence S. Grossman on behalf of Interested Party BakerHostetler
LGrossman@gs-lawfirm.com, aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

James J. Healy on behalf of Interested Party Williams & Connolly LLP
jhealy@cowderymurphy.com

Eric A. Henzy on behalf of Debtor Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
ehenzy@zeislaw.com, cjervey@zeislaw.com

Jonathan Kaplan on behalf of Creditor Committee Official Committee of Unsecured Creditors
jkaplan@pullcom.com, prulewicz@pullcom.com;rmccoy@pullcom.com

Stephen M. Kindseth on behalf of Debtor Ho Wan Kwok
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party Mei Guo
skindseth@zeislaw.com, cjervey@zeislaw.com

Andrew V. Layden on behalf of Interested Party BakerHostetler
alayden@bakerlaw.com

Patrick R. Linsey on behalf of Chapter 11 Trustee Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Counter-Claimant Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Defendant Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Trustee Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Avram Emmanuel Luft on behalf of Chapter 11 Trustee Luc A. Despins
aviluft@paulhastings.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Rui Ma
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Weican Meng
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Zheng Wu
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Boxun Inc.
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Rui Ma
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Weican (Watson) Meng
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Yang Lan
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Zheng Wu
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Danielle L. Merola on behalf of Interested Party BakerHostetler
dmerola@bakerlaw.com

Aaron A Mitchell on behalf of Debtor Ho Wan Kwok
aaron@lmesq.com

James M. Moriarty on behalf of Counter-Defendant Mei Guo
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Debtor Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Interested Party HK International Funds Investments (USA)
Limited, LLC
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Interested Party Mei Guo
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

Sara Pahlavan on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
spahlavan@omm.com

Lucas Bennett Rocklin on behalf of Chapter 11 Trustee Luc A. Despins
lrocklin@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net

Aaron Romney on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Counter-Defendant Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Debtor Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Scott D. Rosen on behalf of Attorney Cohn Birnbaum & Shea, P.C.
srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Thomas J. Sansone on behalf of Attorney Michael S. Weinstein
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Xiaodan Wang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Xiaodan Wang
tsansone@carmodylaw.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Douglas S. Skalka on behalf of Chapter 11 Trustee Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Counter-Claimant Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Debtor Genever Holdings Corporation
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Defendant Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Jeffrey M. Sklarz on behalf of Interested Party BakerHostetler
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Annecca H. Smith on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

John Troy on behalf of Interested Party Troy Law, PLLC

johntroy@troypllc.com

Tiffany Troy on behalf of Creditor Troy Law, PLLC
tiffanytroy@troypllc.com, troylaw@troypllc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Michael S. Weinstein on behalf of Creditor Chong Shen Raphanella
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Rong Zhang
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Xiaodan Wang
mweinstein@golenbock.com

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman on behalf of Plaintiff Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Peter J. Zarella on behalf of 20 Largest Creditor Rui Ma
pzarella@mdmc-law.com

Peter J. Zarella on behalf of 20 Largest Creditor Weican Meng
pzarella@mdmc-law.com

Peter J. Zarella on behalf of Creditor Zheng Wu
pzarella@mdmc-law.com

**PARTIES THAT RECEIVED U.S. MAIL NOTICE**

Chao-Chih Chiu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839
Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Huizhen Wang
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Yunxia Wu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067

