UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | : | |
|---|---|---|
| In re | : | (Chapter 11) |
| | : | |
| HO WAN KWOK; | : | CASE NO. 22-50073-JAM |
| GENEVER HOLDINGS CORPORATION; | : | |
| and GENEVER HOLDINGS LLC, | : | |
| | : | (JOINTLY ADMINISTERED) |
| Debtors. | : | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel for The Sherry-Netherland, Inc. in the above-referenced jointly administered bankruptcy case. Pursuant to Sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, undersigned counsel requests that all notices given or required to be given in this case or in any proceeding herein, and all papers served or required to be served in this case or in any proceeding herein, to be given to and served on the following:

Taruna Garg, Esq.
Murtha Cullina LLP
107 Elm Street
Stamford, Connecticut  06902
Telephone:  203.653.5400
Facsimile:   203.653.5444
tgarg@murthalaw.com

        /s/ *Taruna Garg*
Taruna Garg – ct28652
tgarg@murthalaw.com

Murtha Cullina LLP
107 Elm Street
Stamford, Connecticut  06902
Telephone:  203.653.5400
Facsimile:   203.653.5444

## CERTIFICATE OF SERVICE

     I hereby certify that on November 22, 2022 a copy of foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        */s/ Taruna Garg*
Taruna Garg – ct28652

12547303v1