UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | | |
|---|---|---|
| In re | : | (Chapter 11) |
| | : | |
| HO WAN KWOK; | : | CASE NO. 22-50073-JAM |
| GENEVER HOLDINGS CORPORATION; | : | |
| and GENEVER HOLDINGS LLC, | : | |
| | : | (JOINTLY ADMINISTERED) |
| Debtors. | : | |
| | : | November 22, 2022 |

**MOTION FOR *PRO HAC VICE* ADMISSION OF PATRICK N. PETROCELLI, ESQ.**

Pursuant to D. Conn. L. Civ. R. 83.1(d), as made applicable by D. Conn. LBR 1001(a), Taruna Garg, Esq. ("Movant"), a member of the Bar of this Court, respectfully moves for the admission of Patrick N. Petrocelli, Esq. of Stroock & Stroock & Lavan LLP to this Court *pro hac vice,* to represent The Sherry-Netherland, Inc. in the above-captioned jointly administered bankruptcy case.  In support of this Motion, the Movant respectfully states as follows:

1.      Attorney Petrocelli is special counsel with the law firm of Stroock & Stroock & Lavan LLP.

2.      Attorney Petrocelli's office address is 180 Maiden Lane, New York, New York 10038; his telephone number is (212) 806-6682, and his fax number is (212) 806-6006.  His email address is ppetrocelli@stroock.com.

3.      Attorney Petrocelli is a member in good standing of the bar of the State of New York (Bar # 4909123).

4.      Attorney Petrocelli is also admitted to practice in numerous courts throughout the United States, including in the United States District Court for the

12547307v1

Southern, Eastern and Northern Districts of New York; the United States Court of Appeals for the Second Circuit, and the United States Supreme Court.

5. Attorney Petrocelli has no pending disciplinary complaint as to which a finding has been made that such complaint should proceed to a hearing.

6. Attorney Petrocelli has never been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. The Movant is advised that Attorney Petrocelli has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of the United States Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. Attorney Petrocelli, pursuant to L. Civ. P. R. 83.1(d)(1), designates the Movant as the attorney sponsoring his application for admission *pro hac vice*, as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

9. In further support of this Motion, the Movant attaches hereto the Affidavit of Patrick N. Petrocelli, Esq. and represents that a Certificate of Good Standing from the State of New York will be filed promptly after this motion is granted.

12547307v1

WHEREFORE, Taruna Garg, Esq. respectfully requests that this Court grant this motion for admission of Patrick N. Petrocelli, Esq. *pro hac vice* in this matter.

*/s/ Taruna Garg*
Taruna Garg (ct28652)
MURTHA CULLINA LLP
107 Elm Street
Stamford, CT 06902
Telephone:    (203) 653-5400
Facsimile:    (203) 653-5444
E-mail:    tgarg@murthalaw.com

Dated: November 22, 2022

12547307v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | | |
|---|---|---|
| In re | : | (Chapter 11) |
| | : | |
| HO WAN KWOK; | : | CASE NO. 22-50073-JAM |
| GENEVER HOLDINGS CORPORATION; | : | |
| and GENEVER HOLDINGS LLC, | : | |
| | : | (JOINTLY ADMINISTERED) |
| Debtors. | : | |
| | : | November 22, 2022 |

## CERTIFICATE OF SERVICE

I, Taruna Garg, hereby certify that a copy of the Motion for *Pro Hac Vice* Admission of Patrick N. Petrocelli, Esq. was served through the Court's CM/ECF filing system on all parties registered to receive electronic notice.

                                             */s/ Taruna Garg*
                                             Taruna Garg (ct28652)
                                             MURTHA CULLINA LLP
                                             107 Elm Street
                                             Stamford, CT 06902
                                             Telephone:   (203) 653-5400
                                             Facsimile:   (203) 653-5444
                                             E-mail:         tgarg@murthalaw.com

Dated:  November 22, 2022

12547307v1