UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | |
|---|---|
| In re<br><br>HO WAN KWOK AND<br>GENEVER HOLDINGS CORPORATION,<br><br>Debtors. | (Chapter 11)<br><br>CASE NO. 22-50073-JAM |

### AFFIDAVIT OF PATRICK N. PETROCELLI, ESQ.

I, Patrick N. Petrocelli, Esq., being duly sworn according to law, hereby depose and say the following:

1. I am over eighteen years old and understand the obligations of an oath.

2. I am special counsel at the law firm of Stroock & Stroock & Lavan LLP with an office address of 180 Maiden Lane, New York, New York 10038. My telephone number is (212) 806-6682, my fax number is (212) 806-6006, and my email address is ppetrocelli@stroock.com.

3. I make this affidavit pursuant to D. Conn. L. Civ. P. R. 83.1(d) in support of the motion for my admission *pro hac vice* in the above-captioned Chapter 11 case to represent The Sherry-Netherland, Inc.

4. I am currently a member in good standing of the bar of the State of New York (Bar # 4909123). I am also admitted to practice in numerous courts throughout the United States, including the United States District Courts for the Southern, Eastern and Northern Districts of New York; the United States Court of Appeals for the Second Circuit, and the United States Supreme Court.

5. I have no pending disciplinary complaint as to which a finding has been

12538595v1

made that such complaint should proceed to a hearing.

6. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of the United States Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. Pursuant to L. Civ. P. R. 83.1(d)(1), I designate Taruna Garg, Esq., the attorney sponsoring my application for admission *pro hac vice*, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission to this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2022

_____
Patrick N. Petrocelli, Esq.

Sworn to and subscribed before me
this 21 day of November, 2022.

_____
Notary Public
My Commission Expires: 05/31/2026

GLENDA VO
Notary Public, State of New York
No. 01VO6434063
Qualified in New York County
Commission Expires May 31, 2026

12538595v1