UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | | |
|---|---|---|
| In re | : | (Chapter 11) |
| | : | |
| HO WAN KWOK; | : | CASE NO. 22-50073-JAM |
| GENEVER HOLDINGS CORPORATION; | : | |
| and GENEVER HOLDINGS LLC, | : | |
| | : | (JOINTLY ADMINISTERED) |
| Debtors. | : | |
| | : | November 23, 2022 |

**MOTION FOR *PRO HAC VICE* ADMISSION OF SHERRY J. MILLMAN, ESQ.**

Pursuant to D. Conn. L. Civ. R. 83.1(d), as made applicable by D. Conn. LBR 1001(a), Taruna Garg, Esq. ("Movant"), a member of the Bar of this Court, respectfully moves for the admission of Sherry J. Millman, Esq. of Stroock & Stroock & Lavan LLP to this Court *pro hac vice,* to represent The Sherry-Netherland, Inc. in the above-captioned jointly administered bankruptcy cases. In support of this Motion, the Movant respectfully states as follows:

1. Attorney Millman is a partner with the law firm of Stroock & Stroock & Lavan LLP.

2. Attorney Millman's office address is 180 Maiden Lane, New York, New York 10038; her telephone number is (212) 806-5434, and her fax number is (212) 806-6006. Her email address is smillman@stroock.com.

3. Attorney Millman is a member in good standing of the bar of the State of New York (Bar # 1988567). Attorney Millman is also admitted to practice in the United States District Court for the Southern and Eastern Districts of New York.

4. Attorney Millman has no pending disciplinary complaint as to which a

12538594v1

2

finding has been made that such complaint should proceed to a hearing.

5.Attorney Millman has never been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6.The Movant is advised that Attorney Millman has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of the United States Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.Attorney Millman, pursuant to L. Civ. P. R. 83.1(d)(1), designates the Movant as the attorney sponsoring her application for admission *pro hac vice*, as her agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of her admission to this Court.

8.In further support of this Motion, the Movant attaches hereto the Affidavit of Sherry J. Millman, Esq. and represents that a Certificate of Good Standing from the State of New York will be filed promptly after this motion is granted.

WHEREFORE, Taruna Garg, Esq. respectfully requests that this Court grant this motion for admission of Sherry J. Millman, Esq. *pro hac vice* in these jointly administered cases.

/s/ Taruna Garg
Taruna Garg (ct28652)
MURTHA CULLINA LLP
107 Elm Street
Stamford, CT 06902
Telephone:    (203) 653-5400
Facsimile:    (203) 653-5444
E-mail:    tgarg@murthalaw.com

Dated: November 23, 2022

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | |
|---|---|
| In re | (Chapter 11) |
| HO WAN KWOK; GENEVER HOLDINGS CORPORATION; and GENEVER HOLDINGS LLC, | CASE NO. 22-50073-JAM |
| Debtors. | (JOINTLY ADMINISTERED) |

## CERTIFICATE OF SERVICE

I, Taruna Garg, hereby certify that a copy of the Motion for *Pro Hac Vice* Admission of Sherry J. Millman, Esq. was served through the Court's CM/ECF filing system on all parties registered to receive electronic notice.

/s/ Taruna Garg
Taruna Garg (ct28652)
MURTHA CULLINA LLP
107 Elm Street
Stamford, CT 06902
Telephone:   (203) 653-5400
Facsimile:    (203) 653-5444
E-mail:        tgarg@murthalaw.com

Dated: November 23, 2022

12538594v1