UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

|  |  |  |
|---|---|---|
| In re | : | (Chapter 11) |
|  | : |  |
| HO WAN KWOK; | : | CASE NO. 22-50073-JAM |
| GENEVER HOLDINGS CORPORATION; | : |  |
| and GENEVER HOLDINGS LLC, | : |  |
|  | : | (JOINTLY ADMINISTERED) |
| Debtors. | : |  |
|  | : |  |

**ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF
<u>SHERRY J. MILLMAN, ESQ.</u>**

Upon the Motion for *Pro Hac Vice* Admission of Sherry J. Millman, Esq., filed by

Taruna Garg, Esq. and the accompanying Affidavit of Sherry J. Millman, Esq. of Stroock

& Stroock & Lavan LLP, and good cause appearing therefor, it is hereby

ORDERED, that Sherry J. Millman, Esq. of Stroock & Stroock & Lavan LLP is

admitted to practice before this Court, *pro hac vice*, to represent The Sherry-Netherland,

Inc. in the above-referenced jointly administered cases and in any matters before this

Court filed in or pertaining to these jointly administered cases.

12547306v1