**Fill in this information to identify the case:**

Debtor name _____ Genever Holdings Corporation _____

United States Bankruptcy Court for the:

_____ District of Connecticut _____

Case number (if known): _____ 22-50542 _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... | $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................... | unknown

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... | unknown

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................... | $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................... | + $254,000,000.00

4. **Total liabilities**................................................................................................................... | $254,000,000.00
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Genever Holdings Corporation |
| United States Bankruptcy Court for the: | District of Connecticut |
| Case number (if known): | 22-50542 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

   **None**

4. **Other cash equivalents** *(Identify all)*

   **None**

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$0.00**

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   **None**

Debtor     __Genever Holdings Corporation__                              Case number *(if known)* _____22-50542_____
      Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9. Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    **$0.00**

---

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**11. Accounts Receivable**

11a. 90 days old or less: _____ - _____ = ...... → _____
               face amount             doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ = ...... → _____
               face amount             doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    **$0.00**

---

## Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:         % of ownership:

15.1 __Genever Holdings LLC__      __100.00%__      _____      __(Unknown)__

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**None**

**17.** **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83. **$0.00**

---

**Part 5:** Inventory, excluding agriculture assets

---

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.** **Raw materials**

**None**

**20.** **Work in progress**

**None**

**21.** **Finished goods, including goods held for resale**

**None**

**22.** **Other inventory or supplies**

**None**

**23.** **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84. **$0.00**

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

**None**

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

**None**

**30. Farm machinery and equipment** (Other than titled motor vehicles)

**None**

**31. Farm and fishing supplies, chemicals, and feed**

**None**

**32. Other farming and fishing-related property not already listed in Part 6**

**None**

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                                            $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:** Office furniture, fixtures, and equipment: and collectibles

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

None

**40. Office fixtures**

None

**41. Office equipment, including all computer equipment and communication systems equipment and software**

None

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

None

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                        $0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

None

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

**48. Watercraft, trailers, motors, and related accessories** *Examples*:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

**None**

**49. Aircraft and accessories**

**None**

**50. Other machinery, fixtures, and equipment (excluding farm machinery
and equipment)**

**None**

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                    **$0.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real Property |
|---|---|

**54. Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

**None**

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                                    **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | __Genever Holdings Corporation__ | Case number *(if known)* | __22-50542__ |
|---|---|---|---|
| | Name | | |

---

**Part 10:**  Intangibles and Intellectual Property

---

59.  **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest <br> (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.  **Patents, copyrights, trademarks, and trade secrets**

None

61.  **Internet domain names and websites**

None

62.  **Licenses, franchises, and royalties**

None

63.  **Customer lists, mailing lists, or other compilations**

None

64.  **Other intangibles, or intellectual property**

None

65.  **Goodwill**

None

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.  _____ $0.00

67.  **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 11:**  All other assets

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

---

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

<div style="text-align:right">

**Current value of debtor's interest**

</div>

**71.  Notes receivable**
Description (include name of obligor)

**None**

**72.  Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

**73.  Interests in insurance policies or annuities**

**None**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.  Trusts, equitable or future interests in property**

**None**

**77.  Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.  Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                                                              **$0.00**

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor   **Genever Holdings Corporation**                                    Case number *(if known)*    **22-50542**
         Name

---

| Part 12: | Summary |
|---|---|

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | unknown | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*.................................................... | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $0.00 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................................ | | $0.00 |

**Fill in this information to identify the case:**

Debtor name ___Genever Holdings Corporation___

United States Bankruptcy Court for the: District of ___Connecticut___
(State)

Case number (if known): ___22-50542___

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** |
| --- | --- | --- | --- |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| **Creditor's mailing address** | | | |
| | **Describe the lien** | | |
| **Creditor's email address, if known** | | | |
| | **Is the creditor an insider or related party?** | | |
| **Date debt was incurred** | ☐ No<br>☐ Yes | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is anyone else liable on this claim?** | | |
| **Do multiple creditors have an interest in the same property?** | ☐ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| ☐ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** _____

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of _1_

| Fill in this information to identify the case: |
| --- |
| Debtor name       Genever Holdings Corporation |
| United States Bankruptcy Court for the: |
|       District of Connecticut |
| Case number (if known):     22-50542 |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

</div>

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address
**AAGV Limited**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: In re Kwok

Amount of claim: unknown

---

**3.2**  Nonpriority creditor's name and mailing address
**Ace Decade Holdings Limited**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: In re Kwok

Amount of claim: unknown

---

**3.3**  Nonpriority creditor's name and mailing address
**Alfa Global Ventures Limited**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: In re Kwok

Amount of claim: unknown

---

**3.4**  Nonpriority creditor's name and mailing address
**Alfonso Global Limited**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: In re Kwok

Amount of claim: unknown

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.5** | **Nonpriority creditor's name and mailing address**

**Allied Capital Global Limited**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.6** | **Nonpriority creditor's name and mailing address**

**Anton Development Limited**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.7** | **Nonpriority creditor's name and mailing address**

**Baiqiao Tang a/k/a Tang Baiqiao**

**501 Forest Avenue 501**

**Palo Alto, CA 94301**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.8** | **Nonpriority creditor's name and mailing address**

**Baker & Hostetler LLP**

**Attn: Andrew Layden**

**200 S. Orange Avenue Ste 2300**

**Orlando, FL 32801**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

| Debtor | Genever Holdings Corporation | Case number *(if known)* | 22-50542 |
|---|---|---|---|
| | Name | | |

Part 2:  Additional Page

**3.9** Nonpriority creditor's name and mailing address

Baker Hostetler LLP

Attn: President or General Mgr

45 Rockefeller Plaza

New York, NY 10111

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

As of the petition filing date, the claim is:      unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Beijing Bi Hai Ge Lin Yuan Lin Lu Hua, Ltd.

c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.

136-20 38th Avenue Suite 3d & 3F

Flushing, NY 11354

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

As of the petition filing date, the claim is:      unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Beijing Cheng Jian Wu Jian She Group, LTD.

c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.

136-20 38th Avenue Suite 3d & 3F

Flushing, NY 11354

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

As of the petition filing date, the claim is:      unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

Beijing Fu Le Hong Ma Jian Zhu Zhuang Shi Gong Cheng, LTD.

c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.

136-20 38th Avenue Suite 3D & 3F

Flushing, NY 11354

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

As of the petition filing date, the claim is:      unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.13 Nonpriority creditor's name and mailing address
**Beijing Zenith Holdings Co**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:** In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

### 3.14 Nonpriority creditor's name and mailing address
**Beijing Zhong Xian Wei Ye Stainless Decoration Center**

**c/o Kevin Kerveng Tung, P.C.**
**Attn: Kevin Tung, Esq.**

**136-20 38th Avenue Suite 3D & 3F**

**Flushing, NY 11354**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:** In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

### 3.15 Nonpriority creditor's name and mailing address
**Bejing Pangu Investment Co.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:** In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

### 3.16 Nonpriority creditor's name and mailing address
**Bi Hai Ge Lin**

**C/O Kevin Tung, Esq.**

**136-30 38th Avenue Ste 3d**

**Flushing, NY 11354**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:** In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.17

**Nonpriority creditor's name and mailing address**

Boxun Inc

c/o Callari Partne
Carollynn HG Callari, Esq

100 Somerset Corporate Blvd Suite 206

Bridgewater, NJ 08807-2842

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** In re Kwok

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 3.18

**Nonpriority creditor's name and mailing address**

Boxun, Inc.

c/o Arkin Solbakken, LLP
Attn: President or General Mgr

900 Third Avenue 18th Floor

New York, NY 10022

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** In re Kwok

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 3.19

**Nonpriority creditor's name and mailing address**

Bravo Luck Limited

Attn: President or General Mgr

PO Box 957

Off Shore Incorporation Centre Road Town, Tortola BVI,

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** In re Genever Holdings, LLC
In re Kwok

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 3.20

**Nonpriority creditor's name and mailing address**

Brown Rudnick LLP

Attn: Tristan G. Axelrod, William R. Baldiga

One Financial Center

Boston, MA 02111-2600

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** In re Kwok

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|--------|----------------------------------|--------------------------|--------------|
|        | Name                             |                          |              |

---

| **Part 2:** | Additional Page |
|---|---|

**3.21** Nonpriority creditor's name and mailing address

BSA Strategic Fund I

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**          unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

Burnette Shutt McDaniel

912 Lady Street 2nd Floor

Columbia, SC 29202

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**          unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Chao-Chic Chiu

c/o Giordano, Halleran & Ciesla PC

1250 Broadway 36th Floor

New York, NY 10010

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**          unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Chao-Chih Chiu

c/o TroyGould PC
Attn: Christopher A. Lilly

1801 Century Park East, 16th Floor

Los Angeles, CA 90067-2302

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**          unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

---

<span style="background:black;color:white">**Part 2:**</span> Additional Page

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | <u>unknown</u>

Cheng (NY)

c/o Randazza Law Firm

2764 Sahara Drive Suite 109

Las Vegas, NV 89117

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** <u>alter ego claim</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | <u>unknown</u>

Cheng Jian Wu Jian She

c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.

