**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

―――――――――――――――――――――――――x
: 
In re:                                                             :     Chapter 11
                                                                       :
GENEVER HOLDINGS CORPORATION     :     Case No. 22-50542 (JAM)
                                                                       :
                    Debtor.                                 :
―――――――――――――――――――――――――x

**GLOBAL NOTES AND STATEMENT OF METHODOLOGY**
**AND RESERVATION OF RIGHTS REGARDING THE DEBTOR'S SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

Genever Holdings Corporation (the "Debtor"), is filing its Schedules of Assets and Liabilities (each, a "Schedule," and, collectively, the "Schedules") and Statement of Financial Affairs (the "SOFA") in the Bankruptcy Court for the District of Connecticut (the "Court") pursuant to section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These Global Notes and Statement of Methodology and Reservation of Rights Regarding the Debtor's Schedules of Assets and Liabilities and SOFA (collectively, the "Global Notes") pertain to, and are incorporated by reference in, the Schedules and SOFA.

In preparing the Schedules and SOFA, the Debtor relied on information that was available at the time of preparation. The Debtor has made reasonable efforts to ensure that the Schedules and SOFA are as accurate and complete as possible under the circumstances of its chapter 11 case; however, subsequent information or discovery may result in material changes to the Schedules and SOFA. As discussed further in Global Note 3, below, the Debtor has been under the control of the Trustee (as defined below) since September 14, 2022. Prior to that date, the Debtor was controlled by the Individual Debtor (as defined below), and there may be information and/or documentation dating from prior to September 14, 2022 of which the current management of the Debtor has not yet been made aware.

The Debtor reserves all rights to amend or supplement the Schedules and SOFA from time to time, in all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and SOFA.

GLOBAL NOTES

1. Description of the Case. On October 11, 2022 (the "Petition Date"), the Debtor commenced a voluntary case under chapter 11 of the Bankruptcy Code.

2. Basis of Presentation. The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the

United States. The Schedules and SOFA reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor.

3. <u>Assumptions</u>. The preparation of the Schedules and SOFA required the Debtor to make assumptions regarding the reported assets and liabilities.

   In preparing its Schedules and SOFA, the Debtor reviewed the bankruptcy schedules filed by its subsidiary, Genever Holdings LLC ("<u>Genever (US)</u>"), in its pending chapter 11 case (Case No. 22-50592) in the Court and the bankruptcy schedules filed by its affiliate, Ho Wan Kwok (the "<u>Individual Debtor</u>"), in his pending chapter 11 case (Case No. 22-50073) before the Court. Prior to the appointment of the chapter 11 trustee (the "<u>Trustee</u>") in the Individual Debtor's chapter 11 case on July 8, 2022, the Individual Debtor had been the Debtor's sole equity holder. Thereafter, the Individual Debtor's shares in the Debtor were transferred to the Trustee. On September 14, 2022, the Trustee appointed a director for the Debtor who authorized the filing of the Debtor's chapter 11 case. As a result of the relationship between the Debtor and the Individual Debtor, including that the Debtor may be an *alter ego* of the Individual Debtor, the Debtor has elected to include on the Schedules and SOFA all creditors in the pending chapter 11 cases of the Individual Debtor. Given that, at this time, the Debtor has limited or no information to verify the nature and amount of these claims, the Debtor has listed these creditors as disputed, contingent, and unliquidated claimants. For the avoidance of doubt, the Debtor reserves all rights to object to all these claims (including on the basis that the claimant is not entitled to assert a claim on the basis that the Debtor is an *alter ego* of the Individual Debtor).

   The Debtor is not a party to the executory contracts included in the bankruptcy schedules of the Individual Debtor and Genever (US). As a result, the Debtor has not included these executory contracts on its Schedules.

   The Debtor's answers regarding (i) any payments made by the Debtor on the SOFA or (ii) the value of its asset set forth on its Schedules is based on its limited knowledge of activities prior to September 14, 2022. As noted previously, the Debtor reserves all rights to supplement its answers on the Schedules and SOFA.

4. <u>Currency</u>. Unless otherwise indicated, all amounts shown in the Schedules and SOFA are in U.S. Dollars.

5. <u>Undetermined or Unknown Amounts</u>. The description of an amount as "Undetermined" or "Unknown" is not intended to reflect upon the materiality of such amount. Certain amounts may be clarified during the course of the Debtor's chapter 11 case.

6. <u>Debtor's Reservation of Rights</u>. Nothing contained in the Schedules, SOFA, or Global Notes shall constitute a waiver of rights with respect to this chapter 11 case.