## United States Bankruptcy Court
### District of Connecticut

In re   Genever Holdings Corporation                    Case No.    22-50542

Debtor(s)                                               Chapter     11

### AMENDMENT COVER SHEET

Amendments to the List of Creditors of Genever Holdings Corporation as follows:

**Creditors to be DELETED:**

**Adam Leitman Bailey P.C.**
Attn: President or General Mgr            (9381729)
1 Batery Park Plaza Fl 18                 (cr)
New York, NY 10004-1646

**Golden Spring New York**
Attn: Max Krasner                         (9381745)
162 E. 64th Street                        (cr)
New York, NY 10065-7478

**Internal Revenue Service**
Attn: Centralized Insolvency Operation    (9381749)
P. O. Box 7346                            (cr)
Philadelphia, PA 19101-7346

**MAYER BROWN LLP**
Attn: Douglas E. Spelfogel                (9381767)
1221 Avenue of the Americas               (cr)
New York, NY 10020-1001

**MAYER BROWN LLP**
Attn: Derek L. Wright                     (9381766)
71 South Wacker Drive                     (cr)
Chicago, IL 60606-4668

**NEW YORK STATE ATTORNEY GENERAL**
Attn: Division of Administration          (9381770)
28 LIBERTY STREET                         (cr)
New York, NY 10005-1496

**New York State Attorney General**
Attn: Division of Administration          (9381769)
120 Broadway                              (cr)
New York, NY 10271-0002

**NYC Dept of Finance**
Attn: Legal Affairs                       (9381772)
345 Adams St Fl 3                         (cr)
Brooklyn, NY 11201-3739

1

**NYC Dept of Law**
Attn: Bernadette Brennan, Esq.          (9381773)
100 Church St Rm 5-233                   (cr)
New York, NY 10007-2601

**NYS Dept of Taxation**
Attn: Bankruptcy/Special Procedure       (9381774)
PO Box 5300                              (cr)
12205-0300

**OMelveny & Myers LLP**
Attn: Daniel Shamah                      (9381775)
7 Times Square                          (cr)
New York, NY 10036-6524

**Pacific Alliance Asia**
c/o O'Melveney & Myers, LLP              (9381776)
7 Times Square                          (20)
New York, NY 10065

**Pacific Alliance Asia Opportunity Fund L.P.**
c/o Foley & Lardner LLP                  (9381777)
Attn: D. Spelfogel, R. Bernard, A. Nann  (20)
90 Park Avenue
New York NY 10016-1301

**Romer Debbas LLP**
Attn: President or General Mgr           (9381782)
275 Madison Ave Ste 801                  (cr)
New York, NY 10016-1153


**Creditors to be ADDED:**


**AAGV Limited**
Address Unknown

**Ace Decade Holdings Limited**
c/o Harkus Parker, Melbourne House
44-46 Aldwych 7th Floor
London WC2B 4LL United Kingdom

**Alfa Global Ventures Limited**
Address Unknown

**Alfonso Global Limited**
Address Unknown

**Allied Capital Global Limited**
Address Unknown

**Anton Development Limited**
Address Unknown

**Baiqiao Tang a/k/a Tang Baiqiao**
501 Forest Avenue 501
Palo Alto, CA 94301

**Baker Hostetler LLP**
Attn: President or General Mgr
45 Rockefeller Plaza
New York, NY 10111

**Beijing Bi Hai Ge Lin Yuan Lin Lu Hua, Ltd.**
c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue Suite 3d & 3F
Flushing, NY 11354

**Beijing Cheng Jian Wu Jian
    She Group, LTD.**
c/o Kevin Kerveng Tung, P.C.
136-20 38th Avenue Suite 3d & 3F
Flushing, NY 11354

**Beijing Fu Le Hong Ma Jian Zhu
    Zhuang Shi Gong Cheng,  LTD.**
c/o Kevin Kerveng Tung, P.C.
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354

**Beijing Zenith Holdings Co**
Address Unknown

**Beijing Zhong Xian Wei
    Ye Stainless Decoration Center**
c/o Kevin Kerveng Tung, P.C.
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354

**Bejing Pangu Investment Co.**
Address Unknown

**BSA Strategic Fund I**
Address Unknown

**Burnette Shutt McDaniel**
912 Lady Street 2nd Floor
Columbia, SC 29202

**Chao-Chic Chiu**
c/o Giordano, Halleran & Ciesla PC
1250 Broadway 36th Floor
New York, NY 10010

**Cheng (NY)**
c/o Randazza Law Firm
2764 Sahara Drive Suite 109
Las Vegas, NV 89117

**Cheng Jian Wu Jian She**
c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354-4232

**Chenglong Wang**
C/O HGT Law Attn: Hung Ta
250 Park Avenue Fl 7
New York, NY 10177-0799

**China Golden Spring Group
    (Hong Kong) Limited**
Address Unknown

**Chong Shen Raphanella**
c/o Wolf Haldenstein Adler et al
Attn: Benjamin Y Kaufman, Esq.
270 Madison Avenue
New York, NY 10016

