**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
: 
In re: : Chapter 11
:
HO WAN KWOK, : Case No. 22-50073 (JAM)
:
Debtor. :
:
-------------------------------------------------------x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned hereby supplements and amends the Certificate of Service filed November 22, 2022 [ECF No. 1150] (the "Prior COS") [1] and certifies as follows:  Initial service of the *Second Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery with Respect to Additional Legal and Financial Advisors to the Debtor, Entities and Individuals Affiliated with Debtor, and Relevant Banks and Entities Doing Business with the Debtor and Affiliated Entities* (including all exhibits, attachments, and associated orders filed therewith, collectively, the "Served Documents") [ECF No. 1116] was electronically filed and served on all Notice Parties, including the Examinees, on November 18, 2022, as set forth in the Prior COS, *provided however*, that certain Examinees (as set forth in the attached **Exhibit A**) (collectively, the "Corrected Examinees") were initially served with incorrect copies of certain exhibits to the motion.[2]  The Corrected Examinees were re-served with the Served Documents including corrected exhibits on the dates set forth in Exhibit A.  Service was rendered by the same means as set forth in the Prior COS.  Undersigned counsel has further responded to any inquiries by

---

[1] All capitalized terms not otherwise defined in this document use the definitions as set forth in the Prior COS.
[2] The Served Documents (including exhibits) were correctly filed on the docket and were correctly served on November 18, 2022, on all Notice Parties that are not the

Corrected Examinees by telephone and e-mail to address any questions about this matter.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

| | | |
|---|---|---|
| Dated: | November 28, 2022<br>New Haven, Connecticut | LUC DESPINS, as appointed Chapter 11 Trustee<br>for HO WON KWOK |

                                                    By: */s/ Patrick R. Linsey*
                                                        Patrick R. Linsey (ct29437)
                                                        NEUBERT, PEPE & MONTEITH, P.C.
                                                        195 Church Street, 13th Floor
                                                        New Haven, Connecticut 06510
                                                        (203) 781-2847
                                                        plinsey@npmlaw.com

**Exhibit A**

| Discovery Party | Address | Date of Service of Motion with Corrected Exhibits |
|---|---|---|
| GNEWS MEDIA GROUP INC. | Gnews Media Group Inc.<br>c/o Corporate Creations Network<br>3411 Silverside Road<br>Tatnall Building #104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent | November 23, 2022 |
| G FASHION LLC | G Fashion LLC<br>CT Corporation System<br>361 San Francisco Street, 4th Floor<br>San Juan, PR 00901<br>ATTN: Officer, Managing or General Agent<br><br>G Fashion LLC<br>PO Box 9022946<br>San Juan, PR 00902<br>ATTN: Officer, Managing or General Agent | November 28, 2022 |
| GMUSIC | Gmusic LLC<br>c/o CT Corporation System<br>361 San Francisco Street, 4th Floor<br>San Juan, PR 00901<br>ATTN: Officer, Managing or General Agent<br><br>Gmusic LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | November 28, 2022 |
| GNEWS LLC | Gnews LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road,<br>Tatnall Building Ste 104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent | November 28, 2022 |

| | | |
|---|---|---|
| GEDUCATION | Geducation<br>c/o Chestnut Business Services, LLC<br>911 Chestnut Street<br>Clearwater, FL 33756<br>ATTN: Officer, Managing or General Agent<br><br>Geducation<br>10809 Indian Hills Court<br>Largo, FL 33777 | November 28, 2022 |
| GFNY, INC. | GFNY, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801<br>ATTN: Officer, Managing or General Agent | November 23, 2022 |
| G-CLUB INVESTMENTS LIMITED | ATTN: Officer, Managing or General Agent<br>G-Club Investments Limited<br>2/F 1053 Great West Road<br>Brentwood<br>TW8 9BW<br>England | November 28, 2022 |
| G CLUB OPERATIONS LLC | G Club Operations LLC<br>c/o CT Corporation<br>361 San Francisco Street<br>4th. Floor<br>San Juan, PR 00901<br>ATTN: Officer, Managing or General Agent<br><br>G Club Operations LLC<br>53 Calle Palmeras<br>Suite 1401<br>San Juan PR 00901<br>ATTN: Officer, Managing or General Agent | November 28, 2022 |
| G CLUB US OPERATIONS INC. | G Club US Operations Inc.<br>**c/o** Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE<br>ATTN: Officer, Managing or General Agent | November 28, 2022 |

