# United States Bankruptcy Court
## District of Connecticut

In re:

HO WAN KWOK, et al.

Debtor*

Case Number: 22-50073

Chapter: 11

Jointly Administered

## ORDER GRANTING MOTION FOR EXPEDITED HEARING

Chapter 11 Trustee Luc A. Despins (the "Movant"), having filed a Motion to Expedite Hearing (the "Motion", ECF No. 1135), in connection with a Motion to Seal (the "Motion to Seal", ECF No. 1134), it appearing that the relief in the Motion should be granted; it is hereby

**ORDERED:** A hearing to consider the Motion to Seal will be held on November 30, 2022, at 11:00 AM, at the United States Bankruptcy Court, 915 Lafayette Blvd., Bridgeport, CT 06604; and it is further

**ORDERED:** Service of the Order Granting the Motion for Expedited Hearing and the Motion to Seal must be made on all parties entitled to notice under applicable statutes and/or rules **on or before** November 28, 2022 by 5:00 PM; and it is further

**ORDERED:** A certificate of service demonstrating that the provisions of the Order Granting Motion for Expedited Hearing have been complied with must be filed **on or before** November 29, 2022 by 5:00 PM.

Dated: November 28, 2022

BY THE COURT

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

* For the purposes of this order, "Debtor" means "Debtors" where applicable.