# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 11/28/2022 |
| Case: 22–50073 | Form ID: pdfdoc2 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust        U. S. Trustee             USTPRegion02.NH.ECF@USDOJ.GOV
aty        Aaron Romney              aromney@zeislaw.com
aty        Douglas S. Skalka         dskalka@npmlaw.com
aty        Holley L. Claiborn        holley.l.claiborn@usdoj.gov

                                                                                TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty        Steven E. Mackey       Office of the U.S. Trustee       The Giaimo Federal Building       150 Court Street, Room 302       New Haven, CT 06510

                                                                                TOTAL: 1