# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 11/28/2022 |
| Case: 22–50073 | Form ID: pdfdoc2 | Total: 4 |

**Recipients of Notice of Electronic Filing:**

| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
|---|---|---|
| aty | Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| aty | Patrick R. Linsey | plinsey@npmlaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| aty | Steven E. Mackey | Office of the U.S. Trustee | The Giaimo Federal Building | 150 Court Street, Room |
|---|---|---|---|---|
| | 302 | New Haven, CT 06510 | | |

TOTAL: 1