# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: admin | Date Created: 11/28/2022 |
| Case: 22−50073 | Form ID: 112 | Total: 91 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| 20 | Pacific Alliance Asia Opportunity Fund L.P. |
| cr | Zheng Wu |
| 20 | Rui Ma |
| 20 | Weican Meng |
| intp | Golden Spring (New York) LTD |
| crcm | Official Committee of Unsecured Creditors |
| intp | HK International Funds Investments (USA) Limited, LLC |
| intp | Mei Guo |
| cr | Baosheng Guo |
| cr | Yan Zhao |
| cr | Ning Ye |
| cr | Chong Shen Raphanella |
| cr | Xiaodan Wang |
| cr | Rong Zhang |
| aty | Michael S. Weinstein |
| aty | Cohn Birnbaum & Shea, P.C. |
| cr | Troy Law, PLLC |
| intp | Hing Chi Ngok |
| intp | BakerHostetler |
| intp | Greenwich Land, LLC |
| cr | The Sherry−Netherland, Inc. |

TOTAL: 21

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr11 | Luc A. Despins | lucdespins@paulhastings.com |
| aty | Aaron Romney | aromney@zeislaw.com |
| aty | Aaron A Mitchell | aaron@lmesq.com |
| aty | Andrew V. Layden | alayden@bakerlaw.com |
| aty | Annecca H. Smith | asmith@rc.com |
| aty | Avram Emmanuel Luft | aviluft@paulhastings.com |
| aty | Carollynn H.G. Callari | ccallari@callaripartners.com |
| aty | Danielle L. Merola | dmerola@bakerlaw.com |
| aty | David S. Forsh | dforsh@callaripartners.com |
| aty | David V. Harbach, II | dharbach@omm.com |
| aty | Douglas S. Skalka | dskalka@npmlaw.com |
| aty | Douglass E. Barron | douglassbarron@paulhastings.com |
| aty | Eric A. Henzy | ehenzy@zeislaw.com |
| aty | Evan S. Goldstein | egoldstein@uks.com |
| aty | G. Alexander Bongartz | alexbongartz@paulhastings.com |
| aty | Irve J. Goldman | igoldman@pullcom.com |
| aty | James C. Graham | jgraham@npmlaw.com |
| aty | James J. Healy | jhealy@cowderymurphy.com |
| aty | James M. Moriarty | jmoriarty@zeislaw.com |
| aty | Jay Marshall Wolman | jmw@randazza.com |
| aty | Jeffrey M. Sklarz | jsklarz@gs−lawfirm.com |
| aty | John Troy | johntroy@troypllc.com |
| aty | John L. Cesaroni | jcesaroni@zeislaw.com |
| aty | Jonathan Kaplan | jkaplan@pullcom.com |
| aty | Kellianne Baranowsky | kbaranowsky@gs−lawfirm.com |
| aty | Kristin B. Mayhew | kmayhew@pullcom.com |
| aty | Laura Aronsson | laronsson@omm.com |
| aty | Lawrence S. Grossman | LGrossman@gs−lawfirm.com |
| aty | Luc A. Despins | lucdespins@paulhastings.com |
| aty | Lucas Bennett Rocklin | lrocklin@npmlaw.com |
| aty | Mia N. Gonzalez | mgonzalez@omm.com |
| aty | Michael S. Weinstein | mweinstein@golenbock.com |
| aty | Nicholas A. Bassett | nicholasbassett@paulhastings.com |
| aty | Patrick M. Birney | pbirney@rc.com |
| aty | Patrick R. Linsey | plinsey@npmlaw.com |
| aty | Peter Friedman | pfriedman@omm.com |
| aty | Peter J. Zarella | pzarella@mdmc−law.com |
| aty | Samuel Bryant Davidoff | sdavidoff@wc.com |
| aty | Sara Pahlavan | spahlavan@omm.com |
| aty | Scott D. Rosen | srosen@cb−shea.com |
| aty | Stephen M. Kindseth | skindseth@zeislaw.com |
| aty | Stuart M. Sarnoff | ssarnoff@omm.com |
| aty | Taruna Garg | tgarg@murthalaw.com |
| aty | Thomas J. Sansone | tsansone@carmodylaw.com |

| | | | |
|---|---|---|---|
| aty | Tiffany Troy | tiffanytroy@troypllc.com | |
| aty | Tristan G. Axelrod | taxelrod@brownrudnick.com | |
| aty | William R. Baldiga | wbaldiga@brownrudnick.com | |

TOTAL: 47

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Ho Wan Kwok | 373 Taconic Road | Greenwich, CT 06831 | | |
| cr | Logan Cheng | c/o Randazza Legal Group, PLLC | 100 Pearl Street | 14th Floor | Hartford, CT 06103 |
| ca | Stretto | 410 Exchange, Suite 100 | Irvine, CA 92602 | | |
| dbaty | Brown Rudnick LLP | One Financial Center | Boston, MA 02111 | | |
| crcm | Pullman & Comley, LLC | 850 Main Street | Bridgeport, CT 06601 | | |
| 20 | Huizhen Wang | c/o TroyGould PC | 1801 Century Park East, 16th Floor | Attn: Christopher A. Lilly | Los Angeles, CA 90067−2367 |
| cr | Chao−Chih Chiu | c/o TroyGould PC | 1801 Century Park East, 16th Floor | Attn: Christopher A. Lilly | Los Angeles, CA 90067−2367 |
| cr | Yunxia Wu | c/o TroyGould PC | 1801 Century Park East, 16th Floor | Attn: Christopher A. Lilly | Los Angeles, CA 90067 |
| cr | Keyi Zilkie | c/o TroyGould PC | 1801 Century Park East, 16th Floor | Attn: Christopher A. Lilly | Los Angeles, CA 90067 |
| intp | Yongbing Zhang | 223 West Jackson Bl;vd. #1012 | Chicago, IL 60606 | | |
| cr | Brown Rudnick LLP | One Financial Center | Boston, MA 02111 | | |
| cr | Verdolino & Lowey, P.C. | 124 Washington Street | Foxborough, MA 02035 | | |
| op | Dundon Advisers LLC | 10 Bank Street, Suite 1100 | White Plains, NY 10606 | | |
| cns | Gregory A. Coleman | Coleman Worldwide Advisors, LLC | P O Box 2839 | New York, NY 10008−2839 | |
| intp | Williams & Connolly LLP | Williams & Connolly LLP | 680 Maine Ave SW | Washington, DC 20024 | |
| intp | Troy Law, PLLC | 41−25 Kissena Blvd., Suite 103 | Flushing, NY 11355 | | |
| db | Genever Holdings Corporation | P.O. Box 3170 | Road Town Tortola BRITISH VIRGIN ISLANDS | | |
| intp | Genever Holdings LLC | 781 Fifth Avenue | Apt. 1801 | New York, NY 10022−5520 | |
| db | Genever Holdings LLC | 781 Fifth Avenue | Apt. 1801 | New York, NY 10022−5520 | |
| aty | J. Ted Donovan | Goldberg Weprin Finkel Goldstein LLP | 1501 Broadway | 22nd Floor | New York, NY 10036 |
| aty | Kevin J. Nash | Goldberg Weprin Finkel Goldstein LLP | 1501 Broadway | 22nd Floor | New York, NY 10036 |
| aty | Luc A. Despins | Paul Hastings LLP | 200 Park Avenue | New York, NY 10166 | |
| 9343418 | Lamp Capital, LLC | Attn: Bernardo Enriquez | 667 Madison Avenue | New York, NY 10065 | |

TOTAL: 23