**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| | x | |
| | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| HO WAN KWOK, *et al.*, [1] | : | CASE NO. 22-50073 (JAM) |
| | : | |
| Debtors. | : | Jointly Administered |
| | x | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 28, 2022 (i) notice of the Court's Notice of Hearing ("Notice of Hearing")(ECF No. 1167) on the Chapter 11 Trustee's Motion for Examination (ECF No. 1116) was sent by e-mail to all parties by operation of the Court's electronic filing system or (ii) a copy of the Notice of Hearing was sent by FedEx/UPS/USPS to anyone unable to accept electronic service as indicated on the attached Service List.

Dated: November 29, 2022          LUC A. DESPINS,
       New Haven, Connecticut          CHAPTER 11 TRUSTEE


                              By:     /s/Douglas S. Skalka
                                    Douglas S. Skalka (ct00616)
                                    Patrick R. Linsey (ct29437)
                                    NEUBERT, PEPE & MONTEITH, P.C.
                                    195 Church Street, 13th Floor
                                    New Haven, Connecticut 06510
                                    (203) 821-2000
                                    dskalka@npmlaw.com
                                    plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Service by CM/ECF**

Laura Aronsson on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Laura Aronsson on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Tristan G. Axelrod on behalf of Creditor Brown Rudnick LLP
taxelrod@brownrudnick.com

Tristan G. Axelrod on behalf of Creditor Verdolino & Lowey, P.C.
taxelrod@brownrudnick.com

William R. Baldiga on behalf of Creditor Brown Rudnick LLP
wbaldiga@brownrudnick.com

Kellianne Baranowsky on behalf of Interested Party BakerHostetler
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Douglass E. Barron on behalf of Chapter 11 Trustee Luc A. Despins
douglassbarron@paulhastings.com

Nicholas A. Bassett on behalf of Chapter 11 Trustee Luc A. Despins
nicholasbassett@paulhastings.com

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

G. Alexander Bongartz on behalf of Chapter 11 Trustee Luc A. Despins
alexbongartz@paulhastings.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Rui Ma
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Weican Meng
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor Zheng Wu
ccallari@callaripartners.com
Daniel Cantor on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.

dcantor@omm.com

John L. Cesaroni on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Counter-Defendant Mei Guo
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Debtor Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested Party Mei Guo
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

Samuel Bryant Davidoff on behalf of Interested Party Williams & Connolly LLP
sdavidoff@wc.com

Luc A. Despins
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

Luc A. Despins on behalf of Chapter 11 Trustee Luc A. Despins
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

David S. Forsh on behalf of 20 Largest Creditor Rui Ma
dforsh@callaripartners.com

David S. Forsh on behalf of 20 Largest Creditor Weican Meng

dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Zheng Wu
dforsh@callaripartners.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Peter Friedman on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Taruna Garg on behalf of Creditor The Sherry-Netherland, Inc.
tgarg@murthalaw.com, mgarcia@murthalaw.com

Irve J. Goldman on behalf of Creditor Committee Official Committee of Unsecured Creditors
igoldman@pullcom.com, rmccoy@pullcom.com

Evan S. Goldstein on behalf of Interested Party Greenwich Land, LLC
egoldstein@uks.com

Evan S. Goldstein on behalf of Interested Party Hing Chi Ngok
egoldstein@uks.com

Mia N. Gonzalez on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

Mia N. Gonzalez on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

James C. Graham on behalf of Chapter 11 Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Defendant Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Lawrence S. Grossman on behalf of Interested Party BakerHostetler
LGrossman@gs-lawfirm.com, aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

James J. Healy on behalf of Interested Party Williams & Connolly LLP
jhealy@cowderymurphy.com

Eric A. Henzy on behalf of Debtor Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Interested Party HK International Funds Investments (USA) Limited,
LLC
ehenzy@zeislaw.com, cjervey@zeislaw.com

Jonathan Kaplan on behalf of Creditor Committee Official Committee of Unsecured Creditors
jkaplan@pullcom.com, prulewicz@pullcom.com;rmccoy@pullcom.com

