United States Bankruptcy Court
District of Connecticut

| | |
|---|---|
| In re:<br>Ho Wan Kwok<br>Genever Holdings Corporation<br>    Debtors | Case No. 22-50073-jam<br>Chapter 11 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 1 of 6 |
| Date Rcvd: Nov 28, 2022 | Form ID: pdfdoc2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ustpregion02.nh.ecf@usdoj.gov | Nov 28 2022 18:17:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 30, 2022 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Romney | on behalf of Plaintiff HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron Romney | on behalf of Debtor Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Interested Party Mei Guo aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Interested Party HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 2 of 6 |
| Date Rcvd: Nov 28, 2022 | Form ID: pdfdoc2 | Total Noticed: 1 |

Aaron Romney
    on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com  swenthen@zeislaw.com

Aaron Romney
    on behalf of Counter-Defendant Mei Guo aromney@zeislaw.com  swenthen@zeislaw.com

Aaron Romney
    on behalf of Counter-Defendant HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney
    on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com  swenthen@zeislaw.com

Aaron A Mitchell
    on behalf of Debtor Ho Wan Kwok aaron@lmesq.com

Andrew V. Layden
    on behalf of Interested Party BakerHostetler alayden@bakerlaw.com

Annecca H. Smith
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Annecca H. Smith
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Avram Emmanuel Luft
    on behalf of Chapter 11 Trustee Luc A. Despins aviluft@paulhastings.com

Carollynn H.G. Callari
    on behalf of Creditor Zheng Wu ccallari@callaripartners.com

Carollynn H.G. Callari
    on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com

Carollynn H.G. Callari
    on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com

Daniel Cantor
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. dcantor@omm.com

Danielle L. Merola
    on behalf of Interested Party BakerHostetler dmerola@bakerlaw.com

David S. Forsh
    on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com

David S. Forsh
    on behalf of Creditor Zheng Wu dforsh@callaripartners.com

David S. Forsh
    on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com

David V. Harbach, II
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com

Douglas S. Skalka
    on behalf of Defendant Luc A. Despins dskalka@npmlaw.com  smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Chapter 11 Trustee Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Intervenor-Plaintiff Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Debtor Genever Holdings Corporation dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Debtor Genever Holdings LLC dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Counter-Claimant Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglass E. Barron
    on behalf of Chapter 11 Trustee Luc A. Despins douglassbarron@paulhastings.com

Eric A. Henzy
    on behalf of Debtor Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Interested Party HK International Funds Investments (USA) Limited LLC ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com cjervey@zeislaw.com

Evan S. Goldstein
    on behalf of Interested Party Greenwich Land LLC egoldstein@uks.com

Evan S. Goldstein
    on behalf of Interested Party Hing Chi Ngok egoldstein@uks.com

G. Alexander Bongartz
    on behalf of Chapter 11 Trustee Luc A. Despins alexbongartz@paulhastings.com

Holley L. Claiborn
    on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Irve J. Goldman
    on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com rmccoy@pullcom.com

James C. Graham
    on behalf of Defendant Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham
    on behalf of Trustee Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham
    on behalf of Chapter 11 Trustee Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James J. Healy
    on behalf of Interested Party Williams & Connolly LLP jhealy@cowderymurphy.com

James M. Moriarty
    on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Debtor Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Plaintiff HK International Funds Investments (USA) Limited LLC jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Interested Party HK International Funds Investments (USA) Limited LLC jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Interested Party Mei Guo jmoriarty@zeislaw.com kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Counter-Defendant Mei Guo jmoriarty@zeislaw.com kjoseph@zeislaw.com

Jay Marshall Wolman
    on behalf of Plaintiff Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman
    on behalf of Creditor Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com

Jeffrey M. Sklarz
    on behalf of Interested Party BakerHostetler jsklarz@gs-lawfirm.com aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

John Troy
    on behalf of Interested Party Troy Law PLLC johntroy@troypllc.com

John L. Cesaroni
    on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Interested Party Mei Guo jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Plaintiff HK International Funds Investments (USA) Limited LLC jcesaroni@zeislaw.com

John L. Cesaroni

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 4 of 6 |
| Date Rcvd: Nov 28, 2022 | Form ID: pdfdoc2 | Total Noticed: 1 |

on behalf of Counter-Defendant HK International Funds Investments (USA) Limited  LLC jcesaroni@zeislaw.com

John L. Cesaroni

    on behalf of Debtor Ho Wan Kwok jcesaroni@zeislaw.com

John L. Cesaroni

    on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com

John L. Cesaroni

    on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC jcesaroni@zeislaw.com

John L. Cesaroni

    on behalf of Counter-Defendant Mei Guo jcesaroni@zeislaw.com

Jonathan Kaplan

    on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com
    prulewicz@pullcom.com;rmccoy@pullcom.com

Kellianne Baranowsky

    on behalf of Interested Party BakerHostetler kbaranowsky@gs-lawfirm.com
    aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kristin B. Mayhew

    on behalf of Plaintiff Zheng Wu kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew

    on behalf of Creditor Zheng Wu kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew

    on behalf of 20 Largest Creditor Rui Ma kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew

    on behalf of Plaintiff Rui Ma kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew

    on behalf of Plaintiff Yang Lan kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew

    on behalf of Plaintiff Boxun Inc. kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew

    on behalf of 20 Largest Creditor Weican Meng kmayhew@pullcom.com
    kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew

    on behalf of Plaintiff Weican (Watson) Meng kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Laura Aronsson

