**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| HO WAN KWOK, *et al.*,[1] | : | CASE NO. 22-50073 (JAM) |
| Debtors. | : | Jointly Administered |

**CERTIFICATE OF SERVICE**

The undersigned certifies that (i) on December 1, 2022 notice of the Chapter 11 Trustee's Application to Employ Paul Wright (ECF No. 1183) was sent by e-mail to all parties by operation of the Court's electronic filing system or (ii) on December 2, 2022 a copy was sent by United States first class mail, postage prepaid to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated: December 2, 2022          LUC A. DESPINS,
       New Haven, Connecticut     CHAPTER 11 TRUSTEE

                                  By:    /s/Douglas S. Skalka
                                  Douglas S. Skalka (ct00616)
                                  NEUBERT, PEPE & MONTEITH, P.C.
                                  195 Church Street, 13th Floor
                                  New Haven, Connecticut 06510
                                  (203) 821-2000
                                  dskalka@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).