Case 22-50073    Doc 1186    Filed 12/02/22    Entered 12/02/22 12:22:01    Page 1 of 19

| | | |
|---|---|---|
| AO 435<br>(Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | **FOR COURT USE ONLY**<br>DUE DATE: |
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | |

| 1. NAME<br>Patrick M. Birney | 2. PHONE NUMBER<br>(860) 275-8275 | 3. DATE<br>12/1/2022 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>pbirney@rc.com | 5. CITY<br>Hartford | 6. STATE<br>CT | 7. ZIP CODE<br>06103 |
| 8. CASE NUMBER<br>22-50073 | 9. JUDGE<br>Judge Julie A. Manning | DATES OF PROCEEDINGS | |
| | | 10. FROM 11/30/2022 | 11. TO 11/30/2022 |
| 12. CASE NAME<br>Ho Wan Kwok | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Bridgeport | 14. STATE Connecticut |

15. ORDER FOR
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify)<br>Hearing | 11/30/2022 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES<br>1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE<br>/s/ Patrick M. Birney | PROCESSED BY | |
| 19. DATE<br>12/1/2022 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF CONNECTICUT

Honorable Julie A. Manning

Wednesday November 30, 2022

| | | |
|---|---|---|
| 11:00 AM | 22-50073<br>Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC |

Matter: #1154; Application to Employ Neubert, Pepe & Monteith, P.C. as Debtor Genever Holdings LLC's Co-Counsel filed by Douglas S. Skalka on behalf of Genever Holdings, LLC, Debtor

| | | |
|---|---|---|
| 11:00 AM | 22-50073<br>Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC |

Matter: #1134; Motion to Seal re: Statement of Chapter 11 Trustee filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

| | | |
|---|---|---|
| 11:00 AM | 22-50073<br>Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC |

Matter: #1116; Motion for 2004 Examination of Additional Legal and Financial Advisors to the Debtor, Entities and Individuals Affiliated with Debtor, and Relevant Media Companies and

Bank (Second Supplemental Omnibus) Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

| | | |
|---|---|---|
| 11:00 AM | 22-50073<br>Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC |
| Matter: | | #1046; Motion of Chapter 11 Trustee for Entry of Order Compelling Individual Debtor, Mei Guo, HK International Funds Investments (USA) Limited, LLC, Hing Chi Ngok, Greenwich Land LLC, Lamp Capital LLC and Golden Spring (New York) LTD. To Comply with Rule 2004 Subpoenas filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee |
| 11:00 AM | 22-50073<br>Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC |
| Matter: | | #1063; Motion for Protective Order filed by Aaron Romney on behalf of Ho Wan Kwok, Debtor |
| 11:00 AM | 22-05032 | Pacific Alliance Asia Opportunity Fund, LLP v. Kwok<br>Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings, LLC |
| Matter: | | #34; Motion for Order (I) Authorizing Service of Temporary Restraining Order by U.S. Marshal Services and (II) Compelling Defendant to Appear Before the Court at Hearing Scheduled for December 2, 2022 filed by Douglas S. Skalka on behalf of Luc A. Despins, Intervenor-Plaintiff |

**22-50073** Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 12/02/2022

# Attorneys

**Laura Aronsson**
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
212-728-5841
laronsson@omm.com
　*Assigned: 04/08/2022*
　*LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Kenneth Aulet**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
kaulet@brownrudnick.com
　*Assigned: 04/26/2022*
　*TERMINATED: 08/02/2022*
　*LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Tristan G. Axelrod**
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
617-856-8456
617-289-0522 (fax)
taxelrod@brownrudnick.com
　*Assigned: 08/12/2022*
　*LEAD ATTORNEY*

representing

**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
617-856-8200
tfeinsmith@brownrudnick.com
*(Creditor)*

**Verdolino & Lowey, P.C.**
124 Washington Street
Foxborough, MA 02035
*(Creditor)*

**William Baldiga**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
New York
212-209-4800
212-209-4801 (fax)
wbaldiga@brownrudnick.com
　*Assigned: 03/01/2022*
　*TERMINATED: 08/02/2022*
　*LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

