UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK, *et al.*,                                   :    Case No. 22-50073 (JAM)
                                                         :
         Debtors.[1]                                     :    Jointly Administered
                                                         :
---------------------------------------------------------x

**MOTION, PURSUANT TO BANKRUPTCY RULE 9006(c)(1), TO
EXPEDITE HEARING ON ADDENDUM TO SUPPLEMENTAL MOTION OF
CHAPTER 11 TRUSTEE, GENEVER HOLDINGS CORPORATION, AND GENEVER
HOLDINGS LLC FOR ENTRY OF AN ORDER (I) SETTING BAR DATES FOR
FILING PROOFS OF CLAIM; (II) APROVING FORM OF NOTICE OF BAR DATES;
AND (III) GRANTING RELATED RELIEF**

Luc Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), Genever Holdings Corporation ("Genever (BVI)"), and Genever Holdings LLC ("Genever (US)" and, together with the Trustee, and Genever (BVI), the "Movants"), pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby move (the "Motion to Expedite") this Court for an order scheduling an expedited hearing to consider and determine the *Addendum to Supplemental Motion of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim; (II) Approving Form of Notice of Bar Dates; and (III) Granting Related Relief* [Docket No. 1191]

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

(the "Addendum").[2]  In support of his Motion to Expedite, the Trustee respectfully states as follows:

## JURISDICTION, VENUE, AND STATUTORY BASIS

1.      The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut (as amended). The Addendum, including this Motion to Expedite with respect thereto, is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2.      Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The basis for the relief sought by this Motion to Expedite is Bankruptcy Rule 9006(c)(1).

## BACKGROUND

4.      On February 15, 2022 (the "Petition Date"), the Individual Debtor filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

5.      On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") in the Individual Debtor's chapter 11 case (the "Chapter 11 Case" or the "Main Case").  No examiner has been appointed in the Chapter 11 Case.

6.      On June 15, 2022, the Court entered a memorandum of decision and order [ECF No. 465] (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee in the Chapter 11 Case.  Pursuant to the Trustee Order, the United States Trustee selected Luc A. Despins as the Trustee.[3]

---

[2]     Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Addendum.

[3]     The references to docket numbers set forth in this Motion refer to the Chapter 11 Case docket unless otherwise indicated.

7. On July 8, 2022, the Court entered an order granting the appointment of Luc A. Despins as the Trustee in the Chapter 11 Case [ECF No. 523].

8. On November 8, 2022, Movants filed the Supplemental Bar Date Motion.

9. On November 16, 2022, the Court held a hearing (the "Hearing") on the Supplemental Bar Date Motion [Docket No. 1072]. At the conclusion of the Hearing on the Supplemental Bar Date Motion, the Court granted the Supplemental Bar Date Motion with certain modification discussed by the Trustee on the record at the Hearing

10. On November 17, 2022, the Trustee submitted to the Court a revised proposed Bar Date Order, reflecting those modifications.

11. On November 21, 2022, the Trustee filed the Trustee's Statement.

12. That same day, the Trustee also filed a notice advising the Court that, as a result of the Individual Debtor's continued attacks on social media, the Trustee would be submitting a further revised proposed Bar Date Order that would allow individual creditors to submit Proofs of Claims without publicly disclosing their names and contact information. The Trustee reiterated the same point at the November 21, 2022 status conference.

## THE ADDENDUM[4]

13. By the Addendum, the Movants seeks entry of a further revised proposed Bar Date Order so as to (a) allow individual creditors to submit a Proof of Claim on a confidential basis without publicly disclosing their names and contact information and (b) extend the general claims bar date to assert claims against the Individual Debtor, Genever (BVI), and Genever (US)

---

[4] The following summary of the relief sought in the Addendum is qualified in its entirety by the Addendum.

be pushed out by fourteen (14) days to **January 27, 2023 at 11:59 p.m. (prevailing Eastern Time)**.[5]

14.     As detailed in the Addendum, Movants believe that, unless individual creditors are given the option to submit their Proofs of Claim on a confidential basis without publicly disclosing their names and contact information, many creditors may choose not to file a Proof of Claim out of fear of retaliation by the Individual Debtor and his affiliated organizations.

## **RELIEF REQUESTED**

15.     Bankruptcy Rule 9006(c)(1) provides that the Court may reduce the notice period when requested by motion upon cause shown. Cause exists to consider and determine the Addendum upon an expedited basis. The Trustee respectfully requests that the Court schedule a hearing with respect to the Addendum for Wednesday, December 7, 2022, or as soon as possible thereafter as the Court may be available.

16.     The Individual Debtor's chapter 11 case has already been pending for nearly ten months, and it is critically important that procedures be established that will allow all creditors to safely submit any claims they may have against the Individual Debtor, Genever (BVI), or Genever (US) without having to fear retaliation by the Individual Debtor and his affiliated organizations. Additionally, it is crucial that a bar date be swiftly set so to allow the Trustee a full and comprehensive understanding of the universe of claims against the Individual Debtor (as well as the universe of claims against Genever (BVI) and Genever (US)).

17.     Finally, the Trustee requests that the Court order that any opposition to the Addendum be filed on or before December 6, 2022, at 12:00 p.m.

