Form ntcflgtrbk

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

| | |
|---|---|
| In Re: Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC<br>Debtor(s) | Case No.: 22−50073 |

### NOTICE OF FILING OF TRANSCRIPT
### AND OF DEADLINES TO RESTRICTIONS AND REDACTION

A transcript of the proceeding held on 11/18/2022 was filed on 12/3/2022. The following deadlines apply:

The parties have until seven (7) calendar days from the date of filing of the transcript to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 21 days from the date of filing of the transcript.

If a request for redaction is filed, the redacted transcript is due 31 days from the date of filing of the transcript.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 90 calendar days from the date of filing of the transcript unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

Dated: December 5, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form ntctrbk