**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 |
| | : |
| Debtor.[1] | : |
| | : |
| | : |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that the undersigned appears for THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules, demands that all notices given or required to be given in this case and all papers, documents and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, Post Office address, fax number, email address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, every order, application, motion, petition, pleading, plan, request, complaint, demand, or other document which is filed with or brought before this Court or which affects the Debtor or the property of the Debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or

---

[1] The Debtor is known by the following names: Guo Wengui; Miles Guo; Miles Kwok; and Ho Wan Kwok.

conveyed by mail delivery, telephone, telegraph, facsimile transmission, email, telex or otherwise.

Dated: Bridgeport, Connecticut
       December 5, 2022

Respectfully Submitted,

By:   /s/Kristin B. Mayhew
      Kristin B. Mayhew (ct20896)
      Pullman & Comley, LLC
      850 Main Street, P.O. Box 7006
      Bridgeport, CT  06601-7006
      Tel: 203 330 2198
      kmayhew@pullcom.com
      Attorneys for the Official Committee of Unsecured Creditors

**CERTIFICATE OF SERVICE**

I, Kristin B. Mayhew, hereby certify that a copy of the foregoing Notice of Appearance was filed electronically with the Court on December 5, 2022. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this riling through the Court's CM/ECF System.

/s/Kristin B. Mayhew
Kristin B. Mayhew