**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
                                                      :
In re:                                                :    Chapter 11
                                                      :
HO WAN KWOK, *et al.*,                                :    Case No. 22-50073 (JAM)
                                                      :
                    Debtors.[1]                       :    Jointly Administered
                                                      :
------------------------------------------------------x

### THIRD CONSENT ORDER REGARDING HING CHI NGOK'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SUBPOENA FOR RULE 2004 EXAMINATION

On October 13, 2022, Hing Chi Ngok ("Mrs. Ngok") filed a *Motion for Extension of Time to Respond to Subpoena for Rule 2004 Examination* ("Motion"). *See* Doc. No. 963. The Court ordered Luc A. Despins, Chapter 11 Trustee (the "Trustee") to file a response to the Motion on or before 5:00pm on October 21, 2022. In lieu of a response to the Motion, on October 24, 2022, the Trustee and Mrs. Ngok, as well as Greenwich Land, LLC ("Greenwich Land," and, together with Mrs. Ngok, the "Respondents"), submitted a Consent Order (the "First Consent Order").[2] On November 14, 2022, the Parties submitted a second consent order (the "Second Consent Order"). The Parties now submit this third consent order ("Third Consent Order") which shall supplement and amend the Second Consent Order as set forth herein.

### STIPULATED FACTS

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) (the "Individual Debtor") and Genever Holdings Corporation (the "Genever BVI Debtor"). The mailing address for the Trustee and the Genever BVI Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein adopt the definitions set forth in the First Consent Order.

The Trustee and the Respondents (together, collectively, the "Parties") stipulate to the following facts (the "Stipulated Facts"):

1. The First Consent Order provided, among other things, that:

    1.1. the Respondents agreed to produce all documents responsive to their respective Subpoenas on or before November 8, 2022;

    1.2. the Parties agree that the deposition of Mrs. Ngok would take place on November 14, 2022; and

    1.3. the Respondents agreed not to make any effort to sell, or to sell any property under their control, including the Greenwich Residence, prior to November 21, 2022.

2. The Second Consent Order provided, among other things, that:

    2.1. The Respondents shall produce all documents responsive to their respective Subpoenas on or before November 18, 2022; and

    2.2. The deposition of Mrs. Ngok shall take place on December 6, 2022.

3. In the course of final preparations for the examination, Mrs. Ngok learned on December 5, 2022 that her father-in-law was in seriously grave condition. On December 6, 2022, Mrs. Ngok's father-in-law passed away. Mrs. Ngok's counsel informed counsel to the Trustee of these facts. The parties agreed to adjourn the December 6, 2022 deposition as set forth below.

**THIRD CONSENT ORDER:**

The Parties stipulate and agree, and the Court hereby orders, as follows:

1. The Stipulated Facts are adopted herein as the basis for this Third Consent Order.

2.  Given the fact that Mrs. Ngok's father-in-law has passed away on December 6, 2022, the deposition of Mrs. Ngok shall take place on a date to be determined subsequent the mourning period. The Parties agree to meet and confer to determine a mutually agreeable date for the deposition of Mrs. Ngok. The location and time to be determined by the Parties. There will be one official, independent/third-party translator at the deposition for purposes of the official record and transcript, to be provided by the Trustee. Counsel for Mrs. Ngok is permitted to bring Mrs. Ngok's translator to the deposition, provided the translator does not communicate with the witness while the deposition is ongoing and on-the-record, agrees to be bound by the Protective Order, and agrees not to make statements on the record. Notwithstanding the foregoing, Mrs. Ngok's translator will be permitted to advise counsel for Mrs. Ngok if the translator believes there has been an improper translation.

3.  The Respondents shall not make any effort to sell, or sell any property under their control, including, without limitation, the Greenwich Residence, prior to January 13, 2023.

Dated at Bridgeport, Connecticut this 6th day of December, 2022.

Acknowledged and agreed to by:

**Hing Chi Ngok and Greenwich Land LLC**

By: */s/ Evan S. Goldstein*

Evan S. Goldstein
*Their Attorney*

**Luc A. Despins, Chapter 11 Trustee**
By: */s/ Avi E. Luft*

Avi E. Luft
*His Attorney*

IT IS SO ORDERED at Bridgeport, Connecticut this 9th day of December, 2022.

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut