# Exhibit A

**M/Y Lady May**
**Unpaid Bills**
As of November 30, 2022

| Date | Transaction Type | No. | Amount | Open Balance | Currency | Foreign Open Balance | Memo/Description |
|------|------|------|------|------|------|------|------|
| **Axxess Marine BV** | | | | | | | |
| 31/10 2022 | Bill | 2020711 | 5,  33.75 | 5,  33.75 | USD | | 5,  33.75 Service, troubleshooting, and repair of AVIT systems |
| **otal for Axxess Marine BV** | | | **$  5 433 75 $  5 433 75** | | | | |
| **Black Rock Boat Works** | | | | | | | |
| 21/11 2022 | Bill | 1733 | 1,  87.63 | 1,  87.63 | USD | | 1,  87.63 Fabrication of 5 mooring loops, 100x 2  PolyDac 3 strand |
| **otal for Black Rock Boat Works** | | | **$  1 487 63 $  1 487 63** | | | | |
| **Bluecrest Holdings LLC** | | | | | | | |
| 26/09 2022 | Bill | 22010 | 311.33 | 311.33 | USD | | 311.33 Storage of yacht furniture in Fort Lauderda e |
| 26/10 2022 | Bill | 22011 | 311.33 | 311.33 | USD | | 311.33 PODS storage invoice #00037    01 |
| 26/11 2022 | Bill | 22012 | 311.33 | 311.33 | USD | | 311.33 PODS storage invoice #0003657208 |
| **otal for Bluecrest Holdings LLC** | | | **$  933 99 $  933 99** | | | | |
| **Br dgeport Harbor Marina** | | | | | | | |
| 23/11 2022 | Bill | 323 ,  3236 | 16,  8. 25 | 16,  8. 25 | USD | | 16,  8 .25 December dockage and power in Bridgeport Harbor Marina. Invo ces #323   and #3236 |
| **otal for Br dgeport Harbor Marina** | | | **$  16 484 25 $  16 484 25** | | | | |
| **Cayman Registry** | | | | | | | |
| 25/11 2022 | Bill | ANN23 1110 | 7,  5.00 | 7,  5.00 | USD | | 7  5.00 Lady May Cayman casualty investigation fund |
| **otal for Cayman Registry** | | | **$  745 00 $  745 00** | | | | |
| **Evolution Yacht Agents** | | | | | | | |
| 29/03 2022 | Bill | INV/2022/03/0557 | 2,293.96 | 2,293.96 | EUR | | 2,087.98 Payment on behalf Pinmar Inv. 20799 |
| 31/03 2022 | Bill | INV/2022/01/0086 | 128.30 | 128.30 | EUR | | 11 .95 Transport 1 pallet / boxes from warehouse to yacht |
| **otal for Evolution Yacht Agents** | | | **$  2 422 26 $  2 422 26** | | | | |
| **IDEA Data Solutions GmbH** | | | | | | | |
| 02/11 2022 | Bill | 13587 | 1,186.35 | 1,186.35 | EUR | | 1,200.00 IDEA YACHT Basic Software and Support Plan - subscription |
| **otal for IDEA Data Solutions GmbH** | | | **$  1 186 35 $  1 186 35** | | | | |
| **Lloyd's Register EMEA** | | | | | | | |
| 22/11 2022 | Bill | 355-117972 | 3,003.81 | 3,003.81 | EUR | | 2,930.05 Survey for STBD Main Engine |
| **otal for Lloyd's Register EMEA** | | | **$  3 003 81 $  3 003 81** | | | | |
| **Marlink GBP** | | | | | | | |
| **44 (0)208 974 0935** | | | | | | | |
| 30/09 2022 | Bill | IN222657 | 722.  1 | 722.  1 | GBP | | 650.00 techn cal support |
| 31/10 2022 | Bill | IN222880 | 753.96 | 753.96 | GBP | | 650.00 Final invoice for support form Marlink. |
| 30/11 2022 | Bill | IN223090 | 779.36 | 779.36 | GBP | | 650.00 Final remote support invoice. Service terminated from December 1st. |
| **otal for Marlink GBP** | | | **$  2 255 73 $  2 255 73** | | | | |
| **Marlink USD** | | | | | | | |
| **44 (0)208 974 0935** | | | | | | | |
| 30/09 2022 | Bill | IN222658 | 3,720.00 | 3,720.00 | USD | | 3,720.00 V-Sat monthly fee. Final payment. Contract cancel ed 30 Sept. 2022 |
| **otal for Marlink USD** | | | **$  3 720 00 $  3 720 00** | | | | |
| **Moneycorp Bank Limited** | | | | | | | |
| 01/11 2022 | Bill | 28939180 | 17.26 | 17.26 | GBP | | 15.00 Bank fees 10/2022 |
| **otal for Moneycorp Bank Limited** | | | **$  17 26 $  17 26** | | | | |
| **Moneycorp Bank Limited EUR** | | | | | | | |
| 01/11 2022 | Bill | 28937657 | 13 .  3 | 13 .  3 | EUR | | 136.00 Bank fees 10/2022 - 2nd part |
| **otal for Moneycorp Bank Limited EUR** | | | **$  134 43 $  134 43** | | | | |
| **National Marine Suppl ers** | | | | | | | |
| 26/07 2022 | Supplier Cred t | 71252 -01 | -1.58 | -1.58 | USD | | -1.58 Prepayment credit |
| 27/07 2022 | Bill | 713838-01 | 76.90 | 76.90 | USD | | 76.90 Gal ey sma l equipment |
| 29/07 2022 | Bill | 712 71-01 | ,551.2 | ,551.2 | USD | | ,551.2 Parts for tender |
| 29/07 2022 | Bill | 71 977-01 | ,096.32 | ,096.32 | USD | | ,096.32 Engineering supplies |
| 29/07 2022 | Bill | 713 15-01 | 1,505.  6 | 1,505.  6 | USD | | 1,505.  6 Deck cleaning products |
| 29/07 2022 | Bill | 71 926-01 | 1,  5.69 | 1,  5.69 | USD | | 1,  5.69 Epson cartridges |
| 29/07 2022 | Bill | 712 71-02 | 1,0  9.97 | 1,0  9.97 | USD | | 1,0  9.97 Safety tems |
| 29/07 2022 | Bill | 713173-01 | 950.00 | 950.00 | USD | | 950.00 Engineering supplies |
| 29/07 2022 | Bill | 712736+01 | 693.66 | 693.66 | USD | | 693.66 Engineering spare parts |
| 29/07 2022 | Bill | 716229-01 | 676.85 | 676.85 | USD | | 676.85 Karcher NT 27/1 Vacuum cleaner wet-dry |
| 29/07 2022 | Bill | 631286-18 | 588.50 | 588.50 | USD | | 588.50 Tender storage 07/2022 |
| 29/07 2022 | Bill | 71  113-01 | 556.96 | 556.96 | USD | | 556.96 Sign NO SMOKING, sign FUELING IN PROGRESS |
| 29/07 2022 | Bill | 71 618-01 | 555.56 | 555.56 | USD | | 555.56 Engineering supplies |
| 29/07 2022 | Bill | 71 112-01 | 517.08 | 517.08 | USD | | 517.08 Engineering supplies |
| 29/07 2022 | Bill | 71 76 -01 | 325.23 | 325.23 | USD | | 325.23 Deck supp es |
| 29/07 2022 | Bill | 7159 5-01 | 279.50 | 279.50 | USD | | 279.50 Deck supp es |
| 29/07 2022 | Bill | 71288 -01 | 251.93 | 251.93 | USD | | 251.93 Bags 5kg and 500 grams |
| 01/08 2022 | Bill | 720827 | 2,  56.57 | 2,  56.57 | USD | | 2,  56.57  date 12/07/2022 Supplementary fenders |
| 08/08 2022 | Bill | 713626-01 | 536.97 | 536.97 | USD | | 536.97 interior supplies |
| 09/08 2022 | Bill | 716192-01 | 1,035.36 | 1,035.36 | USD | | 1,035.36 Shipping and forwarding |
| 10/08 2022 | Bill | 712 71-0 | 1,322.7 | 1,322.7 | USD | | 1,322.7  Shipping and forwarding |
| 11/08 2022 | Bill | 716738-02 | 3  5.97 | 3  5.97 | USD | | 3  5.97 Shipping and forwarding |
| 18/08 2022 | Bill | 71 583-01 | 96.80 | 96.80 | USD | | 96.80 Shipping and forwarding |
| 18/08 2022 | Supplier Cred t | 711186-0 | -9.05 | -9.05 | USD | | -9.05 credit no e |
| 19/08 2022 | Bill | 716738-01 | 50.97 | 50.97 | USD | | 50.97 Shipping and forwarding |
| 19/08 2022 | Bill | 713838-02 | 251.  8 | 251.  8 | USD | | 251.  8 Interior supplies |
| 19/08 2022 | Bill | 718 98-01 | 71.25 | 71.25 | USD | | 71.25 Shipping and forwarding |
| 29/08 2022 | Bill | 71 970-01 | 2,783.05 | 2,783.05 | USD | | 2,783.05 engineering parts |
| 29/08 2022 | Bill | 715 22-01 | 1,155.85 | 1,155.85 | USD | | 1,155.85 engineering parts |
| 29/08 2022 | Bill | 712 71-03 | 1,0  8.97 | 1,0  8.97 | USD | | 1,0  8.97 Safety equipment |
| 29/08 2022 | Bill | 716750-01 | 256.87 | 256.87 | USD | | 256.87 Safety equipment |
| 31/08 2022 | Bill | 631286-19 | 588.50 | 588.50 | USD | | 588.50 Storage for two tenders |
| 19/09 2022 | Bill | 71  977-03 | 636.67 | 636.67 | USD | | 636.67 Shiping of orders |
| 26/09 2022 | Bill | 713626-02 | 159.50 | 159.50 | USD | | 159.50 Art facts rattan white |
| 26/09 2022 | Bill | 712811-01 | 65.50 | 65.50 | USD | | 65.50 C eening supplies |
| 27/09 2022 | Bill | 7136 2-01 | 1,138.  7 | 1,138.  7 | USD | | 1,138.  7 UHF radio and microphones for fire team |
| 27/09 2022 | Bill | 721152-01 | 1,019.70 | 1,019.70 | USD | | 1,019.70 Fender lines |
| 27/09 2022 | Bill | 712 71-05 | 839.69 | 839.69 | USD | | 839.69 Anchor chain for tender. Shipping of training EEBD. New fire helmets. |
| 27/09 2022 | Bill | 718960-01 | 88.80 | 88.80 | USD | | 88.80 Sat-C printer paper |
| 28/09 2022 | Bill | 713838-0 | 97.82 | 97.82 | USD | | 97.82 Guest meal serv ce ware |
| 28/09 2022 | Bill | 713838-03 | .98 | .98 | USD | | .98 Guest meal serv ce ware |
| 29/09 2022 | Bill | 720715-01 | 0.00 | 0.00 | USD | | 0.00 Shipping of engineering supplies |
| 29/09 2022 | Supplier Cred t | 31988-01 | -719.70 | -719.70 | USD | | -719.70 Refund for incorrect fender ines sent to us |
| 30/09 2022 | Bill | 631286-20 | 588.50 | 588.50 | USD | | 588.50 Storage for two tenders |
| **otal for National Marine Suppliers** | | | **$  34 911 50 $  34 911 50** | | | | |
| **OES PCC Limited** | | | | | | | |
| 10/11 2022 | Bill | PCIC0001 | 69,090.92 | 69,090.92 | USD | | 69,090.92 Crew payroll 11/2022 |
| **otal for OES PCC Limited** | | | **$  69 090 92 $  69 090 92** | | | | |
| **Ring Power** | | | | | | | |
| 16/11 2022 | Bill | A106218 | 3,089.3 | 27,550.3 | USD | | 27,550.3  Servicing of both main engines. Total of $ 3,089.3   minus the deposit of $15,539.00 paid in September 22. |
| **otal for Ring Power** | | | **$  43 089 34 $  27 550 34** | | | | |
| **Sono Marine Electronics** | | | | | | | |
| 21/11 2022 | Bill | 19 5 | 2,  50.00 | 2,  50.00 | USD | | 2,  50.00 Insta lation of black rubber antenna, Icom VHF rad o outboard and double-pole circuit braker |
| **otal for Sono Marine Electronics** | | | **$  2 450 00 $  2 450 00** | | | | |
| **ravel For Crew** | | | | | | | |
| 05/10 2022 | Bill | 101001652 | 19.95 | 19.95 | EUR | | 20.00 Bank fees |
| 2 /10 2022 | Bill | 101001788 | 70 .60 | 70 .60 | EUR | | 715.83 Kr s Fr ia - New York to Copenhagen |
| 2 /10 2022 | Bill | 101001789 | 6 .95 | 6 .95 | EUR | | 62.20 Rasmus N elsen - Copenhagen to New York |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| otal for  ravel For Crew | | | | $ | 1 179.50 | $ | 1 179.50 | | |
| **Yacht Liv ng Solutions BV** | | | | | | | | | |
| | 31/10 2022 | B ll | I-2022-02  8 | | 3,  7.90 | | 3,  7.90 | EUR | 3,  62.50  Service subscription |
| otal for Yacht Liv ng Solutions BV | | | | $ | 3 447 90 | $ | 3 447 90 | | |
| **Yachtzoo LLC** | | | | | | | | | |
| | 2  /10 2022 | B ll | 220030 | | 5,9  0.00 | | 5,9  0.00 | USD | 5,9  0.00  Yachtzoo Management Fees 10/2022 |
| | 22/11 2022 | B ll | 220033 | | 5,9  0.00 | | 5,9  0.00 | USD | 5,9  0.00  Yachtzoo Management Fees 11/2022 |
| otal for Yachtzoo LLC | | | | $ | 11 880 00 | $ | 11 880 00 | | |
| O  AL | | | | $ | 203 873 62 | $ | 188 334 62 | | |

