# Exhibit B

**M/Y Lady May**
**Budget forecast**
December 2022 - April 2023

| | Dec | Jan | Feb | Mar | Apr | TOTALS | Notes |
|---|---:|---:|---:|---:|---:|---:|---|
| **60100 Expenses - Administrative** | | | | | | | |
| 60101 Bank Charges | 800,00 | 800,00 | 800,00 | 800,00 | 800,00 | 4 000,00 | |
| 60102 Profesional Fees | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| **Total 60100 Expenses - Administrative** | $ 800,00 | $ 800,00 | $ 800,00 | $ 800,00 | $ 800,00 | $ 4 000,00 | |
| **60200 Expenses - Management** | | | | | | 0,00 | |
| 60201 Management Fees | 5 940,00 | 5 940,00 | 5 940,00 | 5 940,00 | 5 940,00 | 29 700,00 | |
| 60202 Crew HR | 600,00 | 600,00 | 600,00 | 600,00 | 600,00 | 3 000,00 | |
| 60204 Travel | 0,00 | 500,00 | 500,00 | 500,00 | 500,00 | 2 000,00 | |
| **Total 60200 Expenses - Management** | $ 6 540,00 | $ 7 040,00 | $ 7 040,00 | $ 7 040,00 | $ 7 040,00 | $ 34 700,00 | |
| **60300 Expenses - Communications** | | | | | | 0,00 | |
| 60301 Internet | 2 500,00 | 2 500,00 | 2 500,00 | 2 500,00 | 2 500,00 | 12 500,00 | 500GB / month |
| 60302 Phone & Cellular | 300,00 | 300,00 | 300,00 | 300,00 | 300,00 | 1 500,00 | Capt mobile + Engineer mobile |
| 60303 Satcom | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| 60304 Sat TV | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| **Total 60300 Expenses - Communications** | $ 2 800,00 | $ 2 800,00 | $ 2 800,00 | $ 2 800,00 | $ 2 800,00 | $ 14 000,00 | |
| **60400 Expenses - Crew** | | | | | | 0,00 | |
| 60401 Accommodation | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| 60403 Dayworkers | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| 60404 Entertainment | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| 60405 Final Settlements | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| 60406 Food & Beverages | 4 500,00 | 4 500,00 | 4 500,00 | 4 500,00 | 4 500,00 | 22 500,00 | $25/day/crew member (6 crew) |
| 60407 Health Insurance | 0,00 | 0,00 | 0,00 | 30 000,00 | 0,00 | 30 000,00 | |
| 60408 Medical Expenses | 200,00 | 200,00 | 200,00 | 200,00 | 200,00 | 1 000,00 | |
| 60409 Placement Fees | 0,00 | 6 000,00 | 0,00 | 6 000,00 | 0,00 | 12 000,00 | |
| 60410 Salaries | 49 900,00 | 49 900,00 | 49 900,00 | 49 900,00 | 49 900,00 | 249 500,00 | |
| 60411 Supplies | 200,00 | 200,00 | 200,00 | 200,00 | 200,00 | 1 000,00 | |
| 60412 Temp Salaries | 6 000,00 | 0,00 | 6 000,00 | 0,00 | 6 000,00 | 18 000,00 | Contingency for crew leave |
| 60413 Training & Certification | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| 60414 Travel | 2 000,00 | 500,00 | 500,00 | 500,00 | 2 000,00 | 5 500,00 | |
| 60415 Uniforms | 200,00 | 200,00 | 200,00 | 200,00 | 200,00 | 1 000,00 | |
| **Total 60400 Expenses - Crew** | $ 63 000,00 | $ 61 500,00 | $ 61 500,00 | $ 91 500,00 | $ 63 000,00 | $ 340 500,00 | |
| **60500 Expenses - Operating** | | | | | | 0,00 | |
| 60501 Agency | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| 60502 Auto | 6 000,00 | 6 000,00 | 6 000,00 | 6 000,00 | 6 000,00 | 30 000,00 | Rental car, tolls, parking, fuel |
