# Exhibit C

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No: 22-50073 (JAM) |

**[PROPOSED]**
**ORDER GRANTING HK INTERNATIONAL FUNDS INVESTMENTS**
**(USA) LIMITED, LLC'S MOTION TO MODIFY**
**CONSENT ORDER GRANTING HK INTERNATIONAL FUNDS**
**INVESTMENTS (USA) LIMITED, LLC'S MOTION FOR ORDER**
**ESTABLISHING REPAIR RESERVE FOR THE LADY MAY**

Upon HK International Funds Investments (USA) Limited, LLC's Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May (the "Motion"), which seeks a modification to the Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May (the "Consent Order") to authorize and direct the chapter 11 trustee Luc A. Despins (the "Trustee") to pay certain Operational Expenses (as defined in the Motion); and upon consideration of the Motion and the relief requested appearing to this Court to be necessary and appropriate to carry out the orderly operation of the Debtor's estate; due and sufficient notice of the Motion having been given under the particular circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Motion is hereby **GRANTED** and the Consent Order is hereby modified as follows:

1.  Paragraph (i) of the Consent Order is hereby modified to provide:

    The Trustee shall hold the Repair Reserve Amount as escrow agent
    in the Trustee's section 345 bank account (the "Trustee's Bank

1

Account") solely for the purpose of securing the completion of the service, maintenance, and repairs required to be performed to restore the Lady May to good working order in accordance with the Stipulated Order, specifically, paragraph 11 (the "Required Repairs") and this Order and further making payments to satisfy operating expenses reasonably incurred by HK USA for the Lady May (collectively, "Operating Expenses") as set forth in this Order; *provided*, *however*, that the Repair Reserve Amount shall be held in the Trustee's Bank Account as if segregated from all other funds in such account, and the Trustee shall not be able to use or disburse any of the Repair Reserve Amount except as provided in this Order;

2. Paragraph (v) of the Consent Order is hereby modified to provide:

    The Trustee shall pay from the Repair Reserve Amount the expenses (including any required deposits) incurred to perform the Required Repairs or to pay the Insurance Deductible (as defined in the Motion) without further notice if such expenses are in accordance with the estimates set forth in **Exhibit A**, or if such expenses are not in accordance with such estimates, upon either:

    a. The written consent of HK USA and the Trustee; or
    b. The order of this Court following a motion seeking such relief and after due notice and a hearing;

    Additionally, promptly upon submission to the Trustee by HK USA of a funding request, the Trustee shall pay from the Repair Reserve Amount up to $1 million to satisfy:

    a. The outstanding Operating Expenses identified in Exhibit A to HK International Funds Investments (USA) Limited, LLC's Motion on Consent to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May (the "Motion to Modify"); and
    b. The anticipated Operating Expenses for the period of December 2022 through and including April 2023 identified in Exhibit B to the Motion to Modify;

    To the extent that the Trustee and his advisors spend more than ten (10) hours in any given month related to the administration of payments from the Repair Reserve, the corresponding fees shall be paid out of the Repair Reserve;

3. Paragraph (vi) of the Consent Order is hereby modified to provide:

Notwithstanding anything herein to the contrary, the Trustee shall not be, nor required to be, a party to any contract (including any work orders) related to the Required Repairs or the Operating Expenses, and the Trustee shall have no liability whatsoever to any person providing goods or services related to the Required Repairs or the Operating Expenses, except that the Trustee shall be required to pay expenses in accordance with, and subject to the terms of, this Order;

4. Paragraph (x) of the Consent Order is hereby modified to provide:

Upon completion of the Initial Work and the Trustee Inspection with respect to the Initial Work or upon the Trustee's waiver of his right to inspect the Initial Work as set forth above, and in the event and to the extent the Repair Reserve Amount exceeds (i) the amount necessary to pay the outstanding and anticipated Operating Expenses as set forth in this Order and (ii) the amount reasonably necessary to secure the payment of the Remaining Required Repairs ("Repair Reserve Excess") including, but not limited to, the Remaining Work, this Court, upon motion of HK USA filed on or after November 15, 2022, and after due notice and a hearing, shall determine the Repair Reserve Excess, if any, and shall order the Trustee to transfer such Repair Reserve Excess to HK USA or, in the event this Court has entered an order granting a prejudgment remedy against HK USA and such prejudgment remedy is not otherwise fully secured, the Trustee shall continue to hold such Repair Reserve Excess subject to and in accordance with the order granting prejudgment remedy;

5. Paragraph (xi) of the Consent Order is hereby modified to provide:

Upon completion of the Final Trustee Inspection, or upon the Trustee's waiver of his right to inspect as set forth above, and in the event and to the extent the Repair Reserve Amount exceeds (i) the amount necessary to pay the outstanding and anticipated Operating Expenses as set forth in this Order and (ii) the amount that was necessary to pay for the Required Repairs (including, but not limited to, the Initial Work and the Valve Service), this Court, upon motion of HK USA and after due notice and a hearing, and once determined by this Court that the Required Repairs have been fully performed, shall order the Trustee to transfer any excess Repair Reserve funds to HK USA or, in the event this Court has entered an order granting a prejudgment remedy in favor of the Trustee and against HK USA and such prejudgment remedy is not otherwise fully secured, the Trustee shall continue to hold such excess subject to and in accordance with the order granting prejudgment remedy;

Dated at Bridgeport, Connecticut this ___ day of December, 2022.