**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No: 22-50073 (JAM) |

### *EX-PARTE* MOTION PURSUANT TO BANKRUPTCY RULE 9006(c)(1) TO PRESCRIBE NOTICE AND EXPEDITE THE HEARING ON HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION TO MODIFY CONSENT ORDER GRANTING HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION FOR ORDER ESTABLISHING REPAIR RESERVE FOR THE LADY MAY

Pursuant to Fed. R. Bankr. P. 9006(c)(1), HK International Funds Investments (USA) Limited, LLC ("HK USA"), by and through its undersigned counsel, hereby moves (the "Motion to Expedite") for an order (i) scheduling a hearing on an expedited basis to consider HK International Funds Investments (USA) Limited, LLC's Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May (the "Motion to Modify") and (ii) prescribing notice of said hearing. In support of its Motion to Expedite, HK USA respectfully states as follows.

1. This Court has jurisdiction over this Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this Court for these cases and this motion pursuant to 28 U.S.C. §§ 1408 and 1409, respectively. The basis for the relief requested in Fed. R. Bankr. P. 9006(c)(1).

2. On October 7, 2022, this Court issued the Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May [Doc. No. 930] (the "Consent Order"), which established a $4,000,000 Repair Reserve.

1

The funds in the Repair Reserve represent a portion of the proceeds of a $37,000,000 loan that HK USA obtained from Himalaya International Financial Group Ltd ("Himalaya") in April 2022 and on which HK USA is obligated to pay interest at the rate of 3% per month (equaling $1,110,000 per month), which originally secured HK USA's obligation to deliver the Lady May to the navigable waters of Connecticut pursuant to the Stipulated Order Compelling HK International Funds Investments (USA) Limited, LLC to Transport and Deliver that Certain Yacht, the "Lady May" [Doc. No. 299] (the "Stipulated Order").

3. The Lady May, as with any similarly sized vessel, regularly incurs routine operational expenses, such as dockage fees and insurance premiums as well as salaries, health insurance, and food for its crew (collectively, the "Operating Expenses").

4. Beyond the $37 million that HK USA borrowed from Himalaya to secure HK USA's performance under the Stipulated Order and which was subsequently used to fund the Repair Reserve pursuant to the Consent Order, HK USA's funds have been exhausted. Accordingly, it does not have the resources to pay for the Lady May's Operating Expenses.

5. As set forth in the Motion to Modify, there are $188,334.62 in unpaid Operating Expenses through November 30, 2022, and HK USA projects that a further $795,621.25 in Operating Expenses will be incurred for the period of December 2022 to and including April 2023.

6. As certain of these Operating Expenses are past due and HK USA is unable to secure funds to pay such Operating Expenses for the Lady May, the vessel may be subject to arrest or lien under maritime law.

7. Additionally, a portion of the unpaid Operating Expenses (totaling $69,090.92) represent crew salaries. Further, the crew's December salaries are payable by December 16, 2022.

8.      Particularly considering the upcoming holidays, HK USA respectfully submits that payment of the crew salaries (as well as the other unpaid Operating Expenses) as soon as possible is critical.

9.      Prompt payment of these outstanding and anticipated Operating Expenses is necessary to ensure that the Lady May remains in good condition and free of any liens or other encumbrances arising out of unpaid obligations.

10.     Accordingly, HK USA respectfully submits that good cause exists to expedite the hearing to consider the Motion to Modify.

11.     Furthermore, HK USA respectfully requests that this Court order that the Repair Reserve Motion and this Court's order granting this Motion to Expedite be served upon all parties entitled to notice under applicable statutes and/or rules, all parties to the above-captioned Chapter 11 Case qualified to receive electronic notice via the Court's CM/ECF service, as well as the Trustee, the Official Committee of Unsecured Creditors, and the United States Trustee.

**WHEREFORE**, HK USA respectfully requests that this Court grant this Motion to Expedite by issuing an order substantially similar to the Proposed Order submitted herewith and grant such other and further relief as this Court deems just and proper.

> HK INTERNATIONAL FUNDS
> INVESTMENTS (USA) LIMITED, LLC
>
> By: */s/ Christopher H. Blau*
> Christopher H. Blau (ct30120)
> Zeisler & Zeisler, P.C.
> 10 Middle Street, 15th Floor
> Bridgeport, CT  06604
> (203) 368-4234
> (203) 549-0872 (fax)
> Email: skindseth@zeislaw.com
> Its Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice ofElectronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Christopher H. Blau*
Christopher H. Blau (ct30120)