# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, | Case No: 22-50073 (JAM) |
| Debtor. | |

**[PROPOSED ORDER]**
***EX-PARTE* MOTION PURSUANT TO BANKRUPTCY RULE 9006(c)(1) TO EXPEDITE THE HEARING ON HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION TO MODIFY CONSENT ORDER GRANTING HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION FOR ORDER <u>ESTABLISHING REPAIR RESERVE FOR THE LADY MAY</u>**

The Court, having considered the Ex-Parte Motion Pursuant to Bankruptcy Rule 9006(C)(1) to Expedite the Hearing on HK International Funds Investments (USA) Limited, LLC's Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May (the "Motion to Expedite") and it appearing that there is good cause to grant the Motion to Expedite, it is hereby ORDERED THAT:

1. The Motion to Expedite is granted as set forth herein.

2. A hearing (the "Hearing") on HK International Funds Investments (USA) Limited, LLC's Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May (the "Motion to Modify") shall take place on _____ at \_\_:\_\_ at the United States Bankruptcy Court for the District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard Bridgeport, CT 06604.

1

3. A copy of this Order along with the Motion to Modify and all exhibits thereto shall be served upon all parties entitled to notice under applicable statutes and/or rules, all parties to the above-captioned Chapter 11 Case qualified to receive electronic notice via the Court's CM/ECF service, as well as the Debtor, the Official Committee of Unsecured Creditors, and the United States Trustee on or before _____.

4. HK USA shall file a certificate of service on or before _____.