**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| HO WAN KWOK, *et al.*,[1] | : | CASE NO. 22-50073 (JAM) |
|  | : |  |
| Debtors. | : | Jointly Administered |

# CERTIFICATE OF SERVICE

The undersigned certifies that (i) on December 6, 2022 notice of the Court's Order Denying Motion to Expedite (the "Order")(ECF No. 1203) was sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the attached <u>Schedule A</u> or (ii) on December 12, 2022 a copy of the Order was sent by United States first class mail, postage prepaid to each creditor and party in interest listed on the attached <u>Schedule B</u>.

Dated: December 12, 2022  
       New Haven, Connecticut

LUC A. DESPINS,
CHAPTER 11 TRUSTEE

By:   /s/Douglas S. Skalka
Douglas S. Skalka (ct00616)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000
dskalka@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## Schedule A

| | |
|---|---|
| **From:** | CTBECF_Courtmail@ctb.uscourts.gov |
| **Sent:** | Tuesday, December 6, 2022 10:29 AM |
| **To:** | Courtmail@ctb.uscourts.gov |
| **Subject:** | 22-50073 Order on Motion to Expedite Hearing |

**Caution:** External Email. Verify you know the sender before clicking a Link.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**

**District of Connecticut**

Notice of Electronic Filing

The following transaction was received from Clerks Office zaz entered on 12/6/2022 at 10:29 AM EST and filed on 12/6/2022
**Case Name:**     Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC
**Case Number:**   22-50073
**Document Number:** 1203

**Docket Text:**
**ORDER DENYING MOTION TO EXPEDITE.** On December 5, 2022, the Chapter 11 Trustee filed an Application to Employ a Claims Agent (the "Application," ECF No. 1198) and a Motion to Expedite Hearing on the Application (the "Motion to Expedite," ECF No. 1199). Therefore, it is hereby
**ORDERED:** The Motion to Expedite is DENIED. Cause has not been established to schedule a hearing on an expedited basis; and it is further
**ORDERED:** The hearing on the Application will be held on January 4, 2023, at 11:00 a.m. in the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT; and it further
**ORDERED:** Objections to the Application shall be filed by 4:00 p.m. on December 28, 2022; and it is further
**ORDERED:** At or before 12:00 p.m. on December 13, 2022, the Movant shall serve this Order on the Debtor, all creditors, and parties in interest; and it is further
**ORDERED:** At or before 12:00 p.m. on December 14, 2022, the Movant shall file a certificate of service demonstrating compliance with the service requirements of this Order. Signed by Judge Julie A. Manning on December 6, 2022. (zaz)

The following document(s) are associated with this transaction:

**22-50073 Notice will be electronically mailed to:**

Laura Aronsson on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

1

Laura Aronsson on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Tristan G. Axelrod on behalf of Creditor Brown Rudnick LLP
taxelrod@brownrudnick.com

Tristan G. Axelrod on behalf of Creditor Verdolino & Lowey, P.C.
taxelrod@brownrudnick.com

William R. Baldiga on behalf of Creditor Brown Rudnick LLP
wbaldiga@brownrudnick.com

Kellianne Baranowsky on behalf of Interested Party BakerHostetler
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Douglass E. Barron on behalf of Chapter 11 Trustee Luc A. Despins
douglassbarron@paulhastings.com

Nicholas A. Bassett on behalf of Chapter 11 Trustee Luc A. Despins
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

G. Alexander Bongartz on behalf of Chapter 11 Trustee Luc A. Despins
alexbongartz@paulhastings.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Rui Ma
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Weican Meng
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor Zheng Wu
ccallari@callaripartners.com

Daniel Cantor on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
dcantor@omm.com

John L. Cesaroni on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Counter-Defendant Mei Guo

jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Debtor Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested Party Mei Guo
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

Samuel Bryant Davidoff on behalf of Interested Party Williams & Connolly LLP
sdavidoff@wc.com

Luc A. Despins
lucdespins@paulhastings.com, matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

Luc A. Despins on behalf of Chapter 11 Trustee Luc A. Despins
lucdespins@paulhastings.com, matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

David S. Forsh on behalf of 20 Largest Creditor Rui Ma
dforsh@callaripartners.com

David S. Forsh on behalf of 20 Largest Creditor Weican Meng
dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Zheng Wu
dforsh@callaripartners.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Peter Friedman on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Taruna Garg on behalf of Creditor The Sherry-Netherland, Inc.
tgarg@murthalaw.com, mgarcia@murthalaw.com

Irve J. Goldman on behalf of Creditor Committee Official Committee of Unsecured Creditors
igoldman@pullcom.com, rmccoy@pullcom.com

