ct260                                                                                          12/2022

# United States Bankruptcy Court
## District of Connecticut



In re:

    Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC

Case Number: 22-50073

Chapter: 11

Debtor *

## ORDER GRANTING REQUEST TO APPEAR REMOTELY

      Holley L. Claiborn on behalf of William K. Harrington, United States Trustee for Region 2 having filed a Motion to Appear Remotely, ECF No. 1206, in connection with the Application Authorizing and Approving Retention and Employment of Paul Wright as Barrister in United Kingdom, ECF No. 1183, it appearing that the relief requested in the Motion to Appear Remotely should be granted for cause shown; it is hereby

      **ORDERED:** Holley L. Claiborn on behalf of William K. Harrington, United States Trustee for Region 2 is authorized to attend the hearing on Application Authorizing and Approving Retention and Employment of Paul Wright as Barrister in United Kingdom, ECF No. 1183, currently scheduled to be heard on December 13, 2022 at 11:00 AM via ZoomGov; and it is further

      **ORDERED:** Holley L. Claiborn on behalf of William K. Harrington, United States Trustee for Region 2 shall e-mail the Courtroom Deputy at CalendarConnect_BPT@ctb.uscourts.gov to obtain the ZoomGov connection information.

Dated: December 12, 2022

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.