**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.* | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors. | : | |
| | : | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 158(a)(3), the Debtor, Ho Wan

Kwok, hereby appeals to the United States District Court for the District of Connecticut from the

December 9, 2022, Order Granting in Part Motion for Protective Order [Doc. No. 1217] (the

"Order") entered by the United States Bankruptcy Court for the District of Connecticut (Hon. Julie

A. Manning). A copy of the Order is attached hereto as **Exhibit A**. The names of all parties to the

Order and the names, addresses, and telephone numbers of their respective counsel are as follows:

| PARTY | ATTORNEYS |
|---|---|
| Ho Wan Kwok – The Debtor | ZEISLER & ZEISLER, P.C.<br>Eric Henzy<br>Stephen M. Kindseth<br>Aaron A. Romney<br>James M. Moriarty<br>John L. Cesaroni<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06604<br>Tel: (203) 368-4234<br>ehenzy@zeislaw.com<br>skindseth@zeislaw.com<br>aromney@zeislaw.com<br>jmoriarty@zeislaw.com<br>jcesaroni@zeislaw.com<br><br>LAWALL & MITCHELL<br>Aaron A. Mitchell<br>Soundview Plaza<br>Suite 700R, 1266 E Main Street<br>Stamford, CT 06902<br>aaron@lmesq.com |

| Luc A. Despins-Chapter 11 Trustee | NEUBERT, PEPE & MONTEITH, P.C. |
|---|---|
| | Patrick R. Linsey |
| | James C. Graham |
| | Lucas Bennett Rocklin |
| | Douglas S. Skalka |
| | 195 Church Street, 13th Floor |
| | New Haven, CT 06510 |
| | (203) 781-2847 |
| | plinsey@npmlaw.com |
| | jgraham@npmlaw.com |
| | lrocklin@npmlaw.com |
| | dskalka@npmlaw.com |
| | |
| | PAUL HASTINGS LLP |
| | Nicholas A. Bassett |
| | 2050 M Street NW |
| | Washington, D.C., 20036 |
| | (202) 551-1902 |
| | nicholasbassett@paulhastings.com |
| | -and- |
| | Luc A. Despins |
| | Avram E. Luft |
| | Douglass Barron |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | (212) 318-6079 |
| | lucdespins@paulhastings.com |
| | aviluft@paulhastings.com |
| | douglassbarron@paulhastings.com |
| U.S. Trustee-U.S. Trustee | OFFICE OF THE U.S. TRUSTEE |
| | Holley L. Claiborn |
| | Steven E. Mackey |
| | The Giaimo Federal Building |
| | 150 Court Street, Room 302 |
| | New Haven, CT 06510 |
| | holley.l.claiborn@usdoj.gov |
| | USTPRegion02.NH.ECF@USDOJ.GOV |

Dated: December 12, 2022.

THE DEBTOR,
HO WAN KWOK

By:     */s/ Aaron A. Romney*
Aaron A. Romney (ct28144)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th floor
Bridgeport, CT  06605
Telephone: (203) 368-4234
Facsimile: (203) 368-0903
Email: aromney@zeislaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of December, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:    */s/ Aaron A. Romney*
Aaron A. Romney (ct28144)