# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

### TRANSMITTAL FORM TO DISTRICT COURT REGARDING
### APPEALS AND RELATED DOCUMENTS

Debtor(s) Name:  Ho Wan Kwok

Case No.          22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:          22-1581(MPS)

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☑ Motion for Leave to Appeal (only)

   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☐ Notice of Appeal (only)   ECF No.:

3. ☐ Related documents as indicated below:
   ☐ Designation of items designated by the Appellant
   ☐ Designation of items designated by the Appellee
   ☐ Cross Appeal
   ☐ Amended Appeal
   ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)
   ☐ Transcripts
   ☐ Other

4. Other applicable information:

Filing Fee:  ☐ Paid  ☐ Not Paid

Appellant's Name:   Ho Wan Kwok

Appellant's Attorney:

Appellee's Name:   Luc Despins, Chapter 11 Trustee and The United States Trustee

Appellee's Attorney:

Interested Party:

By:  Regina Miltenberger
     Deputy Clerk, U.S. Bankruptcy Court

Date:   December 13, 2022

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name: Ho Wan Kwok

Bankruptcy Case No.: 22-50073

Adversary Case No.:

Previous Civil No.: 22-1581(MPS)

Previous Miscellaneous No.:

Transmittal dated: December 13, 2022

**To the Bankruptcy Court:**

**The following number has been assigned:**

☐ Civil No. Assigned  _____

☐ Miscellaneous No. Assigned  _____

☐ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By: _____                                    Date:
    Deputy Clerk, U.S. District Court