## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

### ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name:  Ho Wan Kwok

Bankruptcy Case No.:    22-50073

Adversary Case No.:

Previous Civil No.:        22-1581(MPS)

Previous Miscellaneous No.:

Transmittal dated:         December 13, 2022

**To the Bankruptcy Court:**

**The following number has been assigned:**

[X] Civil No. Assigned    3:22-cv-01581-MPS

[ ] Miscellaneous No. Assigned    _____

[X] I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

[ ] I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By:  /s/Nick Fanelle                                  Date:  12/13/2022
     Deputy Clerk, U.S. District Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

### TRANSMITTAL FORM TO DISTRICT COURT REGARDING APPEALS AND RELATED DOCUMENTS

Debtor(s) Name:  Ho Wan Kwok

Case No.            22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:            22-1581(MPS)

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☑ Motion for Leave to Appeal (only)

    If indicated below, the Notice of Appeal is attached:
    ☐ Notice of Appeal attached

2. ☐ Notice of Appeal (only)   ECF No.:

3. ☐ Related documents as indicated below:
    ☐ Designation of items designated by the Appellant
    ☐ Designation of items designated by the Appellee
    ☐ Cross Appeal
    ☐ Amended Appeal
    ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)
    ☐ Transcripts
    ☐ Other

4.     Other applicable information:

| | |
|---|---|
| Filing Fee: ☐ Paid ☐ Not Paid | |
| Appellant's Name: | Ho Wan Kwok |
| Appellant's Attorney: | |
| Appellee's Name: | Luc Despins, Chapter 11 Trustee and The United States Trustee |
| Appellee's Attorney: | |

Interested Party:

By: _Regina Miltenberger_    Date:  December 13, 2022
Deputy Clerk, U.S. Bankruptcy Court