**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------x
:
In re:                                  :    CHAPTER 11
:
HO WAN KWOK, *et al.*,[1]               :    CASE NO. 22-50073 (JAM)
:
Debtors.                         :    (Jointly Administered)
---------------------------------------x

**GENEVER HOLDINGS LLC'S NOTICE OF (I) SELECTION OF NEUBERT, PEPE & MONTEITH, P.C. AS ITS COUNSEL; AND (II) TERMINATION OF SERVICES BY GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP AS CO-COUNSEL**

Genever Holdings LLC, debtor and debtor-in-possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby provides notice of its selection of the law firm of Neubert, Pepe, and Monteith, P.C. ("NPM") to serve as its sole bankruptcy counsel with respect to this Chapter 11 Case. NPM has previously been retained to serve as the Debtor's counsel pursuant to an Order entered by the United States Bankruptcy Court for the District of Connecticut dated November 30, 2022 (ECF No. 1177). Notice is also provided that the Debtor has terminated the services of Goldberg Weprin Finkel Goldstein LLP as its counsel as of this date.

The Debtor reserves the right to retain additional or substitute counsel in the future, in accordance with the requirements of the Bankruptcy Code.

[*Remainder of page intentionally left blank.*]

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated: December 13, 2022  
       New Haven, Connecticut

THE DEBTOR,  
GENEVER HOLDINGS LLC

By:    /s/Douglas S. Skalka  
Douglas S. Skalka (ct00616)  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 821-2000  
dskalka@npmlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 13, 2022 the foregoing Notice was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

By:    /s/Douglas S. Skalka  
Douglas S. Skalka (ct00616)  
NEUBERT, PEPE & MONTEITH, P.C.