# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
| HO WAN KWOK, *et al.*,[1] | : | CASE NO. 22-50073 (JAM) |
| Debtors. | : | (Jointly Administered) |

## WITHDRAWAL OF GENEVER HOLDINGS LLC'S NOTICE OF (I) SELECTION OF NEUBERT, PEPE & MONTEITH, P.C. AS ITS COUNSEL; AND (II) TERMINATION OF SERVICES BY GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP AS COUNSEL

Genever Holdings LLC, debtor and debtor-in-possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby withdraws its Notice of (i) Selection of Neubert, Pepe, and Monteith, P.C. as its Counsel; and (ii) Termination of Services by Goldberg Weprin Finkel Goldstein LLP as Counsel (ECF No. 1233). Neubert Pepe & Monteith, P.C. and Goldberg Weprin Finkel Goldstein LLP shall continue to serve as co-counsel in the Debtor's Chapter 11 Case.

Dated: December 13, 2022  
       New Haven, Connecticut

THE DEBTOR,  
GENEVER HOLDINGS LLC

By:    /s/Douglas S. Skalka  
Douglas S. Skalka (ct00616)  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 821-2000  
dskalka@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 13, 2022 the foregoing Withdrawal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

By:   /s/Douglas S. Skalka
      Douglas S. Skalka (ct00616)
      NEUBERT, PEPE & MONTEITH, P.C.