**File an order :**

22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC

Type: bk  Chapter: 11 v  Office: 5 (Bridgeport)
Assets: y  Judge: jam
Case Flag: 727EXT, DebtEd, EXHIBITS, 727OBJ, APPEAL, STAY, LEAD, JNTADMN

# U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Clerks Office gr entered on 12/14/2022 at 2:23 PM EST and filed on 12/14/2022
**Case Name:** Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC
**Case Number:** 22-50073
**Document Number:** 1237

**Docket Text:**
**ORDER SCHEDULING HEARING:** On December 9, 2022, Luc A. Despins, in his capacity as Chapter 11 Trustee (the 'Trustee') for the estate of Ho Wan Kwok, filed his motion to employ an expert. (ECF No. 1212, the 'Motion.') It is hereby
**ORDERED:** The hearing on the Motion will be held at 3:00 p.m. on January 3, 2023, at the United States Bankruptcy Court, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT. Signed by Judge Julie A. Manning on December 14, 2022. (RE: [1212] Application to Employ filed by Chapter 11 Trustee Luc A. Despins). (gr)

The following document(s) are associated with this transaction:

**22-50073 Notice will be electronically mailed to:**

Laura Aronsson on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Laura Aronsson on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Tristan G. Axelrod on behalf of Creditor Brown Rudnick LLP
taxelrod@brownrudnick.com

Tristan G. Axelrod on behalf of Creditor Verdolino & Lowey, P.C.
taxelrod@brownrudnick.com

William R. Baldiga on behalf of Creditor Brown Rudnick LLP
wbaldiga@brownrudnick.com

Kellianne Baranowsky on behalf of Interested Party BakerHostetler
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Douglass E. Barron on behalf of Chapter 11 Trustee Luc A. Despins
douglassbarron@paulhastings.com

Nicholas A. Bassett on behalf of Chapter 11 Trustee Luc A. Despins
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ec

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Christopher H. Blau on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
cblau@zeislaw.com

G. Alexander Bongartz on behalf of Chapter 11 Trustee Luc A. Despins
alexbongartz@paulhastings.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Rui Ma
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Weican Meng
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor Zheng Wu
ccallari@callaripartners.com

Daniel Cantor on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
dcantor@omm.com

John L. Cesaroni on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Counter-Defendant Mei Guo
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Debtor Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested Party Mei Guo
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

Samuel Bryant Davidoff on behalf of Interested Party Williams & Connolly LLP
sdavidoff@wc.com

Luc A. Despins
lucdespins@paulhastings.com, matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

Luc A. Despins on behalf of Chapter 11 Trustee Luc A. Despins
lucdespins@paulhastings.com, matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

David S. Forsh on behalf of 20 Largest Creditor Rui Ma
dforsh@callaripartners.com

David S. Forsh on behalf of 20 Largest Creditor Weican Meng
dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Zheng Wu
dforsh@callaripartners.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Peter Friedman on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Taruna Garg on behalf of Creditor The Sherry-Netherland, Inc.
tgarg@murthalaw.com, mgarcia@murthalaw.com

Irve J. Goldman on behalf of Creditor Committee Official Committee of Unsecured Creditors
igoldman@pullcom.com, rmccoy@pullcom.com

Evan S. Goldstein on behalf of Interested Party Greenwich Land, LLC
egoldstein@uks.com

Evan S. Goldstein on behalf of Interested Party Hing Chi Ngok
egoldstein@uks.com

Mia N. Gonzalez on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

Mia N. Gonzalez on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

James C. Graham on behalf of Chapter 11 Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Defendant Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Lawrence S. Grossman on behalf of Interested Party BakerHostetler
LGrossman@gs-lawfirm.com, aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

David V. Harbach, II on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

James J. Healy on behalf of Interested Party Williams & Connolly LLP
jhealy@cowderymurphy.com

Jeffrey Hellman on behalf of Defendant Ho Wan Kwok
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Eric A. Henzy on behalf of Debtor Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
ehenzy@zeislaw.com, cjervey@zeislaw.com

Jonathan Kaplan on behalf of Creditor Committee Official Committee of Unsecured Creditors
jkaplan@pullcom.com, prulewicz@pullcom.com;rmccoy@pullcom.com

Stephen M. Kindseth on behalf of Debtor Ho Wan Kwok
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party Mei Guo
skindseth@zeislaw.com, cjervey@zeislaw.com

Nancy Bohan Kinsella on behalf of Plaintiff-Intervenor Luc A. Despins
nkinsella@npmlaw.com, moshea@npmlaw.com;smowery@npmlaw.com;npm.bankruptcy@gmail.com

