# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: admin | Date Created: 12/14/2022 |
| Case: 22−50073 | Form ID: pdfdoc1 | Total: 288 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| 20 | Pacific Alliance Asia Opportunity Fund L.P. |
| cr | Zheng Wu |
| 20 | Rui Ma |
| 20 | Weican Meng |
| intp | Golden Spring (New York) LTD |
| crcm | Official Committee of Unsecured Creditors |
| intp | HK International Funds Investments (USA) Limited, LLC |
| intp | Mei Guo |
| cr | Baosheng Guo |
| cr | Yan Zhao |
| cr | Ning Ye |
| cr | Chong Shen Raphanella |
| cr | Xiaodan Wang |
| cr | Rong Zhang |
| aty | Michael S. Weinstein |
| aty | Cohn Birnbaum & Shea, P.C. |
| cr | Troy Law, PLLC |
| intp | Hing Chi Ngok |
| intp | BakerHostetler |
| intp | Greenwich Land, LLC |
| cr | The Sherry−Netherland, Inc. |
| 9343402 | 22−50073 |
| 9389635 | Alfa Global Ventures Limited |
| 9389636 | Alfonso Global Limited |
| 9389637 | Allied Capital Global Limited |
| 9389638 | Anton Development Limited |
| 9389641 | BSA Strategic Fund I |
| 9389639 | Bejing Pangu Investment Co. |
| 9389643 | China Golden Spring Group Hong Kong Ltd |
| 9389644 | Chunguang Han |
| 9389645 | Creative Apex Investments Limited |
| 9389646 | Cyrstal Breeze Investments Limited |
| 9389647 | Elite Well Global Limited |
| 9389649 | Geng Jing |
| 9389650 | Globalist International Limited |
| 9389653 | Hero Grand Limited |
| 9389655 | Infinite Increase Limited |
| 9389656 | Infinitum Developments Limited |
| 9389657 | Insight Phoenix Fund |
| 9389659 | Jumbo Century Limited |
| 9389660 | Kui Cheng |
| 9389661 | Leading Shine Limited |
| 9389662 | Lijie Guo |
| 9389663 | MacDonald |
| 9389665 | New Dynamic Development Limited |
| 9389666 | Noble Fame Global Limited |
| 9389669 | Qu Guojiao |
| 9390082 | Sail Victory Limited |
| 9389674 | Well Origin Limited |
| 9389675 | Weng |
| 9389677 | Zhang Wei |

TOTAL: 51

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| tr11 | Luc A. Despins | lucdespins@paulhastings.com |
| aty | Aaron Romney | aromney@zeislaw.com |
| aty | Aaron A Mitchell | aaron@lmesq.com |
| aty | Andrew V. Layden | alayden@bakerlaw.com |
| aty | Annecca H. Smith | asmith@rc.com |
| aty | Avram Emmanuel Luft | aviluft@paulhastings.com |
| aty | Carollynn H.G. Callari | ccallari@callaripartners.com |
| aty | Christopher H. Blau | cblau@zeislaw.com |
| aty | Danielle L. Merola | dmerola@bakerlaw.com |
| aty | David S. Forsh | dforsh@callaripartners.com |
| aty | David V. Harbach, II | dharbach@omm.com |
| aty | Douglas S. Skalka | dskalka@npmlaw.com |
| aty | Douglass E. Barron | douglassbarron@paulhastings.com |

| | | |
|---|---|---|
| aty | Eric A. Henzy | ehenzy@zeislaw.com |
| aty | Evan S. Goldstein | egoldstein@uks.com |
| aty | G. Alexander Bongartz | alexbongartz@paulhastings.com |
| aty | Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| aty | Irve J. Goldman | igoldman@pullcom.com |
| aty | James C. Graham | jgraham@npmlaw.com |
| aty | James J. Healy | jhealy@cowderymurphy.com |
| aty | James M. Moriarty | jmoriarty@zeislaw.com |
| aty | Jay Marshall Wolman | jmw@randazza.com |
| aty | Jeffrey M. Sklarz | jsklarz@gs-lawfirm.com |
| aty | John Troy | johntroy@troypllc.com |
