United States Bankruptcy Court
District of Connecticut

In re:  Case No. 22-50073-jam
Ho Wan Kwok  Chapter 11
Genever Holdings Corporation
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0205-5  User: admin  Page 1 of 7
Date Rcvd: Dec 12, 2022  Form ID: ntctrbk  Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Genever Holdings Corporation, P.O. Box 3170, Road Town Tortola, BRITISH VIRGIN ISLANDS |
| db | | Genever Holdings LLC, 781 Fifth Avenue, Apt. 1801, New York, NY 10022-5520 |
| db | + | Ho Wan Kwok, 373 Taconic Road, Greenwich, CT 06831-2828 |
| aty | + | J. Ted Donovan, Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22nd Floor, New York, NY 10036-5600 |
| aty | + | Kevin J. Nash, Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22nd Floor, New York, NY 10036-5600 |
| aty | + | Luc A. Despins, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| dbaty | + | Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |
| cr | | Chao-Chih Chiu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2367 |
| op | + | Dundon Advisers LLC, 10 Bank Street, Suite 1100, White Plains, NY 10606-1948 |
| cns | | Gregory A. Coleman, Coleman Worldwide Advisors, LLC, P O Box 2839, New York, NY 10008-2839 |
| cr | + | Keyi Zilkie, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| cr | + | Logan Cheng, c/o Randazza Legal Group, PLLC, 100 Pearl Street, 14th Floor, Hartford, CT 06103-4500 |
| crcm | + | Pullman & Comley, LLC, 850 Main Street, Bridgeport, CT 06604-4988 |
| intp | #+ | Troy Law, PLLC, 41-25 Kissena Blvd., Suite 103, Flushing, NY 11355-3150 |
| cr | + | Verdolino & Lowey, P.C., 124 Washington Street, Foxborough, MA 02035-1368 |
| intp | + | Williams & Connolly LLP, Williams & Connolly LLP, 680 Maine Ave SW, Washington, DC 20024-3556 |
| intp | + | Yongbing Zhang, 223 West Jackson Bl;vd. #1012, Chicago, IL 60606-6916 |
| cr | + | Yunxia Wu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| 20 | | Huizhen Wang, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2367 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | Dec 12 2022 18:32:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |
| ca | + | Email/Text: cr-info@stretto.com | Dec 12 2022 18:32:00 | Stretto, 410 Exchange, Suite 100, Irvine, CA 92602-1331 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Cohn Birnbaum & Shea, P.C. |
| aty | | Michael S. Weinstein |
| intp | | BakerHostetler |
| cr | | Baosheng Guo |
| cr | | Chong Shen Raphanella |
| intp | | Golden Spring (New York) LTD |

District/off: 0205-5      User: admin      Page 2 of 7
Date Rcvd: Dec 12, 2022      Form ID: ntctrbk      Total Noticed: 21

| | | |
|---|---|---|
| intp | | Greenwich Land, LLC |
| intp | | HK International Funds Investments (USA) Limited, |
| intp | | Hing Chi Ngok |
| intp | | Mei Guo |
| cr | | Ning Ye |
| crcm | | Official Committee of Unsecured Creditors |
| cr | | Rong Zhang |
| cr | | The Sherry-Netherland, Inc. |
| cr | | Troy Law, PLLC |
| cr | | Xiaodan Wang |
| cr | | Yan Zhao |
| cr | | Zheng Wu |
| 20 | | Pacific Alliance Asia Opportunity Fund L.P. |
| 20 | | Rui Ma |
| 20 | | Weican Meng |
| cr | *+ | Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |
| intp | * | Genever Holdings LLC, 781 Fifth Avenue, Apt. 1801, New York, NY 10022-5520 |

TOTAL: 21 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Romney | on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Counter-Defendant Mei Guo aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Counter-Defendant HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron Romney | on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron Romney | on behalf of Debtor Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Interested Party Mei Guo aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron A Mitchell | on behalf of Debtor Ho Wan Kwok aaron@lmesq.com |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 3 of 7 |
| Date Rcvd: Dec 12, 2022 | Form ID: ntctrbk | Total Noticed: 21 |

Andrew V. Layden
    on behalf of Interested Party BakerHostetler alayden@bakerlaw.com

Annecca H. Smith
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Annecca H. Smith
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Avram Emmanuel Luft
    on behalf of Chapter 11 Trustee Luc A. Despins aviluft@paulhastings.com

Carollynn H.G. Callari
    on behalf of Creditor Zheng Wu ccallari@callaripartners.com

Carollynn H.G. Callari
    on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com

Carollynn H.G. Callari
    on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com

Christopher H. Blau
    on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC cblau@zeislaw.com

Daniel Cantor
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. dcantor@omm.com

Danielle L. Merola
    on behalf of Interested Party BakerHostetler dmerola@bakerlaw.com

