## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re: <br><br> HO WAN KWOK, *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No: 22-50073 (JAM) |

### HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S SUPPLEMENTAL AND CORRECTED EXHIBIT A TO ITS MOTION TO MODIFY CONSENT ORDER GRANTING HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION FOR ORDER ESTABLISHING REPAIR RESERVE FOR THE LADY MAY

HK International Funds Investments (USA) Limited, LLC ("HK USA"), by and through its undersigned counsel, hereby submits a supplemental and corrected Exhibit A to its Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May (ECF No. 1216, the "Motion"). On December 15, 2022, the undersigned became aware that (i) the summary of unpaid invoices (ECF No. 1216-1, at 2-3) referenced invoices from Ring Power and Sono Marine Electronics that are already eligible for payment (and have been paid) from the Repair Reserve pursuant to this Court's Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May (ECF No. 930) and (ii) certain other invoices were inadvertently omitted from Exhibit A (ECF No. 1216-1, at 4-40).

Accordingly, attached hereto as **Exhibit A-Supplemental/Corrected** is a supplemental and corrected summary of unpaid Operating Expenses (as defined in the Motion) through November 30, 2022, with supporting invoice, showing a total unpaid amount of $158,334.28.

1

HK INTERNATIONAL FUNDS
INVESTMENTS (USA) LIMITED, LLC


By: */s/ Christopher H. Blau*
Christopher H. Blau (ct30120)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06604
(203) 368-4234
(203) 549-0872 (fax)
Email: cblau@zeislaw.com
Its Attorneys

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice ofElectronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Christopher H. Blau*
Christopher H. Blau (ct30120)