**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| HO WAN KWOK, *et al.* | : Case No. 22-50073 (JAM) |
| Debtors. | : |

**CERTIFICATE OF SERVICE**

The undersigned certifies that (i) on December 9, 2022, notice of HK International Funds Investments (USA) Limited, LLC's Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May (ECF No. 1216, the "Motion") was sent by email to all parties by operation of this Court's electronic filing system as indicated on **Exhibit A** attached hereto; (ii) on December 12, 2022, copies of the Motion were sent by United States mail, postage prepaid, to each party listed on **Exhibit B** attached hereto; (iii) on December 15, 2022, copies of the Motion were sent by United States mail, postage prepaid, to the parties listed on **Exhibit C** attached hereto; and (iv) on December 15, 2022, at 3:47 pm, copies of the invoices and unpaid bills summary subsequently filed at ECF No. 1245 were sent by email to counsel to chapter 11 trustee Luc A. Despins, the Official Committee of Unsecured Creditors, Pacific Alliance Asia Opportunity Fund L.P., Rui Ma, and Zheng Wu.

Dated: December 16, 2022.

By: */s/ Christopher H. Blau*
Christopher H. Blau (ct30120)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06604
(203) 368-4234
(203) 549-0872 (fax)
Email: cblau@zeislaw.com