**EXHIBIT C**

Douglass E. Barron, Esq.
G. Alexander Bongartz, Esq.
Luc A. Despins, Esq.
Avram Emmanuel Luft, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
*Counsel to Luc A. Despins, Chapter 11 Trustee*

Nicholas A. Bassett, Esq.
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036
*Counsel to Luc A. Despins, Chapter 11 Trustee*

Douglas S. Skalka, Esq.
James C. Graham, Esq.
Patrick R. Linsey, Esq.
Lucas Bennett Rocklin, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
*Counsel to Luc A. Despins, Chapter 11 Trustee*

Patrick M. Birney, Esq.
Annecca H. Smith, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
*Counsel to Pacific Alliance Asia Opportunity Fund L.P.*

Stuart M. Sarnoff, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
*Counsel to Pacific Alliance Asia Opportunity Fund L.P.*

David V. Harbach II, Esq.
Peter Friedman, Esq.
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006.
*Counsel to Pacific Alliance Asia Opportunity Fund L.P.*

Irve J. Goldman, Esq.
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604
*Counsel to the Official Committee of Unsecured Creditors*

Jonathan Kaplan, Esq.
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
*Counsel to the Official Committee of Unsecured Creditors*

Kristin B. Mayhew
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601
*Counsel to the Official Committee of Unsecured Creditors*

Holley L. Claiborn, Esq.
Steven E. Mackey, Esq.
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
*Counsel to the United States Trustee*

Peter Zarella, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
One State Street,
14th Floor
Hartford, CT 06103-3102
*Counsel to Rui Ma and Zheng Wu*

Carollynn H.G. Callari, Esq.
Callari Partners, LLC
One Rockefeller Plaza
10th Floor
New York, New York 10020
*Counsel to Rui Ma and Zheng Wu*