UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------x
In re:                                  :   CHAPTER 11
                                        :
HO WAN KWOK, et al.,[1]                 :   CASE NO. 22-50073 (JAM)
                                        :
            Debtors.                    :   Jointly Administered
---------------------------------------x

### DECLARATION OF GEORGE WESTON IN SUPPORT OF GENEVER HOLDINGS CORPORATION APPLICATION FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY CODE SECTIONS 327, 328, AND 330, BANKRUPTCY RULES 2014 AND 2016, AND LOCAL BANKRUPTCY RULES 2014-1 AND 2016-1, AUTHORIZING AND APPROVING RETENTION AND EMPLOYMENT OF EMPLOYMENT OF HARNEY WESTWOOD AND RIEGELS LP, AS DEBTOR'S BRITISH VIRGIN ISLANDS COUNSEL

I, George Weston, being duly sworn, do depose and say:

1.    I am a Partner employed in the Corporate department of Harney Westwood & Riegels LP ("Harneys"), Craigmuir Chambers, Road Town, Tortola, British Virgin Islands ("BVI"), and I make this declaration in support of the Debtor's Application for Entry of Order, Pursuant to Sections 327, 328, and 330 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Harneys as Debtor's BVI Counsel in the above-captioned chapter 11 case (the "Chapter 11 Case") of Genever Holdings Corporation (the "Debtor").

2.    Harneys is a global offshore law firm that maintains an office in the British Virgin Islands. Harneys was founded in 1960 and has a widely diversified practice including dispute

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

resolution, corporate and commercial law, private wealth, funds, banking and finance and regulatory and tax.

3. Harneys has expertise in practice areas including corporate law, insolvency, restructuring, fraud, arbitration, bankruptcy, investigations, corporate crimes and fraud, corporate and commercial litigation matters. Harneys is well suited for the type of representation required by the Debtor. Its BVI office includes more than forty attorneys. Harneys has substantial resources and expertise in the areas of the law that may arise in this case.

4. Harneys Corporate Services Limited ("Harneys Corporate") serves as registered agent to the Debtor, and Claire Abrehart, who is the sole director of the debtor is a Managing Director of Harneys Corporate. Although operationally independent, Harneys Corporate and Harneys share common ultimate ownership and certain partners in Harneys are also directors of Harneys Corporate (although I am not one of those partners).

5. Harneys has specific and relevant experience in the representation of liquidators and trustees including trustees in bankruptcy proceedings and have provided advice on complex and litigious (and potentially litigious) issues that arise in the course of the administration of trusts and regularly appear before the British Virgin Islands courts. Harneys has experience with liaising and working cooperatively with overseas lead counsel by assisting with compliance with BVI rules and procedures, attending to routine and administrative matters as they arise, and otherwise providing services as may be required by lead counsel and in the best interests of its clients, all in a manner that promotes efficiency and avoids any unnecessary duplication of efforts by counsel. Considering the foregoing, Harneys is equipped to provide services as BVI counsel to the extent that the need arises.

6. Harneys intends to apply to the Court for compensation for professional services rendered and for reimbursement of expenses incurred in connection with this Chapter 11 Case pursuant to sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, and any other applicable rules and orders with respect to this Chapter 11 Case. Harneys will charge the Debtor for its legal services on an hourly basis at its regularly applicable hourly rates in connection with the services required in this Chapter 11 Case.

7. At present, the 2022 hourly rates of Harneys are $150.00 - $275.00 for paralegal work; $400.00 - $800.00 for associates and counsel; and up to $1050.00 for partners of the firm. Harney's hourly rates are subject to periodic adjustments to reflect economic and other conditions.[2] It is anticipated that Harneys services will primarily be provided by George Weston, whose hourly rate is $850, Olga Osadchaya whose hourly rate is $800 and Gerrard Tin, whose hourly rate is $475.00.

8. Harneys will also bill for out-of-pocket expenses made on behalf of the Debtor, including photocopying, filing fees and international couriers, in accordance with practices in this District.

9. To the best of my knowledge and belief after due inquiry, neither I, nor Harneys, nor any member or associate thereof, represents professionally, or has any connection with, the

---

[2] Harneys hourly rates are typically revised at the end of each calendar year to reflect experience, seniority, and standing. These step increases do not constitute "rate increases" (as the term is used in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013) (the "U.S. Trustee Guidelines"). As set forth in the Proposed Order, Harneys will provide ten business days' notice to the Debtor, the Assistant United States Trustee for the District of Connecticut (the "U.S. Trustee"), and counsel to the Committee and any other official committee, before implementing periodic increases, and shall file any such notice with the Court.

