United States Bankruptcy Court
District of Connecticut

In re:  
Ho Wan Kwok  
Genever Holdings Corporation  
    Debtors

Case No. 22-50073-jam  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0205-5      User: admin      Page 1 of 11  
Date Rcvd: Dec 14, 2022      Form ID: pdfdoc1      Total Noticed: 173

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Genever Holdings Corporation, P.O. Box 3170, Road Town Tortola, BRITISH VIRGIN ISLANDS |
| db | | Genever Holdings LLC, 781 Fifth Avenue, Apt. 1801, New York, NY 10022-5520 |
| db | + | Ho Wan Kwok, 373 Taconic Road, Greenwich, CT 06831-2828 |
| aty | + | J. Ted Donovan, Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22nd Floor, New York, NY 10036-5600 |
| aty | + | Kevin J. Nash, Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22nd Floor, New York, NY 10036-5600 |
| aty | + | Luc A. Despins, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| dbaty | + | Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |
| op | + | Dundon Advisers LLC, 10 Bank Street, Suite 1100, White Plains, NY 10606-1948 |
| cns | | Gregory A. Coleman, Coleman Worldwide Advisors, LLC, P O Box 2839, New York, NY 10008-2839 |
| cr | + | Logan Cheng, c/o Randazza Legal Group, PLLC, 100 Pearl Street, 14th Floor, Hartford, CT 06103-4500 |
| crcm | + | Pullman & Comley, LLC, 850 Main Street, Bridgeport, CT 06604-4988 |
| intp | #+ | Troy Law, PLLC, 41-25 Kissena Blvd., Suite 103, Flushing, NY 11355-3150 |
| cr | + | Verdolino & Lowey, P.C., 124 Washington Street, Foxborough, MA 02035-1368 |
| intp | + | Williams & Connolly LLP, Williams & Connolly LLP, 680 Maine Ave SW, Washington, DC 20024-3556 |
| intp | + | Yongbing Zhang, 223 West Jackson Bl;vd. #1012, Chicago, IL 60606-6916 |
| 9384740 | | Ace Decade Holdings Limited, Attn: Harcus Parker, 7th Floor, Melbourne House, 44-46 Aldwych, London, UK WC2B 4LL |
| 9384317 | + | Baiqiao Tang, 501 Forest Avenue, #501, Palo Alto, CA 94301-2613 |
| 9363388 | + | Baker & Hostetler LLP, Attn: Andrew Layden, 200 S. Orange Avenue, Suite 2300, Orlando, FL 32801-3432 |
| 9384318 | + | Baker Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111-1099 |
| 9384319 | + | Beijing Bi Hai Ge Lin Yuan Lin Lu Hua, Ltd., c/o Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9384320 | + | Beijing Cheng Jian Wu Jian She Group, LTD, c/o Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9384321 | + | Beijing Fu Le Hong Ma Jian Zhu Zhuang Shi Gong Che, c/o Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9384322 | + | Beijing Zhong Xian Wei Ye Stainless Decoration Ctr, c/o Kein Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9343455 | + | Bi Hai Ge Lin, C/O Kevin Tung, Esq., 38th Avenue, Suite 3d, Flushing, NY 11354 USA 11363 |
| 9389640 | | Boxun Inc, c/o Callari Partne, Carollynn HG Callari, Esq, 100 Somerset Corporate Blvd Suite 206, Bridgewater, NJ 08807-2842 |
| 9384323 | + | Boxun, Inc., C/O Arkin Solbakken, LLP, 900 Third Avenue, 18th Floor, New York, NY 10022-5000 |
| 9389618 | | Bravo Luck Limited, c/o Troutman Pepper, 3000 Two Logan Square, 18th & Arch Sts, Philadelphia, PA 19103 |
| 9384324 | | Bravo Luck Ltd., P.O. Box 957, Offshore Incorporations Centre, Road Tow, Tortola, British Virgin Islands |
| 9384325 | + | Burnette Shutt McDaniel, 912 Lady Street, 2nd Floor, Columbia, SC 29201-3106 |
| 9384332 | ++ | CLAYMAN & ROSENBERG LLP, ATTN PAUL HUGEL, 60 EAST 42ND ST, SUITE 650, NEW YORK NY 10165-0650 address filed with court:, Clayman & Rosenberg LLP, Attn: President or General Manager, 305 Madison Avenue, Suite 650, New York, NY 10165 |
| 9384326 | + | Chao-Chic Chiu, c/o Giordano, Halleran &. Ciesla, P.C., 1250 Broadway, 36th Floor, New York, NY 10001-3709 |
| 9343450 | + | Chao-Chih Chiu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| 9384329 | | Cheng (NY), c/o Randazza Law Firm, 2764 Sahara Drive, Suite 109, Las Vegas, NV 89117 |
| 9389642 | | Cheng Jian Wu Jian She, c/o Kevin Tung, P.C., Attn: K Tung, Esq., 136-20 38th Avenue Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9343406 | + | Cheng Jian Wu Jian She, c/o Law Office of Ning Ye, Esq., 136-11 38th Ave., #1A, Flushing, NY 11354-6503 |
| 9343431 | + | Chenglong Wang, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |

Case 22-50073    Doc 1248    Filed 12/16/22    Entered 12/17/22 00:17:45    Page 2 of 19

| District/off: 0205-5 | User: admin | Page 2 of 11 |
|---|---|---|
| Date Rcvd: Dec 14, 2022 | Form ID: pdfdoc1 | Total Noticed: 173 |

