**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
---------------------------------------------------------x

**NOTICE OF CHANGE IN HOURLY RATES OF PAUL HASTINGS LLP,**
**COUNSEL TO CHAPTER 11 TRUSTEE**

**PLEASE TAKE NOTICE** that, on August 2, 2022, the Bankruptcy Court for the District of Connecticut entered the *Order Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Counsel to Chapter 11 Trustee, Effective as of Petition Date* [Docket No. 668] (the "Retention Order").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention Order, Paul Hastings LLP, counsel to the Chapter 11 Trustee in the above-captioned chapter 11 case, hereby provides notice of the following adjusted hourly rates, effective January 1, 2023:

| Timekeeper Category | U.S. Hourly Rate Range (pre-January 1, 2023) | U.S. Hourly Rate Range (post-January 1, 2023) |
|---|---|---|
| Partners | $1,310 - $1,935 | $1,400 - $2,075 |
| Of Counsel | $1,335 - $1,860 | $1,400 - $2,000 |
| Associates | $755 - $1,230 | $800 - $1,320 |
| Paraprofessionals | $250 - $565 | $275 - $600 |

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding the foregoing, the hourly rate of the Chapter 11 Trustee will **not** change on January 1, 2023.

Dated: December 19, 2022
New Haven, Connecticut

                                                  LUC A. DESPINS, CHAPTER 11 TRUSTEE

                                                  By: */s/ Patrick R. Linsey*
                                                      Douglas S. Skalka (ct00616)
                                                        Patrick R. Linsey (ct29437)
                                                        NEUBERT, PEPE & MONTEITH, P.C.
                                                        195 Church Street, 13th Floor
                                                        New Haven, Connecticut 06510
                                                        (203) 781-2847
                                                        dskalka@npmlaw.com
                                                        plinsey@npmlaw.com

                                                              *and*

                                                       Nicholas A. Bassett (*pro hac vice*)
                                                       PAUL HASTINGS LLP
                                                       2050 M Street NW
                                                       Washington, D.C., 20036
                                                       (202) 551-1902
                                                       nicholasbassett@paulhastings.com

                                                              *and*

                                                       Douglass Barron (*pro hac vice*)
                                                       PAUL HASTINGS LLP
                                                       200 Park Avenue
                                                       New York, New York 10166
                                                       (212) 318-6079
                                                        douglassbarron@paulhastings.com

                                                 *Counsel for the Chapter 11 Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                        :     Chapter 11
                                              :
HO WAN KWOK, *et al*.,                        :     Case No. 22-50073 (JAM)
                                              :
            Debtors.[1]                       :     Jointly Administered
                                              :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 19, 2022, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties eligible to receive notice in the above-captioned jointly administered chapter 11 cases by operation of the Court's case management/electronic case filing ("CM/ECF") system. Parties that received notice via the CM/ECF system include debtor Ho Wan Kwok, counsel to the Official Committee for Unsecured Creditors for the debtor Ho Wan Kwok, and counsel to the United States Trustee. Parties may access this filing through the Court's CM/ECF system.

Dated:      December 19, 2022
            New Haven, Connecticut

                                    By: */s/ Patrick R. Linsey*
                                        Douglas S. Skalka (ct00616)
                                        Patrick R. Linsey (ct29437)
                                        NEUBERT, PEPE & MONTEITH, P.C.
                                        195 Church Street, 13th Floor
                                        New Haven, Connecticut 06510
                                        (203) 781-2847
                                        dskalka@npmlaw.com, plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*and*

Nicholas A. Bassett *(pro hac vice* pending)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Avram E. Luft *(pro hac vice* pending)
Douglass Barron (*pro hac vice* pending)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com