**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------x
:
In re:                                  :    CHAPTER 11
                                        :
HO WAN KWOK, *et al.*,[1]               :    CASE NO. 22-50073 (JAM)
                                        :
           Debtors.                     :    Jointly Administered
---------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that (i) on December 16, 2022 notice of the Court's Notice of Rescheduled Hearing (the "Hearing Notice")(ECF No. 1244) was sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the attached Schedule A or (ii) on December 19, 2022 a copy of the Hearing Notice was sent by United States first class mail, postage prepaid to each creditor and party in interest listed on the attached Schedule B.

Dated: December 20, 2022           LUC A. DESPINS,
       New Haven, Connecticut      CHAPTER 11 TRUSTEE


                              By:    /s/Douglas S. Skalka
                                   Douglas S. Skalka (ct00616)
                                   NEUBERT, PEPE & MONTEITH, P.C.
                                   195 Church Street, 13th Floor
                                   New Haven, Connecticut 06510
                                   (203) 821-2000
                                   dskalka@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Schedule A

Laura Aronsson on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Laura Aronsson on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Tristan G. Axelrod on behalf of Creditor Brown Rudnick LLP
taxelrod@brownrudnick.com

Tristan G. Axelrod on behalf of Creditor Verdolino & Lowey, P.C.
taxelrod@brownrudnick.com

William R. Baldiga on behalf of Creditor Brown Rudnick LLP
wbaldiga@brownrudnick.com

Kellianne Baranowsky on behalf of Interested Party BakerHostetler
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Douglass E. Barron on behalf of Chapter 11 Trustee Luc A. Despins
douglassbarron@paulhastings.com

Nicholas A. Bassett on behalf of Chapter 11 Trustee Luc A. Despins
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Christopher H. Blau on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
cblau@zeislaw.com

G. Alexander Bongartz on behalf of Chapter 11 Trustee Luc A. Despins
alexbongartz@paulhastings.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Rui Ma

ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Weican Meng
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor Zheng Wu
ccallari@callaripartners.com

Daniel Cantor on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
dcantor@omm.com

John L. Cesaroni on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Counter-Defendant Mei Guo
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Debtor Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested Party Mei Guo
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

Samuel Bryant Davidoff on behalf of Interested Party Williams & Connolly LLP
sdavidoff@wc.com

Luc A. Despins
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

Luc A. Despins on behalf of Chapter 11 Trustee Luc A. Despins
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

David S. Forsh on behalf of 20 Largest Creditor Rui Ma
dforsh@callaripartners.com

David S. Forsh on behalf of 20 Largest Creditor Weican Meng
dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Zheng Wu
dforsh@callaripartners.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Peter Friedman on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Taruna Garg on behalf of Creditor The Sherry-Netherland, Inc.
tgarg@murthalaw.com, mgarcia@murthalaw.com

Irve J. Goldman on behalf of Creditor Committee Official Committee of Unsecured Creditors
igoldman@pullcom.com, rmccoy@pullcom.com

Evan S. Goldstein on behalf of Interested Party Greenwich Land, LLC
egoldstein@uks.com

Evan S. Goldstein on behalf of Interested Party Hing Chi Ngok
egoldstein@uks.com

Mia N. Gonzalez on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

Mia N. Gonzalez on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

James C. Graham on behalf of Chapter 11 Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Defendant Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Lawrence S. Grossman on behalf of Interested Party BakerHostetler
LGrossman@gs-lawfirm.com, aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

David V. Harbach, II on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

James J. Healy on behalf of Interested Party Williams & Connolly LLP
jhealy@cowderymurphy.com

Jeffrey Hellman on behalf of Defendant Ho Wan Kwok
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Eric A. Henzy on behalf of Debtor Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
ehenzy@zeislaw.com, cjervey@zeislaw.com

Jonathan Kaplan on behalf of Creditor Committee Official Committee of Unsecured Creditors
jkaplan@pullcom.com, prulewicz@pullcom.com;rmccoy@pullcom.com

Stephen M. Kindseth on behalf of Debtor Ho Wan Kwok
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party Mei Guo
skindseth@zeislaw.com, cjervey@zeislaw.com

Nancy Bohan Kinsella on behalf of Plaintiff-Intervenor Luc A. Despins

nkinsella@npmlaw.com,
moshea@npmlaw.com;smowery@npmlaw.com;npm.bankruptcy@gmail.com

Andrew V. Layden on behalf of Interested Party BakerHostetler
alayden@bakerlaw.com

