**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No: 22-50073 (JAM)<br><br><br>Re: ECF Nos. 299 and 728 and 930 |

**CONSENT ORDER MODIFYING**
**CONSENT ORDER GRANTING HK INTERNATIONAL FUNDS**
**INVESTMENTS (USA) LIMITED, LLC'S MOTION FOR ORDER**
**ESTABLISHING REPAIR RESERVE FOR THE LADY MAY**

Upon the *Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May* (ECF No. 1216, the "Motion") filed by HK International Funds Investments (USA) Limited, LLC ("HK USA"), which seeks a modification of this Court's *Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May* (ECF No. 930, as modified, the "Consent Order") to authorize and direct the Trustee[1] to pay from the Repair Reserve certain operating expenses (the "Operating Expenses") for the Lady May; the Court having scheduled a hearing (the "Hearing") for January 3, 2023, at 3:30 pm to consider the relief requested by the Motion and any objections thereto; upon further written consent by the Trustee, Ho Wan Kwok, the Official Committee of Unsecured Creditors, Pacific Alliance Asia Opportunity Fund L.P., Rui Ma, and Zheng Wu (collectively, the "Consenting Parties") to the entry of this Order to (i) release funds in the amount of $158,334.28 from the Repair Reserve to pay for unpaid Operating Expenses through November 30, 2022, and (ii) release

---

[1] Unless expressly defined otherwise, this Order incorporates by reference the definitions of capitalized terms set forth in the Consent Order.

1

funds in the amount of $140,224 for Operating Expenses that HK USA reasonably projects will be incurred in December 2022 delivered to counsel for HK USA; and upon consideration of the Motion and the relief requested therein appearing to this Court to be necessary and appropriate to provide sufficient funds for the Lady May's Operating Expenses that have been and will be incurred before the Hearing, ensuring that crew salaries and other necessary expenses (such as shore power, internet connectivity, and dockage fees) are paid; due and sufficient notice having been given under the particular circumstances; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED** that the Consent Order is hereby modified to authorize and direct the Trustee to promptly release $298,558.28 (representing $158,334.28 for unpaid Operating Expenses through November 30, 2022, plus $140,224 in Operating Expenses that HK USA reasonably projects will be incurred in December 2022) from the Repair Reserve to Yachtzoo, the yacht management company for the Lady May;

**ORDERED** that all parties reserve all rights to object to the Motion on or before 4:00 pm on January 2, 2023, including as it relates to the payment of any Operating Expenses for the period after December 31, 2022 from the Repair Reserve, and nothing in this Order or the Consenting Parties' consent to the entry of this Order shall be construed as the Consenting Parties consenting to the relief sought in the Motion;[2]

**ORDERED** that, except as modified herein, the provisions of the Consent Order remains in effect, including but not limited to the handling of any Repair Reserve Excess; and it is finally

---

[2] For the avoidance of doubt, it is the Trustee's position that, under the Consent Order, the Trustee is under no obligation to release funds from the Repair Reserve to pay Operating Expenses and that, to the extent HK USA desires to use funds in the Repair Reserve to pay Operating Expenses, it must request a release of any Repair Reserve Excess in accordance with the Consent Order after the conclusion of the hearing on the *Application for Prejudgment Remedy* [Adv. Proc. ECF No. 37].

**ORDERED** that the Hearing will proceed as scheduled, subject to further order of this Court.

Dated at Bridgeport, Connecticut this 20th day of December, 2022.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut