AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**

DUE DATE:

*Please Read Instructions:*

| | | |
|---|---|---|
| 1. NAME<br>Patrick M. Birney | 2. PHONE NUMBER<br>(860) 275-8275 | 3. DATE<br>12/20/2022 |
| 4. DELIVERY ADDRESS OR EMAIL<br>pbirney@rc.com | 5. CITY<br>Hartford | 6. STATE  CT   7. ZIP CODE  06103 |

| 8. CASE NUMBER<br>22-50073 | 9. JUDGE<br>Judge Julie A. Manning | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 12/13/2022 | 11. TO 12/13/2022 |
| 12. CASE NAME<br>Ho Wan Kwok | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Bridgeport | 14. STATE Connecticut |

**15. ORDER FOR**

☐ APPEAL ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☒ BANKRUPTCY
☐ NON-APPEAL ☐ CIVIL ☐ IN FORMA PAUPERIS ☐ OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify)<br>Hearing | 12/13/2022 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES<br>1 | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |
| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | | | | ESTIMATE TOTAL | 0.00 |
| 18. SIGNATURE<br>/s/ Patrick M. Birney | | | | PROCESSED BY | |
| 19. DATE<br>12/20/2022 | | | | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | | | | COURT ADDRESS | |
| | DATE | BY | | | |
| ORDER RECEIVED | | | | | |
| DEPOSIT PAID | | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**  COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

UNITED STATES BANKRUPTCY COURT

DISTRICT OF CONNECTICUT Honorable

Julie A. Manning

December 13, 2022

| | | |
|---|---|---|
| 11:00 AM | 22-50073<br>Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation<br>Genever Holdings LLC |
| Matter: | #1183; Application to Employ Paul Wright as Barrister in United Kingdom Application of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Paul Wright as Barrister in United Kingdom Filed by Luc A. Despins on behalf of Luc A. Despins, Chapter 11 Trustee | |

**22-50073** Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 12/20/2022

# Attorneys

**Laura Aronsson**
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
212-728-5841
laronsson@omm.com
 *Assigned: 04/08/2022*
 *LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Kenneth Aulet**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
kaulet@brownrudnick.com
 *Assigned: 04/26/2022*
  *TERMINATED: 08/02/2022*
 *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Tristan G. Axelrod**
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
617-856-8456
617-289-0522 (fax)
taxelrod@brownrudnick.com
 *Assigned: 08/12/2022*
 *LEAD ATTORNEY*

representing

**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
617-856-8200
tfeinsmith@brownrudnick.com
*(Creditor)*

**Verdolino & Lowey, P.C.**
124 Washington Street
Foxborough, MA 02035
*(Creditor)*

**William Baldiga**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
New York
212-209-4800
212-209-4801 (fax)
wbaldiga@brownrudnick.com
 *Assigned: 03/01/2022*
  *TERMINATED: 08/02/2022*
 *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

| | | |
|---|---|---|
| **William R. Baldiga**<br>Brown, Rudnik, Freed & Gesmer<br>One Financial Center<br>Boston, MA 02111<br>(617) 330-9000<br>617-289-0420 (fax)<br>wbaldiga@brownrudnick.com<br>  *Assigned: 03/09/2022*<br>  *TERMINATED: 08/02/2022*<br><br>  *Assigned: 08/05/2022* | representing<br><br><br>representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)*<br><br><br>**Brown Rudnick LLP**<br>One Financial Center<br>Boston, MA 02111<br>617-856-8200<br>tfeinsmith@brownrudnick.com<br>*(Creditor)* |
| **Kellianne Baranowsky**<br>Green & Sklarz LLC<br>One Audubon Street<br>3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>203-823-4546 (fax)<br>kbaranowsky@gs-lawfirm.com<br>  *Assigned: 10/14/2022* | representing | **BakerHostetler**<br>*(Interested Party)* |
| **Douglass E. Barron**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6690<br>212-230-7690 (fax)<br>douglassbarron@paulhastings.com<br>  *Assigned: 07/22/2022*<br>  *LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Nicholas A. Bassett**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1700<br>202-551-1705 (fax)<br>nicholasbassett@paulhastings.com<br>  *Assigned: 07/22/2022*<br>  *LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Patrick M. Birney**<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8200<br>(860) 275-8299 (fax)<br>pbirney@rc.com<br>  *Assigned: 02/24/2022* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

**Christopher H. Blau**
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
203-368-4234
203-549-0889 (fax)
cblau@zeislaw.com
  *Assigned: 12/09/2022*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**G. Alexander Bongartz**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6472
212-303-7072 (fax)
alexbongartz@paulhastings.com
  *Assigned: 08/04/2022*
  *LEAD ATTORNEY*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Carollynn H.G. Callari**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
ccallari@callaripartners.com
  *Assigned: 03/16/2022*
  *LEAD ATTORNEY*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

