# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF  CONNECTICUT

### BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In Re. Ho Wan Kwok | § | Case No.  22-50073 |
| | § | |
| | § | |
| Debtor(s) | § | |
| | | ☐ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2022                     Petition Date: 02/15/2022

Months Pending: 10                     Industry Classification: [0] [0] [0] [0]

Reporting Method:          Accrual Basis ○          Cash Basis ⦿

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒    Statement of cash receipts and disbursements
☐    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐    Statement of operations (profit or loss statement)
☐    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Luc A. Despins
_____          Luc A. Despins, in his capacity as Chapter 11 Trustee
Signature of Responsible Party                     Printed Name of Responsible Party

12/21/2022                               Paul Hastings LLP
_____          200 Park Avenue
Date                                      New York, NY 10166
                                          Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Ho Wan Kwok

Case No.  22-50073

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $9,952 | |
| b.   Total receipts (net of transfers between accounts) | $4,127,920 | $4,144,682 |
| c.   Total disbursements (net of transfers between accounts) | $21,115 | $27,925 |
| d.   Cash balance end of month (a+b-c) | $4,116,756 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $12,757 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $21,115 | $40,682 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.   Accounts receivable (total net of allowance) | $0 | |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.   Inventory    ( Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 | |
| d    Total current assets | $0 | |
| e.   Total assets | $0 | |
| f.   Postpetition payables (excluding taxes) | $0 | |
| g.   Postpetition payables past due (excluding taxes) | $0 | |
| h.   Postpetition taxes payable | $0 | |
| i.   Postpetition taxes past due | $0 | |
| j.   Total postpetition debt (f+h) | $0 | |
| k.   Prepetition secured debt | $0 | |
| l.   Prepetition priority debt | $0 | |
| m.   Prepetition unsecured debt | $0 | |
| n.   Total liabilities (debt) (j+k+l+m) | $0 | |
| o.   Ending equity/net worth (e-n) | $0 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $0 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $0 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $0 | $0 |

Debtor's Name  Ho Wan Kwok                                                     Case No.  22-50073

## Part 5:  Professional Fees and Expenses

|   | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | Neubert, Pepe & Monteith, P.C | Local Counsel | $0 | $0 | $0 | $0 |
| ii | Paul Hastings LLP (counsel to d | Lead Counsel | $0 | $0 | $0 | $0 |
| iii | Brown Rudnick (counsel to Ho | Lead Counsel | $0 | $0 | $0 | $0 |
| iv | Pullman & Comley (counsel to | Lead Counsel | $0 | $0 | $0 | $0 |
| v | Coleman Worldwide Advisors L | Other | $0 | $0 | $0 | $0 |
| vi | Dundon Advisors (UCC financi | Financial Professional | $0 | $0 | $0 | $0 |
| vii | Verdolino & Lowey, PC (financ | Financial Professional | $0 | $0 | $0 | $0 |
| viii | Harney Westwood & Riegels Ll | Other | $0 | $0 | $0 | $0 |
| ix | Paul Wright | Other | $0 | $0 | $0 | $0 |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Ho Wan Kwok                                    Case No.  22-50073

| | |
|---|---|
| lxxix | |
| lxxx | |
| lxxxi | |
| lxxxii | |
| lxxxii | |
| lxxxiv | |
| lxxxv | |
| lxxxvi | |
| lxxxvi | |
| lxxxvi | |
| lxxxix | |
| xc | |
| xci | |
| xcii | |
| xciii | |
| xciv | |
| xcv | |
| xcvi | |
| xcvii | |
| xcviii | |
| xcix | |
| c | |
| ci | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Baker Hostetler LLP | Other | $0 | $0 | $0 | $0 |
| ii | Clayman & Rosenberg LLP | Other | $0 | $0 | $0 | $0 |
| iii | Ganfer Shore Leeds & Zauderer | Other | $0 | $0 | $0 | $0 |
| iv | Harcus Parker Ltd. | Other | $0 | $0 | $0 | $0 |
| v | LALIVE SA | Other | $0 | $0 | $0 | $0 |
| vi | Lawall & Mitchell, LLC | Other | $0 | $0 | $0 | $0 |
| vii | Petrillo Klein & Boxer LLP | Other | $0 | $0 | $0 | $0 |
| viii | Schulman Bhattacharya, LLC | Other | $0 | $0 | $0 | $0 |
| ix | The Casper Firm | Other | $0 | $0 | $0 | $0 |
| x | The Francis Firm PLLC | Other | $0 | $0 | $0 | $0 |
| xi | VX Cerda & Associates | Other | $0 | $0 | $0 | $0 |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Ho Wan Kwok

