# Notice Recipients

District/Off: 0205−5      User: admin      Date Created: 12/22/2022
Case: 22−50073      Form ID: 112      Total: 192

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| 9343402 | 22−50073 | |
| 9389635 | Alfa Global Ventures Limited | |
| 9389636 | Alfonso Global Limited | |
| 9389637 | Allied Capital Global Limited | |
| 9389638 | Anton Development Limited | |
| 9389641 | BSA Strategic Fund I | |
| 9389639 | Bejing Pangu Investment Co. | |
| 9389643 | China Golden Spring Group Hong Kong Ltd | |
| 9389644 | Chunguang Han | |
| 9389645 | Creative Apex Investments Limited | |
| 9389646 | Cyrstal Breeze Investments Limited | |
| 9389647 | Elite Well Global Limited | |
| 9389649 | Geng Jing | |
| 9389650 | Globalist International Limited | |
| 9389653 | Hero Grand Limited | |
| 9389655 | Infinite Increase Limited | |
| 9389656 | Infinitum Developments Limited | |
| 9389657 | Insight Phoenix Fund | |
| 9389659 | Jumbo Century Limited | |
| 9389660 | Kui Cheng | |
| 9389661 | Leading Shine Limited | |
| 9389662 | Lijie Guo | |
| 9389663 | MacDonald | |
| 9389665 | New Dynamic Development Limited | |
| 9389666 | Noble Fame Global Limited | |
| 9389669 | Qu Guojiao | |
| 9390082 | Sail Victory Limited | |
| 9389674 | Well Origin Limited | |
| 9389675 | Weng | |
| 9389677 | Zhang Wei | |

TOTAL: 30

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

- 9384740   Ace Decade Holdings Limited   Attn: Harcus Parker   7th Floor, Melbourne House   44−46 Aldwych   London, UK WC2B 4LL
- 9384317   Baiqiao Tang   501 Forest Avenue, #501   Palo Alto, CA 94301
- 9363388   Baker & Hostetler LLP   Attn: Andrew Layden   200 S. Orange Avenue   Suite 2300   Orlando, FL 32801
- 9384318   Baker Hostetler LLP   45 Rockefeller Plaza   New York, NY 10111
- 9384319   Beijing Bi Hai Ge Lin Yuan Lin Lu Hua, Ltd.   c/o Kevin Kerveng Tung, P.C.   136−20 38th Avenue, Suite 3D & 3F   Flushing, NY 11354
- 9384320   Beijing Cheng Jian Wu Jian She Group, LTD   c/o Kevin Kerveng Tung, P.C.   136−20 38th Avenue, Suite 3D & 3F   Flushing, NY 11354
- 9384321   Beijing Fu Le Hong Ma Jian Zhu Zhuang Shi Gong Che   c/o Kevin Kerveng Tung, P.C.   136−20 38th Avenue, Suite 3D & 3F   Flushing, NY 11354
- 9384322   Beijing Zhong Xian Wei Ye Stainless Decoration Ctr   c/o Kein Kerveng Tung, P.C.   136−20 38th Avenue, Suite 3D & 3F   Flushing, NY 11354
- 9343455   Bi Hai Ge Lin   C/O Kevin Tung, Esq.   38th Avenue, Suite 3d   Flushing, NY 11354 USA
- 9389640   Boxun Inc   c/o Callari Partne   Carollynn HG Callari, Esq   100 Somerset Corporate Blvd Suite 206   Bridgewater, NJ 08807−2842
- 9384323   Boxun, Inc.   C/O Arkin Solbakken, LLP   900 Third Avenue, 18th Floor   New York, NY 10022
- 9389618   Bravo Luck Limited   c/o Troutman Pepper   3000 Two Logan Square, 18th & Arch Sts   Philadelphia, PA 19103
- 9384324   Bravo Luck Ltd.   P.O. Box 957   Offshore Incorporations Centre, Road Tow   Tortola, British Virgin Islands
- 9384325   Burnette Shutt McDaniel   912 Lady Street, 2nd Floor   Columbia, SC 29202
- 9384326   Chao−Chic Chiu   c/o Giordano, Halleran &. Ciesla, P.C.   1250 Broadway, 36th Floor   New York, NY 10010
- 9343450   Chao−Chih Chiu   c/o TroyGould PC   1801 Century Park East, 16th Floor   Attn: Christopher A. Lilly   Los Angeles, CA 90067
- 9384329   Cheng (NY)   c/o Randazza Law Firm   2764 Sahara Drive, Suite 109   Las Vegas, NV 89117
