# **EXHIBIT A**

| Control Number | Type | Sort Date/Time | Email Subject | Email From | Email To | Email CC | Privilege | Personal Harm | Redaction |
|---|---|---|---|---|---|---|---|---|---|
| Kwok_019269 | MSG | | RE: Draft Disqualification Brief | Melissa Francis [melissaf@gsnyus.com] | Rose, Nicholas [nrose@bakerlaw.com];aaron@lmesq.com | Siegal, John [jsiegal@bakerlaw.com];Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com] | Attorney-client communication | Discussion of SEC investigation | Produced as redacted |
| Kwok_019523 | MSG | | FW: Kwok -Contempt (Lady May) hearing | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com];Cole, Tracy [TCole@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com] | | Attorney-client communication | Discussion of Wu matter | Produced as redacted |
| Kwok_019780 | MSG | | Fw: Privileged & Confidential - Cahill | Siegal, John [jsiegal@bakerlaw.com] | Rose, Nicholas [nrose@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com] | Attorney-client communication | Discussion of SEC investigation and 5th Amendment privilege | Produced as redacted |
| Kwok_020034 | MSG | | Re: Eddie Moss | Siegal, John [jsiegal@bakerlaw.com] | Melissa Francis [melissaf@gsnyus.com];Aaron Mitchell [aaron@lmesq.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com] | Attorney-client communication | Discussion of SEC investigation and 5th Amendment privilege | Produced as redacted |
| Kwok_020060 | MSG | | RE: Kwok -Contempt (Lady May) hearing | Barrow, Erica [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C2F02EE249804B9AA010980EDBB34921-BARROW CLAR] | Melissa Francis [melissaf@gsnyus.com];Vartan, Lee [lvartan@csglaw.com];Siegal, John [jsiegal@bakerlaw.com];Aaron Mitchell [aaron@lmesq.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Cole, Tracy [TCole@bakerlaw.com] | Attorney-client communication | Discussion of Wu matter | Produced as redacted |
| Kwok_020237 | MSG | | RE: Kwok -Contempt (Lady May) hearing | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Melissa Francis [melissaf@gsnyus.com];Barrow, Erica [ebarrow@bakerlaw.com];Siegal, John [jsiegal@bakerlaw.com];Aaron Mitchell [aaron@lmesq.com] | Cole, Tracy [TCole@bakerlaw.com] | Attorney-client communication | Discussion of Wu matter | Produced as redacted |
| Kwok_020371 | MSG | | RE: Brief | Rose, Nicholas [nrose@bakerlaw.com] | Melissa Francis [melissaf@gsnyus.com];Siegal, John [jsiegal@bakerlaw.com];Guy Petrillo [gpetrillo@pkbllp.com] | aaron@lmesq.com;Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com] | Attorney-client communication | Discussion of 5th Amendment privilege | Produced as redacted |
| Kwok_020400 | MSG | | FW: GSNY Productions | Barrow, Erica [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C2F02EE249804B9AA010980EDBB34921-BARROW CLAR] | Siegal, John [jsiegal@bakerlaw.com];Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | | Attorney-client communication | Discussion of 5th Amendment privilege | Produced as redacted |

| Bates | Type | Subject | From | To | CC | Privilege | Description | Status |
|---|---|---|---|---|---|---|---|---|
| Kwok_020721 | MSG | RE: Kwok -Contempt (Lady May) hearing | Melissa Francis [melissaf@gsnyus.com] | Vartan, Lee [lvartan@csglaw.com];Barrow, Erica [ebarrow@bakerlaw.com]; Siegal, John [jsiegal@bakerlaw.com];'Aaron Mitchell' [aaron@lmesq.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Cole, Tracy [TCole@bakerlaw.com] | Attorney-client communication | Discussion of Wu matter | Produced as redacted |
| Kwok_021558 | MSG | FW: Kwok -Contempt (Lady May) hearing | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Barrow, Erica [ebarrow@bakerlaw.com] | | Attorney-client communication | Discussion of Wu matter | Produced as redacted |
| Kwok_021630 | MSG | RE: Kwok -Contempt (Lady May) hearing | Melissa Francis [melissaf@gsnyus.com] | Vartan, Lee [lvartan@csglaw.com];Barrow, Erica [ebarrow@bakerlaw.com]; Siegal, John [jsiegal@bakerlaw.com];Aaron Mitchell [aaron@lmesq.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Cole, Tracy [TCole@bakerlaw.com] | Attorney-client communication | Discussion of Wu matter | Produced as redacted |
| Kwok_021774 | MSG | RE: Sulner report | Barrow, Erica [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C2F02EE249804B9AA010980EDBB34921-BARROW CLAR] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Siegal, John [jsiegal@bakerlaw.com] | | Attorney-client communication | Discussion of Wu matter | Produced as redacted |
| Kwok_022031 | MSG | RE: Brief | Rose, Nicholas [nrose@bakerlaw.com] | Melissa Francis [melissaf@gsnyus.com];Siegal, John [jsiegal@bakerlaw.com];Guy Petrillo [gpetrillo@pkbllp.com] | aaron@lmesq.com;Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com] | Attorney-client communication | Discussion of 5th Amendment privilege | Produced as redacted |
