United States Bankruptcy Court
District of Connecticut

In re:  
Ho Wan Kwok  
Genever Holdings Corporation  
    Debtors  

Case No. 22-50073-jam  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0205-5     User: admin     Page 1 of 10  
Date Rcvd: Dec 22, 2022     Form ID: 112     Total Noticed: 157

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 9384740 | | Ace Decade Holdings Limited, Attn: Harcus Parker, 7th Floor, Melbourne House, 44-46 Aldwych, London, UK WC2B 4LL |
| 9384317 | + | Baiqiao Tang, 501 Forest Avenue, #501, Palo Alto, CA 94301-2613 |
| 9363388 | + | Baker & Hostetler LLP, Attn: Andrew Layden, 200 S. Orange Avenue, Suite 2300, Orlando, FL 32801-3432 |
| 9384318 | + | Baker Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111-1099 |
| 9384319 | + | Beijing Bi Hai Ge Lin Yuan Lin Lu Hua, Ltd., c/o Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9384320 | + | Beijing Cheng Jian Wu Jian She Group, LTD, c/o Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9384321 | + | Beijing Fu Le Hong Ma Jian Zhu Zhuang Shi Gong Che, c/o Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9384322 | + | Beijing Zhong Xian Wei Ye Stainless Decoration Ctr, c/o Kein Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9343455 | + | Bi Hai Ge Lin, C/O Kevin Tung, Esq., 38th Avenue, Suite 3d, Flushing, NY 11354 USA 11363 |
| 9389640 | | Boxun Inc, c/o Callari Partne, Carollynn HG Callari, Esq, 100 Somerset Corporate Blvd Suite 206, Bridgewater, NJ 08807-2842 |
| 9384323 | + | Boxun, Inc., C/O Arkin Solbakken, LLP, 900 Third Avenue, 18th Floor, New York, NY 10022-5000 |
| 9389618 | | Bravo Luck Limited, c/o Troutman Pepper, 3000 Two Logan Square, 18th & Arch Sts, Philadelphia, PA 19103 |
| 9384324 | | Bravo Luck Ltd., P.O. Box 957, Offshore Incorporations Centre, Road Tow, Tortola, British Virgin Islands |
| 9384325 | + | Burnette Shutt McDaniel, 912 Lady Street, 2nd Floor, Columbia, SC 29201-3106 |
| 9384332 | ++ | CLAYMAN & ROSENBERG LLP, ATTN PAUL HUGEL, 60 EAST 42ND ST, SUITE 650, NEW YORK NY 10165-0650 address filed with court:, Clayman & Rosenberg LLP, Attn: President or General Manager, 305 Madison Avenue, Suite 650, New York, NY 10165 |
| 9384326 | + | Chao-Chic Chiu, c/o Giordano, Halleran &. Ciesla, P.C., 1250 Broadway, 36th Floor, New York, NY 10001-3709 |
| 9343450 | + | Chao-Chih Chiu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| 9384329 | | Cheng (NY), c/o Randazza Law Firm, 2764 Sahara Drive, Suite 109, Las Vegas, NV 89117 |
| 9389642 | | Cheng Jian Wu Jian She, c/o Kevin Tung, P.C., Attn: K Tung, Esq., 136-20 38th Avenue Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9343406 | + | Cheng Jian Wu Jian She, c/o Law Office of Ning Ye, Esq., 136-11 38th Ave., #1A, Flushing, NY 11354-6503 |
| 9343431 | + | Chenglong Wang, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9384330 | + | Chong Shen Raphanella, WOLF HALDENSTEIN ADLER FREEMAN & HERZ LL, 270 Madison Avenue, New York NY 10016-0601 |
| 9384331 | + | Clark Hill PLC, c/o Jenner & Block LLP, Attn: Kali N. Bracey, Esq., 1099 New York Ave., NW, Suite 900, Washington DC 20001-4412 |
| 9384333 | + | Danyu Lin, 128 Woodcock Trail, West Columbia, SC 29169-3754 |
| 9384741 | | Dawn State Limited, Attn: Harcus Parker, 7th Floor, Melbourne House, 44-46 Aldwych, London, UK WC2B 4LL |
| 9384334 | + | Dongna Fang, Law Offices of Phillips and King PLLC, 5041 Airport Fwy, Fort Worth, TX 76117-6252 |
| 9384336 | + | Fan Bingbing, Lavely & Singer, 4 New York Plaza, 2nd Floor, Cameron A. Stracher, Esq., New York, NY 10004-2466 |
| 9389630 | | Foley & Lardner LLP, Attn: Douglas Spelfogel for, Pacific Alliance Asia Opportunity Fund, 90 Park Avenue, New York, NY 10016-1301 |
| 9343457 | + | Fu Le Hong Ma, C/O Kevin Tung, Esq., 38th Avenue, Suite 3d, Flushing, NY 11354 USA 11363 |
| 9384338 | + | G Club Operations LLC, 53 Calle Palmeras, Suite 1401, San Juan, PR 00901-2417 |
| 9384343 | + | GTV Media Group, Inc., LAWALL & MITCHELL, LLC, Attn: President or General Manager, 55 Madison Avenue, 4th Flr, Morristown, NJ 07960-7337 |
| 9384339 | + | Ganfer Shore Leeds & Zauderer, Attn: President or General Manger, 360 Lexington Avenue, New York, NY 10017-6502 |
| 9343408 | + | Gaosheng Guo, c/o Law Office of Ning Ye, Esq., 135-11 38th Ave. #1A, Flushing, NY 11354-4440 |
| 9384340 | | Genever Holdings Corporation, P.O. Box 3170, Road Town, Tortola, British Virgin Islands |
| 9384341 | + | Genever Holdings LLC, Unit 1801, The Sherry-Netherland Apartments, 781 Fifth Avenue, New York NY 10022-5520 |

