**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | No. 22-50073 |
| Ho Wan Kwok, et al | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors | ) | December 26, 2022 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Bankr. Pro Rules 2002 and 9010, Scott M. Charmoy hereby appears in the above-captioned proceeding on behalf of **HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property and Staffing, Inc.**, parties in interest in these jointly administered cases, and demands that notice of all matters herein be duly served on the undersigned at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that demand is hereby also made for service of copies of all papers, reports, petitions, pleadings, motions and applications, requests, complaints or demands and plans and disclosure statements whether formal or informal, whether written or oral and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise which affect the Debtor or the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice and Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property and Staffing, Inc.'s (i) right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States Bankruptcy Court in any matter subject to mandatory or discretionary withdrawal;

or (iv) other rights, claims, actions, defenses, set-offs or recoupments to which HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property and Staffing, Inc. are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments expressly are reserved.

**HCHK TECHNOLOGIES, INC.**
**HCHK PROPERTY MANAGEMENT, INC.**
**LEXINGTON PROPERTY AND STAFFING, INC.**

__/s/ Scott M. Charmoy_____
Scott M. Charmoy, Esq.    CT 15889
Charmoy & Charmoy, LLC
1465 Post Road East, Suite 100
Westport, CT  06880
(203) 255-8100
scottcharmoy@charmoy.com