# EXHIBIT A

**JAMES E. PIZZARUSO**
James@▮▮▮▮▮▮▮
1-401▮▮▮▮▮▮▮

| | |
|---|---|
| **Qualifications:** | **USCG 1600 GRT**, 3000 GT (ITC) **Master Oceans.**<br>PADI Dive Master |

**Marine Career Profile**

| | |
|---|---|
| Jun. 2007- April 2021: | **Captain**, *M/Y Arcadia*, 36m Royal Huisman Motor Yacht<br>Numerous expedition style and customary yachting itineraries including New England, Baffin Island, Caribbean, Panama, Costa Rica, Galapagos, Marquesas, Tahiti, Fiji, New Zealand, Australia, Japan, Hawaii, California, Mediterranean Spain, France, Italy, Croatia, Montenegro, Greece, Turkey, Netherlands, Norway, Greenland (Disko Bay), Canada's Northwest Passage (credited as 145th vessel to have ever done this), Aleutian Islands, Eastern Alaska and British Columbia.<br>*Notable points as Captain of this yacht*:<br>- Managed the budget and schedule in conjunction with the owner.<br>- 19 Ocean Passages of more than 1,000 miles (many +2,000, some +3,000)<br>- Logged over 100,000 miles<br>- Managed haul outs in Newport, Auckland, Nagoya, San Diego (2x), Savannah (2x + 1x Full Paint and Lloyds 15yr surveys), La Ciotat (Lloyds 5yr and 10yr surveys), and West Palm Beach (Full Paint).<br>- Heavily involved with the Electronic Navigation, Connectivity and Entertainment systems. Designed or assisted in the design of systems, installed them and provided drawings and documentation.<br>- Often tasked with and successfully found inexpensive, practical solutions to complex problems.<br>- Responsible for every aspect of crew management. Maintained a record of extraordinarily low crew turnover. Laughter in the crew mess was the rule, not the exception. |
| Oct.2000- Nov.2006: | **Captain / Engineer**, S/Y *Keewaydin*, 33m Palmer Johnson ketch<br>After helping the owner select this yacht, established a program for it and his additional boats, including a 36' lobster style picnic boat in Maine, and a Hinckley 36' Picnic boat in Florida.<br>Managed the spending, maintenance, crew and schedules for these boats while providing the owner and guests with a high level of service.<br>*Notable points as Captain of this yacht:*<br>- Keewaydin spent a portion of every summer in Maine. Navigating in zero visibility fog was common.<br>- 5 Transatlantic passages, 14 additional passages of over 1,000 miles<br>- 2 successful Major Refits of more than $1,000,000. In April of 2006 Keewaydin was surveyed and appraised by Patton Marine. Her value had increased nearly equal to all the capital improvements chosen in the 6 years.<br>- Maintained a record of exceptionally low crew turnover. |
| Feb. 2000 – Feb. 2001: | **Captain / Engineer**, S/Y *Keewaydin,* Don Brook designed 26m ketch<br>Upon his retirement, I was asked to replace Captain Vallerga (ref. below). Saw the yacht through the completion of a major refit in Ft. Lauderdale before sailing transatlantic for two trips with the owners in the South of France and Greece. Then sailed to Maine for a short season while helping the owner select a new yacht. For a few months, was the Captain of two Keewaydins. |

**JAMES E. PIZZARUSO**
**James@**‎
**1-401**

| | |
|---|---|
| Nov. 1995 – July 1999: | **Mate**, S/Y *Keewaydin*, Don Brook designed 26m ketch<br>Captain Scott Vallerga<br>Duties included engineering, maintenance, bartending, food service and on occasion served as Captain.  Keewaydin sailed throughout the Northeast in the summer, covered Florida and both eastern and western Caribbean in winters.<br>*Notable points as the Mate of this yacht*:<br>- 14 Passages of more than 1,000 miles<br>- 4 annual maintenance Yard Periods (the Captain would often take vacation leaving me in charge)<br>- Several small trips as Relief Captain |
| 1995 and earlier: | **Bosun**, S/Y *Shamrock V*, 37m J Class. 1930 America's Cup Challenger.<br>Captain Eric Leslie<br>Charters between Maine and Newport, maintenance of lines and rigging, cleaning and tender driving (drove tender with guests or to act as a bow thruster).<br><br>**Delivery Crew**, M/Y *Carpe Diem* (was *Lady Mishael*), Cooper 30m<br>Captain Allan Bedells<br>Delivery from Ft. Lauderdale to Cabo San Lucas, Mexico via Panama Canal. Watch keeping, line handling and exterior cleaning.<br><br>**Temp Mate**, M/Y *Lady Mishael,* Cooper 30m<br>Captain Allan Bedells<br>Final charter for owner Ft. Lauderdale and West Palm Beach. Exterior cleaning and watch keeping.<br><br>**Delivery Crew**, S/Y *Warrior,* Little Harbor 19m<br>Delivery from Oyster Bay, New York to St. Thomas via Bermuda.<br><br>**Deckhand**, S/Y *Shamrock V,* 37m<br>Captain Eric Leslie<br>Charters from Newport, sailing, maintenance, upkeep and tender driving.<br><br>Numerous entry level freelance positions including a transatlantic delivery.<br><br>Dinghy racing for Wickford Yacht Club in Rhode Island. Lasers, 420's, 470's. |
| **Education:** | List of licensing qualifications and coursework available |
| 1991 - 1993: | Community College of Rhode Island |
| 1991: | Graduated from Bishop Hendricken High School, Warwick, R.I.<br>Captain, Varsity Cycling Team |
| **Personal Interests:** | Enjoy Cycling, Hiking and Photography. |