# EXHIBIT B

THIS DOCUMENT IS A SEAFARERS' IDENTITY DOCUMENT FOR THE PURPOSE OF THE SEAFARERS' IDENTITY DOCUMENTS CONVENTION (REVISED), 2003, OF THE INTERNATIONAL LABOR ORGANIZATION.

I DO SOLEMNLY SWEAR OR AFFIRM THAT I WILL FAITHFULLY AND HONESTLY, ACCORDING TO MY BEST SKILL AND JUDGMENT, AND WITHOUT CONCEALMENT AND RESERVATION, PERFORM ALL THE DUTIES REQUIRED OF ME BY THE LAWS OF THE UNITED STATES. I WILL FAITHFULLY AND HONESTLY CARRY OUT THE LAWFUL ORDERS OF MY SUPERIOR OFFICERS ABOARD A VESSEL.

SIGNATURE OF BEARER

# UNITED STATES OF AMERICA
## MERCHANT MARINER CREDENTIAL
Issued By: The United States Coast Guard National Maritime Center
Website: http://www.uscg.mil/nmc  Phone: 1-888-I-ASK-NMC

Document Number
Type: PG
Country Code: USA
Reference Number

Full Name: JAMES EVAN PIZZARUSO
Present Address

Citizenship: USA
Height: 6'01"
Hair Color: BRO
DOB

Sex: M
Weight: 192
Eye Color: BRO
Place of Birth

Issue Date: 31-DEC-2019
Expiration Date: 31-DEC-2024



This credential has been issued under the provisions of the International Convention on Standards of Training Certification on Watchkeeping for Seafarers 1978, as amended.
The lawful holder of this Credential as endorsed below, is entitled under Title 46 (Shipping) U.S. Code to serve in the capacity or capacities specified, subject to any limitations indicated.
The Government of the United States of America certifies that

**JAMES EVAN PIZZARUSO**

has been duly qualified in accordance with the provisions of regulation(s)
II/1; II/2; II/3; II/4; II/5; IV/2; VI/1; VI/2; VI/3; VI/4

Of the above Convention, as amended, and has been found competent to perform the following functions, at the levels specified, subject to any limitation indicated until 31-DEC-2024

Ref Num             Serial Num

4



| CAPACITY | LIMITATIONS APPLYING (IF ANY) |
|---|---|
| Master. | Not valid on vessels 3,000 Gross Tons (GT) or more. |
| Officer in charge of a navigational watch (OICNW). Able Seafarer - Deck. Rating forming part of a navigational watch (RFPNW). Proficiency in survival craft and rescue boats other than fast rescue boats (PSC). Medical First-Aid Provider. Advanced Firefighting. Basic Training. GMDSS Operator. | |

Ref Num             Serial Num

5



The lawful holder of this credential,
**JAMES EVAN PIZZARUSO**
as endorsed below, is entitled under Title 46 (Shipping) U.S. Code to serve in the capacity or capacities specified (National Only), subject to any limitations indicated.

| CAPACITY | LIMITATIONS APPLYING (IF ANY) |
|---|---|
| Master | Of Self-Propelled Vessels Not Including Auxiliary Sail Of Less Than 1,600 Gross Register Tons (GRT) Upon Oceans. |
| Master | Of Self-Propelled Vessels Including Auxiliary Sail Of Less Than 200 Gross Register Tons (GRT) Upon Near Coastal Waters. |
| Radar Observer (Unlimited) | |
| Able Seaman-Limited | |
| Lifeboatman | |
| Wiper | |
| Steward's Department (F.H.) | |

Ref Num ▉    Serial Num ▉

KIRSTEN R. MARTIN, CAPT, USCG

Ref Num ▉    Serial Num ▉