# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No: 22-50073 (JAM) |

**[PROPOSED]**
**ORDER GRANTING HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION FOR ORDER AUTHORIZING HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC TO ENGAGE JAMES PIZZARUSO AS CAPTAIN OF THE LADY MAY**

Upon HK International Funds Investments (USA) Limited, LLC's Motion for Order Authorizing HK International Funds Investments (USA) Limited, LLC to Engage James Pizzaruso as Captain of the Lady May (the "Motion"), which seeks an order pursuant to this Court's Stipulated Order Compelling HK International Funds Investments (USA) Limited, LLC to Transport and Deliver that Certain Yacht, the "Lady May" [Doc. No. 299] (the "Stipulated Order") permitting HK International Funds Investments (USA) Limited, LLC ("HK USA") to engage James Pizzaruso to replace Lloyd Bernard as captain of the Lady May; and upon consideration of the Motion and the relief requested appearing to this Court to be necessary and appropriate; due and sufficient notice of the Motion having been given under the particular circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Motion is hereby **GRANTED** and HK USA is hereby authorized to engage James Pizzaruso to replace Lloyd Bernard as captain of the Lady May, subject to further order of this Court.

Dated at Bridgeport, Connecticut this ___ day of January, 2023.

1