**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: <br><br> HO WAN KWOK, *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No: 22-50073 (JAM) |

***EX-PARTE* MOTION PURSUANT TO BANKRUPTCY RULE 9006(c)(1)
TO PRESCRIBE NOTICE AND EXPEDITE THE HEARING ON HK
INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S
MOTION FOR ORDER AUTHORIZING HK INTERNATIONAL FUNDS
INVESTMENTS (USA) LIMITED, LLC
TO ENGAGE JAMES PIZZARUSO AS CAPTAIN OF THE LADY MAY**

Pursuant to Fed. R. Bankr. P. 9006(c)(1), HK International Funds Investments (USA) Limited, LLC ("HK USA"), by and through its undersigned counsel, hereby moves (the "Motion to Expedite") for an order (i) scheduling a hearing on an expedited basis to consider HK International Funds Investments (USA) Limited, LLC's Motion for Order Authorizing HK International Funds Investments (USA) Limited, LLC to Engage James Pizzaruso as Captain of the Lady May (the "Motion to Engage") and (ii) prescribing notice of said hearing. In support of its Motion to Expedite, HK USA respectfully states as follows.

1. This Court has jurisdiction over this Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this Court for these cases and this motion pursuant to 28 U.S.C. §§ 1408 and 1409, respectively. The basis for the relief requested in Fed. R. Bankr. P. 9006(c)(1).

2. On April 29, 2022, this Court issued the Stipulated Order Compelling HK International Funds Investments (USA) Limited, LLC to Transport and Deliver that Certain Yacht, the "Lady May" [Doc. No. 299] (the "Stipulated Order"). Pursuant to the Stipulated Order, HK

USA cannot "engage or hire" a new captain for the Lady May "absent further order from this Court." Stipulated Order, at ¶ 8.

3. On December 29, 2022, the Lady May's current captain, Lloyd Bernard, advised the undersigned that he had tendered his resignation as captain of the yacht and advised that January 6, 2023, would be his last day as captain of the Lady May. Mr. Bernard has further advised that he has accepted a new position, which is scheduled to begin on February 5, 2023. Mr. Bernard's family is in Costa Rica and, between January 6 and February 5, Mr. Bernard plans to visit with his family, who he has not seen in more than four months.

4. Yachtzoo, the yacht management company for the Lady May, has made arrangements for James Pizzaruso to replace Mr. Bernard. Mr. Pizzaruso is planning to arrive at the Lady May on January 5, 2023. Mr. Bernard would take January 5 and January 6 to assist Mr. Pizzaruso is familiarizing himself with the Lady May and her remaining crew prior to Mr. Bernard's planned departure from the Lady May the evening of January 6.

5. As set forth in the Motion to Engage, it is critical that the Lady May have a captain. Specifically, having a captain (i) is a condition of maintaining the Lady May's insurance coverage, as required by the Stipulated Order; (ii) is required by Bridgeport Harbor Marina to enable the Lady May to be moved to make room for other vessels or in the case of emergencies; (iii) is necessary in the event the Lady May must be moved due to severe weather or other emergencies; (iv) is required to enable HK USA to comply with requests for sea trials made by the chapter 11 trustee Luc A. Despins (the "Trustee"); and, (v) to conduct the anticipated haul out of the yacht to perform the valve repairs pursuant to this Court's order.

6. Accordingly, without a qualified captain to replace Mr. Bernard, the safety and security of the Lady May will be compromised and HK USA will be unable to comply with

multiple aspects of this Court's existing orders. For the reasons set forth in the Motion to Engage, Mr. Pizzaruso is well-qualified to replace Mr. Bernard as captain of the Lady May and no parties-in-interest will be prejudiced if this Court grants the relief sought in the Motion to Engage.

7. Due to the necessity of having a captain aboard the Lady May and Mr. Bernard's upcoming departure date of January 6, HK USA respectfully submits that the Motion to Engage should be adjudicated as soon as possible and no later than January 6, 2023. Accordingly, HK USA respectfully submits that good cause exists to expedite the hearing to consider the Motion to Engage.

8. Furthermore, HK USA respectfully requests that this Court order that the Motion to Engage and this Court's order granting this Motion to Expedite be served upon all parties entitled to notice under applicable statutes and/or rules, all parties to the above-captioned Chapter 11 Case qualified to receive electronic notice via the Court's CM/ECF service, as well as the Trustee, the Official Committee of Unsecured Creditors, and the United States Trustee.

**WHEREFORE**, HK USA respectfully requests that this Court grant this Motion to Expedite by issuing an order substantially similar to the Proposed Order submitted herewith and grant such other and further relief as this Court deems just and proper.

        HK INTERNATIONAL FUNDS
        INVESTMENTS (USA) LIMITED, LLC

        By: */s/ Christopher H. Blau*
        Eric A. Henzy (ct12849)
        Stephen M. Kindseth (ct14640)
        Christopher H. Blau (ct30120)
        Zeisler & Zeisler, P.C.
        10 Middle Street, 15th Floor
        Bridgeport, CT 06604
        (203) 368-4234 / (203) 549-0872 (fax)
        Email: ehenzy@zeislaw.com;
        skindseth@zeislaw.com;
        cblau@zeislaw.com
        Its Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of December, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice ofElectronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Christopher H. Blau*
Christopher H. Blau (ct30120)
