**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| Debtors. | : | (Jointly Administered) |

---

## CHAPTER 11 TRUSTEE MOTION TO PERMIT CHAPTER 11 TRUSTEE TO APPEAR REMOTELY FOR JANUARY 3, 2023 HEARING

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Luc A. Despins, in his capacity as trustee in the above-captioned case filed under chapter 11 of Title 11 of the United States Code (the "Trustee"), respectfully moves the Court for permission for the Trustee to appear remotely at the January 3, 2023 hearings/conference scheduled in this case, as well as the pretrial conference in Adversary Proceeding number 22-05027 (if the pretrial conference is not continued). In support of the Motion, the Trustee respectfully states as follows:

1. Certain matters are scheduled for hearings or conference today, January 3, 2023, in the above-captioned chapter 11 cases, to wit:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

- ECF No. 1191; Motion for Order Addendum to Supplemental Motion for Order Setting Bar Dates and Approving Form of Notice;
- ECF No. 1198; Application to Employ Epiq Corporate Restructuring, LLC as Claims and Noticing Agent;
- ECF No. 1212; Application to Employ Engineering Operations and Certification Services, LLC as Expert;
- Notice of HK International Funds Investments Motion to Modify Consent Order Granting HK International Funds Motion for Order Establishing Repair Reserve for The Lady May; and
- ECF No. Application to Employ Harney Westwood and Riegels LP as British Virgin Islands Counsel Debtor's Application for Entry of Order Pursuant to Bankruptcy Code Sections 327, 328 and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Harney Westwood and Riegels LP, as its British Virgin Islands Counsel.

2. There is also a pretrial conference scheduled to be heard in Adversary Proceeding number 22-05027, however, the Court has been advised (via email correspondence to the Courtroom Deputy) that this pretrial conference may be continued upon consent.

3. The Trustee's flight to return to the New York City area was cancelled and therefore he is unable to appear in person today. Other counsel from Paul Hastings LLP will appear at the hearing as well as undersigned counsel.

4. Considering the circumstances, the Trustee respectfully requests permission to participate in the foregoing matters via the Court's ZOOM.Gov platform.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]

-3-

WHEREFORE, for the foregoing reasons, the Trustee respectfully requests that the Trustee be permitted to appear remotely before this Court on January 3, 2023 at 3:30 p.m.

Dated: January 3, 2023　　　　　　　　　　LUC A. DESPINS,
　　　　　New Haven, Connecticut　　　　　CHAPTER 11 TRUSTEE

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Patrick R. Linsey*
　　　　　　　　　　　　　　　　　　　　　　Douglas S. Skalka (ct00616)
　　　　　　　　　　　　　　　　　　　　　　Patrick R. Linsey (ct29437)
　　　　　　　　　　　　　　　　　　　　　　NEUBERT, PEPE & MONTEITH, P.C.
　　　　　　　　　　　　　　　　　　　　　　195 Church Street, 13th Floor
　　　　　　　　　　　　　　　　　　　　　　New Haven, Connecticut 06510
　　　　　　　　　　　　　　　　　　　　　　(203) 781-2847
　　　　　　　　　　　　　　　　　　　　　　dskalka@npmlaw.com
　　　　　　　　　　　　　　　　　　　　　　plinsey@npmlaw.com

　　　　　　　　　　　　　　　　　　　　　　　*and*

　　　　　　　　　　　　　　　　　　　　　　Nicholas A. Bassett (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　PAUL HASTINGS LLP
　　　　　　　　　　　　　　　　　　　　　　2050 M Street NW
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C., 20036
　　　　　　　　　　　　　　　　　　　　　　(202) 551-1902
　　　　　　　　　　　　　　　　　　　　　　nicholasbassett@paulhastings.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
| HO WAN KWOK, | : | CASE NO. 22-50073 (JAM) |
| Debtor. | : |  |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 3, 2023 the foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: January 3, 2023  
New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*  
Douglas S. Skalka (ct00616)  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
dskalka@npmlaw.com  
plinsey@npmlaw.com  

*and*

Nicholas A. Bassett *(pro hac vice)*  
PAUL HASTINGS LLP  
2050 M Street NW  
Washington, D.C., 20036  
(202) 551-1902  
nicholasbassett@paulhastings.com