ct260                                                                                                                     12/2022

# United States Bankruptcy Court
# District of Connecticut



In re:

    Ho Wan Kwok, et al.

    Debtor *

Case Number: 22-50073

(Jointly Administered)

Chapter: 11

## ORDER GRANTING REQUEST TO APPEAR REMOTELY

    Luc A. Despins, Chapter 11 Trustee having filed a Motion to Appear Remotely, ECF No. 1277, in connection with the Motion for Order Addendum to Supplemental Motion for Order Setting Bar Dates and Approving Form of Notice, Application to Employ Epiq Corporate Restructuring, LLC as Claims and Noticing Agent, Application to Employ Engineering Operations and Certification Services, LLC as Expert, Application to Employ Engineering Operations and Certification Services, LLC as Expert, and Application to Employ Harney Westwood and Riegels LP as British Virgin Islands Counsel, ECF No. 1191, 1198, 1212, 1216 and 1247, (collectively the "Motons") it appearing that the relief requested in the Motion to Appear Remotely should be granted for cause shown; it is hereby

    **ORDERED:** Luc A. Despins, Chapter 11 Trustee is authorized to attend the hearing on the Motions scheduled to be heard on January 3, 2023 at 3:30 PM via ZoomGov; and it is further

    **ORDERED:** Luc A. Despins, Chapter 11 Trustee shall e-mail the Courtroom Deputy at CalendarConnect_BPT@ctb.uscourts.gov to obtain the ZoomGov connection information.

Dated: January 4, 2023

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.