Case 22-50073    Doc 1281-1    Filed 01/04/23    Entered 01/04/23 11:01:06    Page 1 of 1

# Notice Recipients

District/Off: 0205−5        User: admin            Date Created: 1/4/2023
Case: 22−50073              Form ID: pdfdoc2       Total: 3

**Recipients of Notice of Electronic Filing:**
ust    U. S. Trustee         USTPRegion02.NH.ECF@USDOJ.GOV
aty    Holley L. Claiborn    holley.l.claiborn@usdoj.gov

                                                                      TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty    Steven E. Mackey    Office of the U.S. Trustee    The Giaimo Federal Building    150 Court Street, Room 302    New Haven, CT 06510

                                                                      TOTAL: 1