**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                        :
In re:                                  :    Chapter 11
                                        :
HO WAN KWOK, et al.,¹                   :    Case No. 22-50073 (JAM)
                                        :
                 Debtors.               :    (Jointly Administered)
                                        :
-------------------------------------------------------x
```

### NOTICE OF FILING OF INVOICE OF ENGINEERING OPERATIONS AND CERTIFICATION SERVICES, LLC FOR INSPECTION SERVICES

**PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Chapter 11 Trustee's Motion to Retain Engineering Operations and Certification Services, LLC to Inspect Lady May Yacht* [Docket No. 1285] (the "EOCS Retention Order"),² attached hereto as **Exhibit A** is EOCS's invoice, dated December 20, 2022 (the "Invoice"), for the inspection of the Initial Work (as defined in the *Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May*).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the EOCS Retention Order, (a) parties in interest have fourteen (14) days from the date of this Notice to object to the Invoice and (b) if no timely objections to the Invoice are filed with the Court, the Trustee is authorized to pay the Invoice without further Court order.

---

¹    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

²    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the EOCS Retention Order.

Dated:      January 4, 2023            LUC A. DESPINS,
            New Haven, Connecticut      CHAPTER 11 TRUSTEE


                                  By: */s/ Patrick R. Linsey*
                                  Douglas S. Skalka (ct00616)
                                  Patrick R. Linsey (ct29437)
                                  NEUBERT, PEPE & MONTEITH, P.C.
                                  195 Church Street, 13th Floor
                                  New Haven, Connecticut 06510
                                  (203) 781-2847
                                  dskalka@npmlaw.com
                                  plinsey@npmlaw.com

                                       *and*

                                  Nicholas A. Bassett (admitted *pro hac vice*)
                                  PAUL HASTINGS LLP
                                  2050 M Street NW
                                  Washington, D.C., 20036
                                  (202) 551-1902
                                  nicholasbassett@paulhastings.com

                                       *and*

                                  Avram E. Luft (admitted *pro hac vice*)
                                  Douglass Barron (admitted *pro hac vice*)
                                  PAUL HASTINGS LLP
                                  200 Park Avenue
                                  New York, New York 10166
                                  (212) 318-6079
                                  aviluft@paulhastings.com
                                  douglassbarron@paulhastings.com

                                  *Counsel for the Chapter 11 Trustee*

## Exhibit A

**Invoice, dated December 20, 2022**



# INVOICE

**Date: December 20, 2022**

**Invoice for E2201-1**

PO BOX 67
Mystic, CT 06355    USA

**AMOUNT DUE:  $ 9,710.$^{00}$**

**WEB:  WWW.EOCS.US**
PHONE: 860 857 1798

**TO:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
c/o Luc Despin,
as Chapter 11 Trustee for the Estate of
Ho Wan Kwok

**FOR:**
My Lady May (IMO 1012359)
Starboard Diesel Engine Assessment
and Ship Sea Trials

| DESCRIPTION | HOURS | RATES/HR | AMOUNT DUE |
|---|---|---|---|
| Repair Review & Final Report | 32 | $ 175.$^{00}$ | $    5,600.$^{00}$ |
| Dockside Ship Check | 4 | $ 175.$^{00}$ | $      700.$^{00}$ |
| Underway Sea Trial | 12 | $ 175.$^{00}$ | $    2,100.$^{00}$ |
| Travel | 17 | $  50.$^{00}$ | $      850.$^{00}$ |
| Oil Analysis Results – 4 Samples | 1 | $ 110.$^{00}$ | $      110.$^{00}$ |
| Post Report Submittal Review | 2 | $ 175.$^{00}$ | $      350.$^{00}$ |
| TOTAL | | | $    9,710.$^{00}$ |

*Make all checks payable to*
***Dexter White or EOCS***
***PO Box 67***
***Mystic, CT 06355      USA***

*Thank you for your business!*
*A Veteran Owned Business*