UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

### MOTION FOR *PRO HAC VICE* ADMISSION OF DANIEL D. BARNES, ESQ.

Pursuant to D. Conn. L. Civ. R. 83.1(d), incorporated herein by L. Bankr. R. 1001-1(b), the undersigned, a member in good standing of the bar of this Court, and having entered an appearance in this matter, hereby moves this Court to admit Daniel D. Barnes, Esq., a member of the Bars of the State of New Jersey and the State of New York, *pro hac vice* to appear in the within case and related proceedings on behalf of interested parties HK International Funds Investments (USA) Limited, LLC ("HK International") and Mei Guo.

1. The primary office of Mr. Barnes is Chiesa Shahinian & Giantomasi, One Boland Drive, West Orange, New Jersey 07052; main telephone number: (973) 325-1500; direct telephone number: (973) 530-2097; and his e-mail address is dbarnes@csglaw.com.

2. To the best of my knowledge and belief, Mr. Barnes is a member in good standing of the courts listed in his affidavit submitted herewith, there are no disciplinary proceedings pending against him in any jurisdiction, and he has not been disciplined or denied admission by this Court or any other court in any jurisdiction.

3. Pursuant to Rule 83.1(d)(1)(e) of the Local Rules of Civil Procedure, Mr. Barnes has designated the undersigned as his agent for the resolution of any dispute arising out of his admission.

4893-5467-7059.v2

WHEREFORE, the undersigned respectfully requests that this Court admit Daniel D. Barnes, Esq., *pro hac vice* in this matter.

Respectfully submitted,

*/s/ Aaron A. Romney*
Aaron A. Romney (CT-28144)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
(203) 368-4234
aromney@zeislaw.com

*Attorneys for HK International Funds Investments (USA) Limited, LLC and Mei Guo*

Dated: January 5, 2023

4893-5467-7059.v2

## CERTIFICATION

I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* of Daniel D. Barnes, Esq., was filed electronically on January 5, 2023. Notice of this filing will be sent by e-mail to all parties registered for electronic service in this proceeding through the Court's CM/ECF system.

*/s/ Aaron A. Romney*
Aaron A. Romney (CT-28144)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
(203) 368-4234
aromney@zeislaw.com

*Attorneys for HK International Funds Investments (USA) Limited, LLC and Mei Guo*

Dated: January 5, 2023