UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

## ORDER GRANTING *PRO HAC VICE* ADMISSION TO DANIEL D. BARNES, ESQ.

A Motion for Admission *Pro Hac Vice* (the "Motion") was filed on January 5, 2023, by a member of the bar of this Court on behalf of Daniel D. Barnes, Esq., attorney for interested parties HK International Funds Investments (USA) Limited, LLC and Mei Guo in the above-captioned case and related proceedings, and the Motion having satisfied the requirements of D. Conn. L. Civ. R. 83.1(c), as incorporated herein by L. Bankr. R. 1001-1(b),

IT IS HEREBY ORDERED that Daniel D. Barnes, Esq., is hereby admitted *pro hac vice* to practice in the United States Bankruptcy Court for the District of Connecticut in connection with the above-captioned case and related proceedings.