# Exhibit 3

UNITED STATES BANRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | CHAPTER 11 |
|  | ) |  |
| HO WAN KWOK, | ) | CASE NO. 22-50073 (JAM) |
|  | ) |  |
| Debtor. | ) | RE: ECF NO. 963 |
|  | ) |  |

**CONSENT ORDER REGARDING
HING CHI NGOK'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO SUBPOENA FOR RULE 2004 EXAMINATION**

On October 13, 2022, Hing Chi Ngok ("Mrs. Ngok") filed a *Motion for Extension of Time to Respond to Subpoena for Rule 2004 Examination* ("Motion"). *See* Doc. No. 963. The Court ordered Luc A. Despins, Chapter 11 Trustee (the "Trustee") to file a response to the Motion on or before 5:00pm on October 21, 2022. In lieu of a response to the Motion, the Trustee and Mrs. Ngok, as well as Greenwich Land, LLC ("Greenwich Land"), submit this Consent Order ("Order").

Mrs. Ngok and Greenwich Land shall collectively be referred to herein as the "Respondents." As resolution to the Motion and upon agreement of Respondents and Trustee (collectively referred to herein as the "Parties"), this Consent Order shall enter as follows:

1. The Trustee agrees to an extension of time to respond to the Subpoenas for Rule 2004 Examination served on the Respondents up to and including November 8, 2022.

    a. Respondents agree to produce all documents responsive to their respective Subpoenas on or before November 8, 2022.

    b. Respondents agree that to the extent that a document request in the Subpoenas calls for a document to be produced that Respondents based on a good faith search cannot identify and produce, Respondents agree to so indicate in their responses.

    c. Notwithstanding anything contained herein, Respondents reserve the right to object to document requests in the subpoenas.

2. The Parties agree that the deposition of Mrs. Ngok will take place on November 14, 2022, at a location and time to be determined by the Parties.

    a. There will be one official, independent/third-party translator at the deposition for purposes of the official record and transcript, to be provided by the Trustee. Counsel for Mrs. Ngok is permitted to bring Mrs. Ngok's translator to the deposition, provided the translator does not communicate with the witness while the deposition is ongoing and on-the-record, agrees to be bound by the Protective Order, and agrees not to make statements on the record. Notwithstanding the foregoing, Mrs. Ngok's translator will be permitted to advise counsel for Mrs. Ngok if the translator believes there has been an improper translation.

3. Respondents represent that there is no present intention of selling the property known as 373 Taconic Road in Greenwich, CT ("Greenwich Residence"). The Greenwich Residence is not being marketed, advertised, or listed for sale with a broker or for private sale. The Respondents agree not to make any effort to sell, or to sell any property under their control, including the Greenwich Residence, prior to November 21, 2022.

ORDERED, upon agreement of the Parties, the motion for extension is granted up to and including November 8, 2022, and the foregoing terms are approved by the Court.

Dated at Bridgeport, Connecticut this 24th day of October, 2022.



Acknowledged and agreed to by:

**Hing Chi Ngok and Greenwich Land LLC**

By: _/s/ Evan S. Goldstein_
Evan S. Goldstein
*Their Attorney*

**Luc A. Despins, Chapter 11 Trustee**

By: _/s/ Patrick Linsey_

3

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

--------------------------------------------------------x
                                                        :
In re:                                                  :  Chapter 11
                                                        :
HO WAN KWOK, *et al.*,                                  :  Case No. 22-50073 (JAM)
                                                        :
            Debtors.[1]                                    :  Jointly Administered
                                                        :
--------------------------------------------------------x

## SECOND CONSENT ORDER REGARDING HING CHI NGOK'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SUBPOENA FOR RULE 2004 EXAMINATION

On October 13, 2022, Hing Chi Ngok ("Ngok") filed a *Motion for Extension of Time to Respond to Subpoena for Rule 2004 Examination* ("Motion"). *See* Doc. No. 963. The Court ordered Luc A. Despins, Chapter 11 Trustee (the "Trustee") to file a response to the Motion on or before 5:00pm on October 21, 2022. In lieu of a response to the Motion, on October 24, 2022, the Trustee and Ngok, as well as Greenwich Land, LLC ("Greenwich Land," and, together with Ngok, the "Respondents"), submitted a Consent Order (the "First Consent Order").[2] The Parties now submit this second consent order (the "Second Consent Order") which shall supplement and amend the First Consent Order as set forth herein.

