**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.* | Case No: 22-50073 (JAM) |
| Debtors. | Re: ECF No 299, 1272, and 1273 |

**CONSENT ORDER GRANTING HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION FOR ORDER AUTHORIZING HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC TO ENGAGE JAMES PIZZARUSO AS CAPTAIN OF THE LADY MAY**

Upon the M*otion for Order Authorizing HK International Funds Investments (USA) Limited, LLC to Engage James Pizzaruso as Captain of the Lady May* [Doc. No. 1272] (the "Motion") filed by HK International Funds Investments (USA) Limited, LLC ("HK USA"), which seeks an order pursuant to this Court's *Stipulated Order Compelling HK International Funds Investments (USA) Limited, LLC to Transport and Deliver that Certain Yacht, the "Lady May"* [Doc. No. 299] (the "Stipulated Order") authorizing HK USA to engage James Pizzaruso to replace Lloyd Bernard as captain of the Lady May; upon the consent to the entry of this Order in resolution of the Motion by (a) each of the parties to the Stipulated Order, namely the debtor Ho Wan Kwok, HK USA, the Official Committee of Unsecured Creditors appointed in this case, and the creditors Pacific Alliance Asia Opportunity Fund L.P., Rui Ma and Zheng Wu, as well as (b) the trustee appointed in this case, Luc A. Despins; and finally upon consideration of the Motion and the relief requested appearing to this Court to be necessary and appropriate; due and sufficient notice of the Motion having been given under the particular circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby:

1

**ORDERED** that the Motion is hereby **GRANTED** and HK USA is hereby authorized to engage James Pizzaruso to replace Lloyd Bernard as captain of the Lady May as set forth herein in accordance with the Stipulated Order (subject to further order of this Court); and it is

**ORDERED** that all references to "Captain" in the Stipulated Order shall refer to Mr. Pizzaruso acting in such capacity in accordance with the Stipulated Order (subject to further order of this Court); and it is

**ORDERED** that HK USA shall provide each of the parties to the Stipulated Order and the Trustee with proof of service of the Stipulated Order made on Mr. Pizzaruso and a copy of the declaration required by the Stipulated Order to be executed by Mr. Pizzaruso within 24 hours of HK USA receiving such proof of service and executed declaration; and it is finally

**ORDERED** that, the Motion having been granted, HK USA's *Ex-Parte Motion Pursuant to Bankruptcy Rule 9006(C)(1) to Prescribe Notice and Expedite the Hearing on HK International Funds Investments (USA) Limited, LLC's Motion for Order Authorizing HK International Funds Investments (USA) Limited, LLC to Engage James Pizzaruso as Captain of the Lady May* [Doc. No. 1273] is hereby **DENIED** as moot.

Dated at Bridgeport, Connecticut this 6th day of January, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut