**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| HO WAN KWOK, et al.[1], | ) | Case No. 22-50073 (JAM) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***
**OF MARCY J. MCLAUGHLIN SMITH**

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United State District Court for the District of Connecticut, incorporated herein by Local Rule of Bankruptcy Procedure 1001-1, David M. S. Shaiken, Esq., a member of the Bar of this Court and a member of the firm of Shipman, Shaiken & Schwefel, LLC, respectfully moves this Court to enter an Order admitting Marcy J. McLaughlin Smith, Esq., *pro hac vice* on behalf of Bravo Luck Limited ("Bravo") in the above-referenced bankruptcy action. In support of this motion, the undersigned represents the following:

1. Marcy J. McLaughlin Smith, Esq., is an associate in the law firm of Troutman Pepper Hamilton Sanders LLP. She is a member in good standing of the Bars of the State of Delaware and the Commonwealth of Pennsylvania. Ms. Smith is also a member in good standing of the bars of the United States Court of Appeal for the Third Circuit and of the United States District Court for the District of Delaware. Ms. Smith has not been denied admission or disciplined by any Court.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2.   Ms. Smith has executed an affidavit in connection with this motion, which is attached hereto as **Exhibit A**.

3.   The undersigned counsel is a member in good standing of the Bar of the State of Connecticut.  The undersigned is also admitted to practice before the United States District Court for the District of Connecticut and the United States Court of Appeals for the Second Circuit.

4.   The undersigned respectfully requests that, pursuant to D. Conn. L. Civ. R. 83.1(d), in the event that this motion is granted, he be excused from attendance at all proceedings.  In accordance with D. Conn. L. Civ. R. 83.1(c), the undersigned agrees to accept service of all papers on behalf of Marcy J. McLaughlin Smith.

WHEREFORE, David M. S. Shaiken, Esq., respectfully requests that this Court enter an Order, substantially in the form attached as **Exhibit B**, granting Marcy J. McLaughlin Smith admission *pro hac vice*.

Dated:   Amston, Connecticut
         January 10, 2023

By:   /s/ David M. S. Shaiken
      David M. S. Shaiken, Esq.
      Shipman, Shaiken & Schwefel, LLC
      Corporate Center West
      433 South Main Street, Suite 319
      West Hartford, CT  06110
      Telephone: (860) 606-1703
      Fax: (866) 431-3248
      david@shipmanlawct.com
      Fed. Bar No. ct02297

2

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| HO WAN KWOK, et al., | ) Case No. 22-50073 (JAM) |
| | ) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| _____ | ) |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***
**OF MARCY J. MCLAUGHLIN SMITH**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) |
| COUNTY OF NEW CASTLE | ) |

Marcy J. McLaughlin Smith, of full age, deposes and states the following:

1.      I am an associate in the firm of Troutman Pepper Hamilton Sanders LLP, with an office address of Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19801. My telephone number is 302.777.6535, my fax number is 302.421.8390 and my email address is marcy.smith@troutman.com.

2.      I have been retained by Bravo Luck Limited ("Bravo") to provide legal representation in connection with the above-captioned bankruptcy cases (the "Debtors").

3.      Pursuant to D. Conn. L. Civ. R. 83.1(c) and L. Bankr. R. 9083-3, David M. S. Shaiken, Esq., of the law firm of Shipman, Shaiken & Schwefel, LLC, will serve as my local bankruptcy counsel.  His address is Corporate Center West, 433 South Main Street, Suite 319, West Hartford, Connecticut 06110.

4.      I am a member in good standing of the bars of the State of Delaware [DE Bar ID No. 6184] and the Commonwealth of Pennsylvania [PA Bar ID No. 323129].  I am also a member in good standing of the bars of the United States Court of Appeal for the Third Circuit

and of the United States District Court for the District of Delaware. I have not been denied admission or disciplined by any Court.

5.     I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing; and have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

6.     I hereby designate David M. S. Shaiken, Esq. as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under D. Conn. L. Civ. R. 83.1(d).

7.     I have read and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and will abide by and comply with the substantive and procedural requirements of the local rules and the administrative orders of this Court.

Marcy J. McLaughlin Smith

Sworn and subscribed to before me
This 10th day of January, 2023

Notary Public
My Commission Expires: 8.13.24

PEGGIANNE HARDIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 13, 2024

#138402497 v2

5

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| HO WAN KWOK, et al., | ) |
| | ) Case No. 22-50073 (JAM) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) RE: Doc. I.D. No. ___ |
| _____ | ) |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***
**OF MARCY J. MCLAUGHLIN SMITH**

Upon the Motion for Admission *Pro Hac Vice* of Marcy J. McLaughlin Smith (the "Motion"), for good cause and upon the agreement of David M. S. Shaiken, Esq., of Shipman, Shaiken & Schwefel, LLC, Corporate Center West, 433 South Main Street, Suite 319, West Hartford, Connecticut 06110, to serve as designee for local service; it is hereby

**ORDERED** that the Motion is GRANTED.

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 10, 2023, the *Motion for Admission Pro Hac Vice of Marcy J. Mclaughlin Smith* was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by United States first class mail, postage prepaid, to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

A.      Electronic Notice Via CM/ECF Service List

Laura Aronsson laronsson@omm.com
Tristan G. Axelrod taxelrod@brownrudnick.com
William R. Baldiga wbaldiga@brownrudnick.com
Kellianne Baranowsky kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;
kbaranowsky@ecf.courtdrive.com
Douglass E. Barron douglassbarron@paulhastings.com
Nicholas A. Bassett nicholasbassett@paulhastings.com, jonathonkosciewicz@paulhastings.com;
lucdespins@paulhastings.com; alexbongartz@paulhastings.com; ezrasutton@paulhastings.com;
douglassbarron@paulhastings.com; ecf.frg@paulhastings.com; aviluft@paulhastings.com
Patrick M. Birney pbirney@rc.com, ctrivigno@rc.com
Christopher H. Blau cblau@zeislaw.com
G. Alexander Bongartz alexbongartz@paulhastings.com
Carollynn H.G. Callari ccallari@callaripartners.com
Daniel Cantor dcantor@omm.com
John L. Cesaroni jcesaroni@zeislaw.com
Scott M. Charmoy scottcharmoy@charmoy.com, ecf-3ae5beb98d9b@ecf.pacerpro.com;
charmoysr97992@notify.bestcase.com
Holley L. Claiborn holley.l.claiborn@usdoj.gov
Samuel Bryant Davidoff sdavidoff@wc.com
Luc A. Despins lucdespins@paulhastings.com, matlaskowski@paulhastings.com;
davidmohamed@paulhastings.com
David S. Forsh dforsh@callaripartners.com
Peter Friedman pfriedman@omm.com
Taruna Garg tgarg@murthalaw.com, mgarcia@murthalaw.com
Irve J. Goldman igoldman@pullcom.com, rmccoy@pullcom.com
Evan S. Goldstein egoldstein@uks.com
Mia N. Gonzalez mgonzalez@omm.com
James C. Graham jgraham@npmlaw.com, sgibbons@npmlaw.com;
NeubertPepeMonteithPC@jubileebk.net
Lawrence S. Grossman LGrossman@gs-lawfirm.com, aevans@gs-lawfirm.com; ngolino@gs-lawfirm.com; lawrencegrossman@ecf.courtdrive.com; mbuckanavage@gs-lawfirm.com;
eross@gs-lawfirm.com

David V. Harbach, II dharbach@omm.com
James J. Healy jhealy@cowderymurphy.com
Jeffrey Hellman jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com
Eric A. Henzy ehenzy@zeislaw.com, cjervey@zeislaw.com
Jonathan Kaplan jkaplan@pullcom.com, prulewicz@pullcom.com; rmccoy@pullcom.com
Stephen M. Kindseth skindseth@zeislaw.com, cjervey@zeislaw.com
Nancy Bohan Kinsella nkinsella@npmlaw.com, moshea@npmlaw.com;
smowery@npmlaw.com; npm.bankruptcy@gmail.com
Andrew V. Layden alayden@bakerlaw.com
Patrick R. Linsey plinsey@npmlaw.com, karguello@npmlaw.com;
NeubertPepeMonteithPC@jubileebk.net
Avram Emmanuel Luft aviluft@paulhastings.com
Kristin B. Mayhew kmayhew@pullcom.com, kwarshauer@mdmc-law.com; bdangelo@mdmc-
law.com
Danielle L. Merola dmerola@bakerlaw.com
Sherry J. Millman smillman@stroock.com
Aaron A Mitchell aaron@lmesq.com
James M. Moriarty jmoriarty@zeislaw.com, cgregory@zeislaw.com
Sara Pahlavan spahlavan@omm.com
Patrick N. Petrocelli ppetrocelli@stroock.com
Lucas Bennett Rocklin lrocklin@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net
Aaron Romney aromney@zeislaw.com, swenthen@zeislaw.com
Scott D. Rosen srosen@cb-shea.com, msullivan@cbshealaw.com; dtempera@cbshealaw.com
Thomas J. Sansone tsansone@carmodylaw.com
Stuart M. Sarnoff ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com
Douglas S. Skalka dskalka@npmlaw.com, smowery@npmlaw.com;
NeubertPepeMonteithPC@jubileebk.net
Jeffrey M. Sklarz jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com; mbuckanavage@gs-
lawfirm.com; eross@gs-lawfirm.com; jsklarz@ecf.courtdrive.com
Annecca H. Smith asmith@rc.com
John Troy johntroy@troypllc.com
Tiffany Troy tiffanytroy@troypllc.com, troylaw@troypllc.com
U. S. Trustee USTPRegion02.NH.ECF@USDOJ.GOV
Stephen G. Walko swalko@ibolaw.com
Michael S. Weinstein mweinstein@golenbock.com
Jay Marshall Wolman jmw@randazza.com, ecf-6898@ecf.pacerpro.com
Peter J. Zarella pzarella@mdmc-law.com

B.       United States First Class Mail, Postage Prepaid, Service List

Brown Rudnick LLP
Attn: President or General Mgr
One Financial Center
Boston, MA 02111

Dundon Advisers LLC
Attn: President or General Mgr
10 Bank Street, Suite 1100
White Plains, NY 10606

Chao-Chih Chiu, Huizhen Wang Yunxia Wu,
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Peter M. Friedman
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
PO Box 2839
New York, NY 10008-2839

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

J. Ted Donovan and Kevin J. Nash
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway 22nd Floor
New York, NY 10036

Gabriel Sasson
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Sherry Millman
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Douglas E. Spelfogel
Derek L. Wright
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Richard C. Morrissey
Office of the U.S. Trustee
201 Varick Street, Room
1006 New York, NY 10014

Stretto
Attn: President or General Mgr
410 Exchange, Suite 100
Irvine, CA 92602

Edward Moss, Diana Perez,
Stuart Sarnoff, and Daniel Shamah
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Yongbing Zhang
223 West Jackson Blvd. #1012
Chicago, IL 60606

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Irve Goldman, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601

Genever Holdings Corporation
P.O. Box 3170
Road Town
Tortola, British Virgin Islands

Genever Holdings LLC
781 Fifth Avenue Apt. 1801
New York, NY 10022-5520

By:   /s/ David M. S. Shaiken
          David M. S. Shaiken, Esq.

11