

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Francis J. Lawall, Esq.*

**DATE OF ADMISSION**

*November 4, 1985*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  January 10, 2023

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk