ct136

# United States Bankruptcy Court

## District of Connecticut



In re: Ho Wan Kwok, et al.

Debtor*

Case Number: 22-50073

Chapter: 11

(Jointly Administered)

## ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

A Motion for admission for Attorney Sam Della Fera, Jr. to appear as a visiting attorney was filed on January 5, 2023 (the "Motion", ECF No. 1294), by local counsel, Attorney Aaron. A. Romney (the "Sponsoring Attorney"). As the Motion satisfies the requirements of D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 1001-1(b); it is hereby

**ORDERED**: Attorney Sam Della Fera, Jr. is hereby admitted *pro hac vice* for the purposes of this case only; and it is further

**ORDERED:** The Sponsoring Attorney is not excused from attendance in court pursuant to D. Conn. L. Civ. R. 83.1(d)(2).

Dated: January 13, 2023

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.