UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
                                               :

In re:                                 :       Chapter 11

HO WAN KWOK, *et al.*,      :       Case No. 22-50073 (JAM)

         Debtors.[1]           :       Jointly Administered
---------------------------------------------------------x

**MOTION, PURSUANT TO BANKRUPTCY RULE
9006(c)(1), TO EXPEDITE HEARING ON CHAPTER 11 TRUSTEE'S
MOTION FOR ENTRY OF ORDER SEALING EXHIBIT A TO OBJECTION TO
DEBTOR'S MOTION FOR ORDER REMOVING TRUSTEE AND RELATED RELIEF**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby moves (the "Motion to Expedite") this Court for an order scheduling an expedited hearing to consider and determine the Trustee's *Motion for Entry of Order Sealing Exhibit A to Objection to Debtor's Motion for Order Removing Trustee and Related Relief* (the "Motion to Seal"). In support of his Motion to Expedite, the Trustee respectfully states as follows:

**JURISDICTION, VENUE, AND STATUTORY BASIS**

1.      The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Reference* from the United States District Court for the District of Connecticut (as amended). The Motion to Stay, including this Motion to Expedite with respect thereto, is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief sought by this Motion to Expedite is Bankruptcy Rule 9006(c)(1).

## BACKGROUND

4. On December 30, 2022, The Debtor filed his *Motion for Order Removing Trustee* [Docket No. 1274] (the "Removal Motion").

5. On January 13, 2023, the Trustee filed his *Objection* to the Removal Motion on the public docket, except for Exhibit A thereto (the "Confidential Exhibit"), which the Trustee has filed under seal pursuant to the Motion to Seal.

6. The Confidential Exhibit is a declaration obtained by the Trustee during his investigation from a witness who has knowledge and information supporting the Trustee's counterclaims in the HK International Funds Investments (USA) Limited, LLC adversary proceeding [Adv. Proc. No. 22-05003] (the "HK Adversary Proceeding").

7. The Confidential Exhibit is also highly relevant to the Trustee's Removal Objection, inasmuch as it constitutes one of the prime fruits of the Trustee's ongoing investigation of the Debtor's financial affairs and reflects progress in the Trustee's efforts to recover assets that properly belong to the chapter 11 estate.

8. The declarant who swore to the Confidential Exhibit has expressed concern for the declarant's personal safety in the event that the contents of the Confidential Exhibit and/or the

declarant's identity is disclosed to the Debtor, his relatives, his associates, or his counsel and advisors other than those described herein.

9. The Trustee shares the declarant's concerns in light of, among other things, the Debtor's conduct in this case toward the Trustee and his professionals and the Court's recent finding that the Debtor's pattern of harassing and intimidating conduct "is having a chilling effect on potential witnesses and creditors in these cases." (Memorandum of Decision Granting in Part Motion for Preliminary Injunction [Adv. Proc. No. 22-05032 (the "Injunction Proceeding") ECF No. 128] (Jan. 11, 2023) (the "Injunction Decision").)

## THE MOTION TO SEAL[2]

10. By the Motion to Seal, the Trustee seeks entry of an order approving the filing of the Confidential Exhibit under seal and restricting its disclosure and the disclosure of the information therein (including the declarant's identity) to (a) the Trustee and his counsel, (b) the Debtor's counsel at Zeisler & Zeisler, P.C. ("Z&Z") and Chiesa Shahinian & Giantomasi PC ("CSG"), *i.e.*, the Debtor's counsel with respect to the Removal Motion and the HK Adversary Proceeding, and (c) the Court and its staff.

11. The Trustee requested the foregoing relief, because it is essential that the Trustee be permitted to use the Confidential Exhibit in the contexts of the HK Adversary Proceeding and the Removal Motion/Removal Petition, while also providing for the protection of the declarant's personal safety.

---

[2] The following summary of the relief sought in the Motion to Stay is qualified in its entirety by the Motion to Stay.

**RELIEF REQUESTED**

12. Bankruptcy Rule 9006(c)(1) provides that the Court may reduce the notice period when requested by motion upon cause shown. Cause exists to consider and determine the Motion to Seal upon an expedited basis. The Trustee respectfully requests that the Court schedule a hearing with respect to the Motion to Seal for Monday, January 23, 2023, at 10 a.m. (when the Court has already scheduled a matter in an adversary proceeding related to this chapter 11 case) or otherwise as soon as the Court is available.

13. Determination of the Motion to Stay on an expedited basis is crucial to avoid any delay to proceedings in the HK Adversary Proceeding (where evidentiary proceedings commence next month and as to which discovery is ongoing) and to determination of the Debtor's Removal Motion and the Trustee's Removal Objection.

14. Finally, the Trustee requests that the Court order that any opposition to the Motion to Stay be filed on or before January 19, 2023, at 5:00 p.m.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

WHEREFORE, Trustee requests that the Court issue an Order, substantially in the form attached hereto, setting a hearing on the Motion to Seal on January 23, 2023, setting a deadline to object to the Motion to Seal, and ordering such other and further relief as is just and proper.

Dated:   January 13, 2023                LUC A. DESPINS,
         New Haven, Connecticut          CHAPTER 11 TRUSTEE


By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

       *and*

    Nicholas A. Bassett (*pro hac vice* pending)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

       *and*

    Avram E. Luft (*pro hac vice* pending)
    Douglass Barron (*pro hac vice* pending)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                              :    Chapter 11
:
HO WAN KWOK, *et al.*,              :    Case No. 22-50073 (JAM)
:
Debtors.[1]                         :    Jointly Administered
:
---------------------------------------------------------x

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the chapter 11 trustee's (the "Trustee") *Motion for Entry of Order Sealing Exhibit A to Objection to Debtor's Motion for Order Removing Trustee and Related Relief* (the "Motion to Seal"); and good cause appearing, it is hereby

**ORDERED,** that a hearing on the Motion to Seal shall be held on **January 23, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604 (the "Hearing"); and it is further

**ORDERED,** that the deadline to object to the Motion to Seal shall be **January 19, 2023, at 5:00 p.m.**; and it is further

**ORDERED,** that a copy of this Order, along with the Motion to Seal and any attachments thereto, shall be served upon all parties to the above-captioned case, and the Trustee shall file a certificate of service in advance of the Hearing.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                      :
In re:                                                :    Chapter 11
                                                      :
HO WAN KWOK, *et al.*,                                :    Case No. 22-50073 (JAM)
                                                      :
                    Debtors.[1]                       :    Jointly Administered
                                                      :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 13, 2023, the foregoing Motion, including all attachments thereto, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2] Parties may access this filing through the Court's CM/ECF system.

Dated:   January 13, 2023                    LUC A. DESPINS,
         New Haven, Connecticut              CHAPTER 11 TRUSTEE

                                             By:   /s/ *Patrick R. Linsey*
                                                   Douglas S. Skalka (ct00616)
                                                   Patrick R. Linsey (ct29437)
                                                   NEUBERT, PEPE & MONTEITH, P.C.
                                                   195 Church Street, 13th Floor
                                                   New Haven, Connecticut 06510
                                                   (203) 821-2000
                                                   dskalka@npmlaw.com
                                                   plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

   *and*

   Nicholas A. Bassett *(pro hac vice)*
   PAUL HASTINGS LLP
   2050 M Street NW
   Washington, D.C., 20036
   (202) 551-1902
   nicholasbassett@paulhastings.com

   *and*

   Avram E. Luft *(pro hac vice)*
   Douglass Barron (*pro hac vice*)
   PAUL HASTINGS LLP
   200 Park Avenue
   New York, New York 10166
   (212) 318-6079
   aviluft@paulhastings.com

   *Counsel for the Chapter 11 Trustee*