**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                         :    Chapter 11
                                               :
HO WAN KWOK, *et al.*,                         :    Case No. 22-50073 (JAM)
                                               :
        Debtors.[1]                            :    Jointly Administered
                                               :
---------------------------------------------------------x

## AFFIDAVIT OF PUBLICATION OF NOTICE OF BAR DATES FOR FILING PROOFS OF CLAIM

Attached hereto as **Exhibits A**, **B**, and **C**, respectively, are the affidavits of publication for the *Notice of Bar Dates for Filing Proofs of Claim* published in the (a) *USA Today* on January 13, 2023, (b) *Sing Tao Daily* on January 12, 2023, and (c) *World Journal* on January 13, 2023.

[*Remainder of page intentionally left blank.*]

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated: January 17, 2023

New Haven, Connecticut

| | |
|---|---|
| GENEVER HOLDINGS LLC | LUC A. DESPINS, CHAPTER 11 TRUSTEE |
| By: */s/ Patrick R. Linsey*<br>    Douglas S. Skalka (ct00616)<br>    Patrick R. Linsey (ct29437)<br>    NEUBERT, PEPE & MONTEITH, P.C.<br>    195 Church Street, 13th Floor<br>    New Haven, Connecticut 06510<br>    (203) 821-2000<br>    dskalka@npmlaw.com<br>    plinsey@npmlaw.com | By: */s/ Patrick R. Linsey*<br>    Douglas S. Skalka (ct00616)<br>    Patrick R. Linsey (ct29437)<br>    NEUBERT, PEPE & MONTEITH, P.C.<br>    195 Church Street, 13th Floor<br>    New Haven, Connecticut 06510<br>    (203) 821-2000<br>    dskalka@npmlaw.com<br>    plinsey@npmlaw.com |
| *Counsel for Genever Holdings LLC*<br>*Debtor and Debtor-in-Possession* | *and* |
| GENEVER HOLDINGS CORPORATION | Luc A. Despins, Esq.<br>G. Alexander Bongartz, Esq.<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6472 |
| By: */s/ Patrick R. Linsey*<br>    Douglas S. Skalka (ct00616)<br>    Patrick R. Linsey (ct29437)<br>    NEUBERT, PEPE & MONTEITH, P.C.<br>    195 Church Street, 13th Floor<br>    New Haven, Connecticut 06510<br>    (203) 821-2000<br>    dskalka@npmlaw.com<br>    plinsey@npmlaw.com | *Counsel for the Chapter 11 Trustee* |
| *Counsel for Genever Holdings Corporation*<br>*Debtor and Debtor-in-Possession* | |

## Exhibit A

**Verification of Publication (USA Today)**



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Friday, January 13, 2023**, the following legal advertisement – **Ho Wan Kwok** was published in the national edition of **USA TODAY.**

*Vanessa Salvo*
Principal Clerk of USA TODAY
January 13, 2023

# NYC nurses reach tentative agreement

**Three-year contract ends three-day walkout**

Camille Fine
USA TODAY

After three days on strike, nurses returned to work at two major New York City hospitals after reaching a tentative contract agreement with thousands of striking nurses, ending this week's walkout, officials announced Thursday.

In a dispute over pay and chronic understaffing, more than 7,000 nurses at two privately owned nonprofit hospitals walked out Monday after talks to avert a strike failed over the weekend. Each hospital has more than 1,000 beds, according to The Associated Press.

The New York State Nurses Association said more than 3,500 nurses at Montefiore Medical Center in the Bronx and about 3,600 at Mount Sinai Hospital on the Upper East Side in Manhattan reached a new three-year contract.

Several other private hospitals around the city reached deals with the union ahead of the strike deadline, which included raises totaling 19% over three years.

The agreements with both hospitals include concrete, enforceable staffing ratios, the union said. The agreement with Montefiore also included what the union described as community health improvements and nurse-student partnerships to recruit local nurses from the Bronx.

"Through our unity and by putting it all on the line, we won enforceable safe staffing ratios at both Montefiore and Mount Sinai where nurses went on strike for patient care," nurses association president Nancy Hagans said in a statement. "Today, we can return to work with our heads held high, knowing that our victory means safer care for our patients and more sustainable jobs for our profession."

The hospitals say they have been grappling with a widespread nursing shortage that was exacerbated by the COVID-19 pandemic.

Montefiore said in a statement that it focused on ensuring the nurses had "the best possible working environment, with significant wage and benefit enhancements" through the deal with the union.

"We know this strike impacted everyone – not just our nurses – and we were committed to coming to a resolution as soon as possible to minimize disruption to patient care," the hospital said.

Mount Sinai said in a statement that it was pleased to have reached a tentative agreement and that the strike was over.

"Our proposed agreement is similar to those between NYSNA and eight other New York City hospitals. It is fair and responsible, and it puts patients first," Mount Sinai Health System said.

Union officials planned to provide details of the proposed contract agreement and the ratification timeline at a briefing later Thursday.

*Contributing: The Associated Press*



"Our victory means safer care for our patients and more sustainable jobs for our profession."
**Nancy Hagans**
New York State Nurses Association

**Nurses stage a strike in front of Mt. Sinai Hospital in the Manhattan on Monday after negotiations broke down hours earlier.** CRAIG RUTTLE/AP

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070    www.russelljohns.com/usat

To view more Classified listings, visit: classifieds.usatoday.com

---

**NOTICES**

**LEGAL NOTICE**

**LEGAL NOTICE**

**If you received an artificial or prerecorded voice call on your cellular telephone from Synchrony Bank ("Synchrony") from October 16, 2020 through November 18, 2022, you may be affected by a class action settlement.**

A settlement agreement has been reached in a class action lawsuit alleging that Synchrony Bank made artificial or prerecorded voice calls regarding a Synchrony account to people who did not own the account or did not provide Synchrony their telephone number.

A settlement fund of $2,600,000 will be used to pay valid claims, attorneys' fees, any service award to the class representative, and settlement administration costs. You may be entitled to receive a share of the fund. The final cash payment will depend on the total number of valid and timely claims filed by all class members. Your legal rights may be affected whether you act or don't act, so read this notice carefully.

**What is this lawsuit about?** Diane Lucas filed a class action lawsuit against Synchrony Bank alleging that it violated the federal Telephone Consumer Protection Act ("TCPA") by using an artificial or prerecorded voice in connection with calls it placed to cellular telephones without prior express consent. Synchrony denies the allegations and denies that it violated the TCPA. The Court did not decide who is right or wrong. The parties agreed to a settlement. The name of the lawsuit is *Lucas v. Synchrony Bank*, No. 4:21-cv-00070-PPS-JEM (N.D. Ind.).

**Who is included in the settlement?** The settlement class is defined as: "All persons and entities throughout the United States (1) to whom Synchrony Bank placed, or caused to be placed (either by one of its own employees or by an agent or vendor), a call, (2) directed to a telephone number assigned to a cellular telephone service, (3) in connection with which Synchrony Bank or one of its agents or vendors used an artificial or prerecorded voice, (4) from October 16, 2020 through the date of the preliminary approval order, (5) where the subject of the call was a Synchrony Bank account that did not belong to the recipient of the call, and (6) where the recipient of the call did not provide Synchrony Bank the telephone number to which it placed, or caused to be placed, the call."

**What does the settlement provide?** Synchrony will establish a settlement fund of $2.6 million to pay for: (1) settlement compensation to claiming class members; (2) attorneys' fees not to exceed thirty-six percent of the settlement fund, subject to the Court's approval; (3) litigation costs and expenses incurred, subject to the Court's approval; (4) costs of notice and administration; and (5) a service award to Ms. Lucas not to exceed $10,000, subject to the Court's approval. It is estimated that each valid claimant will receive between $35 and $140, depending on the number of class members who participate.

**What are your legal rights and options?** You have four options. First, if you received an artificial or prerecorded voice call on your cellular telephone from Synchrony from October 16, 2020 through November 18, 2022, where the subject of the call was a Synchrony account that did not belong to you, and you did not provide Synchrony your cellular telephone number, you may timely submit a claim online at www.LucasTCPASettlement.com on or before **March 30, 2023**. Those who submit approved claims will receive a proportionate share of the settlement fund after deducting the above-listed fees, costs, and expenses, and will release any related claim(s) against Synchrony and other released parties. Second, you may do nothing, in which case you will not receive a share of the settlement fund. Third, you may exclude yourself ("opt out") from the settlement, in which case you will neither receive a share of the settlement fund, nor release any claim(s) you have against Synchrony or other released parties. You must exclude yourself by **March 15, 2023**. Or fourth, if you are a class member you may object to the settlement. Objections are due by **March 15, 2023**. *If the settlement is approved, all class members who do not opt out (even those who do not submit claims) will release any claim(s) against Synchrony and other released parties.* To obtain additional information about your legal rights and options, or to access the class notice, motion for preliminary approval, motion for attorneys' fees, and any other important documents in the case, visit www.LucasTCPASettlement.com, or contact the Settlement Administrator by writing to: *Lucas v. Synchrony* Settlement Administrator, P.O. Box 6188, Novato, CA 94948-6188 or by calling 1-844-591-0208.

**When is the final fairness hearing?** The Court will hold a final fairness hearing on April 25, 2023, at 10:30 a.m. The hearing will take place in the United States District Court for the Northern District of Indiana, 5400 Federal Plaza, Suite 4400, Hammond, IN 46320. At the final fairness hearing, the Court will consider whether the settlement is fair, reasonable, and adequate and, if so, whether final approval of the settlement should be granted. The Court will hear objections to the settlement, if any. The Court may make a decision at that time, postpone a decision, or continue the hearing. You may have your own attorney represent you and appear in Court on your behalf, but if you do want to be represented by your own lawyer, you must hire one at your own expense.

1-844-591-0208            www.LucasTCPASettlement.com

---

**LEGAL NOTICE**

**UNITED STATES BANKRUPTCY COURT, DISTRICT OF CONNECTICUT, BRIDGEPORT DIVISION**
In re: Ho Wan Kwok, *et al.*,      ) Chapter 11, Case No. 22-50073 (JAM)
                                    ) (Jointly Administered)
Debtors.[1]                         )

**NOTICE OF BAR DATES FOR FILING PROOFS OF CLAIM**
PLEASE TAKE NOTICE THAT:

On February 15, 2022 (the "Individual Debtor Petition Date"), Mr. Ho Wan Kwok (the "Individual Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Connecticut (the "Connecticut Bankruptcy Court"). On July 8, 2022, the Connecticut Bankruptcy Court entered an order granting the appointment of Luc A. Despins as the chapter 11 trustee (the "Trustee") in the Individual Debtor's chapter 11 case.

On October 12, 2020 (the "Genever (US) Petition Date"), Genever Holdings LLC ("Genever (US)") filed its chapter 11 petition in the United States Bankruptcy Court for the Southern District of New York (the "New York Bankruptcy Court"). On November 3, 2022, the New York Bankruptcy Court entered an order transferring Genever (US)'s chapter 11 case to the Connecticut Bankruptcy Court. Genever (US)'s only scheduled assets are a residence at the Sherry Netherland Hotel in New York, New York, and a related security deposit for a total scheduled value of approximately $73 million.[2]

On October 11, 2022 (the "Genever (BVI) Petition Date" and, together with the Genever (US) Petition Date and the Individual Debtor Petition Date, the "Petition Dates"), Genever Holdings Corporation ("Genever (BVI)" and, together with the Individual Debtor and Genever (US), the "Debtors") filed its chapter 11 petition in the Connecticut Bankruptcy Court. Genever (BVI) wholly owns Genever (US).

On January 5, 2023, the Connecticut Bankruptcy Court entered an order (the "Bar Date Order") establishing the following deadlines to file proofs of claim against the Debtors in their chapter 11 cases (the "Chapter 11 Cases"):[3]

1. **Prepetition Claims Against Individual Debtor**: The last date and time for all persons and entities (including, without limitation, individuals, partnerships, corporations, joint ventures, trusts, and governmental units) to file a proof of claim (a "Proof of Claim") in respect of any claim (as defined in the Bankruptcy Code) arising prior to the Individual Debtor Petition Date (*i.e.*, February 15, 2022) against the Individual Debtor is **February 17, 2023 at 11:59 p.m. (ET)** (the "General Bar Date").

2. **Prepetition Claims Against Genever (US)**: The last date and time for all persons and entities (including, without limitation, individuals, partnerships, corporations, joint ventures, trusts, and governmental units) to file a Proof of Claim in respect of any claim (as defined in the Bankruptcy Code) arising prior to the Genever (US) Petition Date (*i.e.*, October 12, 2020) against Genever (US) is **February 17, 2023 at 11:59 p.m. (ET)**, *i.e.*, the General Bar Date.

3. **Prepetition Claims Against Genever (BVI)**:
    a. The last date and time for all persons and entities (including, without limitation, individuals, partnerships, corporations, and joint ventures) other than governmental units to file a Proof of Claim in respect of any claim (as defined in the Bankruptcy Code) arising prior to the Genever (BVI) Petition Date (*i.e.*, October 10, 2022) against Genever (BVI) is **February 17, 2023 at 11:59 p.m. (ET)**, *i.e.*, the General Bar Date.
    b. The last date and time for all governmental units to file a Proof of Claim in respect of any claim (as defined in the Bankruptcy Code) arising prior to the Genever (BVI) Petition Date (*i.e.*, October 10, 2022) against Genever (BVI) is **April 10, 2023 at 11:59 p.m. (ET)** (the "Governmental/Genever (BVI) Bar Date" and, together with the General Bar Date, the "Bar Dates").

On the Proof of Claim form, holders of claims against the Individual Debtor may elect to also assert their claim against Genever (BVI) and Genever (US) (the "Genever Debtors") on the basis that the Genever Debtors are or were *alter egos* of the Individual Debtor. If the Genever Debtors are or were *alter egos* of the Individual Debtor, then a creditor of the Individual Debtor would also be a creditor of the Genever Debtors, despite the absence of a direct contractual or other relationship between the creditor and the Genever Debtors. Any creditor of the Individual Debtor that previously filed a Proof of Claim against the Individual Debtor in a form substantially similar to the Official Form shall be deemed to have elected to also assert their claim against the Genever Debtors on the basis that the Genever Debtors are or were *alter egos* of the Individual Debtor, subject to the same reservation of rights above. To be clear, if you hold a claim against the Genever Debtors based on a direct contractual or other relationship between the creditor and the Genever Debtors (*i.e.*, in addition to a claim based on *alter ego*), you must file a separate Proof of Claim against Genever (BVI) and/or Genever (US), as applicable.

The Trustee, Genever (BVI), and Genever (US) reserve all their rights to object to any claims based on an *alter ego* theory, including on the basis that the Trustee is the only party entitled to assert the Genever (BVI) and Genever (US) are or were *alter egos* of the Individual Debtor.

Copies of the Proof of Claim form may be received on or before the General Bar Date either: (a) by the Connecticut Bankruptcy Court at the following address: US Bankruptcy Court, District of Connecticut, Brien McMahon Federal Building, 915 Lafayette Boulevard, Bridgeport, CT 06604; or (b) Epiq Corporate Restructuring, LLC (the "Claims Agent") at the following addresses: If by First Class Mail: Ho Wan Kwok Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4419, Beaverton, OR 97076-4419; If by Hand Delivery or Overnight Mail: Ho Wan Kwok Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Blvd., Beaverton, OR 97005; or (c) electronically using the interface available on the Claims Agent's website at https://dm.epiq11.com/KwokTrustee.

A Proof of Claim is deemed to be timely filed only if it is **actually received** by the Court or the Claims Agent by the applicable Bar Date. Alternatively, Proofs of Claim may be submitted electronically with the Connecticut Bankruptcy Court through the Connecticut Bankruptcy Court's website at http://www.ctb.uscourts.gov. Proofs of claim sent by fax or email will not be accepted.

**IMPORTANT**: Individual claimants have the option of submitting their Proofs of Claim on a confidential basis (each such Proof of Claim, a "Confidential Proof of Claim") so as to keep their names and contact information confidential. Individual claimants that desire to submit a Confidential Proof of Claim must (a) elect on their Proofs of Claim to have such Proofs of Claim treated confidentially and (b) submit the completed Proofs of Claim (without any redactions) directly to the Claims Agent, whether electronically or at the Claims Agent address set forth above. For the avoidance of doubt, such Proof of Claim should not be submitted to or filed with the Court.

To be properly filed, each Proof of Claim must: (i) be written in the English language; (ii) be denominated in the lawful currency of the United States as of the applicable Petition Date (using the exchange rate, if applicable, as of the applicable Petition Date); (iii) conform substantially to the form of Proof of Claim attached to the Bar Date Order or the Official Bankruptcy Form 410; and (iv) be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

Pursuant to Bankruptcy Rule 3003(c)(2), any holder of a claim who fails to timely file a Proof of Claim as provided herein shall (a) be forever barred, estopped, and enjoined from asserting such claims against the Debtor, his property, or this estate (or from submitting a Proof of Claim with respect thereto) and (b) not be treated as a creditor with respect to such claim for the purposes of voting and distribution with respect to any chapter 11 plan or plans that may be filed in the Chapter 11 Cases.

If you require additional information regarding this Notice, you may contact the Trustee's counsel at 1-212-318-6690 or submit an inquiry via e-mail to douglassbarron@paulhastings.com. **If you believe that you hold a claim against the Debtors, you should consult an attorney if you have any questions regarding this Notice, including whether you should file a Proof of Claim.**

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] This amount does not reflect the fair market value of the Sherry Netherland apartment.

[3] The Connecticut Bankruptcy Court, upon motion by a creditor, may extend the time for filing Proofs of Claim after the applicable Bar Date to permit the filing of a late Proof of Claim.

[4] The General Bar Date shall apply to such claims notwithstanding any other bar date that was previously generated by the Court.

---

**PLACE YOUR AD in USA TODAY Marketplace!**
(800) 397-0070 • sales@russelljohns.com

**GET NOTICED!**
To advertise, call:
(800) 397-0070

## Exhibit B

**Certificate of Publication (Sing Tao Daily)**

## CERTIFICATE OF PUBLICATION

I, Connie Lam, hereby certify that (a) I am Displayed Advertising Manager at Sing Tao Daily and (b) that the legal notice advertisement of which the annexed is a copy appeared in all editions of *Sing Tao Daily* throughout the United States on **Thursday, January 12, 2023**.

Executed on ___1/12/2023___ at ___N. Calif., S. Calif., East Coast___
                  (date)                             (city, state)

X ___[signature]___
(Signature)

廣告．爆料．查詢 212-699-3800　國際新聞　2023年1月12日 星期四　星島日報 A6

## 世衛評估XBB.1.5 稱未發現加重病情

**逃逸能力很強 能避疫苗抗體 病例或會大增**

**本報訊** 世界衛生組織11日發布的一份風險評估報告顯示，感染新冠變種病毒Omicron XBB.1.5亞變種的症狀與感染其他新冠毒株的症狀類似，目前並未發現XBB.1.5會導致更加嚴重的病情，但XBB.1.5可能導致全球病例的增加。

世衛11日發布風險評估報告，指出XBB.1.5是目前免疫逃逸能力最強的變種毒株之一，可能避開接種加強劑產生的抗體，能夠引發更大規模感染，但目前幾乎所有數據都來自美國，世衛仍需要更多其他國家的數據，才能作出確切結論。

香港商業電台報道，全球38個國家發現XBB.1.5感染病例，美國的病例佔比達到82%，其次是英國，佔8.1%。美國今年首星期新冠病例中，XBB.1.5佔27%。世衛表示，XBB.1.5在美國仍有空間擴散，特別是東北部，已迅速成為主流毒株。

據該報道，由於現有任何關於XBB.1.5如何影響患者健康的真實世界數據，因此無法就該亞變體的嚴重程度得出任何結論。科學家們認為，XBB.1.5具有傳播優勢，因為它能更好地與人體細胞結合，善於逃避免疫。實驗室研究表明，XBB家族中的其他變異株已被證明能夠熟練地避開接種加強針產生的抗體，這也意味著XBB.1.5能夠引發更大規模的感染。

此外，據世衛組織發言人表示，世衛組織小組計劃於1月27日舉行會議，討論當前的新冠疫情是否仍將是全球緊急事件。該小組將向世衛組織總幹事譚德塞提供諮詢意見，由他作出最終決定。幾周前，譚德塞曾表示，他「希望」新冠在2023年的某個時候不會被視為全球緊急情況。

### 日本確認4例XBB.1.5

日本內閣官房長官松野博一11日說，已在境內確認4例新冠最新Omicron亞型變異株XBB.1.5確診病例。基於XBB.1.5正在美國擴散，日本政府將持續監控疫情動向。

共同社報道，談到是否對來自美國的入境人士強化邊境管控措施，松野說，日本政府會基於國內外新冠疫情狀況，及主要國家的邊境管控對策狀況等，來進行適當的判斷。

松野還說，有看法指出XBB.1.5傳染力可能更高，但現階段尚無關於傳染力及重症程度的流行病學與臨床知識。松野還說，日本政府會持續監控包括XBB.1.5在內的變異株疫情動向。

日本境內目前疫情主流病毒株為BA.5，但外界擔心可能會被XBB或BQ.1.1取代。


日本已確認4例新冠最新Omicron亞型變異株XBB.1.5確診病例，圖為遊客及市民在日本東京街上行走。路透社

## 阿富汗外交部大樓外發生爆炸　多人死傷

雖然極端團體塔利班已奪佔阿富汗政權，但是阿富汗的恐怖攻擊一點也沒變少。位於首都喀布爾的阿富汗臨時政府外交部大樓附近11日發生自殺式炸彈襲擊，最少造成5死、40人受傷，極端組織伊斯蘭國承認責任。

當局指，襲擊者原本計劃闖入外交部大樓內引爆炸彈，但不成功。《自由歐洲電台》報道，塔利班的安全部門發言人薩德則表示，爆炸發生在下午4點，安全小組已趕赴現場調查。一位不願透露姓名的外交人士說，爆炸發生在外交部假期期間，應該不會有太多人員在內。但另一位消息人士稱「爆炸威力巨大，並且有人員傷亡。」而且，他還說大樓內有重要會議，是塔利班代表和中國官員的外交會議。

然而，塔利班外交部副發言人塔卡爾趕緊否認，他說外交大樓內沒有任何外交會議。法新社援引一名工作人員的話說，他看到一名男子在大喊一聲後引爆了自己，並暗示至少有20人傷亡，但此消息還未得到證實。

聯合國、英國及巴基斯坦譴責襲擊。極端組織伊斯蘭國11日透過社交網站承認責任。伊斯蘭國在過去兩個月已多次在阿富汗發動襲擊，目標包括學校、清真寺及公共交通工具。

---


■俄羅斯再撤換烏克蘭戰事指揮官，由總參謀長格拉西莫夫（圖）出任。美聯社

### 俄再撤換指揮官 末日決戰將軍下台

俄烏戰事持續超過十個月，俄羅斯負責這次軍事行動的總指揮再出現人事變動，國防部長紹伊古宣布，由總參謀長格拉西莫夫出任該職位，原總指揮蘇羅維金（Sergey Surovikin）與另兩名將領擔任副總指揮。國防部指，這次任命是要加強軍種之間的協調，提高作戰效率。

法新社報道，俄羅斯國防部指出，蘇羅維金素以殘忍作風聞名的他被俄媒封為「末日決戰將軍」，他是俄羅斯在車臣及敘利亞戰場的老將，曾獲得俄羅斯總統普京授勳。

蘇羅維金去年十月獲任命做行動總指揮後不久，俄軍因遇到烏克蘭部隊反攻，決定撤出南部赫爾松市。他於去年10月獲命擔任烏克蘭戰事指揮官，取代時任指揮官日德科，但僅上任3個月就下台。

### 俄稱控制烏東城鎮 克宮承認傷亡慘重

俄羅斯僱傭兵團體「瓦格納」宣稱已經控制烏克蘭東部鹽礦城蘇勒答爾，但是遭烏國政府否認。蘇勒答爾的重要性在於，擁有總長約200公里的鹽礦坑道，可用於滲透敵後。克里姆林宮11日談到蘇勒答爾之戰，承認俄方傷亡慘重。

烏克蘭武裝部隊東部集團發言人奇列瓦蒂駁斥俄方控制該城之說「不是事實」，國防部副部長馬里亞爾11日發文說，俄方部隊設法突破烏軍防線，但是未能成功，俄方尚未完全拿下該城，烏軍仍在奮戰。

但是，烏俄雙方都坦言，蘇勒答爾是一場血戰。烏國總統顧問波多利雅科11日法新社說，蘇勒答爾和附近俄國人攻數月尚未拿下的巴赫姆特戰事，是開戰以來「最血腥」的戰事。

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT, BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Ho Wan Kwok, *et al.* | : | Case No. 22-50073 (JAM) |
| Debtors.[1] | : | (Jointly Administered) |

### 关于提交索赔证明的截止日期的通知

请注意：

2022年2月15日（以下简称"<u>个人债务人申请日</u>"），Ho Wan Kwok先生（"<u>个人债务人</u>"）根据美国法典第11卷第11章（以下简称"<u>破产法典</u>"）向美国康涅狄格州地区破产法院（以下简称"<u>康涅狄格州破产法院</u>"）提出了自愿破产申请。2022年7月8日，康涅狄格州破产法院发布命令，同意任命Luc A. Despins为个人债务人第11章案件的受托人（以下简称"<u>受托人</u>"）。

2020年10月12日（以下简称"<u>Genever（美国）申请日</u>"），Genever Holdings LLC（以下简称"<u>Genever（美国）</u>"）向美国纽约南区破产法院（以下简称"<u>纽约破产法院</u>"）提出其第11章申请。2022年11月3日，纽约破产法院发布命令，将Genever（美国）的第11章案件移交给康涅狄格州破产法院。Genever（美国）的唯一计划资产是位于纽约州纽约市Sherry Netherland酒店的住宅和相关的保证金，总计价值约为7300万美元。[2]

2022年10月11日（以下简称"<u>Genever（BVI）申请日</u>"，与Genever（美国）申请日和个人债务人申请日一起合称为"<u>申请日</u>"），Genever Holdings Corporation（以下简称"<u>Genever（BVI）</u>"，与个人债务人和Genever（美国）一起合称为"<u>债务人</u>"）向康涅狄格州破产法院提出第11章申请。Genever（BVI）全资拥有Genever（美国）。

2023年1月5日，康涅狄格州破产法院发布命令（以下简称"<u>截止日期命令</u>"），确定在第11章案件（以下简称"<u>第11章案件</u>"）中对债务人提交索赔证明的以下截止日期。[3]

1. <u>对个人债务人的诉前索赔</u>：所有个人和实体（包括但不限于个人、合伙企业、公司、合资企业、信托和政府单位）就个人债务人申请日（即2022年2月15日）之前产生的针对个人债务人的任何索赔（根据《破产法》的定义）提交索赔证明（以下简称"<u>索赔证明</u>"）的最后日期和时间为**2023年2月17日晚上11点59分**（美国东部时间）（以下简称"<u>一般截止日</u>"）。

2. <u>对Genever（美国）的诉前索赔</u>：所有个人和实体（包括但不限于个人、合伙企业、公司、合资企业、信托和政府单位）就Genever（美国）申请日（即2020年10月12日）之前产生的对Genever（美国）的任何索赔（根据《破产法》的定义）提交索赔证明的最后日期和时间为**2023年2月17日晚上11点59分**（美国东部时间），即一般截止日。

3. <u>对Genever（BVI）的诉前索赔</u>：

    a. 所有个人和实体（包括但不限于个人、合伙企业、公司和合资企业）（政府单位除外）就Genever（BVI）申请日（即2022年10月10日）之前产生的对Genever（BVI）的任何索赔（根据《破产法》的定义）提交索赔证明的最后日期和时间为**2023年2月17日晚上11点59分**（美国东部时间），[4] 即，一般截止日。

    b. 所有政府单位就Genever（BVI）申请日（即2022年10月10日）之前产生的对Genever（BVI）的任何索赔（根据《破产法》的定义）提交索赔证明的最后日期和时间为**2023年4月10日晚上11点59分**（美国东部时间）（以下简称"<u>政府/Genever（BVI）截止日</u>"，与一般截止日一起合称为"<u>截止日</u>"）。

在索赔证明表中，对个人债务人有索赔的索赔持有人可以选择同时对Genever（BVI）和Genever（美国）（以下简称"<u>Genever债务人</u>"）提出索赔，理由是Genever债务人是或曾经是个人债务人的另一个身份。如果Genever债务人是或曾经是个人债务人的另一个身份，那么个人债务人的债权人也将是Genever债务人的债权人，尽管该债权人与Genever债务人之间没有直接的合同关系或其他关系。个人债务人的任何债权人如果之前以与正式表格基本相似的形式向个人债务人提交了索赔，应被视为也向Genever债务人是或曾经是个人债务人的另一个身份为由，也向Genever债务人提出该索赔，但必须遵守上述相同的权利保留。为明确起见，如果您根据个人债务人与Genever债务人之间的直接合同关系或其他关系对Genever债务人持有索赔权（即，除了基于另一个身份的索赔外），你必须对Genever（BVI）和/或Genever（美国）单独提交索赔证明，如适用。

受托人、Genever（BVI）和Genever（US）保留其反对任何基于另一个身份理论的索赔的所有权利，包括基于受托人是唯一有权宣称Genever（BVI）和Genever（US）是或曾经是个人债务人的另一个身份的一方。

索赔证明表的副本可在破产法院的网站上免费查看和下载，网址是www.uscourts.gov/forms/bankruptcy-forms。如果向受托人的律师提出书面请求，可以获得"截止日期命令"的副本，电子邮件地址是douglassbarron@paulhastings.com。

所有索赔证明必须通过以下任一方式提交，以便在一般截止日或之前收到：

(a) 提交到康涅狄格州破产法院，地址如下：

US Bankruptcy Court, District of Connecticut, Brien McMahon Federal Building, 915 Lafayette Boulevard, Bridgeport, CT 06604

或

(b) Epiq Corporate Restructuring, LLC（"索赔代理"），地址如下：

如果使用一级邮件：

Ho Wan Kwok Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4419, Beaverton, OR 97076-4419

如果是亲手递送或隔夜邮件：

Ho Wan Kwok Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Blvd., Beaverton, OR 97005

或

(c) 使用索赔代理网站上的界面进行电子处理，网址为 https://dm.epiq11.com/KwokTrustee。

只有在适用的截止日期之前，法院或索赔代理**实际收到**索赔证明，才会被视为及时提交。或者，索赔证明可以通过康涅狄格州破产法院的网站http://www.ctb.uscourts.gov，以电子方式向康涅狄格州破产法院提交。通过传真或电子邮件发送的索赔证明将不会被接受。

**重要提示**：个人索赔人可以选择以保密方式提交索赔证明（每份此类索赔证明为"保密索赔证明"）。希望提交保密索赔证明的个人索赔人必须**(a)**在其索赔证明上选择对该索赔证明进行保密处理，并**(b)**将填妥的索赔证明（未作任何编辑）直接提交给索赔代理，无论是以电子方式还是按上述索赔代理地址提交。为避免疑问，此类索赔证明不应提交给法院。

为了正确提交，每份索赔证明必须：(i) 用英语书写；(ii) 以适用的申请日期的美国合法货币计价（使用适用的申请日期的汇率，如果适用）；(iii) 基本上符合索赔证明表或官方破产表410；以及(iv) 由索赔人或（如果索赔人不是个人）索赔人的授权代理人签署。

根据《破产规则》第3003(c)(2)条，任何未按本条规定及时提交索赔证明的索赔持有人将**(a)**被永远禁止、阻止和限制对债务人、其财产或本破产财团提出此类索赔（或提交相关的索赔证明），以及**(b)**在就第11章案件中可能提交的任何第11章计划进行投票和分配时，不被视为与此类索赔有关的债权人。

如果您需要有关本通知的更多信息，你可以通过拨打电话1-212-318-6690与受托人的律师联系，或通过电子邮件douglassbarron@paulhastings.com提交查询。如果你认为你有对债务人的索赔，如果你对本通知有任何疑问，包括你是否应该提交索赔证明，你应该咨询律师。

---

[1] 这些第11章案件的债务人是Ho Wan Kwok（又称Guo Wengui、Miles Guo和Miles Kwok，以及许多其他别名）（纳税标识号的最后四位数：9595），Genever Holdings LLC（纳税标识号的最后四位数：8202）和Genever Holdings Corporation。受托人、Genever Holdings LLC和Genever Holdings Corporation的通信地址是Paul Hastings LLP, 200 Park Avenue, New York, NY 10166，收件人：Luc A. Despins，作为Ho Wan Kwok的受托人（仅用于通知和通信）。

[2] 这一金额并不反映Sherry Netherland公寓的公平市场价值。

[3] 康涅狄格州破产法院可根据债权人的动议，在适用的截止日期之后延长索赔证明的时间，以允许提交逾期的索赔证明。

[4] 尽管法院之前规定过任何其他的截止日，一般截止日应适用于这些索赔。

N23A10BK

## Exhibit C

**Affidavit of Publication (World Journal)**



141-07 20th Ave., Whitestone, NY 11357   TEL: (718)746-8889   FAX: (718)746-6445

## Affidavit of Publication

To : Miller Advertising Agency, Inc.
909 Third Avenue, 15th floor, New York, NY 10022
(212) 929-2200

Re : Ho Wan Kwok, et al   Debtors
Chapter 11
Case No. 22-50073

I, Li-Hsin Chen, being duly sworn, depose and say : that I am the Authorized Designee of World Journal, a daily newspaper of general circulation published in New York, County of Queens, State of New York ; that a notice, of which the annexed is a printed copy, has been duly and regularly published in all editions of the World Journal throughout the United States on Thursday, January 12, 2023."

Sworn to me this 12th day of January, 2023

*[signature]*

DANIEL K. CHIN
NOTARY PUBLIC, State of New York
No. 01CH6194498
Qualified in Queens County
Commission Expires 09/20/24

*[signature]*

長線&當沖 賺二億
傳奇交易員寫給散戶的8堂投資必修課｜他鑽研股市20年的實戰筆記大公開，不論是長期、中短期 波段，都讓你一滴可贖！教你短線交易與行生性金融商品的操作訣竅，以及大師級的心理控制與資金配置方式。
$21.75
世界書局 WJ BOOKSTORE
聯繫： WJ BOOKSTORE (郵費另計)
141-07 20TH AVE. WHITESTONE, NY 11357
718-445-8889 ext.6263
718-445-2665
www.wjbookny.com

# 美元指數 出現死亡交叉

## 50日移動均線低於200日移動均線 透露未來仍有貶值壓力

編譯問國帆／綜合報導

美元指數的50日移動均線在11日盤中低於200日移動均線，兩年半以來首度出現「死亡交叉」，暗示未來仍有貶值壓力。不過，美元近期走勢仍取決於12日公布的美國去年12月通膨數據。

根據彭博資訊，美元指數11日盤中的50日簡單移動均值為105.974，低於200日簡單移動均值的106.329。FaceSet數據顯示，美元上次出現這種型態，已是2020年7月初的事。美元指數11日盤中在早午盤時間走貶，報103.186。

策略師指出，美元指數去年因聯準會（Fed）升息步伐領先已開發市場而強升，同時國際股匯市劇烈波動，也使投資人入湧入美元，提振美元的升值力道。但美元指數自去年9月觸頂後，在同年第4季初出現貶值，因為歐洲和日本央行採取了更積極貨幣政策，顯示歐日打算縮小與美國的利差將進一步縮小，還有Fed政策對比ECB更早轉向鴿派。

但也有人認為，從經濟基本面來看，歐元最近的升勢過強了。國際金融協會（IIF）首席經濟學家布魯克斯日前在推特發文表示，歐元的升勢暗示歐元區的經濟將回歸「往常」，但事實卻非如此，這種錯誤解讀造成歐元兌美元遭到大幅錯誤定價。

另一方面，美國銀行策略師團隊發現，歐洲投資人累積了龐大的美元多頭部位，可能還沒完全平倉，隨著Fed政策緊縮循環逐漸終點，「今年年底歐洲交易時段可能會有更多美元售價。」

美國投資人的美國聯準焦點將是12日公布的美國12月消費者物價指數（CPI）報告，若顯示持續降溫，將使投資人更加確信Fed今年稍後就會開始升值。

提高多Fed官員不斷表示可能會繼續升息至5%以上，並且在這個水準一段時間後，仍將維持懷疑態度，預期今年底就會降息。


美元指數去年因Fed升息步伐領先已開發市場而強升。（路透資料照片）


美元指數走勢

## 蘋果明年改用自家面板

編譯葉亭均／綜合報導


蘋果公司正計劃最快在2024年讓下行動裝置採用自家客製化的面板，最高階智慧手錶Apple Watch Ultra率先。（歐新社）

蘋果公司正計畫最快在2024年讓旗下行動裝置採用自家客製化的面板，此舉將降低對三星、樂金（LG）等技術合作夥伴的依賴，同時為產品帶入更多自家零組件。

彭博資訊指出，蘋果繼拋棄英特爾晶片，努力研發能取代高通的數據機晶片、還密謀捨棄博通的WiFi和藍牙晶片，如今又傳出要起採用自研面板，凸顯要讓產品組件廣泛「蘋果化」意圖。實際上，蘋果早在約五年前就傳出即自行研發面板的計畫。

知情人士指出，蘋果公司目前最快使用的算法，是智慧手錶Apple Watch改採自家面板，面板技術將從當前的OLED規格升級到Micro LED，蘋果計劃最終讓包括iPhone在內的其他產品也採用這種面板。此舉將重創蘋果智慧手錶螢幕的兩大供應商，即三星顯示器與樂金顯示器公司。

這些調整是以蘋果自家零組件取代供應商供貨的廣泛行動中一環，這會讓蘋果提高對旗下產品設計與功能的控制力。此前，蘋果已經讓Mac電腦產品採用其客製晶片，並且計劃讓iPhone的一些關鍵無線聯網的零組件也採用自家品片。




春節美味年糕
吃年糕 年年高
純手工製作
黑糖紅豆 核桃年糕
外脆內軟Q
堅果紅豆多層次滋味
售價 $29.88
1/9-1/19/2023 供貨

WJ BOOKSTORE
718-445-2665
718-746-8889
Ext. 6263/6266/6267
141-07 20th Ave.
Whitestone, NY 11357

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT, BRIDGEPORT DIVISION

In re: Ho Wan Kwok, et al., Debtors.[1]
Chapter 11
Case No. 22-50073 (JAM)
(Jointly Administered)

关于提交索赔证明的截止日期的通知

请注意：

2022年2月15日（以下简称"个人债务人申请日"），Ho Wan Kwok先生（"个人债务人"）根据美国法典第11卷第11章（以下简称"破产法典"）向美国康涅狄格州地区破产法院（以下简称"康涅狄格州破产法院"）提出了自愿破产申请。2022年7月8日，康涅狄格州破产法院发布命令，同意任命Luc A. Despins为个人债务人第11章案件的受托人（"受托人"）。

2020年10月12日（以下简称"Genever（美国）申请日"），Genever Holdings LLC（以下简称"Genever（美国）"）向美国纽约南区破产法院（以下简称"纽约破产法院"）提交其第11章申请书。2022年11月3日，纽约破产法院发布命令，将Genever（美国）的第11章案件移送康涅狄格州破产法院。Genever（美国）的唯一计划资产是位于纽约纽约市Sherry Netherland酒店的住宅和相关的保证金，总计估价约为7300万美元。[2]

2022年10月11日（以下简称"Genever（BVI）申请日"），与Genever（美国）申请日和个人债务人申请日一起合称为"申请日"），Genever Holdings Corporation（"Genever（BVI）"，与个人债务人和Genever（美国）一起合称为"债务人"）向康涅狄格州破产法院提出第11章申请书。Genever（BVI）全资拥有Genever（美国）。

2023年1月5日，康涅狄格州破产法院发布命令（以下简称"截止日期命令"），确定在第11章案件（以下简称"第11章案件"）中针对债务人提交索赔证明的以下截止日期。[3]

1. 对个人债务人的诉讼索赔：所有个人和实体（包括但不限于个人、合伙企业、公司、合资企业、信托和政府单位）就个人债务人申请日（即2022年2月15日）之前产生的针对个人债务人的任何索赔（根据《破产法》的定义）提交索赔证明（以下简称"索赔证明"）的最后日期和时间是2023年2月17日晚上11点59分（美国东部时间）—这样一般截止日期。

2. 对Genever（美国）的诉讼索赔：所有个人和实体（包括但不限于个人、合伙企业、公司、合资企业、信托和政府单位）就Genever（美国）申请日（即2020年10月12日）之前产生的对Genever（美国）的任何索赔（根据《破产法》的定义）提交索赔证明的最后日期和时间是2023年2月17日晚上11点59分（美国东部时间），即一般截止日。

3. 对Genever（BVI）的诉讼索赔：
   a. 所有个人和实体（包括但不限于个人、合伙企业、公司和合资企业）（政府单位除外）就Genever（BVI）申请日（即2022年10月10日）之前产生的对Genever（BVI）的任何索赔（根据《破产法》的定义）提交索赔证明的最后日期和时间是2023年2月17日晚上11点59分（美国东部时间），即一般截止日。
   b. 所有政府单位就Genever（BVI）申请日（即2022年10月10日）之前产生的对Genever（BVI）的任何索赔（根据《破产法》的定义）提交索赔证明的最后日期和时间是2023年4月10日晚上11点59分（美国东部时间）（以下简称"政府（BVI）截止日"），即一般截止日一起合称为"截止日"。

在索赔证明表中，对个人债务人有索赔的索赔持有人可以选择同对Genever（BVI）和Genever（美国）（以下简称"Genever债务人"）提出索赔。理由是Genever债务人是被曾经是个人债务人的另一个身份。如果Genever债务人是或者曾是被Genever债务人的另一个身份，那么个人债务人的债权人也将是Genever债务人的债权人。尽管这使得从个人债务人之间没有直接的合同关系或其他关系。个人债务人的任何债权人如果之前以下正式表示基本相似的形式的个人债务人提交了索赔证明，现被为只选择对Genever债务人提出索赔或者是对个人债务人的另一个身份，也向Genever债务人提出该索赔，但须通过下述相同的程序保留。为明确起见，如果你根据债权人之间的直接合同关系或其他关系对Genever债务人持有索赔（即，基于下述一个身份的索赔除外），你必须对Genever（BVI）和/或Genever（美国）单独提交索赔证明，如适用。

受托人、Genever（BVI）和Genever（US）保留反对任何基于另一个身份理论的索赔的所有权利，包括基于受托人是唯一行使宣称Genever（BVI）和Genever（US）是或曾经是个人债务人的另一个身份的一方。

索赔证明表也可以在破产法院的网站上免费查看和下载，网址是 www.uscourts.gov/forms/bankruptcy-forms。如果向受托人的律师提出书面请求，可以获得"截止日期命令"的副本。电子邮件地址是 douglassbarron@paulhastings.com。

所有索赔证明必须通过以下任一方式提交，以便在一般截止日之前收到：
(a) 提交至康涅狄格州破产法院，地址如下：
    US Bankruptcy Court, District of Connecticut, Brien McMahon Federal Building, 915 Lafayette Boulevard, Bridgeport, CT 06604
    或
(b) Epiq Corporate Restructuring, LLC（"索赔代理人"），地址如下：
    如果使用一般邮件：
    Ho Wan Kwok Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4419, Beaverton, OR 97076-4419
    如果是亲手递送或隔夜邮件：
    Ho Wan Kwok Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Blvd., Beaverton, OR 97005
    或
(c) 使用索赔代理网站上的界面进行电子化处理。网址是 https://dm.epiq11.com/KwokTrustee。

只有在适用的情况下，法院或索赔代理实际收到索赔证明，才会被视为及时提交。或者，索赔证明可以通过法院的电子备案系统在 http://www.ctb.uscourts.gov，以电子方式向康涅狄格州破产法院提交。通过传真或电子邮件提交的索赔证明不会被接受。

重要提示：个人索赔人可以选择以保密方式提交索赔证明（每份此类索赔证明为"保密索赔证明"），以便对其姓名和联系信息进行保密处理。希望提交保密索赔证明的个人索赔人必须(a)在其索赔证明上选择对该索赔证明进行保密处理，并(b)将填妥的索赔证明（未作任何编辑）直接提交给索赔代理，无论是以电子方式还是按上述索赔代理地址提交。为避免疑问，此类索赔证明不应提交给法院。

为了正确提交，每份索赔证明必须：(i) 用英语书写；(ii) 适用的申请日期的美国合法货币计价（使用的申请日期的汇率，如果适用）；(iii) 基本上符合载在日期命令所附的索赔证明表或官方表格410；以及(iv) 由索赔人或（如果索赔人不是个人）索赔人的授权代理人签署。

根据《破产规则》第3003(c)(2)条，任何未按本条规定及时提交索赔证明的索赔持有人将(a)被永远禁止、阻止和限制对债务人、其财产或本破产财团提出此类索赔（或提交相关的索赔证明），以及(b)在就第11章案件中可能提交的任何第11章计划进行投票和分配时，不被视为与此类索赔有关的债权人。

如果你需要本通知的更多信息，你可以通过联系电话1-212-318-6690与受托人的律师联系，或通过电子邮件 douglassbarron@paulhastings.com 提交查询。如果你认为你有对债务人的索赔，如果你对本通知有任何疑问，包括你是否应该提交索赔证明，你应该咨询律师。

1 这些第11章案件的债务人是Ho Wan Kwok（又称Guo Wengui, Miles Guo和Miles Kwok, 以及许多其他别名）（纳税识别号的最后四位数：9595）, Genever Holdings LLC（纳税识别号的最后四位数：8202）和Genever Holdings Corporation。受托人、Genever Holdings LLC和Genever Holdings Corporation的通信地址是Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, 收件人：Luc A. Despins, 作为Ho Wan Kwok的受托人（仅用于通知和通信）。

2 这一金额并不反映Sherry Netherland公寓的公平市场价值。

3 康涅狄格州破产法院可根据债权人的动议，在适用的截止日期之后延长该类索赔证明的时间，以便改变此通知中规定的截止日期。

4 尽管法院之前没规定还有其他的截止日，一般截止日应适用于这些索赔。