# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re:

GENEVER HOLDINGS LLC

Debtor(s).

Case No. 22-50073

## NOTICE OF APPEARANCE OF COUNSEL
## AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears for Genever Holdings LLC and Genever Holdings Corporation, Debtors in the above-captioned bankruptcy case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned demands that all notices given or required to be given in this case and all papers, documents, and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, Post Office address, email address, and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, every order, application, motion, petition, pleading, plan, request, complaint, demand, or other document which is filed with or brought before this Court or which affects the Debtor or the property of the Debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, email, telex, or otherwise.

/s/ Patrick R. Linsey
Attorney's Signature

Dated: 1/17/2023

Patrick R. Linsey
Attorney's Printed Name

Law Firm Name: Neubert, Pepe & Monteith, P.C.

Law Firm Mailing Address: 195 Church Street

City: New Haven   State: CT   Zip Code: 06510

Attorney's Email Address: plinsey@npmlaw.com

Attorney's Phone Number: (203) 821-2000

Attorney's Federal Bar Number: ct29437