**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | No. 22-50073 |
| Ho Wan Kwok, et al | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors | ) | January 16, 2023 |

**CERTIFICATION**

This is to certify that on January 4, 2023 HCHK Property Management, Inc., HCHK Technologies, Inc., and Lexington Property and Staffing, Inc's Objection to Production Request and Motion to Quash and/or Modify 2004 Examination Subpoenas was filed electronically through the Court's CM/ECF System. Notice of this filing and notice of the hearing on same was sent by email to all parties receiving notice by operation of the court's electronic filing system. Parties in interest may access this filing through the Court's CM/ECF System.

**HCHK TECHNOLOGIES, INC.**
**HCHK PROPERTY MANAGEMENT, INC.**
**LEXINGTON PROPERTY AND STAFFING, INC.**

_____/s/ Scott M. Charmoy_____
Scott M. Charmoy, Esq.   CT15889
Charmoy & Charmoy
1465 Post Road East, Ste. 100
Westport, CT  06880
(203) 255-8100
scottcharmoy@charmoy.com