**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>Re: ECF Nos. 299, 728, 930 and 1255 |

**SECOND CONSENT ORDER MODIFYING CONSENT ORDER
GRANTING HK INTERNATIONAL FUNDS INVESTMENTS
(USA) LIMITED, LLC'S MOTION FOR ORDER
ESTABLISHING REPAIR RESERVE FOR THE LADY MAY**

Upon the *Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May* (ECF No. 1216) (the "Motion") filed by HK International Funds Investments (USA) Limited, LLC ("HK USA"), which seeks a modification of this Court's *Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May* (ECF No. 930, the "Consent Order")[1] to authorize and direct the Trustee[2] to pay from the Repair Reserve certain operating expenses (the "Operating Expenses") for the Lady May; the

---

[1] For the avoidance of doubt, the Consent Order includes those modifications set forth in this Court's *Consented to Order (a) Adjourning Hearing on Chapter 11 Trustee's Application for Prejudgment Remedy, (B) Setting Hearing on Chapter 11 Trustee's Motion for Preliminary Injunction, (C) Extending Related Deadlines, and (D) Granting Related Relief* (ECF No. 67), *Consented to Order (a) Further Adjourning Hearing on Chapter 11 Trustee's Application for Prejudgment Remedy, (B) Setting Hearing on Chapter 11 Trustee's Motion for Preliminary Injunction, (C) Extending Related Deadlines, and (D) Granting Related Relief* (ECF No. 76), and *Consented to Order (a) Further Adjourning Hearing on Chapter 11 Trustee's Application for Prejudgment Remedy, (B) Setting Hearing on Chapter 11 Trustee's Motion for Preliminary Injunction, (C) Extending Related Deadlines, and (D) Granting Related Relief* (ECF No. 86) entered in *HK International Funds Investments (USA) Limited, LLC v. Despins*, Adv. Pro. No. 22-5003.

[2] Unless expressly defined otherwise, this Order incorporates by reference the definitions of capitalized terms set forth in the Consent Order.

Trustee having filed an *Objection of Chapter 11 Trustee to HK International Funds Investments (USA) Limited, LLC's Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May* (ECF No. 1276), the ("Trustee's Objection"); this Court having issued that certain *Consent Order Modifying Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May* (ECF No. 1255, the "First Modified Consent Order"), which, *inter alia*, released funds for Operating Expenses incurred by the Lady May through December 31, 2022, but otherwise preserving all parties rights with regards to the Motion; the Court having initially scheduled a hearing for January 3, 2023, at 3:30 p.m. (the "Hearing") to consider the relief requested in the Motion and the Trustee's Objection; the Court having continued the Hearing to January 10, 2023 and, thereafter, to January 17, 2023 at 2:00 p.m. on consent by the Trustee, Ho Wan Kwok, the Official Committee of Unsecured Creditors, Pacific Alliance Asia Opportunity Fund L.P., Rui Ma, and Zheng Wu (collectively, the "Consenting Parties"); upon further written consent by the Consenting Parties to the entry of this Order to (i) release funds in the amount of $220,448.50 from the Repair Reserve to pay for Operating Expenses that HK USA reasonably projects will be incurred in January 2023 and February 2023, and (ii) release funds in the amount of $21,080.00 from the Repair Reserve to reimburse the Trustee for the annual fee (the "Fee") paid by the Trustee for surety bond no. 016236853 with Liberty Mutual Insurance Company (the "Surety Bond") as a result of the Trustee holding the Repair Reserve; and upon consideration of the Motion and the relief requested therein appearing to this Court to be necessary and appropriate to provide sufficient funds for the Lady May's Operating Expenses that HK USA reasonably projects will be incurred in January and February 2023; due and sufficient

notice having been given under the particular circumstances; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED** that the Consent Order is hereby further modified to authorize and direct the Trustee to promptly release $220,448.50 from the Repair Reserve to Yachtzoo, the yacht management company for the Lady May to pay for the reasonably anticipated Operating Expenses for January 2023 and February 2023; and it is further

**ORDERED** that the Consent Order is hereby further modified to authorize and direct the Trustee to promptly release $21,080.00 from the Repair Reserve to reimburse the Trustee for the Fee for the Surety Bond; and it is further

**ORDERED** that to the extent the Surety Bond is reduced and the Fee owed by the Trustee on the Surety Bond is thereby reduced, the Trustee shall, as soon as reasonably practicable, seek a refund of all or part of the Fee as appropriate (the "Refunded Fee") and, subject to further order of this Court, transfer the Refunded Fee (i) to HK USA, if the Repair Reserve Excess has been returned to HK USA in accordance with the Consent Order or (ii) to the Repair Reserve, if the Repair Reserve Excess has not been returned to HK USA in accordance with the Consent Order; and it is further

**ORDERED** that all parties reserve all rights to object to further releases from the Repair Reserve for Operating Expenses and/or additional fees owed by the Trustee on the Surety Bond, and nothing in this Order or the Consenting Parties' consent to the entry of this Order shall be construed as the Consenting Parties consenting to the relief sought in the Motion;[3] and it is further

---

[3] For the avoidance of doubt, it is the Trustee's position that, under the Consent Order, the Trustee is under no obligation to release funds from the Repair Reserve to pay Operating Expenses and that, to the extent HK USA desires to use funds in the Repair Reserve to pay Operating Expenses, it must request a release of any Repair Reserve Excess in accordance with the Consent Order after the conclusion of the hearing on the *Application for Prejudgment Remedy* [Adv. Proc. ECF No. 37].

**ORDERED** that, except as modified herein and in the First Modified Consent Order, the provisions of the Consent Order remain in effect, including but not limited to the handling of any Repair Reserve Excess; and it is finally

**ORDERED** that the Motion and the Trustee's Objection thereto shall be heard at a hearing before this Court at _____ [am/pm] on February [15th or 27th], 2023.

Dated at Bridgeport, Connecticut this _____ day of _____, 2023.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.* | Case No: 22-50073 (JAM) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of January, 2023, a copy of foregoing Proposed Order was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                               */s/ Christopher H. Blau*
                                                               Christopher H. Blau (ct30120)