# United States Bankruptcy Court
## District of Connecticut

In re:                                                                             Case Number: 22-50073

Ho Wan Kwok, et al

                                                                                   Chapter: 11

Debtor(s)

### Request for Continuance of Initial Hearing Only
### (Exceptions to Contested Matter Procedure)

Name of pleading: Objection to Production Request and Motion to Quash/Modify Subpoena

ECF No. of pleading: 1291

Scheduled Hearing Date: 1/24/23

Name of Party Requesting Continuance: HCHK Tech/HCHK Property/Lexington Staffing

Counsel Representing Party Requesting Continuance: Scott M. Charmoy

Reason for Requested Continuance: Parties are discussing resolution of the matter

Is this Request made with Consent of All Parties?

☑ Yes          ☐ No

Does the signature below indicate your acknowledgement that this request does not adversely affect any prior order, statue, or rule?

☐ Yes          ☑ No

Does the signature below indicate that the filer of this request for continuance hereby affirms the waiver of hearing in accordance with 11 U.S.C. § 362(e)?

☑ Yes          ☐ No          ☐ Not Applicable

Parties respectfully request 2/21 hearing date and 2/16 deadline to respond

Dated: 1/18/23

Signed by: /s/ /Scott M. Charmoy/