fUNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
:
In re:                                              :    Chapter 11
                                                    :
HO WAN KWOK, *et al.*,[1]                           :    Case No. 22-50073 (JAM)
                                                    :
                     Debtors.                       :    (Jointly Administered)
                                                    :
------------------------------------------------------x
                                                    :
PACIFIC ALLIANCE ASIA                               :
OPPORTUNITY FUND L.P.,                              :
                                                    :
                                                    :    Adv. Proceeding No. 22-05032 (JAM)
                     Plaintiff,                     :
                                                    :
v.                                                  :
                                                    :
HO WAN KWOK,                                        :
                                                    :
                     Defendant.                     :
                                                    :
------------------------------------------------------x

**MOTION, PURSUANT TO BANKRUPTCY RULE 9006(c)(1), TO EXPEDITE
HEARINGS ON EMERGENCY MOTION OF CHAPTER 11 TRUSTEE AND
GENEVER DEBTORS FOR ENTRY OF ORDER (A) COMPELLING INDIVIDUAL
DEBTOR TO COMPLY WITH PRELIMINARY INJUNCTION WITH RESPECT TO
CLAIMS PROCESS, (B) QUASHING INDIVIDUAL DEBTORS' OBJECTIONS TO
CLAIMS, AND (C) BARRING INDIVIDUAL DEBTOR FROM FILING FURTHER
OBJECTIONS TO CLAIMS, ABSENT PRIOR LEAVE OF COURT**

Luc Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the

chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), Genever Holdings Corporation

("Genever (BVI)"), and Genever Holdings LLC ("Genever (US)" and, together with the Trustee,

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

and Genever (BVI), the "Movants"), by and through their undersigned counsel, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby move (the "Motion to Expedite") this Court for an order scheduling an expedited hearing to consider and determine the *Emergency Motion of Chapter 11 Trustee and Genever Debtors for Entry of Order (A) Compelling Individual Debtor to Comply with Preliminary Injunction with Respect to Claims Process, (B) Quashing Individual Debtors' Objections to Claims, and (C) Barring Individual Debtor from Filing Further Objections to Claims, Absent Leave of Court* (the "Motion to Compel").[2]  In support of the Motion to Expedite, the Movants respectfully state as follows:

## JURISDICTION, VENUE, AND STATUTORY BASIS

1. The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief sought by this Motion to Expedite is Bankruptcy Rule 9006(c)(1).

## BACKGROUND

4. On January 11, 2023, the Court issued the Preliminary Injunction Order[3] in the above-captioned adversary proceeding (the "PI Adversary Proceeding"), which was commenced by Pacific Alliance Asia Opportunity Fund L.P. ("PAX") and the Trustee in response to the intimidation campaign unleashed by the Individual Debtor against the Trustee and PAX.

---

[2] Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the Motion to Compel.

[3] *Corrected Order Granting in Part Motion for Preliminary Injunction* [Adv. Proc. Docket No. 134]

5. The Preliminary Injunction Order enjoins, among other things, the Individual Debtor "from interfering *in any way with the integrity of his Chapter 11 case*, the Chapter 11 case of Genever Holdings, LLC and the chapter 11 case of Genever Holdings Corporation, which have been jointly administered in this Court . . . ."[4]

6. As detailed in the Motion to Compel, the Trustee recently learned that the Individual Debtor is using his social media presence and his network of followers to (i) harass certain creditors who recently filed proofs of claim in these chapter 11 cases by, among other things, publishing their personal information online, and threaten others who might file claims with a similar harassment campaign and (ii) encourage his followers to file non-meritorious proofs of claim. In addition, the Individual Debtor recently filed three Claims Objection seeking to disallow three proofs of claim.

7. Through the Motion to Compel, Movants seek entry of an order (a) compelling the Individual Debtor and anyone in active concert or participation with the Individual Debtor to comply with the Preliminary Injunction Order and immediately cease to interfere with the integrity of the claims process,[5] (b) quashing the Claims Objections, and (c) barring the Individual Debtor from filing any further objections to claims, absent first obtaining prior leave of this Court, except that the Individual Debtor may file, without prior leave of this Court, objections to claims that are the subject of a Dischargeability Adversary Proceeding (subject to any stay currently in effect with respect to these proceedings).

---

[4] Preliminary Injunction Order ¶ 2 (emphasis added).

[5] Movants defer to the Court as to whether, at this stage, to also hold the Individual Debtor and persons in active concert or participation with the Individual Debtor in contempt for violating the terms of the Preliminary Injunction Order.

3

**RELIEF REQUESTED**

8.      Bankruptcy Rule 9006(c)(1) provides that the Court may reduce the notice period when requested by motion upon cause shown.  Cause exists to consider and determine the Motion to Compel upon an expedited basis.  *The hearing on the Motion to Compel must take place as soon as possible to address the Individual Debtor's interference with the claims process.  The serious issues raised in the Motion to Compel are extremely time sensitive in light of the ongoing claims process and the limited time remaining for creditors to file claims in advance of the general claims bar date on February 17, 2023.  It is imperative to address these issues now to avoid greater the damage to the claims process.*

9.      The Movants respectfully requests that the Court schedule a hearing with respect to the Motion to Compel for **Tuesday, January 24, 2023 at 2:00 p.m. (ET)**,[6] or as soon as possible thereafter as the Court may be available.  In addition, the Movants request that the Court order that any opposition to the Motion to Compel be filed on or before **Tuesday, January 24, 2023, at 9:00 a.m. (noon)**.

[*Remainder of page intentionally left blank.*]

---

[6] The Court has already scheduled a hearing for January 24, 2023 on other matters in these chapter 11 cases.

WHEREFORE, for the foregoing reasons, Movants requests that the Court enter an order granting the relief requested in this Motion to Expedite and such other relief as is just and proper.

Dated: January 19, 2023
      New Haven, Connecticut

| GENEVER HOLDINGS LLC | LUC A. DESPINS, CHAPTER 11 TRUSTEE |
|---|---|
| By: */s/ Patrick R. Linsey* <br>    Douglas S. Skalka (ct00616) <br>    Patrick R. Linsey (ct29437) <br>    NEUBERT, PEPE & MONTEITH, P.C. <br>    195 Church Street, 13th Floor <br>    New Haven, Connecticut 06510 <br>    (203) 821-2000 <br>    dskalka@npmlaw.com <br>    plinsey@npmlaw.com <br><br> *Counsel for Genever Holdings LLC* <br> *Debtor and Debtor-in-Possession* | By: */s/ Patrick R. Linsey* <br>    Douglas S. Skalka (ct00616) <br>    Patrick R. Linsey (ct29437) <br>    NEUBERT, PEPE & MONTEITH, P.C. <br>    195 Church Street, 13th Floor <br>    New Haven, Connecticut 06510 <br>    (203) 821-2000 <br>    dskalka@npmlaw.com <br>    plinsey@npmlaw.com <br><br>                 and <br><br>    Luc A. Despins, Esq. <br>    G. Alexander Bongartz, Esq. <br>    PAUL HASTINGS LLP <br>    200 Park Avenue <br>    New York, New York 10166 <br>    (212) 318-6472 <br><br> *Counsel for the Chapter 11 Trustee* |
| GENEVER HOLDINGS CORPORATION | |
| By: */s/ Patrick R. Linsey* <br>    Douglas S. Skalka (ct00616) <br>    Patrick R. Linsey (ct29437) <br>    NEUBERT, PEPE & MONTEITH, P.C. <br>    195 Church Street, 13th Floor <br>    New Haven, Connecticut 06510 <br>    (203) 821-2000 <br>    dskalka@npmlaw.com <br>    plinsey@npmlaw.com <br><br> *Counsel for Genever Holdings Corporation* <br> *Debtor and Debtor-in-Possession* | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                                   :   Chapter 11
                                                         :
HO WAN KWOK, *et al.*,[1]                                :   Case No. 22-50073 (JAM)
                                                         :
                    Debtors.                             :   (Jointly Administered)
                                                         :
---------------------------------------------------------x
                                                         :
PACIFIC ALLIANCE ASIA                                    :
OPPORTUNITY FUND L.P.,                                   :
                                                         :   Adv. Proceeding No. 22-05032 (JAM)
                    Plaintiff,                           :
                                                         :
v.                                                       :
                                                         :
HO WAN KWOK,                                             :
                                                         :
                    Defendant.                           :
                                                         :
---------------------------------------------------------x

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion (the "Motion to Expedite") seeking an

expedited hearing on the *Emergency Motion of Chapter 11 Trustee and Genever Debtors for*

*Entry of Order (A) Compelling Individual Debtor to Comply with Preliminary Injunction With*

*Respect to Claims Process, (B) Quashing Individual Debtors' Objections to Claims, and (C)*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Barring Individual Debtor from Filing Further Objections to Claims, Absent Leave of Court* (the "Motion to Compel");[2] and good cause appearing, it is hereby

ORDERED, that a hearing on the Motion to Compel shall be held on **January [__], 2023 at [__]:00 [__].m.** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604; and it is further

ORDERED, that the deadline to object to the Motion to Compel shall be **January [__], 2023 at [__]:00 [__].m.**; and it is further

ORDERED, that a copy of this Order, along with the Motion to Expedite, the related Declaration, and any attachments thereto, shall be served upon all parties shall be served upon all parties to the above-captioned cases and the above-captioned adversary proceeding, and Movants shall file a certificate of service in advance of the hearing.

---

[2] Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Motion to Compel.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK, *et al*.,[1]                                :    Case No. 22-50073 (JAM)
                                                         :
                       Debtors.       :    (Jointly Administered)
                                                         :
---------------------------------------------------------x
                                                         :
PACIFIC ALLIANCE ASIA                                    :
OPPORTUNITY FUND L.P.,                                   :
                                                         :    Adv. Proceeding No. 22-05032 (JAM)
                       Plaintiff,      :
v.                                                       :
                                                         :
HO WAN KWOK,                                             :
                                                         :
                       Defendant.      :
                                                         :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 19, 2023, the foregoing Motion was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned adversary proceeding by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2] This filing may be accessed by the CM/ECF system.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

Dated:  January 19, 2023
        New Haven, Connecticut

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

*Counsel for the Movants*