| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME<br>Patrick M. Birney | 2. PHONE NUMBER<br>(860) 275-8275 | 3. DATE<br>1/19/2023 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>pbirney@rc.com | 5. CITY<br>Hartford | 6. STATE<br>CT | 7. ZIP CODE<br>06103 |
| 8. CASE NUMBER<br>22-50073 | 9. JUDGE<br>Judge Julie A. Manning | DATES OF PROCEEDINGS | |
| | | 10. FROM 1/17/2023 | 11. TO 1/17/2023 |
| 12. CASE NAME<br>Ho Wan Kwok | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Bridgeport | 14. STATE Connecticut |

15. ORDER FOR
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify)<br>Hearing | 1/17/2023 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES 1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE<br>/s/ Patrick M. Birney | PROCESSED BY<br>P. Esposito | |
| 19. DATE<br>1/19/2023 | PHONE NUMBER<br>203-579-5808 | |
| TRANSCRIPT TO BE PREPARED BY<br>Fiore Transcription and Reporting | COURT ADDRESS<br>U.S. Bankruptcy Court<br>915 Lafayette Boulevard<br>Bridgeport, CT | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

# UNITED STATES BANKRUPCY COURT
# DISTRICT OF CONNECTICUT

Honorable Julie A. Manning

**January 17, 2023**

| | |
|---|---|
| 03:00 PM | 22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC |
| Matter: | #1216 Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May Filed by Christopher H. Blau on behalf of HK International Funds Investments (USA) Limited |

**22-50073** Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 01/20/2023

## Attorneys

**Laura Aronsson**
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
212-728-5841
laronsson@omm.com
  *Assigned: 04/08/2022*
  *LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Kenneth Aulet**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
kaulet@brownrudnick.com
  *Assigned: 04/26/2022*
  *TERMINATED: 08/02/2022*
  *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Tristan G. Axelrod**
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
617-856-8456
617-289-0522 (fax)
taxelrod@brownrudnick.com
  *Assigned: 08/12/2022*
  *LEAD ATTORNEY*

representing

**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
617-856-8200
tfeinsmith@brownrudnick.com
*(Creditor)*

**Verdolino & Lowey, P.C.**
124 Washington Street
Foxborough, MA 02035
*(Creditor)*

**William Baldiga**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
New York
212-209-4800
212-209-4801 (fax)
wbaldiga@brownrudnick.com
  *Assigned: 03/01/2022*
  *TERMINATED: 08/02/2022*
  *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**William R. Baldiga**
Brown, Rudnik, Freed & Gesmer
One Financial Center
Boston, MA 02111
(617) 330-9000
617-289-0420 (fax)
wbaldiga@brownrudnick.com
  *Assigned: 03/09/2022*
  *TERMINATED: 08/02/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

  *Assigned: 08/05/2022*

representing

**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
617-856-8200
tfeinsmith@brownrudnick.com
*(Creditor)*

**Kellianne Baranowsky**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511
203-285-8545
203-823-4546 (fax)
kbaranowsky@gs-lawfirm.com
  *Assigned: 10/14/2022*

representing

**BakerHostetler**
*(Interested Party)*

**Daniel D. Barnes**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
9733251500
dbarnes@csglaw.com
  *Assigned: 01/13/2023*
  *LEAD ATTORNEY*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**Mei Guo**
*(Interested Party)*

| | | |
|---|---|---|
| **Douglass E. Barron**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6690<br>212-230-7690 (fax)<br>douglassbarron@paulhastings.com<br>*Assigned: 07/22/2022*<br>*LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Nicholas A. Bassett**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1700<br>202-551-1705 (fax)<br>nicholasbassett@paulhastings.com<br>*Assigned: 07/22/2022*<br>*LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Patrick M. Birney**<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8200<br>(860) 275-8299 (fax)<br>pbirney@rc.com<br>*Assigned: 02/24/2022* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Christopher H. Blau**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-549-0889 (fax)<br>cblau@zeislaw.com<br>*Assigned: 12/09/2022* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| **G. Alexander Bongartz**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6472<br>212-303-7072 (fax)<br>alexbongartz@paulhastings.com<br>*Assigned: 08/04/2022*<br>*LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Carollynn H.G. Callari**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>ccallari@callaripartners.com<br>*Assigned: 03/16/2022*<br>*LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)*<br><br>**Weican Meng**<br>*(20 Largest Creditor)*<br><br>**Zheng Wu**<br>*(Creditor)* |
| **Andrew M. Carty**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>acarty@brownrudnick.com<br>*Assigned: 04/15/2022*<br>*TERMINATED: 08/02/2022*<br>*LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **John L. Cesaroni**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>jcesaroni@zeislaw.com<br>*Assigned: 05/10/2022* | representing | **Mei Guo**<br>*(Interested Party)* |
| *Assigned: 07/14/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| *Assigned: 11/22/2022* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| **Scott M. Charmoy**<br>Charmoy & Charmoy | representing | **HCHK Property Management, Inc.**<br>500 West Putnam Avenue |

| | | |
|---|---|---|
| 1465 Post Road East<br>Suite 100<br>Westport, CT 06880<br>(203) 255-8100<br>203-255-8101 (fax)<br>scottcharmoy@charmoy.com<br> *Assigned: 12/26/2022* | | Suite 400, #171<br>Greenwich, CT 06830<br>*(Interested Party)* |
| | | **HCHK Technologies, Inc.**<br>3 Columbus Circle<br>20th Floor<br>New York, NY 10019<br>*(Interested Party)* |
| | | **Lexington Property and Staffing, Inc.**<br>750 Lexington Avenue<br>8th Floot<br>New York, NY 10022<br>*(Interested Party)* |
| **Holley L. Claiborn**<br>Office of The United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br>(203) 773-2217 (fax)<br>holley.l.claiborn@usdoj.gov<br> *Assigned: 02/28/2022* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Samuel Bryant Davidoff**<br>Williams & Connolly LLP<br>680 Maine Avenue, S.W.<br>Washington, DC 20024<br>202-434-5648<br>sdavidoff@wc.com<br> *Assigned: 10/20/2022* | representing | **Williams & Connolly LLP**<br>Williams & Connolly LLP<br>680 Maine Ave SW<br>Washington, DC 20024<br>202-434-5000<br>*(Interested Party)* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br> *Assigned: 07/12/2022* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>212-230-7771 (fax)<br>lucdespins@pauhastings.com<br> *Assigned: 07/22/2022*<br> *LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **J. Ted Donovan**<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036<br>(212)-221-5700<br>212-422-6836 (fax)<br>TDonovan@GWFGlaw.com<br> *Assigned: 11/22/2022*<br> *LEAD ATTORNEY* | representing | **Genever Holdings LLC**<br>781 Fifth Avenue<br>Apt. 1801<br>New York, NY 10022-5520<br>*(Debtor)* |
| **Sam Della Fera, Jr.**<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ 07052<br>973-325-1500<br>sdellafera@csglaw.com<br> *Assigned: 01/13/2023*<br> *LEAD ATTORNEY* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| | | **Mei Guo**<br>*(Interested Party)* |
| **David S. Forsh**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>dforsh@callaripartners.com<br> *Assigned: 03/17/2022*<br> *LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |

| | | |
|---|---|---|
| **Peter Friedman**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5302<br>pfriedman@omm.com<br> Assigned: 02/25/2022<br> *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Taruna Garg**<br>Murtha Cullina LLP<br>177 Broad St<br>Stamford, CT 06901<br>203-653-5400<br>203-653-5444 (fax)<br>tgarg@murthalaw.com<br> Assigned: 11/23/2022 | representing | **The Sherry-Netherland, Inc.**<br>*(Creditor)* |
| **Irve J. Goldman**<br>Pullman & Comley<br>850 Main Street<br>8th Floor<br>Bridgeport, CT 06604<br>203-330-2000<br>203-576-8888 (fax)<br>igoldman@pullcom.com<br> Assigned: 04/05/2022 | representing | **Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |
|  Assigned: 01/13/2023 | representing | **Pullman & Comley, LLC**<br>850 Main Street<br>Bridgeport, CT 06601<br>(203)<br>*(Creditor Committee)* |
| **Evan S. Goldstein**<br>Updike, Kelly & Spellacy, P.C.<br>Goodwin Square<br>225 Asylum Street<br>Ste 20th Floor<br>Hartford, CT 06103<br>860-548-2609<br>860-548-2680 (fax)<br>egoldstein@uks.com<br> Assigned: 09/15/2022 | representing | **Hing Chi Ngok**<br>*(Interested Party)* |
|  Assigned: 10/20/2022 | representing | **Greenwich Land, LLC**<br>*(Interested Party)* |
| **Mia N. Gonzalez**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>212-728-5698<br>mgonzalez@omm.com<br> Assigned: 04/08/2022<br> *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **James C. Graham**<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203)821-2000<br>(203)821-2009 (fax)<br>jgraham@npmlaw.com<br> Assigned: 07/20/2022 | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Lawrence S. Grossman**<br>Green & Sklarz LLC<br>One Audubon Street<br>Third Floor<br>New Haven, CT 06511<br>203-285-8545<br>LGrossman@gs-lawfirm.com<br> Assigned: 10/12/2022 | representing | **BakerHostetler**<br>*(Interested Party)* |
| **David V. Harbach, II**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5127<br>dharbach@omm.com<br> Assigned: 02/25/2022<br> *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **James J. Healy**<br>Cowdery, Murphy, Dannehy & Healy, LLC<br>280 Trumbull Street<br>Hartford, CT 06103<br>860-278-5555<br>860-249-0012 (fax)<br>jhealy@cmdhlaw.com<br> Assigned: 10/24/2022 | representing | **Williams & Connolly LLP**<br>Williams & Connolly LLP<br>680 Maine Ave SW<br>Washington, DC 20024<br>202-434-5000<br>*(Interested Party)* |

| | | |
|---|---|---|
| **Eric A. Henzy**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-5495<br>203-549-0861 (fax)<br>ehenzy@zeislaw.com<br>*Assigned: 07/14/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| *Assigned: 07/22/2022* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| **Jeffrey L Jonas**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>2122094800<br>212-209-4801 (fax)<br>jjonas@brownrudnick.com<br>*Assigned: 04/21/2022*<br>  *TERMINATED: 08/02/2022*<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Jonathan Kaplan**<br>Pullman & Comley, LLC<br>90 State House Square<br>Hartford, CT 06103<br>860-424-4379<br>860-424-4370 (fax)<br>jkaplan@pullcom.com<br>*Assigned: 04/05/2022* | representing | **Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |
| **Stephen M. Kindseth**<br>Zeisler & Zeisler<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>(203) 368-4234<br>203-367-9678 (fax)<br>skindseth@zeislaw.com<br>*Assigned: 04/11/2022* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| *Assigned: 05/10/2022* | representing | **Mei Guo**<br>*(Interested Party)* |
| *Assigned: 07/14/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Dylan Kletter**<br>Brown Rudnick LLP<br>185 Asylum Street<br>Hartford, CT 06103<br>860-509-6500<br>dkletter@brownrudnick.com<br>*Assigned: 02/15/2022*<br>  *TERMINATED: 08/02/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Francis J. Lawall**<br>Troutman Pepper Hamilton Sanders LLP<br>3000 Two Logan Square<br>18th & Arch Street<br>Philidelphia, PA 19103-2799<br>(215) 981-4000<br>(215) 981-4750 (fax)<br>francis.lawall@troutman.com<br>*Assigned: 01/06/2023*<br>  *LEAD ATTORNEY* | representing | **Bravo Luck Limited**<br>P.O. Box 957<br>Offshore Incorporations Centre<br>Road Town<br>Tortola<br>British Virgin Islands<br>*(Interested Party)* |
| **Francis J. Lawall**<br>Troutman Pepper Hamilton Sanders LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br>215-981-4000<br>215-981-4750 (fax)<br>francis.lawall@troutman.com<br>*Assigned: 01/06/2023*<br>  *LEAD ATTORNEY* | representing | **Bravo Luck Limited**<br>P.O. Box 957<br>Offshore Incorporations Centre<br>Road Town<br>Tortola<br>British Virgin Islands<br>*(Interested Party)* |
| **Andrew V. Layden**<br>BakerHostetler<br>200 South Orange Avenue<br>Suite 2300<br>Orlando, FL 32801<br>407-649-4070<br>407-841-0168 (fax)<br>alayden@bakerlaw.com<br>*Assigned: 10/12/2022*<br>  *LEAD ATTORNEY* | representing | **BakerHostetler**<br>*(Interested Party)* |
| **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C. | representing | **Luc A. Despins**<br>Paul Hastings LLP |

| | | |
|---|---|---|
| 195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 07/11/2022*<br><br>*Assigned: 01/17/2023* | representing | 200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)*<br><br>**Genever Holdings Corporation**<br>P.O. Box 3170<br>Road Town Tortola<br>British Virgin Islands<br>*(Debtor)*<br><br>**Genever Holdings LLC**<br>781 Fifth Avenue<br>Apt. 1801<br>New York, NY 10022-5520<br>*(Debtor)* |
| **Avram Emmanuel Luft**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6079<br>212-303-7079 (fax)<br>aviluft@paulhastings.com<br>*Assigned: 07/22/2022*<br>*LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Steven E. Mackey**<br>Office of the U.S. Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br>*Assigned: 03/22/2022* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Kristin B. Mayhew**<br>Pullman & Comley, LLC<br>850 Main Street, 8th Floor<br>PO Box 7006<br>Bridgeport, CT 06601<br>203-330-2198<br>203-259-0251 (fax)<br>kmayhew@pullcom.com<br>*Assigned: 03/15/2022*<br><br><br><br><br>*Assigned: 12/05/2022* | representing<br><br><br><br><br><br><br><br><br><br><br><br>representing | **Rui Ma**<br>*(20 Largest Creditor)*<br><br><br><br>**Weican Meng**<br>*(20 Largest Creditor)*<br><br>**Zheng Wu**<br>*(Creditor)*<br><br>**Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |
| **Marcy J. McLaughlin Smith**<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801<br>302-777-6535<br>302-421-8390 (fax)<br>marcy.smith@troutman.com<br>*Assigned: 01/17/2023*<br>*LEAD ATTORNEY* | representing | **Bravo Luck Limited**<br>P.O. Box 957<br>Offshore Incorporations Centre<br>Road Town<br>Tortola<br>British Virgin Islands<br>*(Interested Party)* |
| **Danielle L. Merola**<br>BakerHostetler<br>200 South Orange Avenue<br>Suite 2300<br>Orlando, FL 32801<br>407-649-4092<br>dmerola@bakerlaw.com<br>*Assigned: 10/13/2022*<br>*LEAD ATTORNEY* | representing | **BakerHostetler**<br>*(Interested Party)* |
| **Sherry J. Millman**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>212-806-5434<br>212-806-6006 (fax)<br>smillman@stroock.com<br>*Assigned: 11/29/2022*<br>*LEAD ATTORNEY* | representing | **The Sherry-Netherland, Inc.**<br>*(Creditor)* |
| **Timothy D. Miltenberger**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103<br>860-493-2200 | representing | **Golden Spring (New York) LTD**<br>*(Interested Party)*<br>PRO SE |

| | | |
|---|---|---|
| tmiltenberger@cbshealaw.com<br>*Assigned: 03/31/2022*<br>*TERMINATED: 08/17/2022* | | |
| **Aaron A Mitchell**<br>Lawall & Mitchell, LLC<br>55 Madison Ave<br>Suite 400<br>Morristown, NJ 07960<br>973-285-3280<br>aaron@lmesq.com<br>*Assigned: 07/11/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **James M. Moriarty**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>Bridgeport, CT 06604<br>203-368-4234<br>203-549-0907 (fax)<br>jmoriarty@zeislaw.com<br>*Assigned: 07/20/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| *Assigned: 10/31/2022* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| | | **Mei Guo**<br>*(Interested Party)* |
| **Kevin J. Nash**<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036<br>(212)-301-6944<br>(212) 422-6836 (fax)<br>kjnash@gwfglaw.com<br>*Assigned: 11/22/2022*<br>*LEAD ATTORNEY* | representing | **Genever Holdings LLC**<br>781 Fifth Avenue<br>Apt. 1801<br>New York, NY 10022-5520<br>*(Debtor)* |
| **Sara Pahlavan**<br>O'Melveny & Myers LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111-3823<br>415-984-8953<br>spahlavan@omm.com<br>*Assigned: 05/05/2022*<br>*LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Patrick N. Petrocelli**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>212-806-6682<br>212-806-6006 (fax)<br>ppetrocelli@stroock.com<br>*Assigned: 11/29/2022*<br>*LEAD ATTORNEY* | representing | **The Sherry-Netherland, Inc.**<br>*(Creditor)* |
| **Lucas Bennett Rocklin**<br>Neubert, Pepe, Monteith, P.C.<br>195 Church Street,13th Floor<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>lrocklin@npmlaw.com<br>*Assigned: 07/15/2022* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Aaron Romney**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>aromney@zeislaw.com<br>*Assigned: 04/11/2022* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| *Assigned: 05/10/2022* | representing | **Mei Guo**<br>*(Interested Party)* |
| *Assigned: 07/14/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Scott D. Rosen**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103-4500<br>(860) 493-2200<br>860-727-0361 (fax)<br>srosen@cb-shea.com | representing | **Golden Spring (New York) LTD**<br>*(Interested Party)*<br>PRO SE |

| | | |
|---|---|---|
| *Assigned: 03/28/2022*<br>*TERMINATED: 08/17/2022* | | |
| *Assigned: 08/12/2022* | representing | **Cohn Birnbaum & Shea, P.C.**<br>*(Attorney)* |
| **Thomas J. Sansone**<br>Carmody Torrance Sandak & Hennessey LLP<br>195 Church Street<br>P.O. Box 1950<br>New Haven, CT 06509-1950<br>(203) 784-3100<br>203-784-3199 (fax)<br>tsansone@carmodylaw.com<br>*Assigned: 06/24/2022* | representing | **Chong Shen Raphanella**<br>*(Creditor)* |
| | | **Rong Zhang**<br>*(Creditor)* |
| | | **Xiaodan Wang**<br>*(Creditor)* |
| *Assigned: 07/15/2022* | representing | **Michael S. Weinstein**<br>*(Attorney)* |
| **Stuart M. Sarnoff**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>202-326-2293<br>ssarnoff@omm.com<br>*Assigned: 02/25/2022*<br>*LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **David M.S. Shaiken**<br>Shipman, Shaiken & Schwefel, LLC<br>433 South Main Street<br>Suite 319<br>West Hartford, CT 06110<br>860-606-1703<br>866-431-3248 (fax)<br>david@shipmanlawct.com<br>*Assigned: 01/04/2023* | representing | **Bravo Luck Limited**<br>P.O. Box 957<br>Offshore Incorporations Centre<br>Road Town<br>Tortola<br>British Virgin Islands<br>*(Interested Party)* |
| **Bennett Silverberg**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>bsilverberg@brownrudnick.com<br>*Assigned: 03/01/2022*<br>*TERMINATED: 08/02/2022*<br>*LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>*Assigned: 07/14/2022* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| *Assigned: 11/02/2022* | representing | **Genever Holdings Corporation**<br>P.O. Box 3170<br>Road Town Tortola<br>British Virgin Islands<br>*(Debtor)* |
| *Assigned: 11/22/2022*<br>*LEAD ATTORNEY* | representing | **Genever Holdings LLC**<br>781 Fifth Avenue<br>Apt. 1801<br>New York, NY 10022-5520<br>*(Debtor)* |
| **Jeffrey M. Sklarz**<br>Green & Sklarz LLC<br>One Audubon Street<br>3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>203-823-4546 (fax)<br>jsklarz@gs-lawfirm.com<br>*Assigned: 10/07/2022* | representing | **BakerHostetler**<br>*(Interested Party)* |
| **Annecca H. Smith**<br>Robinson & Cole, LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>860-275-8325<br>860-275-8299 (fax)<br>asmith@rc.com<br>*Assigned: 02/24/2022* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

| | | |
|---|---|---|
| **John Troy**<br>Troy Law, PLLC<br>41-25 Kissena Blvd., Suite 110<br>Flushing, NY 11355<br>718-762-2332<br>johntroy@troypllc.com<br>*Assigned: 10/20/2022* | representing | **Troy Law, PLLC**<br>41-00025 Kissena Blvd., Suite 103<br>Flushing, NY 11355<br>718-762-1324<br>troylaw@troypllc.com<br>*(Interested Party)* |
| **Tiffany Troy**<br>Troy Legal, PLLC<br>41-25 Kissena Blvd, #1A<br>Flushing, NY 11355<br>718-762-2332<br>troylegalpllc@gmail.com<br>*Assigned: 08/24/2022* | representing | **Troy Law, PLLC**<br>*(Creditor)* |
| **Lee Vartan**<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ 07052<br>9733251500<br>lvartan@csglaw.com<br>*Assigned: 01/13/2023*<br>*LEAD ATTORNEY* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| | | **Mei Guo**<br>*(Interested Party)* |
| **Stephen G. Walko**<br>Ivey, Barnum & O'Mara, LLC<br>170 Mason Street<br>Greenwich, CT 06830-6692<br>203-661-6000<br>203-661-9462 (fax)<br>swalko@ibolaw.com<br>*Assigned: 01/06/2023* | representing | **Ivey, Barnum & O'Mara LLC**<br>Ivey, Barnum & O'Mara LLC<br>170 Mason Street<br>Greenwich, CT 06830<br>United States<br>2036616000<br>*(Interested Party)* |
| **Michael S. Weinstein**<br>Golenbock Eiseman Assor Bell & Peskoe LL<br>711 Third Avenue<br>New York, NY 10017<br>212-907-7347<br>212-754-0330 (fax)<br>mweinstein@golenbock.com<br>*Assigned: 07/22/2022*<br>*LEAD ATTORNEY* | representing | **Chong Shen Raphanella**<br>*(Creditor)* |
| | | **Rong Zhang**<br>*(Creditor)* |
| | | **Xiaodan Wang**<br>*(Creditor)* |
| **Jay Marshall Wolman**<br>Randazza Legal Group, PLLC<br>100 Pearl Street, 14th Floor<br>Hartford, CT 06103<br>702-420-2001<br>jmw@randazza.com<br>*Assigned: 02/17/2022* | representing | **Logan Cheng**<br>c/o Randazza Legal Group, PLLC<br>100 Pearl Street<br>14th Floor<br>Hartford, CT 06103<br>*(Creditor)* |
| **Peter J. Zarella**<br>McElroy, Deutsch, Mulvaney & Carpenter,<br>One State Street, 14th floor<br>Hartford, CT 06103<br>860-241-2688<br>860-522-2796 (fax)<br>pzarella@mdmc-law.com<br>*Assigned: 03/22/2022* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |