**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                    :

In re:                                 :    Chapter 11
                                      :

HO WAN KWOK, *et al.*,[1]         :    Case No. 22-50073 (JAM)
                                      :

             Debtors.      :    (Jointly Administered)
                                      :

---------------------------------------------------------x
                                    :

PACIFIC ALLIANCE ASIA        :
OPPORTUNITY FUND L.P.,      :
                                    :    Adv. Proceeding No. 22-05032 (JAM)
             Plaintiff,    :
                                    :
v.                               :
                                    :
HO WAN KWOK,            :
                                    :
             Defendant.  :
                                    :
---------------------------------------------------------x

**REPLY OF CHAPTER 11 TRUSTEE AND GENEVER DEBTORS IN SUPPORT OF
MOTION, PURSUANT TO BANKRUPTCY RULE 9006(c)(1), TO EXPEDITE
HEARINGS ON EMERGENCY MOTION OF CHAPTER 11 TRUSTEE AND
GENEVER DEBTORS FOR ENTRY OF ORDER (A) COMPELLING INDIVIDUAL
DEBTOR TO COMPLY WITH PRELIMINARY INJUNCTION WITH RESPECT TO
CLAIMS PROCESS, (B) QUASHING INDIVIDUAL DEBTORS' OBJECTIONS TO
CLAIMS, AND (C) BARRING INDIVIDUAL DEBTOR FROM FILING FURTHER
<u>OBJECTIONS TO CLAIMS, ABSENT PRIOR LEAVE OF COURT</u>**

Luc Despins, in his capacity as the chapter 11 trustee (the "<u>Trustee</u>") appointed in the

chapter 11 case of Ho Wan Kwok (the "<u>Individual Debtor</u>"), Genever Holdings Corporation

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

("Genever (BVI)"), and Genever Holdings LLC ("Genever (US)" and, together with the Trustee, and Genever (BVI), the "Movants"), by and through their undersigned counsel, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby submit this reply (the "Reply") in further support of the *Motion, Pursuant to Bankruptcy Rule 9006(c)(1), to Expedite Hearing on Emergency Motion of Chapter 11 Trustee and Genever Debtors for Entry of Order (A) Compelling Individual Debtor to Comply with Preliminary Injunction with Respect to Claims Process, (B) Quashing Individual Debtors' Objections to Claims, and (C) Barring Individual Debtor from Filing Further Objections to Claims, Absent Leave of Court* (the "Motion to Expedite")[2] and in response to the objection filed by the Individual Debtor [Main Case Docket No. 1351] (the "Objection").  In further support of the Motion to Expedite, the Movants respectfully state as follows:

## REPLY

1.      Movants respectfully submit that the hearing on the Motion to Compel should be scheduled as soon as possible and should not be delayed until January 31, 2023 (or some later date), as requested by the Individual Debtor in his Objection.  As the Court is aware, the claims filing process is already underway and is scheduled to conclude by the February 17, 2023 general bar date, which is four weeks from today.  Thus, there is already very little time to address the serious issues raised in the Motion to Compel regarding the Individual Debtor's interference with the integrity of the claims process.  Deferring these issues for another two weeks is not a viable option, as it would leave little to no time to remedy these issues prior to the general bar date.  Moreover, delay would expose these estates and their creditors to the very real risk that the

---

[2]    Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the Motion to Expedite.

Individual Debtor (and others in active concert or participation with the Individual Debtor) will continue their claims-related harassment campaign, further worsening the situation.  Finally, the issues involved here are neither novel nor complex, and therefore the Individual Debtor should not be prejudiced by the relatively short objection deadline.

2.      For these reasons, Movants reiterate their request that the Court schedule a hearing with respect to the Motion to Compel for **Tuesday, January 24, 2023 at 2:00 p.m. (ET)**, or as soon as possible thereafter as the Court may be available.

[*Remainder of page intentionally left blank.*]

WHEREFORE, for the foregoing reasons, Movants requests that the Court enter an order granting the relief requested in the Motion to Expedite and such other relief as is just and proper.

Dated: January 20, 2023
      New Haven, Connecticut

| GENEVER HOLDINGS LLC | LUC A. DESPINS, CHAPTER 11 TRUSTEE |
|---|---|
| By: */s/ Patrick R. Linsey* | By: */s/ Patrick R. Linsey* |
| Douglas S. Skalka (ct00616) | Douglas S. Skalka (ct00616) |
| Patrick R. Linsey (ct29437) | Patrick R. Linsey (ct29437) |
| NEUBERT, PEPE & MONTEITH, P.C. | NEUBERT, PEPE & MONTEITH, P.C. |
| 195 Church Street, 13th Floor | 195 Church Street, 13th Floor |
| New Haven, Connecticut 06510 | New Haven, Connecticut 06510 |
| (203) 821-2000 | (203) 821-2000 |
| dskalka@npmlaw.com | dskalka@npmlaw.com |
| plinsey@npmlaw.com | plinsey@npmlaw.com |
| | |
| *Counsel for Genever Holdings LLC* |    *and* |
| *Debtor and Debtor-in-Possession* | |
| | Luc A. Despins, Esq. |
| GENEVER HOLDINGS CORPORATION | G. Alexander Bongartz, Esq. |
| | PAUL HASTINGS LLP |
| By: */s/ Patrick R. Linsey* | 200 Park Avenue |
| Douglas S. Skalka (ct00616) | New York, New York 10166 |
| Patrick R. Linsey (ct29437) | (212) 318-6472 |
| NEUBERT, PEPE & MONTEITH, P.C. | |
| 195 Church Street, 13th Floor | *Counsel for the Chapter 11 Trustee* |
| New Haven, Connecticut 06510 | |
| (203) 821-2000 | |
| dskalka@npmlaw.com | |
| plinsey@npmlaw.com | |
| | |
| *Counsel for Genever Holdings Corporation* | |
| *Debtor and Debtor-in-Possession* | |