## Law Offices of Ning Ye, Esq.

135-11 38th Avenue, #1A, Flushing, NY 11354
*TEL:* 718-308-6626;  301641-7345 *(Cell)* • *FAX:* (718) 228-5816 • *E-MAIL:* ynyale@aol.com

---

January 10, 2023

The Hon. Clerk
U.S. Bankruptcy Court for the District of Connecticut
Bridgport Division
**McMahon Federal Building**
**915 Lafayette Boulevard**
**Bridgeport, CT 06604.**

Notice of Troy Law LPLLC's Knowing Frauds Upon the Court
Matter of Ho Wan Kwok, aka, Wengui Guo (22-50073)

---

Dear Clerk:

This undersigned respectfully notifies this Honorable Court that the Court's ECF Docketing Number 1006 being fraudulently filed on October 20, 2022, by John Troy, Esq. (CT-30804) of the Troy Law PLLC allegedly as the "attorney for Creditor Ning Ye" (See Group Exhibit 1), is a fraudulent misrepresentation, and must be immediately removed from this Court's ECF docket. The Fraudster, namely, John Troy, Esq., (CT -30804) must be compelled to file correctional statement to this Court together with an official apology to the undersigned the victim.

This undersigned represents defendants in a so-called FLSA Federal Labor Dispute case with the U.S. District of Southern District of New York (Case #19-11881), while John Troy, Esq., and his firm, Troy Law LLC, represent the Plaintiff, an on-and-off unlicensed "masseur" Mr. Yongbiao Ji, a lone "victim" in what Mr. Troy staged as a "class action", his habitual practice mode, in a long line of his specialty case loads exclusively biting upon U.S. small, or dissolved industry. Both parties have been in persistent tension of adversary relation. In August 2022, having smelled potential chance of attempted sharing of fortune, Mr. Troy launched phoning and emailing soliciting this undersigned to retain him and his law firm to represent this undersigned in this instant bankruptcy case (Exhibit 2), regardless the fact that Troy Law PLLC was representing the Plaintiff and Ning Ye represents the Defendants in a neck to neck fighting in a so-called "Federal Labor dispute" case in New York. Mr. Troy's lobby and solicitation is flatly declined by this undersigned in the sense of justice and professional ethics. After the Troy Law PLLC's unethical attempt failed in August 2022, this undersigned found the Firm, on October 20, 2022, filed Document 1006 with this Honorable Court, in this Court's open to public ECF docket, stating that

John Troy Esq. (CT-30804) and his firm, Troy Law PLLC, represent "Creditor Ning Ye as the latter's "Attorney" in the case of 22-50073.

Troy Law PLLC's such manifest of declaration to the public that its being the "attorney" for this undersigned is completely unknown, concealed, un-notified, unauthorized and fraudulent to this undersigned as well as to all related courts, when it was done. Such a contaminating public statement depicting such an immorality against public image of this undersigned, given to the publicity of this closely watched instant case involving a worldly infamous figure of the headline by the media from time to time has caused enormous harmful damages upon the "double dealer" of this undersigned. More ridiculously, such knowing wrongdoer as Mr. John Troy (CT-30804) and his firm has taken no correctional efforts to clean up the grounds, and leaving the tainted record in this Court's publicly accessible ECF docket unchanged as is as of this date.

This letter is therefore formerly issued, praying for investigation and corrections by this Honorable Court. Should you have any instruction or advice, please kindly let me know at your earliest convenience. Your prompt attention to this matter is greatly appreciated.

Very truly yours,

/s/Ning Ye, Esq.
Enclosures: Exhibit 1 and 2
Express Mail with Return Ticket: EI475983405US
cc. Troy Law PLLC
Chamber of the Hon. Vincent Breccitti

Exhibit 1

Case 22-50073    Doc 10...    Filed 10/20/2...    Entere...    ...    Pa0P...

UNITED STATES BANKRUPTCY COURT
DISTRICT COURT OF CONNECTICUT

-----------------------------------------------------------x

In re:

Ho Wan Kwok

Debtor

Chapter: 11
Case Number: 22-50073

-----------------------------------------------------------x

## NOTICE OF APPEARANCE OF COUNSEL AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears for TROY LAW, PLLC, <u>interested party</u> in the above-captioned bankruptcy case. Pursuant to Rule 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned demands that all notices given or required to be given in this case and all papers, documents, and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, post office address, email address, and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but includes, without limitation, every order, application, motion, petition, pleading, plan, request, complaint, demand, or other documents which is filed with or brought before this Court or which affects the Debtor or the property of the Debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, email, telex or otherwise.

Dated:   August 24, 2022
         Flushing, New York

TROY LAW, PLLC

/s/ John Troy
John Troy
...
...
Flushing, NY 135..
Tel: (718) 762-1...
Fax: (718) 762-1...
johntroy@troypllc.com

Case 22-50073   Doc 1006   Filed 10/20/22   Entered 10/20/22 16:0...   Page ...

## CERTIFICATE OF SERVICE

I, John Troy, hereby certify that a copy of the foregoing Notice of Appearance was filed electronically with the Court on October 20, 2022. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated:  October 20, 2022
        Flushing, New York

                                        TROY LAW, PLLC
                                        By: /s/ John Troy
                                            John Troy, Esq. (CT-30804)

Exhibit 2

UNITED STATES BANKRUPTCY COURT
DISTRICT COURT OF CONNECTICUT
-----------------------------------------------------------x

In re:

    Ho Wan Kwok

                Debtor.

**Chapter:11**
**Case Number: 22-50073**

-----------------------------------------------------------x

## NOTICE OF APPEARANCE, REQUEST FOR NOTICES AND DEMAND FOR SERVICE OF PAPERS

To the Clerk of this Court and all parties of record:

Please enter the appearance of John Troy, Esq. of Troy Law, PLLC as counsel for Creditor NING YE in the above-referenced bankruptcy proceeding, and hereby requests, pursuant to 11 U.S.C. 1109(b) and Rules 2002, 9007, 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure that a true, complete and accurate copy of each and every notice given or required to be given in this case and all pleadings, motions, and applications served or required to be served in this case be given to and served upon the undersigned.

I certify that I am admitted and authorized to practice in this Court.

Dated:    August 24, 2022
              Flushing, New York

                                      TROY LAW, PLLC
                                      By: /s/ John Troy
                                           John Troy, Esq. (CT-30804)
                                           *Attorneys for Creditor Ning Ye*
                                           41-25 Kissena Blvd., Suite 103
                                           Flushing, NY 11355
                                           Tel: (718) 762-1324
                                           Fax: (718) 762-1342
                                           johntroy@troypllc.com

## CERTIFICATE OF SERVICE

I, John Troy, hereby certify that a copy of the foregoing Notice of Appearance was filed electronically with the Court on August 24, 2022. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated:   August 24, 2022
         Flushing, New York

                                  TROY LAW, PLLC
                                  By: /s/ John Troy
                                      John Troy, Esq. (CT-30804)
                                      *Attorneys for Creditor Ning Ye*