**USPS PRIORITY MAIL EXPRESS**

Expected Delivery 01/11/2023

USPS CERTIFIED MAIL

9502 8067 1501 3010 7069 66

PRIORITY MAIL EXPRESS 1-DAY®

NING YE
LAW OFFICE
135-11 38TH AVENUE
FLUSHING NY 11354

SCHEDULED DELIVERY DAY: 01/12/23 06:00 PM
RETURN RECEIPT REQUESTED
SIGNATURE REQUIRED

SHIP TO:
CLERK COURT
915 LAFAYETTE BLVD
BRIDGEPORT CT 06604

USPS SIGNATURE® TRACKING NBR
9571 1067 1501 3011 7073 56

U.S. POSTAGE
$31.15
PME 1-DAY
11355
Date of sale
01/11/23
06 2S SSK
1148473
3.20 OZ
RDC 07

976830111083800

UNITED STATES POSTAL SERVICE

EP13F July 2013
OD: 12.5 x 9.5

FLAT RATE ENVELOPE ★ ANY WEIGHT







**PRIORITY MAIL EXPRESS**

FROM: (PLEASE PRINT) PHONE ( 718 ) 308-6626

Ning Ye, Esq.
135-11 38th Ave. #1A
Flushing, NY 11354

TO: (PLEASE PRINT) PHONE ( )

The Hon. Clerk
U.S. Bankruptcy Case for the District Connecticut
McMahon Federal Building
915 Lafayette Blvd.
Bridgeport. CT

ZIP + 4 (U.S. ADDRESSES ONLY)
0 6 6 0 4

EI 475 983 405 US