**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re:                                              :    Chapter 11
                                                    :
HO WAN KWOK, *et al.*,                              :    Case No. 22-50073 (JAM)
                                                    :
        Debtors.[1]                                 :    Jointly Administered
                                                    :
------------------------------------------------------x

**NOTICE OF FILING OF NOTICE OF DISPUTED, CONTINGENT,
OR UNLIQUIDATED CLAIM AND NOTICE OF DEADLINE FOR
<u>FILING PROOF OF CLAIM</u>**

PLEASE TAKE NOTICE THAT, in accordance with *Order Establishing Deadlines for Filing of Claim and Approving Form and Manner of Notice Thereof* [Docket No. 1297] (the "<u>Bar Date Order</u>"),[2] Movants hereby file the form of *Notice of Disputed, Contingent, or Unliquidated Claim and Notice of Deadline for Filing Proof of Claim* (the "<u>Local Rule 3003-1 Notice</u>"), a copy of which is attached as <u>Exhibit A</u>. Attached hereto as <u>Exhibit B</u> is the list of creditors who were served with a customized version of the Local Rule 3003-1 Notice, as detailed in the Affidavit of Service, dated January 20, 2023 [Docket No. 1360].

[*Remainder of page intentionally left blank.*]

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not define herein have the meanings set forth in the Bar Date Order.

Dated: January 20, 2023
New Haven, Connecticut

GENEVER HOLDINGS LLC

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 821-2000
    dskalka@npmlaw.com
    plinsey@npmlaw.com

*Counsel for Genever Holdings LLC*
*Debtor and Debtor-in-Possession*

GENEVER HOLDINGS CORPORATION

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 821-2000
    dskalka@npmlaw.com
    plinsey@npmlaw.com

*Counsel for Genever Holdings Corporation*
*Debtor and Debtor-in-Possession*

LUC A. DESPINS, CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 821-2000
    dskalka@npmlaw.com
    plinsey@npmlaw.com

    and

    Luc A. Despins, Esq.
    G. Alexander Bongartz, Esq.
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6472

*Counsel for the Chapter 11 Trustee*

## **<u>Exhibit A</u>**

**Local Rule 3003-1 Notice**

**NOTICE OF DISPUTED, CONTINGENT, OR UNLIQUIDATED CLAIM**
**AND NOTICE OF DEADLINE FOR FILING PROOF OF CLAIM**

To:   Claimant(s) Address(es)

&lt;claim_nm&gt;
&lt;address1&gt;
&lt;address2&gt;
&lt;address3&gt;
&lt;city&gt;, &lt;state&gt; &lt;zip&gt;
&lt;country&gt;

Debtor: &lt;case01&gt;
Scheduled Claim Amount(s): &lt;line03&gt;
Claim(s) Scheduled as: &lt;line04&gt; &lt;line05&gt;

Debtor: &lt;case01&gt;
Scheduled Claim Amount(s): &lt;line03&gt;
Claim(s) Scheduled as: &lt;line04&gt; &lt;line05&gt;

Debtor: &lt;case01&gt;
Scheduled Claim Amount(s): &lt;line03&gt;
Claim(s) Scheduled as: &lt;line04&gt; &lt;line05&gt;

1. The Debtors (i.e., Ho Wan Kwok, Genever Holdings Corporation, and Genever Holdings LLC) scheduled your claim as indicated above. Any creditor whose claim is scheduled as disputed, contingent, or unliquidated in the Debtors' Schedules filed on March 9, 2022 [ECF No. 78 in Case No. 22-50073 (JAM)], November 3, 2020 [ECF No. 4 in Case No. 22-50592 (JAM)], and November 25, 2022 [ECF No. 1157 in Case No. 22-50073 (JAM)] (collectively, the "Schedules"), must file a proof of claim by February 17, 2023, except that claims by governmental units against Genever Holdings Corporation may be filed until April 10, 2023. Pursuant to Federal Rule of Bankruptcy Procedure 3003(c)(2), any creditor required to file a proof of claim who fails to do so shall not be treated as a creditor with respect to such a claim for the purposes of voting on the Debtors' plan and for distributions to creditors.

2. Creditors who have already filed claims need not file them again.

3. A proof of claim form is enclosed with this notice.

4. Counsel to the Debtor(s) shall file this completed notice listing all those creditors whose claim was not scheduled or whose claim was scheduled as disputed, contingent, or unliquidated in the Schedules on or before seven business days after entry of the bar date order [ECF No. _ in Case No. 22-50073 (JAM)] (the "Bar Date Order"). Counsel to the Debtor(s) shall also serve this notice on all affected parties by First Class Mail, postage prepaid on or before seven (7) business days after entry of the Bar Date Order. Counsel to the Debtor shall file a Certificate of Service indicating such compliance on or before fourteen (14) business days after entry of the Bar Date Order.

**Exhibit B**

| NAME |
|---|
| AAGV LIMITED |
| ACE DECADE HOLDINGS LIMITED |
| ADAM LEITMAN BAILEY P.C. |
| ALFA GLOBAL VENTURES LIMITED |
| ALFONSO GLOBAL LIMITED |
| ALLIED CAPITAL GLOBAL LIMITED |
| AN, RUIZHENG |
| ANTON DEVELOPMENT LIMITED |
| BAIQIAO TANG |
| BAIQIAO TANG A/K/A TANG BAIQIAO |
| BAKER & HOSTETLER LLP |
| BAKER HOSTETLER LLP |
| BEIJING BI HAI GE LIN YUAN LIN LU HUA |
| BEIJING CHENG JIAN WU JIAN SHE GROUP LTD |
| BEIJING FU LE HONG MA JIAN ZHU ET AL |
| BEIJING FU LE HONG MA JIAN ZHU ZHUANG |
| BEIJING ZENITH HOLDINGS CO |
| BEIJING ZHONG XIAN WEI YE STAINLESS |
| BEIJING ZHONG XIAN WEI YE STAINLESS DC |
| BEJING PANGU INVESTMENT CO |
| BI HAI GE LIN |
| BOAOSEHNG GUO |
| BOAOSHENG GUO |
| BOXUN INC |
| BRAVO LUCK LTD. |
| BROWN RUDNICK LLP |
| BSA STRATEGIC FUND I |
| BURNETTE SHUTT MCDANIEL |
| CASPER FIRM, THE |
| CHAO-CHIH CHIU |
| CHEN, JUN (A/K/A JOHNATHAN HO) |
| CHEN, TELI |
| CHENG (NY) |
| CHENG JIAN WU JIAN SHE |
| CHENG, KUI |
| CHENG, LINDA |
| CHENG, LOGAN (F/K/A SHUIYAN CHEN) |
| CHENGLONG WANG |
| CHEUNG, LINDA HE |
| CHINA GOLDEN SPRING GROUP (HONG KONG) LTD |
| CHIU, CHAO-CHIC |
| CHONG SHEN RAPHANELLA |
| CLARK HILL PLC |
| CLAYMAN ROSENBERG KIRSHNER & LINDER LLP |
| CREATIVE APEX INVESTMENTS LIMITED |
| CYRSTAL BREEZE INVESTMENTS LIMITED |
| DANYU LIN |
| DAWN STATE LIMITED |
| DONG, ZHENGJUN |
| DONGNA FANG |
| ELITE WELL GLOBAL LIMITED |
| FAN BINGBING |
| FANG, DONGNA |
| FORBES HARE |
| FRANCIS FIRM PLLC, THE |
| FU LE HONG MA |
| FU, XIQIU |
| FU, XIQIU (BOB) |
| G CLUB |
| G CLUB OPERATIONS LLC |
| GANFER SHORE LEEDS & ZAUDERER |
| GAO BINGCHEN |
| GAO, YAN |
| G-CLUB |
| GENEVER HOLDINGS CORPORATION |
| GENEVER HOLDINGS LLC |
| GLOBALIST INTERNATIONAL LIMITED |
| GOLDEN SPRING (NEW YORK), LTD |
| GOLDFARB & HUCK ROTH RIOJAS PLLC |
| GONG, JIAN |
| GTV MEDIA GROUP INC |
| GUO BAOSHENG |
| GUO LIJIE |
| GUO QIANG |
| GUO, GAOSHENG |
| GUO, LIJIE |
| GUO, QIANG |
| GUOJIAO, QU |
| HAIHONG WANG |

| NAME |
|---|
| HAN CHUNGUANG |
| HARCUS PARKER LTD |
| HE BEI YUE HUA ZHUANG SHI GONG CHENG LTD |
| HE, XIAOBO |
| HERO GRAND LIMITED |
| HONG KONG INTERNATIONAL FUNDS |
| HONG KONG INT'L FUNDS INVESTMENTS LTD |
| HONG QI QU |
| HONG QI QU JIAN SHE GROUP LTD |
| HONG ZENG |
| HONG, KAIXIN |
| HUANG,YAN |
| HUIZHEN WANG |
| INFINITE INCREASE LIMITED |
| INFINITUM DEVELOPMENTS LTD |
| INSIGHT PHOENIX FUND |
| JANOVER LLC |
| JIA LI WANG |
| JIA, QIUJU |
| JIAMEI LU |
| JIAN GONG |
| JIANG SU PROVINCE JIAN GONG GROUP LTD |
| JIANG SU PROVINCE JIANG GONG GRP LTD |
| JIANHU YI |
| JIANSHENGXIE & JIEFU ZHENG |
| JING, GENG |
| JOHN S LAU |
| JONATHAN YOUNG |
| JUMBO CENTURY LIMITED |
| JUN CHEN AKA JONATHAN HO |
| JUN LIU |
| JUNE SHI |
| KAIXIN HONG |
| KERCSMAR FELTUS & COLLINS PLLC |
| KEYI ZIKLIE |
| KUI CHENG |
| KWOK, HO WAN |
| LAGRENZ, LIHONG WEI (A/K/A SARA WEI) |
| LALIVE SA |
| LAMP CAPITAL LLC |
| LAN, YANG |
| LAU, JOHN S |
| LAW OFFICES OF RAFAEL A VARGAS, THE |
| LAWALL & MITCHELL, LLC |
| LEADING SHINE LIMITED |
| LI, YI |
| LIEHONG ZHUANG |
| LIEHONG ZHUANG/XIAO YAN ZHU |
| LIHONG WEI LAFRENZ (A/K/A SARA WEI) |
| LIN, DANYU |
| LIN, WEN |
| LINDA HE CHEUNG |
| LIU, JUN |
| LIU, YING |
| LOGAN CHENG (F/K/A SHUIYAN CHENG) |
| LU, JIAMEI |
| LUC A DESPINS CH 11 TTEE FOR HO WAN KWOK |
| LUO, XIAOBO |
| LUO, XIAOPING |
| MA, RUI |
| MACDONALD |
| MCDANIEL, BURNETTE SHUTT |
| MOA-FU |
| NAN TON SI JIAN |
| NAN TON SI JIAN GROUP LTD |
| NAN TONG SI JIAN |
| NAN TONG SI JIAN GROUP, LTD |
| NEW DYNAMIC DEVELOPMENT LIMITED |
| NING YE |
| NOBLE FAME GLOBAL LIMITED |
| NUNBERG, SAMUEL |
| NUNBERG, SAMUEL DAN |
| PACIFIC ALLIANCE ASIA |
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND |
| PETRILLO KLEIN & BOXER LLP |
| PULLMAN & COMLEY LLC |
| QU GUOJIAO |
| QUIJU JIA |
| RAGLAND, THOMAS |
| ROMER DEBBAS LLP |

| NAME |
|---|
| RONG ZHANG |
| RUI MA |
| RUIZHENG AN |
| RULE OF LAW FOUNDATION III, INC. |
| RULE OF LAW SOCIETY IV INC. |
| RULE OF SOCIETY IV INC |
| RUQUIN WANG |
| SAIL VICTORY LIMITED |
| SAMUEL DAN NUNBERG |
| SAMUEL NUNBERG |
| SARA WEI (A/K/A LIHONG WEI LAFRENZ) |
| SARACA MEDIA GROUP, INC. |
| SCHULMAN BHATTACHARYA, LLC |
| SELAS MONTBRAIL AVOCATS |
| SELAS MONTBRIAL AVOCATS |
| SHANE D SHOOK |
| SHERRY NETHERLAND, THE |
| SHI |
| SHI JIA ZHUANG ET AL BEJING FIRST BRANCH |
| SHI JIA ZHUANG ZHEN YUAN JIAN ZHU AN |
| SHI, JUNE |
| SHOOK, SHANE D |
| SHUANG WANG |
| STOKES LAWRENCE, PS |
| STRATEGIC VISION US, LLC |
| TELI CHEN |
| THE CASPER FIRM |
| THE FRANCIS FIRM PLLC |
| THE LAW OFFICES OF RAFAEL A. VARGAS |
| THE SHERRY-NETHERLAND HOTEL |
| THOMAS RAGLAND |
| TROUTMAN PEPPER HAMILTON SANDERS LLP |
| U.S. LEGAL SUPPORT, INC. |
| UBS AG |
| UBS AG (LONDON BRANCH) |
| UNA MANYEE WILKINSON |
| UNITED STATES TRUSTEE |
| US LEGAL SUPPORT INC |
| US SECURITIES & EXCHANGE COMMISSION |
| VERDOLINO & LOWEY PC |
| VERITEXT |
| VOICE GUO MEDIA, INC. |
| VOICE OF GUO MEDIA, INC. |
| VX CERDA & ASSOCIATES |
| WA&HF LLC |
| WA&HF LLC/RUIZENG AN |
| WANG |
| WANG, CHENGLONG |
| WANG, HUIZHEN |
| WANG, JIA LI |
| WANG, RUQIN |
| WANG, SHUANG |
| WANG, XIAODAN |
| WEI, ZHANG |
| WEICAN ('WATSON') MENG |
| WEICAN MENG/BOXUN, INC. |
| WEICAN WATSON MENG |
| WEIGUO, SUN |
| WEIXIAND GE |
| WEIXIANG GE |
| WEIYE, ZONG XIAN |
| WELL ORIGIN LIMITED |
| WEN LIN |
| WENG |
| WENG, MAO-FU |
| WILKINSON, UNA MANYEE |
| WONG, HAIHONG |
| WU, YUNXIA |
| WU, ZHENG |
| WU, ZHENG (BRUNO) |
| XIA, YELIANG |
| XIAO YAN ZHU |
| XIAODAN WANG |
| XINGYU YAN |
| XIONG XIAN WEI YE |
| XIQUI ('BOB') FU |
| YAN GAO |
| YAN HUANG |
| YAN ZHAO |
| YAN, XINGYU |

| NAME |
| --- |
| YANG LAN |
| YANG LAN AND WU ZHENG |
| YE, NING |
| YE, XIONG XIAN WEI |
| YELIANG XIA |
| YI LI |
| YI, JIANHU |
| YING LIU |
| YOUNG, JONATHAN |
| YUA HUA ZHUANG SHI |
| YUE HUA ZHU SHI |
| YUNXIA WU |
| ZEICHNER ELLMAN & KRAUSE LLP |
| ZEISLER & ZEISLER PC |
| ZENG, HONG |
| ZHANG WEI |
| ZHANG, RONG |
| ZHANG, YONGBING |
| ZHAO, YAN |
| ZHENG WU (A/K/A BRUNO WA) |
| ZHENGJUN DONG |
| ZHU SHI, YUA HUA |
| ZHU, XIAO YAN |
| ZHU, ZHEN YUAN JIAN |
| ZHUANG SHI, YUA HUA |
| ZHUANG, LIEHONG |
| ZILKIE, KEYI |