# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Marcy J. McLaughlin Smith** was admitted to practice as an attorney in the Courts of this State on **December 9, 2015** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.



**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 11th day of January 2023.

Lisa A. Dolph
Clerk of the Supreme Court