UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| HO WAN KWOK, et al.,[1] | ) | Case No. 22-50073 (JAM) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE THAT** the attorney listed below hereby appears as counsel for Bravo Luck Limited ("Bravo") in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"). Under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Bankruptcy Code sections 342 and 1109(b), Bravo requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in these cases, be transmitted to:

Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: marcy.smith@troutman.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

138437179v1

**PLEASE TAKE FURTHER NOTICE THAT** this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of Bravo or any other party in interest in these cases, including (a) the Debtors, (b) property of the Debtors or the Debtors' estates, or proceeds thereof, (c) claims against or interests in the Debtors, (d) other rights or interests of creditors of the Debtors or other parties in interest in this case or (e) property or proceeds thereof in the possession, custody, or control of Bravo or others that the Debtors may seek to use or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by Bravo or any other party in interest.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Bravo (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

-3-

Dated at Wilmington, Delaware, this 23rd day of January, 2023.

                                                             BRAVO LUCK LIMITED

By:   /s/ Marcy J. McLaughlin Smith
       Marcy J. McLaughlin Smith (DE No. 6184)
       (admitted *pro hac vice*)
       Hercules Plaza, Suite 5100
       1313 N. Market Street
       Wilmington, DE 19801
       Telephone: (302) 777-6500
       Fax:       (302) 421-8390
       E-mail: marcy.smith@troutman.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 23, 2023, the *Notice of Entry of Appearance and Demand for Notices and Papers* was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by United States first class mail, postage prepaid, to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A.     Electronic Notice Via CM/ECF Service List

| | |
|---|---|
| Laura Aronsson | laronsson@omm.com |
| Tristan G. Axelrod | taxelrod@brownrudnick.com |
| William R. Baldiga | wbaldiga@brownrudnick.com |
| Kellianne Baranowsky | kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com; kbaranowsky@ecf.courtdrive.com |
| Daniel D. Barnes | dbarnes@csglaw.com |
| Douglass E. Barron | douglassbarron@paulhastings.com |
| Nicholas A. Bassett | nicholasbassett@paulhastings.com, jonathonkosciewicz@paulhastings.com; lucdespins@paulhastings.com; alexbongartz@paulhastings.com; ezrasutton@paulhastings.com; douglassbarron@paulhastings.com; ecf.frg@paulhastings.com; aviluft@paulhastings.com |
| Patrick M. Birney | pbirney@rc.com, ctrivigno@rc.com |
| Christopher H. Blau | cblau@zeislaw.com |
| G. Alexander Bongartz | alexbongartz@paulhastings.com |
| Carollynn H.G. Callari | ccallari@callaripartners.com |
| Daniel Cantor | dcantor@omm.com |
| John L. Cesaroni | jcesaroni@zeislaw.com |
| Scott M. Charmoy | scottcharmoy@charmoy.com, ecf-3ae5beb98d9b@ecf.pacerpro.com; charmoysr97992@notify.bestcase.com |
| Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| Samuel Bryant Davidoff | sdavidoff@wc.com |
| Luc A. Despins | lucdespins@paulhastings.com, matlaskowski@paulhastings.com; davidmohamed@paulhastings.com |
| Sam Della Fera, Jr. | sdellafera@csglaw.com |
| David S. Forsh | dforsh@callaripartners.com |
| Peter Friedman | pfriedman@omm.com |

| | |
|---|---|
| Taruna Garg | tgarg@murthalaw.com, mgarcia@murthalaw.com |
| Irve J. Goldman | igoldman@pullcom.com, rmccoy@pullcom.com |
| Evan S. Goldstein | egoldstein@uks.com |
| Mia N. Gonzalez | mgonzalez@omm.com |
| James C. Graham | jgraham@npmlaw.com, sgibbons@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Lawrence S. Grossman | LGrossman@gs-lawfirm.com, aevans@gs-lawfirm.com; ngolino@gs-lawfirm.com; lawrencegrossman@ecf.courtdrive.com; mbuckanavage@gs-lawfirm.com; eross@gs-lawfirm.com |
| David V. Harbach, II | dharbach@omm.com |
| James J. Healy | jhealy@cowderymurphy.com |
| Jeffrey Hellman | jeff@jeffhellmanlaw.com; christen@jeffhellmanlaw.com |
| Eric A. Henzy | ehenzy@zeislaw.com, cjervey@zeislaw.com |
| Jonathan Kaplan | jkaplan@pullcom.com, prulewicz@pullcom.com; rmccoy@pullcom.com |
| Stephen M. Kindseth | skindseth@zeislaw.com, cjervey@zeislaw.com |
| Nancy Bohan Kinsella | nkinsella@npmlaw.com, moshea@npmlaw.com; smowery@npmlaw.com; npm.bankruptcy@gmail.com |
| Andrew V. Layden | alayden@bakerlaw.com |
| Patrick R. Linsey | plinsey@npmlaw.com, karguello@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Avram Emmanuel Luft | aviluft@paulhastings.com |
| Kristin B. Mayhew | kmayhew@pullcom.com, kwarshauer@mdmc-law.com; bdangelo@mdmc-law.com |
| Danielle L. Merola | dmerola@bakerlaw.com |
| Sherry J. Millman | smillman@stroock.com |
| Aaron A Mitchell | aaron@lmesq.com |
| James M. Moriarty | jmoriarty@zeislaw.com, cgregory@zeislaw.com |
| Sara Pahlavan | spahlavan@omm.com |
| Patrick N. Petrocelli | ppetrocelli@stroock.com |
| Lucas Bennett Rocklin | lrocklin@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net |
| Aaron Romney | aromney@zeislaw.com, swenthen@zeislaw.com |
| Scott D. Rosen | srosen@cb-shea.com, msullivan@cbshealaw.com; dtempera@cbshealaw.com |
| Thomas J. Sansone | tsansone@carmodylaw.com |
| Stuart M. Sarnoff | ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com |
| Douglas S. Skalka | dskalka@npmlaw.com, smowery@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Jeffrey M. Sklarz | jsklarz@gs-lawfirm.com; aevans@gs-lawfirm.com; mbuckanavage@gs-lawfirm.com; eross@gs-lawfirm.com, jsklarz@ecf.courtdrive.com |
| Annecca H. Smith | asmith@rc.com |
| John Troy | johntroy@troypllc.com |
| Tiffany Troy | tiffanytroy@troypllc.com, troylaw@troypllc.com |

138437179v1

| U.S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
|---|---|
| Lee Vartan | lvartan@csglaw.com |
| Stephen G. Walko | swalko@ibolaw.com |
| Michael S. Weinstein | mweinstein@golenbock.com |
| Jay Marshall Wolman | jmw@randazza.com, ecf-6898@ecf.pacerpro.com |
| Peter J. Zarella | pzarella@mdmc-law.com |

B.   United States First Class Mail, Postage Prepaid, Service List

Brown Rudnick LLP
Attn: President or General Mgr
One Financial Center
Boston, MA 02111

Dundon Advisers LLC
Attn: President or General Mgr
10 Bank Street, Suite 1100
White Plains, NY 10606

Chao-Chih Chiu, Huizhen Wang Yunxia Wu, Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Peter M. Friedman
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
PO Box 2839
New York, NY 10008-2839

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

J. Ted Donovan and Kevin J. Nash
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway 22nd Floor
New York, NY 10036

Gabriel Sasson
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Sherry Millman
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Douglas E. Spelfogel
Derek L. Wright
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Richard C. Morrissey
Office of the U.S. Trustee
201 Varick Street, Room
1006 New York, NY 10014

Stretto
Attn: President or General Mgr
410 Exchange, Suite 100
Irvine, CA 92602

138437179v1

| | |
|---|---|
| Edward Moss, Diana Perez, Stuart Sarnoff, and Daniel Shamah O'Melveny & Myers LLP 7 Times Square New York, NY 10036 | Yongbing Zhang 223 West Jackson Blvd. #1012 Chicago, IL 60606 |
| Alissa M. Nann Foley & Lardner LLP 90 Park Avenue New York, NY 10016 | Genever Holdings Corporation P.O. Box 3170 Road Town Tortola, British Virgin Islands |
| Irve Goldman, Esq. Pullman & Comley, LLC 850 Main Street Bridgeport, CT 06601 | Genever Holdings LLC 781 Fifth Avenue Apt. 1801 New York, NY 10022-5520 |
| Epiq Corporate Restructuring, LLC 777 Third Avenue 12th Floor New York, NY 10017 | |

  /s/ Marcy J. McLaughlin Smith
  Marcy J. McLaughlin Smith (admitted *pro hac vice*)