UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In Re. Ho Wan Kwok

Debtor(s)

Case No. 22-50073

Lead Case No. 22-50073

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2022     Petition Date: 02/15/2022
Months Pending: 11                      Industry Classification: 0 0 0 0
Reporting Method:     Accrual Basis ○     Cash Basis ◉
Debtor's Full-Time Employees (current):                           0
Debtor's Full-Time Employees (as of date of order for relief):   0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Luc A. Despins                          Luc A. Despins, in his capacity as Chapter 11 Trustee
Signature of Responsible Party              Printed Name of Responsible Party
01/23/2023                                  Paul Hastings LLP
Date                                        200 Park Avenue
                                            New York, NY 10166
                                            Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                1

Debtor's Name: Ho Wan Kwok          Case No. 22-50073

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---:|---:|
| a. Cash balance beginning of month | $4,116,756 | |
| b. Total receipts (net of transfers between accounts) | $0 | $4,144,682 |
| c. Total disbursements (net of transfers between accounts) | $357,258 | $385,183 |
| d. Cash balance end of month (a+b-c) | $3,759,498 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $12,757 |
| f. Total disbursements for quarterly fee calculation (c+e) | $357,258 | $397,940 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---:|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ○   Market ○   Other ●   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---:|---:|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---:|---:|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  Ho Wan Kwok                                              Case No. 22-50073

**Part 5: Professional Fees and Expenses**

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Neubert, Pepe & Monteith, P.C | Local Counsel | $0 | $0 | $0 | $0 |
| ii | Paul Hastings LLP (counsel to d| Lead Counsel | $0 | $0 | $0 | $0 |
| iii | Brown Rudnick (counsel to Ho | Lead Counsel | $0 | $0 | $0 | $0 |
| iv | Pullman & Comley (counsel to | Lead Counsel | $0 | $0 | $0 | $0 |
| v | Coleman Worldwide Advisors L | Other | $0 | $0 | $0 | $0 |
| vi | Dundon Advisors (UCC financi | Financial Professional | $0 | $0 | $0 | $0 |
| vii | Verdolino & Lowey, PC (financ | Financial Professional | $0 | $0 | $0 | $0 |
| viii | Harney Westwood & Riegels LP | Other | $0 | $0 | $0 | $0 |
| ix | Paul Wright | Other | $0 | $0 | $0 | $0 |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Ho Wan Kwok                          Case No. 22-50073

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |

Debtor's Name  Ho Wan Kwok                                      Case No.  22-50073

|   |        |   |   |   |   |   |
|---|--------|---|---|---|---|---|
|   | lxxix  |   |   |   |   |   |
|   | lxxx   |   |   |   |   |   |
|   | lxxxi  |   |   |   |   |   |
|   | lxxxii |   |   |   |   |   |
|   | lxxxii |   |   |   |   |   |
|   | lxxxiv |   |   |   |   |   |
|   | lxxxv  |   |   |   |   |   |
|   | lxxxvi |   |   |   |   |   |
|   | lxxxvi |   |   |   |   |   |
|   | lxxxvi |   |   |   |   |   |
|   | lxxxix |   |   |   |   |   |
|   | xc     |   |   |   |   |   |
|   | xci    |   |   |   |   |   |
|   | xcii   |   |   |   |   |   |
|   | xciii  |   |   |   |   |   |
|   | xciv   |   |   |   |   |   |
|   | xcv    |   |   |   |   |   |
|   | xcvi   |   |   |   |   |   |
|   | xcvii  |   |   |   |   |   |
|   | xcviii |   |   |   |   |   |
|   | xcix   |   |   |   |   |   |
|   | c      |   |   |   |   |   |
|   | ci     |   |   |   |   |   |

|      |                                                              |       | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|------|--------------------------------------------------------------|-------|------------------------|---------------------|--------------------|-----------------|
| b.   | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* |       | $0                     | $0                  | $0                 | $0              |
|      | *Itemized Breakdown by Firm*                                 |       |                        |                     |                    |                 |
|      | Firm Name                                                    | Role  |                        |                     |                    |                 |
| i    | Baker Hostetler LLP                                          | Other | $0                     | $0                  | $0                 | $0              |
| ii   | Clayman & Rosenberg LLP                                      | Other | $0                     | $0                  | $0                 | $0              |
| iii  | Ganfer Shore Leeds & Zauderer                                | Other | $0                     | $0                  | $0                 | $0              |
| iv   | Harcus Parker Ltd.                                           | Other | $0                     | $0                  | $0                 | $0              |
| v    | LALIVE SA                                                    | Other | $0                     | $0                  | $0                 | $0              |
| vi   | Lawall & Mitchell, LLC                                       | Other | $0                     | $0                  | $0                 | $0              |
| vii  | Petrillo Klein & Boxer LLP                                   | Other | $0                     | $0                  | $0                 | $0              |
| viii | Schulman Bhattacharya, LLC                                   | Other | $0                     | $0                  | $0                 | $0              |
| ix   | The Casper Firm                                              | Other | $0                     | $0                  | $0                 | $0              |
| x    | The Francis Firm PLLC                                        | Other | $0                     | $0                  | $0                 | $0              |
| xi   | VX Cerda & Associates                                        | Other | $0                     | $0                  | $0                 | $0              |
| xii  |                                                              |       |                        |                     |                    |                 |
| xiii |                                                              |       |                        |                     |                    |                 |
| xiv  |                                                              |       |                        |                     |                    |                 |

Debtor's Name  Ho Wan Kwok                                                                                   Case No.  22-50073

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |
| xxxvii |  |  |  |  |  |  |
| xxxvii |  |  |  |  |  |  |
| xxxix |  |  |  |  |  |  |
| xl |  |  |  |  |  |  |
| xli |  |  |  |  |  |  |
| xlii |  |  |  |  |  |  |
| xliii |  |  |  |  |  |  |
| xliv |  |  |  |  |  |  |
| xlv |  |  |  |  |  |  |
| xlvi |  |  |  |  |  |  |
| xlvii |  |  |  |  |  |  |
| xlviii |  |  |  |  |  |  |
| xlix |  |  |  |  |  |  |
| l |  |  |  |  |  |  |
| li |  |  |  |  |  |  |
| lii |  |  |  |  |  |  |
| liii |  |  |  |  |  |  |
| liv |  |  |  |  |  |  |
| lv |  |  |  |  |  |  |
| lvi |  |  |  |  |  |  |

Debtor's Name  Ho Wan Kwok                                                                 Case No.  22-50073

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

Debtor's Name  Ho Wan Kwok                                                                                         Case No. 22-50073

|     |       |   |   |   |   |   |   |
|-----|-------|---|---|---|---|---|---|
|     | xcix  |   |   |   |   |   |   |
|     | c     |   |   |   |   |   |   |
| c.  | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

| **Part 6:  Postpetition Taxes** | | **Current Month** | **Cumulative** |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○   No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○   No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○   No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿   No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿   No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿   No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○   No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○   No ○   N/A ⦿ |
| i. | Do you have:        Worker's compensation insurance? | Yes ○   No ⦿ |
|    |                            If yes, are your premiums current? | Yes ○   No ○   N/A ⦿  (if no, see Instructions) |
|    |                        Casualty/property insurance? | Yes ○   No ⦿ |
|    |                            If yes, are your premiums current? | Yes ○   No ○   N/A ⦿  (if no, see Instructions) |
|    |                        General liability insurance? | Yes ○   No ⦿ |
|    |                            If yes, are your premiums current? | Yes ○   No ○   N/A ⦿  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ⦿   No ○ |
| k. | Has a disclosure statement been filed with the court? | Yes ○   No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿   No ○ |

Debtor's Name: Ho Wan Kwok                                                                 Case No. 22-50073

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).


**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**


/s/ Luc A. Despins                                                                   Luc A. Despins, in his capacity as Chapter 11 Trustee
Signature of Responsible Party                                               Printed Name of Responsible Party

Chapter 11 Trustee                                                                  01/23/2023
Title                                                                                          Date

Debtor's Name  Ho Wan Kwok    Case No. 22-50073



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  Ho Wan Kwok                                    Case No.  22-50073


Bankruptcy1to50


Bankruptcy51to100


NonBankruptcy1to50


NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                              11

Debtor's Name  Ho Wan Kwok                                                        Case No.  22-50073


PageThree


PageFour

| In re | Ho Wan Kwok | Case No. | 22-50073 (JAM) |
|---|---|---|---|
| | Debtor | Reporting Period: | 12/1/2022 - 12/31/2022 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative July 8, 2022 to Date Actual |
|---|---:|---:|
| **Cash - Beginning of Month** | | |
| **RECEIPTS** | | |
| Recovered Funds | $ - | $ 144,681.40 |
| Yacht Repair Escrow | $ - | $ 4,000,000.00 |
| **Total Receipts** | $ - | $ 4,144,681.40 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Bank Fees | $ 811.89 | $ 989.89 |
| Fees paid to International Surety Ltd for surety bond increase | $ - | $ 27,747.00 |
| Fees paid with respect to Yacht repair inovices out of the Yacht Repair Escrow | $ 356,446.59 | $ 356,446.59 |
| **Total Ordinary Disbursements** | $ 357,258.48 | $ 385,183.48 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | $ - | $ - |
| U. S. Trustee Fees | $ - | $ - |
| Other Reorganization Expenses *(attach schedule)* | $ - | $ - |
| **Total Reorganization Items** | $ - | $ - |
| **Total Disbursements** *(Ordinary + Reorganization)* | $ 357,258.48 | $ 385,183.48 |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | $ (357,258.48) | $ 3,759,497.92 |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | $ 3,759,497.92 | $ 3,759,497.92 |
| **Third Party Disbursements on Behalf of the Estate** | | |
| None | $ - | $ 12,757.00 |

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---:|
| **TOTAL DISBURSEMENTS** | $ 357,258.48 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $ - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ 357,258.48 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, : Case No. 22-50073 (JAM)
:
Debtor. :
:
---------------------------------------------------------x

**ATTACHMENT TO MONTHLY OPERATING REPORT
FOR THE PERIOD DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

This attachment is incorporated into and made a part of the Monthly Operating Report ("MOR") of Chapter 11 Trustee Luc A. Despins.

**General Disclaimers**

1. The MOR is presented on a form promulgated in 2021 by the Executive Office of the United States Trustee. This form in many instances requires inserting a number for a line item even if the line item does not apply. The form also does not allow for the insertion of explanations or asterisks next to answers. Accordingly, as presented, certain responses may be inapplicable or incomplete. Following guidance from the United States Trustee's office, this attachment is being filed as an integral part of the MOR.

2. On July 8, 2022, the Bankruptcy Court signed an order approving the appointment of Luc A. Despins, Esq. as Chapter 11 Trustee (the "Trustee"). The information in this MOR is based only on information beginning on the date of the Trustee's appointment and only on bank accounts within the Trustee's control.[1]

3. The Trustee reserves the rights to amend, modify or supplement this MOR or update it in future MORs.

**Specific Responses**

Part 1 Responses

4. As noted above, this information is limited to cash receipts and disbursements since the Trustee was appointed and with respect to accounts under the Trustee's control. This amount includes $4 million received by the Trustee as escrow agent solely for the

---

[1] The Trustee is currently investigating the Debtor's assets and financial affairs (with respect to which investigation the Debtor has not cooperated).

1

purpose of securing the completion of the service, maintenance, and repairs required to be performed to restore the Lady May to good working order, as set forth in the *Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May*, entered on October 7, 2022 [Docket No. 930], from which amount $356,446.59 was disbursed in December 2022.

Part 2 Responses

5. To the extent this section is applicable (the Debtor is an individual), the Trustee has insufficient information to complete this section. As of the filing of this MOR, no bar date has been established with respect to prepetition claims and no bar date has been established with respect to administrative claims.

6. The Trustee is aware of certain professional fees and expenses that have arisen in connection with services provided by the Trustee's counsel, however, the Trustee has not yet reviewed or approved such fees (payment of which remains contingent upon the Trustee's collection of additional estate assets), nor have any fee applications been filed with respect to such fees. The Trustee therefore believes it would be premature to list such fees herein as postpetition payables at this time.

Part 3 Responses

7. No assets under the control of the Trustee have been sold or transferred.

Part 4 Responses

8. To the extent this section is applicable (the Debtor is an individual), the Trustee has insufficient information to complete this section.

Part 5 Responses

9. There have been no commissions, fees, or expenses approved or paid with respect to the Trustee and his Court approved retained professionals, or with respect to any other professionals providing services to the official committee of unsecured creditors (the "Committee") or the Debtor (in connection with services provided to the Debtor prior to the appointment of the Trustee).

10. The Trustee is aware of a number of professional firms that have provided services to the Committee or the Debtor (prior to the appointment of the Trustee) but that have not at this time had their retentions approved by the Court. The Trustee includes such professional firms (of which he is aware) in this part of the MOR out of an abundance of caution but reserves all his rights with respect to the retention and/or payment of fees with respect to such professional firms. The Trustee also notes that the Debtor may have employed professionals (prior to the appointment of the Trustee) of which the Trustee is not aware.

Part 6 Responses

11. The Trustee is not aware of any postpetition taxes that have accrued during the time period since the Trustee's appointment.

Part 7 Responses

12. The Trustee notes that the Debtor filed a chapter 11 plan on April 20, 2022 [Docket No. 197] (the "April 2022 Plan") with respect to which no disclosure statement was filed or approved.

Part 8 Responses

13. The Trustee has insufficient information to respond to Part 8.

**EAST WEST BANK** Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: December 01, 2022
ENDING DATE: December 31, 2022
Total days in statement period: 31

( 0)

BK EST/HO WAN KWOK DEBTOR
LUC A DESPINS, CH11 TRUSTEE
CASE #22-50073
C/O PAUL HASTINGS LLP
200 PARK AVE
NEW YORK NY  10166-0005

Receive your account statements electronically for a paperless experience! Sign up for eStatements via our Online Banking or Mobile App. You can access up to seven years of account history. Visit digital.eastwestbank.com or call 833.468.8356 to learn more.

## Standard Business Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $4,116,756.40 |
| Low balance | $3,759,497.92 | Total additions ( 0) | .00 |
| Average balance | $3,966,854.93 | Total subtractions ( 8) | 357,258.48 |
| | | Ending balance | $3,759,497.92 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-02 | Debit Memo | FIDUCIARY MAINTENA NCE | 25.00 |
| 12-02 | Debit Memo | FIDUCIARY COLLATER AL | 636.89 |
| 12-14 | Intl Wire Xfer | YACHTZOO LTD-HK IN TERNATIONAL FUNDS | 27,927.97 |
| 12-14 | Service Charge | INTL WIRE XFER | 50.00 |
| 12-14 | Intl Wire Xfer | YACHTZOO LTD-HK IN TERNATIONAL FUNDS | 29,960.34 |
| 12-14 | Service Charge | INTL WIRE XFER | 50.00 |
| 12-20 | Intl Wire Xfer | YACHTZOO LTD - HK INTERNATIONAL | 298,558.28 |
| 12-20 | Service Charge | INTL WIRE XFER | 50.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 4,116,756.40 | 12-14 | 4,058,106.20 | | |
| 12-02 | 4,116,094.51 | 12-20 | 3,759,497.92 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-16

## STATEMENT BALANCING
**Fill in the amounts below from the front of this statement and your checkbook.**

**ENTER**
Ending Balance of
this Statement……………........... $_____

**Add** Deposits not shown
on this Statement                  $_____
                                   _____
                                   _____
             **Sub Total**………    $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks……………………………  $_____

**Balance**…..……...........................**  $_____

**ENTER**
Present Balance in
your checkbook…………………  $_____

**Subtract** any service
charges, finance or
any other charges…………………  $_____

            **Sub Total** …………  $_____

**Add** Monthly Interest
Earned …………………………….. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………….. $_____
                                     _____
                                     _____
                                     _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….. $_____
                                     _____
                                     _____
                                     _____

**Balance**……...................................  $_____

**IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

**ACCOUNTS WITH CHECK STORAGE**
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

**CHANGE OF ADDRESS**
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)