**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
| HO WAN KWOK, et al. | : | CASE NO. 22-50073 (JAM) |
| Debtors.[1] | : | Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 20, 2023, notice of the Court's Order Granting In Part Motion to Expedite (the "Hearing Notice")(ECF No. 1357) on Motion to Compel Compliance with Preliminary Injunction and Quash Debtors Claims Objections (the "Motion to Compel)(ECF No. 1345) was sent by e-mail to all parties by operation of the Court's electronic filing system. The undersigned further certifies that on January 23, 2023, copies the Hearing Notice and Motion to Compel were served by United States first class mail, postage prepaid on any party unable to accept electronic filing pursuant to the Hearing Notice Notice of Electronic Filing.

Dated: January 23, 2023
       New Haven, Connecticut

By:    /s/Douglas S. Skalka
       Douglas S. Skalka (ct00616)
       NEUBERT, PEPE & MONTEITH, P.C.
       195 Church Street, 13th Floor
       New Haven, Connecticut 06510
       (203) 821-2000
       dskalka@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Manual Service Recipients**

Brown Rudnick LLP
Attn: President or General Mgr
One Financial Center
Boston, MA 02111

Chao-Chih Chiu, Huizhen Wang
Yunxia Wu, Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

J. Ted Donovan, Kevin J. Nash
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway 22nd Floor
New York, NY 10036

Dundon Advisers LLC
Attn: President or General Mgr
10 Bank Street, Suite 1100
White Plains, NY 10606

Peter M. Friedman
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Francis J. Lawall
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Sherry Millman
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Richard C. Morrissey
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014

Edward Moss, Diana Perez
Stuart Sarnoff, and Daniel Shamah
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Irve Goldman, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601

Gabriel Sasson
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Douglas E. Spelfogel, Derek L. Wright
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Stretto
Attn: President or General Mgr
410 Exchange, Suite 100
Irvine, CA 92602

Yongbing Zhang
223 West Jackson Blvd. #1012
Chicago, IL 60606

Genever Holdings LLC
Attn: President or General Mgr
781 Fifth Avenue Apt. 1801
New York, NY 10022-5520