UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

**NOTICE OF WITHDRAWAL OF
LIMITED OBJECTION OF HK INTERNATIONAL FUNDS
INVESTMENTS (USA) LIMITED, LLC AND MEI GUO TO CHAPTER 11
TRUSTEE'S NOTICE OF FILING OF INVOICE OF ENGINEERING OPERATIONS
AND CERTIFICATION SERVICES, LLC FOR INSPECTION SERVICES**

HK International Funds Investments (USA) Limited, LLC ("HK USA") and Mei Guo ("Guo"), by and through their undersigned attorneys, in exchange for a summary (the "Summary") of the report prepared by Engineering Operations and Certification Services, LLC ("EOCS") hereby withdraw (the "Withdrawal") their Limited Objection of HK International Funds Investments (USA) Limited, LLC and Mei Guo to Chapter 11 Trustee's Notice of Filing of Invoice of Engineering Operations and Certification Services, LLC for Inspection Services [Dkt. 1341] (the "Limited Objection"). The Withdrawal of the Limited Objection is with prejudice, but HK USA and Guo expressly reserve all rights to seek a copy of the full report prepared by EOCS by separate motion and order by this Court, including in the event that the Summary shows (or the Trustee later asserts) that the Lady May requires additional repairs beyond the Valve Service (as defined in the Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May [Dkt. 930]).

Dated:  January 23, 2023

Respectfully submitted,

*/s/ Aaron A. Romney*
Aaron A. Romney (ct28144)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
(203) 368-4234
aromney@zeislaw.com

-and-

Lee D. Vartan (admitted *pro hac vice*)
Sam Della Fera, Jr. (admitted *pro hac vice*)
CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, NJ 07052
(973) 325-1500
lvartan@csglaw.com
sdellafera@csglaw.com

*Attorneys for HK International Funds Investments (USA) Limited, LLC and Mei Guo*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice ofElectronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Aaron A. Romney*
Aaron A. Romney