## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-50073 |
| | ) | |
| HO WAN KWOK, | ) | |
| | ) | |
| DEBTOR, | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL OF MOTION TO QUASH THIRD-PARTY SUBPOENA TO IVEY, BARNUM & O'MARA, LLC

PLEASE TAKE NOTICE that on January 6, 2023, non-party Ivey, Barnum & O'Mara, LLC ("IBO") filed a motion to quash a third-party subpoena (Doc. No. 1301) ("Motion to Quash") served upon it by the Bankruptcy Trustee in this proceeding (the "Bankruptcy Proceeding"). The third-party subpoena to IBO was returnable on January 9, 2023 (the "Subpoena"). See Doc. No. 1301, Exhibit 1.

PLEASE TAKE FURTHER NOTICE that, in consultation with the Bankruptcy Trustee, IBO has fully complied with the Subpoena.

PLEASE TAKE FURTHER NOTICE that the Motion to Quash is hereby withdrawn, without prejudice should the Bankruptcy Trustee issue another subpoena.

Dated: Greenwich, Connecticut  
       January 24, 2023

IVEY, BARNUM & O'MARA, LLC

By: */s/ Stephen G. Walko*  
    Stephen G. Walko, Esq. (ct27644)  
    170 Mason Street  
    Greenwich, Connecticut 06830  
    Telephone: (203) 661-6000  
    Email: swalko@ibolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2023, a copy of the foregoing was filed electronically and served by U.S. mail, first class postage prepaid on any party unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any party unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                             */s/ Stephen G. Walko*
                                            Stephen G. Walko, Esq. (ct27644)