**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 1322** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                              ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 13, 2023, I caused to be served the "Notice of Hearing," dated January 13, 2023 [Docket No. 1322] by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    c. delivered via electronic mail to 38 interested parties whose names and email addresses are confidential and therefore not reflected.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications). ").

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                                                         */s/ Angharad Bowdler*
                                                                         Angharad Bowdler

Sworn to before me this
18th day of January, 2023
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct No. 100624
Commission Expires: 8/31/2027

**EXHIBIT A**

HWK Trust
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BROWN RUDNICK LLP | ONE FINANCIAL CENTER BOSTON MA 02111 |
| CHAO-CHIH CHIU | C/O TROYGOULD PC ATTN: CHRISTOPHER A. LILLY 1801 CENTURY PARK EAST, 16TH FLOOR LOS ANGELES CA 90067-2367 |
| COLEMAN WORLDWIDE ADVISORS, LLC | GREGORY A. COLEMAN PO BOX 2839 NEW YORK NY 10008-2839 |
| DUNDON ADVISERS LLC | 10 BANK STREET SUITE 1100 WHITE PLAINS NY 10606 |
| FOLEY & LARDNER LLP | ALISSA M. NANN 90 PARK AVENUE NEW YORK NY 10016 |
| GENEVER HOLDINGS CORPORATION | PO BOX 3170 ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS |
| GENEVER HOLDINGS LLC | 781 FIFTH AVENUE APT. 1801 NEW YORK NY 10022-5520 |
| GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP | J.TED DONOVAN 1501 BROADWAY 22ND FLOOR NEW YORK NY 10036 |
| GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP | KEVIN J. NASH 1501 BROADWAY 22ND FLOOR NEW YORK NY 10036 |
| HUIZHEN WANG | C/O TROYGOULD PC ATTN: CHRISTOPHER A. LILLY 1801 CENTURY PARK EAST, 16TH FLOOR LOS ANGELES CA 90067-2367 |
| KEYI ZILKIE | C/O TROYGOULD PC ATTN: CHRISTOPHER A. LILLY 1801 CENTURY PARK EAST, 16TH FLOOR LOS ANGELES CA 90067-2367 |
| MAYER BROWN LLP | DOUGLAS E. SPELFOGEL 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| MAYER BROWN LLP | DEREK L. WRIGHT 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| O'MELVENY & MYERS LLP | EDWARD MOSS 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | DIANA PEREZ 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | STUART SARNOFF 7 TIMES SQUARE 33RD FLOOR NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | DANIEL SHAMAH 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | PETER M. FRIEDMAN 1625 EYE STREET, NW WASHINGTON DC 20006 |
| OFFICE OF THE U.S. TRUSTEE | RICHARD C. MORRISSEY 201 VARICK STREET, RM 1006 NEW YORK NY 10014 |
| OFFICE OF THE U.S. TRUSTEE | GIAIMO FEDERAL BUILDING 150 COURT STREET, ROOM 302 NEW HAVEN CT 06510 |
| PAUL HASTINGS LLP | GABRIEL SASSON 220 PARK AVENUE NEW YORK NY 10166 |
| PAUL HASTINGS LLP | LUC A. DESPINS 200 PARK AVENUE NEW YORK NY 10166 |
| PULLMAN & COMLEY, LLC | 850 MAIN STREET BRIDGEPORT CT 06601 |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL 165 CAPITOL AVENUE HARTFORD CT 06106 |
| STATE OF NEW YORK | OFFICE OF THE ATTORNEY GENERAL THE CAPITOL ALBANY NY 12224-0341 |
| STRETTO | 410 EXCHANGE SUITE 100 IRVINE CA 92602 |
| US ATTORNEY | SOUTHERN DISTRICT OF NEW YORK 86 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| US ATTORNEY | DISTRICT OF CONNECTICUT CONNECTICUT FINANCIAL CENTER 157 CHURCH STREET, FL 25 NEW HAVEN CT 06510 |
| YONGBING ZHANG | 223 WEST JACKSON BLVD #1012 CHICAGO IL 60606 |
| YUNXIA WU | C/O TROYGOULD PC ATTN: CHRISTOPHER A. LILLY 1801 CENTURY PARK EAST, 16TH FLOOR LOS ANGELES CA 90067-2367 |

**Total Creditor count  30**

| Claim Name | Address Information |
|---|---|
| AAGV LIMITED | PLOT 1061 HERBERT MACAULAY WAY CENTRAL BUSINESS DISTRICT ABUJA NIGERIA |
| ACE DECADE HOLDINGS LIMITED | C/O HARKUS PARKER, MELBOURNE HOUSE 44-46 ALDWYCH 7TH FLOOR LONDON WC2B 4LL UNITED KINGDOM |
| ADAM LEITMAN BAILEY P.C. | 1 BATTERY PARK PLZ FL 18 NEW YORK NY 10004-1646 |
| ALFA GLOBAL VENTURES LIMITED | 40 SW 13TH STREET SUITE 802 MIAMI FL 33130 |
| ALFONSO GLOBAL LIMITED | NO. I, SHOTONWA STREET AGUDA , SURULERE LAGOS NIGERIA |
| ALLIED CAPITAL GLOBAL LIMITED | 368 BRUSWICK AVE TORONTO ON M5R 2Y9 CANADA |
| ANTON DEVELOPMENT LIMITED | 1610 R STREET, SUITE 250 SACRAMENTO CA 95811 |
| BAIQIAO TANG A/K/A TANG BAIQIAO | 501 FOREST AVENUE, 501 PALO ALTO CA 94301 |
| BAIQIAO TANG TANG BAIQIAO AND JING GENG | C/O LEWIS & LIN, LLC DAVID D. LIN & JUSTIN MERCER 81 PROSPECT STREET, SUITE 8001 BROOKLYN NY 11201 |
| BAKER HOSTETLER LLP | ATTN: PRESIDENT OR GENERAL MGR 45 ROCKEFELLER PLAZA NEW YORK NY 10111 |
| BAKER HOSTETLER LLP | ATTN: JOHN SIEGAL 45 ROCKELLER PLAZA NEW YORK NY 10111 |
| BAKER HOSTETLER LLP | ATTN: ANDREW LAYDEN 200 S. ORANGE AVENUE STE 2300 ORLANDO FL 32801 |
| BEIJING BI HAI GE LIN YUAN LIN LU HUA | C/O KEVIN KERVENG TUNG, P.C. 136-20 38TH AVENUE SUITE 3D & 3F ATTN: KEVIN TUNG, ESQ. FLUSHING NY 11354 |
| BEIJING CHENG JIAN WU JIAN SHE GROUP LTD | C/O KEVIN KERVENG TUNG, P.C. 136-20 38TH AVENUE SUITE 3D & 3F FLUSHING NY 11354 |
| BEIJING FU LE HONG MA JIAN ZHU ET AL LTD | C/O KEVIN KERVENG TUNG, P.C. 136-20 38TH AVENUE SUITE 3D & 3F FLUSHING NY 11354 |
| BEIJING PANGU INVESTMENT CO. | NO. 27 N. SI HUAN ZHONG ROAD BUILDING A, 37TH FLOOR CHAOYANG DISTRICT BEIJING 100101 THE PEOPLE'S REPUBLIC OF CHINA |
| BEIJING ZENITH HOLDINGS CO | RM 1102 TOWER C SH MOVIE PLZ 595 CAOXI N RD XUHUI DIST SHANGHAI 200030 CHINA |
| BEIJING ZHONG XIAN WEI | YE STAINLESS DECORATION CENTER C/O KEVIN KERVENG TUNG, P.C. 136-20 38TH AVENUE SUITE 3D & 3F FLUSHING NY 11354 |
| BEJING PANGU INVESTMENT CO. | MIDDLE SECTION OF 411-415 HUIZHONG BEILI CHAOYANG DISTRICT BEIJING 100012 CHINA |
| BI HAI GE LIN | C/O KEVIN TUNG, ESQ. 136-30 38TH AVENUE STE 3D FLUSHING NY 11354 |
| BLUE CAPITAL LIMITED | C/O WALKERS CORPORATE LIMITED CAYMAN CORPORATE CENTRE 27 HOSPITAL ROAD, GEORGE TOWN GRAND CAYMAN KY1-9008 CAYMAN ISLANDS |
| BOXUN INC | C/O CALLARI PARTNE CAROLLYNN HG CALLARI, ESQ 100 SOMERSET CORPORATE BLVD. SUITE 206 BRIDGEWATER TOWNSHIP NJ 08807-2842 |
| BOXUN, INC. | C/O ARKIN SOLBAKKEN, LLP ATTN: PRESIDENT OR GENERAL MGR 900 THIRD AVENUE 18TH FLOOR NEW YORK NY 10022 |
| BRAVO LUCK LIMITED | C/O TROUTMAN PEPPER 3000 TWO LOGAN SQUARE, 18TH AND ARCH STS PHILADELPHIA PA 19103 |
| BRAVO LUCK LTD. | P.O. BOX 957 OFFSHORE INCORPORATIONS CENTRE ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS |
| BROWN RUDNICK LLP | ATTN: TRISTAN G. AXELROD WILLIAM R. BALDIGA ONE FINANCIAL CENTER BOSTON MA 02111-2600 |
| BURNETTE SHUTT MCDANIEL | 912 LADY STREET 2ND FLOOR COLUMBIA SC 29202 |
| CAIXIN MEDIA COMPANY, LTD. AND HU SH | SKADDEN, ARPS, SLATE, MEAGHER & FLOM DREYER, COLD & LAMB 4 TIMES SQUARE NEW YORK NY 10036 |
| CHAO-CHIC CHIU | C/O GIORDANO, HALLERAN &. CIESLA, P.C. 1250 BROADWAY, 36TH FLOOR ATTN: CHRISTOPHER MARINO NEW YORK NY 10010 |
| CHAO-CHIH CHIU | C/O TROYGOULD PC ATTN: CHRISTOPHER A. LILLY 1801 CENTURY PARK EAST, 16TH FLOOR LOS ANGELES CA 90067-2302 |
| CHENG (NY) | C/O RANDAZZA LAW FIRM 2764 SAHARA DRIVE SUITE 109 LAS VEGAS NV 89117 |
| CHENG JIAN WU JIAN SHE | C/O LAW OFFICE OF NING YE, ESQ. 136-20 38TH AVENUE, SUITE 3D ATTN: NING YE, ESQ. FLUSHING NY 11354 |
| CHENG JIAN WU JIAN SHE | C/O LAW OFFICE OF NING YE, ESQ 135-11 8TH AVE, #1A NING YE, ESQ FLUSHING NY 11354 |

| Claim Name | Address Information |
|---|---|
| CHENG JIAN WU JIAN SHE | C/O KEVIN TUNG, P.C. ATTN: K TUNG, ESQ. 136-20 38TH AVENUE SUITE 3D & 3F FLUSHING NY 11354-4232 |
| CHENGLONG WANG | C/O HGT LAW ATTN: HUNG TA 250 PARK AVENUE FL 7 NEW YORK NY 10177-0799 |
| CHENGLONG WANG C/O HGT LAW | 250 PARK AVENUE, 7TH FLOOR ATTN: HUNG TA NEW YORK NY 10177 |
| CHINA GOLDEN SPRING GROUP (HONGKONG) LTD | 22 S. BAY RD. REPULSE BAY HONG KONG HONG KONG |
| CHONG SHEEN RAPHANELLA | C/O WOLF HALDENSTEIN ADLER FREEMAN HERZ 270 MADISON AVENUE ATTN: MATTHEW GUINEY NEW YORK NY 10016 |
| CHONG SHEN RAPHANELLA | C/O WOLF HALDENSTEIN ADLER FREEMAN HERZ ATTN: BENJAMIN Y KAUFMAN, ESQ. 270 MADISON AVENUE NEW YORK NY 10016 |
| CHU, JULIE | C/O WEIGHTMANS LLP, MICHAEL BALMER NO 1 SPINNINGFIELDS HARDMAN SQUARE MANCHESTER M3 3EB UNITED KINGDOM |
| CLARK HILL PLC | C/O JENNER & BLOCK LLP ATTN: KALI N. BRACEY, ESQ. 1099 NEW YORK AVENUE NW SUITE 900 WASHINGTON DC 20001 |
| CLAYMAN ROSENBERG KIRSHNER & LINDER LLP | ATTN: PRESIDENT OR GENERAL MGR 305 MADISON AVENUE SUITE 650 NEW YORK NY 10165 |
| DANYU LIN | 128 WOODCOCK TRAIL WEST COLUMBIA SC 29169 |
| DAWNSTATE LIMITED | C/O HARCUS PARKER MELBOURNE HOUSE 44-46 ALDWYCH 7TH FLOOR LONDON WC2B 4LL UNITED KINGDOM |
| DONGNA FANG | C/O LAW OFFICES OF PHILLIPS & KING PLLC ATTN: BRYCE W. KING 5041 AIRPORT FWY FORT WORTH TX 76117 |
| DONGNA FANG | C/O LAW OFFICES OF PHILLIPS & KING PLLC ATTN: BRYCE W. KING 5041 AIRPORT FWY HALTOM CITY TX 76117 |
| FAN BINGBING | C/O LAVELY & SINGER ATTN: CAMERON A. STRACHER, ESQ. 4 NEW YORK PLAZA 2ND FLOOR NEW YORK NY 10004 |
| FAN BINGBING | C/O LAVELY & SINGER P.C. BRETTLER & SINGER 2049 CENTURY PARK EAST, SUITE 2400 LOS ANGELES CA 90067 |
| FOLEY & LARDNER LLP | FOR PACIFIC ALLIANCE ASIA OPP FUND ATTN: D SPELFOGEL R BERNARD A NANN 90 PARK AVENUE NEW YORK NY 10016-1301 |
| FORBES HARE | QWOMAR BLDG PO BOX 4649 ROAD TOWN TORTOLA VG1110 BRITISH VIRGIN ISLANDS |
| FORENSIC DOCUMENT EXAMINATIONS, LLC | ATTN: ANDREW SULNER 220 EAST 57TH STREET, SUITE 200 NEW YORK NY 10022 |
| FU LE HONG MA | C/O KEVIN TUNG, ESQ. 136-30 38TH AVENUE SUITE 3D FLUSHING NY 11354 |
| FU, XIQIU (BOB) | C/O IRVE J GOLDMAN PULLMAN & COMPLEY LLC 850 MAIN ST, PO BOX 7006 IRVE J GOLDMAN BRIDGEPORT CT 06601 |
| G CLUB | ATTN: PRESIDENT OR GENERAL MGR 53 CALLE PALMERAS SUITE 1401 SAN JUAN PR 00901 |
| G CLUB OPERATIONS LLC | ATTN: PRESIDENT OR GENERAL MGR 53 CALLE PALMERAS SUITE 1401 SAN JUAN PR 00901 |
| GANFER SHORE LEEDS & ZAUDERER | ATTN: PRESIDENT OR GENERAL MGR 360 LEXINGTON AVENUE NEW YORK NY 10017 |
| GANFER SHORE LEEDS & ZAUDERER LLP | ATTN: MARK ZAUDERER 360 LEXINGTON AVENUE NEW YORK NY 10017 |
| GAOSHENG GUO | C/O LAW OFFICE OF NING YE, ESQ. ATTN: NING YE, ESQ. 135-11 38TH AVENUE SUITE 1A FLUSHING NY 11354-4440 |
| GENEVER HOLDINGS LLC UNIT 1801 | THE SHERRY- NETHERLAND APARTMENTS 781 FIFTH AVENUE NEW YORK NY 10022 |
| GIORDANO, HALLERAN & CIESLA, P.C. | ATTN: CHRISTOPHER MARINO 1250 BROADWAY 36TH FLOOR NEW YORK NY 10010 |
| GOLDEN SPRING NEW YORK | 162 E. 64TH STREET ATTN: MAX KRASNER NEW YORK NY 10605 |
| GOLDEN SPRING NEW YORK LTD | C/O BERKELEY ROWE MARBLE ARCH PARK HOUSE 116 PARK ST MAYFAIR LONDON W1K 6SS UNITED KINGDOM |
| GOLDFARB & HUCK ROTH RIOJAS, PLLC | ATTN: PRESIDENT OR GENERAL MGR 925 FOURTH AVENUE SUITE 3950 SEATTLE WA 98104 |
| GTV MEDIA GROUP, INC. | C/O LAWALL & MITCHELL, LLC ATTN: PRESIDENT OR GENERAL MGR 55 MADISON AVENUE 4TH FLOOR MORRISTOWN NJ 07960 |
| GTV MEDIA GROUP, INC. | 162 E. 64TH STREET NEW YORK NY 10065 |
| GUO BAOSHENG | C/O LAW OFFICE OF NING YE ESQ 135-11 38TH AVE, STE 1A NING YE, ESQ FLUSHING NY 11354 |
| GUO BOAOSHENG | C/O LAW OFFICE OF NING YE ESQ 135-11 38TH AVE, STE 1A NING YE, ESQ FLUSHING NY 11354 |

| Claim Name | Address Information |
|---|---|
| HAIHONG WANG | C/O CARMODY TORRANCE SANDAK & HENNESSEY ATTN: DAVID T GRUDBERG, ESQ. 195 CHURCH STREET 18TH FLOOR NEW HAVEN CT 06510 |
| HARKUS PARKER LTD. | ATTN: PRESIDENT OR GENERAL MGR MELBOURNE HOUSE 44-46 ALDWYCH 7TH FLOOR LONDON WC2B 4LL UNITED KINGDOM |
| HARNEYS CORPORATE SERVICES LIMITED | ATTN: FIDUCIARY SERVICES CRAIGMUIR CHAMBERS ROAD TOWN TORTOLA VG1110 BRITISH VIRGIN ISLANDS |
| HE BEI YUE HUA ZHUANG SHI GONG CHENG LTD | C/O KEVIN KERVENG TUNG, P.C. 136-20 38TH AVENUE SUITE 3D & 3F FLUSHING NY 11354 |
| HO WAN KWOK | 373 TACONIC ROAD GREENWICH CT 06831-2828 |
| HONG KONG INTERNATIONAL FUNDS | INVESTMENTS LIMITED |
| HONG QI QU | C/O KEVIN TUNG, P.C. ATTN: KEVIN TUNG, ESQ. 136-20 38TH AVENUE SUITE 3D & 3F FLUSHING NY 11354-4232 |
| HONG QI QU JIAN SHE GROUP LTD | C/O KEVIN TUNG, P.C. ATTN: KEVIN TUNG, ESQ. 136-20 38TH AVENUE SUITE 3D & 3F FLUSHING NY 11354-4232 |
| HONG ZENG | 3020 EDWIN AVENUE APT 1H FORT LEE NJ 07024 |
| HUIZHEN WANG | C/O GIORDANO, HALLERAN &. CIESLA, P.C. 1250 BROADWAY, 36TH FLOOR ATTN: CHRISTOPHER MARINO NEW YORK NY 10010 |
| INFINITUM DEVELOPMENTS LIMITED | 29 LADYGREEN LANE INCE BLUNDELL LIVERPOOL L38 1QB UNITED KINGDOM |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| JANOVER LLC | ATTN: MINDY KAMEN 485 MADISON AVENUE NEW YORK NY 10022 |
| JANOVER LLC | C/O RORY G. GREEBEL WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, 1133 WESTCHESTER AVENUE WHITE PLAINS NY 10604 |
| JANOVER LLC | ATTN: PRESIDENT OR GENERAL MGR 100 QUENTIN ROOSEVELT BLVD SUITE 516 GARDEN CITY NY 11530 |
| JANOVER LLC | MINDY KAMEN 100 QUENTIN ROOSEVELT BLVD SUITE 516 GARDEN CITY NY 11530 |
| JIA LI WANG | C/O THOMPSON HINE ATTN: BRIAN P. LANCIAULT, ESQ. 335 MADISON AVENUE 12TH FLOOR NEW YORK NY 10017-4666 |
| JIAMEI LU | C/O THOMPSON HINE ATTN: BRIAN P. LANCIAULT, ESQ. 335 MADISON AVENUE 12TH FLOOR NEW YORK NY 10017-4666 |
| JIAN GONG | C/O KEVIN TUNG, ESQ. 136-20 38TH AVENUE, SUITE 3D ATTN: KEVIN TUNG, ESQ. FLUSHING NY 11354 |
| JIANG SU PROVINCE JIAN GONG GROUP LT | BEIJING BRANCH C/O KEVIN KERVENG TUNG, P.C. 136-20 38TH AVENUE SUITE 3D & 3F FLUSHING NY 11354 |
| JIANHU YI | ARTHUR R. ANGEL, ATTORNEY AT LAW 1305 N. POINSETTIA PLACE LOS ANGELES CA 90046 |
| JIANSHENGXIE AND JIEFU ZHENG | C/O ML AND CHEN, P.C. ATTN: MINGLI CHEN 136-79 ROOSEVELT AVENUE SUITE 303 FLUSHING NY 11354 |
| JIANSHENGXIE AND JIEFU ZHENG ML & CHEN | C/O ML AND CHEN, P.C. ATTN: MINGLI CHEN 136-79 ROOSEVELT AVENUE SUITE 303 FLUSHING NY 11354 |
| JOHN S LAU | 53 CODY AVENUE GLEN HEAD NY 11545 |
| JONATHAN YOUNG | 141 ALLENBY ROAD WELLINGTON POINT QLD 4160 AUSTRALIA |
| JONATHAN YOUNG | 15/23 MIDDLE STREET QUEENSLAND QLD 4160 AUSTRALIA |
| JONATHAN YOUNG | C/O BUKH LAW FIRM, PLLC DANIEL KRON, ESQ. 1123 AVENUE Z BROOKLYN NY 11235 |
| JULIE CHU | C/O MICHAEL BALMER 100 OLD HALL STREET LIVERPOOL L3 9QJ UNITED KINGDOM |
| JUN CHEN AKA JONATHAN HO | C/O WAYNE WEI ZHU ESQ 41-25 KISSENA BLVD, STE 112 WAYNE WEI ZHU FLUSHING NY 11355 |
| JUN LIU | C/O THOMPSON HINE ATTN: BRIAN P. LANCIAULT, ESQ. 335 MADISON AVENUE 12TH FLOOR NEW YORK NY 10017-4666 |
| JUNE SHI | C/O THOMPSON HINE LLP ATTN: NATALIE GABRENYA 20 N. CLARK STREET SUITE 800 CHICAGO IL 60602 |
| KAIXIN HONG C/O HGT LAW | 250 PARK AVENUE, 7TH FLOOR ATTN: HUNG TA NEW YORK NY 10177 |
| KERCSMAR FELTUS & COLLINS PLLC | ATTN: PRESIDENT OR GENERAL MGR 7150 E CAMELBACK ROAD SUITE 285 SCOTTSDALE AZ 85251 |

| Claim Name | Address Information |
|---|---|
| KEYI ZILKIE | C/O GIORDANO, HALLERAN &. CIESLA, P.C. 1250 BROADWAY, 36TH FLOOR ATTN: CHRISTOPHER MARINO NEW YORK NY 10010 |
| KEYI ZILKIE | C/O TROYGOULD PC ATTN: CHRISTOPHER A. LILLY 1801 CENTURY PARK EAST 16TH FLOOR LOS ANGELES CA 90067-2302 |
| LALIVE SA | ATTN: PRESIDENT OR GENERAL MGR RUE DE LA MAIRIE 35 GENEVA 1207 SWITZERLAND |
| LAMP CAPITAL, LLC | ATTN: BERNARDO ENRIQUEZ 667 MADISON AVENUE NEW YORK NY 10065-8029 |
| LAMP CAPITAL, LLC | ONE COMMERCE PLAZA 99 WASHINGTON AVENUE ATTN: C/O NYS, SECRETARY OF STATE ALBANY NY 12231 |
| LAMP CAPITAL, LLC | C/O NYS SECRETARY OF STATE ONE COMMERCE PLAZA 99 WASHINGTON AVE ALBANY NY 12231 |
| LAWALL & MITCHELL LLC | 162 E 64TH STREET NEW YORK NY 10065-7478 |
| LAWALL & MITCHELL, LLC | ATTN: AARON A MITCHELL 55 MADISON AVENUE STE 400 MORRISTOWN NJ 07960-7397 |
| LIEHONG ZHUANG | C/O TREXLER & ZHANG LLP 224 W 35TH ST, 11TH FL JONATHAN T TREXLER, ESQ NEW YORK NY 10001 |
| LIEHONG ZHUANG/XIAO YAN ZHU | C/O TREXLER & ZHANG LLP 224 W 35TH ST, 11TH FL JONATHAN T TREXLER, ESQ NEW YORK NY 10001 |
| LIHONG WEI LAFRENZ AKA SARA WEI | C/O COPPERSMITH BROCKELMAN PLC ATTN: KEITH BEAUCHAMP 2800 N CENTRAL AVENUE SUITE 1900 PHOENIX AZ 85004 |
| LINDA CHENG | C/O THOMPSON HINE ATTN: BRIAN P. LANCIAULT, ESQ. R 335 MADISON AVENUE 12TH FLOO NEW YORK NY 10017-4666 |
| LINDA HE CHEUNG | C/O THOMPSON HINE 335 MADISON AVENUE 12TH FLOOR NEW YORK NY 10017 |
| LOGAN CHENG | C/O RANDAZZA LEGAL GROUP, PLCC MARC JOHN RANDAZZA 4974 S. RAINBOW BLVD., SUITE 100 LAS VEGAS NV 89118 |
| LOGAN CHENG FKA SHUIYAN CHEN | C/O RANDAZZA LEGAL GROUP, PLLC ATTN: JAY M. WOLMAN 100 PEARL STREET 14TH FL HARTFORD CT 06103-4500 |
| MAO-FU WENG | C/O THOMPSON HINE ATTN: BRIAN P. LANCIAULT, ESQ. 335 MADISON AVENUE 12TH FLOOR NEW YORK NY 10017-4666 |
| MAX KRASNER FOR | GOLDEN SPRING NEW YORK LTD 162 E. 64TH STREET NEW YORK NY 10065-7478 |
| NAN TONG SI JIAN | C/O KEVIN KERENG TUNG PC 136-20 38TH AVE, STE 3D & 3F KEVIN TUNG, ESQ FLUSHING NY 11354 |
| NAN TONG SI JIAN GROUP, LTD | C/O KEVIN KERVENG TUNG, P.C. ATTN: KEVIN TUNG, ESQ. 136-20 38TH AVENUE SUITE 3D & 3F FLUSHING NY 11354-4232 |
| NEW DYNAMIC DEVELOPMENT LIMITED | LEVEL 12, 17 ALBERT STREET AUCKLAND 1010 NEW ZEALAND |
| NEW YORK STATE ATTORNEY GENERAL | 120 BROADWAY NEW YORK NY 10271-0002 |
| NING YE | C/O ARKIN SOLBAKKEN LLP 135-11 38TH AVE ROBERT C. ANGELILLO NEW YORK NY 10022 |
| NING YE | C/O LAW OFFICE OF NING YE ESQ 135-11 38TH AVE, STE 1A NING YE, ESQ FLUSHING NY 11354 |
| NYC DEP'T OF FINANCE | LEGAL AFFAIRS 345 ADAMS ST FL 3 BROOKLYN NY 11201-3719 |
| NYC DEPT OF LAW | ATTN: BERNADETTE BRENNAN, ESQ. 100 CHURCH ST RM 5-233 NEW YORK NY 10007-2601 |
| NYS DEP'T OF TAXATION | BANKRUPTCY/SPECIAL PROCEDURE PO BOX 5300 ALBANY NY 12205-0300 |
| OMELVENY & MYERS | FOR PACIFIC ALLIANCE ASIA OPP FUND P FRIEDMAN E MOSS D PEREZ D SHAMAH 7 TIMES SQUARE NEW YORK NY 10036-6524 |
| PACIFIC ALLIANCE ASIA | OPPORTUNITY FUND LP C/O O'MELVENY & MYERS 7 TIMES SQUARE NEW YORK NY 10036-6524 |
| PACIFIC ALLIANCE ASIA OPPORTUNITY | C/O OMELVENEY & MYERS LLP 7 TIMES SQ STUART SARNOFF, ESQ. NEW YORK NY 10065 |
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND | ATTN: PRESIDENT OR GENERAL MGR 33/F, THREE PACIFIC PLACE QUEENS ROAD EAST HONG KONG |
| PETRILLO KLEIN & BOXER LLP | ATTN: PRESIDENT OR GENERAL MGR 655 THIRD AVENUE 22ND FLOOR NEW YORK NY 10017 |
| PETRILLO KLEIN & BOXER LLP | ATTN: GUY PETRILLO 655 THIRD AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| PULLMAN & COMLEY, LLC | ATTN: IRVE J. GOLDMAN, ESQ. 850 MAIN STREET BRIDGEPORT CT 06604-4988 |
| QIANG GUO | C/O BRAVO LUCK LIMITED P.O. BOX 957 OFFSHORE INC CENTRE ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS |

| Claim Name | Address Information |
|---|---|
| QIANG GUO | C/O BERKELEY ROWE MARBLE ARCH PARK HOUSE 116 PARK ST MAYFAIR LONDON W1K 6SS UNITED KINGDOM |
| QIANG GUO C/O BRAVO LIMITED | PO BOX 957 OFF SHORE INCOPRATION CENTRE ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS |
| QIUJU JIA | C/O ARTHUR ANGEL, ESQ. 1305 N. POINSETTIA PLACE LOS ANGELES CA 90046-4305 |
| QUIJU JIA | ARTHUR R. ANGEL, ATTORNEY AT LAW 1305 N. POINSETTIA PLACE LOS ANGELES CA 90046 |
| ROMER DEBBAS LLP | 275 MADISON AVE STE 801 NEW YORK NY 10016-1153 |
| RONG ZHANG | C/O WOLF HALDENSTEIN ADLER FREEMAN HERZ 270 MADISON AVENUE ATTN: MATTHEW GUINEY NEW YORK NY 10016 |
| RONG ZHANG | C/O WOLF HALDENSTEIN ADLER FREEMAN HERZ ATTN: BENJAMIN Y KAUFMAN 270 MADISON AVENUE NEW YORK NY 10016 |
| RONG ZHANG XIAODAN WANG CHONG ET AL | C/O LYNCH DASKAL EMERY LLP BERNARD DASKAL & XUN CHEN 137 W 25TH ST., 5TH FL. NEW YORK NY 10001 |
| ROY D. SIMON | 205 WEST END AVENUE, SUITE 8N NEW YORK NY 10023 |
| RUI MA | ATTN: CAROLLYNN HG CALLARI, ESQ CALLARI PARTNE 100 SOMERSET CORPORATE BLVD SUITE 206 BRIDGEWATER TOWNSHIP NJ 08807-2842 |
| RUI MA | C/O ARKIN SOLBAKKEN, LLP 750 LEXINGTON AVENUE - 25TH FLOOR ATTN: ROBERT C. ANGELILLO NEW YORK NY 10022 |
| RUI MA | C/O ARKIN SOLBAKKEN LLP 900 THIRD AVE, 18TH FL ROBERT C. ANGELILLO, ESQ NEW YORK NY 10022 |
| RUIZHENG AN | C/O AFN LAW ATTN: ANGUS NI, ESQ. 41 MADISON AVENUE 31ST FLOOR NEW YORK NY 10010 |
| RULE OF LAW FOUNDATION III, INC. | C/O KAUFMAN BORGEEST & RYAN, LLP ATTN; DANIEL A. SCHILLING, ESQ. 120 BROADWAY 14TH FLOOR NEW YORK NY 10271 |
| RULE OF LAW SOCIETY IV INC. | C/O NORRIS MCLAUGHLIN PA ATTN: STEVEN J. REED 7 TIMES SQUARE 21ST FLOOR NEW YORK NY 10036 |
| RUQIN WANG | C/O THOMPSON HINE 335 MADISON AVENUE, 12TH FLOOR ATTN: BRIAN P. LANCIAULT, ESQ. NEW YORK NY 10017 |
| RUQUIN WANG | C/O THOMPSON HINE 335 MADISON AVENUE, 12TH FLOOR ATTN: BRIAN P. LANCIAULT, ESQ. NEW YORK NY 10017 |
| SAMUEL DAN NUNBERG | 600 SOUTH DIXIE HIGHWAY SUITE 455 WEST PALM BEACH FL 33401-5851 |
| SAMUEL NUNBERG | C/O NESENOFF & MILTENBERG LLP 363 SEVENTH AVE, 5TH FL ANDREW T. MILTENBERG, ESQ NEW YORK NY 10001 |
| SARACA MEDIA GROUP, INC. | C/O BAKER HOSTETLER ATTN: L DAVID ANDERSON 2850 NORTH HARWOOD STREET SUITE 1100 DALLAS TX 75201 |
| SCHULMAN BHATTACHARYA, LLC | ATTN: PRESIDENT OR GENERAL MGR 6116 EXECUTIVE BLVD SUITE 425 ROCKVILLE MD 20852 |
| SELAS MONTBRIAL AVOCATS | ATTN: PRESIDENT OR GENERAL MGR 10, RUE CIMAROSA PARIS 75116 FRANCE |
| SHANE D SHOOK | 2821 MONTEREY AVENUE SOQUEL CA 95073 |
| SHI | C/O THOMPSON HINE 20 N. CLARK ST., STE 3200 ATTN: STEVEN A. BLOCK, ESQ. CHICAGO IL 60602 |
| SHI JIA ZHUANG ZHEN YUAN JIAN ET AL LTD | BEJING FIRST BRANCH C/O KEVIN KERVENG TUNG, P.C. 136-20 38TH STREET SUITE 3D & 3F FLUSHING NY 11354 |
| SHUANG WANG | C/O THOMSON HINE ATTN: BRIAN P. LANCIAULT, ESQ. 335 MADISON AVENUE 12TH FLOOR NEW YORK NY 10017 |
| SOHO CHINA LTD. AND PAN SHIYI | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP DREYER, GREEN & LAMB 4 TIMES SQUARE NEW YORK NY 10036 |
| STOKES LAWRENCE, P.S. | ATTN: PRESIDENT OR GENERAL MGR 1420 FIFTH AVENUE SUITE 3000 SEATTLE WA 98101 |
| STRATEGIC VISION US LLC | C/O GRAVES GARRETT LLC LUCINDA LUETKMEYER, ESQ. 1100 MAIN STREET, SUITE 2700 KANSAS CITY MO 64105 |
| STRATEGIC VISION US, LLC | C/O GRAVES GARRETT LLC ATTN: EDWARD D GREIM 1100 MAIN STREET SUITE 2700 KANSAS CITY MO 64105 |
| STROOK & STROOK & LAVAN LLP | ATTN: SHERRY MILLMAN & CURTIS C. MECHLING 180 MAIDEN LANE NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| STROOK & STROOK & LAVAN LLP | 10038-4925 |
| TANG BAIQIAO JING GENG ET AL | C/O LEWIS & LIN, LLC DAVID DONG ANN LIN, ESQ. 77 SANDS STREET, STE 6TH FLOOR BROOKLYN NY 11201 |
| TANG BAIQIAO, JING GENG ET AL | C/O LEWIS & LIN, LLC JUSTIN HARRY RYANN MERCER, ESQ. 77 SANDS STREET, STE 6TH FLOOR BROOKLYN NY 11201 |
| TELI CHEN | C/O THOMPSON HINE ATTN: BRIAN P LANCIAULT, ESQ. 335 MADISON AVENUE 12TH FLOOR NEW YORK NY 10017 |
| THE CASPER FIRM | ATTN: PRESIDENT OR GENERAL MGR 400 E PRATT STREET SUITE 903 BALTIMORE MD 21202 |
| THE CASPER FIRM, LLC | ATTN: ARI CASPER 400 E. PRATT STREET, SUITE 903 BALTIMORE MD 21202 |
| THE CASPER FIRM, LLC | C/O COLE SCHOTZ P.C. GARY H. LEIBOWITZ 300 EAST LOMBARD STREET SUITE 1800 BALTIMORE MD 21202 |
| THE FRANCIS FIRM PLLC | 33 W. 60TH STREET, FLR 2 NEW YORK NY 10023 |
| THE FRANCIS FIRM PLLC | ATTN: PRESIDENT OR GENERAL MGR 50 RIVERSIDE BLVD 3G NEW YORK NY 10069 |
| THE FRANCIS FIRM PLLC | ATTN: MELISSA FRANCIS 33 W. 60TH STREET, FLOOR 2 NEW YORK NY 10069 |
| THE FRANCIS FIRM PLLC | C/O JONATHAN BACH SHAPIRO ARATO BACH LLP 500 FIFTH AVENUE, 40TH FLOOR NEW YORK NY 10110 |
| THE LAW OFFICES OF RAFAEL A. VARGAS | ATTN: PRESIDENT OR GENERAL MGR 100 N LASALLE STREET NEW YORK NY 10022 |
| THE LAW OFFICES OF RAFAEL A. VARGAS | ATTN: PRESIDENT OR GENERAL MGR 100 N LASALLE STREET CHICAGO IL 60602 |
| THE SHERRY NETHERLAND | ATTN: PRESIDENT OR GENERAL MGR 781 5TH AVE NEW YORK NY 10022-1046 |
| THE SHERRY NETHERLAND | 781 5TH AVE NEW YORK NY 10022-1092 |
| THE SHERRY-NETHERLAND HOTEL | 781 5TH AVENUE NEW YORK NY 10022 |
| THOMAS RAGLAND | C/O JENNER & BLOCK LLP ATTN: KALI N BRACEY, ESQ. 1099 NEW YORK AVE NW SUITE 900 WASHINGTON DC 20001 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: PRESIDENT OR GENERAL MGR 3000 TWO LOGAN SQUARE 18TH & ARCH STREETS PHILADELPHIA PA 19103 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | 1313 NORTH MARKET STREETS, SUITE 5100 WILMINGTON DE 19801 |
| U.S. LEGAL SUPPORT, INC. | ATTN: PRESIDENT OR GENERAL MGR 200 WEST JACKSON SUITE 600 CHICAGO IL 60606 |
| U.S. SECURITIES AND EXCHANGE COMMISSION | ATTN: BANKRUPTCY GROUP 100 PEARL STREET SUITE 20-100 NEW YORK NY 10004 |
| U.S. SECURITIES AND EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT 100 F STREET, N.E. WASHINGTON DC 20549 |
| UBS AG | ATTN: HERBERT SMITH FREEHILLS LLP EXCHANGE HOUSE PRIMROSE STREET LONDON EC2A 2EG UNITED KINGDOM |
| UBS AG | ATTN: PRESIDENT OR GENERAL MGR 600 WASHINGTON BLVD 9TH FLOOR STAMFORD CT 06901 |
| UBS AG (LONDON BRANCH) | ATTN: HERBERT SMITH FREEHILLS LLP PRIMROSE STREET EXCHANGE HOUSE LONDON EC2A 2EG UNITED KINGDOM |
| UNA MANYEE WILKINSON | 68-18 JUNO STREET FOREST HILLS NY 11375 |
| UNA MANYEE WILKINSON | 68-18 JUNE STREET FOREST HILLS NY 11375 |
| UNITED STATES TRUSTEE | ATTN: RICHARD C MORRISSEY OFFICE OF THE US TRUSTEE US FED OFF BLDING 201 VARICK ST RM 1006 NEW YORK NY 10014-7016 |
| VERDOLINO & LOWEY, P.C. | ATTN: PRESIDENT OR GENERAL MGR 124 WASHINGTON STREET FOXBORO MA 02035-1368 |
| VERITEXT | ATTN: PRESIDENT OR GENERAL MGR 290 WEST MT. PLEASANT AVE LIVINGSTON NJ 07039 |
| VOICE GUO MEDIA, INC. | C/O COPPERSMITH BROCKELMAN PLC ATTN: KEITH BEAUCHAMP 2800 N CENTRAL AVENUE SUITE 1900 PHOENIX AZ 85004 |
| VX CERDA & ASSOCIATES | ATTN: VICTOR CERDA 601 BRICKELL AVE SUITE 700 MIAMI FL 33131 |
| VX CERDA & ASSOCIATES | ATTN: PRESIDENT OR GENERAL MGR 601 BRICKELL KEY DRIVE SUITE 700 MIAMI FL 33131 |
| WA&HF, LLC/RUIZENG AN | C/O AFN LAW ATTN: ANGUS NI, ESQ. 41 MADISON AVENUE 31ST FLOOR NEW YORK NY 10010-2345 |
| WANG | C/O CARMODY TORRANCE SANDAK & HENNESSEY ATTN: DAVID GRUDBERG 195 CHURCH STREET, PO BOX 1950 NEW HAVEN CT 06509 |
| WANG | C/O CARMODY TORRANCE SANDAK & HENNESSEY ATTN: DAVID GRUDBERG 195 CHURCH STREET, PO BOX 1950 NEW HAVEN CT 06509-1950 |
| WEICAN ('WATSON') MENG | C/O ARKIN SOLBAKKEN, LLP 900 THIRD AVENUE, 18TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| WEICAN MENG/BOXUN, INC. | C/O ARKIN SOLBAKKEN LLP 750 LEXINGTON AVE, 25TH FL ROBERT C. ANGELILLO NEW YORK NY 10022 |
| WEICAN MENG/BOXUN, INC. | C/O ARKIN SOLBAKKEN LLP 900 THIRD AVE, 18TH FL ROBERT C. ANGELILLO, ESQ NEW YORK NY 10022 |
| WEICAN WATSON MENG | C/O CALLARI PARTNE ATTN: CAROLLYNN HG CALLARI, ESQ 100 SOMERSET CORPORATE BLVD SUITE 206 BRIDGEWATER TOWNSHIP NJ 08807-2842 |
| WEIGUO SUN | C/O THOMPSON HINE 335 MADISON AVENUE, 12TH FLOOR ATTN: BRIAN P. LANCIAULT, ESQ. NEW YORK NY 10017 |
| WEIGUO SUN | C/O THOMPSON HINE 335 MADISON AVENUE, 12TH FLOOR ATTN: BRIAN P. LANCIAULT, ESQ. NEW YORK NY 10017-4666 |
| WEIGUO SUN ET AL. | C/O THOMPSON HINE LLP STEVEN A. BLOCK, ESQ. 20 NORTH CLARK STREET, SUITE 3200 CHICAGO IL 60602 |
| WEIXIAND GE | C/O THOMPSON HINE 335 MADISON AVENUE, 12TH FLOOR ATTN: BRIAN P. LANCIAULT, ESQ. NEW YORK NY 10017 |
| WEIXIAND GE | C/O THOMPSON HINE 335 MADISON AVENUE, 12TH FLOOR ATTN: BRIAN P. LANCIAULT, ESQ. NEW YORK NY 10017-4666 |
| WELL ORIGIN LIMITED | 173 DES VOEX ROAD CNTRL 4/F NAN FUNG TWR R411 HONG KONG 9990777 HONG KONG |
| WEN LIN C/O HGT LAW | 250 PARK AVENUE, 7TH FLOOR ATTN: HUNG TA NEW YORK NY 10177 |
| WU ZHENG | C/O ARKIN SOLBAKKEN, LLP ATTN: ROBERT C. ANGELILLO 900 THIRD AVENUE 18TH FLOOR NEW YORK NY 10022-5000 |
| XIAO YAN ZHU | C/O TREXLER ZHANG, LLP ATTN: J TREXLER 224 WEST 35TH STREET 12TH FLOOR NEW YORK NY 10001-2532 |
| XIAOBO HE C/O HGT LAW | 250 PARK AVENUE, 7TH FLOOR ATTN: HUNG TA NEW YORK NY 10177 |
| XIAODAN WANG | C/O WOLF HALDENSTEIN ADLER FREEMAN HERZ 270 MADISON AVENUE ATTN: MATTHEW GUINEY NEW YORK NY 10016 |
| XIAODAN WANG | C/O WOLF HALDENSTEIN ADLER FREEMAN HERZ ATTN: BENJAMIN Y KAUFMAN 270 MADISON AVENUE NEW YORK NY 10016 |
| XIAOPING LUO C/O HGT LAW | 250 PARK AVENUE, 7TH FLOOR ATTN: HUNG TA NEW YORK NY 10177 |
| XINGYU YAN | C/O THOMPSON HINE 335 MADISON AVENUE, 12TH FLOOR ATTN: BRIAN P. LANCIAULT, ESQ. NEW YORK NY 10017 |
| XINGYU YAN | C/O THOMPSON HINE 335 MADISON AVENUE, 12TH FLOOR ATTN: BRIAN P. LANCIAULT, ESQ. NEW YORK NY 10017-4666 |
| XIONG XIAN WEI YE | C/O KEVIN TUNG ESQ 136-20 38TH AVE, STE 3D & 3F KEVIN TUNG, ESQ FLUSHING NY 11354 |
| XIQIU BOB FU | C/O PULLMAN & COMLEY, LLC ATTN: IRVE J. GOLDMAN 850 MAIN ST., P O BOX 7006 BRIDGEPORT CT 06601-7006 |
| XIQIU FU | C/O THE LANIER LAW FIRM 10940 W. SAM HOUSTON PKWY N., SUITE 100 ATTN: LAWRENCE P. WILSON HOUSTON TX 77064 |
| XIQUI ('BOB') FU | C/O THE LANIER LAW FIRM ATTN: KENNETH W. STARR 10940 W SAM HOUSTON PKWY N STE 100 HOUSTON TX 77064 |
| XIQUI (BOB) FU | C/O MILLER KEFFER & PEDIGO PLLC K. LAWSON PEDIGO, ESQ. 3400 CARLISLE ST., SUITE 550 DALLAS TX 75204 |
| XIQUI (BOB) FU | COTTON, BLEDSOE, TIGHE & DAWSON, P.C. JULIAN ELLIS WHITLEY, ESQ. 500 WEST ILLINOIS AVE., SUITE 300 MIDLAND TX 79701 |
| XIQUI (BOB) FU | COTTON, BLEDSOE, TIGHE & DAWSON, P.C. TERRY WAYNE RHOADS, ESQ. P.O. BOX 2776 MIDLAND TX 79702-2776 |
| YAN GAO | C/O THOMPSON HINE 335 MADISON AVENUE, 12TH FLOOR ATTN: BRIAN P. LANCIAULT, ESQ. YI LI NEW YORK NY 10017 |
| YAN GAO | C/O THOMPSON HINE 335 MADISON AVENUE, 12TH FLOOR ATTN: BRIAN P. LANCIAULT, ESQ. YI LI NEW YORK NY 10017-4666 |
| YAN HUANG | C/O KEVIN KERVENG TUNG, P.C. ATTN: KEVIN TUNG, ESQ. 136-20 38TH AVENUE SUITE 3D & 3F FLUSHING NY 11354 |
| YAN ZHAO | C/O LAW OFFICE OF NING YE ESQ 135-11 38TH AVE, STE 1A NING YE, ESQ. FLUSHING |

| Claim Name | Address Information |
|---|---|
| YAN ZHAO | NY 11354 |
| YANG LAN | C/O CALLARI PARTNE CAROLLYNN HG CALLARI, ESQ 100 SOMERSET CORPORATE BLVD. SUITE 206 BRIDGEWATER TOWNSHIP NJ 08807-2842 |
| YANG LAN | C/O ARKIN SOLBAKKEN, LLP ATTN: ROBERT C. ANGELILLO 900 THIRD AVENUE 18TH FLOOR NEW YORK NY 10022-5000 |
| YANG LAN AND WU ZHENG | C/O ARKIN SOLBAKKEN LLP 750 LEXINGTON AVE, 25TH FL ROBERT C. ANGELILLO NEW YORK NY 10022 |
| YANG LAN AND WU ZHENG | C/O ARKIN SOLBAKKEN LLP 900 THIRD AVE, 18TH FL ROBERT C. ANGELILLO, ESQ NEW YORK NY 10022 |
| YELIANG XIA | C/O DENNIS STEWART & KRISCHER PLLC ATTN HARRY ADRIAN DENNIS, ESQ. 2007 15TH STREET N SUITE 201 ARLINGTON VA 22201 |
| YI LI | C/O THOMPSON HINE 335 MADISON AVENUE, 12TH FLOOR ATTN: BRIAN P. LANCIAULT, ESQ. NEW YORK NY 10017 |
| YI LI | C/O THOMPSON HINE 335 MADISON AVENUE, 12TH FLOOR ATTN: BRIAN P. LANCIAULT, ESQ. NEW YORK NY 10017-4666 |
| YING LIU | C/O THOMPSON HINE 335 MADISON AVENUE, 12TH FLOOR ATTN: BRIAN P. LANCIAULT, ESQ. NEW YORK NY 10017 |
| YING LIU | C/O THOMPSON HINE 335 MADISON AVENUE, 12TH FLOOR ATTN: BRIAN P. LANCIAULT, ESQ. NEW YORK NY 10017-4666 |
| YONGBING ZHANG | 223 WEST JACKSON BLVD. 1012 CHICAGO IL 60606-6916 |
| YUA HAU ZHUANG SHI | C/O KEVIN KERVENG TUNG PC QUEENS CROSSING BUSINESS CTR 136-20 38TH AVE, STE 3D FLUSHING NY 11354 |
| YUA HUA ZHUANG SHI | C/O KEVIN KERENG TUNG PC 136-20 38TH AVE, STE 3D & 3F KEVIN TUNG, ESQ FLUSHING NY 11354 |
| YUE HUA ZHU SHI | C/O KEVIN TUNG ESQ 136-20 38TH AVE, STE 3D KEVIN TUNG, ESQ FLUSHING NY 11354 |
| YUNXIA WU | C/O GIORDANO, HALLERAN & CIESLA PC 1250 BROADWAY 36TH FL ATTN: CHRISTOPHER MARINO NEW YORK NY 10010 |
| YUNXIA WU | C/O TROYGOULD PC ATTN: CHRISTOPHER A. LILLY 1801 CENTURY PARK EAST 16TH FLOOR LOS ANGELES CA 90067-2302 |
| ZEICHNER ELLMAN & KRAUSE LLP | ATTN: PRESIDENT OR GENERAL MGR 1420 NEW YORK AVENUE NW SUITE 210 WASHINGTON DC 20005 |
| ZEISLER & ZEISLER PC | ATTN: A ROMNEY, J MORIARTY J CESARONI, E HENZY, S KINDSETH 10 MIDDLE STREET 15TH FLOOR BRIDGEPORT CT 06604-4299 |
| ZHEN YUAN JIAN ZHU | C/O KEVIN TUNG, ESQ. 136-30 38TH AVENUE SUITE 3D FLUSHING NY 11354 |
| ZHENG (BRUNO) WU | C/O CALLARI PARTNERS LLC 100 SOMERSET CORP BLVD, STE 206 CAROLLYNN HG CALLARI, ESQ BRIDGEWATER NJ 08807 |
| ZHENG (BRUNO) WU & YANG LAN | C/O CALLARI PARTNERS LLC 100 SOMERSET CORP BLVD, STE 206 CAROLLYNN HG CALLARI, ESQ BRIDGEWATER NJ 08807 |
| ZHENG WU A/K/A BRUNO WU AND YANG LAN | C/O ARKIN SOLBAKKEN LLP ROBERT C. ANGELILLO, ESQ. 900 THIRD AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| ZHENGJUN DONG | C/O HGT LAW ATTN: HUNG TA 250 PARK AVENUE 7TH FLOOR NEW YORK NY 10177-0799 |
| ZHENGJUN DONG C/O HGT LAW | C/O HGT LAW ATTN: HUNG TA 250 PARK AVENUE 7TH FLOOR NEW YORK NY 10177-0799 |
| ZHENGJUN DONG, WEN LIN KAIXIN HONG ET AL | C/O AFN LAW PLLC ANGUS F. NI 41 MADISON AVE, 31ST FLOOR NEW YORK NY 10010 |
| ZHENGJUN DONG, WEN LIN KAIXIN HONG ET AL | C/O GT LAW HUNG G. TA, JOOYUN KIM, N.D. WILLIAMS 250 PARK AVENUE, 7TH FLOOR NEW YORK NY 10177 |
| ZHONG XIAN WEI YE | C/O KEVIN TUNG, ESQ. 38TH AVENUE, SUITE 3D FLUSHING NY 11354 |

**Total Creditor count  256**

**EXHIBIT B**

HO WAN KWOK, et al.,1
Case No. 22-50073
Electronic Mail - Master Service List

| Name | Email |
|---|---|
| Aaron A Mitchell | aaron@lmesq.com |
| Aaron Romney | aromney@zeislaw.com; swenthen@zeislaw.com |
| Andrew V. Layden | alayden@bakerlaw.com |
| Annecca H. Smith | asmith@rc.com |
| Avram Emmanuel Luft | aviluft@paulhastings.com |
| Carollynn H.G. Callari | ccallari@callaripartners.com |
| Christopher H. Blau | cblau@zeislaw.com |
| Daniel Cantor | dcantor@omm.com |
| Danielle L. Merola | dmerola@bakerlaw.com |
| David M.S. Shaiken | david@shipmanlawct.com |
| David S. Forsh | dforsh@callaripartners.com |
| David V. Harbach | dharbach@omm.com |
| Douglas S. Skalka | dskalka@npmlaw.com; smowery@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Douglass E. Barron | douglassbarron@paulhastings.com |
| Eric A. Henzy | ehenzy@zeislaw.com; cjervey@zeislaw.com |
| Evan S. Goldstein | egoldstein@uks.com |
| G. Alexander Bongartz | alexbongartz@paulhastings.com |
| Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| Irve J. Goldman | igoldman@pullcom.com; rmccoy@pullcom.com |
| Ivey, Barnum & O'Mara LLC | swalko@ibolaw.com |
| James J. Healy | jhealy@cowderymurphy.com |
| James M. Moriarty | jmoriarty@zeislaw.com; cgregory@zeislaw.com |
| Jay Marshall Wolman | jmw@randazza.com; ecf-6898@ecf.pacerpro.com |
| Jeffrey Hellman | jeff@jeffhellmanlaw.com; christen@jeffhellmanlaw.com |
| Jeffrey M. Sklarz | jsklarz@gs-lawfirm.com; aevans@gs-lawfirm.com; mbuckanavage@gs-lawfirm.com; eross@gs-lawfirm.com; jsklarz@ecf.courtdrive.com |
| John L. Cesaroni | jcesaroni@zeislaw.com |
| John Troy | johntroy@troypllc.com |
| Jonathan Kaplan | jkaplan@pullcom.com; prulewicz@pullcom.com; rmccoy@pullcom.com |
| Kellianne Baranowsky | kbaranowsky@gs-lawfirm.com; aevans@gs-lawfirm.com; kbaranowsky@ecf.courtdrive.com |
| Kristin B. Mayhew | kmayhew@pullcom.com; kwarshauer@mdmc-law.com; bdangelo@mdmc-law.com |
| Laura Aronsson | laronsson@omm.com |
| Lawrence S. Grossman | LGrossman@gs-lawfirm.com; aevans@gs-lawfirm.com; ngolino@gs-lawfirm.com; lawrencegrossman@ecf.courtdrive.com; mbuckanavage@gs-lawfirm.com; eross@gs-lawfirm.com |
| Luc A. Despins | lucdespins@paulhastings.com; matlaskowski@paulhastings.com; davidmohamed@paulhastings.com |
| Lucas Bennett Rocklin | lrocklin@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Mia N. Gonzalez | mgonzalez@omm.com |
| Michael S. Weinstein | mweinstein@golenbock.com |
| Nancy Bohan Kinsella | nkinsella@npmlaw.com; moshea@npmlaw.com; smowery@npmlaw.com; npm.bankruptcy@gmail.com |
| Nicholas A. Bassett | nicholasbassett@paulhastings.com; jonathonkosciewicz@paulhastings.com; lucdespins@paulhastings.com; alexbongartz@paulhastings.com; ezrasutton@paulhastings.com; douglassbarron@paulhastings.com; ecf.frg@paulhastings.com; aviluft@paulhastings.com |
| Patrick M. Birney | pbirney@rc.com, ctrivigno@rc.com |
| Patrick N. Petrocelli | ppetrocelli@stroock.com |
| Patrick R. Linsey | plinsey@npmlaw.com; karguello@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Troutman Pepper Hamilton Sanders LLP | francis.lawall@troutman.com |
| Peter Friedman | pfriedman@omm.com |
| Peter J. Zarella | pzarella@mdmc-law.com |
| Samuel Bryant Davidoff | sdavidoff@wc.com |
| Sara Pahlavan | spahlavan@omm.com |
| Scott D. Rosen | srosen@cb-shea.com; msullivan@cbshealaw.com; dtempera@cbshealaw.com |

HO WAN KWOK, et al.,1
Case No. 22-50073
Electronic Mail - Master Service List

| Name | Email |
| --- | --- |
| Scott M. Charmoy | scottcharmoy@charmoy.com; ecf-3ae5beb98d9b@ecf.pacerpro.com; charmoysr97992@notify.bestcase.com |
| Sherry J. Millman | smillman@stroock.com |
| Stephen M. Kindseth | skindseth@zeislaw.com; cjervey@zeislaw.com |
| Stuart M. Sarnoff | ssarnoff@omm.com; stuart-sarnoff-1059@ecf.pacerpro.com |
| Taruna Garg | tgarg@murthalaw.com; mgarcia@murthalaw.com |
| Thomas J. Sansone | tsansone@carmodylaw.com |
| Tiffany Troy | troylegalpllc@gmail.com; troylaw@troypllc.com |
| Tristan G. Axelrod | taxelrod@brownrudnick.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| William R. Baldiga | wbaldiga@brownrudnick.com |