**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, *et al.*, | : | Case No. 22-50073 (JAM) |
| Debtors.[1] | : | Jointly Administered |
| | : | Re: ECF No. 1293 |

**ORDER, PURSUANT TO BANKRUPTCY CODE SECTIONS 327, 328, AND 330 AND BANKRUPTCY RULES 2014 AND 2016, AUTHORIZING AND APPROVING RETENTION AND EMPLOYMENT OF PAUL HASTINGS LLP AS COUNSEL TO GENEVER DEBTORS**

Upon the application (the "Application")[2] of Genever Holdings Corporation (the "Genever (BVI) Debtor"), and Genever Holdings LLC (the "Genever (US) Debtor" and, together with the Genever (BVI) Debtor, the "Genever Debtors"), for the entry of an order (this "Order") authorizing and approving the Genever Debtors to retain and employ Paul Hastings LLP ("Paul Hastings") as counsel by: (a) the Genever (BVI) Debtor effective as of the Genever (BVI) Petition Date (as defined below) and (b) the Genever (US) Debtor effective as of the Venue Transfer Date, pursuant to sections 327, 328, and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Connecticut (the "Local Rules"), all as more fully set forth in the Application; and upon consideration of the Application,

---

1 The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2 Capitalized terms used but not defined herein have the meanings set forth in the Application.

the Bassett Declaration, and the Despins Declaration; and this Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been given; and the Court having found that (i) the relief requested in the Application is in the best interest of the Genever Debtors' estates, their creditors, and all parties in interest, (ii) the legal and factual bases set forth in the Application, the Bassett Declaration, the Despins Declaration, and upon the record of any hearing on the Application before this Court establish just cause for the relief granted herein, (iii) Paul Hastings is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code, and (iv) Paul Hastings does not hold or represent an interest adverse to the Genever Debtors' estates; and due and sufficient notice of the Application having been given under the particular circumstances; and it appearing that no other or further notice need be given; and upon all of the proceedings had before this Court; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, and after a hearing held on January 24, 2023, it is hereby ORDERED THAT:

1. The Application is granted as set forth herein.

2. The Genever (BVI) Debtor effective as of the Genever (BVI) Petition Date, *i.e.*, to October 11, 2022 and the Genever (US) Debtor effective as of the Venue Transfer Date, *i.e.*, to November 3, 2022, on the terms set forth on the terms and conditions set forth in the Paul Hastings Application, as modified and supplemented by the Application, the Bassett Declaration,

the Despins Declaration, and the *Notice of Change in Hourly Rates of Paul Hastings LLP, Counsel to Chapter 11 Trustee* [Docket No. 1251].

3. Paul Hastings is authorized to perform any and all services in respect of the Genever Debtors as granted in the Individual Debtor Retention Order, attached to this Order as Exhibit 1, subject to any conditions or restrictions therein.

4. To the extent required under the Individual Debtor's Retention Order, Paul Hastings shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the chapter 11 cases in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable procedures and orders of the Court.

5. Paul Hastings shall provide no less than ten business days' notice to the Genever Debtors, the U.S. Trustee, and counsel to any official committee before any increases in the rates it charges are implemented and shall file such notice with the Court.

6. The Genever Debtors and Paul Hastings are authorized and empowered to take all actions necessary to effectuate the relief granted in this Order.

7. The requirements of the Local Rules are satisfied by the contents of the Application.

8. To the extent the Application, the Bassett Declaration, or the Despins Declaration is inconsistent with this Order, the terms of this Order shall govern.

9. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 24th day of January, 2023.

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut