# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:

HO WAN KWOK et al.,

Case No. 22-50073

Debtor(s).

## NOTICE OF APPEARANCE OF COUNSEL
## AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears for
UBS AG ,
in the above-captioned bankruptcy case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned demands that all notices given or required to be given in this case and all papers, documents, and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, Post Office address, email address, and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, every order, application, motion, petition, pleading, plan, request, complaint, demand, or other document which is filed with or brought before this Court or which affects the Debtor or the property of the Debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, email, telex, or otherwise.

Dated: January 23, 2023

Attorney's Signature

Marc J. Gottridge

Attorney's Printed Name

Law Firm Name   Herbert Smith Freehills New York LLP

Law Firm Mailing Address   450 Lexington Avenue

City   New York          State NY   Zip Code 10017

Attorney's Email Address   marc.gottridge@hsf.com

Attorney's Phone Number (917) 542-7600

Attorney's Federal Bar Number   ct12094

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on January 24, 2023, the foregoing Notice of Appearance of Counsel and Demand for Service of Papers was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anybody unable to accept electronic filing as indicated on the Notice of Electronic Filing.[1]  Parties may access this filing through the Court's CM/ECF system.

By: _____*/s/ Marc J. Gottridge*_____
Marc J. Gottridge

---

[1] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.