## **EXHIBIT B**

## **PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK *et al.*, | Case No. 22-50073 (JAM) |
| Debtors.¹ | Jointly Administered |

**[PROPOSED] ORDER GRANTING**
**BRAVO LUCK LIMITED'S MOTION TO QUASH SUBPOENA**

Upon *Bravo Luck Limited' Motion to Quash Subpoena* (the "Motion")² seeking entry of an order (this "Order"), pursuant to Rule 45 of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rule 9016 of the Federal Rules of Bankruptcy Procedure, and Bankruptcy Rule 2004 hereby moves to quash the *Subpoena for Rule 2004 Examination*, served on Bravo on January 11, 2023 by Luc A. Despins, in his capacity as the chapter 11 trustee; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be given; and upon all of the proceedings had before this Court; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is granted as set forth herein

2. The Rule 2004 Subpoena is hereby Quashed.

---

1   The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2   Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

142335540v2

2

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.