**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                              :

In re:                          :     Chapter 11
                              :

HO WAN KWOK, *et al.*,[1]       :     Case No. 22-50073 (JAM)
                              :

            Debtors.     :     (Jointly Administered)
                              :

---------------------------------------------------------x
                              :

PACIFIC ALLIANCE ASIA     :
OPPORTUNITY FUND L.P.,    :
                              :     Adv. Proceeding No. 22-05032 (JAM)
           Plaintiff,     :

v.                          :
                              :

HO WAN KWOK,         :
                              :

           Defendant.    :
                              :
---------------------------------------------------------x

**DECLARATION OF DOUGLASS BARRON IN SUPPORT OF OMNIBUS REPLY OF CHAPTER 11 TRUSTEE AND GENEVER DEBTORS (I) IN SUPPORT OF THEIR EMERGENCY MOTION, FOR ENTRY OF ORDER (A) COMPELLING INDIVIDUAL DEBTOR TO COMPLY WITH PRELIMINARY INJUNCTION WITH RESPECT TO CLAIMS PROCESS, (B) QUASHING INDIVIDUAL DEBTORS' OBJECTIONS TO CLAIMS, AND (C) BARRING INDIVIDUAL DEBTOR FROM FILING FURTHER OBJECTIONS TO CLAIMS, ABSENT LEAVE OF COURT, AND (II) IN RESPONSE TO OBJECTIONS**

I, Douglass Barron, declare:

    1.      I am an attorney admitted to practice law in the State of New York and am an

associate at the law firm of Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, counsel

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

for the appointed Chapter 11 Trustee to the Individual Debtor, Kwok's estate (the "Trustee").  I

respectfully submit this declaration in support of the *Emergency Motion of Luc A. Despins, as*

*Chapter 11 Trustee for Estate of Ho Wan Kwok, for Entry of Order (A) Compelling Individual*

*Debtor to Comply with Preliminary Injunction, (B) Quashing Individual Debtors' Objections to*

*Claims, and (C) Barring Individual Debtor from Filing Further Objections to Claims, Absent*

*Obtaining Prior Leave of this Court* (the "Motion").

2.        Attached as **Exhibit A** is a screenshot of @OXVDESIGN's January 10, 2023,

11:40 AM Gettr post, available at the following URL: https://gettr.com/post/p24kani22bb, and a

certified translation of the post from Mandarin to English.

3.        Attached as **Exhibit B** is a screenshot of the banner at the top of the Gettr account

@OXVDESIGN, available at the following URL: https://gettr.com/user/oxvdesign, and a

certified translation of the banner from Mandarin to English.

4.        Attached as **Exhibit C** is a screenshot of @piaochanghai's January 10, 2023,

10:53 AM Gettr post, available at the following URL: https://gettr.com/post/p24jxee624f, and a

certified translation of the post from Mandarin to English.

5.        Attached as **Exhibit D** is a screenshot of the banner at the top of the Gettr account

@piaochanghai, available at the following URL: https://gettr.com/user/piaochanghai, and a

certified translation of the banner from Mandarin to English.

6.        Attached as **Exhibit E** is a screenshot of @MilesGuo's January 13, 2023, 10:45

AM Gettr post, available at the following URL: https://gettr.com/post/p24ybdca10b, and a

certified translation of the post from Mandarin to English.

7.        Attached as **Exhibit F** is a certified translation from Mandarin to English of the

statements made during a January 10, 2023, Gettr live broadcast, which is available at the

following two URLs:

https://media.discordapp.net/attachments/755721451142905867/1062400865161445468/MILES

_GUO_on_Gettr-_2023.01.10_.mp4, and

https://gettr.com/post/p24kcei1a11.

       8.      Attached as **<u>Exhibit G</u>** is an English language version of an article posted on

January 25, 2023 to the GNews.org website, which is available at the following URL:

https://gnews.org/articles/828166.

Dated:      January 25, 2023
             New York, New York       Respectfully submitted,

                                     By: */s/ Douglass Barron*
                                       Douglass Barron
                                     douglassbarron@paulhastings.com
                                     PAUL HASTINGS LLP
                                     200 Park Avenue
                                     New York, New York 10166
                                     (212) 318-6690

                                     *Counsel for the Chapter 11 Trustee*

**<u>EXHIBIT A</u>**



**GETTR**

Q Search on GETTR

+ Create

⊘ Explore

((•)) Live

⊘ Help

← **Post**

 **OXVDESIGN 梦想设计组** ✓
@OXVDESIGN · Jan 10

原英喜拱卒（真名Yu Qiu）到美国324法庭（康州破产法庭）把自己列入了债权人名单。
郭先生破产案 luc敲诈案 中共埋了多少雷？！ Luc背后的动机何在?
#YuQiu #luc #lucdespins #shanweijian #单伟健 #sec #ccp #whistleblowermovement #nfsc



Get the App

Download on the App Store

GET IT ON Google Play

Posted on 8:40 AM · Jan 10th, 2023

57 Likes  52 Reposts



STATE OF NEW YORK                )
                                 )
                                 )
COUNTY OF NEW YORK               )        ss

### **CERTIFICATION**

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached Gettr Post by @OXVDESIGN.

Edward J. Jacob
Divergent Language Solutions, LLC

State of New York

County of New York

Subscribed to and sworn before me this 23 day of January, 2023,

by Edward J. Jacob.

Notary Public



MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11ᵗʰ Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

**OXVDESIGN** Dream Design Group
@OXVDESIGN · Jan 10

The former Ying Xi Gong Zu (real name Yu Qiu) went to the U.S. 324 Court (Connecticut Bankruptcy Court) to put herself on the list of creditors.
Mr. Guo bankruptcy case; luc extortion case; How many mines were buried by the Chinese Communist Party?! What is the motive behind Luc?

#YuQiu #luc #lucdespins #shanweijian #Weijian Shan #sec #ccp #whistleblowermovement #nfsc



Posted on 11:40 AM · Jan 10th, 2023

57 Likes    52 Reposts

Doc 1389   Filed 01/25/23   Entered 01/25/23 22:12:21

OXVDESIGN 禁斷設計／像設
@OXVDESIGN · Jan 10

原英喜拱卒（真名Yu Qiu）到美国324法庭（康州破产法庭）把自己列入了债权人名单。
郭先生破产案 luc敲诈案 中共埋了多少雷？！Luc背后的动机何在？

#YuQiu #luc #lucdespins #shanweijian #单伟健 #sec #ccp #whistleblowermovement #nfsc



Posted on 11:40 AM · Jan 10th, 2023

57 Likes    52 Reposts

  

**<u>EXHIBIT B</u>**





STATE OF NEW YORK
)
)
)
COUNTY OF NEW YORK                )        ss

## **CERTIFICATION**

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached Gettr Banner for @OXVDESIGN.

_____
Edward J. Jacob
Divergent Language Solutions, LLC

State of New York

County of New York

Subscribed to and sworn before me this 23 day of January , 2023

by Edward J. Jacob.

_____
Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com



We are the Citizens of the NFSC
Our Mission is to Take Down the EVIL CCP

 

我們是消滅邪惡共產黨的新中國聯邦人



英國牛津夢想農場
HIMALAYA OXFORD VISIONARY FARM





···    Follow

# OXVDESIGN 梦想设计组 ⓥ

@OXVDESIGN

🔗 gettr.com/user/oxvdesign    📅 Joined August 2022

2210 Following    2454 Followers

**EXHIBIT C**



GETTR

Q Search on GETTR

+ Create

⊘ Explore

((•)) Live

⊘ Help

Get the App

Download on the
 App Store

GET IT ON
Google Play

← **Post**

 朴昌海(박창해)韩国正道农场 ✅
@piaochanghai · Jan 10 · · ·

又爆一个小王八蛋discord叫拱卒，大冥 YU QIU，战友们挖一挖，听说跟呆贱疯关系很好啊😄 战友们认识吗



朴昌海(박창해)韩国正道农场 ✅ @piaochanghai · Jan 10

又爆一个小王八蛋discord叫拱卒，大冥 YU QIU，战友们挖一挖，听说跟呆贱疯关系很好啊😄

Posted on 7:53 AM · Jan 10th, 2023

46 Likes   26 Reposts



STATE OF NEW YORK            )
                            )
                            )
COUNTY OF NEW YORK          )        ss

### CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Chinese into English of the attached Gettr Post by @piaochanghai.

Edward J. Jacob
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 23 day of January, 2023,
by Edward J. Jacob.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires    November 7, 2024



183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

**Changhai Piao (Changhai Park) South Korea Jeongdo Farm**
@piaochanghai · Jan 10

More whistleblowing news about a little bastard discord called Gong Zu, whose real name is YU QIU; comrades, please try to investigate, I heard that her relationship with Dai Jian Feng is very good 😊; do you know her?



**Changhai Piao (Changhai Park) South Korea Jeongdo Farm** @piaochanghai · Jan 10

More whistleblowing news about a little bastard discord called Gong Zu, whose real name is YU QIU; comrades, please try to investigate, I heard that her relationship with Dai Jian Feng is very good 😊

Posted on 10:53 AM · Jan 10th, 2023

46 Likes    26 Reposts



@piaochanghai · Jan 10

又爆一个小王八蛋discord叫拱卒，大冥 YU QIU，战友们挖一挖，听说跟呆贱疯关系很好啊😁 战友们认识吗

YU

QIU

🔵 朴昌海(박창해)韩国正道农场 ✓ @piaochanghai · Jan 10

又爆一个小王八蛋discord叫洪平，大冥 YU QIU，战友们挖一挖，听说跟呆贱疯关系很好啊😁

Posted on 10:53 AM · Jan 10th, 2023

46 Likes    26 Reposts

   

**EXHIBIT D**





STATE OF NEW YORK                           )
                                            )
                                            )
COUNTY OF NEW YORK                          )        ss

## **CERTIFICATION**

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached Gettr Banner for @piaochanghai.

_____

Edward J. Jacob

Divergent Language Solutions, LLC

State of New York

County of New York

Subscribed to and sworn before me this 23 day of January, 2023 

by Edward J. Jacob.

_____

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com



**We Are the Citizens of the NFSC**
**Our Mission is to Take Down the EVIL CCP**
Ліквідувати Комуністичну партію

We are the Citizens of the NFSC

Our Mission is to Take Down the EVIL CCP

**Follow**

Changhai Piao (Changhai Park) South Korea
Jeongdo Farm
@piaochanghai

Whistleblower movement; Destroying the Chinese Communist Party; Keep in mind constantly; There will surely be an echo.
Please contact me if you can't find your home
My phone number: 010-7620-2064
WhatsApp: +821076202064

blog.naver.com/commodityktim    Joined July 2021

**3588** Following    **10.5K** Followers

# We Are the Citizens of the NFSC

## Our Mission is to Take Down the EVIL CCP

### Ліквідувати Комуністичну партію

我們要消滅
黨的

新中國聯邦人





··· Follow

朴昌海(박창해)韩国正道农场 ✔

@piaochanghai

爆料革命 消灭中共 念念不忘 必有回响
找不到家的兄弟姐妹请联系我
本人电话： 010-7620-2064
WhatsApp： +821076202064

🔗 blog.naver.com/commoditykim    📅 Joined July 2021

**3588** Following    **10.5K** Followers

**EXHIBIT E**

**GETTR**

Q Search on GETTR

+ Create

⊘ Explore

((•)) Live

⊙ Help

Get the App

 Download on the App Store

 GET IT ON Google Play

← **Post**

**MILES GUO** ✓
@MilesGuo · Jan 13

2023.01.13 尊敬的战友们好．浦恒律师事务所正在发动的债权人登记运动！如果有不坚定的战友！觉得自己的投资和过去的投资！没有安全感和需要去当债务人。如果认为这是更好的选择，就一定尽快去联系浦恒律师事务所到康州破产法庭登记哟......说不定就可以成为亿万富翁啦......

January 12, 2023

文草 Today at 4:00 PM
今晚普惠律师事务所会发通知，告诉受骗人如何登记成为债权人。
这次不登记，以后不可以再要求破产方偿还。

文敏 Today at 7:53 PM
你不要错下去了，收手吧
自从我选择跟随文贵先生，就从来没有怀疑过他

Posted on 7:45 AM · Jan 13th, 2023

**3.1K** Likes   **1.8K** Reposts

🖃        🖒        ⇄        ⬆



STATE OF NEW YORK )
)
)
COUNTY OF NEW YORK ) ss

## **CERTIFICATION**

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached Gettr Post by MILES GUO.


_____

Edward J. Jacob

Divergent Language Solutions, LLC


State of New York

County of New York

Subscribed to and sworn before me this 23 day of January, 2023,

by Edward J. Jacob.

_____

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024



183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com



**MILES GUO** ✔
@MilesGuo · Jan 13

01.13.2023 Greetings, esteemed comrades. Paul Hastings Law Firm is launching a campaign to register creditors! If there are comrades who are not strong-willed, feeling their own investments and past investments, have no sense of security and need to be a debtor, and if you think it is a better choice, you must contact Paul Hastings Law Firm to register in the Bankruptcy Court of Connecticut as soon as possible, and maybe you can become a billionaire...

January 13, 2023

**Wen Ji** Today at 8:31 PM
Tonight, the Paul Hastings Law Firm will send out a notice telling victims how to register as creditors. If you don't register this time, you are not allowed to ask the bankrupt party again to repay in the future

**Wen Min** Today at 7:53 PM
You, don't make any more mistakes, stop it.
Ever since I chose to follow Mr. Wengui, I never doubted him

Posted on 10:45 AM · Jan 13th, 2023

3.1K Likes     1.8K Reposts

@MilesGuo · Jan 13

2023.01.13 尊敬的战友们好．浦恒律师事务所正在发动的债权人登记远动！如果有不坚定的战友！觉得自己的投资和过去的投资！没有安全感和需要去当债务人。如果认为这是更好的选择，就一定尽快去联系浦恒律师事务所到康州破产法庭登记哟......说不定就可以成为亿万富翁啦......

January 12, 2023


文益　Today at 11:25 PM
今晚普及律师事务所会发通知，告诉要债人如何登记成为打权人。
此次不登记，以后不可以再要求破产方偿还。


文益　Today at 11:33 PM
你不要坚持下去了．收手吧
自从我决定跟随文贵先生．我从来没有怀疑过他

Posted on 10:45 AM · Jan 13th, 2023

**3.1K** Likes    **1.8K** Reposts






**EXHIBIT F**

**GETTR**

Q Search on GETTR

+ Create

⊘ Explore

((•)) Live

⑦ Help

Get the App

Download on the App Store

GET IT ON Google Play

← **Post**

MILES GUO ✓
@MilesGuo · Jan 10

2023.01.10 共产党的卧底已倾巢而出，共产党在美国的黑手即将被挖除，开干吧!



07:49 / 07:49

Posted on 7:33 AM · Jan 10th, 2023 · Edited

**4.4K** Likes   **2.8K** Reposts



STATE OF NEW YORK

                    )
                    )
                    )

COUNTY OF NEW YORK        )    ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached transcript excerpt from Miles Guo on Gettr, dated January 10,

2023, and with source link:

https://media.discordapp.net/attachments/755721451142905867/1062400865161445468/MILES_GUO_on_Gettr-

_2023.01.10_.mp4

.

 

 

Edward J. Jacob
Divergent Language Solutions, LLC

State of New York

County of New York

Subscribed to and sworn before me this 24 day of January, 2023,

by Edward J. Jacob.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

| Timestamp | Chinese | English |
|---|---|---|
| 0,0:03:05.20,0:03:06.26 | 完全要流氓 | It is completely gangster behavior. |
| 0,0:03:06.33,0:03:07.33 | 完全要流氓 | It is completely gangster behavior. |
| 0,0:03:07.56,0:03:08.73 | 竟然跑了 | She dares to go to |
| 0,0:03:09.06,0:03:12.56 | 这个所谓康州破产法院登记为债务人 | the bankruptcy court in Connecticut and list herself |
| 0,0:03:13.26,0:03:15.39 | 啊债权人啊债权人 | as a creditor, ah, as a creditor. |
| | | |
| 0,0:03:36.06,0:03:37.79 | 你了解他真相吗 | Do you know the truth? |
| 0,0:03:38.06,0:03:39.86 | 拱竹百分之百造假 | Gong Zu (Yu Qiu) 100% is lying and faking it 100%. |
| | | |
| 0,0:06:34.16,0:06:36.59 | 现在咱这些卧底的工厨都出来了 | Now these spies like Gong Zu (Yu Qiu) have come out. |
| 0,0:06:36.60,0:06:37.40 | 还有什么曲子吗 | And someone called XX Qu. |
| 0,0:06:37.40,0:06:39.40 | 出来快出来 | Come out, quickly come out. |
| | | |
| 0,0:07:10.30,0:07:12.90 | 所有报案的人你必须上庭作证 | Every person who reports their case must show up in court. |
| 0,0:07:12.93,0:07:15.33 | 所有你说的话你都要被扑出来 | Everything you said will be published, |
| 0,0:07:15.33,0:07:16.89 | 包括你的一切 | including everything about you. |
| 0,0:07:18.40,0:07:19.33 | 走着看 | Let's see. |

**EXHIBIT G**

Rule of Law Foundation Vision and Mission: To permit the people of China to live under a national…    Read more →

Life  Economy  Technology  Military  Law  History  Health  NFSC

# Mr. Guo's wisdom: war veterans can all go to register creditors in bankruptcy cases  en  自动翻译

2023-01-25 17:38:56    |    Page Views：8

 GNEWS自动翻译服务

257 Followers  3.3K Articles  130K UV

Follow

*Summary：  Mr. Guo sometimes really, not quite like the earth.*



On January 23rd in the 2023 Lunar New Year Grand Link, Mr. Guo came up with a very wise idea when talking about the bankruptcy case.

Since some CCP-controlled people are undercover in the Explosive Revolution, and some unstable and unbelieving comrades will be used by the CCP, someone will always come out to do damage. Explosive revolution all the way, as long as someone said to destroy the Communist Party, we have to accept him, even if Wang Qishan one day said to destroy the

Communist Party, we still have to accept him. After the Communist Party's lackey lawyer Luc served as the trustee of Mr. Guo's bankruptcy case, in addition to Wu Zheng, Ma Rui and other people registered as creditors after the recent arch pawn and Julia also went to register, these are all former comrades in arms, and now they are all used by the CCP.

Mr. Guo suggested that all the comrades could register because they had invested in GTV, but GTV was pseudo-classed as a fraudulent case and the SEC investigated it, so the money invested by the comrades had been withheld from the SEC, and the comrades were looking for money from the SEC, but in the bankruptcy case, the comrades could register as creditors of Mr. Guo. accept the registration of other comrades. If all the comrades go to register, they will make up the majority of the creditors, then the money Mr. Guo earned will be distributed to the comrades, which Mr. Guo is very willing to do. In addition war buddies as the majority can initiate the ownership of lady may ship and the 18th floor, is also the majority will be given to the hands of war buddies, such a way of handling, all happy. In addition, after the registration of creditors, is to testify in court, some can not get a visa to come to the United States of war, can have a reasonable reason to come to the United States, if you do not want to leave, you can apply for political asylum on the spot. We can legally use the law to solve the problem.

That's a very wise solution. Mr. Kuo is sometimes not quite like a human being on earth. Mr. Kuo concluded by saying that he believed the arch pawns were being used by the Communist Party and was too compassionate.

Disclaimer: This article is reproduced from other sites or created by individuals. Gnews assumes no liability for the genuineness and authenticity of the article, nor does the article represent the views and positions of Gnews. Should you have any copyright or other issues, please contact us to delete.

## Reference links

https://gettr.com/streaming/p25ynjx5391

Spread truth and facts

Download PDF(1)

## Comment [0]

— No Comments Available —