**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
------------------------------------------------------x
                                         :
In re:                                   :    Chapter 11
                                         :
HO WAN KWOK, et al.,¹                    :    Case No. 22-50073 (JAM)
                                         :
                 Debtors.                :    (Jointly Administered)
                                         :
------------------------------------------------------x
```

**NOTICE OF FILING OF REVISED PROPOSED ORDER, PURSUANT TO**
**BANKRUPTCY CODE SECTIONS 327, 328, AND 363, FURTHER EXTENDING (I)**
**SALE PROCESS OF SHERRY NETHERLAND APARTMENT AND (II) RETENTION**
**OF SOTHEBY'S INTERNATIONAL REALTY AS BROKER**

    **PLEASE TAKE NOTICE** that, on December 12, 2023, Luc Despins, in his capacity as

the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the

"Individual Debtor"), Genever Holdings Corporation ("Genever (BVI)"), and Genever Holdings

LLC ("Genever (US)" and, together with the Trustee, and Genever (BVI), the "Movants") filed

their *Motion, Pursuant to Bankruptcy Code Sections 327, 328, and 363, for Entry of Order*

*Further Extending (I) Sale Process of Sherry Netherland Apartment and (II) Retention of*

*Sotheby's International Realty as Broker* [Docket No. 1257] (the "Extension Motion").²

    **PLEASE TAKE FURTHER NOTICE** that the Court held a hearing on the Extension

Motion on January 24, 2023, at the end of which the Court continued the matter to the hearing on

January 26, 2023 in order to give the parties an opportunity to reach a consensual resolution.

---

¹    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

²    Capitalized terms used but not defined ins this notice have the meanings set forth in the Extension Motion.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>**Exhibit 1**</u> is a revised proposed order (the "<u>Revised Proposed Order</u>") granting the Extension Motion and incorporating certain modifications, including (a) preserving PAX's and Bravo Luck's consultation rights under the Settlement Agreement (but removing any consent rights), (b) extending the sale process to April 30, 2023, and (c) allowing the Sales Officer to also market the Sherry Netherland Apartment for rent.[3]

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>**Exhibit 2**</u> is a blackline version of the Revised Proposed Order marked to show the changes that have been made to the proposed order attached to the Extension Motion.

**PLEASE TAKE FURTHER NOTICE** that counsel to PAX and counsel to the Sherry Netherland Hotel have advised Movants that they consent to entry of the Revised Proposed Order.  However, counsel to Bravo Luck was unable to confirm, at this time, whether his client would also consent to the modifications related to the marketing of the Sherry Netherland Apartment for rent.[4]  In order to give the parties additional time to attempt to resolve this matter, Movants have agreed to request the Court for a further continuance of the Extension Motion to the hearing scheduled on January 31, 2023.[5]

*[Remainder of page intentionally left blank.]*

---

[3]    To the extent necessary, this notice shall constitute a motion by the Movants to modify the relief sought in the Extension Motion.

[4]    Movants understand that Bravo Luck has no objection to the other modifications in the Revised Proposed Order.

[5]    Movants advised the Court of the requested continuance by email, dated January 25, 2023.

**PLEASE TAKE FURTHER NOTICE** that Movants intend to seek entry of the Revised Proposed Order at the January 31, 2023 hearing, regardless of whether Bravo Luck consents to entry of such order or not.

Dated: January 25, 2023
      New Haven, Connecticut

LUC A. DESPINS, CHAPTER 11 TRUSTEE, GENEVER HOLDINGS LLC, AND GENEVER HOLDINGS CORPORATION

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

      *and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

      *and*

Avram E. Luft (admitted *pro hac vice*)
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11
                                              :
HO WAN KWOK, et al.,¹                         :    Case No. 22-50073 (JAM)
                                              :
                     Debtors.                 :    (Jointly Administered)
                                              :
-------------------------------------------------------x
```

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on January 25, 2022, the foregoing Notice, and all exhibits and attachments thereto, was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("<u>CM/ECF</u>") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.²  Parties may access this filing through the Court's CM/ECF system.

*[THE REST OF THIS PAGE IS INTENTIONALLY BLANK.]*

---

1   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2   To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

Dated:    January 25, 2023
            New Haven, Connecticut

                          By: */s/ Patrick R. Linsey*
                              Douglas S. Skalka (ct00616)
                              Patrick R. Linsey (ct29437)
                              NEUBERT, PEPE & MONTEITH, P.C.
                              195 Church Street, 13th Floor
                              New Haven, Connecticut 06510
                              (203) 781-2847
                              dskalka@npmlaw.com
                              plinsey@npmlaw.com

                              *Counsel for the Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation*

**<u>Exhibit A</u>**

**Revised Proposed Order (clean)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                     :

In re:                            :     Chapter 11
                                       :

HO WAN KWOK, *et al.*,[1]     :     Case No. 22-50073 (JAM)
                                       :

          Debtors.          :     (Jointly Administered)
                                       :
-------------------------------------------------------x

**[PROPOSED] ORDER, PURSUANT TO BANKRUPTCY CODE SECTIONS 327, 328, AND 363, FURTHER EXTENDING (I) SALE PROCESS OF SHERRY NETHERLAND APARTMENT AND (II) RETENTION OF SOTHEBY'S INTERNATIONAL REALTY AS BROKER**

Upon the motion (the "Motion") of Luc Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), Genever Holdings LLC ("Genever (US)"), and Genever Holdings Corporation ("Genever (BVI)" and, together with the Trustee and Genever (US), the "Movants") for entry of an order (this "Order") extending (i) the sale process of the Sherry Netherland Apartment,[2] subject to certain modifications and (ii) the retention of Sotheby's as Genever (US)'s broker to market and sell the Sherry Netherland Apartment; and the Court having reviewed the Motion and having considered the statements of counsel before the Court at a hearing (the "Hearing"); and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) venue is proper pursuant to 28

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

U.S.C. §§ 1408 and 1409; and (d) good and sufficient notice of the Motion having been given; and no other or further notice being required; and the Court having determined that the relief sought in the Motion is in the best interest of the Movants, the estates, their creditors, and all parties in interest,

therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is approved as set forth in this Order.

2.      Notwithstanding the termination of the sale and marketing process under the Settlement Agreement on October 31, 2022, the sale and marketing process of the Sherry Netherland Apartment shall continue, as modified by this Order, retroactive to October 31, 2022 and through April 30, 2023, without prejudice to further extensions of the sale and marketing process upon the consent of the Movants, PAX, Bravo Luck, the Sales Officer, and Sotheby's without further order of the Court, or by further order of the Court for cause shown.

3.      The sale and marketing process shall continue to be conducted in accordance with the Settlement Agreement, except that, notwithstanding anything to the contrary in the Settlement Agreement, neither PAX nor Bravo Luck shall have any further consent rights with respect to the sale and marketing process after October 31, 2022, including, without limitation, any right to approve the draft of the Sale Motion (as defined in the Settlement Agreement).  For the avoidance of doubt, nothing in this Order shall modify PAX's and Bravo Luck's rights under the Settlement Agreement to object to the sale and marketing process of the Sherry Netherland Apartment, and PAX and Bravo Luck reserve all their rights in this regard.

4.      Sotheby's retention by Genever (US) is extended from October 31, 2022 through April 30, 2023, without prejudice to further extensions of Sotheby's retention by further order of the Court for cause shown.

5.      Notwithstanding anything to the contrary in the Settlement Agreement, the Sales Officer is also authorized to market the Sherry Netherland Apartment for rent; <u>provided</u>, <u>however</u>, that (a) entry into any rental agreement is subject to approval of the Court upon notice and a hearing, (b) the rights of all parties in interest, including, without limitation, PAX and Bravo Luck, to object to approval of such agreement are preserved, and (c) nothing herein amends, modifies, or supersedes any rights (including approval rights) of the Sherry-Netherland and the Sherry-Netherland Co-Op Board (as defined in the Settlement Agreement) with respect to any such rental agreement.  For the avoidance of doubt, PAX and Bravo Luck shall have the same consultation rights (but no consent rights) with respect to the marketing of the Sherry Netherland Apartment for rent, to the same extent as they have consultation rights with respect to the marketing of the Sherry Netherland Apartment for sale under the Settlement Agreement.

6.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**<u>Exhibit B</u>**

**Revised Proposed Order (blackline)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

-------------------------------------------------------x---
                                               :

In re:                                :     Chapter 11
                                               :

HO WAN KWOK, *et al.*,[1]           :     Case No. 22-50073 (JAM)
                                             :

            Debtors.                :     (Jointly Administered)
                                               :

-------------------------------------------------------x---

## [PROPOSED] ORDER, PURSUANT TO BANKRUPTCY CODE SECTIONS 327, 328, AND 363, FURTHER EXTENDING (I) SALE PROCESS OF SHERRY NETHERLAND APARTMENT AND (II) RETENTION OF SOTHEBY'S INTERNATIONAL REALTY AS BROKER

Upon the motion (the "Motion") of Luc Despins, in his capacity as the chapter 11 trustee

(the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"),

Genever Holdings LLC ("Genever (US)"), and Genever Holdings Corporation ("Genever (BVI)"

and, together with the Trustee and Genever (US), the "Movants") for entry of an order (this

"Order") extending (i) the sale process of the Sherry Netherland Apartment,[2] subject to certain

modifications and (ii) the retention of Sotheby's as Genever (US)'s broker to market and sell the

Sherry Netherland Apartment; and the Court having reviewed the Motion and having considered

the statements of counsel before the Court at a hearing (the "Hearing"); and the Court having

found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

(b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) venue is proper pursuant to 28

U.S.C. §§ 1408 and 1409; and (d) good and sufficient notice of the Motion having been given;

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

and no other or further notice being required; and the Court having determined that the relief sought in the Motion is in the best interest of the Movants, the estates, their creditors, and all parties in interest,

therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is approved as set forth in this Order.

2.      Notwithstanding the termination of the sale and marketing process under the Settlement Agreement on October 31, 2022, the sale and marketing process of the Sherry Netherland Apartment shall continue, as modified by this Order, retroactive to October 31, 2022 and through ~~February 1~~April 30, 2023, without prejudice to further extensions of the sale and marketing process upon the consent of the Movants, PAX, Bravo Luck, the Sales Officer, and Sotheby's without further order of the Court, or by further order of the Court for cause shown.

3.      The sale and marketing process shall continue to be conducted in accordance with the Settlement Agreement, except that, notwithstanding anything to the contrary in the Settlement Agreement, neither PAX nor Bravo Luck shall have any further consent ~~or consultation~~ rights with respect to the sale and marketing process after October 31, 2022, including, without limitation, any right to approve the draft of the Sale Motion (as defined in the Settlement Agreement).  For the avoidance of doubt, nothing in this Order shall modify PAX's and Bravo Luck's rights under the Settlement Agreement to object to the sale and marketing process of the Sherry Netherland Apartment, and PAX and Bravo Luck reserve all their rights in this regard.

4.      Sotheby's retention by Genever (US) is extended from October 31, 2022 through ~~February 1~~April 30, 2023, without prejudice to further extensions of Sotheby's retention by further order of the Court for cause shown.

5.      Notwithstanding anything to the contrary in the Settlement Agreement, the Sales Officer is also authorized to market the Sherry Netherland Apartment for rent; provided, however, that (a) entry into any rental agreement is subject to approval of the Court upon notice and a hearing, (b) the rights of all parties in interest, including, without limitation, PAX and Bravo Luck, to object to approval of such agreement are preserved, and (c) nothing herein amends, modifies, or supersedes any rights (including approval rights) of the Sherry-Netherland and the Sherry-Netherland Co-Op Board (as defined in the Settlement Agreement) with respect to any such rental agreement.  For the avoidance of doubt, PAX and Bravo Luck shall have the same consultation rights (but no consent rights) with respect to the marketing of the Sherry Netherland Apartment for rent, to the same extent as they have consultation rights with respect to the marketing of the Sherry Netherland Apartment for sale under the Settlement Agreement.

6.      5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
HO WAN KWOK, *et al.*,[1]                              :    Case No. 22-50073 (JAM)
                                                       :
                           Debtors.                    :    (Jointly Administered)
                                                       :
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 25, 2023, the foregoing Notice (including the exhibits thereto) was electronically filed. Notice of this filing was sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing system ("CM/ECF"). Parties may access these filings by CM/ECF.

Dated: January 25, 2023
       New Haven, Connecticut

By:    ___/s/ Patrick R. Linsey___
       Patrick R. Linsey (ct29437)
       NEUBERT, PEPE & MONTEITH, P.C.
       195 Church Street, 13th Floor
       New Haven, Connecticut 06510
       (203) 821-2000
       plinsey@npmlaw.com

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).