**<u>TRUSTEE EXHIBIT 1-A</u>**

**Proof of Claim (*In re Ho Wan Kwok*, 22-50037) 16-1**

**Fill in this information to identify the case:**

Debtor 1    Ho Wan Kwok

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the: ____ Bankruptcy _____ District of _____

Case number   5:22-bk-50073

## Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Qiu Yu

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor   _____

**2. Has this claim been acquired from someone else?**

☑ No

☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Qiu Yu
Name

Am Grossen Rohrpfuhl 25
Number   Street

Berlin     DE     12355
City     State     ZIP Code

Contact phone _____

Contact email   de.sourcing@gmail.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Where should payments to the creditor be sent? (if different)

Name

Number   Street

City     State     ZIP Code

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☑ No

☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
          MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No

☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: <u>2</u>  <u>1</u>  <u>0</u>  <u>0</u>

0 2 5 4

**7. How much is the claim?** $_____14,000.00. **Does this amount include interest or other charges?**
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

investment fraud

**9. Is all or part of the claim secured?**
☑ No
☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____
Amount of the claim that is unsecured: $_____14,000.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

|  | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  01/04/2023
                  MM / DD / YYYY

Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Qiu | | Yu |
|---|---|---|---|
| | First name | Middle name | Last name |

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

| Address | Am Grossen Rohrpfuhl 25 | | |
|---|---|---|---|
| | Number | Street | |
| | Berlin | De | 12355 |
| | City | State | ZIP Code |

Contact phone _____  Email  de.sourcing@gmail.com


## DKB
Das kann Bank

Ihre Suche ...

# Details

| | |
|---|---|
| Kontonummer | **DE94 1203 0000 1069 5979 44 / Qiu Giro EK** |
| Buchungstag | **24.06.2021** |
| Wertstellung | **24.06.2021** |
| Betrag | **-5.874,95 EUR** |
| Auftraggeber / Begünstigter | **1/HIMALAYA INTERNATIONAL CLEARING L1/TD-** |
| Kontonummer / Bankleitzahl | **9000484007 / MCBEUS33XXX** |
| Buchungstext | **Belastung AZV** |
| Verwendungszweck | **Ref.: 210624111A000232Betrag USD 7.000,00Kurs EUR/USD 1,191500EUR-Ggw. 5.874,95Entgeltinformationen findenSie auf der sep. Rechnung. DE0GIC5K** |

Umsatzanzeige



**DKB**
Das kann Bank

Ihre Suche...

# Details

| | |
|---|---|
| Kontonummer | **DE94 1203 0000 1069 5979 44 / Qiu Giro EK** |
| Buchungstag | **28.04.2021** |
| Wertstellung | **28.04.2021** |
| Betrag | **-5.814,92 EUR** |
| Auftraggeber / Begünstigter | **1/DELTEC BANK AND TRUST LIMITED 1/-** |
| Kontonummer / Bankleitzahl | **9000484007 / CITIUS33XXX** |
| Buchungstext | **Belastung AZV** |
| Verwendungszweck | **Ref.: 210428111A000100Betrag USD 7.000,00Kurs EUR/USD 1,203800EUR-Ggw. 5.814,92Entgeltinformationen findenSie auf der sep. Rechnung. REFERENCE CODE 1001724 DE0GIC5K HIMALAYA COIN** |

Umsatzanzeige

**Extremely Urgent**

www.ups.com



# X-RAY SCREEN COMPLETED

- The UPS EXPRESS ENVELOPE is to be used for document shipments only.
Der UPS EXPRESS ENVELOPE ist nur für den Versand von Dokumenten bestimmt.
La UPS EXPRESS ENVELOPE va usata unicamente per spedire documenti.
El uso del UPS EXPRESS ENVELOPE está exclusivamente destinado para el envío de documentos.
L'utilisation de l'UPS EXPRESS ENVELOPE est exclusi...
Kopeta UPS EXPRESS ENVELOPE służy wyłącznie do...

- Cash and negotiable items are prohibited.
Der Versand von Bargeld und Wertpapieren ist n...
Vietato inviare denaro e articoli di valore.
El dinero en efectivo y otros valores negociables...
Les envois d'espèces ou d'articles négociables so...
Niedozwolone jest umieszczanie w kopercie pien...
przedmiotów wartościowych.

Place UPS shipping documentation h...
Bitte bringen Sie die UPS Versanddok...
La documentazione di spedizione UPS...
Adhiera la documentación de envío a...
Veuillez placer les documents d'expé...
Dokumentację wysyłkową UPS umieś...

QIU VU
08070762768
QIU VU
1M GROSSEN ROHRPFUHL 25
12089 BERLIN
ZEBRA.KM

ENV
SHP#: Y008 9ETV KOH
DATE: 03 JAN 2023
1 OF 1

QIU VU
08070762768
QIU VU
1M GROSSEN ROHRPFUHL 25
12089 BERLIN
GERMANY

SHIP TO:
US BANKRUPTCY COURT
0012035795808
BRIEN MCMAHON FEDERAL BUILDING
915 LAFAYETTE BOULEVARD
BRIDGEPORT CT 06604
UNITED STATES

ENV
SHP#: Y008 9ETV KOH
DATE: 03 JAN 2023
1 OF 1

**UPS SAVER**
TRACKING #: 1Z Y00 89E 04 9516 9204

**EDI-DOC**®
1P

BILLING: P/P
DESC: Document

Reference No.1: DE0944223

XOL 22.1.2.30          NV45 1.0A 07/2023*

United Parcel Service
you for more than 100 years
ie - seit mehr als 100 Jahren
o servizio da più di 100 anni
esde hace más de 100 años
vice depuis plus de 100 ans
/my usługi od ponad 100 lat

01872118   02/17   PSD   United



US DISTRICT COURT
915 LAFAYETTE BLVD
BRIDGEPORT CT 06604

P:PURPLE:RIGHT 1:74A

0012-3448

9204

1ZY008BE04Q516
US 06604 XLE C00115
SHIP28.45 HIPPS 22.9 1   JAN 8
                        87 2023
                        21
                     SHIP0485 XLE C0061
                          41L
2330



<Facility>
<Street>
<Phone>
<City>   <State>   <Zip>
<Comments>

P:<P>   S:<S>
NO READ
<121>
ROUTE: XLE C0061 1
HIP 13 SHIP 0485  US <DateTime>

ress Envelope

**<u>TRUSTEE EXHIBIT 1-B</u>**

**Proof of Claim (*In re Ho Wan Kwok*, 22-50037) 17-1**

Fill in this information to identify the case:

Debtor 1    Ho Wan Kwok

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ Bankruptcy _____ District of _____

Case number   5:22-bk-50073

## Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Qiu Yu
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Qiu Yu
Name

Am Grossen Rohrpfuhl 25
Number   Street

Berlin    DE    12355
City    State    ZIP Code

Contact phone _____

Contact email   de.sourcing@gmail.com

Where should payments to the creditor be sent? (if different)

Name

Number   Street

City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  5   2   7   8 

**7. How much is the claim?** $ 200,200.00 **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

investment fraud

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ 200,200.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

### Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  01/04/2023
                              MM / DD / YYYY

Signature _____

**Print the name of the person who is completing and signing this claim:**

| | | |
|---|---|---|
| Name | Qiu | Yu |
| | First name        Middle name | Last name |
| Title | | |
| Company | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | Am Grossen Rohrpfuhl 25 | |
| | Number        Street | |
| | Berlin | De        12355 |
| | City | State        ZIP Code |
| Contact phone | _____ | Email de.sourcing@gmail.com |

## ZAHLUNGSAUFTRAG IM AUSSENWIRTSCHAFTSVERKEHR

52: An Kreditinstitut/Zahlungsdienstleister

**Deutsche Kreditbank AG**
Taubenstraße 7 - 9
10117 Berlin

Referenz des Kontoinhabers
Qiu Yu

IBAN
DE94 1203 0000 1069 5979 44

| Zahlung zu Lasten | 1 = Euro-Konto<br>2 = Währungskonto | 1 | Keine Angabe bedeutet Zahlung<br>zu Lasten des Euro-Kontos |
|---|---|---|---|

32: Währung    Betrag
USD     200.200,00

Zielland
USA

Version
0 0 0 7

50: Name des Kontoinhabers/Zahlers
Qiu Yu

Straße
Am Großen Rohrpfuhl 25

Postleitzahl      Ort
12355        Berlin

57: Bank/Zahlungsdienstleister    BIC (SWIFT-Code)
des Zahlungsempfängers        CITIUS33XXX
(bevorzugt als BIC)

ist sowohl der BIC als auch Name und Anschrift
der Bank/des Zahlungsdienstleisters ausgefüllt,
wird die Zahlung gemäß BIC ausgeführt.

Name des Kreditinstituts/des Zahlungsdienstleisters des Zahlungsempfängers
CITIBANK, N.A.

Straße
388 GREENWICH STREET

Ort/Land
NEW YORK, USA

IBAN bzw. Konto-Nr. des Zahlungsempfängers und Bank-Code (max. 34 Stellen)
6867165278

59: Name des Zahlungsempfängers
CRANE ADVISORY GROUP L.L.C.

Straße
1 WORLD TRADE CENTER FLOOR 85

Ort/Land
NEW YORK, NY 10007, USA

70: Verwendungszweck (nur für Zahlungsempfänger)
ORDER NUMBER: SF2103151318101


Name: Min Tian, mjntian@gmail.com


Investment


Zusätzliche Weisungen für das Kreditinstitut/den Zahlungsdienstleister (z.B. zum Weisungsschlüssel)

| Ausführungsart<br>(Keine Angabe bedeutet Standard) | Weisungsschlüssel<br>(Weisungen für Kreditinstitut/Zahlungsdienstleister) | 71: Entgeltregelung<br>(Keine Angabe bedeutet „0". Innerhalb des EWR<br>nur „0" möglich.) | Bei Zahlungen zu Lasten Währungskonto<br>Entgelte zu Lasten |
|---|---|---|---|
| 0 = Standard (SWIFT)<br>1 = Eilig (SWIFT)<br>2 = Scheckziehung<br>3 = Scheckziehung an Kontoinhaber | 0 = keine besondere Weisung<br>1 = Avis an Bank des Zahlungsempfängers<br>2 = Telefonavis an den Zahlungsempfänger<br>3 = Telex-/Fax-Avis an den Zahlungsempfänger<br>4 = Zahlung gegen Legitimation | 0 = Entgeltteilung<br>   eigenes Entgelt z.L. Kontoinhaber<br>   fremdes Entgelt z.L. Zahlungsempfänger<br>1 = alle Entgelte z.L. Kontoinhaber<br>2 = alle Entgelte z.L. Zahlungsempfänger | 1 = Euro-Konto<br>2 = Währungskonto<br>(Ohne Weisung wird das zu<br>belastende Konto angesprochen) |
| 0 | 0 | 1 | 1 |

**Bitte Pflicht zur gesonderten Meldung gemäß Außenwirtschaftsverordnung beachten! Bei Rückfragen wenden Sie sich bitte an die Hotline: 0800 1234 111 (entgeltfrei,**
nur aus dem deutschen Festnetz erreichbar) bzw. an die E-Mail: statistik-s21@bundesbank.de.
**Weitere Informationen zum Meldewesen im Außenwirtschaftsverkehr erhalten Sie auch im Internet unter www.bundesbank.de.**

Kontoführung/Sicherungsstempel

Datum
16   03   2021

Telefon/Durchwahl
030 70762768


**DKB**
Das kann Bank

Ihre Suche...

# Details

| | |
|---|---|
| Kontonummer | **DE94 1203 0000 1069 5979 44** |
| Buchungstag | **19.03.2021** |
| Wertstellung | **19.03.2021** |
| Betrag | **-168.660,49 EUR** |
| Auftraggeber / Begünstigter | **1/Crane Advisory Group L.L.** |
| Kontonummer / Bankleitzahl | **9000484007 / CITIUS33XXX** |
| Buchungstext | **AUSLANDSGESCHAEFT** |
| Verwendungszweck | **Ref.: 210319111A600011Betrag USD 200.200,00 Kurs EUR/USD 1,187000EUR-Ggw. 168.660,49 Entgeltinformationen findenSie auf der sep. Rechnung. Order Number: SF2103151318101 Name: Min Tian, mjntianatgmail.com Investment AWV-MELDEPFLICHT BEACHTEN -ENTGELTFREIE AUSKUNFT NR. 0800-1234 111** |

Umsatzanzeige



**Extremely Urgent**

www.ups.com

· The UPS EXPRESS ENVELOPE is to be used for document shipments only.

Der UPS EXPRESS ENVELOPE ist nur für den Versand von Dokumenten bestimmt.

La UPS EXPRESS ENVELOPE va usata unicamente per spedire documenti.

El uso del UPS EXPRESS ENVELOPE está exclusivamente destinado para el envío de documentos.

L'utilisation de l'UPS EXPRESS ENVELOPE est exclus…

Koperta UPS EXPRESS ENVELOPE służy do…

· Cash and negotiable items are prohibited.

Der Versand von Bargeld und Wertpapieren ist n…

Vietato inviare denaro e articoli di valore.

El dinero en efectivo y otros valores negociables…

Les envois d'espèces ou d'articles négociables so…

Niedozwolone jest umieszczanie w kopercie pien…
przedmiotów wartościowych.

Place UPS shipping documentation h…

Bitte bringen Sie die UPS Versanddok…

La documentazione di spedizione UPS…

Adhiera la documentación de envío a…

Veuillez placer les documents d'expé…

Dokumentację wysyłkową UPS umieś…

# X-RAY SCREEN COMPLETED

OIU.YU
08070762768
OIU.VU
AM GROSSEN ROHRPFUHL 25
12689 BERLIN
ZEBRAANN

ENV

SHP#: Y008 9ETV.KOH
DATE: 03 JAN 2023

1 OF 1

SHIP TO:
US BANKRUPTCY COURT
001 2035795808
US BANKRUPTCY COURT
BRIEN MCMAHON FEDERAL BUILDING
915 LAFAYETTE BOULEVARD
**BRIDGEPORT CT 06604**
UNITED STATES

ENV

SHP#: Y008 9ETV.KOH
DATE: 03 JAN 2023

1 OF 1

**UPS SAVER**

TRACKING #: 1Z Y00 89E 04 9516 9204

1P

EDI-DOC

OIU.YU
08070762768
OIU.YU
AM GROSSEN
ROHRPFUHL 25
12689 BERLIN
GERMANY

BILLING: P/P
DESC: Document

Reference No.1: DE0944223

XOL 22.12.20          NV-45 1.05 07/2023*

United Parcel Service
you for more than 100 years
ie - seit mehr als 100 Jahren
o servizio da più di 100 anni
esde hace más de 100 años
vice depuis plus de 100 ans
/my usługi od ponad 100 lat



01872118   02/17   PSD   United



US DISTRICT COURT
915 LAFAYETTE BLVD
BRIDGEPORT CT 06604

P:PURPLE:RIGHT 1:74A

0012-3448

1ZY008EE04Q516 9204
SHIP DATE: 09JUN
US 0660 06 HIPPS 22.9 LB
JUN 6 2023
KLE CR01-2 SHIP085 2330
07:21 07:2023
KLE CR01-2I

&lt;Facility&gt;
&lt;Street&gt;
&lt;Phone&gt;
&lt;City&gt;   &lt;State&gt;   &lt;Zip&gt;
&lt;Comments&gt;

P:&lt;P&gt;        S:&lt;S&gt;      I:&lt;I&gt;

NO READ

&lt;121&gt;                          &lt;22&gt;
ROUTE: XLE CR01-2
HIP 13 SHTO 8485   US DateTimes



ress Envelope

## <u>TRUSTEE EXHIBIT 2-A</u>

**Exhibit F from Second Declaration of Douglass Barron [Case No. 22-50073, ECF No. 1389; Adv. Pro. 22-05032, ECF No. 160)**

GETTR

Q Search on GETTR

+ Create

⊘ Explore

((•)) Live

⑦ Help

Get the App

Download on the App Store

GET IT ON Google Play

← **Post**

MILES GUO ✔
@MilesGuo · Jan 10

2023.01.10 共产党的卧底已倾巢而出，共产党在美国的黑手即将被挖除，开干吧!



07:49 / 07:49

Posted on 7:33 AM · Jan 10th, 2023 · Edited

**4.4K** Likes    **2.8K** Reposts



STATE OF NEW YORK

       )
       )
       )

COUNTY OF NEW YORK     )    ss

## **CERTIFICATION**

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached transcript excerpt from Miles Guo on Gettr, dated January 10,

2023, and with source link:

https://media.discordapp.net/attachments/755721451142905867/1062400865161445468/MILES_GUO_on_Gettr-

_2023.01.10_.mp4

.

_____

Edward J. Jacob

Divergent Language Solutions, LLC

State of New York

County of New York

Subscribed to and sworn before me this ⟨24⟩ day of ⟨January⟩, 2023,

by Edward J. Jacob.

_____

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

| Timestamp | Chinese | English |
|---|---|---|
| 0,0:03:05.20,0:03:06.26 | 完全耍流氓 | It is completely gangster behavior. |
| 0,0:03:06.33,0:03:07.33 | 完全耍流氓 | It is completely gangster behavior. |
| 0,0:03:07.56,0:03:08.73 | 竟然跑了 | She dares to go to |
| 0,0:03:09.06,0:03:12.56 | 这个所谓康州破产法院登记为债务人 | the bankruptcy court in Connecticut and list herself |
| 0,0:03:13.26,0:03:15.39 | 啊债权人啊债权人 | as a creditor, ah, as a creditor. |
|  |  |  |
| 0,0:03:36.06,0:03:37.79 | 你了解他真相吗 | Do you know the truth? |
| 0,0:03:38.06,0:03:39.86 | 拱竹百分之百造假 | Gong Zu (Yu Qiu) 100% is lying and faking it 100%. |
|  |  |  |
| 0,0:06:34.16,0:06:36.59 | 现在咱这些卧底的工厨都出来了 | Now these spies like Gong Zu (Yu Qiu) have come out. |
| 0,0:06:36.60,0:06:37.40 | 还有什么曲子吗 | And someone called XX Qu. |
| 0,0:06:37.40,0:06:39.40 | 出来快出来 | Come out, quickly come out. |
|  |  |  |
| 0,0:07:10.30,0:07:12.90 | 所有报案的人你必须上庭作证 | Every person who reports their case must show up in court. |
| 0,0:07:12.93,0:07:15.33 | 所有你说的话你都要被扑出来 | Everything you said will be published, |
| 0,0:07:15.33,0:07:16.89 | 包括你的一切 | including everything about you. |
| 0,0:07:18.40,0:07:19.33 | 走着看 | Let's see. |

## TRUSTEE EXHIBIT 2-B

**VIDEO SUBMITTED ELECTRONICALLY**

## TRUSTEE EXHIBIT 3-A

**Exhibit A from Second Declaration of Douglass Barron [Case No. 22-50073, ECF No. 1389; Adv. Pro. 22-05032, ECF No. 160)**



Q Search on GETTR

+ Create

⊘ Explore

((•)) Live

⑦ Help

Get the App



← **Post**

 **OXVDESIGN 梦想设计组** ✓
@OXVDESIGN · Jan 10
...

原英喜拱卒（真名Yu Qiu）到美国324法庭（康州破产法庭）把自己列入了债权人名单。
郭先生破产案 luc敲诈案 中共埋了多少雷？！ Luc背后的动机何在?
#YuQiu #luc #lucdespins #shanweijian #单伟健 #sec #ccp #whistleblowermovement #nfsc



Posted on 8:40 AM · Jan 10th, 2023

57 Likes   52 Reposts

⊟          🖒          ⮂          ⬆



# DIVERGENT
## LANGUAGE SOLUTIONS

STATE OF NEW YORK        )
                                      )
                                      )
COUNTY OF NEW YORK      )      ss

### CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached Gettr Post by @OXVDESIGN.

_____
Edward J. Jacob
Divergent Language Solutions, LLC

State of New York

County of New York

Subscribed to and sworn before me this 23 day of January, 2023,

by Edward J. Jacob.

_____
Notary Public



MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

**OXVDESIGN** Dream Design Group ✔
@OXVDESIGN · Jan 10

The former Ying Xi Gong Zu (real name Yu Qiu) went to the U.S. 324 Court (Connecticut Bankruptcy Court) to put herself on the list of creditors.
Mr. Guo bankruptcy case; luc extortion case; How many mines were buried by the Chinese Communist Party?! What is the motive behind Luc?

#YuQiu #luc #lucdespins #shanweijian #Weijian Shan #sec #ccp #whistleblowermovement #nfsc



Posted on 11:40 AM · Jan 10th, 2023

57 Likes    52 Reposts

OXVDESIGN 轉发了 OXVPOLIT...
@OXVDESIGN · Jan 10

原英喜拱卒（真名Yu Qiu）到美国324法庭（康州破产法庭）把自己列入了债权人名单。
郭先生破产案 luc敲诈案 中共埋了多少雷？！Luc背后的动机何在？
#YuQiu #luc #lucdespins #shanweijian #单伟健 #sec #ccp #whistleblowermovement #nfsc



Posted on 11:40 AM · Jan 10th, 2023

57 Likes    52 Reposts

            

**<u>TRUSTEE EXHIBIT 3-B</u>**

**Exhibit B from Second Declaration of Douglass Barron [Case No. 22-50073, ECF No. 1389; Adv. Pro. 22-05032, ECF No. 160)**





STATE OF NEW YORK )
)
)
COUNTY OF NEW YORK ) ss

## **CERTIFICATION**

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached Gettr Banner for @OXVDESIGN.


_____

Edward J. Jacob

Divergent Language Solutions, LLC


State of New York

County of New York

Subscribed to and sworn before me this 23 day of January, 2023

by Edward J. Jacob.


_____

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires November 7, 2024

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com



We are the Citizens of the NFSC
Our Mission is to Take Down the EVIL CCP



我們是消滅邪惡共產黨的新中國聯邦人





英國牛津夢想農場
HIMALAYA OXFORD VISIONARY FARM



Follow

**OXVDESIGN 梦想设计组** ✓

@OXVDESIGN

🔗 gettr.com/user/oxvdesign    📅 Joined August 2022

2210 Following    2454 Followers

**<u>TRUSTEE EXHIBIT 4-A</u>**

**Exhibit C from Second Declaration of Douglass Barron [Case No. 22-50073, ECF No. 1389; Adv. Pro. 22-05032, ECF No. 160)**



GETTR

🔍 Search on GETTR

+ Create

⊘ Explore

((•)) Live

⑦ Help

Get the App

📱 Download on the App Store

▶ GET IT ON Google Play

← **Post**

 朴昌海(박창해)韩国正道农场 ✔
@piaochanghai · Jan 10                    · · ·

又爆一个小王八蛋discord叫拱卒，大冥 YU QIU，战友们挖一挖，听说跟呆贱疯关系很好啊😄 战友们认识吗





🔵 朴昌海(박창해)韩国正道农场 ✔ @piaochanghai · Jan 10

又爆一个小王八蛋discord叫拱卒，大冥 YU QIU，战友们挖一挖，听说跟呆贱疯关系很好啊😄

Posted on 7:53 AM · Jan 10th, 2023

46 Likes    26 Reposts

💬           👍           ⇄           ⬆



STATE OF NEW YORK )
)
)
COUNTY OF NEW YORK )        ss

### **CERTIFICATION**

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached Gettr Post by @piaochanghai.

_____
Edward J. Jacob
Divergent Language Solutions, LLC

State of New York

County of New York

Subscribed to and sworn before me this 23 day of January, 2023,

by Edward J. Jacob.

_____
Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com



Changhai Piao (Changhai Park) South Korea Jeongdo Farm
@piaochanghai · Jan 10

More whistleblowing news about a little bastard discord called Gong Zu, whose real name is YU QIU; comrades, please try to investigate, I heard that her relationship with Dai Jian Feng is very good 😊; do you know her?

Changhai Piao (Changhai Park) South Korea Jeongdo Farm    @piaochanghai · Jan 10

More whistleblowing news about a little bastard discord called Gong Zu, whose real name is YU QIU; comrades, please try to investigate, I heard that her relationship with Dai Jian Feng is very good 😊

Posted on 10:53 AM · Jan 10th, 2023

46 Likes    26 Reposts



@piaochanghai · Jan 10

又爆一个小王八蛋discord叫拱卒，大冥 YU QIU，战友们挖一挖，听说跟呆贱疯关系很好啊😁 战友们认识吗



🔵 朴昌海(박창해)韩国正道农场 ✓ @piaochanghai · Jan 10

又爆一个小王八蛋discord叫洪平，大冥 YU QIU，战友们挖一挖，听说跟呆贱疯关系很好啊😁

Posted on 10:53 AM · Jan 10th, 2023

46 Likes    26 Reposts

            

**<u>TRUSTEE EXHIBIT 4-B</u>**

**Exhibit D from Second Declaration of Douglass Barron [Case No. 22-50073, ECF No. 1389; Adv. Pro. 22-05032, ECF No. 160)**





STATE OF NEW YORK                    )
                                     )
                                     )
COUNTY OF NEW YORK                   )         ss

### CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached Gettr Banner for @piaochanghai.

_____

Edward J. Jacob

Divergent Language Solutions, LLC

State of New York

County of New York

Subscribed to and sworn before me this 23 day of January, 2023

by Edward J. Jacob.



_____

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com



**We Are the Citizens of the NFSC**
**Our Mission is to Take Down the EVIL CCP**
Ліквідувати Комуністичну партію

We are the Citizens of the NFSC

Our Mission is to Take Down the EVIL CCP

JEONGDO FARM KOREA

Follow

Changhai Piao (Changhai Park) South Korea
Jeongdo Farm
@piaochanghai

Whistleblower movement; Destroying the Chinese Communist Party; Keep in mind constantly; There will surely be an echo.
Please contact me if you can't find your home
My phone number: 010-7620-2064
WhatsApp: +821076202064

blog.naver.com/commodity.kim    Joined July 2021

3588 Following    10.5K Followers

# We Are the Citizens of the NFSC
## Our Mission is to Take Down the EVIL CCP

Ліквідувати Комуністичну партію

我們要消滅



新中國聯邦人



· · ·   Follow

朴昌海(박창해)韩国正道农场 ✔

@piaochanghai

爆料革命 消灭中共 念念不忘 必有回响
找不到家的兄弟姐妹请联系我
本人电话：010-7620-2064
WhatsApp：+821076202064

🔗 blog.naver.com/commoditykim   🗓 Joined July 2021

**3588** Following      **10.5K** Followers

**<u>TRUSTEE EXHIBIT 5</u>**

**Exhibit E from Second Declaration of Douglass Barron [Case No. 22-50073, ECF No. 1389; Adv. Pro. 22-05032, ECF No. 160)**

**GETTR**

Q Search on GETTR

+ Create

⊘ Explore

((•)) Live

⑦ Help

Get the App

 Download on the App Store

 GET IT ON Google Play

← **Post**

**MILES GUO** ✓
@MilesGuo · Jan 13                                    ...

2023.01.13 尊敬的战友们好. 浦恒律师事务所正在发动的债权人登记远动! 如果有不坚定的战友! 觉得自己的投资和过去的投资! 没有安全感和需要去当债务人。如果认为这是更好的选择，就一定尽快去联系浦恒律师事务所到康州破产法庭登记哟......说不定就可以成为亿万富翁啦......

January 12, 2023

文萃 Today at 4:00 PM
今晚普衡律师事务所会发通知，告诉受骗人如何登记成为债权人。
这次不登记，以后不可以再要求破产方偿还。

文敏 Today at 7:53 PM
你不要错下去了，收手吧
自从我选择跟随文贵先生，就从来没有怀疑过他

Posted on 7:45 AM · Jan 13th, 2023

**3.1K** Likes   **1.8K** Reposts

⊟          ılᑞ          ⇄          ⛰



STATE OF NEW YORK  )
                                       )
                                       )
COUNTY OF NEW YORK  )     ss

## **CERTIFICATION**

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached Gettr Post by MILES GUO.

_____

Edward J. Jacob

Divergent Language Solutions, LLC

State of New York

County of New York

Subscribed to and sworn before me this 23 day of January, 2023,

by Edward J. Jacob.

_____

Notary Public



MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com



**MILES GUO** ✓
@MilesGuo · Jan 13

01.13.2023 Greetings, esteemed comrades. Paul Hastings Law Firm is launching a campaign to register creditors! If there are comrades who are not strong-willed, feeling their own investments and past investments, have no sense of security and need to be a debtor, and if you think it is a better choice, you must contact Paul Hastings Law Firm to register in the Bankruptcy Court of Connecticut as soon as possible, and maybe you can become a billionaire...

January 12, 2023

Wen Ji  Today at 8:21 PM
Tonight, the Paul Hastings Law Firm will send out a notice telling victims how to register as creditors. If you don't register this time, you are not allowed to ask the bankrupt party again to repay in the future

Wen Min  Today at 7:53 PM
You, don't make any more mistakes, stop it.
Ever since I chose to follow Mr. Wengui, I never doubted him

Posted on 10:45 AM · Jan 13th, 2023

3.1K Likes    1.8K Reposts

MILES GUO
@MilesGuo · Jan 13

2023.01.13 尊敬的战友们好．浦恒律师事务所正在发动的债权人登记远动！如果有不坚定的战友！觉得自己的投资和过去的投资！没有安全感和需要去当债务人。如果认为这是更好的选择，就一定尽快去联系浦恒律师事务所到康州破产法庭登记哟......说不定就可以成为亿万富翁啦......



文益   Today at 8:23 PM
今晚浦恒律师事务所会发通知，告诉要债人如何登记成为债权人。
此次不登记，以后不可以再要求破产方偿还。



文益   Today at 7:12 PM
你不要跟下去了，收手吧
自从我决定跟随文贵先生，我从来没有怀疑过他

Posted on 10:45 AM · Jan 13th, 2023

**3.1K** Likes    **1.8K** Reposts

            

**<u>TRUSTEE EXHIBIT 6</u>**


**Exhibit G from Second Declaration of Douglass Barron [Case No. 22-50073, ECF No. 1389; Adv. Pro. 22-05032, ECF No. 160)**

Rule of Law Foundation Vision and Mission: To permit the people of China to live under a national...    Read more →

Life   Economy   Technology   Military   Law   History   Health   NFSC

# Mr. Guo's wisdom: war veterans can all go to register creditors in bankruptcy cases  en  自动翻译

2023-01-25 17:38:56   |   Page Views：8

 GNEWS自动翻译服务                                    Follow
257 Followers   3.3K Articles   130K UV

*Summary：Mr. Guo sometimes really, not quite like the earth.*



On January 23rd in the 2023 Lunar New Year Grand Link, Mr. Guo came up with a very wise idea when talking about the bankruptcy case.

Since some CCP-controlled people are undercover in the Explosive Revolution, and some unstable and unbelieving comrades will be used by the CCP, someone will always come out to do damage. Explosive revolution all the way, as long as someone said to destroy the Communist Party, we have to accept him, even if Wang Qishan one day said to destroy the

Communist Party, we still have to accept him. After the Communist Party's lackey lawyer Luc served as the trustee of Mr. Guo's bankruptcy case, in addition to Wu Zheng, Ma Rui and other people registered as creditors after the recent arch pawn and Julia also went to register, these are all former comrades in arms, and now they are all used by the CCP.

Mr. Guo suggested that all the comrades could register because they had invested in GTV, but GTV was pseudo-classed as a fraudulent case and the SEC investigated it, so the money invested by the comrades had been withheld from the SEC, and the comrades were looking for money from the SEC, but in the bankruptcy case, the comrades could register as creditors of Mr. Guo. accept the registration of other comrades. If all the comrades go to register, they will make up the majority of the creditors, then the money Mr. Guo earned will be distributed to the comrades, which Mr. Guo is very willing to do. In addition war buddies as the majority can initiate the ownership of lady may ship and the 18th floor, is also the majority will be given to the hands of war buddies, such a way of handling, all happy. In addition, after the registration of creditors, is to testify in court, some can not get a visa to come to the United States of war, can have a reasonable reason to come to the United States, if you do not want to leave, you can apply for political asylum on the spot. We can legally use the law to solve the problem.

That's a very wise solution. Mr. Kuo is sometimes not quite like a human being on earth. Mr. Kuo concluded by saying that he believed the arch pawns were being used by the Communist Party and was too compassionate.

Disclaimer: This article is reproduced from other sites or created by individuals. Gnews assumes no liability for the genuineness and authenticity of the article, nor does the article represent the views and positions of Gnews. Should you have any copyright or other issues, please contact us to delete.

## Reference links

https://gettr.com/streaming/p25ynjx5391

Spread truth and facts

Download PDF(1)

## Comment [0]

— No Comments Available —