**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, | Case No: 22-50073 (JAM) |
| Debtor. | |

**SUPPLEMENT STATEMENT RE:**
**DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that my firm, Zeisler & Zeisler, P.C. (the "Firm"), received the following additional payments as compensation paid to the Firm for services rendered on behalf of the debtor, Ho Wan Kwok (the "Debtor"), in connection with the bankruptcy case:

   | Date: | Amount: |
   |---|---|
   | August 23, 2022 | $ 50,000.00 |
   | August 25, 2022 | $ 81,000.00 |
   | September 22, 2022 | $ 75,000.00 |
   | October 17, 2022 | $ 98,048.41 |
   | December 9, 2022 | $108,788.00 |
   | December 12, 2022 | $108,780.38 |
   | December 23, 2022 | $ 39,985.50 |

2. The source of compensation paid to the Firm was:

   _____ Debtor         _x_ Other (specify): Qiang Guo (Debtor's son)

3. The source of compensation to be paid to the Firm is:

   _x_ Debtor    _x_ Other (specify): Qiang Guo (Debtor's son)
   (not from property
   of the bankruptcy
   estate)

4. _x_ The Firm has not agreed to share the above compensation from the Debtor with any persons unless they are employees of the Firm.

____ The Firm has agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. The Firm and I have agreed to represent the Debtor (who is no longer debtor-in-possession) in connection with (i) the above captioned bankruptcy case, and (ii) in defense of the various non-dischargeability actions commenced against the Debtor in multiple adversary proceedings filed in the case.

6. By agreement with the Debtor, the above-disclosed fee does not include the following services: any services other than those specifically identified in paragraph 5 including, but not limited to, any other adversary proceeding(s) commenced in the bankruptcy case.

## **CERTIFICATION**

As of the date hereof, I certify that the foregoing is a complete statement of any agreement or agreement for payment to me and the Firm for the representation of the Debtor in this Chapter 11 case.

Dated: January 27, 2023 at Bridgeport, Connecticut

By: */s/ Stephen M. Kindseth*
Stephen M. Kindseth (ct14640)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06605
Tel. 203-368-4234
Email: skindseth@zeislaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system – including, in particular, counsel for the United States Trustee as required by Fed. R. Bankr. P. 2016(b) – or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                                  */s/ Stephen M. Kindseth*
                                                                                 Stephen M. Kindseth (ct14640)