**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| | ) | Case No. 22-50073 (JAM) |
| HO WAN KWOK, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors.[1] | ) ) | Re: ECF Nos. 1046 and 1353 |

**ORDER TO APPEAR AND SHOW CAUSE WHY THE COURT
SHOULD NOT HOLD THE NON-RESPONDING PARTIES IN CONTEMPT OF
COURT**

The Court has found that Golden Spring (New York) Ltd. ("Golden Spring") and Lamp Capital LLC ("Lamp Capital," and together with Golden Spring, the "Non-responding Parties") neither responded to nor complied with Rule 2004 subpoenas authorized by the Court. (ECF No. 1353; *see* ECF No. 757.) Accordingly, it is hereby

**ORDERED:** The Non-responding parties are to appear at 1:00 p.m. on March 7, 2023, at the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT 06604, and show cause why this Court should not hold them in civil contempt of court for failing to respond or comply with subpoenas authorized by this Court; and it is further

**ORDERED:** The Trustee shall file a certificate of service demonstrating service of this Order on the Non-responding parties on or before 12:00 p.m. (noon) on January 31, 2023.

Dated at Bridgeport, Connecticut this 27th day of January, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).