```
                    UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF CONNECTICUT
                        BRIDGEPORT DIVISION

In Re                              *   Case No. 22-50073 (JAM)
                                   *
HO WAN KWOK, GENEVER HOLDINGS      *   Bridgeport, Connecticut
 CORPORATION and GENEVER           *   January 10, 2023
 HOLDINGS, LLC,                    *
                                   *
            Debtor.                *
                                   *
  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

              TRANSCRIPT OF MOTION TO MODIFY ORDER
        GRANTING HK INTERNATIONAL FUNDS INVESTMENTS (USA)
           LIMITED, LLC'S MOTION FOR ORDER ESTABLISHING
                  REPAIR RESERVE FOR THE LADY MAY
                BEFORE THE HONORABLE JULIE A. MANNING
                   UNITED STATES BANKRUPTCY JUDGE
```

APPEARANCES:

| | |
|---|---|
| For the Movant, H.K.<br>International Funds<br>Investments, USA, Ltd.: | STEPHEN KINDSETH, ESQ.<br>Zeisler & Zeisler, P.C.<br>10 Middle Street, 15th Floor<br>Bridgeport, CT  06604 |
| For the Creditor, Pacific<br>Alliance Asia Opportunity<br>Fund L.P.: | ANNECCA SMITH, ESQ.<br>Robinson & Cole<br>28 Trumbull Street<br>Hartford, CT  06103 |
| For the Chapter 11 Trustee: | PATRICK LINSEY, ESQ.<br>Neubert, Pepe and Monteith<br>195 Church Street<br>New Haven, CT  06510 |

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

1          (Proceedings commenced at 3:21 p.m.)
2                THE COURTROOM DEPUTY:  Case no. 22-50073, Ho Wan
3     Kwok, Genever Holdings Corporation and Genever Holdings,
4     LLC.
5                THE COURT:  Good afternoon.  If we could have
6     appearances for the record, starting with the plaintiff --
7     well, starting with the moving counsel I should say.
8                MR. KINDSETH:  Thank you, Your Honor.  Good
9     afternoon.  Steven Kindseth, Zeisler and Zeisler, for the
10    movant, H.K. International Funds Investments, USA, Limited.
11               THE COURT:  Good afternoon.
12               MR. LINSEY:  Good afternoon, Your Honor.  Patrick
13    Linsey, for the Chapter 11 Trustee.
14               THE COURT:  Good afternoon.
15               MS. SMITH:  Good afternoon, Your Honor.  Annecca
16    Smith, local counsel for PAX.
17               THE COURT:  Good afternoon.
18               Now, no one's appearing on the phone, right?  It's
19    just us?
20               MR. KINDSETH:  Yes.
21               THE COURT:  All right.  So go ahead, Attorney
22    Kindseth.  This your motion.
23               MR. KINDSETH:  Thank you, Your Honor.
24               We're requesting another continuance of this.
25    We're still engaged in conversations with the trustee and

1  the other parties to the original stipulation to attempt to
2  resolve the issue of the payment of the operating expenses
3  for the Lady May for some term in the future.
4              And so I'd ask that this matter be adjourned to
5  next Tuesday at a time that's convenient for the court.
6              THE COURT:  Okay.  Just give me one second to take
7  a look.  Because we're closed on Monday for the Martin
8  Luther King holiday.  I'm sorry I kept you waiting for that,
9  but I didn't have a choice, unfortunately.
10             MR. KINDSETH:  Not a problem.
11             THE COURT:  All right.  Give me one second.
12        (Pause.)
13             THE COURT:  We have time next week at 2:00 p.m.
14 Does that work?
15             MR. KINDSETH:  Yes, it does, Your Honor.
16             THE COURT:  Okay.
17             MR. KINDSETH:  For the movant.
18             MR. LINSEY:  That's fine, Your Honor.
19             THE COURT:  That's fine with PAX as well?
20             MS. SMITH:  Yes, Your Honor.
21             THE COURT:  Okay.  Thank you.
22             So then what we'll do is we will continue this
23 hearing to January 17 at 2:00 p.m.  And if for some reason
24 you think that you're still working on solutions and you
25 need a further continuance -- the problem is if you file

1    something on Monday, you know, we won't see it until
2    Tuesday, if you ask for a continuance.
3           However, because the hearing's in the afternoon,
4    somebody will see it and if you all agreed that you needed
5    more time, I'm sure that we could address that before 2:00
6    p.m. next Tuesday.
7           MR. KINDSETH:  Thank you, Your Honor.  And I'd
8    also like to mention the possibility that the parties to the
9    stipulation agree to a stipulated order for these expenses.
10          If that happens in the next couple of days, could
11   we submit that to the court for consideration?
12          THE COURT:  Absolutely.  Absolutely.
13          MR. KINDSETH:  Thank you very much, Your Honor.
14          THE COURT:  Absolutely.  And the only day that
15   wouldn't be acted on would be Monday, because the court is
16   closed.  There won't be any staff or anything here.
17          MR. KINDSETH:  Thank you very much.
18          THE COURT:  Okay.  All right.  So that takes care
19   of -- again, I'm sorry, I kept you waiting for that, but I
20   should have maybe asked you before I took a recess.
21          MR. KINDSETH:  Not an issue, Your Honor.  Thank
22   you.
23          MR. LINSEY:  Your Honor, would it be acceptable if
24   I just briefly inquired about a housekeeping matter?
25          THE COURT:  It depends upon what the housekeeping

Ho Wan Kwok-January 10, 2023                                    5

1   matter is, I suppose.
2            MR. LINSEY:  There's a pending motion for a 2004
3   Exam, like the third omnibus that was filed without
4   objection.  And there was a certificate of service filed.
5            THE COURT:  Okay.  We'll take a look at it.
6            MR. LINSEY:  The order just needs to enter, if
7   it's acceptable to the court.
8            THE COURT:  I probably -- I haven't seen it yet,
9   but that doesn't mean that someone hasn't tried to bring it
10  to my attention.
11           MR. LINSEY:  I realize it's a crowded docket.
12           THE COURT:  It's okay. We will take a look at
13  that.
14           MR. LINSEY:  Thank you, Your Honor.
15           THE COURT:  Okay.  All right.  So that takes care
16  of all the matters on today's calendar, so court is
17  adjourned.
18            (Proceedings concluded at 3:25 p.m.)
19
20
21
22
23
24

I, CHRISTINE FIORE, Certified Electronic Court Reporter and Transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

*Christine Fiore*

_____          January 26, 2023

     Transcriber