United States Bankruptcy Court
District of Connecticut

In re:      Case No. 22-50073-jam
Ho Wan Kwok      Chapter 11
Genever Holdings Corporation
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0205-5      User: admin      Page 1 of 8
Date Rcvd: Jan 27, 2023      Form ID: pdfdoc2      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Genever Holdings Corporation, P.O. Box 3170, Road Town Tortola, BRITISH VIRGIN ISLANDS |
| db | | Genever Holdings LLC, 781 Fifth Avenue, Apt. 1801, New York, NY 10022-5520 |
| db | + | Ho Wan Kwok, 373 Taconic Road, Greenwich, CT 06831-2828 |
| aty | | Francis J. Lawall, Troutman Pepper Hamilton Sanders LLP, 3000 Two Logan Square, 18th & Arch Street, Philiadelphia, PA 19103-2799 |
| aty | #+ | J. Ted Donovan, Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22nd Floor, New York, NY 10036-5600 |
| aty | #+ | Kevin J. Nash, Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22nd Floor, New York, NY 10036-5600 |
| aty | + | Luc A. Despins, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| intp | | Bravo Luck Limited, P.O. Box 957, Offshore Incorporations Centre, Road Town, Tortola BRITISH VIRGIN ISLANDS |
| dbaty | + | Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |
| cr | | Chao-Chih Chiu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2367 |
| op | + | Dundon Advisers LLC, 10 Bank Street, Suite 1100, White Plains, NY 10606-1948 |
| cns | | Gregory A. Coleman, Coleman Worldwide Advisors, LLC, P O Box 2839, New York, NY 10008-2839 |
| intp | + | HCHK Property Management, Inc., 500 West Putnam Avenue, Suite 400, #171, Greenwich, CT 06830-6096 |
| intp | + | HCHK Technologies, Inc., 3 Columbus Circle, 20th Floor, New York, NY 10019-8760 |
| intp | + | Ivey, Barnum & O'Mara LLC, Ivey, Barnum & O'Mara LLC, 170 Mason Street, Greenwich, CT 06830, UNITED STATES 06830-6644 |
| cr | + | Keyi Zilkie, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| intp | + | Lexington Property and Staffing, Inc., 750 Lexington Avenue, 8th Floot, New York, NY 10022-1200 |
| cr | + | Logan Cheng, c/o Randazza Legal Group, PLLC, 100 Pearl Street, 14th Floor, Hartford, CT 06103-4500 |
| crcm | + | Pullman & Comley, LLC, 850 Main Street, Bridgeport, CT 06604-4988 |
| intp | #+ | Troy Law, PLLC, 41-25 Kissena Blvd., Suite 103, Flushing, NY 11355-3150 |
| intp | + | UBS AG, 600 Washington Boulevard, Stanford, CT 06901, UNITED STATES 06901-3726 |
| cr | + | Verdolino & Lowey, P.C., 124 Washington Street, Foxborough, MA 02035-1368 |
| intp | + | Williams & Connolly LLP, Williams & Connolly LLP, 680 Maine Ave SW, Washington, DC 20024-3556 |
| intp | + | Yongbing Zhang, 223 West Jackson Bl;vd. #1012, Chicago, IL 60606-6916 |
| cr | + | Yunxia Wu, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2302 |
| 20 | | Huizhen Wang, c/o TroyGould PC, 1801 Century Park East, 16th Floor, Attn: Christopher A. Lilly, Los Angeles, CA 90067-2367 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | Jan 27 2023 18:22:00 | Steven E. Mackey, Office of the U.S. Trustee, The Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |
| dbaty | + | Email/Text: harveystrickon@paulhastings.com | Jan 27 2023 18:22:13 | Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| ca | + | Email/Text: cr-info@stretto.com | Jan 27 2023 18:22:00 | Stretto, 410 Exchange, Suite 100, Irvine, CA 92602-1331 |

TOTAL: 3

Case 22-50073    Doc 1404    Filed 01/29/23    Entered 01/30/23 00:16:43    Page 2 of 13

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 2 of 8 |
| Date Rcvd: Jan 27, 2023 | Form ID: pdfdoc2 | Total Noticed: 29 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Cohn Birnbaum & Shea, P.C. |
| aty | | Michael S. Weinstein |
| intp | | BakerHostetler |
| cr | | Baosheng Guo |
| cr | | Chong Shen Raphanella |
| ca | | Epiq Corporate Restructuring, LLC, 777 Third Avenue, 12th Floor, New York |
| intp | | Golden Spring (New York) LTD |
| intp | | Greenwich Land, LLC |
| intp | | HK International Funds Investments (USA) Limited, |
| intp | | Hing Chi Ngok |
| intp | | Mei Guo |
| cr | | Ning Ye |
| crcm | | Official Committee of Unsecured Creditors |
| cr | | Rong Zhang |
| cr | | The Sherry-Netherland, Inc. |
| cr | | Troy Law, PLLC |
| cr | | Xiaodan Wang |
| cr | | Yan Zhao |
| cr | | Zheng Wu |
| 20 | | Pacific Alliance Asia Opportunity Fund L.P. |
| 20 | | Rui Ma |
| 20 | | Weican Meng |
| cr | *+ | Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |
| intp | * | Genever Holdings LLC, 781 Fifth Avenue, Apt. 1801, New York, NY 10022-5520 |

TOTAL: 22 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Romney | on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Counter-Defendant Mei Guo aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Counter-Defendant HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron Romney | on behalf of Plaintiff HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com |

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 3 of 8 |
| Date Rcvd: Jan 27, 2023 | Form ID: pdfdoc2 | Total Noticed: 29 |

Aaron Romney
    on behalf of Debtor Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com

Aaron Romney
    on behalf of Interested Party Mei Guo aromney@zeislaw.com swenthen@zeislaw.com

Aaron Romney
    on behalf of Interested Party HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney
    on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com swenthen@zeislaw.com

Aaron A Mitchell
    on behalf of Defendant Ho Wan Kwok aaron@lmesq.com

Aaron A Mitchell
    on behalf of Debtor Ho Wan Kwok aaron@lmesq.com

Andrew V. Layden
    on behalf of Interested Party BakerHostetler alayden@bakerlaw.com

Annecca H. Smith
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Annecca H. Smith
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com

Avram Emmanuel Luft
    on behalf of Chapter 11 Trustee Luc A. Despins aviluft@paulhastings.com

Carollynn H.G. Callari
    on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com

Carollynn H.G. Callari
    on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com

Carollynn H.G. Callari
    on behalf of Creditor Zheng Wu ccallari@callaripartners.com

Christopher H. Blau
    on behalf of Interested Party HK International Funds Investments (USA) Limited LLC cblau@zeislaw.com

Daniel Cantor
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. dcantor@omm.com

Daniel D. Barnes
    on behalf of Interested Party HK International Funds Investments (USA) Limited LLC dbarnes@csglaw.com

Daniel D. Barnes
    on behalf of Interested Party Mei Guo dbarnes@csglaw.com

Danielle L. Merola
    on behalf of Interested Party BakerHostetler dmerola@bakerlaw.com

David M.S. Shaiken
    on behalf of Defendant Bravo Luck Limited david@shipmanlawct.com

David M.S. Shaiken
    on behalf of Interested Party Bravo Luck Limited david@shipmanlawct.com

David S. Forsh
    on behalf of Creditor Zheng Wu dforsh@callaripartners.com

David S. Forsh
    on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com

David S. Forsh
    on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com

David V. Harbach, II
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com

David V. Harbach, II
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com

Douglas S. Skalka
    on behalf of Counter-Claimant Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Debtor Genever Holdings LLC dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 4 of 8 |
| Date Rcvd: Jan 27, 2023 | Form ID: pdfdoc2 | Total Noticed: 29 |

Douglas S. Skalka
    on behalf of Chapter 11 Trustee Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Debtor Genever Holdings Corporation dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Defendant Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Plaintiff-Intervenor Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglass E. Barron
    on behalf of Chapter 11 Trustee Luc A. Despins douglassbarron@paulhastings.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Debtor Ho Wan Kwok ehenzy@zeislaw.com cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Interested Party HK International Funds Investments (USA) Limited LLC ehenzy@zeislaw.com, cjervey@zeislaw.com

Evan S. Goldstein
    on behalf of Interested Party Hing Chi Ngok egoldstein@uks.com

Evan S. Goldstein
    on behalf of Interested Party Greenwich Land LLC egoldstein@uks.com

Francis J. Lawall
    on behalf of Interested Party Bravo Luck Limited francis.lawall@troutman.com susan.henry@troutman.com;marcy.smith@troutman.com

Francis J. Lawall
    on behalf of Defendant Bravo Luck Limited francis.lawall@troutman.com susan.henry@troutman.com;marcy.smith@troutman.com

G. Alexander Bongartz
    on behalf of Chapter 11 Trustee Luc A. Despins alexbongartz@paulhastings.com

Holley L. Claiborn
    on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov

Irve J. Goldman
    on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com rmccoy@pullcom.com

Irve J. Goldman
    on behalf of Creditor Committee Pullman & Comley LLC igoldman@pullcom.com, rmccoy@pullcom.com

James C. Graham
    on behalf of Defendant Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham
    on behalf of Trustee Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham
    on behalf of Chapter 11 Trustee Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James J. Healy
    on behalf of Interested Party Williams & Connolly LLP jhealy@cmdhlaw.com

James M. Moriarty
    on behalf of Interested Party HK International Funds Investments (USA) Limited LLC jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty
    on behalf of Counter-Defendant HK International Funds Investments (USA) Limited LLC jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty
    on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com cgregory@zeislaw.com

James M. Moriarty
    on behalf of Counter-Defendant Mei Guo jmoriarty@zeislaw.com cgregory@zeislaw.com

Case 22-50073    Doc 1404    Filed 01/29/23    Entered 01/30/23 00:16:43    Page 5 of 13

| District/off: 0205-5 | User: admin | Page 5 of 8 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: pdfdoc2 | Total Noticed: 29 |

James M. Moriarty
    on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com cgregory@zeislaw.com

James M. Moriarty
    on behalf of Debtor Ho Wan Kwok jmoriarty@zeislaw.com cgregory@zeislaw.com

James M. Moriarty
    on behalf of Interested Party Mei Guo jmoriarty@zeislaw.com cgregory@zeislaw.com

James M. Moriarty
    on behalf of Plaintiff HK International Funds Investments (USA) Limited LLC jmoriarty@zeislaw.com, cgregory@zeislaw.com

Jay Marshall Wolman
    on behalf of Creditor Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman
    on behalf of Plaintiff Logan Cheng jmw@randazza.com ecf-6898@ecf.pacerpro.com

Jeffrey Hellman
    on behalf of Defendant Ho Wan Kwok jeff@jeffhellmanlaw.com christen@jeffhellmanlaw.com

Jeffrey M. Sklarz
    on behalf of Interested Party BakerHostetler jsklarz@gs-lawfirm.com
    aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

John Troy
    on behalf of Interested Party Troy Law PLLC johntroy@troypllc.com

John L. Cesaroni
    on behalf of Interested Party HK International Funds Investments (USA) Limited LLC jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Debtor Ho Wan Kwok jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Counter-Defendant Mei Guo jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Interested Party Mei Guo jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Plaintiff HK International Funds Investments (USA) Limited LLC jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Counter-Defendant HK International Funds Investments (USA) Limited LLC jcesaroni@zeislaw.com

John L. Cesaroni
    on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com

Jonathan Kaplan
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com
    prulewicz@pullcom.com;rmccoy@pullcom.com

Kellianne Baranowsky
    on behalf of Interested Party BakerHostetler kbaranowsky@gs-lawfirm.com
    aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Kristin B. Mayhew
    on behalf of 20 Largest Creditor Weican Meng kmayhew@pullcom.com
    kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Creditor Committee Official Committee of Unsecured Creditors kmayhew@pullcom.com
    kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Creditor Zheng Wu kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of 20 Largest Creditor Rui Ma kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Rui Ma kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Yang Lan kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Boxun Inc. kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 6 of 8 |
| Date Rcvd: Jan 27, 2023 | Form ID: pdfdoc2 | Total Noticed: 29 |

Kristin B. Mayhew
    on behalf of Plaintiff Weican (Watson) Meng kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew
    on behalf of Plaintiff Zheng Wu kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Laura Aronsson
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com

Laura Aronsson
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com

Lawrence S. Grossman
    on behalf of Interested Party BakerHostetler LGrossman@gs-lawfirm.com aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com

Lee Vartan
    on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC lvartan@csglaw.com

Lee Vartan
    on behalf of Interested Party Mei Guo lvartan@csglaw.com

Luc A. Despins
    lucdespins@paulhastings.com matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

Luc A. Despins
    on behalf of Chapter 11 Trustee Luc A. Despins lucdespins@paulhastings.com matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

Lucas Bennett Rocklin
    on behalf of Chapter 11 Trustee Luc A. Despins lrocklin@npmlaw.com NeubertPepeMonteithPC@jubileebk.net

Marc Gottridge
    on behalf of Interested Party UBS AG marc.gottridge@hsf.com

Marcy J. McLaughlin Smith
    on behalf of Interested Party Bravo Luck Limited marcy.smith@troutman.com

Marcy J. McLaughlin Smith
    on behalf of Defendant Bravo Luck Limited marcy.smith@troutman.com

Mia N. Gonzalez
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com

Mia N. Gonzalez
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com

Michael S. Weinstein
    on behalf of Creditor Rong Zhang mweinstein@golenbock.com

Michael S. Weinstein
    on behalf of Creditor Chong Shen Raphanella mweinstein@golenbock.com

Michael S. Weinstein
    on behalf of Creditor Xiaodan Wang mweinstein@golenbock.com

Nancy Bohan Kinsella
    on behalf of Plaintiff-Intervenor Luc A. Despins nkinsella@npmlaw.com moshea@npmlaw.com;smowery@npmlaw.com;npm.bankruptcy@gmail.com

Nicholas A. Bassett
    on behalf of Chapter 11 Trustee Luc A. Despins nicholasbassett@paulhastings.com jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com

Patrick M. Birney
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com

Patrick M. Birney
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com

Patrick M. Birney
    on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com

Patrick N. Petrocelli
    on behalf of Creditor The Sherry-Netherland  Inc. ppetrocelli@stroock.com

Patrick R. Linsey
    on behalf of Chapter 11 Trustee Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey

District/off: 0205-5                          User: admin                              Page 7 of 8
Date Rcvd: Jan 27, 2023                    Form ID: pdfdoc2                         Total Noticed: 29

| | |
|---|---|
| | on behalf of Defendant Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Counter-Claimant Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Plaintiff Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Debtor Genever Holdings Corporation plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Plaintiff-Intervenor Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Debtor Genever Holdings LLC plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Trustee Luc A. Despins plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Peter Friedman | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter Friedman | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of Creditor Zheng Wu pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com |
| Sam Della Fera, Jr. | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC sdellafera@csglaw.com |
| Sam Della Fera, Jr. | on behalf of Interested Party Mei Guo sdellafera@csglaw.com |
| Samuel Bryant Davidoff | on behalf of Interested Party Williams & Connolly LLP sdavidoff@wc.com |
| Sara Pahlavan | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. spahlavan@omm.com |
| Scott D. Rosen | on behalf of Attorney Cohn Birnbaum & Shea  P.C. srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com |
| Scott M. Charmoy | on behalf of Interested Party Lexington Property and Staffing  Inc. scottcharmoy@charmoy.com, ecf-3ae5beb98d9b@ecf.pacerpro.com;charmoysr97992@notify.bestcase.com |
| Scott M. Charmoy | on behalf of Interested Party HCHK Property Management  Inc. scottcharmoy@charmoy.com, ecf-3ae5beb98d9b@ecf.pacerpro.com;charmoysr97992@notify.bestcase.com |
| Scott M. Charmoy | on behalf of Interested Party HCHK Technologies  Inc. scottcharmoy@charmoy.com, ecf-3ae5beb98d9b@ecf.pacerpro.com;charmoysr97992@notify.bestcase.com |
| Sherry J. Millman | on behalf of Creditor The Sherry-Netherland  Inc. smillman@stroock.com |
| Stephen G. Walko | on behalf of Interested Party Ivey  Barnum & O'Mara LLC swalko@ibolaw.com |
| Stephen M. Kindseth | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC skindseth@zeislaw.com, cjervey@zeislaw.com |
| Stephen M. Kindseth | on behalf of Debtor Ho Wan Kwok skindseth@zeislaw.com cjervey@zeislaw.com |
| Stephen M. Kindseth | on behalf of Interested Party Mei Guo skindseth@zeislaw.com cjervey@zeislaw.com |
| Stuart M. Sarnoff | |

| District/off: 0205-5 | User: admin | Page 8 of 8 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: pdfdoc2 | Total Noticed: 29 |

Stuart M. Sarnoff
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com  stuart-sarnoff-1059@ecf.pacerpro.com

    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com

Taruna Garg
    on behalf of Creditor The Sherry-Netherland  Inc. tgarg@murthalaw.com, mgarcia@murthalaw.com

Thomas J. Sansone
    on behalf of Plaintiff Xiaodan Wang tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Attorney Michael S. Weinstein tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Creditor Rong Zhang tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Plaintiff Rong Zhang tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Creditor Chong Shen Raphanella tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Creditor Xiaodan Wang tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Plaintiff Chong Shen Raphanella tsansone@carmodylaw.com

Tiffany Troy
    on behalf of Creditor Troy Law  PLLC troylegalpllc@gmail.com, troylaw@troypllc.com

Tristan G. Axelrod
    on behalf of Creditor Verdolino & Lowey  P.C. taxelrod@brownrudnick.com

Tristan G. Axelrod
    on behalf of Creditor Brown Rudnick LLP taxelrod@brownrudnick.com

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

William R. Baldiga
    on behalf of Defendant Kwok Ho Wan wbaldiga@brownrudnick.com

William R. Baldiga
    on behalf of Creditor Brown Rudnick LLP wbaldiga@brownrudnick.com

TOTAL: 148

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors.[1] | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered)<br><br>Re: ECF Nos. 1332, 1334, 1335, 1345 |

### ORDER OVERRULING OBJECTIONS TO CLAIMS 16, 17, AND 18

On January 6, 2023, Qiu Yu filed Proofs of Claim 16 and 17.  On January 11, 2023, Lee Chu (together with Qiu Yu, the "Creditors") filed Proof of Claim 18 (together with Proofs of Claim 16 and 17, the "Claims").

On January 17, 2023, Ho Wan Kwok (the "Debtor") filed objections to the Claims.  (ECF Nos. 1332, 1334–35, collectively the "Objections to Claims.")  On January 19, 2023, Luc A. Despins, the Chapter 11 Trustee for the estate (the "Estate") of the Debtor, (the "Trustee") filed a Motion to Compel Compliance With Preliminary Injunction and Quashing Individual Debtor's Claims Objections.  (ECF No. 1345, the "Motion.")  On January 24, 2023, the Debtor filed an objection to the Motion.  (ECF No. 1380, the "Objection.")  On January 25, 2023, the Trustee filed a reply.  (ECF No. 1388, the "Reply.")  A hearing on the Motion was held on January 26, 2023.  For the reasons stated on the record and as supplemented below, the Objections to Claims are overruled.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

The Second Circuit has noted that standing in bankruptcy case requires a party be "directly and adversely affected pecuniarily." *Licensing by Paolo, Inc. v. Sinatra ex rel. Gucci (In re Gucci)*, 126 F.3d 380 (2d Cir. 1997). In the Chapter 7 context, the Second Circuit has held that it is "well-established that a Chapter 7 debtor . . . has standing to object . . . only if there could be a surplus after all creditors' claims are paid." *60 E. 80th St. Equities, Inc. v. Sapir (In re 60 E. 80th Street Equities, Inc.)*, 218 F.3d 109, 115 (2d Cir. 2000); *see Cole v. Rescia*, Case No. 3:21-cv-01130-MPS, 2022 WL 4536830, at *4–5 (D. Conn. Sept. 28, 2022).

The Debtor argues that this rule should not apply in Chapter 11 cases because 11 U.S.C. § 1109(b) states "A party in interest, including the debtor . . . may raise and may appear and be heard on any issue in a case under this chapter." *Gucci*, however, was a Chapter 11 case – § 1109(b) has been "restricted through application of principles of standing." 7 COLLIER ON BANKRUPTCY ¶ 1109.01[3] (16th ed. 2022). Hence, "[i]n a chapter 7 case, or a chapter 11 case in which the debtor is not in possession and there is no possibility of a surplus being returned to the debtor, the debtor usually has no pecuniary interest in the outcome of claims objections and thus no standing to object to claims." 4 COLLIER ON BANKRUPTCY ¶ 502.02[2][c]. This is because the appointment of a Chapter 11 trustee divests a Chapter 11 debtor of a bankruptcy trustee's powers and duties. *Kraus-Thomson Org., Ltd. v. McCorhill Publ'g, Inc. (In re McCorhill Publ'g, Inc.)*, 89 B.R. 393, 396 (S.D.N.Y. 1988). Nevertheless, a debtor-out-of-possession "has a pecuniary interest in the equity of the estate if all the creditors can be paid in full, or if each class of impaired claims accepts [a] plan in accordance with 11 U.S.C. § 1129(a)(8)(A), so that the debtor may retain an equity interest." *McCorhill Publ'g*, 89 B.R. at 396.

In his Schedules, the Debtor asserts he has $3,850 in assets, no income, and no expectation of a change in his income. (ECF No. 78.) The Debtor lists in his Schedules that he has $373,803,498.09 in non-priority unsecured debt. (*Id.*) The Debtor has not, at this time, sufficiently established that there is a reasonable possibility of a surplus in this case. Given the Debtor's lack of income, it is likely any Chapter 11 Plan proposed by the Debtor will not pay creditors in full. Therefore, the rule regarding standing in Chapter 7 cases arguably applies here due to the specific facts and circumstances of the Debtor's case.

The Debtor further argues that he has standing to object to the Claims because certain creditors have filed non-dischargeability actions against him. The Court finds this argument unconvincing at this time. As far as the Debtor has alleged, the Claims total roughly $10,000,000 compared to roughly $375,000,000 in scheduled debt. With allegedly less than $4,000 in assets, disallowance of the Claims will have no appreciable impact on the amount received by any non-dischargeable claim(s).

In addition, the Debtor argues that he should be allowed to object to the Claims to assure the Trustee that certain claims the Debtor views as an impediment to settlement should be disallowed. It is the Trustee's duty – not the Debtor's – to determine whether to object to the Claims as his investigation develops. *See McCorhill Publ'g*, 89 B.R. at 396. There is no benefit to the Estate to have the debtor-out-of-possession running a parallel investigation absent any evidence that the Trustee is neglecting his duties. *See Kowal v. Malkemus (In re Thompson),* 965 F.2d 1136, 1147 (1st Cir. 1992); *Merhav Ampal Grp., Ltd. v. Merhav (M.N.F.) Ltd. (In re Ampal-Am. Israel Corp.),* 545 B.R. 802, 809 (Bankr. S.D.N.Y. 2016). It has been only 20 days since the first of the Creditors filed their claims. The deadline for filing Proofs of Claim in this case has not yet passed. (ECF No. 1297.)

Therefore, the Court finds the Debtor lacks standing to assert the Objections to Claims, and for that reason, the Objections to Claims are overruled.

Furthermore, the Debtor must obtain this Court's approval before filing any future objections to claims. In making this determination, the Second Circuit requires this Court consider

> (1) the [Debtor's] history of litigation and in particular whether it entailed vexatious, harassing, or duplicative lawsuits; (2) the [Debtor's] motive in pursuing the litigation, e.g., does the litigant have an objective good faith expectation of prevailing?; (3) whether the litigant is represented by counsel; (4) whether the litigant has caused needless expense to other parities our has posed an unnecessary burden on the courts and their personnel; and (5) whether other sanctions would be adequate to protect the courts and other parties.

*Safir v. U.S. Lines, Inc.*, 792 F.2d 19, 24 (2d Cir. 1986). The Court notes the six exhibits introduced into evidence at the hearing. Without ruling at this time on the remaining relief requested by the Motion, these exhibits, coupled with the numerous findings of fact in the Corrected Memorandum of Decision Granting In Part Motion For Preliminary Injunction, *Pac. All. Asia Opportunity Fund L.P. v. Kwok (In re Kwok)*, Adv. P. No. 22-05032 (JAM) (Bankr. D. Conn. Jan. 13, 2023), ECF No. 133, raise questions as to why the Debtor would file and prosecute the Claims Objections at this time. The claims process is central to the purpose of bankruptcy. *Cf. Stern v. Marshall*, 564 U.S. 462 (2011). The Court takes the administration of the claims process very seriously.

Accordingly, it is hereby

**ORDERED:** The Claims Objections are **OVERRULED** without prejudice. The Creditors are not required to file responses to the Claims Objections on or before February 16, 2023. For the avoidance of doubt, the February 16, 2023, response deadlines set by the Claims Objections are null and void; and it is further

**ORDERED:** The Debtor may not file any future objections to Proofs of Claim in these bankruptcy cases without seeking and obtaining the permission of this Court to do so; and it is further

**ORDERED:** At or before 5:00 p.m. on January 27, 2023, the Debtor must serve this Order on the Creditors by overnight mail and file a certificate of service demonstrating compliance with this Order at or before 12:00 p.m. on January 30, 2023.

Dated at Bridgeport, Connecticut this 27th day of January, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut