# Exhibit 2

Case 22-50073    Doc 1409-2    Filed 01/30/23    Entered 01/30/23 10:03:34    Page 1 of 4

No organization or individual shall have any privilege beyond the Constitution or the law.

### Article 6

The foundation of the socialist economic system of the People's Republic of China is socialist public ownership of the means of production, that is, ownership by the whole people and collective ownership by the working people. The system of socialist public ownership has eradicated the system of exploitation of man by man, and practices the principle of "from each according to his ability, to each according to his work."

In the primary stage of socialism, the state shall uphold a fundamental economic system under which public ownership is the mainstay and diverse forms of ownership develop together, and shall uphold an income distribution system under which distribution according to work is the mainstay, while multiple forms of distribution exist alongside it.

### Article 7

The state sector of the economy, that is, the sector of the socialist economy under ownership by the whole people, shall be the leading force in the economy. The state shall ensure the consolidation and development of the state sector of the economy.

### Article 8

Rural collective economic organizations shall practice a two-tiered system of both unified and separate operations with household contract management as its basis. Rural economic cooperatives — producer, supply and marketing, credit and consumer cooperatives — are part of the socialist economy under collective ownership by the working people. Working people who belong to rural collective economic organizations shall have the right, within the scope prescribed by law, to farm cropland and hillsides allotted to them for their private use, engage in household sideline production, and raise privately owned livestock.

**Article 18**

The People's Republic of China shall permit foreign enterprises, other economic organizations and individuals, to invest in China and to enter into various forms of economic cooperation with Chinese enterprises or other economic organizations in accordance with the provisions of law of the People's Republic of China.

All foreign enterprises, other foreign economic organizations and Chinese-foreign joint ventures in the territory of China shall abide by the law of the People's Republic of China. Their lawful rights and interests shall be protected by the law of the People's Republic of China.

**Article 19**

The state shall develop socialist education to raise the scientific and cultural level of the whole nation.

The state shall run schools of all types, provide universal compulsory primary education, develop secondary, vocational and higher education, and also develop preschool education.

The state shall develop different types of educational facilities, eliminate illiteracy, provide political, cultural, scientific, technical and field-specific education for workers, peasants, state employees and other working people, and encourage people to become accomplished individuals through self-study.

The state shall encourage collective economic organizations, state enterprises, public institutions and other social actors to run education programs of various types in accordance with the provisions of law.

The state shall promote the common speech — *putonghua* — used nationwide.

**Article 20**

The state shall develop the natural and social sciences, disseminate scientific and technological knowledge, and commend and award research achievements and technological discoveries and inventions.

**Article 81**

The president of the People's Republic of China engages in affairs of state and receives foreign diplomatic envoys on behalf of the People's Republic of China and, pursuant to decisions of the National People's Congress Standing Committee, appoints or recalls plenipotentiary representatives abroad and ratifies or abrogates treaties and important agreements concluded with foreign countries.

**Article 82**

The vice president of the People's Republic of China shall assist the president in his or her work.

The vice president of the People's Republic of China may, when so entrusted by the president, exercise part of the functions and powers of the president on his or her behalf.

**Article 83**

The president and the vice president of the People's Republic of China shall exercise their functions and powers until the president and the vice president elected by the next National People's Congress assume office.

**Article 84**

In the event that the office of president of the People's Republic of China becomes vacant the vice president shall succeed to the office of president.

In the event that the office of vice president of the People's Republic of China becomes vacant the National People's Congress shall elect a new vice president to fill the vacancy.

In the event that the offices of both president and vice president of the People's Republic of China become vacant the National People's Congress shall elect a new president and a new vice president; prior to their election, the chairperson of the National People's Congress Standing Committee shall temporarily act as the president.