**5.**     **Deposit-taking Companies Advisory Committee**

(1) There is hereby established a Deposit-taking Companies Advisory Committee for the purpose of advising the Chief Executive upon any matter connected with this Ordinance, in particular in relation to deposit-taking companies and restricted licence banks and the carrying on of a business of taking deposits by them, and of advising the Chief Executive in Council and in any case where the advice of the Committee is sought under section 53(2). *(Amended 3 of 1990 s. 2; 94 of 1993 s. 5)*

(2) The Deposit-taking Companies Advisory Committee shall consist of the Financial Secretary, who shall be the chairman, the Monetary Authority, and such other persons, not being less than 4 nor more than 12, as the Chief Executive may from time to time appoint.

(3) The members of the Deposit-taking Companies Advisory Committee appointed by the Chief Executive shall hold office for such period and upon such terms as the Chief Executive may specify in their appointments.

(4) In the absence of the chairman at any meeting of the Deposit-taking Companies Advisory Committee, the Financial Secretary may appoint the chairman.

*(Amended 82 of 1992 s. 13; 68 of 1999 s. 3)*

**6.**     *(Repealed 82 of 1992 s. 14)*

**7.**     **Functions of the Monetary Authority**

(1) The principal function of the Monetary Authority under this Ordinance shall be to promote the general stability and effective working of the banking system. *(Amended 82 of 1992 s. 15)*

(2) Without limiting the generality of subsection (1), the Monetary Authority shall— *(Amended 82 of 1992 s. 25)*

   (a) be responsible for supervising compliance with the provisions of this Ordinance;

   (b) take all reasonable steps to ensure that the principal places of business, local branches, local offices, overseas branches and overseas representative offices of all authorized institutions and local representative offices are operated in a responsible, honest and business-like manner; *(Amended 32 of 2001 s. 3)*

   (c) promote and encourage proper standards of conduct and sound and prudent business practices amongst authorized institutions and money brokers; *(Amended 4 of 1997 s. 4)*

   (d) suppress or aid in suppressing illegal, dishonourable or improper practices in relation to the business practices of authorized institutions;

   (e) co-operate with and assist recognized financial services supervisory authorities of Hong Kong or of any place outside Hong Kong, whenever appropriate, to the extent permitted by this or any other Ordinance; *(Amended 95 of 1991 s. 4; 6 of 2002 s. 3)*

   (f) consider and propose reforms of the law relating to banking business and the business of taking deposits; and *(Amended 6 of 2002 s. 3)*

   (g) take all reasonable steps to ensure that any banking business, any business of taking deposits, or any other business, carried on by an authorized institution is carried on—

      (i) with integrity, prudence and the appropriate degree of professional competence; and

(5) Every director, every chief executive and every manager of an authorized institution that contravenes subsection (2) or (4) commits an offence and is liable—

(a) on conviction on indictment to a fine at tier 7 and to imprisonment for 2 years and, in the case of a continuing offence, to a further fine at tier 3 for every day during which the offence continues; or

(b) on summary conviction to a fine at tier 5 and to imprisonment for 6 months and, in the case of a continuing offence, to a further fine at tier 2 for every day during which the offence continues.

(6) A notice made under section 106(2) and in force immediately before the commencement date* of section 14 of the Banking (Amendment) Ordinance 2012 (3 of 2012) is, on and after that date*, deemed to have been made under subsection (3) and, accordingly, may be amended by a notice made under that subsection.

*(Added 3 of 2012 s. 14)*

_____

Editorial Note:

* Commencement date : 1 January 2015.

**120. Official secrecy**

(1) Except as may be necessary for the exercise of any function under this Ordinance or for carrying into effect the provisions of this Ordinance, every person to whom this subsection applies— *(Amended 64 of 1987 s. 26)*

(a) shall preserve and aid in preserving secrecy with regard to all matters relating to the affairs of any person that may come to his knowledge in the exercise of any function under this Ordinance;

(b) shall not communicate any such matter to any person other than the person to whom such matter relates; and

(c) shall not suffer or permit any person to have access to any records in the possession, custody or control of any person to whom this subsection applies.

(2) Subsection (1) shall apply to any person who is or has been—

(a) a public officer;

(b) a person authorized by the Monetary Authority;

(c) the Advisor of an authorized institution; *(Replaced 49 of 1995 s. 36)*

(d) the Manager of an authorized institution; *(Replaced 49 of 1995 s. 36)*

(da) a person appointed under section 53G(5); *(Added 49 of 1995 s. 36)*

(e) a person appointed under section 117(2); and

(f) a person employed by or assisting a person to whom this subsection applies by virtue of paragraph (b), (c), (d), or (e),

who exercises or has exercised any function under this Ordinance.

(3) Subsection (1) shall not apply if the Manager of an authorized institution is required to comply with a notice to furnish returns and information under section 51 of the Inland Revenue Ordinance (Cap. 112). *(Replaced 49 of 1995 s. 36)*

(4) No person who exercises any function in the course of an examination or investigation under section 47, 50, 55 or 117 or who receives reports, returns or information submitted under section 47, 50, 55, 56, 59, 63 or 64 shall be required to produce in any court any book, account or other document whatsoever or to divulge or communicate to any court any

Case 22-50073    Doc 1409-11    Filed 01/30/23    Entered 01/30/23 10:03:34    Page 5 of 10

Banking Ordinance

Part XXI

Section 120

21-10

Cap. 155

matter or thing coming under his notice in the exercise of his functions under this Ordinance, except as may be necessary in the course of a prosecution for any offence or of a winding-up by the Court of First Instance under section 122. *(Amended 67 of 1992 s. 9; 25 of 1998 s. 2)*

(5) Subsection (1) shall not apply—

(a) to the disclosure of information in the form of a summary of similar information provided by a number of authorized institutions if the summary is so framed as to prevent particulars relating to the business of any particular authorized institution being ascertained from it;

(b) to the disclosure of information with a view to the institution of, or otherwise for the purposes of, any criminal proceedings, whether under this Ordinance or otherwise;

(c) in connection with any other legal proceedings arising out of this Ordinance;

(d) to the disclosure of information to the police or the Independent Commission Against Corruption, at the request of the Secretary for Justice, relevant to the proper investigation of any criminal complaint; *(Amended L.N. 362 of 1997)*

(da) to the disclosure of information to the Review Tribunal; *(Added 19 of 2005 s. 7)*

(db) to the disclosure of information to the Anti-Money Laundering and Counter-Terrorist Financing Review Tribunal established under section 55 of the Anti-Money Laundering and Counter-Terrorist Financing Ordinance (Cap. 615); *(Added 15 of 2011 s. 86. Amended 4 of 2018 s. 42)*

Case 22-50073    Doc 1409-11    Filed 01/30/23    Entered 01/30/23 10:03:34    Page 6 of 10

Banking Ordinance

Part XXI
Section 120

21-12
Cap. 155

- (dc) to the disclosure of information to the Resolution Compensation Tribunal; *(Added 23 of 2016 s. 210)*
- (dd) to the disclosure of information to the Resolvability Review Tribunal; *(Added 23 of 2016 s. 210)*
- (de) to the disclosure of information by the Monetary Authority to a resolution authority for the purpose of enabling or assisting the resolution authority to exercise its functions under the Financial Institutions (Resolution) Ordinance (Cap. 628); *(Added 23 of 2016 s. 210. Amended E.R. 2 of 2017)*
- (e) to the disclosure of information by the Monetary Authority with a view to the institution of, or otherwise for the purposes of, any disciplinary proceedings relating to the exercise of his professional duties by an auditor or former auditor of an authorized institution or former authorized institution, whether or not the auditor or former auditor, as the case may be, was appointed under section 50, 59 or 63; *(Replaced 43 of 1990 s. 9. Amended 67 of 1992 s. 9)*
- (f) to the disclosure of information by the Monetary Authority to the Chief Executive, the Financial Secretary, an inspector appointed by the Financial Secretary to investigate the affairs of a company, a person holding an authorized statutory office or any public officer authorized by the Financial Secretary for the purposes of this paragraph where, in the opinion of the Monetary Authority— *(Amended L.N. 96 of 1993; 68 of 1999 s. 3; L.N. 106 of 2002)*
  - (i) it is desirable or expedient that information should be so disclosed in the interests of depositors or potential depositors or the public interest; or

Case 22-50073   Doc 1409-11   Filed 01/30/23   Entered 01/30/23 10:03:34   Page 7 of 10

Banking Ordinance

Part XXI  
Section 120

21-14  
Cap. 155

  (ii) such disclosure will enable or assist the recipient of the information to exercise his functions and it is not contrary to the interests of depositors or potential depositors or the public interest that the information should be so disclosed; *(Replaced 95 of 1991 s. 40)*

(fa) to the disclosure of information by the Monetary Authority to the Securities and Futures Commission relating to—

  (i) the carrying on of a regulated activity by a registered institution; or

  (ii) the carrying on by an authorized institution of the business of receiving or holding client assets, within the meaning of Schedule 1 to the Securities and Futures Ordinance (Cap. 571), of intermediaries, within the meaning of Schedule 1 to that Ordinance, of which the institution is an associated entity within the meaning of Schedule 1 to that Ordinance; *(Added 6 of 2002 s. 12)*

(g) to the disclosure of information by the Monetary Authority to an auditor of an authorized institution or former authorized institution, or to a former auditor, for the purpose of enabling or assisting the Monetary Authority to discharge his functions under this Ordinance; *(Replaced 43 of 1990 s. 9. Amended L.N. 276 of 1990; 95 of 1991 s. 40)*

(gaa) to the disclosure of information by the Monetary Authority to the Hong Kong Deposit Protection Board established by section 3 of the Deposit Protection Scheme Ordinance (Cap. 581) for the purpose of enabling or assisting the Board to exercise its functions under that Ordinance; *(Added 7 of 2004 s. 55)*

      (ga)    to the disclosure of information—

          (i)    to any person appointed under section 5A(3) of the Exchange Fund Ordinance (Cap. 66); and

          (ii)    where such disclosure will enable or assist such person to assist the Monetary Authority in the performance of any of the functions referred to in that section; *(Added 49 of 1995 s. 36)*

      (h)    subject to subsection (5D), to the disclosure of information by the Monetary Authority with the consent of—

          (i)    the person from whom the information was obtained or received; and

          (ii)    where the information does not relate to such person, the person to whom it relates; or *(Added 95 of 1991 s. 40)*

      (i)    to the disclosure of information which has been made available to the public by virtue of being disclosed in any circumstances in which, or for any purpose for which, disclosure is not precluded by this section or section 121. *(Added 95 of 1991 s. 40)*

(5A)    For the purposes of subsection (5)(f), **authorized statutory office** (認可法定職位) means—

      (a)    the Insurance Authority established under section 4AAA of the Insurance Ordinance (Cap. 41); *(Replaced 12 of 2015 s. 105)*

      (b)    the Securities and Futures Commission; *(Replaced 10 of 1989 s. 65. Amended 18 of 2006 s. 78)*

      (c)    the Mandatory Provident Fund Schemes Authority established by section 6 of the Mandatory Provident Fund Schemes Ordinance (Cap. 485); or *(Repealed 10 of*

*1989 s. 65. Added 4 of 1998 s. 7. Amended 18 of 2006 s. 78)*

(d) *(Repealed 10 of 1989 s. 65)*

(e) the Accounting and Financial Reporting Council continued under section 6 of the Accounting and Financial Reporting Council Ordinance (Cap. 588). *(Added 18 of 2006 s. 78. Amended L.N. 66 of 2022)*

*(Added 68 of 1988 s. 2. Amended 4 of 1998 s. 7)*

(5B) The Legislative Council may, by resolution, amend subsection (5A). *(Added 68 of 1988 s. 2)*

(5C) The Monetary Authority may attach a condition to any disclosure of information made pursuant to subsection (5)(b), (c), (d), (e), (f), (fa), (gaa) or (ga), and shall attach a condition to any disclosure of information made pursuant to subsection (5)(g), that neither— *(Amended 49 of 1995 s. 36; 6 of 2002 s. 12; 7 of 2004 s. 55)*

(a) the person to whom the information has been disclosed; nor

(b) any person obtaining or receiving the information (whether directly or indirectly) from the person referred to in paragraph (a),

shall disclose that information to any other person without the consent of the Monetary Authority. *(Added 95 of 1991 s. 40)*

(5D) Subsection (5)(h) shall not operate to require the Monetary Authority to disclose in or in relation to any civil proceedings any information which he may disclose, or has disclosed, pursuant to that subsection. *(Added 95 of 1991 s. 40. Amended 94 of 1993 s. 28)*

(6) Any person who—

(a) contravenes subsection (1);

Case 22-50073   Doc 1409-11   Filed 01/30/23   Entered 01/30/23 10:03:34   Page 10 of 10

Banking Ordinance

Part XXI  
Section 121

21-20  
Cap. 155

(b) aids, abets, counsels or procures any person to contravene subsection (1); or

(c) knowing that the condition referred to in subsection (5C) has been attached to a disclosure of information made pursuant to subsection (5), contravenes, or aids, abets, counsels or procures any person to contravene, that condition, *(Added 95 of 1991 s. 40)*

commits an offence and is liable—

(i) on conviction upon indictment to a fine at tier 8 and to imprisonment for 2 years; or

(ii) on summary conviction to a fine at tier 5 and to imprisonment for 6 months. *(Amended 4 of 1997 s. 27)*

(7) Subsection (5)(a), (e) and (g) shall apply to and in relation to approved money brokers and former approved money brokers as it applies to and in relation to authorized institutions and former authorized institutions respectively, and the other provisions of this Ordinance shall be construed accordingly. *(Added 4 of 1997 s. 17)*

*(Amended 3 of 1990 s. 46; 82 of 1992 s. 20)*

**121. Disclosure of information relating to authorized institutions**

(1) Subject to subsection (3), and notwithstanding section 120, the Monetary Authority may disclose information to an authority in a place outside Hong Kong where—

(a) that authority exercises functions in that place corresponding to the functions of—

(i) the Monetary Authority; or

(ii) an authorized statutory office within the meaning of section 120(5A); and

(b) in the opinion of the Monetary Authority—