# Part VIII

# Evidence for Proceedings in Other Jurisdictions

*(Part VIII replaced 2 of 1977 s. 3)*

*(Format changes—E.R. 4 of 2018)*

**74. Interpretation**

In this Part, unless the context otherwise requires—

***civil proceedings*** (民事法律程序), in relation to the requesting court, means proceedings in any civil or commercial matter;

***live television link*** (電視直播聯繫) means a system in which two places are equipped with, and linked by, audio visual facilities that enable persons at one place to see and hear persons at the other place, and vice versa, at the same time; *(Added 23 of 2003 s. 12)*

***requesting court*** (提出請求的法院) has the meaning given in section 75;

***request*** (請求、請求書) includes any commission, order or other process issued by or on behalf of the requesting court.

[cf. 1975 c. 34 s. 9(1) U.K.]

**Evidence for civil proceedings**

**75. Application to the Court of First Instance for assistance in obtaining evidence for civil proceedings in another court**

Where an application is made to the Court of First Instance for an order for evidence to be obtained in Hong Kong and the court is satisfied—

(a) that the application is made in pursuance of a request issued by or on behalf of a court or tribunal (***the***

        *requesting court*) exercising jurisdiction in a country or territory outside Hong Kong; and

  (b)  that the evidence to which the application relates is to be obtained for the purposes of civil proceedings which either have been instituted before the requesting court or whose institution before that court is contemplated,

the Court of First Instance shall have the powers conferred on it by this Part.

*(Amended 25 of 1998 s. 2)*

*[cf. 1975 c. 34 s. 1 U.K.]*

**76.   Power of a court in Hong Kong to give effect to an application for assistance**

  (1)  Subject to this section, the Court of First Instance shall have power, on any such application as is mentioned in section 75, by order to make such provision for obtaining evidence in Hong Kong as may appear to the court to be appropriate for the purpose of giving effect to the request in pursuance of which the application is made; and any such order may require a person specified therein to take such steps as the court considers appropriate for that purpose. *(Amended 25 of 1998 s. 2)*

  (2)  Without prejudice to the generality of subsection (1) but subject to this section, an order under this section may, in particular, make provision—

    (a)  for the examination of witnesses by any means, including by way of a live television link; *(Amended 23 of 2003 s. 13)*

    (b)  for the production of documents;

    (c)  for the inspection, photographing, preservation, custody or detention of any property;

(d) for the taking of samples of any property and the carrying out of any experiments on or with any property;

(e) for the medical examination of any person.

(3) An order under this section shall not require any particular steps to be taken unless they are steps which can be required to be taken by way of obtaining evidence for the purposes of civil proceedings in the court making the order (whether or not proceedings of the same description as those to which the application for the order relates); but this subsection shall not preclude the making of an order requiring a person to give evidence otherwise than on oath where this is asked for by the requesting court. *(Amended 23 of 2003 s. 13)*

(4) An order under this section shall not require a person—

(a) to state what documents relevant to the proceedings to which the application for the order relates are or have been in his possession, custody or power; or

(b) to produce any documents other than particular documents specified in the order as being documents appearing to the court making the order to be, or to be likely to be, in his possession, custody or power.

(5) A person who, by virtue of an order under this section, is required to attend at any place shall be entitled to the like conduct money and payment for expenses and loss of time as on attendance as a witness in civil proceedings before the Court of First Instance. *(Amended 25 of 1998 s. 2)*

*[cf. 1975 c. 34 s. 2 U.K.]*

## 77. Privilege of witnesses

(1) A person shall not be compelled by virtue of an order under section 76 to give any evidence which he could not be compelled to give—