The Rules of the High Court

(2) Subject to the provisions of these rules, a judgment or order for the delivery of any goods or payment of their assessed value may be enforced by one or more of the following means, that is to say—

    (a) writ of delivery to recover the goods or their assessed value;

    (b) by order of the Court, writ of specific delivery;

    (c) in a case in which rule 5 applies, writ of sequestration.

An application for an order under sub-paragraph (b) shall be made by summons, which must, notwithstanding Order 65, rule 9, be served on the defendant against whom the judgment or order sought to be enforced was given or made.

(3) A writ of specific delivery, and a writ of delivery to recover any goods or their assessed value, may include provision for enforcing the payment of any money adjudged or ordered to be paid by the judgment or order which is to be enforced by the writ.

(4) A judgment or order for the payment of the assessed value of any goods may be enforced by the same means as any other judgment or order for the payment of money.

**5. Enforcement of judgment to do or abstain from doing any act (O. 45, r. 5)**

(1) Where—

    (a) a person required by a judgment or order to do an act within a time specified in the judgment or order refuses or neglects to do it within that time or, as the case may be, within that time as extended or abridged under Order 3, rule 5, or

    (b) a person disobeys a judgment or order requiring him to abstain from doing an act,

then, subject to the provisions of these rules, the judgment or order may be enforced by one or more of the following means, that is to say—

(i) with the leave of the Court, a writ of sequestration against the property of that person;

(ii) where that person is a body corporate, with the leave of the Court, a writ of sequestration against the property of any director or other officer of the body;

(iii) an order of committal against that person or, where that person is a body corporate, against any such officer.

(2) Where a judgment or order requires a person to do an act within a time therein specified and an order is subsequently made under rule 6 requiring the act to be done within some other time, references in paragraph (1) of this rule to a judgment or order shall be construed as references to the order made under rule 6.

(3) Where under any judgment or order requiring the delivery of any goods the person liable to execution has the alternative of paying the assessed value of the goods, the judgment or order shall not be enforceable by order of committal under paragraph (1), but the Court may, on the application of the person entitled to enforce the judgment or order, make an order requiring the first mentioned person to deliver the goods to the applicant within a time specified in the order, and that order may be so enforced.

**6.   Judgment, etc. requiring act to be done: order fixing time for doing it (O. 45, r. 6)**

(1) Notwithstanding that a judgment or order requiring a person to do an act specifies a time within which the act is to be done, the Court shall, without prejudice to Order 3, rule 5, have power to make an order requiring the act to be done

# Order 70

## Obtaining Evidence for Requesting Courts

*(L.N. 146 of 2015)*

1. **Interpretation and exercise of jurisdiction (O. 70, r. 1)**

    (1) In this Order *the Ordinance* (條例) means the Evidence Ordinance (Cap. 8) and expressions used in this Order which are used in the Ordinance shall have the same meaning as in the Ordinance.

    (2) The power of the Court of First Instance to make an order under section 76 or section 76 as extended by section 77B of the Ordinance may be exercised by the Registrar. *(L.N. 403 of 1992; 25 of 1998 s. 2)*

2. **Application for order (O. 70, r. 2)**

    (1) Subject to rule 3 an application for an order under the Ordinance must be made ex parte and must be supported by affidavit.

    (2) There shall be exhibited to the affidavit the request in pursuance of which the application is made, and if the request is not in the English language, a translation thereof in that language.

3. **Application by Law Officer (International Law) in certain cases (O. 70 r. 3)**

    Where a request—

    (a) is received by the Chief Secretary for Administration and sent by him to the Registrar with an intimation that effect should be given to the request without requiring an application for that purpose to be made by the agent