# Exhibit 1



### Felix Dasser

Partner

Felix Dasser is a senior member and former head of the Litigation / Arbitration practice. He has more than 30 years of experience with a focus on litigating and arbitrating international commercial and investment disputes. He is also a renowned academic and expert on Swiss law.



He advises on international litigation strategies. He represents clients before Swiss courts and authorities and assist in foreign proceedings. His range of expertise covers, in particular, banking and insurance, M&A, commodity sales, distribution agreements, IT, engineering, investment, and international legal assistance. He also advises on and conducts regulatory and compliance investigations.

He has acted as counsel and arbitrator (sole arbitrator, co-arbitrator, and chairman) in numerous international arbitration cases, including as global lead counsel in a billion-dollar IT-dispute and lead counsel in an investment dispute against a Central European State. He is familiar with various arbitration rules. Since 2020, he is President of ASA, the Swiss Arbitration Association.

As professor of law for private law, private international law and private comparative law, Felix Dasser lectures and publishes regularly in the fields of international commercial dispute resolution and international business law. He is visiting professor at the China University of Political Science and Law and taught at the Hague Academy of International Law. He also frequently appears as expert witness on Swiss law in Swiss and foreign court and arbitration proceedings.

**Homburger AG**
Prime Tower
Hardstrasse 201
CH-8005 Zurich

T +41 43 222 16 52
felix.dasser@homburger.ch

**E-Mail Assistant**
sabrina.spuler@homburger.ch

### Career

| | |
|---|---|
| 2005 | Professor of Law ("*Titularprofessor*"), University of Zurich |
| 2000 | Partner at Homburger |
| 1999 | Senior Lecturer ("*Privatdozent*", habil.), Zurich Law School |
| 1991 | Associate at Homburger |
| 1991 | Bar admission |
| 1990 | Harvard Law School (LL.M.) |
| 1989 | University of Zurich (Dr. iur.) |
| 1985 | University of Zurich (lic. iur.) |

### Teams
Litigation / Arbitration
White Collar / Investigations
China Focus Group
Insurance

### Languages
German, English, French

### Bar registration
At all Swiss courts

Homburger

## Publications
_____

**A. Books**

1. *"Soft Law" in International Commercial Arbitration*, Pocketbooks of the Hague Academy of International Law, 2021, 300 p.

2. *The Liechtenstein Rules of Arbitration (Liechtenstein Rules). A Commentary including the French Version and Model Clauses*, Weblaw, Bern 2015, 120 p. (with Nicholas W. Reithner)

3. *Vertragstypenrecht im Wandel – Konsequenzen mangelnder Abgrenzbarkeit der Typen [Contract Types – Consequences of Insufficient Distinctions between Contract Types]*, Schulthess/Nomos Zurich / Baden-Baden 2000 (Habilitation), 360 p.

4. *Internationale Schiedsgerichte und lex mercatoria. Rechtsvergleichender Beitrag zur Diskussion über ein nicht-staatliches Handelsrecht [International Commercial Arbitration and Lex Mercatoria: Comparative Legal Contribution to the Discussion About a Non-national Commercial Law]*, Schweizer Studien zum internationalen Recht, vol. 59, Schulthess Zurich 1989 (doctoral thesis), 408 p.

**B. Editions**

1. *Clear Path or Jungle in Commercial Arbitrators' Conflict of Interest?*, ASA Special Series No. 48, Wolters Kluwer 2021, 216 p.

2. *Kommentar zum Lugano-Übereinkommen [Commentary of the Lugano Convention]*, 3rd ed. 2021, Stämpfli Verlag, editor, with Paul Oberhammer, 1500 p.

3. *Kommentar zum Lugano-Übereinkommen [Commentary of the Lugano Convention]*, 2nd ed. 2011, Stämpfli Verlag, editor, with Paul Oberhammer, 1300 p.

4. *Kommentar zum Lugano-Übereinkommen [Commentary of the Lugano Convention]*, 1st ed. 2009, Stämpfli Verlag, editor, with Paul Oberhammer, 1100 p.

**C. Recent Commentaries**

1. *Art. 19-31* (articles 19-31 Swiss Code of Obligations on party autonomy, nullity of contracts, defects of conclusion), in: *Kommentar zum Schweizerischen Obligationenrecht [Commentary on Swiss Law of Obligations]* (Kren Kostkiewicz/Wolf/Amstutz/Fankhauser, eds.), 4th ed. Orell Füssli Zürich 2023 33 p.

2. *Teil 3* (commentary on Part 3, articles 353-399 on domestic arbitration), in: *Kurzkommentar ZPO [Commentary in Federal Code of Civil Procedure]*, (Oberhammer, ed.) Helbing Lichtenhahn, 3rd ed. Basel 2021, 209 p.

3. *Art. 1-4 und 27-30 [Commentary of Art. 1-4 and 27-30]* in: Kommentar zum Lugano-Übereinkommen (LugÜ) [Commentary of the Lugano Convention], (Felix Dasser, Paul Oberhammer, eds), 3rd ed. 2021, Stämpfli Verlag, 171 p.

4. *Art. 136-139, 143-148* (commentary on articles 136-139, 143-148 on various tort and general obligation issues), in: *Kommentar zum schweizerischen Privatrecht – Internationales Privatrecht [Commentary on Swiss Private*

*International Law Act]* (Grolimund/Loacker/Schnyder/Berti, eds.), 4th ed. Basle 2020, 123 p.

**D.   Selected Articles**

1. *ZZZ Talk: Interview mit Felix Dasser,* in: ZZZ / PCEF, 59/2022, 256 ff.

2. *President's Message: Sanctions and the Rule of Law*, in: ASA Bulletin, Vol. 40 (3), 2022, 523-524

3. *1 + 1 = 3. Von der Bedeutung der Gerichte für die Schiedsgerichte [1 + 1 = 3. On the importance of the courts for the arbitral tribunals]*, in: 100 Jahre Fürstlicher Oberster Gerichtshof [100 Years of the Supreme Court of the Principality of Liechtenstein (Schumacher/Zimmermann, eds), Wien 2022, 257-267

4. *Swiss International Arbitral Awards Before the Federal Supreme Court. Statistical Data 1989-2019*, in: ASA Bulletin 39 (1), 2021, 7-41 (with Piotr Wóitowicz)

5. *Berufsgeheimnisschutz für interne Rechtsdienste? [Legal Privilege for In-House Counsel?]*, in: Jusletter 18. Januar 2021 (7 p.)

6. *Revision of Chapter 12 of the PILA or Why and How to Modernize a (Still) Modern Law*, in: New Developments in International Commercial Arbitration 2020 (Müller/Besson/Rigozzi, eds), Bern 2020, 1-26

7. *International Arbitration: Switzerland 2020*, in: The International Comparative Legal Guide to: International Arbitration 2020, 241-250

8. *Begehungsort einer Conspiracy. Entscheidung des U.K. Supreme Court vom 21. März 2018 [Place where a conspiracy is committed. Decision of the U. Supreme Court of 21 March 2018]*, in: ZEuP, 2020, Heft 1, 213-224 (with Roman Baechler)

9. *"Soft Law" in International Commercial Arbitration*, in: Collected Courses of the The Hague Academy of International Law, Vol. 402, 2019, 385-596

10. *Soft Law in International Commercial Arbitration – A Critical Approach (6th Bergsten Lecture)*, in: Austrian Yearbook on International Arbitration 2019, Manz 2019, 111-127

11. *Efficient Drafting of the Arbitral Award: Traditional Ways Revisited – Lesson Learned from the Past?*, in: Austrian Yearbook on International Arbitration 2019, Manz 2019, 279-315 (with Emmanuel O. Igbokwe)

12. *Rechtshängigkeit international – neue Spielregeln für forum running [international lis pendens – new rules of the game for forum running]*, in: Rechtshängigkeit – national und international, CIVPRO Vol. 12 (Markus/Rodriguez, eds.), Stämpfli 2018, 79-103

13. *Anwendung nichtstaatlichen materiellen Rechts in der internationalen Handelsschiedsgerichtsbarkeit, [Application of non-state substantive law in international commercial arbitration]*, in: Post-M&A-Schiedsverfahren (Wilhelmi/Stürner, eds.), Springer Wiesbaden 2018, 157-164

14. *Der richtige Schiedsstandort – Korreferat [The right arbitration venue – co-presentation]*, in: Post-M&A-Schiedsverfahren (Wilhelmi/Stürner, eds.), Springer Wiesbaden 2018, 179-186

Homburger

15. *BGer: 4A_417/2017: Zulässigkeit von internationalem forum running* [Admissibility of international fiorum running, case commentary Federal Tribunal 4A_417/2017]*,* in: AJP/PJA, 7/2018, pp. 916-924 (with Franz Hoffet and Martin Thomann)

16. *Die Durchsetzung von Gerichtsstandsvereinbarungen – eine Echternacher Springprozession? [Enforcement of choice of forum agreements – an ongoing back-and-forth?]*, in: Zivilprozess und Vollstreckung national und international, Festschrift für Jolanta Kren Kostkiewicz (Markus/Hrubesch-Millauer/Rodriguez, eds.), Stämpfli Bern 2018, 21-38

17. *Gerichtsstandsvereinbarungen nach dem Lugano-Übereinkommen (Schweiz) [Forum Selection Clauses under the Lugano Convention (Switzerland)]*, in: Handbuch der Streitbeilegungsklauseln (Geimer/Czernich, eds.), 2017, 301-326.

18. *Equality of Arms in International Arbitration: Do Rules and Guidelines Level the Playing Field and Properly Regulate Conduct? – Can They? Will they? Should They? The Example of the IBA Guidelines on Party Representation*, in: International Arbitration and the Rule of Law, ICCA Congress Series No. 19 (Menaker, ed.), Wolters Kluwer 2017, 634-672

19. *A Critical Analysis of the IBA Guidelines on Party Representation*, in: The Sense and Non-sense of Guidelines, Rules and other Para-regulatory Texts in International Arbitration, ASA Special Series No. 37 (Daniele Favalli, ed.), New York 2015, 33-62 (republishing)

20. *La bonne foi dans l'arbitrage* [Good Faith in Arbitration], in: ASA Bulletin 33 (2015), 239-273 (with Danielle Gauthey)

21. *A Critical Analysis of the IBA Guidelines on Party Representation*, in: New Developments in International Commercial Arbitration 2014 (Müller/Rigozzi/Besson, eds.), Schulthess Zurich 2014, 63-104

22. *Ausgewählte prozessuale Aspekte bei gesellschaftsrechtlichen Verantwortlichkeitsklagen [Selected procedural aspects of personal liability in company law]*, in: Verantwortlichkeit im Unternehmensrecht VII (Rolf Sethe / Peter R. Isler, eds.), Zurich 2014, 247-296

23. *Schiedsgerichte und staatliche Gerichte: Nebeneinander, nacheinander, miteinander, gegeneinander – ein Durcheinander? [Arbitration tribunals and state courts: in parallel, one after the other, together, against each other – a mess?]*, in: 90 Jahre Fürstlicher Oberster Gerichtshof. Festschrift für Gert Delle Karth (Hubertus Schumacher / Wigbert Zimmermann, eds.), Wien 2013, 109-125

24. *Die Liechtenstein Rules – Was bringen sie den Stiftungen? [The Liechtenstein Rules – What's in Them for Foundations?]*, in: Wandel im materiellen Stiftungsrecht und grenzüberschreitende Rechtsdurchsetzung durch Schiedsgerichte (Francesco A. Schurr, ed.), Zürich 2013, 159-171

25. *Ordre-public-widrige Persönlichkeitsverletzung durch faktisches Berufsverbot (Matuzalem vs. FIFA) [Violation of Privacy in Breach of Public Policy By Means of De Facto Employment Ban (Matuzalem vs. FIFA)*, ARV/DTA 2012, 338-341

26. *That Rare Bird: Non-National Legal Standards as Applicable Law in International Commercial Arbitration,* in 2011 World Arbitration & Mediation Review (WAMR), Vol. 5, No. 2, pp. 143-160

27. *Die Rechtshängigkeit gemäss ZPO und revidiertem Lugano-Übereinkommen [Lis Pendens Pursuant to Code of Civil Procedure and Revised Lugano Convention],* in: Internationaler Zivilprozess 2011 (Kren Kostkiewicz / Markus / Rodriguez, eds.), Bern 2010, 95-119

28. *Mouse or Monster? Some Facts and Figures on the Lex Mercatoria,* in: (Zimmermann, ed.), Globalisierung und Entstaatlichung des Rechts, Teilband II Nichtstaatliches Privatrecht: Geltung und Genese, Rechtsvergleichung und Rechtsvereinheitlichung Bd. 12, Mohr Siebeck Tübingen 2008, 129-158

29. *International Arbitration and Setting Aside Proceedings in Switzerland: A Statistical Analysis*, ASA Bulletin 25 (2007), 444-472

30. *Alle gegen einen – Der Schutz des Einzelnen vor der Internet-Gemeinschaft, [All against one – the protection of the individuum against the Internet Community]* in: Individuum und Verband. Festgabe zum Schweizerischen Juristentag 2006 (Zäch et al., eds.), Schulthess, Zurich 2006, 137-150

31. *Vertragsrecht ohne Vertragstypenrecht? [Contract Law without Law on Specific Contracts?]*, in: Aktuelle Aspekte des Schuld- und Sachenrechts. Festschrift für Heinz Rey zum 60. Geburtstag (Honsell/Portmann/Zäch/Zobel, eds.) [Liber Amicorum Rey], Schulthess Zürich 2003, 207-216

32. *Forum Shopping. Prozessplanung unter dem GestG [Litigation Planning under the Swiss Jurisdiction Act]*, in: Zum Gerichtsstand in Zivilsachen (Gauch / Thürer, eds.) [On Jurisdiction in Civil Matters] Symposien zum schweizerischen Recht. Schulthess Zurich 2002, 23-38.

33. *Anwendbares Recht: Wertung möglicher Anknüpfungskriterien [Applicable Law: Evaluation of possible conflict-of-law criteria]*, in: Geschäftsplattform Internet II [*Business Platform Internet II*] (Weber / Hilty / Auf der Maur, eds.) Schulthess Zurich 2001, 253-281.

34. *Der Kampf ums Gericht [Fighting for the Forum]*, Zeitschrift für Schweizer Recht 119 (2000), I, 253-272.

35. *Punitive Damages: Vom "fremden Fötzel" zum "Miteidgenoss"? [Punitive Damages: Once "Foreign Bastard", Now "Friendly Compatriot"?* Schweizerische Juristen-Zeitung 2000, 101-111.

36. *Unfallverhütung bei Rechtskollisionen: Ergebnisorientierte Flexibilität im schweizerischen IPRG [Accident Prevention in Case of Collisions of Laws: Result-oriented Flexibility in the Swiss Private International Law Act]*, in: Rechtskollisionen [Collisions of Laws], Liber Amicorum Anton Heini, Schulthess Zurich 1995, 103-122.

37. *Lex mercatoria: Werkzeug der Praktiker oder Spielzeug der Lehre? [Lex Mercatoria: Practitioners' Tool or Academics' Toy?]*, Schweizerische Zeitschrift für internationales und europäisches Recht, 1991, 299-323.

38. *The "New" Law Merchant and the "Old": Sources, Content, and Legitimacy* (with Harold J. Berman), in: Lex Mercatoria and Arbitration (Carbonneau, ed.), Juris Publishing/Kluwer Dobbs Ferry 1990, 21-36 (2nd ed. 1998, 53-69).