**Exhibit 2**



**Art. 47 SBA**[1]

1 Whoever intentionally does the following shall be imprisoned up to three years or fined accordingly:

a. disclose confidential information entrusted to them in their capacity as a member of an executive or supervisory body, employee, representative, or liquidator of a bank or a person in accordance with Article 1b, as member of a body or employee of an audit firm or that they have observed in this capacity;

b. attempt to induce an infraction of the professional secrecy;

c. disclose confidential information to third parties or use this information for own benefits or the benefit of others.

1$^{bis}$[2] Whoever enriches themselves or others with an action in accordance with (1)(a) or (c) shall be punished with imprisonment for up to five years or fined accordingly.

2 Whoever acts in negligence shall be penalized with a fine of up to CHF 250,000.

3 ...[3]

4 The violation of the professional confidentiality shall remain punishable even after a bank license has been revoked or a person has ceased his/her official responsibilities.

5 The federal and cantonal provisions on the duty to provide evidence or on the duty to provide information to an authority shall be exempted from this provision.

6 Prosecution and judgment of offenses pursuant to these provisions shall be incumbent upon the cantons. The general provisions of the Swiss Penal Code shall be applicable.

---

[1] Unofficial translation by KPMG (https://assets.kpmg/content/dam/kpmg/ch/pdf/ch-banking-act-en.pdf).
[2] In force since July 1, 2015.
[3] Deleted as of January 1, 2016.

**Art. 271 SPC**[4]   *Unlawful activities on behalf of a foreign state*

1. Any person who carries out activities on behalf of a foreign state on Swiss territory without lawful authority, where such activities are the responsibility of a public authority or public official,

    any person who carries out such activities for a foreign party or organisation,

    any person who facilitates such activities

    shall be liable to a custodial sentence not exceeding three years or to a monetary penalty, or in serious cases to a custodial sentence of not less than one year.

2. Any person who abducts another by using violence, false pretences or threats and takes him abroad in order to hand him over to a foreign authority, party or other organisation or to expose him to a danger to life or limb shall be liable to a custodial sentence of not less than one year.

3. Any person who makes preparations for such an abduction shall be liable to a custodial sentence or to a monetary penalty.

**Art. 273 SPC**[5]   *Industrial espionage*

Any person who seeks to obtain a manufacturing or trade secret in order to make it available to an external official agency, a foreign organisation, a private enterprise, or the agents of any of these, or,

any person who makes a manufacturing or trade secret available to a foreign official agency, a foreign organisation, a private enterprise, or the agents of any of these,

shall be liable to a custodial sentence not exceeding three years or to a monetary penalty, or in serious cases to a custodial sentence of not less than one year. Any custodial sentence may be combined with a monetary penalty.

---

[4] Unofficial translation by the Federal Office of Justice (https://www.fedlex.admin.ch/eli/cc/54/757_781_799/de).

[5] Unofficial translation by the Federal Office of Justice (https://www.fedlex.admin.ch/eli/cc/54/757_781_799/de).