# Exhibit 1

**Annex I (Gary Gao's CV)**

# Jun GAO
# English Name: Gary GAO
**Partner**
**Shanghai Office**



| | |
|---|---|
| **Tel:** | +86-21-6061-3575 |
| **Mobile:** | +86-139-0189-1145 |
| **Fax:** | +86-21-6061-3555 |
| **Email:** | gaojun@zhonglun.com |

| | |
|---|---|
| **Bar Admission:** | PRC |
| **Education:** | • LLM from the University of Hertfordshire in the UK (2000) |
| | • LLB from the East China Institute of Political Science and Law (1990) (Currently: East China University of Political Science and Law) |
| **Social Activities** | • Hong Kong International Arbitration Centre (HKIAC), Arbitrator |
| | • Shanghai International Arbitration Center (SHIAC), Arbitrator |
| | • Finance and Compliance Special Committee of Shanghai Arbitration Commission, Expert Member |
| | • Singapore International Mediation Centre (SIMC), Specialist Mediator |
| | • Member of the "Addressing Issues of Corruption in International Arbitration" Task Force of the ICC Commission on Arbitration and ADR |
| | • Member of the Expert Database of The 3rd Party Supervision and Evaluation Mechanism Management Committee for Enterprises Involved in Criminal Cases of Shanghai |
| | • London Court of International Arbitration, LCIA Database of Arbitrators |
| | • WIPO List of Neutrals (the List of WIPO Mediators and Arbitrators) |
| | • The Korean Commercial Arbitration Board, Panel of Arbitrators |
| | • Geneva International Dispute Institute, Mediator |
| | • Shanghai International Commercial Arbitration Expert Database, the First Batch of Experts |
| | • Lawyer Institute of East China University of Political Science and Law, Distinguished Professor |

|  |  |
|---|---|
|  | • Council Member of China Academy of Arbitration Law |
|  | • International Bar Association (IBA) Dispute Resolution International, Member of the Editorial Board |
|  | • Anti-Corruption Committee of International Bar Association (IBA), Committee Member |
|  | • Arbitration Committee of International Bar Association (IBA), Committee Member |
|  | • Business Crime Committee of International Bar Association (IBA), Committee Member |
|  | • Litigation Committee of International Bar Association (IBA), Committee Member |
| **Languages** | Chinese, English |
| **Area of Expertise** | Compliance / Regulatory; Cross-border investigation; Government investigation; White-collar crime and unit crime; Customs investigation; International litigation and arbitration; Cross-border dispute resolution; Commercial bribery; Overseas investment disputes; TMT; IP rights; Energy; Insurance; Product liability, etc. |
| **Honors and Awards** | • Band 1 by Chambers Greater China Region Guide 2023 |
|  | • "A-list Legal Elite" for the China market for 2022 by China Business law Journal |
|  | • Recommended as the Leading Individual in Compliance & Regulatory by The Legal 500 Asia Pacific in 2020, 2021 and 2022 |
|  | • Recommended in Corporate Investigation/Anti-bribery by Chambers Asia-Pacific 2018, 2019, 2020, 2021 and 2022 |
|  | • Honored as the 2022 Distinguished Practitioner in Regulatory by Asialaw Profiles |
|  | • The Litigation China 2022 Litigation Star , the Litigation Asia-Pacific 2021 Litigation Star, the Litigation China 2021 Litigation Star, the Litigation Asia-Pacific 2020 Lawyer by Benchmark |
|  | • The A-List China's Elit 100 Lawyer 2021, The A-List China's Elit 100 Lawyer 2019 by CHINA BUSINESS LAW JOURNAL |
|  | • The Deal of the Year 2020 by China Business Law Journal |
|  | • 2020 Band 1 Lawyer of Compliance & Government Affairs, 2019 Band 1 Lawyer of Compliance and 2019 China Top 10 Lawyers – Government Affairs by LegalBand |
|  | • The 2017 Regulatory & Compliance Lawyer of the Year by China Law & Practice |
|  | • The 2016 Client Choice Top 20 Lawyer by ALB |
|  | • The Asia's Leading Lawyers for Business of Dispute Resolution recommended by Chambers Asia-Pacific 2013 |

Mr. Gary GAO is the Partner and the Head of Compliance & Regulatory Department of Zhong Lun Law Firm. Before admitted by PRC Bar in 1995, Mr. Gao had worked as a criminal judge in a district court in Shanghai since 1990. Mr. Gao has practiced law for 27 years, which makes him an experienced lawyer in both compliance & regulatory as well as international dispute resolution.

Long term work experience in compliance & regulatory and international dispute solution makes Mr. Gary GAO has full understanding of the whole operation of the enterprises, and, he is very familiar with the international business skills and traps in the negotiations and accumulate rich experience for the compliance of companies. Mr. Gary GAO has assisted many multinational enterprises, institutions and large domestic enterprises in different industries to deal with compliance issues, including dealing with cross-border investigations, joint investigations by multinational governments, criminal investigations by overseas law enforcement agencies, building a comprehensive compliance system, cyber security and data compliance services, state secrets review, judicial assistance and witness preparation for cross-border investigation, strategy for crisis issues and firewall program design and implementation at home and abroad, provide clients with criminal defense, conduct internal compliance investigations on management, initiate criminal procedures and deal with employee dismissals, and provide compliance training services to management, employees and business partners. In addition to being deeply rooted in the local legal service field, Mr. Gary GAO Jun is also good at dealing with cross-border and multi-jurisdictional compliance affairs, which makes him maintain long-term good cooperative relations with many well-known overseas law firms.

Besides, Mr. Gary GAO is an experienced and skilled litigator capable of handling complex, cross-border litigation as well as sophisticated commercial disputes. He has rich experience in the foreign arbitration, litigation, mediation and negotiation, familiar with the strategic planning of dispute resolution in multiple jurisdictions, the application of the law (especially those relating to the application of the common law), the collection, screening and rules of proof of cross-border evidence. Mr. Gary GAO also acts as an expert witness on Chinese law in foreign litigation or arbitration legal proceedings, providing legal advice on Chinese substantive law and procedural law for clients or cooperative foreign lawyer teams. Mr. Gary

GAO has assisted a numerous multinational enterprises, institutions and large domestic enterprises in dealing with a number of international litigations and arbitrations.

## Selected Representative Compliance Cases

**A. Cross-border Compliance Investigation**

- **Airbus** – assist the client to encounter the joint investigation conducted by British, French and US government. The case is the first major investigation by the French anti-corruption agency and has been aided by the UK's Serious Fraud Office (SFO) and the US Department of Justice (DOJ). Mr. Gary GAO serves the client from the perspective of Chinese law. The case has been honored as the Deal of the Year 2020 by China Business Law Journal.
- **Luckin Coffee** – Provide legal advisory services for the investigation of the special committee of the board of directors, issue legal advice, review documents, etc.
- **Rolls-Royce** – Deal with the cross-border government investigation and provide legal advice under Chinese law.
- **China Merchants Securities** - Provide legal services regarding the inquiries and investigations against the client from the Chicago Mercantile Exchange (CME).
- **CMBC** – Provide legal services for judicial assistance in a cross-border investigation and collection of evidence involving CMBC.
- **TBEA Co., Ltd.** – Assist the client to deal with the investigation by the Office of Integrity and Anti-Corruption of the African Development Bank Group ("AfDB") due to the allegation of fraudulent practices in its bidding of the project sponsored by AfDB.
- **Weihai Construction Group** - Assist the client to deal with the investigation by the Office of Integrity and Anti-Corruption of the African Development Bank Group ("AfDB") due to several allegations of fraudulent practices in its bidding of three projects sponsored by AfDB.
- **A Canadian listed company** – PRC criminal investigation concerning bribery involved with a major state-owned airline as well as the company's internal compliance investigation. In this case, the client's foreign senior manager is required to accept an inquiry as the witness for an ongoing criminal investigation conducted by the people's procuratorate. The issue is that pursuant to the prosecutor's request, the inquiry must be conducted in person. However, the senior manager is not willing to enter China to accept the inquiry in person considering personal safety. After Mr. Gary GAO's involvement in the case, he proactively communicated with the procuratorate, and creatively proposed the inquiry being conducted with the judicial assistance from Hong Kong ICAC. Finally, after the endeavor of his legal service team, the assistance from Hong Kong ICAC is successfully acquired and the interview was completed smoothly in ICAC.
- Assisted a large State-owned rare metal enterprise to participate in responding to a criminal case in the federal court of the United States, and provided legal analysis and risk control strategies under Chinese law, especially from the perspective of China's international criminal judicial assistance.

B. **Domestic government investigation**

- **A famous Spanish chemical engineering enterprise** – provide legal service regarding an environmental protection case and assist the company to communicate with the authority, including the industry park, the local Administration of Work Safety and the local government, in order to mitigate the administrative punishment.
- **A famous American chemical industrial group** – assist the client to encounter the investigation of local fire safety bureau and public security bureau regarding environmental protection and provide legal consulting for the same.
- **GSK** – Deal with the commercial bribery investigation case.
- **Rio Tinto** – provide legal services for criminal investigation cases suspected of stealing state secrets and trade secrets.
- **Westport** - assist the client to encounter the investigation of the local tax bureau.
- **Continental Automotive** – assist the client to encounter the investigation of the Customs and AIC.

C. **Cyber Security, Data Security & PIPL**

- **Softbank** - Provide due diligence services on data compliance and personal information protection involved in the business operation of target enterprises for Softbank's transactions and investment projects in China, especially those of high-tech and Internet application enterprises.
- **Temasek** – For the investment projects to be carried out by the client in China, provide due diligence services on data compliance and personal information protection involved in the business operation of the target enterprise.
- **PayPal** – Provide data compliance legal support for PayPal's acquisition of HNA Alipay.
- **Blackstone Group Inc.** - Analyze the data compliance issues under Chinese jurisdictions and provides the client with advice on reducing the legal risk of the potential acquisition.
- **RISQ** – provide legal service regarding the senior management of its WFOE who is suspected to violate the citizen's personal information. In this case, The WOFE was suspected of infringing citizen's personal information. It is the first case after the adoption of a series laws and regulations newly released by the authority in regard of the protection of personal information, cybersecurity, and data transmission in 2017. The WOFE became an investigation target of PSB and the case was treated as a criminal case.
- **A large local comprehensive financial service group** – provide legal consultation regarding data privacy and cyber security and issue legal opinion.
- **CLP** - Provide legal advice on data compliance and personal information protection for CLP, and provide training for senior executives.
- **Dynadot** - Provide emergency legal compliance services for personal information and data protection incidents encountered in the course of its business in China.
- **Gunnebo AB** – Provide legal support and crisis response to the leakage of personal information from customers, including legal analysis, reporting with government departments, etc.

- **ESK** – Provide legal support and crisis response to the leakage of personal information from customers, including legal analysis, reporting with government departments, etc.
- **Several MNCs and local enterprises** – provide legal service regarding data privacy and cyber security.

D. **Establishment / Localization of Compliance System**

- **China Baowu Steel Group Corporation Limited -** Provide the client with legal services for the establishment of overseas compliance system, including early-stage overseas compliance system establishment plan, preparation of overseas compliance system including overseas data compliance, overseas executive criminal compliance, overseas trade compliance, overseas antitrust and anti-unfair competition compliance and etc., and specific operation guidance as well.
- **Gopher Asset Management、Noah Holdings Limited** - Provide comprehensive compliance legal services for Gopher Asset Management, the top private equity funds management under Noah Holdings Limited which is listed in the US, to deal with the regulatory supervision by the China Securities Regulatory Commission after the promulgation and implementation of the Regulations on Strengthening the Supervision of Private Investment Funds ("Document No. 71"). This case is the first regulatory supervision case after the promulgation and implementation of Document No. 71, which is specific benchmarking and pioneering in the industry.
- **Panasonic -** Assisted the client to draft and renew a whole set of Asian Pacific Anti-Bribery/Anti-Corruption Compliance Policy.
- **Xu Zhou Coal Mining Group -** Engaged by the client as a leading partner to help the client establish a comprehensive and practical compliance system, whereby anti-bribery & anti-corruption is of priority.
- **Shandong Lin Gong Construction Machinery Co., Ltd. -** Engaged to assist the client in establishing a comprehend compliance system related to anti-commercial corruption and anti-unfair competition, cyber security and data protection, and the overall corporate compliance system.
- **SK Hynix -** Engaged by the client to assist in establishing an anti-corruption & anti-bribery system for its PRC subsidiaries.
- **CITIC Wealth Management Co., Ltd. -** Engaged by the client to assist in establishing a comprehend compliance system related to anti-money laundering and counter-terrorist financing.
- **Zhong Liang Holding Group -** Engaged by the client to establish a set of compliance risk management and response mechanism for its actual controllers based on the client's current business model, to build a risk prediction and response procedures, and to design and modify the client's internal group level compliance system.
- **Lujie Kunchi Group -** Engaged by the client to establish the comprehensive compliance system for its IPO process as well as provide due diligence re cyber security and data compliance.
- **Hanas Group** – Engaged by the client to establish a full set of internal corporate governance system and draft the related documents, including the internal decision making and internal corporate governance manual, employee handbook, labor contract, travel policy, financial manual, HR manual, IT policy and etc.

28

E. **Internal Compliance Investigation**

- **AIA -** Provide internal compliance investigation and legal services to the client, including pre-strategy analysis and formulation, mid-term follow-up investigation feedback and timely legal support, and later provide legal analysis and advice on the handling of the employees involved.
- **Redcore -** Due to the continuous malicious exaggeration of competitors and purposeful incitement of network public opinion, the client fall into a serious crisis and are subjected to serious public opinion and network attacks. Mr. Gao is fully responsible for handling the case on behalf of the clients, providing the client with crisis response strategies, drafting relevant documents, communicating with government departments, and communicating with consumers and competitors, so that the incident can be properly resolved.  The client is also very satisfied.
- **Panasonic –** assist the client to conduct an internal investigation and communicate with the local PSB regarding the following criminal process
- **Carrier –** Provide legal analysis and advises on six specific projects which may face some compliance issues after the M&A.
- **Rockwell –** Assist the client to conduct an internal compliance investigation against embezzlement actions as well as deal with the following criminal process.
- **Dole Asia -** Investigate the employees of its subsidiaries in China on suspicion of commercial bribery and job encroachment.
- **Yeo's -** Conduct internal compliance investigation on the suspected job encroachment of senior managers and sales teams of its domestic subsidiaries, and deal with the disposal of the target employees.

F. **Compliance & Regulatory Legal Consultation Service**

- **eBay -** Provide compliance legal services for eBay, including compliance of trading platform, e-commerce, transaction mode, etc. At the same time, on behalf of eBay, he participated in a series of intellectual property infringement lawsuits in China and established a neutral guiding case of the online trading platform.
- **Danone** – daily compliance legal consultation regarding its Chinese business; assisted the client in its internal corporate investigations and provided corresponding legal opinions; assisted the client in deal with emergency food safety incidents and helped the client to mitigate potential public relations crisis and legal risks in the compliance area.
- **Sinovac -** Provide compliance consultation as well as compliance training for the client to react to the varied compliance requests and challenges.
- **Wynn Resorts (Macau) S.A.** – daily compliance legal consultation under PRC law.
- **Saxo Bank –** provide legal & compliance audit for its WFOE and issue the legal audit report.

- **CIMC** – overall system research the import and export control and economic sanctions of the United Nations, the European Union and the United States and provide legal memos.
- **Pfanstiehl** – provide legal & compliance service for its transaction model and issue the report.
- **Merck** – provide legal analysis regarding commercial bribery under PRC law.

**Selected Representative Litigation and Arbitration Cases**

A. Cross-border Dispute Resolution

- **ZEG (the largest domestic trust management enterprise)** – deal with the cross-border business disputes arising from Chinese capital's investment in overseas on behalf of the client. The subject matter of dispute reaching tens of billions yuan. In the case, Mr. Gary GAO cooperated with international law firms and filed legal proceedings on behalf of clients in PRC, Hong Kong, ICC and Cayman Islands simultaneously. In the PRC legal process, Mr. Gary GAO's team finally won the victory in PRC legal process for the client, and by seamless corporation with foreign firms successfully recovered all assets plus significant proceeds.
- **ICBC Standard Bank** – Mr. Gao has successfully assisted the client to claim compensation from insurance company through an arbitration conducted in South Africa; Mr. Gao has also worked as leading counsel in a series of litigation in Shandong for declaratory relief over the ownership of disputed cargos worth USD 180 million, ICBC Standard Bank being the only international bank to have recovered the ownership of the cargos via the litigation process in the 2014 "Qingdao Port Fraud".
- **AIG** – represent AIG in a dispute over an equity takeover of a Chinese insurance company in an arbitration conducted under the ICC arbitration rules, seated in Hong Kong.
- **SINOPEC Star Petroleum Co., Ltd.** – win a commercial arbitration in Scotland as the lead counsel, the first international arbitration following UNCITRAL Model Law in Scotland.
- **Zhong Lu Industrial Co., Ltd.** – win an arbitration before Hong Kong International Arbitration Center concerning a dispute against Brunswick USA.
- **China Engine Group** – win an arbitration before Hong Kong International Arbitration Center and pave its road towards IPO in Korea.
- **CPA Global**– represent CPA Global to deal with unfair competition and intellectual property infringement by its competitors.
- **Ba Wang International (Group) Holding Co., Ltd.** vs. Next Magazine in HK – assist in the Libel Case as a PRC law expert witness.

B. Domestic Dispute Resolution

- Heard many disputes as arbitrator in arbitrations conducted under the SHIAC arbitration rules.
- **CBRE** - Represented CBRE Global Investors (Asia Pacific) Ltd in the legal proceedings to recover control of the bank account and obtained a freezing order over the bank account and won the case

finally. The subject matter of the case was RMB 200 million. The judge in charge of this case wrote an article about the significance and underneath legal theory. The Supreme Court gave an award to the judge which evidence the recognition of the case.

- Represent a Germany insurance company to enforce an arbitration award against a Chinese state-owned company in China
- Represent Tsingshan Group (the largest nickel dealer in China) to deal with disputes related to insurance company
- **eBay** – lead counsel to have won insofar all of eBay China's litigations in China regarding IP protection.
- **GlaxoSmithKline (GSK)** – represent GSK to successfully deal with a series of medical product liability litigations in China.
- **AK Investment –** represent AK Investment in an arbitration before CIETAC Shanghai concerning a shareholder dispute over the largest Chinese P2P platform.
- **Westport** – represent Westport in an arbitration concerning a pump system supply agreement before CIETAC Beijing.
- **Dole Asia** – represent Dole Asia in a series of arbitrations against its distributors before Shanghai International Arbitration Center.
- **Zhenjie Asset Management Company** - represent Zhenjie in a series of arbitrations against its investors before Shanghai International Arbitration Center. So far, it amounts 24 cases.
- **Greater China Financial Holdings** vs. Shanghai Kuailu – arbitration case in China for VIE contracts enforcement before Shanghai Arbitration Commission.
- **MGM** – deal with IP infringement in relation to the film *007 Skyfall*.
- **EZCONN** – represent the Taiwan-listed company to have won litigation concerning international sales of goods.
- **Assa Abloy** vs. Wang Li Group – represent the company to have won the case concerning a joint venture investment dispute.
- **Chivas, Pernod Richard** - deal with a series of trademark infringement.
- **Chivas** – help the client to successfully obtain well-known trademark through litigation.
- **Martell** – represent Martell to deal with a series of trademark infringement.
- **A global mobile technology giant** – assist in its intellectual property dispute, including making strategy and legal analysis.
- **Mizuho Corporate Bank** – deal with syndicated loan disputes and Bankruptcy reorganization.

31