UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I, John L. Cesaroni, hereby certify that prior to 5:00pm on the 27th day of January, 2023, I served a copy of the Order Overruling Objections to Claims [Doc. ID 1399] upon claimants Qiu Yu and Lee Chu (together, "Claimants") via Federal Express International First at the addresses provided for notices by Claimants in their proofs of claim as follows:

Michael Balmer
Weightman LLP
100 Old Hall Street
Liverpool L3 9QJ
United Kingdom

Qiu Yu
AmGrossen Rohrpfuhl 25
Berlin, DE  12355
Germany

I further certify that the Federal Express shipping labels are attached hereto as Exhibit A as evidence of such service.

Dated this 30th day of January, 2023

THE DEBTOR,
HO WAN KWOK

*/s/ John L. Cesaroni*
John L. Cesaroni (ct29309)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5467
Email: jcesaroni@zeislaw.com