# EXHIBIT

# A

ORIGIN ID:BCCA (203) 368-4234
John Cesaroni, Esq.
Zeisler & Zeisler, PC
10 Middle Street, 15th Floor

BRIDGEPORT, CT 06604
US

SHIP DATE: 27JAN23
ACTWGT: 0.50 LB
CAD: 110362567/INET4580

BILL SENDER
EIN/VAT:

TO Michael Balmer
Weightmans LLP
100 Old Hall Street

LIVERPOOL, ME L39QJ
GB

2033685467

FedEx Express

(GB)

AWB

X1 LXLB

PKG:ENV

TRK# 7711 4820 2085    Form 0430

A3
INTL FIRST
REF: 13845-000
DESC1:Legal Documents
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

CTRY/TERR MFR: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 1.00 USD

SIGN: John Cesaroni, Esq.
T/C: S 106116520
D/T: S 106116520

The Montreal or Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

ORIGIN ID:BCCA (203) 368-4234
John Cesaroni, Esq.
Zeisler & Zeisler, PC
10 Middle Street, 15th Floor

BRIDGEPORT, CT 06604
US

SHIP DATE: 27JAN23
ACTWGT: 0.50 LB
CAD: 110362567/INET4580

BILL SENDER
EIN/VAT:

TO Qiu Yu                               2033685467

AM Grossen Rohrpfuhl 25

BERLIN, BE 12355            (DE)
DE

**FedEx Express**

AWB

X1 THFA

PKG:ENV

TRK# 7711 4789 6696    Form 0430

A2
INTL FIRST
REF: 13845-000
DESC1: Legal Documents
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

| CTRY/TERR MFR: US | SIGN: John Cesaroni, Esq. |
|---|---|
| CARRIAGE VALUE: 0.00 USD | T/C: S 106116520 |
| CUSTOMS VALUE: 1.00 USD | D/T: S 106116520 |

The Montreal or Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract on the reverse.

**FEDEX AWB COPY - PLEASE PLACE IN POUCH**

After printing this label:
FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

FedEx 146525 Rev. 02/09 RRDO 15