## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

------------------------------------------------------x
                           :

In re:                        :

                           :

HO WAN KWOK, *et al.*,[1]      :

                           :

        Debtors.            :

                           :

------------------------------------------------------x

Chapter 11

Case No. 22-50073 (JAM)

(Jointly Administered)

**BRAVO LUCK LIMITED'S REPLY TO MOVANTS' REVISED PROPOSED ORDER, PURSUANT TO BANKRUPTCY CODE SECTIONS 327, 328, AND 363, FURTHER EXTENDING (I) SALE PROCESS OF SHERRY NETHERLAND APARTMENT AND (II) RETENTION OF SOTHEBY'S INTERNATIONAL REALTY AS BROKER**

Bravo Luck Limited ("Bravo Luck") hereby files this response to the *Notice of Filing of Revised Proposed Order, Pursuant to Bankruptcy Code Sections 327, 328, and 363, Further Extending (I) Sale Process of Sherry Netherland Apartment and (II) Retention Of Sotheby's International Realty As Broker* [Docket No. 1390] (the "Movants' Revised Proposed Order") filed by Luc Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), Genever Holdings Corporation ("Genever (BVI)"), and Genever Holdings LLC ("Genever (US)" and, together with the Trustee, and Genever (BVI), the "Movants").

1.       On January 24, 2023, this Court held a hearing (the "Hearing") on the Movant's *Motion, Pursuant to Bankruptcy Code Sections 327, 328, and 363, for Entry of Order*

---

[1]      The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Further Extending (I) Sale Process of Sherry Netherland Apartment and (II) Retention of Sotheby's International Realty as Broker* [Docket No. 1257] (the "Extension Motion"),[2] to which Bravo Luck had filed the *Objection of Bravo Luck Limited to Motion of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC, Pursuant to Bankruptcy Code Sections 327, 328, and 363, for Entry of Order Further Extending (I) Sale Process of Sherry Netherland Apartment and (II) Retention of Sotheby's International Realty as Broker* [Docket No. 1288].

2.      At the Hearing, the Court continued the Extension Motion so the parties could try to reach a consensual form of order with respect to the Extension Motion. As indicated at the Hearing, the only issue to be resolved between the parties was the removal of Bravo Luck's and PAX's consent rights with respect to a form of sale agreement for the Sherry Netherland Apartment.

3.      Following the Hearing, Bravo Luck confirmed to the Trustee that it was willing to remove the consent rights as requested.

4.      The Movants' Revised Proposed Order, however, includes additional relief authorizing the Movants to market the Sherry Netherland Apartment for rent. This new requested relief related to rental of the Sherry Netherland Apartment was not properly noticed in a pending motion before this Court with opportunity for parties in interest to review and object. Moreover, rental of the Sherry Netherland Apartment is not contemplated by—and is inconsistent with—the Settlement Agreement and introduces a number of new issues which require proper notice and consideration. Bravo Luck respectfully asserts that such rental relief should be the subject of a separate motion, to provide Bravo Luck (and other parties in interest) with appropriate notice to consider such requested relief in due course.

---

[2] Capitalized terms used but not defined herein shall be ascribed the definitions given to them in the Extension Motion.

5.     Therefore, Bravo Luck respectfully requests that the Court not enter the Movants' Revised Proposed Order, but rather enter the revised order granting the Extension Motion as attached hereto as **Exhibit A** ("Bravo Luck's Revised Proposed Order").

6.     A redline of Bravo Luck's Revised Proposed Order as compared to the Movants' Revised Proposed Order is attached hereto as **Exhibit B**.

Dated:  January 31, 2023

*/s/ Francis J. Lawall*
Francis J. Lawall, Esq.
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4481
francis.lawall@troutman.com

*and*

David M. S. Shaiken (ct02297)
Shipman, Shaiken & Schwefel, LLC
433 South Main Street, Suite 319
West Hartford, CT 06110
Telephone: (860) 606-1703
Fax: (866) 431-3248
david@shipmanlawct.com

*Counsel for Bravo Luck Limited*

144105649v1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on January 31, 2023, *Bravo Luck Limited's Reply to Movants' Revised Proposed Order, Pursuant to Bankruptcy Code Sections 327, 328, and 363, Further Extending (I) Sale Process of Sherry Netherland Apartment and (II) Retention of Sotheby's International Realty as Broker* was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by United States first class mail, postage prepaid, to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

A.    <u>Electronic Notice Via CM/ECF Service List</u>

| | |
|---|---|
| Laura Aronsson | laronsson@omm.com |
| Tristan G. Axelrod | taxelrod@brownrudnick.com |
| William R. Baldiga | wbaldiga@brownrudnick.com |
| Kellianne Baranowsky | kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com; kbaranowsky@ecf.courtdrive.com |
| Daniel D. Barnes | dbarnes@csglaw.com |
| Douglass E. Barron | douglassbarron@paulhastings.com |
| Nicholas A. Bassett | nicholasbassett@paulhastings.com; jonathonkosciewicz@paulhastings.com; lucdespins@paulhastings.com; alexbongartz@paulhastings.com; ezrasutton@paulhastings.com; douglassbarron@paulhastings.com; ecf.frg@paulhastings.com; aviluft@paulhastings.com |
| Patrick M. Birney | pbirney@rc.com, ctrivigno@rc.com |
| Christopher H. Blau | cblau@zeislaw.com |
| G. Alexander Bongartz | alexbongartz@paulhastings.com |
| Carollynn H.G. Callari | ccallari@callaripartners.com |
| Daniel Cantor | dcantor@omm.com |
| John L. Cesaroni | jcesaroni@zeislaw.com |
| Scott M. Charmoy | scottcharmoy@charmoy.com, ecf-3ae5beb98d9b@ecf.pacerpro.com; charmoysr97992@notify.bestcase.com |
| Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| Samuel Bryant Davidoff | sdavidoff@wc.com |
| Luc A. Despins | lucdespins@paulhastings.com, matlaskowski@paulhastings.com; davidmohamed@paulhastings.com |
| Sam Della Fera, Jr. | sdellafera@csglaw.com |

| | |
|---|---|
| David S. Forsh | dforsh@callaripartners.com |
| Peter Friedman | pfriedman@omm.com |
| Taruna Garg | tgarg@murthalaw.com, mgarcia@murthalaw.com |
| Irve J. Goldman | igoldman@pullcom.com, rmccoy@pullcom.com |
| Evan S. Goldstein | egoldstein@uks.com |
| Mia N. Gonzalez | mgonzalez@omm.com |
| Marc Gottridge | marc.gottridge@hsf.com |
| James C. Graham | jgraham@npmlaw.com, sgibbons@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Lawrence S. Grossman | LGrossman@gs-lawfirm.com, aevans@gs-lawfirm.com; ngolino@gs-lawfirm.com; lawrencegrossman@ecf.courtdrive.com; mbuckanavage@gs-lawfirm.com; eross@gs-lawfirm.com |
| David V. Harbach, II | dharbach@omm.com |
| James J. Healy | jhealy@cowderymurphy.com |
| Jeffrey Hellman | jeff@jeffhellmanlaw.com;  christen@jeffhellmanlaw.com |
| Eric A. Henzy | ehenzy@zeislaw.com, cjervey@zeislaw.com |
| Jonathan Kaplan | jkaplan@pullcom.com, prulewicz@pullcom.com; rmccoy@pullcom.com |
| Stephen M. Kindseth | skindseth@zeislaw.com, cjervey@zeislaw.com |
| Nancy Bohan Kinsella | nkinsella@npmlaw.com, moshea@npmlaw.com; smowery@npmlaw.com; npm.bankruptcy@gmail.com |
| Andrew V. Layden | alayden@bakerlaw.com |
| Patrick R. Linsey | plinsey@npmlaw.com, karguello@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Avram Emmanuel Luft | aviluft@paulhastings.com |
| Kristin B. Mayhew | kmayhew@pullcom.com, kwarshauer@mdmc-law.com; bdangelo@mdmc-law.com |
| Danielle L. Merola | dmerola@bakerlaw.com |
| Sherry J. Millman | smillman@stroock.com |
| Aaron A Mitchell | aaron@lmesq.com |
| James M. Moriarty | jmoriarty@zeislaw.com, cgregory@zeislaw.com |
| Sara Pahlavan | spahlavan@omm.com |
| Patrick N. Petrocelli | ppetrocelli@stroock.com |
| Lucas Bennett Rocklin | lrocklin@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net |
| Aaron Romney | aromney@zeislaw.com, swenthen@zeislaw.com |
| Scott D. Rosen | srosen@cb-shea.com, msullivan@cbshealaw.com; dtempera@cbshealaw.com |
| Thomas J. Sansone | tsansone@carmodylaw.com |
| Stuart M. Sarnoff | ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com |
| Douglas S. Skalka | dskalka@npmlaw.com, smowery@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Jeffrey M. Sklarz | jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com; mbuckanavage@gs-lawfirm.com; eross@gs-lawfirm.com, jsklarz@ecf.courtdrive.com |
| Annecca H. Smith | asmith@rc.com |

-2-

| | |
|---|---|
| John Troy | johntroy@troypllc.com |
| Tiffany Troy | tiffanytroy@troypllc.com, troylaw@troypllc.com |
| U.S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| Lee Vartan | lvartan@csglaw.com |
| Stephen G. Walko | swalko@ibolaw.com |
| Michael S. Weinstein | mweinstein@golenbock.com |
| Jay Marshall Wolman | jmw@randazza.com, ecf-6898@ecf.pacerpro.com |
| Peter J. Zarella | pzarella@mdmc-law.com |

B.    <u>United States First Class Mail, Postage Prepaid, Service List</u>

Brown Rudnick LLP
Attn: President or General Mgr
One Financial Center
Boston, MA 02111

Dundon Advisers LLC
Attn: President or General Mgr
10 Bank Street, Suite 1100
White Plains, NY 10606

Chao-Chih Chiu, Huizhen Wang Yunxia Wu,
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Peter M. Friedman
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
PO Box 2839
New York, NY 10008-2839

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

J. Ted Donovan and Kevin J. Nash
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway 22nd Floor
New York, NY 10036

Gabriel Sasson
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Sherry Millman
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Douglas E. Spelfogel
Derek L. Wright
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Richard C. Morrissey
Office of the U.S. Trustee
201 Varick Street, Room
1006 New York, NY 10014

Stretto
Attn: President or General Mgr
410 Exchange, Suite 100
Irvine, CA 92602

144294757v1

Edward Moss, Diana Perez,
Stuart Sarnoff, and Daniel Shamah
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Irve Goldman, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601

Epiq Corporate Restructuring, LLC
777 Third Avenue
12th Floor
New York, NY 10017

Yongbing Zhang
223 West Jackson Blvd. #1012
Chicago, IL 60606


Genever Holdings Corporation
P.O. Box 3170
Road Town
Tortola, British Virgin Islands

Genever Holdings LLC
781 Fifth Avenue Apt. 1801
New York, NY 10022-5520

*/s/ Francis J. Lawall*
Francis J. Lawall (admitted *pro hac vice*)

144294757v1