**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re:                                                                  :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                                  :    Case No. 22-50073 (JAM)
:
              Debtors.                                :    (Jointly Administered)
:
---------------------------------------------------------x

**STATEMENT OF CHAPTER 11 TRUSTEE AND GENEVER DEBTORS**
**IN CONNECTION WITH JANUARY 31, 2023 HEARING**

      Luc Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), Genever Holdings Corporation ("Genever (BVI)"), and Genever Holdings LLC ("Genever (US)" and, together with the Trustee, and Genever (BVI), the "Trustee Parties") hereby submit this statement (the "Statement") in connection with the January 31, 2023 hearing before this Court, in order to inform the Court regarding the Individual Debtor's continued interference in the claims process in violation of the *Corrected Order Granting in Part Motion for Preliminary Injunction* [Adv. Proc. Docket No. 134] (the "Preliminary Injunction Order") issued by this Court in the above-captioned adversary proceeding (the "PI Adversary Proceeding").

      1.      On January 19, 2023, the Trustee filed the *Emergency Motion of Chapter 11 Trustee and Genever Debtors for Entry of Order (A) Compelling Individual Debtor to Comply*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*with Preliminary Injunction with Respect to Claims Process, (B) Quashing Individual Debtors' Objections to Claims, and (C) Barring Individual Debtor from Filing Further Objections to Claims, Absent Leave of Court* [Main Case Docket No. 1345] (the "Motion to Compel"). In the Motion to Compel, the Trustee noted that the Individual Debtor was using his social media presence to, among other things, "encourage his followers to file non-meritorious proofs of claim." Motion to Compel ¶ 10.

2. On January 25, 2023, the Trustee filed the *Omnibus Reply of Chapter 11 Trustee and Genever Debtors (I) in Support of Their Emergency Motion, for Entry of Order (A) Compelling Individual Debtor to Comply with Preliminary Injunction with Respect to Claims Process, (B) Quashing Individual Debtors' Objections to Claims, and (C) Barring Individual Debtor from Filing Further Objections to Claims, Absent Leave of Court, and (II) In Response to Objections* [Main Case Docket No. 1388] (the "Reply In Support of Motion to Compel"). In the Reply in Support of Motion to Compel, the Trustee again raised the issue of the Individual Debtor "using his social media presence and his related organizations to rally his followers to file frivolous claims in an attempt to throw the claims process into disarray." Reply in Support of Motion to Compel ¶ 2. Also on January 25, 2023, counsel to the Trustee Parties filed a declaration in support of the Reply in Support of Motion to Compel presenting evidence of the Individual Debtor's efforts to disrupt the claims process. [Main Case Docket No. 1389].

3. On January 27, 2023, in response to the Motion to Compel, the Court issued its *Order Overruling Objections to Claims 16, 17, and 18* [Main Case Docket No. 1399] (the "Claims Objection Order"). The Claims Objection Order overruled the claim objections filed by the Individual Debtor and prohibited the Individual Debtor from filing future claim objections without seeking and obtaining the Court's permission. The Claims Objection Order did not

contain any ruling on the Motion to Compel's request that the Debtor be compelled to comply with the Preliminary Injunction Order, though the Court stated that exhibits presented by the Trustee Parties "coupled with numerous findings of fact" made by the Court in connection with the Preliminary Injunction Order "raise questions as to why the Debtor would file and prosecute the Claims Objections at this time." Claims Objection Order, at 4. The Court also commented that "the claims process is central to the purpose of bankruptcy" and that the "Court takes the administration of the claims process very seriously." *Id.*

4.   The Trustee has recently become aware of additional efforts of the Individual Debtor to disrupt the claims process in these chapter 11 cases by encouraging his followers to file non-meritorious claims and impose excessive administrative burdens and costs on the estate. More specifically, in comments made in the early hours of January 23, 2023 in a video released on Gettr (the "January 23 Video"), the Individual Debtor made the following statements, among others, addressed to his followers[2]:

   a) "All of you go to the bankruptcy court . . . Let the attorney's fees of trustee accumulate to 1 trillion if possible."[3]

   b) "[Y]ou should all go to register. . . . [W]e will account for the majority, 99.9%. After that, no matter how much money Mr. Qi [Kwok himself] [inaudible] earns, he needs to allocate 99.9% to you first."[4]

   c) "Think about it, $1,860 an hour as the attorney's fees. How much attorney fees is it after you all registered? How good is that!"[5]

   d) "Once you on the 18th floor [the Sherry Netherland apartment] register, they are very willing to give the 18th floor to you. Then Qiang Kwok [the Debtor's son] became happy to say that, since there are so many GTV creditors to whom so

---

[2] The January 23 Video can be viewed at https://gettr.com/streaming/p25ynjx5391, beginning at 1:50:25, and a certified translation of a transcript of the relevant portions of the January 23 Video (the "Certified Translation") is attached as **Exhibit A** hereto.
[3] *See* Certified Translation, lines 13-14.
[4] *See id.* lines 38-43.
[5] *See id.* lines 57-59.

3

  much money was owed.  Then for Comrade Qiang Kwok, I believe he will do something reasonable, will give it to comrades."[6]

e) "It is against the law for him not to grant you [supporters filing claims] a visa and not to let you come.  What kind of visa cannot be granted?  It is against the law for him not to let you come to the United States. . . . Right? Your information has been publicly recorded. I'm going to court. You have to let me get a visa, right?"[7]

5.  The Trustee Parties respectfully request that the Court consider the transcript of the January 23 Video, attached hereto as **Exhibit A**, in connection with the Trustee Parties' request that the Individual Debtor be compelled to comply with the Preliminary Injunction Order.

[*Remainder of page left intentionally blank.*]

---

[6] *See id.* lines 85-89.
[7] *See id.* lines 112-118.

| | |
|---|---|
| Dated: January 31, 2023<br>New Haven, Connecticut | LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br>GENEVER HOLDINGS LLC, AND<br>GENEVER HOLDINGS CORPORATION |

By: */s/ Patrick R. Linsey*
   Douglas S. Skalka (ct00616)
   Patrick R. Linsey (ct29437)
   NEUBERT, PEPE & MONTEITH, P.C.
   195 Church Street, 13th Floor
   New Haven, Connecticut 06510
   (203) 781-2847
   dskalka@npmlaw.com
   plinsey@npmlaw.com

       *and*

   Nicholas A. Bassett (admitted *pro hac vice*)
   PAUL HASTINGS LLP
   2050 M Street NW
   Washington, D.C., 20036
   (202) 551-1902
   nicholasbassett@paulhastings.com

       *and*

   Avram E. Luft (admitted *pro hac vice*)
   G. Alexander Bongartz (admitted *pro hac vice*)
   PAUL HASTINGS LLP
   200 Park Avenue
   New York, New York 10166
   (212) 318-6079
   aviluft@paulhastings.com
   alexbongartz@paulhastings.com

   *Counsel for the Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation*

**EXHIBIT A**



STATE OF NEW YORK            )
                             )
                             )
COUNTY OF NEW YORK           )    ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Chinese into English of the attached transcript from the video of Ho Wan Kwok dated 1/23/23.

Edward J. Jacob
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 31 day of January, 2023
by Edward J. Jacob.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires  November 7, 2024

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

| | | |
|---|---|---|
| 1 | 中国的老朋友 | Old friends from China |
| 2 | 我让一个一个都成为他最最 | I will let each one become the most |
| 3 | 恨的敌人 | hated enemy for him. |
| 4 | 他什么戴剑锋 | People like Jianfeng Dai, |
| 5 | 高冰城，梁家鳌，是吧 | Bingcheng Gao, Jiahao Liang, right? |
| 6 | 就这几个垃圾是吧 | Just these several bastards, right? |
| 7 | 孙子哎，你们要不去那个破产法庭登记 | You guys, sons of a bitch, if you don't go to the bankruptcy court to register, |
| 8 | 你们这些所有**民层，你们就是孙子 | all of you, all basic [inaudible] layers, you are the sons of a bitch. |
| 9 | 全都去 | All of you go to the bankruptcy court. |
| 10 | 彩霞知道，你要多呼吁 | Caixia knows, you should call on them more. |
| 11 | 是吧他们没有链接 | Right? They don't have a link. |
| 12 | 你都发给他们链接，让他去 | You can send them the link and let them go. |
| 13 | 是吧让那个 trustee 的律师费 | Right? Let the attorney's fees of trustee |
| 14 | 最好积累到 1 万个亿 | accumulate to 1 trillion if possible. |
| 15 | 是吧 | Right? |
| 16 | 太好了而且你们要去登记啊 | That's great. And you guys need to register. |
| 17 | 都要去登记 | All of you need to go to register. |
| 18 | 我七哥都欠你们钱，你们都要去登记 | Mr. Qi [inaudible] owes you guys money, you all have to register. |
| 19 | 他不让你们登记 | If he won't let you register, |
| 20 | 那就是他犯法了 | that means he's breaking the law. |
| 21 | 为啥不登记啊菲菲第一个就要去登记 | Why don't you register? Feifei will be the first who needs to register. |
| 22 | 我光柜子 GTV**我赔那么多钱，你不让我 | I lost so much money for only cabinet GTV [inaudible], you won't allow me to register, |
| 23 | 你为啥不让登记 | why don't you let me register? |
| 24 | 老班长你为啥不登记啊 | Old squad leader, why didn't you register? |
| 25 | GTV 你欠你那么多钱 | GTV [inaudible] owes you so much money. |
| 26 | 根据那个什么叫朱利亚的登记 | According to that registry of the person called Julia, |
| 27 | 那个他已经要好像是好几好几个人 | she seems to be asking for several people. |
| 28 | 我没数啊 | I didn't count the actual number of people. |
| 29 | 好像是应该是百万千万级的 | It seems like it should be at the level of millions or tens of million. |
| 30 | 我觉得你们就按那个比例来申请登记 | I think you should apply for registration according to that ratio. |
| 31 | 战友们 | Comrades in arms. |
| 32 | 所有老椅子都应该到破产法庭去登记 | All old chairs [inaudible] should go to the bankruptcy court to register. |
| 33 | 因为陆哥已经接受了朱利亚的登记 | Because Mr. Lu has accepted Julia's registration, |
| 34 | 还有一个叫拱竹的登记 | there is also a registration by the person called |

|    |                                    | Gongzhu (Ms. Yu),                                                                |
|----|------------------------------------|----------------------------------------------------------------------------------|
| 35 | 1万，1万美金的登记                  | 10,000, the USD 10,000 registration                                              |
| 36 | 然后要是索赔多少倍，               | Then how many times should the claim be made?                                    |
| 37 | 那拱足按照这个已经被允许的         | Then Gongzhu (Ms. Yu), according to this already allowed case,                   |
| 38 | 你们都应该去登记                   | you should all go to register.                                                   |
| 39 | GTV 就欠你们钱呐                   | GTV owes you money.                                                              |
| 40 | GTV 老椅子如果都去的话             | If all GTV old chairs go,                                                        |
| 41 | 咱们占绝大多数吧 99.9 吧           | we will account for the majority, 99.9%.                                         |
| 42 | 那以后七哥不管赚多少钱             | After that, no matter how much money Mr. Qi [inaudible] earns,                   |
| 43 | 都是先分给 99.9 给你们呢           | he needs to allocate 99.9% to you first.                                         |
| 44 | 这多好的事啊                       | What a great thing.                                                              |
| 45 | 你有钱不赚多...                    | You have money to earn, but did not do that, then what a pity is it?             |
| 46 | 你看吉哥像有钱的样子               | You see, Mr. Qi [inaudible] looks rich.                                          |
| 47 | 就就我这长相我觉得好有钱啊         | With my looks, I think I'm so rich.                                              |
| 48 | 是吧你们要去登记                   | Right? You guys needs to go to register.                                         |
| 49 | 说我们就要是相信空轨 GTV 小三啊    | To say that we have to believe in the [inaudible] GTV mistress [inaudible]       |
| 50 | 光小三跟他娘的这就最起码登记       | For the mistress [inaudible] only, she has at least registered,                  |
| 51 | 多了不敢说按照那个比例             | I dare not say an amount too high; according to that ratio,                      |
| 52 | 我估计能登记 5 个亿                | I estimate that 500 million can be registered.                                   |
| 53 | 啊泰山就更得大                     | Ah, the amount for Taishan [inaudible] needs to be even higher.                  |
| 54 | 唐山本人应该应该有八九个亿吧       | The amount for Tangshan [inaudible] himself should be 800 or 900 million.        |
| 55 | 按照这个数都得去登记去             | According to this number, you guys all need to go to register.                   |
| 56 | 对方呢                             | What about the other party?                                                      |
| 57 | 你想 1,860 美金的律师费一个小时    | Think about it, $1,860 an hour as the attorney's fees.                           |
| 58 | 你们登记完以后得多少律师费啊       | How much attorney fees is it after you all registered?                           |
| 59 | 那多好啊                           | How good is that!                                                                |
| 60 | 给共产党打声招呼很好               | It's good to give a shout out to the Communist Party.                            |
| 61 | 是吧我一听说他们去登记了           | Right? As soon as I heard they went to register,                                 |
| 62 | 我就赶快哎呦我的妈呀               | I hurry up, "Oh, my God!"                                                        |
| 63 | 笑的我就快不行了                   | I was laughing so hard I was dying.                                              |

| | | |
|---|---|---|
| 64 | 我立马给长岛哥打电话看一下 | I immediately called Mr. Changdao to check it out |
| 65 | 我说千万你们准备好啊 | I said you must get ready, |
| 66 | 一定过了 | it must be after. |
| 67 | 我为啥今天说呀 | Why do I say that today? |
| 68 | 一定过了 17 号 | Must be after the 17th. |
| 69 | 1 月 17 号以后去登记 | Register after January 17th. |
| 70 | 啊然后是改到,,了啊 | Ah, and then changed to, ah, |
| 71 | (Kwok stutters a little bit) 1 月 18 号 | January 18 |
| 72 | 然后改成，因为啥，**郭美 deposition 啊 | Then it is changed, because of what?, ** Mei Guo's deposition |
| 73 | deposition 就完了 | deposition was over |
| 74 | depose 完了 | was deposed. |
| 75 | 是吧你们现在可以去登记了 | Right? You guys can go to register now. |
| 76 | 你们要要那个船 | You guys should ask for that boat. |
| 77 | 发起哥要那个船 | The initiator should ask for the boat. |
| 78 | 你们要要那个船是吧 | You should ask for that boat, right? |
| 79 | 那就太好办了是吧 | Then, it would be easy to do, right? |
| 80 | 特别是泰山本身就我先发起 | Especially Taishan himself, he initiated, |
| 81 | 我先要这船 | he asks for this boat first. |
| 82 | 说不定人家郭美一激动说 | Maybe Mei Kwok became excited to say that, |
| 83 | 我觉得这船该给这个泰山呢 | "I think this boat should be given to this Taishan"; |
| 84 | 你干嘛不去登记啊 | why don't you go to register? |
| 85 | 那 18 楼你们一登记 | Once you on the 18th floor registered |
| 86 | 那 18 楼非常愿意给你们啊 | they are very willing to give the 18th floor to you. |
| 87 | 那郭强一高兴说 | Then Qiang Kwok became happy to say that, |
| 88 | 那既然是那么多欠的 GTV 老债主 | since there are so many GTV creditors to whom so much money was owed. |
| 89 | 那郭强同志我相信他会通情达理的 | Then for Comrade Qiang Kwok, I believe he will do something reasonable, |
| 90 | 会给战友的 | will give it to comrades. |
| 91 | 多好啊按比例吗 | How nice is it? According to a ratio. |
| 92 | 是不是？8,000 尺按照战友 GTV 登记完 | Right? 8,000 sq. ft. according to the completion of the registration of the GTV [inaudible] by comrades. |
| 93 | 7,999 尺归你们所有 | 7,999 feet is yours. |
| 94 | 厕所的那个小房间归拱竹 | The ownership of the small room in the toilet should go to Gongzhu (Ms. Yu), |
| 95 | 归 Julia 他们所有 | Julia, et al. |
| 96 | 哈哈 | Ha ha |
| 97 | 是吧，合法的获得财富嘛 | Right? It is to acquire wealth legally. |

| 98 | 啊 | Ah! |
|---|---|---|
| 99 | 啊他敲诈咱两亿多是吧 | Ah, he extorted more than 200 million from us, right? |
| 100 | 你们敲诈七哥就不能多点数吗 | Why can't you extort more from Mr. Qi [inaudible]? |
| 101 | 你敲诈两亿多 | You extorted more than 200 million. |
| 102 | 我们也可以给郭文贵同志 | We can also extort Comrade Wengui Kwok, |
| 103 | 敲诈他 2,000 个亿嘛 | extort him for 200 billion. |
| 104 | 是吧为啥你敲诈两, 两亿 5 没事 | Right? Why nothing happened after you extorted 200, 250 million, |
| 105 | 我们敲诈 2 千亿 有事 | but something happened after we extorted 200 billion. |
| 106 | 草根兄弟的 100 多万的投资 | More than 1 million investment from Mr. Grassroot. |
| 107 | 按照那个比例最起码获得 1.5 亿赔偿 | According to that ratio, at least 150 million compensation will be obtained. |
| 108 | 是吧然后呢又币又损失几百万个币 | Right? And then lost millions of coins, too. |
| 109 | 按照价格也是几十个亿吧 | According to the price, it is also several billion. |
| 110 | 草根兄弟那就正光明正大的到美国 | Then, Mr. Grassroot should come to the United States in a fair manner, |
| 111 | 要出庭啊 | going to appear in court. |
| 112 | 他不给你签证不让你来那是犯法的 | It is against the law for him not to grant you a visa and not to let you come. |
| 113 | 什么样签证可以不给 | What kind of visa cannot be granted? |
| 114 | 他不让你来美国可犯法呀 | It is against the law for him not to let you come to the United States. |
| 115 | 因为我是美国法庭通知草根兄弟郭帅 | Because Mr. Grassroot Shuai Kwok was notified by the United States court. |
| 116 | 是吧你的信息都被公录了 | Right? Your information has been publicly recorded. |
| 117 | 我去上法庭出庭啊 | I'm going to court. |
| 118 | 你得让我去过签证啊是吧 | You have to let me get a visa, right? |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                 :   Chapter 11
:
HO WAN KWOK, *et al.*,[1]              :   Case No. 22-50073 (JAM)
:
               Debtors.                :   (Jointly Administered)
:
---------------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned certifies that on January 31, 2023, the foregoing Statement (including the exhibits thereto) was electronically filed. Notice of this filing was sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing system ("CM/ECF"). Parties may access these filings by CM/ECF.

Dated:  January 31, 2023
        New Haven, Connecticut

                                              By:   */s/ Patrick R. Linsey*
                                                    Patrick R. Linsey (ct29437)
                                                    NEUBERT, PEPE & MONTEITH, P.C.
                                                    195 Church Street, 13th Floor
                                                    New Haven, Connecticut 06510
                                                    (203) 821-2000
                                                    plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).