UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

-----------------------------------------------------------x
:
In re:                                        :        Chapter 11
                                              :
HO WAN KWOK, *et al.*,[1]                     :        Case No. 22-50073 (JAM)
                                              :
        Debtors.                              :        (Jointly Administered)
                                              :
-----------------------------------------------------------x

### ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 327, 328, AND 363, FURTHER EXTENDING (I) SALE PROCESS OF SHERRY NETHERLAND APARTMENT AND (II) RETENTION OF SOTHEBY'S INTERNATIONAL REALTY AS BROKER

Upon the motion (the "Motion") of Luc Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), Genever Holdings LLC ("Genever (US)"), and Genever Holdings Corporation ("Genever (BVI)" and, together with the Trustee and Genever (US), the "Movants") for entry of an order (this "Order") extending (i) the sale process of the Sherry Netherland Apartment,[2] subject to certain modifications and (ii) the retention of Sotheby's as Genever (US)'s broker to market and sell the Sherry Netherland Apartment; and the Court having reviewed the Motion and having considered the statements of counsel before the Court at a hearing held on January 26, 2023 and January 31, 2023 (the "Hearing"); and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

§ 157(b); (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (d) good and sufficient notice of the Motion having been given; and no other or further notice being required; and the Court having determined that the relief sought in the Motion is in the best interest of the Movants, the estates, their creditors, and all parties in interest, therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is approved as set forth in this Order.

2. Notwithstanding the termination of the sale and marketing process under the Settlement Agreement on October 31, 2022, the sale and marketing process of the Sherry Netherland Apartment shall continue, as modified by this Order, retroactive to October 31, 2022 and through April 30, 2023, without prejudice to further extensions of the sale and marketing process upon the consent of the Movants, PAX, Bravo Luck, the Sales Officer, and Sotheby's without further order of the Court, or by further order of the Court for cause shown.

3. The sale and marketing process shall continue to be conducted in accordance with the Settlement Agreement, except that, notwithstanding anything to the contrary in the Settlement Agreement, neither PAX nor Bravo Luck shall have any further consent rights with respect to the sale and marketing process after October 31, 2022, including, without limitation, any right to approve the draft of the Sale Motion (as defined in the Settlement Agreement). For the avoidance of doubt, nothing in this Order shall modify PAX's and Bravo Luck's rights under the Settlement Agreement to object to the sale and marketing process of the Sherry Netherland Apartment, and PAX and Bravo Luck reserve all their rights in this regard.

4. Sotheby's retention by Genever (US) is extended from October 31, 2022 through April 30, 2023, without prejudice to further extensions of Sotheby's retention by further order of the Court for cause shown.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

6. On or before February 10, 2023, the Trustee shall file a supplemental motion to lease the Sherry-Netherland Apartment pursuant to 11 U.S.C. §363 (the "Supplemental Motion").

7. Objections to the Supplemental Motion shall be filed on or before February 22, 2023.

8. A hearing on the Supplemental Motion will be held on March 7, 2023 at 2:00 p.m. at 915 Lafayette Boulevard, Bridgeport, Connecticut.

Dated at Bridgeport, Connecticut this 1st day of February, 2023.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut