**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
            Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned certifies that on January 31, 2023, a copy of the Court's Order Directing the Parties to Mediation [ECF No. 1373] was served on Qiang Guo, via hand delivery to the concierge at his residence located at Flat 6, 5 Princes Gate, London, SW7 1QJ, United Kingdom, as well as via postal delivery to the same address using United Kingdom Royal Mail.

Dated: February 1, 2023      LUC A. DESPINS,
       New Haven, Connecticut      CHAPTER 11 TRUSTEE

                                       By:     /s/Douglas S. Skalka
                                                 Douglas S. Skalka (ct00616)
                                                 NEUBERT, PEPE & MONTEITH, P.C.
                                                 195 Church Street, 13th Floor
                                                 New Haven, Connecticut 06510
                                                 (203) 821-2000
                                                 dskalka@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).