AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Francis J. Lawall | 2. PHONE NUMBER<br>(215) 981-4481 | 3. DATE<br>2/1/2023 |
| 4. DELIVERY ADDRESS OR EMAIL<br>francis.lawall@troutman.com | 5. CITY<br>Philadelphia | 6. STATE PA / 7. ZIP CODE 19103 |
| 8. CASE NUMBER<br>22-50073 | 9. JUDGE<br>Hon. Julie A. Manning | DATES OF PROCEEDINGS<br>10. FROM 1/31/2023    11. TO 1/31/2023 |
| 12. CASE NAME<br>Ho Wan Kwok | | LOCATION OF PROCEEDINGS<br>13. CITY Bridgeport    14. STATE CT |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [x] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE<br>/s/ Francis J. Lawall | PROCESSED BY<br>P. Esposito | |
| 19. DATE<br>1/31/2023 | PHONE NUMBER<br>(203) 579-5808 | |

| TRANSCRIPT TO BE PREPARED BY<br>Reliable | COURT ADDRESS<br>U.S. Bankruptcy Court<br>915 Lafayette Blvd.<br>Bridgeport, CT 06604 | | |
|---|---|---|---|
| ORDER RECEIVED | DATE | BY | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE 0.00 |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

Honorable Julie A. Manning

Thursday, January 31, 2023

| | |
|---|---|
| 2:30 PM | 22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings, LLC |
| **Matter:** | **# 1257; Motion for Order Further Extending the Sale Process of Sherry Netherland Apartment and Retention of Sotheby's International Realty as Broker Filed by Douglas S. Skalka on behalf of Luc A. Despins, Genever Holdings Corporation, Genever Holding** |
| 2:30 PM | 22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings, LLC |
| **Matter:** | **#1297; Order Establishing Deadlines for Filing Proof of Claim and Approving Form and Manner of Notice Thereof (Re: 1191)** |
| 2:30 PM | 22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings, LLC |
| **Matter:** | **#1298; Order (I) Approving Retention and Appointment of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent, effective as of December 1, 2022, and (II) Granting Related Relief (Re: 1198)** |
| 2:30 PM | 22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings, LLC |

| | |
|---|---|
| **Matter:** | **#1303; Motion to Compel JPMorgan Chase Bank, N.A. to Comply with Rule 2004 Subpoena Filed by Douglas S. Skalka on behalf of Luc A. Despins, Chapter 11 Trustee** |
| 2:30 PM | 22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings, LLC |
| **Matter:** | **#1362; Motion to Compel Compliance with Bk. Rule 20004 Subpoena by USB AG Filed by Patrick R. insey on behalf of Luc A. Despins, Chapter 11 Trustee** |
| 2:30 PM | 22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings, LLC |
| **Matter:** | **#1328; Motion to Seal Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee** |

2/1/23, 4:02 PM
Case 22-50073    Doc 1431    Filed 02/01/23    Entered 02/01/23 16:15:42    Page 4 of 13
CTBLive Database Area

22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC
Case type: bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
Date filed: 02/15/2022 **Date of last filing:** 02/01/2023

# Attorneys

| | | |
|---|---|---|
| **Laura Aronsson**<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036<br>212-728-5841<br>laronsson@omm.com<br>*Assigned: 04/08/2022*<br>*LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Kenneth Aulet**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>kaulet@brownrudnick.com<br>*Assigned: 04/26/2022*<br>*TERMINATED: 08/02/2022*<br>*LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Tristan G. Axelrod**<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>617-856-8456<br>617-289-0522 (fax)<br>taxelrod@brownrudnick.com<br>*Assigned: 08/12/2022*<br>*LEAD ATTORNEY* | representing | **Brown Rudnick LLP**<br>One Financial Center<br>Boston, MA 02111<br>617-856-8200<br>tfeinsmith@brownrudnick.com<br>*(Creditor)* |
| | | **Verdolino & Lowey, P.C.**<br>124 Washington Street<br>Foxborough, MA 02035<br>*(Creditor)* |
| **William Baldiga**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>New York<br>212-209-4800<br>212-209-4801 (fax)<br>wbaldiga@brownrudnick.com<br>*Assigned: 03/01/2022*<br>*TERMINATED: 08/02/2022*<br>*LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **William R. Baldiga**<br>Brown, Rudnik, Freed & Gesmer<br>One Financial Center<br>Boston, MA 02111<br>(617) 330-9000<br>617-289-0420 (fax)<br>wbaldiga@brownrudnick.com<br>*Assigned: 03/09/2022*<br>*TERMINATED: 08/02/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| *Assigned: 08/05/2022* | representing | **Brown Rudnick LLP**<br>One Financial Center<br>Boston, MA 02111<br>617-856-8200<br>tfeinsmith@brownrudnick.com<br>*(Creditor)* |
| **Kellianne Baranowsky**<br>Green & Sklarz LLC<br>One Audubon Street<br>3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>203-823-4546 (fax)<br>kbaranowsky@gs-lawfirm.com<br>*Assigned: 10/14/2022* | representing | **BakerHostetler**<br>*(Interested Party)* |
| **Daniel D. Barnes**<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ 07052<br>9733251500<br>dbarnes@csglaw.com<br>*Assigned: 01/13/2023*<br>*LEAD ATTORNEY* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| | | **Mei Guo**<br>*(Interested Party)* |

| | | |
|---|---|---|
| **Douglass E. Barron**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6690<br>212-230-7690 (fax)<br>douglassbarron@paulhastings.com<br>*Assigned: 07/22/2022*<br>*LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Nicholas A. Bassett**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1700<br>202-551-1705 (fax)<br>nicholasbassett@paulhastings.com<br>*Assigned: 07/22/2022*<br>*LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Patrick M. Birney**<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8200<br>(860) 275-8299 (fax)<br>pbirney@rc.com<br>*Assigned: 02/24/2022* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Christopher H. Blau**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-549-0889 (fax)<br>cblau@zeislaw.com<br>*Assigned: 12/09/2022* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| **G. Alexander Bongartz**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6472<br>212-303-7072 (fax)<br>alexbongartz@paulhastings.com<br>*Assigned: 08/04/2022*<br>*LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Carollynn H.G. Callari**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>ccallari@callaripartners.com<br>*Assigned: 03/16/2022*<br>*LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)*<br><br>**Weican Meng**<br>*(20 Largest Creditor)*<br><br>**Zheng Wu**<br>*(Creditor)* |
| **Andrew M. Carty**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>acarty@brownrudnick.com<br>*Assigned: 04/15/2022*<br>  *TERMINATED: 08/02/2022*<br>*LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **John L. Cesaroni**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>jcesaroni@zeislaw.com<br>*Assigned: 05/10/2022* | representing | **Mei Guo**<br>*(Interested Party)* |
| *Assigned: 07/14/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| *Assigned: 11/22/2022* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| **Scott M. Charmoy**<br>Charmoy & Charmoy | representing | **HCHK Property Management, Inc.**<br>500 West Putnam Avenue |

| | | |
|---|---|---|
| 1465 Post Road East<br>Suite 100<br>Westport, CT 06880<br>(203) 255-8100<br>203-255-8101 (fax)<br>scottcharmoy@charmoy.com<br>*Assigned: 12/26/2022* | | Suite 400, #171<br>Greenwich, CT 06830<br>*(Interested Party)* |
| | | **HCHK Technologies, Inc.**<br>3 Columbus Circle<br>20th Floor<br>New York, NY 10019<br>*(Interested Party)* |
| | | **Lexington Property and Staffing, Inc.**<br>750 Lexington Avenue<br>8th Floot<br>New York, NY 10022<br>*(Interested Party)* |
| **Holley L. Claiborn**<br>Office of The United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br>(203) 773-2217 (fax)<br>holley.l.claiborn@usdoj.gov<br>*Assigned: 02/28/2022* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Samuel Bryant Davidoff**<br>Williams & Connolly LLP<br>680 Maine Avenue, S.W.<br>Washington, DC 20024<br>202-434-5648<br>sdavidoff@wc.com<br>*Assigned: 10/20/2022* | representing | **Williams & Connolly LLP**<br>Williams & Connolly LLP<br>680 Maine Ave SW<br>Washington, DC 20024<br>202-434-5000<br>*(Interested Party)* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*Assigned: 07/12/2022* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>212-230-7771 (fax)<br>lucdespins@pauhastings.com<br>*Assigned: 07/22/2022*<br>*LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **J. Ted Donovan**<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036<br>(212)-221-5700<br>212-422-6836 (fax)<br>TDonovan@GWFGlaw.com<br>*Assigned: 11/22/2022*<br>*LEAD ATTORNEY* | representing | **Genever Holdings LLC**<br>781 Fifth Avenue<br>Apt. 1801<br>New York, NY 10022-5520<br>*(Debtor)* |
| **Sam Della Fera, Jr.**<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ 07052<br>973-325-1500<br>sdellafera@csglaw.com<br>*Assigned: 01/13/2023*<br>*LEAD ATTORNEY* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| | | **Mei Guo**<br>*(Interested Party)* |
| **David S. Forsh**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>dforsh@callaripartners.com<br>*Assigned: 03/17/2022*<br>*LEAD ATTORNEY* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |
| | | **Zheng Wu**<br>*(Creditor)* |

| | | |
|---|---|---|
| **Peter Friedman**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5302<br>pfriedman@omm.com<br>*Assigned: 02/25/2022*<br>*LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Taruna Garg**<br>Murtha Cullina LLP<br>107 Elm Street<br>Four Stamford Plaza<br>Suite 1101<br>Stamford, CT 06902<br>203-653-5400<br>203-653-5444 (fax)<br>tgarg@murthalaw.com<br>*Assigned: 11/23/2022* | representing | **The Sherry-Netherland, Inc.**<br>*(Creditor)* |
| **Irve J. Goldman**<br>Pullman & Comley<br>850 Main Street<br>8th Floor<br>Bridgeport, CT 06604<br>203-330-2000<br>203-576-8888 (fax)<br>igoldman@pullcom.com<br>*Assigned: 04/05/2022* | representing | **Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |
| *Assigned: 01/13/2023* | representing | **Pullman & Comley, LLC**<br>850 Main Street<br>Bridgeport, CT 06601<br>(203)<br>*(Creditor Committee)* |
| **Evan S. Goldstein**<br>Updike, Kelly & Spellacy, P.C.<br>Goodwin Square<br>225 Asylum Street<br>Ste 20th Floor<br>Hartford, CT 06103<br>860-548-2609<br>860-548-2680 (fax)<br>egoldstein@uks.com<br>*Assigned: 09/15/2022* | representing | **Hing Chi Ngok**<br>*(Interested Party)* |
| *Assigned: 10/20/2022* | representing | **Greenwich Land, LLC**<br>*(Interested Party)* |
| **Mia N. Gonzalez**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>212-728-5698<br>mgonzalez@omm.com<br>*Assigned: 04/08/2022*<br>*LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **Marc Gottridge**<br>Herbert Smith Freehills New York LLP<br>450 Lexington Avenue<br>14th Floor<br>New York, NY 10017<br>917-542-7600<br>917-542-7601 (fax)<br>marc.gottridge@hsf.com<br>*Assigned: 01/24/2023* | representing | **UBS AG**<br>600 Washington Boulevard<br>Stanford, CT 06901<br>United States<br>*(Interested Party)* |
| **James C. Graham**<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203)821-2000<br>(203)821-2009 (fax)<br>jgraham@npmlaw.com<br>*Assigned: 07/20/2022* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Lawrence S. Grossman**<br>Green & Sklarz LLC<br>One Audubon Street<br>Third Floor<br>New Haven, CT 06511<br>203-285-8545<br>LGrossman@gs-lawfirm.com<br>*Assigned: 10/12/2022* | representing | **BakerHostetler**<br>*(Interested Party)* |
| **David V. Harbach, II**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5127<br>dharbach@omm.com | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |

| | | |
|---|---|---|
| *Assigned: 02/25/2022*<br>*LEAD ATTORNEY* | | |
| **James J. Healy**<br>Cowdery, Murphy, Dannehy & Healy, LLC<br>280 Trumbull Street<br>Hartford, CT 06103<br>860-278-5555<br>860-249-0012 (fax)<br>jhealy@cmdhlaw.com<br>*Assigned: 10/24/2022* | representing | **Williams & Connolly LLP**<br>Williams & Connolly LLP<br>680 Maine Ave SW<br>Washington, DC 20024<br>202-434-5000<br>*(Interested Party)* |
| **Eric A. Henzy**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-5495<br>203-549-0861 (fax)<br>ehenzy@zeislaw.com<br>*Assigned: 07/14/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| *Assigned: 07/22/2022* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| **Jeffrey L Jonas**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>2122094800<br>212-209-4801 (fax)<br>jjonas@brownrudnick.com<br>*Assigned: 04/21/2022*<br>*TERMINATED: 08/02/2022*<br>*LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Jonathan Kaplan**<br>Pullman & Comley, LLC<br>90 State House Square<br>Hartford, CT 06103<br>860-424-4379<br>860-424-4370 (fax)<br>jkaplan@pullcom.com<br>*Assigned: 04/05/2022* | representing | **Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |
| **Stephen M. Kindseth**<br>Zeisler & Zeisler<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>(203) 368-4234<br>203-367-9678 (fax)<br>skindseth@zeislaw.com<br>*Assigned: 04/11/2022* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| *Assigned: 05/10/2022* | representing | **Mei Guo**<br>*(Interested Party)* |
| *Assigned: 07/14/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Dylan Kletter**<br>Brown Rudnick LLP<br>185 Asylum Street<br>Hartford, CT 06103<br>860-509-6500<br>dkletter@brownrudnick.com<br>*Assigned: 02/15/2022*<br>*TERMINATED: 08/02/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Julie A Lavoie**<br>Murtha Cullina<br>280 Trumbull Street<br>Ste 12th Floor<br>Hartford, CT 06103<br>860-240-6035<br>860-240-5875 (fax)<br>jlavoie@murthalaw.com<br>*Assigned: 01/31/2023* | representing | **The Sherry-Netherland, Inc.**<br>*(Creditor)* |
| **Francis J. Lawall**<br>Troutman Pepper Hamilton Sanders LLP<br>3000 Two Logan Square<br>18th & Arch Street<br>Philidelphia, PA 19103-2799<br>(215) 981-4000<br>(215) 981-4750 (fax)<br>francis.lawall@troutman.com<br>*Assigned: 01/06/2023*<br>*LEAD ATTORNEY* | representing | **Bravo Luck Limited**<br>P.O. Box 957<br>Offshore Incorporations Centre<br>Road Town<br>Tortola<br>British Virgin Islands<br>*(Interested Party)* |
| **Francis J. Lawall**<br>Troutman Pepper Hamilton Sanders LLP | representing | **Bravo Luck Limited**<br>P.O. Box 957 |

| | | |
|---|---|---|
| 3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br>215-981-4000<br>215-981-4750 (fax)<br>francis.lawall@troutman.com<br>*Assigned: 01/06/2023*<br>*LEAD ATTORNEY* | | Offshore Incorporations Centre<br>Road Town<br>Tortola<br>British Virgin Islands<br>*(Interested Party)* |
| **Andrew V. Layden**<br>BakerHostetler<br>200 South Orange Avenue<br>Suite 2300<br>Orlando, FL 32801<br>407-649-4070<br>407-841-0168 (fax)<br>alayden@bakerlaw.com<br>*Assigned: 10/12/2022*<br>*LEAD ATTORNEY* | representing | **BakerHostetler**<br>*(Interested Party)* |
| **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 07/11/2022* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| *Assigned: 01/17/2023* | representing | **Genever Holdings Corporation**<br>P.O. Box 3170<br>Road Town Tortola<br>British Virgin Islands<br>*(Debtor)*<br><br>**Genever Holdings LLC**<br>781 Fifth Avenue<br>Apt. 1801<br>New York, NY 10022-5520<br>*(Debtor)* |
| **Avram Emmanuel Luft**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6079<br>212-303-7079 (fax)<br>aviluft@paulhastings.com<br>*Assigned: 07/22/2022*<br>*LEAD ATTORNEY* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Steven E. Mackey**<br>Office of the U.S. Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br>*Assigned: 03/22/2022* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Kristin B. Mayhew**<br>Pullman & Comley, LLC<br>850 Main Street, 8th Floor<br>PO Box 7006<br>Bridgeport, CT 06601<br>203-330-2198<br>203-259-0251 (fax)<br>kmayhew@pullcom.com<br>*Assigned: 03/15/2022* | representing | **Rui Ma**<br>*(20 Largest Creditor)*<br><br>**Weican Meng**<br>*(20 Largest Creditor)*<br><br>**Zheng Wu**<br>*(Creditor)* |
| *Assigned: 12/05/2022* | representing | **Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |
| **Marcy J. McLaughlin Smith**<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Washington, DE 19801<br>302-777-6535<br>302-421-8390 (fax)<br>marcy.smith@troutman.com<br>*Assigned: 01/17/2023*<br>*LEAD ATTORNEY* | representing | **Bravo Luck Limited**<br>P.O. Box 957<br>Offshore Incorporations Centre<br>Road Town<br>Tortola<br>British Virgin Islands<br>*(Interested Party)* |
| **Danielle L. Merola**<br>BakerHostetler<br>200 South Orange Avenue<br>Suite 2300 | representing | **BakerHostetler**<br>*(Interested Party)* |

Orlando, FL 32801
407-649-4092
dmerola@bakerlaw.com
*Assigned: 10/13/2022*
*LEAD ATTORNEY*

**Sherry J. Millman**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
212-806-5434
212-806-6006 (fax)
smillman@stroock.com
*Assigned: 11/29/2022*
*LEAD ATTORNEY*

representing **The Sherry-Netherland, Inc.**
*(Creditor)*

**Timothy D. Miltenberger**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103
860-493-2200
tmiltenberger@cbshealaw.com
*Assigned: 03/31/2022*
 *TERMINATED: 08/17/2022*

representing **Golden Spring (New York) LTD**
*(Interested Party)*
PRO SE

**Aaron A Mitchell**
Lawall & Mitchell, LLC
55 Madison Ave
Suite 400
Morristown, NJ 07960
973-285-3280
aaron@lmesq.com
*Assigned: 07/11/2022*

representing **Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
*Assigned: 07/20/2022*

representing **Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

 *Assigned: 10/31/2022*

representing **HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**Mei Guo**
*(Interested Party)*

**Kevin J. Nash**
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036
(212)-301-6944
(212) 422-6836 (fax)
kjnash@gwfglaw.com
*Assigned: 11/22/2022*
*LEAD ATTORNEY*

representing **Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520
*(Debtor)*

**Sara Pahlavan**
O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
415-984-8953
spahlavan@omm.com
*Assigned: 05/05/2022*
*LEAD ATTORNEY*

representing **Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Patrick N. Petrocelli**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
212-806-6682
212-806-6006 (fax)
ppetrocelli@stroock.com
*Assigned: 11/29/2022*
*LEAD ATTORNEY*

representing **The Sherry-Netherland, Inc.**
*(Creditor)*

**Lucas Bennett Rocklin**
Neubert, Pepe, Monteith, P.C.
195 Church Street,13th Floor
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
lrocklin@npmlaw.com
*Assigned: 07/15/2022*

representing **Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604

representing **HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

| | | |
|---|---|---|
| 203-368-4234<br>203-367-9678 (fax)<br>aromney@zeislaw.com<br>*Assigned: 04/11/2022* | | |
| *Assigned: 05/10/2022* | representing | **Mei Guo**<br>*(Interested Party)* |
| *Assigned: 07/14/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Scott D. Rosen**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103-4500<br>(860) 493-2200<br>860-727-0361 (fax)<br>srosen@cb-shea.com<br>*Assigned: 03/28/2022*<br>  *TERMINATED: 08/17/2022* | representing | **Golden Spring (New York) LTD**<br>*(Interested Party)*<br>PRO SE |
| *Assigned: 08/12/2022* | representing | **Cohn Birnbaum & Shea, P.C.**<br>*(Attorney)* |
| **Thomas J. Sansone**<br>Carmody Torrance Sandak & Hennessey LLP<br>195 Church Street<br>P.O. Box 1950<br>New Haven, CT 06509-1950<br>(203) 784-3100<br>203-784-3199 (fax)<br>tsansone@carmodylaw.com<br>*Assigned: 06/24/2022* | representing | **Chong Shen Raphanella**<br>*(Creditor)* |
| | | **Rong Zhang**<br>*(Creditor)* |
| | | **Xiaodan Wang**<br>*(Creditor)* |
| *Assigned: 07/15/2022* | representing | **Michael S. Weinstein**<br>*(Attorney)* |
| **Stuart M. Sarnoff**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>202-326-2293<br>ssarnoff@omm.com<br>*Assigned: 02/25/2022*<br>  *LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **David M.S. Shaiken**<br>Shipman, Shaiken & Schwefel, LLC<br>433 South Main Street<br>Suite 319<br>West Hartford, CT 06110<br>860-606-1703<br>866-431-3248 (fax)<br>david@shipmanlawct.com<br>*Assigned: 01/04/2023* | representing | **Bravo Luck Limited**<br>P.O. Box 957<br>Offshore Incorporations Centre<br>Road Town<br>Tortola<br>British Virgin Islands<br>*(Interested Party)* |
| **Bennett Silverberg**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800<br>212-209-4801 (fax)<br>bsilverberg@brownrudnick.com<br>*Assigned: 03/01/2022*<br>  *TERMINATED: 08/02/2022*<br>  *LEAD ATTORNEY* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| **Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>*Assigned: 07/14/2022* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| *Assigned: 11/02/2022* | representing | **Genever Holdings Corporation**<br>P.O. Box 3170<br>Road Town Tortola<br>British Virgin Islands<br>*(Debtor)* |
| *Assigned: 11/22/2022*<br>  *LEAD ATTORNEY* | representing | **Genever Holdings LLC**<br>781 Fifth Avenue<br>Apt. 1801 |

New York, NY 10022-5520
*(Debtor)*

| | | |
|---|---|---|
| **Jeffrey M. Sklarz**<br>Green & Sklarz LLC<br>One Audubon Street<br>3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>203-823-4546 (fax)<br>jsklarz@gs-lawfirm.com<br>  *Assigned: 10/07/2022* | representing | **BakerHostetler**<br>*(Interested Party)* |
| **Annecca H. Smith**<br>Robinson & Cole, LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>860-275-8325<br>860-275-8299 (fax)<br>asmith@rc.com<br>  *Assigned: 02/24/2022* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **John Troy**<br>Troy Law, PLLC<br>41-25 Kissena Blvd., Suite 110<br>Flushing, NY 11355<br>718-762-2332<br>johntroy@troypllc.com<br>  *Assigned: 10/20/2022* | representing | **Troy Law, PLLC**<br>41-00025 Kissena Blvd., Suite 103<br>Flushing, NY 11355<br>718-762-1324<br>troylaw@troypllc.com<br>*(Interested Party)* |
| **Tiffany Troy**<br>Troy Legal, PLLC<br>41-25 Kissena Blvd, #1A<br>Flushing, NY 11355<br>718-762-2332<br>troylegalpllc@gmail.com<br>  *Assigned: 08/24/2022* | representing | **Troy Law, PLLC**<br>*(Creditor)* |
| **Lee Vartan**<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ 07052<br>973-530-2107<br>973-530-2307 (fax)<br>lvartan@csglaw.com<br>  *Assigned: 01/13/2023*<br>  *LEAD ATTORNEY* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| | | **Mei Guo**<br>*(Interested Party)* |
| **Stephen G. Walko**<br>Ivey, Barnum & O'Mara, LLC<br>170 Mason Street<br>Greenwich, CT 06830-6692<br>203-661-6000<br>203-661-9462 (fax)<br>swalko@ibolaw.com<br>  *Assigned: 01/06/2023* | representing | **Ivey, Barnum & O'Mara LLC**<br>Ivey, Barnum & O'Mara LLC<br>170 Mason Street<br>Greenwich, CT 06830<br>United States<br>2036616000<br>*(Interested Party)* |
| **Michael S. Weinstein**<br>Golenbock Eiseman Assor Bell & Peskoe LL<br>711 Third Avenue<br>New York, NY 10017<br>212-907-7347<br>212-754-0330 (fax)<br>mweinstein@golenbock.com<br>  *Assigned: 07/22/2022*<br>  *LEAD ATTORNEY* | representing | **Chong Shen Raphanella**<br>*(Creditor)* |
| | | **Rong Zhang**<br>*(Creditor)* |
| | | **Xiaodan Wang**<br>*(Creditor)* |
| **Jay Marshall Wolman**<br>Randazza Legal Group, PLLC<br>100 Pearl Street, 14th Floor<br>Hartford, CT 06103<br>702-420-2001<br>jmw@randazza.com<br>  *Assigned: 02/17/2022* | representing | **Logan Cheng**<br>c/o Randazza Legal Group, PLLC<br>100 Pearl Street<br>14th Floor<br>Hartford, CT 06103<br>*(Creditor)* |
| **Peter J. Zarella**<br>McElroy, Deutsch, Mulvaney & Carpenter,<br>One State Street, 14th floor<br>Hartford, CT 06103<br>860-241-2688<br>860-522-2796 (fax)<br>pzarella@mdmc-law.com<br>  *Assigned: 03/22/2022* | representing | **Rui Ma**<br>*(20 Largest Creditor)* |
| | | **Weican Meng**<br>*(20 Largest Creditor)* |

**Zheng Wu**
*(Creditor)*