# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## TRANSMITTAL FORM TO DISTRICT COURT REGARDING APPEALS AND RELATED DOCUMENTS

Debtor(s) Name: Ho Wan Kwok, et al.

Case No.: 22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☑ Notice of Appeal (only)   ECF No.: 1443

3. ☐ Related documents as indicated below:

   ☐ Designation of items designated by the Appellant

   ☐ Designation of items designated by the Appellee

   ☐ Cross Appeal

   ☐ Amended Appeal

   ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)

   ☐ Transcripts

   ☑ Other   Order Granting Motion to Hold Debtor in Contempt

4. Other applicable information:

| | |
|---|---|
| Filing Fee: | ☒ Paid   ☐ Not Paid |
| Appellant's Name: | Ho Wan Kwok, Chapter 11 Debtor |
| Appellant's Attorney: | Eric Henzy, Stephen Kindseth, Aaron Romney, James Moriarty, and John Cesaroni<br>Zeisler & Zeisler, P.C.<br>10 Middle Street, 15th Floor<br>Bridgeport, CT  06604<br><br>Aaron A. Mitchell<br>Lawall & Mitchell<br>Soundview Plaza, Suite 700R<br>1266 E Main Street<br>Stamford, CT  06902 |
| Appellee's Name: | Luc A. Despins, Chapter 11 Trustee |
| Appellee's Attorney: | Patrick Linsey, James Graham, Lucas Bennett Rocklin and Douglas Skalka<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT  06510<br><br>Nicholas Bassett<br>Paul Hastings LLP<br>2050 M Street NW<br>Washington, D.C. 20036<br>and<br>Avram Luft and Douglas Barron<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166 |
| <u>Interested Party:</u> | United States Trustee<br>The Giaimo Federal Building<br>150 Court Street  Room 302<br>New Haven, CT  06510 |

By: <u>Regina Miltenberger</u>                    Date: February 7, 2023
Deputy Clerk, U.S. Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name:  Ho Wan Kwok, et al.

Bankruptcy Case No.:  22-50073

Adversary Case No.:

Previous Civil No.:

Previous Miscellaneous No.:

Transmittal dated:  February 7, 2023

**To the Bankruptcy Court:**

**The following number has been assigned:**

☐ Civil No. Assigned  _____

☐ Miscellaneous No. Assigned  _____

☐ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By: _____                                Date:
    Deputy Clerk, U.S. District Court