**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, | Case No: 22-50073 (JAM) |
| Debtor. | |

### DISCLOSURE REGARDING COMPENSATION OF ATTORNEYS FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am, along with my firm, Lawall & Mitchell, LLC (the "Firm"), attorneys for the above-named Debtor, and that no compensation was paid to me or the Firm within one year before the filing of the petition in bankruptcy (the "Petition Date") for services rendered or to be rendered on behalf of the Debtor in contemplation of the bankruptcy case, and that no compensation has been agreed to be paid to me or the Firm for services rendered or to be rendered on behalf of the Debtor in connection with the bankruptcy case.

2. The Firm and I have agreed to represent the Debtor (who is no longer debtor-in-possession) in connection with the above captioned bankruptcy case.

3. By agreement with the Debtor, the above-disclosed representation does not include the following services: any services other than those specifically identified in paragraph 2.

### CERTIFICATION

As of the date hereof, I certify that the foregoing is a complete statement of any agreement or agreement for payment to me and the Firm for the representation of the Debtor in this Chapter 11 case.

Dated: February 8, 2023 at Bridgeport, Connecticut

/s/ Aaron A. Mitchell
Aaron A. Mitchell (ct430721)
Lawall & Mitchell, LLC
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Phone: 973-285-3280
Email: aaron@lmesq.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 8, 2023, a copy of foregoing was filed electronically.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic

filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice

of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Aaron A. Mitchell*
Aaron A. Mitchell (ct430721)