# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No: 22-50073 (JAM) |
| HO WAN KWOK,<br><br>　　　　　　Movant,<br><br>v.<br><br>LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE<br><br>　　　　　　Respondent. | |

### MEI GUO AND HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION FOR AN EXTENSION OF TIME TO COMPLY WITH THE COURT'S ORDER DATED JANUARY 20, 2023

1. On August 19, 2022, Mei Guo and HK International Funds Investments (USA) Limited, LLC ("HK USA") were each served with a Rule 2004 subpoena (the "Subpoenas"). Ms. Guo and HK USA thereafter served timely objections to the document requests attached to the Subpoenas, asserting objections to certain of the enumerated Instructions and Definitions included with the requests for production, as well as objections to certain of the requests for production.

2. On or about October 28, 2022, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee"), filed a motion pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure and Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure seeking among other things, to compel Ms. Guo and HK USA to comply with the Subpoenas.

3. Ms. Guo and HK USA responded to the Trustee's motion on November 14, 2022.

4. A hearing in connection with the Trustee's motion was held on November 30, 2022.

5. On January 20, 2023, the Court entered an Order granting the Trustee's motion in part (the "January 20 Order") (ECF #1353).

6. Relevant to the Subpoenas, the January 20 Order directed that:

Mei Guo and HK (USA) shall, by 5:00 p.m. on January 31, 2023, search for and produce to the Trustee:

(i) documents responsive to the Trustee's requests, except as to the documents that concern the Lady May, dated June 1, 2014, or later, unless a particular request specifies a different time period and such time period does not begin before June 1, 2014;

(ii) documents responsive to the Trustee's requests, except as the documents concern the Lady May, as to both assets the Debtor acknowledges he owns and assets that allegedly belong to persons or entities other than the Debtor, including without limitation his family members, including Mei Guo herself, and associated entities, including HK (USA) itself; and

(iii) documents responsive to the Trustee's requests that are within their custody, possession, or control, except as to the documents that concern the Lady May, including without limitation documents in the files of their current or former counsel and other agents and advisors, unless such documents have already been produced by their current or former counsel and other agents and advisors but without consideration of any potential future production by their current or former counsel and other agents and advisors.

(ECF #1353).

7. Upon receipt of the Order, Ms. Guo and HK USA began taking steps to comply with the Order, including searching for hard copy records and conducting an inventory of electronic records.

8. Shortly after receipt of the January 20 Order, on January 24, 2023, the Court entered an Order Directing the Parties to Mediation (the "Mediation Order") (ECF #1373).

9. In the Mediation Order, the Court ordered that:

[D]uring the Mediation, absent compelling cause, all hearings in these Jointly Administered Chapter 11 cases and related adversary proceedings, are stayed, including without limitation all hearings in *HK Int'l Funds Invs. (USA) Ltd. v.*

2

> *Despins ex rel. Kwok*, Adv. P. No. 22-05003 (JAM) and *Pac. All. Asia Opportunity Fund L.P. v. Kwok*, Adv. P. No. 22-05032 (JAM). The Parties are ordered and directed to negotiate in good faith and encouraged to refrain from legal process which can be deferred, addressed by consensus, or duly considered by the Mediator.

(ECF #1373).

10. Accordingly, following the Mediation Order, Ms. Guo and HK USA attempted to work with the Trustee in good faith, through counsel, to come to an agreed upon schedule for the production of documents required by the January 20 Order. At all times, the Trustee understood that Ms. Guo and HK USA would need additional time, beyond that provided in the January 20 Order.

11. After several meet and confer sessions by email and telephone, the parties conducted a meet and confer conference earlier today to discuss a schedule for the production of documents required by the January 20 Order.

12. Ms. Guo and HK USA explained, through counsel, that while they do not believe that they are in possession of a significant number of documents responsive to the Subpoenas, it will be costly and time intensive for them to confirm that fact. Among other things, Ms. Guo needs to search electronic documents for records responsive to the Subpoenas, as well as have those documents translated for review and possible production.

13. Accordingly, Ms. Guo and HK USA advised the Trustee that they require an additional thirty (30) days from today to complete their search, review and production. Counsel made clear that Ms. Guo and HK USA would begin producing documents as early as next week, and would continue to produce documents on a rolling basis, but were placing a realistic timeline on their practical and logistical ability to fully comply with the January 20 Order.

14. The Trustee objected to that timeframe, and Ms. Guo and HK USA's motion for an extension of time follows.[1]

15. For the reasons set forth herein, Ms. Guo and HK USA move for an Order extending the time to comply with the January 20 Order, through and including March 13, 2023.

Dated at Roseland, New Jersey this 10th day of February, 2023.

        **HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC AND MEI GUO**

        */s/ Lee Vartan*
        Lee Vartan
        Chiesa Shahinian & Giantomasi PC
        105 Eisenhower Parkway
        Roseland, NJ 07068
        Telephone: (973) 530-2107
        Email: lvartan@csglaw.com
        *Attorneys for HK International Funds Investments (USA) Limited, LLC and Mei Guo*

        Stephen M. Kindseth (ct14640)
        Aaron A. Romney (ct28144)
        Zeisler & Zeisler, P.C.
        10 Middle Street, 15th Floor
        Bridgeport, Connecticut 06604
        Telephone: (203) 368-4234
        Email: skindseth@zeislaw.com
               aromney@zeislaw.com
        *Local Counsel for HK International Funds Investments (USA) Limited, LLC and Mei Guo*

---

[1] Ms. Guo and HK USA are in receipt of the Trustee's Order to Show Cause filed earlier this evening as ECF #1453, and will separately respond to that application. Ms. Guo and HK USA are not attempting to avoid the January 20 Order; they are actively working to comply with the Order. They simply need more time to do so.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  */s/ Lee Vartan*
                                                  Lee Vartan