**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
|  | ) | Case No. 22-50073 (JAM) |
| HO WAN KWOK, *et al.*, | ) ) | (Jointly Administered) |
| Debtors.[1] | ) ) | Re: ECF Nos. 1353, 1444, 1453, and 1454 |

**ORDER GRANTING IN PART MOTION**
**FOR ORDER TO APPEAR AND SHOW CAUSE WHY THE COURT**
**SHOULD NOT HOLD THE HK PARTIES IN CONTEMPT OF COURT**

On January 20, 2023, the Court entered an Order Granting in Part Motion to Compel Compliance with Rule 2004 Subpoenas. (ECF No. 1353, the "Order Compelling Production.")

On February 7, 2023, Mr. Ho Wan Kwok (the "Debtor") filed a sworn declaration that he was asserting his fifth amendment rights in relation to the Order Compelling Production. (ECF No. 1444.) On February 10, 2023, Luc A. Despins, in his capacity as Chapter 11 Trustee for the estate of the Debtor, (the "Trustee") filed his motion for order to show cause why the Debtor, Ms. Mei Guo, and HK International Funds Investments (USA) Limited, LLC ("HK USA," and together with Ms. Mei Guo, the "HK Parties") should not be held in civil contempt of court for failure to meet the production deadline set by the Court's Order Granting in Part Motion to Compel Compliance with Rule 2004 Subpoenas (ECF No. 1353, the "Order Compelling Production"; *see* ECF No. 757). (ECF No. 1453, the "Motion.") The Trustee attached a sworn

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

declaration to the Motion (the "Bassett Declaration"). Also on February 10, 2023, the HK Parties filed a motion for an extension of time to comply with the Order Compelling Production, asking for an extension of time through March 13, 2023. (ECF No. 1454, the "Motion for Extension of Time.")

The Court is aware that the Debtor asserted his fifth amendment right against self-incrimination regarding production under the Order Compelling Production. The applicability of the act of production doctrine will require additional submissions and the Court will set a briefing schedule on that issue after the conclusion of the mediation. The Debtor and the Trustee are encouraged, however, to find any common ground regarding production of discovery by the Debtor. The parties are directed not to file any further pleadings on this issue during the ongoing mediation.

Both the Bassett Declaration and the Motion for Extension of Time establish that the HK Parties did not meet the production deadline ordered in the Order Compelling Production. Based upon the representations of counsel for the HK Parties in the Motion for Extension of Time, the Court expects that the HK Parties will be producing documents to the Trustee on a rolling basis during the ongoing mediation. The Court will set a hearing on why the HK Parties should not be held in contempt and the Motion for Extension of Time. The HK Parties must file prior to the hearing proof of their compliance or diligent attempt to comply with the Order Compelling Production. The HK Parties and the Trustee are encouraged, however, to work out a consent order establishing deadlines for production, in which case the hearing may not need to be held. The parties are directed not to file any further briefing on this issue during the ongoing mediation.

Accordingly, it is hereby

**ORDERED:** The Motion is **GRANTED** in part as set forth below; and it is further

**ORDERED:** The Court will issue an order on the Motion as it relates to the Debtor after the conclusion of mediation. The parties are directed not to file any further pleadings on this matter until further Court order; and it is further

**ORDERED:** The HK Parties are to appear at 1:00 p.m. on March 7, 2023, at the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT 06604, and show cause why this Court should not hold them in civil contempt of court for failing to comply with the Order Compelling Production. The parties are directed not to file any further pleadings on this matter during the ongoing mediation; and it is further

**ORDERED:** On or before 5:00 p.m. on March 6, 2023, the HK Parties shall file a sworn declaration on the docket of this case detailing full compliance with the Order Compelling Production or, failing that, describing in detail the efforts taken to comply; and it is further

**ORDERED:** On or before 10:00 a.m. on March 7, 2023, the Trustee shall file any response to the HK Parties' sworn declaration; and it is further

**ORDERED:** The Court schedules the HK Parties' Motion for Extension of Time for hearing at 1:00 p.m. on March 7, 2023, at the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT 06604. The parties are directed not to file any further pleadings on this matter during the ongoing mediation; and it is further

**ORDERED:** On or before 5:00 p.m. on March 6, 2023, the Trustee shall file any response to the HK Parties' Motion for Extension of Time; and it is further

**ORDERED:** On or before 10:00 a.m. on March 7, 2023, the HK Parties shall file any reply in further support of the Motion for Extension of Time; and it is further

**ORDERED:** The Trustee shall file a certificate of service demonstrating service of this Order on the Debtor and the HK Parties on or before 12:00 p.m. (noon) on February 14, 2023.

Dated at Bridgeport, Connecticut this 13th day of February, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut