**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | No. 22-50073 |
| Ho Wan Kwok, et al | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors | ) | February 16, 2023 |

## MOTION TO WITHDRAW APPEARANCE

Counsel for **HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property and Staffing, Inc.,** parties in interest in these jointly administered cases, ("the Parties') in the above matter respectfully moves the Court to withdraw his appearance for the Parties as the Parties have terminated the undersigned's services. Said Parties have retained successor counsel.

The Parties are hereby advised, pursuant to Local Bankruptcy Rule 9083-4 and District Court Local Rule 7(e), that failure to either engage successor counsel or file a pro se appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against the Parties.

**CHARMOY & CHARMOY, LLC**

__/s/ Scott M. Charmoy_____
Scott M. Charmoy, Esq.   CT 15889
Charmoy & Charmoy, LLC
1465 Post Road East, Suite 100
Westport, CT  06880
(203) 255-8100
scottcharmoy@charmoy.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | No. 22-50073 |
| Ho Wan Kwok, et al | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors | ) | |

## ORDER ON MOTION TO WITHDRAW

**HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property and Staffing, Inc.'s** counsel's Motion to Withdraw Appearance for the Parties, having been presented to this Court and/or a hearing on same having been held, and good cause for same being shown, is hereby **GRANTED**.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | No. 22-50073 |
| Ho Wan Kwok, et al | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors | ) | |

## CERTIFICATION

This is to certify that on the above date copies of Charmoy & Charmoy, LLC's Motion to Withdraw Appearance and Proposed Order was filed electronically through the Court's CM/ECF System and served by first class mail, postage prepaid, or email, upon the Parties listed below. Notice of this filing was sent by email to all parties receiving notice by operation of the court's electronic filing system.  Parties in interest may access this filing through the Court's CM/ECF System.

**CHARMOY & CHARMOY, LLC**

__/s/ Scott M. Charmoy_____
Scott M. Charmoy, Esq.   CT 15889
Charmoy & Charmoy, LLC
1465 Post Road East, Suite 100
Westport, CT  06880
(203) 255-8100
scottcharmoy@charmoy.com

**Parties served by USPS prepaid, regular mail:**

HCHK Technologies, Inc
Attn: Pres. Off. Mgr. or Acct. Rep.
3 Columbus Circle, 20th Floor
New York, NY 10019

HCHK Property Management, Inc
Attn: Pres. Off. Mgr. or Acct. Rep.
500 West Putnam Avenue, Suite 400, #171
Greenwich, CT  06830

Lexington Property and Staffing, Inc
Attn: Pres. Off. Mgr. or Acct. Rep.
750 Lexington Avenue, 8th Floor
New York, NY 10022