**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned, a member of the Bar of this Court, respectfully moves that the Court admit Sari B. Placona, a member of the Bar of the State of New Jersey and New York, to represent HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property Staffing, Inc. (collectively, the "Parties") in accordance with Local Rule 83.1(d), I represent that:

1.　　The primary office of Attorney Placona is: McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, 2nd Floor, Roseland, New Jersey 07068. Attorney Placona's telephone number is (973) 721-5030 and her email address is splacona@msbnj.com.

2.　　Attorney Placona is a member in good standing of all states and jurisdictions set forth in her affidavit, attached as Exhibit A.

3.　　To the best of my knowledge and belief, Attorney Placona is a member in good standing of the courts listed in her affidavit and she has not been denied admission or disciplined by this Court; no disciplinary proceedings are pending against her; and she has not been denied admission or disciplined by any other court.

4.　　Service of all papers directed to the Parties may be made upon the undersigned, pursuant to Rule 83.1(c) of the Local Rules of Civil Procedure.

Dated: South Windsor, Connecticut
      February 17, 2023

Bonnie C. Mangan, Esq. (CT No. 03759)
**LAW OFFICES OF BONNIE C. MANGAN, P.C.**
1050 Sullivan Avenue, A3
South Windsor, CT 06074
Telephone: (860) 644-4204
Email: bonnie.mangan@manganlaw.com

## <u>CERTIFICATION</u>

I hereby certify that the foregoing Motion for Admission of Visiting Attorney was filed electronically on February 17, 2023, and therefore will be sent by email to those receiving email notices from the Court's electronic filing system.

_____
Bonnie C. Mangan, Esq. (CT No. 03759)

## EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

## AFFIDAVIT OF SARI B. PLACONA IN SUPPORT
## OF MOTION FOR ADMISSION PRO HAC VICE

Sari B. Placona, having been duly sworn, states:

1.     I submit this Affidavit in support of the motion for my admission as a visiting attorney as counsel on behalf of represent HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property Staffing Inc. I am fully competent to testify as to the matters herein and have personal knowledge of the facts herein. All information in this Affidavit is true and correct to the best of my knowledge.

2.     I am an attorney in the firm of McManimon, Scotland & Baumann, LLC, practicing primarily out of the firm's office located at 75 Livingston Avenue, 2nd Floor, Roseland, New Jersey 07068. My telephone number is (973) 721-5030 and my office email address is splacona@msbnj.com.

3.     Pursuant to Local Rule of the United States District Court for the District of Connecticut 83.1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the Bars of the State of New Jersey (Bar No. 108842014) and the State of New York (Bar No. 5368469). I am also admitted to practice before the United States District Court for the Eastern District of New York and the United States Court for the Southern District of New York.

4.    I have no pending disciplinary complaints, and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

5.    I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case and I also certify that I am generally familiar with this Court's Local Rules and have reviewed the Federal Rules of Civil and Criminal Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6.    I designate my sponsoring attorney, Bonnie C. Mangan, Esq (Connecticut Juris No. 309469) as my agent for service of process at the following address: 1050 Sullivan Avenue, A3, South Windsor, CT 06074.

7.    I further certify that the fee of $200 has been paid to the Clerk's Office of the United States District Court of the District of Connecticut prior to the filing of this motion and that this Court will receive a certificate of good standing from the State of New Jersey within 60 days of admission.

I declare under penalty of perjury that the foregoing is true and accurate.

Sari B. Placona
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue, 2nd Floor
Roseland, New Jersey 07068
Telephone: (973) 721-5030
Email: splacona@msbnj.com

Sworn to and Subscribed before me this 17 day of February, 2023

Notary Stacy Lips
STACY LIPSTEIN
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES DEC. 16, 2024

4878-5354-3249, v. 1

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>        Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

<u>**ORDER ADMITTING VISITING ATTORNEY**</u>

On this __ day of _____, 2023, came on for consideration the Motion for Admission of Visiting Attorney (the "Motion"), filed by a member of the bar of this Court on behalf of Sari B. Placona Esq., attorney for HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property Staffing Inc., in the above-entitled case.

The Court, having determined no reason for denying the application, and therefore accordingly, grants the relief requested in the Motion.

IT IS HEREBY ORDERED, that Sari B. Placona, Esq. is hereby admitted to practice in the U.S. District Court for the District of Connecticut in connection with the above-referenced case, and with respect to this case, she shall have all the rights, privileges and responsibilities of a member of the bar of this Court.

8.      FURTHER ORDERED, that all notices directed to Attorney Placona can be served by directing same to the offices of Bonnie C. Mangan, Esq., 1050 Sullivan Avenue, A3, South Windsor, CT 06074.

Signed this __ day of _____, 2023

_____
Hon. United States Bankruptcy Court Judge