AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

| FOR COURT USE ONLY |
| --- |
| DUE DATE: |

| 1. NAME James Moriarty | 2. PHONE NUMBER (203) 368-4234 | 3. DATE 2/17/2023 | |
| --- | --- | --- | --- |
| 4. DELIVERY ADDRESS OR EMAIL jmoriarty@zeislaw.com | 5. CITY Bridgeport | 6. STATE CT | 7. ZIP CODE 06604 |

| 8. CASE NUMBER 22-50073 | 9. JUDGE Judge Julie A. Manning | DATES OF PROCEEDINGS | |
| --- | --- | --- | --- |
| | | 10. FROM   11/18/22 | 11. TO   11/18/22 |

| 12. CASE NAME Ho Wan Kwok and Genever Holdings Corporation | LOCATION OF PROCEEDINGS | |
| --- | --- | --- |
| | 13. CITY Bridgeport | 14. STATE Connecticut |

**15. ORDER FOR**

| [X] APPEAL | [ ] CRIMINAL | [ ] CRIMINAL JUSTICE ACT | [X] BANKRUPTCY |
| --- | --- | --- | --- |
| [ ] NON-APPEAL | [ ] CIVIL | [ ] IN FORMA PAUPERIS | [ ] OTHER |

**16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)**

| PORTIONS | | DATE(S) | PORTION(S) | | DATE(S) |
| --- | --- | --- | --- | --- | --- |
| [ ] | VOIR DIRE | | [ ] | TESTIMONY (Specify Witness) | |
| [ ] | OPENING STATEMENT (Plaintiff) | | | | |
| [ ] | OPENING STATEMENT (Defendant) | | | | |
| [ ] | CLOSING ARGUMENT (Plaintiff) | | [ ] | PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] | CLOSING ARGUMENT (Defendant) | | | | |
| [ ] | OPINION OF COURT | | | | |
| [ ] | JURY INSTRUCTIONS | | [X] | OTHER (Specify) Hearing(s) | 11/18/22 - Hearing portion under seal only. |
| [ ] | SENTENCING | | | | |
| [ ] | BAIL HEARING | | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
| --- | --- | --- | --- | --- | --- |
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [X] | [ ] | NO. OF COPIES 1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
| --- | --- | --- |

| 18. SIGNATURE /s/ James Moriarty | PROCESSED BY |
| --- | --- |
| 19. DATE 2/17/2023 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
| --- | --- |

| | DATE | BY | |
| --- | --- | --- | --- |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES     0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT     0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE     0.00 |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY