UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                    :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                 :    Case No. 22-50073 (JAM)
:
Debtors.              :    (Jointly Administered)
:
---------------------------------------------------------x

**MOTION TO EXPEDITE HEARING ON MOTION OF CHAPTER 11 TRUSTEE, GENEVER HOLDINGS CORPORATION, AND GENEVER HOLDINGS LLC, PURSUANT TO BANKRUPTCY CODE SECTION 107 AND LOCAL BANKRUPTCY RULES 1007-1(b) AND 9077-1, FOR ENTRY OF ORDER AUTHORIZING CLAIMS AGENT TO EXCLUDE ALL ATTACHMENTS FROM CONFIDENTIAL PROOFS OF CLAIM TO BE UPLOADED TO CLAIMS AGENT'S PUBLIC CLAIMS REGISTER**

Luc Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, Genever Holdings Corporation ("Genever (BVI)"), and Genever Holdings LLC ("Genever (US)" and, together with the Trustee, and Genever (BVI), the "Movants"), by and through their undersigned counsel, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") hereby move (the "Motion to Expedite") this Court for entry of an order scheduling an expedited hearing to consider and determine the *Motion of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC, Pursuant to Bankruptcy Code Section 107 and Local Bankruptcy Rules 1007-1(b) and 9077-1, for Entry of Order Authorizing Claims Agent to Exclude All Attachments from*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Confidential Proofs of Claim to be Uploaded to Claims Agent's Public Claims Register* (the "Motion to Authorize").[2]  In support of the Motion to Expedite, the Movants respectfully state as follows:

## JURISDICTION, VENUE, AND STATUTORY BASIS

1. The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief sought by this Motion to Expedite is Bankruptcy Rule 9006(c)(1).

## BACKGROUND

4. On January 5, 2023, the Court entered the Bar Date Order establishing procedures for individual claimants to submit their Proofs of Claim on a confidential basis with their names and contact information redacted.  The Claims Agent, under supervision of Movants' counsel, is tasked with reviewing Confidential Proofs of Claim and redacting, as necessary, personal identifying information before such Confidential Proofs of Claim are uploaded by the Claims Agent to its public claims register.

5. As of the General Bar Date, *i.e.*, February 17, 2023, more than 1,200 proofs of claim have been submitted, with most claimants requesting their claim be treated as confidential. Unfortunately, the process of reviewing and redacting the Confidential Proofs of Claim has been unexpectedly time consuming due to the large number of Confidential Proofs of Claim and the

---

[2] Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the Motion to Exclude.

2

many lengthy attachments thereto, which need to be reviewed and redacted for personal identifying information.

6. As detailed in the Motion to Authorize, continuing to review and redact all attachments to Confidential Proof of Claim would be very costly and time consuming.

## MOTION TO AUTHORIZE

7. By the Motion to Authorize, the Movants seek entry of an order authorizing the Claims Agent to upload Confidential Proofs of Claim on the public claims register without any attachments thereto.

## RELIEF REQUESTED

8. Pursuant to Bankruptcy Rule 9006(c)(1), the Court may reduce the notice period when requested by motion where cause is demonstrated. Cause exists to consider and determine the Motion to Compel upon an expedited basis. The Movants respectfully request that the Court schedule a hearing with respect to the Motion to Authorize for **Tuesday, March 7, 2023 at 2:00 p.m. (ET)**, on which date the Court has already scheduled a hearing on other matters in these chapter 11 cases. In addition, the Movants request that the Court order that any opposition to the Motion to Authorize be filed on or before **Friday, March 3, 2023 at 4:00 p.m. (ET)**.

9. The hearing on the Motion to Authorize must take place as soon as possible to determine the most efficient procedure for uploading Confidential Proofs of Claim to the public claims register. No party will be prejudiced by having the Court consider the Motion to Exclude on March 7, 2023 with objections due by March 3, 2023, as this provides parties with 10-day notice, only four (4) days less than the standard notice period.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Movants request that the Court issue an order, substantially in the form attached hereto as **Exhibit 1**, setting a hearing on the Motion to Authorize for March 7, 2023, setting the deadline to object to the Motion to Authorize for March 3, 2023, ordering notice of such hearing as set forth in the attached Order, and ordering such other and further relief as is just and proper.

Dated: February 21, 2023  
      New Haven, Connecticut

LUC A. DESPINS, CHAPTER 11 TRUSTEE, GENEVER HOLDINGS CORPORATION AND GENEVER HOLDINGS LLC

By: */s/ Patrick R. Linsey*  
    Douglas S. Skalka (ct00616)  
    Patrick R. Linsey (ct29437)  
    NEUBERT, PEPE & MONTEITH, P.C.  
    195 Church Street, 13th Floor  
    New Haven, Connecticut 06510  
    (203) 781-2847  
    dskalka@npmlaw.com  
    plinsey@npmlaw.com

       *and*

    Nicholas A. Bassett (admitted *pro hac vice*)  
    PAUL HASTINGS LLP  
    2050 M Street NW  
    Washington, D.C., 20036  
    (202) 551-1902  
    nicholasbassett@paulhastings.com

       *and*

    Avram E. Luft (admitted *pro hac vice*)  
    G. Alexander Bongartz (admitted *pro hac vice*)  
    PAUL HASTINGS LLP  
    200 Park Avenue  
    New York, New York 10166  
    (212) 318-6079  
    aviluft@paulhastings.com  
    alexbongartz@paulhastings.com

    *Counsel for the Chapter 11 Trustee, Genever Holdings Corporation and Genever Holdings LLC*

# Exhibit 1

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the *Motion of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC, Pursuant to Bankruptcy Code Section 107 and Local Bankruptcy Rules 1007-1(b) and 9077-1, for Entry of Order Authorizing Claims Agent to Exclude All Attachments from Confidential Proofs of Claim to be Uploaded to Claims Agent's Public Claims Register* [Docket No. ___] (the "Motion to Authorize");[2] and good cause appearing, it is hereby

**ORDERED,** that a hearing on the Motion to Authorize shall be held on **March 7, 2023 at 2:00 p.m. (ET)** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604; and it is further

**ORDERED,** that the deadline to object to the Motion to Authorize shall be **March 3, 2023 at 4:00 p.m. (ET)**; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Motion to Authorize.

**ORDERED,** that a copy of this Order, along with the Motion to Authorize and any attachments thereto, shall be served upon all parties to the above-captioned adversary proceeding, and the Movants shall file a certificate of service in advance of the hearing.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                                  :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                                      :    Case No. 22-50073 (JAM)
:
Debtors.                                                         :    (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 21, 2023, the foregoing Motion and the Motion to Authorize, and all exhibits and attachments thereto, were electronically filed. Notice of these filings was sent by e-mail to all appearing parties to the above-captioned consolidated adversary proceeding by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2] Parties may access this filing through the Court's CM/ECF system.

Dated:   February 21, 2023
         New Haven, Connecticut

By: */s/ Patrick R. Linsey*
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000
plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.