## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | No. 22-50073 |
| Ho Wan Kwok, et al | ) ) | Chapter 11<br>Jointly Administered |
| Debtors | ) | Re: ECF No. 1460 |

## ORDER ON MOTION TO WITHDRAW

**HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property and Staffing, Inc.'s** counsel's Motion to Withdraw Appearance for the Parties, having been presented to this Court, and it appearing that substitute counsel has filed an appearance on behalf of the parties (ECF Nos. 1462 and 1463), it is hereby

**ORDERED:** The Motion to Withdraw Appearance is **GRANTED**.

Dated at Bridgeport, Connecticut this 22nd day of February, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut