UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

# ORDER GRANTING *PRO HAC VICE* ADMISSION TO PATRICIA B. BERGAMASCO, ESQ.

On this _____ day of _____ 2023, came on for consideration the Motion for Admission *Pro Hac Vice* (the "Motion"), filed by a member of the bar of this Court on behalf of Patricia B. Bergamasco, Esq., an attorney for interested parties HK International Funds Investments (USA) Limited, LLC and Mei Guo in the above-captioned case and related proceedings.

The Court, having determined no reason for denying the application, accordingly, grants the relief requested in the Motion.

IT IS HEREBY ORDERED that Patricia B. Bergamasco, Esq., is hereby admitted to practice in the United States Bankruptcy Court for the District of Connecticut in connection with the above-captioned case and related proceedings, and with respect thereto they shall have all the rights, privileges, and responsibilities of a member of the bar of this Court; and it is further

4874-6938-9905.v1

2

ORDERED that all notices directed to Patricia B. Bergamasco, Esq., may be served by directing same to Aaron A. Romney, Esq., at Zeisler & Zeisler, P.C., 10 Middle Street, 15th Floor, Bridgeport, Connecticut, 06604.

Signed this ___ day of _____ 2023

_____
Hon. United States Bankruptcy Court Judge

2

4874-6938-9905.v1