UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>                Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

**AFFIDAVIT OF PATRICIA B. BERGAMASCO, ESQ., IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

STATE OF NEW JERSEY  )
                                  ) SS:
COUNTY OF ESSEX      )

      I, PATRICIA B. BERGAMASCO, of full age, having been duly sworn according to law, depose and state the following:

      1.      I am an attorney and an associate of the firm of Chiesa Shahinian & Giantomasi PC, with an office address of 105 Eisenhower Parkway, Roseland, New Jersey, 07068. The firm's main telephone number is (973) 325-1500; the facsimile number is (973) 325-1501; and my e-mail address is pbergamasco@csglaw.com.

      2.      I submit this affidavit in support of the motion for my admission *pro hac vice* as counsel on behalf of interested parties HK International Funds Investments (USA) Limited, LLC ("HK International") and Mei Guo in the above-captioned case and related proceedings.

      3.      Pursuant to D. Conn. L. Civ. R. 83.1(d), I designate the District of Connecticut as the forum for any resolution of any dispute arising out of my admission.

      4.      I am a member in good standing of the Bar of the State of New Jersey (Bar No. 330012021) and the Bar of the State of New York (Bar No. 5908637).

5. I have no disciplinary complaints, and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

6. I have read and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of the Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and will abide by and comply with the substantive and procedural requirements of the local rules and the administrative orders of this Court.

7. I hereby designate Aaron A. Romney, Esq., of Zeisler & Zeisler, P.C. as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned matter.

8. This Court will receive a certificate of good standing from the State of New Jersey within 60 days of admission.

I declare under penalty of perjury that the foregoing is true and accurate.

s/ Patricia B. Bergamasco
PATRICIA B. BERGAMASCO

Sworn and Subscribed to before me
this 21st day of February 2023.

*Jennifer Bacon*

JENNIFER C. BACON
A Notary Public of New Jersey
My Commission Expires March 25, 2024