UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

**MOTION FOR *PRO HAC VICE* ADMISSION OF MELISSA F. WERNICK, ESQ.**

Pursuant to D. Conn. L. Civ. R. 83.1(d), incorporated herein by L. Bankr. R. 1001-1(b), the undersigned, a member in good standing of the bar of this Court, and having entered an appearance in this matter, hereby moves this Court to admit Melissa F. Wernick, Esq., a member of the Bars of the State of New Jersey and the State of New York, *pro hac vice* to appear in the within case and related proceedings on behalf of interested parties HK International Funds Investments (USA) Limited, LLC ("HK International") and Mei Guo.

1. The primary office of Ms. Wernick is Chiesa Shahinian & Giantomasi, 105 Eisenhower Parkway, Roseland, NJ 07068; main telephone number: (973) 325-1500; direct telephone number: (973) 530-2157; and her e-mail address is mwernick@csglaw.com.

2. To the best of my knowledge and belief, Ms. Wernick is a member in good standing of the courts listed in her affidavit submitted herewith, there are no disciplinary proceedings pending against her in any jurisdiction, and she has not been disciplined or denied admission by this Court or any other court in any jurisdiction.

3. Pursuant to Rule 83.1(d)(1)(e) of the Local Rules of Civil Procedure, Ms. Wernick has designated the undersigned as her agent for the resolution of any dispute arising out of her admission.

WHEREFORE, the undersigned respectfully requests that this Court admit Melissa F. Wernick, Esq. *pro hac vice* in this matter.

Respectfully submitted,

*/s/ Aaron A. Romney*
Aaron A. Romney (CT-28144)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
(203) 368-4234
aromney@zeislaw.com

*Attorneys for HK International Funds Investments (USA) Limited, LLC and Mei Guo*

Dated: February 22, 2023

## **CERTIFICATION**

I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* of Melissa F. Wernick, Esq. was filed electronically on February 22, 2023. Notice of this filing will be sent by e-mail to all parties registered for electronic service in this proceeding through the Court's CM/ECF system.

        */s/ Aaron A. Romney*
        Aaron A. Romney (CT-28144)
        ZEISLER & ZEISLER, P.C.
        10 Middle Street, 15th Floor
        Bridgeport, CT 06604
        (203) 368-4234
        aromney@zeislaw.com

        *Attorneys for HK International Funds Investments (USA) Limited, LLC and Mei Guo*

Dated:  February 22, 2023

4881-2702-1394.v1