**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| IN RE: ) | Case No.        22-50073 (JPM) |
| ) | |
| HO WAN KWOK, ) | |
| ) | Chapter          11 |
| Debtor. ) | |
| ) | |

### REPORT OF THE MEDIATOR

I make this Report with due regard to the confidentiality restraints mandated by the Court's Order Directing the Parties to Mediation (ECF No. 1373), calculated to facilitate efforts to mediate the various disputes between the major constituents herein and achieve a global or incremental advancement of a Chapter 11 plan. As Mediator, I report that such efforts are at an **IMPASSE** after several meetings, discussions, and conference calls with these constituents and/or their legal counsel since January 30, 2023 to the date of this Report.

At this time, it is my opinion that further efforts on my part will prove unavailing and that the Chapter 11 case should proceed in due course. I remain willing, able, and reasonably available to further assist when a majority of the constituents herein so requests and at the behest of this Court. I am grateful for the respectful, constructive, and responsive dialogue with all legal counsel involved in this mediation.

Respectfully submitted,

Hon. James. J. Tancredi

at Hartford, CT this 22nd day of February 2023