**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>         Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned attorney hereby enters an appearance in the above-captioned Chapter 11 case on behalf of HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property and Staffing, Inc. Pursuant to and in accordance with the Bankruptcy Code, and the Federal Rules of Bankruptcy Procedure, including without limitation, Rules 2002, 3017, 9007 and 9010, the undersigned demands that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the address set forth below:

Sari B. Placona, Esq.
**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue – 2nd Floor
Roseland, New Jersey 07068
Telephone: (973) 622-1800
Email: splacona@msbnj.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes the notices and papers referred to in the Bankruptcy Rules specified above and also includes, without limitation, notices of any orders, plans, disclosure statements, operating reports, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or

oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

        **MCMANIMON, SCOTLAND & BAUMANN, LLC**
        *Attorneys for HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property and Staffing, Inc*

        */s/ Sari B. Placona*
        Sari B. Placona, Esq.
        75 Livingston Avenue, 2nd Floor
        Roseland, New Jersey 07068
        Telephone: (973) 622-1800
        Email: splacona@msbnj.com

Dated: February 28, 2023

4860-4796-0657, v. 1