**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
                                                      :
In re:                                                : Chapter 11
                                                      :
HO WAN KWOK, *et al.*,                                : Case No. 22-50073 (JAM)
                                                      :
       Debtors.[1]                                    : Jointly Administered
                                                      :
------------------------------------------------------x

**MOTION TO SEAL SUPPLEMENTAL OBJECTION OF CHAPTER 11 TRUSTEE TO HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION TO MODIFY CONSENT ORDER GRANTING HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION FOR ORDER ESTABLISHING REPAIR RESERVE FOR THE LADY MAY**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), hereby submits this motion (the "Motion"), pursuant to section 107(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requesting entry of an order authorizing the Trustee to file, under seal, the *Supplemental Objection of Chapter 11 Trustee to HK International Funds Investments (USA) Limited, LLC's Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May* (the "Supplemental Objection").[2] In support of this Motion, the Trustee respectfully state as follows:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Supplemental Objection.

**RELIEF REQUESTED**

1. By this Motion, the Trustee requests entry of an order, substantially in the form attached hereto as **Exhibit 1** (the "Proposed Order"), authorizing the Trustee to redact and file under the seal the Supplemental Objection and supporting exhibits as they contain certain information that has been designated "Highly Confidential" pursuant to that certain *Protective Order* [Docket No. 923].

**JURISIDCTION AND VENUE**

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut (as amended). This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

**BACKGROUND**

3. On July 28, 2022, the Trustee filed a motion for Rule 2004 discovery as to various legal and financial advisors to the Individual Debtor (the "Professionals 2004 Motion"), including Philips Nizer [Docket No. 637], former counsel to Lamp Capital LLC ("Lamp Capital").

4. On August 16, 2022, the Court granted the Trustee's Professionals 2004 Motion [Docket No. 756] (the "Rule 2004 Order"), pursuant to which the Trustee served a subpoena on Philips Nizer requesting documents relevant to the Trustee's investigation, which documents Philips Nizer subsequently produced. Among the documents produced by Philips Nizer in response to that subpoena is a management and operation agreement between HK International Funds Investments (USA) Limited, L.L.C. ("HK USA") and Lamp Capital, dated May 7, 2021 (the "M&O Agreement").

5. Pursuant to the M&O Agreement, Lamp Capital agreed to provide management and operational support service to HK USA.

6. On October 6, 2022, the Court entered the Protective Order, which allows certain information that is "Confidential" or "Highly Confidential" to be redacted.

7. The Protective Order provides:

> A Producing Party may designate Discovery Material as "Highly Confidential" if such Producing Party reasonably believes (or with respect to documents received from another person, has been reasonably advised by such other person) that such Discovery Material is of such a nature that a risk of personal safety, identity theft, or competitive injury would be created if such Discovery Material were disclosed to persons other than those identified in Paragraph 10 of this Order, such as addresses or other sensitive personal identifiable information, trade secrets, sensitive financial or business information, or material prepared by a Party's industry advisors, financial advisors, accounting advisors, experts, or its consultants (and their respective staff).

Protective Order ¶ 5(b).

8. The M&O Agreement has been designated as Highly Confidential.

9. The Protective Order also states that "[u]nless otherwise agreed by the Producing Party, all Designated Material filed with the Court, and all portions of pleadings, motions, or other papers filed with the Court that disclose Highly Confidential or Confidential Material, shall be filed under seal in accordance with the Federal Rules, the Bankruptcy Rules, the Local Rules." Protective Order ¶ 13.

10. On December 9, 2022, HK USA filed the *Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC'S Motion for Order Establishing Repair Reserve for the Lady May* [Docket No. 1216].

11. On December 20, 2022, the Court entered the *Consent Order Modifying Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order*

*Establishing Repair Reserve for the Lady May* [Docket No. 1255] and on January 17, 2023, entered the *Second Consent Order Modifying Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May* [Docket No. 1330].

12. On January 2, 2023, the Trustee filed the *Objection of Chapter 11 Trustee to HK International Funds Investments (USA) Limited, LLC'S Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC'S Motion for Order Establishing Repair Reserve for the Lady May* [Docket No. 1276].

13. On January 20, 2023, a deposition of the owner of HK USA, Mei Guo (the "Mei Guo Deposition"), was held during which Mei Guo confirmed the M&O Agreement is still in effect. The Supplemental Objection followed.

## BASIS FOR RELIEF

14. Section 107(b) of the Bankruptcy Code authorizes courts to issue orders to protect entities with respect to certain confidential or commercial information. 11 U.S.C. § 107(b). Further, Bankruptcy Rule 9018 establishes the procedure by which a party in interest may obtain a protective order authorizing the filing of a document under seal pursuant to section 107(b) of the Bankruptcy Code. Upon the determination that the information sought to be protected falls within one of the categories enumerated in section 107(b) of the Bankruptcy Code, "the court is required to protect a requesting interested party and has no discretion to deny the application." *Video Software Dealers Ass'n v. Orion Pictures Corp. (In re Orion Pictures Corp.)*, 21 F.3d 24, 27 (2d Cir. 1994).

15. The Trustee is filing the Supplemental Objection, which contains information retrieved in discovery that Philips Nizer has sought to keep confidential by designating it as

"Highly Confidential" information pursuant to the Protective Order. In particular, the Supplemental Objection references and annexes the Mei Guo Deposition transcript, which includes discussion of non-public sensitive information in the M&O Agreement of Lamp Capital. While the Trustee does not believe the M&O Agreement is Highly Confidential, the Trustee is bound and compelled by the Protective Order to file the Supplemental Objection under seal and redact sensitive information in the M&O Agreement that was discussed in the Mei Guo Deposition transcript pursuant to paragraph 13 of the Protective Order. For the avoidance of doubt, the Trustee does not waive any arguments regarding the confidentiality of the M&O Agreement.

16. In light of the foregoing, the Trustee asks the Court for authority to (i) file a redacted version of the Supplemental Objection that will be publicly available and (ii) file an unredacted version of the Supplemental Objection under seal.

17. To be clear, given that the M&O Agreement is an agreement between HK USA and Lamp Capital, an unredacted version of the Supplemental Objection will also be made available to counsel to HK USA.

[*Remainder of page intentionally left blank.*]

WHEREFORE, for the foregoing additional reasons, the Trustee respectfully requests that the Court grant the Motion.

| | | |
|---|---|---|
| Dated: | February 28, 2023<br>New Haven, Connecticut | LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE |

By: */s/ Patrick R. Linsey*
  Douglas S. Skalka (ct00616)
  Patrick R. Linsey (ct29437)
  NEUBERT, PEPE & MONTEITH, P.C.
  195 Church Street, 13th Floor
  New Haven, Connecticut 06510
  (203) 781-2847
  plinsey@npmlaw.com

  *and*

  Nicholas A. Bassett *(pro hac vice)*
  PAUL HASTINGS LLP
  2050 M Street NW
  Washington, D.C., 20036
  (202) 551-1902
  nicholasbassett@paulhastings.com

  *and*

  Avram E. Luft *(pro hac vice)*
  Douglass Barron *(pro hac vice)*
  PAUL HASTINGS LLP
  200 Park Avenue
  New York, New York 10166
  (212) 318-6079
  aviluft@paulhastings.com

  *Counsel for the Chapter 11 Trustee*

# **EXHIBIT 1**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re:                                    :    Chapter 11
:
HO WAN KWOK, *et al.*,                    :    Case No. 22-50073 (JAM)
:
Debtors.[1]                   :    Jointly Administered
:
------------------------------------------------------x

**ORDER GRANTING MOTION TO FILE UNDER SEAL SUPPLEMENTAL OBJECTION OF CHAPTER 11 TRUSTEE TO HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION TO MODIFY CONSENT ORDER GRANTING HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION FOR ORDER ESTABLISHING REPAIR RESERVE FOR THE LADY MAY**

Upon the *Motion to Seal Supplemental Objection of Chapter 11 Trustee to HK International Funds Investments (USA) Limited, LLC's Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May* (the "Motion")[2] for entry of an order, pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 authorizing the Trustee to file under seal portions of the Supplemental Objection, the Court having reviewed the Motion and the responses thereto, if any; and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Trustee is hereby authorized to file an unredacted version of the Supplemental Objection under seal, which shall not be made publicly available, unless and until permitted by further order of this Court

3. The Trustee is authorized to file on this Court's docket and to serve on other parties in interest redacted copies of the Supplemental Objection that redact sensitive information contained in the M&O Agreement.

4. The Trustee is authorized to take all actions necessary to effectuate the relief granted herein.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.