**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                          :     Chapter 11
:
HO WAN KWOK, *et al.*,                          :     Case No. 22-50073 (JAM)
:
Debtors.[1]                                     :     Jointly Administered
:
---------------------------------------------------------x

# SUPPLEMENTAL OBJECTION OF CHAPTER 11 TRUSTEE TO HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION TO MODIFY CONSENT ORDER GRANTING HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION FOR ORDER ESTABLISHING REPAIR RESERVE FOR THE LADY MAY

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), submits this supplemental objection (the "Supplemental Objection") to HK International Funds Investments (USA) Limited, LLC's ("HK USA") *Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC'S Motion for Order Establishing Repair Reserve for the Lady May* [Docket No. 1216] (the "Motion").[2] In support of his Supplemental Objection, the Trustee respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] The Trustee previously filed the *Objection of Chapter 11 Trustee to HK International Funds Investments (USA) Limited, LLC'S Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC'S Motion for Order Establishing Repair Reserve for the Lady May* [Docket No. 1276] (the "Initial Objection"). Capitalized terms used but not otherwise defined in this Motion have the meanings set forth in the Objection.

**PRELIMINARY STATEMENT**

1. As detailed in the Initial Objection, HK USA is not entitled, at this time, to seek the release of any excess in the Repair Reserve because the parties previously agreed (as specified in the Consent Order) that the Trustee would continue to hold the Repair Reserve Excess until 14 days after the scheduled conclusion of the PJR Hearing.  The Trustee files this Supplemental Objection because he recently learned that Lamp Capital LLC ("Lamp Capital"), an entity allegedly owned by the Debtor's son, Qiang Guo, contractually agreed to pay all amounts necessary to maintain the Lady May.  Because Lamp Capital is contractually obligated to pay the Lady May's operating expenses, HK USA has no grounds to demand that any funds in the Repair Reserve be released to pay for such expenses.  For this additional reason, the Motion should be denied.

**ADDITIONAL BACKGROUND**

2. On July 28, 2022, the Trustee filed a motion for Rule 2004 discovery as to various legal and financial advisors to the Individual Debtor (the "Professionals 2004 Motion"), including Philips Nizer, former counsel to Lamp Capital [Docket No. 637].

3. On August 16, 2022, the Court granted the Trustee's Professionals 2004 Motion [Docket No. 756] (the "Rule 2004 Order"), pursuant to which the Trustee served a subpoena on Philips Nizer requesting documents relevant to the Trustee's investigation, which documents Philips Nizer subsequently produced.  Among the documents produced by Philips Nizer in response to that subpoena is a management and operation agreement between HK USA and Lamp Capital, dated May 7, 2021 (the "M&O Agreement").[3]

---

[3]   The M&O Agreement is attached hereto as **Exhibit A**.

4. Pursuant to the M&O Agreement, Lamp Capital agreed to provide management and operational support service to HK USA. [4]

5. During her deposition on January 20, 2023, the alleged owner of HK USA, *i.e.*, Mei Guo, confirmed that the M&O Agreement is still in effect.[5]

## ARGUMENT

6. As detailed in the Initial Objection, HK USA's Motion requests that the Consent Order be modified so as to authorize and direct the Trustee to pay up to $1 million to satisfy, from the Repair Reserve, the Operating Expenses for the Lady May for the period from November 2022 through April 2023, the bulk of which relate to salaries, management fees, and other expenses relating to retention of the Lady May's crew as well as the payment of insurance premiums.[6] HK USA states that any funds it possessed beyond the $37 million in escrow have been exhausted, and therefore it requires the Trustee to pay the Operating Expenses from the Repair Reserve. However, for the reasons set forth in the Initial Objection, the Motion should be denied, including because the Consent Order expressly provides that any motion requesting the

---

[4] M&O Agreement § 2 (emphasis added).

[5] *See* Transcript of Mei Guo Deposition at 155:21-25, *In re Ho Wan Kwok*, No. 22-50073 (Jan. 20, 2023) (the "Mei Guo Transcript") ("▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"). The excerpt of the Mei Guo Transcript is attached hereto as **Exhibit B**.

[6] *See* Motion, Ex. B (showing a 5-month budget forecast for the Lady May for the period from December 2022 through April 2023).

release of any excess in the Repair Reserve may only be filed 14 days after the last scheduled date of the hearing on the PJR Application (*i.e.*, no earlier than March 31, 2023).

7. The Trustee files this Supplemental Objection to raise an additional basis to deny the Motion. Through his ongoing investigation, the Trustee recently learned that the M&O Agreement is still in effect, as confirmed by HK USA's alleged owner confirmed during her January 20, 2023 deposition. Pursuant to the M&O Agreement, Lamp Capital agreed to

███████████████████████████████████████████████████████████

███████████████████████████████████████[7] These provisions make clear that Lamp Capital is obligated to pay all amounts necessary to maintain the Lady May (HK USA's principal asset) in good repair, order and condition. This obviously includes paying the Operating Expenses (as defined in the Motion), which according to the Motion need to be paid to prevent "the physical condition of the Lady May [from being] impaired."[8] Thus, by HK USA's own admission, the Operating Expenses fall squarely in the definition of Management Services for which Lamp Capital is responsible.

8. Given that the M&O Agreement is still in effect, HK USA's Motion is plainly nonsensical. While the Motion asserts that "HK USA has no other funds with which to pay for the Lady May's Operating Expenses,"[9] HK USA's ability to pay for such expenses is irrelevant. It is *Lamp Capital* that is responsible to pay the Lady May's operating expenses under the M&O Agreement. As such, HK USA's claim that it lacks funds to pay the operating expenses provide no basis for granting the Motion—a Motion which should not even have been filed with the

---

[7] M&O Agreement § 2 (emphasis added).

[8] Motion ¶ 32.

[9] Motion ¶ 2.

M&O Agreement still in effect. Accordingly, the Motion should also be denied for this additional reason.

9.      Finally, as the Court is aware, the Trustee previously funded approximately $520,000 in Lady May operating expenses out of the Repair Reserve, covering the period from November 2022 through February 2023.[10] The Trustee reserves all rights to seek reimbursement of these payments from Lamp Capital to replenish the Repair Reserve.

[*Remainder of page intentionally left blank.*]

---

[10]   *See Consent Order Modifying Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May* [Docket No. 1255] (authorizing release of $298,558.28 from the Repair Reserve to fund Lady May operating expenses for November 2022 and December 2022); *Second Consent Order Modifying Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May* [Docket No. 1330] (authorizing release of $220,448.50 from the Repair Reserve to fund Lady May operating expenses for January 2023 and February 2023);

WHEREFORE, for the foregoing additional reasons, the Trustee respectfully requests that the Court deny the Motion.

Dated:  February 28, 2023  LUC A. DESPINS,
        New Haven, Connecticut  CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

    *and*

    Nicholas A. Bassett (*pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

    *and*

    Avram E. Luft (*pro hac vice*)
    Douglass Barron (*pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

# EXHIBIT A

This exhibit has been filed under seal.

# EXHIBIT B

This exhibit has been filed under seal.