**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------------x
:
In re:                                              : Chapter 11
                                                    :
HO WAN KWOK, *et al*.,                              : Case No. 22-50073 (JAM)
                                                    :
            Debtors.[1]                             : Jointly Administered
                                                    :
                                                    :
-------------------------------------------------------------x

## EXPENSE REIMBURSEMENT APPLICATION COVER SHEET

| | |
|---|---|
| Expense Reimbursement Application of: | Luc A. Despins as Chapter 11 Trustee and his counsel, Paul Hastings LLP |
| Time Period: | From: July 8, 2022    To: October 31, 2022 |
| Bankruptcy Petition Filed: | February 15, 2022 |
| Date of Entry of Retention Order: | August 2, 2022 [Docket No. 668], effective as of July 8, 2022 |

**Amount Requested**

| | | **Reductions** | |
|---|---|---|---|
| Fees | N/A (at this time) | Voluntary Reductions | N/A (at this time) |
| Expenses | $63,631.75 | Expenses | N/A |
| **Total** | **$63,631.75** | | |

**Retainer Request:**

| | | **Expense Detail:** | |
|---|---|---|---|
| Retainer Received | $0.00 | Retainer Received | $0.00 |
| Prior award applied | $0.00 | Prior award applied | $0.00 |
| Balance before this request | $0.00 | Balance before this request | $0.00 |
| | | Copies per page cost and total | $0.08 b/w (per page) |
| | | | $0.20 color (per page) |
| | | | $3,328.32 (total) |

**Hours and Rates per Professional:**

| | | | |
|---|---|---|---|
| Hours  N/A (at this time) | | Rate    N/A (at this time) | |

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

-------------------------------------------------------------x
                              :

In re:                        : Chapter 11
                              :

HO WAN KWOK, *et al.*,       : Case No. 22-50073 (JAM)
                              :

       Debtors.[1]        : Jointly Administered
                              :
                              :
-------------------------------------------------------------x

**FIRST INTERIM APPLICATION OF CHAPTER 11 TRUSTEE AND HIS COUNSEL,
PAUL HASTINGS LLP, FOR REIMBURSEMENT OF EXPENSES FOR PERIOD
FROM JULY 8, 2022 THROUGH OCTOBER 31, 2022**

Pursuant to sections 105(a), 328, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Connecticut (the "Local Rules"), Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Individual Debtor"), and his counsel, Paul Hastings LLP ("Paul Hastings"), hereby file this *First Interim Application of Chapter 11 Trustee and his Counsel, Paul Hastings LLP, for Reimbursement of Expenses for the Period from July 8, 2022 through October, 2022* (the "Application"). By this Application, the Trustee and Paul Hastings request interim allowance and reimbursement of the actual and necessary expenses incurred by the Trustee and Paul Hastings during the period from July 8, 2022 through and including October

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

31, 2022 (the "Reimbursement Period") in the Chapter 11 Case.[2]  In support of this Application,

the Trustee and Paul Hastings respectfully state as follows:

## PRELIMINARY STATEMENT

1.      At this time, there are only very limited funds in the Individual Debtor's estate—

namely $117,124.89 as of February 1, 2023.  For that reason, Paul Hastings is not seeking

allowance or payment of any of its professional fees at this time, but, instead, it will wait to do so

until after additional funds have been recovered by the estate.  However, since the Trustee's

appointment on July 8, 2022 and Paul Hastings' retention (effective as of the same date), the

Trustee and Paul Hastings have been required to incur and pay various expenses in connection

with the Individual Debtor's Chapter 11 Case, including expenses related to computer research,

reproduction, mailing, service of documents, discovery, and travel, all as further detailed in this

Application.[3]  These expenses were necessary for the Trustee to conduct his investigation into

the Individual Debtor's financial affairs, which investigation, as the Court is well aware, remains

ongoing at this time.

2.      Because all of the expenses incurred to date (other than "in-house" reproduction

charges) required Paul Hastings to go "out of pocket," the Trustee and Paul Hastings now file

this Application seeking reimbursement of $63,631.75 of expenses incurred during the period

from July 8, 2022 through October 31, 2022.  The Trustee and Paul Hastings respectfully submit

that these expenses were incurred to protect, preserve, and maximize value for the Individual

Debtor's estate and his creditors.  In light of the nature and complexity of the Chapter 11 Case,

---

[2]     At this time, no interim compensation procedures have been approved by the Court, and, accordingly, the only means for the Trustee and Paul Hastings to seek reimbursement of their expenses is to file this Application.  For the avoidance of doubt, neither the Trustee nor Paul Hastings have received any reimbursement from the Individual Debtor's estate for the expenses detailed in this Application.

[3]     For the avoidance of doubt, the Trustee and Paul Hastings reserve all their rights to seek allowance and payment of their professional fees.

the Trustee and Paul Hastings submit that the requested expenses are reasonable under applicable standards.  Accordingly, the Trustee and Paul Hastings respectfully request that the Court grant the Application and allow reimbursement of the requested expenses.

### JURISDICTION, VENUE, BASES FOR RELIEF, AND COMPLIANCE

3.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut (as amended).  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The legal predicates for the relief requested herein are Bankruptcy Code §§ 328, 330, and 331, Bankruptcy Rule 2016, and Local Rule 2016-1.  The Trustee and Paul Hastings consent to this Court's authority to enter final orders on this matter.

5.      The Trustee and Paul Hastings do not believe that *Appendix B of the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* ("Appendix B") applies to this Application because (a) this Application does not request compensation for services rendered and (b) Appendix B only applies if the debtor's petition lists $50 million or more in assets <u>and</u> $50 million or more in liabilities, which the Debtors' petitions do not. Nevertheless, the Trustee and Paul Hastings intend to make a reasonable effort to comply with Appendix B in connection with the interim and final fee applications to be filed in the Chapter 11 Case, but reserve all rights as to their relevance and substantive legal effect in connection with the Application or any application for compensation in the Chapter 11 Case.

6.      The Trustee and Paul Hastings believe that this Application, together with the attachments hereto, substantially complies with the Bankruptcy Rules and Local Rule 2016-1.

To the extent necessary, Paul Hastings requests a waiver of any requirements not met by this Application.

      7.     Attached and incorporated herein by reference are the following Exhibits:

- Exhibit A contains a summary of the expense reimbursements requested by category.

- Exhibit B contains the monthly statements of Paul Hastings with an itemization of the expenses incurred during the Reimbursement Period.

- Exhibit C contains the Proposed Order.

## **BACKGROUND**

### I.    **Individual Debtor's Chapter 11 Case**

      8.     On February 15, 2022 (the "Petition Date"), the Individual Debtor filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

      9.     On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") in the Chapter 11 Case.  No examiner has been appointed in the Chapter 11 Cases.

      10.    On June 15, 2022, the Court entered a memorandum of decision and order [Docket No. 465] (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee in the Chapter 11 Case of Ho Wan Kwok.  Pursuant to the Trustee Order, the United States Trustee selected Luc A. Despins as the Trustee.  On July 8, 2022, the Court entered an order granting the appointment of Luc A. Despins as the Trustee in the Chapter 11 Case of Ho Wan Kwok.

      11.    The Court authorized Paul Hastings' retention as attorneys for the Trustee pursuant to the *Order Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Counsel to Chapter 11 Trustee, effective as of July 8, 2022* [Docket No. 668] (the "Retention Order"), entered on August 2, 2022.  The Retention Order authorizes Paul

Hastings to be compensated on an hourly basis and reimbursed for actual and necessary out-of-pocket expenses pursuant to sections 328 and 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such orders as the Court may direct.

12.     In light of the Trustee's ongoing investigation into the Individual Debtor's assets and his financial affairs, the Trustee is unable at this time to predict when he will be in a position to file a plan and disclosure statement.  All quarterly fees have been paid to the United States Trustee, and all monthly operating reports have been filed.

13.     As of February 1, 2023, the amount of cash on deposit in the Trustee's account is approximately $117,124.89, all of which is unencumbered.  Other than fees and expenses incurred by professionals, the Trustee is not aware of accrued unpaid administrative expenses at this time.

## II.     Genever (BVI)'s Chapter 11 Case

14.     On October 11, 2022, Genever (BVI) filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court.

15.     No trustee or official committee of unsecured creditors has been appointed in Genever (BVI)'s chapter 11 case.

16.     October 14, 2022, the Court entered an order granting joint administration of the Individual Debtor's chapter 11 case and Genever (BVI)'s chapter 11 case [Docket No. 970].

17.     On January 24, 2023, the Court granted Genever (BVI)'s application to retain Paul Hastings as counsel to Genever (BVI) in its chapter 11 case, effective as of its petition date, *i.e.*, October 11, 2022 [Docket No. 1376].

### III.    Genever (US)'s Chapter 11 Case

18.    On October 12, 2020, Genever (US) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "SDNY Bankruptcy Court"), thereby commencing case number 20-12411 (JLG) (the "SDNY Bankruptcy Case").

19.    On November 3, 2022, the SDNY Bankruptcy Court entered an order [Docket No. 225 in Case No. 22-50592] transferring the venue of the SDNY Bankruptcy Case to this Court, which assigned it Case Number 22-50592.

20.    On November 21, 2022, the Court entered an order granting joint administration of the Genever (US) Debtor's chapter 11 case with the jointly administered cases of the Individual Debtor and the Genever (BVI) Debtor's chapter 11 case [Docket No. 1141].

21.    On January 24, 2023, the Court granted Genever (US)'s application to retain Paul Hastings as counsel to Genever (US) in its chapter 11 case, effective as of the order transferring venue of the SDNY Bankruptcy Case to this Court, *i.e.*, November 3, 2022 [Docket No. 1376].

### REIMBURSEMENT REQUEST

22.    By this Application, the Trustee and Paul Hastings request allowance and reimbursement of all expenses incurred (in the amount of $63,631.75) in connection with services rendered by, for, or on behalf of the Trustee and Paul Hastings in the Chapter 11 Case during the Reimbursement Period.  The Trustee has approved the amounts requested by Paul Hastings in each of the monthly expense statements attached hereto.  All services in connection with the requested expenses were performed by, for, or on behalf of the Trustee.

23.    To date, the Trustee and Paul Hastings have not applied for compensation for any services provided in the Chapter 11 Case.  Neither has the Trustee or Paul Hastings received any

payment or promise of payment from any source for services rendered during the Reimbursement Period.  There is no agreement or understanding between the Trustee and/or Paul Hastings and any other person other than the attorneys, employees, and staff of Paul Hastings, for the sharing of compensation to be received for services rendered in the Chapter 11 Case.

24.    Paul Hastings maintains computerized records, in the form of monthly statements. For this Application, Paul Hastings' monthly statements are limited to expenses incurred and thus vary in form from that regularly used by Paul Hastings to bill its clients for services rendered.  Attached hereto as <u>Exhibit B</u> are true and correct copies of the monthly statements of Paul Hastings for expenses incurred during the Reimbursement Period.

## ALLOWANCE OF EXPENSE REIMBURSEMENT

25.    Under section 328(a) of the Bankruptcy Code, with bankruptcy court approval, a trustee may employ professional persons under section 327(a) of the Bankruptcy Code "on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis."  11 U.S.C. § 328(a).

26.    Under section 330 of the Bankruptcy Code, a bankruptcy court may award to a professional "reasonable compensation for actual, necessary services" rendered by the professional, plus "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).

## ACTUAL AND NECESSARY DISBURSEMENTS

27.    As set forth in <u>Exhibit A</u> hereto, the Trustee and Paul Hastings incurred and disbursed $63,631.75 as expenses in providing professional services during the Reimbursement Period.  These expenses include approximately $34,000 for online legal research (*i.e.*, LEXIS and Westlaw).  Because Paul Hastings believes that online legal research (*e.g.*, LEXIS and Westlaw) is far more cost-efficient than manual research using hard-bound volumes, Paul

Hastings encourages computerized legal research even though it is not a profit center for Paul

Hastings.  To be clear, Paul Hastings does not charge a mark-up on the LEXIS and Westlaw

charges, but merely passes on the costs of such third-party services.  Moreover, as it relates to

outside professional services, mailing, and other service-related expenses, the Trustee and Paul

Hastings are merely passing on the costs of such third-party services, without any mark-up.[4]

28.     Moreover, other necessary expenses included:

- $6,139.96 for UPS/courier service, including, most notably, service of the Rule 2004 motions on the potential targets of the Trustee's investigation, as well as pleadings required to be served in hard copy format;

- $4,583.70 for process servers (*e.g.*, Metro Attorney Service Inc.) to serve the subpoenas issued pursuant to the Rule 2004 orders entered by this court;

- $3,328.32 for document reproductions, namely $2,584.32 for b/w reproductions (at 8 cents per page) and $744.00 for color reproductions (at 20 cents per page);

- $2,679.19 for corporate document retrieval services (*i.e.*, United Corporate Service and Corp2000) with respect to various Kwok-related entities; and

- $1,547.40 for certain limited outside professional services, such as translation services (*i.e.*, Divergent Language Solutions) and services to maintain the Relativity data base for documents produced in response to the Trustee's document requests (*i.e.*, UnitedLex).

29.     The time constraints imposed by the circumstances of the matters handled by Paul

Hastings during the Reimbursement Period required its attorneys and other employees, at times,

to devote substantial time during the evenings and on weekends to perform legal services on

behalf of the Trustee.  These extraordinary services were essential to meet deadlines, timely

respond to inquiries on a daily basis, and satisfy the Trustee's needs and demands.  Attorneys

and other Paul Hastings employees who worked late in the evenings or on weekends were

reimbursed for their reasonable meal and transportation costs in accordance with firm policy.

---

[4]     Documentation of these expenses will be made available to the Court upon request.

Paul Hastings' regular practice is not to include components for those charges in overhead when establishing billing rates, but rather to charge its clients for these and all other out-of-pocket disbursements incurred during the regular course of the provision of legal services.

30.     Moreover, in accordance with Appendix D (Guidelines for Compensation and Expense Reimbursement of Professionals) to the Local Bankruptcy Rule, reproduction charges have been capped at 20 cents per page.[5]

31.     The expenses requested herein are customarily charged to non-bankruptcy clients of Paul Hastings.  Additionally, the expenses incurred by Paul Hastings to third parties are limited to the actual amounts billed to, or paid by, Paul Hastings on behalf of the estates.

32.     Further, Paul Hastings believes the rates for charges incurred are the market rates that the majority of law firms charge clients for such services.  In addition, Paul Hastings believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

33.     The expenses incurred in providing professional services in the Chapter 11 Case were necessary, economical, and justified under the circumstances.

**RESERVATION OF RIGHTS**

34.     To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Reimbursement Period, but are not included in this Application, or the Trustee and Paul Hastings have for any other reason not sought compensation or reimbursement with respect to such services or expenses, the Trustee and Paul Hastings reserve the right to request compensation for such services and reimbursement of such expenses

---

[5]     Generally, Paul Hastings charges 8 cents per page for black-and-white reproductions and 50 cents per page for color reproductions.  However, in accordance with Appendix D to the Local Rules, Paul Hastings has reduced the charge for color reproductions to 20 cents per page.

in a supplemental or future application.  Also, the Trustee and Paul Hastings do not waive, and

expressly reserve, their right to respond to any objections regarding this Application and the

amounts sought for services and expenses in the Chapter 11 Cases.

## **NO PRIOR REQUEST**

35.     No previous request for the relief sought herein has been made to this Court or

any other court.

## **NOTICE**

36.     Notice of this Motion has been given to the United States Trustee, the Individual

Debtor, the Committee, and, by electronic filing utilizing the Court's electronic filing

("CM/ECF") system, to all appearing parties who utilize the CM/ECF system.


*[Remainder of page intentionally left blank.]*

WHEREFORE, the Trustee and Paul Hastings respectfully request entry of an order, substantially in the form attached hereto as Exhibit C, (i) allowing reimbursement of $63,631.75, representing 100% of the actual and necessary expenses incurred during the Reimbursement Period, (ii) allowing such reimbursement of actual and necessary expenses incurred without prejudice to Paul Hastings' right to seek compensation for services rendered and further reimbursement for expenses incurred, and (iii) granting Paul Hastings such other and further relief as is just.

Dated: March 1, 2023
      New Haven, Connecticut

LUC A. DESPINS, CHAPTER 11 TRUSTEE

By: /s/Douglas S. Skalka
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 821-2000
    dskalka@npmlaw.com
    plinsey@npmlaw.com

      *and*

    Nicholas A. Bassett (*pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

      *and*

    Douglass Barron (*pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    douglassbarron@paulhastings.com

**EXHIBIT A**

**Summary of Actual and Necessary Expenses**

| | July | August | September | October | Total |
|---|---|---|---|---|---|
| Airfare (Nicholas Bassett) | $0.00 | $0.00 | $739.86 | $0.00 | **$739.86** |
| Attorney Service (Service of Documents): | | | | | |
| - Nationwide Legal, LLC | $105.93 | $0.00 | $0.00 | $0.00 | **$105.93** |
| - Metro Attorney Service Inc. | $0.00 | $2,823.00 | $1,556.50 | $204.20 | **$4,583.70** |
| Computer Search (Other) | $308.25 | $229.68 | $811.44 | $606.51 | **$1,955.88** |
| Court Reporting Services (Transcripts) | $68.40 | $1,643.96 | $0.00 | $0.00 | **$1,712.36** |
| CSC/LexisNexis Document Solutions | $0.00 | $0.00 | $124.80 | $0.00 | **$124.80** |
| Lexis/On Line Search | $1,250.67 | $2,308.96 | $1,398.59 | $1,747.12 | **$6,705.34** |
| Local - Meals | $0.00 | $40.98 | $78.51 | $103.81 | **$223.30** |
| Local - Taxi | $77.44 | $76.53 | $183.67 | $476.77 | **$814.41** |
| Outside Professional Services | | | | | |
| - Divergent Language Solutions | $0.00 | $0.00 | $0.00 | $260.00 | **$260.00** |
| - UnitedLex Invoices (Relativity Database) | $0.00 | $0.00 | $1,287.40 | $0.00 | **$1,287.40** |
| Postage/Express Mail | $132.45 | $11.00 | $314.34 | $4.91 | **$462.70** |
| Reproduction Charges (b/w) | $1,495.12 | $9.76 | $1,026.24 | $53.20 | **$2,584.32** |
| Reproduction Charges (color) | $0.00 | $219.80 | $450.20 | $74.00 | **$744.00** |
| Retrieval of Corporate Documents: | | | | | |
| - United Corporate Services | $206.87 | $1,026.69 | $878.63 | $0.00 | **$2,112.19** |
| - Corp2000 | $0.00 | $0.00 | $219.00 | $348.00 | **$567.00** |
| Search Fees | $10.77 | $50.65 | $148.71 | $64.07 | **$274.20** |
| Taxi/Ground Transportation | $0.00 | $0.00 | $165.76 | $69.17 | **$234.93** |
| Travel Expense - Meals | $0.00 | $0.00 | $35.50 | $0.00 | **$35.50** |
| Travel Expense - Parking | $0.00 | $0.00 | $27.00 | $0.00 | **$27.00** |
| UPS/Courier Service | $2,448.52 | $1,645.26 | $1,663.40 | $382.78 | **$6,139.96** |
| Vendor Expense | | | | | |
| - Chapter 11 Bond Fee | $0.00 | $0.00 | $165.00 | $0.00 | **$165.00** |
| - Harneys Fiduciary (Corporate Fees re Genever BVI) | $0.00 | $3,425.00 | $0.00 | $868.33 | **$4,293.33** |
| - Other | $0.00 | $0.00 | $0.00 | $130.00 | **$130.00** |
| Westlaw | $2,870.60 | $6,544.99 | $12,112.47 | $5,776.15 | **$27,304.21** |
| Westlaw Business | $0.00 | $20.92 | $7.46 | $16.05 | **$44.43** |
| **Total** | **$8,975.02** | **$20,077.18** | **$23,394.48** | **$11,185.07** | **$63,631.75** |

## **<u>EXHIBIT B</u>**

**Monthly Statements for Expenses Incurred During Reimbursement Period**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan December 30, 2022
Kwok
200 Park Avenue                          Please Refer to
New York, NY 10166                       Invoice Number: 2342796

Attn: Luc Despins                        PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### General Chapter 11 Trustee Representation
PH LLP Client/Matter # 50687-00001
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2022 | $0.00 |
| Costs incurred and advanced | 1,700.59 |
| **Current Fees and Costs Due** | **$1,700.59** |
| **Total Balance Due - Due Upon Receipt** | **$1,700.59** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*__TO PROTECT AGAINST FRAUD__, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**<u>Wiring and ACH Instructions</u>:**
  Citibank
  ABA # 322271724
  SWIFT Address: CITIUS33
  787 W. 5th Street
  Los Angeles, CA 90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**<u>Remittance Address</u>:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan December 30, 2022
Kwok
200 Park Avenue                              Please Refer to
New York, NY 10166                           Invoice Number: 2342796

Attn: Luc Despins                            PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**General Chapter 11 Trustee Representation**
PH LLP Client/Matter # 50687-00001
Luc A. Despins

Legal fees for professional services
for the period ending July 31, 2022                              $0.00

Costs incurred and advanced                      1,700.59

**Current Fees and Costs Due**                   **$1,700.59**

**Total Balance Due - Due Upon Receipt**         **$1,700.59**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions**</u>:

  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| <u>Remittance Address</u>: |
| --- |
| Paul Hastings LLP<br>Lockbox 4803<br>PO Box 894803<br>Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan December 30, 2022
Kwok
200 Park Avenue                                       Please Refer to
New York, NY 10166                                    Invoice Number: 2342796

Attn: Luc Despins                                     PH LLP Tax ID No. 95-2209675

## General Chapter 11 Trustee Representation                 **$0.00**

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 07/20/2022 | Photocopy Charges | 108.00 | 0.08 | 8.64 |
| 07/26/2022 | Photocopy Charges | 176.00 | 0.08 | 14.08 |
| 07/14/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163302; 07/14/2022; Lee Vartan Esq.; Chiesa Shahinian & Giantomasi PC; 11 Times Square; New York, NY 10036; 1ZA6T1632496323984 (MAN) | | | 30.01 |
| 07/14/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163302; 07/14/2022; Daniel Thomas Podhaskie, Esq.; 800 5th Ave; New York, NY 10065; 1ZA6T1632497834199 (MAN) | | | 36.63 |
| 07/14/2022 | Lexis/On Line Search | | | 40.01 |
| 07/14/2022 | Lexis/On Line Search | | | 57.59 |
| 07/14/2022 | Westlaw | | | 48.37 |
| 07/14/2022 | Westlaw | | | 81.34 |
| 07/14/2022 | Computer Search (Other) | | | 5.94 |
| 07/15/2022 | Lexis/On Line Search | | | 10.71 |
| 07/15/2022 | Lexis/On Line Search | | | 42.84 |
| 07/15/2022 | Lexis/On Line Search | | | 80.02 |
| 07/15/2022 | Westlaw | | | 145.12 |
| 07/15/2022 | Computer Search (Other) | | | 0.36 |
| 07/17/2022 | Lexis/On Line Search | | | 10.71 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2342796

Page 2

| | | |
|---|---|---:|
| 07/17/2022 | Computer Search (Other) | 16.92 |
| 07/18/2022 | Westlaw | 48.37 |
| 07/19/2022 | Lexis/On Line Search | 20.01 |
| 07/19/2022 | Lexis/On Line Search | 230.37 |
| 07/19/2022 | Westlaw | 24.19 |
| 07/19/2022 | Computer Search (Other) | 5.85 |
| 07/20/2022 | Court Reporting Services - eScribers, LLC, Invoice# 566854 Dated 07/20/22, Cost of July 19, 2022 hearing transcript | 68.40 |
| 07/20/2022 | Computer Search (Other) | 22.14 |
| 07/21/2022 | Computer Search (Other) | 7.56 |
| 07/22/2022 | Computer Search (Other) | 7.47 |
| 07/23/2022 | Computer Search (Other) | 0.36 |
| 07/25/2022 | Lexis/On Line Search | 60.02 |
| 07/25/2022 | Computer Search (Other) | 21.42 |
| 07/25/2022 | Computer Search (Other) | 37.44 |
| 07/26/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/26/2022; Melanie L.  Cyganows; Otterbourg P.C.; 230 Park Avenue; New York, NY 10169 ; 1ZA6T1630198071634 (MAN) | 22.18 |
| 07/26/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/26/2022; Francis J. Lawall; Troutman Pepper Hamilton Sanders LL; 3000 Two Logan Square; Philadelphia, PA 19103 ; 1ZA6T1630199928841 (MAN) | 22.18 |
| 07/26/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/26/2022; Kevin J. Nash; Goldberg Weprin Finkel Goldstein LL Garrity; 1501 Broadway; New York, NY 10036 ; 1ZA6T1630199061858 (MAN) | 22.18 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

Page 3

50687-00001

Invoice No. 2342796

| | | |
|---|---|---:|
| 07/26/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/26/2022; Honorable James L.; United States Bankruptcy Court for; One Bowling Green; New York, NY 10004 ; 1ZA6T1630198126227 (MAN) | 22.18 |
| 07/27/2022 | Westlaw | 24.19 |
| 07/27/2022 | Computer Search (Other) | 22.95 |
| 07/28/2022 | Lexis/On Line Search | 19.20 |
| 07/28/2022 | Westlaw | 121.27 |
| 07/28/2022 | Computer Search (Other) | 39.24 |
| 07/29/2022 | Search Fee - Companies Registry, Invoice# 20220729wn Dated 07/29/22, Company search fee on 15 July 2022; 4 Hong Kong Companies | 10.77 |
| 07/29/2022 | Westlaw | 72.56 |
| 07/29/2022 | Computer Search (Other) | 22.05 |
| 07/31/2022 | Westlaw | 96.75 |
| **Total Costs incurred and advanced** | | **$1,700.59** |
| | **Current Fees and Costs** | **$1,700.59** |
| | **Total Balance Due - Due Upon Receipt** | **$1,700.59** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342797

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2022 | $0.00 |
| Costs incurred and advanced | 6,309.77 |
| **Current Fees and Costs Due** | **$6,309.77** |
| **Total Balance Due - Due Upon Receipt** | **$6,309.77** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342797

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2022 | $0.00 |
| Costs incurred and advanced | 6,309.77 |
| **Current Fees and Costs Due** | **$6,309.77** |
| **Total Balance Due - Due Upon Receipt** | **$6,309.77** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
 Citibank
 ABA # 322271724
 SWIFT Address:  CITIUS33
 787 W. 5th Street
 Los Angeles, CA  90071
 Account Number: 206628380
 Account Name: Paul Hastings LLP

**Remittance Address:**
 Paul Hastings LLP
 Lockbox 4803
 PO Box 894803
 Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | December 30, 2022 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2342797 |
| | |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

## Asset Recovery Investigation and Litigation $0.00

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 07/29/2022 | Photocopy Charges | 17,740.00 | 0.08 | 1,419.20 |
| 07/29/2022 | Photocopy Charges | 45.00 | 0.08 | 3.60 |
| 07/29/2022 | Photocopy Charges | 620.00 | 0.08 | 49.60 |
| 07/11/2022 | Retrieval of Corporate Documents - United Corporate Services Inc., Invoice# P1070032 Dated 07/11/22, Genever Holdings II LLC / Document Retrieval / NY. | | | 206.87 |
| 07/14/2022 | Attorney Service - Nationwide Legal, LLC (USD)(JPMPCARD); Invoice # 00000045855 dated 2022-07-15; CROSSROADSTX76227; TKT# LA292078 dated 07/14/2022 | | | 54.18 |
| 07/15/2022 | Attorney Service - Nationwide Legal, LLC (USD)(JPMPCARD); Invoice # 00000045901 dated 2022-07-22; CROSSROADSTX76227; TKT# 00LA292330 dated 07/15/2022 | | | 51.75 |
| 07/18/2022 | Lexis/On Line Search | | | 191.97 |
| 07/18/2022 | Westlaw | | | 189.00 |
| 07/19/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163302; 07/19/2022; John David Morrissy; Zeichner Ellman & Krause LLP; 409 7th Street NW; Washington, DC 20004; 1ZA6T1632492605392 (MAN) | | | 29.13 |
| 07/19/2022 | Lexis/On Line Search | | | 191.98 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 2
Kwok
50687-00002
Invoice No. 2342797

| | | |
|---|---|---|
| 07/19/2022 | Lexis/On Line Search | 20.01 |
| 07/19/2022 | Westlaw | 555.29 |
| 07/19/2022 | Computer Search (Other) | 3.15 |
| 07/20/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163302; 07/20/2022; James C. Riley, Esq.; Whitman Breed Abbott & Morgan LLC; 500 West Putnam Avenue; Greenwich, CT 06830; 1ZA6T1630190463252 (MAN) | 22.04 |
| 07/20/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163302; 07/20/2022; G Club Operations; 53 Calle Palmeras; San Juan, PR 00901; 1ZA6T1630191633441 (MAN) | 22.05 |
| 07/20/2022 | Westlaw | 217.68 |
| 07/21/2022 | Westlaw | 72.56 |
| 07/22/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163302; 07/22/2022; 1ZA6T1631298311998 (MAN) | 16.28 |
| 07/22/2022 | Westlaw | 72.56 |
| 07/22/2022 | Computer Search (Other) | 13.59 |
| 07/23/2022 | Computer Search (Other) | 7.74 |
| 07/25/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/25/2022; WHITECROFT SHORE LIM; WHITECROFT SHORE LIMITED; WICKHAMS CAY II; TORTOLA, 18200 ; 1ZA6T1630494187235 (MAN) | 46.04 |
| 07/26/2022 | Westlaw | 193.50 |
| 07/27/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/27/2022; The Law Offices of Rafael A. Vargas; 100 N. LaSalle St.; Chicago, IL 60602; 1ZA6T1632499751766 (MAN) | 29.30 |
| 07/27/2022 | Westlaw | 247.49 |
| 07/27/2022 | Computer Search (Other) | 5.04 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                Page 3
Kwok
50687-00002
Invoice No. 2342797

| | | |
|---|---|---|
| 07/28/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/28/2022; John David Morrissy; Zeichner Ellman & Krause LLP; 409 7TH ST NW; WASHINGTON, DC 20004; 1ZA6T1631292605397 (MAN) | 16.39 |
| 07/28/2022 | Westlaw | 48.37 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; James C. Riley, Esq.; Whitman Breed Abbott & Morgan LLC; 500 West Putnam Avenue; Greenwich, CT 06830 ; 1ZA6T1634492248955 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Joshua Irwin Schille; Officer, Managing or General Agent; 55 Hudson Yards 20th Floor; New York, NY 10001 ; 1ZA6T1634499013249 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Yvette Wang; COHN BIRNBAUM & SHEA P.C.; 100 PEARL STREET, 12TH FLOOR; HARTFORD, CT 06103 ; 1ZA6T1634496757353 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Attn: Office, Managing; GTV Media Group, Inc.; 3411 Silverside Road; Wilmington, DE 19810 ; 1ZA6T1634498687390 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; MINDY KAMEN; JANIVER LLC; 100 QUENTIN ROOSEVELT BLVD; GARDEN CITY, NY 11530 ; 1ZA6T1634490211685 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Brad Karp; Paul, Weiss, Rifkind, Wharton &; 1285 Avenue of the Americas; New York, NY 10019 ; 1ZA6T1634498751720 (MAN) | 44.97 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2342797

Page 4

| | | |
|---|---|---|
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; John Siegal, Esq.; Officer, Managing or General Agent; 45 Rockefeller Plaza; New York, NY 10111 ; 1ZA6T1634494451990 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Steven J. Reed & Nor; Rule of Law Society IV Inc.; 7 Times Square; New York, NY 10036; 1ZA6T1634490862160 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Matthew Levine; Elliott Kwok Levine & Jaroslaw LLP; 565 Fifth Avenue; NEW YORK, NY 10017 ; 1ZA6T1634495721188 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; JOHN SIEGAL, ESQ.; SARACA MEDIA GROUP, INC; 45 ROCKEFELLER PLAZA; NEW YORK, NY 10111 ; 1ZA6T1634493930821 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Attn: Office, Managing; Saraca Media Group, Inc.; 3411 Silverside Road; Wilmington, DE 19810; 1ZA6T1634499749400 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Officer, Managing; Rule of Law Foundation III Inc.; 1209 Orange Street; Wilmington, DE 19801; 1ZA6T1634499886771 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Phillips Nizer LLP; 485 Lexington Avenue; New York, NY 10017; 1ZA6T1634494857721 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163322; 07/29/2022; Melissa Francis, Esq; The Francis Firm PLLC; 33 W 60th Street, Floor 2; New York, NY 10023 ; 1ZA6T1634491373857 (MAN) | 44.97 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 5

50687-00002

Invoice No. 2342797

| | | |
|---|---|---|
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163322; 07/29/2022; ; Melissa Francis, Esq.; 33 W 60th Street, Floor 2; New York, NY 10023 ; 1ZA6T1634494300045 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163322; 07/29/2022; c/o Aaron Mitchell; Lawall & Mitchell, LLC; 55 Madison Avenue; Morristown, NJ 07960 ; 1ZA6T1634493068782 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163322; 07/29/2022; Aaron Mitchell, Esq.; Lawall & Mitchell, LLC; 55 Madison Avenue; Morristown, NJ 07960 ; 1ZA6T1634492243905 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Rory G. Greebel; Wilson Elser Moskowitz Edelman; 1133 Westchester Avenue; White Plains, NY 10604; 1ZA6T1634499676293 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163322; 07/29/2022; Daniel Alter, Esq; Abrams Fensterman, LLP; 81 Main Street; White Plains, NY 10601 ; 1ZA6T1634497187137 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Officer, Managing; Rule of Law Society IV Inc.; 1209 Orange Street; Wilmington, DE 19801; 1ZA6T1634496340169 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; c/o Timothy D. Milte; Golden Spring New York; 100 Pearl Street, 12th Floor; Hartford, CT 06103; 1ZA6T1634496623069 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Officer, Managing; Greenwich Land LLC; 169 Rockingstone Avenue; Larchmont, NY 10538; 1ZA6T1634493883098 (MAN) | 44.97 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 6

50687-00002

Invoice No. 2342797

| | | |
|---|---|---|
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Attn: Yanping Wang; Saraca Media Group, Inc; 162 East 64th Street; New York, NY 10065; 1ZA6T1634498591215 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Mark A. Harmon, Esq.; Hodgson Russ LLP; 605 Third Ave.; New York, NY 10158; 1ZA6T1634490473670 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Yvette Wang; Golden Spring; 162 East 64th Street; New York, NY 10065 ; 1ZA6T1634494090111 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Attn: Office, Managi; Golden Spring; 162 East 64th Street; New York, NY 10065; 1ZA6T1634491535637 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Attn: Officer, Managing; Lamp Capital LLC; 3411 Silverside Road; Wilmington, DE 19810 ; 1ZA6T1634492353064 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; FRANCIS J. LAWALL ES; BRAVO LUCK LIMITED; 3000 TWO LOGAN SQUARE; PHILADELPHIA, PA 19103 ; 1ZA6T1634493524627 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Attn: Officer, Managing; Eastern Profit Corporation Ltd.; 3000 Two Logan Square; Philadelphia, PA 19103 ; 1ZA6T1634499066620 (MAN) | 44.97 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2342797

Page 7

| | | |
|---|---|---|
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; DANIEL A. SCHILLING; RULE OF LAW FOUNDATION III; 120 BROADWAY, 14TH FLOOR; NEW YORK, NY 10271; 1ZA6T1634491176776 (MAN) | 44.97 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Officer, Managing; Clark Hill PLC; 1001 Pennsylvania Ave NW; Washington, DC 20004; 1ZA6T1634495258251 (MAN) | 44.98 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163322; 07/29/2022; William R. Baldiga; Brown Rudnick LLP; One Financial Center; Boston, MA 02111; 1ZA6T1634491151015 (MAN) | 44.98 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Craig R. Jalbert, CI; Verdolino & Lowey, P.C.; 124 Washington St.; Foxborough, MA 02035; 1ZA6T1634494222737 (MAN) | 44.98 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Ho Wan Kwok; c/o Golden Spring (New York)Ltd.; 162 East 64th Street; New York, NY 10065; 1ZA6T1635892701143 (MAN) | 48.62 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Kali N. Bracey, Esq.; Clark Hill PLC; 1099 New York Ave., NW, SUITE 900; Washington, DC 20001; 1ZA6T1634495311675 (MAN) | 49.13 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Hing Chi Ngok a/k/a Hing Chi Ng a/k/a/ Yue Qinghz; 373 Taconic Road; Greenwich, CT 06831; 1ZA6T1634497448088 (MAN) | 51.43 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2342797

Page 8

| | | |
|---|---|---:|
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; c/o Hing Ch Ngok a/k/a Greenwich Land LLC; 373 Taconic Road; Greenwich, CT 06831; 1ZA6T1634498760309 (MAN) | 51.43 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; L. Despins; 1ZA6T1634499216824 (MAN) | 51.43 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Daniel Thomas Podhaskie, Esq.; 800 5th Ave; New York, NY 10065; 1ZA6T1634499184118 (MAN) | 51.43 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 07/29/2022; Officer, Managing ,; Greenwich Land LLC; 169 Rockingstone Avenue; Larchmont, NY 10538 ; 1ZA6T1634493883098 (MAN) | 6.46 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; Attn: Officer, Managing; Voice of Guo Media, Inc.; 14747 N Northsight Blvd; Scottsdale, AZ 85260 ; 1ZA6T1634490254193 (MAN) | 62.65 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163312; 07/29/2022; c/o Keith Beauchamp; Voice of Guo Media, Inc.; 2800 N. Central Avenue, Suite 1900; Phoenix, AZ 85004; 1ZA6T1634490889007 (MAN) | 62.65 |
| 07/29/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163322; 07/29/2022; QIANG GUO; C/O BERKELEY ROWE; MARBLE ARCH PARK HOUSE; LONDON, UK W 1K6 ; 1ZA6T1636698157019 (MAN) | 70.56 |
| 07/29/2022 | Postage/Express Mail - International; | 132.45 |
| 07/29/2022 | Computer Search (Other) | 10.17 |
| 07/30/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163362; 07/30/2022; NA; 1133 WESTCHESTER; WEST HARRISON, NY 10604 ; 1ZA6T1634499676293 (MAN) | 46.17 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 9

50687-00002

Invoice No. 2342797

| | | |
|---|---|---|
| 07/30/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163322; 07/30/2022; QU GUO JIAO; QU GUO JIAO; NO. 220 ZHONGYUANXI LU; ZHENGZHOU, 450007 ; 1ZA6T1630498550236 (MAN) | 75.93 |
| 07/30/2022 | Computer Search (Other) | 58.86 |
| **Total Costs incurred and advanced** | | **$6,309.77** |
| | **Current Fees and Costs** | **$6,309.77** |
| | **Total Balance Due - Due Upon Receipt** | **$6,309.77** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

December 30, 2022

Please Refer to
Invoice Number: 2342798

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Other Litigation**
PH LLP Client/Matter # 50687-00003
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2022 | $0.00 |
| Costs incurred and advanced | 964.66 |
| **Current Fees and Costs Due** | **$964.66** |
| **Total Balance Due – Due Upon Receipt** | **$964.66** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions**</u>:
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| <u>**Remittance Address**</u>: |
|---|
|   Paul Hastings LLP |
|   Lockbox 4803 |
|   PO Box 894803 |
|   Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342798

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Other Litigation**
PH LLP Client/Matter # 50687-00003
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2022 | $0.00 |
| Costs incurred and advanced | 964.66 |
| **Current Fees and Costs Due** | **$964.66** |
| **Total Balance Due – Due Upon Receipt** | **$964.66** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
 Citibank
 ABA # 322271724
 SWIFT Address:  CITIUS33
 787 W. 5th Street
 Los Angeles, CA  90071
 Account Number: 206628380
 Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342798

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## Other Litigation                                                         $0.00

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 07/26/2022 | Lexis/On Line Search | | | 60.02 |
| 07/27/2022 | Lexis/On Line Search | | | 57.59 |
| 07/27/2022 | Lexis/On Line Search | | | 80.02 |
| 07/27/2022 | Westlaw | | | 96.75 |
| 07/30/2022 | Westlaw | | | 145.12 |
| 07/31/2022 | Local - Taxi - Associate; 07/19/2022; From/To: office/home; Service Type: Uber; Home from the office after working late on Ho Wan Kwok matter | | | 77.44 |
| 07/31/2022 | Lexis/On Line Search | | | 19.20 |
| 07/31/2022 | Lexis/On Line Search | | | 20.01 |
| 07/31/2022 | Lexis/On Line Search | | | 38.39 |
| 07/31/2022 | Westlaw | | | 297.56 |
| 07/31/2022 | Westlaw | | | 72.56 |
| **Total Costs incurred and advanced** | | | | **$964.66** |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$964.66** |
| **Total Balance Due - Due Upon Receipt** | | **$964.66** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan December 30, 2022
Kwok
200 Park Avenue                             Please Refer to
New York, NY 10166                          Invoice Number: 2342799

Attn: Luc Despins                           PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### General Chapter 11 Trustee Representation
PH LLP Client/Matter # 50687-00001
Luc A. Despins

Legal fees for professional services
for the period ending August 31, 2022                              $0.00

Costs incurred and advanced                                    6,794.88

**Current Fees and Costs Due**                              **$6,794.88**

**Total Balance Due – Due Upon Receipt**                    **$6,794.88**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions**</u>:
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| <u>Remittance Address</u>: |
| --- |
|  Paul Hastings LLP |
|  Lockbox 4803 |
|  PO Box 894803 |
|  Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to* cashepn@paulhastings.com. *This is a no-reply mailbox*
*Please refer all questions to* billing@paulhastings.com



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan   December 30, 2022
Kwok
200 Park Avenue                                    Please Refer to
New York, NY 10166                                 Invoice Number: 2342799

Attn: Luc Despins                                  PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

### General Chapter 11 Trustee Representation
PH LLP Client/Matter # 50687-00001
Luc A. Despins

Legal fees for professional services
for the period ending August 31, 2022                              $0.00

| | |
|---|---:|
| Costs incurred and advanced | 6,794.88 |
| **Current Fees and Costs Due** | **$6,794.88** |
| **Total Balance Due - Due Upon Receipt** | **$6,794.88** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan December 30, 2022
Kwok
200 Park Avenue                                 Please Refer to
New York, NY 10166                              Invoice Number: 2342799

Attn: Luc Despins                               PH LLP Tax ID No. 95-2209675

## General Chapter 11 Trustee Representation                 $0.00

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 08/04/2022 | Photocopy Charges | 88.00 | 0.08 | 7.04 |
| 08/09/2022 | Photocopy Charges | 26.00 | 0.08 | 2.08 |
| 08/31/2022 | Photocopy Charges | 1.00 | 0.08 | 0.08 |
| 08/31/2022 | Photocopy Charges (Color) | 333.00 | 0.20 | 66.60 |
| 08/01/2022 | Westlaw | | | 124.16 |
| 08/01/2022 | Computer Search (Other) | | | 8.28 |
| 08/02/2022 | Westlaw | | | 7.51 |
| 08/02/2022 | Computer Search (Other) | | | 4.50 |
| 08/03/2022 | Lexis/On Line Search | | | 28.94 |
| 08/03/2022 | Lexis/On Line Search | | | 36.05 |
| 08/03/2022 | Lexis/On Line Search | | | 69.17 |
| 08/04/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163322; 08/04/2022; Honorable Judge Garrity; United States Bankruptcy Court; One Bowling Green; New York, NY 10004 ; 1ZA6T1630191149359 (MAN) | | | 22.04 |
| 08/04/2022 | Westlaw | | | 39.85 |
| 08/04/2022 | Computer Search (Other) | | | 38.16 |
| 08/05/2022 | Lexis/On Line Search | | | 19.29 |
| 08/05/2022 | Computer Search (Other) | | | 8.10 |
| 08/10/2022 | Westlaw | | | 24.83 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan                                    Page 2
Kwok
50687-00001
Invoice No. 2342799

| Date | Description | Amount |
|---|---|---|
| 08/10/2022 | Computer Search (Other) | 32.13 |
| 08/11/2022 | Computer Search (Other) | 16.74 |
| 08/12/2022 | Computer Search (Other) | 2.88 |
| 08/13/2022 | Computer Search (Other) | 0.09 |
| 08/15/2022 | Computer Search (Other) | 0.27 |
| 08/16/2022 | Computer Search (Other) | 6.93 |
| 08/17/2022 | Computer Search (Other) | 12.06 |
| 08/18/2022 | Computer Search (Other) | 12.96 |
| 08/19/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000930543352; 08/19/2022; 1Z9305430193918483 (MAN) | 31.54 |
| 08/19/2022 | Lexis/On Line Search | 17.29 |
| 08/19/2022 | Computer Search (Other) | 1.89 |
| 08/20/2022 | Vendor Expense - 08/10/2022; Expedited transcripts in re Ho Wan Kwok, August 1, 2022 and July 21, 2022 | 1,119.39 |
| 08/20/2022 | Vendor Expense - 08/12/2022; Expedited transcript in re Ho Wan Kwok, August 4, 2022 | 247.90 |
| 08/20/2022 | Vendor Expense - 08/17/2022; Transcript In Re Ho Wan Kwok, August 12, 2022 | 276.67 |
| 08/22/2022 | Computer Search (Other) | 7.47 |
| 08/23/2022 | Computer Search (Other) | 17.10 |
| 08/24/2022 | Westlaw | 24.83 |
| 08/24/2022 | Computer Search (Other) | 2.25 |
| 08/25/2022 | Westlaw | 74.50 |
| 08/25/2022 | Computer Search (Other) | 3.06 |
| 08/26/2022 | Computer Search (Other) | 9.99 |
| 08/28/2022 | Vendor Expense - 08/26/2022; Corporate transfer fee to Harneys fiduciary for Genever Holdings Corporation | 3,425.00 |
| 08/29/2022 | Westlaw | 7.51 |
| 08/30/2022 | Computer Search (Other) | 14.49 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok

Page 3

50687-00001

Invoice No. 2342799

| | | |
|---|---|---|
| 08/31/2022 | Retrieval of Corporate Documents - 08/25/2022; purchase of corporate documents through United Corporate Services; Merchant: United Corporate Services Statement Date: 08/31/2022, Post Date: 08/26/2022; Service Charge | 923.26 |
| **Total Costs incurred and advanced** | | **$6,794.88** |
| | **Current Fees and Costs** | **$6,794.88** |
| | **Total Balance Due - Due Upon Receipt** | **$6,794.88** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342800

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2022 | $0.00 |
| Costs incurred and advanced | 8,942.47 |
| **Current Fees and Costs Due** | **$8,942.47** |
| **Total Balance Due - Due Upon Receipt** | **$8,942.47** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions**</u>:
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| <u>Remittance Address</u>: |
|---|
|   Paul Hastings LLP |
|   Lockbox 4803 |
|   PO Box 894803 |
|   Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342800

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Asset Recovery Investigation and Litigation**
PH LLP Client/Matter # 50687-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2022 | $0.00 |
| Costs incurred and advanced | 8,942.47 |
| **Current Fees and Costs Due** | **$8,942.47** |
| **Total Balance Due - Due Upon Receipt** | **$8,942.47** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342800

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## Asset Recovery Investigation and Litigation                                    **$0.00**

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 08/09/2022 | Photocopy Charges (Color) | 44.00 | 0.20 | 8.80 |
| 08/31/2022 | Photocopy Charges | 7.00 | 0.08 | 0.56 |
| 08/31/2022 | Photocopy Charges (Color) | 676.00 | 0.20 | 135.20 |
| 08/01/2022 | Computer Search (Other) | | | 20.61 |
| 08/02/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163322; 08/02/2022; Daniel Thomas Podhaskie, Esq.; 800 5TH AVE; NEW YORK, NY 10065 ; 1ZA6T1631299184115 (MAN) | | | 16.29 |
| 08/02/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163322; 08/02/2022; Daniel Sage Ward, Esq.; Ward & Berry, PLLC; 1751 Pinnacle Drive; Tysons, VA 22102 ; 1ZA6T1632497134650 (MAN) | | | 29.13 |
| 08/02/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163322; 08/02/2022; Nekki Shutt, Esq.; Burnette Shutt and McDaniel PA; 912 Lady Street; Columbia, SC 29201 ; 1ZA6T1632494680084 (MAN) | | | 29.13 |
| 08/02/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163322; 08/02/2022; QIANG GUO; MARBLE ARCH PARK HOUSE; 116 PARK ST.; LONDON, W 1K6 ; 1ZA6T1636699377646 (MAN) | | | 51.67 |
| 08/02/2022 | Lexis/On Line Search | | | 171.83 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00002

Invoice No. 2342800

| | | |
|---|---|---|
| 08/03/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163322; 08/03/2022; SUITE-200; BURNETTE SHUTT AND MCDANIEL PA; 912 LADY ST; COLUMBIA, SC 29201 ; 1ZA6T1632494680084 (MAN) | 18.00 |
| 08/08/2022 | Lexis/On Line Search | 18.02 |
| 08/08/2022 | Lexis/On Line Search | 67.53 |
| 08/08/2022 | Lexis/On Line Search | 86.46 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Officer, Managing; Clark Hill PLC; 1001 Pennsylvania Ave NW; Washington, DC 20004 ; 1ZA6T1632495887298 (MAN) | 29.18 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Craig R. Jalbert; Verdolino & Lowey, P.C.; 124 Washington St.; Foxborough, MA 02035 ; 1ZA6T1632494082686 (MAN) | 29.18 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; William R. Baldiga; Brown Rudnick LLP; One Financial Center; Boston, MA 02111 ; 1ZA6T1632490611049 (MAN) | 29.18 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Kali N. Bracey, Esq.; Clark Hill PLC; 1099 New York Ave., NW, SUITE 900; Washington, DC 20001 ; 1ZA6T1632490804671 (MAN) | 29.18 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; John Siegal, Esq. Ge; Baker & Hostetler LLP; 45 Rockefeller Plaza; New York, NY 10111 ; 1ZA6T1632490489807 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Eastern Profit Corp.; Troutman Pepper Hamilton Sanders; 3000 Two Logan Square; Philadelphia, PA 19103 ; 1ZA6T1632490155622 (MAN) | 29.19 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 3
50687-00002
Invoice No. 2342800

| | | |
|---|---|---|
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Rory G. Greebel; Wilson Elser Moskowitz Edelman; 1133 Westchester Avenue; White Plains, NY 10604 ; 1ZA6T1632495648359 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; c/o Daniel Alter, Esq.; Abrams Fensterman, LLP; 81 Main Street; White Plains, NY 10601 ; 1ZA6T1632498562212 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; TIMOTHY D. MILTENBER; COHN BIRNBAUM & SHEA P.C.; 100 PEARL STREET, 12TH FLOOR; HARTFORD, CT 06103 ; 1ZA6T1632496845349 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Joshua Irwin Schille; Officer, Managing or General Agent; 55 Hudson Yards 20th Floor; New York, NY 10001 ; 1ZA6T1632493706638 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Yvette Wang; Golden Spring; 162 East 64th Street; New York, NY 10065 ; 1ZA6T1632498540405 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Melissa Francis, Esq; The Francis Firm PLLC; 33 W 60th Street, Floor 2; New York, NY 10023 ; 1ZA6T1632498502723 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; MINDY KAMEN; JANIVER LLC; 100 QUENTIN ROOSEVELT BLVD; GARDEN CITY, NY 11530 ; 1ZA6T1632491181119 (MAN) | 29.19 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                          Page 4
Kwok
50687-00002
Invoice No. 2342800

| | | |
|---|---|---|
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; c/o Francis J. Lawal; Troutman Pepper Hamilton Sanders; 3000 Two Logan Square; Philadelphia, PA 19103 ; 1ZA6T1632494894095 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Attn: Officer, Managing; Golden Spring; 162 East 64th Street; New York, NY 10065 ; 1ZA6T1632492994909 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Mark A. Harmon, Esq.; Hodgson Russ LLP; 605 Third Ave.; New York, NY 10158 ; 1ZA6T1632498918132 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Attn: Yanping Wang; Saraca Media Group, Inc; 162 East 64th Street; New York, NY 10065 ; 1ZA6T1632495605289 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; c/o AARON MITCHELL; GTV MEDIA GROUP, INC.; 55 MADISON AVENUE; MORRISTOWN, NJ 07960 ; 1ZA6T1632496927457 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Phillips Nizer LLP; 485 Lexington Avenue; New York, NY 10017 ; 1ZA6T1632493744061 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Officer, Managing; Rule of Law Society IV Inc.; 1209 Orange Street; Wilmington, DE 19801 ; 1ZA6T1632496767826 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Attn: Officer, Managing; Lamp Capital LLC; 3411 Silverside Road; Wilmington, DE 19810 ; 1ZA6T1632493888728 (MAN) | 29.19 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00002
Invoice No. 2342800

Page 5

| | | |
|---|---|---|
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; c/o TIMOTHY D. MILTE; COHN BIRNBAUM & SHEA P.C.; 100 PEARL STREET, 12TH FLOOR; HARTFORD, CT 06103 ; 1ZA6T1632493653169 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Melissa Francis, Esq.; 33 W 60th Street, Floor 2; New York, NY 10023 ; 1ZA6T1632495355111 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Brad Karp; Paul,Weiss, Rifkind,; Wharton & Garrison LLP; New York, NY 10019 ; 1ZA6T1632494424851 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Matthew Levine; Elliott Kwok Levine & Jaroslaw LLP; 565 Fifth Avenue; NEW YORK, NY 10017 ; 1ZA6T1632490699956 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Attn: Officer, Managing; Saraca Media Group, Inc.; 3411 Silverside Road; Wilmington, DE 19810 ; 1ZA6T1632492040000 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Attn: Officer, Managing; GTV Media Group, Inc.; 3411 Silverside Road; Wilmington, DE 19810 ; 1ZA6T1632497946443 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; JOHN SIEGAL, ESQ.; SARACA MEDIA GROUP, INC; 45 ROCKEFELLER PLAZA; NEW YORK, NY 10111 ; 1ZA6T1632490660219 (MAN) | 29.19 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 6
Kwok
50687-00002
Invoice No. 2342800

| | | |
|---|---|---|
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; c/o Steven J. Reed; Rule of Law Society IV Inc.; 7 Times Square; New York, NY 10036 ; 1ZA6T1632490339782 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Officer, Managing; Rule of Law Foundation III Inc.; 1209 Orange Street; Wilmington, DE 19801 ; 1ZA6T1632497081234 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Aaron Mitchell, Esq.; Lawall & Mitchell, LLC; 55 Madison Avenue; Morristown, NJ 07960 ; 1ZA6T1632494793739 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; c/o DANIEL A. SCHILL; RULE OF LAW FOUNDATION III; 120 BROADWAY, 14TH FLOOR; NEW YORK, NY 10271 ; 1ZA6T1632490665198 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; James C. Riley, Esq.; Whitman Breed Abbott & Morgan LLC; 500 West Putnam Avenue; Greenwich, CT 06830 ; 1ZA6T1632497751304 (MAN) | 29.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; c/o Keith Beauchamp; Voice of Guo Media, Inc.; 2800 N. Central Avenue, Suite 1900; Phoenix, AZ 85004 ; 1ZA6T1632498692877 (MAN) | 31.19 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Attn: Officer, Managing; Voice of Guo Media, Inc.; 14747 N Northsight Blvd; Scottsdale, AZ 85260 ; 1ZA6T1632498308265 (MAN) | 31.19 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 7

50687-00002

Invoice No. 2342800

| | | |
|---|---|---:|
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Officer, Managing; Greenwich Land LLC; 169 Rockingstone Avenue; Larchmont, NY 10538 ; 1ZA6T1632499411169 (MAN) | 35.62 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Daniel Thomas Podhaskie, Esq.; 800 5th Ave; New York, NY 10065 ; 1ZA6T1632495698395 (MAN) | 35.62 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; Hing Ch Ngok a/k/a; 373 Taconic Road; Greenwich, CT 06831 ; 1ZA6T1632493412142 (MAN) | 35.62 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; c/o Hing Ch Ngok a/k; Greenwich Land LLC; 373 Taconic Road; Greenwich, CT 06831 ; 1ZA6T1632498537777 (MAN) | 35.62 |
| 08/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/09/2022; QUIANG GUO; C/O BERKELEY ROWE; 116 PARK STREET; LONDON, W 1K6 ; 1ZA6T1636698279085 (MAN) | 51.78 |
| 08/09/2022 | Lexis/On Line Search | 17.29 |
| 08/09/2022 | Lexis/On Line Search | 9.65 |
| 08/09/2022 | Postage/Express Mail - International; | 8.25 |
| 08/09/2022 | Westlaw | 186.19 |
| 08/09/2022 | Westlaw | 234.23 |
| 08/09/2022 | Computer Search (Other) | 6.12 |
| 08/10/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163332; 08/10/2022; QU GUO JIAO; NO. 220 ZHONGYUANXI LU; ZHENGZHOU, 450007 ; 1ZA6T1630498352183 (MAN) | 56.25 |
| 08/10/2022 | Lexis/On Line Search | 18.02 |
| 08/10/2022 | Lexis/On Line Search | 28.94 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 8

50687-00002
Invoice No. 2342800

| 08/10/2022 | Westlaw | 500.00 |
|---|---|---|
| 08/11/2022 | Lexis/On Line Search | 18.02 |
| 08/11/2022 | Westlaw | 127.05 |
| 08/11/2022 | Westlaw | 610.07 |
| 08/12/2022 | Lexis/On Line Search | 150.35 |
| 08/12/2022 | Lexis/On Line Search | 34.58 |
| 08/15/2022 | UPS/Courier Service - UPS, Invoice# 1595255450; WW Express DOC; Dated 08/15/22, Package from Berkeley Rowe to the NY office. | 74.96 |
| 08/15/2022 | Lexis/On Line Search | 300.70 |
| 08/15/2022 | Lexis/On Line Search | 90.10 |
| 08/16/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163352; 08/16/2022; KIN MING JE; ACA CAPITAL GROUP LIMITED; 3A MONTAGU ROW; LONDON, LO W 1U6 ; 1ZA6T1636695262937 (MAN) | 6.38 |
| 08/16/2022 | Vendor Expense - 08/10/2022; Land search on 8-10-2022 (50687.00002); Land Search Fee | 3.21 |
| 08/16/2022 | Postage/Express Mail - First Class - US | 2.75 |
| 08/16/2022 | Westlaw | 24.83 |
| 08/17/2022 | Westlaw | 192.19 |
| 08/18/2022 | Lexis/On Line Search | 18.02 |
| 08/18/2022 | Lexis/On Line Search | 21.48 |
| 08/18/2022 | Lexis/On Line Search | 42.96 |
| 08/19/2022 | Lexis/On Line Search | 18.02 |
| 08/19/2022 | Westlaw | 109.84 |
| 08/19/2022 | Computer Search (Other) | 3.60 |
| 08/22/2022 | Westlaw | 24.83 |
| 08/23/2022 | Local - Meals - Associate; 08/09/2022; Restaurant: Wolf and Lamb; City: New York; Dinner; Number of people: 1; Working late night on Kwok matters | 40.98 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2342800

Page 9

| | | |
|---|---|---:|
| 08/23/2022 | Local - Taxi - Associate; 08/09/2022; From/To: Office/Home; Service Type: Uber; Time: 21:56; Working late night on Kwok matters | 76.53 |
| 08/23/2022 | Attorney Service - Metro Attorney Service Inc., Invoice# 36203 Dated 08/23/22, Service of documents on Ho Wan Kwok to Phillips Nizer LLP and Paul, Weiss, Rifkind, Wharton & Garrison LLP | 298.00 |
| 08/23/2022 | Lexis/On Line Search | 21.48 |
| 08/23/2022 | Westlaw | 85.01 |
| 08/24/2022 | Attorney Service - Metro Attorney Service Inc., Invoice# 36219 Dated 08/24/22, Service of documents on Ho Wan Kwok to Greenwich Land, LLC, Rule of Law Society IV Inc., Rule of Law Foundation III Inc., Saraca Media Group, Inc. and Lamp Capital LLC | 1,524.00 |
| 08/24/2022 | Attorney Service - Metro Attorney Service Inc., Invoice# 36220 Dated 08/24/22, Service of documents on Ho Wan Kwok to Hing Chi Ngok aka Hing Chi Ng aka Yue Qingzhi | 355.00 |
| 08/24/2022 | Lexis/On Line Search | 0.55 |
| 08/24/2022 | Lexis/On Line Search | 1.64 |
| 08/24/2022 | Lexis/On Line Search | 90.10 |
| 08/24/2022 | Westlaw | 49.66 |
| 08/25/2022 | Attorney Service - Metro Attorney Service Inc., Invoice# 36247 Dated 08/25/22, Service of documents on Ho Wan Kwok to Golden Spring (New York) ltd, Daniel Thomas Podhaskie, Esq. and Yvette Wang | 447.00 |
| 08/25/2022 | Westlaw | 233.54 |
| 08/26/2022 | Retrieval of Corporate Documents - United Corporate Services Inc., Invoice# P1078046 Dated 08/26/22, SARACA Media Group Inc. - Document retrieval of certified copies | 103.43 |
| 08/26/2022 | UPS/Courier Service - UPS, Invoice# 1598242039 Dated 08/26/22, Package from Berkeley Rowe to the NY office. | 73.92 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 10
Kwok
50687-00002
Invoice No. 2342800

| | | |
|---|---|---|
| 08/26/2022 | Westlaw | 42.50 |
| 08/28/2022 | Westlaw | 85.01 |
| 08/29/2022 | Lexis/On Line Search | 86.46 |
| 08/29/2022 | Westlaw | 198.66 |
| 08/30/2022 | Westlaw | 49.66 |
| 08/30/2022 | Westlaw Business - Courtlink Use - Charges for August, 2022 | 20.92 |
| 08/31/2022 | Search Fee - Companies Registry, Invoice# 08/31/2022cl Dated 08/31/22, company search fee on 23 August 2022; Eastern Profit Corporation Limited; Requested by paralegal | 3.21 |
| 08/31/2022 | Search Fee - Companies Registry, Invoice# 08/31/2022cl Dated 08/31/22, company search fee on 30 August 2022; ACA Capital Group Limited; Requested by paralegal | 44.23 |
| 08/31/2022 | Attorney Service - Metro Attorney Service Inc., Invoice# 36307 Dated 08/31/22, Same Day Service Albany - Service #54908: Baker Hostetler LLP | 199.00 |
| **Total Costs incurred and advanced** | | **$8,942.47** |
| **Current Fees and Costs** | | **$8,942.47** |
| **Total Balance Due - Due Upon Receipt** | | **$8,942.47** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342801

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Other Litigation**
PH LLP Client/Matter # 50687-00003
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2022 | $0.00 |
| Costs incurred and advanced | 4,314.55 |
| **Current Fees and Costs Due** | **$4,314.55** |
| **Total Balance Due – Due Upon Receipt** | **$4,314.55** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions:**</u>
 Citibank
 ABA # 322271724
 SWIFT Address:  CITIUS33
 787 W. 5th Street
 Los Angeles, CA  90071
 Account Number: 206628380
 Account Name: Paul Hastings LLP

| <u>**Remittance Address:**</u> |
|---|
|  Paul Hastings LLP |
|  Lockbox 4803 |
|  PO Box 894803 |
|  Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342801

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Other Litigation**
PH LLP Client/Matter # 50687-00003
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2022 | $0.00 |
| Costs incurred and advanced | 4,314.55 |
| **Current Fees and Costs Due** | **$4,314.55** |
| **Total Balance Due - Due Upon Receipt** | **$4,314.55** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342801

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## Other Litigation

**$0.00**

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 08/01/2022 | Lexis/On Line Search | | | 18.02 |
| 08/02/2022 | Lexis/On Line Search | | | 172.92 |
| 08/10/2022 | Westlaw | | | 157.10 |
| 08/11/2022 | Westlaw | | | 24.83 |
| 08/12/2022 | Westlaw | | | 99.33 |
| 08/15/2022 | Lexis/On Line Search | | | 17.29 |
| 08/15/2022 | Lexis/On Line Search | | | 54.08 |
| 08/15/2022 | Lexis/On Line Search | | | 57.88 |
| 08/16/2022 | Westlaw | | | 24.83 |
| 08/17/2022 | Westlaw | | | 206.74 |
| 08/18/2022 | Lexis/On Line Search | | | 328.55 |
| 08/18/2022 | Lexis/On Line Search | | | 34.58 |
| 08/18/2022 | Lexis/On Line Search | | | 72.08 |
| 08/18/2022 | Westlaw | | | 17.67 |
| 08/18/2022 | Westlaw | | | 248.32 |
| 08/19/2022 | Westlaw | | | 323.17 |
| 08/19/2022 | Westlaw | | | 7.85 |
| 08/20/2022 | Westlaw | | | 198.66 |
| 08/22/2022 | Lexis/On Line Search | | | 36.04 |
| 08/22/2022 | Westlaw | | | 355.16 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 2
Kwok
50687-00003
Invoice No. 2342801

| | | |
|---|---|---:|
| 08/23/2022 | Lexis/On Line Search | 17.29 |
| 08/23/2022 | Westlaw | 299.37 |
| 08/24/2022 | Westlaw | 107.18 |
| 08/24/2022 | Westlaw | 49.66 |
| 08/25/2022 | Lexis/On Line Search | 17.29 |
| 08/25/2022 | Westlaw | 167.70 |
| 08/26/2022 | Westlaw | 270.15 |
| 08/29/2022 | Westlaw | 157.08 |
| 08/30/2022 | Westlaw | 489.72 |
| 08/31/2022 | Westlaw | 284.01 |
| **Total Costs incurred and advanced** | | **$4,314.55** |
| | **Current Fees and Costs** | **$4,314.55** |
| | **Total Balance Due - Due Upon Receipt** | **$4,314.55** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

December 30, 2022

Please Refer to
Invoice Number: 2342802

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Genever US**
PH LLP Client/Matter # 50687-00010
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2022 | $0.00 |
| Costs incurred and advanced | 25.28 |
| **Current Fees and Costs Due** | **$25.28** |
| **Total Balance Due - Due Upon Receipt** | **$25.28** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342802

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Genever US**
PH LLP Client/Matter # 50687-00010
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2022 | $0.00 |
| Costs incurred and advanced | 25.28 |
| **Current Fees and Costs Due** | **$25.28** |
| **Total Balance Due - Due Upon Receipt** | **$25.28** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

December 30, 2022

Please Refer to
Invoice Number: 2342802

PH LLP Tax ID No. 95-2209675

### Genever US $0.00

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 08/12/2022 | Photocopy Charges (Color) | 46.00 | 0.20 | 9.20 |
| 08/22/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163352; 08/22/2022; NA; 1625 EYE ST NW; WASHINGTON, DC 20006 ; 1ZA6T1631290175454 (MAN) | | | 16.08 |

| **Total Costs incurred and advanced** | **$25.28** |
|---|---|
| **Current Fees and Costs** | **$25.28** |
| **Total Balance Due - Due Upon Receipt** | **$25.28** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan  December 30, 2022
Kwok
200 Park Avenue                              Please Refer to
New York, NY 10166                           Invoice Number: 2342803

Attn: Luc Despins                            PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### General Chapter 11 Trustee Representation
PH LLP Client/Matter # 50687-00001
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2022                          $0.00

          Costs incurred and advanced                  5,087.09

          **Current Fees and Costs Due**                 **$5,087.09**

          **Total Balance Due - Due Upon Receipt**       **$5,087.09**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions**</u>:
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

<u>**Remittance Address**</u>:
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to* cashepn@paulhastings.com. *This is a no-reply mailbox*
*Please refer all questions to* billing@paulhastings.com



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan December 30, 2022
Kwok
200 Park Avenue                                  Please Refer to
New York, NY 10166                               Invoice Number: 2342803

Attn: Luc Despins                                PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

### General Chapter 11 Trustee Representation
PH LLP Client/Matter # 50687-00001
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2022                           $0.00

| | |
|---|---:|
| Costs incurred and advanced | 5,087.09 |
| **Current Fees and Costs Due** | **$5,087.09** |
| **Total Balance Due - Due Upon Receipt** | **$5,087.09** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*__TO PROTECT AGAINST FRAUD__, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

### Wiring and ACH Instructions:
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

### Remittance Address:
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan    December 30, 2022
Kwok
200 Park Avenue                          Please Refer to
New York, NY 10166                       Invoice Number: 2342803

Attn: Luc Despins                        PH LLP Tax ID No. 95-2209675

## General Chapter 11 Trustee Representation                     **$0.00**

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 09/16/2022 | Photocopy Charges | 62.00 | 0.08 | 4.96 |
| 09/21/2022 | Photocopy Charges (Color) | 2,251.00 | 0.20 | 450.20 |
| 09/02/2022 | Westlaw | | | 96.75 |
| 09/02/2022 | Computer Search (Other) | | | 8.10 |
| 09/03/2022 | Westlaw | | | 283.27 |
| 09/03/2022 | Computer Search (Other) | | | 32.31 |
| 09/04/2022 | Westlaw | | | 104.06 |
| 09/04/2022 | Westlaw | | | 245.47 |
| 09/04/2022 | Westlaw | | | 48.37 |
| 09/05/2022 | Westlaw | | | 186.52 |
| 09/05/2022 | Computer Search (Other) | | | 12.87 |
| 09/06/2022 | Westlaw | | | 234.89 |
| 09/06/2022 | Computer Search (Other) | | | 84.06 |
| 09/07/2022 | Westlaw | | | 48.37 |
| 09/07/2022 | Computer Search (Other) | | | 10.89 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; Jennifer Weston-Spotts; 3880 Orloff Ave; Bronx, NY 10463 ; 1ZA6T1630193727104 (MAN) | | | 28.69 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan Kwok                     Page 2
Kwok
50687-00001
Invoice No. 2342803

| | | |
|---|---|---:|
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; Jennifer Weston-Spotts; 3880 Orloff Ave; Bronx, NY 10463 ; 1ZA6T1630193727104 (MAN) | 3.49 |
| 09/08/2022 | Westlaw | 96.75 |
| 09/08/2022 | Computer Search (Other) | 2.43 |
| 09/09/2022 | UPS/Courier Service - Federal Express, Invoice# 7-878-29993 Dated 09/09/22, courier | 62.24 |
| 09/09/2022 | Lexis/On Line Search | 20.00 |
| 09/09/2022 | Westlaw | 48.37 |
| 09/10/2022 | Westlaw | 48.37 |
| 09/10/2022 | Computer Search (Other) | 1.71 |
| 09/11/2022 | Westlaw | 30.04 |
| 09/12/2022 | Computer Search (Other) | 26.10 |
| 09/13/2022 | Local - Meals - Associate; 09/06/2022; Restaurant: Uber Eats; City: New York ; Dinner; Number of people: 1; Working late on HWK matter | 41.03 |
| 09/13/2022 | Local - Taxi - Associate; 09/06/2022; From/To: office/home; Service Type: Lyft; Time: 21:56; Working late on HWK matter | 74.39 |
| 09/13/2022 | Westlaw | 145.12 |
| 09/13/2022 | Computer Search (Other) | 10.35 |
| 09/14/2022 | Vendor Expense - Associate; 09/12/2022; Chapter 11 Bond re: Ho Wan Kwok, a/k/a Wengui Guo, a/k/a Miles Guo | 165.00 |
| 09/14/2022 | Westlaw | 405.10 |
| 09/14/2022 | Computer Search (Other) | 14.22 |
| 09/15/2022 | Computer Search (Other) | 6.30 |
| 09/16/2022 | Computer Search (Other) | 3.51 |
| 09/19/2022 | Postage/Express Mail - First Class - US; | 1.44 |
| 09/19/2022 | Westlaw | 24.19 |
| 09/19/2022 | Computer Search (Other) | 1.80 |
| 09/20/2022 | Westlaw | 56.02 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan                                    Page 3
Kwok
50687-00001
Invoice No. 2342803

| | | |
|---|---|---:|
| 09/20/2022 | Computer Search (Other) | 6.03 |
| 09/21/2022 | Lexis/On Line Search | 20.01 |
| 09/21/2022 | Computer Search (Other) | 10.53 |
| 09/22/2022 | Westlaw | 79.88 |
| 09/22/2022 | Computer Search (Other) | 3.24 |
| 09/23/2022 | Computer Search (Other) | 28.35 |
| 09/25/2022 | Computer Search (Other) | 5.22 |
| 09/26/2022 | Computer Search (Other) | 53.91 |
| 09/27/2022 | Lexis/On Line Search | 8.08 |
| 09/27/2022 | Westlaw | 24.19 |
| 09/27/2022 | Computer Search (Other) | 41.67 |
| 09/28/2022 | Computer Search (Other) | 33.21 |
| 09/29/2022 | Computer Search (Other) | 7.11 |
| 09/30/2022 | Retrieval of Corporate Documents - 09/13/2022; Document retrieval (2) DE (2) NY for Rule of Law Foundation III Inc. and Rule of Law Society IV Inc.; Merchant: United Corporate Services | 620.59 |
| 09/30/2022 | Retrieval of Corporate Documents - 09/14/2022; Purchase of corporate documents through CORP2000; Merchant: Corp2000 | 219.00 |
| 09/30/2022 | Retrieval of Corporate Documents - 09/13/2022; Corporate documents through United Corporate Services; Merchant: United Corporate Services | 258.04 |
| 09/30/2022 | Westlaw | 341.88 |
| 09/30/2022 | Computer Search (Other) | 158.40 |
| **Total Costs incurred and advanced** | | **$5,087.09** |
| | | |
| **Current Fees and Costs** | | **$5,087.09** |
| **Total Balance Due - Due Upon Receipt** | | **$5,087.09** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho
Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

December 30, 2022

Please Refer to
Invoice Number: 2342804

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Asset Recovery Investigation and Litigation**
PH LLP Client/Matter # 50687-00002
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending September 30, 2022 | $0.00 |
| Costs incurred and advanced | 13,848.85 |
| **Current Fees and Costs Due** | **$13,848.85** |
| **Total Balance Due - Due Upon Receipt** | **$13,848.85** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions**</u>:
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| <u>Remittance Address</u>: |
|---|
| Paul Hastings LLP<br>Lockbox 4803<br>PO Box 894803<br>Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho
Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

December 30, 2022

Please Refer to
Invoice Number: 2342804

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Asset Recovery Investigation and Litigation**
PH LLP Client/Matter # 50687-00002
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2022                                      $0.00

Costs incurred and advanced                          13,848.85

**Current Fees and Costs Due**                     **$13,848.85**

**Total Balance Due - Due Upon Receipt**           **$13,848.85**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**

  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342804

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## Asset Recovery Investigation and Litigation

**$0.00**

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 09/08/2022 | Photocopy Charges | 12,275.00 | 0.08 | 982.00 |
| 09/14/2022 | Photocopy Charges | 491.00 | 0.08 | 39.28 |
| 09/01/2022 | Airfare - Partner; 08/29/2022; From/To: DCA/Westchester Cnty; Airfare Class: Economy; Travel to Bridgeport, Connecticut for a hearing. | | | 739.86 |
| 09/01/2022 | Travel Expense - Meals - Partner; 08/30/2022; Restaurant: Mulberry Street; City: New York; Dinner; Number of people: 1; Travel to Bridgeport, Connecticut for a hearing. | | | 35.50 |
| 09/01/2022 | Taxi/Ground Transportation - Partner; 08/30/2022; From/To: Bridgeport, CT/LGA; Service Type: Uber; Time: 17:00; Travel to Bridgeport, Connecticut for a hearing. | | | 107.96 |
| 09/01/2022 | Travel Expense - Parking - Partner; 08/30/2022; Travel to Bridgeport, Connecticut for a hearing. | | | 27.00 |
| 09/01/2022 | Lexis/On Line Search | | | 40.01 |
| 09/01/2022 | Westlaw | | | 124.53 |
| 09/01/2022 | Westlaw | | | 208.80 |
| 09/02/2022 | Lexis/On Line Search | | | 10.71 |
| 09/02/2022 | Lexis/On Line Search | | | 40.01 |
| 09/02/2022 | Lexis/On Line Search | | | 76.79 |
| 09/02/2022 | Computer Search (Other) | | | 14.40 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok      Page 2
50687-00002
Invoice No. 2342804

| | | |
|---|---|---:|
| 09/03/2022 | Lexis/On Line Search | 19.20 |
| 09/03/2022 | Lexis/On Line Search | 80.02 |
| 09/04/2022 | Computer Search (Other) | 3.15 |
| 09/06/2022 | Lexis/On Line Search | 40.01 |
| 09/06/2022 | Westlaw | 176.62 |
| 09/06/2022 | Computer Search (Other) | 23.40 |
| 09/07/2022 | Westlaw | 72.56 |
| 09/07/2022 | Computer Search (Other) | 0.81 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; Gfashion Media Group Inc.; 3411 Silverside Road; Wilmington, DE 19810 ; 1ZA6T1630195122405 (MAN) | 22.22 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; Gfashion Media Group Inc.; 162 East 64th Street; New York, NY 10065 ; 1ZA6T1630197504212 (MAN) | 22.22 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; AI Group Holdings In; c/o Corporate Creations Network Inc; 3411 Silverside Road; Wilmington, DE 19810 ; 1ZA6T1630192935739 (MAN) | 22.22 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; GFNY, Inc.; 3 Columbus Circle, FL 20; New York, NY 10019 ; 1ZA6T1630191235167 (MAN) | 22.22 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; GFNY, Inc.; c/o Corporate Creations Network Inc; 3411 Silverside Road; Wilmington, DE 19810 ; 1ZA6T1630195869823 (MAN) | 22.22 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; Hamilton Capital Hol; c/o Corporate Creations Network Inc; 3411 Silverside Road; Wilmington, DE 19810 ; 1ZA6T1630198143235 (MAN) | 22.22 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                Page 3
Kwok
50687-00002
Invoice No. 2342804

| | | |
|---|---|---|
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; Kin Ming Je; AI Group Holdings Inc.; 162 E 64th Street; New York, NY 10065 ; 1ZA6T1630191834144 (MAN) | 22.22 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; Leading Shine NY Lim; c/o Corporate Creations Netwaork; 3411 Sliverside Road; Wilmington, DE 19810 ; 1ZA6T1630191369773 (MAN) | 22.22 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; Kin Ming Je; Hamilton Capital Holdings Inc.; 162 East 64th Street; New York, NY 10065 ; 1ZA6T1630193487196 (MAN) | 22.22 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; Officer, Managing; Troutman Pepper Hamilton Sanders LL; 875 Third Avenue, 17th FL; New York, NY 10022 ; 1ZA6T1630195500381 (MAN) | 25.71 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; Officer, Managing; Elliott Kwok Levine & Jaroslaw LLP; 565 Fifth Avenue; New York, NY 10017 ; 1ZA6T1630195049549 (MAN) | 25.71 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; William Je; 162 East 64th Street; New York, NY 10065 ; 1ZA6T1630194642211 (MAN) | 25.71 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; Max Krasner; 162 E. 64th Street; New York, NY 10065 ; 1ZA6T1630190223823 (MAN) | 25.71 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; Officer, Managing; Cahill Gordon & Reindel LLP; 32 Old Slip; New York, NY 10005 ; 1ZA6T1630199086331 (MAN) | 25.71 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 4
Kwok
50687-00002
Invoice No. 2342804

| | | |
|---|---|---:|
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; Officer, Managing; Troutman Pepper Hamilton Sanders LL; 3000 Two Logan Square; Philadelphia, PA 19103 ; 1ZA6T1630198168558 (MAN) | 25.71 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; William Je; c/o Corporate Creations Network Inc; 3411 Silverside Road; Wilmington, DE 19810 ; 1ZA6T1630199514921 (MAN) | 25.71 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; Leading Shine NY Limited; 800 5th Avenue, Suite 21 F; New York, NY 10065 ; 1ZA6T1630191881781 (MAN) | 28.69 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; Officer, Managing; Elliott Kwok Levine & Jaroslaw LLP; 1 Renaissance Square, #15G; White Plains, NY 10601 ; 1ZA6T1630193375244 (MAN) | 32.18 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; Officer, Managing; Troutman Pepper Hamilton Sanders LL; 600 Peachtree Street North East; Atlanta, GA 30308 ; 1ZA6T1630190998292 (MAN) | 38.92 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163382; 09/08/2022; OFFICER, MANAGING OR; ACA CAPITAL GROUP LIMITED; 3A MONTAGU ROW; LONDON, LO W 1U6 ; 1ZA6T1636796050260 (MAN) | 6.61 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; OFFICER, MANAGING; BERKELEY ROWE LIMITED; 5 MERCHANT SQUARE; LONDON, W 021 ; 1ZA6T1636795691310 (MAN) | 81.36 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

50687-00002

Invoice No. 2342804

Page 5

| | | |
|---|---|---|
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; OFFICER, MANAGING; ACA CAPITAL GROUP LIMITED; 3A MONTAGU ROW; LONDON, LO W 1U6 ; 1ZA6T1636796050260 (MAN) | 81.36 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; OFFICER, MANAGING; BERKELEY ROWE LIMITED; 20 NORTH AUDLEY STREET; LONDON, W 1K6 ; 1ZA6T1636797491505 (MAN) | 81.36 |
| 09/08/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163372; 09/08/2022; OFFICER, MANAGING; YACHTZOO SARL; 9 AVENUE D'OSTENDE; MONACO, 98000 ; 1ZA6T1636798711499 (MAN) | 87.97 |
| 09/08/2022 | Postage/Express Mail - International; | 3.85 |
| 09/08/2022 | Postage/Express Mail - First Class - US; | 309.05 |
| 09/08/2022 | Westlaw | 155.36 |
| 09/08/2022 | Computer Search (Other) | 35.73 |
| 09/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163382; 09/09/2022; CHUANG XIN LIMITED; CHUANG XIN LIMITED; NO.10,ALLEY12,LANE396,YONG'AN RD; TAOYUAN CITY, 33059 ; 1ZA6T1630496768443 (MAN) | 49.66 |
| 09/09/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163382; 09/09/2022; OFFICER, MANAGING OR; FORBES HARE; BLACKBURN HIGHWAY; TORTOLA, 18200 ; 1ZA6T1636791342007 (MAN) | 69.84 |
| 09/09/2022 | Westlaw | 145.12 |
| 09/09/2022 | Westlaw | 72.56 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2342804

Page 6

| | | |
|---|---|---:|
| 09/10/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163382; 09/10/2022; OFFICER, MANAGING OR; ACA CAPITAL GROUP LIMITED; 340 QUEEN'S RD C; SHEUNG WAN, 35500 ; 1ZA6T1636798309451 (MAN) | 75.55 |
| 09/11/2022 | Westlaw | 387.22 |
| 09/11/2022 | Westlaw | 694.33 |
| 09/11/2022 | Computer Search (Other) | 1.53 |
| 09/12/2022 | Copies of Documents - Metro Attorney Service Inc., Invoice# 36406 Dated 09/12/22, Outside Professional Services | 710.00 |
| 09/12/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163392; 09/12/2022; OFFICER, MANAGING OR; ACASS CANADA LTD; 13348 RUE BOIS-DES-TROTTIER; PIERREFONDS, QC H8Z3A3 ; 1ZA6T1636798467281 (MAN) | 6.61 |
| 09/12/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163382; 09/12/2022; OFFICER, MANAGING OR; ACASS CANADA LTD; 13348 RUE BOIS-DES-TROTTIER; PIERREFONDS, QC H8Z3A3 ; 1ZA6T1636798467281 (MAN) | 68.52 |
| 09/12/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163382; 09/12/2022; OFFICER, MANAGING OR; ACASS CANADA LTD.; 6700 COTE DE LIESSE; ST LAURENT, QC H4T2B5 ; 1ZA6T1636795594872 (MAN) | 68.52 |
| 09/12/2022 | Lexis/On Line Search | 20.01 |
| 09/12/2022 | Lexis/On Line Search | 20.21 |
| 09/12/2022 | Lexis/On Line Search | 23.85 |
| 09/12/2022 | Lexis/On Line Search | 40.38 |
| 09/12/2022 | Westlaw | 208.67 |
| 09/12/2022 | Westlaw | 646.07 |
| 09/13/2022 | Lexis/On Line Search | 20.01 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2342804

Page 7

| Date | Description | Amount |
|---|---|---|
| 09/13/2022 | Westlaw | 193.50 |
| 09/14/2022 | UPS/Courier Service - UPS, Invoice# 1602980875 Dated 09/14/22, Package to the NY office. | 121.90 |
| 09/14/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163382; 09/14/2022; NA; 162 E 64TH ST; NEW YORK, NY 10065 ; 1ZA6T1631294642218 (MAN) | 16.42 |
| 09/14/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163382; 09/14/2022; MAX KRASNER; 188 E 64TH ST; NEW YORK, NY 10065 ; 1ZA6T1630190223823 (MAN) | 18.00 |
| 09/14/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163382; 09/14/2022; LEADING SHINE NY LIMITED; 188 E 64TH ST; NEW YORK, NY 10065 ; 1ZA6T1630191881781 (MAN) | 18.00 |
| 09/14/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163382; 09/14/2022; Rule of Law Foundati; c/o The Corporation Trust Company; 1209 Orange Street; Wilmington, DE 19801 ; 1ZA6T1632996625854 (MAN) | 29.08 |
| 09/14/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163382; 09/14/2022; Lamp Capital LLC; c/o Corporate Creations Network, In; 3411 Silverside Road; Wilmington, DE 19810 ; 1ZA6T1632995838662 (MAN) | 29.08 |
| 09/14/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163382; 09/14/2022; Golden Spring (New Y; c/o CT Corporation System; 28 Liberty Street; New York, NY 10005 ; 1ZA6T1632993471561 (MAN) | 29.08 |
| 09/14/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163382; 09/14/2022; Saraca Media Group I; c/o Corporate Creations Network, In; 2411 Silverside Road; Wilmington, DE 19810 ; 1ZA6T1632998372847 (MAN) | 29.08 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                     Page 8
Kwok
50687-00002
Invoice No. 2342804

| | | |
|---|---|---:|
| 09/14/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163382; 09/14/2022; Greenwich Land, LLC; c/o Corporate Creations Network, In; 3411 Silverside Road; Wilmington, DE 19810 ; 1ZA6T1632990382172 (MAN) | 29.08 |
| 09/14/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163382; 09/14/2022; Max Krasner; 25 Summit Pl; Staten Island, NY 10312 ; 1ZA6T1630193077450 (MAN) | 32.18 |
| 09/14/2022 | Lexis/On Line Search | 20.01 |
| 09/14/2022 | Westlaw | 346.49 |
| 09/14/2022 | Westlaw | 48.37 |
| 09/15/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163392; 09/15/2022; NA; 2411 SILVERSIDE RD; WILMINGTON, DE 19810 ; 1ZA6T1631298372842 (MAN) | 16.42 |
| 09/15/2022 | Westlaw | 266.06 |
| 09/16/2022 | Outside Professional Services - Metro Attorney Service Inc., Invoice# 36463 Dated 09/16/22, Outside Professional Courier Services | 501.50 |
| 09/16/2022 | Lexis/On Line Search | 115.19 |
| 09/16/2022 | Westlaw | 24.19 |
| 09/18/2022 | Lexis/On Line Search | 20.01 |
| 09/19/2022 | Lexis/On Line Search | 23.85 |
| 09/19/2022 | Computer Search (Other) | 7.29 |
| 09/20/2022 | Westlaw | 186.52 |
| 09/20/2022 | Westlaw | 297.11 |
| 09/21/2022 | Lexis/On Line Search | 19.20 |
| 09/21/2022 | Westlaw | 190.68 |
| 09/21/2022 | Westlaw | 498.59 |
| 09/21/2022 | Westlaw | 80.44 |
| 09/21/2022 | Computer Search (Other) | 12.87 |
| 09/22/2022 | Lexis/On Line Search | 60.02 |
| 09/22/2022 | Westlaw | 168.18 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00002
Invoice No. 2342804

Page 9

| | | |
|---|---|---|
| 09/22/2022 | Westlaw | 32.06 |
| 09/22/2022 | Westlaw | 73.46 |
| 09/22/2022 | Computer Search (Other) | 2.70 |
| 09/23/2022 | Westlaw | 93.04 |
| 09/23/2022 | Computer Search (Other) | 13.41 |
| 09/26/2022 | Computer Search (Other) | 2.70 |
| 09/27/2022 | Local - Meals - Associate; 09/20/2022; Restaurant: Wolf and Lamb; City: New York; Dinner; Number of people: 1; Working late on Kwok matters | 37.48 |
| 09/27/2022 | Local - Taxi - Associate; 09/20/2022; From/To: office/home; Service Type: Uber; Time: 10:19; Working late on Kwok matters | 109.28 |
| 09/27/2022 | Computer Search (Other) | 102.87 |
| 09/28/2022 | Taxi/Ground Transportation - Skyline Credit Ride, Inc. (USD) (JPMSUA); Invoice # 5996074 dated 10/15/2022; Service Type: Car; From/To: M, 200 Park Avenue/ QU, 21-46 Crescent Street 11105, QU; Passenger paralegal; Ticket # 136948 dated 09/28/2022 00:09 | 57.80 |
| 09/28/2022 | CSC/LexisNexis Document Solutions - Requested by paralegal; Corporation Service Company (USD)(JPMSUA); Invoice # 86113267680 dated 2022-09-28; Miles Kwok Search CT Disbursement/cost | 20.00 |
| 09/28/2022 | CSC/LexisNexis Document Solutions - Requested by paralegal; Corporation Service Company (USD)(JPMSUA); Invoice # 86113267680 dated 2022-09-28; Miles Kwok Search NY Disbursement/cost | 20.00 |
| 09/28/2022 | CSC/LexisNexis Document Solutions - Requested by paralegal; Corporation Service Company (USD)(JPMSUA); Invoice # 86113267680 dated 2022-09-28; Miles Kwok Search CT Service Fee - Ucc Search State Level | 42.40 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 10
Kwok
50687-00002
Invoice No. 2342804

| | | |
|---|---|---|
| 09/28/2022 | CSC/LexisNexis Document Solutions - Requested by paralegal; Corporation Service Company (USD)(JPMSUA); Invoice # 86113267680 dated 2022-09-28; Miles Kwok Search NY Service Fee - Ucc Search State Level | 42.40 |
| 09/28/2022 | Lexis/On Line Search | 76.79 |
| 09/28/2022 | Westlaw | 24.19 |
| 09/28/2022 | Computer Search (Other) | 8.73 |
| 09/29/2022 | Search Fee - Companies Registry, Invoice# 09/29/2022cl Dated 09/29/22, company search fee on 22 September 2022; Hero Grand Limited, Sail Victory Limited, and Jumbo Century Limited; Requested by paralegal | 28.21 |
| 09/29/2022 | Search Fee - Companies Registry, Invoice# 09/29/2022cl Dated 09/29/22, company search fee on 29 September 2022; Eastern Profit Corporation Limited; Requested by paralegal | 9.87 |
| 09/29/2022 | Lexis/On Line Search | 38.40 |
| 09/30/2022 | Copies of Documents - Liz Elliott; 09/08/2022; Document retrieval for paralegal - Greenwich Land LLC.; Merchant: Tf greeenwich ct | 12.00 |
| 09/30/2022 | Copies of Documents - Liz Elliott; 09/08/2022; Document retrieval for paralegal - CT Town Clerk docs; Merchant: Tf Greeenwich CT | 16.00 |
| 09/30/2022 | Copies of Documents - Lexisnexis Risk Data Management, Invoice# 1012761-20220930 Dated 09/30/22, Accurint billing usage for 9/1/2022 - 9/30/2022 - Email Search Basic. | 3.98 |
| 09/30/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163412; 09/30/2022; Golden Spring (New York) Ltd.; c/o CT Corporation System; New York, NY 10005 ; 1ZA6T1630198066275 (MAN) | 21.78 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                    Page 11
Kwok
50687-00002
Invoice No. 2342804

| | | |
|---|---|---|
| 09/30/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163412; 09/30/2022; Greenwich Land LLC; c/o Corporate Creations Network Inc; Wilmington, DE 19810 ; 1ZA6T1630192086988 (MAN) | 21.78 |
| 09/30/2022 | Outside Professional Services - Metro Attorney Service Inc., Invoice# 36573 Dated 09/30/22, Metro invoice #36573 is for the attempted service of a subpoena. | 345.00 |
| 09/30/2022 | Outide Professional Service - Unitedlex Corp, Invoice# 077118 Dated 09/30/22, UnitedLex – DSAI September 2022 Charges | 1,287.40 |
| 09/30/2022 | Lexis/On Line Search | 120.04 |
| 09/30/2022 | Lexis/On Line Search | 171.36 |
| 09/30/2022 | Lexis/On Line Search | 20.01 |
| 09/30/2022 | Westlaw | 24.19 |
| 09/30/2022 | Westlaw Business - Courtlink Use - Charges for September, 2022 | 7.46 |
| **Total Costs incurred and advanced** | | **$13,848.85** |
| | **Current Fees and Costs** | **$13,848.85** |
| | **Total Balance Due - Due Upon Receipt** | **$13,848.85** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

December 30, 2022

Please Refer to
Invoice Number: 2342805

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Other Litigation**
PH LLP Client/Matter # 50687-00003
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2022 | $0.00 |
| Costs incurred and advanced | 4,193.39 |
| **Current Fees and Costs Due** | **$4,193.39** |
| **Total Balance Due – Due Upon Receipt** | **$4,193.39** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions**</u>:
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| <u>**Remittance Address**</u>: |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342805

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Other Litigation**
PH LLP Client/Matter # 50687-00003
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2022 | $0.00 |
| Costs incurred and advanced | 4,193.39 |
| **Current Fees and Costs Due** | **$4,193.39** |
| **Total Balance Due - Due Upon Receipt** | **$4,193.39** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342805

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## Other Litigation

**$0.00**

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 09/01/2022 | Lexis/On Line Search | | | 38.39 |
| 09/01/2022 | Westlaw | | | 349.19 |
| 09/02/2022 | Lexis/On Line Search | | | 57.59 |
| 09/02/2022 | Westlaw | | | 416.58 |
| 09/12/2022 | Westlaw | | | 414.78 |
| 09/13/2022 | Westlaw | | | 390.25 |
| 09/14/2022 | Westlaw | | | 735.73 |
| 09/15/2022 | Westlaw | | | 514.34 |
| 09/21/2022 | Westlaw | | | 155.36 |
| 09/27/2022 | Lexis/On Line Search | | | 38.40 |
| 09/27/2022 | Lexis/On Line Search | | | 40.01 |
| 09/27/2022 | Westlaw | | | 502.64 |
| 09/28/2022 | Westlaw | | | 79.87 |
| 09/29/2022 | Lexis/On Line Search | | | 60.02 |
| 09/29/2022 | Westlaw | | | 24.19 |
| 09/29/2022 | Westlaw | | | 96.74 |
| 09/29/2022 | Computer Search (Other) | | | 2.34 |
| 09/30/2022 | Westlaw | | | 276.97 |
| **Total Costs incurred and advanced** | | | | **$4,193.39** |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
50687-00003
Invoice No. 2342805

Page 2

| | |
|---|---|
| **Current Fees and Costs** | **$4,193.39** |
| **Total Balance Due - Due Upon Receipt** | **$4,193.39** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342806

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Foreign Law Issues**
PH LLP Client/Matter # 50687-00007
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2022 | $0.00 |
| Costs incurred and advanced | 78.65 |
| **Current Fees and Costs Due** | **$78.65** |
| **Total Balance Due – Due Upon Receipt** | **$78.65** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342806

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Foreign Law Issues**
PH LLP Client/Matter # 50687-00007
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2022

$0.00

Costs incurred and advanced

78.65

**Current Fees and Costs Due**

**$78.65**

**Total Balance Due - Due Upon Receipt**

**$78.65**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                         December 30, 2022
200 Park Avenue                                                                       Please Refer to
New York, NY 10166                                                                    Invoice Number: 2342806

Attn: Luc Despins                                                                     PH LLP Tax ID No. 95-2209675

## Foreign Law Issues                                                                                     $0.00

#### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 09/14/2022 | Search Fee - Land Registry, Invoice# 2004522624 Dated 09/14/22, HM Land Registry document download service | | | 27.76 |
| 09/16/2022 | Search Fee - Land Registry, Invoice# 2004531573 Dated 09/16/22, HM Land Registry document service | | | 50.89 |

| **Total Costs incurred and advanced** | | **$78.65** |
|---|---|---|
| **Current Fees and Costs** | | **$78.65** |
| **Total Balance Due - Due Upon Receipt** | | **$78.65** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho
Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342808

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Genever US**
PH LLP Client/Matter # 50687-00010
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending September 30, 2022 | $0.00 |
| Costs incurred and advanced | 186.50 |
| **Current Fees and Costs Due** | **$186.50** |
| **Total Balance Due - Due Upon Receipt** | **$186.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
 Citibank
 ABA # 322271724
 SWIFT Address:  CITIUS33
 787 W. 5th Street
 Los Angeles, CA  90071
 Account Number: 206628380
 Account Name: Paul Hastings LLP

**Remittance Address:**
 Paul Hastings LLP
 Lockbox 4803
 PO Box 894803
 Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342808

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**<u>Genever US</u>**
PH LLP Client/Matter # 50687-00010
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2022 | $0.00 |
| Costs incurred and advanced | 186.50 |
| **Current Fees and Costs Due** | **$186.50** |
| **Total Balance Due - Due Upon Receipt** | **$186.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*__TO PROTECT AGAINST FRAUD__, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**<u>Wiring and ACH Instructions</u>:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **<u>Remittance Address</u>:** |
|---|
| Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342808

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## Genever US $0.00

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 09/23/2022 | Westlaw | | | 48.38 |
| 09/23/2022 | Computer Search (Other) | | | 3.24 |
| 09/24/2022 | Westlaw | | | 48.37 |
| 09/24/2022 | Computer Search (Other) | | | 13.77 |
| 09/25/2022 | Westlaw | | | 72.56 |
| 09/25/2022 | Computer Search (Other) | | | 0.18 |
| **Total Costs incurred and advanced** | | | | **$186.50** |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$186.50** |
| **Total Balance Due - Due Upon Receipt** | | **$186.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan December 30, 2022
Kwok
200 Park Avenue                                   Please Refer to
New York, NY 10166                                Invoice Number: 2342809

Attn: Luc Despins                                 PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### General Chapter 11 Trustee Representation

PH LLP Client/Matter # 50687-00001
Luc A. Despins

Legal fees for professional services
for the period ending October 31, 2022                              $0.00

Costs incurred and advanced                                       4,348.46

**Current Fees and Costs Due**                                  **$4,348.46**

**Total Balance Due – Due Upon Receipt**                        **$4,348.46**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **Remittance Address:** |
| :-- |
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan   December 30, 2022
Kwok
200 Park Avenue                                    Please Refer to
New York, NY 10166                                 Invoice Number: 2342809

Attn: Luc Despins                                  PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### General Chapter 11 Trustee Representation
PH LLP Client/Matter # 50687-00001
Luc A. Despins

Legal fees for professional services
for the period ending October 31, 2022                              $0.00

| | |
|---|---:|
| Costs incurred and advanced | 4,348.46 |
| **Current Fees and Costs Due** | **$4,348.46** |
| **Total Balance Due – Due Upon Receipt** | **$4,348.46** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan   December 30, 2022
Kwok
200 Park Avenue                              Please Refer to
New York, NY 10166                           Invoice Number: 2342809

Attn: Luc Despins                            PH LLP Tax ID No. 95-2209675

## General Chapter 11 Trustee Representation                    **$0.00**

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 10/21/2022 | Photocopy Charges | 301.00 | 0.08 | 24.08 |
| 10/21/2022 | Photocopy Charges (Color) | 185.00 | 0.20 | 37.00 |
| 10/24/2022 | Photocopy Charges | 301.00 | 0.08 | 24.08 |
| 10/24/2022 | Photocopy Charges (Color) | 185.00 | 0.20 | 37.00 |
| 10/01/2022 | Electronic Document Retrieval - TransUnion Risk and Alternative Data Solutions, Inc., Invoice# 1047352-202209-1 Dated 10/01/22, TLO Charges for 9/1- 9/30/2022 - Person Search - Property Deed Search Advanced | | | 45.00 |
| 10/01/2022 | Computer Search (Other) | | | 0.90 |
| 10/02/2022 | Computer Search (Other) | | | 11.43 |
| 10/03/2022 | Computer Search (Other) | | | 10.08 |
| 10/04/2022 | Computer Search (Other) | | | 30.42 |
| 10/05/2022 | Local - Taxi - Luc Despins; 09/27/2022; From/To: Home/Court; Service Type: Uber; Time: 12:51; Uber receipt for L. Despins from home to Bridgeport Bankruptcy Court | | | 71.05 |
| 10/05/2022 | Computer Search (Other) | | | 17.19 |
| 10/06/2022 | Westlaw | | | 26.34 |
| 10/06/2022 | Computer Search (Other) | | | 24.30 |
| 10/07/2022 | Westlaw | | | 526.90 |
| 10/07/2022 | Computer Search (Other) | | | 29.52 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan                         Page 2
Kwok
50687-00001
Invoice No. 2342809

| | | |
|---|---|---:|
| 10/08/2022 | Westlaw | 79.03 |
| 10/10/2022 | Computer Search (Other) | 4.41 |
| 10/11/2022 | Computer Search (Other) | 25.20 |
| 10/12/2022 | Taxi/Ground Transportation - Skyline Credit Ride, Inc. (USD) (JPMSUA); Invoice # 6001755 dated 10/31/2022; Service Type: Car; From/To: Office/Home; Passenger paralegal; Ticket # 151720 dated 10/12/2022 23:35 | 69.17 |
| 10/12/2022 | Westlaw | 26.34 |
| 10/12/2022 | Computer Search (Other) | 24.48 |
| 10/13/2022 | Westlaw | 26.34 |
| 10/13/2022 | Computer Search (Other) | 17.46 |
| 10/14/2022 | Westlaw | 61.27 |
| 10/14/2022 | Computer Search (Other) | 14.04 |
| 10/16/2022 | Westlaw | 952.35 |
| 10/16/2022 | Computer Search (Other) | 2.61 |
| 10/17/2022 | Computer Search (Other) | 188.37 |
| 10/18/2022 | Computer Search (Other) | 43.65 |
| 10/19/2022 | Westlaw | 263.45 |
| 10/19/2022 | Computer Search (Other) | 16.11 |
| 10/20/2022 | Outside Professional Services - Divergent Language Solutions, LLC, Invoice# 2022-723 Dated 10/20/22, English to Chinese (Simplified) translation for a transcript | 235.00 |
| 10/20/2022 | Computer Search (Other) | 6.30 |
| 10/21/2022 | Lexis/On Line Search | 22.12 |
| 10/21/2022 | Lexis/On Line Search | 46.10 |
| 10/21/2022 | Computer Search (Other) | 35.37 |
| 10/24/2022 | Outside Professional Services - Divergent Language Solutions, LLC, Invoice# 2022-742 Dated 10/24/22, English to Chinese (Simplified) translation of declaration | 25.00 |
| 10/24/2022 | Computer Search (Other) | 3.78 |

Luc Despins as Chapter 11 Trustee in thecase of Ho Wan
Kwok
50687-00001
Invoice No. 2342809

Page 3

| | | |
|---|---|---:|
| 10/25/2022 | Vendor Expense - 10/10/2022; Fees related to corporate registration of Genever BVI; Registration fee | 285.00 |
| 10/25/2022 | Vendor Expense - 10/10/2022; Fees related to corporate registration of Genever BVI; Registration fee | 583.33 |
| 10/25/2022 | Computer Search (Other) | 6.39 |
| 10/26/2022 | Computer Search (Other) | 4.14 |
| 10/27/2022 | Computer Search (Other) | 12.15 |
| 10/28/2022 | Computer Search (Other) | 5.67 |
| 10/31/2022 | Retrieval of Corporate Documents - Paralegal; 10/10/2022; Invoice for ordering corporate charters; Merchant: Corp2000 | 348.00 |
| 10/31/2022 | Computer Search (Other) | 0.54 |
| **Total Costs incurred and advanced** | | **$4,348.46** |
| | **Current Fees and Costs** | **$4,348.46** |
| | **Total Balance Due - Due Upon Receipt** | **$4,348.46** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342810

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2022 | $0.00 |
| Costs incurred and advanced | 5,666.57 |
| **Current Fees and Costs Due** | **$5,666.57** |
| **Total Balance Due - Due Upon Receipt** | **$5,666.57** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions:**</u>
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

┌─────────────────────────────┐
│ <u>**Remittance Address:**</u>    │
│   Paul Hastings LLP         │
│   Lockbox 4803              │
│   PO Box 894803             │
│   Los Angeles, CA  90189-4803 │
└─────────────────────────────┘

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342810

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2022 | $0.00 |
| Costs incurred and advanced | 5,666.57 |
| **Current Fees and Costs Due** | **$5,666.57** |
| **Total Balance Due - Due Upon Receipt** | **$5,666.57** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342810

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## Asset Recovery Investigation and Litigation $0.00

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 10/17/2022 | Photocopy Charges | 63.00 | 0.08 | 5.04 |
| 10/02/2022 | Lexis/On Line Search | | | 49.36 |
| 10/02/2022 | Westlaw | | | 52.72 |
| 10/02/2022 | Computer Search (Other) | | | 0.54 |
| 10/03/2022 | Local - Meals - Associate; 09/21/2022; Restaurant: Holy Schnitzel; City: New York; Dinner; Number of people: 1; Working late on Kwok matters | | | 25.12 |
| 10/03/2022 | Local - Meals - Associate; 09/22/2022; Restaurant: Holy Schnitzel; City: New York; Dinner; Number of people: 1; Working meal while working on Kwok matters | | | 41.28 |
| 10/03/2022 | Local - Taxi - Associate; 09/21/2022; From/To: Office/Home ; Service Type: Lyft; Time: 21:38; Working late on Kwok matters | | | 81.73 |
| 10/03/2022 | Local - Taxi - Associate; 09/22/2022; From/To: Office/Home; Service Type: Uber; Time: 08:44; Uber home after working on Kwok matters | | | 90.58 |
| 10/03/2022 | Lexis/On Line Search | | | 13.97 |
| 10/03/2022 | Lexis/On Line Search | | | 413.48 |
| 10/03/2022 | Computer Search (Other) | | | 15.57 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 2

50687-00002

Invoice No. 2342810

| | | |
|---|---|---|
| 10/05/2022 | Local - Meals - Associate; 09/29/2022; Restaurant: Pita Grill Kosher; City: Midtown; Dinner; Number of people: 1; receipt for dinner after working late on Kwok matters | 37.41 |
| 10/05/2022 | Local - Taxi - Associate; 09/29/2022; From/To: office/home; Service Type: Uber; Time: 08:37:00; receipt for Uber home after working late on Kwok matters | 97.46 |
| 10/05/2022 | Westlaw | 268.96 |
| 10/06/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163412; 10/06/2022; Greenwich Land, LLC; c/o Corporate Creations Network, In; 3411 Silverside Road; Wilmington, DE 198104812 ; 1ZA6T1632990381182 (MAN) | 28.56 |
| 10/06/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163412; 10/06/2022; Bernardo Enriquez; Lamp Capital LLC; 667 Madison Avenue; New York, NY 100658041 ; 1ZA6T1632495659034 (MAN) | 28.84 |
| 10/06/2022 | Lexis/On Line Search | 115.95 |
| 10/06/2022 | Lexis/On Line Search | 23.05 |
| 10/06/2022 | Westlaw | 140.30 |
| 10/06/2022 | Westlaw | 266.51 |
| 10/06/2022 | Westlaw | 43.01 |
| 10/07/2022 | Westlaw | 26.34 |
| 10/08/2022 | Westlaw | 258.92 |
| 10/09/2022 | Lexis/On Line Search | 46.10 |
| 10/10/2022 | Westlaw | 113.96 |
| 10/10/2022 | Westlaw | 157.58 |
| 10/11/2022 | Lexis/On Line Search | 69.15 |
| 10/12/2022 | Outside Professional Services - Metro Attorney Service Inc., Invoice# 36673 Dated 10/12/22, Professional services rendered regarding successful service of a subpoena | 204.20 |
| 10/12/2022 | Lexis/On Line Search | 176.95 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok                                    Page 3
Kwok
50687-00002
Invoice No. 2342810

| | | |
|---|---|---:|
| 10/12/2022 | Lexis/On Line Search | 23.05 |
| 10/12/2022 | Lexis/On Line Search | 69.15 |
| 10/12/2022 | Westlaw | 26.34 |
| 10/12/2022 | Westlaw | 26.34 |
| 10/12/2022 | Computer Search (Other) | 6.30 |
| 10/13/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163422; 10/13/2022; Bernardo Enriquez; Lamp Capital LLC; 667 Madison Avenue; New York, NY 10065; 1ZA6T1631295659039 (MAN) | 16.25 |
| 10/13/2022 | Lexis/On Line Search | 23.05 |
| 10/13/2022 | Lexis/On Line Search | 23.05 |
| 10/13/2022 | Lexis/On Line Search | 23.28 |
| 10/13/2022 | Westlaw | 26.34 |
| 10/13/2022 | Westlaw | 26.34 |
| 10/13/2022 | Westlaw | 454.60 |
| 10/14/2022 | Westlaw | 45.09 |
| 10/15/2022 | Lexis/On Line Search | 463.79 |
| 10/16/2022 | Computer Search (Other) | 8.46 |
| 10/17/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163432; 10/17/2022; Golden Spring (New Y; c/o CT Corporation System; 28 Liberty Street; New York, NY 100051400 ; 1ZA6T1630191085829 (MAN) | 22.00 |
| 10/17/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163432; 10/17/2022; OFFICER, MANAGING OR; ACA CAPITAL GROUP LIMITED; 3A MONTAGU ROW; LONDON, LO W 1U6 ; 1ZA6T1635495255691 (MAN) | 52.09 |
| 10/17/2022 | Postage/Express Mail - International; | 4.91 |
| 10/17/2022 | Computer Search (Other) | 3.06 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 4

50687-00002
Invoice No. 2342810

| | | |
|---|---|---:|
| 10/18/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163432; 10/18/2022; OFFICER, MANAGING OR; ACA CAPITAL GROUP LIMITED; 340 QUEEN'S RD C; SHEUNG WAN, 35500 ; 1ZA6T1635496551707 (MAN) | 49.75 |
| 10/18/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163432; 10/18/2022; PRIYA NARANG; PAUL HASTINGS LLP; 100 BISHOPSGATE; LONDON, EC2N4 ; 1ZA6T1636693466266 (MAN) | 58.62 |
| 10/18/2022 | Westlaw | 390.64 |
| 10/19/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163432; 10/19/2022; Lamp Capital LLC; c/o Corporate Creations Network Inc; 3411 Silverside Road; Wilmington, DE 198104812 ; 1ZA6T1632494874151 (MAN) | 29.07 |
| 10/19/2022 | Westlaw | 56.24 |
| 10/19/2022 | Computer Search (Other) | 4.77 |
| 10/21/2022 | Westlaw | 52.69 |
| 10/21/2022 | Computer Search (Other) | 9.18 |
| 10/22/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163432; 10/22/2022; OFFICER, MANAGING OR; ACA CAPITAL GROUP LIMITED; 340 QUEEN'S RD C; SHEUNG WAN, 35500 ; 1ZA6T1635496551707 (MAN) | 48.80 |
| 10/22/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163432; 10/22/2022; OFFICER, MANAGING OR; ACA CAPITAL GROUP LIMITED; 3A MONTAGU ROW; LONDON, LO W 1U6 ; 1ZA6T1635495255691 (MAN) | 48.80 |
| 10/24/2022 | Computer Search (Other) | 23.40 |
| 10/25/2022 | Computer Search (Other) | 0.72 |
| 10/26/2022 | Westlaw | 26.34 |
| 10/26/2022 | Westlaw | 361.97 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2342810

Page 5

| | | |
|---|---|---|
| 10/27/2022 | Lexis/On Line Search | 123.40 |
| 10/31/2022 | Vendor Expense - 10/15/2022; verifications from the DE secretary of state's website for information on Debtor-Ho Wan Kwok's entities; Merchant: Delaware Corp & Tax Web Location: 302-739-3073, DE 19901-0000 , Statement Date: 10/31/2022, Post Date: 10/17/2022; Service Charge | 10.00 |
| 10/31/2022 | Vendor Expense - 10/15/2022; verifications from the DE secretary of state's website for information on Debtor-Ho Wan Kwok's entities; Merchant: Delaware Corp & Tax Web Location: 302-739-3073, DE 19901-0000 , Statement Date: 10/31/2022, Post Date: 10/17/2022; Service Charge | 20.00 |
| 10/31/2022 | Vendor Expense - 10/15/2022; verifications from the DE secretary of state's website for information on Debtor-Ho Wan Kwok's entities; Merchant: Delaware Corp & Tax Web Location: 302-739-3073, DE 19901-0000 , Statement Date: 10/31/2022, Post Date: 10/17/2022; Service Charge | 20.00 |
| 10/31/2022 | Vendor Expense - 10/15/2022; verifications from the DE secretary of state's website for information on Debtor-Ho Wan Kwok's entities; Merchant: Delaware Corp & Tax Web Location: 302-739-3073, DE 19901-0000 , Statement Date: 10/31/2022, Post Date: 10/17/2022; Service Charge | 20.00 |
| 10/31/2022 | Vendor Expense - 10/15/2022; verifications from the DE secretary of state's website for information on Debtor-Ho Wan Kwok's entities; Merchant: Delaware Corp & Tax Web Location: 302-739-3073, DE 19901-0000 , Statement Date: 10/31/2022, Post Date: 10/17/2022; Service Charge | 20.00 |
| 10/31/2022 | Vendor Expense - 10/15/2022; verifications from the DE secretary of state's website for information on Debtor-Ho Wan Kwok's entities; Merchant: Delaware Corp & Tax Web Location: 302-739-3073, DE 19901-0000 , Statement Date: 10/31/2022, Post Date: 10/17/2022; Service Charge | 20.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2342810

Page 6

| | | |
|---|---|---|
| 10/31/2022 | Vendor Expense - 10/15/2022; verifications from the DE secretary of state's website for information on Debtor-Ho Wan Kwok's entities; Merchant: Delaware Corp & Tax Web Location: 302-739-3073, DE 19901-0000 , Statement Date: 10/31/2022, Post Date: 10/17/2022; Service Charge | 20.00 |
| 10/31/2022 | Westlaw Business - Courtlink Use - Charges for October 2022 | 16.05 |
| **Total Costs incurred and advanced** | | **$5,666.57** |
| | **Current Fees and Costs** | **$5,666.57** |
| | **Total Balance Due - Due Upon Receipt** | **$5,666.57** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho
Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

December 30, 2022

Please Refer to
Invoice Number: 2342811

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Other Litigation**
PH LLP Client/Matter # 50687-00003
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2022 | $0.00 |
| Costs incurred and advanced | 940.21 |
| **Current Fees and Costs Due** | **$940.21** |
| **Total Balance Due - Due Upon Receipt** | **$940.21** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
 Citibank
 ABA # 322271724
 SWIFT Address:  CITIUS33
 787 W. 5th Street
 Los Angeles, CA  90071
 Account Number: 206628380
 Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342811

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Other Litigation**
PH LLP Client/Matter # 50687-00003
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2022 | $0.00 |
| Costs incurred and advanced | 940.21 |
| **Current Fees and Costs Due** | **$940.21** |
| **Total Balance Due - Due Upon Receipt** | **$940.21** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
 Citibank
 ABA # 322271724
 SWIFT Address:  CITIUS33
 787 W. 5th Street
 Los Angeles, CA  90071
 Account Number: 206628380
 Account Name: Paul Hastings LLP

┌─────────────────────────────────┐
 **Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803
└─────────────────────────────────┘

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | December 30, 2022 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2342811 |
| | |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

## Other Litigation $0.00

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 10/03/2022 | Local - Taxi - Associate; 09/28/2022; From/To: Office/Home ; Service Type: Uber; Time: 21:52; working late on Kwok matters | | | 135.95 |
| 10/04/2022 | Westlaw | | | 328.03 |
| 10/09/2022 | Lexis/On Line Search | | | 22.12 |
| 10/13/2022 | Westlaw | | | 166.03 |
| 10/14/2022 | Westlaw | | | 201.08 |
| 10/15/2022 | Westlaw | | | 52.69 |
| 10/19/2022 | Westlaw | | | 34.31 |
| **Total Costs incurred and advanced** | | | | **$940.21** |

| | |
|---|---|
| **Current Fees and Costs** | **$940.21** |
| **Total Balance Due - Due Upon Receipt** | **$940.21** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342812

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Foreign Law Issues**
PH LLP Client/Matter # 50687-00007
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2022 | $0.00 |
| Costs incurred and advanced | 19.07 |
| **Current Fees and Costs Due** | **$19.07** |
| **Total Balance Due - Due Upon Receipt** | **$19.07** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
 Citibank
 ABA # 322271724
 SWIFT Address:  CITIUS33
 787 W. 5th Street
 Los Angeles, CA  90071
 Account Number: 206628380
 Account Name: Paul Hastings LLP

**Remittance Address:**
 Paul Hastings LLP
 Lockbox 4803
 PO Box 894803
 Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342812

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Foreign Law Issues**
PH LLP Client/Matter # 50687-00007
Luc A. Despins

Legal fees for professional services
for the period ending October 31, 2022                                    $0.00

Costs incurred and advanced                                19.07

**Current Fees and Costs Due**                    **$19.07**

**Total Balance Due - Due Upon Receipt**          **$19.07**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **Remittance Address:** |
| --- |
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342812

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### Foreign Law Issues                                                                 $0.00

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 10/07/2022 | Search Fee - Land Registry, Invoice# 2004597154 Dated 10/07/22, HM Land Registry document download service | | | 19.07 |

| | | |
|---|---|---|
| **Total Costs incurred and advanced** | | **$19.07** |
| **Current Fees and Costs** | | **$19.07** |
| **Total Balance Due - Due Upon Receipt** | | **$19.07** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342813

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Genever US**
PH LLP Client/Matter # 50687-00010
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2022 | $0.00 |
| Costs incurred and advanced | 210.76 |
| **Current Fees and Costs Due** | **$210.76** |
| **Total Balance Due - Due Upon Receipt** | **$210.76** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342813

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Genever US**
PH LLP Client/Matter # 50687-00010
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2022 | $0.00 |
| Costs incurred and advanced | 210.76 |
| **Current Fees and Costs Due** | **$210.76** |
| **Total Balance Due - Due Upon Receipt** | **$210.76** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions:**</u>
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

<u>**Remittance Address:**</u>
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

December 30, 2022

Please Refer to
Invoice Number: 2342813

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

### Genever US                                                                $0.00

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 10/17/2022 | Westlaw | | | 52.69 |
| 10/25/2022 | Westlaw | | | 158.07 |
| **Total Costs incurred and advanced** | | | | **$210.76** |

| | | | |
|---|---|---|---|
| **Current Fees and Costs** | | | **$210.76** |
| **Total Balance Due - Due Upon Receipt** | | | **$210.76** |

**<u>EXHIBIT C</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------------x
                                                    :
In re:                                              :  Chapter 11
                                                    :
HO WAN KWOK, et al.,                                :  Case No. 22-50073 (JAM)
                                                    :
            Debtors.¹                               :  Jointly Administered
                                                    :
-------------------------------------------------------------x
```

**ORDER APPROVING INTERIM APPLICATION OF CHAPTER 11 TRUSTEE AND**
**HIS COUNSEL, PAUL HASTINGS LLP, FOR REIMBURSEMENT OF EXPENSES**

Pursuant to 11 U.S.C. §§ 328, 330 and 331, Luc A. Despins, as the Chapter 11

Trustee in the above-captioned chapter 11 cases, and his counsel Paul Hastings LLP (together,

the "Applicant") filed the *First Interim Application of Chapter 11 Trustee and his Counsel, Paul*

*Hastings LLP, for Reimbursement of Expenses for the Period from July 8, 2022 through October*

*31, 2022* on February 24, 2023 (the "Application").  After notice and a hearing, and no objection

to the Application having been filed by the Office of the United States Trustee, and in the

absence of any other objection to the Application; it is hereby

1.       ORDERED that the Application is granted and reimbursement of expenses in the

amount of $63,631.75 is awarded to the Applicant subject to final adjustment and disgorgement

in the event all administrative expenses are not paid in full; and it is further

2.       ORDERED that, for the avoidance of doubt, nothing here modifies the Retention

Order; and it is further

---

¹       The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The
mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul
Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho
Wan Kwok (solely for purposes of notices and communications).

3.      ORDERED that the estate of the Individual Debtor is directed to pay Paul Hastings' expenses in the amount of $63,631.75 within fourteen days of the date of this Order; and it is further

4.      ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

5.      ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on March 1, 2023 the foregoing Application was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing.  Parties may access this filing through the Court's system.

Dated: March 1, 2023                    LUC A. DESPINS,
       New Haven, Connecticut          CHAPTER 11 TRUSTEE


                    By:    /s/Douglas S. Skalka
                       Douglas S. Skalka (ct00616)
                       NEUBERT, PEPE & MONTEITH, P.C.