# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
March 3, 2023

In re:
  Ho Wan Kwok

  Genever Holdings Corporation
  Debtor*

Case Number: 22–50073
Chapter: 11

# NOTICE OF HEARING

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **March 7, 2023** at **01:30 PM** to consider and act upon the following matter(s):

> **Objection and Cross Motion to Compel Filed by Patrick R. Linsey on behalf of Luc A. Despins Chapter 11 Trustee, (Re: Doc #1487)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non–evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above–mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above–referenced matter and may enter an order granting that relief.

Dated: March 3, 2023

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – rms