# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
March 3, 2023

In re:
Ho Wan Kwok

Genever Holdings Corporation
Debtor*

Case Number: 22–50073
Chapter: 11

### ORDER SCHEDULING STATUS CONFERENCE

**ORDERED:** A Status Conference will be held on **March 7, 2023 at 01:30 PM** at 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604, to consider and act upon the following matter(s):

Supplemental Objection of Chapter 11 Trustee to HK International Funds Investments (USA) Limited, LLCs Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLCs Motion for Order Establishing Repair Reserve for The Lady May Filed by Patrick R. Linsey on behalf of Luc A. Despins Chapter 11 Trustee. (Re: Doc #1490) ; and it is further

**ORDERED:** Counsel for the parties to the matter(s) listed herein, or the parties if not represented by counsel, shall appear before this Court at the Status Conference .

Dated: March 3, 2023

BY THE COURT

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov

*For the purposes of this order, "Debtor" means "Debtors" where applicable.