# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 3/3/2023 |
| Case: 22–50073 | Form ID: 138 | Total: 123 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| 20 | Pacific Alliance Asia Opportunity Fund L.P. |
| cr | Zheng Wu |
| 20 | Rui Ma |
| 20 | Weican Meng |
| intp | Golden Spring (New York) LTD |
| crcm | Official Committee of Unsecured Creditors |
| intp | HK International Funds Investments (USA) Limited, LLC |
| intp | Mei Guo |
| cr | Baosheng Guo |
| cr | Yan Zhao |
| cr | Ning Ye |
| cr | Chong Shen Raphanella |
| cr | Xiaodan Wang |
| cr | Rong Zhang |
| aty | Michael S. Weinstein |
| aty | Cohn Birnbaum & Shea, P.C. |
| cr | Troy Law, PLLC |
| intp | Hing Chi Ngok |
| intp | BakerHostetler |
| intp | Greenwich Land, LLC |
| intp | Jiaming Liu |

TOTAL: 21

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr11 | Luc A. Despins | lucdespins@paulhastings.com |
| aty | Aaron Romney | aromney@zeislaw.com |
| aty | Aaron A Mitchell | aaron@lmesq.com |
| aty | Andrew V. Layden | alayden@bakerlaw.com |
| aty | Annecca H. Smith | asmith@rc.com |
| aty | Anthony Sodono, III | asodono@msbnj.com |
| aty | Avram Emmanuel Luft | aviluft@paulhastings.com |
| aty | Bonnie C. Mangan | bonnie.mangan@manganlaw.com |
| aty | Carollynn H.G. Callari | ccallari@callaripartners.com |
| aty | Christopher H. Blau | cblau@zeislaw.com |
| aty | Daniel D. Barnes | dbarnes@csglaw.com |
| aty | Danielle L. Merola | dmerola@bakerlaw.com |
| aty | David M.S. Shaiken | david@shipmanlawct.com |
| aty | David S. Forsh | dforsh@callaripartners.com |
| aty | David V. Harbach, II | dharbach@omm.com |
| aty | Douglas S. Skalka | dskalka@npmlaw.com |
| aty | Douglass E. Barron | douglassbarron@paulhastings.com |
| aty | Eric A. Henzy | ehenzy@zeislaw.com |
| aty | Evan S. Goldstein | egoldstein@uks.com |
| aty | Francis J. Lawall | francis.lawall@troutman.com |
| aty | G. Alexander Bongartz | alexbongartz@paulhastings.com |
| aty | Irve J. Goldman | igoldman@pullcom.com |
| aty | James C. Graham | jgraham@npmlaw.com |
| aty | James J. Healy | jhealy@cmdhlaw.com |
| aty | James M. Moriarty | jmoriarty@zeislaw.com |
| aty | Jay Marshall Wolman | jmw@randazza.com |
| aty | Jeffrey M. Sklarz | jsklarz@gs–lawfirm.com |
| aty | John Troy | johntroy@troypllc.com |
| aty | John L. Cesaroni | jcesaroni@zeislaw.com |
| aty | Jonathan Kaplan | jkaplan@pullcom.com |
| aty | Julie A Lavoie | jlavoie@murthalaw.com |
| aty | Kellianne Baranowsky | kbaranowsky@gs–lawfirm.com |
| aty | Kristin B. Mayhew | kmayhew@pullcom.com |
| aty | Laura Aronsson | laronsson@omm.com |
| aty | Lawrence S. Grossman | LGrossman@gs–lawfirm.com |
| aty | Lee Vartan | lvartan@csglaw.com |
| aty | Luc A. Despins | lucdespins@paulhastings.com |
| aty | Lucas Bennett Rocklin | lrocklin@npmlaw.com |
| aty | Marc Gottridge | marc.gottridge@hsf.com |
| aty | Marcy J. McLaughlin Smith | marcy.smith@troutman.com |
| aty | Melissa F. Wernick | mwernick@csglaw.com |
| aty | Mia N. Gonzalez | mgonzalez@omm.com |
| aty | Michael S. Weinstein | mweinstein@golenbock.com |
| aty | Nicholas A. Bassett | nicholasbassett@paulhastings.com |

| | | |
|---|---|---|
| aty | Patricia B. Bergamasco | Pbergamasco@csglaw.com |
| aty | Patrick M. Birney | pbirney@rc.com |
| aty | Patrick N. Petrocelli | ppetrocelli@stroock.com |
| aty | Patrick R. Linsey | plinsey@npmlaw.com |
| aty | Peter Friedman | pfriedman@omm.com |
| aty | Peter J. Zarella | pzarella@mdmc−law.com |
| aty | Richard N Freeth | rfreeth@freethfirm.com |
| aty | Sam Della Fera, Jr. | sdellafera@csglaw.com |
| aty | Samuel Bryant Davidoff | sdavidoff@wc.com |
| aty | Sara Pahlavan | spahlavan@omm.com |
| aty | Sari B. Placona | splacona@msbnj.com |
| aty | Sari Blair Placona | splacona@msbnj.com |
| aty | Scott D. Rosen | srosen@cb−shea.com |
| aty | Scott M. Charmoy | scottcharmoy@charmoy.com |
| aty | Sherry J. Millman | smillman@stroock.com |
| aty | Stephen G. Walko | swalko@ibolaw.com |
| aty | Stephen M. Kindseth | skindseth@zeislaw.com |
| aty | Stuart M. Sarnoff | ssarnoff@omm.com |
| aty | Taruna Garg | tgarg@murthalaw.com |
| aty | Thomas J. Sansone | tsansone@carmodylaw.com |
| aty | Tiffany Troy | troylegalpllc@gmail.com |
| aty | Tristan G. Axelrod | taxelrod@brownrudnick.com |
| aty | William R. Baldiga | wbaldiga@brownrudnick.com |

TOTAL: 67

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Ho Wan Kwok | 373 Taconic Road    Greenwich, CT 06831 |
| cr | Logan Cheng | c/o Randazza Legal Group, PLLC    100 Pearl Street    14th Floor    Hartford, CT 06103 |
| ca | Stretto | 410 Exchange, Suite 100    Irvine, CA 92602 |
| dbaty | Brown Rudnick LLP | One Financial Center    Boston, MA 02111 |
| crcm | Pullman & Comley, LLC | 850 Main Street    Bridgeport, CT 06601 |
| 20 | Huizhen Wang | c/o TroyGould PC    1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067−2367 |
| cr | Chao−Chih Chiu | c/o TroyGould PC    1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067−2367 |
| cr | Yunxia Wu | c/o TroyGould PC    1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067 |
| cr | Keyi Zilkie | c/o TroyGould PC    1801 Century Park East, 16th Floor    Attn: Christopher A. Lilly    Los Angeles, CA 90067 |
| intp | Yongbing Zhang | 223 West Jackson Bl;vd. #1012    Chicago, IL 60606 |
| cr | Brown Rudnick LLP | One Financial Center    Boston, MA 02111 |
| cr | Verdolino & Lowey, P.C. | 124 Washington Street    Foxborough, MA 02035 |
| op | Dundon Advisers LLC | 10 Bank Street, Suite 1100    White Plains, NY 10606 |
| cns | Gregory A. Coleman | Coleman Worldwide Advisors, LLC    P O Box 2839    New York, NY 10008−2839 |
| intp | Williams & Connolly LLP | Williams & Connolly LLP    680 Maine Ave SW    Washington, DC 20024 |
| intp | Troy Law, PLLC | 41−25 Kissena Blvd., Suite 103    Flushing, NY 11355 |
| db | Genever Holdings Corporation | P.O. Box 3170    Road Town Tortola BRITISH VIRGIN ISLANDS |
| intp | Genever Holdings LLC | 781 Fifth Avenue    Apt. 1801    New York, NY 10022−5520 |
| db | Genever Holdings LLC | 781 Fifth Avenue    Apt. 1801    New York, NY 10022−5520 |
| cr | The Sherry−Netherland, Inc. | 781 Fifth Avenue    New York, NY 10022−1046 |
| intp | Lexington Property and Staffing, Inc. | 750 Lexington Avenue    8th Floot    New York, NY 10022 |
| intp | HCHK Property Management, Inc. | 500 West Putnam Avenue    Suite 400, #171    Greenwich, CT 06830 |
| intp | HCHK Technologies, Inc. | 3 Columbus Circle    20th Floor    New York, NY 10019 |
| intp | Bravo Luck Limited | P.O. Box 957    Offshore Incorporations Centre    Road Town    Tortola    BRITISH VIRGIN ISLANDS |
| intp | Ivey, Barnum & O'Mara LLC | Ivey, Barnum & O'Mara LLC    170 Mason Street    Greenwich, CT 06830 UNITED STATES |
| ca | Epiq Corporate Restructuring, LLC | 777 Third Avenue    12th Floor    New York, NY 10017 |
| dbaty | Paul Hastings LLP | 200 Park Avenue    New York, NY 10166 |
| intp | UBS AG | 600 Washington Boulevard    Stanford, CT 06901 UNITED STATES |
| dbaty | Lawall & Mitchell, LLC | 55 Madison Avenue    Suite 400    Morristown, NJ 07960 |
| aty | Charmoy & Charmoy, LLC | Scott M. Charmoy, Esq.    1465 Post Road East,    Suite 100    06880,    CT 06880 |
| rq | Bonnie C. Mangan | Law Office Bonnie C. Mangan, PC.    Westview Office Park    1050 Sullivan    Avneu    Suite A3    South Windsor, CT 06074 |
| aty | Francis J. Lawall | Troutman Pepper Hamilton Sanders LLP    3000 Two Logan Square    18th & Arch Street    Philidelphia, PA 19103−2799 |
| aty | J. Ted Donovan | Goldberg Weprin Finkel Goldstein LLP    1501 Broadway    22nd Floor    New York, NY 10036 |
| aty | Kevin J. Nash | Goldberg Weprin Finkel Goldstein LLP    1501 Broadway    22nd Floor    New York, NY 10036 |
| aty | Luc A. Despins | Paul Hastings LLP    200 Park Avenue    New York, NY 10166 |

TOTAL: 35