# United States Bankruptcy Court
## District of Connecticut



In re:

    Ho Wan Kwok

    Debtor*

Case Number: 22-50073

Chapter: 11

## ORDER GRANTING MOTION TO EXPEDITE HEARING

Ho Wan Kwok (the "Movant"), having filed a Motion to Expedite Hearing (the "Motion to Expedite", ECF No. 1493), in connection with the Individual Debtor's Motion for Stay Pending Appeal of Order Holding Him in Contempt of Corporate Governance Order (the "Motion to Stay", ECF No. 1492), it appearing that the relief in the Motion to Expedite should be granted; it is hereby

**ORDERED:** A hearing to consider the Motion for Stay will be held on March 7, 2023, at 1:00 PM, at the United States Bankruptcy Court, 915 Lafayette Blvd., Bridgeport, CT 06604; and it is further

**ORDERED:** Objection(s) to the Motion for Stay shall be filed by 12:00 PM on March 6, 2023. Untimely objections may not be considered.

Dated:   March 3, 2023

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

* For the purposes of this order, "Debtor" means "Debtors" where applicable.