Richard N. Freeth
Freeth & Associates, LLC
260 Madison Ave., 8th Floor
New York, New York 10016
(917) 775-7082

Attorneys for Jiaming Liu

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

------------------------------------------------------------------X

In Re:

        HO WAN KWOK, et al.                  Chapter 11
                                                                     Case No.: 22-50073(JAM)

                           Debtor.

------------------------------------------------------------------X

**MOTION TO POSTPONE ARGUMENT ON MOTION TO QUASH AND EXTEND TIME TO RESPOND TO MOTON COMPEL**

        The undersigned, Counsel for Jiaming Liu, hereby files this motion to postpone the hearing for argument on the undersigned's motion to quash, currently scheduled to be heard before this Honorable Court on March 7, 2023, and reschedule it on the Court's next available date for argument anytime after March 15, 2023. Counsel has conferred with Counsel for the Trustee, and the Trustee has consented to the requested postponement. The parties will he using the additional time to undertake their best efforts to resolve deputed issues. Should the issues be resolved Counsel will promptly advise the Court. Additionally, the movant requests until March 15, 2023 to file a response to Trustee's motion to compel.

Dated: March 6, 2023

                                                                Freeth & Associates, LLC

                                                                By: _/s/ Richard N. Freeth_
                                                                     Richard N. Freeth

                                                                260 Madison Ave., 8th Fl.
                                                                New York, NY 10016
                                                                (917)775-7082

                                                                Attorneys for Jiaming Liu