**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                                    :    Chapter 11
                                                                               :
HO WAN KWOK *et al.*,                                      :    Case No. 22-50073 (JAM)
                                                                               :
                    Debtors.¹                                       :    Jointly Administered
                                                                               :
---------------------------------------------------------x

# NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF SUBPOENA FOR RULE 2004 EXAMINATION SERVED UPON BRAVO LUCK LIMITED

**PLEASE TAKE NOTICE** that, on July 28, 2022, Luc Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), filed the *Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery with Respect to Various Entities and Individuals Affiliated with Debtor,* [ECF No. 638] (the "Motion"), seeking entry of an order authorizing the Trustee to conduct the Rule 2004 examination of certain individuals and entities, including Bravo Luck Limited ("Bravo Luck" and, together with the Trustee, the "Parties").

**PLEASE TAKE FURTHER NOTICE** that, on August 16, 2022, the Court entered the *Order Granting Chapter 11 Trustee's Application for Rule 2004 Discovery with Respect to Various Entities and Individuals Affiliated with Debtor,* [ECF No. 758] (the "Rule 2004 Order"),

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

authorizing the Trustee to serve a Subpoena for Rule 2004 Examination on Bravo Luck, among others.

**PLEASE TAKE FURTHER NOTICE** that, on October 11, 2022, the Trustee commenced the adversary proceeding styled *Luc A. Despins, Chapter 11 Trustee v. Bravo Luck Limited and Qiang Guo,* Adv. Proc. No. 22-05027 (Bankr. D. Conn.). Consolidated under Adv. Proc. No. 22-05027 are the adversary proceedings styled: (a) *Luc A. Despins, Chapter 11 Trustee v. Bravo Luck Limited and Qiang Guo* (Adv. Proc. No. 22-05027), (b) *Genever Holdings LLC v. Bravo Luck Limited* (Adv. Proc. No. 22-05030), and (c) *Genever Holdings Corporation v. Bravo Luck Limited* (Adv. Proc. No. 22-05035) (together, the "Adversary Proceedings").

**PLEASE TAKE FURTHER NOTICE** that a pretrial conference in the Adversary Proceedings is currently scheduled for March 7, 2023.

**PLEASE TAKE FURTHER NOTICE** that, on January 11, 2023, pursuant to the Rule 2004 Order, the Trustee served a Subpoena for Rule 2004 Examination on Bravo Luck (the "Rule 2004 Subpoena").

**PLEASE TAKE FURTHER NOTICE** that, on January 25, 2023, Bravo Luck filed its *Motion to Quash Subpoena* (the "Motion to Quash"), which motion is scheduled to be heard on March 7, 2023.

**PLEASE TAKE FURTHER NOTICE** that, on February 22, 2023, the Court entered an order[2] granting the Trustee's request for an extension of time to file amended complaints in the Adversary Proceedings and, on February 28, 2023, the Trustee and the other plaintiffs filed such amended complaints. *See* [ECF Nos. 40, 41, and 42] Adv. Proc. No. 22-05027 (together, the "Amended Complaints").

---

[2] *See* [ECF No. 35] Adv. Proc. No. 22-05027.

**PLEASE TAKE FURTHER NOTICE** that, in light of the Amended Complaints, the Parties have been conferring regarding discovery in the Adversary Proceedings, including the scope and timing of such discovery, as well as the Rule 2004 Subpoena.

**PLEASE TAKE FURTHER NOTICE** that, pending the Parties' further discussions, the Trustee (i) hereby withdraws the Rule 2004 Subpoena served upon Bravo Luck without prejudice to his ability to serve another subpoena on Bravo Luck pursuant to the existing Rule 2004 Order, thus resolving the Motion to Quash, and (ii) the Trustee intends to request that, following the pretrial conference set for March 7, 2023, the Court schedule a further pretrial conference at which the Parties can discuss scheduling issues in the Adversary Proceedings. The Trustee and counsel to the other plaintiffs in the Adversary Proceedings will be available at the March 7, 2023 pretrial conference should the Court have any questions.

| | |
|---|---|
| Dated:    March 6, 2023<br>            New Haven, Connecticut | LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE<br><br>By: */s/ Patrick R. Linsey*<br>    Patrick R. Linsey (ct29437)<br>    NEUBERT, PEPE & MONTEITH, P.C.<br>    195 Church Street, 13th Floor<br>    New Haven, Connecticut 06510<br>    (203) 781-2847<br>    plinsey@npmlaw.com<br><br>         *and*<br><br>    Nicholas A. Bassett (admitted *pro hac vice*)<br>    PAUL HASTINGS LLP<br>    2050 M Street NW<br>    Washington, D.C., 20036<br>    (202) 551-1902<br>    nicholasbassett@paulhastings.com<br><br>         *and* |

3

Avram E. Luft (admitted *pro hac vice*)
Douglass Barron (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*