**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re:                                       :   Chapter 11
:
HO WAN KWOK *et al.*,                        :   Case No. 22-50073 (JAM)
:
Debtors.[1]                       :   Jointly Administered
:
------------------------------------------------------x

### CHAPTER 11 TRUSTEE'S OPPOSITION TO MEI GUO AND HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION FOR AN EXTENSION OF TIME TO COMPLY WITH THE COURT'S ORDER DATED JANUARY 20, 2023

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), files this opposition (the "Opposition") to the *Motion for an Extension of Time to Comply with the Court's Order Dated January 20, 2023*, [ECF No. 1454] (the "Motion"). The Trustee states the following in support of this Opposition:

1. The Trustee opposes the Motion for all the reasons set forth in the Trustee's motion [ECF No. 1453] for an order to show cause as to why Ms. Guo and HK USA[2] (the "Movants") should not be held in contempt of court for failing to comply with the Court's order compelling them to produce documents, which motion is incorporated herein by reference. In short, the requested extension should be denied because the Movants have inexcusably failed to produce documents by the Court-ordered deadline, and no extension of time will rectify the situation.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not defined herein have the meanings given to such terms in the Motion.

2. On January 20, 2023 the Court entered its *Order Granting in Part Motion to Compel Compliance with Rule 2004 Subpoenas* [ECF No. 1353] (the "January 20 Order"), requiring the Movants to search for and produce certain responsive documents by January 31, 2023.

3. On February 10, 2023 the Movants filed the Motion, representing that upon "receipt of the [January 20 Order], Ms. Guo and HK USA began taking steps to comply . . . ." Mot. at ¶ 7. The Trustee, however, has not received any evidence that Movants have in fact made any effort to comply with the January 20 Order since they became aware of their obligations thereunder.

4. The Movants have represented that they required "an additional thirty (30) days from [February 10, 2023] to complete their search, review and production." Mot. at ¶ 13. As of this filing the Trustee has received ***nothing*** from either Movant.

5. In fact, "Counsel [to Movants] made clear that Ms. Guo and HK USA would begin producing documents as early as [***the week of February 13-17, 2023***], and would ***continue to produce documents on a rolling basis***, but were placing a realistic timeline on their practical and logistical ability to fully comply with the January 20 Order." *Id.* The Movants did not produce a single document during the week of February 13 to 17, nor at any time thereafter. Movants have the practical and logistical capacity, resources, and ability to fully comply with this Court's orders, including the January 20 Order. They choose not to and decided instead to further hinder and delay the Trustee's administration of the Debtor's estate.

6. For all of the foregoing reasons, the Trustee opposes the Motion.

| | | |
|---|---|---|
| Dated: | March 6, 2023<br>New Haven, Connecticut | LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE |

By: */s/ Patrick R. Linsey*
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

      *and*

    Nicholas A. Bassett (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

      *and*

    Avram E. Luft (admitted *pro hac vice*)
    Douglass Barron (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com

    *Counsel for the Chapter 11 Trustee*