# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No: 22-50073 (JAM) |
| HO WAN KWOK,<br><br>                Movant,<br><br>v.<br><br>LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE<br><br>                Respondent. | |

**MEI GUO AND HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S REPLY IN FURTHER SUPPORT OF MOTION FOR AN EXTENSION OF TIME TO COMPLY WITH THE COURT'S ORDER DATED JANUARY 20, 2023**

1. Mei Guo and HK International Funds Investments (USA) Limited, LLC ("HK USA") submit this reply in further support of their motion for an extension of time to comply with the Court's January 20, 2023 Order and the Rule 2004 subpoenas.

2. As set forth in Ms. Guo's and HK USA's opposition to the Trustee's Order to Show Cause dated March 6, 2023, Ms. Guo and HK USA began taking steps to comply with the January 20 Order upon receipt, and have now conducted the requisite searches to provide a production of responsive documents within Ms. Guo's and HK USA's control.

3. As a result, Ms. Guo and HK USA were able to make their production of documents responsive to the Rule 2004 subpoenas, and the Court's January 20 Order last evening.

4. Ms. Guo and HK USA will supplement their production should they discover additional documents or materials responsive to the Court's January 20 Order.

Dated at Roseland, New Jersey this 7th day of March, 2023.

**HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC AND MEI GUO**

*/s/ Lee Vartan*
Lee Vartan
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 530-2107
Email: lvartan@csglaw.com
*Attorneys for HK International Funds Investments (USA) Limited, LLC and Mei Guo*

Stephen M. Kindseth (ct14640)
Aaron A. Romney (ct28144)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-4234
Email: skindseth@zeislaw.com
        aromney@zeislaw.com
*Local Counsel for HK International Funds Investments (USA) Limited, LLC and Mei Guo*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                            */s/ Lee Vartan*
                                                            Lee Vartan