# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>        Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

## NOTICE TO WITHDRAW

**PLEASE TAKE NOTICE** that the undersigned, attorneys for HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property and Staffing, Inc, hereby withdraw the Motion to Quash and/or Motion to Modify 2004 Examination Subpoenas, filed on January 4, 2023 [Docket No. 1291].

Dated: March 7, 2023

 

**MCMANIMON, SCOTLAND & BAUMANN, LLC**
*Attorneys for HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property and Staffing, Inc*

*/s/ Sari B. Placona*
Sari B. Placona, Esq.
75 Livingston Avenue, 2nd Floor
Roseland, New Jersey 07068
Telephone: (973) 622-1800
Email: splacona@msbnj.com