**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                                              :     Chapter 11
                                                                                          :
HO WAN KWOK, *et al.*,[1]                                              :     Case No. 22-50073 (JAM)
                                                                                          :
          Debtors.                                                              :     (Jointly Administered)
                                                                                          :
---------------------------------------------------------x


**MOTION, PURSUANT TO BANKRUPTCY RULE 9006(c)(1), TO
EXPEDITE HEARING ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF
ORDER COMPELLING TD BANK, N.A. TO COMPLY WITH RULE 2004 SUBPOENA**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed with respect to the debtor Ho Wan Kwok's (the "Individual Debtor's") chapter 11 case (the "Chapter 11 Case"), by and through his undersigned counsel, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby moves (the "Motion to Expedite") this Court for an order scheduling an expedited hearing to consider and determine the *Motion of Chapter 11 Trustee for Entry of Order Compelling TD Bank to Comply with Rule 2004 Subpoena* [ECF No. 1521] (the "Motion to Compel").[2] In support of his Motion to Expedite, the Trustee respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Motion to Compel.

**JURISDICTION, VENUE, AND STATUTORY BASIS**

1. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut (as amended). The Motion to Compel, including this Motion to Expedite with respect thereto, is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief sought by this Motion to Expedite is Bankruptcy Rule 9006(c)(1).

**BACKGROUND**

4. On February 15, 2022 (the "Petition Date"), the Individual Debtor filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

5. On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") in the Chapter 11 Case. No examiner has been appointed in the Chapter 11 Case.

6. On June 15, 2022, the Court entered a memorandum of decision and order [ECF No. 465] (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee in the Chapter 11 Case. Pursuant to the Trustee Order, the United States Trustee selected Luc A. Despins as the Trustee.

7. On July 8, 2022, the Court entered an order granting the appointment of Luc A. Despins as the Trustee in the Chapter 11 Case [ECF No. 523] (the "Appointment Order").

## THE TD BANK SUBPOENA AND THE MOTION TO COMPEL[3]

8. The Trustee is charged to investigate the Individual Debtor's financial affairs.

9. From his investigation, the Trustee understands that one or more of the Individual Debtor's associates who conducted the Individual Debtor's economic activity banked at TD Bank N.A. ("TD Bank"), including Yvette Wang ("Ms. Wang"). Ms. Wang has held a variety of corporate positions in businesses associated with the Individual Debtor and has conducted business for the Individual Debtor and his associates.

10. In the Court's *Order Granting Motion to Hold Debtor in Contempt of Corporate Governance Order* (ECF No. 1372, the "Contempt Order") entered January 24, 2023, the Court found, among other things, that: "The [Individual] Debtor has control over Ms. Wang. The [Individual] Debtor has employed Yvette Wang for several years, and has directed her to take actions on his behalf, including directing her to act on his behalf to purchase properties such as the Sherry-Netherland apartment." (Contempt Order at ¶ 4.)

11. The Trustee thus requested Bankruptcy Rule 2004 discovery from TD Bank in his Second 2004 Motion, which the Court approved by its Rule 2004 Order. Pursuant to the Rule 2004 Order, the Trustee served TD Bank with the TD Bank Subpoena on December 16, 2022. TD Bank did not serve any responses and objections to the TD Bank Subpoena.

12. Counsel for the Trustee has engaged in numerous email and telephonic communications with counsel for TD Bank, yet TD Bank missed both the original and an extended deadline to comply with the TD Bank Subpoena. TD Bank did not file any motion seeking extension of time for its failure to comply with the TD Bank Subpoena. Moreover, yesterday TD

---

[3] The following summary of the relief sought in the Motion to Compel is qualified in its entirety by the Motion to Compel.

3

Bank stated that it wished to redact information from responsive materials rather than using the confidentiality procedure set forth in the Protective Order ordered by the Court.

13. Accordingly, the Trustee has filed his Motion to Compel requesting that the Court compel TD Bank's compliance with the TD Bank Subpoena. TD Bank's conduct with respect to the TD Bank Subpoena and the need for the Court's intervention is discussed at greater length in the Motion to Compel.

## RELIEF REQUESTED

14. Bankruptcy Rule 9006(c)(1) provides that the Court may reduce the notice period when requested by motion upon cause shown. Cause exists to consider and determine the Motion to Compel upon an expedited basis.

15. The Trustee respectfully requests that the Court schedule a hearing with respect to the Motion to Compel on a date convenient for the Court next week (*i.e.*, the week of April 13) and that the Court order that TD Bank file any response to the Motion to Compel at least twenty-four hours prior to such hearing.

## BASIS FOR RELIEF REQUESTED

16. The Chapter 11 Case has already been pending for nearly one year, and it is critically important that the Trustee's investigation proceed expeditiously and free from obstruction. The Trustee's primary means of conducting the investigation thus far has been by seeking document productions and information pursuant to Bankruptcy Rule 2004 subpoenas. By failing to comply with the TD Bank Subpoena, TD Bsank is delaying the Trustee's investigation and prejudicing these estates.

17. As explained in the Motion to Compel, the Trustee has worked diligently with TD BANK *for months* to provide information and to facilitate TD Bank's discovery. In response, TD

Bank has disregarded deadlines for compliance as well as its owns assurances that production would be forthcoming. The Trustee's investigation must move forward without further delay. Accordingly, its is imperative that the Motion to Compel be heard as soon as possible.

18. TD Bank was served with the TD Bank Subpoena nearly three months ago. It is represented by outside counsel at a large law firm. Accordingly, TD Bank is in a position to respond to the Motion to Compel before a hearing next week.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Trustee requests that the Court issue an Order, substantially in the form attached hereto, setting a hearing on the Motion to Compel for the week of April 13, 2023, scheduling a deadline to object to the Motion to Compel that is twenty-four hours before such hearing, and ordering such other and further relief as is just and proper.

Dated:  March 8, 2023                    LUC A. DESPINS,
        New Haven, Connecticut           CHAPTER 11 TRUSTEE

                                         By: */s/ Patrick R. Linsey*
                                             Douglas S. Skalka (ct00616)
                                             Patrick R. Linsey (ct29437)
                                             NEUBERT, PEPE & MONTEITH, P.C.
                                             195 Church Street, 13th Floor
                                             New Haven, Connecticut 06510
                                             (203) 781-2847
                                             dskalka@npmlaw.com
                                             plinsey@npmlaw.com

                                             *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                          :     Chapter 11
:
HO WAN KWOK, *et al.*,[1]                       :     Case No. 22-50073 (JAM)
:
Debtors.                                 :     (Jointly Administered)
:
---------------------------------------------------------x

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the chapter 11 trustee's (the "Trustee") *Motion of Chapter 11 Trustee for Entry of Order Compelling TD Bank, N.A. to Comply with Rule 2004 Subpoena* [ECF No. 1521] (the "Motion to Compel"); and good cause appearing, it is hereby

**ORDERED,** that a hearing on the Motion to Compel shall be held on **April __, 2023, at ____ _.m.** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT  06604 (the "Hearing"); and it is further

**ORDERED,** that the deadline to object to the Motion to Compel shall be twenty-four hours before the Hearing; and it is further

**ORDERED,** that a copy of this Order, along with the Motion to Compel and any attachments thereto, shall be served upon all parties to the above-captioned case able to receive electronic notice as well as TD Bank by its counsel, and the Trustee shall file a certificate of

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

service in advance of the Hearing.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
HO WAN KWOK, *et al.*,[1]                                :   Case No. 22-50073 (JAM)
                                                         :
            Debtors.                                     :   (Jointly Administered)
                                                         :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 8, 2023, the foregoing Motion was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case able to receive electronic notice by operation of the Court's electronic filing ("CM/ECF") system. Copies of the foregoing Motion and the Motion to Compel discussed therein were also emailed to counsel for TD Bank at emlacombe@duanemorris.com. Parties may access this filing through the Court's CM/ECF system.

Dated:   March 8, 2023               LUC A. DESPINS,
         New Haven, Connecticut      CHAPTER 11 TRUSTEE

                                     By: */s/ Patrick R. Linsey*
                                         Douglas S. Skalka (ct00616)
                                         Patrick R. Linsey (ct29437)
                                         NEUBERT, PEPE & MONTEITH, P.C.
                                         195 Church Street, 13th Floor
                                         New Haven, Connecticut 06510
                                         (203) 781-2847
                                         plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).