**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In re:<br><br>    HO WAN KWOK, *et al.*,<br><br>                  Debtors.[1] | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 22-50073 (JAM)<br>(Jointly Administered)<br><br>Re: ECF No. 1216 |

**ORDER SCHEDULING EVIDENTIARY HEARING ON MOTION TO MODIFY CONSENT ORDER ESTABLISHING REPAIR RESERVE AND REQUIRING MEI GUO AND HK INTERNATIONAL FUNDS INVESTMENTS (USA), LLC <u>TO APPEAR AND TESTIFY AT HEARING</u>**

On March 1, 2022, Pacific Alliance Asia Opportunity Fund L.P. ("PAX") filed a motion to either confirm inapplicability of the automatic stay or, alternatively, relief from the automatic stay. (ECF No. 57, the "Motion for Relief from Stay.") The Motion for Relief from Stay sought relief to continue proceedings before the Honorable Barry R. Ostrager, Justice of the Supreme Court of New York, styled as *Pacific Alliance Asia Opportunity Fund, L.P. v. Kwok Ho Wan*, Index No. 652077/2017 (N.Y. Sup. Ct. Feb. 9, 2022) (the "New York Action"). (ECF No. 57.) PAX sought to pursue enforcement of prior rulings in the New York Action, including Justice Ostrager's Decision & Order, *Kwok Ho Wan*, Index No. 652077/2017 (N.Y. Sup. Ct. Feb. 9, 2022), NYCEF No. 1181 (the "Final Contempt Decision"), and to compel the return of the Lady May to New York's navigable waters. (ECF No. 57.)

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

On April 11, 2022, HK International Funds Investments (USA) Limited, LLC ("HK USA") appeared in the case, consented to the jurisdiction of this Court, and agreed to return the Lady May to the navigable waters of Connecticut as a resolution of the Motion for Relief Stay. (ECF Nos. 201–02.)  On April 29, 2022, the Court entered a stipulated order submitted by HK USA, PAX, and other parties, which, *inter alia*, compelled HK USA to deliver the Lady May to the navigable waters of Connecticut on or before July 15, 2022.  (ECF No. 299, the "Stipulated Delivery Order.")  As part of the underlying stipulation, HK USA placed $37 million into an escrow account (as drawn down in accordance with the Stipulated Delivery Order, further orders, and the escrow agreement, the "Escrowed Funds") to secure its delivery obligation.  (*Id.*)  The Escrowed Funds can only be transferred upon the Court's order and/or completion of a certification process (the "Certification Process") set forth in the Stipulated Delivery Order.  (*Id.*)

On October 7, 2022, the Court entered a consent order establishing a $4 million repair reserve (the "Repair Reserve") for the Lady May (ECF No. 930, "Repair Reserve Consent Order"), which was established from the Escrowed Funds by the Court's Order (ECF No. 932). Mr. Luc A. Despins, in his capacity as Chapter 11 trustee for the estate of Ho Wan Kwok (the "Trustee"), holds the Repair Reserve in escrow, pending repair of the Lady May.  (ECF Nos. 930, 932.)

On December 9, 2022, HK USA moved to modify the Repair Reserve Consent Order to allow for payment of upkeep and personnel costs from the Repair Reserve.  (ECF No. 1216, the "Motion.")  On January 2, 2023, the Trustee filed an objection to the Motion.  (ECF No. 1276, the "Motion.")  The Repair Reserve Consent Order has been twice modified, on December 20, 2022, and January 24, 2023, through further consent orders to allow certain payments of upkeep and personnel costs from the Repair Reserve.  (ECF Nos. 1255, 1377.)

On February 28, 2023, the Trustee filed a supplemental objection to the Motion. (ECF No. 1490, the "Supplemental Objection.") The Supplemental Objection indicates that, on the basis of documents and deposition testimony produced during ongoing discovery, the Trustee is now unwilling to enter into further consent orders modifying the Repair Reserve Consent Order to provide for payment of upkeep and personnel costs from the Repair Reserve. On March 7, 2023, the Court held a status conference on the Motion and Supplemental Objection. The parties seek a hearing on the Motion.

Therefore, for the reasons stated on the record during hearings held on March 7, 2023, it is hereby

**ORDERED:** An evidentiary hearing on the Motion shall be held at 11:00 a.m. on March 23, 2023, at the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT 06604; and it is further

**ORDERED:** Ms. Mei Guo shall personally appear and testify at the hearing scheduled to be held at 11:00 a.m. on March 23, 2023. An Officer, Director, Member, or Manager of HK USA shall personally appear and testify at the hearing scheduled to be held at 11:00 a.m. on March 23, 2023. For the avoidance of doubt, HK USA's corporate representative may be Ms. Mei Guo; and it is further

**ORDERED:** Ms. Mei Guo and HK USA shall file any reply to the Objection and Supplemental Objection on or before March 17, 2023; and it is further

**ORDERED:** Ms. Mei Guo and HK USA shall serve this Order on all parties requiring notice on or before 5:00 p.m. on March 10, 2023. For the avoidance of doubt, because of the representations made by counsel to Ms. Mei Guo and HK USA on the record during the March

7th hearings, Ms. Mei Guo and HK USA shall also serve Lamp Capital LLC with this Order at or before 5:00 p.m. on March 10, 2023; and it is further

**ORDERED:** Ms. Mei Guo and HK USA are to file a certificate of service indicating compliance with this Order on or before 5:00 p.m. on March 13, 2023, and shall state with specificity in the certificate of service the manner of and location at which Lamp Capital LLC was served with this Order, so that the Court is assured Lamp Capital LLC was served with this Order.

Dated at Bridgeport, Connecticut this 8th day of March, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut