**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>          Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

**NOTICE TO WITHDRAW**

**PLEASE TAKE NOTICE** that the undersigned, attorneys for HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property and Staffing, Inc, hereby withdraw the Objection to Production Request, filed on January 4, 2023 [Docket No. 1291].

Dated:  March 9, 2023

 

**MCMANIMON, SCOTLAND & BAUMANN, LLC**
*Attorneys for HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property and Staffing, Inc*

*/s/ Sari B. Placona*
Sari B. Placona, Esq.
75 Livingston Avenue, 2nd Floor
Roseland, New Jersey 07068
Telephone: (973) 622-1800
Email: splacona@msbnj.com