1

2   UNITED STATES BANKRUPTCY COURT

3   DISTRICT OF CONNECTICUT

4   BRIDGEPORT DIVISION

5   --------------------------------------X

6   In Re:

                                  Chapter 11
7           HO WAN KWOK,          Case No.
                                  22-50073 (JAM)
8                   Debtor.

9   --------------------------------------X

10

11          VIDEOTAPED DEPOSITION OF MEI GUO

12            Friday, January 20, 2023

13

14

15  Reported by:

16  Angela M. Shaw-Crockett, CCR, CRR, RMR, CSR

17  Job No. 221677

18

19

20

21

22

23

24

25

1

2

3                  January 20, 2023

4                  10:34 a.m.

5

6    VIDEOTAPED DEPOSITION OF MEI GUO, held at Chiesa

7    Shahinian & Giantomasi, 11 Times Square, New York,

8    New York, before Angela M. Shaw-Crockett, a

9    Certified Court Reporter, Certified Realtime

10   Reporter, Registered Merit Reporter and Notary

11   Public of the States of New York, New Jersey,

12   and Connecticut.

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        M. Guo

 2   A P P E A R A N C E S:

 3   PAUL HASTINGS LLP
            Attorneys for TRUSTEE
 4          200 Park Avenue
            New York, New York 10166
 5
     BY:  AVRAM LUFT, ESQ.
 6        DOUGLASS BARRON, ESQ.

 7

 8   CHIESA SHAHINIAN & GIANTOMASI PC
            Attorneys for HK INTERNATIONAL
 9          MEI GUO
            One Boland Drive
10          West Orange, New Jersey 07052

11   BY:  LEE VARTAN, ESQ.

12

13   ZEISLER & ZEISLER, P.C.
            Attorneys for HK INTERNATIONAL
14          MEI GUO
            10 Middle Street
15          Bridgeport, Connecticut 06604

16   BY:  AARON ROMNEY, ESQ.

17

18   ALSO PRESENT:  Chris Johnson, The Videographer

19                  Luyi Song, Law Clerk, Paul Hastings

20                  Jingyi Wang, Mandarin Interpreter

21                  Una Wilkinson, Mandarin Check Interpreter

22          **              **              **

23

24

25
```

1                       M. Guo

2          THE VIDEOGRAPHER:  We are now on the

3     record.  This is the start of media labeled

4     number 1 of the video-recorded deposition of

5     Mei Guo in the matter in reference to

6     Ho Wan Kwok in the United States Bankruptcy

7     Court, District of Connecticut, Bridgeport

8     Division, Chapter 11, Case Number 22-50073

9     (JAM).

10          This deposition is being held at Chiesa

11     Shahinian & Giantomasi PC, 11 Times Square,

12     34th Floor, New York, New York 10001.

13          Today is Friday, January 20, 2023.  The

14     time on the video monitor is approximately

15     10:34 a.m.

16          My name is Chris Johnson.  I'm the legal

17     video specialist from TSG Reporting

18     Incorporated, headquartered at 228 East 45th

19     Street, Suite 810, New York, New York 10017.

20          The court reporter today is

21     Angela Shaw-Crockett, also in association with

22     TSG Reporting.

23          Would all counsel present please introduce

24     yourselves and the parties you represent.

25          MR. LUFT:  My name is Avi Luft.  I'm with

1                        M. Guo

2        the law firm of Paul Hastings.  I represent the

3        Chapter 11 Trustee in this matter.

4             With me are my colleague, Doug Barron, and

5        law clerk Luyi Song.

6             MR. VARTAN:  Good morning.  Lee Vartan

7        from the law firm of Chiesa Shahinian &

8        Giantomasi.  We won't hold that against the

9        videographer.  We just go by "CSG law."  And I

10       represent both HKI and Mei Guo.

11            MR. ROMNEY:  My name is Aaron Romney. I'm

12       with Zeisler & Zeisler.  I represent Ms. Guo,

13       HK International.  I also represent the debtor

14       in this proceeding, Mr. Miles Kwok.

15            THE WITNESS:  Can she put her mask back

16       on?

17            THE VIDEOGRAPHER:  Will the court reporter

18       please swear in the witness and the

19       interpreters, and we may proceed.

20    J I N G Y I   W A N G,

21         having been first duly sworn by a Notary

22         Public within and for the State of New

23         York, translated the questions from

24         English to Mandarin and the answers

25         from Mandarin to English under oath as

1                          M. Guo

2          follows:

3     Mei Guo, having been called as a witness, having been first

4     duly sworn (through an interpreter),  was examined and

5     testified as follows:  EXAMINATION

6     BY MR. LUFT:

7          Q.   Good morning, Ms. Guo.  How are you?

8          A.   Very well, thank you.

9          Q.   Ms. Guo, my understanding is that you're

10    going to testify in Mandarin today, which is great,

11    but I also understand that you understand some

12    English.

13              Just so we have a clear record, I ask that

14    we just do one or the other.  So to the extent we're

15    going to use the translator, please wait for the

16    translator even if you understand my question in

17    English.

18              Is that okay?

19         A.   Okay.  Thank you.

20              MR. LUFT:  Before we go on, one quick

21         clarification.

22              Mr. Romney, are you appearing for the

23         debtor for this deposition, or were you just

24         stating that you, in other matters, having to

25         represent the debtor?

1                        M. Guo

2              MR. ROMNEY:  That's a fair point.  The

3         debtor is not a party to this proceeding, so I

4         will -- I'm appearing for Ms. Guo -- Guo and

5         HK International today.

6              MR. LUFT:  Got it.

7              MR. ROMNEY:  Thank you.

8              MR. LUFT:  Great.

9    BY MR. LUFT:

10        Q.   Ms. Guo, could I ask you to just state

11   your name for the record.

12        A.   In English?

13        Q.   Please, if you can.

14        A.   Mei Guo, M-E-I G-U-O.

15        Q.   And Ms. Guo, what is your current

16   residence?

17        A.   I live in New York.

18        Q.   + Could you please give me what address

19   you live in?

20              MR. VARTAN:  We would just -- for the

21         record, we'd object to giving her exact address

22         for security reasons.

23              MR. LUFT:  If you'd like to mark it as --

24         under the protective order as confidential or

25         highly confidential, I'm happy to do so, but I

1                    M. Guo

2    think the witness needs to answer the question.

3         MR. VARTAN:  I don't know why her precise

4    address in New York City is important.  She

5    lives in the city.  She's made that

6    representation on the record.  I don't know

7    that we need to go deeper than that.

8         MR. LUFT:  Well, when you do an

9    examination, you can choose to go as deep as

10   you like.  I think it's important that we know

11   what address she lives at, and I'm entitled to

12   know it.

13        And I'm happy to mark it as highly

14   confidential, as we're doing with all other

15   information that's sensitive in the case, but

16   I'd ask the witness to answer the question.

17        MR. VARTAN:  I'll let the translator speak

18   first and then I'll respond.

19        I was going to say in response, maybe we

20   can move on and address this at a break.  I

21   don't want to interrupt the beginning of the

22   deposition, but I think you know that Ms. Guo

23   travels with security.

24        In New York's Supreme Court,

25   Justice Ostrager took the rather extraordinary

                              M. Guo

1

2    measure of closing the courtroom when Ms. Guo

3    testified.  So there are real security concerns

4    here.

5        I understand the confidentiality order,

6    but we don't really see the relevance of her

7    personal address in New York City.

8        MR. LUFT:  Mr. Vartan, you're new to the

9    case.  Her mother has testified as to her

10   address.  Her father has testified as to his

11   address.  I assume they have the exact same

12   security concerns, handled the same way.  I

13   don't understand why Ms. Guo would need a

14   special dispensation that's been different than

15   her mother and father.

16       MR. VARTAN:  The only difference here is

17   my understanding is the address is already in

18   the public domain, meaning the Greenwich home

19   and the Sherry-Netherland are known.

20       I don't believe that Ms. Guo's address has

21   ever been made known in any form or fashion.

22       MR. LUFT:  Mr. Vartan, I'd ask that she --

23       MR. VARTAN:  Let the interpreter -- thank

24   you.

25       So again, I don't want to interrupt the

Page 10

1                          M. Guo

2    flow of the deposition, and I'm happy to

3    address this at a break, but I think we can

4    move on for now and come back to it.

5         MR. LUFT:  Mr. Vartan, I find this to be

6    obstructive and improper.

7         Are you instructing your witness not to

8    answer my question?

9         MR. VARTAN:  So at this time, I'm

10   instructing her not to answer.  We can address

11   it at a break if need be.

12        MR. LUFT:  Mr. Vartan, there's nothing to

13   address at the break.  I asked a perfectly

14   appropriate question.  I've conceded that

15   you're welcome to use the protective order in

16   place.

17        If you'd like to seek relief from the

18   court, to get her -- to get a protective order

19   for her to not answer the question, you're

20   welcome to do so.  Otherwise, I think it's

21   improper for you to instruct her not to answer

22   a question because it does not relate to any

23   privilege.

24        And accordingly, I'm going to hold the

25   deposition open on this issue because she's not

Page 11

1                           M. GUO

2        answering, and I'm going to move on.

3                MR. VARTAN:  Thank you.

4                MR. LUFT:  I encourage you to seek relief

5        from the Court if you want to.

6                THE INTERPRETER:  I didn't catch the --

7                MR. LUFT:  I said Mr. Vartan, if he wants

8        to direct the witness not to answer a question

9        for nonprivilege reasons, he needs to seek

10       relief from the Court.

11               THE WITNESS:  Thank you.

12   BY MR. LUFT:

13       Q.   Ms. Guo, how long have you lived at your

14   current residence?

15       A.   Two years.

16       Q.   Do you live by yourself or with other

17   family members?

18       A.   By myself.

19       Q.   Do you own your apartment -- or let me

20   strike that.

21            What type of home is it?

22       A.   An apartment.

23       Q.   Are you the owner of the apartment?

24       A.   No.

25       Q.   Who is the owner of the apartment that you

```
 1                         M. GUO
 2   live in?
 3        A.   The landowner.
 4        Q.   Who is the landowner?
 5        A.   I can't remember.
 6        Q.   You don't know whose apartment you live
 7   in?
 8             MR. VARTAN:  Objection.
 9        A.   I don't remember the name of my landowner.
10   BY MR. LUFT:
11        Q.   Do you pay rent to your landowner?
12        A.   Yes.
13        Q.   What is the entity to whom you write rent
14   checks?
15        A.   I can't remember.
16        Q.   Do you pay your own rent or does someone
17   pay it for you?
18        A.   I pay my own rent.
19        Q.   How do you pay?
20        A.   By check.
21        Q.   Is that check being drawn from a personal
22   bank account or a corporate bank account?
23        A.   In personal account.
24        Q.   What funds you to use to pay for your
25   rent?
```

Page 13

1                         M. Guo

2        A.   Just from my personal bank account.

3        Q.   What is the source of those funds in the

4   bank account?

5        A.   I have my own work.

6        Q.   Okay.  What do you do for work?

7        A.   I'm currently an entrepreneur.  I'm a film

8   director, producer, and scriptwriter.

9        Q.   Have you sold any scripts?

10       A.   No.

11       Q.   Have you directed films for anyone other

12   than yourself?

13       A.   Yes, back in China.

14       Q.   When you were living in China?

15       A.   Yes.

16       Q.   When was the last film you directed?

17       A.   Are you referring to a short movie or just

18   a regular movie that comes out in the theater?

19       Q.   Why don't we take it in pieces.

20            I'll first ask about any film you directed

21   for someone else.

22       A.   I can't remember the specifics.  That was

23   when I was in China.  Together with another

24   director, we did one film.

25       Q.   Were you paid to direct the film?

1                              M. GUO

2        A.    Yes.

3        Q.    How much were you paid to direct that

4   film?

5        A.    I can't remember specifically, but

6   approximately over 100,000 RMB.

7        Q.    Do you recall when you directed that film?

8        A.    It was probably in 2013 or 2014.  I'm not

9   quite sure.  But I think probably 2014.

10       Q.    Have you directed any films since you left

11   China?

12            MR. VARTAN:  I'm just going to object to

13       this line of questioning.  I'm happy to put a

14       standing objection on the record.  I gave

15       counsel some latitude, but all of these

16       questions really seem to me to be beyond the

17       scope of why we're here, which is in

18       anticipation of the PJR proceeding.

19            So what Ms. Guo may have done in China in

20       2013 or 2014 really just bears absolutely no

21       relevance to anything that will be before the

22       court.

23            MR. LUFT:  Mr. Vartan...

24   BY MR. LUFT:

25       Q.    You can answer my question.

Page 15

```
 1                      M. Guo
 2       A.   Sorry.  I can't remember what the question
 3  was.
 4       Q.   Have you directed any films since you left
 5  China?
 6                 MR. VARTAN:  Same objection.
 7                 Just, Mr. Luft, are you comfortable with
 8            me posing a standing objection or do you want
 9            me to object to every question?
10                 MR. LUFT:  I'm not comfortable with your
11            speaking objections.  But I don't know how --
12            since I'm going to ask different questions, I
13            don't know what type of standing objection
14            you're asking for.
15                 Are you saying you'd like a standing
16            objection to every question I ask?
17                 MR. VARTAN:  Every question that's beyond
18            the scope of the PJR proceeding.  I'm happy to
19            object question by question.
20                 MR. LUFT:  You can just say "Objection,
21            form," and that will be sufficient.
22                 Particularly given the translator today,
23            let's not waste time with speaking objections.
24                 MR. VARTAN:  Well, I'd ask that we not
25            waste time on irrelevant material.
```

Page 16

1                          M. Guo

2              MR. LUFT:  Mr. Vartan, you've said it to

3         your witness multiple times --

4              MR. VARTAN:  I'm speaking to you.

5              MR. LUFT:  It's not irrelevant.  Okay?

6         Again, I don't know if this is because you're

7         brand new to the case or not.  But the source

8         of her funds and how she pays for things are

9         dead set in the middle of this case.

10             MR. VARTAN:  Not in the counterclaim I've

11        read.

12   BY MR. LUFT:

13        Q.   Ms. Guo, have you been paid to direct any

14   films since the last one you told me about in China

15   which you said was in approximately 2013 to 2014?

16             MR. VARTAN:  Objection, form.

17        A.   No.

18   BY MR. LUFT:

19        Q.   You also say you've produced films.

20             Have you produced any films since you left

21   China?

22             MR. VARTAN:  Objection, form.

23        A.   There's been a lot together with others,

24   but these films are all independent films through

25   students.

1                        M. Guo

2  BY MR. LUFT:

3       Q.   So they're student films?

4            MR. VARTAN:   Objection, form.

5       A.   Yes.

6  BY MR. LUFT:

7       Q.   Have you earned any money from producing

8  these student films?

9            MR. VARTAN:   Same objection.

10      A.   No.

11 BY MR. LUFT:

12      Q.   Other than acting as a film producer, a

13 director, and a scriptwriter, is there any other way

14 that you have earned income or funds since you have

15 moved to the United States?

16           MR. VARTAN:   Objection, form.

17      A.   Yes.

18 BY MR. LUFT:

19      Q.   How else have you earned income or funds?

20      A.   I've been the CEO of Pangu Plaza since

21 2016, so I've always been earning a salary.

22      Q.   Where is Pangu Plaza?

23      A.   It's in Beijing, China, on number -- the

24 address is number 27 Chaoyang Road.

25      Q.   And you're currently the CEO of

Page 18

```
 1                      M. GUO

 2   Pangu Plaza?

 3         A.   Yes.

 4         Q.   How much are you paid as CEO of

 5   Pangu Plaza?

 6              MR. VARTAN:  Objection, form.

 7         A.   So the annual salary plus bonus, I can't

 8   remember very clearly, but approximately

 9   1.45 million.

10   BY MR. LUFT:

11         Q.   Is that dollars?

12         A.   I wished it were.  But it's in RMB.

13         Q.   Who owns Pangu Plaza?

14              MR. VARTAN:  Objection, form.

15         A.   Family fund.

16   BY MR. LUFT:

17         Q.   Who runs that family fund?

18              MR. VARTAN:  Objection, form.

19         A.   Many family members.

20   BY MR. LUFT:

21         Q.   What's the name of the family fund?

22              MR. VARTAN:  Objection, form.

23         A.   It's just called "family fund."

24   BY MR. LUFT:

25         Q.   So the person who employs you has no name
```

Page 19

1                           M. Guo

2    other than family fund?

3              MR. VARTAN:   Objection, misstates the

4        testimony.

5        A.   My employer is not an individual.  It's a

6    fund.  It's a business of my family.

7    BY MR. LUFT:

8        Q.   What I want to know is what is the name of

9    that business that hires you?

10             MR. VARTAN:   Objection.

11       A.   So what I was mentioning, referring to

12   previously, is called Pangu Group.  So that is a

13   business, and that is a part of my family's

14   business.

15   BY MR. LUFT:

16       Q.   When you say your family's business, who

17   in your family is involved with the Pangu Group?

18             MR. VARTAN:   Objection.

19       A.   My uncles and also my cousins from my

20   father's side, and brothers specifically, and also

21   myself.

22   BY MR. LUFT:

23       Q.   So your brother, yourself, and uncles and

24   cousins all on your father's side; is that correct?

25             THE INTERPRETER:  Correction from the

Page 20

1                    M. Guo

2      interpreter.  The witness was saying these

3      cousins are male cousins, not cousins plus

4      brothers, but rather my uncles, my cousins,

5      male cousins specifically.

6  BY MR. LUFT:

7      Q.  Let's clarify.

8          Is your brother involved with the

9  Pangu Group?

10         MR. VARTAN:  Objection.

11     A.  No.

12  BY MR. LUFT:

13     Q.  + Which of your uncles is involved with

14  the Pangu Group?

15         MR. VARTAN:  I'm going to object and

16     further instruct the witness not to answer.  At

17     this point, we're so far afield of why we're

18     here today that I just don't see the relevance

19     of any of this.

20         MR. LUFT:  Mr. Vartan, I find it

21     unfortunate that you've decided to appear on

22     this case simply to obstruct.  Clearly that's

23     your intention.

24         The questions about who -- her family's

25     involvement and how their businesses

1                          M. Guo

2   interconnect are at the heart of this matter.

3   If you read the counterclaims, you would know

4   that's exactly what is at issue.

5        I'd ask you to stop objecting on baseless

6   grounds.

7        MR. VARTAN:  I'm not objecting on baseless

8   grounds.  And I'm trying not to obstruct the

9   deposition.

10       But at the end of the day, as I understand

11  it, we're here today because you're exploring

12  any connections between HKI and the debtor, and

13  then any connections between HKI and Himalaya.

14       Whatever was happening around Pangu has

15  nothing to do with the PJR proceeding.  This is

16  not a general deposition in the bankruptcy.

17       MR. LUFT:  Mr. Vartan, it is not for you

18  to decide which topics I'm allowed to ask about

19  in this.

20       If you read the counterclaims, right,

21  which I'm sure you have, you know that there's

22  many allegations regarding multiple family

23  businesses other than HKI and Himalaya,

24  correct?

25       MR. VARTAN:  We're not here on a

1                        M. Guo

2    general --

3        MR. LUFT:  It's not about general.  These

4    are the counterclaims in this case.

5        MR. VARTAN:  It has nothing do with any of

6    the other business.  It has to do with HKI.

7    She's happy to answer any questions you have

8    about her businesses.

9        MR. LUFT:  Mr. Vartan, my questions go to

10   HKI.  They go to where she gets her money.  It

11   goes to all of this.  It's directly at issue in

12   the counterclaims, directly at issue as to our

13   ability to prove our case.

14       I'd ask you to stop interfering with the

15   deposition.

16       MR. VARTAN:  I'm not interfering.  I'm

17   trying to keep the deposition on target.

18   You've not asked one question about HKI.

19       MR. LUFT:  Mr. Vartan, I am literally on

20   the first page of my introduction.  I promise

21   you, we will ask about HKI.  Okay?

22       MR. VARTAN:  I'd ask that you do it sooner

23   than later, otherwise we'll be here all day

24   speaking about --

25       MR. LUFT:  I'm sorry about your day.

```
                          M. Guo
1
2    Okay?  But this is what we're going to do, and
3    I'm going to ask my questions how I want to ask
4    them.
5         MR. VARTAN:  Please proceed.
6         THE INTERPRETER:  Regarding the
7    communication, would you like the interpreter
8    to interpret the communication just now?
9         MR. VARTAN:  Please.
10        THE INTERPRETER:  Do you mind, Angie --
11        MR. LUFT:  I find this to just be time
12   wasted.  I'm going to reserve for additional
13   time.
14        THE INTERPRETER:  Sorry, Angie.  Do you
15   mind going back to where the communication just
16   stopped and the interpreter stopped
17   interpreting?
18        (A discussion was held off the record.)
19        MR. LUFT:  Mr. Vartan, what is the purpose
20   of having all of this translated -- what is the
21   purpose of requiring the interpreter to go back
22   to go through our colloquy back and forth other
23   than to waste time on the record?
24        MR. VARTAN:  Not to waste time.  I want to
25   be sure that the witness fully understands and
```

1                          M. Guo

2         appreciates what's happening at the deposition.

3              MR. LUFT:  Your witness speaks English.

4         If she wants to testify in Mandarin, that's

5         fine, but you're wasting time.

6              MR. VARTAN:  You don't tell me what

7         language my witness speaks.  I've communicated

8         with my client and witness with the aid of an

9         interpreter in preparation for today's

10        deposition.  You don't dictate to me what

11        language she speaks.

12             MR. LUFT:  Mr. Vartan, keep wasting time.

13             (Interpreter read record.)

14             THE INTERPRETER:  I'm done.

15    BY MR. LUFT:

16        Q.   Ms. Guo, you speak and understand some

17    English, correct?

18        A.   Yes.

19        Q.   Do you speak English with friends?

20        A.   Yes.

21        Q.   Can you read English?

22        A.   Some.

23        Q.   Okay.

24             MR. LUFT:  I'll note for the record that

25        what I can see on the live feed, that

```
 1                           M. Guo

 2          translation exercise of just the colloquy took

 3          almost five minutes.

 4     BY MR. LUFT:

 5          Q.   Ms. Guo, is your brother involved with the

 6     Pangu Group?

 7               MR. VARTAN:  Objection, asked and

 8          answered.

 9          A.   No.

10     BY MR. LUFT:

11          Q.   + Which of your uncles is involved with

12     the Pangu Group?

13               MR. VARTAN:  Objection and instruction.

14               I'm instructing you not to answer which

15          particular family members.

16     BY MR. LUFT:

17          Q.   Which of your cousins are involved with

18     the Pangu Group?

19               MR. LUFT:  Let me strike that.

20     BY MR. LUFT:

21          Q.   Are you going to follow your counsel's

22     instruction?

23          A.   Yes.

24               MR. LUFT:  And that basis of that

25          instruction is not privilege, correct?
```

1                          M. Guo

2              MR. VARTAN:  The basis of that is security

3       interest.

4              (Reporter requests clarification.)

5              MR. LUFT:  You said the basis of that is

6       the security interest for the family, correct?

7              MR. VARTAN:  Correct.

8              MR. LUFT:  Again, the issues about

9       security can be addressed under the protective

10      order.  You can mark it as highly confidential,

11      but you cannot instruct the witness not to

12      answer because, you believe, of any security

13      concerns.

14             MR. VARTAN:  Understood.  I'm instructing

15      her not to answer for now.

16             Happy to revisit it at the break.

17             MR. LUFT:  Mr. Vartan --

18             THE WITNESS:  Can I speak?

19             MR. VARTAN:  No.  Only when a question is

20      pending.

21             THE WITNESS:  Okay.

22             MR. LUFT:  There is a question pending.

23             You're welcome to answer the question.

24      A.   What was the question again?  I can't

25      remember.

```
 1                        M. Guo

 2   BY MR. LUFT:

 3        Q.   Which of your uncles are involved in the

 4   Pangu Group?

 5             MR. VARTAN:  Same objection.

 6        A.   So thank you so much for the reminder

 7   because this case is open to the public in China.

 8   So I can answer this question.

 9             MR. VARTAN:  Oh, okay.  In that case,

10        please proceed.

11        A.   So before I started to take the position

12   there, my uncles, including the fourth older brother

13   of my father, the fifth older brother of my father,

14   and the sixth older brother of my father, managed

15   Pangu together.

16   BY MR. LUFT:

17        Q.   And then once you were hired, they stopped

18   managing it?

19        A.   So I want to explain the situation back

20   then.  It's not just that I was hired, but rather,

21   all of my family members were put into prison by the

22   communist party.  And when they came back out, they

23   all had health issues.  And one was even admitted

24   into a psychology hospital.

25             MR. LUFT:  Psychiatric.
```

1                      M. Guo

2            THE INTERPRETER:  Correction.  It's not a

3       psychological hospital.  It's a psychiatric.

4       A.    So there was nobody managing the business.

5  So I volunteered to do it.

6  BY MR. LUFT:

7       Q.    What are the names of your fourth, fifth,

8  and sixth older brother uncles?

9            MR. VARTAN:  Older brother uncles?  I

10       don't understand.

11       A.    I really don't remember their names.  I

12  never called them by their names.

13  BY MR. LUFT:

14       Q.    Okay.  And you mentioned cousins.

15            + What are the names of your cousins who

16  are involved at the Pangu Group?

17       A.    I'm really sorry because my cousins have

18  never disclosed their names to the public.  So I

19  don't want to name them.

20       Q.    Okay.  Well, we can mark this as highly

21  confidential.

22            MR. VARTAN:  I'll instruct the witness not

23       to answer.

24  BY MR. LUFT:

25       Q.    Are you going to follow your counsel's

1                         M. Guo

2    instruction?

3         A.    I really don't want to answer this

4    question.

5              MR. LUFT:  And you're not instructing her

6         on the grounds of privilege, correct?

7              MR. VARTAN:  Not on the grounds of

8         privilege.

9              MR. LUFT:  What is the basis?

10             MR. VARTAN:  Same basis as before, that

11        there are real and genuine security concerns

12        which she's now repeatedly expressed on the

13        record for her family and her extended family

14        in China.

15             MR. LUFT:  Mr. Vartan, I've heard you

16        express it many times on the record.  Not the

17        witness.

18             MR. VARTAN:  Well, we can ask her about

19        it.

20             MR. LUFT:  I don't.

21   BY MR. LUFT:

22        Q.    Putting aside who managed the building

23   before you, who are the members of the family fund

24   that pay you the salary to run Pangu Plaza?

25        A.    In our family fund, there are over 100

1                            M. Guo

2    family members.

3         Q.    Is anyone in charge of the family fund?

4         A.    No.  It's under co-management.

5         Q.    Do all 100 people have equal votes or does

6    someone have more of a say than another?

7         A.    Whoever makes a bigger contribution to the

8    family fund will have a bigger say.

9         Q.    Who's made the biggest contributions to

10   the family fund?

11              MR. VARTAN:  Objection.

12        A.    I think it's me at the moment.

13   BY MR. LUFT:

14        Q.    How much have you contributed to the

15   family fund?

16              MR. VARTAN:  Objection.  If you understand

17        what "contribution" means.

18        A.    My understanding of a contribution is

19   starting from 2016, when there was no one managing

20   Pangu Group, I brought the business back.  And over

21   the past years since then, I've made the biggest

22   contribution.

23   BY MR. LUFT:

24        Q.    Is that a monetary contribution or just a

25   contribution of your time?

1                        M. Guo

2        A.   Both.  And I made a lot of money.

3        Q.   How much money have you contributed to the

4    family fund?

5        A.   I don't remember specifically, but ever

6    since 2016, I've broken the record of the highest

7    amount earned through Pangu Hotel and the rent.

8        Q.   So you're saying the business has done

9    well?

10       A.   Yes, the business of Pangu Group, correct.

11       Q.   Who has made the biggest personal

12   contribution in terms of funds contributed into the

13   family fund?

14            MR. VARTAN:  Objection, form.

15            Once again, if you understand that

16        question, but --

17            MR. LUFT:  Mr. Vartan, please stop with

18        your speaking objections.

19       A.   I'm not sure about this answer.

20   BY MR. LUFT:

21       Q.   Have you contributed any money, not in

22   terms of what you've helped the company earn, but

23   have you contributed any money into the family fund?

24            MR. VARTAN:  Objection, form.

25       A.   No.

Page 32

1                        M. Guo

2    BY MR. LUFT:

3        Q.   Who in your family has contributed the

4    most money into the family fund?

5             MR. VARTAN:  Objection, form.

6        A.   I really don't know.

7    BY MR. LUFT:

8        Q.   To be clear, what other assets other than

9    Pangu Plaza does the family fund hold?

10            MR. VARTAN:  Objection, form.

11       A.   There's Pangu Group and Jung Chen Group.

12            There's a Pangu Group and the

13   Zenith Group.

14            THE INTERPRETER:  Spelled Z-N-I-T-H.  Or

15            it might be spelled as Z-E-N-I-T-H.  I'm not

16            quite sure.

17   BY MR. LUFT:

18       Q.   Other than Pangu Plaza, what other assets

19   do any of those entities own?

20            MR. VARTAN:  Objection, form.

21       A.   I don't know.

22   BY MR. LUFT:

23       Q.   Can you name, other than yourself, the

24   name of any family member involved in the family

25   fund?

1                          M. Guo

2              MR. VARTAN:  Objection, asked and

3       answered.

4       A.   I've already answered this question just

5  now.  I really don't want to review the names of my

6  family members here.

7  BY MR. LUFT:

8       Q.   Do you know the names of any family

9  members other than yourself that are involved in

10  this family fund?

11             MR. VARTAN:  Objection.

12       A.   I know some.

13  BY MR. LUFT:

14       Q.   How many?

15       A.   I can't remember.

16       Q.   And you won't tell me their names?

17             MR. VARTAN:  Let me just say, to the

18       extent that you're comfortable sharing names

19       such that it's not going to implicate security

20       concerns, I certainly have no objection with

21       you sharing names.

22       A.   I just mentioned the fourth, fifth, and

23  sixth older brothers of my dad.  I really can't

24  remember their names.  You can look it up.  And then

25  there's myself, my older brother.

```
 1                         M. Guo
 2            As for other people, I really want to
 3   protect their privacy.
 4   BY MR. LUFT:
 5       Q.   So your older brother is involved in the
 6   family fund?
 7       A.   Yes.
 8       Q.   But is your father involved in the family
 9   fund?
10       A.   No.
11       Q.   How about your mother?
12       A.   No.
13       Q.   How did your uncles earn the money that
14   enabled them to buy Pangu Plaza?
15            MR. VARTAN:  Objection, form.
16       A.   I don't know.
17   BY MR. LUFT:
18       Q.   When was Pangu Plaza purchased?
19       A.   I don't know.
20       Q.   Do you know what funds were used, the
21   source of -- sorry.
22            Do you know the source of any of the funds
23   used to purchase Pangu Plaza?
24            MR. VARTAN:  Objection, asked and
25            answered.
```

1                    M. Guo

2        A.   I don't know.

3   BY MR. LUFT:

4        Q.   How do you manage Pangu Plaza from the

5   United States?

6        A.   I hold videoconferences on a weekly basis

7   with them.  And I've also authorized my manager to

8   take care of management, and they also regularly

9   send me forms.

10       Q.   Who do you hold videoconferences with?

11            MR. VARTAN:  Again, I just want to

12       interpose an objection this is very far afield

13       of why we're here.

14       A.   That would be the current department

15   managers.

16  BY MR. LUFT:

17       Q.   What forms do you sign?

18       A.   Do you mean currently?

19       Q.   As part of your role running Pangu Plaza.

20       A.   I haven't signed any forms in recent

21   years.

22       Q.   Have you ever been deposed before?

23       A.   No.

24       Q.   Ms. Guo, you understand you're testifying

25   under oath?

1                           M. Guo

2        A.   Yes, I understand.

3        Q.   Is there any reason you can't give

4   truthful testimony today?

5        A.   No.

6        Q.   Ms. Guo, I want to ask you questions.  If

7   for some reason you don't understand my questions,

8   will you let me know?

9        A.   Yes.

10       Q.   Ms. Guo, could we have an agreement that

11   to the extent I ask you a question and you do not

12   tell me that you're having trouble understanding it,

13   then I can assume that you do understand my

14   question?

15       A.   Okay.

16       Q.   Ms. Guo, who did you speak to to prepare

17   for this deposition?

18       A.   My counsels.

19       Q.   Is that Mr. Vartan and Mr. Romney?

20       A.   Yes.

21       Q.   Did you speak with any other counsel?

22       A.   No.

23       Q.   Did you speak with any family members?

24       A.   No.

25       Q.   Did you review any documents in

1                          M. Guo

2    preparation for this deposition?

3         A.   I did review some together with my

4    counsels.

5         Q.   Did any of those documents refresh your

6    recollection?

7         A.   I don't quite understand what that means.

8         Q.   Did any of those documents, when you

9    looked at them, help you remember something that you

10   had not previously remembered?

11        A.   Yes, some.

12        Q.   Which documents were those?

13        A.   I can't remember now.

14        Q.   If you remember during the deposition,

15   will you let me know?

16        A.   Okay.

17        Q.   And if I show you a document that was one

18   of the ones that refreshed your recollection, can I

19   ask you to let me know that as well?

20        A.   Okay.

21        Q.   Pangu Plaza has not been seized by the

22   Chinese government?

23        A.   Last year, they did drive all of the staff

24   members and my grandfather on my dad's side onto the

25   street.  I can't remember exactly in which month

M. Guo

1
2  that happened.

3        Now we are still facing employee rights

4  protection issues.

5     Q.   But the family still controls Pangu Plaza,

6  correct?

7     A.   I think not exactly because now we don't

8  have the right to enter the Pangu building.  But we

9  still need to manage the staff.

10     Q.   Help me understand.  When you say "we are

11  not allowed to enter the building," who is the "we"?

12     A.   Everyone, including all staff members.

13  No one can enter.

14     Q.   Okay.  So Pangu Plaza doesn't earn any

15  revenue during -- since this time?

16        MR. VARTAN:  Objection, form.

17        THE INTERPRETER:  The witness just

18     answered:  "Correct."

19  BY MR. LUFT:

20     Q.   Ms. Guo, what's your birthdate?

21     A.   ███████████  1989.

22     Q.   In connection with this litigation, did

23  you collect -- did your counsel ask you to help

24  collect documents that were requested both for you

25  and on behalf of Hong Kong International USA?

Page 39

1                                 M. Guo

2       A.    I don't remember.

3       Q.    Do you know if all responsive documents in

4  connection with this litigation have been produced

5  to the trustee?

6             MR. VARTAN:  Objection, form.

7       A.    I don't remember.

8  BY MR. LUFT:

9       Q.    Ms. Guo, what was the last school you

10 attended?

11      A.    Because the last time I testified in

12 New York, my information was disclosed online and

13 some teachers told me that they were harassed.  So

14 in order to protect them, I don't want to say the

15 name.

16      Q.    + We can mark this under the protective

17 order.  But I just need to know, what is the last

18 school you attended?

19             MR. VARTAN:  If the witness has safety

20       concerns or security concerns for herself or

21       loved ones, I'd instruct her not to answer.

22      A.    Can I just try and understand what is the

23 protection order you're mentioning, you refer to?

24             MR. VARTAN:  I'll speak with her about

25       that on a break.

Page 40

1                         M. Guo

2    BY MR. LUFT:

3         Q.   What is the highest degree you've earned

4    in school?

5         A.   University graduate.

6         Q.   Where was that school located?

7         A.   New York.

8         Q.   What type of degree did you graduate with?

9         A.   BA.

10        Q.   And what was your major?

11        A.   Director.

12        Q.   Was it film school?

13        A.   Yes.

14        Q.   What year did you graduate from film

15   school?

16        A.   2012 or '13.  I think it was 2013

17   probably.

18        Q.   How many years did you go to school in

19   New York to earn that degree?

20             CHECK INTERPRETER:  She said "12

21        probably."

22             THE INTERPRETER:  Sorry.  Correction:

23        "It's 2012 or 2013.  And I think it's 2012."

24   BY MR. LUFT:

25        Q.   And how many years were you in school

1                           M. Guo

2    before you earned your degree?

3        A.    It's four years of the University program

4    and one year in language school.

5        Q.    And were you living in New York during

6    those five years?

7        A.    Yes.

8        Q.    So that would have been 2007 through 2012?

9        A.    Yes.

10       Q.    Prior to attending college, did you direct

11   any films?

12             MR. VARTAN:   Objection, form.

13       A.    No.

14   BY MR. LUFT:

15       Q.    When you graduated -- was the school NYU

16   which you went to?

17             MR. VARTAN:   Objection, form.

18       A.    No.

19   BY MR. LUFT:

20       Q.    When you graduated film school in 2012,

21   did you stay in New York?

22       A.    I did stay and shot several films, and

23   then I went back to China.

24       Q.    How long were you in New York after

25   graduating before going back to China?

Page 42

1                           M. Guo

2          A.   I can't remember.  Probably several

3     months.

4          Q.   Less than a year?

5          A.   I really can't remember.

6          Q.   Okay.  Who paid for film school?

7               MR. VARTAN:  Objection, form.

8          A.   I can't remember.

9     BY MR. LUFT:

10         Q.   Did you take loans to go to film school?

11              MR. VARTAN:  Objection, form.

12         A.   No.

13    BY MR. LUFT:

14         Q.   Did her father and mother pay for her

15    college?

16              MR. VARTAN:  Objection, form.

17         A.   I don't remember.

18    BY MR. LUFT:

19         Q.   So just so I understand, prior to going to

20    film school, where did you live?

21         A.   I studied in quite several apartments, all

22    in New York.

23         Q.   My question wasn't clear.

24              Before you went to film school, so before

25    2007, what country did you live in?

Page 43

                              M. Guo

1

2        A.    I was in China.  Sometimes in Hong Kong.

3        Q.    Did your family have homes in China and

4    Hong Kong at that time?

5              MR. VARTAN:  Objection, form.

6        A.    In China, yes.  But not in Hong Kong.

7    BY MR. LUFT:

8        Q.    Where did you stay when you were in

9    Hong Kong prior to leaving for film school in 2007?

10             MR. VARTAN:  Objection, form.

11       A.    Hotel.

12   BY MR. LUFT:

13       Q.    And when you came -- and then from 2007

14   through 2012, you lived in New York?

15       A.    Yes.

16       Q.    And when you left New York, where did you

17   go?

18       A.    I traveled for a while and then went back

19   to Beijing.

20       Q.    How long did you travel?

21       A.    I can't remember.

22       Q.    How long -- when did you start living in

23   Beijing again?

24       A.    I was in Beijing the whole time from 2014

25   to 2017.

Page 44

1                      M. Guo

2          Q.    So from 2014 to 2017 you never lived in

3     Hong Kong?

4          A.    I never did.

5          Q.    Okay.  Before 2014, did you ever live in

6     Hong Kong other than in the hotel?

7          A.    Yes.

8          Q.    Where did you live?

9          A.    At my friend's.

10         Q.    What friend was that?

11               MR. VARTAN:  Objection, form.

12         A.    Friends in Hong Kong.

13    BY MR. LUFT:

14         Q.    When you lived in -- when you came in

15    2017, where did you live?

16         A.    Hotel.

17         Q.    When you came to New York in 2017, you

18    moved into a hotel?

19         A.    Yes.

20         Q.    Was it the Sherry-Netherland hotel?

21         A.    No.  I only stayed there for a couple of

22    days.

23         Q.    Do you reside in the Sherry-Netherland

24    hotel now?

25         A.    No.

1                              M. Guo

2        Q.   Have you ever resided in the

3   Sherry-Netherland hotel?

4        A.   Several years ago, yes.

5        Q.   When was that?

6        A.   Just when I first came here in 2017.

7        Q.   Does your brother reside at the

8   Sherry-Netherland hotel?

9        A.   He's resided there several times.

10       Q.   When did he live there?

11       A.   He did in 2017 and 2018.  That's probably

12   it.  I can't really remember.

13       Q.   Did your father reside at the

14   Sherry-Netherland hotel?

15       A.   Yes, sometimes.

16       Q.   Does he reside there now?

17       A.   You mean today?

18       Q.   Yes.

19       A.   I really don't know.

20       Q.   How about within the past six months?

21       A.   I think probably occasionally, but I don't

22   really know.

23       Q.   Where does your father reside when he's

24   not residing in the Sherry-Netherland hotel?

25       A.   Connecticut.

1                              M. Guo

2        Q.   Okay.   What countries do you hold

3   citizenship in?

4        A.   I have a Hong Kong passport.

5        Q.   How do you have a Hong Kong passport if

6   you've never lived in Hong Kong as a resident?

7             MR. VARTAN:   Objection, form.

8        A.   Because my parents are Hong Kong

9   residents.   So automatically, the children would get

10  a Hong Kong passport.

11  BY MR. LUFT:

12       Q.   What address in Hong Kong is associated

13  with your passport?

14            MR. VARTAN:   Objection, form.

15       A.   I don't remember.

16  BY MR. LUFT:

17       Q.   Do you hold Chinese citizenship?

18            MR. VARTAN:   Objection, form.

19       A.   Not at the moment.

20  BY MR. LUFT:

21       Q.   Have you ever resided at 20 South Bay Road

22  in Hong Kong?

23            MR. VARTAN:   Objection, form.

24       A.   No.

25

1                          M. Guo

2    BY MR. LUFT:

3         Q.   Do you hold a Chinese passport?

4              MR. VARTAN:   Objection, asked and

5         answered.

6         A.   No.

7    BY MR. LUFT:

8         Q.   The money you make as CEO of Pangu Plaza,

9    how is that transferred to you?

10        A.   That would be paid into my main salary

11   card.

12        Q.   What is a salary card?

13        A.   So in China, for everyone working, they

14   will have a card where the company would directly

15   make payments into.  It's appropriately similar to

16   direct deposit or something here.

17             It is my personal card.  We all have one.

18        Q.   Since you came to this country in 2017,

19   how has your Pangu Plaza salary been paid to you?

20        A.   The same salary card.

21        Q.   Do you have access to the money in that

22   salary card in the United States?

23        A.   Yes.  The Bank of China has a branch here.

24        Q.   And you have an account at the

25   Bank of China?

1                           M. GUO

2        A.    Yes.

3        Q.    Does your father have an account at the

4   Bank of China?

5              MR. VARTAN:   Objection to form.

6        A.    I don't know.

7   BY MR. LUFT:

8        Q.    Does your brother have an account at the

9   Bank of China?

10             MR. VARTAN:   Objection, form.

11        A.    I don't know.

12   BY MR. LUFT:

13        Q.    I asked about 20 South Bay Road.

14             Have you ever resided at 22 South Bay Road

15   in Hong Kong?

16             MR. VARTAN:   Objection.

17        A.    No.

18   BY MR. LUFT:

19        Q.    Prior to your father -- when did your

20   father leave China?

21             MR. VARTAN:   Meaning for good?

22        A.    He departed from Beijing in 2014, but

23   specifically, when did he depart from Hong Kong, I

24   can't remember.

25

```
 1                         M. Guo

 2   BY MR. LUFT:

 3       Q.   Before he left Beijing, what did your

 4   father do to earn money?

 5            MR. VARTAN:  Objection, form.

 6       A.   I don't know.

 7   BY MR. LUFT:

 8       Q.   Your father has described himself as a

 9   billionaire prior to leaving China.

10            What did he do to earn a billion dollars

11   prior to leaving China?

12            MR. VARTAN:  Objection, form.

13       A.   I don't know.

14   BY MR. LUFT:

15       Q.   Is anyone in your family a billionaire?

16            MR. VARTAN:  Objection, form.

17       A.   I don't know.

18   BY MR. LUFT:

19       Q.   Is anyone in your family a millionaire?

20            MR. VARTAN:  Objection, form.

21       A.   I don't know.

22   BY MR. LUFT:

23       Q.   Are you a millionaire?

24            MR. VARTAN:  Objection, form.

25       A.   I'm not at the moment.
```

Page 50

```
 1                          M. Guo

 2   BY MR. LUFT:

 3        Q.   Is your brother a millionaire?

 4             MR. VARTAN:  Objection, form.

 5        A.   I don't know.

 6   BY MR. LUFT:

 7        Q.   Okay.  What does your brother do for work?

 8        A.   My brother is an investor in many areas,

 9   many aspects, and he also helps with family

10   business.

11        Q.   What is the source of funds your brother

12   uses to invest?

13             MR. VARTAN:  Objection, form.

14        A.   I don't know.

15   BY MR. LUFT:

16        Q.   What companies does your brother invest

17   in?

18             MR. VARTAN:  Objection, form.

19        A.   I don't know.

20   BY MR. LUFT:

21        Q.   Which family members' money does your

22   brother invest?

23             MR. VARTAN:  Objection, form.

24        A.   I don't know.

25
```

```
 1                          M. Guo

 2    BY MR. LUFT:

 3         Q.   Where does your brother live?

 4         A.   London.

 5         Q.   What address?

 6         A.   I really can't remember.

 7         Q.   What companies does your brother control?

 8              MR. VARTAN:   Objection to the word

 9         "control."

10         A.   I don't remember.

11    BY MR. LUFT:

12         Q.   Do you know any companies that your

13    brother owns?

14         A.   I don't remember.

15         Q.   Did your brother go to a university?

16         A.   Yes.

17         Q.   Where did he go?

18         A.   I can't remember the name.  A university

19    in the UK that's the top ranking in the economics

20    major.

21         Q.   Do you know when he graduated?

22         A.   I know that in recent years he also

23    studied in a master's course, but I'm not sure about

24    the exact year.

25         Q.   Do you have any other family in the
```

1                    M. GUO

2    United States?

3         A.    My parents.

4         Q.    Any other family in the UK other than your

5    brother?

6         A.    No.

7         Q.    When was the last time you saw your

8    brother?

9         A.    Two years ago.  It's been two or

10   three years, approximately.  I don't remember.

11        Q.    Since you've been in the United States

12   starting in 2017, how often has your brother come

13   from the UK to visit?

14        A.    Maybe just once per year, or at a maximum

15   twice a year.

16             MR. VARTAN:  Mr. Luft, we're coming up

17        about on an hour and a half, so whenever may be

18        a convenient break for the witness, I'd

19        appreciate it.

20             MR. LUFT:  Okay.

21   BY MR. LUFT:

22        Q.    But in the past couple of years, he hasn't

23   made those trips?

24        A.    That's correct.

25        Q.    Do you recall the last time he came to

1                      M. Guo

2   visit in the United States?

3        A.    It's approximately two or three years ago.

4             MR. LUFT:  We can take a break now.

5             MR. VARTAN:  Okay.  Thank you.

6             THE VIDEOGRAPHER:  Excuse me.

7             The time is 12:01 p.m.  We're going off

8        the record.

9             (Recess.)

10            THE VIDEOGRAPHER:  It is 12:24 p.m.  We

11       are back on the record.

12  BY MR. LUFT:

13       Q.    Ms. Guo, a quick follow-up question from

14  what we were discussing before.  You said you worked

15  with a manager of the Pangu Plaza.

16            What is their name?

17            MR. VARTAN:  Objection, form.

18       A.    So there's not just one manager, but

19  department managers.  There are six or seven of

20  them.

21  BY MR. LUFT:

22       Q.    What are their names?

23       A.    I don't remember.  I don't call them by

24  their names.

25       Q.    What do you call them by?

1                          M. Guo

2          MR. VARTAN:  Objection, form.

3      A.   I just say "Hi everyone."

4  BY MR. LUFT:

5      Q.   And since people have been locked out of

6  the building for the past year, have you -- during

7  that time, has Pangu Plaza generated any funds?

8      A.   No.  The money is also locked inside.

9      Q.   You mentioned that you have a personal

10  bank account at the Bank of China in New York; is

11  that correct?

12     A.   So this account was opened in China, but I

13  can also use it in New York.

14     Q.   Other than the Bank of China, is there any

15  other banks where you hold personal bank accounts?

16          MR. VARTAN:  Objection, form.

17     A.   Very recently, I've already had five to

18  six bank accounts locked in the US.

19  BY MR. LUFT:

20     Q.   What do you mean when you say you have had

21  five or six bank accounts locked in the US?

22     A.   It's that whenever I open an account with

23  any bank and use it for a little while, it gets

24  locked.

25          And the most recent one was locked last

1                          M. Guo

2    week, and I haven't had the opportunity to get

3    another one.

4          Q.    What bank was that with?

5                MR. VARTAN:  Objection, form.

6          A.    Chase, Bank of America, Citibank,

7    First Republic -- oh, no, I can't remember -- yes,

8    First Republic.

9                And these are the ones that I can remember

10   for now.

11   BY MR. LUFT:

12         Q.    Did any of those banks give you an

13   explanation for why your bank account was locked?

14               MR. VARTAN:  Objection, form.

15         A.    Entire, not.

16   BY MR. LUFT:

17         Q.    And I'm told -- is the proper translation

18   "closed," not "locked"?

19         A.    Right.  So they canceled my account number

20   and told me that they will never have a business

21   relationship with me.

22         Q.    Other than telling you that they would

23   never have a business relationship with you, did any

24   of those banks give you any further explanation for

25   why they would not have a business relationship with

1                         M. Guo

2    you?

3              MR. VARTAN:  Objection, form.

4        A.   No.  I've asked, and they just told me

5    it's not up to them.

6    BY MR. LUFT:

7        Q.   You're the legal owner -- let me strike

8    that.

9              You're familiar with an entity called

10   Hong Kong International USA?

11       A.   Yes.

12       Q.   And you allege that you are the owner of

13   that entity, correct?

14       A.   Yes.

15       Q.   And Hong Kong International USA has no

16   bank accounts, correct?

17       A.   Correct.

18       Q.   Other than Hong Kong International USA, is

19   there any other entity that you allege that you own?

20              MR. VARTAN:  Objection, form.

21       A.   Yes.

22   BY MR. LUFT:

23       Q.   What is the name of that entity?

24              MR. VARTAN:  Objection, form.

25       A.   I can't remember now.

Page 57

```
 1                         M. Guo

 2   BY MR. LUFT:

 3        Q.   Can you -- is it more than one entity?

 4             MR. VARTAN:  Objection, form.

 5        A.   Yes, probably.

 6   BY MR. LUFT:

 7        Q.   Okay.  What do you recall about the

 8   entities that you own?

 9             MR. VARTAN:  Objection, form.

10        A.   I really can't remember now.

11   BY MR. LUFT:

12        Q.   Are you the legal owner of that entity?

13             MR. VARTAN:  Objection, form.

14             I think I'd just ask for clarification

15        what entity you're referring to?

16        A.   My question is which entity.

17   BY MR. LUFT:

18        Q.   I asked you if -- other than Hong Kong

19   International USA, if there's any other entity that

20   you own.  You told me that there was but you don't

21   remember the name.

22             So I'm asking you about that entity that

23   you state that you own that is not Hong Kong

24   International USA.

25             MR. VARTAN:  She said there were multiple
```

Page 58

1                          M. Guo

2       entities.

3              MR. LUFT:  No, she didn't.  She said she

4       doesn't recall.  Maybe.

5              MR. VARTAN:  I think the question is

6       confusing.

7              MR. LUFT:  Okay.  Honestly, if you'd like

8       to be deposed next, let me know and I'll -- but

9       right now I'm just going to talk to Ms. Guo,

10      okay?

11             MR. VARTAN:  I'm happy -- I'm happy to be

12      deposed.

13             MR. LUFT:  I'm sure you are.

14             MR. VARTAN:  I'm happy to be deposed.

15      He's welcome to depose me right now.

16             MR. LUFT:  You've been testifying all day.

17      I'm sure you do.

18    BY MR. LUFT:

19      Q.   Ms. Guo, I'm asking you about whatever

20    entity that you were referring to.  So let's just

21    clarify this.

22             Other than Hong Kong USA, is there more

23    than one entity that you are the owner of?

24             MR. VARTAN:  Objection, form.

25      A.   So you mean that you are asking me how

1                          M. GUO

2  many?

3  BY MR. LUFT:

4      Q.   Let's start with that.  How many entities

5  other than Hong Kong USA do you allege that you own?

6           MR. VARTAN:  Objection, form.

7      A.   I really didn't know previously but

8  recently I've overheard your colleague, Luc,

9  threatening my dad, saying that I have nine

10  companies.

11  BY MR. LUFT:

12      Q.   Where did you overhear Mr. Despins?

13           MR. VARTAN:  Objection, form.

14           THE INTERPRETER:  The name?

15           MR. LUFT:  D-E-S-P-I-N-S.

16           MR. VARTAN:  And I would just say that

17      it --

18           MR. LUFT:  Counsel, please stop

19      interfering.

20           MR. VARTAN:  I need to interpose an

21      objection.

22           If you learned from counsel about these

23      conversations, then I'd ask you not to speak

24      about conversations with counsel.

25      A.   I don't remember exactly when.

```
 1                        M. Guo

 2   BY MR. LUFT:

 3        Q.   Have you ever attended any hearings?

 4        A.   No.

 5        Q.   Have you ever been in a room with

 6   Mr. Despins?

 7        A.   No.

 8        Q.   Have you ever been on a phone call with

 9   Mr. Despins?

10        A.   No.

11        Q.   In fact, you've never heard Mr. Despins

12   say anything to your father, correct?

13             MR. VARTAN:  Objection, form.

14        A.   That's correct.

15   BY MR. LUFT:

16        Q.   Are you -- putting aside what anyone may

17   have told you about what Mr. Despins may or may not

18   have said, to your knowledge, how many entities do

19   you believe that you own other than Hong Kong

20   International USA?

21             MR. VARTAN:  Objection, form.

22        A.   I don't remember.

23   BY MR. LUFT:

24        Q.   Do you control those entities?

25             MR. VARTAN:  Objection, form.
```

Page 61

1                           M. GUO

2        A.   Yes.

3   BY MR. LUFT:

4        Q.   What are their names?

5             MR. VARTAN:  Objection, form.

6        A.   I can't remember now.

7   BY MR. LUFT:

8        Q.   What businesses are they in?

9             MR. VARTAN:  Objection, form.

10       A.   As far as I know, there's no business

11  currently.

12  BY MR. LUFT:

13       Q.   Where are they located?

14            MR. VARTAN:  Objection, form.

15       A.   Are you referring to the location of the

16  company?

17  BY MR. LUFT:

18       Q.   Uh-huh.

19       A.   At this moment, these companies don't have

20  a physical address.

21       Q.   Do any of these companies have employees?

22            MR. VARTAN:  Objection, form.

23       A.   No.

24  BY MR. LUFT:

25       Q.   Do any of these entities have assets?

Page 62

1                        M. Guo

2            MR. VARTAN:  Objection, form.

3       A.   My yacht.

4   BY MR. LUFT:

5       Q.   Other than Hong Kong International USA, do

6   any of the entities that you purport to own have any

7   assets?

8            MR. VARTAN:  Objection, form.

9       A.   Just my yacht.

10  BY MR. LUFT:

11      Q.   Is that an asset that is held by any

12  entity other than Hong Kong International USA?

13      A.   You're referring to the yacht, my yacht?

14      Q.   I'm asking other than Hong Kong

15  International USA, do any of the other entities you

16  own and control have an interest in the Lady May?

17      A.   No.

18      Q.   So is it fair to say that -- strike that.

19           Did you establish these other entities

20  that you own and control --

21           MR. VARTAN:  Objection to form.

22  BY MR. LUFT:

23      Q.   -- other than Hong Kong International USA?

24           MR. VARTAN:  Objection, form.

25      A.   They were not established by me.

Page 63

```
 1                        M. Guo
 2   BY MR. LUFT:
 3        Q.   Who were they established by?
 4             MR. VARTAN:  Objection, form.
 5        A.   I don't remember.
 6   BY MR. LUFT:
 7        Q.   How did you acquire those entities?
 8             MR. VARTAN:  Objection, form.
 9        A.   They were transferred to me.
10   BY MR. LUFT:
11        Q.   Who transferred those entities to you?
12             MR. VARTAN:  Objection, form.
13        A.   People managing the family fund.
14   BY MR. LUFT:
15        Q.   Which people?
16             MR. VARTAN:  Objection, form.
17        A.   I can't remember the exact.
18   BY MR. LUFT:
19        Q.   Can you remember anyone who transferred
20   you one of these companies that you now own?
21             MR. VARTAN:  Objection, form.
22        A.   Yes.  HKI.  This company was transferred
23   to me by Ms. Qu.
24             THE INTERPRETER:  Spelled as Q-U.
25
```

Page 64

1                           M. Guo

2   BY MR. LUFT:

3        Q.   Other than Hong Kong International, can

4   you tell me anyone who transferred one of the

5   entities you purport to own?

6             MR. VARTAN:   Objection, form.

7        A.   I don't remember.

8   BY MR. LUFT:

9        Q.   Why did they -- other than Hong Kong

10  International, why were any of these entities that

11  you purport to own transferred to you?

12            MR. VARTAN:   Objection, form.

13       A.   So I can help managing the company.

14  BY MR. LUFT:

15       Q.   Do any of those companies have operations?

16            MR. VARTAN:   Objection, form.

17       A.   At the moment, no.

18  BY MR. LUFT:

19       Q.   Did they ever have operations from the

20  time she's held them?

21            MR. VARTAN:   Objection, form.

22       A.   Not yet.

23  BY MR. LUFT:

24       Q.   So if they have no operations, what do you

25  do to manage them?

Page 65

1                              M. Guo

2              MR. VARTAN:  Objection, form.

3         A.    Nothing.

4    BY MR. LUFT:

5         Q.    Just to be clear, do any of those entities

6    have -- well, you told me Hong Kong International

7    doesn't have a bank account.

8              Do any of these other entities that you

9    purport to own have bank accounts?

10             MR. VARTAN:  Objection, form.

11        A.    I don't remember.

12   BY MR. LUFT:

13        Q.    Do you recall if any of them have any

14   assets?

15             MR. VARTAN:  Objection, form.

16        A.    I don't remember.

17   BY MR. LUFT:

18        Q.    Okay.  Who made the decision that other

19   than Hong Kong International, those entities that

20   you purport to own should be transferred to you?

21             MR. VARTAN:  Objection, form.

22        A.    People from the family fund.

23   BY MR. LUFT:

24        Q.    Which people?

25             MR. VARTAN:  Objection, form.

Page 66

1                         M. Guo

2       A.   At that time, it was a decision reached by

3  negotiation with everybody.

4  BY MR. LUFT:

5       Q.   Specifically, which people made the

6  decision to send -- to transfer these companies that

7  did not have assets and operations to your

8  ownership?

9            MR. VARTAN:  Objection, form.

10           THE INTERPRETER:  Can the interpreter

11       clarify single or plural from the witness?

12           MR. LUFT:  Sure.

13       A.   My uncles and also myself.

14  BY MR. LUFT:

15       Q.   Which uncles?

16           MR. VARTAN:  Objection, form.

17       A.   At the time, it was the fifth and the

18  sixth older brothers of my dad.

19  BY MR. LUFT:

20       Q.   And these are the same uncles whose names

21  you don't know?

22           MR. VARTAN:  Objection, form.

23       A.   Right.

24  BY MR. LUFT:

25       Q.   Why did they establish these companies?

Page 67

1          M. Guo

2          MR. VARTAN:  Objection, form.

3     A.   I don't know.

4  BY MR. LUFT:

5     Q.   You said you had a discussion with them.

6          What was the reason for why those

7  companies were transferred to your ownership?

8          MR. VARTAN:  Objection, asked and

9     answered.

10    A.   The specific reason is in 2017, I came

11 back to the US.  So compared with them, I have a

12 better personal security.  So the decision was to

13 first transfer them to me.

14         And also, because I was managing

15 Pangu Plaza at that time, and that's my

16 responsibility as part of the family fund.

17 BY MR. LUFT:

18    Q.   Do you know in what country these

19 companies are incorporated?

20         MR. VARTAN:  Objection, form.

21    A.   Hong Kong probably.

22 BY MR. LUFT:

23    Q.   Do you own any cars?

24         MR. VARTAN:  Objection, form.

25         THE INTERPRETER:  Sorry.  I didn't

```
1                          M. Guo
2      understand.
3  BY MR. LUFT:
4      Q.   Do you own any cars?
5      A.   No.  I don't know how to drive.
6      Q.   Do any of the entities that you control
7  have any cars listed in their names?
8           MR. VARTAN:  Objection, form.
9      A.   I don't remember.
10 BY MR. LUFT:
11     Q.   Does the family fund control any cars that
12 are located in the United States?
13          MR. VARTAN:  Objection, form.
14     A.   I don't know.
15 BY MR. LUFT:
16     Q.   Do any of the companies that you control
17 have as an asset an airplane?
18          MR. VARTAN:  Objection, form.
19     A.   It has happened.
20 BY MR. LUFT:
21     Q.   Which companies that you control had an
22 airplane as an asset?
23          MR. VARTAN:  Objection, form.
24     A.   I don't remember the name.
25
```

```
1                          M. Guo

2   BY MR. LUFT:

3        Q.   When did they hold the plane as an asset?

4             MR. VARTAN:  Objection, form.

5        A.   I think it was probably in 2017 or 2018.

6   I don't remember the exact date.

7   BY MR. LUFT:

8        Q.   What happened to that plane?

9             MR. VARTAN:  Objection, form.

10       A.   We didn't really use it much, and it's

11  hard to manage.  So we put it into the market for

12  many years.  Eventually it sold.

13  BY MR. LUFT:

14       Q.   When was the plane sold?

15            MR. VARTAN:  Objection, form.

16       A.   It was summer last year, and it had been

17  in the market for many years.

18  BY MR. LUFT:

19       Q.   So this past summer?

20            MR. VARTAN:  Objection, form.

21       A.   Yes.

22  BY MR. LUFT:

23       Q.   When you say "we sold it," who is the

24  "we"?

25            MR. VARTAN:  Objection, form.
```

Page 70

1                        M. Guo

2        A.    So that would be a word introduced by the

3    interpreter.  I didn't specifically say "we."  The

4    interpreter said "we."

5    BY MR. LUFT:

6        Q.    Okay.  So who made the decision to sell

7    the plane in the summer of 2022?

8              MR. VARTAN:  Objection, form.

9        A.    Me.

10   BY MR. LUFT:

11       Q.    And when in the summer of 2022 did you

12   sell the plane?

13             MR. VARTAN:  Objection, form.

14       A.    I don't remember.

15   BY MR. LUFT:

16       Q.    Who did you sell the plane to?

17             MR. VARTAN:  Objection, form.

18       A.    I can't remember the party's name that I

19   sold it to.

20   BY MR. LUFT:

21       Q.    How much did you sell the plane for?

22             MR. VARTAN:  Objection, form.

23       A.    I think it's over 10 million.

24   BY MR. LUFT:

25       Q.    And what happened to those funds?

1                    M. Guo

2              MR. VARTAN:  Objection, form.

3         A.   My brother helped me to take care of the

4    funds.  I don't know about the specifics.

5    BY MR. LUFT:

6         Q.   How did your brother help you take care of

7    the funds?

8              MR. VARTAN:  Objection, form.

9         A.   How he took care of it?  I'm not sure if I

10   understand what that means.

11   BY MR. LUFT:

12        Q.   Well, you said that your brother helped

13   you take care of the funds.  So I want to

14   understand; what did he do?

15             MR. VARTAN:  Objection, form.

16        A.   He helped me to negotiate on the price and

17   then sold it.  That's it.

18   BY MR. LUFT:

19        Q.   And once you sold it, where did those

20   $10 million in funds go?

21             MR. VARTAN:  Objection, form.

22        A.   Now it's at somewhere with a third party.

23   BY MR. LUFT:

24        Q.   Which third party holds the $10 million

25   from the sale of the airplane?

Page 72

1                          M. Guo

2              MR. VARTAN:  Objection, form.

3        A.   I don't know.

4   BY MR. LUFT:

5        Q.   You don't know where $10 million is that

6   you received for the sale of a plane that a company

7   you own controlled?

8              MR. VARTAN:  Objection, asked and

9        answered.

10       A.   I've just mentioned at a third party.

11  BY MR. LUFT:

12       Q.   What third party?

13             MR. VARTAN:  Objection, form.

14       A.   I don't know.

15  BY MR. LUFT:

16       Q.   If you wanted to get that $10 million, how

17  would you find it, given that you don't know the

18  name of the third party who's holding it?

19             MR. VARTAN:  Objection, form.

20       A.   I'll ask my brother.

21  BY MR. LUFT:

22       Q.   So you have no knowledge who has that

23  $10 million right now?

24             MR. VARTAN:  Asked and answered.

25       A.   I just don't remember the name of them.

1                          M. Guo

2    BY MR. LUFT:

3          Q.   Is it a person or a corporation?

4               MR. VARTAN:  Objection, form.

5          A.   I don't remember.

6    BY MR. LUFT:

7          Q.   Who's the owner of that $10 million?

8               MR. VARTAN:  Objection, form.

9          A.   Me.

10   BY MR. LUFT:

11         Q.   Is it possible that that $10 million --

12   strike that.

13              Where was the sale done?

14              MR. VARTAN:  Objection, form.

15         A.   I don't remember.

16   BY MR. LUFT:

17         Q.   What type of plane was it?

18              MR. VARTAN:  Objection, form.

19         A.   So the exact model, I think it might have

20   been 747.  It's pretty big.

21   BY MR. LUFT:

22         Q.   Is it a plane you had traveled on with

23   your family?

24              MR. VARTAN:  Objection to form.

25         A.   Yes.  When I was a kid back in China, I

1                         M. Guo

2    traveled with my family on it.

3    BY MR. LUFT:

4         Q.   How old were you then?

5              MR. VARTAN:  Objection, form.

6         A.   I was a teenager.

7    BY MR. LUFT:

8         Q.   So how old is this plane?

9              MR. VARTAN:  Objection, form.

10        A.   I think it's probably 15 years.

11   BY MR. LUFT:

12        Q.   And you don't recall which of your

13   entities held that plane --

14             MR. VARTAN:  Objection, form.

15   BY MR. LUFT:

16        Q.   -- prior to the sale this summer?

17             MR. VARTAN:  Objection, form.

18        A.   I can't remember the full name.  I think

19   it's probably Whitcraft.

20   BY MR. LUFT:

21        Q.   When was the last time you flew on the

22   plane?

23             MR. VARTAN:  Objection, form.

24        A.   I don't remember.

25

```
 1                          M. Guo
 2    BY MR. LUFT:
 3         Q.   When was the last time your father flew on
 4    the plane?
 5              MR. VARTAN:  Objection, form.
 6         A.   I don't remember either.
 7    BY MR. LUFT:
 8         Q.   Okay.  Does Hong Kong International USA
 9    file tax returns?
10         A.   Yes.
11         Q.   Where does it file tax returns?
12         A.   In New York.  I'm not sure.
13         Q.   Do you have copies of those tax returns?
14         A.   Not at the moment.
15         Q.   Who holds copies of those tax returns?
16         A.   The person who does tax for me.
17         Q.   And when you were in Hong Kong, did you
18    file -- Hong Kong International, did it file tax
19    returns?
20         A.   I don't know.
21         Q.   Do you know why Mr. Vartan would have
22    written to O'Melveny & Myers and told them that
23    Hong Kong International does not file tax returns?
24              MR. VARTAN:  Objection.
25         A.   I'm actually a bit confused now.
```

1                    M. Guo

2          Now we're talking about Hong Kong

3    International, right?

4    BY MR. LUFT:

5       Q.   No.   Hong Kong International USA.

6          Do you know why Mr. Vartan would have told

7    O'Melveny & Myers in 2021 that Hong Kong

8    International USA does not file tax returns?

9          MR. VARTAN:  Objection, form.

10      A.   That's because this company now doesn't

11   make any profits.

12          I think I probably made a mistake myself

13   earlier because I don't really remember details

14   about the tax.

15   BY MR. LUFT:

16      Q.   When you said you made a mistake, what do

17   you mean?  Does Hong Kong International USA file tax

18   returns or not?

19      A.   I'm not -- I'm really not sure.

20      Q.   Okay.  You allege that the Lady May was

21   given to you as a gift, correct?

22      A.   Yes.

23      Q.   Did you declare it as a gift for taxes in

24   any country?

25          MR. VARTAN:  Objection, form.

Page 77

1                      M. Guo

2          Again, if this is calling for advice of

3      counsel or conversations with counsel, you

4      can't disclose that.

5      A.    I don't remember.

6   BY MR. LUFT:

7      Q.    You don't know if you declared -- let me

8   just be very clear.

9          Have you ever declared the Lady May as a

10  gift for purposes of taxes filed in the

11  United States by yourself or Hong Kong

12  International?

13          MR. VARTAN:  Objection.  Same admonition,

14      that if this implicates --

15          MR. LUFT:  This is a yes-or-no question,

16      Counsel.  These are completely improper.

17          Counsel, there's no privilege issue to

18      asking yes or no, did she declare it on her

19      taxes.  Right?

20          MR. VARTAN:  If she was directed by her

21      attorneys to do one thing --

22          MR. LUFT:  No.  I'm not asking what advice

23      she got.  I'm asking yes or no, did something

24      happen.

25          Counsel, this is improper.

1                    M. Guo

2            MR. VARTAN:  I'm allowed to interpose my

3     objection.

4   BY MR. LUFT:

5         Q.   Go ahead, Ms. Guo.  Please answer the

6   question.

7         A.   I don't remember.

8         Q.   Did you ever declare the Lady May as gift

9   for purposes of filing taxes in Hong Kong?

10            MR. VARTAN:  Same objection.

11        A.   I don't remember.

12  BY MR. LUFT:

13        Q.   Is there any country that you know of for

14  which you declared the Lady May as a gift for

15  purposes of filing taxes?

16            MR. VARTAN:  Same objection.

17        A.   I don't remember.

18  BY MR. LUFT:

19        Q.   Okay.  Are you familiar with a woman named

20  Yvette Wang?

21        A.   Yes.  I know her.

22        Q.   Who is Ms. Wang?

23        A.   She's my friend and she's also worked at

24  my brother's company.

25        Q.   What company is that?

Page 79

1                          M. Guo

2          (A discussion was held off the record.)

3          THE INTERPRETER:  The interpreter stands

4     corrected.  The witness said "She worked for my

5     brother."

6   BY MR. LUFT:

7          Q.   What does Ms. Wang do for your brother?

8          A.   She works at my brother's family fund

9   office.

10         Q.   And what is the name of your brother's

11  family fund office?

12         A.   Golden Spring, New York.

13         Q.   Does she still work there?

14         A.   No.

15         Q.   Where does she work now?

16         A.   I don't know.

17         Q.   When did she stop working there?

18         A.   I don't know the exact time.

19         Q.   What's your best estimate?

20         A.   Last year.

21         Q.   Before or after your father declared

22  bankruptcy?

23         A.   After, I think.

24         Q.   How long after your father declared

25  bankruptcy did Ms. Wang leave her employment at

Page 80

```
 1                         M. GUO
 2   Golden Spring?
 3        A.   I don't remember.
 4        Q.   Do you know Ms. Wang's phone number?
 5             MR. VARTAN:  Objection, form.
 6        A.   I don't know.
 7   BY MR. LUFT:
 8        Q.   Do you know where Ms. Wang lives?
 9             MR. VARTAN:  Objection, form.
10        A.   I don't know.
11   BY MR. LUFT:
12        Q.   If you had to send her a letter, what
13   address would you send it to?
14             MR. VARTAN:  Objection, form.
15        A.   I don't write letters to her.
16   BY MR. LUFT:
17        Q.   Do you have her email address?
18        A.   No.
19        Q.   Who else works at Golden Spring other than
20   Ms. Wang?
21        A.   A lot of people.  I don't know their
22   names.
23        Q.   Do you know anyone's name other than
24   Ms. Wang who has worked at Golden Spring?
25        A.   I don't remember.
```

Page 81

```
 1                        M. Guo

 2        Q.    When was the last time you saw Ms. Wang?

 3        A.    Last month.

 4              It's January now, right?  It's been one or

 5   two months.

 6        Q.    Where did you see Ms. Wang?

 7        A.    In Connecticut.

 8        Q.    At your parents' home?

 9        A.    Yes.

10        Q.    Do you believe Ms. Wang to be honest?

11              MR. VARTAN:  Objection, form.

12        A.    Yes.

13   BY MR. LUFT:

14        Q.    To be truthful?

15              MR. VARTAN:  Objection, form.

16              I really don't understand, you know, these

17        questions.

18              MR. LUFT:  Mr. Vartan --

19              MR. VARTAN:  At this point they're so far

20        afield -- I mean, we've been far afield all

21        day, but these in particular are completely out

22        of bounds.

23   BY MR. LUFT:

24        Q.    You can answer.

25        A.    Yes.
```

Page 82

1                           M. Guo

2        Q.   If Ms. Wang said that an entity she worked

3   for was actually controlled by Mr. Kwok, would you

4   have any reason to believe that she was not telling

5   the truth?

6             MR. VARTAN:  Objection, form.

7        A.   When did she say that and where did she

8   say that?

9   BY MR. LUFT:

10       Q.   I'm just asking you, if she was to make a

11  statement that an entity she worked for was actually

12  controlled by your father, would you have any reason

13  to believe she wasn't telling the truth?

14            MR. VARTAN:  Objection.  If you have a

15       copy of the statement that you want to share

16       with the witness, by all means.  But these are,

17       you know, unfair questions.  You're asking

18       hypotheticals topped on hypotheticals.

19  BY MR. LUFT:

20       Q.   You can answer.

21       A.   I would like to see that document.

22       Q.   I'm just asking you a question.

23            If that's what she said, would you have

24  any reason to believe she wasn't telling the truth?

25            MR. VARTAN:  Objection.  She's answered

```
 1                          M. Guo

 2        your question.

 3        A.   I haven't seen this thing and I don't know

 4   whether she actually said that.  I can't really say

 5   whether she was not telling the truth.

 6   BY MR. LUFT:

 7        Q.   Do you know a person named Max Krasner?

 8        A.   Yes, I know.

 9        Q.   Who is Mr. Krasner?

10        A.   A person that works at my brother's

11   company, Golden Spring.

12        Q.   Sorry.  Let me step back one second.

13             Has Ms. Wang ever worked for you or one of

14   your companies?

15        A.   No.

16        Q.   Have you ever authorized Ms. Wang to take

17   actions on behalf of you or one of your companies?

18             MR. VARTAN:  Objection, form.

19        A.   I don't remember.

20   BY MR. LUFT:

21        Q.   What did Mr. Krasner do at Golden Spring?

22        A.   I'm not sure about the specifics.

23   Probably management.

24        Q.   Does Mr. Krasner still work at

25   Golden Spring?
```

1                              M. GUO

2          A.    No.

3          Q.    When did Mr. Krasner stop working at

4    Golden Spring?

5          A.    I don't remember.

6          Q.    What's your best recollection?

7          A.    Also last year.

8          Q.    Before or after your father declared

9    bankruptcy?

10         A.    After.

11         Q.    Do you know where Mr. Krasner works now?

12         A.    I don't know.

13         Q.    When was the last time you spoke to

14   Mr. Krasner?

15         A.    Last year.

16         Q.    Did you ever speak to Mr. Krasner about

17   Hong Kong International?

18         A.    I don't remember.

19         Q.    Did you ever speak to Ms. Wang about

20   Hong Kong International?

21         A.    I don't remember.

22         Q.    Do you know someone named Fiona Yu?

23         A.    It sounds very familiar, but I don't

24   remember.

25         Q.    How about Daniel Podhaskie?

1                         M. Guo

2        A.   I think this person was probably also an

3   employee of Golden Spring.

4        Q.   Did you ever have any business dealings

5   with Mr. Podhaskie?

6        A.   I don't remember.

7        Q.   Did you ever have -- did you ever speak to

8   Mr. Podhaskie regarding Hong Kong International?

9        A.   I don't remember.

10        Q.   Does Mr. Podhaskie work at Golden Spring

11   currently?

12        A.   No.

13        Q.   Did you ever have any business dealings

14   with Ms. Wang?

15        A.   I don't remember.

16        Q.   When was the last time you spoke to

17   Mr. Podhaskie?

18        A.   I don't remember.

19        Q.   Who is Aaron Mitchell?

20        A.   My counsel.

21        Q.   When did Mr. Mitchell start serving as

22   your counsel?

23        A.   It's been many years.

24        Q.   When did he first start becoming your

25   counsel?

1                          M. Guo

2       A.   I don't remember.

3       Q.   Why did you hire Mr. Mitchell?

4            MR. VARTAN:  Objection.

5       A.   Because I need Mr. Mitchell.

6  BY MR. LUFT:

7       Q.   Are you aware that Mr. Mitchell is also

8  your father's lawyer?

9       A.   Yes.

10      Q.   Is Mr. Mitchell currently your counsel?

11      A.   Yes.

12      Q.   Was Mr. Mitchell your counsel during the

13 time of the PAX litigation between PAX and your

14 father?

15      A.   Yes.

16      Q.   Do you know Melissa Francis?

17      A.   No.

18      Q.   Have you ever had any dealings with

19 Melissa Francis through Golden Spring?

20           MR. VARTAN:  Objection to form.

21           She just said she doesn't know

22      Melissa Francis.

23      A.   No.

24 BY MR. LUFT:

25      Q.   If I told you that Ms. Francis was the

Page 87

1                          M. Guo

2    general counsel at Golden Spring, would that refresh

3    your recollection?

4              MR. VARTAN:  Objection.

5         A.   I don't remember.

6    BY MR. LUFT:

7         Q.   Okay.  We are going to mark as Mei Guo

8    Deposition Exhibit 1 what I believe you will tell me

9    is a copy of the affidavit you submitted to the

10   State Supreme Court of the State of New York in

11   connection with the Pacific Alliance Asia

12   Opportunity Fund v. Ho Wan Kwok, Genever Holdings,

13   and Genever Holdings Corporation litigation.

14             (Mei Guo Exhibit 1 was received and marked

15        for identification, as of this date.)

16        A.   (Witness reviews document.)

17   BY MR. LUFT:

18        Q.   Ms. Guo, do you recognize this document?

19        A.   Yes.

20        Q.   If we turn to page 5 of 6, is that your

21   signature?

22        A.   Yes.

23        Q.   And is everything you put in this

24   affidavit that was submitted to the Court in the

25   Supreme Court, State of New York, truthful and

1                          M. Guo

2    accurate?

3         A.   Yes.

4         Q.   Is there anything in this affidavit that

5    you would want to change, sitting here today?

6              MR. VARTAN:  If you need to read it in

7         full, obviously, you have that ability.

8         A.   Let me take a look.

9              (Witness reviews document.)

10             I'm done.

11   BY MR. LUFT:

12        Q.   Having now reread your entire affidavit,

13   is there anything in it that you believe is

14   inaccurate?

15        A.   No.

16        Q.   Is there anything in it that you wish to

17   change?

18        A.   No.

19        Q.   If you're called as a witness at the

20   hearing in connection with this litigation, would

21   you give the same testimony as you have set forth in

22   this affidavit?

23        A.   Yes, I would.

24        Q.   Other than what is set forth in this

25   affidavit, if you were called as a witness in this

1                        M. Guo

2  hearing, is there anything else, sitting here today,

3  that you intend to testify to at the hearing before

4  Judge Manning at the bankruptcy court?

5            MR. VARTAN:  Objection.  How could she

6        possibly answer that?

7        A.    I don't quite understand the question.

8            Does it mean that if I would be saying the

9  same things I'm saying here today at the court?

10 BY MR. LUFT:

11       Q.    Maybe I'll ask it a different way.

12           In writing this declaration that you

13 submitted to the Supreme Court of the State of

14 New York, did you intend to include all pertinent

15 facts that you thought the Court should know with

16 regard to HK International USA and your assertion of

17 ownership with regard to the Lady May?

18           MR. VARTAN:  Objection, form.

19       A.    Yes.

20 BY MR. LUFT:

21       Q.    Sitting here today, are there any other

22 facts that you are aware of that you think the

23 bankruptcy court should know with regard to

24 HK International USA and your assertion that

25 HK International USA is the owner of Lady May?

1                         M. Guo

2            MR. VARTAN:  Objection.  How could she

3       possibly answer that?

4            If you have a specific question --

5            MR. LUFT:  Mr. Vartan, stop.

6            MR. VARTAN:  I mean, that's not a

7       permissible question.

8            MR. LUFT:  It is a completely permissible

9       question.  I'm tired of you wasting time.

10           MR. VARTAN:  I'm not wasting any time.

11      That is an impossible question to answer.

12      You're asking her to set forth from the

13      beginning of time --

14           MR. LUFT:  Mr. Vartan?  No.  I said

15      "sitting here today."

16           Please listen to my question.  Stop

17      interrupting.

18  BY MR. LUFT:

19      Q.   Ms. Guo, please answer my question.

20           MR. VARTAN:  I don't see how she can

21      possibly answer that question.  I don't know

22      how anyone could.  But if you can --

23           MR. LUFT:  Mr. Vartan, do we have to go to

24      the Court?  I'm tired of, before every time I

25      ask a question, you telling the witness "That's

```
 1                          M. Guo

 2        not one you could possibly answer."

 3             MR. VARTAN:  I don't know how anyone -- I

 4        couldn't even answer that question.

 5             MR. LUFT:  Well, guess what?  You don't

 6        know any of the facts, so that doesn't surprise

 7        me.  You're not getting deposed today.  She's

 8        the fact witness.

 9             Please let her answer the question without

10        your interference.

11        A.   I'm not quite sure what this question is.

12   BY MR. LUFT:

13        Q.   Your counsel has listed you as a witness

14   for the upcoming PJR hearing.

15             Are you aware of that?

16        A.   Yes.

17        Q.   Is it your intention to offer testimony on

18   behalf of the lawsuit you have brought and against

19   the counterclaims brought by the trustee at the PJR

20   hearing?

21        A.   Yes.

22        Q.   Other than the facts that you have set

23   forth in what has been marked as Mei Guo Deposition

24   Exhibit 1, which is your affidavit, are there any

25   other facts that you intend to offer in affirmative
```

1                         M. Guo

2    testimony to the bankruptcy court in connection with

3    the PJR hearing?

4             MR. VARTAN:   Objection to the form of that

5        question.

6        A.   At the moment, no.

7    BY MR. LUFT:

8        Q.   I'm marking as Mei Guo deposition

9    Exhibit 2 what I believe you will tell me is a copy

10   of the hearing transcript from February 2nd, 2022,

11   before Justice Ostrager in the PAX v. Genever

12   Holdings litigation.

13            (Mei Guo Exhibit 2 was received and marked

14       for identification, as of this date.)

15   BY MR. LUFT:

16       Q.   Ms. Guo, you attended this hearing,

17   correct?

18       A.   Yes.

19       Q.   Were you there for the entirety of the

20   hearing?

21       A.   Not the entire hearing.  Just when I was

22   needed.

23       Q.   And Mr. Vartan represented you at that

24   hearing?

25       A.   Yes.

1                           M. GUO

2          Q.    And you're aware that Mr. Vartan appeared

3    on behalf of Hong Kong International; is that

4    correct?

5          A.    Yes.

6          Q.    And Mr. Vartan presented you as a witness

7    at the hearing?

8          A.    Yes.

9          Q.    And Mr. Vartan presented other witnesses

10   on behalf of Hong Kong International at the hearing,

11   correct?

12         A.    I don't quite remember.

13         Q.    Do you recall Mr. Vartan also appeared on

14   your behalf at the hearing?

15         A.    Yes.

16         Q.    Do you recall someone named

17   Russell Stockil?

18         A.    Yes.

19         Q.    Who is Mr. Stockil?

20         A.    The person responsible at the management

21   company of my yacht.

22         Q.    Do you recall that Mr. Vartan presented

23   Mr. Stockil as a witness at the hearing?

24         A.    I don't remember.

25         Q.    I'll ask you to turn to page 76 of the

1                          M. Guo

2    hearing transcript.  Specifically, I'm going to

3    direct you to lines 9 through 12.

4              Do you see the question is to Mr. Stockil:

5                   "The representatives that you refer

6              to in paragraph 3, namely the

7              representatives of HK USA who contacted

8              you, none of them was Ms. Mei Guo,

9              correct?"

10                  "Yes, that's correct."

11             Do you see that testimony?

12   A.   Yes, I see it.

13   Q.   Any reason to believe that Mr. Stockil's

14   testimony was not truthful and accurate?

15             MR. VARTAN:  Objection.

16   A.   No.

17   BY MR. LUFT:

18   Q.   Do you know what representative of HK USA

19   contacted Mr. Stockil on behalf of HK USA?

20   A.   I think there was a Max.  Whether there

21   were also others, I don't know.

22   Q.   Max Krasner is who you're referring to?

23   A.   Yes.

24   Q.   So Max Krasner was the person who

25   contacted Mr. Stockil with regard to the Lady May?

1                                M. Guo

2              MR. VARTAN:   Objection to form.

3              Are you asking about the testimony or

4       generally?

5         A.   Here what is written is representative.

6   So I think there were probably several people, but I

7   don't quite remember exactly who.

8   BY MR. LUFT:

9         Q.   Can you recall anyone other than

10  Mr. Krasner who was authorized to speak to

11  Mr. Stockil with regard to the Lady May?

12        A.   I don't remember.

13        Q.   If you turn to page 78, you see on line 20

14  Mr. Stockil is asked:

15              "You've never met or spoken with

16              her," meaning Mei Guo, "either, correct?"

17              "That is correct, yes."

18              Is Mr. Stockil's testimony accurate that

19  you have never met or spoken with him?

20              MR. VARTAN:   As of that date or up through

21       present?

22  BY MR. LUFT:

23        Q.   Why don't we start with just as of that

24  date.

25        A.   Yes.

Page 96

1                              M. Guo

2      Q.    Have you ever spoken with Mr. Stockil?

3      A.    I don't remember.

4      Q.    Could you look at the bottom of that page.

5            Starting at line 25, it says:

6                  "All directions on the Lady May's

7            movements comes from Ms. Guo through her

8            representatives.  That means, doesn't it,

9            that none of the direction on the

10           Lady May's movements come from Ms. Guo

11           directly?"

12                 "Answer:  No, not to us, no.  They

13           come through the family office, that's

14           correct."

15           And then he identifies it as

16     Golden Spring.

17                 Do you agree that it's truthful testimony

18     that none of the direction regarding the Lady May's

19     movements came to Mr. Stockil and his company from

20     you directly?

21                 MR. VARTAN:  Objection.

22     A.    I agree.

23     BY MR. LUFT:

24     Q.    Do you see on page --

25                 MS. SONG:  You were asking whether that's

1                          M. Guo

2        truthful testimony, but the interpreter asked

3        whether she agrees, whether Ms. Guo agrees with

4        that.

5             MR. LUFT:  That's fine.  I don't draw a

6        distinction.

7   BY MR. LUFT:

8        Q.   Okay.  Do you see on line 16 on page 79:

9             "MR. VARTAN:  Your Honor, we would call

10   next Momchil Ivanov."

11             Do you know who Mr. Ivanov is?

12        A.   The captain at that time.

13        Q.   If you turn to page 81, look at line 17.

14   Question to Mr. Ivanov was:

15                 "I just want to find out whether you

16             have ever met or spoken with Ms. Mei Guo."

17                 "Answer:  Not directly sir, no."

18             Any reason to believe Mr. Ivanov's

19   testimony is not truthful and accurate?

20             MR. VARTAN:  Objection.

21        A.   I'm not quite sure.  Maybe there's the

22   issue with the language used.  Because here it's

23   saying we've not spoken, but as far as I remember,

24   we sent messages to each other.

25

1                         M. GUO

2    BY MR. LUFT:

3         Q.   Mr. Ivanov says he's never met you.

4              Was that true at the time he gave that

5    testimony?

6         A.   Yes.

7         Q.   Yes, you had never met Mr. Ivanov as of

8    the time of the testimony; is that correct?

9         A.   That's correct.  We never met.

10        Q.   Have you ever met Mr. Ivanov to date?

11        A.   No.

12        Q.   When did Mr. Ivanov stop being the captain

13   of the Lady May?

14        A.   I think it was probably during the

15   pandemic.  During that time he was the captain in

16   Europe only.  So I never met him.

17        Q.   You don't recall what date the captain of

18   the Lady May left his post?

19        A.   I don't remember.

20        Q.   And then you would agree with Mr. Ivanov

21   that he never received orders or directions from you

22   directly?

23             MR. VARTAN:  Mr. Luft, where are you

24        reading from?

25             MR. LUFT:  It's line 22 through 24.

Page 99

```
 1                      M. Guo

 2            MR. VARTAN:  Thank you.

 3       A.   I agree.

 4  BY MR. LUFT:

 5       Q.   Have you ever met -- do you know who

 6  Craig Heaslop is?

 7            MR. VARTAN:  Heaslop, H-E-A-S-L-O-P.

 8       A.   Yes.  He is the captain that worked for

 9  the longest time on my yacht.

10  BY MR. LUFT:

11       Q.   And Mr. Vartan called him as a witness at

12  the hearing as well, correct?

13       A.   I don't remember.  I'm not sure about the

14  details.

15       Q.   Turn to page 83.

16            Do you see there's a line that says:

17            "MR. VARTAN:  Your Honor, the

18            defendant would call Craig Heaslop to the

19            stand"?

20       A.   Yes.

21       Q.   And the defendant in this that Mr. Vartan

22  is referring to is your father, correct?

23       A.   Wait a moment.  In which line?

24       Q.   It's lines 1 through 2, and you're welcome

25  to read through to 6.
```

1                          M. GUO

2        A.   Okay.

3             Could you please repeat the question?

4        Q.   Sure.

5             When Mr. Vartan said, "Your Honor, the

6   defendant would call Craig Heaslop to the stand,"

7   the defendant he is referring to is your father,

8   correct?

9        A.   I'm a little bit confused.  I'm not sure.

10       Q.   Was HK International a defendant in this

11  litigation?

12       A.   This is from last year, correct?

13       Q.   Yes.  This is from February 2, 2022, the

14  PAX litigation against your father, Genever Holdings

15  Corp., and Genever Holdings LLC.

16       A.   So you are asking me whether we are the

17  defendants, right?  I mean my -- when I refer to

18  "we," it's HKI.

19       Q.   My question was Mr. Vartan said the

20  defendant would call Craig Heaslop, and I just

21  wanted to confirm it's your understanding that the

22  defendant he's referring to is your father,

23  Mr. Kwok?

24       A.   I'm not sure about the legal language.

25       Q.   Sure.

                              M. GUO

1

2          Was Mr. Vartan your father's counsel for

3    this trial?

4          A.   No.

5          Q.   He represented you and Hong Kong

6    International, correct?

7          A.   Correct.

8          Q.   Do you know Mr. Heaslop?

9          A.   Yes.

10         Q.   Do you know him to be honest?

11              MR. VARTAN:   Objection.

12         A.   As far as I know, yes.

13   BY MR. LUFT:

14         Q.   I want to point you to testimony, if you'd

15   turn to page 87.

16         A.   (Witness complies.)

17         Q.   Starting on line 21.

18              And Mr. Heaslop was the captain of the

19   ship, correct?

20         A.   Yes.

21         Q.   Do you see on line 21, the witness says,

22   with regard to Mr. Kwok:

23              "He was on and off the yacht

24              throughout the summer as usual.  Specific

25              dates I couldn't tell you."

1                          M. Guo

2               Actually, let me strike that.  Let's go to

3       line 17 so we have context.

4                    "THE COURT:  Prior to October 2020,

5               when was the last time you recall Mr. Kwok

6               being on the yacht?"

7                    "THE WITNESS:  Prior to

8               October 2020?"

9                    "THE COURT:  Yes."

10                   "THE WITNESS:  He was on and off the

11              yacht throughout the summer as usual.

12              Specific dates, I couldn't tell you

13              retrospectively when they came and went."

14                   "THE COURT:  Was he on the yacht for

15              a significant part of the month of July?"

16                   "THE WITNESS:  That was COVID.  Yes,

17              he was."

18              Do you have any reason to believe that

19       Mr. Heaslop's testimony with regard to your --

20       how frequently your father was on the Lady May

21       in the month of July 2020 is in any way

22       inaccurate?

23              MR. VARTAN:  Objection.

24       A.   It's accurate.

25

1                           M. Guo

2    BY MR. LUFT:

3         Q.    The Court goes on:

4                  "How about during the month of

5         August 2020?"

6                  "THE WITNESS:  Yes."

7                  "THE COURT:  How about during the

8         month of September 2020?"

9                  "THE WITNESS:  I believe so, yes."

10        Again, asking whether your father was on

11   the Lady May for a significant portion of that

12   month.

13        Do you have any reason to believe that

14   Mr. Heaslop's testimony with regard to the months of

15   August and September is inaccurate?

16             MR. VARTAN:  Objection.

17        A.    It's accurate.

18   BY MR. LUFT:

19        Q.    If we go to line 13, the Court asks

20   Ms. Heaslop:

21                  "As between Mr. Kwok and Ms. Guo, how

22         would you compare the duration of the time

23         each of them spent on the yacht during

24         July, August, September 2020?"

25                  "THE WITNESS:  During those months

Page 104

1                          M. Guo

2          Mr. Kwok spent more time on the yacht than

3          Ms. Guo."

4               "THE COURT:  A lot or little more

5          time?"

6               "THE WITNESS:  It was a lot more

7          time."

8          Ms. Guo, do you have any reason to believe

9   that Mr. Heaslop's testimony that I just read to you

10  was not truthful and accurate?

11          MR. VARTAN:  Objection.

12     A.    It's accurate.

13  BY MR. LUFT:

14     Q.    Turn to page 89.  If you look at lines 10

15  through 14:

16               "Question:  Paragraph 17 of your

17          affidavit says that you had a subsequent

18          conversation with a representative of

19          Hong Kong USA and confirmed that the yacht

20          was no longer needed in New York.  That

21          person wasn't Mei Guo, was it?"

22               "Answer:  No."

23          Ms. Guo, is that accurate testimony that,

24      in fact, you were not the person who told

25      Captain Heaslop that the yacht was no longer

1                          M. Guo

2       needed in New York?

3              MR. VARTAN:  Objection.

4       A.    It's true.

5    BY MR. LUFT:

6       Q.    Okay.  If you turn to page 93,

7    Captain Heaslop was asked questions with regard to

8    when your father was aboard the Lady May.

9              You can also look at line 2.  It says:

10                 "My question for you is:  When he was

11             aboard, he directed the movements of the

12             yacht, right?  I don't mean he piloted it,

13             but he told you where he wanted to go?"

14                 "Answer:  Yeah."

15             Do you see that testimony?

16       A.    Yes, I see it.

17       Q.    Do you have any reason to believe that

18    testimony is not truthful and accurate?

19              MR. VARTAN:  Objection.

20       A.    No.  It's true.

21    BY MR. LUFT:

22       Q.    Okay.  I'm going to ask you to turn to

23    page 95.

24              If we look at page -- line 12, the Court

25    asks:

1            M. Guo

2        "You did testify, sir" -- this is,

3    again, Captain Heaslop -- "during July,

4    August, September of 2020, Mr. Kwok was a

5    frequent guest on the yacht, and

6    presumably he told you where he wanted to

7    go?"

8        "THE WITNESS:  That's right,

9    Your Honor.  There's like local movements

10   in the northern area or the southern area

11   where the guests are using the boat.

12   There's direction about where they want to

13   go and what they want to do on any given

14   day.

15       "What I meant -- what I was talking

16   about, about not having direction, was for

17   the repositioning of the yacht seasonally

18   between the northeast and southeast.  That

19   came from the office."

20       "THE COURT:  I see.  So if Mr. Kwok

21   wanted to go to Nantucket, you would take

22   him there?"

23       "THE WITNESS:  Absolutely, yeah."

24       "THE COURT:  If he wanted to go to

25   Bar Harbor, Maine, you would take him to

Page 107

```
 1                        M. Guo

 2           Bar Harbor, Maine?"

 3                "THE WITNESS:  Yes."

 4           Do you have any reason to believe that

 5  that testimony that Captain Heaslop gave in response

 6  to the Court's questions is in any way not truthful

 7  or inaccurate?

 8                MR. VARTAN:  Objection.  Do you want to

 9           ask her to read through line 6 of page 96?  I

10           just wanted to note that for my own note.

11                MR. LUFT:  You have a transcript.  You can

12           read.

13  BY MR. LUFT:

14      Q.   Go ahead and answer, Ms. Guo.

15                MR. VARTAN:  Just asking a simple

16           question.

17      A.   Yes.

18                MR. LUFT:  Why don't we take a break for

19           lunch.

20                MR. VARTAN:  Sure.

21                THE VIDEOGRAPHER:  It is 2:04 p.m.  We're

22           going off the record.

23                (At 2:04 p.m. a luncheon recess was

24           taken.)

25                (At 2:58 p.m. the deposition resumes.)
```

1                         M. Guo

2    ************************************************

3         A F T E R N O O N   S E S S I O N

4    ************************************************

5         THE VIDEOGRAPHER:  The time is 2:58 p.m.

6    We are back on the record.

7    BY MR. LUFT:

8         Q.  Ms. Guo, I asked you a question earlier

9    about Hong Kong International and whether it filed

10   taxes.

11         I neglected to ask you:  Do you pay income

12   taxes in this country?

13         MR. VARTAN:  Objection.

14         A.  Yes.

15   BY MR. LUFT:

16         Q.  Did you declare any income last year?

17         MR. VARTAN:  Objection.

18         A.  Yes.

19   BY MR. LUFT:

20         Q.  What was the source of that income?

21         MR. VARTAN:  Objection.

22         A.  Pangu CEO.

23   BY MR. LUFT:

24         Q.  You told me that Pangu Plaza was seized a

25   year ago.

Page 109

1                          M. GUO

2            Do you continue to be paid as the Pangu

3    CEO after its seizure?

4        A.   Yes.

5        Q.   Do you have a copy of your tax returns

6    that you filed in this country?

7        A.   I don't have them now.

8        Q.   Who does?

9        A.   At home.  It's in my home.

10       Q.   You have copies in your home?

11       A.   Yes.

12       Q.   Okay.  Since you acquired Hong Kong

13   International in 2017, have you earned any income or

14   revenue from it?

15       A.   No.

16            MR. LUFT:  We have not received copies of

17       Ms. Guo's taxes.  We have requested them.  I

18       will renew my request that you turn them over

19       to us.

20            MR. VARTAN:  Sure.  You can submit it in

21       writing.  We'll take it under advisement.

22            MR. LUFT:  I have already submitted it in

23       writing.  You have open requests for it.  I'll

24       ask you to please turn them over.

25            MR. VARTAN:  Well, I don't know if there

Page 110

1                    M. Guo

2       were objections made.  I presume that there

3       were.  But I'll certainly take a look.

4            THE WITNESS:  So I have a question.  What

5       does my personal income tax have to do with

6       this case?

7            MR. VARTAN:  You don't have to -- that's

8       my objection.  We'll make sure we lodge it.

9            THE WITNESS:  Okay.

10   BY MR. LUFT:

11       Q.   Ms. Guo, your father founded Hong Kong

12   International in 2006, correct?

13       A.   I don't remember.

14       Q.   And your father owned and controlled

15   Hong Kong International until October 2014, correct?

16       A.   I don't remember.

17       Q.   And your father transferred Hong Kong

18   International to Ms. Qu in October 2014, correct?

19       A.   I don't remember.

20       Q.   You gave testimony stating -- strike that.

21            At the time you came to this country in

22   2017, Ms. Qu was the sole member of Hong Kong

23   International, correct?

24       A.   That's correct.

25       Q.   Do you know if, at any time after your

1                              M. Guo

2    father transferred Hong Kong International to Ms. Qu

3    in October 2014 and the time you came to the

4    United States, anyone other than Ms. Qu was a member

5    of Hong Kong International?

6         A.   I don't know.

7         Q.   Are you aware if Ms. Qu entered into any

8    agreements with anyone regarding control of

9    Hong Kong International between October 2014 and the

10   time she transferred you the company in 2017?

11        A.   I don't know.

12        Q.   How did you meet -- when did you first

13   meet Ms. Qu?

14        A.   I don't remember.

15        Q.   What's your best recollection of when you

16   first recall knowing Ms. Qu?

17        A.   When I was in China.

18        Q.   Can you be any more specific?

19             Were you a young girl at the time,

20   teenager, adult?

21        A.   I was an adult.

22        Q.   And how did you come to know Ms. Qu?

23        A.   She works with my brother.

24        Q.   When did she work with your brother?

25        A.   I don't know.

Page 112

1                              M. Guo

2       Q.   Where did she work with your brother?

3       A.   I don't know.

4       Q.   In what country did she work with your

5   brother?

6       A.   I don't know that, about that either.

7       Q.   Did you ever see your brother and Ms. Qu

8   at work together?

9       A.   I don't remember.

10      Q.   What business was Ms. Qu and your brother

11  in?

12      A.   I don't know.

13      Q.   Did your brother introduce you to Ms. Qu?

14      A.   I don't remember.

15      Q.   Where did you meet Ms. Qu?

16           MR. VARTAN:   Objection, asked and

17      answered.

18      A.   In China.

19  BY MR. LUFT:

20      Q.   Where in China?

21      A.   Beijing.

22      Q.   Where in Beijing?

23      A.   I don't remember.

24      Q.   Do you recall if you met Ms. Qu prior to

25  2014?

1                          M. Guo

2       A.   Before 2014, I don't remember.

3       Q.   Are you aware that Ms. Qu was your

4   father's executive assistant?

5       A.   I don't know.

6       Q.   Are you aware that Ms. Qu was your

7   father's account manager?

8       A.   No.  I don't know.  No, I don't know.

9       Q.   You state in your affidavit that:

10              "I understand that Ms. Qu was a

11           trusted business partner of my brother's

12           as well as my uncles and cousins."

13           What is that understanding based on?

14           MR. VARTAN:  Which paragraph are you

15       reading?

16           MR. LUFT:  Paragraph 8.

17           MR. VARTAN:  Thank you.

18           MS. SONG:  Ms. Interpreter, I don't think

19       you finished translating the entire question.

20           THE INTERPRETER:  I thought I finished.

21       Which part did I miss?

22           MS. SONG:  "I'll be honest, what's the

23       basis of that understanding."

24       A.   My brother told me.

25

1                              M. Guo

2    BY MR. LUFT:

3         Q.   What did he tell you?

4         A.   I don't remember.

5         Q.   When did he tell you this?

6         A.   So I think it was before Ms. Qu came to

7    the US.

8         Q.   When was that?

9         A.   2017.

10        Q.   Why did your brother say this to you?

11             MR. VARTAN:   Objection.

12        A.   I don't remember.

13   BY MR. LUFT:

14        Q.   So you have no personal knowledge of

15   whether Ms. Qu is a trusted business partner of your

16   brother's, as well as your uncles and cousins, only

17   what your brother told you, correct?

18             MR. VARTAN:   Objection.

19        A.   That's correct.

20   BY MR. LUFT:

21        Q.   Who drafted your declaration for you that

22   has been marked Exhibit 1?

23             MR. VARTAN:   Objection.

24        A.   That's this one, right?

25

1                    M. GUO

2  BY MR. LUFT:

3       Q.   Yes, ma'am.

4       A.   My counsel.

5       Q.   Which counsel?

6       A.   Lee.

7       Q.   Okay.  When you say "my uncles and my

8  cousins," which uncles and cousins are you referring

9  to?

10           This is in paragraph 8 of your affidavit

11  declaration.

12      A.   So that would be referring to whom I

13  mentioned previously, the fourth, fifth, and sixth

14  older brothers of my dad.

15      Q.   Do you know any business dealings that

16  Ms. Qu entered into with those uncles?

17      A.   I don't know.

18           THE INTERPRETER:  Counsel, did you say

19      Ms. Guo or Mr. Guo or who?

20           MR. LUFT:  Ms. Qu.

21           THE INTERPRETER:  Oh.  Correction of the

22      interpreter's interpretation just now.

23      A.   I don't know.

24  BY MR. LUFT:

25      Q.   Do you know -- strike that.

                              M. Guo

1

2            + And do you know which cousins Ms. Qu was

3  purported to be a trusted business partner of?

4       A.   So that would be the same answer as I gave

5  this morning.  I don't want to reveal their names

6  here.

7            MR. LUFT:  I'll ask that you -- again, I

8       want to hold open if you're going to -- are you

9       going to instruct her not to answer?

10           MR. VARTAN:  Yes.

11           MR. LUFT:  Okay.  Hold that open.

12  BY MR. LUFT:

13      Q.   Do you know of any business deals that

14  Ms. Qu did with any of your cousins?

15      A.   I don't know.

16      Q.   How old is Ms. Qu, approximately?

17      A.   Over 30.

18      Q.   A lot over 30 or a little over 30?

19      A.   I think close to 40.  A lot over 30.  She

20  should be older than me.

21      Q.   Okay.  In 2014 -- well, do you recall what

22  year your brother graduated college?

23      A.   I don't remember.

24      Q.   You agree that in 2016, your brother was

25  approximately 26 years old?

1                           M. Guo

2        A.    I don't think so.

3        Q.    How old do you think he was in 2016?

4        A.    I think he was 30.

5        Q.    When was your brother born?

6        A.    My God.  '86 or '87.  I'm not quite sure.

7        Q.    Okay.  The Lady May was purchased by

8   Hong Kong International, correct?

9        A.    Yes.

10       Q.    And that was in --

11             THE INTERPRETER:  Purchased?

12             Counsel, you said "purchased," right?

13             MR. LUFT:  Yes.

14       A.    Yes.

15   BY MR. LUFT:

16       Q.    That was in February 2015, correct?

17       A.    Yes.

18       Q.    And at that time Hong Kong International

19   had been transferred to Ms. Qu by your father,

20   correct?

21       A.    2015, right.

22       Q.    In February of 2015, when they purchased

23   the Lady May, correct?

24       A.    Yes.

25       Q.    And Hong Kong International was

```
 1                        M. GUO

 2    transferred.

 3              Ms. Qu, are you aware, paid no money to

 4    your father for Hong Kong International?

 5         A.   I don't know.

 6         Q.   Do you know how much it cost to purchase

 7    the Lady May?

 8         A.   Over 20 million euros.

 9         Q.   And the money to pay for Hong Kong

10    International's purchase of Lady May did not come

11    from Ms. Qu, correct?

12         A.   Correct.

13         Q.   Do you know where the funds Hong Kong

14    International used to purchase the Lady May came

15    from?

16         A.   I don't know.

17         Q.   You state in paragraph 9 of your

18    affidavit, which is Exhibit 1:

19                   "From the time of its purchase, the

20                   Lady May was always intended to be my boat

21                   given my love of the ocean.  Indeed, it

22                   bears my name."

23              Do you see where you put that in your

24    affidavit?

25         A.   Yes.
```

1                          M. Guo

2      Q.   Now, when the Lady May was purchased by

3  Hong Kong International, Hong Kong International was

4  in the name of Ms. Qu, not any of your family

5  members, correct?

6      A.   Yes.

7      Q.   Did Ms. Qu ever tell you why she had

8  Hong Kong International purchase the Lady May in

9  February 2015?

10     A.   No.

11     Q.   So when you say "The Lady May was always

12  intended to be my boat," you don't have any personal

13  knowledge as to what Hong Kong International's

14  intention was when it purchased the Lady May,

15  correct?

16          MR. VARTAN:   Objection.

17     A.   I knew the intention for the purchase of

18  Lady May.

19  BY MR. LUFT:

20     Q.   If Ms. Qu never told you why Hong Kong

21  International purchased the Lady May, who at

22  Hong Kong International told you why it purchased

23  the Lady May?

24     A.   My brother told me.

25     Q.   Your brother has no role at Hong Kong

1                           M. Guo

2   International, correct?

3          A.    Correct.

4          Q.    And your brother wasn't the person who

5   purchased the Lady May, correct?

6          A.    That's not correct.  He was the person who

7   purchased it.

8          Q.    Are you saying that Hong Kong

9   International didn't purchase the Lady May, but

10  rather your brother did?

11              MR. VARTAN:  Objection, misstates

12       testimony.

13         A.    Who and how -- who bought Lady May and

14  how, I didn't know the specifics.  All I knew is

15  that my brother bought the yacht as a present for

16  me.

17  BY MR. LUFT:

18         Q.    But your brother wasn't the person who

19  purchased the Lady May, was he?

20              MR. VARTAN:  Objection, misstates the

21       testimony.

22         A.    I don't understand your question.

23  BY MR. LUFT:

24         Q.    You've testified that Hong Kong

25  International purchased the Lady May in

1                        M. Guo

2    February 2015, correct?

3         A.   My understanding is that this company owns

4    the boat.

5         Q.   Hong Kong International owned the boat in

6    February 2015, correct?

7         A.   Yes.

8         Q.   In fact, your brother was not involved in

9    any transfers of the Lady May before the Lady May

10   was transferred to you in June of 2017, correct?

11             MR. VARTAN:   Objection.

12        A.   I don't know.

13   BY MR. LUFT:

14        Q.   Well, if you open up the transcript from

15   the hearing to page 47, which is Exhibit 2.

16        A.   Forty-seven?  Page 47, right?

17        Q.   Page 47.  We'll start on page 46, line 22.

18   You state:

19             "Your Honor, it is from Hong Kong

20             International to Ms. Qu, then it was

21             transferred to me.  It has never been

22             transferred to my brother."

23             "THE COURT:  So you received the boat

24             from Ms. Qu after she received the boat

25             from Hong Kong International, correct?"

Page 122

1                         M. Guo

2              "THE WITNESS:  Yes, Your Honor."

3              "THE COURT:  Your brother was not

4         involved in any of the transfers before

5         you acquired the boat, according to your

6         testimony?"

7              "THE WITNESS:  Correct."

8         Was that truthful and accurate testimony

9    that you gave to the Court?

10             MR. VARTAN:  And I'm just going to

11        interpose an objection, just an objection.

12        A.   That's correct.

13   BY MR. LUFT:

14        Q.   That was truthful and accurate testimony

15   that you gave, correct?

16             MR. VARTAN:  Again, objection.  I think

17        there's confusion between transferring and

18        purchase, but --

19             MR. LUFT:  Sir, I'm reading the transcript

20        and saying is it truthful and accurate.  Please

21        don't introduce new words.  We are really

22        getting -- this is becoming a huge problem

23        here.

24             MR. VARTAN:  I've been mostly quiet.

25        You're talking about purchase and transfer.

1                          M. Guo

2        You're talking about --

3              MR. LUFT:  Mr. Vartan, I read a piece of

4        testimony and I asked if it was truthful and

5        accurate.  She read the same thing.

6              I didn't say the word "purchased."  I read

7        it directly here.  It says "transfer."  It's a

8        question that a Court asked her and she gave an

9        answer to.

10             Please stop trying to interfere with this

11       testimony.

12             MR. VARTAN:  I am not.

13             MR. LUFT:  You are, and it's completely

14       improper.

15             MR. VARTAN:  You're saying the lead-in

16       questions to this were all about purchasing.

17             MR. LUFT:  Oh, my gosh.  Mr. Vartan --

18       A.   I can't remember what is the question.

19             MR. LUFT:  Yeah, I had a feeling that's

20       where we were going to end up.

21  BY MR. LUFT:

22       Q.   Okay, Ms. Guo.  Going back to the

23  testimony you gave in response to the Court's

24  question that I highlighted for you between -- on

25  page 46, line 16, through page 47, line 7, that was

1                         M. GUO

2    truthful and accurate testimony, correct?

3         A.   Yes.

4         Q.   In February 2015, where were you located,

5    Ms. Guo?

6         A.   Beijing, China.

7         Q.   What were you doing there?

8         A.   I was persecuted by the Chinese Communist

9    Party.

10        Q.   Where was your brother located at the

11   time?

12        A.   I don't remember.

13        Q.   He was in the UK, wasn't he?

14        A.   I don't remember.

15        Q.   Was he in China?

16        A.   No.

17        Q.   Was he in Hong Kong?

18        A.   I don't remember.

19        Q.   Why didn't the brother have the boat

20   transferred to himself if he was the purchaser in

21   February 2015?

22        A.   Because the boat was purchased for me.

23   Because under the general circumstances at that

24   time, myself and all of my family members were

25   persecuted by the Chinese Communist Party.

Page 125

1                          M. Guo

2   Everything we had was frozen.  So it's impossible

3   that it would be placed under his name.

4        Q.   But he wasn't in China, was he?

5        A.   That's right.  But the Chinese Communist

6   Party would not only set eyes on things we owned in

7   China.

8        Q.   Ms. Qu was in Hong Kong, wasn't she?

9        A.   When?

10        Q.   In February 2015.

11        A.   I don't know.

12        Q.   The Lady May has never been in your

13   brother's name, correct?

14        A.   That's correct.

15        Q.   And your brother has never held legal

16   title to the Lady May?

17        A.   That's correct.

18        Q.   And there's no legal document indicating

19   that your brother ever held any ownership interest

20   in the Lady May, correct?

21        A.   I don't know.

22        Q.   And your brother never transferred the

23   Lady May to you, did he?

24        A.   Correct.

25        Q.   And Ms. Qu never told you why Hong Kong

1                          M. Guo

2    International purchased the Lady May, did she?

3              MR. VARTAN:  Objection.

4         A.    Never.

5    BY MR. LUFT:

6         Q.    When was the yacht which we refer to as

7    the Lady May named?

8         A.    From the very beginning, when there was an

9    intention to buy this boat, my brother was going to

10   name it Lady May.

11        Q.    Do you know who actually named the boat?

12        A.    I just mentioned it's my brother.

13        Q.    In fact, your father named it the

14   Lady May, didn't he?

15        A.    No.  It's my brother.

16        Q.    How do you know that?

17        A.    He told me himself.

18        Q.    When did he tell you that?

19        A.    During the first phone call I received

20   after I was released by the Chinese Communist Party

21   in January 2015.

22        Q.    So he told you this before anyone ever

23   purchased the Lady May?

24             MR. VARTAN:  Objection.

25        A.    He told me that he would purchase --

Page 127

1              M. Guo

2    purchase a boat as a present for me and also give it

3    my name.

4    BY MR. LUFT:

5         Q.   Where did he get the money to purchase you

6    a boat in his twenties?

7              MR. VARTAN:   Objection.

8         A.   I don't know.

9    BY MR. LUFT:

10        Q.   Now, you state that the Lady May was

11   transferred to you on June 27, 2017, when you were

12   in the United States, correct?

13        A.   Yes, it was June, but whether it was on

14   the 27th, I don't know.

15        Q.   How did that transfer occur?  Who reached

16   out to whom?

17        A.   I don't remember.

18        Q.   Who told you that you were going to be

19   transferred, from Hong Kong International, the

20   Lady May?

21        A.   I don't remember.

22        Q.   Where did the transaction take place?

23        A.   New York.

24        Q.   Where in New York?

25        A.   I don't remember.

1                          M. Guo

2        Q.   Who was there?

3        A.   There was Ms. Qu.  I don't remember about

4    other people.

5        Q.   You don't recall anyone else being there

6    besides Ms. Qu?

7        A.   No, I don't recall, not that there is no

8    others.

9        Q.   Were you advised by counsel on the

10   transaction?

11       A.   I think probably, but I don't remember.

12       Q.   Who was your lawyer?

13       A.   I don't remember.

14            MR. LUFT:  I'm going to ask the court

15       reporter to mark Mei Guo Deposition Exhibit 3,

16       a document Bates-stamped HKI-14 through 20.

17            (Mei Guo Exhibit 3 was received and marked

18       for identification, as of this date.)

19            MR. ROMNEY:  Do you have an additional

20       copy?  No big deal if you don't.

21   BY MR. LUFT:

22       Q.   Ms. Guo, do you recognize this document?

23       A.   I've seen it before.

24       Q.   What is it?

25       A.   What this is, isn't it written on it?  I

1                          M. Guo

2  think it's Lady May's Certificate of Registry.

3       Q.   Do you see on HKI-18 it indicates that the

4  transferee is Mei Guo?

5       A.   Yes, I see it.

6       Q.   And your address there is listed as

7  Majestic View Manor, 20 South Bay Road, Hong Kong,

8  correct?

9       A.   Where is it?

10      Q.   Right at the top, under "Address."

11      A.   Yes, I see it.

12      Q.   Earlier I asked you about that address.

13           Does this refresh your recollection that,

14  in fact, you have resided at 20 South Bay Road,

15  Hong Kong?

16      A.   I recall this address now, but I've never

17  resided there.

18      Q.   Why did you list it as your address on

19  these official documents relating to the sale of the

20  Lady May and Hong Kong International?

21           MR. VARTAN:   Objection.

22      A.   Because this address is our home address

23  in Hong Kong.

24  BY MR. LUFT:

25      Q.   Meaning it's your father's address in

1                        M. Guo

2    Hong Kong?

3         A.   No.   It's the home address of our entire

4    family.

5         Q.   One hundred people live at this address?

6              MR. VARTAN:   Objection.

7         A.   It's not likely that 100 people would go

8    to Hong Kong at the same time.   But even if we did,

9    there would be enough room.

10   BY MR. LUFT:

11        Q.   Is it your sworn testimony that this is

12   not the address that your father lived in in

13   Hong Kong?

14             MR. VARTAN:   Objection.   Asked and

15        answered.

16        A.   I didn't say that.   I don't know.

17   BY MR. LUFT:

18        Q.   All the stamps on this document have a

19   date of June 17 -- June 27, 2017.

20             Do you see that, the circular stamps?

21        A.   I see that.

22        Q.   And there are stamps from Hong Kong,

23   correct?

24        A.   I don't know.

25        Q.   If you look at the circular stamps,

1                         M. Guo

2    there's a stamp "Duty, Hong Kong, 27.6.17."

3             Do you see that?

4        A.   Yes, I see it.

5        Q.   You've seen this.  Do you think maybe this

6    transaction was done in Hong Kong?

7             MR. VARTAN:  Objection.

8        A.   It's not possible.  I'm 100 percent sure

9    that it's in the US.

10   BY MR. LUFT:

11       Q.   Do you know why there are Hong Kong stamps

12   on these documents?

13            MR. VARTAN:  Objection.

14       A.   I don't know.

15   BY MR. LUFT:

16       Q.   How much did you pay Ms. Qu for Hong Kong

17   International and its asset, the Lady May?

18       A.   I don't remember.

19       Q.   If you look at the document, it says

20   "1 Hong Kong dollar."

21            Does that refresh your recollection?

22       A.   Yes.  I remember.

23       Q.   Do you know when your father directed

24   Ms. Qu to transfer the Lady May to you?

25            MR. VARTAN:  Objection, misstates the

1                          M. Guo

2         testimony.

3         A.    My father didn't direct her.

4    BY MR. LUFT:

5         Q.    Did Ms. Qu tell you that your father

6    didn't direct her to do this?

7              MR. VARTAN:  Objection to form.

8         A.    There's never been this conversation.  She

9    doesn't need to tell me.  That just didn't happen.

10   BY MR. LUFT:

11        Q.    Ms. Guo, let's be very clear here.

12             Ms. Qu never told you that her father --

13   that your father did not make an arrangement with

14   her to have the Lady May transferred to you,

15   correct?

16             MR. VARTAN:  There are a lot of negatives

17        in that question.  Maybe you want to restate.

18             MR. LUFT:  Again, when I need your help,

19        I'll ask.

20             MR. VARTAN:  The question is wholly

21        unclear.  I'm reading it.

22             MR. LUFT:  Mr. Vartan, you must be an

23        amazing lawyer.  And I look forward to your

24        depositions.  Until that time, I'm going to ask

25        my questions, and then when you have your turn,

1                        M. Guo

2        you'll ask yours.

3              MR. VARTAN:  You can answer the question

4        if you understand.

5        A.   I don't quite understand this question.

6   It's not only that she didn't tell me that my dad

7   didn't make the arrangement; neither did she tell me

8   that my mother didn't make the arrangement.

9              I don't know why my dad is coming out of

10  this conversation.

11  BY MR. LUFT:

12       Q.   Ms. Guo, you're aware that the New York

13  State Supreme Court found your dad to be the

14  beneficial owner of the Lady May, correct?

15             MR. VARTAN:  Objection.

16       A.   I don't know.

17  BY MR. LUFT:

18       Q.   You don't know that the State Supreme

19  Court came down with a ruling that your father is

20  the beneficial owner and has control of the

21  Lady May?

22             MR. VARTAN:  Objection.

23  BY MR. LUFT:

24       Q.   That's your testimony?

25       A.   I don't recall that I'm aware of that.

1                          M. Guo

2        Q.   Do you recall that the testimony we've

3   been looking at is from a hearing specifically to

4   determine who has beneficial ownership and control

5   of the Lady May?

6             MR. VARTAN:   Same objection.

7        A.   Yes, I remember.

8             THE INTERPRETER:   The witness was just

9        explaining to the interpreter that she was

10        answering the question.

11   BY MR. LUFT:

12        Q.   And do you recall learning what the

13   outcome of that hearing was?

14        A.   I don't remember.

15        Q.   Are you familiar with the entity Hong Kong

16   International USA?

17        A.   Yes, I'm familiar with it.

18        Q.   That's an entity that was formed on

19   April 17, 2020, correct?

20        A.   It's 2020, but I don't remember the exact

21   time.

22        Q.   Do you want to look at your declaration,

23   paragraph 11, and tell me if it says April 17, 2020?

24        A.   Which paragraph?

25        Q.   It's paragraph 11, helps you refresh your

Page 135

1                         M. Guo

2    recollection.

3         A.   Yes, I see it.

4         Q.   So from June 27, 2017, when Ms. Qu

5    transferred you Hong Kong International and the

6    Lady May, until April 17, 2020, Lady May was legally

7    owned by Hong Kong International, correct?

8         A.   Yes.

9         Q.   Who formed Hong Kong International USA?

10        A.   Myself.

11        Q.   When did you do that?

12        A.   I think it was early 2022.  I don't

13   remember the exact time.

14        Q.   If I told you Hong Kong International USA

15   corporate documents indicate it was formed in 2018,

16   would that refresh your recollection about when it

17   was formed?

18        A.   Can I see this document?

19        Q.   Do you disagree?

20        MR. VARTAN:  She asked for her memory to

21        be refreshed.

22        MS. SONG:  I have a point of

23        clarification.  I believe Ms. Guo said it was

24        from early 2020, but the interpreter said it

25        was early 2022.

Page 136

1                              M. Guo

2        A.    I can't remember.

3              THE INTERPRETER:  I think I did say 2020.

4        Thank you.

5    BY MR. LUFT:

6        Q.    Ms. Guo, you were not the sole shareholder

7    of Hong Kong USA when it was formed either, were

8    you?

9        A.    I was.

10       Q.    In fact, you became the sole shareholder

11   of Hong Kong USA in April 2019; isn't that the

12   facts?

13             MR. VARTAN:  I'm just objecting.  If

14        there's a document you want to show her --

15             MR. LUFT:  Mr. Vartan, stop interrupting

16        my examination.  I didn't ask her about a

17        document.  If I want to show her one, I will.

18             MR. VARTAN:  She asked you for a document.

19             MR. LUFT:  That's not how it works.

20       A.    I don't remember.  I'll have to see the

21   document.

22   BY MR. LUFT:

23       Q.    In fact, Ms. Guo, sitting here today you

24   don't know anything about -- you don't recall

25   anything about the formation of Hong Kong USA,

1                          M. Guo

2   correct?

3            MR. VARTAN:  Only misstates the testimony.

4       Objection.

5   BY MR. LUFT:

6       Q.   Do you know when Hong Kong USA was formed?

7            MR. VARTAN:  Are you asking a different

8       question?

9            MR. LUFT:  Mr. Vartan, stop.

10           MR. VARTAN:  There was a question pending.

11      I'm just looking for a clean record.

12           MR. LUFT:  Okay, Mr. Vartan.  I'll

13      withdraw my question.

14  BY MR. LUFT:

15      Q.   Ms. Guo, please tell me the date Hong Kong

16  USA was formed.

17      A.   Let me think about it.  I really can't

18  remember.

19      Q.   Ms. Guo, do you remember if you were the

20  sole shareholder when Hong Kong USA was formed?

21      A.   I was.

22      Q.   And if the corporate documents indicate

23  otherwise, how would you explain that?

24           MR. VARTAN:  Objection.

25      A.   Your question now is regarding

1                              M. Guo

2    shareholder, right?

3    BY MR. LUFT:

4         Q.   You becoming the sole shareholder of

5    Hong Kong USA, correct.

6         A.   So my understanding of that is 100 percent

7    ownership of the company, correct.

8         Q.   Just only person who holds the shares?

9         A.   The person who holds the shares.

10        Q.   Let's just move on.

11             Okay.  April 17, 2020, you changed the

12   Lady May from literally being owned by Hong Kong

13   International to Hong Kong International USA.

14             What prompted you to make that change?

15        A.   I just thought that in the US, this

16   company would be easier to manage.  So I added

17   "USA."

18        Q.   In fact, you did so because you were

19   advised by counsel to do so, right?

20        A.   I don't remember.

21        Q.   You want to read your declaration,

22   paragraph 11?  "I did so upon the advice of my

23   counsel."

24             Do you see that?

25        A.   Yes, I see it.

1                           M. GUO

2        Q.    Who is that counsel?

3        A.    I don't remember.

4        Q.    What prompted you to seek advice of

5   counsel with regard to this issue about the

6   registration and ownership of the Lady May?

7        A.    I think that would just be a basic thing

8   you would do, doing business.

9        Q.    Why didn't you do it anytime in the

10  three years prior to when you were in the

11  United States and held the Lady May as its owner?

12       A.    I don't remember.

13       Q.    Did you speak to counsel directly yourself

14  or did you speak to someone else who had spoken to

15  counsel to get this advice?

16       A.    I don't remember.

17       Q.    Do you recall if the counsel was from the

18  law firm named Hodgson Russ?

19       A.    I don't remember.

20       Q.    Did you ever speak with Ms. Wang with

21  regard to this transfer of ownership to Hong Kong

22  International USA?

23       A.    By Ms. Wang, are you referring to Yvette?

24       Q.    Yes.

25       A.    I don't remember.

1                              M. Guo

2        Q.    Today, other than the Lady May and the

3    $37 million that you took as a loan from Himalaya,

4    does Hong Kong International USA have any other

5    assets?

6              MR. VARTAN:   Objection to form.

7        A.    No.

8    BY MR. LUFT:

9        Q.    Hong Kong International USA has no bank

10   accounts, correct?

11       A.    Correct.

12       Q.    And before that, from the time you took

13   control of Hong Kong International in 2017 until the

14   Lady May was transferred to Hong Kong USA in 2020,

15   Hong Kong International had no bank accounts,

16   correct?

17       A.    That, I don't know.

18       Q.    Hong Kong International USA has no

19   directors, correct?

20       A.    I don't remember.

21             MR. LUFT:   I'm going to mark as Mei Guo

22        Exhibit 4 a June 7, 2021, letter from

23        Lee Vartan to Edward Moss.

24             (Mei Guo Exhibit 4 was received and marked

25        for identification, as of this date.)

1                          M. GUO

2    BY MR. LUFT:

3        Q.    Ms. Guo, on June 7, 2021, Mr. Vartan was

4    your counsel, correct?

5        A.    Yes.

6        Q.    Do you see in the second paragraph

7    Mr. Vartan states on behalf of Hong Kong

8    International:

9              "Hong Kong International has no

10             directors, officers, or employees; has no

11             dedicated email servers or email suffixes;

12             does not file tax returns; and has no bank

13             account and it is not otherwise

14             capitalized."

15             Do you see that sentence?

16       A.    Yes.

17       Q.    Was Mr. Vartan truthful and accurate when

18   he made that statement to Mr. Moss?

19             MR. VARTAN:   Objection.

20       A.    Yes.

21   BY MR. LUFT:

22       Q.    Since Mr. Vartan's June 7, 2021, letter,

23   is it still true that Hong Kong International has no

24   directors, officers, or employees, has no dedicated

25   email server or email suffix, does not file tax

1                    M. Guo

2   returns, and has no bank accounts and is not

3   otherwise capitalized?

4        A.   You are referring to after this date; is

5   that correct?

6        Q.   I'm asking after Mr. Vartan sent this

7   letter on June 7, 2021, is that statement still true

8   about Hong Kong International from as of June 8,

9   2021, up through the present?

10        A.   For all the other information, I confirmed

11   that is true.  But as to whether there's still no

12   directors or officers, that I am not sure.

13        Q.   Do you know of any directors or officers

14   of Hong Kong International USA today?

15        A.   So today, at this moment, probably none.

16        Q.   Do you think sometime between June 7,

17   2021, and today there may have been a time when

18   Hong Kong International USA had directors and

19   officers?

20        A.   I'm not quite certain.  That's why I

21   pointed this out.  I'm not sure.

22        Q.   Throughout this whole time period, you

23   have remained the sole member of Hong Kong

24   International USA?

25        A.   Yes, that's correct.

1                          M. Guo

2        Q.   Has Hong Kong International USA ever had

3   any board meetings?

4        A.   No.

5        Q.   Have there ever been any resolutions

6   passed with regard to Hong Kong International?

7        A.   No.

8        Q.   Okay.  Are you familiar with the address

9   162 East 64th Street?

10       A.   Yeah, it sounds like I've heard about this

11   address.

12       Q.   Have you ever been there?

13       A.   I really don't remember.

14       Q.   What's the address of Hong Kong

15   International USA?

16       A.   It's probably the address you just

17   mentioned.

18       Q.   When you say it's probably that address,

19   is that because I just mentioned it or you recall

20   that's the address?

21       A.   I recall now.

22       Q.   Is there an office for Hong Kong

23   International USA at that address?

24       A.   No.

25       Q.   Are you aware that your father has

1               M. Guo

2   numerous businesses that he has listed at that

3   address?

4           MR. VARTAN:  Objection.

5       A.   I don't know.

6   BY MR. LUFT:

7       Q.   Who pays the expenses of Hong Kong USA?

8       A.   My brother.

9       Q.   In fact, those expenses have been paid by

10  Golden Spring and Lamp Capital, correct?

11      A.   I'm not sure about the specifics.  All I

12  know is that it's paid by my brother.

13      Q.   Well, if we look at your affidavit at

14  paragraph 12.

15          Do you see that?  This is Exhibit 1.

16      A.   Paragraph 12?

17      Q.   You see when you're discussing the

18  expenses of Lady May that they're all paid for by

19  Golden Spring and Lamp Capital?

20      A.   Yes, I see it.

21      Q.   There's no mention of your brother in that

22  paragraph paying the expenses, correct?

23      A.   But the company is my brother's.

24      Q.   So Golden Spring and Lamp Capital are your

25  brother's companies?

1                         M. Guo

2        A.    Yes.   My brother's family office.

3        Q.    What does your brother do to get the funds

4    to Golden Spring and Lamp Capital?

5        A.    I don't know.

6        Q.    In the complaint you filed in this action,

7    you make multiple references to Hong Kong USA's

8    representatives.

9              Who are you referring to when you say

10   Hong Kong USA's representatives were the ones who

11   directed Lady May's captain where to move?

12       A.    The majority of the times, I was referring

13   to Max.

14       Q.    And Max is Max Krasner?

15       A.    Yes.

16       Q.    Anyone else who is HK USA's representative

17   other than Max Krasner?

18       A.    Yes.   But those others stayed for a very

19   short period of time, so I don't remember their

20   names.

21       Q.    You also state in your complaint that you,

22   directly and through your representatives, are

23   solely responsible for directing Lady May's

24   operations and movements.

25              Who are your representatives being

1                          M. GUO

2    referenced in the complaint?

3         A.   So just like I just mentioned, for the

4    majority of the times it's Max.

5         Q.   Max Krasner?

6         A.   Max Krasner.

7         Q.   Do you have Max Krasner's phone number?

8         A.   No.

9         Q.   Do you have his email address?

10        A.   No.

11        Q.   Do you know his home address?

12        A.   I don't know.

13        Q.   When you want to get in touch with

14   Max Krasner, where would you call?

15        A.   I use software to call him.

16        Q.   Software to what?  What software?

17        A.   I change them very often.  There's no

18   software that I use all the time.

19        Q.   Are you referring to a messaging app?

20        A.   I can also use it for messaging.

21        Q.   Could you please share with me what

22   address or number you would use through the

23   messaging app to contact Max Krasner?

24        A.   I never use any software that is bundled

25   with my phone number.  So I don't have the number.

1                        M. Guo

2        Q.   For whatever messaging software you use,

3   there has to be some piece of contact information

4   from Max Krasner.

5            What is that contact information that

6   whatever software you're using employs to contact

7   Max Krasner?

8            MR. VARTAN:  Objection.

9        A.   Are you referring to all of the

10  information throughout this whole time?

11  BY MR. LUFT:

12       Q.   I'll start with any of the information.

13           MR. VARTAN:  For which particular

14       question?

15           MR. LUFT:  Just -- you don't have to read

16       it for him.

17           MR. VARTAN:  I was asking you.

18           MR. LUFT:  You have a live stream.  You

19       can read it.

20       A.   In the early days, I used WhatsApp,

21  Telegram, et cetera.

22           And then and now, I don't have any.  It's

23  been a long time since I last contacted him.

24  BY MR. LUFT:

25       Q.   Did you search for all of your

```
 1                        M. Guo

 2   communications on WhatsApp and Telegram that you had

 3   with Max Krasner in connection with this litigation?

 4        A.   No, I didn't.  I change my mobile phone

 5   every month.  I will never keep this information.

 6        Q.   Regardless of changing your phone, the app

 7   stays the same, right?

 8             MR. VARTAN:  Objection.

 9             Only what you know.

10        A.   It's not the same.

11             MR. LUFT:  Counsel, we've requested those

12        communications.  You failed to produce them.

13        I'd ask that you please produce them.

14             I'm going to hold the deposition open

15        pending receipt of the information so I can ask

16        questions about it.

17             MR. VARTAN:  I think she said she doesn't

18        have them.  We'll look again.

19             MR. LUFT:  Counsel, you understand how

20        that works, that it is not tied to a specific

21        phone, don't you?

22             MR. VARTAN:  No.

23             MR. LUFT:  You don't understand that?

24             MR. VARTAN:  I don't understand the inner

25        workings of WhatsApp, no.
```

```
1                    M. Guo

2              MR. LUFT:  I don't think you need to

3       understand the inner workings of WhatsApp.

4              You have a phone, correct?

5              MR. VARTAN:  Yes.

6              MR. LUFT:  Do you know when you log in

7       that it's not dependent on that phone, that you

8       can just look what's on that app on any phone?

9              MR. VARTAN:  I had no idea. ^

10             MR. LUFT:  Okay, Counsel.  You should

11      speak to Mr. Romney, who is much more tech

12      savvy, and he can help you with this.

13             MR. ROMNEY:  I'm not very tech savvy.

14             MR. LUFT:  But I do know you know how to

15      use a phone, Aaron.

16             MR. ROMNEY:  I do know how to use a phone,

17      but I don't know anything about these apps.

18  BY MR. LUFT:

19      Q.   Ms. Guo, you testified that Mr. Krasner no

20  longer is at Golden Spring.

21             Has Mr. Krasner ever been an employee of

22  HK International?

23      A.   No.

24      Q.   When you needed to speak to someone at

25  Lamp Capital, who would you speak to?
```

1                              M. Guo

2        A.   I will contact my brother.

3        Q.   So when you have just any questions about

4   HK International's expenses or anything that needs

5   to be done, you just call your brother directly?

6        A.   Yes.

7        Q.   Now that Max Krasner and Ms. Wang are no

8   longer with Golden Spring, when you had to ask any

9   questions on behalf of HK International, who were

10  HK International's representatives?

11            MR. VARTAN:  Objection.  Confusing

12       question.

13       A.   Now there's no one.  When I have a

14  question, I just call my brother.

15  BY MR. LUFT:

16       Q.   So if you wanted to move the Lady May or

17  give permission for someone to go on -- strike the

18  first part.

19            If you wanted to give permission for a

20  person to be a guest on the Lady May today, who

21  would you call?

22       A.   At this moment, I don't have access to use

23  my boat.  So I don't need to call anybody.

24       Q.   When was the last time there were any

25  guests on the Lady May?

1                        M. Guo

2          A.    That's when the boat was still in Europe,

3    before it returned to the US.   My brother used it.

4          Q.    When was the last time your father was on

5    the Lady May?

6          A.    So you mean getting onto the boat?   A

7    while ago, he went to take a look.   But for staying

8    on the boat, I think that was one or two years ago,

9    before the pandemic.

10         Q.    When was the last time your father was

11   physically on the Lady May?

12         A.    I think it was not long ago.   I don't

13   remember the exact time.

14         Q.    What's your best recollection?

15         A.    It was in winter, anyway.

16         Q.    This winter?

17         A.    I think so.

18         Q.    Were you with him?

19         A.    No.

20         Q.    Who did you call, or did you call anyone,

21   to give him permission to go onto the boat?

22         A.    He called me and asked me about it.

23         Q.    Your father called you and asked if he

24   could go on the boat?

25         A.    That's right.   He said he was -- just

1                        M. Guo

2    happened to pass by the boat in Connecticut.  He saw

3    the boat and wanted to go onto it to take a look.

4    And he asked me if that's okay.

5            I said "Go ahead."

6        Q.   Did you communicate that your father was

7    coming onto the boat to anyone?

8        A.   No.  It wasn't like he was going anywhere.

9    He just wanted to get onto the boat to take a look.

10       Q.   Was there a crew on the boat at the time?

11       A.   Yes.

12       Q.   Did you call the crew and tell them that

13   he was coming onto the boat?

14       A.   I don't remember.

15       Q.   Who in the crew would you have called?  Do

16   you have any of their phone numbers?

17       A.   The captain.  I have the captain's number.

18       Q.   Is there any evidence on your phone that

19   you called the captain to tell him that your father

20   was coming on the boat?

21           MR. VARTAN:  Objection.

22       A.   My answer is that I don't remember if I

23   called anyone about my dad coming onto the boat.

24   And it's not the captain.  I have not yet contacted

25   the captain.

1                          M. Guo

2    BY MR. LUFT:

3         Q.    Okay.   Does anyone manage the operations

4    of Hong Kong International for you?

5         A.    No.

6         Q.    Does Lamp Capital handle the management

7    and the operations of Hong Kong International for

8    you?

9              MR. VARTAN:   Objection.

10        A.    I don't remember.

11             MR. LUFT:   I'm going to mark as Exhibit 5

12        a document Bates-stamped PN000107 through 117.

13             (Mei Guo Exhibit 5 was received and marked

14        for identification, as of this date.)

15             MR. VARTAN:   Five?

16             MR. LUFT:   Five.

17   BY MR. LUFT:

18        Q.    Ms. Guo, this is a document titled

19   "Management and Operations Agreement."   It lists

20   Hong Kong International Investment Funds USA as the

21   company and Lamp Capital LLC as the service

22   provider.

23             Do you see that?

24        A.    Just one moment.   Which page is it on?

25        Q.    The first page, it's just at the top.

                              M. Guo

1

2     A.   Could you repeat his question just now?

3     Q.   I'm just -- we can move on.  I was just

4  noting what it says on the top.

5     A.   Okay.  I see it.

6     Q.   Do you see on page ending in

7  Bates-stamp 113 there is a signature above

8  "Name: Mei Guo, Title: Member"?

9     A.   Yes, I see it.

10    Q.   Is that your signature?

11    A.   It looks like my signature.

12    Q.   You see on the prior page is a signature

13 of a man named Daniel Podhaskie?

14    A.   Yes, I see it.

15    Q.   If you turn to the first page, it says:

16              "Service provider shall provide

17         management and operational support

18         services to the company."

19    A.   Yes, I see it.

20    Q.   Do you recall entering into this agreement

21 with Lamp Capital?

22    A.   Can I ask which year this is from?

23    Q.   It looks as though, by my reading, it says

24 it was signed on May 7, 2021.  That's on -- I'm

25 looking at Bates stamp 111.

1                          M. Guo

2            Does that refresh your recollection?

3       A.   Yes, I see it.

4       Q.   Do you recall entering into this

5   transaction between Lamp Capital and Hong Kong

6   International?

7       A.   I recall.

8       Q.   Prior to this agreement, was there a prior

9   management agreement with Lamp Capital?

10      A.   I don't remember.

11      Q.   Prior to this agreement was there a prior

12  management agreement with Golden Spring?

13      A.   I don't recall either.

14      Q.   Who negotiated this agreement on behalf of

15  Hong Kong International?

16      A.   I don't remember.

17      Q.   Do you recall without -- sitting here

18  today, without rereading the document, do you recall

19  what any of the terms of this agreement are?

20      A.   I don't remember.

21      Q.   Is this agreement still in effect between

22  Lamp Capital and Hong Kong International with regard

23  to managing and operating Hong Kong International

24  and the Lady May?

25      A.   Yes.

1                       M. Guo

2        Q.    At the hearing before Justice Ostrager you

3   testified that the annual costs related to the

4   Lady May were approximately 2 to $3 million.

5             Is that number still accurate?

6        A.    It is accurate, but I think perhaps this

7   number was higher last year because we did a lot of

8   maintenance.

9        Q.    Under this agreement, under point (d), it

10  says that Lamp Capital is responsible for

11  commencing, defending, control all legal actions,

12  arbitrations, investigations, and proceedings that

13  arise due to events occurring in connection with the

14  business of the company, which is Hong Kong

15  International, during the term of this agreement.

16            Is Lamp Capital in control of this legal

17  action that you've brought?

18       A.    Just one moment.  Where should I look at

19  (d)?

20       Q.    Under 2(d).  Under Management Services,

21  (d).

22       A.    I don't quite understand what this

23  question means.

24       Q.    I'll say it again.

25            Under the terms of this agreement, it says

1                         M. Guo

2    that Lamp Capital will control all legal actions

3    relating to the business of Hong Kong International.

4             My question is:  Does Lamp Capital control

5    this litigation that you have brought --

6             MR. VARTAN:  Objection.

7    BY MR. LUFT:

8        Q.    -- on behalf of Hong Kong International?

9             MR. VARTAN:  Objection.

10       A.    I'm sorry.  I'm not an attorney, so I

11   don't know how to answer your question.  I don't

12   quite understand.

13   BY MR. LUFT:

14       Q.    Who pays the legal fees in connection with

15   this litigation?

16       A.    So like what we're doing today?

17       Q.    Like everything, about filing the

18   complaint, writing your pleadings, being here today,

19   everything in connection with this litigation that

20   you've brought.  Who pays the legal fees?

21       A.    So I pay my counsel by myself.  And then

22   for some expenses, they are paid by my brother.

23       Q.    Which are the expenses that are paid by

24   your brother?

25       A.    I want to make the correction that what

1                         M. Guo

2    I'm saying is I pay Lee by myself.  But for other

3    attorneys, like when the expenses are higher from

4    other law firms, those would be paid by my brother.

5         Q.   Who pays the Zeisler firm that Mr. Romney

6    is at?

7         A.   I paid some and my brother paid some for

8    me.

9         Q.   Who pays Mr. Mitchell?

10        A.   I don't recall.

11        Q.   Do you pay Mr. Mitchell for the legal

12   services he provides to you?

13        A.   So you're asking if I would pay by myself?

14        Q.   I'm asking you, yes.  You pay for

15   Mr. Mitchell on behalf of his representation of you

16   and Hong Kong International?

17        A.   I don't recall when would be the last time

18   I paid him, but, of course, I've paid him.

19        Q.   When you say your brother pays for your

20   legal fees, does he pay them directly from his own

21   bank account or does he pay through Lamp Capital?

22        A.   I don't know.  I would just forward my

23   invoices to him.  And as to what he does with them,

24   I don't know.

25             MR. VARTAN:  I'd ask for a break when you

1                          M. Guo

2         get to a stopping point.  We've been going for

3         about an hour and a half.

4              MR. LUFT:  Sure.

5    BY MR. LUFT:

6         Q.   Do you recall what compensation you paid

7    Lamp Capital in exchange for their management

8    services?

9         A.   I don't recall.

10        Q.   Do you ever use the Lady May -- is the

11   Lady May ever rented out for charter servces?

12        A.   Never.

13        Q.   Would you ever consider such a thing?

14        A.   Never.

15        Q.   Do you know why, under the terms of this

16   agreement with Lamp Capital, you agreed to pay them

17   the money from charter services for the Lady May?

18              MR. VARTAN:  Misstates the contract.

19        A.   Where is it?  Can I take a look?

20   BY MR. LUFT:

21        Q.   Sure.  Under 7, "Compensation":

22              "Additionally, service provider" --

23              Lamp Capital -- "shall be paid directly

24              for any and all charter services revenue

25              generated by Lady May and/or Lady May II."

Page 160

1                              M. Guo

2          A.    My understanding of this is that it would

3     have to be approved by me.

4          Q.    Okay.  And you're saying you would never

5     approve it?

6          A.    Right.  I will never rent my boat out.

7          Q.    When this agreement was being entered into

8     and that was the compensation being offered for the

9     management services, was Lamp Capital informed that

10    they would never receive any revenue under this

11    provision?

12              MR. VARTAN:  Objection.

13         A.    I don't remember.  That would be a

14    conversation between the attorneys.  I don't know.

15    BY MR. LUFT:

16         Q.    If you look under 3, "Obligations of the

17    Company," (b), which is on the second page?

18         A.    (Witness complies.)

19         Q.    Second page.

20              Do you see the first line of it says "The

21    Company" -- and that refers to Hong Kong

22    International, correct?

23         A.    Yes.

24         Q.    -- "will promptly provide all requested

25    documentation relating to its ownership."

```
 1                        M. Guo

 2           Do you see that?

 3      A.   Yes.

 4      Q.   And the ownership of Hong Kong

 5 International is you; is that correct?

 6      A.   Yes.

 7      Q.   And then it says "and ultimate beneficial

 8 owners."

 9           Do you see that?

10      A.   Yes.

11      Q.   Who are the ultimate -- if the company is

12 Hong Kong International and the ownership is you,

13 who is being referenced by "ultimate beneficial

14 owners"?

15           MR. VARTAN:  Objection.

16      A.   I don't know.

17           MR. LUFT:  Okay.  You can put this aside

18      for a moment.

19           Counsel asked for a break, so why don't we

20      do that.

21           MR. VARTAN:  Sure.  Thank you.

22           THE VIDEOGRAPHER:  It is 4:51 p.m.  We're

23      going off the record.

24           (Recess.)

25           THE VIDEOGRAPHER:  It's 5:17 p.m.  We are
```

```
1                    M. Guo

2        back on the record.

3   BY MR. LUFT:

4        Q.   Ms. Guo, I want to ask you a few questions

5   about the Lady May, if I may.

6        A.   Okay.

7        Q.   When the Lady May has set sail for the

8   south in the winter, do you ever use it?

9        A.   Yes, sometimes in Florida.

10       Q.   Does your father ever use it when it's in

11  Florida?

12       A.   Yes.

13       Q.   How often does he use it in Florida?

14       A.   I don't remember.

15       Q.   When the Lady May went south in 2020, did

16  you use the boat when it was in Florida?

17       A.   Let me think about it.  I don't remember.

18       Q.   Prior to going south in 2020, was the

19  Lady May kept in Florida during the winter?

20            MR. VARTAN:  Objection.

21       A.   I just want to double-check.

22            So it's about where the boat was in the

23  winter of 2020, right?

24  BY MR. LUFT:

25       Q.   Before -- the winter of 2020 I'll ask
```

1                          M. Guo

2    about in a minute.  Prior to that, in prior winters.

3         A.    What about in prior winters?

4         Q.    Was it kept in Florida during the winter?

5               MR. VARTAN:  Can I just clarify?  Are we

6         talking about winter '20 into '21, or '19 into

7         '20?

8               MR. LUFT:  No.  Like I said, prior to

9         2020.

10              MR. VARTAN:  You said winter 2020.

11              MR. LUFT:  Prior to that time.

12              MR. VARTAN:  I'm not trying to be

13        confusing.

14              MR. LUFT:  I know you're not.  You're just

15        being interrupting.

16              It's prior to the winter of 2020.  Which

17        winter would that be?

18              MR. VARTAN:  Asking '19 to '20 or '20 to

19        '21?

20              MR. LUFT:  Oh, my God.

21   BY MR. LUFT:

22        Q.    Ms. Guo, you understand that -- why don't

23   we just make this simple so there's no issue.

24              In late fall 2020, for the winter, for the

25   upcoming winter, the Lady May sailed south, correct?

1                           M. GUO

2       A.   Yes.

3       Q.   Okay.  In the winters prior to that

4  winter, where was the Lady May kept?

5       A.   I don't know about during the winters

6  before 2017.  But for 2017, '18, and '19, it would

7  be in Florida during the fall.  And when it's

8  colder, it would go to the Bahamas.

9       Q.   Okay.  In the fall of 2020, someone from

10  Golden Spring contacted you to let you know that it

11  was time to move the boat south, correct?

12      A.   Yes.

13      Q.   Who was that person at Golden Spring?

14      A.   I don't remember.

15      Q.   And after that call, Golden Spring

16  contacted the captain and told him to move the boat

17  south, correct?

18      A.   Yes.

19      Q.   And then it was in the captain's

20  discretion what day to actually set sail, correct?

21      A.   Yes, so depending on the weather.

22      Q.   So when you state that you are solely

23  responsible for directing the Lady May's movements,

24  I want to be clear.

25           During the summer, when the boat is in the

1                              M. Guo

2  northeast and your father is on board and you are

3  not, he gets to dictate where the boat goes,

4  correct?

5       A.    So specifically do you mean that when my

6  dad is on board, can he control the boat?

7       Q.    I mean when your dad is on board and you

8  are not, he gets to decide where the boat goes,

9  correct, in the northeast?

10      A.    The northeast refers to New York, right?

11      Q.    New York, Nantucket, Bar Harbor, the same

12 places we talked about this morning when the Court

13 asked Captain Heaslop those questions.

14      A.    Generally he would tell me about it first.

15      Q.    And in the south, when you're not on the

16 boat, which is -- that's the majority of the time in

17 the winter, correct?

18            MR. VARTAN:   Objection.

19      A.    "The south" refers to Florida?

20 BY MR. LUFT:

21      Q.    Florida, the Bahamas.

22      A.    When it's in Florida, I am there most of

23 the time.  When it's in the Bahamas, I'm not there

24 because I can't leave the country.

25      Q.    Okay.  So when the Lady May is docked in

1                          M. Guo

2  Florida, that's where you're residing most of the

3  time?

4         A.   Yes.

5         Q.   Ms. Guo, you mentioned that on May 28,

6  2021, you had a number of NDAs executed, correct,

7  with the crew, the current crew of the boat?

8              MR. VARTAN:  Objection.  You may just want

9         to explain what an NDA is.

10  BY MR. LUFT:

11         Q.   You can answer, Ms. Guo.

12         A.   I have an NDA with every single one of my

13  crew.

14         Q.   Have you produced all of those documents?

15         A.   I don't recall.

16         Q.   Do you have any NDAs with any crew member

17  prior to May 28, 2021?

18         A.   I think so.

19         Q.   I'll represent to you that your counsel

20  has not produced any such documents.

21              Do you know if any such NDAs exist and, if

22  so, where?

23         A.   You could ask my management company.

24         Q.   Who is that?

25         A.   Yachtzoo.

1                    M. Guo

2          Oh, sorry.  It's not just this one

3    management company.  There are many.

4          Q.   What are the other management companies

5    for the yacht?

6          A.   There's been Moran, M-O-R-A-N, Yachtzoo,

7    and Bergers.  And in between, we switched back to

8    Yachtzoo.  I think there are three of them.

9          Q.   And Hong Kong International doesn't keep

10   copies of any of those agreements other than the

11   ones from May 28, 2021?

12          MR. VARTAN:  Objection.

13          A.   I don't remember.

14   BY MR. LUFT:

15          Q.   Do you have a copy of the NDA the current

16   captain signed, an NDA agreement?

17          A.   I think I do.

18          MR. LUFT:  Counsel, again, no such

19          document has been produced to us.  We'd ask

20          that it be produced if it exists.

21   BY MR. LUFT:

22          Q.   How about Mr. -- Captain Ivanov?  We've

23   received no copy of any NDA agreement with him.

24          Did you ever sign an agreement with him?

25          A.   I just wanted to double-check.  The first

1                          M. Guo

2    name of this captain is Lloyd; is that correct?

3    Because I never remember their family names.

4         Q.   Not based on what he testified to at

5    court.

6         A.   Is it Momchil?

7         Q.   Momchil Ivanov.

8         A.   I don't remember.

9         Q.   You also produced a staffing agreement

10   with Phoenix Crew Ltd.

11              Do you recall that?

12        A.   Yes.

13        Q.   Other than the May 28, 2021, NDAs with

14   that current crew and the September 1, 2021,

15   staffing agreement with Phoenix Crew Ltd., and the

16   agreement between Hong Kong International and

17   Lamp Capital, we received no other documents bearing

18   your signature on behalf of Hong Kong International.

19              Are you aware if any other such document

20   exists?

21              MR. VARTAN:  Objection.

22        A.   I'm not sure.

23   BY MR. LUFT:

24        Q.   And to be clear, other than the NDAs with

25   the crew as of May 28, 2021, the Phoenix Crew Ltd.

1                         M. Guo

2    document, and the agreement between Hong Kong

3    International and Lamp Capital, which we looked at

4    as Exhibit 4, are you aware of any document that you

5    executed on behalf of Hong Kong International?

6         MR. VARTAN:  Objection.

7    A.   I'm not sure.

8    BY MR. LUFT:

9    Q.   Okay.  Do you recall when the Lady May

10   sailed south in 2020?

11   A.   October.

12   Q.   Do you recall when in October?

13   A.   I don't recall.

14   Q.   Do you have any better recollection than

15   sometime in October?

16   A.   I don't remember.

17        MR. LUFT:  I'm going to mark as Exhibit 6,

18        Mei Guo Deposition Exhibit 6, a copy of

19        Justice Ostrager's Decision and Order from

20        October 15, 2020.

21        (Mei Guo Exhibit 6 was received and marked for

22   identification, as of this date.)

23   BY MR. LUFT:

24   Q.   Ms. Guo, while we wait on that, how long

25   does it take to sail the Lady May from New York to

1                              M. Guo

2    Florida?

3         A.    It entirely depends on the weather.

4         Q.    Approximately?

5         A.    As I remember, there was once when the

6    weather conditions were really poor, and it took

7    them maybe two weeks.

8         Q.    And if the conditions are good?

9         A.    That, I don't know.

10        Q.    Do you recognize this document, Ms. Guo?

11        A.    Just one moment.  I'll take a look.

12              I don't recall.

13        Q.    Do you recall either seeing this order or

14   being told by counsel that Justice Ostrager had

15   ordered that Mr. Kwok and/or the registered owners

16   of the residence at the Sherry-Netherland and the

17   yacht the Lady May are restrained from making or

18   closing any sale, assignment, transfer, or

19   interference with those assets?

20        A.    I don't recall ever seeing this document.

21        Q.    Okay.  Hong Kong International was the

22   registered owner of the Lady May on October 15,

23   2020, correct?

24        A.    You are referring to Hong Kong

25   International USA, correct?

1                              M. Guo

2        Q.   Yes, ma'am.

3        A.   Yes.

4        Q.   Did your counsel tell you that as of

5   October 15, 2020, there was a restraining order

6   applying to you with regard to the Lady May and any

7   interference with the asset?

8             MR. VARTAN:  Objection.  We haven't

9        established it, Counsel.

10            MR. LUFT:  In fact, I have.

11            MR. VARTAN:  No, you haven't.  And I'm

12       talking about October 15, 2020.

13            MR. LUFT:  And we've established that

14       Mr. Mitchell was her counsel at that time,

15       correct?

16            MR. VARTAN:  No, you didn't.

17            MR. LUFT:  Oh, my God.

18            MR. VARTAN:  You can ask her.

19            MR. LUFT:  I've asked her.  It's in the

20       record.

21            Mr. Vartan, once again, you're amazing in

22       your creativity of how to waste time.

23   BY MR. LUFT:

24       Q.   Ms. Guo, Mr. Mitchell was your counsel in

25   October of 2020, correct?

1                          M. Guo

2        A.    I don't remember.  I can't remember those

3   clearly.

4        Q.    Do you believe you had no counsel at that

5   time?

6        A.    I don't recall.

7        Q.    Did your father or anyone else involved in

8   that litigation inform you that you are subject to a

9   Court order impacting your use of the Lady May?

10            MR. VARTAN:  Objection.

11       A.    No.

12            MR. LUFT:  I'm going to mark as Mei Guo

13            Exhibit 7 another Decision and Order from

14            Justice Ostrager, this one dated March 16,

15            2021.

16            (Mei Guo Exhibit 7 was received and marked for

17   identification, as of this date.)

18   BY MR. LUFT:

19       Q.    Ms. Guo, on or after March 17, 2021, do

20   you recall, were you informed that there was a

21   contempt order stating that for every day the yacht

22   is outside the jurisdiction of this Court after

23   May 15, 2021, Defendant Kwok will be fined $500,000?

24       A.    I know about that.

25       Q.    And you knew about -- when did you learn

1                          M. Guo

2  of that?

3        A.   I don't remember.

4        Q.   And did you learn about the next line

5  where the Court also ordered that the other

6  restraints related to the ownership and control of

7  the yacht remain in place?

8        A.   I don't recall.

9        Q.   In your affidavit you said you were made

10 aware of the Court's order by your counsel, correct?

11       A.   Yes.

12       Q.   Who was that counsel?

13       A.   Lee.

14       Q.   Mr. Vartan.

15            You go on to say:

16            "I did not want the boat to travel to

17            New York, and, after consulting with

18            counsel, directed instead that it proceed

19            to Europe as had been long planned at

20            significant expense."

21            Who is the counsel you consulted with with

22 regard to directing the boat to proceed to Europe?

23       A.   Lee.

24       Q.   You're referring to Mr. Vartan again, who

25 is the counsel that directed -- gave you the advice

1                          M. Guo

2    with regard to proceeding to Europe despite being

3    aware of the Court's order to return the boat to

4    New York?

5              MR. VARTAN:  Objection.

6         A.   At that time he was my counsel.

7    BY MR. LUFT:

8         Q.   Is he the counsel who gave you the advice?

9         A.   Yes.

10        Q.   So to be clear, you were aware that if the

11   Lady May was not returned to New York by May 15,

12   2021, your father would incur fines of $500,000 a

13   day, but in response you consulted with counsel and

14   instead directed the Lady May to proceed to Europe;

15   is that correct?

16        A.   Yes.

17        Q.   Do you recall when the Lady May's repairs

18   in the winter -- the winter months, January,

19   February, March, whenever they may have been -- of

20   2021 were completed?

21        A.   I don't recall the details.

22        Q.   What's your best recollection of when

23   those repairs were completed?

24        A.   2021.  I really don't remember.

25        Q.   But as you state in 15, it was after those

1                        M. Guo

2  repairs were completed that your brother asked if he

3  could use the Lady May in Europe, correct?

4            MR. VARTAN:  Looking at Guo 1,

5        paragraph 15?

6            MR. LUFT:  I'm just asking her.

7            MR. VARTAN:  You said 15.  Again, I want

8        her to be aware of where you're reading from.

9            MR. LUFT:  Okay, Mr. Vartan.

10  BY MR. LUFT:

11       Q.   Go ahead, Ms. Guo.

12            MR. VARTAN:  Look at Guo 1, paragraph 15.

13       A.   Just one moment.

14            MR. LUFT:  It's your affidavit.

15            We are just once again wasting time on the

16        record because your counsel wants to show you

17        documents.

18            MR. VARTAN:  I would just refer you to

19        your question.  You said --

20            MR. LUFT:  Mr. Vartan, I was helping her

21        to give her a placing.

22            MR. VARTAN:  But as you stated --

23            MR. LUFT:  This is her testimony.

24            MR. VARTAN:  Right, but you said "as you

25        stated in 15," so it would only be fair that

1                          M. Guo

2      she have access to the document.

3    BY MR. LUFT:

4      Q.   Ms. Guo, you told me Mr. Vartan drafted

5    your affidavit.  He seems very concerned that you're

6    not familiar with the facts in it.

7           Did you review this affidavit before you

8    signed it?

9           MR. VARTAN:  You don't have to answer

10      that.

11    BY MR. LUFT:

12      Q.   Yes, you do.

13      A.   Yes, of course I reviewed it.  It's just

14    that my counsel knows that I have a bad memory.

15      Q.   Now that you have it in front of you, do

16    you recall that you gave a sworn statement that:

17           "The Lady May underwent needed

18           inspections and maintenance, and when

19           completed my brother, who resides in

20           Europe, asked if he could have access to

21           the yacht"?

22      A.   Yes, correct.

23      Q.   As we discussed, you are aware that the

24    hearing transcript that we have been looking at from

25    February 2, 2022, was based on the direction from

1                       M. Guo

2  the appellate division to conduct an evidentiary

3  hearing to resolve the dispute as to ownership and

4  control of the Lady May, correct?

5           MR. VARTAN:  Objection.

6      A.   I am aware.

7  BY MR. LUFT:

8      Q.   You've said that you take the Lady May to

9  Florida and the Bahamas in the winter, correct?

10     A.   Yes.

11     Q.   Do you ever take it to the Cayman Islands

12 for repairs or registration?

13     A.   Where is the Cayman Islands?

14     Q.   Do you ever take it to the British Virgin

15 Islands for repairs or registration?

16     A.   Where are those islands?

17     Q.   Did you ever make any communications with

18 anyone at BakerHostetler in connection with the PAX

19 litigation against your father?

20     A.   I don't recall.

21     Q.   Ms. Guo, why did you consent to allow the

22 Lady May to return to the United States from Europe?

23     A.   Because if the boat was still not

24 returning, it seemed like my dad would have a threat

25 to his life.  And it seems like the boat was used as

1                         M. Guo

2    a tool to keep my dad's security.

3         Q.   Did you ever think to do it sooner than

4    before he had incurred $130 million in fines?

5              MR. VARTAN:  Objection, argumentative.

6    BY MR. LUFT:

7         Q.   Well, I'm just asking.

8         A.   No.

9         Q.   Are you aware that the Lady May was

10   offered to be distributed or to be sold and its

11   value distributed to creditors of your father's

12   estate as part of a plan he proposed to the

13   bankruptcy court?

14        A.   Yes.  I've heard about it from my counsel.

15        Q.   Were you consulted prior to the Lady May

16   being offered up to pay for your father's creditors?

17        A.   What do you remember -- or, sorry, what do

18   you mean?  Could you ask that again?

19        Q.   Prior to the Lady May being included in

20   your father's proposed bankruptcy plan as an asset

21   whose value could be distributed to the creditors,

22   did anyone consult with you to see if you agreed

23   that you would hand over the Lady May and allow it

24   to be used to pay off your father's creditors?

25        A.   Yes.

1                           M. GUO

2        Q.   Who spoke to you about it?

3        A.   My counsel.

4        Q.   Who was that?

5        A.   I can't remember that clearly.

6        Q.   This would have just been this past

7   spring.  Who was your counsel in connection with

8   your father's bankruptcy this past spring?

9        A.   I really can't remember.

10        Q.   Mr. Vartan was not your bankruptcy

11   counsel, correct?

12        A.   He's my counsel.

13        Q.   But he wasn't your counsel for bankruptcy

14   purposes in April of 2022, correct?

15        A.   That's correct.  He wasn't.

16        Q.   Do you recall who was your counsel that

17   spoke to you about the possibility of including the

18   Lady May as an asset for your father to distribute

19   to his creditors?

20        A.   I don't recall.

21        Q.   Did your father ever speak to you about

22   using the Lady May to pay off his creditors?

23        A.   No.

24        Q.   Did your mother ever speak to you about

25   using the Lady May to pay off your father's

1                          M. Guo

2    creditors?

3         A.   No.

4         Q.   Did anyone ever -- from the firm of

5    Brown Rudnick ever speak to you with regard to using

6    the Lady May to pay off Mr. Kwok's creditors?

7         A.   Could you repeat the name of the firm?

8         Q.   Brown Rudnick.

9         A.   I don't recall.

10        Q.   Would you allow the Lady May to be used

11   today to pay off your father's creditors as part of

12   the plan?

13             MR. VARTAN:  Objection.

14        A.   What would be the difference between today

15   and when I gave consent previously?  I don't quite

16   understand your question.

17   BY MR. LUFT:

18        Q.   It's not meant to be a riddle, Ms. Guo.

19   I'm asking you because I have to ask in stages.  I

20   asked then.

21             So I'm asking you today, would you consent

22   to the Lady May being used as an asset to pay off

23   your father's creditors as part of a plan, a

24   Chapter 11 plan?

25             MR. VARTAN:  Objection.

1                          M. Guo

2       A.   For my dad's security, I do agree.

3  BY MR. LUFT:

4       Q.   Ms. Guo, I think I asked you earlier if

5  you ever attended any of the bankruptcy court

6  hearings.

7            Do you recall that?

8       A.   Yes.

9       Q.   And I believe you told me you have not

10 attended any of those hearings, correct?

11      A.   Yes.

12      Q.   And does that include -- and when I say

13 that, I mean both virtual hearings and in-person

14 hearings?

15      A.   Yes.

16      Q.   So did you ever -- have you ever listened

17 in to any of the bankruptcy court hearings in your

18 father's bankruptcy court case?

19      A.   No.

20           MR. LUFT:  Why don't we take a short

21      break.

22           MR. VARTAN:  Sure.

23           THE VIDEOGRAPHER:  It is 6:06 p.m.  We're

24      going off the record.

25           (Recess.)

1                          M. Guo

2            THE VIDEOGRAPHER:  Time is 6:28 p.m.  We

3       are back on the record.

4  BY MR. LUFT:

5       Q.   Ms. Guo, I want to ask you about -- we

6  talked about the boat returning to the

7  United States.

8            I want to now ask you about -- there was a

9  hearing in the bankruptcy court on April 13 in which

10  an issue with regard to posting a bond equal to the

11  value of the boat, approximately $37 million, came

12  up.

13            Are you familiar with that hearing?

14       A.   Yes.

15       Q.   When did you first hear about the

16  possibility of Hong Kong International having to

17  post the bond?

18       A.   That would be on that same day.

19       Q.   How did you hear about it?

20       A.   I received a phone call from my counsel.

21       Q.   Who was that counsel?

22       A.   Aaron Mitchell.

23            MR. LUFT:  Aaron Mitchell?  Is that what

24       she said?

25            THE INTERPRETER:  Aaron Mitchell.

1                           M. GUO

2    BY MR. LUFT:

3        Q.   You spoke to Mr. Mitchell about this

4    issue?

5        A.   What issues are you referring to, going to

6    the Court?  No, I mean about that hearing?

7        Q.   Let me take a step back.

8             At the time Mr. Mitchell was your counsel

9    and he was also your father's counsel, correct?

10       A.   Yes.

11       Q.   + What did Mr. Mitchell tell you on that

12   phone call?

13            MR. VARTAN:  And I would just caution, now

14       this is getting into conversations that you're

15       having with your attorney.

16            So I'm assuming you're not looking for

17       privileged information.

18            MR. LUFT:  No, I am, because that

19       privilege has been waived.  It's owned by the

20       trustee, and the Court has ruled that any joint

21       defense communications and common interest

22       communications between Mr. Kwok's counsel and

23       anyone else's are -- belongs to the trustee.

24            MR. VARTAN:  He was acting in her -- in

25       the capacity as her counsel.

1                    M. Guo

2        MR. LUFT:  And Mr. Kwok's counsel.

3        MR. ROMNEY:  I've been very quiet

4   throughout this deposition, but I was involved

5   in that process.

6        That was a communication between

7   Aaron Mitchell in his capacity as Mei and HK's

8   counsel.  The debtor was not present for that

9   communication.

10        We are instructing the witness not to

11   divulge those communications.

12        MR. LUFT:  I don't understand the

13   objection.  It doesn't matter if Mr. Kwok is

14   present when they're happening.

15        Mr. Mitchell is at a hearing at which he

16   is serving as counsel for both Mr. Kwok -- in

17   fact, he was -- and I guess also Ms. Guo.  She

18   had other counsel who was her exclusive

19   counsel.  The counsel that she shares with her

20   father spoke to her.

21        The court order is very clear that any

22   common interest and joint defense

23   communications with the defendant are -- belong

24   to the trustee, and the trustee is entitled to

25   know it.  So I don't see any basis for which

1                    M. Guo

2   you guys to object for privilege.

3       MR. ROMNEY:  That's not a common interest

4   privileged communication.  It's an

5   attorney-client privileged communication.

6   You're free to make that argument to a judge.

7   We will make our argument to a judge, and the

8   judge will rule.

9       MR. LUFT:  Okay.  All common interest and

10  joint defense communications are

11  attorney-client communications.  You have to

12  have an attorney-client communication for it to

13  be joint defense and common interest.

14      If you'd like, we can go off the record

15  and you could speak to Mr. Mitchell, but I

16  don't understand how you're telling me that

17  while he's representing Mr. Kwok and speaking

18  about an issue relating to him, he is

19  somehow -- the part of his brain he was

20  speaking with was not joint.

21      MR. ROMNEY:  That is not the law.  A

22  lawyer who represents two clients is not

23  engaging in a joint interest privileged

24  communication when they're speaking with either

25  one of their clients individually.

Page 186

1                      M. Guo

2         MR. LUFT:  About an issue impacting both

3    of them.

4         MR. ROMNEY:  We respectfully disagree with

5    your view on it, and a Court will address it if

6    that's what needs to happen.

7         MR. LUFT:  Are you directing her not to

8    answer?

9         MR. VARTAN:  Yes.  You said you're asking

10   for privileged communications.

11        MR. LUFT:  I'm asking about her

12   communications with Mr. Mitchell.  Mr. Pin^ now

13   owns that privilege.

14        MR. VARTAN:  He does not own her

15   privilege.  She's not the debtor.

16        MR. LUFT:  Are you aware of what the

17   privilege order says in this case?

18        MR. VARTAN:  I'm not.

19        MR. LUFT:  Okay.

20        MR. VARTAN:  She's not the debtor.

21        MR. LUFT:  Maybe you and I should not be

22   talking about this.

23        MR. ROMNEY:  That's why I spoke for the

24   first time on the record today.  Because I'm

25   the human being who negotiated that order on

1                        M. Guo

2        behalf of the debtor.  And I'm very familiar

3        with it.

4              And I agree with your characterization of

5        the order.  I disagree with your

6        characterization of the communication as a

7        joint interest privileged communication.

8              MR. LUFT:  Okay.  I'm just asking.

9              So you're instructing her not to answer?

10             MR. VARTAN:  Correct.

11   BY MR. LUFT:

12       Q.   Are you going to follow your counsel's

13   instruction?

14       A.   That's right.

15             MR. LUFT:  Okay.  We're going reserve the

16       right to reopen the deposition or keep the

17       deposition open as to that issue.

18             MR. VARTAN:  Sure.

19   BY MR. LUFT:

20       Q.   Okay.  Did Mr. Mitchell have any

21   communications with you --

22             MR. LUFT:  Well, am I correct that I'm not

23       allowed to ask her about anything Mr. Mitchell

24       discussed with her despite him also being

25       Mr. Kwok's counsel and acting as Mr. Kwok's

Page 188

1                         M. Guo

2        counsel at that hearing?

3              MR. VARTAN:  That's correct.

4    BY MR. LUFT:

5        Q.   After you spoke to Mr. Mitchell, what did

6    you do?

7        A.   I made a call.

8        Q.   Who did you call?

9        A.   The first call?

10       Q.   Yes.  Start with the first one.

11       A.   Uncle William.

12       Q.   Who is Uncle William?

13       A.   He's a family friend we've known for many,

14   many years.  I call him "Uncle."

15       Q.   And does Uncle William have a last name?

16       A.   In Chinese it's Yu, Y-U.

17       Q.   And in English, is it pronounced

18   William "Je"?

19       A.   I think so.

20       Q.   And what did you say to Uncle William?

21       A.   I told him about the conditions at that

22   time, and I said I needed to borrow some money,

23   otherwise my dad would face safety risks.

24       Q.   What did you tell him were the conditions

25   at the time?

1                    M. Guo

2        A.   Before the boat returned, I needed to

3   borrow money that would be $37 million.  And once

4   the boat returned, the money would be paid back.

5        Q.   Did you tell him anything else?

6             I'm going to ask you, in as much detail as

7   possible, try to recall everything you said to

8   Mr. Je on that phone call and everything he said to

9   you.

10       A.   That day, I made this call while feeling

11  extremely frightened.  I can't recall many details.

12  This is just the information that I recall now.

13       Q.   Do you recall anything else about your

14  phone call with William Je?

15       A.   I recall that he said yes to me.

16       Q.   Yes, that he would lend you $37 million?

17       A.   Yes.

18       Q.   Did he say anything else?

19       A.   He confirmed twice to make sure that the

20  money would just be there temporarily, as like in a

21  bridging fund.  I said yes.  So he agreed very

22  quickly.

23       Q.   Do you recall anything else, any other

24  terms or details included in the phone call?

25       A.   No.

1                         M. GUO

2        Q.   Do you recall having any discussion

3   with -- regarding whether the money would have to be

4   used to pay for repairs to the boat?

5        A.   I was in great panic that day.  So no.

6        Q.   No, you don't recall, or no, you didn't

7   discuss the fact that the money would have to be

8   used to pay for repairs to the Lady May?

9        A.   On that phone call, no.

10       Q.   Again, what is the "no" referring to?  No,

11   you don't recall if you said it, or no, you did not

12   discuss the repairs?

13       A.   I did not discuss the repairs.

14       Q.   Did you discuss if there would be interest

15   charged for this loan?

16       A.   No.

17       Q.   Was there anyone on the phone with you

18   other than you and Uncle William?

19       A.   No.

20       Q.   Did you have Mr. Je's number readily

21   available?

22       A.   No.

23       Q.   How did you get Mr. Je's phone number?

24       A.   I always had his number.

25       Q.   Did you speak to anyone other than Mr. Je

Page 191

1                           M. Guo

2    about getting the loan?

3         A.   No.

4         Q.   After you got off -- how long was your

5    phone call with Mr. Je?

6         A.   Probably only five or six minutes.

7         Q.   Is there anything else you recall about

8    that phone call that you have not told me yet?

9         A.   I don't recall.

10        Q.   After you got off the phone with Mr. Je,

11   what did you do next?

12        A.   I had a drink.

13        Q.   After you finished your drink.

14             Let me ask:  Where were you that you had a

15   drink?  That sounds great.  You have one now.

16        A.   It was at my own home.

17        Q.   So you were home when you got the phone

18   call?

19             CHECK INTERPRETER:  Did you say "make" the

20        phone call or "got" the phone call?

21             MR. LUFT:  I said made the phone call,

22        but -- made the phone call.

23   BY MR. LUFT:

24        Q.   And after you finished your drink, what

25   did you do?

1                          M. Guo

2         A.    I don't recall.  I was really anxious

3    throughout that whole day.

4         Q.    Do you recall anything else that you did

5    that day after you spoke with Mr. Je on that first

6    phone call?

7         A.    I don't recall.

8         Q.    Do you recall if you called back

9    Mr. Mitchell and told him you got the loan?

10        A.    I don't recall.

11        Q.    Do you recall if you spoke to anyone to

12   tell them that you got the loan?

13        A.    I don't recall.

14        Q.    Do you know how anyone else would know --

15   would anyone other than you and Mr. Je know that you

16   got the loan?

17              MR. VARTAN:  Objection.

18        A.    I don't know.

19   BY MR. LUFT:

20        Q.    Okay.  Did you speak to anyone on this

21   topic on April 13 other than that one phone call

22   with Mr. Je and the initial phone call from

23   Mr. Mitchell before you spoke to Mr. Je?

24        A.    I don't remember.

25        Q.    Do you remember the next time you spoke to

                        M. Guo
1
2  anyone with regard to this topic?

3       A.   I don't remember.

4       Q.   Do you recall having any conversations

5  with anyone other than Mr. Je in that phone call

6  we've discussed and the initial phone call you had

7  with Mr. Mitchell leading up to your phone call with

8  Mr. Je with regard to the topic of the $37 million

9  loan and its terms?

10           MR. VARTAN:  Other than her attorneys?

11           MR. LUFT:  No.  My question does not

12      include your question.

13  BY MR. LUFT:

14      Q.   You can answer.

15      A.   I don't remember the exact time, but I did

16  speak with my counsel.

17      Q.   When did you speak with your counsel?

18      A.   I don't remember.

19      Q.   Who did you speak with?

20      A.   I think it might have been the counsel

21  from Connecticut, but I can't remember.

22      Q.   Did you ever have any conversations with

23  Mr. Mitchell again on this topic?

24      A.   I don't remember.

25      Q.   Are you familiar with the terms of the

1                          M. Guo

2   $37 million loan?

3        A.   Yes.  I've read them.

4        Q.   When you spoke to Mr. Je originally, did

5   he tell you what -- which entity was going to make

6   you the loan?

7        A.   No.

8        Q.   Do you recall that originally that it

9   was -- the loan was to come from ACA Capital?

10       A.   I don't recall.

11       Q.   Your father has a history of working with

12   ACA Capital, correct?

13            MR. VARTAN:  Objection.

14       A.   I don't know.

15  BY MR. LUFT:

16       Q.   Were you involved in negotiating any of

17  the terms of the loan agreement?

18       A.   I don't recall.

19       Q.   You don't recall if you were involved in

20  any of the negotiations of the loan agreement for

21  $37 million?

22       A.   That's correct.  My counsel did.

23       Q.   Did your counsel inform you that

24  originally you were not to be -- let me strike that.

25            Ms. Guo, are you aware that under the

1                              M. Guo

2    final terms of the agreement you are personally

3    liable for guaranteeing the $37 million loan?

4         A.   I am aware.

5         Q.   Are you aware that in earlier versions of

6    the agreement, the loan was to be secured by the

7    Lady May and not by you yourself personally?

8         A.   Yes, I remember that.

9         Q.   Why was that change made?

10             MR. VARTAN:  If that calls for

11        conversations you had with counsel, again, you

12        can't answer that.

13        A.   Based on the counsel's advice.

14   BY MR. LUFT:

15        Q.   + So counsel advised you to personally

16   guarantee the loan?

17             MR. VARTAN:  I'll instruct you not to

18        answer.  Calls for privileged information.

19             MR. LUFT:  I'm just clarifying her answer.

20        I just want to understand what she said.

21             MR. VARTAN:  You asked her what her

22        counsel advised her.

23             MR. LUFT:  No.  She told me "based on

24        advice of counsel."  I just want to make sure I

25        understand her answer.

Page 196

1                          M. Guo

2            MR. VARTAN:  Right.  I'm instructing her

3       not to answer.

4            MR. LUFT:  Okay.

5    BY MR. LUFT:

6       Q.   You're going to follow your counsel's

7    advice?

8       A.   That's correct.

9       Q.   Who negotiated the interest rate on the

10   loan?

11      A.   My counsel.

12      Q.   You agreed to pay that interest rate,

13   3 percent per month?

14      A.   Yes, I agreed.

15      Q.   And that $37 million, that's approximately

16   $1.1 million a month, correct?

17      A.   Probably.  I didn't do the calculation.

18      Q.   What funds were you going to use to pay

19   $1.1 million per month worth of interest?

20      A.   When I agreed to this, I actually didn't

21   expect that I would ever need to make the payment

22   because I was really confident that the boat would

23   be back on time and the money would be back into the

24   account.

25            And ^judgments are great.  I never

1                              M. Guo

2  expected that I would need to pay the money.

3       Q.   You didn't expect there would be any

4  period of time between when the boat returned to the

5  United States and when the money could be returned

6  to the lender?

7       A.   At that time, I only had several days to

8  borrow the money and sign the document.  I didn't

9  really think about it that much.

10      Q.   What about the money that would be needed

11  to repair the boat?  Where was that going to come

12  from?

13      A.   The insurance would pay part of it.  My

14  brother would pay part of it for me.

15      Q.   Did Mr. Je ever tell you that he was going

16  to charge you a million dollars a month to borrow

17  the money?

18      A.   I don't recall.

19      Q.   Did you ever think to see if there was

20  anyone who was going to charge you less of a

21  usurious loan rate?

22           MR. VARTAN:  Objection.

23      A.   Could you repeat that question?  I don't

24  understand it.

25

```
 1                         M. GUO
 2   BY MR. LUFT:
 3        Q.    Sure.
 4              Did you ever see if anyone would charge
 5   you less than 3 percent interest per month to borrow
 6   the money?
 7        A.    No.
 8        Q.    Do you know if anyone else reached out to
 9   any other lenders other than Mr. Je to provide the
10   money?
11        A.    I don't know.
12        Q.    Did you ever ask your brother if he would
13   lend you the money to pay for the bond in connection
14   with your father's bankruptcy?
15        A.    No.
16        Q.    Did you have to provide any due diligence
17   documents to Mr. Je prior to him loaning you
18   $37 million?
19              MR. VARTAN:   Objection to "due diligence
20         documents."   I don't know if that definition is
21         clear.
22        A.    No.
23   BY MR. LUFT:
24        Q.    And the loan that Mr. Je gave you for
25   $37 million without seeing any due diligence
```

1                          M. Guo

2    documents is unsecured, correct?

3              MR. VARTAN:  Objection.

4        A.    I don't quite understand what is meant by

5    "unsecured."

6    BY MR. LUFT:

7        Q.    Mr. Je didn't receive any security

8    interest in connection with his loan, correct?

9              MR. VARTAN:  Same objection.  I don't know

10           if she knows what "security interest" means.

11             THE INTERPRETER:  The interpreter is not

12           quite sure about security interest, so we were

13           talking about the proper translation of

14           security interest.

15             MR. LUFT:  How do you say "security

16           interest"?

17             MS. SONG:  In what context?

18             MR. VARTAN:  I don't know that security

19           interest means a lien.  If you want to ask

20           about a lien, ask about a lien.

21             CHECK INTERPRETER:  Is it like a schedule

22           or guarantee?

23             MR. VARTAN:  Right.  I would consider a

24           personal guarantee to be a security interest.

25             MR. LUFT:  No.  I'm sure Mr. Zeisler will

1                      M. Guo

2      tell you that's not --

3           MR. VARTAN:  I'm not a bankruptcy

4      attorney.

5           MR. LUFT:  That's why I am suggesting you

6      not jump in.

7           MR. VARTAN:  I'm giving my non-bankruptcy

8      perspective.

9           MR. ROMNEY:  A personal guarantee is

10     probably security.  It's not a security

11     interest.  A lien is a type of security

12     interest, but it's not the only.

13          MR. VARTAN:  I was 50 percent right.  It's

14     7:00.

15          MR. LUFT:  I don't know if it's

16     50 percent.

17          THE INTERPRETER:  I was explaining the

18     translation of the term to the witness.

19     A.   So you're asking me about whether there

20   was a security interest; is that correct?

21   BY MR. LUFT:

22     Q.   Why don't we just -- I'll repeat my

23   question.

24     A.   Thank you.

25     Q.   And the loan that Mr. Je gave you for

1                           M. Guo

2  $37 million without seeing any due diligence

3  documents was unsecured, correct?

4              MR. VARTAN:   Same objection.

5        A.   I think for him, the security would be

6  that we were certain and told him that once the boat

7  is back, the money would be back.   That's the

8  security.

9  BY MR. LUFT:

10       Q.   Okay.   Did you provide any

11 know-your-customer documents to Mr. Je in connection

12 with the loan?

13             MR. VARTAN:   Objection.

14       A.   I don't know what that is.

15 BY MR. LUFT:

16       Q.   Did you read the terms of the loan

17 agreement?

18             Well, who's the loan agreement between --

19 with Hong Kong International funds with?

20       A.   I did read the terms.   That's with

21 Himalaya Financial Group.   I don't know about the

22 Chinese.

23       Q.   What business is Himalaya Financial Group

24 in?

25       A.   I don't know.

```
 1                        M. Guo

 2       Q.   Do you understand that they issued -- do

 3  you understand they issue cryptocurrency?

 4            MR. VARTAN:   Objection.

 5       A.   I don't know.

 6  BY MR. LUFT:

 7       Q.   Did you ever hear of H Coin?

 8            MR. VARTAN:   Objection.

 9       A.   Yes.

10  BY MR. LUFT:

11       Q.   And are you aware that Himalaya Financial

12  is involved with H Coin?

13       A.   I'm not aware.

14       Q.   Your father is involved with H Coin,

15  correct?

16            MR. VARTAN:   Objection.

17       A.   I don't know.

18  BY MR. LUFT:

19       Q.   Have you ever heard your father's song,

20  "H Coin to the Moon"?

21       A.   I'm not sure.

22       Q.   Do you want me to show you the video?

23       A.   Okay.

24       Q.   Okay.   When the deposition is over, I'll

25  show you.   That's good.
```

1                            M. Guo

2          MR. VARTAN:  I don't know if we're hanging

3      around after the deposition, but we can go

4      ahead.

5  BY MR. LUFT:

6      Q.   In fact, your father has a long history of

7  doing business dealings with Mr. William Je,

8  correct?

9          MR. VARTAN:  Objection.

10     A.   I don't know.

11 BY MR. LUFT:

12     Q.   You know Mr. Je is involved with

13 ACA Capital, correct?

14     A.   I think, yes, probably.

15     Q.   And you know your father is involved with

16 ACA Capital, correct?

17         MR. VARTAN:  Objection.

18     A.   I don't know.

19         MR. LUFT:  I'm going to ask the court

20     reporter to mark as Exhibit 8 a copy of the

21     Stipulated Order Compelling HK International

22     Funds Investments Limited to transport and

23     deliver that certain yacht, the Lady May.

24         (Mei Guo Exhibit 8 was received and marked

25     for identification, as of this date.)

```
 1                         M. Guo

 2   BY MR. LUFT:

 3        Q.   Ms. Guo, do you recognize this document?

 4        A.   I don't remember.

 5        Q.   Do you recall if you ever read this

 6   document?

 7        A.   Give me some time.  I need to read it.

 8        Q.   Of course.

 9        A.   I have some impression of it.

10        Q.   Were you involved in negotiating this

11   agreement?

12        A.   I don't remember.

13        Q.   Do you have any personal knowledge with

14   regard to the negotiations related to this

15   agreement?

16             MR. VARTAN:  Objection.

17        A.   Personal knowledge, right?

18   BY MR. LUFT:

19        Q.   Yes.

20        A.   I don't remember.

21        Q.   Who negotiated this agreement on behalf of

22   Hong Kong International?

23        A.   My counsel.

24        Q.   Who is that?

25        A.   I think an attorney from Connecticut.
```

1                          M. Guo

2       Q.   Do you know which one?

3       A.   I don't remember.

4       Q.   Do you recall him discussing the terms of

5  the agreement with you while he was negotiating it?

6            MR. VARTAN:   Just answer that yes or no.

7       A.   Yes.

8  BY MR. LUFT:

9       Q.   How many conversations did he have with

10  you while he was negotiating this agreement?

11       A.   I don't remember.

12       Q.   I asked you earlier today about other

13  entities that you owned other than Hong Kong

14  International.   You told me you could not recall the

15  names of any of them.

16            Do you remember that testimony?

17            MR. VARTAN:   Misstates the testimony.

18       A.   Yes, I remember.

19  BY MR. LUFT:

20       Q.   I'll ask you the same thing.

21            Are there any entities other than

22  Hong Kong International that you are a director of?

23            MR. VARTAN:   Objection.

24       A.   I really don't remember.

25            MR. LUFT:   Okay.   Why don't we take a

1                    M. Guo

2   break and see if we're close to done.

3        MR. VARTAN:  How much time do we have

4   left?

5        THE VIDEOGRAPHER:  Do you want to go off

6   record first?

7        MR. VARTAN:  Please.

8        THE VIDEOGRAPHER:  It's 7:13 p.m.  We're

9   going off the record.

10       (Recess.)

11       THE VIDEOGRAPHER:  It is 7:31 p.m.  We are

12  back on the record.

13       MR. LUFT:  Ms. Guo, I'm going leave this

14  deposition open for the reasons I've stated

15  throughout regarding instructions for your

16  counsel not to answer non-privileged questions,

17  improper privileged questions, objections, and

18  documents that are missing and the other

19  reasons I've raised.

20       Other than that, I have no further

21  questions for you at this time.

22       THE WITNESS:  Okay.

23       MR. LUFT:  Thank you, Ms. Guo.

24       THE WITNESS:  Thank you.

25       MR. VARTAN:  Thank you.

1                          M. Guo

2              THE WITNESS:  Thank you, everyone.

3              THE VIDEOGRAPHER:  It is 7:32 p.m.  We're

4        going off the record.

5

6              (Time noted:  7:32 p.m.)

7

8

9

10

11              _____

12                          MEI GUO

13

14    Subscribed and sworn to

15    before me this    day

16    of            2022.

17    _____

18

19

20

21

22

23

24

25

1

2                    C O N T E N T S

3    MR. LUFT                                           6

4

5                    E X H I B I T S

6          (Retained by the court reporter)

7    DEPOSITION          EXHIBIT               PAGE

8    Exhibit 1   Affidavit of Mei Guo              87

9    Exhibit 2   2-2-22 Hearing transcript        92

10   Exhibit 3   Lady May Certificate of Registry  128

11   Exhibit 4   Letter dated June 7, 2021        141

12   Exhibit 5   Management and Operations Agreement  153
             dated May 7, 2021
13
     Exhibit 6   Decision and Order, October 15, 2020  169
14
     Exhibit 7   Decision and Order, March 16, 2021   172
15
     Exhibit 8   Stipulated Order                  204
16

17
     Instruction not to answer            10    9
18   Instruction not to answer            20    15
     Instruction not to answer            25    13
19   Instruction not to answer            28    22
     Instruction not to answer            39    19
20   Instruction not to answer           116    10
     Instruction not to answer           187    10
21   Instruction not to answer           195    17

22

23

24

25

1

2

3                         CERTIFICATE

4

5    STATE OF NEW YORK   )

6                        :   ss

7           I, Angela M. Shaw-Crockett, a Certified Court

8    Reporter, Registered Merit Reporter and Notary Public within

9    and for the States of New York, New Jersey and Connecticut,

10   do hereby certify:

11          That MEI GUO, the witness whose deposition is

12   herein before set forth, was duly sworn by me and that such

13   deposition is a true record of the testimony given by such

14   witness.

15          I further certify that I am not related to any of

16   the parties to this action by blood or marriage and that I

17   am in no way interested in the outcome of this matter.

18          In witness whereof, I have hereunto set my hand

19   this 23rd day of January, 2023.

20

21   ------------------------------------------
     *Angela Shaw Crockett*
     ANGELA M. SHAW-CROCKETT, CCR, CRR, RMR, CSR
22   LICENSE NO. XI00218400

23

24

25

Page 210

1                              ERRATA SHEET

2    Case Name:

3    Deposition Date:

4    Deponent:

5    Pg.   No.  Now Reads     Should Read   Reason

6    ___   ___  _____    _____    _____

7    ___   ___  _____    _____    _____

8    ___   ___  _____    _____    _____

9    ___   ___  _____    _____    _____

10   ___   ___  _____    _____    _____

11   ___   ___  _____    _____    _____

12   ___   ___  _____    _____    _____

13   ___   ___  _____    _____    _____

14   ___   ___  _____    _____    _____

15   ___   ___  _____    _____    _____

16   ___   ___  _____    _____    _____

17   ___   ___  _____    _____    _____

18   ___   ___  _____    _____    _____

19   ___   ___  _____    _____    _____

20                            _____

                              Signature of Deponent

21

22   SUBSCRIBED AND SWORN BEFORE ME

23   THIS _____ DAY OF _____, 2023.

24   _____

25   (Notary Public)   MY COMMISSION EXPIRES:_____