AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions:*

| 1. NAME Patrick M. Birney | | 2. PHONE NUMBER (860) 275-8275 | | 3. DATE 3/8/2023 | |
|---|---|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL pbirney@rc.com | | 5. CITY Hartford | | 6. STATE CT | 7. ZIP CODE 06103 |
| 8. CASE NUMBER 22-50073 | 9. JUDGE Judge Julie A. Manning | DATES OF PROCEEDINGS | | | |
| | | 10. FROM 3/7/2023 | | 11. TO 3/7/2023 | |
| 12. CASE NAME Ho Wan Kwok | | LOCATION OF PROCEEDINGS | | | |
| | | 13. CITY Bridgeport | | 14. STATE Connecticut | |

15. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Hearing | 3/7/2023 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES 1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | | | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL          0.00

| 18. SIGNATURE /s/ Patrick M. Birney | PROCESSED BY                    P.E. |
|---|---|
| 19. DATE 3/8/2023 | PHONE NUMBER 203-579-5808 |

| TRANSCRIPT TO BE PREPARED BY  Fiore Transcription and Reporting | COURT ADDRESS U.S. Bankruptcy Court 915 Lafayette Blvd. Bridgeport, CT 06604 |
|---|---|

| ORDER RECEIVED | DATE | BY | |
|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:          COURT COPY          TRANSCRIPTION COPY          ORDER RECEIPT          ORDER COPY

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF CONNECTICUT

### Honorable Julie A. Manning

### March 7, 2023

---

| 1:00 PM | 22-50073<br>Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and<br>Genever Holdings LLC |
|---|---|---|

Matter:   #1397; Order to Appear and Show Cause Why the Court Should Not Hold the Non-responding Parties in Contempt of Court.  Golden Spring (New York) Ltd. And Lamp Capital LLC shall appear at the Show Cause hearing.

---

| 1:00 PM | 22-50073<br>Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and<br>Genever Holdings LLC |
|---|---|---|

Matter:   #1455; Order Granting In Part Motion for Order to Appear and Show Cause Why the Court Should Not Hold the HK Parties in Contempt of Court

---

| 1:00 PM | 22-50073<br>Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and<br>Genever Holdings LLC |
|---|---|---|

Matter:   #1454; Motion to Extend Time to Comply With the Court's Order Dated January 20, 2023 [ECF No. 1353] to March 13, 2023 Filed by Lee Vartan on behalf of Mei Guo, HK International Funds Investments (USA) Limited, LLC

---

| 1:00 PM | 22-50073<br>Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and<br>Genever Holdings LLC |
|---|---|---|

Matter:   1453; Motion for Order to Show Cause Why Debtor, Mei Guo, and HK (USA) Should Not Be Held in Contempt for Failure to Comply w/Order to Compel re FRBP 2004 Subpoenas Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

| | | |
|---|---|---|
| 1:00 PM | 22-50073<br>Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and<br>Genever Holdings LLC |

Matter:   #1492; Individual Debtor's Motion for Stay Pending Appeal of Order Holding Him in Contempt of Corporate Governance Order

---

| | | |
|---|---|---|
| 1:00 PM | 22-50073<br>Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and<br>Genever Holdings LLC |

Matter:   #1489; Motion to Seal Supplemental Objection to Chapter 11 Trustee

---

| | | |
|---|---|---|
| 1:30 PM | 22-50073<br>Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and<br>Genever Holdings LLC |

Matter:   #1499; Order Setting Status Conference (RE: 1490 Supplemental Objection of Chapter 11 Trustee to HK International Funds Investments (USA) Limited, LLC's Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for The Lady May filed by Chapter 11 Trustee Luc A. Despins

---

| | | |
|---|---|---|
| 1:30 PM | 22-50073<br>Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and<br>Genever Holdings LLC |

Matter:   #1291; Objection to Production Request and Motion to Quash and/or Modify 2004 Examination Subpoenas Filed by Scott Charmoy on behalf of HCHK Property Management, Inc., HCHK Technologies, Inc., Lexington Property and Staffing, Inc.

---

| | | |
|---|---|---|
| 1:30 PM | 22-50073<br>Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and<br>Genever Holdings LLC |

Matter:   #1362; Motion to Compel Compliance with Bk. Rule 2004 Subpoena by UBS AG Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

---

| | | |
|---|---|---|
| 1:30 PM | 22-05027 | Despins et al v. Bravo Luck Limited et al |

Lead Case:  22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC

Matter:    Continued pretrial conference re #1; Complaint filed by Patrick R. Linsey on behalf of Luc A. Despins against Bravo Luck Limited, Qian Guo

---

| | | |
|---|---|---|
| 1:30 PM | 22-05027 | Despins et al v. Bravo Luck Limited et al |

Lead Case:  22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC

Matter:    #39; Omnibus Motion of Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation to Seal Amended Adversary Complaints

---

| | | |
|---|---|---|
| 2:00 PM | 22-50073<br>Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC |

Matter:    #1446; Motion for Order Authorizing Sales Officer and Sotheby's International Realty to Market Sherry Netherland Apartment for Rent Filed by Douglas S. Skalka on behalf of Luc A. Despins, Genever Holdings Corporation, Genever Holdings LLC, Chapter 11 Trustee, Debtors

---

| | |
|---|---|
| 2:00 PM | 23-5002 Genever Holdings LLC et al v. Kwok et al |

Lead Case:  22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC

Matter:    #6; Status Conference – Motion for Order

---

| | |
|---|---|
| 2:00 PM | 23-5002 Genever Holdings LLC et al v. Kwok et al |

Lead Case:  22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC

Matter:        #2; Status Conference – Motion for Summary Judgment

**22-50073** Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC
Case type: bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 03/09/2023

## Parties

**BakerHostetler**
*Added: 10/07/2022*
*(Interested Party)*

represented by

**Kellianne Baranowsky**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511
203-285-8545
203-823-4546 (fax)
kbaranowsky@gs-lawfirm.com
*Assigned: 10/14/22*

**Lawrence S. Grossman**
Green & Sklarz LLC
One Audubon Street
Third Floor
New Haven, CT 06511
203-285-8545
LGrossman@gs-lawfirm.com
*Assigned: 10/12/22*

**Andrew V. Layden**
BakerHostetler
200 South Orange Avenue
Suite 2300
Orlando, FL 32801
407-649-4070
407-841-0168 (fax)
alayden@bakerlaw.com
*Assigned: 10/12/22*
*LEAD ATTORNEY*

**Danielle L. Merola**
BakerHostetler
200 South Orange Avenue
Suite 2300
Orlando, FL 32801
407-649-4092
dmerola@bakerlaw.com
*Assigned: 10/13/22*
*LEAD ATTORNEY*

**Jeffrey M. Sklarz**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511
203-285-8545
203-823-4546 (fax)
jsklarz@gs-lawfirm.com
*Assigned: 10/07/22*

**Bravo Luck Limited**
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola
British Virgin Islands
*Added: 01/04/2023*
*(Interested Party)*

represented by

**Francis J. Lawall**
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799
(215) 981-4000
(215) 981-4750 (fax)
francis.lawall@troutman.com
*Assigned: 01/06/23*
*LEAD ATTORNEY*

**Francis J. Lawall**
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215-981-4000
215-981-4750 (fax)
francis.lawall@troutman.com
*Assigned: 01/06/23*
*LEAD ATTORNEY*

**Marcy J. McLaughlin Smith**
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Washington, DE 19801
302-777-6535
302-421-8390 (fax)
marcy.smith@troutman.com
*Assigned: 01/17/23*
*LEAD ATTORNEY*

**David M.S. Shaiken**
Shipman, Shaiken & Schwefel, LLC
433 South Main Street

Suite 319
West Hartford, CT 06110
860-606-1703
866-431-3248 (fax)
david@shipmanlawct.com
*Assigned: 01/04/23*

**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
617-856-8200
tfeinsmith@brownrudnick.com
*Added: 07/13/2022*
*(Creditor)*

represented by

**Tristan G. Axelrod**
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
617-856-8456
617-289-0522 (fax)
taxelrod@brownrudnick.com
*Assigned: 08/12/22*
*LEAD ATTORNEY*

**William R. Baldiga**
Brown, Rudnik, Freed & Gesmer
One Financial Center
Boston, MA 02111
(617) 330-9000
617-289-0420 (fax)
wbaldiga@brownrudnick.com
*Assigned: 08/05/22*

**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
617-856-8200
tfeinsmith@brownrudnick.com
*Added: 04/29/2022*
*(Debtor's Attorney)*

**Charmoy & Charmoy, LLC**
Scott M. Charmoy, Esq.
1465 Post Road East,
Suite 100
06880, CT 06880
*Added: 02/16/2023*
*(Attorney)*

represented by

**Scott M. Charmoy**
Charmoy & Charmoy
1465 Post Road East
Suite 100
Westport, CT 06880
(203) 255-8100
203-255-8101 (fax)
scottcharmoy@charmoy.com
*Assigned: 02/16/23*

**Logan Cheng**
c/o Randazza Legal Group, PLLC
100 Pearl Street
14th Floor
Hartford, CT 06103
*Added: 02/17/2022*
*(Creditor)*

represented by

**Jay Marshall Wolman**
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
702-420-2001
jmw@randazza.com
*Assigned: 02/17/22*

**Chao-Chih Chiu**
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367
*Added: 05/02/2022*
*(Creditor)*

**Cohn Birnbaum & Shea, P.C.**
*Added: 08/12/2022*
*(Attorney)*

represented by

**Scott D. Rosen**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103-4500
(860) 493-2200
860-727-0361 (fax)
srosen@cb-shea.com
*Assigned: 08/12/22*

**Gregory A. Coleman**
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839
*Added: 10/04/2022*
*(Consultant)*

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*Added: 07/08/2022*
*(Chapter 11 Trustee)*

represented by

**Douglass E. Barron**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6690
212-230-7690 (fax)
douglassbarron@paulhastings.com
*Assigned: 07/22/22*
*LEAD ATTORNEY*

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036
202-551-1700
202-551-1705 (fax)
nicholasbassett@paulhastings.com

*Assigned: 07/22/22*
*LEAD ATTORNEY*

**G. Alexander Bongartz**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6472
212-303-7072 (fax)
alexbongartz@paulhastings.com
*Assigned: 08/04/22*
*LEAD ATTORNEY*

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
212-230-7771 (fax)
lucdespins@pauhastings.com
*Assigned: 07/22/22*
*LEAD ATTORNEY*

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*Assigned: 07/12/22*

**James C. Graham**
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
(203)821-2000
(203)821-2009 (fax)
jgraham@npmlaw.com
*Assigned: 07/20/22*

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
plinsey@npmlaw.com
*Assigned: 07/11/22*

**Avram Emmanuel Luft**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6079
212-303-7079 (fax)
aviluft@paulhastings.com
*Assigned: 07/22/22*
*LEAD ATTORNEY*

**Lucas Bennett Rocklin**
Neubert, Pepe, Monteith, P.C.
195 Church Street,13th Floor
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
lrocklin@npmlaw.com
*Assigned: 07/15/22*

**Douglas S. Skalka**
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
(203) 821-2000
203-821-2009 (fax)
dskalka@npmlaw.com
*Assigned: 07/14/22*

**Dundon Advisers LLC**
10 Bank Street, Suite 1100
White Plains, NY 10606
*Added: 10/04/2022*
*(Other Prof.)*

**Epiq Corporate Restructuring, LLC**
777 Third Avenue
12th Floor
New York, NY 10017
*Added: 01/20/2023*
*(Claims/Noticing Agent)*

**Genever Holdings Corporation**
P.O. Box 3170
Road Town Tortola
British Virgin Islands

represented by

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl

*Added: 11/02/2022*
*(Debtor)*

New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
plinsey@npmlaw.com
*Assigned: 01/17/23*

**Douglas S. Skalka**
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
(203) 821-2000
203-821-2009 (fax)
dskalka@npmlaw.com
*Assigned: 11/02/22*

**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520
Tax ID / EIN: 47-3338202
*Added: 11/22/2022*
*(Debtor)*

represented by

**J. Ted Donovan**
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036
(212)-221-5700
212-422-6836 (fax)
TDonovan@GWFGlaw.com
*Assigned: 11/22/22*
*LEAD ATTORNEY*

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
plinsey@npmlaw.com
*Assigned: 01/17/23*

**Kevin J. Nash**
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036
(212)-301-6944
(212) 422-6836 (fax)
kjnash@gwfglaw.com
*Assigned: 11/22/22*
*LEAD ATTORNEY*

**Douglas S. Skalka**
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
(203) 821-2000
203-821-2009 (fax)
dskalka@npmlaw.com
*Assigned: 11/22/22*
*LEAD ATTORNEY*

**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520
Tax ID / EIN: 47-3338202
*Added: 11/07/2022*
*(Interested Party)*

**Golden Spring (New York) LTD**
*Added: 03/28/2022*
*(Interested Party)*
PRO SE

**Greenwich Land, LLC**
*Added: 10/20/2022*
*(Interested Party)*

represented by

**Timothy D. Miltenberger**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103
860-493-2200
tmiltenberger@cbshealaw.com
*Assigned: 03/31/22*
*TERMINATED: 08/17/22*

**Scott D. Rosen**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103-4500
(860) 493-2200
860-727-0361 (fax)
srosen@cb-shea.com
*Assigned: 03/28/22*
*TERMINATED: 08/17/22*

represented by

**Evan S. Goldstein**
Updike, Kelly & Spellacy, P.C.
Goodwin Square
225 Asylum Street
Ste 20th Floor
Hartford, CT 06103
860-548-2609
860-548-2680 (fax)
egoldstein@uks.com
*Assigned: 10/20/22*

**Baosheng Guo**
*Added: 06/03/2022*
*(Creditor)*

**Mei Guo**
*Added: 05/10/2022*
*(Interested Party)*

represented by

**Daniel D. Barnes**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
9733251500
dbarnes@csglaw.com
*Assigned: 01/13/23*
*LEAD ATTORNEY*

**Patricia B. Bergamasco**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-325-1500
973-530-2316 (fax)
Pbergamasco@csglaw.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**John L. Cesaroni**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
jcesaroni@zeislaw.com
*Assigned: 05/10/22*

**Sam Della Fera, Jr.**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-325-1500
sdellafera@csglaw.com
*Assigned: 01/13/23*
*LEAD ATTORNEY*

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com
*Assigned: 05/10/22*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
*Assigned: 10/31/22*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 05/10/22*

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-530-2107
973-530-2307 (fax)
lvartan@csglaw.com
*Assigned: 01/13/23*
*LEAD ATTORNEY*

**Melissa F. Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
United States
973-325-1500
mwernick@csglaw.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**HCHK Property Management, Inc.**
500 West Putnam Avenue
Suite 400, #171
Greenwich, CT 06830

represented by

**Sari B. Placona**
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068

*Added: 12/26/2022*
*(Interested Party)*

United States
9737215030
splacona@msbnj.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Sari Blair Placona**
McManimon Scotland & Baumann, LLC
75 Livingston Avenue
Suite 201
Roseland, NJ 07068
973-622-1800
splacona@msbnj.com
*Assigned: 02/28/23*

**Anthony Sodono, III**
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
(973) 721-5038
asodono@msbnj.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Scott M. Charmoy**
Charmoy & Charmoy
1465 Post Road East
Suite 100
Westport, CT 06880
(203) 255-8100
203-255-8101 (fax)
scottcharmoy@charmoy.com
*Assigned: 12/26/22*
*TERMINATED: 02/23/23*

**HCHK Technologies, Inc.**
3 Columbus Circle
20th Floor
New York, NY 10019
*Added: 12/26/2022*
*(Interested Party)*

represented by

**Sari B. Placona**
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
United States
9737215030
splacona@msbnj.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Sari Blair Placona**
McManimon Scotland & Baumann, LLC
75 Livingston Avenue
Suite 201
Roseland, NJ 07068
973-622-1800
splacona@msbnj.com
*Assigned: 02/28/23*

**Anthony Sodono, III**
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
(973) 721-5038
asodono@msbnj.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Scott M. Charmoy**
Charmoy & Charmoy
1465 Post Road East
Suite 100
Westport, CT 06880
(203) 255-8100
203-255-8101 (fax)
scottcharmoy@charmoy.com
*Assigned: 12/26/22*
*TERMINATED: 02/23/23*

**HK International Funds Investments (USA) Limited, LLC**
*Added: 04/11/2022*
*(Interested Party)*

represented by

**Daniel D. Barnes**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
9733251500
dbarnes@csglaw.com
*Assigned: 01/13/23*
*LEAD ATTORNEY*

**Patricia B. Bergamasco**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-325-1500
973-530-2316 (fax)
Pbergamasco@csglaw.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Christopher H. Blau**
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor

Bridgeport, CT 06604
203-368-4234
203-549-0889 (fax)
cblau@zeislaw.com
*Assigned: 12/09/22*

**John L. Cesaroni**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
jcesaroni@zeislaw.com
*Assigned: 11/22/22*

**Sam Della Fera, Jr.**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-325-1500
sdellafera@csglaw.com
*Assigned: 01/13/23*
*LEAD ATTORNEY*

**Eric A. Henzy**
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-5495
203-549-0861 (fax)
ehenzy@zeislaw.com
*Assigned: 07/22/22*

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com
*Assigned: 04/11/22*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
*Assigned: 10/31/22*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 04/11/22*

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-530-2107
973-530-2307 (fax)
lvartan@csglaw.com
*Assigned: 01/13/23*
*LEAD ATTORNEY*

**Melissa F. Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
United States
973-325-1500
mwernick@csglaw.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Ivey, Barnum & O'Mara LLC**
Ivey, Barnum & O'Mara LLC
170 Mason Street
Greenwich, CT 06830
United States
2036616000
*Added: 01/06/2023*
*(Interested Party)*

represented by

**Stephen G. Walko**
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830-6692
203-661-6000
203-661-9462 (fax)
swalko@ibolaw.com
*Assigned: 01/06/23*

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831

represented by

**John L. Cesaroni**
Zeisler & Zeisler PC
10 Middle Street

SSN / ITIN: 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
*Added: 02/15/2022*
*(Debtor)*

15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
jcesaroni@zeislaw.com
*Assigned: 07/14/22*

**Eric A. Henzy**
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-5495
203-549-0861 (fax)
ehenzy@zeislaw.com
*Assigned: 07/14/22*

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com
*Assigned: 07/14/22*

**Aaron A Mitchell**
Lawall & Mitchell, LLC
55 Madison Ave
Suite 400
Morristown, NJ 07960
973-285-3280
aaron@lmesq.com
*Assigned: 07/11/22*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
*Assigned: 07/20/22*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 07/14/22*

**Kenneth Aulet**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
kaulet@brownrudnick.com
*Assigned: 04/26/22*
*TERMINATED: 08/02/22*
*LEAD ATTORNEY*

**William Baldiga**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
New York
212-209-4800
212-209-4801 (fax)
wbaldiga@brownrudnick.com
*Assigned: 03/01/22*
*TERMINATED: 08/02/22*
*LEAD ATTORNEY*

**William R. Baldiga**
Brown, Rudnik, Freed & Gesmer
One Financial Center
Boston, MA 02111
(617) 330-9000
617-289-0420 (fax)
wbaldiga@brownrudnick.com
*Assigned: 03/09/22*
*TERMINATED: 08/02/22*

**Andrew M. Carty**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
acarty@brownrudnick.com
*Assigned: 04/15/22*

TERMINATED: 08/02/22
LEAD ATTORNEY

**Jeffrey L Jonas**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
2122094800
212-209-4801 (fax)
jjonas@brownrudnick.com
*Assigned: 04/21/22*
*TERMINATED: 08/02/22*
*LEAD ATTORNEY*

**Dylan Kletter**
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103
860-509-6500
dkletter@brownrudnick.com
*Assigned: 02/15/22*
*TERMINATED: 08/02/22*

**Bennett Silverberg**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
bsilverberg@brownrudnick.com
*Assigned: 03/01/22*
*TERMINATED: 08/02/22*
*LEAD ATTORNEY*

| | | |
|---|---|---|
| **Lawall & Mitchell, LLC**<br>55 Madison Avenue<br>Suite 400<br>Morristown, NJ 07960<br>973-285-3280<br>aaron@lmesq.com<br>*Added: 02/08/2023*<br>*(Debtor's Attorney)* | represented by | **Aaron A Mitchell**<br>Lawall & Mitchell, LLC<br>55 Madison Ave<br>Suite 400<br>Morristown, NJ 07960<br>973-285-3280<br>aaron@lmesq.com<br>*Assigned: 02/08/23* |
| **Lexington Property and Staffing, Inc.**<br>750 Lexington Avenue<br>8th Floot<br>New York, NY 10022<br>*Added: 12/26/2022*<br>*(Interested Party)* | represented by | **Sari B. Placona**<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue, 2nd Floor<br>Roseland, NJ 07068<br>United States<br>9737215030<br>splacona@msbnj.com<br>*Assigned: 02/23/23*<br>*LEAD ATTORNEY* |
| | | **Sari Blair Placona**<br>McManimon Scotland & Baumann, LLC<br>75 Livingston Avenue<br>Suite 201<br>Roseland, NJ 07068<br>973-622-1800<br>splacona@msbnj.com<br>*Assigned: 02/28/23* |
| | | **Anthony Sodono, III**<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue, 2nd Floor<br>Roseland, NJ 07068<br>(973) 721-5038<br>asodono@msbnj.com<br>*Assigned: 02/23/23*<br>*LEAD ATTORNEY* |
| | | **Scott M. Charmoy**<br>Charmoy & Charmoy<br>1465 Post Road East<br>Suite 100<br>Westport, CT 06880<br>(203) 255-8100<br>203-255-8101 (fax)<br>scottcharmoy@charmoy.com<br>*Assigned: 12/26/22*<br>*TERMINATED: 02/22/23* |
| **Jiaming Liu**<br>*Added: 02/20/2023*<br>*(Interested Party)* | represented by | **Richard N Freeth**<br>Richard N. Freeth<br>260 Madison Ave.<br>8th Floor<br>New York, NY 10016<br>917-775-7082<br>rfreeth@freethfirm.com<br>*Assigned: 02/20/23* |
| **Rui Ma**<br>*Added: 03/15/2022*<br>*(20 Largest Creditor)* | represented by | **Carollynn H.G. Callari**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050 |

732-243-0163 (fax)
ccallari@callaripartners.com
*Assigned: 03/16/22*
*LEAD ATTORNEY*

**David S. Forsh**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
dforsh@callaripartners.com
*Assigned: 03/17/22*
*LEAD ATTORNEY*

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601
203-330-2198
203-259-0251 (fax)
kmayhew@pullcom.com
*Assigned: 03/15/22*

**Peter J. Zarella**
McElroy, Deutsch, Mulvaney & Carpenter,
One State Street, 14th floor
Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
*Assigned: 03/22/22*

**Bonnie C. Mangan**
Law Office Bonnie C. Mangan, PC.
Westview Office Park
1050 Sullivan Avneu
Suite A3
South Windsor, CT 06074
860-644-4204
860-644-4934 (fax)
bonnie.mangan@manganlaw.com
*Added: 02/17/2023*
*(Requested Notice)*

represented by

**Bonnie C. Mangan**
The Law Office of Bonnie C. Mangan, P.C.
1050 Sullivan Avenue, Suite A3
Westview Office Park
South Windsor, CT 06074
(860) 644-4204
860-644-4934 (fax)
bonnie.mangan@manganlaw.com
*Assigned: 02/17/23*

**Weican Meng**
*Added: 03/15/2022*
*(20 Largest Creditor)*

represented by

**Carollynn H.G. Callari**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
ccallari@callaripartners.com
*Assigned: 03/16/22*
*LEAD ATTORNEY*

**David S. Forsh**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
dforsh@callaripartners.com
*Assigned: 03/17/22*
*LEAD ATTORNEY*

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601
203-330-2198
203-259-0251 (fax)
kmayhew@pullcom.com
*Assigned: 03/15/22*

**Peter J. Zarella**
McElroy, Deutsch, Mulvaney & Carpenter,
One State Street, 14th floor
Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
*Assigned: 03/22/22*

**Hing Chi Ngok**
*Added: 09/15/2022*
*(Interested Party)*

represented by

**Evan S. Goldstein**
Updike, Kelly & Spellacy, P.C.
Goodwin Square
225 Asylum Street
Ste 20th Floor
Hartford, CT 06103
860-548-2609
860-548-2680 (fax)
egoldstein@uks.com
*Assigned: 09/15/22*

**Official Committee of Unsecured Creditors**
*Added: 04/05/2022*
*(Creditor Committee)*

represented by

**Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604
203-330-2000
203-576-8888 (fax)
igoldman@pullcom.com
*Assigned: 04/05/22*

**Jonathan Kaplan**
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
860-424-4379
860-424-4370 (fax)
jkaplan@pullcom.com
*Assigned: 04/05/22*

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601
203-330-2198
203-259-0251 (fax)
kmayhew@pullcom.com
*Assigned: 12/05/22*

**Pacific Alliance Asia Opportunity Fund L.P.**
*Added: 02/24/2022*
*(20 Largest Creditor)*

represented by

**Laura Aronsson**
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
212-728-5841
laronsson@omm.com
*Assigned: 04/08/22*
*LEAD ATTORNEY*

**Patrick M. Birney**
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8200
(860) 275-8299 (fax)
pbirney@rc.com
*Assigned: 02/24/22*

**Peter Friedman**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5302
pfriedman@omm.com
*Assigned: 02/25/22*
*LEAD ATTORNEY*

**Mia N. Gonzalez**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-728-5698
mgonzalez@omm.com
*Assigned: 04/08/22*
*LEAD ATTORNEY*

**David V. Harbach, II**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5127
dharbach@omm.com
*Assigned: 02/25/22*
*LEAD ATTORNEY*

**Sara Pahlavan**
O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
415-984-8953
spahlavan@omm.com
*Assigned: 05/05/22*
*LEAD ATTORNEY*

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
202-326-2293
ssarnoff@omm.com
*Assigned: 02/25/22*
*LEAD ATTORNEY*

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
860-275-8325
860-275-8299 (fax)
asmith@rc.com
*Assigned: 02/24/22*

**Paul Hastings LLP**
200 Park Avenue
New York, NY 10166
*Added: 01/24/2023*
*(Debtor's Attorney)*

**Pullman & Comley, LLC**
850 Main Street
Bridgeport, CT 06601
(203)
*Added: 04/29/2022*
*(Creditor Committee)*

represented by

**Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604
203-330-2000
203-576-8888 (fax)
igoldman@pullcom.com
*Assigned: 01/13/23*

**Chong Shen Raphanella**
*Added: 06/24/2022*
*(Creditor)*

represented by

**Thomas J. Sansone**
Carmody Torrance Sandak & Hennessey LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
(203) 784-3100
203-784-3199 (fax)
tsansone@carmodylaw.com
*Assigned: 06/24/22*

**Michael S. Weinstein**
Golenbock Eiseman Assor Bell & Peskoe LL
711 Third Avenue
New York, NY 10017
212-907-7347
212-754-0330 (fax)
mweinstein@golenbock.com
*Assigned: 07/22/22*
*LEAD ATTORNEY*

**Stretto**
410 Exchange, Suite 100
Irvine, CA 92602
800-634-7734
ecf@cases-cr.stretto-services.com;aw01@ecfcbis.com;pacerpleadings@stretto.com
*Added: 03/21/2022*
*(Claims/Noticing Agent)*

**The Sherry-Netherland, Inc.**
781 Fifth Avenue
New York, NY 10022-1046
*Added: 11/23/2022*
*(Creditor)*

represented by

**Taruna Garg**
Murtha Cullina LLP
107 Elm Street
Four Stamford Plaza
Suite 1101
Stamford, CT 06902
203-653-5400
203-653-5444 (fax)
tgarg@murthalaw.com
*Assigned: 11/23/22*

**Julie A Lavoie**
Murtha Cullina
280 Trumbull Street
Ste 12th Floor
Hartford, CT 06103
860-240-6035
860-240-5875 (fax)
jlavoie@murthalaw.com
*Assigned: 01/31/23*

**Sherry J. Millman**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
212-806-5400
212-806-6006 (fax)
smillman@stroock.com
*Assigned: 11/29/22*
*LEAD ATTORNEY*

**Patrick N. Petrocelli**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
212-806-6682
212-806-6006 (fax)
ppetrocelli@stroock.com
*Assigned: 11/29/22*
*LEAD ATTORNEY*

**Troy Law, PLLC**
*Added: 08/24/2022*
*(Creditor)*

represented by

**Tiffany Troy**
Troy Legal, PLLC
41-25 Kissena Blvd, #1A
Flushing, NY 11355
718-762-2332
troylegalpllc@gmail.com
*Assigned: 08/24/22*

**Troy Law, PLLC**
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
718-762-1324
troylaw@troypllc.com
*Added: 10/20/2022*
*(Interested Party)*

represented by

**John Troy**
Troy Law, PLLC
41-25 Kissena Blvd., Suite 110
Flushing, NY 11355
718-762-2332
johntroy@troypllc.com
*Assigned: 10/20/22*

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*Added: 02/15/2022*
*(U.S. Trustee)*

represented by

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
(203) 773-2217 (fax)
holley.l.claiborn@usdoj.gov
*Assigned: 02/28/22*

**Steven E. Mackey**
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
*Assigned: 03/22/22*

**UBS AG**
600 Washington Boulevard
Stamford, CT 06901
United States
*Added: 01/24/2023*
*(Interested Party)*

represented by

**Lisa Fried**
Herbert Smith Freehills New York LLP
450 Lexington Avenue
14th Floor
New York, NY 10017
917-542-7600
917-542-7601 (fax)
lisa.fried@hsf.com
*Assigned: 03/06/23*

**Marc Gottridge**
Herbert Smith Freehills New York LLP
450 Lexington Avenue
14th Floor
New York, NY 10017
917-542-7600
917-542-7601 (fax)
marc.gottridge@hsf.com
*Assigned: 01/24/23*

**Verdolino & Lowey, P.C.**
124 Washington Street
Foxborough, MA 02035
*Added: 08/11/2022*
*(Creditor)*

represented by

**Tristan G. Axelrod**
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
617-856-8456
617-289-0522 (fax)
taxelrod@brownrudnick.com
*Assigned: 08/12/22*
*LEAD ATTORNEY*

**Huizhen Wang**
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367
*Added: 05/02/2022*
*(20 Largest Creditor)*

**Xiaodan Wang**
*Added: 06/24/2022*
*(Creditor)*

represented by

**Thomas J. Sansone**
Carmody Torrance Sandak & Hennessey LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
(203) 784-3100
203-784-3199 (fax)
tsansone@carmodylaw.com
*Assigned: 06/24/22*

**Michael S. Weinstein**
Golenbock Eiseman Assor Bell & Peskoe LL
711 Third Avenue
New York, NY 10017
212-907-7347
212-754-0330 (fax)
mweinstein@golenbock.com
*Assigned: 07/22/22*
*LEAD ATTORNEY*

**Michael S. Weinstein**
*Added: 07/15/2022*
*(Attorney)*

represented by

**Thomas J. Sansone**
Carmody Torrance Sandak & Hennessey LLP
195 Church Street

P.O. Box 1950
New Haven, CT 06509-1950
(203) 784-3100
203-784-3199 (fax)
tsansone@carmodylaw.com
Assigned: 07/15/22

**Williams & Connolly LLP**
Williams & Connolly LLP
680 Maine Ave SW
Washington, DC 20024
202-434-5000
Tax ID / EIN: 52-0851221
*Added: 10/20/2022*
*(Interested Party)*

represented by

**Samuel Bryant Davidoff**
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
202-434-5648
sdavidoff@wc.com
*Assigned: 10/20/22*

**James J. Healy**
Cowdery, Murphy, Dannehy & Healy, LLC
280 Trumbull Street
Hartford, CT 06103
860-278-5555
860-249-0012 (fax)
jhealy@cmdhlaw.com
*Assigned: 10/24/22*

**Yunxia Wu**
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067
*Added: 05/02/2022*
*(Creditor)*

**Zheng Wu**
*Added: 03/15/2022*
*(Creditor)*

represented by

**Carollynn H.G. Callari**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
ccallari@callaripartners.com
*Assigned: 03/16/22*
*LEAD ATTORNEY*

**David S. Forsh**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
dforsh@callaripartners.com
*Assigned: 03/17/22*
*LEAD ATTORNEY*

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601
203-330-2198
203-259-0251 (fax)
kmayhew@pullcom.com
*Assigned: 03/15/22*

**Peter J. Zarella**
McElroy, Deutsch, Mulvaney & Carpenter,
One State Street, 14th floor
Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
*Assigned: 03/22/22*

**Ning Ye**
*Added: 06/03/2022*
*(Creditor)*

**Rong Zhang**
*Added: 06/24/2022*
*(Creditor)*

represented by

**Thomas J. Sansone**
Carmody Torrance Sandak & Hennessey LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
(203) 784-3100
203-784-3199 (fax)
tsansone@carmodylaw.com
*Assigned: 06/24/22*

**Michael S. Weinstein**
Golenbock Eiseman Assor Bell & Peskoe LL
711 Third Avenue
New York, NY 10017
212-907-7347
212-754-0330 (fax)
mweinstein@golenbock.com
*Assigned: 07/22/22*
*LEAD ATTORNEY*

**Yongbing Zhang**
223 West Jackson Bl;vd. #1012
Chicago, IL 60606
*Added: 07/12/2022*
*(Interested Party)*

**Yan Zhao**
*Added: 06/03/2022*
*(Creditor)*

**Keyi Zilkie**
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067
*Added: 05/02/2022*
*(Creditor)*

**22-05027** Despins et al v. Bravo Luck Limited et al
**Case type:** ap **Related bankruptcy:** 22-50073 **Judge:** Julie A. Manning
**Date filed:** 10/11/2022 **Date of last filing:** 03/09/2023

# Parties

| | | |
|---|---|---|
| **Bravo Luck Limited**<br>P.O. Box 957<br>Offshore Incorporations Centre<br>Road Town<br>Tortola<br>British Virgin Islands<br>*Added: 10/11/2022*<br>*(Defendant)* | represented by | **Francis J. Lawall**<br>Pepper Hamilton, LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103<br>215-981-4000<br>francis.lawall@troutman.com<br>*Assigned: 01/09/23* |
| | | **Marcy J. McLaughlin Smith**<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Washington, DE 19801<br>302-777-6535<br>302-421-8390 (fax)<br>marcy.smith@troutman.com<br>*Assigned: 01/23/23* |
| | | **David M.S. Shaiken**<br>Shipman, Shaiken & Schwefel, LLC<br>433 South Main Street<br>Suite 319<br>West Hartford, CT 06110<br>860-606-1703<br>866-431-3248 (fax)<br>david@shipmanlawct.com<br>*Assigned: 01/06/23* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*Added: 10/11/2022*<br>*(Plaintiff)* | represented by | **Nicholas A. Bassett**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1700<br>202-551-1705 (fax)<br>nicholasbassett@paulhastings.com<br>*Assigned: 03/08/23* |
| | | **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 10/11/22* |
| | | **Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>*Assigned: 02/01/23* |
| **Genever Holdings Corporation**<br>P.O. Box 3170<br>Road Town Tortola<br>British Virgin Islands<br>*Added: 02/21/2023*<br>*(Plaintiff)* | represented by | **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 02/21/23* |
| **Genever Holdings LLC**<br>781 Fifth Avenue<br>Apt. 1801<br>New York, NY 10022-5520<br>Tax ID / EIN: 47-3338202<br>*Added: 02/21/2023*<br>*(Plaintiff)* | represented by | **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 02/21/23* |
| **Qiang Guo**<br>5 Princess Gate, G3<br>London<br>United Kingdom<br>*Added: 10/11/2022*<br>*(Defendant)*<br>PRO SE | | |

**23-05002** Genever Holdings LLC et al v. Kwok et al
**Case type:** ap **Related bankruptcy:** 22-50073 **Judge:** Julie A. Manning
**Date filed:** 02/15/2023 **Date of last filing:** 03/08/2023

## Parties

| | | |
|---|---|---|
| **Bravo Luck Limited**<br>*Added: 03/06/2023*<br>*(Interested Party)* | represented by | **Francis J. Lawall**<br>Pepper Hamilton, LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103<br>215-981-4000<br>francis.lawall@troutman.com<br>*Assigned: 03/06/23* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*Added: 02/15/2023*<br>*(Plaintiff)* | represented by | **Nicholas A. Bassett**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1700<br>202-551-1705 (fax)<br>nicholasbassett@paulhastings.com<br>*Assigned: 03/07/23*<br>*LEAD ATTORNEY* |
| | | **Georg Alexander Bongartz**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6000<br>212-303-7072 (fax)<br>alexbongartz@paulhastings.com<br>*Assigned: 03/07/23*<br>*LEAD ATTORNEY* |
| | | **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 02/15/23* |
| | | **Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>*Assigned: 02/21/23* |
| **Despins, Luc A., Chapter 11 Trustee**<br>*Added: 03/03/2023*<br>*(Plaintiff)* | represented by | **Avram Emmanuel Luft**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6079<br>212-303-7079 (fax)<br>aviluft@paulhastings.com<br>*Assigned: 03/08/23* |
| **Genever Holdings LLC**<br>781 Fifth Avenue<br>Apt. 1801<br>New York, NY 10022-5520<br>Tax ID / EIN: 47-3338202<br>*Added: 02/15/2023*<br>*(Plaintiff)* | represented by | **Nicholas A. Bassett**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1700<br>202-551-1705 (fax)<br>nicholasbassett@paulhastings.com<br>*Assigned: 03/07/23*<br>*LEAD ATTORNEY* |
| | | **Georg Alexander Bongartz**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6000<br>212-303-7072 (fax)<br>alexbongartz@paulhastings.com<br>*Assigned: 03/07/23*<br>*LEAD ATTORNEY* |
| | | **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 02/15/23* |

**Avram Emmanuel Luft**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6079
212-303-7079 (fax)
aviluft@paulhastings.com
*Assigned: 03/08/23*

**Douglas S. Skalka**
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
(203) 821-2000
203-821-2009 (fax)
dskalka@npmlaw.com
*Assigned: 02/21/23*

**Mei Guo**
*Added: 02/15/2023*
*(Defendant)*
PRO SE

**Qiang Guo**
5 Princess Gate, G3
London
United Kingdom
*Added: 02/15/2023*
*(Defendant)*
PRO SE

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*Added: 02/15/2023*
*(Defendant)*

represented by

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com
*Assigned: 03/06/23*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
*Assigned: 03/06/23*

**Hing Chi Ngok**
373 Taconic Road
Greenwich, CT 06831
*Added: 02/15/2023*
*(Defendant)*

represented by

**Evan S. Goldstein**
Updike, Kelly & Spellacy, P.C.
Goodwin Square
225 Asylum Street
Ste 20th Floor
Hartford, CT 06103
860-548-2609
860-548-2680 (fax)
egoldstein@uks.com
*Assigned: 03/06/23*