# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## TRANSMITTAL FORM TO DISTRICT COURT REGARDING
## APPEALS AND RELATED DOCUMENTS

Debtor(s) Name:  Ho Wan Kwok

Case No.          22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:            23-153(KAD)

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☐ Notice of Appeal (only)   ECF No.:

3. ☒ Related documents as indicated below:

   ☒ Designation of items designated by the Appellant

   ☒ Designation of items designated by the Appellee

   ☐ Cross Appeal

   ☐ Amended Appeal

   ☒ Court Exhibits: Designated Unsealed Exhibits are available on the Bankruptcy Court electronic docket. Sealed Exhibits will transmitted to the District Court via email.

   ☒ Transcripts  All transcripts designated are unrestricted and available on the Bankruptcy Court electronic docket except for ECF 1502, a sealed transcript of a portion of the hearing held on November 18, 2022, which will be transmitted to the District Court via email.

   ☐ Other       Bankruptcy Electronic Docket as the Record on Appeal excluding the sealed documents.

4. Other applicable information:

Filing Fee:  ☐ Paid   ☐ Not Paid

Appellant's Name:     Ho Wan Kwok

Appellant's Attorney:

Appellee's Name:     Luc A. Despin, Chapter 11 Trustee

Appellee's Attorney:

Interested Party:

By: _Regina Miltenberger_____    Date:   March 10, 2023
   Deputy Clerk, U.S. Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name:  Ho Wan Kwok

Bankruptcy Case No.:   22-50073

Adversary Case No.:

Previous Civil No.:   23-153(KAD)

Previous Miscellaneous No.:

Transmittal dated:   March 8, 2023

**To the Bankruptcy Court:**

**The following number has been assigned:**

☐ Civil No. Assigned   _____

☐ Miscellaneous No. Assigned   _____

☐ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By: _____   Date:
   Deputy Clerk, U.S. District Court