**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                  :

In re:                        :    Chapter 11
                                  :

HO WAN KWOK *et al.*,       :    Case No. 22-50073 (JAM)
                                  :

Debtors.[1]       :    Jointly Administered
                                  :
---------------------------------------------------------x

**APPELLEE'S COUNTER-DESIGNATION OF ADDITIONAL ITEMS**
**TO BE INCLUDED IN RECORD ON APPEAL**

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Appellee, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), by and through his undersigned counsel, hereby provides, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the following counter-designation of additional items to be included in the record on appeal.

## COUNTER-DESIGNATION OF RECORD ON APPEAL

Appellee respectfully counter-designates the following items for inclusion in the record on appeal pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure. This designation includes all exhibits attached or referred to in the pleadings or matters of record.

### Main Bankruptcy Case Docket Entries (No. 22-50073 (JAM))

| Docket No. | Date Filed | Description |
|---|---|---|
| 643 | 07/29/2022 | Response to Motion for Order Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities; Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate; and Granting Related Relief, Filed by Eric A. Henzy on behalf of Ho Wan Kwok Debtor |
| 679 | 08/04/2022 | Reply to Motion for Order Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities; Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate; and Granting Related Relief, Filed by Patrick R. Linsey on behalf of Luc A. Despins Trustee |
| 701 | 08/04/2022 | Chapter 11 Trustee List of Exhibits entered into evidence during the hearing held on August 4, 2022 regarding ECF No. 598 Motion for Order Confirming that Chapter 11 Trustee Holds All of Debtors Economic and Corporate Governance Rights in Debtor-Controlled Entities; Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate; and Granting Related Relief |

| Docket No. | Date Filed | Description |
|---|---|---|
| 702 | 08/04/2022 | Debtor Ho Wan Kwok List of Exhibits entered into evidence during the hearing held on August 4, 2022 regarding ECF No. 598 Motion for Order Confirming that Chapter 11 Trustee Holds All of Debtors Economic and Corporate Governance Rights in Debtor-Controlled Entities; Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate; and Granting Related Relief |
| 714 | 08/10/2022 | Transcript . Hearing held on August 1, 2022 |
| 723 | 08/10/2022 | Notice of Appeal of Order, Pursuant to Bankruptcy Code Sections 363, 521, 541, 1108, and 1505, (A) Confirming That Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities, (B) Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate, and (C) Granting Related Relief |
| 746 | 08/12/2022 | Transcript. Hearing Held on 8/4/2022 |
| 761 | 08/17/2022 | Debtor's Motion for Stay Pending Appeal of Order, Pursuant to Bankruptcy Code Sections 363, 521, 541, 1108 and 105, (A) Confirming that Chapter 11 Trustee Holds all of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities, (B) Authorizing Chapter 11 Trustee to Act in any Foreign Country on Behalf of Estate, and (C) Granting Related Relief filed by Eric A. Henzy on behalf of Ho Wan Kwok, Debtor |
| 858 | 09/14/2022 | Errata Sheet Regarding Official Transcript of August 4, 2022 Hearing |
| 1268 | 12/28/2022 | Debtor Ho Wan Kwok's List of Exhibits entered into evidence during the evidentiary hearing held on November 16-18, 2022 regarding ECF No. 913 Motion of Chapter 11 Trustee for Entry of Order Holding Debtor in Civil Contempt for Failure to Comply with Corporate Governance Rights Order filed by Douglas S. Skalka on behalf of Luc A. Despins, Chapter 11 Trustee |
| 1269 | 12/28/2022 | Chapter 11 Trustee Luc Despins' List of Exhibits entered into evidence during the evidentiary hearing held on November 16-18, 2022 regarding ECF No. 913 Motion of Chapter 11 Trustee for Entry of Order Holding Debtor in Civil Contempt for Failure to Comply with Corporate Governance Rights Order filed by Douglas S. Skalka on behalf of Luc A. Despins, Chapter 11 Trustee |

## CERTIFICATION REGARDING TRANSCRIPTS

Appellee, pursuant to Rule 8009(b)(3) of the Federal Rules of Bankruptcy Procedure, hereby certifies that he is not ordering any transcripts.  All transcripts have been prepared and are either available on the docket or in the Bankruptcy Court Clerk's Office.

## RESERVATION OF RIGHTS

Appellee expressly reserves the right to (i) withdraw, supplement, amend or modify this Counter-Designation of Record on Appeal and (ii) move to strike any items included by the Appellant in his *Designation of Items to be Included in the Record on Appeal and Statement of Issues to be Presented*.  This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.


Respectfully submitted,


Dated: March 7, 2023    LUC A. DESPINS,
    New Haven, Connecticut  CHAPTER 11 TRUSTEE


         By: */s/ Patrick R. Linsey*
          Patrick R. Linsey (ct29437)
          NEUBERT, PEPE & MONTEITH, P.C.
          195 Church Street, 13th Floor
          New Haven, Connecticut 06510
          (203) 781-2847
          plinsey@npmlaw.com

           *and*

          Nicholas A. Bassett (admitted *pro hac vice*)
          PAUL HASTINGS LLP
          2050 M Street NW
          Washington, D.C., 20036
          (202) 551-1902
          nicholasbassett@paulhastings.com

*and*

Avram E. Luft (admitted *pro hac vice*)
Douglass Barron (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|                                          |     |                            |
| ---------------------------------------- | --- | -------------------------- |
|                                          | x   |                            |
|                                          | :   |                            |
| In re:                                   | :   | CHAPTER 11                 |
|                                          | :   |                            |
| HO WAN KWOK, *et al.*, [1]               | :   | CASE NO. 22-50073 (JAM)    |
|                                          | :   |                            |
| Debtors.                                 | :   | Jointly Administered       |
|                                          | x   |                            |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically using the Court's case management/electronic case files ("CM/ECF") system.  Notice of this filing was sent automatically by email to anyone able to accept electronic notice using the Court's CM/ECF system on the date of filing or was sent by first class mail, postage prepaid, to anyone unable to accept electronic notice pursuant to the Notice of Electronic Filing on the day of filing or, if after business hours, on the next business day.  This filing may be accessed using the CM/ECF system.

Dated: March 7, 2023     LUC A. DESPINS,
   New Haven, Connecticut   CHAPTER 11 TRUSTEE


          By: */s/ Patrick R. Linsey*
           Patrick R. Linsey (ct29437)
           NEUBERT, PEPE & MONTEITH, P.C.
           195 Church Street, 13th Floor
           New Haven, Connecticut 06510
           (203) 781-2847
           plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).