## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

### ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name: Ho Wan Kwok

Bankruptcy Case No.: 22-50073

Adversary Case No.:

Previous Civil No.: 23-153(KAD)

Previous Miscellaneous No.:

Transmittal dated: March 10, 2023

**To the Bankruptcy Court:**

**The following number has been assigned:**

[X] Civil No. Assigned    3:23-cv-00153-KAD

[ ] Miscellaneous No. Assigned    _____

[X] I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

[ ] I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By:    /s/Nick Fanelle                     Date: 3/10/2023
       Deputy Clerk, U.S. District Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## TRANSMITTAL FORM TO DISTRICT COURT REGARDING APPEALS AND RELATED DOCUMENTS

Debtor(s) Name:  Ho Wan Kwok

Case No.           22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:            23-153(KAD)

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☐ Notice of Appeal (only)   ECF No.:

3. ☑ Related documents as indicated below:

   ☑ Designation of items designated by the Appellant

   ☑ Designation of items designated by the Appellee

   ☐ Cross Appeal

   ☐ Amended Appeal

   ☑ Court Exhibits: Designated Unsealed Exhibits are available on the Bankruptcy Court electronic docket.  Sealed Exhibits will be transmitted to the District Court via email.

   ☑ Transcripts  All transcripts designated are unrestricted and available on the Bankruptcy Court electronic docket except for ECF 1502, a sealed transcript of a portion of the hearing held on November 18, 2022, which will be transmitted to the District Court via email.

   ☐ Other  Bankruptcy Electronic Docket as the Record on Appeal excluding the sealed documents.

4.     Other applicable information:

Filing Fee:  ☐ Paid   ☐ Not Paid

Appellant's Name:    Ho Wan Kwok

Appellant's Attorney:

Appellee's Name:    Luc A. Despin, Chapter 11 Trustee

Appellee's Attorney:

Interested Party:

By:  Regina Miltenberger                                         Date:    March 10, 2023
Deputy Clerk, U.S. Bankruptcy Court