**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                                           :    Chapter 11
                                                                                      :
HO WAN KWOK, *et al.*,                                           :    Case No. 22-50073 (JAM)
                                                                                      :
    Debtors.[1]                                                              :    Jointly Administered
                                                                                      :
---------------------------------------------------------x

**ORDER GRANTING MOTION TO FILE UNDER SEAL SUPPLEMENTAL OBJECTION OF CHAPTER 11 TRUSTEE TO HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION TO MODIFY CONSENT ORDER GRANTING HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION FOR ORDER ESTABLISHING REPAIR RESERVE FOR THE LADY MAY**

Upon the *Motion to Seal Supplemental Objection of Chapter 11 Trustee to HK International Funds Investments (USA) Limited, LLC's Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May* (the "Motion")[2] for entry of an order, pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 authorizing the Trustee to file under seal portions of the Supplemental Objection, the Court having reviewed the Motion and the responses thereto, if any; and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]  Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Trustee is hereby authorized to file an unredacted version of the Supplemental Objection under seal, which shall not be made publicly available, unless and until permitted by further order of this Court.

3. The Trustee is authorized to file on this Court's docket and to serve on other parties in interest redacted copies of the Supplemental Objection that redact sensitive information contained in the M&O Agreement.

4. Pursuant to 11 U.S.C. § 107(c)(3), the United States Trustee has a statutory right of full access to any information and/or document filed on the docket or submitted to the Court in this case. The United States Trustee shall comply with the obligations of 11 U.S.C. § 107(c)(3)(B).

5. The Trustee is authorized to take all actions necessary to effectuate the relief granted herein.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated at Bridgeport, Connecticut this 10th day of March, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut