UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

The undersigned certifies that on March 8, 2023, the Amended Order Scheduling Evidentiary Hearing on Motion to Modify Consent Order Establishing Repair Reserve and Requiring Mei Guo and HK International Funds Investments (USA), LLC to Appear and Testify at Hearing, Docket Entry No. 1525 (the "Amended Order"), was sent by electronic mail to all parties who are registered to receive service by operation of the Court's CM/ECF electronic filing system.

The undersigned further certifies that, on March 10, 2023, the Amended Order was sent by United States first-class mail, postage prepaid, to all parties on the annexed Service List.

/s/ Sam Della Fera, Jr.
Sam Della Fera, Jr.
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 530-2076
Email: sdellafera@csglaw.com
*Attorneys for HK International Funds Investments (USA) Limited, LLC and Mei Guo*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Stephen M. Kindseth (ct14640)
Aaron A. Romney (ct28144)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-4234
Email: skindseth@zeislaw.com
      aromney@zeislaw.com
*Local Counsel for HK International Funds Investments (USA) Limited, LLC and Mei Guo*

*In re Ho Wan Kwok*
Chapter 11 – Case No. 22-50073 (JAM)

**SERVICE LIST**

Holley L. Claiborn, Esq.
Steven E. Mackey, Esq.
**OFFICE OF THE UNITED STATES TRUTSEE**
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
*Attorneys for the United States Trustee*

Richard C. Morrissey, Esq.
**OFFICE OF THE UNITED STATES TRUTSEE**
201 Varick Street, Room 1006
New York, NY 10014

John L. Cesaroni, Esq.
Christopher Blau, Esq.
Eric A. Henzy, Esq.
Stephen M. Kindseth, Esq.
James M. Moriarty, Esq.
Aaron Romney, Esq.
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
*Local Counsel for Mei Guo and HK International Funds Investments (USA) Limited, LLC*

Ho Wan Kwok
373 Taconic Road
Greenwich, CT 06831
*Debtor*

Aaron A. Mitchell, Esq.
**LAWALL & MITCHELL, LLC**
55 Madison Avenue, Suite 400
Morristown, NJ 07960
*Attorneys for Debtor, Ho Wan Kwok*

Luc A. Despins, Esq,
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
*Chapter 11 Trustee for Debtor*

Douglas S. Skalka, Esq.
James C. Graham, Esq.
Patrick R. Linsey, Esq.
Lucas Bennett Rocklin, Esq.
Nancy Bohan Kinsella, Esq.
**NEUBERT, PEPE & MONTIETH, P.C.**
195 Church Street, 13th Floor
New Haven, CT 06510
*Local Counsel for Luc A. Despins, Chapter 11 Trustee*

Douglass E. Barron, Esq.
G. Alexander Bongartz, Esq.
Avram Emmanuel Luft, Esq.
Gabriel Sasson, Esq.
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
*Attorneys for Luc A. Despins, Chapter 11 Trustee*

Nicholas A. Bassett, Esq.
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, DC 20036
*Attorneys for Luc A. Despins, Chapter 11 Trustee*

3

J. Ted Donovan, Esq.
Kevin J. Nash, Esq.
**GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP**
1501 Broadway 22nd Floor
New York, NY 10036
*Attorneys for Debtor Genever Holdings LLC*

Tristan G. Axelrod, Esq.
William R. Baldiga, Esq.
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111

Christopher A. Lilly, Esq.
**TROY GOULD PC**
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
*Attorneys for Chao-Chih Chiu, Huizhen Wang, Yunxia Wu, and Keyi Zilkie*

Gregory A. Coleman
**COLEMAN WORLDWIDE ADVISORS, LLC**
P O Box 2839
New York, NY 10008-2839

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606

Stuart M. Sarnoff, Esq.
Diana Perez, Esq.
Edward Moss, Esq.
Daniel Shamah, Esq.
Laura S. Aronsson, Esq.
Daniel L. Cantor, Esq.
Mia N. Gonzalez, Esq.
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
*Attorneys for Creditor Pacific Alliance Asia Opportunity Fund L.P.*

Sara Pahlavan, Esq.
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
*Attorneys for Pacific Alliance Asia Opportunity Fund L.P.*

David V. Harbach II, Esq.
Peter M. Friedman, Esq.
**O'MELVENY & MYERS LLP**
1625 Eye Street NW
Washington, DC 20006
*Attorneys for Pacific Alliance Asia Opportunity Fund L.P.*

Derek L. Wright, Esq.
Douglas E. Spelfogel, Esq.
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, NY 10020-1001
*Attorneys for Creditor Pacific Alliance Asia Opportunity Fund L.P.*

Patrick M. Birney, Esq.
Annecca H. Smith, Esq.
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103-3597
*Attorneys for Pacific Alliance Asia Opportunity Fund, L.P., Creditor*

Alissa M. Nann, Esq.
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016
*Attorneys for Creditor Pacific Alliance Asia Opportunity Fund L.P.*

**GENEVER HOLDINGS LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520

Francis J. Lawall, Esq.
**PEPPER HAMILTON LLP**
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799
*Attorneys for Interested Party Bravo Luck Limited*

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Yongbing Zhang
223 West Jackson Boulevard, #1012
Chicago, IL 60606

Peter J. Zarella, Esq.
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
One State Street, 14th Floor
Hartford, CT 06103-3102
*Attorneys for Zheng Wu, Rui Ma, Weican Meng, Creditors*

Carollynn H.G. Callari, Esq.
**CALLARI PARTNERS, LLC**
One Rockefeller Plaza 10th Floor
New York, New York 10020
*Attorneys for Rui Ma and Zheng Wu*

Samuel B. Davidoff, Esq.
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, D.C. 20024
*Attorneys for Williams & Connolly LLP, Interested Party*

Taruna Garg, Esq.
**MURTHA CULLINA LLP**
107 Elm Street
Stamford, CT 06902
*Attorneys for Creidor The Sherry-Netherland, Inc.*

Evan S. Goldstein, Esq.
**UPDIKE, KELLY & SPELLACY, P.C.**
Goodwin Square
225 Asylum Street, 20th Floor
Hartford, CT 06103
*Attorneys for Hing Chi Ngok and Greenwich Land, LLC*

James J. Healy, Esq.
**COWDERY & MURPHY, LLC**
280 Trumbull Street, 22nd Floor
Hartford, CT 06103
*Attorneys for Williams & Connolly LLP*

Jeffrey Hellman, Esq.
**LAW OFFICES OF JEFFREY HELLMAN, LLC**
195 Church Street, 10th Floor
New Haven, CT 06510
*Attorneys for Ho Wan Kwok*

Jonathan Kaplan, Esq.
**PULLMAN & COMLEY, LLC**
90 State House Square
Hartford, CT 06103
*Attorneys for the Official Committee of Unsecured Creditors*

Irve J. Goldman, Esq.
Kristin B. Mayhew, Esq.
**PULLMAN & COMLEY, LLC**
850 Main Street, 8th Floor
Bridgeport, CT 06604
*Attorneys for the Official Committee of Unsecured Creditors*

Andrew V. Layden, Esq.
Danielle L. Merola, Esq.
**BAKERHOSTETLER**
200 South Orange Avenue, Suite 2300
Orlando, FL 32801

Sherry J. Millman, Esq.
Patrick N. Petrocelli, Esq.
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, NY 10038
*Attorneys for Creditor The-Sherry-Netherland, Inc.*

Scott D. Rosen, Esq.
Timothy D. Miltenberger, Esq.
**COHN BIRNBAUM & SHEA P.C.**
100 Pearl Street, 12th Floor
Hartford, CT 06103
*Attorneys for Golden Spring (New York), Ltd., Interested Party*

Thomas J. Sansone, Esq.
**CARMODY TORRANCE SANDAK & HENNESSEY LLP**
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
*Attorneys for Rong Zhang, Xiaodan Wang and Chong Shen Raphanella, Creditors*

Tiffany Troy, Esq.
**TROY LAW PLLC**
41-25 Kissena Boulevard, Suite 103
Flushing, NY 11355
*Attorneys for Jia Yang Li, Jian Fan, Qiqhua Fan and Troy Law PLLC, Creditors*

John Troy, Esq.
**TROY LAW, PLLC**
41-25 Kissena Boulevard, Suite 103
Flushing, NY 11355
*Attorneys for Troy Law, PLLC, Interested Party*

Michael S. Weinstein, Esq.
**GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP**
771 Third Avenue
New York, NY 10017
*Attorneys for Rong Zhang, Xiaodan Wang and Chong Shen Raphanella, Creditors*

Jay M. Wollman, Esq.
**RANDAZZA LEGAL GROUP, PLLC**
100 Pearl Street, 14th Floor
Hartford, CT 06103
*Attorneys for Logan Cheng, Creditor*

Jeffrey M. Sklarz, Esq.
Lawrence S. Grossman, Esq.
Kellianne Baranowsky, Esq.
**GREEN & SKLARZ LLC**
One Audubon Street, Third Floor
New Haven, CT 06511
*Attorneys for BakerHostetler, Interested Party*

Scott M. Charmoy, Esq.
**CHARMOY & CHARMOY, LLC**
1465 Post Road East, Suite 100
Westport, CT 06880
*Attorneys for HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property and Staffing, Inc.*

David M. S. Shaiken, Esq.
**SHIPMAN, SHAIKEN & SCHWEFEL, LLC**
Corporate Center West
433 South Main Street, Suite 319
West Hartford, CT 06110
*Attorneys for Bravo Luck Limited*

Stephen G. Walko, Esq.
**IVEY, BARNUM & O'MARA, LLC**
170 Mason Street
Greenwich, CT 06830
*Interested Party*

Marcy J. McLaughlin Smith, Esq.
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
*Attorneys for Bravo Luck Limited*

Francis J. Lawall, Esq.
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
*Attorneys for Bravo Luck Limited*

Julie A. Lavoie, Esq.
**MURTHA CULLINA LLP**
280 Trumbull Street
Hartford, CT 06103
*Attorneys for The Sherry-Netherland, Inc.*

Sari B. Placona, Esq.
**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, NJ 07068
*Attorneys for HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property and Staffing, Inc.*

Lisa J. Fried, Esq.
Marc J. Gottridge, Esq.
**HERBERT SMITH FREEHILLS NEW YORK LLP**
450 Lexington Avenue
New York, NY 10017
*Attorneys for UBS AG*

**LAMP CAPITAL, LLC**
Attn: Bernardo Enriquez
667 Madison Avenue
New York, NY 10065