UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                                        :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                          :    Case No. 22-50073 (JAM)
:
         Debtors.                                        :    (Jointly Administered)
:
---------------------------------------------------------x

**NOTICE OF WITHDRAWAL**

Luc A. Despins (the "Trustee"), in his capacity as chapter 11 trustee in the above-captioned chapter 11 case of Ho Wan Kwok, hereby withdraws the Trustee's Motion for Entry of Order Compelling TD Bank, N.A. to Comply with Rule 2004 Subpoena [ECF No. 1521] (the "Motion to Compel") and the Trustee's Motion, Pursuant to Bankruptcy Rule 9006(c)(1), to Expedite Hearing on the Motion to Compel [ECF No. 1523] (the "Motion to Expedite" and, together with the Motion to Compel, collectively, the "Motions") in light of certain production made by TD Bank, N.A. ("TD Bank") since the Motions were filed and the Trustee's expectation regarding further cooperation and compliance by TD Bank in and with Federal Rule of Bankruptcy Procedure 2004 discovery. The Motions are withdrawn without prejudice to the Trustee's rights to bring a future motion to compel to the extent that any further disputes arise.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2

| | | |
|---|---|---|
| Dated: | March 11, 2022<br>New Haven, Connecticut | LUC DESPINS, as appointed Chapter 11 Trustee<br>for HO WON KWOK |
| | | By:    */s/ Patrick R. Linsey*<br>Patrick R. Linsey (ct29437)<br>NEUBERT, PEPE & MONTEITH, P.C.<br>195 Church Street, 13th Floor<br>New Haven, Connecticut 06510<br>(203) 781-2847<br>plinsey@npmlaw.com |

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                          :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                       :    Case No. 22-50073 (JAM)
:
    Debtors.                                    :    (Jointly Administered)
:
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 11, 2023, the foregoing Notice was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated:   March 11, 2023              LUC DESPINS, as appointed Chapter 11 Trustee
         New Haven, Connecticut      for HO WON KWOK

                                     By:    */s/ Patrick R. Linsey*
                                            Patrick R. Linsey (ct29437)
                                            NEUBERT, PEPE & MONTEITH, P.C.
                                            195 Church Street, 13th Floor
                                            New Haven, Connecticut 06510
                                            (203) 781-2847
                                            plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).