AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Patrick M. Birney | 2. PHONE NUMBER<br>(860) 275-8275 | 3. DATE<br>3/9/2023 |
| 4. DELIVERY ADDRESS OR EMAIL<br>pbirney@rc.com | 5. CITY<br>Hartford | 6. STATE  CT   7. ZIP CODE  06103 |
| 8. CASE NUMBER<br>22-50073 | 9. JUDGE<br>Judge Julie A. Manning | DATES OF PROCEEDINGS<br>10. FROM 3/8/2023   11. TO 3/8/2023 |
| 12. CASE NAME<br>Ho Wan Kwok | LOCATION OF PROCEEDINGS<br>13. CITY Bridgeport | 14. STATE Connecticut |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify)<br>Hearing | 3/8/2023 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES  1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL  0.00

| | |
|---|---|
| 18. SIGNATURE<br>/s/ Patrick M. Birney | PROCESSED BY<br>P.E. |
| 19. DATE<br>3/9/2023 | PHONE NUMBER<br>203-579-5808 |
| TRANSCRIPT TO BE PREPARED BY<br>Fiore Reporting and Transcription | COURT ADDRESS<br>U..S. Bankruptcy Court<br>915 Lafayette Blvd.<br>Bridgeport, CT 06604 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## March 8, 2023

---

1:00 PM      23-5003 HK International Funds Investments (USA) Limited, vs. Despins

                 Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC

Matter:      #100; Order Setting Status Conference

**22-05003** HK International Funds Investments (USA) Limited, v. Despins
**Case type:** ap **Related bankruptcy:** 22-50073 **Judge:** Julie A. Manning
**Date filed:** 04/11/2022 **Date of last filing:** 03/13/2023

## Parties

| | | |
|---|---|---|
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*Added: 09/08/2022*<br>*(Counter-Claimant)* | represented by | **Nicholas A. Bassett**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1700<br>202-551-1705 (fax)<br>nicholasbassett@paulhastings.com<br>*Assigned: 03/08/23*<br><br>**Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 09/23/22*<br><br>**Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>*Assigned: 10/14/22* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*Added: 09/08/2022*<br>*(Defendant)* | represented by | **James C. Graham**<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203)821-2000<br>(203)821-2009 (fax)<br>jgraham@npmlaw.com<br>*Assigned: 08/17/22*<br><br>**Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 07/29/22*<br><br>**Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>*Assigned: 10/14/22* |
| **Mei Guo**<br>*Added: 09/23/2022*<br>*(Counter-Defendant)* | represented by | **John L. Cesaroni**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>jcesaroni@zeislaw.com<br>*Assigned: 10/19/22*<br><br>**Melissa I Falk Wernick**<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>973-530-2157<br>973-530-2357 (fax)<br>mwernick@csglaw.com<br>*Assigned: 03/10/23*<br><br>**James M. Moriarty**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>Bridgeport, CT 06604<br>203-368-4234<br>203-549-0907 (fax)<br>jmoriarty@zeislaw.com<br>*Assigned: 10/19/22*<br><br>**Aaron Romney**<br>Zeisler & Zeisler PC |

| | | |
|---|---|---|
| | | 10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>aromney@zeislaw.com<br>*Assigned: 10/18/22* |
| | | **Lee Vartan**<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ 07052<br>973-530-2107<br>973-530-2307 (fax)<br>lvartan@csglaw.com<br>*Assigned: 02/01/23* |
| **HK International Funds Investments (USA) Limited, LLC**<br>*Added: 09/23/2022*<br>*(Counter-Defendant)* | represented by | **John L. Cesaroni**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>jcesaroni@zeislaw.com<br>*Assigned: 09/29/22* |
| | | **Melissa I Falk Wernick**<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>973-530-2157<br>973-530-2357 (fax)<br>mwernick@csglaw.com<br>*Assigned: 03/10/23* |
| | | **James M. Moriarty**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>Bridgeport, CT 06604<br>203-368-4234<br>203-549-0907 (fax)<br>jmoriarty@zeislaw.com<br>*Assigned: 11/29/22* |
| | | **Aaron Romney**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>aromney@zeislaw.com<br>*Assigned: 09/29/22* |
| | | **Lee Vartan**<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ 07052<br>973-530-2107<br>973-530-2307 (fax)<br>lvartan@csglaw.com<br>*Assigned: 03/10/23* |
| **HK International Funds Investments (USA) Limited, LLC**<br>*Added: 04/11/2022*<br>*(Plaintiff)* | represented by | **John L. Cesaroni**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>jcesaroni@zeislaw.com<br>*Assigned: 08/09/22* |
| | | **James M. Moriarty**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>Bridgeport, CT 06604<br>203-368-4234<br>203-549-0907 (fax)<br>jmoriarty@zeislaw.com<br>*Assigned: 10/03/22* |
| | | **Aaron Romney**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>aromney@zeislaw.com<br>*Assigned: 04/11/22* |
| | | **Lee Vartan**<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive |

|  |  |
|---|---|
|  | West Orange, NJ 07052<br>973-530-2107<br>973-530-2307 (fax)<br>lvartan@csglaw.com<br>*Assigned: 02/01/23* |
| **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>SSN / ITIN: 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<br>*Added: 04/11/2022*<br>*TERMINATED: 07/29/2022*<br>*(Defendant)*<br>PRO SE |  |
| **Pacific Alliance Asia Opportunity Fund L.P.**<br>*Added: 04/11/2022*<br>*TERMINATED: 08/26/2022*<br>*(Defendant)* | represented by **Patrick M. Birney**<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8200<br>(860) 275-8299 (fax)<br>pbirney@rc.com<br>*Assigned: 05/06/22*<br>*TERMINATED: 08/26/22*<br><br>**Peter Friedman**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5302<br>pfriedman@omm.com<br>*Assigned: 06/07/22*<br>*TERMINATED: 08/26/22*<br><br>**Stuart M. Sarnoff**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>202-326-2293<br>ssarnoff@omm.com<br>*Assigned: 06/07/22*<br>*TERMINATED: 08/26/22* |

Additional parties that appeared at the March 8, 2023 hearing

**Avram Emmanuel Luft**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166          representing          Luc A. Despins
212-318-6079                                      Paul Hasting LLP
212-303-7079 (fax)                                200 Park Avenue
aviluft@paulhastings.com                          New York, NY  10166

U. S. Trustee                                     **Holley L. Claiborn**
Office of the U.S. Trustee                        Office of The United States
Giaimo Federal Building                           Trustee
150 Court Street, Room 302                        The Giaimo Federal Building
New Haven, CT 06510         represented by        150 Court Street, Room 302
(203)773-2210                                     New Haven, CT 06510
USTPRegion02.NH.ECF@USDOJ.GOV                     (203) 773-2210
*Added: 02/15/2022*                               (203) 773-2217 (fax)
*(U.S. Trustee)*                                  holley.l.claiborn@usdoj.gov

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor     representing          Rui Ma
PO Box 7006
Bridgeport, CT 06601
203-330-2198
203-259-0251 (fax)
kmayhew@pullcom.com

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
860-275-8325
860-275-8299 (fax)
asmith@rc.com                  representing          Pacific Alliance Asia
                                                     Opportunity Fund, L.P.