**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------------x
                                      :
In re:                                :          Chapter 11
                                      :
HO WAN KWOK, et al.,                  :          Case No. 22-50073 (JAM)
                                      :
        Debtor.¹                      :          (Jointly Administered)
                                      :
-------------------------------------------------------------x
```

<u>**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**</u>

PLEASE TAKE NOTICE that the undersigned appears in this bankruptcy case as counsel

for Leonard S.D. Scudder, and requests that all notices given or required to be given in this case

or related cases, and papers served or required to be served in this matter, be given and served on

the following:

> Barclay Damon LLP
> 545 Long Wharf Drive, 9th Fl.
> New Haven, CT 06511
> Direct tel. no. (212) 784-5818
> Fax no. (212) 784-5769
> kcosta@barclaydamon.com
> Attn: Keith N. Costa, Esq.

Please take further notice that this request includes not only the notices and papers referred

to in the applicable Federal Rules of Bankruptcy Procedure, but includes, without limitation, all

orders and notices of any application, motion, petition, pleading, request, or demand, whether

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier

service, hand delivery, telephone, facsimile transmission or otherwise.

/s/ Keith N. Costa
Keith N. Costa *(ct15634)*
Barclay Damon LLP
545 Long Wharf Drive, 9th Fl.
New Haven, CT 06511
Direct: (212) 784-5818
Fax: (212) 784-5769
kcosta@barclaydamon.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2023, a copy of the foregoing Entry of Appearance and Request for Service of Papers was filed electronically and served on all appearing parties by operation of the court's electronic filing system.  Parties may access this filing through the court's CM/ECF System.


/s/ Keith N. Costa
Keith N. Costa

23876000.1