**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| | ) | Case No. 22-50073 (JAM) |
| HO WAN KWOK, *et al.*, | ) ) | (Jointly Administered) |
| Debtors.¹ | ) ) ) | Re: ECF Nos. 1046, 1353, 1397 |

### ORDER TO APPEAR AT CONTINUED HEARING AND SHOW CAUSE WHY THE COURT SHOULD NOT HOLD THE <u>NON-RESPONDING PARTIES IN CONTEMPT OF COURT</u>

The Court has found that Golden Spring (New York) Ltd. ("Golden Spring") and Lamp Capital LLC ("Lamp Capital," and together with Golden Spring, the "Non-responding Parties") neither responded to nor complied with Rule 2004 subpoenas authorized by the Court. (ECF No. 1353; *see* ECF No. 758.) The Court issued a first Order to Show Cause on January 27, 2023, setting a hearing for March 7, 2023, at which hearing the Non-responding Parties were to show cause why this Court should not hold them in civil contempt of court for failing to respond or comply with subpoenas authorized by this Court (the "Show Cause Hearing"). (ECF No. 1397, the "First Show Cause Order.") During the Show Cause Hearing, Luc A. Despins, Chapter 11 trustee (the "Trustee") for the estate of Ho Wan Kwok, informed the Court that he had been unable to serve Lamp Capital with the First Show Cause Order and had not served Golden Spring because the Trustee wished to serve both of the Non-responding Parties simultaneously.

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

On the record, the Court continued the Show Cause Hearing to April 18, 2023, and set a new service deadline of March 24, 2023.  For the purpose of service on the Non-responding Parties, the Court hereby memorializes its oral ruling and it is hereby

**ORDERED:**  The Non-responding Parties are to personally appear through an Officer, Director, Member, or Manager at 2:00 p.m. on April 18, 2023, at the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT 06604, and show cause why this Court should not hold them in civil contempt of court for failing to respond or comply with subpoenas authorized by this Court; and it is further

**ORDERED:**  The Trustee shall serve the Non-responding Parties with this Order on or before March 24, 2023; and it is further

**ORDERED:**  The Trustee shall file a certificate of service demonstrating service of this Order on the Non-responding Parties on or before March 27, 2023.

Dated at Bridgeport, Connecticut this 16th day of March, 2023.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut