# United States Bankruptcy Court

## District of Connecticut

Filed and Entered
On Docket
March 16, 2023

In re:

Ho Wan Kwok

Debtor*

Case Number: 22-50073
(Jointly Administered)
Chapter: 11

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **March 23, 2023** at **12:00 PM** to consider and act upon the following matter(s):

**Motion to Remove Trustee**, ECF No. 1274, filed on behalf of Ho Wan Kwok pursuant to the Court's Contested Matter Procedure, *See* D. Conn. Bankr. L. R. 9014-1; and
**Objections/Responses to the Motion to Remove Trustee**, ECF Nos. 1313, 1314, 1325, and 1326.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE FURTHER NOTICE THAT SERVICE** of this Notice of Hearing shall be made via the Court's CM/ECF System and shall not be served on any party who did not timely file an Objection/Response to the Motion in accordance with the Response Date set pursuant to the Court's Contested Matter Procedure.

Dated: March 16, 2023

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579-5808
VCIS* (866) 222-8029
* Voice Case Information System
9014-1   Form 112 − pe