# Notice Recipients

District/Off: 0205−5  User: admin  Date Created: 3/16/2023
Case: 22−50073  Form ID: pdfdoc2  Total: 18

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr11 | Luc A. Despins | lucdespins@paulhastings.com |
| aty | Aaron Romney | aromney@zeislaw.com |
| aty | Aaron A Mitchell | aaron@lmesq.com |
| aty | Avram Emmanuel Luft | aviluft@paulhastings.com |
| aty | Eric A. Henzy | ehenzy@zeislaw.com |
| aty | Irve J. Goldman | igoldman@pullcom.com |
| aty | James M. Moriarty | jmoriarty@zeislaw.com |
| aty | Luc A. Despins | lucdespins@paulhastings.com |
| aty | Nicholas A. Bassett | nicholasbassett@paulhastings.com |
| aty | Patrick M. Birney | pbirney@rc.com |
| aty | Patrick R. Linsey | plinsey@npmlaw.com |

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Ho Wan Kwok | 373 Taconic Road | Greenwich, CT 06831 | |
| dbaty | Brown Rudnick LLP | One Financial Center | Boston, MA 02111 | |
| cr | Brown Rudnick LLP | One Financial Center | Boston, MA 02111 | |
| db | Genever Holdings Corporation | P.O. Box 3170 | Road Town Tortola BRITISH VIRGIN ISLANDS | |
| intp | Genever Holdings LLC | 781 Fifth Avenue | Apt. 1801 | New York, NY 10022−5520 |
| db | Genever Holdings LLC | 781 Fifth Avenue | Apt. 1801 | New York, NY 10022−5520 |
| aty | Luc A. Despins | Paul Hastings LLP | 200 Park Avenue | New York, NY 10166 |

TOTAL: 7