**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| HO WAN KWOK, *et al.* | : | Case No. 22-50073 (JAM) |
| Debtors. | : | |

**NOTICE OF WITHDRAWAL OF HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION TO MODIFY CONSENT ORDER GRANTING HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S MOTION FOR ORDER ESTABLISHING REPAIR RESERVE FOR THE LADY MAY**

HK International Funds Investments (USA) Limited, LLC ("HK USA"), by and through its undersigned counsel, hereby withdraws (the "Withdrawal") HK International Funds Investments (USA) Limited, LLC's Motion to Modify Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May (the "Motion") [Doc. No. 1216]. The Withdrawal of the Motion is without prejudice, and HK USA and Mei Guo expressly reserve all rights to seek payment of funds from the Trustee to pay for operating expenses from the Repair Reserve by separate motion and order of this Court.

**HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC**

*/s/  Lee Vartan*
Lee Vartan (*admitted pro hac vice*)
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 530-2107
Email: lvartan@csglaw.com
*Attorneys for HK International Funds Investments (USA) Limited, LLC and Mei Guo*

Aaron A. Romney (ct28144)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-4234
Email: aromney@zeislaw.com
*Local Counsel for HK International Funds Investments (USA) Limited, LLC and Mei Guo*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice ofElectronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                      */s/ Lee Vartan*
                                                     Lee Vartan

4868-7231-2663.v1