**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

CHAPTER 11

In re:

HO WAN KWOK et al.,

Case No. 22-50073(JAM)

Debtors.

**MOTION CONTINUE HEARING ON MOTION TO REMOVE TRUSTEE**

The individual debtor, Ho Wan Kwok (the "Individual Debtor"), respectfully moves for a continuance of the hearing on his Motion to Remove Trustee (Doc. No. 1274) (the "Motion to Remove") from March 23, 2023, to a date on or after April 13, 2023, at the Court's convenience. The Individual Debtor states that good cause exists to grant the requested continuance based on the following:

1.      On the morning of March 15, 2023, a twelve-count indictment was unsealed in the United States District Court for the Southern District of New York charging the Individual Debtor with various federal crimes. The Individual Debtor was arrested by federal law enforcement authorities on March 15, 2023.

2.      The Individual Debtor and his counsel require a continuance of the Motion to Remove in order to have an opportunity to discuss the Motion to Remove in preparation for a hearing on the same. At this point in time, the Individual Debtor's counsel does not know when they will be able to communicate with the Debtor regarding the Motion to Remove.

3.      In addition, Individual Debtor's counsel that need to be present at the hearing, Eric Henzy and Stephen Kindseth, are unavailable on March 23, 2023, as they have a previously scheduled all-day mediation in the Norwich Diocese Chapter 11 case on the same day.

4.      This is the Individual Debtor's first request for a continuance in this matter.

WHEREFORE, the Individual Debtor respectfully requests that the Court enter an order continuing the hearing on the Motion to Remove from March 23, 2023, to a date on or after April 13, 2023, at the Court's convenience.

Dated at Bridgeport, Connecticut this 17th day of March 2023.

THE DEFENDANT,
HO WAN KWOK

By:*/s/ John L. Cesaroni*
    Eric A. Henzy (ct12849)
    John L. Cesaroni (ct29309)
    10 Middle Street, 15th Floor
    Bridgeport, Connecticut 06604
    Telephone: (203) 368-4234
    Facsimile: (203) 368-5467
    Email: jcesaroni@zeislaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2023, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:     */s/John L. Cesaroni*        
        John L. Cesaroni (ct29309)