**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re:                                             :      Chapter 11
:
HO WAN KWOK *et al.*,                              :      Case No. 22-50073 (JAM)
:
Debtors.[1]                                        :      Jointly Administered
:
------------------------------------------------------x

**CHAPTER 11 TRUSTEE'S UNOPPOSED MOTION
PURSUANT TO BANKRUPTCY RULE 9006(b), FOR ENTRY OF ORDER
EXTENDING TIME TO FILE FEE APPLICATION PURSUANT TO ORDER
HOLDING HK PARTIES IN CONTEMPT OF COURT AND SANCTIONING HK
PARTIES, ATTORNEY VARTAN AND CHIESA SHAHINIAN & GIANTOMASI PC**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), files this motion (the "Motion"), pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and District of Connecticut Local Rule of Civil Procedure 7(b), requesting entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), extending by ten (10) days the time for the Trustee to file its fee application pursuant to the Court's *Order Holding HK Parties in Contempt of Court and Sanctioning HK Parties, Attorney Vartan and Chiesa Shahinian & Giantomasi PC* (the "Contempt Order") [Docket No. 1537]. Trustee's counsel inquired with counsel for HK International Funds Investments (USA) Limited, LLC and Mei Guo (together, collectively, the "HK Parties") in advance of filing this Motion and were advised that they do not

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

object to the relief sought herein. In support of this Motion, the Trustee respectfully states as follows.

## JURISDICTION, VENUE, AND STATUTORY BASES

1. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut (as amended). This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408(2) and 1409.

3. The bases for the relief requested herein are Bankruptcy Rule 9006(b).

## RELIEF REQUESTED

4. By this Motion, the Trustee seeks a ten (10) day extension of the time to file the fee application contemplated by the Contempt Order (the "Fee Application") from March 24, 2023, through and including April 3, 2023.

## BASIS FOR RELIEF REQUESTED

5. On November 10, 2022, the Court enter the Contempt Order, which among other things provides that:

> Pursuant to Fed. R. Civ. P. 37(b)(2)(C), Ms. Guo, HK USA, Attorney Vartan, and Chiesa Shahinian & Giantomasi PC ("CSG") are jointly and severally liable and sanctioned, as compensatory damages, reasonable attorney's fees and costs associated with the Trustee's efforts to secure compliance with the Court-authorized Subpoenas from the preparation and prosecution Motion to Compel through and including the reasonable attorneys' fees and costs spent in relation to ongoing efforts to secure compliance, which reasonable attorneys' fees and costs shall be payable to the Chapter 11 estate of Ho Wan Kwok and be determined by the Court upon the fee application(s) of the Trustee, which application(s) are to be submitted on or before March 24, 2023.

6. In order for the Trustee to prepare the Fee Application and to ensure that the Fee Application only covers "reasonable attorneys' fees and costs associated with the Trustee's

efforts to secure compliance with the Court-authorized Subpoenas from the preparation and prosecution of the Motion to Compel through and including the reasonable attorneys' fees and costs spent in relation to ongoing efforts to secure compliance," Trustee's counsel needs to review thousands of time and cost entries spanning a period of approximately five months—*i.e.*, from October 2022 through the date of entry of the Contempt Order on March 10, 2023—and separate out the applicable time and cost entries to be covered in the Fee Application. While Trustee's counsel maintains, of course, a separate task code for the Trustee's investigation, this does not obviate the need for a review of all time and cost entries in that task code so as to identify those particular entries that relate to counsel's efforts to secure compliance with the Subpoenas.

7. In light of the substantial amount of work entailed in conducting this review and preparing the Fee Application, the Trustee requests a modest 10-day extension of the March 24, 2023 deadline to submit the Fee Application.

8. This is the Trustee's first request for an extension of the deadline to file the Fee Application.

9. Prior to filing this Motion, Trustee's counsel inquired with counsel for the HK Parties and were advised that they do not object to the requested extension.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Trustee respectfully requests entry of the Proposed Order (a) granting the relief requested herein, and (b) granting such other relief as is just and proper.

| | |
|---|---|
| Dated: March 17, 2023<br>New Haven, Connecticut | LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE |

By: */s/ Patrick R. Linsey*
  Douglas S. Skalka (ct00616)
  Patrick R. Linsey (ct29437)
  NEUBERT, PEPE & MONTEITH, P.C.
  195 Church Street, 13th Floor
  New Haven, Connecticut 06510
  (203) 781-2847
  dskalka@npmlaw.com
  plinsey@npmlaw.com

  *and*

  Nicholas A. Bassett (admitted *pro hac vice*)
  PAUL HASTINGS LLP
  2050 M Street NW
  Washington, D.C., 20036
  (202) 551-1902
  nicholasbassett@paulhastings.com

  *and*

  Avram E. Luft (admitted *pro hac vice*)
  Douglass Barron (admitted *pro hac vice*)
  PAUL HASTINGS LLP
  200 Park Avenue
  New York, New York 10166
  (212) 318-6079
  aviluft@paulhastings.com
  douglassbarron@paulhastings.com

  *Counsel for the Chapter 11 Trustee*

## EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x
: 
In re: : Chapter 11
 : 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
 : 
            Debtors. : (Jointly Administered)
------------------------------------------------------------x

**ORDER EXTENDING TIME TO FILE FEE APPLICATION PURSUANT TO ORDER HOLDING HK PARTIES IN CONTEMPT OF COURT AND SANCTIONING HK PARTIES, ATTORNEY VARTAN AND CHIESA SHAHINIAN & GIANTOMASI PC**

Upon the motion (the "Motion")[2] of Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor") for entry of an order (this "Order"): (a) extending time to file the Fee Application and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut (as amended); and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408(2) and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the estate, its creditors, and other parties in interest; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Motion.

2

other or further notice need be given; and upon all of the proceedings had before this Court; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1.    The Motion is granted as set forth herein.

2.    The time by which the Trustee must file the Fee Application is extended until April 3, 2023.

3.    Entry of this Order is without prejudice to the Trustee's right to seek further extensions of the time within which to file the fee application.

4.    The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                : Chapter 11
:
HO WAN KWOK *et al.*,                 : Case No. 22-50073 (JAM)
:
       Debtors.              : Jointly Administered
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 17, 2023, the foregoing Motion, and all declarations, exhibits and attachments thereto, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:   March 17, 2023
           New Haven, Connecticut

                                       By: */s/ Patrick R. Linsey*
                                           Douglas S. Skalka (ct00616)
                                           Patrick R. Linsey (ct29437)
                                           NEUBERT, PEPE & MONTEITH, P.C.
                                           195 Church Street, 13th Floor
                                           New Haven, Connecticut 06510
                                           (203) 781-2847
                                           dskalka@npmlaw.com
                                           plinsey@npmlaw.com

                                           *Counsel for the Chapter 11 Trustee*