**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
HO WAN KWOK, *et al.*,                                   :   Case No. 22-50073 (JAM)
                                                         :
                    Debtors.¹                            :   Jointly Administered
                                                         :
---------------------------------------------------------x

## EMERGENCY REQUEST FOR STATUS CONFERENCE

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), hereby requests that the Court schedule a status conference in these chapter 11 cases as soon as practicable during the week of March 20, 2023.

As the Court is aware, during the last week, there have been a number of significant events concerning the Individual Debtor and the assets of these chapter 11 estates, including (i) the arrest of the Individual Debtor by federal law enforcement on March 15, 2023 and (ii) later that same day, a fire in the 18th floor apartment at the Sherry Netherland Hotel (the "Sherry Netherland Apartment"), which apartment is owned by Genever Holdings LLC (one of the Debtors in these chapter 11 cases).

The Trustee submits that, in light of these and other developments, and given their impact on the administration of these chapter 11 cases, it is appropriate to schedule a status conference

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

so that the Trustee can provide the Court and parties in interest with an update (and possibly proposed next steps) with respect to these matters.

Among other things, at the proposed status conference, the Trustee would provide an update on the following:

- Status of the Lady May, including operating expenses and insurance coverage;
- Status of the Sherry Netherland Apartment;
- Update on Rule 2004 discovery; and
- Update on pending adversary proceedings.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

WHEREFORE, the Trustee respectfully requests that the Court grant the Motion, scheduled a status conference on the week of March 20, 2023, and order such other relief as is just and proper.

Dated:	March 17, 2023	LUC A. DESPINS,
	New Haven, Connecticut	CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com

*and*

Nicholas A. Bassett *(pro hac vice)*
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Avram E. Luft *(pro hac vice)*
Douglass Barron *(pro hac vice)*
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                                   :         Chapter 11
:
HO WAN KWOK *et al.*,                                 :         Case No. 22-50073 (JAM)
:
           Debtors.                                  :         Jointly Administered
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 17, 2023, the foregoing Request was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:   March 17, 2023
           New Haven, Connecticut

                                            By: */s/ Patrick R. Linsey*
                                              Douglas S. Skalka (ct00616)
                                              Patrick R. Linsey (ct29437)
                                              NEUBERT, PEPE & MONTEITH, P.C.
                                              195 Church Street, 13th Floor
                                              New Haven, Connecticut 06510
                                              (203) 781-2847
                                              dskalka@npmlaw.com
                                              plinsey@npmlaw.com

                                              *Counsel for the Chapter 11 Trustee*