Yongbing Zhang
223 West Jackson Bl;vd. #1012
Chicago, IL 60606

Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067

**EXAMINEES SERVED VIA FEDEX/UPS/OR US MAIL**

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| GNEWS MEDIA GROUP INC. | Gnews Media Group Inc.<br>c/o Corporate Creations Network<br><br>3411 Silverside Road<br><br>Tatnall Building #104<br><br>Wilmington, DE 19810 | Exhibit C-1 |
| G FASHION LLC | G Fashion LLC<br><br>CT Corporation System<br><br>361 San Francisco Street, 4th Floor<br><br>San Juan, PR 00901<br><br>G Fashion LLC<br><br>PO Box 9022946<br><br>San Juan, PR 00902 | Exhibit C-2 |
| GMUSIC | Gmusic LLC<br><br>c/o CT Corporation System<br><br>361 San Francisco Street, 4th Floor<br><br>San Juan, PR 00901<br><br>Gmusic LLC<br><br>PO Box 9022946 | Exhibit C-3 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
|  | San Juan, PR 00902<br><br>Gmusic LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |  |
| GNEWS LLC | Gnews LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road,<br>Tatnall Building Ste 104<br>Wilmington, DE 19810 | Exhibit C-4 |
| GEDUCATION | Geducation<br>c/o Chestnut Business Services, LLC<br>911 Chestnut Street<br>Clearwater, FL 33756<br><br>Geducation<br>10809 Indian Hills Court<br>Largo, FL 33777 | Exhibit C-5 |
| GFNY, INC. | GFNY, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street | Exhibit C-6 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| | Wilmington, DE 19801 | |
| G-CLUB INVESTMENTS LIMITED | G-Club Investments Limited<br><br>2/F 1053 Great West Road<br><br>Brentwood<br><br>TW8 9BW<br><br>England | Exhibit C-7 |
| G CLUB OPERATIONS LLC | G Club Operations LLC<br><br>c/o CT Corporation<br><br>361 San Francisco Street<br><br>4th. Floor<br><br>San Juan, PR 00901<br><br><br>G Club Operations LLC<br><br>53 Calle Palmeras<br><br>Suite 1401<br><br>San Juan PR 00901 | Exhibit C-8 |
| G CLUB US OPERATIONS INC. | G Club US Operations Inc.<br><br>**c/o** Corporation Service Company<br><br>251 Little Falls Drive<br><br>Wilmington, DE | Exhibit C-9 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| | G Club US Operations Inc.<br><br>590 Madison Avenue<br><br>New York, NY 10022 | |
| G CLUB US OPERATIONS LLC | G Club US Operations LLC<br><br>c/o Corporation Service Company<br><br>251 Little Falls Drive<br><br>Wilmington, DE 19808 | Exhibit C-10 |
| G LIVE, LLC | G Live, LLC<br><br>c/o Corporate Creations Network Inc.<br><br>3411 Silverside Road<br><br>Tatnall Building Ste 104<br><br>Wilmington, DE 19810 | Exhibit C-11 |
| GBROADCAST, LLC | Gbroadcast, LLC<br><br>c/o Corporate Creations Network Inc.<br><br>3411 Silverside Road<br><br>Tatnall Building #104<br><br>Wilmington, DE 19810 | Exhibit C-12 |
| GPOSTS LLC | Gposts LLC<br><br>c/o Corporate Creations Network Inc.<br><br>3411 Silverside Road<br><br>Tatnall Building #104<br><br>Wilmington, DE 19810 | Exhibit C-13 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| HCHK PROPERTY MANAGEMENT, INC. | HCHK Property Management, Inc.<br><br>c/o The Corporation Trust Company<br><br>Corporation Trust Center<br><br>1209 Orange Street<br><br>Wilmington, DE 19801 | Exhibit C-14 |
| HCHK TECHNOLOGIES, INC. | HCHK Technologies, Inc.<br><br>c/o Corporation Service Company<br><br>251 Little Falls Drive<br><br>Wilmington, DE 19808<br><br><br>HCHK Technologies, Inc.<br><br>c/o Corporation Service Company<br><br>80 State Street<br><br>Albany, NY 12207<br><br><br>HCHK Technologies, Inc.<br><br>750 Lexington Avenue<br><br>New York, NY 10022 | Exhibit C-15 |
| FMV LTD./FREEDOM MEDIA VENTURE LTD. | FMV Ltd.<br><br>16C Sandown Road<br>Sandown, Isle of Wight PO36 9JP<br><br>United Kingdom | Exhibit C-16 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| APSLEY YACHTS LTD. ("APSLEY") | Apsley Yachts Ltd.<br><br>Cayman Business Park, A7,<br><br>PO Box 10300 APO, George Town,<br><br>Grand Cayman, Cayman Islands KY1-1003 | Exhibit C-17 |
| DWF LLP (AND/OR DWF GROUP) | DWF LLP<br><br>c/o Kirsty Rogers, Office Managing Partner<br><br>1 Scott Place<br><br>2 Hardman Street<br><br>Manchester, United Kingdom M3 3AA<br><br><br>DWF Group<br><br>c/o DWF Claims (USA) LLC<br><br>740 Waukegan Road, Suite 340<br><br>Deerfield, IL 60015, USA | Exhibit C-18 |
| JACK S. LIPSON, ESQ. | Jack s. Lipson, Esq.<br><br>830 Post Road East<br><br>Westport, CT 06880 | Exhibit C-19 |
| THE CASPER FIRM, LLC | c/o Cole Schotz P.C.<br><br>Gary H. Leibowitz<br><br>300 East Lombard Street<br><br>Suite 1800<br><br>Baltimore, MD 21202 | Exhibit C-20 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| PETRILLO KLEIN & BOXER, LLP | Petrillo Klein & Boxer, LLP<br><br>655 Third Avenue, 22nd Floor<br><br>New York, NY 10017 | Exhibit C-21 |
| APPLE INC. | Apple Inc.<br><br>c/o The Corporation Trust, Incorporated<br><br>2405 York Road, Suite 201<br><br>Lutherville Timonium, MD 21093-2264<br><br>Apple Inc.<br><br>MS 38 3TX<br><br>1 Infinite Loop<br><br>Cupertino CA 95014-2083 | Exhibit C-22 |
| SPOTIFY USA, INC. | Spotify USA, Inc.<br><br>4 World Trade Center<br><br>150 Greenwich Street<br><br>New York, NY 10006<br><br>Spotify USA, Inc.<br><br>c/o C T Corporation System<br><br>28 Liberty Street<br><br>New York, NY 10005<br><br>Spotify USA, Inc. | Exhibit C-23 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
|  | National Registered Agents, Inc.<br><br>1209 Orange Street<br><br>Wilmington, DE 19801 |  |
| SPOTIFY TECHNOLOGY S.A. | Spotify Technology S.A.<br><br>Birger Jarlsgatan 61<br><br>4tr 113 56 Stockholm<br><br>Sweden<br><br><br>Spotify Technology S.A.<br><br>42-44 Avenue De La Gare<br><br>Luxembourg N4 L-1610 | Exhibit C-24 |
| YOUTUBE, LLC | Youtube, LLC<br><br>c/o Corporation Service Company<br><br>2710 Gateway Oaks Drive, Ste 150N<br><br>Sacramento, CA  95833<br><br>Attn: 1505 Corporation 538<br><br><br>Youtube, LLC<br><br>Corporation Service Company<br><br>251 Little Falls Drive<br><br>Wilmington, DE 19808 | Exhibit C-25 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| AMAZON.COM, INC. | Amazon.com, Inc.<br><br>c/o Corporation Service Company<br><br>251 Little Falls Drive<br><br>Wilmington, DE 19808<br><br><br>Amazon.com, Inc.<br><br>c/o Corporation Service Company<br><br>300 Deschutes Way SW, Suite 208MC-CSC1<br><br>Tumwater, WA 98501 | Exhibit C-26 |
| ROSCALITAR 2 | Roscalitar 2<br><br>c/o Maples Corporate Services Limited<br><br>PO Box 309<br><br>Ugland House<br><br>South Church Street<br><br>George Town<br><br>Grand Cayman KY1-1104 Cayman Islands | Exhibit C-27 |
| BLUE CAPITAL LIMITED | Blue Capital Limited<br><br>c/o Walkers Corporate Limited<br><br>Cayman Corporate Centre<br><br>27 Hospital Road<br><br>George Town<br><br>Grand Cayman KY1-9008 Cayman Islands | Exhibit C-28 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| BANK OF AMERICA, N.A., | Bank Of America, N.A.,<br><br>C T Corporation System<br><br>17 G W Tatro Drive<br><br>Jeffersonville, VT, 05464<br><br><br>Bank Of America, N.A.,<br><br>401 N Tryon Street, NC1-021-06-01<br><br>Charlotte, NC, 28255 | Exhibit C-29 |
| CAPITAL ONE FINANCIAL CORPORATION | Capital One Financial Corporation<br><br>c/o Corporation Service Company<br><br>100 Shockoe Slip, Fl 2<br><br>Richmond, VA, 23219 | Exhibit C-30 |
| COHN BIRNBAUM & SHEA P.C. | Cohn Birnbaum & Shea P.C.<br><br>Attn: Richard J. Shea Jr.<br><br>100 Pearl Street, 12th Fl.,<br><br>Hartford, CT 06103<br><br><br>Cohn Birnbaum & Shea P.C.<br><br>185 Asylum Street,<br><br>City Place II, 15th Floor<br><br>Hartford, CT 06103 | Exhibit C-31 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| ANTHONY "TONY" DIBATTISTA | Anthony DiBattista<br><br>Lexington Property and Staffing, Inc.<br><br>750 Lexington Avenue, 8th Floor<br><br>New York, NY 10022 | Exhibit C-32 |
| HAN CHUNGUANG | Han Chunguang<br><br>162 E. 64th Street<br><br>New York, NY 10065 | Exhibit C-33 |
| HIMALAYA NEW WORLD INC. | Himalaya New World Inc.<br><br>12587 Fair Lakes Cir, Ste 135<br><br>Fairfax, VA, 22033<br><br><br>Himalaya New World Inc.<br><br>c/o Bingshang Jiao<br><br>2901 Brians Hill Ln.<br><br>Oakton, VA, 22124, USA | Exhibit C-34 |
| US HIMALAYA CAPITAL INC. | US Himalaya Capital Inc.<br><br>c/o Business Filings Incorporated<br><br>108 West 13th Street<br><br>Wilmington, DE 19801 | Exhibit C-35 |
| HUDSON DIAMOND HOLDING, INC. | Hudson Diamond Holding, INC.<br><br>c/o Ocorian Corporate Services (BVI) Limited<br><br>Jayla Place | Exhibit C-36 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| | Wickhams Cay 1<br><br>Road Town, Tortola<br><br>VG1110 British Virgin Islands<br><br>Attn: Kelly, Raven | |
| HUDSON DIAMOND HOLDING LLC | Hudson Diamond Holding LLC<br><br>c/o Corporate Creations Network Inc.<br><br>3411 Silverside Road<br><br>Tatnall Building #104<br><br>Wilmington, DE 19810 | Exhibit C-37 |
| HUDSON DIAMOND NY LCC | Hudson Diamond NY LCC<br><br>c/o Corporate Creations Network Inc.<br><br>15 North Mill Street<br><br>Nyack, NY 10960 | Exhibit C-38 |
| INFINITY TREASURY MANAGEMENT INC. | Infinity Treasury Management Inc.<br><br>c/o Corporate Creations Network Inc.<br><br>3411 Silverside Road<br><br>Tatnall Building, Ste 104<br><br>Wilmington, DE 19810 | Exhibit C-39 |
| TALHA ZOBAIR | Talha Zobair<br><br>750 Lexington Avenue<br><br>New York, NY 10022 | Exhibit C-40 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| KARIN MAISTRELLO | Karin Maistrello<br>162 E 64th Street<br><br>New York, NY 10065<br><br><br>Karin Maistrello<br><br>445 Park Avenue<br><br>New York, NY 10022 | Exhibit C-41 |
| KYLE BASS | Hayman Capital Management, L.P.<br><br>Parkland Hall at Old Parkland<br><br>Attn: Kyle Bass<br><br>3889 Maple Avenue<br><br>6th Floor<br><br>Dallas, Texas 75219 | Exhibit C-42 |
| LEXINGTON PROPERTY AND STAFFING, INC. | Lexington Property and Staffing, Inc.<br><br>750 Lexington Avenue, 8th Floor<br><br>New York, NY 10022 | Exhibit C-43 |
| NADEEM AKBAR | Nadeem Akbar<br><br>Lamp Capital LLC<br><br>667 Madison Avenue<br><br>New York NY 10065 | Exhibit C-44 |
| BERNARDO ENRIQUEZ | Bernardo Enriquez<br><br>Lamp Capital LLC | Exhibit C-45 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| | 667 Madison Avenue<br><br>New York NY 10065 | |
| AI GROUP HOLDINGS INC. | AI Group Holdings Inc.<br><br>c/o Corporate Creations Network Inc.<br><br>3411 Silverside Road<br><br>Tatnall Building Ste 104<br><br>Wilmington, DE 19810 | Exhibit C-46 |
| HAMILTON CAPITAL HOLDINGS INC. | Hamilton Capital Holdings Inc.<br><br>c/o Corporate Creations Network Inc.<br><br>3411 Silverside Road<br><br>Tatnall Building Ste 104<br><br>Wilmington, DE 19810 | Exhibit C-47 |
| KATHLEEN SLOANE | Kathleen Sloane<br><br>445 Park Avenue<br><br>New York, New York 10022 | Exhibit C-48 |
| RAICH ENDE MOLTER CO. LLP | Raich Ende Molter Co. LLP<br><br>c/o Moritt Hock & Hamroff LLP<br><br>400 Garden City Plaza<br><br>Garden City, NY 11530<br><br><br>Raich Ende Molter Co. LLP<br><br>1375 Broadway, 15th Floor | Exhibit C-49 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
|  | New York, NY 10018 |  |
| BOOMING SAIL NEW YORK LLC | Booming Sail New York Llc<br><br>Corporate Creations Network Inc.<br><br>3411 Silverside Road<br><br>Tatnall Building, Ste 104<br><br>Wilmington, DE 19810 | Exhibit C-50 |
| JESSICA MASTROGIOVANNI | Bragar Wexler Eagel & Squire, P.C.<br><br>885 3rd Ave Ste 3040<br><br>New York, NY, 10022-4834<br><br>Attn: Jessica Mastrogiovanni | Exhibit C-51 |
| IVEY, BARNUM & O'MARA, LLC | Ivey, Barnum & O'Mara, LLC<br><br>170 Mason Street<br>Greenwich, CT 06830<br><br>Attn: Tom S. Ward | Exhibit C-52 |
| TD BANK, N.A. | TD Bank, N.A.<br>Attention: Corporate Head Office<br>1701 Route 70 East<br>Cherry Hill, New Jersey 08003 | Exhibit C-53 |