136-20 38th Avenue Suite 3D & 3F

Flushing, NY 11354-4232

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** <u>alter ego claim</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | <u>unknown</u>

Cheng Jian Wu Jian She

c/o Law Office of Ning Ye, Esq.

136-11 8th Ave #1A

Flushing, NY 11354

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** <u>alter ego claim</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | <u>unknown</u>

Chenglong Wang

C/O HGT Law
Attn: Hung Ta

250 Park Avenue Fl 7

New York, NY 10177-0799

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** <u>alter ego claim</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.29** Nonpriority creditor's name and mailing address

China Golden Spring Group (Hong Kong) Limited

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

unknown

**Basis for the claim:** alter ego claim

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

---

**3.30** Nonpriority creditor's name and mailing address

Chong Shen Raphanella

**c/o Wolf Haldenstein Adler Freeman & Herz LLP**
**Attn: Benjamin Y Kaufman, Esq.**

**270 Madison Avenue**

**New York, NY 10016**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

unknown

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

---

**3.31** Nonpriority creditor's name and mailing address

Chunguang Han

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

unknown

**Basis for the claim:** alter ego claim

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

---

**3.32** Nonpriority creditor's name and mailing address

Clark Hill PLC

**c/o Jenner & Block LLP**
**Attn: Kali N. Bracey, Esq.**

**1099 New York Avenue NW Suite 900**

**Washington, DC 20001**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

unknown

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.33** Nonpriority creditor's name and mailing address

Clayman Rosenberg Kirshner & Linder LLP

Attn: President or General Mgr

305 Madison Avenue Suite 650

New York, NY 10165

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.34** Nonpriority creditor's name and mailing address

Creative Apex Investments Limited

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.35** Nonpriority creditor's name and mailing address

Cyrstal Breeze Investments Limited

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.36** Nonpriority creditor's name and mailing address

Danyu Lin

128 Woodcock Trail

West Columbia, SC 29169

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

---

**3.37**   **Nonpriority creditor's name and mailing address**

DawnState Limited

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Remarks:** In re Kwok

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38**   **Nonpriority creditor's name and mailing address**

Dongna Fang

c/o Law Offices of Phillips and King PLLC
Attn: Bryce W. King

5041 Airport Fwy

Haltom City, TX 76117

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Remarks:** In re Kwok

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39**   **Nonpriority creditor's name and mailing address**

Elite Well Global Limited

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Remarks:** In re Kwok

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40**   **Nonpriority creditor's name and mailing address**

Fan Bingbing

c/o Lavely & Singer
Attn: Cameron A. Stracher, Esq.

4 New York Plaza 2nd Floor

New York, NY 10004

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Remarks:** In re Kwok

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.41 Nonpriority creditor's name and mailing address**

Forbes Hare

Qwomar Bldg

PO Box 4649

Road Town, Tortola BVI VG1110,

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.42 Nonpriority creditor's name and mailing address**

Fu Le Hong Ma

c/o Kevin Tung, Esq.

136-30 38th Avenue Suite 3d

Flushing, NY 11354

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.43 Nonpriority creditor's name and mailing address**

G Club

Attn: President or General Mgr

53 Calle Palmeras Suite 1401

San Juan, PR 00901

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.44 Nonpriority creditor's name and mailing address**

G Club Operations LLC

Attn: President or General Mgr

53 Calle Palmeras Suite 1401

San Juan, PR 00901

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.45** **Nonpriority creditor's name and mailing address**

Ganfer Shore Leeds & Zauderer

Attn: President or General Mgr

360 Lexington Avenue

New York, NY 10017

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**

Gaosheng Guo

c/o Law Office of Ning Ye, Esq.
Attn: Ning Ye, Esq.

135-11 38th Avenue Suite 1A

Flushing, NY 11354-4440

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.47** **Nonpriority creditor's name and mailing address**

Geng Jing

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**

Globalist International Limited

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.49** Nonpriority creditor's name and mailing address

Golden Spring New York Ltd

c/o Berkeley Rowe

Marble Arch Park House 116 Park St

Mayfair, London UK W1K 6SS,

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Genever Holdings LLC
In re Kwok

As of the petition filing date, the claim is: ___unknown___
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

Goldfarb & Huck Roth Riojas, PLLC

Attn: President or General Mgr

925 Fourth Avenue Suite 3950

Seattle, WA 98104

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is: ___unknown___
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

GTV Media Group, Inc.

c/o Lawall & Mitchell, LLC
Attn: President or General Mgr

55 Madison Avenue 4th Floor

Morristown, NJ 07960

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is: ___unknown___
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address

Guo Boaosheng

c/o Law Office of Ning Ye, Esq.

135-11 38th Avenue Suite 1A

Flushing, NY 11354

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is: ___unknown___
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Genever Holdings Corporation**                                   Case number *(if known)*    **22-50542**
         Name

---

**Part 2:**  Additional Page

---

**3.53**  Nonpriority creditor's name and mailing address

**Haihong Wang**

**c/o Carmody Torrance Sandak & Hennessey LLP**
**Attn: David T Grudberg, Esq.**

**195 Church Street 18th Floor**

**New Haven, CT 06510**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.54**  Nonpriority creditor's name and mailing address

**Harkus Parker Ltd.**

**Attn: President or General Mgr**
**Melbourne House**

**44-46 Aldwych 7th Floor**

**London WC2B 4LL United Kingdom,**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.55**  Nonpriority creditor's name and mailing address

**He Bei Yue Hua Zhuang Shi Gong Cheng LTD.**

**c/o Kevin Kerveng Tung, P.C.**
**Attn: Kevin Tung, Esq**

**136-20 38th Avenue Suite 3D & 3F**

**Flushing, NY 11354**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.56**  Nonpriority creditor's name and mailing address

**Hero Grand Limited**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:** Additional Page</div>

**3.57** **Nonpriority creditor's name and mailing address**

**Ho Wan Kwok**

**373 Taconic Road**

**Greenwich, CT 06831-2828**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.58** **Nonpriority creditor's name and mailing address**

**Hong Kong International Funds Investments Limted**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:** In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.59** **Nonpriority creditor's name and mailing address**

**Hong Qi Qu**

**c/o Kevin Tung, P.C.**
**Attn: Kevin Tung, Esq.**

**136-20 38th Avenue Suite 3D & 3F**

**Flushing, NY 11354-4232**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:** In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.60** **Nonpriority creditor's name and mailing address**

**Hong Qi Qu Jian She Group LTD**

**c/o Kevin Tung, P.C.**
**Attn: Kevin Tung, Esq.**

**136-20 38th Avenue Suite 3D & 3F**

**Flushing, NY 11354-4232**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:** In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.61

**Nonpriority creditor's name and mailing address**

**Hong Zeng**

**3020 Edwin Avenue Apt 1H**

**Fort Lee, NJ 07024**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

### 3.62

**Nonpriority creditor's name and mailing address**

**Huizhen Wang**

**c/o TroyGould PC**
**Attn: Christopher A. Lilly**

**1801 Century Park East 16th Floor**

**Los Angeles, CA 90067-2367**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

### 3.63

**Nonpriority creditor's name and mailing address**

**Infinite Increase Limited**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

### 3.64

**Nonpriority creditor's name and mailing address**

**Infinitum Developments Limited**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

| Debtor | Genever Holdings Corporation | Case number *(if known)* | 22-50542 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.65** Nonpriority creditor's name and mailing address

Insight Phoenix Fund

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

---

**3.66** Nonpriority creditor's name and mailing address

Janover LLC

Attn: President or General Mgr

100 Quentin Roosevelt Blvd Suite 516

Garden City, NY 11530

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

---

**3.67** Nonpriority creditor's name and mailing address

Jia Li Wang

c/o Thompson Hine
Attn: Brian P. Lanciault, Esq.

335 Madison Avenue 12th Floor

New York, NY 10017-4666

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

---

**3.68** Nonpriority creditor's name and mailing address

Jiamei Lu

C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.

335 Madison Avenue 12th Floor

New York, NY 10017-4666

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.69** | Nonpriority creditor's name and mailing address
**Jian Gong**

C/O Kevin Kerveng Tung, P.C.
**Attn: Kevin Tung, Esq.**

136-20 38th Avenue Suite 3D

Flushing, NY 11354-4232

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.70** | Nonpriority creditor's name and mailing address
**Jiang Su Province Jian Gong Group LTD Beijing Branch**

c/o Kevin Kerveng Tung, P.C.
**Attn: Kevin Tung, Esq.**

136-20 38th Avenue Suite 3D & 3F

Flushing, NY 11354

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.71** | Nonpriority creditor's name and mailing address
**Jianhu Yi**

C/O Arthur Angel, Esq.

1305 N. Poinsettia Place

Los Angeles, CA 90046-4305

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.72** | Nonpriority creditor's name and mailing address
**Jianshengxie and Jiefu Zheng**

c/o ML and Chen, P.C.
Attn: Mingli Chen

136-79 Roosevelt Avenue Suite 303

Flushing, NY 11354

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | <u>unknown</u>
John S Lau

53 Cody Avenue

Glen Head, NY 11545

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** <u>alter ego claim</u>

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

Remarks: In re Kwok

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | <u>unknown</u>
Jonathan Young

141 Allenby Road

Wellington Point, QLD 4160 AUSTRALIA,

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** <u>alter ego claim</u>

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

Remarks: In re Kwok

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | <u>unknown</u>
Jonathan Young

15/23 Middle Street

Cleveland QLD 4160 Queensland Australia,

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** <u>alter ego claim</u>

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

Remarks: In re Kwok

---

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | <u>unknown</u>
Jumbo Century Limited

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** <u>alter ego claim</u>

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

Remarks: In re Kwok

---

Debtor    __Genever Holdings Corporation__                    Case number *(if known)*    __22-50542__
          Name

---

**Part 2:**   Additional Page

---

**3.77**   **Nonpriority creditor's name and mailing address**

__Jun Chen aka Jonathan Ho__

__C/O Wayne Wei Zhu, Esq.__
__Attn: Wayne Wei Zhu__

__4125 Kissena Blvd Suite 112__

__Flushing, NY 11355-3150__

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __alter ego claim__

**Is the claim subject to offset?**
☑ No
☐ Yes

__unknown__

---

**3.78**   **Nonpriority creditor's name and mailing address**

__Jun Liu__

__C/O Thompson Hine__
__Attn: Brian P. Lanciault, Esq.__

__335 Madison Avenue 12th Floor__

__New York, NY 10017-4666__

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __alter ego claim__

**Is the claim subject to offset?**
☑ No
☐ Yes

__unknown__

---

**3.79**   **Nonpriority creditor's name and mailing address**

__June Shi__

__c/o Thompson Hine LLP__
__Attn: Natalie Gabrenya__

__20 N. Clark Street Suite 800__

__Chicago, IL 60602__

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __alter ego claim__

**Is the claim subject to offset?**
☑ No
☐ Yes

__unknown__

---

**3.80**   **Nonpriority creditor's name and mailing address**

__Kaixin Hong__

__C/O HGT Law__
__Attn: Hung Ta__

__250 Park Avenue 7th Floor__

__New York, NY 10177-0799__

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __alter ego claim__

**Is the claim subject to offset?**
☑ No
☐ Yes

__unknown__

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:** Additional Page</div>

**3.81** Nonpriority creditor's name and mailing address

**Kercsmar Feltus & Collins PLLC**

**Attn: President or General Mgr**

**7150 E Camelback Road Suite 285**

**Scottsdale, AZ 85251**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.82** Nonpriority creditor's name and mailing address

**Keyi Zilkie**

**c/o TroyGould PC**
**Attn: Christopher A. Lilly**

**1801 Century Park East 16th Floor**

**Los Angeles, CA 90067-2302**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address

**Kui Cheng**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address

**Lalive SA**

**Attn: President or General Mgr**

**Rue de la Mairie 35**

**1207 Geneva Switzerland,**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.85** | **Nonpriority creditor's name and mailing address**

Lamp Capital, LLC

Attn: Bernardo Enriquez

667 Madison Avenue

New York, NY 10065-8029

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.86** | **Nonpriority creditor's name and mailing address**

Lawall & Mitchell, LLC

Attn: Aaron A Mitchell

55 Madison Avenue Ste 400

Morristown, NJ 07960-7397

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.87** | **Nonpriority creditor's name and mailing address**

Leading Shine Limited

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.88** | **Nonpriority creditor's name and mailing address**

Liehong Zhuang

C/O Trexler & Zhang, LLP
Attn: Jonathan T. Trexler, Esq.

224 West 35th Street 12th Floor

New York, NY 10001-2532

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | Genever Holdings Corporation | Case number *(if known)* | 22-50542 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.89** Nonpriority creditor's name and mailing address

Lihong Wei Lafrenz aka Sara Wei

c/o Coppersmith Brockelman PLC
Attn: Keith Beauchamp

2800 N Central Avenue Suite 1900

Phoenix, AZ 85004

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

As of the petition filing date, the claim is: ___unknown___
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __alter ego claim__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.90** Nonpriority creditor's name and mailing address

Lijie Guo

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

As of the petition filing date, the claim is: ___unknown___
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __alter ego claim__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.91** Nonpriority creditor's name and mailing address

Linda Cheng

C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.

335 Madison Avenue 12th Floor

New York, NY 10017-4666

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

As of the petition filing date, the claim is: ___unknown___
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __alter ego claim__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.92** Nonpriority creditor's name and mailing address

Linda He Cheung

c/o Thompson Hine

335 Madison Avenue 12th Floor

New York, NY 10017

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

As of the petition filing date, the claim is: ___unknown___
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __alter ego claim__

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.93** Nonpriority creditor's name and mailing address

Logan Cheng fka Shuiyan Chen

c/o Randazza Legal Group, PLLC
Attn: Jay M. Wolman

100 Pearl Street 14th Fl

Hartford, CT 06103-4500

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:       unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address

Luc A Despins, as Ch 11 Trustee for Ho Wan Kwok

c/o Paul Hastings LLP

200 Park Avenue

New York, NY 10166-0019

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:       unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: for notice purposes only

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address

MacDonald

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:       unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.96** Nonpriority creditor's name and mailing address

Mao-Fu Weng

C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.

335 Madison Avenue 12th Floor

New York, NY 10017-4666

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:       unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | __Genever Holdings Corporation__ | Case number *(if known)* | __22-50542__ |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.97

**Nonpriority creditor's name and mailing address**

Nan Tong Si Jian

C/O Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.

136-20 38th Avenue Suite 3D & 3F

Flushing, NY 11354-4232

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

__unknown__

### 3.98

**Nonpriority creditor's name and mailing address**

Nan Tong Si Jian Group, LTD

C/O Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.

136-20 38th Avenue Suite 3D & 3F

Flushing, NY 11354-4232

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

__unknown__

### 3.99

**Nonpriority creditor's name and mailing address**

New Dynamic Development Limited

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

__unknown__

### 3.100

**Nonpriority creditor's name and mailing address**

Ning Ye

c/o Law Office of Ning Ye, Esq.
Attn: Ning Ye, Esq.

135-11 38th Avenue Suite 1A

Flushing, NY 11354-4440

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

__unknown__

| Debtor | **Genever Holdings Corporation** | | Case number *(if known)* | **22-50542** |
|---|---|---|---|---|
| | Name | | | |

---

## Part 2: Additional Page

### 3.101

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|
| **Noble Fame Global Limited** | *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Basis for the claim:** alter ego claim | |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| **Last 4 digits of account number** __ __ __ __ | | |
| Remarks: In re Kwok | | |

### 3.102

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $254,000,000.00 |
|---|---|---|
| **Pacific Alliance Asia Opportunity Fund** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☑ Disputed | |
| **33/F, Three Pacific Place** | | |
| **Queens Road East, Hong Kong,** | **Basis for the claim:** _____ | |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| **Last 4 digits of account number** __ __ __ __ | | |
| Remarks: In re Genever Holdings, LLC In re Kwok | | |

### 3.103

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|
| **Petrillo Klein & Boxer LLP** | *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| **Attn: President or General Mgr** | | |
| **655 Third Avenue 22nd Floor** | **Basis for the claim:** alter ego claim | |
| **New York, NY 10017** | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| **Date or dates debt was incurred** _____ | | |
| **Last 4 digits of account number** __ __ __ __ | | |
| Remarks: In re Kwok | | |

### 3.104

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|
| **Pullman & Comley, LLC** | *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| **Attn: Irve J. Goldman, Esq.** | | |
| **850 Main Street** | **Basis for the claim:** alter ego claim | |
| **Bridgeport, CT 06604-4988** | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| **Date or dates debt was incurred** _____ | | |
| **Last 4 digits of account number** __ __ __ __ | | |
| Remarks: In re Kwok | | |

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

**3.105** | Nonpriority creditor's name and mailing address

**Qiang Guo**

**c/o Berkeley Rowe**
**Marble Arch Park House**

**116 Park St**

**Mayfair, London UK W1K 6SS,**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Remarks: In re Genever Holdings LLC
In re Kwok

As of the petition filing date, the claim is:            unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address

**Qiang Guo**

**c/o Bravo Luck Limited**

**P.O. Box 957**

**Off Shore Incorporation Centre Road Town Tortola British Virgin Islands,**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Remarks: In re Genever Holdings, LLC

As of the petition filing date, the claim is:            unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address

**Qiuju Jia**

**c/o Arthur Angel, Esq.**

**1305 N. Poinsettia Place**

**Los Angeles, CA 90046-4305**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Remarks: In re Kwok

As of the petition filing date, the claim is:            unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address

**Qu Guojiao**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Remarks: In re Kwok

As of the petition filing date, the claim is:            unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Genever Holdings Corporation** | | Case number *(if known)* | **22-50542** |
|---|---|---|---|---|
| | Name | | | |

---

## Part 2: Additional Page

**3.109** | **Nonpriority creditor's name and mailing address**
Quiju Jia

c/o Arthur R. Angel, Esq.

1305 N Poinsettia Place

Los Angeles, CA 90046

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.110** | **Nonpriority creditor's name and mailing address**
Rong Zhang

c/ Wolf Haldenstein Adler Freeman & Herz LLP
Attn: Benjamin Y Kaufman

270 Madison Avenue

New York, NY 10016

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.111** | **Nonpriority creditor's name and mailing address**
Rui Ma

Attn: Carollynn HG Callari, Esq
Callari Partne

100 Somerset Corporate Blvd Suite 206

08807-2842

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.112** | **Nonpriority creditor's name and mailing address**
Rui Ma

c/o Arkin Solbakken LLP
Attn: Robert C. Angelillo

900 Third Avenue 18th Floor

New York, NY 10022

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.113** Nonpriority creditor's name and mailing address

Ruizheng An

c/o AFN Law
Attn: Angus Ni, Esq.

41 Madison Avenue 31st Floor

New York, NY 10010

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:          unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address

Rule of Law Foundation III, Inc.

c/o Kaufman Borgeest & Ryan, LLP
Attn; Daniel A. Schilling, Esq.

120 Broadway 14th Floor

New York, NY 10271

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:          unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.115** Nonpriority creditor's name and mailing address

Rule of Law Society IV Inc.

c/o Norris McLaughlin PA
Attn: Steven J. Reed

7 Times Square 21st Floor

New York, NY 10036

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:          unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.116** Nonpriority creditor's name and mailing address

RuQin Wang

C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.

335 Madison Avenue 12th Floor

10017-4666

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:          unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.117

**Nonpriority creditor's name and mailing address**
Sail Victory Limited

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

unknown

### 3.118

**Nonpriority creditor's name and mailing address**
Samuel Dan Nunberg

600 South Dixie Highway Suite 455

West Palm Beach, FL 33401-5851

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

unknown

### 3.119

**Nonpriority creditor's name and mailing address**
Samuel Nunberg

C/O Nesenoff & Miltenberg, LLP
Attn: Andrew T. Miltenberg, Esq.

363 Seventh Ave 5th Floor

10001-3915

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

unknown

### 3.120

**Nonpriority creditor's name and mailing address**
Saraca Media Group, Inc.

c/o Baker Hostetler
Attn: L David Anderson

2850 North Harwood Street Suite 1100

Dallas, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

unknown

| Debtor | **Genever Holdings Corporation** | | Case number *(if known)* | **22-50542** |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

**3.121** | Nonpriority creditor's name and mailing address

**Schulman Bhattacharya, LLC**

**Attn: President or General Mgr**

**6116 Executive Blvd Suite 425**

**Rockville, MD 20852**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:   **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address

**Selas Montbrial Avocats**

**Attn: President or General Mgr**

**10, Rue Cimarosa**

**75116 Paris France,**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:   **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address

**Shane D Shook**

**2821 Monterey Avenue**

**Soquel, CA 95073**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:   **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address

**SHI**

**C/O Thompson Hine**
**Attn: Steven A. Block, Esq.**

**20 N. Clark St. Ste 3200**

**60602-5093**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:   **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.125** | **Nonpriority creditor's name and mailing address**

**Shi Jia Zhuang Zhen Yuan Jian Zhu An Zhuang Gong Cheng LTD Bejing First Branch**

**c/o Kevin Kerveng Tung, P.C.**
**Attn: Kevin Tung, Esq**

**136-20 38th Street Suite 3d & 3F**

**Flushing, NY 11354**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**          unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address**

**Shuang Wang**

**c/o Thomson Hine**
**Attn: Brian P. Lanciault, Esq.**

**335 Madison Avenue 12th Floor**

**New York, NY 10017**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**          unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address**

**Stokes Lawrence, P.S.**

**Attn: President or General Mgr**

**1420 Fifth Avenue Suite 3000**

**Seattle, WA 98101**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**          unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address**

**Strategic Vision US, LLC**

**c/o Graves Garrett LLC**
**Attn: Edward D Greim**

**1100 Main Street Suite 2700**

**Kansas City, MO 64105**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**          unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Genever Holdings Corporation | Case number *(if known)* | 22-50542 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.129** | **Nonpriority creditor's name and mailing address**

Teli Chen

c/o Thompson Hine
Attn: Brian P Lanciault, Esq.

335 Madison Avenue 12th Floor

New York, NY 10017

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**                                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address**

The Casper Firm

Attn: President or General Mgr

400 E Pratt Street Suite 903

Baltimore, MD 21202

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**                                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address**

The Francis Firm PLLC

Attn: President or General Mgr

50 Riverside Blvd #3G

New York, NY 10069

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**                                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address**

The Law Offices of Rafael A. Vargas

Attn: President or General Mgr

100 N Lasalle Street

New York, NY 10022

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**                                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.133** | **Nonpriority creditor's name and mailing address**

**The Sherry Netherland**

**Attn: President or General Mgr**

**781 5th Ave**

**New York, NY 10022-1046**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: In re Genever Holdings LLC
In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.134** | **Nonpriority creditor's name and mailing address**

**Thomas Ragland**

**c/o Jenner & Block LLP**
**Attn: Kali N Bracey, Esq.**

**1099 New York Ave NW Suite 900**

**Washington, DC 20001**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.135** | **Nonpriority creditor's name and mailing address**

**Troutman Pepper Hamilton Sanders LLP**

**Attn: President or General Mgr**

**3000 Two Logan Square 18th & Arch Streets**

**Philadelphia, PA 19103**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.136** | **Nonpriority creditor's name and mailing address**

**U.S. Legal Support, Inc.**

**Attn: President or General Mgr**

**200 West Jackson Suite 600**

**Chicago, IL 60606**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| | **U.S. Securities and Exchange Commission** | *Check all that apply.* | |
| | | ☑ Contingent | |
| | **Attn: Bankruptcy Unit** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **100 F Street, N.E.** | **Basis for the claim:** alter ego claim | |
| | **Washington, DC 20549** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |
| | Date or dates debt was incurred _____ | | |
| | Last 4 digits of account number ___ ___ ___ ___ | | |

**3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| | **U.S. Securities and Exchange Commission** | *Check all that apply.* | |
| | | ☑ Contingent | |
| | **Attn: Bankruptcy Group** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **100 Pearl Street Suite 20-100** | **Basis for the claim:** alter ego claim | |
| | **New York, NY 10004** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |
| | Date or dates debt was incurred _____ | | |
| | Last 4 digits of account number ___ ___ ___ ___ | | |
| | Remarks: In re Kwok | | |

**3.139** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| | **UBS AG** | *Check all that apply.* | |
| | | ☑ Contingent | |
| | **Attn: President or General Mgr** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **600 Washington Blvd 9th Floor** | **Basis for the claim:** alter ego claim | |
| | **Stamford, CT 06901** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |
| | Date or dates debt was incurred _____ | | |
| | Last 4 digits of account number ___ ___ ___ ___ | | |
| | Remarks: In re Kwok | | |

**3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| | **Una Manyee Wilkinson** | *Check all that apply.* | |
| | | ☑ Contingent | |
| | **68-18 June Street** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Forest Hills, NY 11375** | **Basis for the claim:** alter ego claim | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |
| | Date or dates debt was incurred _____ | | |
| | Last 4 digits of account number ___ ___ ___ ___ | | |
| | Remarks: In re Kwok | | |

| Debtor | **Genever Holdings Corporation** | | Case number *(if known)* | **22-50542** |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2">**Part 2:** Additional Page</td></tr>
</table>

**3.141** Nonpriority creditor's name and mailing address

**United States Trustee**

**Attn: Richard C Morrissey**
**Office of the United States Trustee**
**U.S. Federal Office Building**

**201 Varick Street Room 1006**

**New York, NY 10014-7016**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.142** Nonpriority creditor's name and mailing address

**Verdolino & Lowey, P.C.**

**Attn: President or General Mgr**

**124 Washington Street**

**Foxboro, MA 02035-1368**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☑ Yes

unknown

---

**3.143** Nonpriority creditor's name and mailing address

**Veritext**

**Attn: President or General Mgr**

**290 West Mt. Pleasant Ave**

**Livingston, NJ 07039**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.144** Nonpriority creditor's name and mailing address

**Voice Guo Media, Inc.**

**c/o Coppersmith Brockelman PLC**
**Attn: Keith Beauchamp**

**2800 N Central Avenue Suite 1900**

**Phoenix, AZ 85004**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:** Additional Page</div>

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | underline unknown |
|---|---|---|---|

**3.145**

**Nonpriority creditor's name and mailing address**

Voice of Guo Media, Inc.

c/o Coppersmith Brockelman PLC
Attn: Keith Beauchamp

2800 N Central Avenue Suite 1900

Phoenix, AZ 85004

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.146**

**Nonpriority creditor's name and mailing address**

VX Cerda & Associates

Attn: President or General Mgr

601 Brickell Key Drive Suite 700

Miami, FL 33131

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.147**

**Nonpriority creditor's name and mailing address**

WA&HF, LLC/Ruizeng An

C/O AFN Law
Attn: Angus Ni, Esq.

41 Madison Avenue 31st Floor

New York, NY 10010-2345

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.148**

**Nonpriority creditor's name and mailing address**

WANG

C/O Carmody Torrance Sandak & Hennessey
Attn: David Grudberg

195 Church Street, PO Box 1950

New Haven, CT 06509-1950

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

| Debtor | Genever Holdings Corporation | Case number *(if known)* | 22-50542 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.149** | **Nonpriority creditor's name and mailing address**

Weican Watson Meng

c/o Callari Partne
Attn: Carollynn HG Callari, Esq

100 Somerset Corporate Blvd Suite 206

Bridgewater, NJ 08807-2842

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.150** | **Nonpriority creditor's name and mailing address**

Weican Watson Meng

c/o Arkin Solbakken, LLP

900 Third Avenue 18th Floor

New York, NY 10022

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.151** | **Nonpriority creditor's name and mailing address**

Weiguo Sun

C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.

335 Madison Avenue 12th Floor

New York, NY 10017-4666

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.152** | **Nonpriority creditor's name and mailing address**

Weixiand Ge

C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.

335 Madison Avenue 12th Floor

New York, NY 10017-4666

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

---

### Part 2:   Additional Page

---

**3.153** | **Nonpriority creditor's name and mailing address**

Well Origin Limited

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

Remarks: In re Kwok

---

**3.154** | **Nonpriority creditor's name and mailing address**

Wen Lin

C/O HGT Law
Attn: Hung Ta

250 Park Avenue 7th Floor

New York, NY 10177-0799

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

Remarks: In re Kwok

---

**3.155** | **Nonpriority creditor's name and mailing address**

Weng

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

Remarks: In re Kwok

---

**3.156** | **Nonpriority creditor's name and mailing address**

Wu Zheng

c/o Arkin Solbakken, LLP
Attn: Robert C. Angelillo

900 Third Avenue 18th Floor

New York, NY 10022-5000

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

Remarks: In re Kwok

---

| Debtor | Genever Holdings Corporation | Case number *(if known)* | 22-50542 |
|--------|------------------------------|--------------------------|----------|
|        | Name                         |                          |          |

## Part 2: Additional Page

**3.157** **Nonpriority creditor's name and mailing address**

Xiao Yan Zhu

C/O Trexler & Zhang, LLP
Attn: Jonathan T. Trexler, Esq.

224 West 35th Street 12th Floor

New York, NY 10001-2532

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

_unknown_

---

**3.158** **Nonpriority creditor's name and mailing address**

Xiaobo He

C/O HGT Law
Attn: Hung Ta

250 Park Avenue 7th Floor

New York, NY 10177-0799

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

_unknown_

---

**3.159** **Nonpriority creditor's name and mailing address**

Xiaobo Luo

c/o HGT Law

250 Park Avenue 7th Floor

New York, NY 10177

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

_unknown_

---

**3.160** **Nonpriority creditor's name and mailing address**

Xiaodan Wang

c/o Wolf Haldenstein Adler Freeman & Herz LLP
Attn: Benjamin Y Kaufman

270 Madison Avenue

New York, NY 10016

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

_unknown_

---

| Debtor | Genever Holdings Corporation | | Case number (if known) | 22-50542 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

**3.161** | **Nonpriority creditor's name and mailing address**

Xiaoping Luo

C/O HGT Law
Attn: Hung Ta

250 Park Avenue 7th Floor

New York, NY 10177-0799

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**                    ___unknown___
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address**

Xingyu Yan

C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.

335 Madison Avenue 12th Floor

New York, NY 10017-4666

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**                    ___unknown___
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address**

Xiong Xian Wei Ye

C/O Kevin Tung, Esq.
Attn: Kevin Tung, Esq

136-20 38th Avenue Suite 3D & 3F

Flushing, NY 11354-4232

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**                    ___unknown___
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address**

Xiqiu Bob Fu

c/o Pullman & Comley, LLC
Attn: Irve J. Goldman

850 Main St., P O Box 7006

Bridgeport, CT 06601-7006

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**                    ___unknown___
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.165** | **Nonpriority creditor's name and mailing address**

Xiqiu Fu

**c/o The Lanier Law Firm**
**Attn: Lawrence P. Wilson**

**10940 W. Sam Houston Pkwy N. Suite 100**

**Houston, TX 77064-5768**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:** In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.166** | **Nonpriority creditor's name and mailing address**

Xiqui ("Bob") Fu

**c/o The Lanier Law Firm**
**Attn: Kenneth W. Starr**

**10940 W Sam Houston Pkwy N Suite 100**

**Houston, TX 77064**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:** In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.167** | **Nonpriority creditor's name and mailing address**

Yan Gao

**C/O Thompson Hine**
**Attn: Brian P. Lanciault, Esq.**

**335 Madison Avenue 12th Floor**

**New York, NY 10017-4666**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:** In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

**3.168** | **Nonpriority creditor's name and mailing address**

Yan Huang

**c/o Kevin Kerveng Tung, P.C.**
**Attn: Kevin Tung, Esq.**

**136-20 38th Avenue Suite 3D & 3F**

**Flushing, NY 11354**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:** In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2">■ **Part 2:** Additional Page</td></tr>
</table>

**3.169** Nonpriority creditor's name and mailing address
Yan Zhao

C/O Law Office of Ning Ye, Esq.
Attn: Ning Ye, Esq.

135-11 38th Avenue, Suite 1A

Flushing, NY 11354-4440

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.170** Nonpriority creditor's name and mailing address
Yang Lan

c/o Arkin Solbakken, LLP
Attn: Robert C. Angelillo

900 Third Avenue 18th Floor

New York, NY 10022-5000

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.171** Nonpriority creditor's name and mailing address
Yang Lan

c/o Callari Partne
Carollynn HG Callari, Esq

100 Somerset Corporate Blvd Suite 206

Bridgewater, NJ 08807-2842

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.172** Nonpriority creditor's name and mailing address
Yeliang Xia

c/o Dennis Stewart & Krischer PLLC
Attn Harry Adrian Dennis, Esq.

2007 15th Street N Suite 201

Arlington, VA 22201

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: In re Kwok

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  alter ego claim

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.173** | **Nonpriority creditor's name and mailing address**

Yi Li

C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.

335 Madison Avenue 12th Floor

New York, NY 10017-4666

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.174** | **Nonpriority creditor's name and mailing address**

Ying Liu

C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.

335 Madison Avenue 12th Floor

New York, NY 10017-4666

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.175** | **Nonpriority creditor's name and mailing address**

Yongbing Zhang

223 West Jackson Blvd. #1012

Chicago, IL 60606-6916

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.176** | **Nonpriority creditor's name and mailing address**

Yua Hua Zhuang Shi

C/O Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.

136-20 38th Avenue Suite 3D & 3F

Flushing, NY 11354-4232

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **Genever Holdings Corporation** | | Case number *(if known)* | **22-50542** |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

**3.177 Nonpriority creditor's name and mailing address**

Yue Hua Zhu Shi

c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.

136-20 38th Avenue Suite 3D

Flushing, NY 11354-4232

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**                                    ____unknown____
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.178 Nonpriority creditor's name and mailing address**

Yunxia Wu

c/o TroyGould PC
Attn: Christopher A. Lilly

1801 Century Park East 16th Floor

Los Angeles, CA 90067-2302

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**                                    ____unknown____
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.179 Nonpriority creditor's name and mailing address**

Yunxia Wu

c/o Giordano, Halleran & Ciesla PC

1250 Broadway 36th FL

New York, NY 10010

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**                                    ____unknown____
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180 Nonpriority creditor's name and mailing address**

Zeichner Ellman & Krause LLP

Attn: President or General Mgr

1420 New York Avenue NW Suite 210

Washington, DC 20005

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**                                    ____unknown____
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Genever Holdings Corporation | Case number *(if known)* | 22-50542 |
|---|---|---|---|
| | Name | | |

---

## Part 2:  Additional Page

**3.181**  **Nonpriority creditor's name and mailing address**

Zeisler & Zeisler PC

Attn: Aaron Romney, James M. Moriarty
John L. Cesaroni, Eric Henzy, Stephen M. Kindseth

10 Middle Street 15th Floor

Bridgeport, CT 06604-4299

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**  _unknown_
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.182**  **Nonpriority creditor's name and mailing address**

Zhang Wei

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**  _unknown_
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183**  **Nonpriority creditor's name and mailing address**

Zhen Yuan Jian Zhu

C/O Kevin Tung, Esq.

136-30 38th Avenue Suite 3d

Flushing, NY 11354

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**  _unknown_
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184**  **Nonpriority creditor's name and mailing address**

Zheng (Bruno) Wu

c/o Callari Partne
Carollynn HG Callari, Esq

100 Somerset Corporate Blvd. Suite 206

Bridgewater, NJ 08807-2842

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**  _unknown_
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

**3.185** | **Nonpriority creditor's name and mailing address**

Zhengjun Dong

C/O HGT Law
Attn: Hung Ta

250 Park Avenue 7th Floor

New York, NY 10177-0799

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**               unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address**

Zong Xian Weiye

c/o Kevin Tung, Esq.

38th Avenue Suite 3D

Flushing, NY 11354

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Remarks: In re Kwok

**As of the petition filing date, the claim is:**               unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  alter ego claim

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Genever Holdings Corporation | Case number (if known) | 22-50542 |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **Baker Hostetler LLP** <br> **Attn: President or General Mgr** <br> **45 Rockefeller Plaza** <br> **New York, NY 10111** | Line **3.8** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.2** **Bravo Luck Limited** <br> **c/o Troutman Pepper** <br> **3000 Two Logan Square, 18th and Arch Sts** <br> **Philadelphia, PA 19103** | Line **3.19** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.3** **Foley & Lardner LLP** <br> **for Pacific Alliance Asia Opp Fund** <br> **Attn: D Spelfogel R Bernard A Nann** <br> **90 Park Avenue** <br> **New York, NY 10016-1301** | Line **3.102** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.4** **Giordano, Halleran & Ciesla, P.C.** <br> **Attn: Christopher Marino** <br> **1250 Broadway 36th Floor** <br> **New York, NY 10010** | Line **3.62** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.5** **Giordano, Halleran & Ciesla, P.C.** <br> **Attn: Christopher Marino** <br> **1250 Broadway 36th Floor** <br> **New York, NY 10010** | Line **3.82** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.6** **Max Krasner for** <br> **Golden Spring New York LTD** <br> **162 E. 64th Street** <br> **New York, NY 10065-7478** | Line **3.49** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.7** **O'Melveny & Myers** <br> **for Pacific Alliance Asia Opp Fund** <br> **Attn: P Friedman E Moss D Perez D Shamah** <br> **7 Times Square** <br> **New York, NY 10036-6524** | Line **3.102** <br> ☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

**Part 3:** Additional Page

| 4.8 | **STROOCK & STROOCK & LAVAN LLP** | Line **3.133** |
|---|---|---|
| | **Attn: Sherry Millman** **Curtis C. Mechling** | ☐ Not listed. Explain |
| | **180 Maiden Lane** | |
| | **New York, NY 10038-4925** | |

| Debtor | **Genever Holdings Corporation** | Case number *(if known)* | **22-50542** |
|---|---|---|---|
| | Name | | |

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$254,000,000.00** |
| 5c. | **Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | **$254,000,000.00** |

Fill in this information to identify the case:

| Debtor name | Genever Holdings Corporation |
|---|---|
| United States Bankruptcy Court for the: | District of Connecticut |
| Case number (if known): | 22-50542    Chapter    11 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Director Services Agreement | Harneys Corporate Services Limited |
| | State the term remaining | Terminable on 30 days notice | Attn: Fiduciary Services |
| | List the contract number of any government contract | | Craigmuir Chambers |
| | | | Road Town, Tortola VG1110, British Virgin Islands, |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __**Genever Holdings Corporation**__

United States Bankruptcy Court for the: District of __**Connecticut**__
(State)

Case number (If known): __**22-50542**__

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Genever Holdings LLC | 781 Fifth Avenue Apt. 1801<br>Street<br>Attn: President or General Mgr<br><br>New York, NY 10022-5520<br>City          State          ZIP Code | Bravo Luck Limited | ☐ D<br>☑ E/F<br>☐ G |
| | | Golden Spring New York Ltd | ☐ D<br>☑ E/F<br>☐ G |
| | | Pacific Alliance Asia Opportunity Fund | ☐ D<br>☑ E/F<br>☐ G |
| | | Qiang Guo | ☐ D<br>☑ E/F<br>☐ G |
| | | Qiang Guo | ☐ D<br>☑ E/F<br>☐ G |
| | | The Sherry Netherland | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 Ho Wan Kwok | 373 Taconic Road<br>Street<br><br>Greenwich, CT 06831-2828<br>City          State          ZIP Code | Lawall & Mitchell, LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | Zeisler & Zeisler PC | ☐ D<br>☑ E/F<br>☐ G |
| | | Baker & Hostetler LLP | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | **Genever Holdings Corporation** | Case number (if known) **22-50542** |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Bi Hai Ge Lin | ☐ D ☑ E/F ☐ G |
| | | Bravo Luck Limited | ☐ D ☑ E/F ☐ G |
| | | Brown Rudnick LLP | ☐ D ☑ E/F ☐ G |
| | | Chao-Chih Chiu | ☐ D ☑ E/F ☐ G |
| | | Cheng Jian Wu Jian She | ☐ D ☑ E/F ☐ G |
| | | Chenglong Wang | ☐ D ☑ E/F ☐ G |
| | | Fu Le Hong Ma | ☐ D ☑ E/F ☐ G |
| | | Gaosheng Guo | ☐ D ☑ E/F ☐ G |
| | | Hong Qi Qu | ☐ D ☑ E/F ☐ G |
| | | Huizhen Wang | ☐ D ☑ E/F ☐ G |
| | | Jia Li Wang | ☐ D ☑ E/F ☐ G |
| | | Jiamei Lu | ☐ D ☑ E/F ☐ G |
| | | Jian Gong | ☐ D ☑ E/F ☐ G |
| | | Jianhu Yi | ☐ D ☑ E/F ☐ G |

| Debtor | **Genever Holdings Corporation** | Case number (if known) **22-50542** |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Jonathan Young | ☐ D ☑ E/F ☐ G |
| | | Jun Chen aka Jonathan Ho | ☐ D ☑ E/F ☐ G |
| | | Jun Liu | ☐ D ☑ E/F ☐ G |
| | | Kaixin Hong | ☐ D ☑ E/F ☐ G |
| | | Keyi Zilkie | ☐ D ☑ E/F ☐ G |
| | | Lamp Capital, LLC | ☐ D ☑ E/F ☐ G |
| | | Liehong Zhuang | ☐ D ☑ E/F ☐ G |
| | | Xiao Yan Zhu | ☐ D ☑ E/F ☐ G |
| | | Linda Cheng | ☐ D ☑ E/F ☐ G |
| | | Logan Cheng fka Shuiyan Chen | ☐ D ☑ E/F ☐ G |
| | | Mao-Fu Weng | ☐ D ☑ E/F ☐ G |
| | | Nan Tong Si Jian | ☐ D ☑ E/F ☐ G |
| | | Ning Ye | ☐ D ☑ E/F ☐ G |

| Debtor | Genever Holdings Corporation | Case number (if known) 22-50542 |
|--------|------------------------------|--------------------------------|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|------------------------|----------------|------------------------|----------------------------------|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Pacific Alliance Asia Opportunity Fund | ☐ D  ☑ E/F  ☐ G |
| | | Pullman & Comley, LLC | ☐ D  ☑ E/F  ☐ G |
| | | Qiang Guo | ☐ D  ☑ E/F  ☐ G |
| | | Rui Ma | ☐ D  ☑ E/F  ☐ G |
| | | RuQin Wang | ☐ D  ☑ E/F  ☐ G |
| | | Samuel Dan Nunberg | ☐ D  ☑ E/F  ☐ G |
| | | Samuel Nunberg | ☐ D  ☑ E/F  ☐ G |
| | | SHI | ☐ D  ☑ E/F  ☐ G |
| | | The Sherry Netherland | ☐ D  ☑ E/F  ☐ G |
| | | WA&HF, LLC/Ruizeng An | ☐ D  ☑ E/F  ☐ G |
| | | WANG | ☐ D  ☑ E/F  ☐ G |
| | | Weican Watson Meng | ☐ D  ☑ E/F  ☐ G |
| | | Boxun Inc | ☐ D  ☑ E/F  ☐ G |
| | | Weiguo Sun | ☐ D  ☑ E/F  ☐ G |

| Debtor | Genever Holdings Corporation | Case number (if known) | 22-50542 |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | Weixiand Ge | ☐ D  ☑ E/F  ☐ G |
| | | Wen Lin | ☐ D  ☑ E/F  ☐ G |
| | | Xiaobo He | ☐ D  ☑ E/F  ☐ G |
| | | Xiaoping Luo | ☐ D  ☑ E/F  ☐ G |
| | | Xingyu Yan | ☐ D  ☑ E/F  ☐ G |
| | | Xiong Xian Wei Ye | ☐ D  ☑ E/F  ☐ G |
| | | Xiqiu Bob Fu | ☐ D  ☑ E/F  ☐ G |
| | | Xiqiu Fu | ☐ D  ☑ E/F  ☐ G |
| | | Yan Gao | ☐ D  ☑ E/F  ☐ G |
| | | Yan Zhao | ☐ D  ☑ E/F  ☐ G |
| | | Yang Lan | ☐ D  ☑ E/F  ☐ G |
| | | Wu Zheng | ☐ D  ☑ E/F  ☐ G |
| | | Yi Li | ☐ D  ☑ E/F  ☐ G |
| | | Ying Liu | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Genever Holdings Corporation** | Case number (if known) **22-50542** |
|--------|----------------------------------|-------------------------------------|
|        | Name                             |                                     |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Yongbing Zhang | ☐ D ☑ E/F ☐ G |
| | | Yua Hua Zhuang Shi | ☐ D ☑ E/F ☐ G |
| | | Yue Hua Zhu Shi | ☐ D ☑ E/F ☐ G |
| | | Yunxia Wu | ☐ D ☑ E/F ☐ G |
| | | Zhen Yuan Jian Zhu | ☐ D ☑ E/F ☐ G |
| | | Zheng (Bruno) Wu | ☐ D ☑ E/F ☐ G |
| | | Yang Lan | ☐ D ☑ E/F ☐ G |
| | | Zhengjun Dong | ☐ D ☑ E/F ☐ G |
| | | Baiqiao Tang a/k/a Tang Baiqiao | ☐ D ☑ E/F ☐ G |
| | | Beijing Bi Hai Ge Lin Yuan Lin Lu Hua, Ltd. | ☐ D ☑ E/F ☐ G |
| | | Beijing Cheng Jian Wu Jian She Group, LTD. | ☐ D ☑ E/F ☐ G |
| | | Beijing Fu Le Hong Ma Jian Zhu Zhuang Shi Gong Cheng, LTD. | ☐ D ☑ E/F ☐ G |
| | | Beijing Zhong Xian Wei Ye Stainless Decoration Center | ☐ D ☑ E/F ☐ G |
| | | Burnette Shutt McDaniel | ☐ D ☑ E/F ☐ G |

| Debtor | **Genever Holdings Corporation** | Case number (if known) **22-50542** |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Chong Shen Raphanella | ☐ D  ☑ E/F  ☐ G |
| | | Clark Hill PLC | ☐ D  ☑ E/F  ☐ G |
| | | Clayman Rosenberg Kirshner & Linder LLP | ☐ D  ☑ E/F  ☐ G |
| | | Danyu Lin | ☐ D  ☑ E/F  ☐ G |
| | | Dongna Fang | ☐ D  ☑ E/F  ☐ G |
| | | Fan Bingbing | ☐ D  ☑ E/F  ☐ G |
| | | Forbes Hare | ☐ D  ☑ E/F  ☐ G |
| | | G Club Operations LLC | ☐ D  ☑ E/F  ☐ G |
| | | Ganfer Shore Leeds & Zauderer | ☐ D  ☑ E/F  ☐ G |
| | | G Club | ☐ D  ☑ E/F  ☐ G |
| | | Goldfarb & Huck Roth Riojas, PLLC | ☐ D  ☑ E/F  ☐ G |
| | | GTV Media Group, Inc. | ☐ D  ☑ E/F  ☐ G |
| | | Haihong Wang | ☐ D  ☑ E/F  ☐ G |
| | | Harkus Parker Ltd. | ☐ D  ☑ E/F  ☐ G |

| Debtor | Genever Holdings Corporation | Case number (if known) 22-50542 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | He Bei Yue Hua Zhuang Shi Gong Cheng LTD. | ☐ D  ☑ E/F  ☐ G |
| | | Hong Qi Qu Jian She Group LTD | ☐ D  ☑ E/F  ☐ G |
| | | Janover LLC | ☐ D  ☑ E/F  ☐ G |
| | | Jiang Su Province Jian Gong Group LTD Beijing Branch | ☐ D  ☑ E/F  ☐ G |
| | | Jianshengxie and Jiefu Zheng | ☐ D  ☑ E/F  ☐ G |
| | | John S Lau | ☐ D  ☑ E/F  ☐ G |
| | | Jonathan Young | ☐ D  ☑ E/F  ☐ G |
| | | June Shi | ☐ D  ☑ E/F  ☐ G |
| | | Kercsmar Feltus & Collins PLLC | ☐ D  ☑ E/F  ☐ G |
| | | Lalive SA | ☐ D  ☑ E/F  ☐ G |
| | | Lihong Wei Lafrenz aka Sara Wei | ☐ D  ☑ E/F  ☐ G |
| | | Nan Tong Si Jian Group, LTD | ☐ D  ☑ E/F  ☐ G |
| | | Petrillo Klein & Boxer LLP | ☐ D  ☑ E/F  ☐ G |
| | | Quiju Jia | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Genever Holdings Corporation** | Case number (if known) | **22-50542** |
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Rong Zhang | ☐ D  ☑ E/F  ☐ G |
| | | Rui Ma | ☐ D  ☑ E/F  ☐ G |
| | | Ruizheng An | ☐ D  ☑ E/F  ☐ G |
| | | Rule of Law Foundation III, Inc. | ☐ D  ☑ E/F  ☐ G |
| | | Rule of Law Society IV Inc. | ☐ D  ☑ E/F  ☐ G |
| | | Saraca Media Group, Inc. | ☐ D  ☑ E/F  ☐ G |
| | | Schulman Bhattacharya, LLC | ☐ D  ☑ E/F  ☐ G |
| | | Selas Montbrial Avocats | ☐ D  ☑ E/F  ☐ G |
| | | Shane D Shook | ☐ D  ☑ E/F  ☐ G |
| | | Shi Jia Zhuang Zhen Yuan Jian Zhu An Zhuang Gong Cheng LTD Bejing First Branch | ☐ D  ☑ E/F  ☐ G |
| | | Shuang Wang | ☐ D  ☑ E/F  ☐ G |
| | | Stokes Lawrence, P.S. | ☐ D  ☑ E/F  ☐ G |
| | | Strategic Vision US, LLC | ☐ D  ☑ E/F  ☐ G |
| | | Teli Chen | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Genever Holdings Corporation** | Case number (if known) **22-50542** |
|--------|----------------------------------|-------------------------------------|
|        | Name                             |                                     |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|------------------------|-----------------|------------------------|----------------------------|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | The Casper Firm | ☐ D  ☑ E/F  ☐ G |
| | | The Francis Firm PLLC | ☐ D  ☑ E/F  ☐ G |
| | | The Law Offices of Rafael A. Vargas | ☐ D  ☑ E/F  ☐ G |
| | | Thomas Ragland | ☐ D  ☑ E/F  ☐ G |
| | | U.S. Legal Support, Inc. | ☐ D  ☑ E/F  ☐ G |
| | | Una Manyee Wilkinson | ☐ D  ☑ E/F  ☐ G |
| | | Veritext | ☐ D  ☑ E/F  ☐ G |
| | | Voice Guo Media, Inc. | ☐ D  ☑ E/F  ☐ G |
| | | Voice of Guo Media, Inc. | ☐ D  ☑ E/F  ☐ G |
| | | VX Cerda & Associates | ☐ D  ☑ E/F  ☐ G |
| | | Xiaodan Wang | ☐ D  ☑ E/F  ☐ G |
| | | Xiqui ("Bob") Fu | ☐ D  ☑ E/F  ☐ G |
| | | Yan Huang | ☐ D  ☑ E/F  ☐ G |
| | | Yeliang Xia | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Genever Holdings Corporation** | Case number (if known) **22-50542** |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Zeichner Ellman & Krause LLP | ☐ D  ☑ E/F  ☐ G |
| | | AAGV Limited | ☐ D  ☑ E/F  ☐ G |
| | | Ace Decade Holdings Limited | ☐ D  ☑ E/F  ☐ G |
| | | Alfa Global Ventures Limited | ☐ D  ☑ E/F  ☐ G |
| | | Alfonso Global Limited | ☐ D  ☑ E/F  ☐ G |
| | | Allied Capital Global Limited | ☐ D  ☑ E/F  ☐ G |
| | | Anton Development Limited | ☐ D  ☑ E/F  ☐ G |
| | | Beijing Zenith Holdings Co | ☐ D  ☑ E/F  ☐ G |
| | | Bejing Pangu Investment Co. | ☐ D  ☑ E/F  ☐ G |
| | | Guo Boaosheng | ☐ D  ☑ E/F  ☐ G |
| | | BSA Strategic Fund I | ☐ D  ☑ E/F  ☐ G |
| | | Creative Apex Investments Limited | ☐ D  ☑ E/F  ☐ G |
| | | China Golden Spring Group (Hong Kong) Limited | ☐ D  ☑ E/F  ☐ G |
| | | Cyrstal Breeze Investments Limited | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Genever Holdings Corporation** | Case number (if known) **22-50542** |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | DawnState Limited | ☐ D ☑ E/F ☐ G |
| | | Elite Well Global Limited | ☐ D ☑ E/F ☐ G |
| | | Globalist International Limited | ☐ D ☑ E/F ☐ G |
| | | Lijie Guo | ☐ D ☑ E/F ☐ G |
| | | Chunguang Han | ☐ D ☑ E/F ☐ G |
| | | Hero Grand Limited | ☐ D ☑ E/F ☐ G |
| | | Hong Kong International Funds Investments Limted | ☐ D ☑ E/F ☐ G |
| | | Infinite Increase Limited | ☐ D ☑ E/F ☐ G |
| | | Infinitum Developments Limited | ☐ D ☑ E/F ☐ G |
| | | Insight Phoenix Fund | ☐ D ☑ E/F ☐ G |
| | | Geng Jing | ☐ D ☑ E/F ☐ G |
| | | Jumbo Century Limited | ☐ D ☑ E/F ☐ G |
| | | Kui Cheng | ☐ D ☑ E/F ☐ G |
| | | Leading Shine Limited | ☐ D ☑ E/F ☐ G |

| Debtor | Genever Holdings Corporation | Case number (if known) | 22-50542 |
|--------|------------------------------|------------------------|----------|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|------------------------|-----------------|------------------------|-------------------------------|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | MacDonald | ☐ D ☑ E/F ☐ G |
| | | New Dynamic Development Limited | ☐ D ☑ E/F ☐ G |
| | | Noble Fame Global Limited | ☐ D ☑ E/F ☐ G |
| | | Qu Guojiao | ☐ D ☑ E/F ☐ G |
| | | Sail Victory Limited | ☐ D ☑ E/F ☐ G |
| | | Well Origin Limited | ☐ D ☑ E/F ☐ G |
| | | Weng | ☐ D ☑ E/F ☐ G |
| | | Zhang Wei | ☐ D ☑ E/F ☐ G |
| | | Boxun, Inc. | ☐ D ☑ E/F ☐ G |
| | | Baker Hostetler LLP | ☐ D ☑ E/F ☐ G |
| | | Chao-Chic Chiu | ☐ D ☑ E/F ☐ G |
| | | Cheng Jian Wu Jian She | ☐ D ☑ E/F ☐ G |
| | | Hong Zeng | ☐ D ☑ E/F ☐ G |
| | | Linda He Cheung | ☐ D ☑ E/F ☐ G |

| Debtor | Genever Holdings Corporation | Case number (if known) | 22-50542 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | Weican Watson Meng | ☐ D  ☑ E/F  ☐ G |
| | | Xiaobo Luo | ☐ D  ☑ E/F  ☐ G |
| | | Yunxia Wu | ☐ D  ☑ E/F  ☐ G |
| | | Zong Xian Weiye | ☐ D  ☑ E/F  ☐ G |
| | | Cheng (NY) | ☐ D  ☑ E/F  ☐ G |
| | | Troutman Pepper Hamilton Sanders LLP | ☐ D  ☑ E/F  ☐ G |
| | | U.S. Securities and Exchange Commission | ☐ D  ☑ E/F  ☐ G |

| 2.3 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
|---|---|---|---|---|
| 2.4 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.5 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.6 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |

Fill in this information to identify the case:

Debtor name _____ Genever Holdings Corporation _____

United States Bankruptcy Court for the:

District of Connecticut

Case number (if known): _____ 22-50542 _____

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 11/23/2022 _____
MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

Claire Abrehart _____
Printed name

Director _____
Position or relationship to debtor