**Chunguang Han**
Address Unknown

**Clark Hill PLC**
c/o Jenner & Block LLP
Attn: Kali N. Bracey, Esq.
1099 New York Avenue NW Suite 900
Washington, DC 20001

**Clayman Rosenberg Kirshner et al**
Attn: President or General Mgr
305 Madison Avenue Suite 650
New York, NY 10165

**Creative Apex Investments Limited**
Address Unknown

**Cyrstal Breeze Investments Limited**
Address Unknown

**Danyu Lin**
128 Woodcock Trail
West Columbia, SC 29169

**DawnState Limited**
Address Unknown

**Dongna Fang**
c/o Law Office of Phillips and King
Attn: Bryce W. King
5041 Airport Fwy
Haltom City, TX 76117

**Elite Well Global Limited**
Address Unknown

**Fan Bingbing**
c/o Lavely & Singer
Attn: Cameron A. Stracher, Esq.
4 New York Plaza 2nd Floor
New York, NY 10004

**Foley & Lardner LLP**
for Pacific Alliance Asia Opp Fund
Attn: D Spelfogel R Bernard A Nann
90 Park Avenue
New York, NY 10016-1301

**Forbes Hare**
Qwomar Bldg
PO Box 4649
Road Town, Tortola BVI VG1110

**G Club**
Attn: President or General Mgr
53 Calle Palmeras Suite 1401
San Juan, PR 00901

**G Club Operations LLC**
Attn: President or General Mgr
53 Calle Palmeras Suite 1401
San Juan, PR 00901

**Ganfer Shore Leeds & Zauderer**
Attn: President or General Mgr
360 Lexington Avenue
New York, NY 10017

**Geng Jing**
Address Unknown

**Globalist International Limited**
Address Unknown

**Golden Spring New York Ltd**
c/o Berkeley Rowe
Marble Arch Park House
116 Park St
Mayfair, London UK W1K 6SS

**Goldfarb & Huck Roth Riojas, PLLC**
Attn: President or General Mgr
925 Fourth Avenue Suite 3950
Seattle, WA 98104

**GTV Media Group, Inc.**
c/o Lawall & Mitchell, LLC
Attn: President or General Mgr
55 Madison Avenue 4th Floor
Morristown, NJ 07960

**Guo Boaosheng**
c/o Law Office of Ning Ye, Esq.
135-11 38th Avenue Suite 1A
Flushing, NY 11354

**Haihong Wang**
c/o Carmody Torrance Sandak et al
Attn: David T Grudberg, Esq.
195 Church Street 18th Floor
New Haven, CT 06510

**Harkus Parker Ltd.**
Attn: President or General Mgr
Melbourne House
44-46 Aldwych 7th Floor
London WC2B 4LL United Kingdom

**Harneys Corporate Services Limited**
Attn: Fiduciary Services
Craigmuir Chambers
Road Town, Tortola VG1110
British Virgin Islands

**He Bei Yue Hua Zhuang**
    **Shi Gong Cheng LTD.**
c/o Kevin Kerveng Tung, P.C.
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354

**Hero Grand Limited**
Address Unknown

**Hong Kong International Funds**
    **Investments Limited**
Address Unknown

**Hong Qi Qu Jian She Group LTD**
c/o Kevin Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354-4232

**Hong Zeng**
3020 Edwin Avenue Apt 1H
Fort Lee, NJ 07024

**Infinite Increase Limited**
Address Unknown

**Infinitum Developments Limited**
Address Unknown

**Insight Phoenix Fund**
Address Unknown

**Janover LLC**
Attn: President or General Mgr
100 Quentin Roosevelt Blvd Suite 516
Garden City, NY 11530

**Jiang Su Province Jian Gong**
    **Group LTD Beijing Branch**
c/o Kevin Kerveng Tung, P.C.
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354

**Jianshengxie and Jiefu Zheng**
c/o ML and Chen, P.C. Attn: Mingli Chen
136-79 Roosevelt Avenue Suite 303
Flushing, NY 11354

**John S Lau**
53 Cody Avenue
Glen Head, NY 11545

**Jonathan Young**
15/23 Middle Street
Cleveland QLD 4160 Queensland Australia

**Jumbo Century Limited**
Address Unknown

**June Shi**
c/o Thompson Hine LLP
Attn: Natalie Gabrenya
20 N. Clark Street Suite 800
Chicago, IL 60602

**Kercsmar Feltus & Collins PLLC**
Attn: President or General Mgr
7150 E Camelback Road Suite 285
Scottsdale, AZ 85251

**Kui Cheng**
Address Unknown

**Lalive SA**
Attn: President or General Mgr
Rue de la Mairie 35
1207 Geneva Switzerland

**Leading Shine Limited**
Address Unknown

**Lihong Wei Lafrenz aka Sara Wei**
c/o Coppersmith Brockelman PLC
Attn: Keith Beauchamp
2800 N Central Avenue Suite 1900
Phoenix, AZ 85004

**Lijie Guo**
Address Unknown

**Linda He Cheung**
c/o Thompson Hine
335 Madison Avenue 12th Floor
New York, NY 10017

**Luc A Despins, as Ch 11 Trustee**
**for Ho Wan Kwok**
c/o Paul Hastings LLP
200 Park Avenue
New York, NY 10166-0019

**MacDonald**
Address Unknown

**Max Krasner for**
Golden Spring New York LTD
162 E. 64th Street
New York, NY 10065-7478

**Nan Tong Si Jian Group, LTD**
C/O Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354-4232

**New Dynamic Development Limited**
Address Unknown

**Ning Ye**
c/o Law Office of Ning Ye, Esq.
Attn: Ning Ye, Esq.
135-11 38th Avenue Suite 1A
Flushing, NY 11354-4440

**Noble Fame Global Limited**
Address Unknown

**O'Melveny & Myers**
for Pacific Alliance Asia Opp Fund
Attn: P Friedman E Moss D Perez D Shamah
7 Times Square
New York, NY 10036-6524

**Pacific Alliance Asia Opportunity Fund**
33/F, Three Pacific Place
Queens Road East, Hong Kong

**Petrillo Klein & Boxer LLP**
Attn: President or General Mgr
655 Third Avenue 22nd Floor
New York, NY 10017

**Qiang Guo**
c/o Berkeley Rowe
Marble Arch Park House
116 Park St
Mayfair, London UK W1K 6SS

**Qu Guojiao**
Address Unknown

**Quiju Jia**
c/o Arthur R. Angel, Esq.
1305 N Poinsettia Place
Los Angeles, CA 90046

**Rong Zhang**
c/o Wolf Haldenstein Adler et al
Attn: Benjamin Y Kaufman
270 Madison Avenue
New York, NY 10016

**Rui Ma**
c/o Arkin Solbakken LLP
Attn: Robert C. Angelillo
900 Third Avenue 18th Floor
New York, NY 10022

**Ruizheng An**
c/o AFN Law
Attn: Angus Ni, Esq.
41 Madison Avenue 31st Floor
New York, NY 10010

**Rule of Law Foundation III, Inc.**
c/o Kaufman Borgeest & Ryan, LLP
Attn; Daniel A. Schilling, Esq.
120 Broadway 14th Floor
New York, NY 10271

**Rule of Law Society IV Inc.**
c/o Norris McLaughlin PA
Attn: Steven J. Reed
7 Times Square 21st Floor
New York, NY 10036

**Sail Victory Limited**
Address Unknown

**Saraca Media Group, Inc.**
c/o Baker Hostetler
Attn: L David Anderson
2850 North Harwood Street Ste 1100
Dallas, TX 75201

**Schulman Bhattacharya, LLC**
Attn: President or General Mgr
6116 Executive Blvd Suite 425
Rockville, MD 20852

**Selas Montbrial Avocats**
Attn: President or General Mgr
10, Rue Cimarosa
75116 Paris France

**Shane D Shook**
2821 Monterey Avenue
Soquel, CA 95073

**Shi Jia Zhuang Zhen Yuan Jian ZhuAn**
    **ZhuangGongChengLTDBejingFirstBranch**
c/o Kevin Kerveng Tung, P.C.
136-20 38th Street Suite 3d & 3F
Flushing, NY 11354

**Shuang Wang**
c/o Thomson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017

**Stokes Lawrence, P.S.**
Attn: President or General Mgr
1420 Fifth Avenue Suite 3000
Seattle, WA 98101

**Strategic Vision US, LLC**
c/o Graves Garrett LLC
Attn: Edward D Greim
1100 Main Street Suite 2700
Kansas City, MO 64105

**The Casper Firm**
Attn: President or General Mgr
400 E Pratt Street Suite 903
Baltimore, MD 21202

**The Francis Firm PLLC**
Attn: President or General Mgr
50 Riverside Blvd #3G
New York, NY 10069

**The Law Offices of Rafael A. Vargas**
Attn: President or General Mgr
100 N Lasalle Street
New York, NY 10022

**Thomas Ragland**
c/o Jenner & Block LLP
Attn: Kali N Bracey, Esq.
1099 New York Ave NW Suite 900
Washington, DC 20001

**Troutman Pepper Hamilton Sander LLP**
Attn: President or General Mgr
3000 Two Logan Square 18th&Arch Sts
Philadelphia, PA 19103

**U.S. Legal Support, Inc.**
Attn: President or General Mgr
200 West Jackson Suite 600
Chicago, IL 60606

**U.S. Securities and Exchange Commission**
Attn: Bankruptcy Group
100 Pearl Street Suite 20-100
New York, NY 10004

**UBS AG**
Attn: President or General Mgr
600 Washington Blvd 9th Floor
Stamford, CT 06901

**Una Manyee Wilkinson**
68-18 June Street
Forest Hills, NY 11375

**Veritext**
Attn: President or General Mgr
290 West Mt. Pleasant Ave
Livingston, NJ 07039

**Voice Guo Media, Inc.**
c/o Coppersmith Brockelman PLC
Attn: Keith Beauchamp
2800 N Central Avenue Suite 1900
Phoenix, AZ 85004

**Voice of Guo Media, Inc.**
c/o Coppersmith Brockelman PLC
Attn: Keith Beauchamp
2800 N Central Avenue Suite 1900
Phoenix, AZ 85004

**VX Cerda & Associates**
Attn: President or General Mgr
601 Brickell Key Drive Suite 700
Miami, FL 33131

**Weican Watson Meng**
c/o Arkin Solbakken, LLP
900 Third Avenue 18th Floor
New York, NY 10022

**Well Origin Limited**
Address Unknown

**Weng**
Address Unknown

**Xiaodan Wang**
co Wolf Haldenstein Adler et al LLP
Attn: Benjamin Y Kaufman
270 Madison Avenue
New York, NY 10016

**Xiaoping Luo** C/O HGT Law Attn: Hung Ta
250 Park Avenue 7th Floor
New York, NY 10177-0799

**Xiqui ("Bob") Fu**
c/o The Lanier Law Firm
Attn: Kenneth W. Starr
10940 W Sam Houston Pkwy N Ste 100
Houston, TX 77064

**Yan Huang**
c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354

**Yeliang Xia**
c/o Dennis Stewart & Krischer PLLC
Attn Harry Adrian Dennis, Esq.
2007 15th Street N Suite 201
Arlington, VA 22201

**Yunxia Wu**
c/o Giordano, Halleran & Ciesla PC
1250 Broadway 36th FL
New York, NY 10010

**Zeichner Ellman & Krause LLP**
Attn: President or General Mgr
1420 New York Avenue NW Suite 210
Washington, DC 20005

**Zhang Wei**
Address Unknown

**Zong Xian Weiye**
c/o Kevin Tung, Esq.
38th Avenue Suite 3D
Flushing, NY 11354

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment.

Date:   November 28, 2022                    /s/Douglas S. Skalka

**Douglas S. Skalka ct00616**
Attorney for Debtor Genever Holdings Corporation
**Neubert, Pepe & Monteith, P.C.**
**195 Church Street, 13th Floor**
**New Haven, CT 06510**
**203-821-2000 Fax:203-821-2008**
**dskalka@npmlaw.com**

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

IN RE: **Genever Holdings Corporation**

CASE NO 22-50542

CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___11/23/2022___        Signature _____

Claire Abrehart, Director

AAGV Limited

Ace Decade Holdings Limited
c/o Harkus Parker, Melbourne House
44-46 Aldwych 7th Floor
London, UK WC2B 4LL

Alfa Global Ventures Limited

Alfonso Global Limited

Allied Capital Global Limited

Anton Development Limited

Baiqiao Tang a/k/a Tang
Baiqiao
501 Forest Avenue 501
Palo Alto, CA 94301

Baker & Hostetler LLP
Attn: Andrew Layden
200 S. Orange Avenue Ste 2300
Orlando, FL 32801

Baker Hostetler LLP
Attn: President or General Mgr
45 Rockefeller Plaza
New York, NY 10111


Beijing Bi Hai Ge Lin Yuan Lin
Lu Hua, Ltd.
c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue Suite 3d & 3F
Flushing, NY 11354


Beijing Cheng Jian Wu Jian
She Group, LTD.
c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue Suite 3d & 3F
Flushing, NY 11354


Beijing Fu Le Hong Ma Jian
Zhu Zhuang Shi Gong Cheng,
LTD.
c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354


Beijing Zenith Holdings Co


Beijing Zhong Xian Wei Ye
Stainless Decoration Center
c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354


Bejing Pangu Investment Co.


Bi Hai Ge Lin
C/O Kevin Tung, Esq.
136-30 38th Avenue Ste 3d
Flushing, NY 11354

Boxun Inc
c/o Callari Partne
Carollynn HG Callari, Esq
100 Somerset Corporate Blvd Suite 206
Bridgewater, NJ 08807-2842

Boxun, Inc.
c/o Arkin Solbakken, LLP
Attn: President or General Mgr
900 Third Avenue 18th Floor
New York, NY 10022

Bravo Luck Limited
Attn: President or General Mgr
PO Box 957
Off Shore Incorporation Centre Road
Town, Tortola BVI

Bravo Luck Limited
c/o Troutman Pepper
3000 Two Logan Square, 18th and Arch
Sts
Philadelphia, PA 19103

Brown Rudnick LLP
Attn: Tristan G. Axelrod, William R.
Baldiga
One Financial Center
Boston, MA 02111-2600

BSA Strategic Fund I

Burnette Shutt McDaniel
912 Lady Street 2nd Floor
Columbia, SC 29202

Chao-Chic Chiu
c/o Giordano, Halleran & Ciesla PC
1250 Broadway 36th Floor
New York, NY 10010

Chao-Chih Chiu
c/o TroyGould PC
Attn: Christopher A. Lilly
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2302

Cheng (NY)
c/o Randazza Law Firm
2764 Sahara Drive Suite 109
Las Vegas, NV 89117

Cheng Jian Wu Jian She
c/o Kevin Tung, P.C.
Attn: K Tung, Esq.
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354-4232

Cheng Jian Wu Jian She
c/o Law Office of Ning Ye, Esq.
136-11 8th Ave #1A
Flushing, NY 11354

Chenglong Wang
C/O HGT Law
Attn: Hung Ta
250 Park Avenue Fl 7
New York, NY 10177-0799

China Golden Spring Group
(Hong Kong) Limited

Chong Shen Raphanella
c/o Wolf Haldenstein Adler Freeman &
Herz LLP
Attn: Benjamin Y Kaufman, Esq.
270 Madison Avenue
New York, NY 10016

Chunguang Han

Clark Hill PLC
c/o Jenner & Block LLP
Attn: Kali N. Bracey, Esq.
1099 New York Avenue NW Suite 900
Washington, DC 20001

Clayman Rosenberg Kirshner
& Linder LLP
Attn: President or General Mgr
305 Madison Avenue Suite 650
New York, NY 10165

Creative Apex Investments
Limited

Cyrstal Breeze Investments
Limited

Danyu Lin
128 Woodcock Trail
West Columbia, SC 29169

DawnState Limited
c/o Harcus Parker Melbourne House
44-46 Aldwych 7th Floor
London, UK WC2B 4LL

Dongna Fang
c/o Law Offices of Phillips and King PLLC
Attn: Bryce W. King
5041 Airport Fwy
Haltom City, TX 76117

Elite Well Global Limited

Fan Bingbing
c/o Lavely & Singer
Attn: Cameron A. Stracher, Esq.
4 New York Plaza 2nd Floor
New York, NY 10004

Foley & Lardner LLP
for Pacific Alliance Asia Opp Fund
Attn: D Spelfogel R Bernard A Nann
90 Park Avenue
New York, NY 10016-1301

Forbes Hare
Qwomar Bldg
PO Box 4649
Road Town, Tortola BVI VG1110

Fu Le Hong Ma
c/o Kevin Tung, Esq.
136-30 38th Avenue Suite 3d
Flushing, NY 11354

G Club
Attn: President or General Mgr
53 Calle Palmeras Suite 1401
San Juan, PR 00901

G Club Operations LLC
Attn: President or General Mgr
53 Calle Palmeras Suite 1401
San Juan, PR 00901

Ganfer Shore Leeds &
Zauderer
Attn: President or General Mgr
360 Lexington Avenue
New York, NY 10017

Gaosheng Guo
c/o Law Office of Ning Ye, Esq.
Attn: Ning Ye, Esq.
135-11 38th Avenue Suite 1A
Flushing, NY 11354-4440

Geng Jing

Giordano, Halleran & Ciesla, P.C.
Attn: Christopher Marino
1250 Broadway 36th Floor
New York, NY 10010

Globalist International Limited

Golden Spring New York Ltd
c/o Berkeley Rowe
Marble Arch Park House 116 Park St
Mayfair, London UK W1K 6SS

Goldfarb & Huck Roth Riojas, PLLC
Attn: President or General Mgr
925 Fourth Avenue Suite 3950
Seattle, WA 98104

GTV Media Group, Inc.
c/o Lawall & Mitchell, LLC
Attn: President or General Mgr
55 Madison Avenue 4th Floor
Morristown, NJ 07960

Guo Boaosheng
c/o Law Office of Ning Ye, Esq.
135-11 38th Avenue Suite 1A
Flushing, NY 11354

Haihong Wang
c/o Carmody Torrance Sandak & Hennessey LLP
Attn: David T Grudberg, Esq.
195 Church Street 18th Floor
New Haven, CT 06510

Harkus Parker Ltd.
Attn: President or General Mgr
Melbourne House
44-46 Aldwych 7th Floor
London WC2B 4LL United Kingdom

Harneys Corporate Services
Limited
Attn: Fiduciary Services
Craigmuir Chambers
Road Town, Tortola VG1110, British Virgin
Islands

He Bei Yue Hua Zhuang Shi
Gong Cheng LTD.
c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354

Hero Grand Limited

Ho Wan Kwok
373 Taconic Road
Greenwich, CT 06831-2828

Hong Kong International
Funds Investments Limted

Hong Qi Qu
c/o Kevin Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354-4232

Hong Qi Qu Jian She Group
LTD
c/o Kevin Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354-4232

Hong Zeng
3020 Edwin Avenue Apt 1H
Fort Lee, NJ 07024


Huizhen Wang
c/o TroyGould PC
Attn: Christopher A. Lilly
1801 Century Park East 16th Floor
Los Angeles, CA 90067-2367

Infinite Increase Limited




Infinitum Developments
Limited




Insight Phoenix Fund




Janover LLC
Attn: President or General Mgr
100 Quentin Roosevelt Blvd Suite 516
Garden City, NY 11530


Jia Li Wang
c/o Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4666

Jiamei Lu
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4666

Jian Gong
C/O Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue Suite 3D
Flushing, NY 11354-4232

Jiang Su Province Jian Gong
Group LTD Beijing Branch
c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354

Jianhu Yi
C/O Arthur Angel, Esq.
1305 N. Poinsettia Place
Los Angeles, CA 90046-4305

Jianshengxie and Jiefu Zheng
c/o ML and Chen, P.C.
Attn: Mingli Chen
136-79 Roosevelt Avenue Suite 303
Flushing, NY 11354

John S Lau
53 Cody Avenue
Glen Head, NY 11545

Jonathan Young
141 Allenby Road
Wellington Point, QLD 4160 AUSTRALIA

Jonathan Young
15/23 Middle Street
Cleveland QLD 4160 Queensland Australia

Jumbo Century Limited

Jun Chen aka Jonathan Ho
C/O Wayne Wei Zhu, Esq.
Attn: Wayne Wei Zhu
4125 Kissena Blvd Suite 112
Flushing, NY 11355-3150

Jun Liu
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4666

June Shi
c/o Thompson Hine LLP
Attn: Natalie Gabrenya
20 N. Clark Street Suite 800
Chicago, IL 60602

Kaixin Hong
C/O HGT Law
Attn: Hung Ta
250 Park Avenue 7th Floor
New York, NY 10177-0799

Kercsmar Feltus & Collins
PLLC
Attn: President or General Mgr
7150 E Camelback Road Suite 285
Scottsdale, AZ 85251

Keyi Zilkie
c/o TroyGould PC
Attn: Christopher A. Lilly
1801 Century Park East 16th Floor
Los Angeles, CA 90067-2302

Kui Cheng

Lalive SA
Attn: President or General Mgr
Rue de la Mairie 35
1207 Geneva Switzerland

Lamp Capital, LLC
Attn: Bernardo Enriquez
667 Madison Avenue
New York, NY 10065-8029


Lawall & Mitchell, LLC
Attn: Aaron A Mitchell
55 Madison Avenue Ste 400
Morristown, NJ 07960-7397


Leading Shine Limited



Liehong Zhuang
C/O Trexler & Zhang, LLP
Attn: Jonathan T. Trexler, Esq.
224 West 35th Street 12th Floor
New York, NY 10001-2532


Lihong Wei Lafrenz aka Sara Wei
c/o Coppersmith Brockelman PLC
Attn: Keith Beauchamp
2800 N Central Avenue Suite 1900
Phoenix, AZ 85004


Lijie Guo



Linda Cheng
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4666


Linda He Cheung
c/o Thompson Hine
335 Madison Avenue 12th Floor
New York, NY 10017

Logan Cheng fka Shuiyan
Chen
c/o Randazza Legal Group, PLLC
Attn: Jay M. Wolman
100 Pearl Street 14th Fl
Hartford, CT 06103-4500

Luc A Despins, as Ch 11
Trustee for Ho Wan Kwok
c/o Paul Hastings LLP
200 Park Avenue
New York, NY 10166-0019

MacDonald

Mao-Fu Weng
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4666

Max Krasner for
Golden Spring New York LTD
162 E. 64th Street
New York, NY 10065-7478

Nan Tong Si Jian
C/O Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354-4232

Nan Tong Si Jian Group, LTD
C/O Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354-4232

New Dynamic Development
Limited

Ning Ye
c/o Law Office of Ning Ye, Esq.
Attn: Ning Ye, Esq.
135-11 38th Avenue Suite 1A
Flushing, NY 11354-4440

Noble Fame Global Limited

O'Melveny & Myers
for Pacific Alliance Asia Opp Fund
Attn: P Friedman E Moss D Perez D
Shamah
7 Times Square
New York, NY 10036-6524

Pacific Alliance Asia
Opportunity Fund
Attn: President or General Mgr
33/F, Three Pacific Place
Queens Road East, Hong Kong

Petrillo Klein & Boxer LLP
Attn: President or General Mgr
655 Third Avenue 22nd Floor
New York, NY 10017

Pullman & Comley, LLC
Attn: Irve J. Goldman, Esq.
850 Main Street
Bridgeport, CT 06604-4988

Qiang Guo
c/o Berkeley Rowe
Marble Arch Park House 116 Park St
Mayfair, London UK W1K 6SS

Qiang Guo
c/o Bravo Luck Limited
P.O. Box 957 OffShore Inc Centre
Road Town Tortola BVI

Qiuju Jia
c/o Arthur Angel, Esq.
1305 N. Poinsettia Place
Los Angeles, CA 90046-4305


Qu Guojiao




Quiju Jia
c/o Arthur R. Angel, Esq.
1305 N Poinsettia Place
Los Angeles, CA 90046


Rong Zhang
c/ Wolf Haldenstein Adler Freeman & Herz
LLP
Attn: Benjamin Y Kaufman
270 Madison Avenue
New York, NY 10016

Rui Ma
Attn: Carollynn HG Callari, Esq
Callari Partne
100 Somerset Corporate Blvd Suite 206
08807-2842

Rui Ma
c/o Arkin Solbakken LLP
Attn: Robert C. Angelillo
900 Third Avenue 18th Floor
New York, NY 10022

Ruizheng An
c/o AFN Law
Attn: Angus Ni, Esq.
41 Madison Avenue 31st Floor
New York, NY 10010

Rule of Law Foundation III,
Inc.
c/o Kaufman Borgeest & Ryan, LLP
Attn: Daniel A. Schilling, Esq.
120 Broadway 14th Floor
New York, NY 10271

Rule of Law Society I V Inc.
c/o Norris McLaughlin PA
Attn: Steven J. Reed
7 Times Square 21st Floor
New York, NY 10036

RuQin Wang
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
10017-4666

Sail Victory Limited

Samuel Dan Nunberg
600 South Dixie Highway Suite 455
West Palm Beach, FL 33401-5851

Samuel Nunberg
C/O Nesenoff & Miltenberg, LLP
Attn: Andrew T. Miltenberg, Esq.
363 Seventh Ave 5th Floor
10001-3915

Saraca Media Group, Inc.
c/o Baker Hostetler
Attn: L David Anderson
2850 North Harwood Street Suite 1100
Dallas, TX 75201

Schulman Bhattacharya, LLC
Attn: President or General Mgr
6116 Executive Blvd Suite 425
Rockville, MD 20852

Selas Montbrial Avocats
Attn: President or General Mgr
10, Rue Cimarosa
75116 Paris France

Shane D Shook
2821 Monterey Avenue
Soquel, CA 95073


SHI
C/O Thompson Hine
Attn: Steven A. Block, Esq.
20 N. Clark St. Ste 3200
60602-5093

Shi Jia Zhuang Zhen Yuan
Jian Zhu An Zhuang Gong
Cheng LTD Bejing First Branch
c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq
136-20 38th Street Suite 3d & 3F
Flushing, NY 11354

Shuang Wang
c/o Thomson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017

Stokes Lawrence, P.S.
Attn: President or General Mgr
1420 Fifth Avenue Suite 3000
Seattle, WA 98101


Strategic Vision US, LLC
c/o Graves Garrett LLC
Attn: Edward D Greim
1100 Main Street Suite 2700
Kansas City, MO 64105

STROOCK & STROOCK &
LAVAN LLP
Attn: Sherry Millman
Curtis C. Mechling
180 Maiden Lane
New York, NY 10038-4925

Teli Chen
c/o Thompson Hine
Attn: Brian P Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017

The Casper Firm
Attn: President or General Mgr
400 E Pratt Street Suite 903
Baltimore, MD 21202


The Francis Firm PLLC
Attn: President or General Mgr
50 Riverside Blvd #3G
New York, NY 10069


The Law Offices of Rafael A.
Vargas
Attn: President or General Mgr
100 N Lasalle Street
New York, NY 10022


The Sherry Netherland
Attn: President or General Mgr
781 5th Ave
New York, NY 10022-1046


Thomas Ragland
c/o Jenner & Block LLP
Attn: Kali N Bracey, Esq.
1099 New York Ave NW Suite 900
Washington, DC 20001


Troutman Pepper Hamilton
Sanders LLP
Attn: President or General Mgr
3000 Two Logan Square 18th & Arch
Streets
Philadelphia, PA 19103


U.S. Legal Support, Inc.
Attn: President or General Mgr
200 West Jackson Suite 600
Chicago, IL 60606


U.S. Securities and Exchange
Commission
Attn: Bankruptcy Unit
100 F Street, N.E.
Washington, DC 20549

U.S. Securities and Exchange
Commission
Attn: Bankruptcy Group
100 Pearl Street Suite 20-100
New York, NY 10004


UBS AG
Attn: President or General Mgr
600 Washington Blvd 9th Floor
Stamford, CT 06901


Una Manyee Wilkinson
68-18 June Street
Forest Hills, NY 11375



United States Trustee
Attn: Richard C Morrissey
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street Room 1006
New York, NY 10014-7016


Verdolino & Lowey, P.C.
Attn: President or General Mgr
124 Washington Street
Foxboro, MA 02035-1368


Veritext
Attn: President or General Mgr
290 West Mt. Pleasant Ave
Livingston, NJ 07039


Voice Guo Media, Inc.
c/o Coppersmith Brockelman PLC
Attn: Keith Beauchamp
2800 N Central Avenue Suite 1900
Phoenix, AZ 85004


Voice of Guo Media, Inc.
c/o Coppersmith Brockelman PLC
Attn: Keith Beauchamp
2800 N Central Avenue Suite 1900
Phoenix, AZ 85004

VX Cerda & Associates
Attn: President or General Mgr
601 Brickell Key Drive Suite 700
Miami, FL 33131


WA&HF, LLC/Ruizeng An
C/O AFN Law
Attn: Angus Ni, Esq.
41 Madison Avenue 31st Floor
New York, NY 10010-2345

WANG
C/O Carmody Torrance Sandak &
Hennessey
Attn: David Grudberg
195 Church Street, PO Box 1950
New Haven, CT 06509-1950

Weican Watson Meng
c/o Callari Partne
Attn: Carollynn HG Callari, Esq
100 Somerset Corporate Blvd Suite 206
Bridgewater, NJ 08807-2842

Weican Watson Meng
c/o Arkin Solbakken, LLP
900 Third Avenue 18th Floor
New York, NY 10022


Weiguo Sun
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4666

Weixiand Ge
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4666

Well Origin Limited

Wen Lin
C/O HGT Law
Attn: Hung Ta
250 Park Avenue 7th Floor
New York, NY 10177-0799

Weng

Wu Zheng
c/o Arkin Solbakken, LLP
Attn: Robert C. Angelillo
900 Third Avenue 18th Floor
New York, NY 10022-5000

Xiao Yan Zhu
C/O Trexler Zhang, LLP Attn: J Trexler
224 West 35th Street 12th Floor
New York, NY 10001-2532

Xiaobo He
C/O HGT Law
Attn: Hung Ta
250 Park Avenue 7th Floor
New York, NY 10177-0799

Xiaobo Luo
c/o HGT Law
250 Park Avenue 7th Floor
New York, NY 10177

Xiaodan Wang
c/o Wolf Haldenstein Adler Freeman &
Herz LLP
Attn: Benjamin Y Kaufman
270 Madison Avenue
New York, NY 10016

Xiaoping Luo
C/O HGT Law
Attn: Hung Ta
250 Park Avenue 7th Floor
New York, NY 10177-0799

Xingyu Yan
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4666

Xiong Xian Wei Ye
C/O Kevin Tung, Esq.
Attn: Kevin Tung, Esq
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354-4232

Xiqiu Bob Fu
c/o Pullman & Comley, LLC
Attn: Irve J. Goldman
850 Main St., P O Box 7006
Bridgeport, CT 06601-7006

Xiqiu Fu
c/o The Lanier Law Firm
Attn: Lawrence P. Wilson
10940 W. Sam Houston Pkwy N. Suite
100
Houston, TX 77064-5768

Xiqui ("Bob") Fu
c/o The Lanier Law Firm
Attn: Kenneth W. Starr
10940 W Sam Houston Pkwy N Suite 100
Houston, TX 77064

Yan Gao
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4666

Yan Huang
c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354

Yan Zhao
C/O Law Office of Ning Ye, Esq.
Attn: Ning Ye, Esq.
135-11 38th Avenue, Suite 1A
Flushing, NY 11354-4440

Yang Lan
c/o Arkin Solbakken, LLP
Attn: Robert C. Angelillo
900 Third Avenue 18th Floor
New York, NY 10022-5000

Yang Lan
c/o Callari Partne
Carollynn HG Callari, Esq
100 Somerset Corporate Blvd Suite 206
Bridgewater, NJ 08807-2842

Yeliang Xia
c/o Dennis Stewart & Krischer PLLC
Attn Harry Adrian Dennis, Esq.
2007 15th Street N Suite 201
Arlington, VA 22201

Yi Li
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4666

Ying Liu
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue 12th Floor
New York, NY 10017-4666

Yongbing Zhang
223 West Jackson Blvd. #1012
Chicago, IL 60606-6916

Yua Hua Zhuang Shi
C/O Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354-4232

Yue Hua Zhu Shi
c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue Suite 3D
Flushing, NY 11354-4232

Yunxia Wu
c/o TroyGould PC
Attn: Christopher A. Lilly
1801 Century Park East 16th Floor
Los Angeles, CA 90067-2302

Yunxia Wu
c/o Giordano, Halleran & Ciesla PC
1250 Broadway 36th FL
New York, NY 10010

Zeichner Ellman & Krause LLP
Attn: President or General Mgr
1420 New York Avenue NW Suite 210
Washington, DC 20005

Zeisler & Zeisler PC
Attn: Aaron Romney, James M. Moriarty
John L. Cesaroni, Eric Henzy, Stephen M.
Kindseth
10 Middle Street 15th Floor
Bridgeport, CT 06604-4299

Zhang Wei

Zhen Yuan Jian Zhu
C/O Kevin Tung, Esq.
136-30 38th Avenue Suite 3d
Flushing, NY 11354

Zheng (Bruno) Wu
c/o Callari Partne
Carollynn HG Callari, Esq
100 Somerset Corporate Blvd. Suite 206
Bridgewater, NJ 08807-2842

Zhengjun Dong
C/O HGT Law
Attn: Hung Ta
250 Park Avenue 7th Floor
New York, NY 10177-0799

Zong Xian Weiye
c/o Kevin Tung, Esq.
38th Avenue Suite 3D
Flushing, NY 11354