|  | G Club US Operations Inc.<br>590 Madison Avenue<br>New York, NY 10022<br>ATTN: Officer, Managing or General Agent |  |
| --- | --- | --- |
| G CLUB US OPERATIONS LLC | G Club US Operations LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>ATTN: Officer, Managing or General Agent | November 28, 2022 |
| G LIVE, LLC | G Live, LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building Ste 104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent | November 28, 2022 |
| GBROADCAST, LLC | Gbroadcast, LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building #104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent | November 23, 2022 |
| GPOSTS LLC | Gposts LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building #104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent | November 28, 2022 |
| HCHK PROPERTY MANAGEMENT, INC. | HCHK Property Management, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801<br>ATTN: Officer, Managing or General Agent | November 23, 2022 |

| | | |
|---|---|---|
| HCHK TECHNOLOGIES, INC. | HCHK Technologies, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>ATTN: Officer, Managing or General Agent<br><br>HCHK Technologies, Inc.<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207<br>ATTN: Officer, Managing or General Agent | November 23, 2022 |
| FREEDOM MEDIA VENTURE LTD./FMV Ltd | Obtaining new address for service today | November 28, 2022 |
| APSLEY YACHTS LTD. ("APSLEY") | Apsley Yachts Ltd.<br>Cayman Business Park, A7,<br>PO Box 10300 APO, George Town, Grand Cayman, Cayman Islands KY1-1003<br>ATTN: Officer, Managing or General Agent | November 28, 2022 |
| DWF LLP (AND/OR DWF GROUP) | DWF LLP<br>c/o Kirsty Rogers, Office Managing Partner<br>1 Scott Place<br>2 Hardman Street<br>Manchester, United Kingdom M3 3AA<br>ATTN: Officer, Managing or General Agent | November 28, 2022 |
| | DWF Group<br>c/o DWF Claims (USA) LLC<br>740 Waukegan Road, Suite 340<br>Deerfield, IL 60015, USA<br>ATTN: Officer, Managing or General Agent | November 23, 2022 |

| | | |
|---|---|---|
| JACK S. LIPSON, ESQ. | Jack s. Lipson, Esq.<br>830 Post Road East<br>Westport, CT 06880<br>ATTN: Officer, Managing or General Agent | November 23, 2022 |
| THE CASPER FIRM, LLC | c/o Cole Schotz P.C.<br>Gary H. Leibowitz<br>300 East Lombard Street<br>Suite 1800<br>Baltimore, MD 21202 | November 28, 2022 |
| PETRILLO KLEIN & BOXER, LLP | Petrillo Klein & Boxer, LLP<br>655 Third Avenue, 22nd Floor<br>New York, NY 10017<br>ATTN: Officer, Managing or General Agent | November 23, 2022 |
| ROSCALITAR 2 | ATTN: Officer, Managing or General Agent<br>Roscalitar 2<br>c/o Maples Corporate Services Limited<br>PO Box 309<br>Ugland House<br>South Church Street<br>George Town<br>Grand Cayman KY1-1104<br>Cayman Islands | November 28, 2022 |
| BLUE CAPITAL LIMITED | ATTN: Officer, Managing or General Agent<br>Blue Capital Limited<br>c/o Walkers Corporate Limited<br>Cayman Corporate Centre<br>27 Hospital Road<br>George Town<br>Grand Cayman KY1-9008<br>Cayman Islands | November 28, 2022 |
| COHN BIRNBAUM & SHEA P.C. | Cohn Birnbaum & Shea P.C.<br>Attn: Richard J. Shea Jr.<br>100 Pearl Street, 12th Fl.,<br>Hartford, CT 06103<br><br>Cohn Birnbaum & Shea P.C.<br>185 Asylum Street,<br>City Place II, 15th Floor<br>Hartford, CT 06103<br>ATTN: Officer, Managing or General Agent | November 23, 2022 |

| | | |
|---|---|---|
| ANTHONY "TONY" DIBATTISTA | Anthony DiBattista<br>Lexington Property and Staffing, Inc.<br>750 Lexington Avenue, 8th Floor<br>New York, NY 10022 | November 28, 2022 |
| HAN CHUNGUANG | Han Chunguang<br>162 E. 64th Street<br>New York, NY 10065 | November 28, 2022 |
| HIMALAYA NEW WORLD INC. | Himalaya New World Inc.<br>12587 Fair Lakes Cir, Ste 135<br>Fairfax, VA, 22033<br>ATTN: Officer, Managing or General Agent<br><br>Himalaya New World Inc.<br>c/o Bingshang Jiao<br>2901 Brians Hill Ln.<br>Oakton, VA, 22124, USA | November 28, 2022<br><br>November 23, 2022 |
| US HIMALAYA CAPITAL INC. | US Himalaya Capital Inc.<br>P.O. Box 391271<br>Mountain View, CA 94041.<br>ATTN: Officer, Managing or General Agent | November 28, 2022 |
| HUDSON DIAMOND HOLDING, INC. | Hudson Diamond Holding, INC.<br>c/o Ocorian Corporate Services (BVI) Limited<br>Jayla Place<br>Wickhams Cay 1<br>Road Town, Tortola<br>VG1110 British Virgin Islands<br>Attn: Kelly, Raven | November 28, 2022 |
| HUDSON DIAMOND HOLDING LLC | Hudson Diamond Holding LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building #104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent | November 23, 2022 |

| | | |
|---|---|---|
| HUDSON DIAMOND NY LCC | Hudson Diamond NY LCC<br>c/o Corporate Creations Network Inc.<br>15 North Mill Street<br>Nyack, NY 10960<br>ATTN: Officer, Managing or General Agent | November 23, 2022 |
| INFINITY TREASURY MANAGEMENT INC. | Infinity Treasury Management Inc.<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building, Ste 104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent | November 23, 2022 |
| TALHA ZOBAIR | Talha Zobair<br>750 Lexington Avenue<br>New York, NY 10022 | November 28, 2022 |
| KARIN MAISTRELLO | Karin Maistrello<br>162 E 64th Street<br>New York, NY 10065<br><br>Karin Maistrello<br>445 Park Avenue<br>New York, NY 10022 | November 28, 2022 |
| KYLE BASS | Hayman Capital Management, L.P.<br>Parkland Hall at Old Parkland<br>Attn: Kyle Bass<br>3889 Maple Avenue<br>6th Floor<br>Dallas, Texas 75219 | November 23, 2022 |
| LEXINGTON PROPERTY AND STAFFING, INC. | Lexington Property and Staffing, Inc.<br>750 Lexington Avenue, 8th Floor<br>New York, NY 10022<br>ATTN: Officer, Managing or General Agent | November 23, 2022 |

| | | |
|---|---|---|
| NADEEM AKBAR | Nadeem Akbar<br>Lamp Capital LLC<br>667 Madison Avenue<br>New York NY 10065 | November 28, 2022 |
| BERNARDO ENRIQUEZ | Bernardo Enriquez<br>Lamp Capital LLC<br>667 Madison Avenue<br>New York NY 10065 | November 28, 2022 |
| AI GROUP HOLDINGS INC. | AI Group Holdings Inc.<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building Ste 104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent | November 23, 2022 |
| HAMILTON CAPITAL HOLDINGS INC. | Hamilton Capital Holdings Inc.<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building Ste 104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent | November 23, 2022 |
| KATHLEEN SLOANE | Kathleen Sloane<br>445 Park Avenue<br>New York, New York 10022 | November 23, 2022 |
| RAICH ENDE MOLTER CO. LLP | Raich Ende Molter Co. LLP<br>c/o Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530<br><br>Raich Ende Molter Co. LLP<br>1375 Broadway, 15th Floor<br>New York, NY 10018<br>ATTN: Officer, Managing or General Agent | November 23, 2022<br><br>November 28, 2022 |

| | | |
|---|---|---|
| BOOMING SAIL NEW YORK LLC | Booming Sail New York LLC<br>Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building, Ste 104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent | November 23, 2022 |
| JESSICA MASTROGIOVANNI | Bragar Wexler Eagel & Squire, P.C.<br>885 3rd Ave Ste 3040<br>New York, NY, 10022-4834<br>Attn: Jessica Mastrogiovanni | November 28, 2022 |
| IVEY, BARNUM & O'MARA, LLC | ATTN: Officer, Managing or General Agent<br>Ivey, Barnum & O'Mara, LLC<br>170 Mason Street<br>Greenwich, CT 06830<br>Attn: Tom S. Ward | November 23, 2022 |