Stephen M. Kindseth on behalf of Debtor Ho Wan Kwok
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party HK International Funds Investments (USA)
Limited, LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party Mei Guo
skindseth@zeislaw.com, cjervey@zeislaw.com

Andrew V. Layden on behalf of Interested Party BakerHostetler
alayden@bakerlaw.com

Patrick R. Linsey on behalf of Chapter 11 Trustee Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Counter-Claimant Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Debtor Genever Holdings Corporation
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Defendant Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Intervenor-Plaintiff Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Trustee Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Avram Emmanuel Luft on behalf of Chapter 11 Trustee Luc A. Despins
aviluft@paulhastings.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Rui Ma
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Weican Meng
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Zheng Wu
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Boxun Inc.
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Rui Ma
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Weican (Watson) Meng
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Yang Lan
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Zheng Wu
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Danielle L. Merola on behalf of Interested Party BakerHostetler
dmerola@bakerlaw.com

Aaron A Mitchell on behalf of Debtor Ho Wan Kwok
aaron@lmesq.com

James M. Moriarty on behalf of Counter-Defendant Mei Guo
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Debtor Ho Wan Kwok

jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Interested Party HK International Funds Investments (USA)
Limited, LLC
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Interested Party Mei Guo
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Plaintiff HK International Funds Investments (USA) Limited,
LLC
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

Sara Pahlavan on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
spahlavan@omm.com

Lucas Bennett Rocklin on behalf of Chapter 11 Trustee Luc A. Despins
lrocklin@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net

Aaron Romney on behalf of Counter-Defendant HK International Funds Investments (USA)
Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Counter-Defendant Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Debtor Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com


Aaron Romney on behalf of Interested Party HK International Funds Investments (USA)
Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Scott D. Rosen on behalf of Attorney Cohn Birnbaum & Shea, P.C.
srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Thomas J. Sansone on behalf of Attorney Michael S. Weinstein
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Xiaodan Wang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Xiaodan Wang
tsansone@carmodylaw.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Douglas S. Skalka on behalf of Chapter 11 Trustee Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Counter-Claimant Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Debtor Genever Holdings Corporation
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Debtor Genever Holdings LLC

dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Defendant Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Intervenor-Plaintiff Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Jeffrey M. Sklarz on behalf of Interested Party BakerHostetler
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Annecca H. Smith on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

John Troy on behalf of Interested Party Troy Law, PLLC
johntroy@troypllc.com

Tiffany Troy on behalf of Creditor Troy Law, PLLC
tiffanytroy@troypllc.com, troylaw@troypllc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Michael S. Weinstein on behalf of Creditor Chong Shen Raphanella
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Rong Zhang
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Xiaodan Wang
mweinstein@golenbock.com

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman on behalf of Plaintiff Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Peter J. Zarella on behalf of 20 Largest Creditor Rui Ma
pzarella@mdmc-law.com

Peter J. Zarella on behalf of 20 Largest Creditor Weican Meng

pzarella@mdmc-law.com

Peter J. Zarella on behalf of Creditor Zheng Wu
pzarella@mdmc-law.com

**Manual Service by U.S. First Class Mail, Postage Prepaid**

Brown Rudnick LLP
Attn: President or General Mgr
One Financial Center
Boston, MA 02111

Chao-Chih Chiu, Huizhen Wang
Yunxia Wu, Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

J. Ted Donovan, Kevin J. Nash
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway 22nd Floor
New York, NY 10036

Dundon Advisers LLC
Attn: President or General Mgr
10 Bank Street, Suite 1100
White Plains, NY 10606

Peter M. Friedman
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Francis J. Lawall
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Sherry Millman
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Richard C. Morrissey
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014

Edward Moss, Diana Perez
Stuart Sarnoff, and Daniel Shamah
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Irve Goldman, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601

Stretto
Attn: President or General Mgr
410 Exchange, Suite 100
Irvine, CA 92602

Gabriel Sasson
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Yongbing Zhang
223 West Jackson Blvd. #1012
Chicago, IL 60606

Douglas E. Spelfogel
Derek L. Wright
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Genever Holdings Corporation
P.O. Box 3170
Road Town Tortola, BVI

Genever Holdings LLC
781 Fifth Avenue Apt. 1801
New York, NY 10022-5520

## EXAMINEES SERVED VIA FEDEX/UPS/OR US MAIL

| Discovery Party | Address |
| --- | --- |
| Apple Inc. | Apple Inc.<br>c/o The Corporation Trust, Incorporated<br>2405 York Road, Suite 201<br>Lutherville Timonium, MD 21093-2264 |
| Spotify USA, Inc. | Spotify USA, Inc.<br>4 World Trade Center<br>150 Greenwich Street<br>New York, NY 10006 |
| Youtube, LLC | Youtube, LLC<br>c/o Corporation Service Company<br>Attn: 1505 Corporation 538<br>2710 Gateway Oaks Drive, Ste 150N<br>Sacramento, CA 95833 |
| Amazon.com, Inc. | Amazon.com, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Bank Of America, N.A. | Bank Of America, N.A.,<br>C T Corporation System<br>17 G W Tatro Drive<br>Jeffersonville, VT, 05464 |
| Capital One Financial Corporation | Capital One Financial Corporation<br>c/o Corporation Service Company<br>100 Shockoe Slip, Fl 2 |

| Discovery Party | Address |
|---|---|
| | Richmond, VA, 23219 |
| TD Bank, N.A. | TD Bank, N.A.<br>Attention: Corporate Head Office<br>1701 Route 70 East<br>Cherry Hill, New Jersey 08003 |
| Spotify Technology S.A. | Spotify Technology S.A.<br>Birger Jarlsgatan 61<br>4tr 113 56 Stockholm Sweden |
| GNEWS MEDIA GROUP INC. | Gnews Media Group Inc.<br>c/o Corporate Creations Network<br>3411 Silverside Road<br>Tatnall Building #104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent |
| G FASHION LLC | G Fashion LLC<br>CT Corporation System<br>361 San Francisco Street, 4th Floor<br>San Juan, PR 00901<br>ATTN: Officer, Managing or General Agent<br><br>G Fashion LLC<br>PO Box 9022946<br>San Juan, PR 00902<br>ATTN: Officer, Managing or General |
| GMUSIC | Gmusic LLC<br>c/o CT Corporation System<br>361 San Francisco Street, 4th Floor<br>San Juan, PR 00901<br>ATTN: Officer, Managing or General Agent<br><br>Gmusic LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| GNEWS LLC | Gnews LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road,<br>Tatnall Building Ste 104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent |

| Discovery Party | Address |
|---|---|
| GEDUCATION | Geducation<br>c/o Chestnut Business Services, LLC<br>911 Chestnut Street<br>Clearwater, FL 33756<br>ATTN: Officer, Managing or General Agent<br><br>Geducation<br>10809 Indian Hills Court<br>Largo, FL 33777 |
| GFNY, INC. | GFNY, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801<br>ATTN: Officer, Managing or General Agent |
| G-CLUB INVESTMENTS LIMITED | ATTN: Officer, Managing or General Agent<br>G-Club Investments Limited<br>2/F 1053 Great West Road<br>Brentwood<br>TW8 9BW<br>England |
| G CLUB OPERATIONS LLC | G Club Operations LLC<br>c/o CT Corporation<br>361 San Francisco Street<br>4th. Floor<br>San Juan, PR 00901<br>ATTN: Officer, Managing or General Agent<br><br>G Club Operations LLC<br>53 Calle Palmeras<br>Suite 1401<br>San Juan PR 00901<br>ATTN: Officer, Managing or General Agent |
| G CLUB US OPERATIONS INC. | G Club US Operations Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE<br>ATTN: Officer, Managing or General Agent<br><br>G Club US Operations Inc. |

| Discovery Party | Address |
|---|---|
|  | 590 Madison Avenue<br>New York, NY 10022<br>ATTN: Officer, Managing or General Agent |
| G CLUB US OPERATIONS LLC | G Club US Operations LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>ATTN: Officer, Managing or General Agent |
| G LIVE, LLC | G Live, LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building Ste 104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent |
| GBROADCAST, LLC | Gbroadcast, LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building #104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent |
| GPOSTS LLC | Gposts LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building #104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent |
| HCHK PROPERTY MANAGEMENT, INC. | HCHK Property Management, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801<br>ATTN: Officer, Managing or General Agent |

| Discovery Party | Address |
|---|---|
| HCHK TECHNOLOGIES, INC. | HCHK Technologies, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>ATTN: Officer, Managing or General Agent<br><br>HCHK Technologies, Inc.<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207<br>ATTN: Officer, Managing or General Agent |
| FREEDOM MEDIA VENTURES LTD. | Freedom Media Ventures Ltd.<br>2nd Floor, Water's Edge Building<br>Wickhams Cay II, Road Town<br>Tortola VG1110 British Virgin Islands |
| APSLEY YACHTS LTD. ("APSLEY") | Apsley Yachts Ltd.<br>Cayman Business Park, A7,<br>PO Box 10300 APO, George Town,<br>Grand Cayman, Cayman Islands KY1-1003<br>ATTN: Officer, Managing or General Agent |
| DWF LLP (AND/OR DWF GROUP) | DWF LLP<br>c/o Kirsty Rogers, Office Managing Partner<br>1 Scott Place<br>2 Hardman Street<br>Manchester, United Kingdom M3 3AA<br>ATTN: Officer, Managing or General Agent |
| | DWF Group<br>c/o DWF Claims (USA) LLC<br>740 Waukegan Road, Suite 340<br>Deerfield, IL 60015, USA<br>ATTN: Officer, Managing or General Agent |
| JACK S. LIPSON, ESQ. | Jack s. Lipson, Esq.<br>830 Post Road East<br>Westport, CT 06880<br>ATTN: Officer, Managing or General Agent |
| THE CASPER FIRM, LLC | c/o Cole Schotz P.C.<br>Gary H. Leibowitz<br>300 East Lombard Street<br>Suite 1800<br>Baltimore, MD 21202 |

| Discovery Party | Address |
|---|---|
| PETRILLO KLEIN & BOXER, LLP | Petrillo Klein & Boxer, LLP<br>655 Third Avenue, 22nd Floor<br>New York, NY 10017<br>ATTN: Officer, Managing or General Agent |
| ROSCALITAR 2 | ATTN: Officer, Managing or General Agent<br>Roscalitar 2<br>c/o Maples Corporate Services Limited<br>PO Box 309<br>Ugland House<br>South Church Street<br>George Town<br>Grand Cayman KY1-1104 Cayman Islands |
| BLUE CAPITAL LIMITED | ATTN: Officer, Managing or General Agent<br>Blue Capital Limited<br>c/o Walkers Corporate Limited<br>Cayman Corporate Centre<br>27 Hospital Road<br>George Town<br>Grand Cayman KY1-9008 Cayman Islands |
| COHN BIRNBAUM & SHEA P.C. | Cohn Birnbaum & Shea P.C.<br>Attn: Richard J. Shea Jr.<br>100 Pearl Street, 12th Fl.,<br>Hartford, CT 06103<br>ATTN: Officer, Managing or General Agent<br>Cohn Birnbaum & Shea P.C.<br>185 Asylum Street,<br>City Place II, 15th Floor<br>Hartford, CT 06103 |
| ANTHONY "TONY" DIBATTISTA | Anthony DiBattista<br>Lexington Property and Staffing, Inc.<br>750 Lexington Avenue, 8th Floor<br>New York, NY 10022 |
| HAN CHUNGUANG | Han Chunguang<br>162 E. 64th Street<br>New York, NY 10065 |
| HIMALAYA NEW WORLD INC. | Himalaya New World Inc.<br>12587 Fair Lakes Cir, Ste 135<br>Fairfax, VA, 22033<br>ATTN: Officer, Managing or General Agent<br><br>Himalaya New World Inc. |

5

| Discovery Party | Address |
|---|---|
|  | c/o Bingshang Jiao<br>2901 Brians Hill Ln.<br>Oakton, VA, 22124, USA |
| US HIMALAYA CAPITAL INC. | US Himalaya Capital Inc.<br>c/o Business Filings Incorporated<br>108 West 13th Street<br>Wilmington, DE 19801<br>ATTN: Officer, Managing or General Agent |
| HUDSON DIAMOND HOLDING, INC. | Hudson Diamond Holding, INC.<br>c/o Ocorian Corporate Services (BVI) Limited<br>Jayla Place<br>Wickhams Cay 1<br>Road Town, Tortola<br>VG1110 British Virgin Islands<br>Attn: Kelly, Raven |
| HUDSON DIAMOND HOLDING LLC | Hudson Diamond Holding LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building #104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent |
| HUDSON DIAMOND NY LCC | Hudson Diamond NY LCC<br>c/o Corporate Creations Network Inc.<br>15 North Mill Street<br>Nyack, NY 10960<br>ATTN: Officer, Managing or General Agent |
| INFINITY TREASURY MANAGEMENT INC. | Infinity Treasury Management Inc.<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building, Ste 104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent |
| TALHA ZOBAIR | Talha Zobair<br>750 Lexington Avenue<br>New York, NY 10022 |

| Discovery Party | Address |
|---|---|
| KARIN MAISTRELLO | Karin Maistrello<br>162 E 64th Street<br>New York, NY 10065<br><br>Karin Maistrello<br>445 Park Avenue<br>New York, NY 10022 |
| KYLE BASS | Hayman Capital Management, L.P.<br>Parkland Hall at Old Parkland<br>Attn: Kyle Bass<br>3889 Maple Avenue<br>6th Floor<br>Dallas, Texas 75219 |
| LEXINGTON PROPERTY AND STAFFING, INC. | Lexington Property and Staffing, Inc.<br>750 Lexington Avenue, 8th Floor<br>New York, NY 10022<br>ATTN: Officer, Managing or General Agent |
| NADEEM AKBAR | Nadeem Akbar<br>Lamp Capital LLC<br>667 Madison Avenue<br>New York NY 10065 |
| BERNARDO ENRIQUEZ | Bernardo Enriquez<br>Lamp Capital LLC<br>667 Madison Avenue<br>New York NY 10065 |
| AI GROUP HOLDINGS INC. | AI Group Holdings Inc.<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building Ste 104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent |
| HAMILTON CAPITAL HOLDINGS INC. | Hamilton Capital Holdings Inc.<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building Ste 104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent |

| Discovery Party | Address |
|---|---|
| KATHLEEN SLOANE | Kathleen Sloane<br>445 Park Avenue<br>New York, New York 10022 |
| RAICH ENDE MOLTER CO. LLP | Raich Ende Molter Co. LLP<br>c/o Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530<br><br>Raich Ende Molter Co. LLP<br>1375 Broadway, 15th Floor<br>New York, NY 10018<br>ATTN: Officer, Managing or General Agent |
| BOOMING SAIL NEW YORK LLC | Booming Sail New York LLC<br>Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building, Ste 104<br>Wilmington, DE 19810<br>ATTN: Officer, Managing or General Agent |
| JESSICA MASTROGIOVANNI | Bragar Wexler Eagel & Squire, P.C.<br>885 3rd Ave Ste 3040<br>New York, NY, 10022-4834<br>Attn: Jessica Mastrogiovanni |
| IVEY, BARNUM & O'MARA, LLC | ATTN: Officer, Managing or General Agent<br>Ivey, Barnum & O'Mara, LLC<br>170 Mason Street<br>Greenwich, CT 06830<br>Attn: Tom S. Ward |