    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com

Laura Aronsson

    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com

Lawrence S. Grossman

    on behalf of Interested Party BakerHostetler LGrossman@gs-lawfirm.com
    aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com

Luc A. Despins

    lucdespins@paulhastings.com  matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

Luc A. Despins

    on behalf of Chapter 11 Trustee Luc A. Despins lucdespins@paulhastings.com
    matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

Lucas Bennett Rocklin

    on behalf of Chapter 11 Trustee Luc A. Despins lrocklin@npmlaw.com  NeubertPepeMonteithPC@jubileebk.net

Mia N. Gonzalez

    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com

Mia N. Gonzalez

    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com

Michael S. Weinstein

    on behalf of Creditor Chong Shen Raphanella mweinstein@golenbock.com

Michael S. Weinstein

    on behalf of Creditor Xiaodan Wang mweinstein@golenbock.com

Michael S. Weinstein

    on behalf of Creditor Rong Zhang mweinstein@golenbock.com

| District/off: 0205-5 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: pdfdoc2 | Total Noticed: 1 |

Nicholas A. Bassett
: on behalf of Chapter 11 Trustee Luc A. Despins nicholasbassett@paulhastings.com

Patrick M. Birney
: on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com

Patrick M. Birney
: on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com

Patrick M. Birney
: on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com

Patrick R. Linsey
: on behalf of Intervenor-Plaintiff Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey
: on behalf of Defendant Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey
: on behalf of Counter-Claimant Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey
: on behalf of Plaintiff Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey
: on behalf of Debtor Genever Holdings Corporation plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey
: on behalf of Trustee Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey
: on behalf of Chapter 11 Trustee Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Peter Friedman
: on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com

Peter Friedman
: on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com

Peter J. Zarella
: on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com

Peter J. Zarella
: on behalf of Creditor Zheng Wu pzarella@mdmc-law.com

Peter J. Zarella
: on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com

Samuel Bryant Davidoff
: on behalf of Interested Party Williams & Connolly LLP sdavidoff@wc.com

Sara Pahlavan
: on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. spahlavan@omm.com

Scott D. Rosen
: on behalf of Attorney Cohn Birnbaum & Shea P.C. srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Stephen M. Kindseth
: on behalf of Interested Party HK International Funds Investments (USA) Limited LLC skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth
: on behalf of Debtor Ho Wan Kwok skindseth@zeislaw.com cjervey@zeislaw.com

Stephen M. Kindseth
: on behalf of Interested Party Mei Guo skindseth@zeislaw.com cjervey@zeislaw.com

Stuart M. Sarnoff
: on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff
: on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com

Taruna Garg
: on behalf of Creditor The Sherry-Netherland Inc. tgarg@murthalaw.com, mgarcia@murthalaw.com

Thomas J. Sansone
: on behalf of Creditor Chong Shen Raphanella tsansone@carmodylaw.com

District/off: 0205-5  User: admin  Page 6 of 6
Date Rcvd: Nov 28, 2022  Form ID: pdfdoc2  Total Noticed: 1

| | |
|---|---|
| Thomas J. Sansone | on behalf of Creditor Xiaodan Wang tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Plaintiff Chong Shen Raphanella tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Attorney Michael S. Weinstein tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Creditor Rong Zhang tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Plaintiff Rong Zhang tsansone@carmodylaw.com |
| Thomas J. Sansone | on behalf of Plaintiff Xiaodan Wang tsansone@carmodylaw.com |
| Tiffany Troy | on behalf of Creditor Troy Law  PLLC tiffanytroy@troypllc.com, troylaw@troypllc.com |
| Tristan G. Axelrod | on behalf of Creditor Brown Rudnick LLP taxelrod@brownrudnick.com |
| Tristan G. Axelrod | on behalf of Creditor Verdolino & Lowey  P.C. taxelrod@brownrudnick.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| William R. Baldiga | on behalf of Creditor Brown Rudnick LLP wbaldiga@brownrudnick.com |

TOTAL: 119

# United States Bankruptcy Court
## District of Connecticut



Filed and Entered
On Docket
November 28, 2022

In re:
    Ho Wan Kwok, et al.

    Debtor*

Case Number: 22−50073
Chapter: 11
(Jointly Administered)

### NOTICE OF HEARING

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

PLEASE TAKE NOTICE that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **November 30, 2022** at **11:00 AM** to consider and act upon the following matter(s):

> Motion for Protective Order Filed by Aaron Romney on behalf of Ho Wan Kwok, Debtor. (Re: Doc #1063)
>
> Application to Employ Neubert, Pepe & Monteith, P.C. as Debtor Genever Holdings LLC's Co−Counsel Filed by Douglas S. Skalka on behalf of Genever Holdings LLC, Debtor (Re: Doc #1154)

NOTICE IS FURTHER GIVEN that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non−evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above−mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above−referenced matter and may enter an order granting that relief.

**OBJECTION(S) DUE:** November 29, 2022 before 5:00 p.m. Untimely objections may not be considered.

**CERTIFICATE OF SERVICE DUE:** November 29, 2022 before 5:00 p.m. Untimely certificates of service may result in the hearing not being held.

Dated: November 28, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov

Form 112 − rms