| | | |
|---|---|---|
| **William R. Baldiga**<br>Brown, Rudnik, Freed & Gesmer<br>One Financial Center<br>Boston, MA 02111<br>(617) 330-9000<br>617-289-0420 (fax)<br>wbaldiga@brownrudnick.com<br>*Assigned: 03/09/2022*<br>*TERMINATED: 08/02/2022*<br><br>*Assigned: 08/05/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| | representing | **Brown Rudnick LLP**<br>One Financial Center<br>Boston, MA 02111<br>617-856-8200<br>tfeinsmith@brownrudnick.com<br>*(Creditor)* |
| **Kellianne Baranowsky**<br>Green & Sklarz LLC<br>One Audubon Street<br>3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>203-823-4546 (fax)<br>kbaranowsky@gs-lawfirm.com<br>*Assigned: 10/14/2022* | representing | **BakerHostetler**<br>*(Interested Party)* |
| **Douglass E. Barron**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6690<br>212-230-7690 (fax)<br>douglassbarron@paulhastings.com<br>*Assigned: 07/22/2022*<br>*LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Nicholas A. Bassett**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1700<br>202-551-1705 (fax)<br>nicholasbassett@paulhastings.com<br>*Assigned: 07/22/2022*<br>*LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Patrick M. Birney**<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8200<br>(860) 275-8299 (fax)<br>pbirney@rc.com<br>*Assigned: 02/24/2022* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

| | | |
|---|---|---|
| **G. Alexander Bongartz**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6472<br>212-303-7072 (fax)<br>alexbongartz@paulhastings.com<br>  *Assigned: 08/04/2022*<br>  *LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Carollynn H.G. Callari**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>ccallari@callaripartners.com<br>  *Assigned: 03/16/2022*<br>  *LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)*<br><br>**Weican Meng**<br>*(20 Largest Creditor)*<br><br>**Zheng Wu**<br>*(Creditor)* |
| **Andrew M. Carty**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>acarty@brownrudnick.com<br>  *Assigned: 04/15/2022*<br>   *TERMINATED: 08/02/2022*<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **John L. Cesaroni**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>jcesaroni@zeislaw.com<br>  *Assigned: 05/10/2022* | representing | **Mei Guo**<br>*(Interested Party)* |
|   *Assigned: 07/14/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
|   *Assigned: 11/22/2022* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| **Holley L. Claiborn** | representing | **U. S. Trustee** |

| | | |
|---|---|---|
| Office of The United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br>(203) 773-2217 (fax)<br>holley.l.claiborn@usdoj.gov<br> Assigned: 02/28/2022 | | Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Samuel Bryant Davidoff**<br>Williams & Connolly LLP<br>680 Maine Avenue, S.W.<br>Washington, DC 20024<br>202-434-5648<br>sdavidoff@wc.com<br> Assigned: 10/20/2022 | representing | **Williams & Connolly LLP**<br>Williams & Connolly LLP<br>680 Maine Ave SW<br>Washington, DC 20024<br>202-434-5000<br>*(Interested Party)* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br> Assigned: 07/12/2022 | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>212-230-7771 (fax)<br>lucdespins@pauhastings.com<br> Assigned: 07/22/2022<br> LEAD ATTORNEY | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **J. Ted Donovan**<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036<br>(212)-221-5700<br>212-422-6836 (fax)<br>TDonovan@GWFGlaw.com<br> Assigned: 11/22/2022<br> LEAD ATTORNEY | representing | **Genever Holdings LLC**<br>781 Fifth Avenue<br>Apt. 1801<br>New York, NY 10022-5520<br>*(Debtor)* |
| **David S. Forsh**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>dforsh@callaripartners.com<br> Assigned: 03/17/2022<br> LEAD ATTORNEY | representing | **Rui Ma**<br>*(20 Largest Creditor)* |

| | | |
|---|---|---|
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |
| **Peter Friedman**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5302<br>pfriedman@omm.com<br> Assigned: 02/25/2022<br>*LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Taruna Garg**<br>Murtha Cullina LLP<br>177 Broad St<br>Stamford, CT 06901<br>203-653-5400<br>203-653-5444 (fax)<br>tgarg@murthalaw.com<br> Assigned: 11/23/2022 | representing | **The Sherry-Netherland, Inc.**<br>*(Creditor)* |
| **Irve J. Goldman**<br>Pullman & Comley<br>850 Main Street<br>8th Floor<br>Bridgeport, CT 06604<br>203-330-2000<br>203-576-8888 (fax)<br>igoldman@pullcom.com<br> Assigned: 04/05/2022 | representing | **Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |
| **Evan S. Goldstein**<br>Updike, Kelly & Spellacy, P.C.<br>Goodwin Square<br>225 Asylum Street<br>Ste 20th Floor<br>Hartford, CT 06103<br>860-548-2609<br>860-548-2680 (fax)<br>egoldstein@uks.com<br> Assigned: 09/15/2022 | representing | **Hing Chi Ngok**<br>*(Interested Party)* |
| Assigned: 10/20/2022 | representing | **Greenwich Land, LLC**<br>*(Interested Party)* |
| **Mia N. Gonzalez**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>212-728-5698<br>mgonzalez@omm.com | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

*Assigned: 04/08/2022*
*LEAD ATTORNEY*

**James C. Graham**
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
(203)821-2000
(203)821-2009 (fax)
jgraham@npmlaw.com
 *Assigned: 07/20/2022*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Lawrence S. Grossman**
Green & Sklarz LLC
One Audubon Street
Third Floor
New Haven, CT 06511
203-285-8545
LGrossman@gs-lawfirm.com
 *Assigned: 10/12/2022*

representing

**BakerHostetler**
*(Interested Party)*

**David V. Harbach, II**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5127
dharbach@omm.com
 *Assigned: 02/25/2022*
 *LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**James J. Healy**
Cowdery & Murphy, LLC
280 Trumbull Street
Hartford, CT 06103
860-278-5555
860-249-0012 (fax)
jhealy@cowderymurphy.com
 *Assigned: 10/24/2022*

representing

**Williams & Connolly LLP**
Williams & Connolly LLP
680 Maine Ave SW
Washington, DC 20024
202-434-5000
*(Interested Party)*

**Eric A. Henzy**
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-5495
203-549-0861 (fax)
ehenzy@zeislaw.com
 *Assigned: 07/14/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

 *Assigned: 07/22/2022*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**Jeffrey L Jonas**
Brown Rudnick LLP
Seven Times Square

representing

**Ho Wan Kwok**
373 Taconic Road

New York, NY 10036
2122094800
212-209-4801 (fax)
jjonas@brownrudnick.com
  *Assigned: 04/21/2022*
  *TERMINATED: 08/02/2022*
  *LEAD ATTORNEY*

**Jonathan Kaplan**
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
860-424-4379
860-424-4370 (fax)
jkaplan@pullcom.com
  *Assigned: 04/05/2022*

representing

**Official Committee of Unsecured Creditors**
*(Creditor Committee)*

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com
  *Assigned: 04/11/2022*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

  *Assigned: 05/10/2022*

representing

**Mei Guo**
*(Interested Party)*

  *Assigned: 07/14/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Dylan Kletter**
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103
860-509-6500
dkletter@brownrudnick.com
  *Assigned: 02/15/2022*
  *TERMINATED: 08/02/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Andrew V. Layden**
BakerHostetler
200 South Orange Avenue
Suite 2300
Orlando, FL 32801
407-649-4070
407-841-0168 (fax)
alayden@bakerlaw.com
  *Assigned: 10/12/2022*
  *LEAD ATTORNEY*

representing

**BakerHostetler**
*(Interested Party)*

**Patrick R. Linsey**

representing

**Luc A. Despins**

Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
plinsey@npmlaw.com
  Assigned: 07/11/2022

**Avram Emmanuel Luft**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6079
212-303-7079 (fax)
aviluft@paulhastings.com
  Assigned: 07/22/2022
  LEAD ATTORNEY

representing

Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Steven E. Mackey**
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
  Assigned: 03/22/2022

representing

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601
203-330-2198
203-259-0251 (fax)
kmayhew@pullcom.com
  Assigned: 03/15/2022

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

**Danielle L. Merola**
BakerHostetler
200 South Orange Avenue
Suite 2300
Orlando, FL 32801
407-649-4092
dmerola@bakerlaw.com
  Assigned: 10/13/2022
  LEAD ATTORNEY

representing

**BakerHostetler**
*(Interested Party)*

**Sherry J. Millman**
Stroock & Stroock & Lavan LLP

representing

**The Sherry-Netherland, Inc.**
*(Creditor)*

180 Maiden Lane  
New York, NY 10038  
212-806-5434  
212-806-6006 (fax)  
smillman@stroock.com  
 Assigned: 11/29/2022  
 LEAD ATTORNEY

**Timothy D. Miltenberger**  
Cohn Birnbaum & Shea P.C.  
100 Pearl Street  
12th Floor  
Hartford, CT 06103  
860-493-2200  
tmiltenberger@cbshealaw.com  
 Assigned: 03/31/2022  
 TERMINATED: 08/17/2022

representing

**Golden Spring (New York) LTD**  
*(Interested Party)*  
PRO SE

**Aaron A Mitchell**  
Lawall & Mitchell, LLC  
55 Madison Ave  
Suite 400  
Morristown, NJ 07960  
973-285-3280  
aaron@lmesq.com  
 Assigned: 07/11/2022

representing

**Ho Wan Kwok**  
373 Taconic Road  
Greenwich, CT 06831  
*(Debtor)*

**James M. Moriarty**  
Zeisler & Zeisler, P.C.  
10 Middle Street  
Bridgeport, CT 06604  
203-368-4234  
203-549-0907 (fax)  
jmoriarty@zeislaw.com  
 Assigned: 07/20/2022

representing

**Ho Wan Kwok**  
373 Taconic Road  
Greenwich, CT 06831  
*(Debtor)*

 Assigned: 10/31/2022

representing

**HK International Funds Investments (USA) Limited, LLC**  
*(Interested Party)*

**Mei Guo**  
*(Interested Party)*

**Kevin J. Nash**  
Goldberg Weprin Finkel Goldstein LLP  
1501 Broadway  
22nd Floor  
New York, NY 10036  
(212)-301-6944  
(212) 422-6836 (fax)  
kjnash@gwfglaw.com  
 Assigned: 11/22/2022  
 LEAD ATTORNEY

representing

**Genever Holdings LLC**  
781 Fifth Avenue  
Apt. 1801  
New York, NY 10022-5520  
*(Debtor)*

**Sara Pahlavan**  
O'Melveny & Myers LLP

representing

**Pacific Alliance Asia Opportunity Fund L.P.**  
*(20 Largest Creditor)*

Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
415-984-8953
spahlavan@omm.com
  *Assigned: 05/05/2022*
  *LEAD ATTORNEY*

**Patrick N. Petrocelli**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
212-806-6682
212-806-6006 (fax)
ppetrocelli@stroock.com
  *Assigned: 11/29/2022*
  *LEAD ATTORNEY*

| | representing | **The Sherry-Netherland, Inc.**<br>*(Creditor)* |
|---|---|---|

**Lucas Bennett Rocklin**
Neubert, Pepe, Monteith, P.C.
195 Church Street,13th Floor
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
lrocklin@npmlaw.com
  *Assigned: 07/15/2022*

| | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
|---|---|---|

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
  *Assigned: 04/11/2022*

| | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
|---|---|---|

  *Assigned: 05/10/2022*

| | representing | **Mei Guo**<br>*(Interested Party)* |
|---|---|---|

  *Assigned: 07/14/2022*

| | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
|---|---|---|

**Scott D. Rosen**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103-4500
(860) 493-2200
860-727-0361 (fax)
srosen@cb-shea.com
  *Assigned: 03/28/2022*
  *TERMINATED: 08/17/2022*

| | representing | **Golden Spring (New York) LTD**<br>*(Interested Party)*<br>PRO SE |
|---|---|---|

*Assigned: 08/12/2022* | representing | **Cohn Birnbaum & Shea, P.C.**  
*(Attorney)*

**Thomas J. Sansone**  
Carmody Torrance Sandak & Hennessey LLP  
195 Church Street  
P.O. Box 1950  
New Haven, CT 06509-1950  
(203) 784-3100  
203-784-3199 (fax)  
tsansone@carmodylaw.com  
  *Assigned: 06/24/2022*

representing

**Chong Shen Raphanella**  
*(Creditor)*

**Rong Zhang**  
*(Creditor)*

**Xiaodan Wang**  
*(Creditor)*

*Assigned: 07/15/2022* | representing | **Michael S. Weinstein**  
*(Attorney)*

**Stuart M. Sarnoff**  
O'Melveny & Myers LLP  
Times Square Tower  
7 Times Square  
New York, NY 10036  
202-326-2293  
ssarnoff@omm.com  
  *Assigned: 02/25/2022*  
  *LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**  
*(20 Largest Creditor)*

**Bennett Silverberg**  
Brown Rudnick LLP  
Seven Times Square  
New York, NY 10036  
212-209-4800  
212-209-4801 (fax)  
bsilverberg@brownrudnick.com  
  *Assigned: 03/01/2022*  
   *TERMINATED: 08/02/2022*  
  *LEAD ATTORNEY*

representing

**Ho Wan Kwok**  
373 Taconic Road  
Greenwich, CT 06831  
*(Debtor)*

**Douglas S. Skalka**  
Neubert, Pepe, and Monteith  
195 Church Street, 13th Floor  
New Haven, CT 06510  
(203) 821-2000  
203-821-2009 (fax)  
dskalka@npmlaw.com  
  *Assigned: 07/14/2022*

representing

**Luc A. Despins**  
Paul Hastings LLP  
200 Park Avenue  
New York, NY 10166  
212-318-6001  
lucdespins@paulhastings.com  
*(Chapter 11 Trustee)*

*Assigned: 11/02/2022* | representing | **Genever Holdings Corporation**  
P.O. Box 3170  
Road Town Tortola

| | | |
|---|---|---|
| | | British Virgin Islands<br>*(Debtor)* |
| *Assigned:* 11/22/2022<br>LEAD ATTORNEY | representing | **Genever Holdings LLC**<br>781 Fifth Avenue<br>Apt. 1801<br>New York, NY 10022-5520<br>*(Debtor)* |
| **Jeffrey M. Sklarz**<br>Green & Sklarz LLC<br>One Audubon Street<br>3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>203-823-4546 (fax)<br>jsklarz@gs-lawfirm.com<br>  *Assigned:* 10/07/2022 | representing | **BakerHostetler**<br>*(Interested Party)* |
| **Annecca H. Smith**<br>Robinson & Cole, LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>860-275-8325<br>860-275-8299 (fax)<br>asmith@rc.com<br>  *Assigned:* 02/24/2022 | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **John Troy**<br>Troy Law, PLLC<br>41-25 Kissena Blvd., Suite 110<br>Flushing, NY 11355<br>718-762-2332<br>johntroy@troypllc.com<br>  *Assigned:* 10/20/2022 | representing | **Troy Law, PLLC**<br>41-00025 Kissena Blvd., Suite 103<br>Flushing, NY 11355<br>718-762-1324<br>troylaw@troypllc.com<br>*(Interested Party)* |
| **Tiffany Troy**<br>Troy Law<br>41-25 Kissena Blvd, Suite 110<br>Flushing, NY 11355<br>718-762-1324<br>tiffanytroy@troypllc.com<br>  *Assigned:* 08/24/2022 | representing | **Troy Law, PLLC**<br>*(Creditor)* |
| **Michael S. Weinstein**<br>Golenbock Eiseman Assor Bell &<br>Peskoe LL<br>711 Third Avenue<br>New York, NY 10017<br>212-907-7347<br>212-754-0330 (fax)<br>mweinstein@golenbock.com<br>  *Assigned:* 07/22/2022<br>LEAD ATTORNEY | representing | **Chong Shen Raphanella**<br>*(Creditor)* |
| | | **Rong Zhang** |

| | | |
|---|---|---|
| | | *(Creditor)* |
| | | **Xiaodan Wang**<br>*(Creditor)* |
| **Jay Marshall Wolman**<br>Randazza Legal Group, PLLC<br>100 Pearl Street, 14th Floor<br>Hartford, CT 06103<br>702-420-2001<br>jmw@randazza.com<br>  *Assigned: 02/17/2022* | representing | **Logan Cheng**<br>c/o Randazza Legal Group, PLLC<br>100 Pearl Street<br>14th Floor<br>Hartford, CT 06103<br>*(Creditor)* |
| **Peter J. Zarella**<br>McElroy, Deutsch, Mulvaney & Carpenter,<br>One State Street, 14th floor<br>Hartford, CT 06103<br>860-241-2688<br>860-522-2796 (fax)<br>pzarella@mdmc-law.com<br>  *Assigned: 03/22/2022* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |

**22-05032** Pacific Alliance Asia Opportunity Fund L.P. v. Kwok
**Case type:** ap **Related bankruptcy:** 22-50073 **Judge:** Julie A. Manning
**Date filed:** 11/22/2022 **Date of last filing:** 12/02/2022

# Attorneys

| | | |
|---|---|---|
| **Laura Aronsson**<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036<br>212-728-5841<br>laronsson@omm.com<br> *Assigned: 11/22/2022* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(Plaintiff)* |
| **Patrick M. Birney**<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8200<br>(860) 275-8299 (fax)<br>pbirney@rc.com<br> *Assigned: 11/22/2022* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(Plaintiff)* |
| **Daniel Cantor**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>212-408-2483<br>dcantor@omm.com<br> *Assigned: 11/23/2022*<br> *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(Plaintiff)* |
| **Peter Friedman**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5302<br>pfriedman@omm.com<br> *Assigned: 11/22/2022* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(Plaintiff)* |
| **Mia N. Gonzalez**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>212-728-5698<br>mgonzalez@omm.com<br> *Assigned: 11/22/2022* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(Plaintiff)* |
| **David V. Harbach, II**<br>O'Melveny & Myers LLP | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(Plaintiff)* |

| | | |
|---|---|---|
| 1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5127<br>dharbach@omm.com<br>  Assigned: 12/02/2022 | | |
| **Jeffrey Hellman**<br>Law Offices of Jeffrey Hellman, LLC<br>195 Church Street<br>10th Floor<br>New Haven, CT 06510<br>203-691-8762<br>203-823-4401 (fax)<br>jeff@jeffhellmanlaw.com<br>  Assigned: 12/01/2022 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Defendant)* |
| **Nancy Bohan Kinsella**<br>Neubert, Pepe, Monteith, P.C.<br>195 Church Street<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2008 (fax)<br>nkinsella@npmlaw.com<br>  Assigned: 12/01/2022 | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Plaintiff-Intervenor)* |
| **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>  Assigned: 11/22/2022 | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Plaintiff-Intervenor)* |
| **Stuart M. Sarnoff**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>202-326-2293<br>ssarnoff@omm.com<br>  Assigned: 11/22/2022 | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(Plaintiff)* |
| **Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>  Assigned: 11/22/2022 | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Plaintiff-Intervenor)* |
| **Annecca H. Smith**<br>Robinson & Cole, LLP<br>280 Trumbull Street | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(Plaintiff)* |

Hartford, CT 06103
860-275-8325
860-275-8299 (fax)
asmith@rc.com
  *Assigned: 11/22/2022*
  *LEAD ATTORNEY*

**David S. Wachen**
Wachen LLC
11605 Montague Court
Potomac, MD 20854
240-292-9121
301-259-3846 (fax)
david@wachenlaw.com
  *Assigned: 12/01/2022*
  *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Defendant)*