---

[5] For the avoidance of doubt, this general bar date shall also apply to claims asserted by governmental units against the Individual Debtor and/or Genever (US). The proposed bar date for governmental units to assert claims against Genever (BVI) will remain unchanged, *i.e.*, April 10, 2023 at 11:59 p.m. (prevailing Eastern Time).

WHEREFORE, Movants request that the Court issue an Order, substantially in the form attached hereto, setting a hearing on the Addendum on December 7, 2022, setting a deadline to object to the Addendum, and ordering such other and further relief as is just and proper.

Dated:  December 2, 2022
         New Haven, Connecticut

| GENEVER HOLDINGS LLC | LUC A. DESPINS, CHAPTER 11 TRUSTEE |
|---|---|
| By: /s/Douglas S. Skalka<br>  Douglas S. Skalka (ct00616)<br>  Patrick R. Linsey (ct29437)<br>  NEUBERT, PEPE & MONTEITH, P.C.<br>  195 Church Street, 13th Floor<br>  New Haven, Connecticut 06510<br>  (203) 821-2000<br>  dskalka@npmlaw.com<br>  plinsey@npmlaw.com | By: /s/Douglas S. Skalka<br>  Douglas S. Skalka (ct00616)<br>  Patrick R. Linsey (ct29437)<br>  NEUBERT, PEPE & MONTEITH, P.C.<br>  195 Church Street, 13th Floor<br>  New Haven, Connecticut 06510<br>  (203) 821-2000<br>  dskalka@npmlaw.com<br>  plinsey@npmlaw.com |
| *and* | *and* |
| Kevin J. Nash, Esq.<br>GOLDBERG WEPRIN FINKEL<br>GOLDSTEIN LLP<br>1501 Broadway, 22nd Floor<br>New York, New York 10036<br>(212) 221-5700 | Nicholas A. Bassett (*pro hac vice*)<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>Washington, D.C., 20036<br>(202) 551-1902<br>nicholasbassett@paulhastings.com |
| *Counsel for Genever Holdings LLC*<br>*Debtor and Debtor-in-Possession* | *and* |
| GENEVER HOLDINGS CORPORATION | Douglass Barron (*pro hac vice*)<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6079<br>douglassbarron@paulhastings.com |
| By: /s/Douglas S. Skalka<br>  Douglas S. Skalka (ct00616)<br>  Patrick R. Linsey (ct29437)<br>  NEUBERT, PEPE & MONTEITH, P.C.<br>  195 Church Street, 13th Floor<br>  New Haven, Connecticut 06510<br>  (203) 821-2000<br>  dskalka@npmlaw.com<br>  plinsey@npmlaw.com | *Counsel for the Chapter 11 Trustee* |
| *Counsel for Genever Holdings Corporation*<br>*Debtor and Debtor-in-Possession* | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re:                                          :    Chapter 11
                                                :
HO WAN KWOK, *et al.*,                          :    Case No. 22-50073 (JAM)
                                                :
Debtors.¹                                       :    Jointly Administered
                                                :
------------------------------------------------------x

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the chapter 11 trustee's (the "Trustee"), Genever Holdings Corporation's ("Genever (BVI)"), and Genever Holdings LLC's ("Genever (US)" and, together with the Trustee, and Genever (BVI), the "Movants") *Addendum to Supplemental Motion of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim; (II) Approving Form of Notice of Bar Dates; and (III) Granting Related Relief* [Docket No. 1191] (the "Addendum");² and good cause appearing, it is hereby

**ORDERED,** that a hearing on the Addendum shall be held on **December 7, 2022, at [_]:00 [_].m.** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT  06604 (the "Hearing"); and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Addendum.

2

**ORDERED,** that the deadline to object to the Addendum shall be **December 6, 2022 at 12:00 p.m.**; and it is further

**ORDERED,** that a copy of this Order, along with the Addendum and any attachments thereto, shall be served upon all parties to the above-captioned case, and the Movants shall file a certificate of service in advance of the Hearing.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                            :
In re:                                      :    Chapter 11
                                            :
HO WAN KWOK, *et al.*,                      :    Case No. 22-50073 (JAM)
                                            :
           Debtors.[1]                      :    Jointly Administered
                                            :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 2, 2022, the foregoing Motion was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2] Parties may access this filing through the Court's CM/ECF system.

Dated:    December 2, 2022           LUC A. DESPINS,
          New Haven, Connecticut     CHAPTER 11 TRUSTEE

                                     By:    /s/Douglas S. Skalka
                                            Douglas S. Skalka (ct00616)
                                            Patrick R. Linsey (ct29437)
                                            NEUBERT, PEPE & MONTEITH, P.C.
                                            195 Church Street, 13th Floor
                                            New Haven, Connecticut 06510
                                            (203) 821-2000
                                            dskalka@npmlaw.com
                                            plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

  *and*

  Nicholas A. Bassett *(pro hac vice)*
  PAUL HASTINGS LLP
  2050 M Street NW
  Washington, D.C., 20036
  (202) 551-1902
  nicholasbassett@paulhastings.com

  *and*

  Avram E. Luft *(pro hac vice)*
  Douglass Barron (*pro hac vice*)
  PAUL HASTINGS LLP
  200 Park Avenue
  New York, New York 10166
  (212) 318-6079
  aviluft@paulhastings.com

  *Counsel for the Chapter 11 Trustee*

2