**Axxess Marine BV**

Piethein kade 55
Amsterdam, The Netherlands
1019GM NL
accounts@axxess-marine.com
www.axxess-marine.com



# INVOICE

| BILL TO | SHIP TO | INVOICE | 2020711 |
|---|---|---|---|
| M/Y Lady May | M/Y Lady May | DATE | 10/31/2022 |
| 1st Floor, St John House | 1st Floor, St John House | TERMS | Due on receipt |
| 16 Church Street | 16 Church Street | DUE DATE | 10/31/2022 |
| Bromsgrove | Bromsgrove | | |
| B61 8DN | B61 8DN | | |
| GB | GB | | |

| SKU | QTY | AMOUNT |
|---|---|---|
| **Travel Rate**<br>10/08/2022<br>Engineer Virgillio Suazo<br>Travel Rate  (half of regular hourly rate / $150 00)  per hour | 8.50 | 637.50 |
| **Labour -Day Rate**<br>11/08/2022<br>Daily Engineer Rate @ $1500 per day<br>Engineer- Cedric Ymanette<br>Discussed Needs & Expectations with the Crew<br>- Inspection of the Vsat  and 2x TVro antennas and below deck equipment (BDE).<br>  Download of  config files and opt file from sat antennas BDE<br>- Inspection of Cellular data solution and installation.<br>- Investigation for improvement  of data solutions onboard<br> (new antenna locations, different options).<br>  Configuration setting inspection and copy of all current  Pepwaves<br>- Inspection and copy of Kerio settings.<br> - Mapping the entire network via the 2x 48 port Netgear switches.<br>- 8 hrs | 1 | 1,500.00 |
| **Labour -Day Rate**<br>11/08/2022<br>Daily Engineer Rate @ $1500 per day<br>Engineer  Virgillio Suazo<br>- 8 hrs | 1 | 1,500.00 |
| **Labour -Day Rate**<br>12/08/2022<br>Daily Engineer Rate @ $1500 per day<br>Engineer- Cedric Ymanette<br>- Removal of IP conflicts encountered on the network.<br>  Accessed pf Aruba virtual wireless controller and download of config file and logs<br>- Inspection of 2 Rukus AP located near engine room.  19x AP find connected.<br>- Accessing the Synology server and access's modification  made after engineer's request.<br>- Wifi quality and strength measurement mapped over the entire ship.<br>  Synology user training to engineer<br>- Making of Service report and recommendations report.<br>-  Quick training of Engineer on current IT's equipment  and explanation of recommendations<br>- 8hrs | 1 | 1,500.00 |

| | | |
|---|---|---|
| **Labour -Day Rate**<br>12/08/2022<br>Daily Engineer Rate @ $1500 per day<br>Engineer- Virgillio Suazo<br>-8 hrs | 1 | 1,500.00 |
| **Travel Rate**<br>13/08/2022<br>Engineer Virgillio<br>Travel Rate  (half of regular hourly rate / $150.00)  per hour | 7.50 | 562.50 |
| **Travel Rate**<br>13/08/2022<br>Engineer Cedric<br>Travel Rate  (half of regular hourly rate / $150.00)  per hour | 7.50 | 562.50 |
| Discount as per proposal # 1005 | | |

*Please note for all charges $2,000 and under, your credit card on file will be charged after 48 business hours on receipt of this invoice
*All invoices paid via credit card will be charged with an additional 3.9% credit card fee.
*Hardware must be paid in full upon request.
*Any unforeseen anomalies discovered by the engineers during the routine scope of work onboard, will be addressed case by case.
Please note – effective June 1, 2022 – all invoices will be subject to an added base rate late fee of 5% for every 30 days past due from date of issue. As always, Axxess Marine invoices are due upon receipt. We appreciate your attention to this change. For more details or any questions or concerns you may have, please reach out to our accounts department – accounts@axxess-marine.com

| | |
|---|---|
| SUBTOTAL | 7,762.50 |
| DISCOUNT  30% | -2,328.75 |
| TOTAL | 5,433.75 |
| BALANCE DUE | **USD 5,433.75** |

Transfer the amount to the business account below.

A) For Wire Payment of U.S Dollars FROM U.S. A:
Account Holder: Axxess Marine BV
Acct Number: ▆▆▆▆▆▆
Routing: ▆▆▆▆▆▆
Address: Transferwise
19th W 24th Street
New York, NY 10010
United States of America

B) For Wire Payment of U.S. Dollars OUTSIDE the U.S.A
Account Holder: Axxess Marine BV
Acct Number: ▆▆▆▆▆▆
Swift/BIC: ▆▆▆▆▆▆
Address: Transferwise
19 W 24th Street
New York, NY 10010
United States of America

C) For Wire Payment of EURO:
Account Holder: Axxess Marine BV
IBAN: ▆▆▆▆▆▆
SWIFT/BIC: ▆▆▆▆▆▆
Address: WISE
Avenue Louise 54, Room S52
Brussels 1050
Belgium

**Black Rock Boat Works LLC**

731 Seaview Ave
Bridgeport, CT  06607 US
+1 2038296754
blackrockboatworks@gmail.com



## INVOICE

| BILL TO | | INVOICE | 1733 |
|---|---|---|---|
| M/Y Lady May | | DATE | 11/21/2022 |
| HK international Funds Investments (USA) Limited LLC | | TERMS | Due on receipt |
| C/O Yachtzoo LLC | | DUE DATE | 11/21/2022 |
| c/o Catarineau & Givens, PA | | | |
| 8000 SW 117th Avenue, Suite 204 | | | |
| Miami, FL 33183, USA | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Marine Labor Shop Rate | Fabricate (5) mooring loops. | 5 | 138.00 | 690.00 |
| | Sales | 2" PolyDac 3 strand black including shipping | 100 | 7.50 | 750.00T |

| | | |
|---|---|---|
| SUBTOTAL | | 1 440 00 |
| TAX | | 47.63 |
| TOTAL | | 1 487 63 |
| BALANCE DUE | | **$1,487.63** |

**BLUECREST HOLDINGS LLC**

# INVOICE

601 SE 5th Ct
Pompano Beach, Fl
PH: (619) 547 6657

**INVOICE #** 22010

**DATE** 09/26/22

TO
M/Y Lady May
HK International Funds Investments (USA) Limited
C/O Yachtzoo LLC
c/o Catarineau & Givens
8000 SW 117th Ave, suite 204
Miami, FL 33183, USA

**P.O. #**

| Description | Amount |
|---|---|
| **PODS storage invoice #0003516465** | $261.33 |
| **Service Fee** | $50.00 |
| **Total** | **$311.33** |

Bluecrest Holdings LLC
Bank Name: Wells Fargo
Bank Address: 199 N Ocean Blvd, Pompano Beach, FL,
Account # █████████████
Routing# ███████████
SWIFT # ████████

If you have any questions concerning this invoice, contact Craig Heaslop | 619 547 6657 |
craigheaslop@gmail.com

THANK YOU FOR YOUR BUSINESS!



PODS Enterprises LLC
PO Box 791003
Baltimore MD 21279-1003
USA

| Invoice No. | **PODS003516465** |
|---|---|
| Customer Account | 138151442 |
| Invoice Date | 09/26/2022 |
| Due Date | 09/25/2022 |
| Payment Terms | RECEIPT |
| Order No. | 1716629 |

Enrolled in Autopay. Payment will be processed on 09/25/2022

**Page   1 of 1**

## Thank you for choosing PODS!

Craig Heaslop

601 SE 5th Ct
Pompano Beach FL 33060
USA

 Need to connect with our Customer Care Team? Chat with us at MyPODS.com or call (855) 706- 4758. We're available 8 a.m.-10 p.m. ET Monday- Saturday and 9 a.m.-8 p.m. ET Sunday.

 For service or payment-related assistance, check out our Frequently Asked Questions section at PODS.com/FAQs.

 You can also reach us by email at CustomerService@PODS.com. Please include your customer account number (at top of this invoice) and the four-digit P N you created when setting up your account.

Looking for moving, storage, or renovation tips? Check out the PODS Blog, and follow us on Facebook, Instagram, Pinterest, and YouTube.

| Order #  1716629 | | | Qty | Price | Discount | Amount | Tax Amt | Total |
|---|---|---|---|---|---|---|---|---|
| Container ID 43181BX | Container Only Protection Option - Monthly Fee | 09/25/22 - 10/24/22 | 1 | $10.00 | $0.00 | $10.00 | $0.00 | $10.00 |
| Container ID 43181BX | Monthly Rental of Container in Storage Center 3233 SW 12th Ave, Fort Lauderdale, FL 33315 | 09/25/22 - 10/24/22 | 1 | $258.99 | $23.00 | $235.99 | $15.34 | $251.33 |
| | | | | | Subtotal | $245.99 | $15.34 | $261.33 |

### Important Information

We've updated our invoices as part of our ongoing efforts to provide you with an enhanced experience. Some of the differences you'll see are improved readability and the addition of tax amount per item.

| Invoice Subtotal | $245.99 |
|---|---|
| Tax Subtotal | $15.34 |
| Invoice Total (USD) | $261.33 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



| Customer account number | 138151442 |
|---|---|
| Invoice amount | $261.33 |
| Due Date | 09/25/2022 |

Enrolled in Autopay. Payment will be processed on 09/25/2022

Craig Heaslop

601 SE 5th Ct
Pompano Beach FL 33060
USA

**Invoice No.**
**PODS003516465**

Total Amount Enclosed

$

PODS Enterprises LLC
PO Box 791003
Baltimore MD 21279-1003
USA

13815144260PODS003516465000261000

**BLUECREST HOLDINGS LLC**

# INVOICE

601 SE 5th Ct
Pompano Beach, Fl
PH: (619) 547 6657

**INVOICE #** 22011

**DATE** 10/25/22

TO
M/Y Lady May
HK International Funds Investments (USA) Limited
C/O Yachtzoo LLC
c/o Catarineau & Givens
8000 SW 117th Ave, suite 204
Miami, FL 33183, USA

**P.O. #**

| Description | Amount |
|---|---|
| **PODS storage invoice #0003744401** | $261.33 |
| **Service Fee** | $50.00 |
| | |
| | |
| | |
| | |
| | |
| | |

| **Total** | **$311.33** |
|---|---|

Bluecrest Holdings LLC
Bank Name: Wells Fargo
Bank Address: 199 N Ocean Blvd, Pompano Beach, FL,
Account # ▮▮▮▮▮▮▮▮▮
Routing# ▮▮▮▮▮▮▮
SWIFT # ▮▮▮▮▮▮

If you have any questions concerning this invoice, contact Craig Heaslop | 619 547 6657 |
craigheaslop@gmail.com

THANK YOU FOR YOUR BUSINESS!



PODS Enterprises LLC
PO Box 791003
Baltimore MD 21279-1003
USA

| Invoice No. | PODS003744401 |
|---|---|
| Customer Account | 138151442 |
| Invoice Date | 10/25/2022 |
| Due Date | 10/25/2022 |
| Payment Terms | RECEIPT |
| Order No. | 1716629 |

Enrolled in Autopay. Payment will be processed on 10/25/2022

Page 1 of 1

## Thank you for choosing PODS!

Craig Heaslop

601 SE 5th Ct
Pompano Beach FL 33060
USA

 Need to connect with our Customer Care Team? Chat with us at MyPODS.com or call (855) 706- 4758. We're available 8 a.m.-10 p.m. ET Monday- Saturday and 9 a.m.-8 p.m. ET Sunday.

 For service or payment-related assistance, check out our Frequently Asked Questions section at PODS.com/FAQs.

 You can also reach us by email at CustomerService@PODS.com. Please include your customer account number (at top of this invoice) and the four-digit P N you created when setting up your account.

Looking for moving, storage, or renovation tips? Check out the PODS Blog, and follow us on Facebook, Instagram, Pinterest, and YouTube.

| Order # 1716629 | | | Qty | Price | Discount | Amount | Tax Amt | Total |
|---|---|---|---|---|---|---|---|---|
| Container ID 43181BX | Container Only Protection Option - Monthly Fee | 10/25/22 - 11/24/22 | 1 | $10.00 | $0.00 | $10.00 | $0.00 | $10.00 |
| Container ID 43181BX | Monthly Rental of Container in Storage Center 3233 SW 12th Ave, Fort Lauderdale, FL 33315 | 10/25/22 - 11/24/22 | 1 | $258.99 | $23.00 | $235.99 | $15.34 | $251.33 |
| | | | | | Subtotal | $245.99 | $15.34 | $261.33 |

### Important Information

We've updated our invoices as part of our ongoing efforts to provide you with an enhanced experience. Some of the differences you'll see are improved readability and the addition of tax amount per item.

| Invoice Subtotal | $245.99 |
|---|---|
| | |
| Tax Subtotal | $15.34 |
| Invoice Total (USD) | $261.33 |

---



| Customer account number | 138151442 |
|---|---|
| Invoice amount | $261.33 |
| Due Date | 10/25/2022 |

Enrolled in Autopay. Payment will be processed on 10/25/2022

**Invoice No.**
**PODS003744401**

PODS Enterprises LLC
PO Box 791003
Baltimore MD 21279-1003
USA

Craig Heaslop

601 SE 5th Ct
Pompano Beach FL 33060
USA

Total Amount Enclosed

$

138151442PODS003744401000261001

# BLUECREST HOLDINGS LLC

# INVOICE

601 SE 5th Ct
Pompano Beach, Fl
PH: (619) 547 6657

**INVOICE #** 22012

**DATE** 11/26/22

TO
M/Y Lady May
HK International Funds Investments (USA) Limited
C/O Yachtzoo LLC
c/o Catarineau & Givens
8000 SW 117th Ave, suite 204
Miami, FL 33183, USA

**P.O. #**

| Description | Amount |
| --- | --- |
| PODS storage invoice #0003957208 | $261.33 |
| Service Fee | $50.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | **$311.33** |

Bluecrest Holdings LLC
Bank Name: Wells Fargo
Bank Address: 199 N Ocean Blvd, Pompano Beach, FL,
Account # ▉▉▉▉▉▉
Routing# ▉▉▉▉▉
SWIFT # ▉▉▉▉

If you have any questions concerning this invoice, contact Craig Heaslop | 619 547 6657 |
craigheaslop@gmail.com

THANK YOU FOR YOUR BUSINESS!



PODS Enterprises LLC
PO Box 791003
Baltimore MD 21279-1003
USA

| Invoice No. | **PODS003957208** |
|---|---|
| Customer Account | 138151442 |
| Invoice Date | 11/26/2022 |
| Due Date | 11/26/2022 |
| Payment Terms | RECEIPT |
| Order No. | 1716629 |

Enrolled in Autopay. Payment will be processed on 11/26/2022

**Page 1 of 1**

## Thank you for choosing PODS!

Craig Heaslop

601 SE 5th Ct
Pompano Beach FL 33060
USA



Need to connect with our Customer Care Team? Chat with us at MyPODS.com or call (855) 706- 4758. We're available 8 a.m.-10 p.m. ET Monday- Saturday and 9 a.m.-8 p.m. ET Sunday.



For service or payment-related assistance, check out our Frequently Asked Questions section at PODS.com/FAQs.



You can also reach us by email at CustomerService@PODS.com. Please include your customer account number (at top of this invoice) and the four-digit P N you created when setting up your account.

Looking for moving, storage, or renovation tips? Check out the PODS Blog, and follow us on Facebook, Instagram, Pinterest, and YouTube.

| Order #  1716629 | | Qty | Price | Discount | Amount | Tax Amt | Total |
|---|---|---|---|---|---|---|---|
| Container ID 43181BX | Container Only Protection Option - Monthly Fee    11/25/22 - 12/24/22 | 1 | $10.00 | $0.00 | $10.00 | $0.00 | $10.00 |
| Container ID 43181BX | Monthly Rental of Container in Storage Center 3233 SW 12th Ave, Fort Lauderdale, FL 33315    11/25/22 - 12/24/22 | 1 | $258.99 | $23.00 | $235.99 | $15.34 | $251.33 |
| | Subtotal | | | | $245.99 | $15.34 | $261.33 |

### Important Information

We've updated our invoices as part of our ongoing efforts to provide you with an enhanced experience. Some of the differences you'll see are improved readability and the addition of tax amount per item.

| Invoice Subtotal | $245.99 |
|---|---|
| | |
| Tax Subtotal | $15.34 |
| Invoice Total (USD) | $261.33 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



| Customer account number | 138151442 |
|---|---|
| Invoice amount | $261.33 |
| Due Date | 11/26/2022 |

Enrolled in Autopay. Payment will be processed on 11/26/2022

**Invoice No.
PODS003957208**

Craig Heaslop

601 SE 5th Ct
Pompano Beach FL 33060
USA

**Total Amount Enclosed**

$

PODS Enterprises LLC
PO Box 791003
Baltimore MD 21279-1003
USA

138151442PODS003957208000261004



## Invoice

**Hello Lloyd Benard,**

This is your invoice from Bridgeport Boatworks.

# Invoice Summary

Invoice Date: **11/21/2022 4:44 PM**
Invoice Number: **2030344**

| Item | Price | Qty | Total |
|------|------:|----:|------:|
| Winter Storage BB | $84.00 | 6 | $504.00 |
| Tender storage 11/17 through 11/22 | | | |

| | |
|---|---:|
| **Subtotal** | **$504.00** |
| **Tax** | **$0.00** |
| **Paid** | **$0.00** |
| **Total** | **$504.00** |

| | |
|---|---:|
| **Total** | **$504.00** |
| **Balance** | **$504.00** |

Payment due upon receipt.



 bridgeportboatworks@emails.getmolo.com


Bridgeport Boatworks
(860) 536-9651

You have received this email from Bridgeport Boatworks because you are a customer of this business and have received notice of a payment or refund for goods and/or services provided to you.

If you have any questions or concerns, contact bridgeportboatworks@emails.getmolo.com , (860) 536-9651, or 731 Seaview Ave, Bridgeport, CT 06607

Powered by Molo Simple Marina Management. To learn more, visit www.getmolo.com

3623



**Bridgeport Harbor Marina**
10 East Main Street
Bridgeport, Connecticut 06608
203-330-8787 Telephone
203-330-8777 Fax
Monitor VHF CH-16/9

CUST. # _____

SLIP # __B - 08__

PLEASE RETURN YOUR GATE KEYS
TO AVOID BEING CHARGED!
GATE KEY DEPOSIT $100.00 EACH.

## DOCK SPACE LICENSE AGREEMENT – TRANSIENT

Arrival Date: __12 , 01 , 22__    Departure Date: __12 , 31 , 22__

Vessel Name: __" LADY MAY "__

Name of Vessel Owner: __HK INTL. FUNDS c/o YACHT Zor LLC__

Owner's Address: __8000 SW 117th St #204__

City: __MIAMI__    State: __Florida__    Zip: __33183__

Owner's Telephone Number: __305-799-4799__

Owner's Email Address: __Capt. Lloyd BERNARD__

Dock Space assignments are temporary and
may be changed at MARINA's sole discretion.

# 16,484.25

Vessel Make: __FEADSHIP__    Vessel Type: __POWER M/Y__

**Length OA __150__ Beam __29__ Draft __8__

Daily Rate: $__70 00__ Per Ft / Month → $ __10,500 00__

Service Fee: __3P / 100A / 480__ → $ __5,000 00__

Tax @ 6.35%: __PER Month__    $ __984.25__

~~Daily~~ Total:    $ __16,484.25__

Key Deposit: $100 x __ Paid By: _____    $ _____

**VESSEL LENGTH/DOCK MIN: _____
(Subject to Measurement - LENGTH OA means overall length of
VESSEL, including all appendages, appurtenances and rigging,
NOT the manufacturer's designated length.)

**CHECK OUT TIME IS 12:00 NOON**
**VESSEL HAS 7 DAYS TO CONVERT TO LONG-TERM CONTRACT**

This LICENSE AGREEMENT ("AGREEMENT") is made by and between BLD Waterfront Upland Owner LLC ("MARINA"), through its Marina manager and operator, RCI BRIDGEPORT LLC, First Party, and, Vessel ("VESSEL"), its Owner ("OWNER") and OWNER's Agent ("AGENT"), collectively Second Party, in regard to dockage of VESSEL at the Marina ("Marina"). The Parties agree that this AGREEMENT is not a lease or other rental agreement relating to real property.

If the person signing this AGREEMENT is not the OWNER, such person: (a) must fully name and identify the OWNER above, (b) warrants and represents his/her authority to obligate OWNER and VESSEL to this AGREEMENT, (c) agrees to be bound personally, jointly and severally, with OWNER and VESSEL to this AGREEMENT, and, (d) certifies that he/she has lawful custody and control of VESSEL as AGENT of OWNER.

In consideration of advance payment on behalf of OWNER of the total amounts due for the intended length of stay (whether or not VESSEL is present at Marina for all, part or none of the TERM), including all deposits, and the promise to pay all fees and charges invoiced by MARINA to Second Party, and the mutual covenants contained or incorporated herein, MARINA licenses Second Party to use a space adjacent to a dock ("dock space") for dockage of the VESSEL and no other vessel or thing, and, licenses Second Party to access a dock space and use Marina facilities incidental to dockage of Vessel at Marina (collectively "Licenses"), in accordance with and subject to the **TERMS AND CONDITIONS-TRANSIENT DOCKAGE** (hereinafter "TERMS AND CONDITIONS") posted at the **Dock Master's office**, which TERMS AND CONDITIONS are fully incorporated into this AGREEMENT by reference. Second Party and his/her/its crew, contractors and guests shall comply with the current MARINA RULES AND REGULATIONS also posted at the Dock Master's office, and MARINA reserves the right to alter, amend, and modify these RULES AND REGULATIONS at any time.

**Second Party agrees that all payments made under this AGREEMENT are earned and non-refundable.** OWNER and/or AGENT hereby authorize MARINA to immediately charge against the account of a submitted credit/debit card, any and all MARINA fees and charges incurred by OWNER or any other person connected with VESSEL, including OWNER's AGENT, crew, contractors and guests, during the VESSEL's presence at Marina. In the event any fees or charges are not paid prior to the VESSEL's departure, OWNER and/or AGENT acknowledge having executed a credit/debit card slip and hereby authorize its use in order to effect payment of the foregoing amounts.

CREDIT/DEBIT CARD: VISA _____ MC _____ AMEX _____: CREDIT/DEBIT CARD #: __VIA WIRE__
EXP. DATE: _____    SEC #: _____    INITIALS: __LB__

The TERM of the Licenses under this AGREEMENT shall be from the Arrival Date to the Departure Date, irrespective of whether VESSEL is located at the Marina or elsewhere. Notwithstanding anything in this AGREEMENT to the contrary, MARINA may terminate and/or revoke the Licenses granted under this AGREEMENT, and Second Party shall immediately quit Marina and remove VESSEL from Marina, on oral notice of termination and/or revocation stated to OWNER or AGENT, or written notice placed on VESSEL, in the event that any Second Party breaches any provision, TERM or CONDITION of this AGREEMENT or any Second Party, his/her/its crew, passengers or guests refuse or fail to follow or comply with any of the MARINA RULES AND REGULATIONS.

**OWNER/AGENT ACKNOWLEDGES HAVING READ AND UNDERSTOOD ALL CONTENTS OF THIS AGREEMENT, INCLUDING THE TERMS AND CONDITIONS INCORPORATED HEREIN BY REFERENCE AND THE CURRENT RULES AND REGULATIONS. THE TERMS AND CONDITIONS AND CURRENT RULES AND REGULATIONS ARE POSTED AT THE DOCK MASTER'S OFFICE. PRIOR TO SIGNING THIS AGREEMENT, OWNER'S AND AGENT'S ATTENTIONS ARE ESPECIALLY DIRECTED TO CERTAIN CLAUSES SET FORTH IN THE TERMS AND CONDITIONS ENTITLED "INSURANCE, RELEASE, INDEMNIFICATION AND ATTORNEYS' FEES."**

Executed on this __1st__ day of __DECEMBER__ , 20__22__

By: _____
OWNER/For OWNER

Lloyd Bernard
Capt. M/Y Lady May

BLD Waterfront Upland Owner, LLC

# Bridgeport Harbor Marina

# INVOICE

10 East Main Street Suite
First Floor DM Office
Bridgeport, CT 06608

**3234**

Phone: 203-330-8787
info@bridgeportharbormarina.com
https://bridgeportharbormarina.com/

**11/23/2022**

To:  LADY MAY HK Int'l Funds
c/o Yachtzoo LLC, c/o Catarineau & Givens, PA
800 SW 117th Avenue - Suite 204
Miami, FL 33183

Account: 1122

Space: C08

LADY MAY

Feadship phone +44 781835574(

| Item | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
| | Dockage - Transient - DEC 2022 | 1.00 | 10,500.00 | 10,500.00 |
| | Sales and Use Tax | | | 666.75 |
| | We appreciate your business. | | | |

**Balance Due**   **$11,166.75**

-------------------------------------------------------------------------------------------------------------------

To ensure proper credit, please include tear-off stub with payment. Thank you.

**Due upon receipt**

From:  LADY MAY HK Int'l Funds
c/o Yachtzoo LLC, c/o Catarineau & Givens, PA
800 SW 117th Avenue - Suite 204
Miami, FL 33183

Invoice: 3234

11/23/2022

Account: 1122

Make check payable and send to:

To:  Bridgeport Harbor Marina
Bridgeport, CT

**Total Due:**   **$11,166.75**

# Bridgeport Harbor Marina

# INVOICE

10 East Main Street Suite
First Floor DM Office
Bridgeport, CT 06608

**3236**

Phone: 203-330-8787
info@bridgeportharbormarina.com
https://bridgeportharbormarina.com/

**11/23/2022**

Account: 1122

To:  LADY MAY HK Int'l Funds
c/o Yachtzoo LLC, c/o Catarineau & Givens, PA
800 SW 117th Avenue - Suite 204
Miami, FL 33183

Space: C08

LADY MAY

Feadship phone +44 781835574(

| Item | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
| | 100A/3P/480v power | 1.00 | 5,000.00 | 5,000.00 |
| | Sales and Use Tax | | | 317.50 |

We appreciate your business.

| **Balance Due** | **$5,317.50** |
|---|---|

To ensure proper credit, please include tear-off stub with payment. Thank you.

**Due upon receipt**

From:  LADY MAY HK Int'l Funds
c/o Yachtzoo LLC, c/o Catarineau & Givens, PA
800 SW 117th Avenue - Suite 204
Miami, FL 33183

Invoice: 3236

11/23/2022

Account: 1122

Make check payable and send to:

To:  Bridgeport Harbor Marina
Bridgeport, CT

**Total Due:**     **$5,317.50**



Please request a Fedwire be sent using the following instructions:

| | |
|---|---|
| Receiving Bank Name: | Ion Bank |
| Receiving Bank Address: | 251 Church Street, Naugatuck, CT 06770 |
| Receiving Bank ABA: | |
| | |
| Beneficiary Name: | BLD Waterfront Upland Owner LLC |
| Beneficiary Address: | 10 East Main ST #201 Bridgeport, CT 06608 |
| Beneficiary Account Number: | |
| Bank Routing Number: | |

Bank Address for use for Wire/ACH Transfers: 251 Church Street, Naugatuck, CT 06770   203.736.1433

**CLIENT INVOICE**



Maritime Authority of the Cayman Islands
Breezy Castle Unit 1,
125 Owen Roberts Drive
P.O. Box 2256
Grand Cayman KY1-1107
Cayman Islands
Tel: +1 345 949 8831 Fax: +1 345 949 8849
Email: **CaymanRegistry@cishipping.com**

**TO:**   MY LADY MAY - 745195

HK International Funds Investments (USA)
C/O Yachtzoo LLC -  c/o Catarineau & Givens, PA
8000 SW 117th Avenue, Suite 204
Miami
Florida
FL 33183
UNITED STATES OF AMERICA

(Original - all fees shown)

| | |
|---|---|
| **INVOICE NO.** | 173861 |
| **PIN NO:** | **264801** |
| **PO_NUMBER:** | |
| **DATE ISSUED:** | 01-DEC-2022 |
| **DATE DUE:** | 31-DEC-2022 |

**RELATING TO:**  Fire Safety Plan review and approval
29 Nov 2022
Ned Miller - 6411/2022

| Vessel/Project | Service | Qty/ Total | Unit Rate | US$ Amount |
|---|---|---|---|---|
| 745195-LADY MAY | Drawing Approvals (Amendments) | 1 | 490.00 | 490.00 |
| | | | **Total Due US$** | **490.00** |

---

**USD WIRING INSTRUCTIONS** – **Please quote invoice # when submitting payment.**

Remittances to Maritime Authority of the Cayman Islands flow through a Correspondent Bank prior to deposit at our Beneficiary Bank:-

**Correspondent bank**
BNY Mellon, New York
30 Broad Street - Lower Level New York, NY 10286
Aba No.:
Account #

**Beneficiary Bank**
Butterfield Bank (Cayman) Limited
P. O. Box 705
Grand Cayman KY1-1107
CAYMAN ISLANDS

Beneficiary Account Number:
Beneficiary Name: **Maritime Authority of the Cayman Islands**
Beneficiary Address: P.O. Box 2256, 125 Owen Roberts Drive
Grand Cayman KY1-1107, CAYMAN ISLANDS

---

Please go to **www.cishipping.com** for payment terms and methods. *Overseas cheques not accepted.*

If paying in KYD exchange rate is .82 to the USD.



**ANNUAL TONNAGE FEE & CASUALTY
INVESTIGATION FUND FEE INVOICE**
Maritime Authority of the Cayman Islands
Breezy Castle Unit 1,
125 Owen Roberts Drive
P.O. Box 2256
Grand Cayman KY1-1107
Cayman Islands
Tel: +1 345 949 8831 Fax: +1 345 949 8849
Email: **CaymanRegistry@cishipping.com**

**TO:**   HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC

203 NE FRONT STREET
SUITE 101
MILFORD, DE 19963
UNITED STATES OF AMERICA

(Original - all fees shown)

| | |
|---|---|
| **INVOICE NO.** | ANN23/1111 |
| **PIN NO:** | **355540** |
| **DATE ISSUED:** | 01-JAN-2023 |
| **DATE DUE:** | 31-JAN-2023 |

| Vessel | Official No. | Gross Tonnage | Covering Year | US$ Amount |
|---|---|---|---|---|
| LADY MAY II | 746230 | 7.43 | 2023 | 500.00 |
| CASUALTY INVESTIGATION FUND FEE | | | 2023 | 30.00 |
| | | | **Total Due US$** | **530.00** |

---

**USD WIRING INSTRUCTIONS – Please quote invoice # when submitting payment.**

Remittances to Maritime Authority of the Cayman Islands flow through a Correspondent Bank prior to deposit at our Beneficiary Bank:-

**Correspondent bank**
BNY Mellon, New York
30 Broad Street - Lower Level New York, NY 10286

Aba No.:
Account #

**Beneficiary Bank**
Butterfield Bank (Cayman) Limited
P. O. Box 705
Grand Cayman KY1-1107
CAYMAN ISLANDS

Beneficiary Account Number:
Beneficiary Name: **Maritime Authority of the Cayman Islands**
Beneficiary Address: P.O. Box 2256, 125 Owen Roberts Drive
Grand Cayman KY1-1107, CAYMAN ISLANDS

---

**Please go to www.cishipping.com for payment terms and methods.** *Overseas cheques not accepted.*

Please be advised that any prior year tonnage fees will be settled before applying the current years' tonnage fee payment.

If paying in KYD exchange rate is .82 to the USD.



EVOLUTION YACHTS, SL
ESB57681058
Aven da de Gabr e  Roca, 46
Pa ma de Ma  orca
07015
España

## Invoice INV/2022/01/0086

**Client:** **HK INTERNATIONAL FUNDS
INVESTMENTS (USA) LIMITED, LLC**

**Date/Fecha:** 2022 01 31

**Boat/REF:** HK INTERNATIONAL
FUNDS INVESTMENTS (USA) LIMITED,
LLC

**Forma de pago:** 20 Días

**Canal:** Log st cs

**Origen:** S00601

203 NE FRONT STREET SUITE 101
MILFORD
KENT Y SUSSEX DE DE 19963
Estados Un dos
EIN: US7051348

LADY MAY M/Y
203 NE FRONT STREET
SUITE 101
MILFORD DE 19963
Estados Un dos

### Referencia: Q675 - MY LADY MAY - TRANSPORTS & DELIVERIES

| Descripción | Uds | Precio | IVA | Cuota | Subtotal | Subt c. IVA |
|---|---|---|---|---|---|---|
| Q675   MY LADY MAY   TRANSPORTS & DELIVERIES | | | | | | |
| TRANSPORT 1 PALLET / BOXES FROM WAREHOUSE TO YACHT | 1,00 | 75,0000 | IVA 21% (Serv c os) | 15,75 | 75,00 € | 90.75 |
| AGENCY & DOCUMENTATION | 1,00 | 20,0000 | IVA 21% (Serv c os) | 4,20 | 20,00 € | 24.20 |

| Subtota | 95,00 € | 114,95 € |
|---|---|---|

| Base IVA | % IVA | IVA |
|---|---|---|
| 95,00 € | IVA 21% | 19,95 € |

| Total(EUR) | | 114,95 € |
|---|---|---|

### Remarks/Observaciones

EVOLUTION YACHTS, SL ESB57681058

**Bank details in EUR**

**Bank Account: Banco Santander** ███████████████████

**evolutionagents.com**

Registro Mercantil de Palma de Mallorca, Tomo 2438  Folio 133, Hoja PM-66468, Inscripción 1- Avda  Gabriel Roca, nº 46, 07015 Palma de Mallorca

In accordance with the provisions of the Spanish Organic Law on Personal Data Protection No 15/1999 of 13 December (hereinafter, LOPD)  The Company EVOLUTION YACHTS S L  with the tax identification Code Cif- B-57681058 hereby informs you that the details obtained through this form shall be included in a mixed file named CLIENTS, the person having responsibility on it being EVOLUTION YACHTS S L with the tax identification Code (Cif) B-57681058 and registered address in Avda  Gabriel Roca 146 Cp 07015 Palma -The purpose of the data processing is the management of the business relation established with the client, the administration and/or rendering of contracted services, accounting and tax management, market research and marketing  We inform you that, in accordance with the LOPD you may freely exercise your rights of access, correction, cancellation and opposition in accordance with articles 15,16 and 17 of the said Law by writing to EVOLUTION YACHT S L address in Avda  Gabriel Roca n46 Cp 07015 Palma

# IDEA Data Solutions GmbH



Mail:     P.O. Box 103016 - 10021 Düsseldorf - Germany
Office:   Geistenstr. 22 - 40476 Düsseldorf - Germany
www.idea-data.com - info@idea-data.com - (+49) 211 303 66 28

Kundennummer / Customer ID:   MAY002

| Rechnungsadresse / Invoice address: | Lieferadresse / Delivery address: |
|---|---|
| M.Y. Lady May<br>HK international Funds Investments<br>(USA) Ltd LLC<br>Yachtzoo LLC, Catarineau &<br>Givens, PA 8000 SW 117th<br>Avenue, Suite 204<br>33183 Miami<br>Florida United States | |

USt-IdNr. / VAT ID:  ohne / without

| Rechnung / Invoice:       13587 | Datum / Date: 02.11.2022 |
|---|---|
| Zahlbar bis / Due date:  31.12.2022 | Seite / Page:     1/2 |
| Projekt-Nr. / Project no. | 1142 |
| Referenz / Reference | Lady May |
| Besteller / Requistitioner | Rasmus Nielsen |
| Art / Type | Zahlung / Payment |
| Lieferdatum / Delivery date | 1/1/2023 - 12/31/2023 |

Maintenance

| 1 | SP10 | IDEA YACHT Basic Software and Support Plan | 1,200.00 EUR | 1,200.00 EUR |
|---|---|---|---|---|

|  | Amount   Maintenance | $1,200.00 |
|---|---|---|

Geschäftsführer /
Managing Directors:
Tobias Allebrodt
Katie Taggart

Bank Information:
Deutsche Bank

# IDEA Data Solutions GmbH

Mail:    P.O. Box 103016 - 10021 Düsseldorf - Germany
Office:  Geistenstr. 22 - 40476 Düsseldorf - Germany
www.idea-data.com - info@idea-data.com - (+49) 211 303 66 28



Kundennummer / Customer ID:    MAY002

| Rechnungsadresse / Invoice address: | Lieferadresse / Delivery address: |
|---|---|
| M.Y. Lady May | |
| HK international Funds Investments | |
| (USA) Ltd LLC | |
| Yachtzoo LLC, Catarineau & | |
| Givens, PA 8000 SW 117th | |
| Avenue, Suite 204 | |
| 33183 Miami | |
| Florida United States | |

USt-IdNr. / VAT ID:  ohne / without

| Rechnung / Invoice: | 13587 | Datum / Date: | 02.11.2022 |
|---|---|---|---|
| Zahlbar bis / Due date:  31.12.2022 | | Seite / Page: | 2/2 |

| | |
|---|---|
| Netto / Net total | 1,200.00 EUR |
| 0.00  % USt /  0.00  % VAT | 0.00 EUR |
| **Brutto / Gross total** | **1,200.00 EUR** |

Da die in Rechnung gestellten Leistungen im Auftrag eines Kunden mit Sitz ausserhalb der BRD ausgeführt wurden, sind diese in der BRD bzgl. der UmSt nicht steuerbar. Der Empfänger der Leistungen ist verantwortlich für die Zahlung der UmSt, sollte diese demzufolge im Land seines Firmensitzes anfallen! Because the listed services have been effected on behalf of a company outside Germany the amounts are not assessable regarding VAT in Germany. Therefore the recipient of this invoice is liable for the payment of VAT that might have to be paid in his country of residence.

## IMPORTANT:

Zahlung unter Angabe der Rechnungsnummer  **13587**  bis zum  **31.12.2022**  an untenstehende Bankverbindung:

Payment under indication of the invoice number  **13587**  until  **31.12.2022**  to the following bank account:

Bank:         Deutsche Bank, Rathausplatz 1, 24103 Kiel, Germany
IBAN:         ███████████████████
BIC:          ███████████
Reference: invoice no 13587

If you would like to pay the invoice directly via credit card, please use the link below:

https://buy.stripe.com/3cs8yPaXu5vJb9S8II

Geschäftsführer /
Managing Directors:
Tobias Allebrodt
Katie Taggart

Bank Information:
Deutsche Bank

LR EMEA (France)
Tour Swiss Life
1 Boulevard Vivier Merle
Cedex 03
69443 Lyon
France
Phone no.: +33 4 91910044
Email: EMEA-SSC-ARSWE@LR.ORG

## VAT Invoice:  355-117972

**Invoice Address:**
HONG KONG INTERNATIONAL FUNDS
INVESTMENTS
(USA) Limited, LLC
203 NE Front Street
Suite 101
MILFORD DE  19963
ÉTATS-UNIS
United States

**Client Address:**
HONG KONG INTERNATIONAL FUNDS
INVESTMENTS
(USA) Limited, LLC
203 NE Front Street
Suite 101
MILFORD DE  19963
ÉTATS-UNIS
United States

| | |
|---|---|
| **Invoice Number:** | 355-117972 |
| **Invoice Issue Date:** | 22/11/2022 |
| **PO Number:** | 1012359 |
| **Service Confirmation Number:** | 1322021 |
| **Contract Number:** | 67081 |
| **Date of Supply:** | 22/11/2022 |
| **Client Number:** | 717968 |
| **Our VAT Reg. Number:** | FR10450500947 |
| **Client VAT Reg. Number:** | |
| **Asset Name:** | LADY MAY |
| **Asset Number:** | 1012359 |

For the Services of Lloyd's Register EMEA
Port of Survey: Bridgeport, CT (US)
Reporting Reference: 2171083
First Date of Attendance: 23 Sep 2022
Last Date of Attendance: 08 Nov 2022
TRTM: Zone F, Total 5h, all chargeable.

| Description | Net Amount | Tax Rate | Tax Amount | Gross Amount |
|---|---|---|---|---|
| STBD Main Engine | 1,471.05 EUR | 0.00 % | 0.00 EUR | 1,471.05 EUR |
| Travel Time | 1,459.00 EUR | 0.00 % | 0.00 EUR | 1,459.00 EUR |
| Total Item Net Value | | | | 2,930.05 EUR |
| Total | | | | 2,930.05 EUR |

**Payment Terms:**  30 days net
Invoice Number must be quoted on the payment

Tax Legend:  0.00 % - 0% - Reverse Charge – Art. 44 Dir. 2006/112/EC – Export to non-EU

**From December 2021 our bank
details have changed**
*(Refer to www.lr.org to validate)*

LR EMEA (France)
Tour Swiss Life, 1 Boulevard Vivier Merle, 69443 Lyon Cedex 03, France
No. Siret ▮▮▮▮▮▮▮▮ No. TVA ▮▮▮▮▮▮
Bank details: HSBC Amsterdam - Swift/BIC Code: ▮▮▮▮▮▮
IBAN: ▮▮▮▮▮▮▮

Lloyd's Register Group Ltd., its affiliates and subsidiaries and their respective officers,
employees or agents are, individually and collectively, referred to as 'Lloyd's Register'.
Lloyd's Register assumes no responsibility and shall not be liable to any person for any
loss, damage or expense caused by reliance on information or advice howsoever
provided, unless that person has signed a contract with the relevant Lloyd's Register
entity for the provision of information or advice and in that case any responsibility or
liability is exclusively on the terms and conditions set out in that contract.



To:

MY Lady May
HK International Funds Investments (USA)
Limited LLC
co Yachtzoo LLc
co Catarineau & Givens, PA
8000 SW 117th Avenue, Suite 204
Miami, FL 33183, U

Unit 41 Barwell Business Park
Leatherhead Road
Chessington
Surrey KT9 2NY
England
Tel:  +44 (0)208 974 0935
Fax:  +44 (0)208 974 0949
Email:  accounts.yachting@marlink.com

| | |
|---|---|
| Attn: | Invoice Address |
| Invoice No: | IN222657 |
| Invoice Date: | 30 September 2022 |
| Account No: | LADYMAY |
| Order No: | JN161275 |
| Job No: | JN161275 |

VAT Number:

# INVOICE

| Qty | Details | Part Number | Unit Price | Net Total |
|---|---|---|---|---|
| 1 | Support - S lver<br>Deta ls<br>Charges for MY Lady May - Remote Support Contract<br>September 2022 | | £650.00 | £650.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| Net Total | £650.00 |
| Carriage Net | £0.00 |
| VAT T0 (0%) | £0.00 |
| Invoice Total | £650.00 |

Payment  s due w th n 30 Days from the date of th s  nvo ce. BACS to our Sterl ng Bank Account:

| | | | |
|---|---|---|---|
| Bank: | HSBC UK Bank PLC | Sort Code: | |
| Account Name: | Marlink Limited | Account No: |  |
| Swift Code: | ■■■■■■ | BAN: | |

All bank charges incurred to be paid by the customer.
Payment of this  nvoice is acceptance of our standard  erms & Conditions available on request

Page 1 of 1

Registered Office:  Sundial House, High Street, Horsell, Woking, Surrey, GU21 4SU, England.
Company No. 5182001 VA   Reg No.  GB840521752



To:

MY Lady May
HK International Funds Investments (USA)
Limited LLC
co Yachtzoo LLc
co Catarineau & Givens, PA
8000 SW 117th Avenue, Suite 204
Miami, FL 33183, U

Unit 41 Barwell Business Park
Leatherhead Road
Chessington
Surrey KT9 2NY
England
Tel:  +44 (0)208 974 0935
Fax:  +44 (0)208 974 0949
Email:  accounts.yachting@marlink.com

| | |
|---|---|
| Attn: | Invoice Address |
| Invoice No: | IN222880 |
| Invoice Date: | 31 October 2022 |
| Account No: | LADYMAY |
| Order No: | JN161275 |
| Job No: | JN161275 |

VAT Number:

# INVOICE

| Qty | Details | Part Number | Unit Price | Net Total |
|---|---|---|---|---|
| 1 | Support - S lver<br>Deta ls<br>Charges for MY Lady May - Remote Support Contract October 2022 | | £650.00 | £650.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| Net Total | £650.00 |
| Carriage Net | £0.00 |
| VAT T0 (0%) | £0.00 |
| Invoice Total | £650.00 |

Payment  s due w th n 30 Days from the date of th s  nvo ce. BACS to our Sterl ng Bank Account:

| | | | |
|---|---|---|---|
| Bank: | HSBC UK Bank PLC | Sort Code: | |
| Account Name: | Marlink Limited | Account No: |  |
| Swift Code: | ▮▮▮▮▮▮ | BAN: | |

All bank charges incurred to be paid by the customer.
Payment of this  nvoice is acceptance of our standard  erms & Conditions available on request

Page 1 of 1



To:          MY Lady May                                    Unit 41 Barwell Business Park
             HK International Funds Investments (USA)                       Leatherhead Road
             Limited LLC                                                     Chessington
             co Yachtzoo LLc                                               Surrey KT9 2NY
             co Catarineau & Givens, PA                                          England
             8000 SW 117th Avenue, Suite 204                 Tel:  +44 (0)208 974 0935
             Miami, FL 33183, U                             Fax:  +44 (0)208 974 0949
                                                      Email:  accounts.yachting@marlink.com

| | |
|---|---|
| Attn: | Invoice Address |
| Invoice No: | IN222658 |
| Invoice Date: | 30 September 2022 |
| Account No: | LADYMA-D |
| Order No: | JN161275 |
| Job No: | JN161275 |

VAT Number:

# INVOICE

| Qty | Details | Part Number | Unit Price | Net Total |
|---|---|---|---|---|
| 1 | Seal nk Prem 4096/1024Kbps MIR 512/512Kbps CIR Reg onal Ser al Number 040150 Charges for MY Lady May - VSAT A rt me 4096/2048Kbps MIR 512/512 Kbps CIR September 2022 | | $3,700.00 | $3,700.00 |
| 1 | Bank Charges - US Dollar Customer Ref No. Charges for USD bank charges September 2022 | | $20.00 | $20.00 |
| | | | | |
| | | | | |

| | |
|---|---|
| Net Total | $3,720.00 |
| Carriage Net | $0.00 |
| VAT T0 (0%) | $0.00 |
| Invoice Total | $3,720.00 |

Payment s due w th n 30 Days from the date of th s nvo ce. BACS to our Dollar Bank Account:

| | | | |
|---|---|---|---|
| Bank: | HSBC UK Bank PLC | Sort Code: | |
| Account Name: | Marlink Limited   USD | Account No: |  |
| Swift Code: | ▉▉▉▉▉▉ | BAN: | ▉▉▉▉▉▉▉▉▉▉ |

All bank charges incurred be to paid by the customer.
Payment of this nvoice is acceptance of our standard erms & Conditions available on request

Page 1 of 1

Registered Office:  Sundial House, High Street, Horsell, Woking, Surrey, GU21 4SU, England.
Company No. 5182001 VA   Reg No.  GB840521752



7/b K ng's Yard Lane
G braltar
GX11 1AA

Personal
T +350 2225 5600

Bus ness
T +350 2225 5600

Yachtzoo Ltd – HK Internat onal Funds Investments USA Ltd LLC
F rst Floor, St Johns
16 Church Street
Bromsgrove
Worcestersh re
Un ted K ngdom
B61 8DN

| | |
|---|---|
| **Client Id:** | 762799 |
| **Invoice Number:** | 28937657 |
| **Invoice Reference Key:** | PR7728937657RP |
| **Invoice Date:** | 01/11/2022 |
| **Invoice Amount:** | EUR 136 00 |
| **Payment Due By Date:** | 01/12/2022 |

Total number of payments : 8

Invo ce for Telegraph c Transfer Fees relat ng to your payments as deta led below:

| Payment Date | Payment ID | Beneficiary Name | CCY | Payment Amount | Charge |
|---|---|---|---|---|---|
| 11/10/2022 | 28738158 | RH Marine Netherlands B.V. - 0302993754 | EUR | 1,931.50 | 17.00 |
| 17/10/2022 | 28799772 | elero GmbH - 0102483824 | EUR | 82.32 | 17.00 |
| 21/10/2022 | 28835974 | elero GmbH - 0102483824 | EUR | 143.53 | 17.00 |
| 24/10/2022 | 28842933 | Bridgeport Boatworks, Inc. - 200586210 | USD | 45,403.10 | 17.00 |
| 24/10/2022 | 28855785 | Soldo - 0VR000089809 | EUR | 15,000.00 | 17.00 |
| 25/10/2022 | 28872720 | OES PCC Core Account - 56356492 | USD | 66,400.28 | 17.00 |
| 26/10/2022 | 28876016 | Bridgeport Boatworks, Inc. - 200586210 | USD | 5,106.60 | 17.00 |
| 27/10/2022 | 28889057 | SHM Post Road - 0286133462 | USD | 11,922.13 | 17.00 |

**Invoice total € 136.00**

Payment can be made by e ther:

**1 Electronic Transfer: Please transfer funds to the account below ensuring the reference 'PR7728937657RP' is quoted.**

| | |
|---|---|
| **Bank:** | Barclays Bank PLC |
| **Account name:** | Moneycorp Bank L m ted |
| **Sort code:** | |
| **Account number:** | |
| **Reference:** | PR7728937657RP |

Moneycorp Bank is a trading name of Moneycorp Bank Limited. Moneycorp Bank Limited is registered in Gibraltar under company number 113151 with its registered office at 7/b King's Yard Lane, Gibraltar, GX11 1AA. Moneycorp Bank Limited is authorised and regulated by the Gibraltar Financial Services Commission.



7/b K ng's Yard Lane
G braltar
GX11 1AA

Personal
T +350 2225 5600

Bus ness
T +350 2225 5600

Yachtzoo Ltd – HK Internat onal Funds Investments USA Ltd LLC
F rst Floor, St Johns
16 Church Street
Bromsgrove
Worcestersh re
Un ted K ngdom
B61 8DN

**Client Id:** 762799
**Invoice Number:** 28939180
**Invoice Reference Key:** PR4028939180RP
**Invoice Date:** 01/11/2022
**Invoice Amount:** GBP 15 00
**Payment Due By Date:** 01/12/2022

Total number of payments : 1

Invo ce for Telegraph c Transfer Fees relat ng to your payments as deta led below:

| Payment Date | Payment ID | Beneficiary Name | CCY | Payment Amount | Charge |
|---|---|---|---|---|---|
| 03/10/2022 | 28656451 | Soldo - 0VR000089809 | EUR | 15,000.00 | 15.00 |

**Invoice total £15.00**

Payment can be made by e ther:

**1 Electronic Transfer: Please transfer funds to the account below ensuring the reference 'PR4028939180RP' is quoted.**

**Bank:** Barclays Bank PLC
**Account name:** Moneycorp Bank L m ted
**Sort code:**
**Account number:**
**Reference:** PR4028939180RP

Moneycorp Bank is a trading name of Moneycorp Bank Limited. Moneycorp Bank Limited is registered in Gibraltar under company number 113151 with its registered office at 7/b King's Yard Lane, Gibraltar, GX11 1AA. Moneycorp Bank Limited is authorised and regulated by the Gibraltar Financial Services Commission.



**NATIONAL MARINE SUPPLIERS**

United States Headquarters
2800/2810 SW 2nd Ave
Fort Lauderdale, FL  33315 USA
Tel: 954.764.0975   Fax: 954.764.1073
www.NationalMarine.com
FL #: 2838/21721

# INVOICE

Page 1 of 1

| | |
|---|---|
| Invoice No. | 720715-01 |
| Document Date | September 29, 2022 |
| Customer ID | 174340N150 |
| P.O. Number | |
| Department | VOG |
| Salesperson | Dylan Parrish |
| Ship Via | Fedex |
| Ship Date | 9/2/2022 |
| Due Date | October 29, 2022 |
| Terms | Net 30 |
| Order Name | |

**Sold To:**
Lady May
HK Int'l Funds Investments (USA) Limited LLC
C/O Yachtzoo LLC, c/o Catarineau & Givens, PA
8000 SW 117th Avenue, Suite 204
Miami, FL  33183
United States Of America

**Ship To:**
BRIDGEPORT HARBOR MARINA
10 East Main Street
Bridgeport, CT  33183

| Item No. | Mfg/Part No/Description | Unit | Order Qty. | Invoiced Qty. | Unit Price | Taxable | Total Price |
|---|---|---|---|---|---|---|---|
| VOG92834 | VAN DEN BERG  REMOVABLE SMELL ADAPTOR ( RSA ) | | 6 | 6 | | NOTAX | |
| VOG BOX | 1 SMALL BOX RCVD ON 9/2/22 | Each | 1 | 1 | 20.00 | NOTAX | $ 20.00 |
| NMS VOG HANDLING | VOG HANDLING FEE INCL RECEIVING,  INSPECTING, DOCUMENTING, REPACKING | Each | 1 | 1 | | NOTAX | |
| VOG93531 | HYDRO SYSTEMS GROUP  MALE CONNECTORS 10 POLE IP66 | | 6 | 6 | | NOTAX | |
| VOG BOX | 1 SMALL BOX  RCVD ON 9/19/22 | Each | 1 | 1 | 20.00 | NOTAX | $ 20.00 |
| NMS VOG HANDLING | VOG HANDLING FEE INCL RECEIVING,  INSPECTING, DOCUMENTING, REPACKING | Each | 1 | 1 | | NOTAX | |
| SHIP REF 1 | MSO27889 FEDEX 604386348888/ 8899/ 8903 TO BRIDGEPORT, CT ON 09/23/22 | Each | 1 | 1 | | NOTAX | |
| SHIP REF 2 | SHIPMENT BILLED ON INVOICE NO. 712471-02 | Each | 1 | 1 | | NOTAX | |

| | |
|---|---|
| **Total USD Excl. Tax** | **$ 40.00** |
| Sales Tax | $ 0.00 |
| Payment\Cred ts | $ 0.00 |
| **Total USD Incl. Tax** | **$ 40.00** |

**National Marine Suppliers is compliant with FAC.61N-1.028 28a-g.  Log into our website to view transactional data...**

NATIONAL MARINE SUPPLIERS

**US Headquarters**
2800/2810 SW 2nd Ave.
Fort Lauderdale, FL 33315 USA
Tel: 954.764.0975 Fax: 954.764.1073
www.NationalMarine.com

# Credit Memo

Page: 1

| | |
|---|---|
| Credit Memo Number: | 712524-01 |
| Posted Date: | 7/26/2022 |
| Customer ID | 174340N150 |
| Department | UNIFORM |
| SalesPerson | Morgan Taylor |
| Customer PO | STEW |

**Sold To:**
Lady May
HK Int'l Funds Investments (USA) Limited LLC
C/O Yachtzoo LLC, c/o Catarineau & Givens, PA
8000 SW 117th Avenue, Suite 204
Miami, FL 33183
United States Of America

**Ship To:**
Lady May
HK Int'l Funds Investments (USA) Limited LLC
C/O Yachtzoo LLC, c/o Catarineau & Givens, PA
8000 SW 117th Avenue, Suite 204
Miami, FL 33183
United States Of America

| Item No. | Mfg/Part No/Description | Unit | Order Qty | Invoiced Qty. | Unit Price | Taxable | Total Price |
|---|---|---|---|---|---|---|---|
| | Prepayment Credit | | 1 | 1 | 1.58 | | 1.58 |

| | |
|---|---|
| Subtotal: | 1.58 |
| Tax: | 0.00 |
| **Total USD:** | **1.58** |



**NATIONAL MARINE SUPPLIERS**

United States Headquarters
2800/2810 SW 2nd Ave
Fort Lauderdale, FL 33315 USA
Tel: 954.764.0975  Fax: 954.764.1073
www.NationalMarine.com
FL #: 2838/21721

**INVOICE**

Page 1 of 1

| | |
|---|---|
| Invoice No. | 713838-01 |
| Document Date | July 27, 2022 |
| Customer ID | 174340N150 |

**Sold To:**
Lady May
HK Int'l Funds Investments (USA) Limited LLC
C/O Yachtzoo LLC, c/o Catarineau & Givens, PA
8000 SW 117th Avenue, Suite 204
Miami, FL 33183
United States Of America

**Ship To:**
BRIDGEPORT HARBOR MARINA
10 East Main Street
Bridgeport, CT 06608

| | |
|---|---|
| P.O. Number | |
| Department | INTERIOR |
| Salesperson | Kim Laustra |
| Ship Via | Fedex |
| Ship Date | 7/22/2022 |
| Due Date | August 26, 2022 |
| Terms | Net 30 |
| Order Name | TABLE SERVICE |

| Item No. | Mfg/Part No/Description | Unit | Order Qty. | Invoiced Qty. | Unit Price | Taxable | Total Price |
|---|---|---|---|---|---|---|---|
| 1036953 | SAMBONET LIVING S.S PASTA TONGS 8.25" | Each | 2 | 2 | 21.50 | TAXABLE | $ 43.00 |
| 958099 | SAMBONET LIVING S.S PASTA TONGS 11.75 | Each | 2 | 2 | 37.50 | TAXABLE | $ 75.00 |
| 1036954 | SAMBONET LIVING S.S SERVING PLIERS 9.5" | Each | 1 | 1 | 46.00 | TAXABLE | $ 46.00 |
| 944273 | SAMBONET LIVING S.S SERVING PLIERS 10.25" | Each | 1 | 1 | 39.50 | TAXABLE | $ 39.50 |
| 958098 | SAMBONET LIVING S.S VEGGIE TONG 10.25 | Each | 2 | 2 | 25.50 | TAXABLE | $ 51.00 |
| 1036956 | SAMBONET LIVING S.S PASTRY PLIERS 7" | Each | 2 | 2 | 27.50 | TAXABLE | $ 55.00 |
| 1036957 | SAMBONET LIVING S.S RICE LADDLE 11" | Each | 1 | 1 | 20.00 | TAXABLE | $ 20.00 |
| 1036958 | SAMBONET LIVING S.S SERVING FORK 10.25" | Each | 1 | 1 | 19.50 | TAXABLE | $ 19.50 |
| 1036959 | SAMBONET LIVING S.S SERVING FORK  11.5" | Each | 1 | 1 | 21.50 | TAXABLE | $ 21.50 |
| 1036960 | SAMBONET LIVING S.S SERVING SPOON 11.75" | Each | 1 | 1 | 24.00 | TAXABLE | $ 24.00 |
| NMS I-FREIGHT | INBOUND FREIGHT | Each | 1 | 1 | 82.40 | NOTAX | $ 82.40 |
| SHIP REF 1 | MSO27149 FEDEX 590116960688 / 0699 / 0703 / 0714 TO BRIDGEPORT,CT  US ON 07/26/22 | Each | 1 | 1 | | NOTAX | |
| SHIP REF 2 | FREIGHT BILLED ON INVOICE 712524 | Each | 1 | 1 | | NOTAX | |

| | |
|---|---|
| **Total USD Excl. Tax** | **$ 476.90** |
| Sales Tax | $ 0.00 |
| Payment\Credits | $ 0.00 |
| **Total USD Incl. Tax** | **$ 476.90** |

National Marine Suppliers is compliant with FAC.61N-1.028 28a-g.  Log into our website to view transactional data...



**INVOICE**

Page 1 of 1

United States Headquarters
2800/2810 SW 2nd Ave
Fort Lauderdale, FL 33315 USA
Tel: 954.764.0975   Fax: 954.764.1073
www.NationalMarine.com
FL #: 2838/21721

| | |
|---|---|
| Invoice No. | 631286-18 |
| Document Date | July 29, 2022 |
| Customer ID | 174340N150 |

**Sold To:**
Lady May
HK Int'l Funds Investments (USA) Limited LLC
C/O Yachtzoo LLC, c/o Catarineau & Givens, PA
8000 SW 117th Avenue, Suite 204
Miami, FL 33183
United States Of America

**Ship To:**
National Marine Suppliers
EIN: 65-0177138
2800 SW 2nd Ave
Fort Lauderdale, FL 33315

| | |
|---|---|
| P.O. Number | |
| Department | STORAGE |
| Salesperson | Dean Dutoit |
| Ship Via | Services Performed |
| Ship Date | 8/1/2022 |
| Due Date | August 28, 2022 |
| Terms | Net 30 |
| Order Name | TENDER STORAGE (2) |

| Item No. | Mfg/Part No/Description | Unit | Order Qty. | Invoiced Qty. | Unit Price | Taxable | Total Price |
|---|---|---|---|---|---|---|---|
| NMS STORAGE | STORAGE OF 21' NUMA-TEC US-KD26777141 TENDER FOR AUGUST 2022 | Each | 1 | 1 | 350.00 | TAXABLE | $ 350.00 |
| NMS STORAGE | STORAGE OF 12' RESCUE IT-TLYNTO12A111 TENDER FOR AUGUST 2022 | Each | 1 | 1 | 200.00 | TAXABLE | $ 200.00 |

| | |
|---|---|
| **Total USD Excl. Tax** | **$ 550.00** |
| Sales Tax | $ 38.50 |
| Payment\Credits | $ 0.00 |
| **Total USD Incl. Tax** | **$ 588.50** |

**National Marine Suppliers is compliant with FAC.61N-1.028 28a-g.  Log into our website to view transactional data...**



**United States Headquarters**
2800/2810 SW 2nd Ave
Fort Lauderdale, FL 33315 USA
Tel: 954.764.0975   Fax: 954.764.1073
www.NationalMarine.com
FL #: 2838/21721

# INVOICE
Page 1 of 2

| | |
|---|---|
| Invoice No. | 712471-01 |
| Document Date | July 29, 2022 |
| Customer ID | 174340N150 |
| P.O. Number | |
| Department | DECK |
| Salesperson | Christopher Gioiello |
| Ship Via | Ground |
| Ship Date | 6/23/2022 |
| Due Date | August 28, 2022 |
| Terms | Net 30 |
| Order Name | |

**Sold To:**
Lady May
HK Int'l Funds Investments (USA) Limited LLC
C/O Yachtzoo LLC, c/o Catarineau & Givens, PA
8000 SW 117th Avenue, Suite 204
Miami, FL 33183
United States Of America

**Ship To:**
BRIDGEPORT HARBOR MARINA
10 East Main Street
Bridgeport, CT 06608

| Item No. | Mfg/Part No/Description | Unit | Order Qty. | Invoiced Qty. | Unit Price | Taxable | Total Price |
|---|---|---|---|---|---|---|---|
| 491216 | GARMIN 010-01504-00 GPS 73 HANDHELD GPS NAVIGATOR | Each | 1 | 1 | 191.99 | TAXABLE | $ 191.99 |
| 1012307 | STANDARD HORIZON HX210 FLOATING HANDHELD VHF RADIO | Each | 1 | 1 | 106.64 | TAXABLE | $ 106.64 |
| 477442 | NORCROSS DT1H HAWKEYE DEPTHTRAX HANDHELD DEPTHFINDER | Each | 1 | 1 | 79.97 | TAXABLE | $ 79.97 |
| 435410 | PLASTIMO P63870 IRIS 50 HAND BEARING COMPASS | Each | 1 | 1 | 133.31 | TAXABLE | $ 133.31 |
| 1035024 | REVERE 45-61098-101R INFLATABLE PFD BELT PACK | Each | 11 | 11 | 78.40 | TAXABLE | $ 862.40 |
| 1035026 | MUSTANG MD201403_4 M.I.T. 100 INFLATABLE LIFE JACKET | Each | 1 | 1 | 143.97 | TAXABLE | $ 143.97 |
| 1035031 | WM 233SETE01KK ISAF/ISO SPECIFICATION 12401 DOUBLE SAFETY TETHER | Each | 2 | 2 | 155.99 | TAXABLE | $ 311.98 |
| 189890 | DATREX DX1502M SIGNAL MIRROR | Each | 1 | 1 | 23.95 | TAXABLE | $ 23.95 |
| 1035042 | WM 81115 SHORELINE 10X50 WATERPROOF BINOCULARS | Each | 1 | 1 | 226.64 | TAXABLE | $ 226.64 |
| 122458 | SEASENSE PUMP MANUAL BILGE 24" X 72" (61CM X 183CM) HOSE | Each | 1 | 1 | 34.95 | TAXABLE | $ 34.95 |
| 1035045 | GUARDIAN RANA.FIN.LXL.BK RANA ADULT FINS | Each | 1 | 1 | 46.07 | TAXABLE | $ 46.07 |
| 134653 | ORION 984 DYE MARKER 2/PACK | Each | 2 | 2 | 17.95 | TAXABLE | $ 35.90 |
| 110910 | MOBRI M2 RADAR REFLECTOR WITH BRACKET 2" X 23" (51MMX584MM) | Each | 1 | 1 | 89.95 | TAXABLE | $ 89.95 |
| 1035046 | DD 45YELLOW 45" SIGNAL SCUBA SAFETY TUBE | Each | 1 | 1 | 37.49 | TAXABLE | $ 37.49 |
| 1035047 | LEWMAR 0058902 4.4 LB CLAW ANCHOR SS | Each | 1 | 1 | 163.97 | TAXABLE | $ 163.97 |
| 1035057 | BRAVO 6853100N FOOT PUMP | Each | 1 | 1 | 20.10 | TAXABLE | $ 20.10 |
| 1035114 | TAYLOR MADE 93269 SIGNAL FLAG "N" 12"X18" | Each | 2 | 2 | 9.99 | TAXABLE | $ 19.98 |
| 1035115 | TAYLOR MADE 93258 SIGNAL FLAG "C" 12"X18" | Each | 2 | 2 | 9.99 | TAXABLE | $ 19.98 |
| 1035116 | TAYLOR MADE 93256 SIGNAL FLAG "A" 12"X18" | Each | 1 | 1 | 9.99 | TAXABLE | $ 9.99 |
| 1035117 | TAYLOR MADE 93272 SIGNAL FLAG "Q" 12"X18" | Each | 1 | 1 | 9.99 | TAXABLE | $ 9.99 |
| 1035445 | AIS KSN11-F PILOT PLUG | Each | 1 | 1 | 187.50 | TAXABLE | $ 187.50 |
| NMS I-FREIGHT | INBOUND FREIGHT DD 45YELLOW | Each | 1 | 1 | 20.04 | NOTAX | $ 20.04 |
| NMS I-FREIGHT | INBOUND FREIGHT FOR AIS KSN11-F | Each | 1 | 1 | 31.25 | NOTAX | $ 31.25 |
| SHIP REF 1 | MSO26934 GROUND 28703262841 TO BRIDGEPORT,CT ON 07/22/22 | Each | 1 | 1 | 1371.80 | NOTAX | $ 1,371.80 |
| SHIP REF 2 | SHIPMENT INCLUDES SALES INVOICE(S) 713173,713415,711186-01,714583,712884,713626 | | 1 | 1 | | NOTAX | |

National Marine Suppliers is compliant with FAC.61N-1.028 28a-g.  Log into our website to view transactional data...

---



**United States Headquarters**
2800/2810 SW 2nd Ave
Fort Lauderdale, FL 33315 USA
Tel: 954.764.0975   Fax: 954.764.1073
www.NationalMarine.com
FL #: 2838/21721

# INVOICE
Page 2 of 2

| | |
|---|---|
| Invoice No. | 712471-01 |
| Document Date | July 29, 2022 |
| Customer ID | 174340N150 |
| P.O. Number | |
| Department | DECK |
| Salesperson | Christopher Gioiello |
| Ship Via | Ground |
| Ship Date | 6/23/2022 |
| Due Date | August 28, 2022 |
| Terms | Net 30 |
| Order Name | |

**Sold To:**
Lady May
HK Int'l Funds Investments (USA) Limited LLC
C/O Yachtzoo LLC, c/o Catarineau & Givens, PA
8000 SW 117th Avenue, Suite 204
Miami, FL 33183
United States Of America

**Ship To:**
BRIDGEPORT HARBOR MARINA
10 East Main Street
Bridgeport, CT 06608

| Item No. | Mfg/Part No/Description | Unit | Order Qty. | Invoiced Qty. | Unit Price | Taxable | Total Price |
|---|---|---|---|---|---|---|---|
| SHIP REF 8 | HAZMAT PACKAGING LABELING INCLUDING DG DECLARATION | | 1 | 1 | 371.43 | NOTAX | $ 371.43 |

| | |
|---|---|
| Total USD Excl. Tax | $ 4,551.24 |
| Sales Tax | $ 0.00 |
| Payment/Credits | $ 0.00 |
| Total USD Incl. Tax | $ 4,551.24 |

National Marine Suppliers is compliant with FAC.61N-1.028 28a-g.  Log into our website to view transactional data...



**NATIONAL MARINE SUPPLIERS**

United States Headquarters
2800/2810 SW 2nd Ave
Fort Lauderdale, FL 33315 USA
Tel: 954.764.0975  Fax: 954.764.1073
www.NationalMarine.com
FL #: 2838/21721

# INVOICE

Page 1 of 1

| | |
|---|---|
| Invoice No. | 712471-02 |
| Document Date | July 29, 2022 |
| Customer ID | 174340N150 |

**Sold To:**
Lady May
HK Int'l Funds Investments (USA) Limited LLC
C/O Yachtzoo LLC, c/o Catarineau & Givens, PA
8000 SW 117th Avenue, Suite 204
Miami, FL 33183
United States Of America

**Ship To:**
BRIDGEPORT HARBOR MARINA
10 East Main Street
Bridgeport, CT 06608

| | |
|---|---|
| P.O. Number | |
| Department | DECK |
| Salesperson | Christopher Gioiello |
| Ship Via | Fedex |
| Ship Date | 7/8/2022 |
| Due Date | August 28, 2022 |
| Terms | Net 30 |
| Order Name | |

| Item No. | Mfg/Part No/Description | Unit | Order Qty. | Invoiced Qty. | Unit Price | Taxable | Total Price |
|---|---|---|---|---|---|---|---|
| 647455 | MUSTANG SURVIVAL MA2014 RE-ARM KIT FOR MD2014/MD2016 | Each | 3 | 3 | 34.64 | TAXABLE | $ 103.92 |
| 394282 | ACR 3970.3 EMERGENCY DISTRESS FIREFLY PRO LED STROBE LIGHT | Each | 2 | 2 | 66.95 | TAXABLE | $ 133.90 |
| 133831 | SEASENSE AIR HORN PWC SMALL 1.5 OZ (44ML) AEROSOL | Each | 1 | 1 | 9.95 | TAXABLE | $ 9.95 |
| 122274 | PAINS WESSEX 30-52751 FLARE HANDHELD WHITE SOLAS | Each | 8 | 8 | 12.95 | TAXABLE | $ 103.60 |
| 122274 | PAINS WESSEX 30-52751 FLARE HANDHELD WHITE SOLAS | Each | 8 | 8 | 12.95 | TAXABLE | $ 103.60 |
| 408825 | PAINS WESSEX 30-53780  MOB MK9 LIGHT AND SMOKE LIFEBUOY MARKER | Each | 1 | 1 | 595.00 | TAXABLE | $ 595.00 |
| SHIP REF 1 | MSO26929 FEDEX 5901 1696 0140 (4 BOXES) TO BRIDGEPORT,CT  US ON 07/22/22 | Each | 1 | 1 | | NOTAX | |
| SHIP REF 2 | SHIPMENT INCLUDES BILLED ON 712471-01 | Each | 1 | 1 | | NOTAX | |
| NMS - HAZMAT | HAZARDOUS MATERIALS BILLED ON  712471-01 | | 1 | 1 | | NOTAX | |

| | |
|---|---|
| **Total USD Excl. Tax** | **$ 1,049.97** |
| Sales Tax | $ 0.00 |
| Payment\Credits | $ 0.00 |
| **Total USD Incl. Tax** | **$ 1,049.97** |

National Marine Suppliers is compliant with FAC.61N-1.028 28a-g.  Log into our website to view transactional data...

NATIONAL MARINE
SUPPLIERS

2800/2810 SW 2nd Ave
Fort Lauderdale, FL 33315 USA
Tel: 954.764.0975   Fax: 954.764.1073
www.NationalMarine.com
FL #: 2838/21721

**INVOICE**

Page 1 of 1

| | |
|---|---|
| Invoice No. | 712739-01 |
| Document Date | July 29, 2022 |
| Customer ID | 174340N150 |

**Sold To:**
Lady May
HK Int'l Funds Investments (USA) Limited LLC
C/O Yachtzoo LLC, c/o Catarineau & Givens, PA
8000 SW 117th Avenue, Suite 204
Miami, FL 33183
United States Of America

**Ship To:**
BRIDGEPORT HARBOR MARINA
10 East Main Street
Bridgeport, CT 06608

| | |
|---|---|
| P.O. Number | |
| Department | ENGINEERING |
| Salesperson | Christopher Gioiello |
| Ship Via | Fedex |
| Ship Date | 7/8/2022 |
| Due Date | August 28, 2022 |
| Terms | Net 30 |
| Order Name | |

| Item No. | Mfg/Part No/Description | Unit | Order Qty. | Invoiced Qty. | Unit Price | Taxable | Total Price |
|---|---|---|---|---|---|---|---|
| 240712 | SCHNEIDER ELECTRIC CAD32P7 AUX RELAY 230V 50/60HZ 3NO+2NC | Each | 2 | 2 | 102.95 | TAXABLE | $ 205.90 |
| 1035335 | SCHNEIDER LAD4RCU  RC TRANSIENT SUPPRESSOR, 110-250 VAC | Each | 2 | 2 | 28.35 | TAXABLE | $ 56.70 |
| NMS I-FREIGHT | INBOUND FREIGHT FOR SCHNEIDER ITEMS | Each | 1 | 1 | 28.59 | NOTAX | $ 28.59 |
| 390442 | CRC 05090 BRAKLEEN GALLON | Each | 2 | 2 | 54.79 | TAXABLE | $ 109.58 |
| 447848 | FINDER 83.02.0.240.0000 MODULAR TIMER | Each | 1 | 1 | 292.89 | TAXABLE | $ 292.89 |
| SHIP REF 1 | MSO27149 FEDEX 590116960688 / 0699 / 0703 / 0714 TO BRIDGEPORT, CT ON 7/26/22 | Each | 1 | 1 | | NOTAX | |
| SHIP REF 2 | FREIGHT BILLED ON  INVOICE 712524 | Each | 1 | 1 | | NOTAX | |

| | |
|---|---|
| **Total USD Excl. Tax** | **$ 693.66** |
| Sales Tax | $ 0.00 |
| Payment\Credits | $ 0.00 |
| **Total USD Incl. Tax** | **$ 693.66** |

National Marine Suppliers is compliant with FAC.61N-1.028 28a-g.  Log into our website to view transactional data...



**NATIONAL MARINE SUPPLIERS**

2800/2810 SW 2nd Ave
Fort Lauderdale, FL 33315 USA
Tel: 954.764.0975   Fax: 954.764.1073
www.NationalMarine.com
FL #: 2838/21721

# INVOICE

Page 1 of 1

| | |
|---|---|
| Invoice No. | 712884-01 |
| Document Date | July 29, 2022 |
| Customer ID | 174340N150 |

**Sold To:**
Lady May
HK Int'l Funds Investments (USA) Limited LLC
C/O Yachtzoo LLC, c/o Catarineau & Givens, PA
8000 SW 117th Avenue, Suite 204
Miami, FL 33183
United States Of America

**Ship To:**
BRIDGEPORT HARBOR MARINA
10 East Main Street
Bridgeport, CT 06608

| | |
|---|---|
| P.O. Number | |
| Department | INTERIOR |
| Salesperson | Kim Laustra |
| Ship Via | Motor Freight |
| Ship Date | 7/11/2022 |
| Due Date | August 28, 2022 |
| Terms | Net 30 |
| Order Name | INTERIOR PROV. |

| Item No. | Mfg/Part No/Description | Unit | Order Qty. | Invoiced Qty. | Unit Price | Taxable | Total Price |
|---|---|---|---|---|---|---|---|
| 100884 | THETFORD 3300 TOILET TISSUE 2 PLY 4/PK | Each | 2 | 2 | 7.49 | TAXABLE | $ 14.98 |
| 171160 | UNITOR 743146 5KG (11 LBS) GAMAZYME TDS BLUE SATCHET (100-SACHES OF 50-GRAMS) | Each | 1 | 1 | 236.95 | TAXABLE | $ 236.95 |
| SHIP REF 1 | MSO26934 MOTOR 28703262841 (1 PALLET) TO BRIDGEPORT,CT   ON 07/22/22 | Each | 1 | 1 | | NOTAX | |
| SHIP REF 1 | SHIPMENT BILLED ON INVOICE 712471 | Each | 1 | 1 | | NOTAX | |

| | |
|---|---|
| **Total USD Excl. Tax** | **$ 251.93** |
| Sales Tax | $ 0.00 |
| Payment\Credits | $ 0.00 |
| **Total USD Incl. Tax** | **$ 251.93** |

National Marine Suppliers is compliant with FAC.61N-1.028 28a-g.  Log into our website to view transactional data...



**INVOICE**

Page 1 of 1

2800/2810 SW 2nd Ave
Fort Lauderdale, FL 33315 USA
Tel: 954.764.0975   Fax: 954.764.1073
www.NationalMarine.com
FL #: 2838/21721

| | |
|---|---|
| Invoice No. | 713173-01 |
| Document Date | July 29, 2022 |
| Customer ID | 174340N150 |

**Sold To:**
Lady May
HK Int'l Funds Investments (USA) Limited LLC
C/O Yachtzoo LLC, c/o Catarineau & Givens, PA
8000 SW 117th Avenue, Suite 204
Miami, FL 33183
United States Of America

**Ship To:**
BRIDGEPORT HARBOR MARINA
10 East Main Street
Bridgeport, CT 06608

| | |
|---|---|
| P.O. Number | |
| Department | ENGINEERING |
| Salesperson | Christopher Gioiello |
| Ship Via | Ground |
| Ship Date | 6/28/2022 |
| Due Date | August 28, 2022 |
| Terms | Net 30 |
| Order Name | |

| Item No. | Mfg/Part No/Description | Unit | Order Qty. | Invoiced Qty. | Unit Price | Taxable | Total Price |
|---|---|---|---|---|---|---|---|
| 421830 | DOMETIC/SPOT ZERO 252404004 HEAVY METAL FILTER 4 1/2"X10" | Each | 4 | 4 | 80.00 | TAXABLE | $ 320.00 |
| 421833 | DOMETIC/SPOT ZERO 252404005 FILTER 4-1/2" X 10" SEDIMENT | Each | 3 | 3 | 18.00 | TAXABLE | $ 54.00 |
| 449810 | DOMETIC/SPOT ZERO 252404141 BACTERIOSTATIC REMINERALIZERS FILTER CARTRIDGE | Each | 4 | 4 | 54.00 | TAXABLE | $ 216.00 |
| 1035894 | DOMETIC 252404143 VANE BRASS 5.3GPM 1001 | Each | 1 | 1 | 360.00 | TAXABLE | $ 360.00 |
| SHIP REF 1 | MSO26934 GROUND 28703262841 (1 PALLET) TO BRIDGEPORT,CT ON 07/22/22 | Each | 1 | 1 | | NOTAX | |
| SHIP REF 2 | SHIPMENT BILLE ON SALES INVOICE 712471 | | 1 | 1 | | NOTAX | |
| NMS - HAZMAT | HAZARDOUS MATERIALS BILLED ON 712471 | | 1 | 1 | | NOTAX | |

| | |
|---|---|
| **Total USD Excl. Tax** | **$ 950.00** |
| Sales Tax | $ 0.00 |
| Payment\Credits | $ 0.00 |
| **Total USD Incl. Tax** | **$ 950.00** |

National Marine Suppliers is compliant with FAC.61N-1.028 28a-g.  Log into our website to view transactional data...

NATIONAL MARINE

**SUPPLIERS**

United States Headquarters
2800/2810 SW 2nd Ave
Fort Lauderdale, FL 33315 USA
Tel: 954.764.0975   Fax: 954.764.1073
www.NationalMarine.com
FL #: 2838/21721

**INVOICE**

Page 1 of 1

| | |
|---|---|
| Invoice No. | 713415-01 |
| Document Date | July 29, 2022 |
| Customer ID | 174340N150 |

**Sold To:**
Lady May
HK Int'l Funds Investments (USA) Limited LLC
C/O Yachtzoo LLC, c/o Catarineau & Givens, PA
8000 SW 117th Avenue, Suite 204
Miami, FL 33183
United States Of America

**Ship To:**
BRIDGEPORT HARBOR MARINA
10 East Main Street
Bridgeport, CT 06608

| | |
|---|---|
| P.O. Number | |
| Department | DECK |
| Salesperson | Christopher Gioiello |
| Ship Via | Ground |
| Ship Date | 7/6/2022 |
| Due Date | August 28, 2022 |
| Terms | Net 30 |
| Order Name | |

| Item No. | Mfg/Part No/Description | Unit | Order Qty. | Invoiced Qty. | Unit Price | Taxable | Total Price |
|---|---|---|---|---|---|---|---|
| 100308 | SIMPLE GREEN 13005 ALL-PURPOSE CLEANER CONCENTRATE GALLON (3.78L) | Gallon | 3 | 3 | 14.95 | TAXABLE | $ 44.85 |
| 107408 | 3M 07445 SCOTCH BRITE 98 PAD LIGHT DUTY WHITE 9" X 6" (229 X 152MM) | Each | 20 | 20 | 1.95 | TAXABLE | $ 39.00 |
| 263323 | 3M 20511 ORANGE HOLDER ONLY DOODLEBUG SWIVEL 6472 PAD HOLDER | Each | 4 | 4 | 25.99 | TAXABLE | $ 103.96 |
| 693997 | YOT STIK XL CARBON FIBER WASH POLE TELESCOPING 70-116" | Each | 1 | 1 | 274.95 | TAXABLE | $ 274.95 |
| 100324 | CLEANTOOLS 149 NAT/TAN CHAMOIS ABSORBER NATURAL 27" X 17" (685MM X 432MM) | Each | 10 | 10 | 11.99 | TAXABLE | $ 119.90 |
| 238334 | TD SNAP ON CHAMOIS MOP HEAD | Each | 2 | 2 | 78.90 | TAXABLE | $ 157.80 |
| 150888 | TRICOFLEX 50M X 19MM W WATER HOSE 164' X 3/4" WHITE | Each | 2 | 2 | 159.00 | TAXABLE | $ 318.00 |
| 135446 | HAFELE 211.63.102 PUSH BUTTON, LATCH ONLY | Each | 30 | 30 | 14.90 | TAXABLE | $ 447.00 |
| SHIP REF 1 | MSO26934 GROUND 28703262841 (1 PALLET) TO BRIDGEPORT,CT ON 07/22/22 | Each | 1 | 1 | | NOTAX | |
| SHIP REF 2 | SHIPMENT BILLED ON SALES INVOICE  712471 | | 1 | 1 | | NOTAX | |
| NMS - HAZMAT | HAZARDOUS MATERIALS BILLED ON 712471 | | 1 | 1 | | NOTAX | |

| | |
|---|---|
| **Total USD Excl. Tax** | **$ 1,505.46** |
| Sales Tax | $ 0.00 |
| Payment\Credits | $ 0.00 |
| **Total USD Incl. Tax** | **$ 1,505.46** |

National Marine Suppliers is compliant with FAC.61N-1.028 28a-g.  Log into our website to view transactional data...



**NATIONAL MARINE SUPPLIERS**

2800/2810 SW 2nd Ave
Fort Lauderdale, FL 33315 USA
Tel: 954.764.0975    Fax: 954.764.1073
www.NationalMarine.com
FL #: 2838/21721

**INVOICE**

Page 1 of 1

| | |
|---|---|
| Invoice No. | 714112-01 |
| Document Date | July 29, 2022 |
| Customer ID | 174340N150 |

**Sold To:**
Lady May
HK Int'l Funds Investments (USA) Limited LLC
C/O Yachtzoo LLC, c/o Catarineau & Givens, PA
8000 SW 117th Avenue, Suite 204
Miami, FL 33183
United States Of America

**Ship To:**
BRIDGEPORT HARBOR MARINA
10 East Main Street
Bridgeport, CT 06608

| | |
|---|---|
| P.O. Number | |
| Department | ENGINEERING |
| Salesperson | Christopher Gioiello |
| Ship Via | Fedex |
| Ship Date | 7/7/2022 |
| Due Date | August 28, 2022 |
| Terms | Net 30 |
| Order Name | |

| Item No. | Mfg/Part No/Description | Unit | Order Qty. | Invoiced Qty. | Unit Price | Taxable | Total Price |
|---|---|---|---|---|---|---|---|
| 664222 | 3M HDBB-415-1-250 4-OUTLET H.D. BREAKOUT BOOT | Each | 10 | 10 | 48.99 | TAXABLE | $ 489.90 |
| NMS I-FREIGHT | INBOUND FREIGHT FOR 3M HDBB-415-1-250 | Each | 1 | 1 | 27.18 | NOTAX | $ 27.18 |
| SHIP REF 1 | MSO27149 FEDEX 590116960688 / 0699 / 0703 / 0714 TO BRIDGEPORT,CT ON 07/26/22 | Each | 1 | 1 | | NOTAX | |
| SHIP REF 2 | FREIGHT BILLED ON INVOICE 712524 | Each | 1 | 1 | | NOTAX | |

| | |
|---|---|
| **Total USD Excl. Tax** | **$ 517.08** |
| Sales Tax | $ 0.00 |
| Payment\Credits | $ 0.00 |
| **Total USD Incl. Tax** | **$ 517.08** |

National Marine Suppliers is compliant with FAC.61N-1.028 28a-g.  Log into our website to view transactional data...