| 60503 Bridge | 500,00 | 500,00 | 500,00 | 500,00 | 500,00 | 2 500,00 | |
| 60504 Computer, AV/IT | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| 60505 Deck | 5 000,00 | 5 000,00 | 5 000,00 | 5 000,00 | 5 000,00 | 25 000,00 | |
| 60506 Electronics | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| 60507 Engineering | 5 000,00 | 5 000,00 | 5 000,00 | 5 000,00 | 5 000,00 | 25 000,00 | |
| 60508 Fuel & Lubricants | 30 000,00 | 0,00 | 0,00 | 20 000,00 | | 50 000,00 | |
| 60509 Galley | 500,00 | 500,00 | 500,00 | 500,00 | 500,00 | 2 500,00 | |
| 60510 Gratuities | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| 60512 Insurance H&M, P&I | 0,00 | 0,00 | 0,00 | 160 000,00 | 0,00 | 160 000,00 | |
| 60513 Interior | 2 000,00 | 2 000,00 | 2 000,00 | 2 000,00 | 2 000,00 | 10 000,00 | |
| 60514 Tenders & Toys | 200,00 | 200,00 | 200,00 | 200,00 | 200,00 | 1 000,00 | |
| 60515 Mail & Freight | 200,00 | 200,00 | 200,00 | 200,00 | 200,00 | 1 000,00 | |
| 60516 Office Supplies | 200,00 | 200,00 | 200,00 | 200,00 | 200,00 | 1 000,00 | |
| 60517 Ports, Dockage & Customs | 16 484,25 | 16 484,25 | 16 484,25 | 16 484,25 | 16 484,25 | 82 421,25 | Dockage 10 500/month, power 5000/month, tax 984.25/month |
| 60518 Safety & Medical | 0,00 | 2 000,00 | 0,00 | 0,00 | 0,00 | 2 000,00 | |
| 60519 Security | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| 60521 Survey & Certification | 0,00 | 0,00 | 0,00 | 5 000,00 | 0,00 | 5 000,00 | |
| 60522 Warehousing | 1 000,00 | 1 000,00 | 1 000,00 | 1 000,00 | 1 000,00 | 5 000,00 | Bridgeport storage, FLL POD storage, National Marine storage |
| **Total 60500 Expenses - Operating** | $ 67 084,25 | $ 39 084,25 | $ 37 084,25 | $ 222 084,25 | $ 37 084,25 | $ 402 421,25 | |
| **60600 Expenses - Refit** | | | | | | 0,00 | |
| 60601 Bridge | | | | | | 0,00 | |
| 60602 Computer, AV, IT | | | | | | 0,00 | |
| 60603 Deck | | | | | | 0,00 | |
| 60604 Electronics | | | | | | 0,00 | |
| 60605 Engineering | | | | | | 0,00 | No refit or improvement projects are being considered currently |
| 60606 Galley | | | | | | 0,00 | |
| 60607 Interior | | | | | | 0,00 | |
| 60608 Tenders & Toys | | | | | | 0,00 | |
| 60609 Safety & Medical | | | | | | 0,00 | |
| 60611 Shipyard Logistics | | | | | | 0,00 | |
| 60612 Stbd ME Claim | | | | | | 0,00 | |
| **Total 60600 Expenses - Refit** | $ 0,00 | $ 0,00 | $ 0,00 | $ 0,00 | $ 0,00 | $ 0,00 | |
| **61000 Owner's Expenses** | | | | | | 0,00 | |
| 61002 Agency | | | | | | 0,00 | |
| 61004 Entertainment | | | | | | 0,00 | |
| 61006 Flowers | | | | | | 0,00 | |
| 61007 Food & Beverages | | | | | | 0,00 | |
| 61013 Miscellaneous | | | | | | 0,00 | No Owners use is being considered |
| 61014 Ports, Dockage & Customs | | | | | | 0,00 | |
| 61016 Supplies | | | | | | 0,00 | |
| 61017 Travel | | | | | | 0,00 | |
| 61018 Warehousing & Storage | | | | | | 0,00 | |
| **Total 61000 Owner's Expenses** | $ 0,00 | $ 0,00 | $ 0,00 | $ 0,00 | $ 0,00 | $ 0,00 | |
| **Total Expenses** | $ 140 224,25 | $ 111 224,25 | $ 109 224,25 | $ 324 224,25 | $ 110 724,25 | $ 795 621,25 | |