Evan S. Goldstein on behalf of Interested Party Greenwich Land, LLC
egoldstein@uks.com

Evan S. Goldstein on behalf of Interested Party Hing Chi Ngok
egoldstein@uks.com

Mia N. Gonzalez on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

Mia N. Gonzalez on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

James C. Graham on behalf of Chapter 11 Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Defendant Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Lawrence S. Grossman on behalf of Interested Party BakerHostetler
LGrossman@gs-lawfirm.com, aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

David V. Harbach, II on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

James J. Healy on behalf of Interested Party Williams & Connolly LLP
jhealy@cowderymurphy.com

Jeffrey Hellman on behalf of Defendant Ho Wan Kwok
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Eric A. Henzy on behalf of Debtor Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
ehenzy@zeislaw.com, cjervey@zeislaw.com

Jonathan Kaplan on behalf of Creditor Committee Official Committee of Unsecured Creditors
jkaplan@pullcom.com, prulewicz@pullcom.com;rmccoy@pullcom.com

Stephen M. Kindseth on behalf of Debtor Ho Wan Kwok
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party Mei Guo
skindseth@zeislaw.com, cjervey@zeislaw.com

Nancy Bohan Kinsella on behalf of Plaintiff-Intervenor Luc A. Despins
nkinsella@npmlaw.com, moshea@npmlaw.com;smowery@npmlaw.com;npm.bankruptcy@gmail.com

Andrew V. Layden on behalf of Interested Party BakerHostetler
alayden@bakerlaw.com

Patrick R. Linsey on behalf of Chapter 11 Trustee Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Counter-Claimant Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Debtor Genever Holdings Corporation
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Defendant Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff-Intervenor Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Trustee Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Avram Emmanuel Luft on behalf of Chapter 11 Trustee Luc A. Despins
aviluft@paulhastings.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Rui Ma
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Weican Meng
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Committee Official Committee of Unsecured Creditors
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Zheng Wu
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Boxun Inc.
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Rui Ma
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Weican (Watson) Meng
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Yang Lan
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Zheng Wu
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Danielle L. Merola on behalf of Interested Party BakerHostetler
dmerola@bakerlaw.com

Sherry J. Millman on behalf of Creditor The Sherry-Netherland, Inc.
smillman@stroock.com

Aaron A Mitchell on behalf of Debtor Ho Wan Kwok
aaron@lmesq.com

James M. Moriarty on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Counter-Defendant Mei Guo
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Debtor Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Interested Party Mei Guo
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

Sara Pahlavan on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
spahlavan@omm.com

Patrick N. Petrocelli on behalf of Creditor The Sherry-Netherland, Inc.

ppetrocelli@stroock.com

Lucas Bennett Rocklin on behalf of Chapter 11 Trustee Luc A. Despins
lrocklin@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net

Aaron Romney on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Counter-Defendant Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Debtor Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Scott D. Rosen on behalf of Attorney Cohn Birnbaum & Shea, P.C.
srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Thomas J. Sansone on behalf of Attorney Michael S. Weinstein
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Xiaodan Wang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Xiaodan Wang
tsansone@carmodylaw.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Douglas S. Skalka on behalf of Chapter 11 Trustee Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Counter-Claimant Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Debtor Genever Holdings Corporation
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Debtor Genever Holdings LLC
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Defendant Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Plaintiff-Intervenor Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Jeffrey M. Sklarz on behalf of Interested Party BakerHostetler
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Annecca H. Smith on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

John Troy on behalf of Interested Party Troy Law, PLLC
johntroy@troypllc.com

Tiffany Troy on behalf of Creditor Troy Law, PLLC
tiffanytroy@troypllc.com, troylaw@troypllc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Michael S. Weinstein on behalf of Creditor Chong Shen Raphanella
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Rong Zhang
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Xiaodan Wang
mweinstein@golenbock.com

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman on behalf of Plaintiff Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Peter J. Zarella on behalf of 20 Largest Creditor Rui Ma
pzarella@mdmc-law.com

Peter J. Zarella on behalf of 20 Largest Creditor Weican Meng
pzarella@mdmc-law.com

Peter J. Zarella on behalf of Creditor Zheng Wu
pzarella@mdmc-law.com

Schedule B

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0205-5<br>Case 22-50073<br>District of Connecticut<br>Bridgeport<br>Mon Dec 12 09:30:44 EST 2022 | Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111-2600 | Dundon Advisers LLC<br>10 Bank Street, Suite 1100<br>White Plains, NY 10606-1948 |
| Genever Holdings Corporation<br>P.O. Box 3170<br>Road Town Tortola British Virgin Islands | Genever Holdings LLC<br>781 Fifth Avenue<br>Apt. 1801<br>New York, NY 10022-5520 | Pacific Alliance Asia Opportunity Fund L.P. |
| Pullman & Comley, LLC<br>850 Main Street<br>Bridgeport, CT 06604-4988 | Stretto<br>410 Exchange, Suite 100<br>Irvine, CA 92602-1331 | Troy Law, PLLC<br>41-25 Kissena Blvd., Suite 103<br>Flushing, NY 11355-3150 |
| Verdolino & Lowey, P.C.<br>124 Washington Street<br>Foxborough, MA 02035-1368 | Williams & Connolly LLP<br>Williams & Connolly LLP<br>680 Maine Ave SW<br>Washington, DC 20024-3556 | Bridgeport<br>915 Lafayette Blvd<br>Bridgeport, CT 06604-4706 |
| Ace Decade Holdings Limited<br>Attn: Harcus Parker<br>7th Floor, Melbourne House<br>44-46 Aldwych<br>London, UK WC2B 4LL | Baiqiao Tang<br>501 Forest Avenue, #501<br>Palo Alto, CA 94301-2613 | Baker & Hostetler LLP<br>Attn: Andrew Layden<br>200 S. Orange Avenue<br>Suite 2300<br>Orlando, FL 32801-3432 |
| Baker Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111-1099 | Beijing Bi Hai Ge Lin Yuan Lin Lu Hua, Ltd.<br>c/o Kevin Kerveng Tung, P.C.<br>136-20 38th Avenue, Suite 3D & 3F<br>Flushing, NY 11354-4232 | Beijing Cheng Jian Wu Jian She Group, LTD<br>c/o Kevin Kerveng Tung, P.C.<br>136-20 38th Avenue, Suite 3D & 3F<br>Flushing, NY 11354-4232 |
| Beijing Fu Le Hong Ma Jian Zhu Zhuang Shi Go<br>c/o Kevin Kerveng Tung, P.C.<br>136-20 38th Avenue, Suite 3D & 3F<br>Flushing, NY 11354-4232 | Beijing Zhong Xian Wei Ye Stainless Decorati<br>c/o Kein Kerveng Tung, P.C.<br>136-20 38th Avenue, Suite 3D & 3F<br>Flushing, NY 11354-4232 | Bi Hai Ge Lin<br>C/O Kevin Tung, Esq.<br>38th Avenue, Suite 3d<br>Flushing, NY 11354 USA 11363 |
| Boxun Inc<br>c/o Callari Partne<br>Carollynn HG Callari, Esq<br>100 Somerset Corporate Blvd Suite 206<br>Bridgewater, NJ 08807-2842 | Boxun, Inc.<br>C/O Arkin Solbakken, LLP<br>900 Third Avenue, 18th Floor<br>New York, NY 10022-5000 | Bravo Luck Limited<br>c/o Troutman Pepper<br>3000 Two Logan Square, 18th & Arch Sts<br>Philadelphia, PA 19103 |
| Bravo Luck Ltd.<br>P.O. Box 957<br>Offshore Incorporations Centre, Road Tow<br>Tortola, British Virgin Islands | Burnette Shutt McDaniel<br>912 Lady Street, 2nd Floor<br>Columbia, SC 29201-3106 | Chao-Chic Chiu<br>c/o Giordano, Halleran &. Ciesla, P.C.<br>1250 Broadway, 36th Floor<br>New York, NY 10001-3709 |
| Chao-Chih Chiu<br>c/o TroyGould PC<br>1801 Century Park East, 16th Floor<br>Attn: Christopher A. Lilly<br>Los Angeles, CA 90067-2302 | Cheng (NY)<br>c/o Randazza Law Firm<br>2764 Sahara Drive, Suite 109<br>Las Vegas, NV 89117 | Cheng Jian Wu Jian She<br>c/o Kevin Tung, P.C.<br>Attn: K Tung, Esq.<br>136-20 38th Avenue Suite 3D & 3F<br>Flushing, NY 11354-4232 |

| | | |
|---|---|---|
| Cheng Jian Wu Jian She<br>c/o Law Office of Ning Ye, Esq.<br>136-11 38th Ave., #1A<br>Flushing, NY 11354-6503 | Chenglong Wang<br>C/O HGT Law<br>250 Park Avenue, 7th Floor<br>New York, NY 10177-0799<br>Attn: Hung Ta | China Golden Spring Group Hong Kong Ltd |
| Chong Shen Raphanella<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LL<br>270 Madison Avenue<br>New York NY 10016-0601 | Clark Hill PLC<br>c/o Jenner & Block LLP<br>Attn: Kali N. Bracey, Esq.<br>1099 New York Ave., NW, Suite 900<br>Washington DC 20001-4412 | (p)CLAYMAN & ROSENBERG LLP<br>ATTN PAUL HUGEL<br>60 EAST 42ND ST<br>SUITE 650<br>NEW YORK NY 10165-0650 |
| Danyu Lin<br>128 Woodcock Trail<br>West Columbia, SC 29169-3754 | Dawn State Limited<br>Attn: Harcus Parker<br>7th Floor, Melbourne House<br>44-46 Aldwych<br>London, UK WC2B 4LL | Dongna Fang<br>Law Offices of Phillips and King PLLC<br>5041 Airport Fwy<br>Fort Worth, TX 76117-6252 |
| Fan Bingbing<br>Lavely & Singer<br>4 New York Plaza, 2nd Floor<br>Cameron A. Stracher, Esq.<br>New York, NY 10004-2466 | Foley & Lardner LLP<br>Attn: Douglas Spelfogel for<br>Pacific Alliance Asia Opportunity Fund<br>90 Park Avenue<br>New York, NY 10016-1301 | Fu Le Hong Ma<br>C/O Kevin Tung, Esq.<br>38th Avenue, Suite 3d<br>Flushing, NY 11354 USA 11363 |
| G Club Operations LLC<br>53 Calle Palmeras<br>Suite 1401<br>San Juan, PR 00901-2417 | GTV Media Group, Inc.<br>LAWALL & MITCHELL, LLC<br>Attn: President or General Manager<br>55 Madison Avenue, 4th Flr<br>Morristown, NJ 07960-7337 | Ganfer Shore Leeds & Zauderer<br>Attn: President or General Manger<br>360 Lexington Avenue<br>New York, NY 10017-6502 |
| Gaosheng Guo<br>c/o Law Office of Ning Ye, Esq.<br>135-11 38th Ave. #1A<br>Flushing, NY 11354-4440 | Genever Holdings LLC<br>Unit 1801<br>The Sherry- Netherland Apartments<br>781 Fifth Avenue<br>New York NY 10022-5520 | Goldberg Weprin Finkel Goldstein LLP<br>Attn: J. Ted Donovan, Kevin J. Nash<br>1501 Broadway 22nd Floor<br>New York, NY 10036-5600 |
| Golden Spring New York Ltd<br>c/o Berkeley Rowe<br>Marble Arch Park House 116 Park St<br>Mayfair, London UK W1K 6SS | Goldfarb & Huck Roth Riojas, PLLC<br>925 Fourth Avenue<br>Suite 3950<br>Seattle, WA 98104-1510 | Guo Baosheng<br>C/O Law Office of Ning Ye, Esq.<br>135-11 38th Avenue, Suite 1A<br>Flushing, NY 11354-4440 |
| Haihong Wang<br>c/o Carmody Torrance Sandak et al<br>Attn: David T. Grudberg, Esq.<br>195 Church Street 18th floor<br>New Haven, CT 06510-2009 | Harcus Parker Ltd.<br>Attn: President or General Manager<br>Melbourne House<br>44-46 Aldwych 7th Flr<br>London, WC2B 4LL United Kingdom | He Bei Yue Hua Zhuang Shi Gong Cheng LTD.<br>C/O Kevin Kerveng Tung, P.C.<br>136-20 38th Avenue, Suite 3D & 3F<br>Flushing, NY 11354-4232 |
| Hong Kong International Funds<br>Investments Limted | Hong Qi Qu<br>c/o Kevin Tung, Esq.<br>Kevin Kerveng Tung P.C.<br>136-20 38th Avenue, Suite 3D<br>Flushing, NY 11354-4232 | Hong Qi Qu Jian She Group, LTD.<br>C/O Kevin Kerveng Tung, P.C.<br>136-20 38th Avenue, Suite 3D & 3F<br>Flushing, NY 11354-4232 |
| Hong Zeng<br>3020 Edwin Ave., Apt. 1H<br>Fort Lee, NJ 07024-3415 | Huizhen Wang<br>c/o TroyGould PC<br>1801 Century Park East, 16th Floor<br>Attn: Christopher A. Lilly<br>Los Angeles, CA  90067-2367 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

Janover LLC
100 Quentin Roosevelt Blvd
Suite 516
Garden City, NY 11530-4843

Jia Li Wang
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017-4666
Attn: Brian P. Lanciault, Esq.

Jiamei Lu
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017-4666
Attn: Brian P. Lanciault, Esq.

Jian Gong
c/o Kevin Kerveng Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354-4232

Jiang Su Province Jian Gong Group LTD Beijin
C/O Kevin Kerveng Tung, P.C.
136-20 38th Avenue, Suite 3D & 3F
Flushing NY 11354-4232

Jianhu Yi and Qiuju Jia
C/O Arthur Angel, Esq.
1305 n. Poinsettia Place
Los Angeles, CA 90046-4305

Jianshengxie and Jiefu Zheng
ML and CHEN, P.C.
136-79 Roosevelt Ave. Suite 303
Flushing NY 11354-5557

John S. Lau
53 Cody Avenue
Glen Head, NY 11545-1213

Jonathan Young
141 Allenby Road
Wellington Point, QLD 4160
AUSTRALIA

Jonathan Young
15/23 Middle Street
Cleveland QLD 4160 Queensland
Australia

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
4125 Kissena Blvd, Suite 112
Flushing, NY 11355-3150

Jun Liu
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017-4666
Attn: Brian P. Lanciault, Esq.

June Shi
c/o Thompson Hine LLP
Attn: Natalie Gabrenya
20 N. Clark St., Suite 800
Chicago, IL 60602-4119

Kaixin Hong
C/O HGT Law
250 Park Avenue, 7th Floor
New York, NY 10177-0799
Attn: Hung Ta

Kercsmar Feltus & Collins PLLC
7150 E. Camelback Road
Suite 285
Scottsdale, AZ 85251-1225

Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2302

LALIVE SA
Attn: President or General Manager
Rue de la Mairie 35
1207 Geneva, Switzerland

Lamp Capital, LLC
Attn: Bernardo Enriquez
667 Madison Avenue
New York, NY 10065-8029

Lawall & Mitchell, LLC
55 Madison Avenue
Morristown, NJ 07960-7337

Liehong Zhuang
C/O Trexler & Zhang, LLP
224 West 35th Street, 12th Floor
New York, NY 10001-2532

Liehong Zhuang/Xiao Yan Zhu
c/o Trexler & Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001-2533

Lihong Wei Lafrenz (a/k/a Sara Wei)
Coppersmith Brockelman PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004-1241

Linda Cheng
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017-4666
Attn: Brian P. Lanciault, Esq.

Linda He Cheung
c/o Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

Logan Cheng
c/o Jay M. Wolman
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103-4500

Luc A. Despins, Esq.; Paul Hastings
Ch 11 Trustee of Estate of Ho Wan Kwok
200 Park Avenue
New York, NY 10166-0005

Mao-Fu Weng
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017-4666
Attn: Brian P. Lanciault, Esq.

Max Krasner for
Golden Spring New York LTD
162 E. 64th Street
New York, NY 10065-7478

Nan Tong Si Jian
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354-4232

Nan Tong Si Jian Group, LTD
C/O Kevin Kerveng Tung, P.C.
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232

Ning Ye
Law Office of Ning Ye, Esq.
135-11 38th Ave. #1A
Flushing, NY 11354-4440

O'Melveny & Myers
for Pacific Alliance Asia Opp Fund
Attn: P Friedman E Moss D Perez D Shama
7 Times Square
New York, NY 10036-6524

Pacific Alliance Asia Opportunity Fund
Attn: President or General Mgr
33/F, Three Pacific Place
Queens Road East, Hong Kong

Petrillo Klein & Boxer LLP
655 Third Avenue
22nd Floor
New York, NY 10017-9106

Qiang Guo
c/o Berkeley Rowe
Marble Arch Park House
116 Park St
Mayfair, London UK W1K 6SS

Quiju Jia
Arthur R. Angel, Attorney at Law
1305 N. Poinsettia Place
Los Angeles, CA 90046-4305

Rong Zhang
c/o Wolf Haldenstein Adler et al.
Attn: Benjamin Y. Kaufman
270 Madison Avenue
New York, NY 10016-0601

RuQin Wang
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017-4666
Attn: Brian P. Lanciault, Esq.

Rui Ma
C/O Arkin Solbakken, LLP
Attn: Robert C. Angelillo
900 Third Avenue, 18th Floor
New York, NY 10022-5000

Rui Ma
Carollynn HG Callari, Esq/Callari Partne
100 Somerset Corporate Blvd., Suite 206
Bridgewater, NJ 08807-2842

Ruizheng An
c/o AFN Law
41 Madison Ave, 31st Floor
New York, NY 10010-2345

Rule of Law Foundation III, Inc.
c/o KAUFMAN BORGEEST & RYAN LLP
Attn: Daniel A. Schilling, Esq.
120 Broadway 14th Floor
New York, NY 10271-0029

Rule of Law Society IV Inc.
c/o NORRIS MCLAUGHLIN, P.A
Attn: Steven J. Reed
7 Times Square, 21st Floor
New York, NY 10036-6551

Ruquin Wang
c/o Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

SHI
C/O Thompson Hine
20 N. Clark St., Ste 3200
Chicago, IL 60602-5093
Attn: Steven A. Block, Esq.

Samuel Dan Nunberg
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401-5851

Samuel Dan Nunberg
C/O Nesenoff & Miltenberg, LLP
363 Seventh Ave, 5th Floor
New York, NY 10001-3915

Samuel Nunberg
C/O Nesenoff & Miltenberg, LLP
363 Seventh Ave, 5th Floor
New York, NY 10001-3915
Attn: Andrew T. Miltenberg, Esq.

Saraca Media Group, Inc.
c/o Baker Hostetler
Attn: L. David Anderson
2850 North Harwood Street Suite 1100
Dallas, TX 75201-2644

Schulman Bhattacharya, LLC
6116 Executive Boulevard
Suite 425
Bethesda, MD 20852-4937

Selas Montbrial Avocats
10, Rue Cimarosa
75116
Paris- France

Shane D Shook
2821 Monterey Avenue
Soquel CA 95073-2807

Sherry Millman Curtis C. Mechling
Stroock & Stroock & Lavan LLP
for The Sherry-Netherland, Inc.
180 Maiden Lane
New York, NY 10038-4982

Shi Jia Zhuang Zhen Yuan Jian Zhu An Zhuang
C/O Kevin Kerveng Tung, P.C.
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232

Shuang Wang
c/o Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

Stokes Lawrence, PS
1420 Fifth Avenue
Suite 3000
Seattle,WA 98101-2393

Strategic Vision US, LLC
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105-5195

THE CASPER FIRM
400 E. Pratt Street
Suite 903
Baltimore, MD 21202-3127

TROUTMAN PEPPER HAMILTON SANDERS LLP
1313 North Market Streets, Suite 5100
Wilmington, DE 19801-6111

Teli Chen
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017-4666
Attn: Brian P. Lanciault, Esq.

| | | |
|---|---|---|
| The Francis Firm PLLC<br>Attn: President or General Manager<br>50 Riverside Blvd. #3G<br>New York, NY 10069-0229 | The Law Offices of Rafael A. Vargas<br>Attn: President or General Manager<br>100 N. Lasalle Street<br>Chicago, IL 60602-3546 | The Sherry-Netherland Hotel<br>781 5th Avenue<br>New York, NY 10022-1046 |
| Thomas Ragland<br>JENNER & BLOCK LLP<br>1099 New York Ave., NW, Suite 900<br>Washington, DC 20001-4412 | Troutman Pepper Hamilton Sanders LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103 | U. S. Trustee<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510-2022 |
| U.S. Legal Support, Inc.<br>200 West Jackson<br>Suite 600<br>Chicago, IL 60606-6941 | U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Group<br>100 Pearl Street, Suite 20-100<br>New York, NY 10004-6003 | U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Unit<br>100 F Street, N.E.<br>Washington, DC 20549-2001 |
| UBS AG<br>Attn: Herbert-Smith Freehills LLP<br>Exchange House<br>Primrose Street<br>London, UK EC2A 2EG | UBS AG<br>Attn: President or General Mgr<br>600 Washington Blvd 9th Floor<br>Stamford, CT 06901-3726 | UBS AG (London Branch)<br>Attn: Herbert Smith Freehills LLP<br>Exchange House<br>Primrose Street<br>London, UK EC2A 2EG |
| Una Manyee Wilkinson<br>68-18 June Street<br>Forest Hills, NY 11375-5728 | VX Cerda & Associates<br>Attn: Victor Cerda<br>601 Brickell Ave<br>Suite 700<br>Miami, FL 33131 | Verdolino & Lowey, P.C.<br>Attn: President or General Mgr<br>124 Washington Street<br>Foxboro, MA 02035-1368 |
| Veritext<br>Attn: President or General Mgr<br>290 West Mt. Pleasant Ave<br>Livingston, NJ 07039-2761 | Voice Guo Media, Inc.<br>c/o Coppersmith Brockelman PLC<br>Attn: Keith Beauchamp<br>2800 N. Central Avenue, Suite 1900<br>Phoenix, AZ 85004-1241 | WA&HF, LLC/Ruizeng An<br>C/O AFN Law<br>41 Madison Avenue, 31st Floor<br>New York, NY 10010-2345<br>Attn: Angus Ni, Esq. |
| WANG<br>C/O  Carmody Torrance Sandak & Hennessey<br>195 Church Street, P.O. Box 1950<br>New Haven, CT 6509 USA 06509-1950<br>Attn: David Grudberg | Weican Watson Meng<br>c/o Carollynn HG Callari, Esq,<br>Callari Partners LLC<br>100 Somerset Corp. Blvd. Suite 206<br>Bridgewater, NJ 08807-2842 | Weican (Watson) Meng<br>C/O Arkin Solbakken, LLP<br>900 Third Avenue, 18th Floor<br>New York, NY 10022-5000 |
| Weican Meng/Boxun, Inc.<br>C/O Arkin Solbakken, LLP<br>900 Third Avenue, 18th Floor<br>New York, NY 10022-5000 | Weiguo Sun<br>C/O Thompson Hine<br>335 Madison Avenue, 12th Floor<br>New York, NY 10017-4666<br>Attn: Brian P. Lanciault, Esq. | Weixiand Ge<br>C/O Thompson Hine<br>335 Madison Avenue, 12th Floor<br>New York, NY 10017-4666<br>Attn: Brian P. Lanciault, Esq. |
| Weixiang Ge<br>c/o Thompson Hine<br>335 Madison Avenue, 12th Floor<br>New York, NY 10017-4666 | Wen Lin<br>C/O HGT Law<br>250 Park Avenue, 7th Floor<br>New York, NY 10177-0799<br>Attn: Hung Ta | Xiaobo He<br>C/O HGT Law<br>250 Park Avenue, 7th Floor<br>New York, NY 10177-0799<br>Attn: Hung Ta |
| Xiaobo Luo<br>250 Park Avenue, 7th Floor<br>c/o HGT Law<br>New York, NY 10177-0799 | Xiaodan Wang<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LL<br>270 Madison Avenue<br>New York, NY 10016-0601 | Xiaoping Luo<br>C/O HGT Law<br>250 Park Avenue, 7th Floor<br>New York, NY 10177-0799<br>Attn: Hung Ta |

Xingyu Yan
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017-4666
Attn: Brian P. Lanciault, Esq.

Xiong Xian Wei Ye
C/O Kevin Tung, Esq.
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232
Attn: Kevin Tung, Esq

Xiqiu Bob Fu
c/o Irve J. Goldman
Pullman & Compley, LLC
P O Box 7006
Bridgeport, CT 06601-7006

Xiqui (Bob) Fu
c/o The Lanier Law Firm
Attn: Kenneth W. Starr
10940 W. Sam Houston Parkway N., Ste 100
Houston, TX 77064-5768

Yan Gao
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017-4666
Attn: Brian P. Lanciault, Esq.

Yan Huang
C/O Kevin Kerveng Tung, P.C.
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232

Yan Zhao
c/o Law Office of Ning Ye, Esq.
135-11 38th Ave.#1A
Flushing, NY 11354-4440

Yang Lan and Wu Zheng
900 Third Avenue, 18th Floor
c/o Arkin Solbakken, LLP
New York, NY 10022-5000
Attn: Robert C. Angelillo

Yeliang Xia
c/o Dennis Stewart & Krischer PLLC
Attn: Harry Adrian Dennis, Esq.
2007 15th Street N, Suite 201
Arlington, VA 22201-2621

Yi Li
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017-4666
Attn: Brian P. Lanciault, Esq.

Ying Liu
C/O Thompson Hine
335 Madison Avenue, 12th Floor
New York, NY 10017-4666
Attn: Brian P. Lanciault, Esq.

Yua Hua Zhuang Shi
C/O Kevin Kerveng Tung, P.C.
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232

Yua Hua Zhuang Shi
c/o Kevin Tung Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354-4232

Yue Hua Zhu Shi
136-20 38th Avenue, Suite 3D
c/o Kevin Kerveng Tung, P.C.
Flushing, NY 11354-4232
Attn: Kevin Tung, Esq.

Yunxia Wu
c/o Giordano, Halleran &. Ciesla, P.C.
1250 Broadway, 36th Floor
New York, NY 10001-3709

Zeichner Ellman & Krause LLP
1420 New York Avenue NW
Suite 210
Washington, DC 20005-2122

Zeisler & Zeisler PC
Attn: Aaron Romney, James M. Moriarty
John Cesaroni, Eric Henzy, S Kindseth
10 Middle Street 15th Floor
Bridgeport, CT 06604-4299

Zhen Yuan Jian Zhu
C/O Kevin Tung, Esq.
38th Avenue, Suite 3d
Flushing, NY 11354 USA 11363

Zheng (Bruno) Wu and Yang Lan
c/o Carollynn HG Callari, Esq/Callari, E
Callari Partners LLC
100 Somerset Corp. Blvd., Suite 206
Bridgewater, NJ 08807-2842

Zhengjun Dong
C/O HGT Law
250 Park Avenue, 7th Floor
New York, NY 10177-0799
Attn: Hung Ta

Zong Xian Weiye
c/o Kevin Tung
38th Avenue Suite 3D
Flushing, NY 11363

yunxia Wu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2302

Aaron Romney
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604-4299

Aaron A Mitchell
Lawall & Mitchell, LLC
55 Madison Ave
Suite 400
Morristown, NJ 07960-7397

Douglas S. Skalka
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-4011

Eric A. Henzy
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604-4299

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Ho Wan Kwok
373 Taconic Road
Greenwich, CT 06831-2828

J. Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036-5600

James M. Moriarty
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604-4257

| | | |
|---|---|---|
| John L. Cesaroni<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604-4299 | Kevin J. Nash<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036-5600 | Logan Cheng<br>c/o Randazza Legal Group, PLLC<br>100 Pearl Street<br>14th Floor<br>Hartford, CT 06103-4500 |
| Luc A. Despins<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166-0019 | Stephen M. Kindseth<br>Zeisler & Zeisler<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604-4299 | Yongbing Zhang<br>223 West Jackson Bl;vd. #1012<br>Chicago, IL 60606-6916 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Clayman & Rosenberg LLP
Attn: President or General Manager
305 Madison Avenue, Suite 650
New York, NY 10165

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BakerHostetler | (u)Cohn Birnbaum & Shea, P.C. | (u)Golden Spring (New York) LTD |
| (u)Greenwich Land, LLC | (u)HK International Funds Investments (USA) L | (u)Official Committee of Unsecured Creditors |
| (u)The Sherry-Netherland, Inc. | (u)Troy Law, PLLC | (u)22-50073 |
| (u)Alfa Global Ventures Limited | (u)Alfonso Global Limited | (u)Allied Capital Global Limited |
| (u)Anton Development Limited | (u)BSA Strategic Fund I | (u)Beijing Pangu Investment Co. |

| | | |
|---|---|---|
| (u)Chunguang Han | (u)Creative Apex Investments Limited | (u)Cyrstal Breeze Investments Limited |
| (u)Elite Well Global Limited | (u)Forbes Hare<br>Qwomar Building<br>PO Box 4649<br>Road Town, Tortola BVI VG1110 | (d)Genever Holdings Corporation<br>P.O. Box 3170<br>Road Town<br>Tortola, British Virgin Islands |
| (u)Geng Jing | (u)Globalist International Limited | (u)Harneys Corporate Services Limited<br>Attn: Fiduciary Services<br>Craigmuir Chambers<br>Road Town, Tortola BVI VG1110 |
| (u)Hero Grand  Limited | (u)Infinite Increase Limited | (u)Infinitum Developments Limited |
| (u)Insight Phoenix Fund | (u)Jumbo Century Limited | (u)Kui Cheng |
| (u)Leading Shine Limited | (u)Lijie Guo | (u)MacDonald |
| (u)New Dynamic Development Limited | (u)Noble Fame Global Limited | (u)Qiang Guo<br>c/o Bravo Luck Limited<br>P.O. Box 957<br>Off Shore Incorporation Centre<br>Road Town Tortola BVI |
| (u)Qu Guojiao | (u)Sail Victory Limited | (u)Well Origin Limited |
| (u)Weng | (u)Zhang Wei | (u)Baosheng Guo |
| (d)Chao-Chih Chiu<br>c/o TroyGould PC<br>1801 Century Park East, 16th Floor<br>Attn: Christopher A. Lilly<br>Los Angeles, CA 90067-2367 | (u)Chong Shen Raphanella | (u)Hing Chi Ngok |

| | | |
|---|---|---|
| (d)Huizhen Wang<br>c/o TroyGould PC<br>1801 Century Park East, 16th Floor<br>Attn: Christopher A. Lilly<br>Los Angeles, CA 90067-2367 | (d)Keyi Zilkie<br>c/o TroyGould PC<br>1801 Century Park East, 16th Floor<br>Attn: Christopher A. Lilly<br>Los Angeles, CA 90067-2302 | (u)Mei Guo |
| (u)Michael S. Weinstein | (u)Ning Ye | (u)Rong Zhang |
| (u)Rui Ma | (u)Weican Meng | (u)Xiaodan Wang |
| (u)Yan Zhao | (d)Yunxia Wu<br>c/o TroyGould PC<br>1801 Century Park East, 16th Floor<br>Attn: Christopher A. Lilly<br>Los Angeles, CA 90067-2302 | (u)Zheng Wu |

End of Label Matrix
Mailable recipients   185
Bypassed recipients    57
Total                 242