Andrew V. Layden on behalf of Interested Party BakerHostetler
alayden@bakerlaw.com

Patrick R. Linsey on behalf of Chapter 11 Trustee Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Counter-Claimant Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Debtor Genever Holdings Corporation
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Defendant Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff-Intervenor Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Trustee Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Avram Emmanuel Luft on behalf of Chapter 11 Trustee Luc A. Despins
aviluft@paulhastings.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Rui Ma
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Weican Meng
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Committee Official Committee of Unsecured Creditors
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Zheng Wu
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Boxun Inc.
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Rui Ma
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Weican (Watson) Meng
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Yang Lan
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Zheng Wu
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Danielle L. Merola on behalf of Interested Party BakerHostetler
dmerola@bakerlaw.com

Sherry J. Millman on behalf of Creditor The Sherry-Netherland, Inc.
smillman@stroock.com

Aaron A Mitchell on behalf of Debtor Ho Wan Kwok
aaron@lmesq.com

Aaron A Mitchell on behalf of Defendant Ho Wan Kwok
aaron@lmesq.com

James M. Moriarty on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Counter-Defendant Mei Guo
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Debtor Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Interested Party Mei Guo
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

Sara Pahlavan on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
spahlavan@omm.com

Patrick N. Petrocelli on behalf of Creditor The Sherry-Netherland, Inc.
ppetrocelli@stroock.com

Lucas Bennett Rocklin on behalf of Chapter 11 Trustee Luc A. Despins
lrocklin@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net

Aaron Romney on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Counter-Defendant Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Debtor Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Scott D. Rosen on behalf of Attorney Cohn Birnbaum & Shea, P.C.
srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Thomas J. Sansone on behalf of Attorney Michael S. Weinstein
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Xiaodan Wang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Xiaodan Wang
tsansone@carmodylaw.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Douglas S. Skalka on behalf of Chapter 11 Trustee Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Counter-Claimant Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Debtor Genever Holdings Corporation
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Debtor Genever Holdings LLC
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Defendant Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Plaintiff-Intervenor Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Jeffrey M. Sklarz on behalf of Interested Party BakerHostetler
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Annecca H. Smith on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

John Troy on behalf of Interested Party Troy Law, PLLC
johntroy@troypllc.com

Tiffany Troy on behalf of Creditor Troy Law, PLLC
tiffanytroy@troypllc.com, troylaw@troypllc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Michael S. Weinstein on behalf of Creditor Chong Shen Raphanella
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Rong Zhang
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Xiaodan Wang
mweinstein@golenbock.com

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman on behalf of Plaintiff Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Peter J. Zarella on behalf of 20 Largest Creditor Rui Ma
pzarella@mdmc-law.com

Peter J. Zarella on behalf of 20 Largest Creditor Weican Meng
pzarella@mdmc-law.com

Peter J. Zarella on behalf of Creditor Zheng Wu
pzarella@mdmc-law.com

**22-50073 Notice will not be electronically mailed to:**

Brown Rudnick LLP
One Financial Center
Boston, MA 02111

Chao-Chih Chiu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Luc A. Despins on behalf of Chapter 11 Trustee Luc A. Despins
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

J. Ted Donovan on behalf of Debtor Genever Holdings LLC
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606

Peter M. Friedman on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Genever Holdings LLC
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520

Golden Spring (New York) LTD
,

Baosheng Guo
,

Francis J. Lawall on behalf of Interested Party Bravo Luck Limited
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Street
Philidelphia, PA 19103-2799

Steven E. Mackey on behalf of U.S. Trustee U. S. Trustee
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Richard C. Morrissey on behalf of U.S. Trustee United States Trustee
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014

Edward Moss on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Alissa M. Nann on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.

Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Kevin J. Nash on behalf of Debtor Genever Holdings LLC
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036

Diana Perez on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601

Stuart Sarnoff on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
O'Melveny & Myers LLP
7 Times Square
33rd Floor
New York, NY 10036

Gabriel Sasson on behalf of Creditor The Sherry-Netherland, Inc.
Paul Hastings LLP
220 Park Avenue
New York, NY 10166

Daniel Shamah on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
O'Melveny & Myers, LLP
7 Times Square
New York, NY 10036

Douglas E. Spelfogel on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Huizhen Wang
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Derek L. Wright on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Yunxia Wu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067

Ning Ye
,

Yongbing Zhang
223 West Jackson Bl;vd. #1012
Chicago, IL 60606

Yan Zhao
,

Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067

**22-50073 These participants in a related case have chosen not to receive notice from this case:**
David S. Wachen on behalf of Defendant Ho Wan Kwok
david@wachenlaw.com