| aty | John L. Cesaroni | jcesaroni@zeislaw.com |
| aty | Jonathan Kaplan | jkaplan@pullcom.com |
| aty | Kellianne Baranowsky | kbaranowsky@gs-lawfirm.com |
| aty | Kristin B. Mayhew | kmayhew@pullcom.com |
| aty | Laura Aronsson | laronsson@omm.com |
| aty | Lawrence S. Grossman | LGrossman@gs-lawfirm.com |
| aty | Luc A. Despins | lucdespins@paulhastings.com |
| aty | Lucas Bennett Rocklin | lrocklin@npmlaw.com |
| aty | Mia N. Gonzalez | mgonzalez@omm.com |
| aty | Michael S. Weinstein | mweinstein@golenbock.com |
| aty | Nicholas A. Bassett | nicholasbassett@paulhastings.com |
| aty | Patrick M. Birney | pbirney@rc.com |
| aty | Patrick N. Petrocelli | ppetrocelli@stroock.com |
| aty | Patrick R. Linsey | plinsey@npmlaw.com |
| aty | Peter Friedman | pfriedman@omm.com |
| aty | Peter J. Zarella | pzarella@mdmc-law.com |
| aty | Samuel Bryant Davidoff | sdavidoff@wc.com |
| aty | Sara Pahlavan | spahlavan@omm.com |
| aty | Scott D. Rosen | srosen@cb-shea.com |
| aty | Sherry J. Millman | smillman@stroock.com |
| aty | Stephen M. Kindseth | skindseth@zeislaw.com |
| aty | Stuart M. Sarnoff | ssarnoff@omm.com |
| aty | Taruna Garg | tgarg@murthalaw.com |
| aty | Thomas J. Sansone | tsansone@carmodylaw.com |
| aty | Tiffany Troy | tiffanytroy@troypllc.com |
| aty | Tristan G. Axelrod | taxelrod@brownrudnick.com |
| aty | William R. Baldiga | wbaldiga@brownrudnick.com |

TOTAL: 52

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Ho Wan Kwok | 373 Taconic Road    Greenwich, CT 06831 |
| cr | Logan Cheng | c/o Randazza Legal Group, PLLC    100 Pearl Street    14th Floor    Hartford, CT 06103 |
| ca | Stretto | 410 Exchange, Suite 100    Irvine, CA 92602 |
| dbaty | Brown Rudnick LLP | One Financial Center    Boston, MA 02111 |
| crcm | Pullman & Comley, LLC | 850 Main Street    Bridgeport, CT 06601 |
| 20 | Huizhen Wang | c/o TroyGould PC    1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067-2367 |
| cr | Chao-Chih Chiu | c/o TroyGould PC    1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067-2367 |
| cr | Yunxia Wu | c/o TroyGould PC    1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067 |
| cr | Keyi Zilkie | c/o TroyGould PC    1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067 |
| intp | Yongbing Zhang | 223 West Jackson Bl;vd. #1012    Chicago, IL 60606 |
| cr | Brown Rudnick LLP | One Financial Center    Boston, MA 02111 |
| cr | Verdolino & Lowey, P.C. | 124 Washington Street    Foxborough, MA 02035 |
| op | Dundon Advisers LLC | 10 Bank Street, Suite 1100    White Plains, NY 10606 |
| cns | Gregory A. Coleman | Coleman Worldwide Advisors, LLC    P O Box 2839    New York, NY 10008-2839 |
| intp | Williams & Connolly LLP | Williams & Connolly LLP    680 Maine Ave SW    Washington, DC 20024 |
| intp | Troy Law, PLLC | 41-25 Kissena Blvd., Suite 103    Flushing, NY 11355 |
| db | Genever Holdings Corporation | P.O. Box 3170    Road Town Tortola BRITISH VIRGIN ISLANDS |
| intp | Genever Holdings LLC | 781 Fifth Avenue    Apt. 1801    New York, NY 10022-5520 |
| db | Genever Holdings LLC | 781 Fifth Avenue    Apt. 1801    New York, NY 10022-5520 |
| aty | J. Ted Donovan | Goldberg Weprin Finkel Goldstein LLP    1501 Broadway    22nd Floor    New York, NY 10036 |
| aty | Kevin J. Nash | Goldberg Weprin Finkel Goldstein LLP    1501 Broadway    22nd Floor    New York, NY 10036 |
| aty | Luc A. Despins | Paul Hastings LLP    200 Park Avenue    New York, NY 10166 |
| aty | Steven E. Mackey | Office of the U.S. Trustee    The Giaimo Federal Building    150 Court Street, Room 302    New Haven, CT 06510 |
| 9384740 | Ace Decade Holdings Limited | Attn: Harcus Parker    7th Floor, Melbourne House    44-46 Aldwych    London, UK WC2B 4LL |
| 9384317 | Baiqiao Tang | 501 Forest Avenue, #501    Palo Alto, CA 94301 |

| | | |
|---|---|---|
| 9363388 | Baker & Hostetler LLP    Attn: Andrew Layden    200 S. Orange Avenue    Suite 2300    Orlando, FL 32801 | |
| 9384318 | Baker Hostetler LLP    45 Rockefeller Plaza    New York, NY 10111 | |
| 9384319 | Beijing Bi Hai Ge Lin Yuan Lin Lu Hua, Ltd.    c/o Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 | |
| 9384320 | Beijing Cheng Jian Wu Jian She Group, LTD    c/o Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 | |
| 9384321 | Beijing Fu Le Hong Ma Jian Zhu Zhuang Shi Gong Che    c/o Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 | |
| 9384322 | Beijing Zhong Xian Wei Ye Stainless Decoration Ctr    c/o Kein Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 | |
| 9343455 | Bi Hai Ge Lin    C/O Kevin Tung, Esq.    38th Avenue, Suite 3d    Flushing, NY 11354 USA | |
| 9389640 | Boxun Inc    c/o Callari Partne    Carollynn HG Callari, Esq    100 Somerset Corporate Blvd Suite 206    Bridgewater, NJ 08807–2842 | |
| 9384323 | Boxun, Inc.    C/O Arkin Solbakken, LLP    900 Third Avenue, 18th Floor    New York, NY 10022 | |
| 9389618 | Bravo Luck Limited    c/o Troutman Pepper    3000 Two Logan Square, 18th & Arch Sts    Philadelphia, PA 19103 | |
| 9384324 | Bravo Luck Ltd.    P.O. Box 957    Offshore Incorporations Centre, Road Tow    Tortola, British Virgin Islands | |
| 9384325 | Burnette Shutt McDaniel    912 Lady Street, 2nd Floor    Columbia, SC 29202 | |
| 9384326 | Chao–Chic Chiu    c/o Giordano, Halleran &. Ciesla, P.C.    1250 Broadway, 36th Floor    New York, NY 10010 | |
| 9343450 | Chao–Chih Chiu    c/o TroyGould PC    1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067 | |
| 9384329 | Cheng (NY)    c/o Randazza Law Firm    2764 Sahara Drive, Suite 109    Las Vegas, NV 89117 | |
| 9389642 | Cheng Jian Wu Jian She    c/o Kevin Tung, P.C.    Attn: K Tung, Esq.    136–20 38th Avenue Suite 3D & 3F    Flushing, NY 11354–4232 | |
| 9343406 | Cheng Jian Wu Jian She    c/o Law Office of Ning Ye, Esq.    136–11 38th Ave., #1A    Flushing, NY 11354 | |
| 9343431 | Chenglong Wang    C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta | |
| 9384330 | Chong Shen Raphanella    WOLF HALDENSTEIN ADLER FREEMAN & HERZ LL    270 Madison Avenue    New York NY 10016 | |
| 9384331 | Clark Hill PLC    c/o Jenner & Block LLP    Attn: Kali N. Bracey, Esq.    1099 New York Ave., NW, Suite 900    Washington DC 20001 | |
| 9384332 | Clayman & Rosenberg LLP    Attn: President or General Manager    305 Madison Avenue, Suite 650    New York, NY 10165 | |
| 9384333 | Danyu Lin    128 Woodcock Trail    West Columbia, SC 29169 | |
| 9384741 | Dawn State Limited    Attn: Harcus Parker    7th Floor, Melbourne House    44–46 Aldwych    London, UK WC2B 4LL | |
| 9384334 | Dongna Fang    Law Offices of Phillips and King PLLC    5041 Airport Fwy    Fort Worth, TX 76117 | |
| 9384336 | Fan Bingbing    Lavely & Singer    4 New York Plaza, 2nd Floor    Cameron A. Stracher, Esq.    New York, NY 10004 | |
| 9389630 | Foley & Lardner LLP    Attn: Douglas Spelfogel for    Pacific Alliance Asia Opportunity Fund    90 Park Avenue    New York, NY 10016–1301 | |
| 9384337 | Forbes Hare    Qwomar Building    PO Box 4649    Road Town, Tortola BVI VG1110 | |
| 9343457 | Fu Le Hong Ma    C/O Kevin Tung, Esq.    38th Avenue, Suite 3d    Flushing, NY 11354 USA | |
| 9384338 | G Club Operations LLC    53 Calle Palmeras    Suite 1401    San Juan, PR 00901 | |
| 9384343 | GTV Media Group, Inc.    LAWALL & MITCHELL, LLC    Attn: President or General Manager    55 Madison Avenue, 4th Flr    Morristown, NJ 07960 | |
| 9384339 | Ganfer Shore Leeds & Zauderer    Attn: President or General Manger    360 Lexington Avenue    New York, NY 10017 | |
| 9343408 | Gaosheng Guo    c/o Law Office of Ning Ye, Esq.    135–11 38th Ave. #1A    Flushing, NY 11354 | |
| 9384340 | Genever Holdings Corporation    P.O. Box 3170    Road Town    Tortola, British Virgin Islands | |
| 9384341 | Genever Holdings LLC    Unit 1801    The Sherry– Netherland Apartments    781 Fifth Avenue    New York NY 10022 | |
| 9389651 | Goldberg Weprin Finkel Goldstein LLP    Attn: J. Ted Donovan, Kevin J. Nash    1501 Broadway 22nd Floor    New York, NY 10036–5600 | |
| 9389620 | Golden Spring New York Ltd    c/o Berkeley Rowe    Marble Arch Park House 116 Park St    Mayfair, London UK W1K 6SS | |
| 9384342 | Goldfarb & Huck Roth Riojas, PLLC    925 Fourth Avenue    Suite 3950    Seattle, WA 98104 | |
| 9384344 | Guo Baosheng    C/O Law Office of Ning Ye, Esq.    135–11 38th Avenue, Suite 1A    Flushing, NY 11354 | |
| 9384345 | Haihong Wang    c/o Carmody Torrance Sandak et al    Attn: David T. Grudberg, Esq.    195 Church Street 18th floor    New Haven, CT 06509 | |
| 9384346 | Harcus Parker Ltd.    Attn: President or General Manager    Melbourne House    44–46 Aldwych 7th Flr    London, WC2B 4LL United Kingdom | |
| 9389652 | Harneys Corporate Services Limited    Attn: Fiduciary Services    Craigmuir Chambers    Road Town, Tortola BVI VG1110 | |
| 9384347 | He Bei Yue Hua Zhuang Shi Gong Cheng LTD.    C/O Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 | |
| 9389654 | Hong Kong International Funds    Investments Limted | |
| 9343410 | Hong Qi Qu    c/o Kevin Tung, Esq.    Kevin Kerveng Tung P.C.    136–20 38th Avenue, Suite 3D    Flushing, NY 11354 | |
| 9384351 | Hong Qi Qu Jian She Group, LTD.    C/O Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 | |
| 9384352 | Hong Zeng    3020 Edwin Ave., Apt. 1H    Fort Lee, NJ 07024 | |

| | | | | |
|---|---|---|---|---|
| 9343449 | Huizhen Wang | c/o TroyGould PC | 1801 Century Park East, 16th Floor | Attn: Christopher A. Lilly     Los Angeles, CA 90067–2367 |
| 9370890 | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia, PA 19101–7346 |
| 9384353 | Janover LLC | 100 Quentin Roosevelt Blvd | Suite 516 | Garden City, NY 11530 |
| 9343421 | Jia Li Wang | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA     Attn: Brian P. Lanciault, Esq. |
| 9343435 | Jiamei Lu | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA     Attn: Brian P. Lanciault, Esq. |
| 9343412 | Jian Gong | c/o Kevin Kerveng Tung, Esq. | Kevin Kerveng Tung P.C. | Queens Crossing Business Center     136–20 38th Avenue, Suite 3D     Flushing, NY 11354 |
| 9384354 | Jiang Su Province Jian Gong Group LTD Beijing Bran | | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F     Flushing NY 11354 |
| 9343434 | Jianhu Yi and Qiuju Jia | C/O Arthur Angel, Esq. | 1305 n. Poinsettia Place | Los Angeles, CA 90046 USA |
| 9384355 | Jianshengxie and Jiefu Zheng | ML and CHEN, P.C. | 136–79 Roosevelt Ave. Suite 303 | Flushing NY 11354 |
| 9384356 | John S. Lau | 53 Cody Avenue | Glen Head, NY 11545 | |
| 9343424 | Jonathan Young | 141 Allenby Road | Wellington Point, QLD 4160 | AUSTRALIA |
| 9389658 | Jonathan Young | 15/23 Middle Street | Cleveland QLD 4160 Queensland | Australia |
| 9343419 | Jun Chen aka Jonathan Ho | c/o Wayne Wei Zhu, Esq. | 4125 Kissena Blvd, Suite 112 | Flushing, NY 11355 |
| 9343436 | Jun Liu | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA     Attn: Brian P. Lanciault, Esq. |
| 9384357 | June Shi | c/o Thompson Hine LLP     Attn: Natalie Gabrenya | 20 N. Clark St., Suite 800 | Chicago, IL 60602 |
| 9343430 | Kaixin Hong | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA     Attn: Hung Ta |
| 9384358 | Kercsmar Feltus & Collins PLLC | 7150 E. Camelback Road | Suite 285 | Scottsdale, AZ 85251 |
| 9343447 | Keyi Zilkie | c/o TroyGould PC | 1801 Century Park East, 16th Floor | Attn: Christopher A. Lilly     Los Angeles, CA 90067 |
| 9384359 | LALIVE SA | Attn: President or General Manager | Rue de la Mairie 35 | 1207 Geneva, Switzerland |
| 9343418 | Lamp Capital, LLC | Attn: Bernardo Enriquez | 667 Madison Avenue | New York, NY 10065 |
| 9384361 | Lawall & Mitchell, LLC | 55 Madison Avenue | Morristown, NJ 07960 | |
| 9384363 | Liehong Zhuang | C/O Trexler & Zhang, LLP | 224 West 35th Street, 12th Floor | New York, NY 10001 |
| 9343415 | Liehong Zhuang/Xiao Yan Zhu | c/o Trexler & Zhang, LLP | 224 West 35th Street, 11th Floor | New York, NY 10001 |
| 9384364 | Lihong Wei Lafrenz (a/k/a Sara Wei) | Coppersmith Brockelman PLC | 2800 N. Central Avenue, Suite 1900 | Phoenix, AZ 85004 |
| 9343437 | Linda Cheng | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA     Attn: Brian P. Lanciault, Esq. |
| 9384365 | Linda He Cheung | c/o Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 |
| 9343425 | Logan Cheng | c/o Jay M. Wolman | Randazza Legal Group, PLLC | 100 Pearl Street, 14th Floor     Hartford, CT 06103 |
| 9389622 | Luc A. Despins, Esq.; Paul Hastings | Ch 11 Trustee of Estate of Ho Wan Kwok | 200 Park Avenue     New York, NY 10166 | |
| 9343438 | Mao–Fu Weng | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA     Attn: Brian P. Lanciault, Esq. |
| 9389664 | Max Krasner for | Golden Spring New York LTD | 162 E. 64th Street | New York, NY 10065–7478 |
| 9343411 | Nan Tong Si Jian | c/o Kevin Tung, Esq. | Kevin Kerveng Tung P.C. | Queens Crossing Business Center     136–20 38th Avenue, Suite 3D     Flushing, NY 11354 |
| 9384366 | Nan Tong Si Jian Group, LTD | C/O Kevin Kerveng Tung, P.C. | 136–20 38th Avenue, Suite 3D & 3F     Flushing, NY 11354 | |
| 9343407 | Ning Ye | Law Office of Ning Ye, Esq. | 135–11 38th Ave. #1A | Flushing, NY 11354 |
| 9389667 | O'Melveny & Myers | for Pacific Alliance Asia Opp Fund | Attn: P Friedman E Moss D Perez D Shama     7 Times Square     New York, NY 10036–6524 | |
| 9389668 | Pacific Alliance Asia Opportunity Fund | Attn: President or General Mgr | 33/F, Three Pacific Place     Queens Road East, Hong Kong | |
| 9384368 | Petrillo Klein & Boxer LLP | 655 Third Avenue | 22nd Floor | New York, NY 10017 |
| 9389631 | Qiang Guo | c/o Berkeley Rowe | Marble Arch Park House | 116 Park St     Mayfair, London UK W1K 6SS |
| 9389632 | Qiang Guo | c/o Bravo Luck Limited | P.O. Box 957     Off Shore Incorporation Centre | Road Town Tortola BVI |
| 9384369 | Quiju Jia | Arthur R. Angel, Attorney at Law | 1305 N. Poinsettia Place | Los Angeles, CA 90046 |
| 9384370 | Rong Zhang | c/o Wolf Haldenstein Adler et al. | Attn: Benjamin Y. Kaufman | 270 Madison Avenue     New York, NY 10016 |
| 9343439 | RuQin Wang | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA     Attn: Brian P. Lanciault, Esq. |
| 9384371 | Rui Ma | C/O Arkin Solbakken, LLP | Attn: Robert C. Angelillo | 900 Third Avenue, 18th Floor     New York, NY 10022 |
| 9358088 | Rui Ma | Carollynn HG Callari, Esq/Callari Partne | 100 Somerset Corporate Blvd., Suite 206     Bridgewater, NJ 08807 | |
| 9384372 | Ruizheng An | c/o AFN Law | 41 Madison Ave, 31st Floor | New York, NY 10010 |

| | | |
|---|---|---|
| 9384373 | Rule of Law Foundation III, Inc. | c/o KAUFMAN BORGEEST & RYAN LLP    Attn: Daniel A. Schilling, Esq.    120 Broadway 14th Floor    New York, NY 10271 |
| 9384374 | Rule of Law Society IV Inc. | c/o NORRIS MCLAUGHLIN, P.A    Attn: Steven J. Reed    7 Times Square, 21st Floor    New York, NY 10036 |
| 9384375 | Ruquin Wang | c/o Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 |
| 9343426 | SHI | C/O Thompson Hine    20 N. Clark St., Ste 3200    Chicago, IL 60602 USA    Attn: Steven A. Block, Esq. |
| 9348491 | Samuel Dan Nunberg | 600 South Dixie Highway, Suite 455    West Palm Beach, FL 33401 |
| 9384376 | Samuel Dan Nunberg | C/O Nesenoff & Miltenberg, LLP    363 Seventh Ave, 5th Floor    New York, NY 10001 |
| 9343417 | Samuel Nunberg | C/O Nesenoff & Miltenberg, LLP    363 Seventh Ave, 5th Floor    New York, NY 10001 USA    Attn: Andrew T. Miltenberg, Esq. |
| 9384377 | Saraca Media Group, Inc. | c/o Baker Hostetler    Attn: L. David Anderson    2850 North Harwood Street Suite 1100    Dallas, TX 75201 |
| 9384378 | Schulman Bhattacharya, LLC | 6116 Executive Boulevard    Suite 425    Bethesda, MD 20852 |
| 9384379 | Selas Montbrial Avocats | 10, Rue Cimarosa    75116    Paris– France |
| 9384380 | Shane D Shook | 2821 Monterey Avenue    Soquel CA 95073 |
| 9389634 | Sherry Millman Curtis C. Mechling | Stroock & Stroock & Lavan LLP    for The Sherry–Netherland, Inc.    180 Maiden Lane    New York, NY 10038–4982 |
| 9384382 | Shi Jia Zhuang Zhen Yuan Jian Zhu An Zhuang Gong C | C/O Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 |
| 9384383 | Shuang Wang | c/o Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 |
| 9384384 | Stokes Lawrence, PS | 1420 Fifth Avenue    Suite 3000    Seattle,WA 98101 |
| 9384385 | Strategic Vision US, LLC | GRAVES GARRETT LLC    1100 Main Street, Suite 2700    Kansas City, MO 64105 |
| 9384386 | THE CASPER FIRM | 400 E. Pratt Street    Suite 903    Baltimore, MD 21202 |
| 9384335 | TROUTMAN PEPPER HAMILTON SANDERS LLP | 1313 North Market Streets, Suite 5100    Wilmington, DE 19801 |
| 9343440 | Teli Chen | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9384387 | The Francis Firm PLLC | Attn: President or General Manager    50 Riverside Blvd. #3G    New York, NY 10069 |
| 9384388 | The Law Offices of Rafael A. Vargas | Attn: President or General Manager    100 N. Lasalle Street    Chicago, IL 60602 |
| 9384389 | The Sherry–Netherland Hotel | 781 5th Avenue    New York, NY 10022 |
| 9384390 | Thomas Ragland | JENNER & BLOCK LLP    1099 New York Ave., NW, Suite 900    Washington, DC 20001 |
| 9384391 | Troutman Pepper Hamilton Sanders LLP | 3000 Two Logan Square    Eighteenth and Arch Streets    Philadelphia, PA 19103 |
| 9384392 | U.S. Legal Support, Inc. | 200 West Jackson    Suite 600    Chicago, IL 60606 |
| 9367001 | U.S. Securities and Exchange Commission | Attn: Bankruptcy Group    100 Pearl Street, Suite 20–100    New York, NY 10004 |
| 9389670 | U.S. Securities and Exchange Commission | Attn: Bankruptcy Unit    100 F Street, N.E.    Washington, DC 20549 |
| 9384743 | UBS AG | Attn: Herbert–Smith Freehills LLP    Exchange House    Primrose Street    London, UK EC2A 2EG |
| 9389671 | UBS AG | Attn: President or General Mgr    600 Washington Blvd 9th Floor    Stamford, CT 06901 |
| 9384744 | UBS AG (London Branch) | Attn: Herbert Smith Freehills LLP    Exchange House    Primrose Street    London, UK EC2A 2EG |
| 9384393 | Una Manyee Wilkinson | 68–18 June Street    Forest Hills, NY 11375 |
| 9384396 | VX Cerda & Associates | Attn: Victor Cerda    601 Brickell Ave    Suite 700    Miami, FL 33131 |
| 9389672 | Verdolino & Lowey, P.C. | Attn: President or General Mgr    124 Washington Street    Foxboro, MA 02035–1368 |
| 9389673 | Veritext | Attn: President or General Mgr    290 West Mt. Pleasant Ave    Livingston, NJ 07039 |
| 9384395 | Voice Guo Media, Inc. | c/o Coppersmith Brockelman PLC    Attn: Keith Beauchamp    2800 N. Central Avenue, Suite 1900    Phoenix, AZ 85004 |
| 9343422 | WA&HF, LLC/Ruizeng An | C/O AFN Law    41 Madison Avenue, 31st Floor    New York, NY 10010 USA    Attn: Angus Ni, Esq. |
| 9343427 | WANG | C/O Carmody Torrance Sandak & Hennessey    195 Church Street, P.O. Box 1950    New Haven, CT 6509 USA    Attn: David Grudberg |
| 9358089 | Weican "Watson" Meng | c/o Carollynn HG Callari, Esq,    Callari Partners LLC    100 Somerset Corp. Blvd. Suite 206    Bridgewater, NJ 08807 |
| 9384397 | Weican ("Watson") Meng | C/O Arkin Solbakken, LLP    900 Third Avenue, 18th Floor    New York, NY 10022 |
| 9384398 | Weican Meng/Boxun, Inc. | C/O Arkin Solbakken, LLP    900 Third Avenue, 18th Floor    New York, NY 10022 |
| 9343441 | Weiguo Sun | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343442 | Weixiand Ge | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9384399 | Weixiang Ge | c/o Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 |
| 9343429 | Wen Lin | C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta |
| 9343433 | Xiaobo He | C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta |
| 9384401 | Xiaobo Luo | 250 Park Avenue, 7th Floor    c/o HGT Law    New York, NY 10177 |

| | | |
|---|---|---|
| 9384402 | Xiaodan Wang | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LL    270 Madison Avenue    New York, NY 10016 |
| 9343432 | Xiaoping Luo | C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta |
| 9343443 | Xingyu Yan | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343454 | Xiong Xian Wei Ye | C/O Kevin Tung, Esq.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq |
| 9358703 | Xiqiu "Bob" Fu | c/o Irve J. Goldman    Pullman & Comply, LLC    P O Box 7006    Bridgeport, CT 06601 |
| 9384403 | Xiqui ("Bob") Fu | c/o The Lanier Law Firm    Attn: Kenneth W. Starr    10940 W. Sam Houston Parkway N., Ste 100    Houston, TX 77064 |
| 9343444 | Yan Gao | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9384404 | Yan Huang | C/O Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 |
| 9343413 | Yan Zhao | c/o Law Office of Ning Ye, Esq.    135–11 38th Ave.#1A    Flushing, NY 11354 |
| 9343409 | Yang Lan and Wu Zheng | 900 Third Avenue, 18th Floor    c/o Arkin Solbakken, LLP    New York, NY 10022    Attn: Robert C. Angelillo |
| 9384405 | Yeliang Xia | c/o Dennis Stewart & Krischer PLLC    Attn: Harry Adrian Dennis, Esq.    2007 15th Street N, Suite 201    Arlington, VA 22201 |
| 9343445 | Yi Li | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343446 | Ying Liu | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9384406 | Yua Hua Zhuang Shi | C/O Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 |
| 9343414 | Yua Hua Zhuang Shi | c/o Kevin Tung Esq.    Kevin Kerveng Tung P.C.    Queens Crossing Business Center    136–20 38th Avenue, Suite 3D    Flushing, NY 11354 |
| 9344053 | Yue Hua Zhu Shi | 136–20 38th Avenue, Suite 3D    c/o Kevin Kerveng Tung, P.C.    Flushing, NY 11354    Attn: Kevin Tung, Esq. |
| 9384407 | Yunxia Wu | c/o Giordano, Halleran &. Ciesla, P.C.    1250 Broadway, 36th Floor    New York, NY 10010 |
| 9384408 | Zeichner Ellman & Krause LLP | 1420 New York Avenue NW    Suite 210    Washington, DC 20005 |
| 9389676 | Zeisler & Zeisler PC | Attn: Aaron Romney, James M. Moriarty    John Cesaroni, Eric Henzy, S Kindseth    10 Middle Street 15th Floor    Bridgeport, CT 06604–4299 |
| 9343456 | Zhen Yuan Jian Zhu | C/O Kevin Tung, Esq.    38th Avenue, Suite 3d    Flushing, NY 11354 USA |
| 9358087 | Zheng ("Bruno") Wu and Yang Lan | c/o Carollynn HG Callari, Esq/Callari, E    Callari Partners LLC    100 Somerset Corp. Blvd., Suite 206    Bridgewater, NJ 08807 |
| 9343428 | Zhengjun Dong | C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta |
| 9384409 | Zong Xian Weiye | c/o Kevin Tung    38th Avenue Suite 3D    Flushing, NY 11354 |
| 9343448 | yunxia Wu | c/o TroyGould PC    1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067 |

TOTAL: 185