David S. Forsh
    on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com

David S. Forsh
    on behalf of Creditor Zheng Wu dforsh@callaripartners.com

David S. Forsh
    on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com

David V. Harbach, II
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com

David V. Harbach, II
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com

Douglas S. Skalka
    on behalf of Debtor Genever Holdings Corporation dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Plaintiff-Intervenor Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Counter-Claimant Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Defendant Luc A. Despins dskalka@npmlaw.com  smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Debtor Genever Holdings LLC dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Chapter 11 Trustee Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglass E. Barron
    on behalf of Chapter 11 Trustee Luc A. Despins douglassbarron@paulhastings.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Debtor Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC ehenzy@zeislaw.com, cjervey@zeislaw.com

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 4 of 7 |
| Date Rcvd: Dec 12, 2022 | Form ID: ntctrbk | Total Noticed: 21 |

Evan S. Goldstein
    on behalf of Interested Party Hing Chi Ngok egoldstein@uks.com

Evan S. Goldstein
    on behalf of Interested Party Greenwich Land LLC egoldstein@uks.com

G. Alexander Bongartz
    on behalf of Chapter 11 Trustee Luc A. Despins alexbongartz@paulhastings.com

Holley L. Claiborn
    on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Irve J. Goldman
    on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com rmccoy@pullcom.com

James C. Graham
    on behalf of Chapter 11 Trustee Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham
    on behalf of Defendant Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham
    on behalf of Trustee Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James J. Healy
    on behalf of Interested Party Williams & Connolly LLP jhealy@cowderymurphy.com

James M. Moriarty
    on behalf of Interested Party HK International Funds Investments (USA) Limited LLC jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Counter-Defendant HK International Funds Investments (USA) Limited LLC jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Counter-Defendant Mei Guo jmoriarty@zeislaw.com kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Debtor Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Interested Party Mei Guo jmoriarty@zeislaw.com kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Plaintiff HK International Funds Investments (USA) Limited LLC jmoriarty@zeislaw.com, kjoseph@zeislaw.com

Jay Marshall Wolman
    on behalf of Creditor Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman
    on behalf of Plaintiff Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com

Jeffrey Hellman
    on behalf of Defendant Ho Wan Kwok jeff@jeffhellmanlaw.com christen@jeffhellmanlaw.com

Jeffrey M. Sklarz
    on behalf of Interested Party BakerHostetler jsklarz@gs-lawfirm.com aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

John Troy
    on behalf of Interested Party Troy Law PLLC johntroy@troypllc.com

John L. Cesaroni
    on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Interested Party HK International Funds Investments (USA) Limited LLC jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Counter-Defendant Mei Guo jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com

John L. Cesaroni

Case 22-50073    Doc 1242    Filed 12/14/22    Entered 12/15/22 00:17:52    Page 5 of 8

| District/off: 0205-5 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Dec 12, 2022 | Form ID: ntctrbk | Total Noticed: 21 |

| | |
|---|---|
| | on behalf of Interested Party Mei Guo jcesaroni@zeislaw.com |
| John L. Cesaroni | |
| | on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC jcesaroni@zeislaw.com |
| John L. Cesaroni | |
| | on behalf of Counter-Defendant HK International Funds Investments (USA) Limited  LLC jcesaroni@zeislaw.com |
| John L. Cesaroni | |
| | on behalf of Debtor Ho Wan Kwok jcesaroni@zeislaw.com |
| Jonathan Kaplan | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com prulewicz@pullcom.com;rmccoy@pullcom.com |
| Kellianne Baranowsky | |
| | on behalf of Interested Party BakerHostetler kbaranowsky@gs-lawfirm.com aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com |
| Kristin B. Mayhew | |
| | on behalf of Plaintiff Yang Lan kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of Plaintiff Boxun Inc. kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of 20 Largest Creditor Weican Meng kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of Plaintiff Weican (Watson) Meng kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of Plaintiff Zheng Wu kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of Creditor Zheng Wu kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of 20 Largest Creditor Rui Ma kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | |
| | on behalf of Plaintiff Rui Ma kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Laura Aronsson | |
| | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com |
| Laura Aronsson | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com |
| Lawrence S. Grossman | |
| | on behalf of Interested Party BakerHostetler LGrossman@gs-lawfirm.com aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com |
| Luc A. Despins | |
| | on behalf of Chapter 11 Trustee Luc A. Despins lucdespins@paulhastings.com matlaskowski@paulhastings.com;davidmohamed@paulhastings.com |
| Luc A. Despins | |
| | lucdespins@paulhastings.com  matlaskowski@paulhastings.com;davidmohamed@paulhastings.com |
| Lucas Bennett Rocklin | |
| | on behalf of Chapter 11 Trustee Luc A. Despins lrocklin@npmlaw.com  NeubertPepeMonteithPC@jubileebk.net |
| Mia N. Gonzalez | |
| | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com |
| Mia N. Gonzalez | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com |
| Michael S. Weinstein | |
| | on behalf of Creditor Rong Zhang mweinstein@golenbock.com |
| Michael S. Weinstein | |
| | on behalf of Creditor Chong Shen Raphanella mweinstein@golenbock.com |
| Michael S. Weinstein | |
| | on behalf of Creditor Xiaodan Wang mweinstein@golenbock.com |

District/off: 0205-5 | User: admin | Page 6 of 7
Date Rcvd: Dec 12, 2022 | Form ID: ntctrbk | Total Noticed: 21

| | |
|---|---|
| Nancy Bohan Kinsella | on behalf of Plaintiff-Intervenor Luc A. Despins nkinsella@npmlaw.com moshea@npmlaw.com;smowery@npmlaw.com;npm.bankruptcy@gmail.com |
| Nicholas A. Bassett | on behalf of Chapter 11 Trustee Luc A. Despins nicholasbassett@paulhastings.com jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com |
| Patrick M. Birney | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com |
| Patrick M. Birney | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com |
| Patrick M. Birney | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com |
| Patrick N. Petrocelli | on behalf of Creditor The Sherry-Netherland Inc. ppetrocelli@stroock.com |
| Patrick R. Linsey | on behalf of Plaintiff-Intervenor Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Chapter 11 Trustee Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Defendant Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Counter-Claimant Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Plaintiff Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Debtor Genever Holdings Corporation plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Trustee Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Peter Friedman | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter Friedman | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter J. Zarella | on behalf of Creditor Zheng Wu pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com |
| Samuel Bryant Davidoff | on behalf of Interested Party Williams & Connolly LLP sdavidoff@wc.com |
| Sara Pahlavan | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. spahlavan@omm.com |
| Scott D. Rosen | on behalf of Attorney Cohn Birnbaum & Shea P.C. srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com |
| Sherry J. Millman | on behalf of Creditor The Sherry-Netherland Inc. smillman@stroock.com |
| Stephen M. Kindseth | on behalf of Interested Party HK International Funds Investments (USA) Limited LLC skindseth@zeislaw.com, cjervey@zeislaw.com |
| Stephen M. Kindseth | on behalf of Debtor Ho Wan Kwok skindseth@zeislaw.com cjervey@zeislaw.com |
| Stephen M. Kindseth | on behalf of Interested Party Mei Guo skindseth@zeislaw.com cjervey@zeislaw.com |

District/off: 0205-5 | User: admin | Page 7 of 7
Date Rcvd: Dec 12, 2022 | Form ID: ntctrbk | Total Noticed: 21

Stuart M. Sarnoff
on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com  stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff
on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com

Taruna Garg
on behalf of Creditor The Sherry-Netherland Inc. tgarg@murthalaw.com, mgarcia@murthalaw.com

Thomas J. Sansone
on behalf of Attorney Michael S. Weinstein tsansone@carmodylaw.com

Thomas J. Sansone
on behalf of Creditor Rong Zhang tsansone@carmodylaw.com

Thomas J. Sansone
on behalf of Plaintiff Rong Zhang tsansone@carmodylaw.com

Thomas J. Sansone
on behalf of Plaintiff Xiaodan Wang tsansone@carmodylaw.com

Thomas J. Sansone
on behalf of Creditor Chong Shen Raphanella tsansone@carmodylaw.com

Thomas J. Sansone
on behalf of Creditor Xiaodan Wang tsansone@carmodylaw.com

Thomas J. Sansone
on behalf of Plaintiff Chong Shen Raphanella tsansone@carmodylaw.com

Tiffany Troy
on behalf of Creditor Troy Law  PLLC tiffanytroy@troypllc.com, troylaw@troypllc.com

Tristan G. Axelrod
on behalf of Creditor Brown Rudnick LLP taxelrod@brownrudnick.com

Tristan G. Axelrod
on behalf of Creditor Verdolino & Lowey  P.C. taxelrod@brownrudnick.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

William R. Baldiga
on behalf of Creditor Brown Rudnick LLP wbaldiga@brownrudnick.com

TOTAL: 127

Form ntcflgtrbk

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

| | | |
|---|---|---|
| In Re: | Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC<br>Debtor(s) | Case No.: 22−50073 |

### NOTICE OF FILING OF TRANSCRIPT
### AND OF DEADLINES TO RESTRICTIONS AND REDACTION

A transcript of the proceeding held on Nov 30,2022 was filed on December 11,2022 The following deadlines apply:

The parties have until seven (7) calendar days from the date of filing of the transcript to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 21 days from the date of filing of the transcript.

If a request for redaction is filed, the redacted transcript is due 31 days from the date of filing of the transcript.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 90 calendar days from the date of filing of the transcript unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

Dated: December 12, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form ntctrbk