Debtor, his creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

10. I attach to this Declaration, as <u>Schedule 1</u>, a consolidated list of parties in interest in connection with the Debtor's chapter 11 case that includes:

    a. parties listed as creditors, executory contract counterparties, and co-debtors on the Debtor's Schedules F, G, and H (ECF No. 1157);

    b. parties listed on the Debtor's Statement of Financial Affairs ("SOFA") (ECF No. 1158), including (i) parties involved in litigation in which the Debtor is a party (SOFA Part 4, Question 9);

    c. parties and counsel filing notice of appearances in the Debtor's chapter 11 case; and

    d. the Court and personnel of the office of the United States Trustee.

11. Harneys maintains a computer database (the "Database") containing, inter alia, the names of all Harneys' current and former clients and, with respect to any engagement, adverse and related persons. I caused to be submitted to, and checked against, the Database all of the names listed on Schedule 1 (collectively, the "Interested Parties").

1. Harneys has no relationship or connection with the Interested Parties, or, to the best of my knowledge, with any other creditor of the Debtor, except as noted below:

    a. On August 31, 2022 [Docket No. 807], the Trustee filed its application to retain as BVI counsel to the Trustee, and Harneys continues to act as BVI counsel to the Trustee.

    b. Harneys was previously the registered agent for Bravo Luck Limited, although it has served notice of its resignation from that position. The provision of registered agent services to Bravo Luck Limited does not

    create a conflict of interest that would prevent Harneys Legal or Harneys Corporate from providing legal and fiduciary services to Genever BVI. The provision of registered agent services is administrative in nature, as it is limited to providing a legal address in the BVI, maintaining certain corporate documents, and making filings with the BVI Corporate Registry on receiving instructions to do so. As a matter of BVI law, the provision of registered agent services is not equivalent to the provision of director services and would not make Harneys Corporate or Harneys part of the management of, or grant corporate control, over Bravo Luck Limited. For the avoidance of doubt, Claire Abrehart has had no dealings with Bravo Luck Limited and, moreover, she has been and will be shielded from any dealings that Harneys Corporate may have with Bravo Luck Limited.

c. A number of Interested Parties are banks and similar financial institutions (this includes, without limitation, HSBC, Barclays Bank. Chase Bank, Citibank, JP Morgan, Standard Chartered Bank, UBS). Harneys Corporate and Harneys Legal have previously been involved in transactions involving these institutions as both client and counterparty, in matters which, as far as I am aware after reasonable inquiry, are unrelated to the Debtor. Affiliates of HSBC and Barclays Bank also provide banking services to affiliates of Harneys Corporate and Harneys Legal—again, in matters which, as far as I am aware after reasonable inquiry, are unrelated to the Debtor.

d. A number of Interested Parties are law firms. Harneys Corporate and Harneys Legal have previously been involved in transactions where certain of these firms have been instructing counsel or were otherwise involved (this includes, without limitation, Brown Rudnik LLP, Bois Schiller, Baker Hosteler LLP, O'Melveny & Myers LLP, Paul Weiss). For the avoidance of doubt, such transactions were, as far as I am aware after reasonable inquiry, unrelated to the Debtor.

12. While Harneys has made a diligent effort to ascertain the identity of any connections or potential conflicts with interested parties, to the extent that any additional information comes to light, Harneys will review, disclose, and resolve any conflict or adverse interests that may appear.

13. Based on the foregoing, insofar as I have been able to ascertain based on the information currently available to me: (a) Harneys has no connection with the Debtor, its creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any other party with an actual or potential interest in the Chapter 11 Case or their respective attorneys or accountants; and (b) neither Harneys nor any of its attorneys (i) is a creditor, equity security holder, or insider of the Debtor or his affiliates, (ii) has been, within two years before the Petition Date, a director, officer, or employee of the Debtor or his affiliates, or (iii) has any interest materially adverse to the interests of the Debtor's estate or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason. Therefore, I believe that Harneys is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as modified by section 1107(b).

14. Harneys does not believe that Appendix B of the U.S. Trustee Guidelines (the "Larger Case Guidelines") applies in this Chapter 11 Case, because the Debtor's petition does not list $50 million or more in assets and $50 million or more in liabilities. In particular, the Debtor estimated the value of his assets between $50,001 and $100,000. Nevertheless, Harneys intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures set forth in the Larger Case Guidelines in connection with the interim and final fee applications to be filed in the Chapter 11 Case, but reserves all rights as to their relevance and substantive legal effect in connection with the Application or any application for compensation in the Chapter 11 Case.

15. In the interest of providing maximum disclosure, and notwithstanding Harneys' position concerning the inapplicability of the Larger Case Guidelines, Harneys provides the following response to the request for information set forth in Paragraph D.1. of the Larger Case Guidelines:

Question: Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?
Answer: No.

Question: Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?
Answer: No.

Question: If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

Answer: N/A. Harneys has not previously represented the Chapter 11 Trustee.

Question: Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?
Answer: The Chapter 11 Trustee and Harneys have agreed to an hourly charge-out rate for one partner, one counsel and one associate for professional fees and

have agreed that other members of the Harneys may assist from time to time as appropriate. Harneys have also agreed that they are willing to separately agree budgets for particular pieces of work

16. Harneys has neither shared nor agreed to share with any other person compensation received in these cases, except as is permitted by §504(b)(1) of the Bankruptcy Code.

17. Harneys consents that the following language may be included in any order by the Court approving the Harneys Retention Application:

Allowance of any compensation for Harneys shall be limited to the extent of services actually performed, and expenses actually incurred, as attorney for the Chapter 11 Trustee Luc A. Despins, and shall not include compensation for the performance of any of the trustee duties that are generally performed by a Chapter 11 trustee without the assistance of an attorney.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

Dated: December 16, 2022, at Tortola, British Virgin Islands.

_____

8

**SCHEDULE 1**
**Schedule of Parties In Interest**
**In Re Genever Holdings Corporation**

## 20 LARGEST UNSECURED CREDITORS

Baker & Hostetler LLP
Cheng Jian Wu Jian She
Gaosheng Guo
Hong Qi Qu
Jian Gong
Jun Chen aka Jonathan Ho
Liehong Zhuang/Xiao Yan Zhu
Logan Cheng
Nan Tong Si Jian
Ning Ye

Pacific Alliance Asia Opportunity Fund
Rui Ma
Samuel Dan Nunberg
Weican "Watson" Meng/Boxun Inc.
Xiqiu "Bob" Fu
Yan Zhao (listed twice)
Yua Hua Zhu Shi
Yua Hua Zhuang Shi
Zheng ("Bruno") Wu and Yang Lan

## DEBTOR, DEBTOR'S SUBSIDIARY, INDIVIDUAL DEBTOR, HIS FAMILY MEMBERS, AND CERTAIN RELATED ENTITIES

Genever Holdings Corporation
Ho Wan Kwok (aka Miles Gwok, Miles Guo And Wengui Guo)
Hing Ch Ngok/Yue Qingzhi
Qiang Guo
Mei Guo/Mei Gui
HK International Funds Investments (USA) Limited, LLC
Bravo Luck Limited
Genever Holdings LLC

## BANKRUPTCY JUDGE AND U.S. TRUSTEE PERSONNEL

Honorable Julie A. Manning
William Harrington
Kim L. Mccabe
Holley Claiborn
Joseph H. Flamini
Erin Hogan

Steven Mackey
Frank Marino
Jennifer J. Morey
Nicole Neely
Sharon Warner
John Gervais

## CREDITORS

AAGV Limited
Ace Decade Holdings Limited
Alfa Global Ventures Limited
Alfonso Global Limited
Allied Capital Global Limited
Anton Development Limited
Baiqiao Tang a/k/a Tang Baiqiao
Baker Hostetler LLP

Beijing Bi Hai Ge Lin Yuan Lin Lu Hua, Ltd.
Beijing Cheng Jian Wu Jian She Group, LTD.
Beijing Fu Le Hong Ma Jian Zhu Zhuang Shi Gong Cheng, LTD.
Beijing Zenith Holdings Co

Beijing Zhong Xian Wei Ye Stainless Decoration Center
Bejing Pangu Investment Co.
Bi Hai Ge Lin
Boxun Inc
Bravo Luck Limited
Brown Rudnick LLP
BSA Strategic Fund I
Burnette Shutt McDaniel
Chao-Chic Chiu
Chao-Chih Chiu
Cheng (NY)
Cheng Jian Wu Jian She
Chenglong Wang
China Golden Spring Group (Hong Kong) Limited
Chong Shen Raphanella
Chunguang Han
Clark Hill PLC
Clayman Rosenberg Kirshner & Linder LLP
Creative Apex Investments Limited
Cyrstal Breeze Investments Limited
Danyu Lin
DawnState Limited
Dongna Fang
Elite Well Global Limited
Fan Bingbing
Forbes Hare
Fu Le Hong Ma
G Club
G Club Operations LLC
Ganfer Shore Leeds & Zauderer
Gaosheng Guo
Geng Jing
Globalist International Limited
Golden Spring New York Ltd
Goldfarb & Huck Roth Riojas, PLLC
GTV Media Group, Inc.
Guo Boaosheng
Haihong Wang
Harkus Parker Ltd.
He Bei Yue Hua Zhuang Shi Gong Cheng LTD.
Hero Grand Limited
Ho Wan Kwok
Hong Kong International Funds Investments Limited
Hong Qi Qu
Hong Qi Qu Jian She Group LTD
Hong Zeng
Huizhen Wang
Infinite Increase Limited
Infinitum Developments Limited
Insight Phoenix Fund
Janover LLC
Jia Li Wang
Jiamei Lu
Jian Gong
Jiang Su Province Jian Gong Group LTD Beijing Branch
Jianhu Yi
Jianshengxie and Jiefu Zheng
John S Lau
Jonathan Young
Jumbo Century Limited
Jun Chen aka Jonathan Ho
Jun Liu
June Shi
Kaixin Hong
Kercsmar Feltus & Collins PLLC
Keyi Zilkie
Kui Cheng
Lalive SA
Lamp Capital, LLC
Lawall & Mitchell, LLC
Leading Shine Limited
Liehong Zhuang
Lihong Wei Lafrenz aka Sara Wei
Lijie Guo
Linda Cheng
Linda He Cheung
Logan Cheng fka Shuiyan Chen
Luc A Despins, as Ch 11 Trustee for Ho Wan Kwok
MacDonald
Mao-Fu Weng
Nan Tong Si Jian
Nan Tong Si Jian Group, LTD
New Dynamic Development Limited
Ning Ye
Noble Fame Global Limited

2

Pacific Alliance Asia Opportunity Fund
Petrillo Klein & Boxer LLP
Pullman & Comley, LLC
Qiang Guo
Qiuju Jia
Qu Guojiao
Quiju Jia
Rong Zhang
Rui Ma
Ruizheng An
Rule of Law Foundation III, Inc.
Rule of Law Society IV Inc.
RuQin Wang
Sail Victory Limited
Samuel Dan Nunberg
Saraca Media Group, Inc.
Schulman Bhattacharya, LLC
Selas Montbrial Avocats
Shane D Shook
SHI
Shi Jia Zhuang Zhen Yuan Jian Zhu An Zhuang Gong Cheng LTD Bejing First Branch
Shuang Wang
Stokes Lawrence, P.S.
Strategic Vision US, LLC
Teli Chen
The Casper Firm
The Francis Firm PLLC
The Law Offices of Rafael A. Vargas
The Sherry Netherland
Thomas Ragland
Troutman Pepper Hamilton Sanders LLP
U.S. Legal Support, Inc.
U.S. Securities and Exchange Commission
UBS AG
Una Manyee Wilkinson
Verdolino & Lowey, P.C.
Veritext

Voice Guo Media, Inc.
Voice of Guo Media, Inc.
VX Cerda & Associates
WA&HF, LLC/Ruizeng An
WANG
Weican Watson Meng
Weiguo Sun
Weixiand Ge
Well Origin Limited
Wen Lin
Weng
Wu Zheng
Xiao Yan Zhu
Xiaobo He
Xiaobo Luo
Xiaodan Wang
Xiaoping Luo
Xingyu Yan
Xiong Xian Wei Ye
Xiqui ("Bob") Fu
Yan Gao
Yan Huang
Yan Zhao
Yang Lan
Yeliang Xia
Yi Li
Ying Liu
Yongbing Zhang
Yua Hua Zhuang Shi
Yue Hua Zhu Shi
Yunxia Wu
Zeichner Ellman & Krause LLP
Zeisler & Zeisler PC
Zhang Wei
Zhen Yuan Jian Zhu
Zheng (Bruno) Wu
Zhengjun Dong
Zong Xian Weiye