| | | |
|---|---|---|
| 9384330 | + | Chong Shen Raphanella, WOLF HALDENSTEIN ADLER FREEMAN & HERZ LL, 270 Madison Avenue, New York NY 10016-0601 |
| 9384331 | + | Clark Hill PLC, c/o Jenner & Block LLP, Attn: Kali N. Bracey, Esq., 1099 New York Ave., NW, Suite 900, Washington DC 20001-4412 |
| 9384333 | + | Danyu Lin, 128 Woodcock Trail, West Columbia, SC 29169-3754 |
| 9384741 | | Dawn State Limited, Attn: Harcus Parker, 7th Floor, Melbourne House, 44-46 Aldwych, London, UK WC2B 4LL |
| 9384334 | + | Dongna Fang, Law Offices of Phillips and King PLLC, 5041 Airport Fwy, Fort Worth, TX 76117-6252 |
| 9384336 | + | Fan Bingbing, Lavely & Singer, 4 New York Plaza, 2nd Floor, Cameron A. Stracher, Esq., New York, NY 10004-2466 |
| 9389630 | | Foley & Lardner LLP, Attn: Douglas Spelfogel for, Pacific Alliance Asia Opportunity Fund, 90 Park Avenue, New York, NY 10016-1301 |
| 9343457 | + | Fu Le Hong Ma, C/O Kevin Tung, Esq., 38th Avenue, Suite 3d, Flushing, NY 11354 USA 11363 |
| 9384338 | + | G Club Operations LLC, 53 Calle Palmeras, Suite 1401, San Juan, PR 00901-2417 |
| 9384343 | + | GTV Media Group, Inc., LAWALL & MITCHELL, LLC, Attn: President or General Manager, 55 Madison Avenue, 4th Flr, Morristown, NJ 07960-7337 |
| 9384339 | + | Ganfer Shore Leeds & Zauderer, Attn: President or General Manger, 360 Lexington Avenue, New York, NY 10017-6502 |
| 9343408 | + | Gaosheng Guo, c/o Law Office of Ning Ye, Esq., 135-11 38th Ave. #1A, Flushing, NY 11354-4440 |
| 9384341 | + | Genever Holdings LLC, Unit 1801, The Sherry- Netherland Apartments, 781 Fifth Avenue, New York NY 10022-5520 |
| 9389651 | | Goldberg Weprin Finkel Goldstein LLP, Attn: J. Ted Donovan, Kevin J. Nash, 1501 Broadway 22nd Floor, New York, NY 10036-5600 |
| 9389620 | | Golden Spring New York Ltd, c/o Berkeley Rowe, Marble Arch Park House 116 Park St, Mayfair, London UK W1K 6SS |
| 9384342 | + | Goldfarb & Huck Roth Riojas, PLLC, 925 Fourth Avenue, Suite 3950, Seattle, WA 98104-1510 |
| 9384344 | + | Guo Baosheng, C/O Law Office of Ning Ye, Esq., 135-11 38th Avenue, Suite 1A, Flushing, NY 11354-4440 |
| 9384345 | + | Haihong Wang, c/o Carmody Torrance Sandak et al, Attn: David T. Grudberg, Esq., 195 Church Street 18th floor, New Haven, CT 06510-2009 |
| 9384346 | | Harcus Parker Ltd., Attn: President or General Manager, Melbourne House, 44-46 Aldwych 7th Flr, London, WC2B 4LL United Kingdom |
| 9384347 | + | He Bei Yue Hua Zhuang Shi Gong Cheng LTD., C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9389654 | | Hong Kong International Funds, Investments Limted |
| 9343410 | + | Hong Qi Qu, c/o Kevin Tung, Esq., Kevin Kerveng Tung P.C., 136-20 38th Avenue, Suite 3D, Flushing, NY 11354-4232 |
| 9384351 | + | Hong Qi Qu Jian She Group, LTD., C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9384352 | + | Hong Zeng, 3020 Edwin Ave., Apt. 1H, Fort Lee, NJ 07024-3415 |
| 20 | | Huizhen Wang, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2367 |
| 9384353 | + | Janover LLC, 100 Quentin Roosevelt Blvd, Suite 516, Garden City, NY 11530-4843 |
| 9343421 | + | Jia Li Wang, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343435 | + | Jiamei Lu, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343412 | + | Jian Gong, c/o Kevin Kerveng Tung, Esq., Kevin Kerveng Tung P.C., Queens Crossing Business Center, 136-20 38th Avenue, Suite 3D Flushing, NY 11354-4232 |
| 9384354 | + | Jiang Su Province Jian Gong Group LTD Beijing Bran, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing NY 11354-4232 |
| 9343434 | + | Jianhu Yi and Qiuju Jia, C/O Arthur Angel, Esq., 1305 n. Poinsettia Place, Los Angeles, CA 90046-4305 |
| 9384355 | + | Jianshengxie and Jiefu Zheng, ML and CHEN, P.C., 136-79 Roosevelt Ave. Suite 303, Flushing NY 11354-5557 |
| 9384356 | + | John S. Lau, 53 Cody Avenue, Glen Head, NY 11545-1213 |
| 9343424 | | Jonathan Young, 141 Allenby Road, Wellington Point, QLD 4160, AUSTRALIA |
| 9389658 | | Jonathan Young, 15/23 Middle Street, Cleveland QLD 4160 Queensland, Australia |
| 9343419 | + | Jun Chen aka Jonathan Ho, c/o Wayne Wei Zhu, Esq., 4125 Kissena Blvd, Suite 112, Flushing, NY 11355-3150 |
| 9343436 | + | Jun Liu, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343430 | + | Kaixin Hong, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9384358 | + | Kercsmar Feltus & Collins PLLC, 7150 E. Camelback Road, Suite 285, Scottsdale, AZ 85251-1225 |
| 9343447 | + | Keyi Zilkie, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| 9384359 | | LALIVE SA, Attn: President or General Manager, Rue de la Mairie 35, 1207 Geneva, Switzerland |
| 9343418 | + | Lamp Capital, LLC, Attn: Bernardo Enriquez, 667 Madison Avenue, New York, NY 10065-8029 |
| 9384361 | + | Lawall & Mitchell, LLC, 55 Madison Avenue, Morristown, NJ 07960-7337 |
| 9384363 | + | Liehong Zhuang, C/O Trexler & Zhang, LLP, 224 West 35th Street, 12th Floor, New York, NY 10001-2532 |
| 9384364 | + | Lihong Wei Lafrenz (a/k/a Sara Wei), Coppersmith Brockelman PLC, 2800 N. Central Avenue, Suite 1900, Phoenix, AZ 85004-1241 |
| 9343437 | + | Linda Cheng, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9384365 | + | Linda He Cheung, c/o Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666 |
| 9343425 | + | Logan Cheng, c/o Jay M. Wolman, Randazza Legal Group, PLLC, 100 Pearl Street, 14th Floor, Hartford, CT 06103-4500 |
| 9389622 | + | Luc A. Despins, Esq.; Paul Hastings, Ch 11 Trustee of Estate of Ho Wan Kwok, 200 Park Avenue, New York, NY 10166-0005 |
| 9343438 | + | Mao-Fu Weng, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9389664 | | Max Krasner for, Golden Spring New York LTD, 162 E. 64th Street, New York, NY 10065-7478 |
| 9343411 | + | Nan Tong Si Jian, c/o Kevin Tung, Esq., Kevin Kerveng Tung P.C., Queens Crossing Business Center, 136-20 38th Avenue, Suite 3D Flushing, NY 11354-4232 |
| 9384366 | + | Nan Tong Si Jian Group, LTD, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9343407 | + | Ning Ye, Law Office of Ning Ye, Esq., 135-11 38th Ave. #1A, Flushing, NY 11354-4440 |
| 9389668 | | Pacific Alliance Asia Opportunity Fund, Attn: President or General Mgr, 33/F, Three Pacific Place, Queens Road East, Hong Kong |
| 9384368 | + | Petrillo Klein & Boxer LLP, 655 Third Avenue, 22nd Floor, New York, NY 10017-9106 |
| 9389631 | | Qiang Guo, c/o Berkeley Rowe, Marble Arch Park House, 116 Park St, Mayfair, London UK W1K 6SS |
| 9384369 | + | Quiju Jia, Arthur R. Angel, Attorney at Law, 1305 N. Poinsettia Place, Los Angeles, CA 90046-4305 |

| District/off: 0205-5 | User: admin | Page 3 of 11 |
|---|---|---|
| Date Rcvd: Dec 14, 2022 | Form ID: pdfdoc1 | Total Noticed: 173 |

| | | |
|---|---|---|
| 9384370 | + | Rong Zhang, c/o Wolf Haldenstein Adler et al., Attn: Benjamin Y. Kaufman, 270 Madison Avenue, New York, NY 10016-0601 |
| 9343439 | + | RuQin Wang, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9358088 | + | Rui Ma, Carollynn HG Callari, Esq/Callari Partne, 100 Somerset Corporate Blvd., Suite 206, Bridgewater, NJ 08807-2842 |
| 9384371 | + | Rui Ma, C/O Arkin Solbakken, LLP, Attn: Robert C. Angelillo, 900 Third Avenue, 18th Floor, New York, NY 10022-5000 |
| 9384372 | + | Ruizheng An, c/o AFN Law, 41 Madison Ave, 31st Floor, New York, NY 10010-2345 |
| 9384373 | + | Rule of Law Foundation III, Inc., c/o KAUFMAN BORGEEST & RYAN LLP, Attn: Daniel A. Schilling, Esq., 120 Broadway 14th Floor, New York, NY 10271-0029 |
| 9384374 | + | Rule of Law Society IV Inc., c/o NORRIS MCLAUGHLIN, P.A., Attn: Steven J. Reed, 7 Times Square, 21st Floor, New York, NY 10036-6551 |
| 9384375 | + | Ruquin Wang, c/o Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666 |
| 9343426 | + | SHI, C/O Thompson Hine, 20 N. Clark St., Ste 3200, Chicago, IL 60602-5093, Attn: Steven A. Block, Esq. |
| 9384376 | + | Samuel Dan Nunberg, C/O Nesenoff & Miltenberg, LLP, 363 Seventh Ave, 5th Floor, New York, NY 10001-3915 |
| 9348491 | + | Samuel Dan Nunberg, 600 South Dixie Highway, Suite 455, West Palm Beach, FL 33401-5851 |
| 9343417 | + | Samuel Nunberg, C/O Nesenoff & Miltenberg, LLP, 363 Seventh Ave, 5th Floor, New York, NY 10001-3915, Attn: Andrew T. Miltenberg, Esq. |
| 9384377 | + | Saraca Media Group, Inc., c/o Baker Hostetler, Attn: L. David Anderson, 2850 North Harwood Street Suite 1100, Dallas, TX 75201-2644 |
| 9384378 | + | Schulman Bhattacharya, LLC, 6116 Executive Boulevard, Suite 425, Bethesda, MD 20852-4937 |
| 9384379 | | Selas Montbrial Avocats, 10, Rue Cimarosa, 75116, Paris- France |
| 9384380 | + | Shane D Shook, 2821 Monterey Avenue, Soquel CA 95073-2807 |
| 9389634 | | Sherry Millman Curtis C. Mechling, Stroock & Stroock & Lavan LLP, for The Sherry-Netherland, Inc., 180 Maiden Lane, New York, NY 10038-4982 |
| 9384382 | + | Shi Jia Zhuang Zhen Yuan Jian Zhu An Zhuang Gong C, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9384383 | + | Shuang Wang, c/o Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666 |
| 9384384 | + | Stokes Lawrence, PS, 1420 Fifth Avenue, Suite 3000, Seattle,WA 98101-2393 |
| 9384385 | + | Strategic Vision US, LLC, GRAVES GARRETT LLC, 1100 Main Street, Suite 2700, Kansas City, MO 64105-5195 |
| 9384386 | + | THE CASPER FIRM, 400 E. Pratt Street, Suite 903, Baltimore, MD 21202-3127 |
| 9384335 | + | TROUTMAN PEPPER HAMILTON SANDERS LLP, 1313 North Market Streets, Suite 5100, Wilmington, DE 19801-6111 |
| 9343440 | + | Teli Chen, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9384387 | + | The Francis Firm PLLC, Attn: President or General Manager, 50 Riverside Blvd. #3G, New York, NY 10069-0229 |
| 9384388 | + | The Law Offices of Rafael A. Vargas, Attn: President or General Manager, 100 N. Lasalle Street, Chicago, IL 60602-3546 |
| 9384389 | + | The Sherry-Netherland Hotel, 781 5th Avenue, New York, NY 10022-1046 |
| 9384390 | + | Thomas Ragland, JENNER & BLOCK LLP, 1099 New York Ave., NW, Suite 900, Washington, DC 20001-4412 |
| 9384391 | | Troutman Pepper Hamilton Sanders LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103 |
| 9384392 | + | U.S. Legal Support, Inc., 200 West Jackson, Suite 600, Chicago, IL 60606-6941 |
| 9367001 | + | U.S. Securities and Exchange Commission, Attn: Bankruptcy Group, 100 Pearl Street, Suite 20-100, New York, NY 10004-6003 |
| 9389671 | + | UBS AG, Attn: President or General Mgr, 600 Washington Blvd 9th Floor, Stamford, CT 06901-3726 |
| 9384743 | | UBS AG, Attn: Herbert-Smith Freehills LLP, Exchange House, Primrose Street, London, UK EC2A 2EG |
| 9384744 | | UBS AG (London Branch), Attn: Herbert Smith Freehills LLP, Exchange House, Primrose Street, London, UK EC2A 2EG |
| 9384393 | + | Una Manyee Wilkinson, 68-18 June Street, Forest Hills, NY 11375-5728 |
| 9384396 | + | VX Cerda & Associates, Attn: Victor Cerda, 601 Brickell Ave, Suite 700, Miami, FL 33131 |
| 9389672 | | Verdolino & Lowey, P.C., Attn: President or General Mgr, 124 Washington Street, Foxboro, MA 02035-1368 |
| 9389673 | + | Veritext, Attn: President or General Mgr, 290 West Mt. Pleasant Ave, Livingston, NJ 07039-2761 |
| 9384395 | + | Voice Guo Media, Inc., c/o Coppersmith Brockelman PLC, Attn: Keith Beauchamp, 2800 N. Central Avenue, Suite 1900, Phoenix, AZ 85004-1241 |
| 9343422 | + | WA&HF, LLC/Ruizeng An, C/O AFN Law, 41 Madison Avenue, 31st Floor, New York, NY 10010-2345, Attn: Angus Ni, Esq. |
| 9343427 | + | WANG, C/O Carmody Torrance Sandak & Hennessey, 195 Church Street, P.O. Box 1950, New Haven, CT 6509 USA 06509-1950, Attn: David Grudberg |
| 9384397 | + | Weican (Watson) Meng, C/O Arkin Solbakken, LLP, 900 Third Avenue, 18th Floor, New York, NY 10022-5000 |
| 9384398 | + | Weican Meng/Boxun, Inc., C/O Arkin Solbakken, LLP, 900 Third Avenue, 18th Floor, New York, NY 10022-5000 |
| 9358089 | + | Weican Watson Meng, c/o Carollynn HG Callari, Esq,, Callari Partners LLC, 100 Somerset Corp. Blvd. Suite 206, Bridgewater, NJ 08807-2842 |
| 9343441 | + | Weiguo Sun, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343442 | + | Weixiand Ge, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9384399 | + | Weixiang Ge, c/o Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666 |
| 9343429 | + | Wen Lin, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9343433 | + | Xiaobo He, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9384401 | + | Xiaobo Luo, 250 Park Avenue, 7th Floor, c/o HGT Law, New York, NY 10177-0799 |
| 9384402 | + | Xiaodan Wang, WOLF HALDENSTEIN ADLER FREEMAN & HERZ LL, 270 Madison Avenue, New York, NY 10016-0601 |
| 9343432 | + | Xiaoping Luo, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9343443 | + | Xingyu Yan, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343454 | + | Xiong Xian Wei Ye, C/O Kevin Tung, Esq., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232, Attn: Kevin Tung, Esq |
| 9358703 | + | Xiqiu Bob Fu, c/o Irve J. Goldman, Pullman & Compley, LLC, P O Box 7006, Bridgeport, CT 06601-7006 |
| 9384403 | + | Xiqui (Bob) Fu, c/o The Lanier Law Firm, Attn: Kenneth W. Starr, 10940 W. Sam Houston Parkway N., Ste 100, Houston, TX 77064-5768 |

Case 22-50073    Doc 1248    Filed 12/16/22    Entered 12/17/22 00:17:45    Page 4 of 19

| District/off: 0205-5 | User: admin | Page 4 of 11 |
|---|---|---|
| Date Rcvd: Dec 14, 2022 | Form ID: pdfdoc1 | Total Noticed: 173 |

| | | |
|---|---|---|
| 9343444 | + | Yan Gao, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9384404 | + | Yan Huang, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9343413 | + | Yan Zhao, c/o Law Office of Ning Ye, Esq., 135-11 38th Ave.#1A, Flushing, NY 11354-4440 |
| 9343409 | + | Yang Lan and Wu Zheng, 900 Third Avenue, 18th Floor, c/o Arkin Solbakken, LLP, New York, NY 10022-5000, Attn: Robert C. Angelillo |
| 9384405 | #+ | Yeliang Xia, c/o Dennis Stewart & Krischer PLLC, Attn: Harry Adrian Dennis, Esq., 2007 15th Street N, Suite 201, Arlington, VA 22201-2621 |
| 9343445 | + | Yi Li, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343446 | + | Ying Liu, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9384406 | + | Yua Hua Zhuang Shi, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9343414 | + | Yua Hua Zhuang Shi, c/o Kevin Tung Esq., Kevin Kerveng Tung P.C., Queens Crossing Business Center, 136-20 38th Avenue, Suite 3D Flushing, NY 11354-4232 |
| 9344053 | + | Yue Hua Zhu Shi, 136-20 38th Avenue, Suite 3D, c/o Kevin Kerveng Tung, P.C., Flushing, NY 11354-4232, Attn: Kevin Tung, Esq. |
| 9384407 | + | Yunxia Wu, c/o Giordano, Halleran &. Ciesla, P.C., 1250 Broadway, 36th Floor, New York, NY 10001-3709 |
| 9384408 | + | Zeichner Ellman & Krause LLP, 1420 New York Avenue NW, Suite 210, Washington, DC 20005-2122 |
| 9389676 | | Zeisler & Zeisler PC, Attn: Aaron Romney, James M. Moriarty, John Cesaroni, Eric Henzy, S Kindseth, 10 Middle Street 15th Floor, Bridgeport, CT 06604-4299 |
| 9343456 | + | Zhen Yuan Jian Zhu, C/O Kevin Tung, Esq., 38th Avenue, Suite 3d, Flushing, NY 11354 USA 11363 |
| 9358087 | + | Zheng (Bruno) Wu and Yang Lan, c/o Carollynn HG Callari, Esq/Callari, E, Callari Partners LLC, 100 Somerset Corp. Blvd., Suite 206, Bridgewater, NJ 08807-2842 |
| 9343428 | + | Zhengjun Dong, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9384409 | + | Zong Xian Weiye, c/o Kevin Tung, 38th Avenue Suite 3D, Flushing, NY 11363 |
| 9343448 | + | yunxia Wu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |

TOTAL: 168

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | Dec 14 2022 18:29:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |
| ca | + | Email/Text: cr-info@stretto.com | Dec 14 2022 18:29:00 | Stretto, 410 Exchange, Suite 100, Irvine, CA 92602-1331 |
| 9370890 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 14 2022 18:29:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9389667 | | Email/Text: mkremer@omm.com | Dec 14 2022 18:29:00 | O'Melveny & Myers, for Pacific Alliance Asia Opp Fund, Attn: P Friedman E Moss D Perez D Shama, 7 Times Square, New York, NY 10036-6524 |
| 9389670 | + | Email/Text: secbankruptcy@sec.gov | Dec 14 2022 18:29:00 | U.S. Securities and Exchange Commission, Attn: Bankruptcy Unit, 100 F Street, N.E., Washington, DC 20549-2001 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Cohn Birnbaum & Shea, P.C. |
| aty | | Michael S. Weinstein |
| intp | | BakerHostetler |
| cr | | Baosheng Guo |
| cr | | Chong Shen Raphanella |
| intp | | Golden Spring (New York) LTD |
| intp | | Greenwich Land, LLC |
| intp | | HK International Funds Investments (USA) Limited, |
| intp | | Hing Chi Ngok |
| intp | | Mei Guo |
| cr | | Ning Ye |

Case 22-50073    Doc 1248    Filed 12/16/22    Entered 12/17/22 00:17:45    Page 5 of 19

| District/off: 0205-5 | User: admin | Page 5 of 11 |
|---|---|---|
| Date Rcvd: Dec 14, 2022 | Form ID: pdfdoc1 | Total Noticed: 173 |

| | | |
|---|---|---|
| crcm | | Official Committee of Unsecured Creditors |
| cr | | Rong Zhang |
| cr | | The Sherry-Netherland, Inc. |
| cr | | Troy Law, PLLC |
| cr | | Xiaodan Wang |
| cr | | Yan Zhao |
| cr | | Zheng Wu |
| 9343402 | | 22-50073 |
| 9389635 | | Alfa Global Ventures Limited |
| 9389636 | | Alfonso Global Limited |
| 9389637 | | Allied Capital Global Limited |
| 9389638 | | Anton Development Limited |
| 9389641 | | BSA Strategic Fund I |
| 9389639 | | Bejing Pangu Investment Co. |
| 9389643 | | China Golden Spring Group Hong Kong Ltd |
| 9389644 | | Chunguang Han |
| 9389645 | | Creative Apex Investments Limited |
| 9389646 | | Cyrstal Breeze Investments Limited |
| 9389647 | | Elite Well Global Limited |
| 9384337 | | Forbes Hare, Qwomar Building, PO Box 4649, Road Town, Tortola BVI VG1110 |
| 9389649 | | Geng Jing |
| 9389650 | | Globalist International Limited |
| 9389652 | | Harneys Corporate Services Limited, Attn: Fiduciary Services, Craigmuir Chambers, Road Town, Tortola BVI VG1110 |
| 9389653 | | Hero Grand Limited |
| 9389655 | | Infinite Increase Limited |
| 9389656 | | Infinitum Developments Limited |
| 9389657 | | Insight Phoenix Fund |
| 9389659 | | Jumbo Century Limited |
| 9389660 | | Kui Cheng |
| 9389661 | | Leading Shine Limited |
| 9389662 | | Lijie Guo |
| 9389663 | | MacDonald |
| 9389665 | | New Dynamic Development Limited |
| 9389666 | | Noble Fame Global Limited |
| 20 | | Pacific Alliance Asia Opportunity Fund L.P. |
| 9389632 | | Qiang Guo, c/o Bravo Luck Limited, P.O. Box 957, Off Shore Incorporation Centre, Road Town Tortola BVI |
| 9389669 | | Qu Guojiao |
| 20 | | Rui Ma |
| 9390082 | | Sail Victory Limited |
| 20 | | Weican Meng |
| 9389674 | | Well Origin Limited |
| 9389675 | | Weng |
| 9389677 | | Zhang Wei |
| cr | *+ | Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |
| cr | * | Chao-Chih Chiu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2367 |
| intp | * | Genever Holdings LLC, 781 Fifth Avenue, Apt. 1801, New York, NY 10022-5520 |
| cr | *+ | Keyi Zilkie, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| cr | *+ | Yunxia Wu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| 9384340 | * | Genever Holdings Corporation, P.O. Box 3170, Road Town, Tortola, British Virgin Islands |
| 9343449 | * | Huizhen Wang, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2367 |
| 9384357 | ##+ | June Shi, c/o Thompson Hine LLP, Attn: Natalie Gabrenya, 20 N. Clark St., Suite 800, Chicago, IL 60602-4119 |
| 9343415 | ##+ | Liehong Zhuang/Xiao Yan Zhu, c/o Trexler & Zhang, LLP, 224 West 35th Street, 11th Floor, New York, NY 10001-2533 |

TOTAL: 54 Undeliverable, 7 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 6 of 11 |
| Date Rcvd: Dec 14, 2022 | Form ID: pdfdoc1 | Total Noticed: 173 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2022                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Romney | on behalf of Debtor Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Interested Party Mei Guo aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Interested Party HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron Romney | on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Counter-Defendant Mei Guo aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Counter-Defendant HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron Romney | on behalf of Plaintiff HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron A Mitchell | on behalf of Defendant Ho Wan Kwok aaron@lmesq.com |
| Aaron A Mitchell | on behalf of Debtor Ho Wan Kwok aaron@lmesq.com |
| Andrew V. Layden | on behalf of Interested Party BakerHostetler alayden@bakerlaw.com |
| Annecca H. Smith | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com |
| Annecca H. Smith | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com |
| Avram Emmanuel Luft | on behalf of Chapter 11 Trustee Luc A. Despins aviluft@paulhastings.com |
| Carollynn H.G. Callari | on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com |
| Carollynn H.G. Callari | on behalf of Creditor Zheng Wu ccallari@callaripartners.com |
| Carollynn H.G. Callari | on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com |
| Christopher H. Blau | on behalf of Interested Party HK International Funds Investments (USA) Limited LLC cblau@zeislaw.com |
| Daniel Cantor | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. dcantor@omm.com |
| Danielle L. Merola | on behalf of Interested Party BakerHostetler dmerola@bakerlaw.com |
| David S. Forsh | on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com |

District/off: 0205-5 | User: admin | Page 7 of 11
Date Rcvd: Dec 14, 2022 | Form ID: pdfdoc1 | Total Noticed: 173

| | |
|---|---|
| David S. Forsh | on behalf of Creditor Zheng Wu dforsh@callaripartners.com |
| David S. Forsh | on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com |
| David V. Harbach, II | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com |
| David V. Harbach, II | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com |
| Douglas S. Skalka | on behalf of Plaintiff-Intervenor Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Douglas S. Skalka | on behalf of Counter-Claimant Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Douglas S. Skalka | on behalf of Debtor Genever Holdings LLC dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Douglas S. Skalka | on behalf of Chapter 11 Trustee Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Douglas S. Skalka | on behalf of Debtor Genever Holdings Corporation dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Douglas S. Skalka | on behalf of Defendant Luc A. Despins dskalka@npmlaw.com  smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Douglass E. Barron | on behalf of Chapter 11 Trustee Luc A. Despins douglassbarron@paulhastings.com |
| Eric A. Henzy | on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com |
| Eric A. Henzy | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC ehenzy@zeislaw.com, cjervey@zeislaw.com |
| Eric A. Henzy | on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com |
| Eric A. Henzy | on behalf of Debtor Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com |
| Evan S. Goldstein | on behalf of Interested Party Hing Chi Ngok egoldstein@uks.com |
| Evan S. Goldstein | on behalf of Interested Party Greenwich Land  LLC egoldstein@uks.com |
| G. Alexander Bongartz | on behalf of Chapter 11 Trustee Luc A. Despins alexbongartz@paulhastings.com |
| Holley L. Claiborn | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |
| Irve J. Goldman | on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com  rmccoy@pullcom.com |
| James C. Graham | on behalf of Chapter 11 Trustee Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| James C. Graham | on behalf of Defendant Luc A. Despins jgraham@npmlaw.com  sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| James C. Graham | on behalf of Trustee Luc A. Despins jgraham@npmlaw.com  sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| James J. Healy | on behalf of Interested Party Williams & Connolly LLP jhealy@cowderymurphy.com |
| James M. Moriarty | on behalf of Interested Party Mei Guo jmoriarty@zeislaw.com  kjoseph@zeislaw.com |
| James M. Moriarty | |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 8 of 11 |
| Date Rcvd: Dec 14, 2022 | Form ID: pdfdoc1 | Total Noticed: 173 |

| | |
|---|---|
| James M. Moriarty | on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC jmoriarty@zeislaw.com, kjoseph@zeislaw.com |
| James M. Moriarty | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC jmoriarty@zeislaw.com, kjoseph@zeislaw.com |
| James M. Moriarty | on behalf of Counter-Defendant HK International Funds Investments (USA) Limited  LLC jmoriarty@zeislaw.com, kjoseph@zeislaw.com |
| James M. Moriarty | on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com  kjoseph@zeislaw.com |
| James M. Moriarty | on behalf of Counter-Defendant Mei Guo jmoriarty@zeislaw.com  kjoseph@zeislaw.com |
| James M. Moriarty | on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com  kjoseph@zeislaw.com |
| James M. Moriarty | on behalf of Debtor Ho Wan Kwok jmoriarty@zeislaw.com  kjoseph@zeislaw.com |
| Jay Marshall Wolman | on behalf of Plaintiff Logan Cheng jmw@randazza.com  ecf-6898@ecf.pacerpro.com |
| Jay Marshall Wolman | on behalf of Creditor Logan Cheng jmw@randazza.com  ecf-6898@ecf.pacerpro.com |
| Jeffrey Hellman | on behalf of Defendant Ho Wan Kwok jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com |
| Jeffrey M. Sklarz | on behalf of Interested Party BakerHostetler jsklarz@gs-lawfirm.com aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com |
| John Troy | on behalf of Interested Party Troy Law  PLLC johntroy@troypllc.com |
| John L. Cesaroni | on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Debtor Ho Wan Kwok jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Counter-Defendant Mei Guo jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Interested Party Mei Guo jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Counter-Defendant HK International Funds Investments (USA) Limited  LLC jcesaroni@zeislaw.com |
| Jonathan Kaplan | on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com prulewicz@pullcom.com;rmccoy@pullcom.com |
| Kellianne Baranowsky | on behalf of Interested Party BakerHostetler kbaranowsky@gs-lawfirm.com aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com |
| Kristin B. Mayhew | on behalf of Plaintiff Zheng Wu kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of 20 Largest Creditor Weican Meng kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of Creditor Committee Official Committee of Unsecured Creditors kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of Creditor Zheng Wu kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 9 of 11 |
| Date Rcvd: Dec 14, 2022 | Form ID: pdfdoc1 | Total Noticed: 173 |

Kristin B. Mayhew
    on behalf of 20 Largest Creditor Rui Ma kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Rui Ma kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Yang Lan kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Boxun Inc. kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Weican (Watson) Meng kmayhew@pullcom.com  kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Laura Aronsson
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com

Laura Aronsson
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com

Lawrence S. Grossman
    on behalf of Interested Party BakerHostetler LGrossman@gs-lawfirm.com aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com

Luc A. Despins
    lucdespins@paulhastings.com  matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

Luc A. Despins
    on behalf of Chapter 11 Trustee Luc A. Despins lucdespins@paulhastings.com matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

Lucas Bennett Rocklin
    on behalf of Chapter 11 Trustee Luc A. Despins lrocklin@npmlaw.com  NeubertPepeMonteithPC@jubileebk.net

Mia N. Gonzalez
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com

Mia N. Gonzalez
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com

Michael S. Weinstein
    on behalf of Creditor Rong Zhang mweinstein@golenbock.com

Michael S. Weinstein
    on behalf of Creditor Chong Shen Raphanella mweinstein@golenbock.com

Michael S. Weinstein
    on behalf of Creditor Xiaodan Wang mweinstein@golenbock.com

Nancy Bohan Kinsella
    on behalf of Plaintiff-Intervenor Luc A. Despins nkinsella@npmlaw.com moshea@npmlaw.com;smowery@npmlaw.com;npm.bankruptcy@gmail.com

Nicholas A. Bassett
    on behalf of Chapter 11 Trustee Luc A. Despins nicholasbassett@paulhastings.com jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com

Patrick M. Birney
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com  ctrivigno@rc.com

Patrick M. Birney
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com  ctrivigno@rc.com

Patrick M. Birney
    on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com  ctrivigno@rc.com

Patrick N. Petrocelli
    on behalf of Creditor The Sherry-Netherland  Inc. ppetrocelli@stroock.com

Patrick R. Linsey
    on behalf of Trustee Luc A. Despins plinsey@npmlaw.com  karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey
    on behalf of Chapter 11 Trustee Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey
    on behalf of Defendant Luc A. Despins plinsey@npmlaw.com  karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey

| District/off: 0205-5 | User: admin | Page 10 of 11 |
|---|---|---|
| Date Rcvd: Dec 14, 2022 | Form ID: pdfdoc1 | Total Noticed: 173 |

    on behalf of Counter-Claimant Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey

    on behalf of Plaintiff Luc A. Despins plinsey@npmlaw.com   karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey

    on behalf of Debtor Genever Holdings Corporation plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey

    on behalf of Plaintiff-Intervenor Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Peter Friedman

    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com

Peter Friedman

    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com

Peter J. Zarella

    on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com

Peter J. Zarella

    on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com

Peter J. Zarella

    on behalf of Creditor Zheng Wu pzarella@mdmc-law.com

Samuel Bryant Davidoff

    on behalf of Interested Party Williams & Connolly LLP sdavidoff@wc.com

Sara Pahlavan

    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. spahlavan@omm.com

Scott D. Rosen

    on behalf of Attorney Cohn Birnbaum & Shea  P.C. srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Sherry J. Millman

    on behalf of Creditor The Sherry-Netherland  Inc. smillman@stroock.com

Stephen M. Kindseth

    on behalf of Interested Party Mei Guo skindseth@zeislaw.com   cjervey@zeislaw.com

Stephen M. Kindseth

    on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth

    on behalf of Debtor Ho Wan Kwok skindseth@zeislaw.com   cjervey@zeislaw.com

Stuart M. Sarnoff

    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff

    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com   stuart-sarnoff-1059@ecf.pacerpro.com

Taruna Garg

    on behalf of Creditor The Sherry-Netherland  Inc. tgarg@murthalaw.com, mgarcia@murthalaw.com

Thomas J. Sansone

    on behalf of Creditor Chong Shen Raphanella tsansone@carmodylaw.com

Thomas J. Sansone

    on behalf of Creditor Xiaodan Wang tsansone@carmodylaw.com

Thomas J. Sansone

    on behalf of Plaintiff Chong Shen Raphanella tsansone@carmodylaw.com

Thomas J. Sansone

    on behalf of Plaintiff Xiaodan Wang tsansone@carmodylaw.com

Thomas J. Sansone

    on behalf of Attorney Michael S. Weinstein tsansone@carmodylaw.com

Thomas J. Sansone

    on behalf of Creditor Rong Zhang tsansone@carmodylaw.com

Thomas J. Sansone

    on behalf of Plaintiff Rong Zhang tsansone@carmodylaw.com

Tiffany Troy

District/off: 0205-5     User: admin     Page 11 of 11
Date Rcvd: Dec 14, 2022     Form ID: pdfdoc1     Total Noticed: 173

on behalf of Creditor Troy Law  PLLC tiffanytroy@troypllc.com, troylaw@troypllc.com

Tristan G. Axelrod

on behalf of Creditor Brown Rudnick LLP taxelrod@brownrudnick.com

Tristan G. Axelrod

on behalf of Creditor Verdolino & Lowey  P.C. taxelrod@brownrudnick.com

U. S. Trustee

USTPRegion02.NH.ECF@USDOJ.GOV

William R. Baldiga

on behalf of Creditor Brown Rudnick LLP wbaldiga@brownrudnick.com

TOTAL: 128

```
MIME-Version:1.0
From:CTBECF_Courtmail@ctb.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc: LGrossman@gs-lawfirm.com, NeubertPepeMonteithPC@jubileebk.net, USTPRegion02.NH.ECF@USDOJ.GOV, aaron@lmesq.com, aevans@gs-lawfirm.com, kbaranowsky@ecf.c
Do not notice for BK case: david@wachenlaw.com

Message-Id:<14974880@ctb.uscourts.gov>
Subject:22-50073 Amended Scheduling Order
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Clerks Office gr entered on 12/14/2022 at 3:00 PM EST and filed on 12/14/2022
**Case Name:**     Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC
**Case Number:**     22-50073
**Document Number:** 1239

**Docket Text:**
**Amended Scheduling Order Correcting Time of Hearing.** The hearing on Chapter 11 Trustee's Application to Employ an Expert ECF No. 1212 will be held on January 3, 2023 at 3:30 p.m.  at United States Bankruptcy Court, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT.  (RE: [1212] Application to Employ filed by Chapter 11 Trustee Luc A. Despins). (gr)

The following document(s) are associated with this transaction:


**22-50073 Notice will be electronically mailed to:**

Laura Aronsson on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Laura Aronsson on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Tristan G. Axelrod on behalf of Creditor Brown Rudnick LLP
taxelrod@brownrudnick.com

Tristan G. Axelrod on behalf of Creditor Verdolino & Lowey, P.C.
taxelrod@brownrudnick.com

William R. Baldiga on behalf of Creditor Brown Rudnick LLP
wbaldiga@brownrudnick.com

Kellianne Baranowsky on behalf of Interested Party BakerHostetler
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Douglass E. Barron on behalf of Chapter 11 Trustee Luc A. Despins
douglassbarron@paulhastings.com

Nicholas A. Bassett on behalf of Chapter 11 Trustee Luc A. Despins
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ec

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Christopher H. Blau on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
cblau@zeislaw.com

G. Alexander Bongartz on behalf of Chapter 11 Trustee Luc A. Despins
alexbongartz@paulhastings.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Rui Ma
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Weican Meng
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor Zheng Wu
ccallari@callaripartners.com

Daniel Cantor on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
dcantor@omm.com

John L. Cesaroni on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Counter-Defendant Mei Guo
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Debtor Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested Party Mei Guo
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

Samuel Bryant Davidoff on behalf of Interested Party Williams & Connolly LLP
sdavidoff@wc.com

Luc A. Despins
lucdespins@paulhastings.com, matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

Luc A. Despins on behalf of Chapter 11 Trustee Luc A. Despins
lucdespins@paulhastings.com, matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

David S. Forsh on behalf of 20 Largest Creditor Rui Ma
dforsh@callaripartners.com

David S. Forsh on behalf of 20 Largest Creditor Weican Meng
dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Zheng Wu
dforsh@callaripartners.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Peter Friedman on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Taruna Garg on behalf of Creditor The Sherry-Netherland, Inc.
tgarg@murthalaw.com, mgarcia@murthalaw.com

Irve J. Goldman on behalf of Creditor Committee Official Committee of Unsecured Creditors
igoldman@pullcom.com, rmccoy@pullcom.com

Evan S. Goldstein on behalf of Interested Party Greenwich Land, LLC
egoldstein@uks.com

Evan S. Goldstein on behalf of Interested Party Hing Chi Ngok
egoldstein@uks.com

Mia N. Gonzalez on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

Mia N. Gonzalez on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

James C. Graham on behalf of Chapter 11 Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Defendant Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Lawrence S. Grossman on behalf of Interested Party BakerHostetler
LGrossman@gs-lawfirm.com, aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

David V. Harbach, II on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

James J. Healy on behalf of Interested Party Williams & Connolly LLP
jhealy@cowderymurphy.com

Jeffrey Hellman on behalf of Defendant Ho Wan Kwok
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Eric A. Henzy on behalf of Debtor Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
ehenzy@zeislaw.com, cjervey@zeislaw.com

Jonathan Kaplan on behalf of Creditor Committee Official Committee of Unsecured Creditors
jkaplan@pullcom.com, prulewicz@pullcom.com;rmccoy@pullcom.com

Stephen M. Kindseth on behalf of Debtor Ho Wan Kwok
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party Mei Guo
skindseth@zeislaw.com, cjervey@zeislaw.com

Nancy Bohan Kinsella on behalf of Plaintiff-Intervenor Luc A. Despins
nkinsella@npmlaw.com, moshea@npmlaw.com;smowery@npmlaw.com;npm.bankruptcy@gmail.com

Andrew V. Layden on behalf of Interested Party BakerHostetler
alayden@bakerlaw.com

Patrick R. Linsey on behalf of Chapter 11 Trustee Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Counter-Claimant Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Debtor Genever Holdings Corporation
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Defendant Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff-Intervenor Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Trustee Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Avram Emmanuel Luft on behalf of Chapter 11 Trustee Luc A. Despins
aviluft@paulhastings.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Rui Ma
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Weican Meng
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Committee Official Committee of Unsecured Creditors

kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Zheng Wu
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Boxun Inc.
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Rui Ma
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Weican (Watson) Meng
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Yang Lan
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Zheng Wu
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Danielle L. Merola on behalf of Interested Party BakerHostetler
dmerola@bakerlaw.com

Sherry J. Millman on behalf of Creditor The Sherry-Netherland, Inc.
smillman@stroock.com

Aaron A Mitchell on behalf of Debtor Ho Wan Kwok
aaron@lmesq.com

Aaron A Mitchell on behalf of Defendant Ho Wan Kwok
aaron@lmesq.com

James M. Moriarty on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Counter-Defendant Mei Guo
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Debtor Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Interested Party Mei Guo
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

Sara Pahlavan on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
spahlavan@omm.com

Patrick N. Petrocelli on behalf of Creditor The Sherry-Netherland, Inc.
ppetrocelli@stroock.com

Lucas Bennett Rocklin on behalf of Chapter 11 Trustee Luc A. Despins
lrocklin@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net

Aaron Romney on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Counter-Defendant Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Debtor Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC

aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Scott D. Rosen on behalf of Attorney Cohn Birnbaum & Shea, P.C.
srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Thomas J. Sansone on behalf of Attorney Michael S. Weinstein
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Xiaodan Wang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Xiaodan Wang
tsansone@carmodylaw.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Douglas S. Skalka on behalf of Chapter 11 Trustee Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Counter-Claimant Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Debtor Genever Holdings Corporation
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Debtor Genever Holdings LLC
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Defendant Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Plaintiff-Intervenor Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Jeffrey M. Sklarz on behalf of Interested Party BakerHostetler
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Annecca H. Smith on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

John Troy on behalf of Interested Party Troy Law, PLLC
johntroy@troypllc.com

Tiffany Troy on behalf of Creditor Troy Law, PLLC
tiffanytroy@troypllc.com, troylaw@troypllc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Michael S. Weinstein on behalf of Creditor Chong Shen Raphanella
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Rong Zhang
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Xiaodan Wang

mweinstein@golenbock.com

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman on behalf of Plaintiff Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Peter J. Zarella on behalf of 20 Largest Creditor Rui Ma
pzarella@mdmc-law.com

Peter J. Zarella on behalf of 20 Largest Creditor Weican Meng
pzarella@mdmc-law.com

Peter J. Zarella on behalf of Creditor Zheng Wu
pzarella@mdmc-law.com

**22-50073 Notice will not be electronically mailed to:**

Brown Rudnick LLP
One Financial Center
Boston, MA 02111

Chao-Chih Chiu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Luc A. Despins on behalf of Chapter 11 Trustee Luc A. Despins
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

J. Ted Donovan on behalf of Debtor Genever Holdings LLC
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606

Peter M. Friedman on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Genever Holdings LLC
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520

Golden Spring (New York) LTD
,

Baosheng Guo
,

Francis J. Lawall on behalf of Interested Party Bravo Luck Limited
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Street
Philidelphia, PA 19103-2799

Steven E. Mackey on behalf of U.S. Trustee U. S. Trustee
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Richard C. Morrissey on behalf of U.S. Trustee United States Trustee
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014

Edward Moss on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Alissa M. Nann on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Kevin J. Nash on behalf of Debtor Genever Holdings LLC
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036

Diana Perez on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601

Stuart Sarnoff on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
O'Melveny & Myers LLP
7 Times Square
33rd Floor
New York, NY 10036

Gabriel Sasson on behalf of Creditor The Sherry-Netherland, Inc.
Paul Hastings LLP
220 Park Avenue
New York, NY 10166

Daniel Shamah on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
O'Melveny & Myers, LLP
7 Times Square
New York, NY 10036

Douglas E. Spelfogel on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Huizhen Wang
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Derek L. Wright on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Yunxia Wu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067

Ning Ye
,

Yongbing Zhang
223 West Jackson Bl;vd. #1012
Chicago, IL 60606

Yan Zhao
,

Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor

Attn: Christopher A. Lilly
Los Angeles, CA 90067

**22-50073 These participants in a related case have chosen not to receive notice from this case:**
David S. Wachen on behalf of Defendant Ho Wan Kwok
david@wachenlaw.com