Patrick R. Linsey on behalf of Chapter 11 Trustee Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Counter-Claimant Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Debtor Genever Holdings Corporation
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Defendant Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff-Intervenor Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Trustee Luc A. Despins
plinsey@npmlaw.com, karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Avram Emmanuel Luft on behalf of Chapter 11 Trustee Luc A. Despins
aviluft@paulhastings.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Rui Ma
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Weican Meng
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Committee Official Committee of Unsecured Creditors
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Zheng Wu
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Boxun Inc.
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Rui Ma

kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Weican (Watson) Meng
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Yang Lan
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Zheng Wu
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Danielle L. Merola on behalf of Interested Party BakerHostetler
dmerola@bakerlaw.com

Sherry J. Millman on behalf of Creditor The Sherry-Netherland, Inc.
smillman@stroock.com

Aaron A Mitchell on behalf of Debtor Ho Wan Kwok
aaron@lmesq.com

Aaron A Mitchell on behalf of Defendant Ho Wan Kwok
aaron@lmesq.com

James M. Moriarty on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Counter-Defendant Mei Guo
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Debtor Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Interested Party Mei Guo
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

Sara Pahlavan on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
spahlavan@omm.com

Patrick N. Petrocelli on behalf of Creditor The Sherry-Netherland, Inc.
ppetrocelli@stroock.com

Lucas Bennett Rocklin on behalf of Chapter 11 Trustee Luc A. Despins
lrocklin@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net

Aaron Romney on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Counter-Defendant Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Debtor Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Scott D. Rosen on behalf of Attorney Cohn Birnbaum & Shea, P.C.
srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Thomas J. Sansone on behalf of Attorney Michael S. Weinstein
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Chong Shen Raphanella

tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Xiaodan Wang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Xiaodan Wang
tsansone@carmodylaw.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Douglas S. Skalka on behalf of Chapter 11 Trustee Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Counter-Claimant Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Debtor Genever Holdings Corporation
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Debtor Genever Holdings LLC
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Defendant Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Plaintiff-Intervenor Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Jeffrey M. Sklarz on behalf of Interested Party BakerHostetler
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.

asmith@rc.com

Annecca H. Smith on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

John Troy on behalf of Interested Party Troy Law, PLLC
johntroy@troypllc.com

Tiffany Troy on behalf of Creditor Troy Law, PLLC
tiffanytroy@troypllc.com, troylaw@troypllc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Michael S. Weinstein on behalf of Creditor Chong Shen Raphanella
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Rong Zhang
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Xiaodan Wang
mweinstein@golenbock.com

Jay Marshall Wolman on behalf of Creditor Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman on behalf of Plaintiff Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Peter J. Zarella on behalf of 20 Largest Creditor Rui Ma
pzarella@mdmc-law.com

Peter J. Zarella on behalf of 20 Largest Creditor Weican Meng
pzarella@mdmc-law.com

Peter J. Zarella on behalf of Creditor Zheng Wu
pzarella@mdmc-law.com

Schedule B

Aaron A Mitchell
Lawall & Mitchell, LLC
55 Madison Ave Suite 400
Morristown, NJ 07960-7397

Aaron Romney
Zeisler & Zeisler PC
10 Middle Street 15th Floor
Bridgeport, CT 06604-4299

Ace Decade Holdings Limited
Attn: Harcus Parker
7th Floor, Melbourne House
44-46 Aldwych
London, UK WC2B 4LL

Baiqiao Tang
501 Forest Avenue, #501
Palo Alto, CA 94301-2613

Baker & Hostetler LLP
Attn: Andrew Layden
200 S. Orange Avenue Suite 2300
Orlando, FL 32801-3432

Baker Hostetler LLP
Attn: President or General Mgr
45 Rockefeller Plaza
New York, NY 10111-1099

Beijing Bi Hai Ge Lin Yuan Lin Lu Hua, Ltd.
c/o Kevin Kerveng Tung, P.C.
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232

Beijing Cheng Jian Wu Jian She Group, LTD
c/o Kevin Kerveng Tung, P.C.
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232

Beijing Fu Le Hong Ma Jian Zhu Zhuang Shi Go
c/o Kevin Kerveng Tung, P.C.
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232

Beijing Zhong Xian Wei Ye Stainless Decorati
c/o Kein Kerveng Tung, P.C.
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232

Bi Hai Ge Lin
C/O Kevin Tung, Esq.
38th Avenue, Suite 3d
Flushing, NY 11354

Boxun Inc
c/o Callari Partne
Carollynn HG Callari, Esq
100 Somerset Corporate Blvd Suite 206
Bridgewater, NJ 08807-2842

Boxun, Inc.
C/O Arkin Solbakken, LLP
Attn: President or General Mgr
900 Third Avenue, 18th Floor
New York, NY 10022-5000

Bravo Luck Limited
c/o Troutman Pepper
Attn: President or General Mgr
3000 Two Logan Square, 18th & Arch Sts
Philadelphia, PA 19103

Bravo Luck Ltd.
P.O. Box 957
Attn: President or General Mgr
Offshore Incorporations Centre, Road Town
Tortola, British Virgin Islands

Brown Rudnick LLP
One Financial Center
Attn: President or General Mgr
Boston, MA 02111-2600

Burnette Shutt McDaniel
912 Lady Street, 2nd Floor
Columbia, SC 29201-3106

Chao-Chic Chiu
c/o Giordano, Halleran &. Ciesla, P.C.
Attn: President or General Mgr
1250 Broadway, 36th Floor
New York, NY 10001-3709

Chao-Chih Chiu
c/o TroyGould PC
Attn: Christopher A. Lilly
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2302

Chao-Chih Chiu
c/o TroyGould PC
Attn: Christopher A. Lilly
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367

Cheng (NY)
c/o Randazza Law Firm
Attn: President or General Mgr
2764 Sahara Drive, Suite 109
Las Vegas, NV 89117

Cheng Jian Wu Jian She
c/o Kevin Tung, P.C.
Attn: K Tung, Esq.
136-20 38th Avenue Suite 3D & 3F
Flushing, NY 11354-4232

Cheng Jian Wu Jian She
c/o Law Office of Ning Ye, Esq.
Attn: President or General Mgr
136-11 38th Ave., #1A
Flushing, NY 11354-6503

Chenglong Wang
C/O HGT Law
Attn: Hung Ta
250 Park Avenue, 7th Floor
New York, NY 10177-0799

Chong Shen Raphanella
Wolf Haldenstein Adler Freeman & Herz
Attn: President or General Mgr
270 Madison Avenue
New York NY 10016-0601

Clark Hill PLC
c/o Jenner & Block LLP
Attn: Kali N. Bracey, Esq.
1099 New York Ave., NW, Suite 900
Washington DC 20001-4412

CLAYMAN & ROSENBERG LLP
ATTN PAUL HUGEL
60 EAST 42ND ST Suite 650
NEW YORK NY 10165-0650

Danyu Lin
128 Woodcock Trail
West Columbia, SC 29169-3754

Dawn State Limited
Attn: Harcus Parker
7th Floor, Melbourne House
44-46 Aldwych
London, UK WC2B 4LL

Dongna Fang
Law Offices of Phillips and King PLLC
Attn: President or General Mgr
5041 Airport Fwy
Fort Worth, TX 76117-6252

Douglas S. Skalka
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-4011

Dundon Advisers LLC
10 Bank Street, Suite 1100
Attn: President or General Mgr
White Plains, NY 10606-1948

Eric A. Henzy
Zeisler & Zeisler, P.C.
10 Middle Street 15th Floor
Bridgeport, CT 06604-4299

Fan Bingbing
Lavely & Singer
Cameron A. Stracher, Esq.
4 New York Plaza, 2nd Floor
New York, NY 10004-2466

Foley & Lardner LLP
Attn: Douglas Spelfogel for
Pacific Alliance Asia Opportunity Fund
90 Park Avenue
New York, NY 10016-1301

Forbes Hare
Qwomar Building
Attn: President or General Mgr
PO Box 4649
Road Town, Tortola BVI VG1110

Fu Le Hong Ma
C/O Kevin Tung, Esq.
38th Avenue, Suite 3d
Flushing, NY 11354 USA 11363

G Club Operations LLC
53 Calle Palmeras
Attn: President or General Mgr
Suite 1401
San Juan, PR 00901-2417

Ganfer Shore Leeds & Zauderer
Attn: President or General Manger
360 Lexington Avenue
New York, NY 10017-6502

Gaosheng Guo
c/o Law Office of Ning Ye, Esq.
Attn: President or General Mgr
135-11 38th Ave. #1A
Flushing, NY 11354-4440

Genever Holdings Corporation
P.O. Box 3170
Attn: President or General Mgr
Road Town Tortola
British Virgin Islands

Genever Holdings Corporation
P.O. Box 3170
Attn: President or General Mgr
Road Town Tortola
British Virgin Islands

Genever Holdings LLC
781 Fifth Avenue Apt. 1801
Attn: President or General Mgr
New York, NY 10022-5520

Genever Holdings LLC
Attn: President or General Mgr
The Sherry- Netherland Apartments
781 Fifth Avenue Unit 1801
New York NY 10022-5520

Goldberg Weprin Finkel Goldstein LLP
Attn: J. Ted Donovan, Kevin J. Nash
1501 Broadway 22nd Floor
New York, NY 10036-5600

Golden Spring New York Ltd
c/o Berkeley Rowe
Attn: President or General Mgr
Marble Arch Park House 116 Park St
Mayfair, London UK W1K 6SS

Goldfarb & Huck Roth Riojas, PLLC
925 Fourth Avenue
Attn: President io General Mgr
Suite 3950
Seattle, WA 98104-1510

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

GTV Media Group, Inc.
LAWALL & MITCHELL, LLC
Attn: President or General Mgr
55 Madison Avenue, 4th Flr
Morristown, NJ 07960-7337

Guo Baosheng
C/O Law Office of Ning Ye, Esq.
Attn: President or General Mgr
135-11 38th Avenue, Suite 1A
Flushing, NY 11354-4440

Haihong Wang
c/o Carmody Torrance Sandak et al
Attn: David T. Grudberg, Esq.
195 Church Street 18th floor
New Haven, CT 06510-2009

Harcus Parker Ltd.
Attn: President or General Manager
Melbourne House
44-46 Aldwych 7th Flr
London, WC2B 4LL United Kingdom

Harneys Corporate Services Limited
Attn: Fiduciary Services
Craigmuir Chambers
Road Town, Tortola BVI VG1110

He Bei Yue Hua Zhuang Shi Gong Cheng LTD.
C/O Kevin Kerveng Tung, P.C.
Attn: President or General Mgr
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232

Ho Wan Kwok
373 Taconic Road
Greenwich, CT 06831-2828

Hong Qi Qu
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
136-20 38th Avenue, Suite 3D
Flushing, NY 11354-4232

Hong Qi Qu Jian She Group, LTD.
C/O Kevin Kerveng Tung, P.C.
Attn: President or General Mgr
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232

Hong Zeng
3020 Edwin Ave., Apt. 1H
Fort Lee, NJ 07024-3415

Huizhen Wang
c/o TroyGould PC
Attn: Christopher A. Lilly
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367

Huizhen Wang
c/o TroyGould PC
Attn: Christopher A. Lilly
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

J. Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway 22nd Floor
New York, NY 10036-5600

James M. Moriarty
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604-4257

Janover LLC
100 Quentin Roosevelt Blvd
Attn: President or General Mgr
Suite 516
Garden City, NY 11530-4843

Jia Li Wang
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

Jiamei Lu
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

Jian Gong
c/o Kevin Kerveng Tung, Esq.
Kevin Kerveng Tung P.C.
136-20 38th Avenue, Suite 3D
Flushing, NY 11354-4232

Jiang Su Province Jian Gong Group LTD Beijin
C/O Kevin Kerveng Tung, P.C.
Attn: President or General Mgr
136-20 38th Avenue, Suite 3D & 3F
Flushing NY 11354-4232

Jianhu Yi and Qiuju Jia
C/O Arthur Angel, Esq.
1305 n. Poinsettia Place
Los Angeles, CA 90046-4305

Jianshengxie and Jiefu Zheng
ML and CHEN, P.C.
136-79 Roosevelt Ave. Suite 303
Flushing NY 11354-5557

John L. Cesaroni
Zeisler & Zeisler PC
10 Middle Street, 15th Floor
Bridgeport, CT 06604-4299

John S. Lau
53 Cody Avenue
Glen Head, NY 11545-1213

Jonathan Young
141 Allenby Road
Wellington Point, QLD 4160
AUSTRALIA

Jonathan Young
15/23 Middle Street
Cleveland QLD 4160 Queensland
Australia

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
4125 Kissena Blvd, Suite 112
Flushing, NY 11355-3150

Jun Liu
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

June Shi
c/o Thompson Hine LLP
Attn: Natalie Gabrenya
20 N. Clark St., Suite 800
Chicago, IL 60602-4119

Kaixin Hong
C/O HGT Law
Attn: Hung Ta
250 Park Avenue, 7th Floor
New York, NY 10177-0799

Kercsmar Feltus & Collins PLLC
7150 E. Camelback Road
Attn: President or General Mgr
Suite 285
Scottsdale, AZ 85251-1225

Kevin J. Nash
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway, 22nd Floor
New York, NY 10036-5600

Keyi Zilkie
c/o TroyGould PC
Attn: Christopher A. Lilly
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2302

Keyi Zilkie
c/o TroyGould PC
Attn: Christopher A. Lilly
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2302

LALIVE SA
Attn: President or General Manager
Rue de la Mairie 35
1207 Geneva, Switzerland

Lamp Capital, LLC
Attn: Bernardo Enriquez
667 Madison Avenue
New York, NY 10065-8029

Lawall & Mitchell, LLC
55 Madison Avenue
Morristown, NJ 07960-7337

Liehong Zhuang
C/O Trexler & Zhang, LLP
224 West 35th Street, 12th Floor
New York, NY 10001-2532

Liehong Zhuang/Xiao Yan Zhu
c/o Trexler & Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001-2533

| | | |
|---|---|---|
| Lihong Wei Lafrenz (a/k/a Sara Wei)<br>Coppersmith Brockelman PLC<br>2800 N. Central Avenue, Suite 1900<br>Phoenix, AZ 85004-1241 | Linda Cheng<br>C/O Thompson Hine<br>Attn: Brian P. Lanciault, Esq.<br>335 Madison Avenue, 12th Floor<br>New York, NY 10017-4666 | Linda He Cheung<br>c/o Thompson Hine<br>335 Madison Avenue, 12th Floor<br>New York, NY 10017-4666 |
| Logan Cheng<br>c/o Jay M. Wolman<br>Randazza Legal Group, PLLC<br>100 Pearl Street, 14th Floor<br>Hartford, CT 06103-4500 | Logan Cheng<br>c/o Randazza Legal Group, PLLC<br>100 Pearl Street 14th Floor<br>Hartford, CT 06103-4500 | Luc A. Despins<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166-0019 |
| Luc A. Despins, Esq.; Paul Hastings<br>Ch 11 Trustee of Estate of Ho Wan Kwok<br>200 Park Avenue<br>New York, NY 10166-0005 | Mao-Fu Weng<br>C/O Thompson Hine<br>Attn: Brian P. Lanciault, Esq.<br>335 Madison Avenue, 12th Floor<br>New York, NY 10017-4666 | Max Krasner for<br>Golden Spring New York LTD<br>162 E. 64th Street<br>New York, NY 10065-7478 |
| Nan Tong Si Jian<br>c/o Kevin Tung, Esq.<br>Kevin Kerveng Tung P.C.<br>136-20 38th Avenue, Suite 3D<br>Flushing, NY 11354-4232 | Nan Tong Si Jian Group, LTD<br>C/O Kevin Kerveng Tung, P.C.<br>Attn: President or General Mgr<br>136-20 38th Avenue, Suite 3D & 3F<br>Flushing, NY 11354-4232 | Ning Ye<br>Law Office of Ning Ye, Esq.<br>Attn: President or General Mgr<br>135-11 38th Ave. #1A<br>Flushing, NY 11354-4440 |
| O'Melveny & Myers<br>for Pacific Alliance Asia Opp Fund<br>Attn: P Friedman E Moss D Perez D Shama<br>7 Times Square<br>New York, NY 10036-6524 | Pacific Alliance Asia Opportunity Fund<br>Attn: President or General Mgr<br>33/F, Three Pacific Place<br>Queens Road East, Hong Kong | Petrillo Klein & Boxer LLP<br>Attn: President or General Mgr<br>655 Third Avenue 22nd Floor<br>New York, NY 10017-9106 |
| Pullman & Comley, LLC<br>850 Main Street<br>Attn: President or General Mgr<br>Bridgeport, CT 06604-4988 | Qiang Guo<br>c/o Berkeley Rowe<br>Attn: President or General Mgr<br>Marble Arch Park House; 116 Park Street<br>Mayfair, London UK W1K 6SS | Qiang Guo<br>c/o Bravo Luck Limited<br>Attn: President or General Mgr<br>P.O. Box 957 Off Shore Incorporation Centre<br>Road Town Tortola BVI |
| Quiju Jia<br>Arthur R. Angel, Attorney at Law<br>Attn: President or General Mgr<br>1305 N. Poinsettia Place<br>Los Angeles, CA 90046-4305 | Rong Zhang<br>c/o Wolf Haldenstein Adler et al.<br>Attn: Benjamin Y. Kaufman<br>270 Madison Avenue<br>New York, NY 10016-0601 | Rui Ma<br>C/O Arkin Solbakken, LLP<br>Attn: Robert C. Angelillo<br>900 Third Avenue, 18th Floor<br>New York, NY 10022-5000 |
| Rui Ma<br>Carollynn HG Callari, Esq/Callari Partne<br>100 Somerset Corporate Blvd., Suite 206<br>Bridgewater, NJ 08807-2842 | Ruizheng An<br>c/o AFN Law<br>Attn: President or General Mgr<br>41 Madison Ave, 31st Floor<br>New York, NY 10010-2345 | Rule of Law Foundation III, Inc.<br>c/o KAUFMAN BORGEEST & RYAN LLP<br>Attn: Daniel A. Schilling, Esq.<br>120 Broadway 14th Floor<br>New York, NY 10271-0029 |
| Rule of Law Society IV Inc.<br>c/O NORRIS MCLAUGHLIN, P.A<br>Attn: Steven J. Reed<br>7 Times Square, 21st Floor<br>New York, NY 10036-6551 | RuQin Wang<br>C/O Thompson Hine<br>Attn: Brian P. Lanciault, Esq.<br>335 Madison Avenue, 12th Floor<br>New York, NY 10017-4666 | Ruquin Wang<br>c/o Thompson Hine<br>Attn: Brian P. Lanciault, Esq.<br>335 Madison Avenue, 12th Floor<br>New York, NY 10017-4666 |

| | | |
|---|---|---|
| Samuel Dan Nunberg<br>600 South Dixie Highway, Suite 455<br>West Palm Beach, FL 33401-5851 | Samuel Dan Nunberg<br>C/O Nesenoff & Miltenberg, LLP<br>363 Seventh Ave, 5th Floor<br>New York, NY 10001-3915 | Samuel Nunberg<br>C/O Nesenoff & Miltenberg, LLP<br>Attn: Andrew T. Miltenberg, Esq.<br>363 Seventh Ave, 5th Floor<br>New York, NY 10001-3915 |
| Saraca Media Group, Inc.<br>c/o Baker Hostetler<br>Attn: L. David Anderson<br>2850 North Harwood Street Suite 1100<br>Dallas, TX 75201-2644 | Schulman Bhattacharya, LLC<br>6116 Executive Boulevard<br>Attn: President or General Mgr<br>Suite 425<br>Bethesda, MD 20852-4937 | Selas Montbrial Avocats<br>10, Rue Cimarosa<br>Attn: President or General Fgr<br>75116<br>Paris- France |
| Shane D Shook<br>2821 Monterey Avenue<br>Attn: President or General Mgr<br>Soquel CA 95073-2807 | Sherry Millman Curtis C. Mechling<br>Stroock & Stroock & Lavan LLP<br>for The Sherry-Netherland, Inc.<br>180 Maiden Lane<br>New York, NY 10038-4982 | SHI<br>C/O Thompson Hine<br>Attn: Steven A. Block, Esq.<br>20 N. Clark St., Ste 3200<br>Chicago, IL 60602-5093 |
| Shi Jia Zhuang Zhen Yuan Jian Zhu An Zhuang<br>C/O Kevin Kerveng Tung, P.C.<br>Attn: President or General Mgr<br>136-20 38th Avenue, Suite 3D & 3F<br>Flushing, NY 11354-4232 | Shuang Wang<br>c/o Thompson Hine<br>Attn: President or General Mgr<br>335 Madison Avenue, 12th Floor<br>New York, NY 10017-4666 | Stephen M. Kindseth<br>Zeisler & Zeisler<br>10 Middle Street 15th Floor<br>Bridgeport, CT 06604-4299 |
| Stokes Lawrence, PS<br>1420 Fifth Avenue<br>Suite 3000<br>Seattle, WA 98101-2393 | Strategic Vision US, LLC<br>GRAVES GARRETT LLC<br>Attn: President or General Mgr<br>1100 Main Street, Suite 2700<br>Kansas City, MO 64105-5195 | Stretto<br>410 Exchange, Suite 100<br>Attn: President or General Mgr<br>Irvine, CA 92602-1331 |
| Teli Chen<br>C/O Thompson Hine<br>Attn: Brian P. Lanciault, Esq.<br>335 Madison Avenue, 12th Floor<br>New York, NY 10017-4666 | THE CASPER FIRM<br>400 E. Pratt Street Suite 903<br>Attn: President or General Mgr<br>Baltimore, MD 21202-3127 | The Francis Firm PLLC<br>Attn: President or General Manager<br>50 Riverside Blvd. #3G<br>New York, NY 10069-0229 |
| The Law Offices of Rafael A. Vargas<br>Attn: President or General Manager<br>100 N. Lasalle Street<br>Chicago, IL 60602-3546 | The Sherry-Netherland Hotel<br>781 5th Avenue<br>Attn: President or General Manager<br>New York, NY 10022-1046 | Thomas Ragland<br>JENNER & BLOCK LLP<br>1099 New York Ave., NW, Suite 900<br>Washington, DC 20001-4412 |
| TROUTMAN PEPPER HAMILTON<br>SANDERS LLP<br>1313 North Market Streets, Suite 5100<br>Attn: President or General Manager<br>Wilmington, DE 19801-6111 | Troutman Pepper Hamilton Sanders LLP<br>3000 Two Logan Square<br>Attn: President or General Manager<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103 | Troy Law, PLLC<br>41-25 Kissena Blvd., Suite 103<br>Attn: President or General Manager<br>Flushing, NY 11355-3150 |
| U. S. Trustee<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510-2022 | U.S. Legal Support, Inc.<br>200 West Jackson<br>Attn: President or General Manager<br>Suite 600<br>Chicago, IL 60606-6941 | U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Group<br>100 Pearl Street, Suite 20-100<br>New York, NY 10004-6003 |

| | | |
|---|---|---|
| U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Unit<br>100 F Street, N.E.<br>Washington, DC 20549-2001 | UBS AG<br>Attn: Herbert-Smith Freehills LLP<br>Attn: President or General Manager<br>Exchange House; Primose Street<br>London, UK EC2A 2EG | UBS AG<br>Attn: President or General Mgr<br>600 Washington Blvd 9th Floor<br>Stamford, CT 06901-3726 |
| UBS AG (London Branch)<br>Attn: Herbert Smith Freehills LLP<br>Attn: President or General Manager<br>Exchange House; Primose Street<br>London, UK EC2A 2EG | Una Manyee Wilkinson<br>68-18 June Street<br>Forest Hills, NY 11375-5728 | Verdolino & Lowey, P.C.<br>124 Washington Street<br>Attn: President or General Manager<br>Foxborough, MA 02035-1368 |
| Verdolino & Lowey, P.C.<br>Attn: President or General Mgr<br>124 Washington Street<br>Foxboro, MA 02035-1368 | Veritext<br>Attn: President or General Mgr<br>290 West Mt. Pleasant Ave<br>Livingston, NJ 07039-2761 | Voice Guo Media, Inc.<br>c/o Coppersmith Brockelman PLC<br>Attn: Keith Beauchamp<br>2800 N. Central Avenue, Suite 1900<br>Phoenix, AZ 85004-1241 |
| VX Cerda & Associates<br>Attn: Victor Cerda<br>601 Brickell Ave Suite 700<br>Miami, FL 33131 | WA&HF, LLC/Ruizeng An<br>C/O AFN Law<br>Attn: Angus Ni, Esq.<br>41 Madison Avenue, 31st Floor<br>New York, NY 10010-2345 | WANG<br>C/O  Carmody Torrance Sandak & Hennessey<br>Attn: David Grudberg<br>195 Church Street, P.O. Box 1950<br>New Haven, CT 06509-1950 |
| Weican (Watson) Meng<br>C/O Arkin Solbakken, LLP<br>Attn: President or General Mgr<br>900 Third Avenue, 18th Floor<br>New York, NY 10022-5000 | Weican Meng/Boxun, Inc.<br>C/O Arkin Solbakken, LLP<br>Attn: President or General Mgr<br>900 Third Avenue, 18th Floor<br>New York, NY 10022-5000 | Weican Watson Meng<br>c/o Carollynn HG Callari, Esq,<br>Callari Partners LLC<br>100 Somerset Corp. Blvd. Suite 206<br>Bridgewater, NJ 08807-2842 |
| Weiguo Sun<br>C/O Thompson Hine<br>Attn: Brian P. Lanciault, Esq.<br>335 Madison Avenue, 12th Floor<br>New York, NY 10017-4666 | Weixiand Ge<br>C/O Thompson Hine<br>Attn: Brian P. Lanciault, Esq.<br>335 Madison Avenue, 12th Floor<br>New York, NY 10017-4666 | Weixiang Ge<br>c/o Thompson Hine<br>Attn: President or General Mgr<br>335 Madison Avenue, 12th Floor<br>New York, NY 10017-4666 |
| Wen Lin<br>C/O HGT Law<br>Attn: Hung Ta<br>250 Park Avenue, 7th Floor<br>New York, NY 10177-0799 | Williams & Connolly LLP<br>Williams & Connolly LLP<br>Attn: President or General Mgr<br>680 Maine Ave SW<br>Washington, DC 20024-3556 | Xiaobo He<br>C/O HGT Law<br>Attn: Hung Ta<br>250 Park Avenue, 7th Floor<br>New York, NY 10177-0799 |
| Xiaobo Luo<br>250 Park Avenue, 7th Floor<br>c/o HGT Law<br>New York, NY 10177-0799 | Xiaodan Wang<br>c/o WOLF HALDENSTEIN ADLER FREEMAN & HERZ LL<br>Attn: President or General Mgr<br>270 Madison Avenue<br>New York, NY 10016-0601 | Xiaoping Luo<br>C/O HGT Law<br>Attn: Hung Ta<br>250 Park Avenue, 7th Floor<br>New York, NY 10177-0799 |
| Xingyu Yan<br>C/O Thompson Hine<br>Attn: Brian P. Lanciault, Esq.<br>335 Madison Avenue, 12th Floor<br>New York, NY 10017-4666 | Xiong Xian Wei Ye<br>C/O Kevin Tung, Esq.<br>Attn: Kevin Tung, Esq<br>136-20 38th Avenue, Suite 3D & 3F<br>Flushing, NY 11354-4232 | Xiqiu Bob Fu<br>c/o Irve J. Goldman<br>Pullman & Compley, LLC<br>P O Box 7006<br>Bridgeport, CT 06601-7006 |

Xiqui (Bob) Fu
c/o The Lanier Law Firm
Attn: Kenneth W. Starr
10940 W. Sam Houston Parkway N., Ste 100
Houston, TX 77064-5768

Yan Gao
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

Yan Huang
C/O Kevin Kerveng Tung, P.C.
Attn: President or General Mgr
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232

Yan Zhao
c/o Law Office of Ning Ye, Esq.
Attn: President or General Mgr
135-11 38th Ave.#1A
Flushing, NY 11354-4440

Yang Lan and Wu Zheng
900 Third Avenue, 18th Floor
Attn: Robert C. Angelillo
c/o Arkin Solbakken, LLP
New York, NY 10022-5000

Yeliang Xia
c/o Dennis Stewart & Krischer PLLC
Attn: Harry Adrian Dennis, Esq.
2007 15th Street N, Suite 201
Arlington, VA 22201-2621

Yi Li
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

Ying Liu
C/O Thompson Hine
Attn: Brian P. Lanciault, Esq.
335 Madison Avenue, 12th Floor
New York, NY 10017-4666

Yongbing Zhang
223 West Jackson Bl;vd. #1012
Attn: President or General Mgr
Chicago, IL 60606-6916

Yua Hua Zhuang Shi
C/O Kevin Kerveng Tung, P.C.
Attn: President or General Mgr
136-20 38th Avenue, Suite 3D & 3F
Flushing, NY 11354-4232

Yua Hua Zhuang Shi
c/o Kevin Tung Esq.
Kevin Kerveng Tung P.C.
136-20 38th Avenue, Suite 3D
Flushing, NY 11354-4232

Yue Hua Zhu Shi
c/o Kevin Kerveng Tung, P.C.
Attn: Kevin Tung, Esq.
136-20 38th Avenue, Suite 3D
Flushing, NY 11354-4232

Yunxia Wu
c/o Giordano, Halleran &. Ciesla, P.C.
Attn: President or General Mgr
1250 Broadway, 36th Floor
New York, NY 10001-3709

yunxia Wu
c/o TroyGould PC
Attn: Christopher A. Lilly
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2302

Yunxia Wu
c/o TroyGould PC
Attn: Christopher A. Lilly
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2302

Zeichner Ellman & Krause LLP
1420 New York Avenue NW Suite 210
Attn: President or General Mgr
Washington, DC 20005-2122

Zeisler & Zeisler PC
Attn: Aaron Romney, James M. Moriarty
John Cesaroni, Eric Henzy, S Kindseth
10 Middle Street 15th Floor
Bridgeport, CT 06604-4299

Zhen Yuan Jian Zhu
C/O Kevin Tung, Esq.
Attn: President or General Mgr
38th Avenue, Suite 3d
Flushing, NY 11354 USA 11363

Zheng (Bruno) Wu and Yang Lan
c/o Carollynn HG Callari, Esq/Callari, E
Callari Partners LLC
100 Somerset Corp. Blvd., Suite 206
Bridgewater, NJ 08807-2842

Zhengjun Dong
C/O HGT Law
Attn: Hung Ta
250 Park Avenue, 7th Floor
New York, NY 10177-0799

Zong Xian Weiye
c/o Kevin Tung
Attn: President or General Mgr
38th Avenue Suite 3D
Flushing, NY 11363