**Andrew M. Carty**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
acarty@brownrudnick.com
  *Assigned: 04/15/2022*
   *TERMINATED: 08/02/2022*
  *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**John L. Cesaroni**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
jcesaroni@zeislaw.com
  *Assigned: 05/10/2022*

representing

**Mei Guo**
*(Interested Party)*

|  |  |  |
|---|---|---|
| Assigned: 07/14/2022 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| Assigned: 11/22/2022 | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| **Holley L. Claiborn**<br>Office of The United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br>(203) 773-2217 (fax)<br>holley.l.claiborn@usdoj.gov<br>  Assigned: 02/28/2022 | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Samuel Bryant Davidoff**<br>Williams & Connolly LLP<br>680 Maine Avenue, S.W.<br>Washington, DC 20024<br>202-434-5648<br>sdavidoff@wc.com<br>  Assigned: 10/20/2022 | representing | **Williams & Connolly LLP**<br>Williams & Connolly LLP<br>680 Maine Ave SW<br>Washington, DC 20024<br>202-434-5000<br>*(Interested Party)* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>  Assigned: 07/12/2022 | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>212-230-7771 (fax)<br>lucdespins@pauhastings.com<br>  Assigned: 07/22/2022<br>  LEAD ATTORNEY | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **J. Ted Donovan**<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036<br>(212)-221-5700<br>212-422-6836 (fax)<br>TDonovan@GWFGlaw.com<br>  Assigned: 11/22/2022<br>  LEAD ATTORNEY | representing | **Genever Holdings LLC**<br>781 Fifth Avenue<br>Apt. 1801<br>New York, NY 10022-5520<br>*(Debtor)* |

| | | |
|---|---|---|
| **David S. Forsh**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>dforsh@callaripartners.com<br>  Assigned: 03/17/2022<br>  *LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |
| **Peter Friedman**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5302<br>pfriedman@omm.com<br>  Assigned: 02/25/2022<br>  *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Taruna Garg**<br>Murtha Cullina LLP<br>177 Broad St<br>Stamford, CT 06901<br>203-653-5400<br>203-653-5444 (fax)<br>tgarg@murthalaw.com<br>  Assigned: 11/23/2022 | representing | **The Sherry-Netherland, Inc.**<br>*(Creditor)* |
| **Irve J. Goldman**<br>Pullman & Comley<br>850 Main Street<br>8th Floor<br>Bridgeport, CT 06604<br>203-330-2000<br>203-576-8888 (fax)<br>igoldman@pullcom.com<br>  Assigned: 04/05/2022 | representing | **Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |
| **Evan S. Goldstein**<br>Updike, Kelly & Spellacy, P.C.<br>Goodwin Square<br>225 Asylum Street<br>Ste 20th Floor<br>Hartford, CT 06103<br>860-548-2609<br>860-548-2680 (fax)<br>egoldstein@uks.com<br>  Assigned: 09/15/2022 | representing | **Hing Chi Ngok**<br>*(Interested Party)* |
|   Assigned: 10/20/2022 | representing | **Greenwich Land, LLC** |

*(Interested Party)*

**Mia N. Gonzalez**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-728-5698
mgonzalez@omm.com
 *Assigned: 04/08/2022*
 *LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**James C. Graham**
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
(203)821-2000
(203)821-2009 (fax)
jgraham@npmlaw.com
 *Assigned: 07/20/2022*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Lawrence S. Grossman**
Green & Sklarz LLC
One Audubon Street
Third Floor
New Haven, CT 06511
203-285-8545
LGrossman@gs-lawfirm.com
 *Assigned: 10/12/2022*

representing

**BakerHostetler**
*(Interested Party)*

**David V. Harbach, II**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5127
dharbach@omm.com
 *Assigned: 02/25/2022*
 *LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**James J. Healy**
Cowdery & Murphy, LLC
280 Trumbull Street
Hartford, CT 06103
860-278-5555
860-249-0012 (fax)
jhealy@cowderymurphy.com
 *Assigned: 10/24/2022*

representing

**Williams & Connolly LLP**
Williams & Connolly LLP
680 Maine Ave SW
Washington, DC 20024
202-434-5000
*(Interested Party)*

**Eric A. Henzy**
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-5495
203-549-0861 (fax)

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

| | | |
|---|---|---|
| ehenzy@zeislaw.com<br>  *Assigned: 07/14/2022*<br><br>  *Assigned: 07/22/2022* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| **Jeffrey L Jonas**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>2122094800<br>212-209-4801 (fax)<br>jjonas@brownrudnick.com<br>  *Assigned: 04/21/2022*<br>  *TERMINATED: 08/02/2022*<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Jonathan Kaplan**<br>Pullman & Comley, LLC<br>90 State House Square<br>Hartford, CT 06103<br>860-424-4379<br>860-424-4370 (fax)<br>jkaplan@pullcom.com<br>  *Assigned: 04/05/2022* | representing | **Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |
| **Stephen M. Kindseth**<br>Zeisler & Zeisler<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>(203) 368-4234<br>203-367-9678 (fax)<br>skindseth@zeislaw.com<br>  *Assigned: 04/11/2022* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
|   *Assigned: 05/10/2022* | representing | **Mei Guo**<br>*(Interested Party)* |
|   *Assigned: 07/14/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Dylan Kletter**<br>Brown Rudnick LLP<br>185 Asylum Street<br>Hartford, CT 06103<br>860-509-6500<br>dkletter@brownrudnick.com<br>  *Assigned: 02/15/2022*<br>  *TERMINATED: 08/02/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Andrew V. Layden**<br>BakerHostetler<br>200 South Orange Avenue | representing | **BakerHostetler**<br>*(Interested Party)* |

Suite 2300
Orlando, FL 32801
407-649-4070
407-841-0168 (fax)
alayden@bakerlaw.com
  Assigned: 10/12/2022
  LEAD ATTORNEY

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
plinsey@npmlaw.com
  Assigned: 07/11/2022

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Avram Emmanuel Luft**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6079
212-303-7079 (fax)
aviluft@paulhastings.com
  Assigned: 07/22/2022
  LEAD ATTORNEY

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Steven E. Mackey**
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
  Assigned: 03/22/2022

representing

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601
203-330-2198
203-259-0251 (fax)
kmayhew@pullcom.com
  Assigned: 03/15/2022

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

  Assigned: 12/05/2022

representing

**Official Committee of Unsecured Creditors**
*(Creditor Committee)*

**Danielle L. Merola**

representing

**BakerHostetler**

| | | |
|---|---|---|
| BakerHostetler<br>200 South Orange Avenue<br>Suite 2300<br>Orlando, FL 32801<br>407-649-4092<br>dmerola@bakerlaw.com<br>  Assigned: 10/13/2022<br>  LEAD ATTORNEY | | *(Interested Party)* |
| **Sherry J. Millman**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>212-806-5434<br>212-806-6006 (fax)<br>smillman@stroock.com<br>  Assigned: 11/29/2022<br>  LEAD ATTORNEY | representing | **The Sherry-Netherland, Inc.**<br>*(Creditor)* |
| **Timothy D. Miltenberger**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103<br>860-493-2200<br>tmiltenberger@cbshealaw.com<br>  Assigned: 03/31/2022<br>   TERMINATED: 08/17/2022 | representing | **Golden Spring (New York) LTD**<br>*(Interested Party)*<br>PRO SE |
| **Aaron A Mitchell**<br>Lawall & Mitchell, LLC<br>55 Madison Ave<br>Suite 400<br>Morristown, NJ 07960<br>973-285-3280<br>aaron@lmesq.com<br>  Assigned: 07/11/2022 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **James M. Moriarty**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>Bridgeport, CT 06604<br>203-368-4234<br>203-549-0907 (fax)<br>jmoriarty@zeislaw.com<br>  Assigned: 07/20/2022 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
|   Assigned: 10/31/2022 | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| | | **Mei Guo**<br>*(Interested Party)* |
| **Kevin J. Nash**<br>Goldberg Weprin Finkel Goldstein LLP | representing | **Genever Holdings LLC**<br>781 Fifth Avenue |

| | | |
|---|---|---|
| 1501 Broadway<br>22nd Floor<br>New York, NY 10036<br>(212)-301-6944<br>(212) 422-6836 (fax)<br>kjnash@gwfglaw.com<br>  Assigned: 11/22/2022<br>  LEAD ATTORNEY | | Apt. 1801<br>New York, NY 10022-5520<br>*(Debtor)* |
| **Sara Pahlavan**<br>O'Melveny & Myers LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111-3823<br>415-984-8953<br>spahlavan@omm.com<br>  Assigned: 05/05/2022<br>  LEAD ATTORNEY | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Patrick N. Petrocelli**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>212-806-6682<br>212-806-6006 (fax)<br>ppetrocelli@stroock.com<br>  Assigned: 11/29/2022<br>  LEAD ATTORNEY | representing | **The Sherry-Netherland, Inc.**<br>*(Creditor)* |
| **Lucas Bennett Rocklin**<br>Neubert, Pepe, Monteith, P.C.<br>195 Church Street,13th Floor<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>lrocklin@npmlaw.com<br>  Assigned: 07/15/2022 | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Aaron Romney**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>aromney@zeislaw.com<br>  Assigned: 04/11/2022 | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
|   Assigned: 05/10/2022 | representing | **Mei Guo**<br>*(Interested Party)* |
|   Assigned: 07/14/2022 | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |

| | | |
|---|---|---|
| **Scott D. Rosen**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103-4500<br>(860) 493-2200<br>860-727-0361 (fax)<br>srosen@cb-shea.com<br>  *Assigned: 03/28/2022*<br>   *TERMINATED: 08/17/2022* | representing | **Golden Spring (New York) LTD**<br>*(Interested Party)*<br>PRO SE |
| *Assigned: 08/12/2022* | representing | **Cohn Birnbaum & Shea, P.C.**<br>*(Attorney)* |
| **Thomas J. Sansone**<br>Carmody Torrance Sandak & Hennessey LLP<br>195 Church Street<br>P.O. Box 1950<br>New Haven, CT 06509-1950<br>(203) 784-3100<br>203-784-3199 (fax)<br>tsansone@carmodylaw.com<br>  *Assigned: 06/24/2022* | representing | **Chong Shen Raphanella**<br>*(Creditor)* |
| | | **Rong Zhang**<br>*(Creditor)* |
| | | **Xiaodan Wang**<br>*(Creditor)* |
| *Assigned: 07/15/2022* | representing | **Michael S. Weinstein**<br>*(Attorney)* |
| **Stuart M. Sarnoff**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>202-326-2293<br>ssarnoff@omm.com<br>  *Assigned: 02/25/2022*<br>  *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Bennett Silverberg**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>bsilverberg@brownrudnick.com<br>  *Assigned: 03/01/2022*<br>   *TERMINATED: 08/02/2022*<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Douglas S. Skalka**<br>Neubert, Pepe, and Monteith | representing | **Luc A. Despins**<br>Paul Hastings LLP |

| | | |
|---|---|---|
| 195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>  Assigned: 07/14/2022 | | 200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
|   Assigned: 11/02/2022 | representing | **Genever Holdings Corporation**<br>P.O. Box 3170<br>Road Town Tortola<br>British Virgin Islands<br>*(Debtor)* |
|   Assigned: 11/22/2022<br>  LEAD ATTORNEY | representing | **Genever Holdings LLC**<br>781 Fifth Avenue<br>Apt. 1801<br>New York, NY 10022-5520<br>*(Debtor)* |
| **Jeffrey M. Sklarz**<br>Green & Sklarz LLC<br>One Audubon Street<br>3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>203-823-4546 (fax)<br>jsklarz@gs-lawfirm.com<br>  Assigned: 10/07/2022 | representing | **BakerHostetler**<br>*(Interested Party)* |
| **Annecca H. Smith**<br>Robinson & Cole, LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>860-275-8325<br>860-275-8299 (fax)<br>asmith@rc.com<br>  Assigned: 02/24/2022 | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **John Troy**<br>Troy Law, PLLC<br>41-25 Kissena Blvd., Suite 110<br>Flushing, NY 11355<br>718-762-2332<br>johntroy@troypllc.com<br>  Assigned: 10/20/2022 | representing | **Troy Law, PLLC**<br>41-00025 Kissena Blvd., Suite 103<br>Flushing, NY 11355<br>718-762-1324<br>troylaw@troypllc.com<br>*(Interested Party)* |
| **Tiffany Troy**<br>Troy Law<br>41-25 Kissena Blvd, Suite 110<br>Flushing, NY 11355<br>718-762-1324<br>tiffanytroy@troypllc.com<br>  Assigned: 08/24/2022 | representing | **Troy Law, PLLC**<br>*(Creditor)* |
| **Michael S. Weinstein**<br>Golenbock Eiseman Assor Bell & | representing | **Chong Shen Raphanella**<br>*(Creditor)* |

Peskoe LL
711 Third Avenue
New York, NY 10017
212-907-7347
212-754-0330 (fax)
mweinstein@golenbock.com
  *Assigned: 07/22/2022*
  *LEAD ATTORNEY*

|  |  |  |
|---|---|---|
|  |  | **Rong Zhang**<br>*(Creditor)* |
|  |  | **Xiaodan Wang**<br>*(Creditor)* |
| **Jay Marshall Wolman**<br>Randazza Legal Group, PLLC<br>100 Pearl Street, 14th Floor<br>Hartford, CT 06103<br>702-420-2001<br>jmw@randazza.com<br>  *Assigned: 02/17/2022* | representing | **Logan Cheng**<br>c/o Randazza Legal Group, PLLC<br>100 Pearl Street<br>14th Floor<br>Hartford, CT 06103<br>*(Creditor)* |
| **Peter J. Zarella**<br>McElroy, Deutsch, Mulvaney & Carpenter,<br>One State Street, 14th floor<br>Hartford, CT 06103<br>860-241-2688<br>860-522-2796 (fax)<br>pzarella@mdmc-law.com<br>  *Assigned: 03/22/2022* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
|  |  | **Weican Meng**<br>*(20 Largest Creditor)* |
|  |  | **Zheng Wu**<br>*(Creditor)* |