Case No.  22-50073

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Ho Wan Kwok                                   Case No.  22-50073

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Ho Wan Kwok                                             Case No.  22-50073

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ |
| i. | Do you have:  Worker's compensation insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◉  No ○ |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉  No ○ |

Debtor's Name  Ho Wan Kwok                                    Case No.  22-50073

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Luc A. Despins                                    Luc A. Despins, in his capacity as Chapter 11 Trustee
Signature of Responsible Party                        Printed Name of Responsible Party

Chapter 11 Trustee                                    12/21/2022
Title                                                 Date

Debtor's Name  Ho Wan Kwok                                    Case No.  22-50073



PageOnePartOne

PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Ho Wan Kwok                                    Case No.  22-50073



Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100

Debtor's Name  Ho Wan Kwok                                    Case No.  22-50073



PageThree



PageFour

**In re** Ho Wan Kwok

**Debtor**

**Case No.** 22-50073 (JAM)

**Reporting Period:** 11/1/2022 - 11/30/2022

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | | Cumulative July 8, 2022 to Date Actual | |
|---|---|---|---|---|
| **Cash - Beginning of Month** | | | | |
| **RECEIPTS** | | | | |
| Recovered Funds | $ | 127,919.50 | $ | 144,681.40 |
| Yacht Repair Escrow | $ | 4,000,000.00 | $ | 4,000,000.00 |
| **Total Receipts** | $ | 4,127,919.50 | $ | 4,144,681.40 |
| **DISBURSEMENTS** | | | | |
| **ORDINARY ITEMS:** | | | | |
| Bank Fees | $ | 35.00 | $ | 178.00 |
| Fees paid to International Surety Ltd for surety bond increase | $ | 21,080.00 | $ | 27,747.00 |
| **Total Ordinary Disbursements** | $ | 21,115.00 | $ | 27,925.00 |
| **REORGANIZATION ITEMS:** | | | | |
| Professional Fees | $ | - | $ | - |
| U. S. Trustee Fees | $ | - | $ | - |
| Other Reorganization Expenses *(attach schedule)* | $ | - | $ | - |
| **Total Reorganization Items** | $ | - | $ | - |
| | | | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | $ | 21,115.00 | $ | 27,925.00 |
| | | | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | $ | 4,106,804.50 | $ | 4,116,756.40 |
| | | | | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | $ | 4,116,756.40 | $ | 4,116,756.40 |
| | | | | |
| **Third Party Disbursements on Behalf of the Estate** | | | | |
| None | $ | - | $ | 12,757.00 |

## THE FOLLOWING SECTION MUST BE COMPLETED

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS** | $ | 21,115.00 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $ | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ | 21,115.00 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
------------------------------------------------------x
                                          :
In re:                                    :    Chapter 11
                                          :
HO WAN KWOK,                              :    Case No. 22-50073 (JAM)
                                          :
              Debtor.                     :
                                          :
------------------------------------------------------x
```

**ATTACHMENT TO MONTHLY OPERATING REPORT**
**FOR THE PERIOD NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

This attachment is incorporated into and made a part of the Monthly Operating Report ("<u>MOR</u>") of Chapter 11 Trustee Luc A. Despins.

**General Disclaimers**

1. The MOR is presented on a form promulgated in 2021 by the Executive Office of the United States Trustee. This form in many instances requires inserting a number for a line item even if the line item does not apply. The form also does not allow for the insertion of explanations or asterisks next to answers. Accordingly, as presented, certain responses may be inapplicable or incomplete. Following guidance from the United States Trustee's office, this attachment is being filed as an integral part of the MOR.

2. On July 8, 2022, the Bankruptcy Court signed an order approving the appointment of Luc A. Despins, Esq. as Chapter 11 Trustee (the "<u>Trustee</u>"). <u>The information in this MOR is based only on information beginning on the date of the Trustee's appointment and only on bank accounts within the Trustee's control.</u>[1]

3. The Trustee reserves the rights to amend, modify or supplement this MOR or update it in future MORs.

**Specific Responses**

<u>Part 1 Responses</u>

4. As noted above, this information is limited to cash receipts and disbursements since the Trustee was appointed and with respect to accounts under the Trustee's control. This amount includes $4 million held by the Trustee as escrow agent solely for the purpose of

---

[1] The Trustee is currently investigating the Debtor's assets and financial affairs (with respect to which investigation the Debtor has not cooperated).

securing the completion of the service, maintenance, and repairs required to be performed to restore the Lady May to good working order, as set forth in the *Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May*, entered on October 7, 2022 [Docket No. 930].

Part 2 Responses

5.  To the extent this section is applicable (the Debtor is an individual), the Trustee has insufficient information to complete this section.  As of the filing of this MOR, no bar date has been established with respect to prepetition claims and no bar date has been established with respect to administrative claims.

6.  The Trustee is aware of certain professional fees and expenses that have arisen in connection with services provided by the Trustee's counsel, however, the Trustee has not yet reviewed or approved such fees (payment of which remains contingent upon the Trustee's collection of additional estate assets), nor have any fee applications been filed with respect to such fees.  The Trustee therefore believes it would be premature to list such fees herein as postpetition payables at this time.

Part 3 Responses

7.  No assets under the control of the Trustee have been sold or transferred.

Part 4 Responses

8.  To the extent this section is applicable (the Debtor is an individual), the Trustee has insufficient information to complete this section.

Part 5 Responses

9.  There have been no commissions, fees, or expenses approved or paid with respect to the Trustee and his Court approved retained professionals, or with respect to any other professionals providing services to the official committee of unsecured creditors (the "Committee") or the Debtor (in connection with services provided to the Debtor prior to the appointment of the Trustee).

10.  The Trustee is aware of a number of professional firms that have provided services to the Committee or the Debtor (prior to the appointment of the Trustee) but that have not at this time had their retentions approved by the Court.  The Trustee includes such professional firms (of which he is aware) in this part of the MOR out of an abundance of caution but reserves all his rights with respect to the retention and/or payment of fees with respect to such professional firms.  The Trustee also notes that the Debtor may have employed professionals (prior to the appointment of the Trustee) of which the Trustee is not aware.

Part 6 Responses

11. The Trustee is not aware of any postpetition taxes that have accrued during the time period since the Trustee's appointment.

Part 7 Responses

12. The Trustee notes that the Debtor filed a chapter 11 plan on April 20, 2022 [Docket No. 197] (the "April 2022 Plan") with respect to which no disclosure statement was filed or approved.

Part 8 Responses

13. The Trustee has insufficient information to respond to Part 8.

# EAST WEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page 1 of 3
STARTING DATE: November 01, 2022
ENDING DATE: November 30, 2022
Total days in statement period: 30

( 1)

BK EST/HO WAN KWOK DEBTOR
LUC A DESPINS, CH11 TRUSTEE
CASE #22-50073
C/O PAUL HASTINGS LLP
200 PARK AVE
NEW YORK NY 10166-0005

Wishing you a wonderful holiday season from all of us at East West Bank! Thank you for choosing us as your bank and we look forward to continue to serve your financial needs in the new year.

## Standard Business Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $9,951.90 |
| Enclosures | 1 | Total additions ( 2) | 4,127,919.50 |
| Low balance | $4,009,941.90 | Total subtractions ( 3) | 21,115.00 |
| Average balance | $4,124,438.58 | Ending balance | $4,116,756.40 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 11-01 | Wire Trans-IN          HK INTL FUNDS INVE STMENTS USA LTD | 4,000,000.00 |
| | 11-02 | Deposit | 127,919.50 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1151 | 11-18 | 21,080.00 | | | |

### DEBITS

| Date | Transaction Description | Subtractions |
|---|---|---|
| 11-01 | Service Charge   WIRE TRANS-IN | 10.00 |
| 11-02 | Debit Memo   FIDUCIARY MAINTENA NCE | 25.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 9,951.90 | 11-02 | 4,137,836.40 | | |
| 11-01 | 4,009,941.90 | 11-18 | 4,116,756.40 | | |

3409      rev 05-16

EAST WEST BANK  *Your financial bridge®*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

BK EST/HO WAN KWOK DEBTOR

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for<br>this period | Total<br>year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

11/18/2022     1151     $21,080.00



11/18/2022     1151     $21,080.00

**EAST WEST BANK**

Date 日期 11/2/22

Customer Name 姓名  Luc Despins Trustee Bankruptcy

Account Number 帳戶號碼 ▮▮▮▮▮

State Hp Won Kwok

Savings 儲蓄
Checking 支票

**WITHDRAWAL/TRANSFER DEBIT** 提款／轉帳

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cash 現金 | | $ | . | **DEPOSIT** May not be available for immediate withdrawal 存款未必可以立刻提款 | | | |
| Check (reverse side for more checks) 支票 | # | $ | . | Currency 紙幣 | | $ 127,919 | .50 |
| Travelers Cheques 旅行支票 | | $ EAST WEST BANK | . | Coin 硬幣 | | $ | . |
| Money Order 現金支票 | # | $ | . | Check (see reverse for more checks) 支票  ABA # | | $ | . |
| Penalty 罰款 | | $ NOV 0 2 2022 | . | Total from Reverse Side 背面列支票總額 | | $ | . |
| Fee 手續費 | | $ BRANCH 8651 | . | **Subtotal** 小計 | | $ | . |
| Transfer To Account 轉帳 | # | TELLER 05 | . | Less Cash 扣除領取之現金 | | $ | . |
| **TOTAL WITHDRAWAL** 提款總額 | | $ | . | **TOTAL DEPOSIT** 存款總額 | | $ 127,919 | .50 |

| For Bank Use Only 銀行專用 | |
|---|---|
| KBS | SQN |
| ID # | |
| Other: | |
| Supervisor Approval: | |

SAV-003 (Rev. 12/10)

I hereby authorize this transaction and any resulting interest adjustment to be charged to my above numbered account and I acknowledge receipt of this sum. All of the persons whose name appear on this account are living. All items are subject to the depository bank's regulations relating to deposits and withdrawals.
本人授權此次交易，並同意銀行對以上帳戶作因此交易結出的利息調整。同時我證明已收到以上金額。所有帳戶持有人現還健在。所有款項須按照存款銀行的訂定之存款規定處理。

Signature 簽名

Signature 簽名

⑈322070381⑈

11

Date:11/02/2022 Account ▮▮▮▮▮ Amount:$127,919.50 Serial:0 DAccount: ▮▮▮▮▮ DAmount:12791950

**ADDITIONAL CHECKS** 其它支票
Please list each check individually 請列出每張支票

Amount 金額

Payee (for withdrawal only) 收款人 (提款專用)

For Withdrawal Check # For Deposit ABA # 提款之支票號碼 存款支票的ABA號碼

⑈322070381⑈

For Deposit at
East West Bank Only
Pasadena, CA
11022022
0000400100

TOTAL (RECORD ON FRONT SIDE OF TICKET) 總額 (記錄在此票前面)

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25



5180

**PETRILLO KLEIN & BOXER LLP**
655 THIRD AVENUE
22ND FLOOR
NEW YORK, NEW YORK 10017

J.P.Morgan

J.P. MORGAN CHASE BANK, N.A.
1-2/210

10/28/2022

PAY TO THE
ORDER OF   Luc Despins as Ttee Estate of Ho Wan Kwok

$**127,919.50

One Hundred Twenty-Seven Thousand Nine Hundred Nineteen and 50/100*********************************************** DOLLARS

Luc Despins as Ttee Estate of Ho Wan Kwok
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

MEMO

AUTHORIZED SIGNATURE

⑈005180⑈ ⑆021000021⑆ 849137112⑈

Date:11/02/2022 Account:▮▮▮▮ Amount:$127,919.50 Serial:5180 DAccount:▮▮▮▮
DAmount:12791950



>322070381<

For Deposit at

East West Bank Only

Pasadena, CA

11022022

0000400110