- 9389642   Cheng Jian Wu Jian She   c/o Kevin Tung, P.C.   Attn: K Tung, Esq.   136−20 38th Avenue Suite 3D & 3F   Flushing, NY 11354−4232
- 9343406   Cheng Jian Wu Jian She   c/o Law Office of Ning Ye, Esq.   136−11 38th Ave., #1A   Flushing, NY 11354
- 9343431   Chenglong Wang   C/O HGT Law   250 Park Avenue, 7th Floor   New York, NY 10177 USA   Attn: Hung Ta

| | | |
|---|---|---|
| 9384330 | Chong Shen Raphanella | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LL    270 Madison Avenue    New York NY 10016 |
| 9384331 | Clark Hill PLC | c/o Jenner & Block LLP    Attn: Kali N. Bracey, Esq.    1099 New York Ave., NW, Suite 900    Washington DC 20001 |
| 9384332 | Clayman & Rosenberg LLP | Attn: President or General Manager    305 Madison Avenue, Suite 650    New York, NY 10165 |
| 9384333 | Danyu Lin | 128 Woodcock Trail    West Columbia, SC 29169 |
| 9384741 | Dawn State Limited | Attn: Harcus Parker    7th Floor, Melbourne House    44–46 Aldwych    London, UK WC2B 4LL |
| 9384334 | Dongna Fang | Law Offices of Phillips and King PLLC    5041 Airport Fwy    Fort Worth, TX 76117 |
| 9384336 | Fan Bingbing | Lavely & Singer    4 New York Plaza, 2nd Floor    Cameron A. Stracher, Esq.    New York, NY 10004 |
| 9389630 | Foley & Lardner LLP | Attn: Douglas Spelfogel for    Pacific Alliance Asia Opportunity Fund    90 Park Avenue    New York, NY 10016–1301 |
| 9384337 | Forbes Hare | Qwomar Building    PO Box 4649    Road Town, Tortola BVI VG1110 |
| 9343457 | Fu Le Hong Ma | C/O Kevin Tung, Esq.    38th Avenue, Suite 3d    Flushing, NY 11354 USA |
| 9384338 | G Club Operations LLC | 53 Calle Palmeras    Suite 1401    San Juan, PR 00901 |
| 9384343 | GTV Media Group, Inc. | LAWALL & MITCHELL, LLC    Attn: President or General Manager    55 Madison Avenue, 4th Flr    Morristown, NJ 07960 |
| 9384339 | Ganfer Shore Leeds & Zauderer | Attn: President or General Manger    360 Lexington Avenue    New York, NY 10017 |
| 9343408 | Gaosheng Guo | c/o Law Office of Ning Ye, Esq.    135–11 38th Ave. #1A    Flushing, NY 11354 |
| 9384340 | Genever Holdings Corporation | P.O. Box 3170    Road Town    Tortola, British Virgin Islands |
| 9384341 | Genever Holdings LLC | Unit 1801    The Sherry–Netherland Apartments    781 Fifth Avenue    New York NY 10022 |
| 9389651 | Goldberg Weprin Finkel Goldstein LLP | Attn: J. Ted Donovan, Kevin J. Nash    1501 Broadway 22nd Floor    New York, NY 10036–5600 |
| 9389620 | Golden Spring New York Ltd | c/o Berkeley Rowe    Marble Arch Park House 116 Park St    Mayfair, London UK W1K 6SS |
| 9384342 | Goldfarb & Huck Roth Riojas, PLLC | 925 Fourth Avenue    Suite 3950    Seattle, WA 98104 |
| 9384344 | Guo Baosheng | C/O Law Office of Ning Ye, Esq.    135–11 38th Avenue, Suite 1A    Flushing, NY 11354 |
| 9384345 | Haihong Wang | c/o Carmody Torrance Sandak et al    Attn: David T. Grudberg, Esq.    195 Church Street 18th floor    New Haven, CT 06509 |
| 9384346 | Harcus Parker Ltd. | Attn: President or General Manager    Melbourne House    44–46 Aldwych 7th Flr    London, WC2B 4LL United Kingdom |
| 9389652 | Harneys Corporate Services Limited | Attn: Fiduciary Services    Craigmuir Chambers    Road Town, Tortola BVI VG1110 |
| 9384347 | He Bei Yue Hua Zhuang Shi Gong Cheng LTD. | C/O Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 |
| 9389654 | Hong Kong International Funds | Investments Limted |
| 9343410 | Hong Qi Qu | c/o Kevin Tung, Esq.    Kevin Kerveng Tung P.C.    136–20 38th Avenue, Suite 3D    Flushing, NY 11354 |
| 9384351 | Hong Qi Qu Jian She Group, LTD. | C/O Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 |
| 9384352 | Hong Zeng | 3020 Edwin Ave., Apt. 1H    Fort Lee, NJ 07024 |
| 9343449 | Huizhen Wang | c/o TroyGould PC    1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067–2367 |
| 9370890 | Internal Revenue Service | Centralized Insolvency Operation    PO Box 7346    Philadelphia, PA 19101–7346 |
| 9384353 | Janover LLC | 100 Quentin Roosevelt Blvd    Suite 516    Garden City, NY 11530 |
| 9343421 | Jia Li Wang | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343435 | Jiamei Lu | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343412 | Jian Gong | c/o Kevin Kerveng Tung, Esq.    Kevin Kerveng Tung P.C.    Queens Crossing Business Center    136–20 38th Avenue, Suite 3D    Flushing, NY 11354 |
| 9384354 | Jiang Su Province Jian Gong Group LTD Beijing Bran | C/O Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing NY 11354 |
| 9343434 | Jianhu Yi and Qiuju Jia | C/O Arthur Angel, Esq.    1305 n. Poinsettia Place    Los Angeles, CA 90046 USA |
| 9384355 | Jianshengxie and Jiefu Zheng | ML and CHEN, P.C.    136–79 Roosevelt Ave. Suite 303    Flushing NY 11354 |
| 9384356 | John S. Lau | 53 Cody Avenue    Glen Head, NY 11545 |
| 9343424 | Jonathan Young | 141 Allenby Road    Wellington Point, QLD 4160    AUSTRALIA |
| 9389658 | Jonathan Young | 15/23 Middle Street    Cleveland QLD 4160 Queensland    Australia |
| 9343419 | Jun Chen aka Jonathan Ho | c/o Wayne Wei Zhu, Esq.    4125 Kissena Blvd, Suite 112    Flushing, NY 11355 |
| 9343436 | Jun Liu | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9384357 | June Shi | c/o Thompson Hine LLP    Attn: Natalie Gabrenya    20 N. Clark St., Suite 800    Chicago, IL 60602 |
| 9343430 | Kaixin Hong | C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta |
| 9384358 | Kercsmar Feltus & Collins PLLC | 7150 E. Camelback Road    Suite 285    Scottsdale, AZ 85251 |
| 9343447 | Keyi Zilkie | c/o TroyGould PC    1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067 |

| | | | | |
|---|---|---|---|---|
| 9384359 | LALIVE SA | Attn: President or General Manager | Rue de la Mairie 35 | 1207 Geneva, Switzerland |
| 9343418 | Lamp Capital, LLC | Attn: Bernardo Enriquez | 667 Madison Avenue | New York, NY 10065 |
| 9384361 | Lawall & Mitchell, LLC | 55 Madison Avenue | Morristown, NJ 07960 | |
| 9384363 | Liehong Zhuang | C/O Trexler & Zhang, LLP | 224 West 35th Street, 12th Floor | New York, NY 10001 |
| 9343415 | Liehong Zhuang/Xiao Yan Zhu | c/o Trexler & Zhang, LLP | 224 West 35th Street, 11th Floor | New York, NY 10001 |
| 9384364 | Lihong Wei Lafrenz (a/k/a Sara Wei) | Coppersmith Brockelman PLC | 2800 N. Central Avenue, Suite 1900 | Phoenix, AZ 85004 |
| 9343437 | Linda Cheng | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA   Attn: Brian P. Lanciault, Esq. |
| 9384365 | Linda He Cheung | c/o Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 |
| 9343425 | Logan Cheng | c/o Jay M. Wolman | Randazza Legal Group, PLLC | 100 Pearl Street, 14th Floor   Hartford, CT 06103 |
| 9389622 | Luc A. Despins, Esq.; Paul Hastings | Ch 11 Trustee of Estate of Ho Wan Kwok | 200 Park Avenue | New York, NY 10166 |
| 9343438 | Mao-Fu Weng | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA   Attn: Brian P. Lanciault, Esq. |
| 9389664 | Max Krasner for | Golden Spring New York LTD | 162 E. 64th Street | New York, NY 10065-7478 |
| 9343411 | Nan Tong Si Jian | c/o Kevin Tung, Esq. | Kevin Kerveng Tung P.C. | Queens Crossing Business Center   136-20 38th Avenue, Suite 3D   Flushing, NY 11354 |
| 9384366 | Nan Tong Si Jian Group, LTD | C/O Kevin Kerveng Tung, P.C. | 136-20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 |
| 9343407 | Ning Ye | Law Office of Ning Ye, Esq. | 135-11 38th Ave. #1A | Flushing, NY 11354 |
| 9389667 | O'Melveny & Myers | for Pacific Alliance Asia Opp Fund | Attn: P Friedman E Moss D Perez D Shama | 7 Times Square   New York, NY 10036-6524 |
| 9389668 | Pacific Alliance Asia Opportunity Fund | Attn: President or General Mgr | 33/F, Three Pacific Place | Queens Road East, Hong Kong |
| 9384368 | Petrillo Klein & Boxer LLP | 655 Third Avenue | 22nd Floor | New York, NY 10017 |
| 9389631 | Qiang Guo | c/o Berkeley Rowe | Marble Arch Park House | 116 Park St   Mayfair, London UK W1K 6SS |
| 9389632 | Qiang Guo | c/o Bravo Luck Limited | P.O. Box 957 | Off Shore Incorporation Centre   Road Town Tortola BVI |
| 9384369 | Quiju Jia | Arthur R. Angel, Attorney at Law | 1305 N. Poinsettia Place | Los Angeles, CA 90046 |
| 9384370 | Rong Zhang | c/o Wolf Haldenstein Adler et al. | Attn: Benjamin Y. Kaufman | 270 Madison Avenue   New York, NY 10016 |
| 9343439 | RuQin Wang | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA   Attn: Brian P. Lanciault, Esq. |
| 9384371 | Rui Ma | C/O Arkin Solbakken, LLP | Attn: Robert C. Angelillo | 900 Third Avenue, 18th Floor   New York, NY 10022 |
| 9358088 | Rui Ma | Carollynn HG Callari, Esq/Callari Partne | 100 Somerset Corporate Blvd., Suite 206 | Bridgewater, NJ 08807 |
| 9384372 | Ruizheng An | c/o AFN Law | 41 Madison Ave, 31st Floor | New York, NY 10010 |
| 9384373 | Rule of Law Foundation III, Inc. | c/o KAUFMAN BORGEEST & RYAN LLP | Attn: Daniel A. Schilling, Esq. | 120 Broadway 14th Floor   New York, NY 10271 |
| 9384374 | Rule of Law Society IV Inc. | c/o NORRIS MCLAUGHLIN, P.A | Attn: Steven J. Reed | 7 Times Square, 21st Floor   New York, NY 10036 |
| 9384375 | Ruquin Wang | c/o Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 |
| 9343426 | SHI | C/O Thompson Hine | 20 N. Clark St., Ste 3200 | Chicago, IL 60602 USA   Attn: Steven A. Block, Esq. |
| 9348491 | Samuel Dan Nunberg | 600 South Dixie Highway, Suite 455 | West Palm Beach, FL 33401 | |
| 9384376 | Samuel Dan Nunberg | C/O Nesenoff & Miltenberg, LLP | 363 Seventh Ave, 5th Floor | New York, NY 10001 |
| 9343417 | Samuel Nunberg | C/O Nesenoff & Miltenberg, LLP | 363 Seventh Ave, 5th Floor | New York, NY 10001 USA   Attn: Andrew T. Miltenberg, Esq. |
| 9384377 | Saraca Media Group, Inc. | c/o Baker Hostetler | Attn: L. David Anderson | 2850 North Harwood Street Suite 1100   Dallas, TX 75201 |
| 9384378 | Schulman Bhattacharya, LLC | 6116 Executive Boulevard | Suite 425 | Bethesda, MD 20852 |
| 9384379 | Selas Montbrial Avocats | 10, Rue Cimarosa | 75116 | Paris- France |
| 9384380 | Shane D Shook | 2821 Monterey Avenue | Soquel CA 95073 | |
| 9389634 | Sherry Millman Curtis C. Mechling | Stroock & Stroock & Lavan LLP | for The Sherry-Netherland, Inc. | 180 Maiden Lane   New York, NY 10038-4982 |
| 9384382 | Shi Jia Zhuang Zhen Yuan Jian Zhu An Zhuang Gong C | C/O Kevin Kerveng Tung, P.C. | 136-20 38th Avenue, Suite 3D & 3F | Flushing, NY 11354 |
| 9384383 | Shuang Wang | c/o Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 |
| 9384384 | Stokes Lawrence, PS | 1420 Fifth Avenue | Suite 3000 | Seattle, WA 98101 |
| 9384385 | Strategic Vision US, LLC | GRAVES GARRETT LLC | 1100 Main Street, Suite 2700 | Kansas City, MO 64105 |
| 9384386 | THE CASPER FIRM | 400 E. Pratt Street | Suite 903 | Baltimore, MD 21202 |
| 9384335 | TROUTMAN PEPPER HAMILTON SANDERS LLP | 1313 North Market Streets, Suite 5100 | Wilmington, DE 19801 | |
| 9343440 | Teli Chen | C/O Thompson Hine | 335 Madison Avenue, 12th Floor | New York, NY 10017 USA   Attn: Brian P. Lanciault, Esq. |
| 9384387 | The Francis Firm PLLC | Attn: President or General Manager | 50 Riverside Blvd. #3G | New York, NY 10069 |

| | | |
|---|---|---|
| 9384388 | The Law Offices of Rafael A. Vargas | Attn: President or General Manager    100 N. Lasalle Street    Chicago, IL 60602 |
| 9384389 | The Sherry–Netherland Hotel | 781 5th Avenue    New York, NY 10022 |
| 9384390 | Thomas Ragland | JENNER & BLOCK LLP    1099 New York Ave., NW, Suite 900    Washington, DC 20001 |
| 9384391 | Troutman Pepper Hamilton Sanders LLP | 3000 Two Logan Square    Eighteenth and Arch Streets    Philadelphia, PA 19103 |
| 9384392 | U.S. Legal Support, Inc. | 200 West Jackson    Suite 600    Chicago, IL 60606 |
| 9367001 | U.S. Securities and Exchange Commission | Attn: Bankruptcy Group    100 Pearl Street, Suite 20–100    New York, NY 10004 |
| 9389670 | U.S. Securities and Exchange Commission | Attn: Bankruptcy Unit    100 F Street, N.E.    Washington, DC 20549 |
| 9384743 | UBS AG | Attn: Herbert–Smith Freehills LLP    Exchange House    Primrose Street    London, UK EC2A 2EG |
| 9389671 | UBS AG | Attn: President or General Mgr    600 Washington Blvd 9th Floor    Stamford, CT 06901 |
| 9384744 | UBS AG (London Branch) | Attn: Herbert Smith Freehills LLP    Exchange House    Primrose Street    London, UK EC2A 2EG |
| 9384393 | Una Manyee Wilkinson | 68–18 June Street    Forest Hills, NY 11375 |
| 9384396 | VX Cerda & Associates | Attn: Victor Cerda    601 Brickell Ave    Suite 700    Miami, FL 33131 |
| 9389672 | Verdolino & Lowey, P.C. | Attn: President or General Mgr    124 Washington Street    Foxboro, MA 02035–1368 |
| 9389673 | Veritext | Attn: President or General Mgr    290 West Mt. Pleasant Ave    Livingston, NJ 07039 |
| 9384395 | Voice Guo Media, Inc. | c/o Coppersmith Brockelman PLC    Attn: Keith Beauchamp    2800 N. Central Avenue, Suite 1900    Phoenix, AZ 85004 |
| 9343422 | WA&HF, LLC/Ruizeng An | C/O AFN Law    41 Madison Avenue, 31st Floor    New York, NY 10010 USA    Attn: Angus Ni, Esq. |
| 9343427 | WANG | C/O Carmody Torrance Sandak & Hennessey    195 Church Street, P.O. Box 1950    New Haven, CT 6509 USA    Attn: David Grudberg |
| 9358089 | Weican "Watson" Meng | c/o Carollynn HG Callari, Esq,    Callari Partners LLC    100 Somerset Corp. Blvd. Suite 206    Bridgewater, NJ 08807 |
| 9384397 | Weican ("Watson") Meng | C/O Arkin Solbakken, LLP    900 Third Avenue, 18th Floor    New York, NY 10022 |
| 9384398 | Weican Meng/Boxun, Inc. | C/O Arkin Solbakken, LLP    900 Third Avenue, 18th Floor    New York, NY 10022 |
| 9343441 | Weiguo Sun | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343442 | Weixiand Ge | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9384399 | Weixiang Ge | c/o Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 |
| 9343429 | Wen Lin | C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta |
| 9343433 | Xiaobo He | C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta |
| 9384401 | Xiaobo Luo | 250 Park Avenue, 7th Floor    c/o HGT Law    New York, NY 10177 |
| 9384402 | Xiaodan Wang | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LL    270 Madison Avenue    New York, NY 10016 |
| 9343432 | Xiaoping Luo | C/O HGT Law    250 Park Avenue, 7th Floor    New York, NY 10177 USA    Attn: Hung Ta |
| 9343443 | Xingyu Yan | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343454 | Xiong Xian Wei Ye | C/O Kevin Tung, Esq.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 USA    Attn: Kevin Tung, Esq |
| 9358703 | Xiqiu "Bob" Fu | c/o Irve J. Goldman    Pullman & Compley, LLC    P O Box 7006    Bridgeport, CT 06601 |
| 9384403 | Xiqui ("Bob") Fu | c/o The Lanier Law Firm    Attn: Kenneth W. Starr    10940 W. Sam Houston Parkway N., Ste 100    Houston, TX 77064 |
| 9343444 | Yan Gao | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9384404 | Yan Huang | C/O Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 |
| 9343413 | Yan Zhao | c/o Law Office of Ning Ye, Esq.    135–11 38th Ave.#1A    Flushing, NY 11354 |
| 9343409 | Yang Lan and Wu Zheng | 900 Third Avenue, 18th Floor    c/o Arkin Solbakken, LLP    New York, NY 10022    Attn: Robert C. Angelillo |
| 9384405 | Yeliang Xia | c/o Dennis Stewart & Krischer PLLC    Attn: Harry Adrian Dennis, Esq.    2007 15th Street N, Suite 201    Arlington, VA 22201 |
| 9343445 | Yi Li | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9343446 | Ying Liu | C/O Thompson Hine    335 Madison Avenue, 12th Floor    New York, NY 10017 USA    Attn: Brian P. Lanciault, Esq. |
| 9384406 | Yua Hua Zhuang Shi | C/O Kevin Kerveng Tung, P.C.    136–20 38th Avenue, Suite 3D & 3F    Flushing, NY 11354 |
| 9343414 | Yua Hua Zhuang Shi | c/o Kevin Tung Esq.    Kevin Kerveng Tung P.C.    Queens Crossing Business Center    136–20 38th Avenue, Suite 3D    Flushing, NY 11354 |
| 9344053 | Yue Hua Zhu Shi | 136–20 38th Avenue, Suite 3D    c/o Kevin Kerveng Tung, P.C.    Flushing, NY 11354    Attn: Kevin Tung, Esq. |

| | | | | |
|---|---|---|---|---|
| 9384407 | Yunxia Wu | c/o Giordano, Halleran &. Ciesla, P.C. | 1250 Broadway, 36th Floor | New York, NY 10010 |
| 9384408 | Zeichner Ellman & Krause LLP | 1420 New York Avenue NW | Suite 210 | Washington, DC 20005 |
| 9389676 | Zeisler & Zeisler PC | Attn: Aaron Romney, James M. Moriarty    John Cesaroni, Eric Henzy, S Kindseth    10 Middle Street 15th Floor    Bridgeport, CT 06604–4299 | | |
| 9343456 | Zhen Yuan Jian Zhu | C/O Kevin Tung, Esq. | 38th Avenue, Suite 3d | Flushing, NY 11354 USA |
| 9358087 | Zheng ("Bruno") Wu and Yang Lan | c/o Carollynn HG Callari, Esq/Callari, E    Callari Partners LLC    100 Somerset Corp. Blvd., Suite 206    Bridgewater, NJ 08807 | | |
| 9343428 | Zhengjun Dong | C/O HGT Law | 250 Park Avenue, 7th Floor | New York, NY 10177 USA    Attn: Hung Ta |
| 9384409 | Zong Xian Weiye | c/o Kevin Tung | 38th Avenue Suite 3D | Flushing, NY 11354 |
| 9343448 | yunxia Wu | c/o TroyGould PC | 1801 Century Park East, 16th Floor | Attn: Christopher A. Lilly    Los Angeles, CA 90067 |

TOTAL: 162