| Kwok_022212 | MSG | RE: Cahill DQ Papers | Rose, Nicholas [nrose@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com] | Attorney-client communication | Discussion of SEC investigation and 5th Amendment privilege | Produced as redacted |
| Kwok_022496 | MSG | Re: Pax/Kwok - report on meet and confer with opposing counsel (1.22.20) | Victor Cerda [vxc@vcerdalaw.com] | Melissa Francis [melissaf@gsnyus.com] | Aaron Mitchell [aaron@lmesq.com];Carvalho, Melissa M. [mcarvalho@bakerlaw.com];jessicam@gtv.org;Siegal, John [jsiegal@bakerlaw.com];Satter, Joshua A. [jsatter@bakerlaw.com] | Attorney-client communication | Discussion of asylum application | Produced as redacted |
| Kwok_022525 | MSG | RE: PAX discovery | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com] | Satter, Joshua A. [jsatter@bakerlaw.com] | Attorney-client communication | Discussion of Wu matter | Produced as redacted |
| Kwok_022530 | MSG | Fw: PAX discovery | Siegal, John [jsiegal@bakerlaw.com] | Satter, Joshua A. [jsatter@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Attorney-client communication | Discussion of Wu matter | Produced as redacted |
| Kwok_023573 | MSG | RE: Bruno Wu | Melissa Francis [melissaf@gsnyus.com] | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com] | Attorney-client communication | Discussion of Wu matter | |

| Bates | Type | Subject | From | To | CC | Privilege | Description | Status |
|---|---|---|---|---|---|---|---|---|
| Kwok_023575 | MSG | Bruno Wu | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Melissa Francis [melissaf@gsnyus.com] | Siegal, John [jsiegal@bakerlaw.com] | Attorney-client communication | Discussion of Wu matter | |
| Kwok_023622 | MSG | Re: PAX discovery | Siegal, John [jsiegal@bakerlaw.com] | Melissa Francis [melissaf@gsnyus.com];Daniel@yankwitt.com;Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Aaron Mitchell (aaron@lmesq.com) [aaron@lmesq.com] | | Attorney-client communication | Discussion of Wu matter | Produced as redacted |
| Kwok_023681 | MSG | RE: Draft Disqualification Brief | Rose, Nicholas [nrose@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com] | | Attorney-client communication | Discussion of 5th Amendment privilege | Produced as redacted |
| Kwok_023690 | MSG | Re: PAX discovery | Siegal, John [jsiegal@bakerlaw.com] | Melissa Francis [melissaf@gsnyus.com];Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Daniel@yankwitt.com;Aaron Mitchell (aaron@lmesq.com) [aaron@lmesq.com] | Attorney-client communication | Discussion of Wu matter | Produced as redacted |
| Kwok_023887 | MSG | RE: Opposition to Meng's motion for summary judgment | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com] | | Attorney-client communication | Discussion re SEC investigation | Produced as redacted |
| Kwok_023895 | MSG | RE: Bruno Wu | Melissa Francis [melissaf@gsnyus.com] | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com] | Attorney-client communication | Discussion of Ma and Wu matters | |
| Kwok_023952 | MSG | RE: Reply Brief | Rose, Nicholas [nrose@bakerlaw.com] | Melissa Francis [melissaf@gsnyus.com];Aaron Mitchell [aaron@lmesq.com];Siegal, John [jsiegal@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Attorney-client communication | Discussion re SEC investigation | Produced as redacted |
| Kwok_024565 | MSG | RE: Bruno Wu | Melissa Francis [melissaf@gsnyus.com] | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com] | Attorney-client communication | Discussion of Wu matter | |
| Kwok_024616 | MSG | RE: Reply Brief | Rose, Nicholas [nrose@bakerlaw.com] | Melissa Francis [melissaf@gsnyus.com];Aaron Mitchell [aaron@lmesq.com];Siegal, John [jsiegal@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Attorney-client communication | Discussion re SEC investigation | Produced as redacted |
| Kwok_024645 | MSG | RE: Miles Kwok/Greenwich Land, LLC | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com] | | Attorney-client communication | Discussion of 5th Amendment privilege | Produced as redacted |
| Kwok_024661 | MSG | Re: Bruno Wu | Melissa Francis [melissaf@gsnyus.com] | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com] | Attorney-client communication | Discussion of Wu matter | |
| Kwok_024908 | MSG | Re: Kwok - call with Guy Petrillo and client team 3.5.21 | Siegal, John [/O=BH/OU=NEW YORK/CN=RECIPIENTS/CN=JSIEGAL] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | | Attorney-client communication | Discussion of 5th Amendment privilege | |
| Kwok_024952 | MSG | Re: Kwok Subpoenas | jsiegal@bakerlaw.com | Rose, Nicholas [nrose@bakerlaw.com] | | Attorney-client communication | Discussion re SEC investigation | Produced as redacted |

| Bates | Type | Subject | From | To | CC | Privilege | Description | Notes |
|---|---|---|---|---|---|---|---|---|
| Kwok_025039 | MSG | Re: Kwok Libel | Siegal, John [/O=BH/OU=NEW YORK/CN=RECIPIENTS/CN=JSIEGAL] | Shapiro, Peter B. [pshapiro@bakerlaw.com]; Bailen, Mark [MBailen@bakerlaw.com] | | Attorney-client communication | Discussion of 5th Amendment privilege | Produced as redacted |
| Kwok_025338 | MSG | RE: Common interest privileged communication | Melissa Francis [melissaf@gsnyus.com] | James Valentino [valentino@clayro.com] | [pshapiro@bakerlaw.com];Bailen, Mark [MBailen@bakerlaw.com];Siegal, John [jsiegal@bakerlaw.com];Isabelle A. Kirshner (kirshner@clayro.com) [kirshner@clayro.com];Aaron Mitchell (aaron@lmesq.com) [aaron@lmesq.com] | Attorney-client communication | Discussion of Wu matter | |
| Kwok_025343 | MSG | RE: Tang & Geng Case | Bailen, Mark [/O=BH/OU=WASHINGTON DC/CN=RECIPIENTS/CN=MBAILEN] | Siegal, John [jsiegal@bakerlaw.com] | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Attorney-client communication | Discussion of 5th Amendment privilege | Produced as redacted |
| Kwok_025346 | MSG | Fwd: Common interest privileged communication | Bailen, Mark [MBailen@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com] | | Attorney-client communication | Discussion of Wu matter | |
| Kwok_025355 | MSG | FW: Common interest privileged communication | Bailen, Mark [/O=BH/OU=WASHINGTON DC/CN=RECIPIENTS/CN=MBAILEN] | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com] | Attorney-client communication | Discussion of Wu matter | |
| Kwok_025364 | MSG | FW: Common interest privileged communication | Bailen, Mark [/O=BH/OU=WASHINGTON DC/CN=RECIPIENTS/CN=MBAILEN] | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com] | Attorney-client communication | Discussion of Wu matter | |
| Kwok_025410 | MSG | Re: Common interest privileged communication | James Valentino [valentino@clayro.com] | Melissa Francis [melissaf@gsnyus.com] | Shapiro, Peter B. [pshapiro@bakerlaw.com];Bailen, Mark [MBailen@bakerlaw.com];Siegal, John [jsiegal@bakerlaw.com];Isabelle A. Kirshner (kirshner@clayro.com) [kirshner@clayro.com] | Attorney-client communication | Discussion of Wu and Ma matters | |
| Kwok_025414 | MSG | Mediation statement in Bruno Wu matter | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Melissa Francis [melissaf@gsnyus.com];jessicam@gtv.org;Aaron Mitchell [aaron@lmesq.com] | Bailen, Mark [MBailen@bakerlaw.com];Siegal, John [jsiegal@bakerlaw.com] | Attorney-client communication | Discussion of Wu matter | |
| Kwok_025419 | MSG | Re: Mediation statement in Bruno Wu matter | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Melissa Francis [melissaf@gsnyus.com] | Bailen, Mark [MBailen@bakerlaw.com];Siegal, John [jsiegal@bakerlaw.com];jessicam@gtv.org;Aaron Mitchell [aaron@lmesq.com] | Attorney-client communication | Discussion of Wu matter | |

| Bates | Type | Subject | From | To | CC | Privilege | Description | Notes |
|---|---|---|---|---|---|---|---|---|
| Kwok_025483 | MSG | RE: Mediation statement in Bruno Wu matter | Melissa Francis [melissaf@gsnyus.com] | Shapiro, Peter B. [pshapiro@bakerlaw.com]; jessicam@gtv.org;Aaron Mitchell [aaron@lmesq.com] | Bailen, Mark [MBailen@bakerlaw.com];Siegal, John [jsiegal@bakerlaw.com] | Attorney-client communication | Discussion of Wu matter | |
| Kwok_025497 | MSG | Common interest privileged communication | Melissa Francis [melissaf@gsnyus.com] | Shapiro, Peter B. [pshapiro@bakerlaw.com]; Bailen, Mark [MBailen@bakerlaw.com]; Siegal, John [jsiegal@bakerlaw.com];Isabelle A. Kirshner (kirshner@clayro.com) [kirshner@clayro.com];James F. Valentino (valentino@clayro.com) [valentino@clayro.com] | | Attorney-client communication | Discussion of Wu and Ma matters | |
| Kwok_025501 | MSG | RE: Common interest privileged communication | Melissa Francis [melissaf@gsnyus.com] | Shapiro, Peter B. [pshapiro@bakerlaw.com]; Bailen, Mark [MBailen@bakerlaw.com]; Siegal, John [jsiegal@bakerlaw.com];Isabelle A. Kirshner (kirshner@clayro.com) [kirshner@clayro.com];James F. Valentino (valentino@clayro.com) [valentino@clayro.com] | | Attorney-client communication | Discussion of Wu and Ma matters | |
| Kwok_025571 | MSG | Re: Brief | Carvalho, Melissa M. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8E556514EB65452AA2A7FAD2E65D82E5-CARVALHO, M] | Melissa Francis [melissaf@gsnyus.com] | Rose, Nicholas [nrose@bakerlaw.com];Siegal, John [jsiegal@bakerlaw.com];Guy Petrillo [gpetrillo@pkbllp.com];aaron@lmesq.com;Barrow, Erica [ebarrow@bakerlaw.com] | Attorney-client communication | Discussion of 5th Amendment privilege | Produced as redacted |
| Kwok_025591 | MSG | Re: PAX discovery | Carvalho, Melissa M. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8E556514EB65452AA2A7FAD2E65D82E5-CARVALHO, M] | Siegal, John [jsiegal@bakerlaw.com] | Satter, Joshua A. [jsatter@bakerlaw.com] | Attorney-client communication | Discussion of Wu matter | Produced as redacted |
| Kwok_026231 | MSG | PAX/Kwok - draft letter to opposing counsel re: 5th A | Carvalho, Melissa M. [/O=BH/OU=NEW YORK/CN=RECIPIENTS/CN=MCARVALHO] | Melissa Francis [melissaf@gsnyus.com];Aaron Mitchell (aaron@lmesq.com) [aaron@lmesq.com];Guy Petrillo [gpetrillo@pkbllp.com] | Siegal, John [jsiegal@bakerlaw.com] | Attorney-client communication | Discussion of 5th Amendment privilege | |
| Kwok_019594 | DOCX | Outline for Interview with Miles Guo | | | | Confidential attorney work product | Concerns SEC investigation | |

| Bates | Type | Date | Description | Privilege | Notes | Status |
|---|---|---|---|---|---|---|
| Kwok_021784 | DOCX | | Miles Kwok Deposition Testimony on Forgery Issue | Confidential attorney work product | Concerns Wu matter | |
| Kwok_021939 | PDF | | Outline for Interview with Miles Guo | Confidential attorney work product | Concerns SEC investigation | |
| Kwok_022214 | PDF | | Letter from SEC Division of Enforcement | Privileged | Concerns SEC investigation | |
| Kwok_025415 | Letter | 7/14/2020 | Letter from Mark Bailen to Michelle Kern-Rappy | Privileged | Concerns SEC investigation | |
| Kwok_025485 | DOCX | 1/25/2021 | Letter from Mark Bailen to Michelle Kern-Rappy | Privileged | Concerns Wu matter | |
| Kwok_025489 | DOCX | 1/25/2021 | Letter from Mark Bailen to Michelle Kern-Rappy | Privileged | Concerns Wu matter | |
| Kwok_025508 | DOCX | | Draft pleading | Privileged | Concerns Wu matter | |
| Kwok_026486 | | | M. Carvalho handwritten notes | Privileged | Concerns Wu matter and SEC investigation | Produced as redacted |
| Kwok_026564 | | | | Privileged | Concerns Wu matter, SEC investigation, 5th Amendment privilege and asylum application | Produced as redacted |

| Control Number | Type | Sort Date/Time | Email Subject | Email From | Email To | Email CC | Privilege | Personal Harm | Redaction |
|---|---|---|---|---|---|---|---|---|---|
| Kwok_027515 | MSG | | FW: GTV: Call with SEC | Siegal, John [jsiegal@bakerlaw.com] | Rose, Nicholas [nrose@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com] | Attorney-client communication | Discussion re SEC investigation | |
| Kwok_027619 | PDF | | Draft Talking Points for Your Consideration | Bradley Bondi | Victor Cerda | | Attorney-client communication | Discussion re SEC investigation | |
| Kwok_027637 | MSG | | Cahill | Rose, Nicholas [nrose@bakerlaw.com] | Barrow, Erica [ebarrow@bakerlaw.com] | | Attorney-client communication | Discussion re SEC investigation | |
| Kwok_027640 | MSG | | Re: Simon Affirmation | Aaron Mitchell [aaron@lmesq.com] | Rose, Nicholas [nrose@bakerlaw.com] | Melissa Francis [melissaf@gsnyus.com];Siegal, John [jsiegal@bakerlaw.com];Guy Petrillo [gpetrillo@pkbllp.com];Barrow, Erica [ebarrow@bakerlaw.com];Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Attorney-client communication | Discussion re SEC investigation | Produced as redacted |
| Kwok_027654 | MSG | | RE: Simon Aff | Rose, Nicholas [nrose@bakerlaw.com] | Guy Petrillo [gpetrillo@pkbllp.com];Melissa Francis [melissaf@gsnyus.com];Siegal, John [jsiegal@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com];Carvalho, Melissa M. [mcarvalho@bakerlaw.com];aaron@lmesq.com | | Attorney-client communication | Discussion re SEC investigation | Produced as redacted |
| Kwok_027669 | MSG | | Re: Simon Aff | Melissa Francis [melissaf@gsnyus.com] | Guy Petrillo [gpetrillo@pkbllp.com];Rose, Nicholas [nrose@bakerlaw.com];Siegal, John [jsiegal@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com];Carvalho, Melissa M. [mcarvalho@bakerlaw.com];aaron@lmesq.com | | Attorney-client communication | Discussion re SEC investigation | Produced as redacted |
| Kwok_027693 | MSG | | RE: Mr. Kwok's invocation of his Fifth Amendment Rights | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Guy Petrillo [gpetrillo@pkbllp.com];Melissa Francis [melissaf@gsnyus.com];Aaron Mitchell (aaron@lmesq.com) [aaron@lmesq.com];Siegal, John [jsiegal@bakerlaw.com];Rose, Nicholas [nrose@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com] | | Attorney-client communication | Discussion of 5th Amendment privilege | Produced as redacted |
| Kwok_027719 | MSG | | Re: [External] Re: GTV | Siegal, John [jsiegal@bakerlaw.com] | Aaron Mitchell [aaron@lmesq.com];Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Melissa Francis [melissaf@gsnyus.com];Barrow, Erica [ebarrow@bakerlaw.com];Rose, Nicholas [nrose@bakerlaw.com] | | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_027727 | MSG | | RE: Simon Affirmation | Rose, Nicholas [nrose@bakerlaw.com] | Melissa Francis [melissaf@gsnyus.com];Siegal, John [jsiegal@bakerlaw.com];Guy Petrillo [gpetrillo@pkbllp.com];aaron@lmesq.com;Barrow, Erica [ebarrow@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Attorney-client communication | Discussion of SEC investigation | Produced as redacted |
| Kwok_027820 | PDF | | Draft Talking Points for Your Consideration | Bradley Bondi | Victor Cerda | | Attorney-client communication | Discussion re SEC investigation | |
| Kwok_027822 | MSG | | RE: Mr. Kwok's invocation of his Fifth Amendment Rights | Rose, Nicholas [nrose@bakerlaw.com] | Barrow, Erica [ebarrow@bakerlaw.com] | | Attorney-client communication | Discussion of 5th Amendment privilege | Produced as redacted |
| Kwok_027838 | PDF | | GTV: Call with SEC | Bradley Bondi | Jessica Mastrogiovanni; Melissa Francis; Aaron Mitchell; Victor Cerda; Max Krasner; Guy Petrillo; Jeremy Temkin; Joshua Klein; Chelsea Scism | Bradley Bondi; Brockton Bosson | Attorney-client communication | Discussion re SEC investigation | |
| Kwok_027840 | MSG | | RE: Simon Aff | Guy Petrillo [gpetrillo@pkbllp.com] | Rose, Nicholas [nrose@bakerlaw.com];Melissa Francis [melissaf@gsnyus.com];Siegal, John [jsiegal@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com];Carvalho, Melissa M. [mcarvalho@bakerlaw.com];aaron@lmesq.com | | Attorney-client communication | Discussion re SEC investigation | Produced as redacted |
| Kwok_027885 | MSG | | FW: ROLF-ROLS New SEC Counsel Introduction | Siegal, John [jsiegal@bakerlaw.com] | Rose, Nicholas [nrose@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com] | Attorney-client communication | Discussion re SEC investigation | Produced as redacted |

| Bates | Type | Subject | From | To | CC | Privilege | Description | Status |
|---|---|---|---|---|---|---|---|---|
| Kwok_027975 | MSG | RE: Simon Affirmation | Melissa Francis [melissaf@gsnyus.com] | Guy Petrillo [gpetrillo@pkbllp.com];Rose, Nicholas [nrose@bakerlaw.com];Siegal, John [jsiegal@bakerlaw.com];aaron@lmesq.com;Barrow, Erica [ebarrow@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Attorney-client communication | Discussion re SEC investigation | Produced as redacted |
| Kwok_027993 | MSG | RE: Simon Affirmation | Melissa Francis [melissaf@gsnyus.com] | Siegal, John [jsiegal@bakerlaw.com];Rose, Nicholas [nrose@bakerlaw.com];Guy Petrillo [gpetrillo@pkbllp.com];aaron@lmesq.com;Barrow, Erica [ebarrow@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Attorney-client communication | Discussion re SEC investigation | Produced as redacted |
| Kwok_027997 | PDF | Draft Talking Points for Your Consideration | Bradley Bondi | Victor Cerda | | Attorney-client communication | Discussion re SEC investigation | |
| Kwok_028001 | MSG | Fw: Proposed Saraca SEC Production | Siegal, John [jsiegal@bakerlaw.com] | Barrow, Erica [ebarrow@bakerlaw.com] | | Attorney-client communication | Discussion re SEC investigation | |
| Kwok_028012 | MSG | FW: Sulner report | Barrow, Erica [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C2F02EE249804B9AA010980EDBB34921-BARROW CLAR] | Siegal, John [jsiegal@bakerlaw.com];Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | | Attorney-client communication | Discussion of Cheng and Yu matters and 5th Amendment privilege | |
| Kwok_028055 | MSG | Re: [External] Re: GTV | Aaron Mitchell [aaron@lmesq.com] | Siegal, John [jsiegal@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Melissa Francis [melissaf@gsnyus.com];Barrow, Erica [ebarrow@bakerlaw.com];Rose, Nicholas [nrose@bakerlaw.com] | Attorney-client communication | Discussion re SEC investigation | |
| Kwok_028094 | MSG | RE: DQ motion | Guy Petrillo [gpetrillo@pkbllp.com] | Rose, Nicholas [nrose@bakerlaw.com];Melissa Francis [melissaf@gsnyus.com];Aaron Mitchell [aaron@lmesq.com] | Siegal, John [jsiegal@bakerlaw.com];Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com] | Attorney-client communication | Discussion of SEC investigation and 5th Amendment privilege | |
| Kwok_028143 | MSG | DQ motion | Melissa Francis [melissaf@gsnyus.com] | Aaron Mitchell [aaron@lmesq.com];Rose, Nicholas [nrose@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com];Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Barrow, Erica [ebarrow@bakerlaw.com];gpetrillo@pkbllp.com | Attorney-client communication | Discussion of 5th Amendment privilege | |
| Kwok_028172 | MSG | Re: Melissa M Carvalho sent you "12.15.20 Moss letter" | Siegal, John [jsiegal@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Barrow, Erica [ebarrow@bakerlaw.com] | Attorney-client communication | Discussion re SEC investigation | |
| Kwok_028218 | MSG | FW: Urgent Update Re Bruno Wu and Richard Frankel | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Satter, Joshua A. [jsatter@bakerlaw.com] | | Attorney-client communication | Discussion of Wu matter | |
| Kwok_028259 | MSG | Fwd: Urgent Update Re Bruno Wu and Richard Frankel | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Satter, Joshua A. [jsatter@bakerlaw.com] | | Attorney-client communication | Discussion of Wu matter | |
| Kwok_028284 | MSG | FW: Urgent Update Re Bruno Wu and Richard Frankel | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Satter, Joshua A. [jsatter@bakerlaw.com] | | Attorney-client communication | Discussion of Wu matter | |
| Kwok_028462 | MSG | FW: Urgent Update Re Bruno Wu and Richard Frankel | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Satter, Joshua A. [jsatter@bakerlaw.com] | | Attorney-client communication | Discussion of Wu matter | |
| Kwok_028640 | MSG | FW: Urgent Update Re Bruno Wu and Richard Frankel | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com];Satter, Joshua A. [jsatter@bakerlaw.com] | | Attorney-client communication | Discussion of Wu matter | |
| Kwok_028684 | MSG | RE: Urgent Update Re Bruno Wu and Richard Frankel | Satter, Joshua A. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B0B57A61C417446B810A088ADBCC3427-SATTER, JOS] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | | Attorney-client communication | Discussion of Wu matter | |
| Kwok_028686 | MSG | RE: Urgent Update Re Bruno Wu and Richard Frankel | Satter, Joshua A. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B0B57A61C417446B810A088ADBCC3427-SATTER, JOS] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | | Attorney-client communication | Discussion of Wu matter | |
| Kwok_028697 | MSG | RE: Urgent Update Re Bruno Wu and Richard Frankel | Satter, Joshua A. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B0B57A61C417446B810A088ADBCC3427-SATTER, JOS] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | | Attorney-client communication | Discussion of Wu matter | |

| Bates | Type | Subject | From | To | CC | Privilege | Description | Notes |
|---|---|---|---|---|---|---|---|---|
| Kwok_028700 | MSG | FW: Urgent Update Re Bruno Wu and Richard Frankel | Satter, Joshua A. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B0B57A61C417446B810A088ADBCC3427-SATTER, JOS] | Siegal, John [jsiegal@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Attorney-client communication | Discussion of Wu matter | |
| Kwok_028704 | MSG | RE: Urgent Update Re Bruno Wu and Richard Frankel | Satter, Joshua A. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B0B57A61C417446B810A088ADBCC3427-SATTER, JOS] | Siegal, John [jsiegal@bakerlaw.com];Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | | Attorney-client communication | Discussion of Wu matter | |
| Kwok_028765 | MSG | Re: Simon Aff | Siegal, John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=23193AF6B12F40C2AC37B0221B1F6BBA-SIEGAL, JOH] | Guy Petrillo [gpetrillo@pkbllp.com] | Rose, Nicholas [nrose@bakerlaw.com];Melissa Francis [melissaf@gsnyus.com];Barrow, Erica [ebarrow@bakerlaw.com];Carvalho, Melissa M. [mcarvalho@bakerlaw.com];aaron@lmesq.com | Attorney-client communication | Discussion of SEC investigation | Produced as redacted |
| Kwok_028768 | MSG | RE: Responses and objections to discovery requests in Geng case | Siegal, John [/O=BH/OU=NEW YORK/CN=RECIPIENTS/CN=JSIEGAL] | Shapiro, Peter B. [pshapiro@bakerlaw.com];Bailen, Mark [MBailen@bakerlaw.com] | | Attorney-client communication | Discussion of 5th Amendment privilege | |
| Kwok_028775 | MSG | Re: GTV | Siegal, John [jsiegal@bakerlaw.com] | Carney, John J. [jcarney@bakerlaw.com] | | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_028807 | MSG | Re: Melissa M Carvalho sent you "12.15.20 Moss letter" | Siegal, John [jsiegal@bakerlaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Barrow, Erica [ebarrow@bakerlaw.com] | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_028832 | MSG | Re: Proposed mediation in Meng matter and settlement conference in Huang matter | Siegal, John [jsiegal@bakerlaw.com] | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Bailen, Mark [MBailen@bakerlaw.com] | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_028912 | MSG | Re: Baosheng Guo collections check | Siegal, John [/O=BH/OU=NEW YORK/CN=RECIPIENTS/CN=JSIEGAL] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | | Attorney-client communication | Discussion of 5th Amendment privilege | Produced as redacted |
| Kwok_028971 | MSG | Re: Proposed mediation in Meng matter and settlement conference in Huang matter | Siegal, John [/O=BH/OU=NEW YORK/CN=RECIPIENTS/CN=JSIEGAL] | Shapiro, Peter B. [pshapiro@bakerlaw.com];Bailen, Mark [MBailen@bakerlaw.com] | | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_029042 | MSG | RE: Court notice | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Guy Petrillo [gpetrillo@pkbllp.com];Melissa Francis [melissaf@gsnyus.com] | Siegal, John [jsiegal@bakerlaw.com] | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_029170 | MSG | RE: Proposed mediation in Meng matter and settlement conference in Huang matter | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com];Bailen, Mark [MBailen@bakerlaw.com] | | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_029207 | MSG | RE: Urgent Update Re Bruno Wu and Richard Frankel | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com] | | Attorney-client communication | Discussion of Wu matter | |
| Kwok_029211 | MSG | RE: Urgent Update Re Bruno Wu and Richard Frankel | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com];Melissa Francis [melissaf@gsnyus.com] | | Attorney-client communication | Discussion of Wu matter | |
| Kwok_029219 | MSG | RE: Kwok | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com] | Bailen, Mark [MBailen@bakerlaw.com];Shapiro, Peter B. [pshapiro@bakerlaw.com] | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_029220 | PDF | | | | | Privileged | | |
| Kwok_029241 | PDF | | | | | Privileged | | |
| Kwok_029339 | MSG | Kwok SEC and NYAG subpoenas | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com] | | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_029386 | MSG | Re: Urgent Update Re Bruno Wu and Richard Frankel | Aaron Mitchell [aaron@lmesq.com] | Melissa Francis [melissaf@gsnyus.com] | Daniel Alter [Daniel@yankwitt.com];Siegal, John [jsiegal@bakerlaw.com];Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Mark C. Zauderer [mzauderer@ganfershore.com];Ira B. Matetsky [IMatetsky@ganfershore.com];Jazmin Parra [jazminparra@gsnyus.com] | Attorney-client communication | Discussion of Wu matter | |
| Kwok_029397 | MSG | RE: Following Up | Rose, Nicholas [nrose@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com] | | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_029454 | MSG | RE: Urgent Update Re Bruno Wu and Richard Frankel | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Melissa Francis [melissaf@gsnyus.com];Siegal, John [jsiegal@bakerlaw.com] | Aaron Mitchell (aaron@lmesq.com) [aaron@lmesq.com] | Attorney-client communication | Discussion of Wu matter | |
| Kwok_029463 | MSG | Re: Urgent Update Re Bruno Wu and Richard Frankel | Aaron Mitchell [aaron@lmesq.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Melissa Francis [melissaf@gsnyus.com];Siegal, John [jsiegal@bakerlaw.com] | Attorney-client communication | Discussion of Wu matter | |

| Bates | Type | Subject | From | To | CC | Privilege | Description | Notes |
|---|---|---|---|---|---|---|---|---|
| Kwok_029486 | MSG | Re: Urgent Update Re Bruno Wu and Richard Frankel | Siegal, John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=23193 AF6B12F40C2AC37B0221B1F6BBA-SIEGAL, JOH] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | | Attorney-client communication | Discussion of Wu matter | |
| Kwok_029538 | MSG | RE: GP Aff11.5.21.revised | Rose, Nicholas [nrose@bakerlaw.com] | Melissa Francis [melissaf@gsnyus.com];Guy Petrillo [gpetrillo@pkbllp.com] | Siegal, John [jsiegal@bakerlaw.com] | Attorney-client communication | Discussion of SEC investigation | Produced as redacted |
| Kwok_029613 | MSG | Kwok | Siegal, John [/O=BH/OU=NEW YORK/CN=RECIPIENTS/CN=JSIEGAL] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Bailen, Mark [MBailen@bakerlaw.com];Shapiro, Peter B. [pshapiro@bakerlaw.com] | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_029621 | MSG | RE: Kwok - Cahill disqualification letter | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Guy Petrillo [gpetrillo@pkbllp.com] | Siegal, John [jsiegal@bakerlaw.com];Melissa Francis [melissaf@gsnyus.com] | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_029656 | MSG | Re: Following Up | Siegal, John [jsiegal@bakerlaw.com] | Rose, Nicholas [nrose@bakerlaw.com] | | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_029664 | MSG | Subpoena | Rose, Nicholas [nrose@bakerlaw.com] | Guy Petrillo [gpetrillo@pkbllp.com] | Siegal, John [jsiegal@bakerlaw.com] | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_029665 | MSG | RE: Brief | Rose, Nicholas [nrose@bakerlaw.com] | Guy Petrillo [gpetrillo@pkbllp.com] | Siegal, John [jsiegal@bakerlaw.com] | Attorney-client communication | Discussion of SEC investigation | Produced as redacted |
| Kwok_029691 | MSG | Re: Proposed mediation in Meng matter and settlement conference in Huang matter | Siegal, John [jsiegal@bakerlaw.com] | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Bailen, Mark [MBailen@bakerlaw.com] | Attorney-client communication | Discussion of SEC investigation and Meng matter | |
| Kwok_029701 | MSG | RE: Meng and Bruno Wu Cases | Melissa Francis [melissaf@gsnyus.com] | Shapiro, Peter B. [pshapiro@bakerlaw.com];Bailen, Mark [MBailen@bakerlaw.com] | | Attorney-client communication | Discussion of Wu matter | |
| Kwok_029778 | MSG | RE: Miles | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Bailen, Mark [MBailen@bakerlaw.com] | | Attorney-client communication | Discussion of 5th Amendment privilege; discussion of Wu and Meng matters | |
| Kwok_029946 | MSG | RE: Proposed mediation in Meng matter and settlement conference in Huang matter | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Siegal, John [jsiegal@bakerlaw.com];Melissa Francis [melissaf@gsnyus.com];jessicam@gtv.org;Aaron Mitchell [aaron@lmesq.com] | Bailen, Mark [MBailen@bakerlaw.com] | Attorney-client communication | Discussion of Wu and Meng matters | |
| Kwok_030072 | MSG | RE: Proposed mediation in Meng matter and settlement conference in Huang matter | Shapiro, Peter B. [pshapiro@bakerlaw.com] | Melissa Francis [melissaf@gsnyus.com];Siegal, John [jsiegal@bakerlaw.com];jessicam@gtv.org;Aaron Mitchell [aaron@lmesq.com] | Bailen, Mark [MBailen@bakerlaw.com] | Attorney-client communication | Discussion of Meng matter | |
| Kwok_030076 | MSG | Re: Miles | Bailen, Mark [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=92D88 C58C4DB456E9C06ACE9D78F7F74-BAILEN, MAR] | Shapiro, Peter B. [pshapiro@bakerlaw.com] | | Attorney-client communication | Discussion of 5th Amendment privilege; discussion of Wu and Meng matters | |
| Kwok_030109 | MSG | FW: Court notice | Carvalho, Melissa M. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8E556 514EB65452AA2A7FAD2E65D82E5-CARVALHO, M] | Rose, Nicholas [nrose@bakerlaw.com] | | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_030116 | MSG | RE: VM received today | Carvalho, Melissa M. [/O=BH/OU=NEW YORK/CN=RECIPIENTS/CN=MCARVALHO] | Melissa Francis [melissaf@gsnyus.com];Siegal, John [jsiegal@bakerlaw.com] | Aaron Mitchell (aaron@lmesq.com) [aaron@lmesq.com] | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_030141 | MSG | RE: VM received today | Carvalho, Melissa M. [/O=BH/OU=NEW YORK/CN=RECIPIENTS/CN=MCARVALHO] | Melissa Francis [melissaf@gsnyus.com] | | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_030144 | MSG | Re: PAX/Kwok - draft correspondence to Moss | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | Victor Cerda [vxc@vcerdalaw.com] | melissaf@gsnyus.com;aaron@lmesq.com;jessicam@gtv.org;Siegal, John [jsiegal@bakerlaw.com] | Attorney-client communication | Discussion of asylum application | |
| Kwok_030155 | MSG | Re: PAX/Kwok - draft correspondence to Moss | Victor Cerda [vxc@vcerdalaw.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com] | melissaf@gsnyus.com;aaron@lmesq.com;jessicam@gtv.org;Siegal, John [jsiegal@bakerlaw.com] | Attorney-client communication | Discussion of asylum application | |
| Kwok_030162 | MSG | Re: VM received today | Aaron Mitchell [aaron@lmesq.com] | Melissa Francis [melissaf@gsnyus.com] | Carvalho, Melissa M. [mcarvalho@bakerlaw.com];Siegal, John [jsiegal@bakerlaw.com] | Attorney-client communication | Discussion of SEC investigation | |

| Bates | Type | Subject | From | To | Privilege | Description | Notes |
|---|---|---|---|---|---|---|---|
| Kwok_030269 | MSG | Engagement Letter | Rose, Nicholas [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=743B9 8F9E7D5417FA4A2D75A82E7E842-ROSE, NICHO] | Melissa Francis [melissaf@gsnyus.com];Aaron Mitchell [aaron@lmesq.com] | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_030322 | MSG | RE: Cahill | Rose, Nicholas [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=743B9 8F9E7D5417FA4A2D75A82E7E842-ROSE, NICHO] | Roy Simon [roy.d.simon@gmail.com] | Attorney-client communication | Discussion of SEC investigation | Produced as redacted |
| Kwok_030340 | MSG | Cahill | Rose, Nicholas [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=743B9 8F9E7D5417FA4A2D75A82E7E842-ROSE, NICHO] | Roy Simon [roy.d.simon@gmail.com] | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_030401 | MSG | Kwok Reply | Rose, Nicholas [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=743B9 8F9E7D5417FA4A2D75A82E7E842-ROSE, NICHO] | Guy Petrillo [gpetrillo@pkbllp.com] | Attorney-client communication | Discussion of SEC investigation | |
| Kwok_030468 | MSG | RE: Engagement Letter | Melissa Francis [melissaf@gsnyus.com] | Rose, Nicholas [nrose@bakerlaw.com];Aaron Mitchell [aaron@lmesq.com] | Attorney-client communication | Discussion of SEC investigation | |