| | | |
|---|---|---|
| 9389651 | | Goldberg Weprin Finkel Goldstein LLP, Attn: J. Ted Donovan, Kevin J. Nash, 1501 Broadway 22nd Floor, New York, NY 10036-5600 |
| 9389620 | | Golden Spring New York Ltd, c/o Berkeley Rowe, Marble Arch Park House 116 Park St, Mayfair, London UK W1K 6SS |
| 9384342 | + | Goldfarb & Huck Roth Riojas, PLLC, 925 Fourth Avenue, Suite 3950, Seattle, WA 98104-1510 |
| 9384344 | + | Guo Baosheng, C/O Law Office of Ning Ye, Esq., 135-11 38th Avenue, Suite 1A, Flushing, NY 11354-4440 |
| 9384345 | + | Haihong Wang, c/o Carmody Torrance Sandak et al, Attn: David T. Grudberg, Esq., 195 Church Street 18th floor, New Haven, CT 06510-2009 |
| 9384346 | | Harcus Parker Ltd., Attn: President or General Manager, Melbourne House, 44-46 Aldwych 7th Flr, London, WC2B 4LL United Kingdom |
| 9384347 | + | He Bei Yue Hua Zhuang Shi Gong Cheng LTD., C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9389654 | | Hong Kong International Funds, Investments Limted |
| 9343410 | + | Hong Qi Qu, c/o Kevin Tung, Esq., Kevin Kerveng Tung P.C., 136-20 38th Avenue, Suite 3D, Flushing, NY 11354-4232 |
| 9384351 | + | Hong Qi Qu Jian She Group, LTD., C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9384352 | + | Hong Zeng, 3020 Edwin Ave., Apt. 1H, Fort Lee, NJ 07024-3415 |
| 9343449 | | Huizhen Wang, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2367 |
| 9384353 | + | Janover LLC, 100 Quentin Roosevelt Blvd, Suite 516, Garden City, NY 11530-4843 |
| 9343421 | + | Jia Li Wang, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343435 | + | Jiamei Lu, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343412 | + | Jian Gong, c/o Kevin Kerveng Tung, Esq., Kevin Kerveng Tung P.C., Queens Crossing Business Center, 136-20 38th Avenue, Suite 3D Flushing, NY 11354-4232 |
| 9384354 | + | Jiang Su Province Jian Gong Group LTD Beijing Bran, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing NY 11354-4232 |
| 9343434 | + | Jianhu Yi and Qiuju Jia, C/O Arthur Angel, Esq., 1305 n. Poinsettia Place, Los Angeles, CA 90046-4305 |
| 9384355 | + | Jianshengxie and Jiefu Zheng, ML and CHEN, P.C., 136-79 Roosevelt Ave. Suite 303, Flushing NY 11354-5557 |
| 9384356 | + | John S. Lau, 53 Cody Avenue, Glen Head, NY 11545-1213 |
| 9343424 | | Jonathan Young, 141 Allenby Road, Wellington Point, QLD 4160, AUSTRALIA |
| 9389658 | | Jonathan Young, 15/23 Middle Street, Cleveland QLD 4160 Queensland, Australia |
| 9343419 | + | Jun Chen aka Jonathan Ho, c/o Wayne Wei Zhu, Esq., 4125 Kissena Blvd, Suite 112, Flushing, NY 11355-3150 |
| 9343436 | + | Jun Liu, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343430 | + | Kaixin Hong, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9384358 | + | Kercsmar Feltus & Collins PLLC, 7150 E. Camelback Road, Suite 285, Scottsdale, AZ 85251-1225 |
| 9343447 | + | Keyi Zilkie, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| 9384359 | | LALIVE SA, Attn: President or General Manager, Rue de la Mairie 35, 1207 Geneva, Switzerland |
| 9343418 | + | Lamp Capital, LLC, Attn: Bernardo Enriquez, 667 Madison Avenue, New York, NY 10065-8029 |
| 9384361 | + | Lawall & Mitchell, LLC, 55 Madison Avenue, Morristown, NJ 07960-7337 |
| 9384363 | + | Liehong Zhuang, C/O Trexler & Zhang, LLP, 224 West 35th Street, 12th Floor, New York, NY 10001-2532 |
| 9384364 | + | Lihong Wei Lafrenz (a/k/a Sara Wei), Coppersmith Brockelman PLC, 2800 N. Central Avenue, Suite 1900, Phoenix, AZ 85004-1241 |
| 9343437 | + | Linda Cheng, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9384365 | + | Linda He Cheung, c/o Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666 |
| 9343425 | + | Logan Cheng, c/o Jay M. Wolman, Randazza Legal Group, PLLC, 100 Pearl Street, 14th Floor, Hartford, CT 06103-4500 |
| 9389622 | + | Luc A. Despins, Esq.; Paul Hastings, Ch 11 Trustee of Estate of Ho Wan Kwok, 200 Park Avenue, New York, NY 10166-0005 |
| 9343438 | + | Mao-Fu Weng, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9389664 | | Max Krasner for, Golden Spring New York LTD, 162 E. 64th Street, New York, NY 10065-7478 |
| 9343411 | + | Nan Tong Si Jian, c/o Kevin Tung, Esq., Kevin Kerveng Tung P.C., Queens Crossing Business Center, 136-20 38th Avenue, Suite 3D Flushing, NY 11354-4232 |
| 9384366 | + | Nan Tong Si Jian Group, LTD, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9343407 | + | Ning Ye, Law Office of Ning Ye, Esq., 135-11 38th Ave. #1A, Flushing, NY 11354-4440 |
| 9389668 | | Pacific Alliance Asia Opportunity Fund, Attn: President or General Mgr, 33/F, Three Pacific Place, Queens Road East, Hong Kong |
| 9384368 | + | Petrillo Klein & Boxer LLP, 655 Third Avenue, 22nd Floor, New York, NY 10017-9106 |
| 9389631 | | Qiang Guo, c/o Berkeley Rowe, Marble Arch Park House, 116 Park St, Mayfair, London UK W1K 6SS |
| 9384369 | + | Quiju Jia, Arthur R. Angel, Attorney at Law, 1305 N. Poinsettia Place, Los Angeles, CA 90046-4305 |
| 9384370 | + | Rong Zhang, c/o Wolf Haldenstein Adler et al., Attn: Benjamin Y. Kaufman, 270 Madison Avenue, New York, NY 10016-0601 |
| 9343439 | + | RuQin Wang, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9358088 | + | Rui Ma, Carollynn HG Callari, Esq/Callari Partne, 100 Somerset Corporate Blvd., Suite 206, Bridgewater, NJ 08807-2842 |
| 9384371 | + | Rui Ma, C/O Arkin Solbakken, LLP, Attn: Robert C. Angelillo, 900 Third Avenue, 18th Floor, New York, NY 10022-5000 |
| 9384372 | + | Ruizheng An, c/o AFN Law, 41 Madison Ave, 31st Floor, New York, NY 10010-2345 |
| 9384373 | + | Rule of Law Foundation III, Inc., c/o KAUFMAN BORGEEST & RYAN LLP, Attn: Daniel A. Schilling, Esq., 120 Broadway 14th Floor, New York, NY 10271-0029 |
| 9384374 | + | Rule of Law Society IV Inc., c/o NORRIS MCLAUGHLIN, P.A, Attn: Steven J. Reed, 7 Times Square, 21st Floor, New York, NY 10036-6551 |
| 9384375 | + | Ruquin Wang, c/o Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666 |
| 9343426 | + | SHI, C/O Thompson Hine, 20 N. Clark St., Ste 3200, Chicago, IL 60602-5093, Attn: Steven A. Block, Esq. |
| 9384376 | + | Samuel Dan Nunberg, C/O Nesenoff & Miltenberg, LLP, 363 Seventh Ave, 5th Floor, New York, NY 10001-3915 |
| 9348491 | + | Samuel Dan Nunberg, 600 South Dixie Highway, Suite 455, West Palm Beach, FL 33401-5851 |
| 9343417 | + | Samuel Nunberg, C/O Nesenoff & Miltenberg, LLP, 363 Seventh Ave, 5th Floor, New York, NY 10001-3915, Attn: Andrew T. Miltenberg, Esq. |

Case 22-50073    Doc 1265    Filed 12/24/22    Entered 12/25/22 00:15:18    Page 3 of 12

| District/off: 0205-5 | User: admin | Page 3 of 10 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: 112 | Total Noticed: 157 |

| | | |
|---|---|---|
| 9384377 | + | Saraca Media Group, Inc., c/o Baker Hostetler, Attn: L. David Anderson, 2850 North Harwood Street Suite 1100, Dallas, TX 75201-2644 |
| 9384378 | + | Schulman Bhattacharya, LLC, 6116 Executive Boulevard, Suite 425, Bethesda, MD 20852-4937 |
| 9384379 | | Selas Montbrial Avocats, 10, Rue Cimarosa, 75116, Paris- France |
| 9384380 | + | Shane D Shook, 2821 Monterey Avenue, Soquel CA 95073-2807 |
| 9389634 | | Sherry Millman Curtis C. Mechling, Stroock & Stroock & Lavan LLP, for The Sherry-Netherland, Inc., 180 Maiden Lane, New York, NY 10038-4982 |
| 9384382 | + | Shi Jia Zhuang Zhen Yuan Jian Zhu An Zhuang Gong C, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9384383 | + | Shuang Wang, c/o Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666 |
| 9384384 | + | Stokes Lawrence, PS, 1420 Fifth Avenue, Suite 3000, Seattle,WA 98101-2393 |
| 9384385 | + | Strategic Vision US, LLC, GRAVES GARRETT LLC, 1100 Main Street, Suite 2700, Kansas City, MO 64105-5195 |
| 9384386 | + | THE CASPER FIRM, 400 E. Pratt Street, Suite 903, Baltimore, MD 21202-3127 |
| 9384335 | + | TROUTMAN PEPPER HAMILTON SANDERS LLP, 1313 North Market Streets, Suite 5100, Wilmington, DE 19801-6111 |
| 9343440 | + | Teli Chen, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9384387 | + | The Francis Firm PLLC, Attn: President or General Manager, 50 Riverside Blvd. #3G, New York, NY 10069-0229 |
| 9384388 | + | The Law Offices of Rafael A. Vargas, Attn: President or General Manager, 100 N. Lasalle Street, Chicago, IL 60602-3546 |
| 9384389 | + | The Sherry-Netherland Hotel, 781 5th Avenue, New York, NY 10022-1046 |
| 9384390 | + | Thomas Ragland, JENNER & BLOCK LLP, 1099 New York Ave., NW, Suite 900, Washington, DC 20001-4412 |
| 9384391 | | Troutman Pepper Hamilton Sanders LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103 |
| 9384392 | + | U.S. Legal Support, Inc., 200 West Jackson, Suite 600, Chicago, IL 60606-6941 |
| 9367001 | + | U.S. Securities and Exchange Commission, Attn: Bankruptcy Group, 100 Pearl Street, Suite 20-100, New York, NY 10004-6003 |
| 9389671 | + | UBS AG, Attn: President or General Mgr, 600 Washington Blvd 9th Floor, Stamford, CT 06901-3726 |
| 9384743 | | UBS AG, Attn: Herbert-Smith Freehills LLP, Exchange House, Primrose Street, London, UK EC2A 2EG |
| 9384744 | | UBS AG (London Branch), Attn: Herbert Smith Freehills LLP, Exchange House, Primrose Street, London, UK EC2A 2EG |
| 9384393 | + | Una Manyee Wilkinson, 68-18 June Street, Forest Hills, NY 11375-5728 |
| 9384396 | | VX Cerda & Associates, Attn: Victor Cerda, 601 Brickell Ave, Suite 700, Miami, FL 33131 |
| 9389672 | | Verdolino & Lowey, P.C., Attn: President or General Mgr, 124 Washington Street, Foxboro, MA 02035-1368 |
| 9389673 | + | Veritext, Attn: President or General Mgr, 290 West Mt. Pleasant Ave, Livingston, NJ 07039-2761 |
| 9384395 | + | Voice Guo Media, Inc., c/o Coppersmith Brockelman PLC, Attn: Keith Beauchamp, 2800 N. Central Avenue, Suite 1900, Phoenix, AZ 85004-1241 |
| 9343422 | + | WA&HF, LLC/Ruizeng An, C/O AFN Law, 41 Madison Avenue, 31st Floor, New York, NY 10010-2345, Attn: Angus Ni, Esq. |
| 9343427 | + | WANG, C/O Carmody Torrance Sandak & Hennessey, 195 Church Street, P.O. Box 1950, New Haven, CT 6509 USA 06509-1950, Attn: David Grudberg |
| 9384397 | + | Weican (Watson) Meng, C/O Arkin Solbakken, LLP, 900 Third Avenue, 18th Floor, New York, NY 10022-5000 |
| 9384398 | + | Weican Meng/Boxun, Inc., C/O Arkin Solbakken, LLP, 900 Third Avenue, 18th Floor, New York, NY 10022-5000 |
| 9358089 | + | Weican Watson Meng, c/o Carollynn HG Callari, Esq,, Callari Partners LLC, 100 Somerset Corp. Blvd. Suite 206, Bridgewater, NJ 08807-2842 |
| 9343441 | + | Weiguo Sun, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343442 | + | Weixiand Ge, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9384399 | + | Weixiang Ge, c/o Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666 |
| 9343429 | + | Wen Lin, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9343433 | + | Xiaobo He, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9384401 | + | Xiaobo Luo, 250 Park Avenue, 7th Floor, c/o HGT Law, New York, NY 10177-0799 |
| 9384402 | + | Xiaodan Wang, WOLF HALDENSTEIN ADLER FREEMAN & HERZ LL, 270 Madison Avenue, New York, NY 10016-0601 |
| 9343432 | + | Xiaoping Luo, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9343443 | + | Xingyu Yan, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343454 | + | Xiong Xian Wei Ye, C/O Kevin Tung, Esq., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232, Attn: Kevin Tung, Esq |
| 9358703 | + | Xiqiu Bob Fu, c/o Irve J. Goldman, Pullman & Compley, LLC, P O Box 7006, Bridgeport, CT 06601-7006 |
| 9384403 | + | Xiqui (Bob) Fu, c/o The Lanier Law Firm, Attn: Kenneth W. Starr, 10940 W. Sam Houston Parkway N., Ste 100, Houston, TX 77064-5768 |
| 9343444 | + | Yan Gao, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9384404 | + | Yan Huang, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9343413 | + | Yan Zhao, c/o Law Office of Ning Ye, Esq., 135-11 38th Ave.#1A, Flushing, NY 11354-4440 |
| 9343409 | + | Yang Lan and Wu Zheng, 900 Third Avenue, 18th Floor, c/o Arkin Solbakken, LLP, New York, NY 10022-5000, Attn: Robert C. Angelillo |
| 9384405 | #+ | Yeliang Xia, c/o Dennis Stewart & Krischer PLLC, Attn: Harry Adrian Dennis, Esq., 2007 15th Street N, Suite 201, Arlington, VA 22201-2621 |
| 9343445 | + | Yi Li, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9343446 | + | Ying Liu, C/O Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666, Attn: Brian P. Lanciault, Esq. |
| 9384406 | + | Yua Hua Zhuang Shi, C/O Kevin Kerveng Tung, P.C., 136-20 38th Avenue, Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9343414 | + | Yua Hua Zhuang Shi, c/o Kevin Tung Esq., Kevin Kerveng Tung P.C., Queens Crossing Business Center, 136-20 38th Avenue, Suite 3D Flushing, NY 11354-4232 |
| 9344053 | + | Yue Hua Zhu Shi, 136-20 38th Avenue, Suite 3D, c/o Kevin Kerveng Tung, P.C., Flushing, NY 11354-4232, Attn: Kevin Tung, Esq. |
| 9384407 | + | Yunxia Wu, c/o Giordano, Halleran &. Ciesla, P.C., 1250 Broadway, 36th Floor, New York, NY 10001-3709 |
| 9384408 | + | Zeichner Ellman & Krause LLP, 1420 New York Avenue NW, Suite 210, Washington, DC 20005-2122 |

Case 22-50073    Doc 1265    Filed 12/24/22    Entered 12/25/22 00:15:18    Page 4 of 12

| District/off: 0205-5 | User: admin | Page 4 of 10 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: 112 | Total Noticed: 157 |

| | | |
|---|---|---|
| 9389676 | | Zeisler & Zeisler PC, Attn: Aaron Romney, James M. Moriarty, John Cesaroni, Eric Henzy, S Kindseth, 10 Middle Street 15th Floor, Bridgeport, CT 06604-4299 |
| 9343456 | + | Zhen Yuan Jian Zhu, C/O Kevin Tung, Esq., 38th Avenue, Suite 3d, Flushing, NY 11354 USA 11363 |
| 9358087 | + | Zheng (Bruno) Wu and Yang Lan, c/o Carollynn HG Callari, Esq/Callari, E, Callari Partners LLC, 100 Somerset Corp. Blvd., Suite 206, Bridgewater, NJ 08807-2842 |
| 9343428 | + | Zhengjun Dong, C/O HGT Law, 250 Park Avenue, 7th Floor, New York, NY 10177-0799, Attn: Hung Ta |
| 9384409 | + | Zong Xian Weiye, c/o Kevin Tung, 38th Avenue Suite 3D, Flushing, NY 11363 |
| 9343448 | + | yunxia Wu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |

TOTAL: 154

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 9370890 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2022 18:27:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9389667 | Email/Text: mkremer@omm.com | Dec 22 2022 18:27:00 | O'Melveny & Myers, for Pacific Alliance Asia Opp Fund, Attn: P Friedman E Moss D Perez D Shama, 7 Times Square, New York, NY 10036-6524 |
| 9389670 | + Email/Text: secbankruptcy@sec.gov | Dec 22 2022 18:27:00 | U.S. Securities and Exchange Commission, Attn: Bankruptcy Unit, 100 F Street, N.E., Washington, DC 20549-2001 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9343402 | | 22-50073 |
| 9389635 | | Alfa Global Ventures Limited |
| 9389636 | | Alfonso Global Limited |
| 9389637 | | Allied Capital Global Limited |
| 9389638 | | Anton Development Limited |
| 9389641 | | BSA Strategic Fund I |
| 9389639 | | Bejing Pangu Investment Co. |
| 9389643 | | China Golden Spring Group Hong Kong Ltd |
| 9389644 | | Chunguang Han |
| 9389645 | | Creative Apex Investments Limited |
| 9389646 | | Cyrstal Breeze Investments Limited |
| 9389647 | | Elite Well Global Limited |
| 9384337 | | Forbes Hare, Qwomar Building, PO Box 4649, Road Town, Tortola BVI VG1110 |
| 9389649 | | Geng Jing |
| 9389650 | | Globalist International Limited |
| 9389652 | | Harneys Corporate Services Limited, Attn: Fiduciary Services, Craigmuir Chambers, Road Town, Tortola BVI VG1110 |
| 9389653 | | Hero Grand Limited |
| 9389655 | | Infinite Increase Limited |
| 9389656 | | Infinitum Developments Limited |
| 9389657 | | Insight Phoenix Fund |
| 9389659 | | Jumbo Century Limited |
| 9389660 | | Kui Cheng |
| 9389661 | | Leading Shine Limited |
| 9389662 | | Lijie Guo |
| 9389663 | | MacDonald |
| 9389665 | | New Dynamic Development Limited |
| 9389666 | | Noble Fame Global Limited |
| 9389632 | | Qiang Guo, c/o Bravo Luck Limited, P.O. Box 957, Off Shore Incorporation Centre, Road Town Tortola BVI |
| 9389669 | | Qu Guojiao |
| 9390082 | | Sail Victory Limited |
| 9389674 | | Well Origin Limited |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 5 of 10 |
| Date Rcvd: Dec 22, 2022 | Form ID: 112 | Total Noticed: 157 |

| | | |
|---|---|---|
| 9389675 | | Weng |
| 9389677 | | Zhang Wei |
| 9384357 | ##+ | June Shi, c/o Thompson Hine LLP, Attn: Natalie Gabrenya, 20 N. Clark St., Suite 800, Chicago, IL 60602-4119 |
| 9343415 | ##+ | Liehong Zhuang/Xiao Yan Zhu, c/o Trexler & Zhang, LLP, 224 West 35th Street, 11th Floor, New York, NY 10001-2533 |

TOTAL: 33 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Aaron Romney
  on behalf of Debtor Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com

Aaron Romney
  on behalf of Interested Party Mei Guo aromney@zeislaw.com swenthen@zeislaw.com

Aaron Romney
  on behalf of Interested Party HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney
  on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com

Aaron Romney
  on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com

Aaron Romney
  on behalf of Counter-Defendant Mei Guo aromney@zeislaw.com swenthen@zeislaw.com

Aaron Romney
  on behalf of Counter-Defendant HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney
  on behalf of Plaintiff HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com

Aaron A Mitchell
  on behalf of Defendant Ho Wan Kwok aaron@lmesq.com

Aaron A Mitchell
  on behalf of Debtor Ho Wan Kwok aaron@lmesq.com

Andrew V. Layden
  on behalf of Interested Party BakerHostetler alayden@bakerlaw.com

Annecca H. Smith
  on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Annecca H. Smith
  on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Avram Emmanuel Luft
  on behalf of Chapter 11 Trustee Luc A. Despins aviluft@paulhastings.com

Carollynn H.G. Callari

Case 22-50073    Doc 1265    Filed 12/24/22    Entered 12/25/22 00:15:18    Page 6 of 12

| District/off: 0205-5 | User: admin | Page 6 of 10 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: 112 | Total Noticed: 157 |

| | |
|---|---|
| | on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com |
| Carollynn H.G. Callari | |
| | on behalf of Creditor Zheng Wu ccallari@callaripartners.com |
| Carollynn H.G. Callari | |
| | on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com |
| Christopher H. Blau | |
| | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC cblau@zeislaw.com |
| Daniel Cantor | |
| | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. dcantor@omm.com |
| Danielle L. Merola | |
| | on behalf of Interested Party BakerHostetler dmerola@bakerlaw.com |
| David S. Forsh | |
| | on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com |
| David S. Forsh | |
| | on behalf of Creditor Zheng Wu dforsh@callaripartners.com |
| David S. Forsh | |
| | on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com |
| David V. Harbach, II | |
| | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com |
| David V. Harbach, II | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com |
| Douglas S. Skalka | |
| | on behalf of Plaintiff-Intervenor Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Douglas S. Skalka | |
| | on behalf of Counter-Claimant Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Douglas S. Skalka | |
| | on behalf of Debtor Genever Holdings LLC dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Douglas S. Skalka | |
| | on behalf of Chapter 11 Trustee Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Douglas S. Skalka | |
| | on behalf of Debtor Genever Holdings Corporation dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Douglas S. Skalka | |
| | on behalf of Defendant Luc A. Despins dskalka@npmlaw.com  smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Douglass E. Barron | |
| | on behalf of Chapter 11 Trustee Luc A. Despins douglassbarron@paulhastings.com |
| Eric A. Henzy | |
| | on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com |
| Eric A. Henzy | |
| | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC ehenzy@zeislaw.com, cjervey@zeislaw.com |
| Eric A. Henzy | |
| | on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com |
| Eric A. Henzy | |
| | on behalf of Debtor Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com |
| Evan S. Goldstein | |
| | on behalf of Interested Party Hing Chi Ngok egoldstein@uks.com |
| Evan S. Goldstein | |
| | on behalf of Interested Party Greenwich Land  LLC egoldstein@uks.com |
| G. Alexander Bongartz | |
| | on behalf of Chapter 11 Trustee Luc A. Despins alexbongartz@paulhastings.com |
| Holley L. Claiborn | |
| | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 7 of 10 |
| Date Rcvd: Dec 22, 2022 | Form ID: 112 | Total Noticed: 157 |

Irve J. Goldman
    on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com rmccoy@pullcom.com

James C. Graham
    on behalf of Chapter 11 Trustee Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham
    on behalf of Defendant Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham
    on behalf of Trustee Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James J. Healy
    on behalf of Interested Party Williams & Connolly LLP jhealy@cowderymurphy.com

James M. Moriarty
    on behalf of Interested Party Mei Guo jmoriarty@zeislaw.com kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Counter-Defendant HK International Funds Investments (USA) Limited  LLC jmoriarty@zeislaw.com, kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Counter-Defendant Mei Guo jmoriarty@zeislaw.com kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com

James M. Moriarty
    on behalf of Debtor Ho Wan Kwok jmoriarty@zeislaw.com kjoseph@zeislaw.com

Jay Marshall Wolman
    on behalf of Plaintiff Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman
    on behalf of Creditor Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com

Jeffrey Hellman
    on behalf of Defendant Ho Wan Kwok jeff@jeffhellmanlaw.com christen@jeffhellmanlaw.com

Jeffrey M. Sklarz
    on behalf of Interested Party BakerHostetler jsklarz@gs-lawfirm.com aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

John Troy
    on behalf of Interested Party Troy Law  PLLC johntroy@troypllc.com

John L. Cesaroni
    on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Debtor Ho Wan Kwok jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Counter-Defendant Mei Guo jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Interested Party Mei Guo jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Counter-Defendant HK International Funds Investments (USA) Limited  LLC jcesaroni@zeislaw.com

Jonathan Kaplan

| | |
|---|---|
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com prulewicz@pullcom.com;rmccoy@pullcom.com |
| Kellianne Baranowsky | on behalf of Interested Party BakerHostetler kbaranowsky@gs-lawfirm.com aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com |
| Kristin B. Mayhew | on behalf of Plaintiff Zheng Wu kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of 20 Largest Creditor Weican Meng kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of Creditor Committee Official Committee of Unsecured Creditors kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of Creditor Zheng Wu kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of 20 Largest Creditor Rui Ma kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of Plaintiff Rui Ma kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of Plaintiff Yang Lan kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of Plaintiff Boxun Inc. kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of Plaintiff Weican (Watson) Meng kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Laura Aronsson | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com |
| Laura Aronsson | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com |
| Lawrence S. Grossman | on behalf of Interested Party BakerHostetler LGrossman@gs-lawfirm.com aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com |
| Luc A. Despins | lucdespins@paulhastings.com matlaskowski@paulhastings.com;davidmohamed@paulhastings.com |
| Luc A. Despins | on behalf of Chapter 11 Trustee Luc A. Despins lucdespins@paulhastings.com matlaskowski@paulhastings.com;davidmohamed@paulhastings.com |
| Lucas Bennett Rocklin | on behalf of Chapter 11 Trustee Luc A. Despins lrocklin@npmlaw.com NeubertPepeMonteithPC@jubileebk.net |
| Mia N. Gonzalez | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com |
| Mia N. Gonzalez | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com |
| Michael S. Weinstein | on behalf of Creditor Rong Zhang mweinstein@golenbock.com |
| Michael S. Weinstein | on behalf of Creditor Chong Shen Raphanella mweinstein@golenbock.com |
| Michael S. Weinstein | on behalf of Creditor Xiaodan Wang mweinstein@golenbock.com |
| Nancy Bohan Kinsella | on behalf of Plaintiff-Intervenor Luc A. Despins nkinsella@npmlaw.com moshea@npmlaw.com;smowery@npmlaw.com;npm.bankruptcy@gmail.com |
| Nicholas A. Bassett | on behalf of Chapter 11 Trustee Luc A. Despins nicholasbassett@paulhastings.com jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com |
| Patrick M. Birney | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 9 of 10 |
| Date Rcvd: Dec 22, 2022 | Form ID: 112 | Total Noticed: 157 |

Patrick M. Birney
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com

Patrick M. Birney
    on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com

Patrick N. Petrocelli
    on behalf of Creditor The Sherry-Netherland Inc. ppetrocelli@stroock.com

Patrick R. Linsey
    on behalf of Trustee Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey
    on behalf of Chapter 11 Trustee Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey
    on behalf of Defendant Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey
    on behalf of Counter-Claimant Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey
    on behalf of Plaintiff Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey
    on behalf of Debtor Genever Holdings Corporation plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey
    on behalf of Plaintiff-Intervenor Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Peter Friedman
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com

Peter Friedman
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com

Peter J. Zarella
    on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com

Peter J. Zarella
    on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com

Peter J. Zarella
    on behalf of Creditor Zheng Wu pzarella@mdmc-law.com

Samuel Bryant Davidoff
    on behalf of Interested Party Williams & Connolly LLP sdavidoff@wc.com

Sara Pahlavan
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. spahlavan@omm.com

Scott D. Rosen
    on behalf of Attorney Cohn Birnbaum & Shea P.C. srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Sherry J. Millman
    on behalf of Creditor The Sherry-Netherland Inc. smillman@stroock.com

Stephen M. Kindseth
    on behalf of Interested Party Mei Guo skindseth@zeislaw.com cjervey@zeislaw.com

Stephen M. Kindseth
    on behalf of Interested Party HK International Funds Investments (USA) Limited LLC skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth
    on behalf of Debtor Ho Wan Kwok skindseth@zeislaw.com cjervey@zeislaw.com

Stuart M. Sarnoff
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com

Taruna Garg
    on behalf of Creditor The Sherry-Netherland Inc. tgarg@murthalaw.com, mgarcia@murthalaw.com

Thomas J. Sansone
    on behalf of Creditor Chong Shen Raphanella tsansone@carmodylaw.com

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 10 of 10 |
| Date Rcvd: Dec 22, 2022 | Form ID: 112 | Total Noticed: 157 |

Thomas J. Sansone
    on behalf of Creditor Xiaodan Wang tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Plaintiff Chong Shen Raphanella tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Plaintiff Xiaodan Wang tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Attorney Michael S. Weinstein tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Creditor Rong Zhang tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Plaintiff Rong Zhang tsansone@carmodylaw.com

Tiffany Troy
    on behalf of Creditor Troy Law  PLLC tiffanytroy@troypllc.com, troylaw@troypllc.com

Tristan G. Axelrod
    on behalf of Creditor Brown Rudnick LLP taxelrod@brownrudnick.com

Tristan G. Axelrod
    on behalf of Creditor Verdolino & Lowey  P.C. taxelrod@brownrudnick.com

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

William R. Baldiga
    on behalf of Creditor Brown Rudnick LLP wbaldiga@brownrudnick.com

TOTAL: 128

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
December 22, 2022

In re:
    Ho Wan Kwok

    Genever Holdings Corporation
    Debtor*

Case Number: 22−50073
Chapter: 11

### NOTICE OF HEARING

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE NOTICE** that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **January 3, 2023** at **03:30 PM** to consider and act upon the following matter(s):

> **Application to Employ Harney Westwood and Riegels LP as British Virgin Islands Counsel Debtor's Application for Entry of Order Pursuant to Bankruptcy Code Sections 327, 328 and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014−1 and 2016−1, Authorizing and Approving Retention and Employment of Harney Westwood and Riegels LP, as its British Virgin Islands Counsel Filed by Douglas S. Skalka on behalf of Genever Holdings Corporation, Debtor. (Re: Doc #1247)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non−evidentiary hearing, and, may be continued or adjourned without further notice.

**If you want the court to consider your response on the above−mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above−referenced matter and may enter an order granting that relief.**

**OBJECTION(S) DUE:** December 27, 2022 before 4:00 p.m. Untimely objections may not be considered.

Dated: December 22, 2022

                                                          Pietro Cicolini
                                                          Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov

Form 112 – pe

Form 112 – pe