### STIPULATED FACTS

The Trustee and the Respondents (together, collectively, the "Parties") stipulate to the following facts (the "Stipulated Facts"):

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) (the "Individual Debtor") and Genever Holdings Corporation (the "Genever BVI Debtor"). The mailing address for the Trustee and the Genever BVI Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein adopt the definitions set forth in the First Consent Order.

A. The First Consent Order provided, among other things, that:

- the Respondents agreed to produce all documents responsive to their respective Subpoenas on or before November 8, 2022;

- the Parties agree that the deposition of Ngok would take place on November 14, 2022; and

- the Respondents agreed not to make any effort to sell, or to sell any property under their control, including the Greenwich Residence, prior to November 21, 2022.

B. On or before November 8, 2022 (*i.e.*, the deadline for document production under the Court's First Consent Order), Ngok produced a total of five documents and Greenwich Land produced a total of two documents in response to their respective Subpoenas.

C. The Respondents informed the Trustee on November 8, 2022, that they were aware that they have additional responsive documents, but that the Vice President of Greenwich Land, Max Krasner, informed counsel for the Respondents that he was resigning on November 5, 2022. Counsel for the Respondents informed the Trustee's counsel that he was waiting for Mr. Krasner to help the Respondents produce the balance of the Respondents production.

D. To address Mr. Krasner's resignation, the Respondents have requested additional time to supplement their production.

E. The Trustee has advised the Respondents that he requires the Respondents' production of responsive documents to be completed before the deposition of Ngok.

F. The Respondents have represented and warranted to the Trustee that they do not presently intend to sell the property known as 373 Taconic Road in Greenwich, CT ("Greenwich Residence") and that neither the Respondents nor any other person is presently marketing, advertising, or listing the Greenwich Residence for sale.

## SECOND CONSENT ORDER:

The Parties stipulate and agree, and the Court hereby orders, as follows:

1. The Stipulated Facts are adopted herein as the basis for this Second Consent Order.

2. The Respondents shall produce all documents responsive to their respective Subpoenas on or before November 18, 2022.

3. The deposition of Ngok shall take place on December 6, 2022, at a location and time to be determined by the Parties. There will be one official, independent/third-party translator at the deposition for purposes of the official record and transcript, to be provided by the Trustee. Counsel for Ngok is permitted to bring Ngok's translator to the deposition, provided the translator does not communicate with the witness while the deposition is ongoing and on-the-record, agrees to be bound by the Protective Order, and agrees not to make statements on the record. Notwithstanding the foregoing, Ngok's translator will be permitted to advise counsel for Ngok if the translator believes there has been an improper translation.

4. The Respondents shall not make any effort to sell, or sell any property under their control, including, without limitation, the Greenwich Residence, prior to December 16, 2022.

5. In the event of noncompliance with this Second Consent Order, the Trustee may seek relief from the Court by motion (a "Contempt Relief Motion") requesting, among other things, contempt findings, awards of attorney's fees or other sanctions or relief, and orders compelling compliance with the Subpoenas. Any Contempt Relief Motion shall be heard within five business days of filing, or as soon thereafter as the Court's schedule permits a hearing.

6. If the Respondents timely comply with this Second Consent Order, this Second Order shall be deemed to supersede the First Consent Order. If the Respondents fail to timely comply with this Second Consent Order, the Trustee may seek relief in any Contempt Relief

Motion with respect to the Respondents' noncompliance with both the First Consent Order and the Second Consent Order.

Dated at Bridgeport, Connecticut this 14th day of November, 2022.

Acknowledged and agreed to by:

**Hing Chi Ngok and Greenwich Land LLC**

By: */s/ Evan S. Goldstein*
Evan S. Goldstein
*Their Attorney*

**Luc A. Despins, Chapter 11 Trustee**

By: */s/ Patrick R. Linsey*
Patrick R. Linsey
*His Attorney*

  **IT IS SO ORDERED** at Bridgeport, Connecticut this 21st day of November, 2022.

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

4

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

---------------------------------------------------------x
: 
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
---------------------------------------------------------x

### THIRD CONSENT ORDER REGARDING HING CHI NGOK'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SUBPOENA FOR RULE 2004 EXAMINATION

On October 13, 2022, Hing Chi Ngok ("Mrs. Ngok") filed a *Motion for Extension of Time to Respond to Subpoena for Rule 2004 Examination* ("Motion"). *See* Doc. No. 963. The Court ordered Luc A. Despins, Chapter 11 Trustee (the "Trustee") to file a response to the Motion on or before 5:00pm on October 21, 2022. In lieu of a response to the Motion, on October 24, 2022, the Trustee and Mrs. Ngok, as well as Greenwich Land, LLC ("Greenwich Land," and, together with Mrs. Ngok, the "Respondents"), submitted a Consent Order (the "First Consent Order").[2] On November 14, 2022, the Parties submitted a second consent order (the "Second Consent Order"). The Parties now submit this third consent order ("Third Consent Order") which shall supplement and amend the Second Consent Order as set forth herein.

### STIPULATED FACTS

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) (the "Individual Debtor") and Genever Holdings Corporation (the "Genever BVI Debtor"). The mailing address for the Trustee and the Genever BVI Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein adopt the definitions set forth in the First Consent Order.

The Trustee and the Respondents (together, collectively, the "Parties") stipulate to the following facts (the "Stipulated Facts"):

1. The First Consent Order provided, among other things, that:

    1.1. the Respondents agreed to produce all documents responsive to their respective Subpoenas on or before November 8, 2022;

    1.2. the Parties agree that the deposition of Mrs. Ngok would take place on November 14, 2022; and

    1.3. the Respondents agreed not to make any effort to sell, or to sell any property under their control, including the Greenwich Residence, prior to November 21, 2022.

2. The Second Consent Order provided, among other things, that:

    2.1. The Respondents shall produce all documents responsive to their respective Subpoenas on or before November 18, 2022; and

    2.2. The deposition of Mrs. Ngok shall take place on December 6, 2022.

3. In the course of final preparations for the examination, Mrs. Ngok learned on December 5, 2022 that her father-in-law was in seriously grave condition. On December 6, 2022, Mrs. Ngok's father-in-law passed away.  Mrs. Ngok's counsel informed counsel to the Trustee of these facts. The parties agreed to adjourn the December 6, 2022 deposition as set forth below.

**THIRD CONSENT ORDER:**

The Parties stipulate and agree, and the Court hereby orders, as follows:

1. The Stipulated Facts are adopted herein as the basis for this Third Consent Order.

2. Given the fact that Mrs. Ngok's father-in-law has passed away on December 6, 2022, the deposition of Mrs. Ngok shall take place on a date to be determined subsequent the mourning period. The Parties agree to meet and confer to determine a mutually agreeable date for the deposition of Mrs. Ngok. The location and time to be determined by the Parties. There will be one official, independent/third-party translator at the deposition for purposes of the official record and transcript, to be provided by the Trustee. Counsel for Mrs. Ngok is permitted to bring Mrs. Ngok's translator to the deposition, provided the translator does not communicate with the witness while the deposition is ongoing and on-the-record, agrees to be bound by the Protective Order, and agrees not to make statements on the record. Notwithstanding the foregoing, Mrs. Ngok's translator will be permitted to advise counsel for Mrs. Ngok if the translator believes there has been an improper translation.

3. The Respondents shall not make any effort to sell, or sell any property under their control, including, without limitation, the Greenwich Residence, prior to January 13, 2023.

Dated at Bridgeport, Connecticut this 6th day of December, 2022.

Acknowledged and agreed to by:

**Hing Chi Ngok and Greenwich Land LLC**

By: */s/ Evan S. Goldstein*

Evan S. Goldstein
*Their Attorney*

**Luc A. Despins, Chapter 11 Trustee**
By: */s/ Avi E. Luft*

Avi E. Luft
*His Attorney*

**IT IS SO ORDERED** at Bridgeport, Connecticut this 9th day of December, 2022.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut