United States Bankruptcy Court
District of Connecticut

| | |
|---|---|
| In re: | Case No. 22-50073-jam |
| Ho Wan Kwok | Chapter 11 |
| Genever Holdings Corporation | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 1 of 9 |
| Date Rcvd: Mar 16, 2023 | Form ID: pdfdoc2 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Genever Holdings Corporation, P.O. Box 3170, Road Town Tortola, BRITISH VIRGIN ISLANDS |
| db | | Genever Holdings LLC, 781 Fifth Avenue, Apt. 1801, New York, NY 10022-5520 |
| db | + | Ho Wan Kwok, 373 Taconic Road, Greenwich, CT 06831-2828 |
| aty | + | Luc A. Despins, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| dbaty | + | Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |
| intp | * | Genever Holdings LLC, 781 Fifth Avenue, Apt. 1801, New York, NY 10022-5520 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 18, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Romney | on behalf of Counter-Defendant Mei Guo aromney@zeislaw.com swenthen@zeislaw.com |
| Aaron Romney | on behalf of Counter-Defendant HK International Funds Investments (USA) Limited LLC aromney@zeislaw.com, |

District/off: 0205-5  User: admin  Page 2 of 9
Date Rcvd: Mar 16, 2023  Form ID: pdfdoc2  Total Noticed: 5

| | |
|---|---|
| | swenthen@zeislaw.com |
| Aaron Romney | |
| | on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron Romney | |
| | on behalf of Debtor Ho Wan Kwok aromney@zeislaw.com  swenthen@zeislaw.com |
| Aaron Romney | |
| | on behalf of Interested Party Mei Guo aromney@zeislaw.com  swenthen@zeislaw.com |
| Aaron Romney | |
| | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC aromney@zeislaw.com, swenthen@zeislaw.com |
| Aaron Romney | |
| | on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com  swenthen@zeislaw.com |
| Aaron Romney | |
| | on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com  swenthen@zeislaw.com |
| Aaron A Mitchell | |
| | on behalf of Debtor's Attorney Lawall & Mitchell  LLC aaron@lmesq.com |
| Aaron A Mitchell | |
| | on behalf of Defendant Ho Wan Kwok aaron@lmesq.com |
| Aaron A Mitchell | |
| | on behalf of Debtor Ho Wan Kwok aaron@lmesq.com |
| Andrew V. Layden | |
| | on behalf of Interested Party BakerHostetler alayden@bakerlaw.com |
| Annecca H. Smith | |
| | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com |
| Annecca H. Smith | |
| | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. asmith@rc.com |
| Anthony Sodono, III | |
| | on behalf of Interested Party HCHK Technologies  Inc. asodono@msbnj.com |
| Anthony Sodono, III | |
| | on behalf of Interested Party HCHK Property Management  Inc. asodono@msbnj.com |
| Anthony Sodono, III | |
| | on behalf of Interested Party Lexington Property and Staffing  Inc. asodono@msbnj.com |
| Avram Emmanuel Luft | |
| | on behalf of Plaintiff Genever Holdings LLC aviluft@paulhastings.com |
| Avram Emmanuel Luft | |
| | on behalf of Plaintiff Luc A. Despins aviluft@paulhastings.com |
| Avram Emmanuel Luft | |
| | on behalf of Chapter 11 Trustee Luc A. Despins aviluft@paulhastings.com |
| Bonnie C. Mangan | |
| | on behalf of Requested Notice Bonnie C. Mangan bonnie.mangan@manganlaw.com  becky.avery@manganlaw.com |
| Carollynn H.G. Callari | |
| | on behalf of 20 Largest Creditor Rui Ma ccallari@callaripartners.com |
| Carollynn H.G. Callari | |
| | on behalf of 20 Largest Creditor Weican Meng ccallari@callaripartners.com |
| Carollynn H.G. Callari | |
| | on behalf of Creditor Zheng Wu ccallari@callaripartners.com |
| Christopher H. Blau | |
| | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC cblau@zeislaw.com |
| Daniel Cantor | |
| | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. dcantor@omm.com |
| Daniel D. Barnes | |
| | on behalf of Interested Party Mei Guo dbarnes@csglaw.com |
| Daniel D. Barnes | |
| | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC dbarnes@csglaw.com |
| Danielle L. Merola | |
| | on behalf of Interested Party BakerHostetler dmerola@bakerlaw.com |

Case 22-50073    Doc 1560    Filed 03/18/23    Entered 03/19/23 00:14:44    Page 3 of 10

| District/off: 0205-5 | User: admin | Page 3 of 9 |
|---|---|---|
| Date Rcvd: Mar 16, 2023 | Form ID: pdfdoc2 | Total Noticed: 5 |

David M.S. Shaiken
    on behalf of Defendant Bravo Luck Limited david@shipmanlawct.com

David M.S. Shaiken
    on behalf of Interested Party Bravo Luck Limited david@shipmanlawct.com

David S. Forsh
    on behalf of Creditor Zheng Wu dforsh@callaripartners.com

David S. Forsh
    on behalf of 20 Largest Creditor Rui Ma dforsh@callaripartners.com

David S. Forsh
    on behalf of 20 Largest Creditor Weican Meng dforsh@callaripartners.com

David V. Harbach, II
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com

David V. Harbach, II
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. dharbach@omm.com

Douglas S. Skalka
    on behalf of Debtor Genever Holdings LLC dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Chapter 11 Trustee Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Debtor Genever Holdings Corporation dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Defendant Luc A. Despins dskalka@npmlaw.com  smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Plaintiff Genever Holdings LLC dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Plaintiff Luc A. Despins dskalka@npmlaw.com  smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Plaintiff-Intervenor Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka
    on behalf of Counter-Claimant Luc A. Despins dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglass E. Barron
    on behalf of Chapter 11 Trustee Luc A. Despins douglassbarron@paulhastings.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Debtor Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Defendant Ho Wan Kwok ehenzy@zeislaw.com  cjervey@zeislaw.com

Eric A. Henzy
    on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC ehenzy@zeislaw.com, cjervey@zeislaw.com

Evan S. Goldstein
    on behalf of Interested Party Greenwich Land  LLC egoldstein@uks.com

Evan S. Goldstein
    on behalf of Defendant Hing Chi Ngok egoldstein@uks.com

Evan S. Goldstein
    on behalf of Interested Party Hing Chi Ngok egoldstein@uks.com

Francis J. Lawall
    on behalf of Interested Party Bravo Luck Limited francis.lawall@troutman.com susan.henry@troutman.com;marcy.smith@troutman.com

Francis J. Lawall
    on behalf of Defendant Bravo Luck Limited francis.lawall@troutman.com susan.henry@troutman.com;marcy.smith@troutman.com

District/off: 0205-5  	User: admin  	Page 4 of 9
Date Rcvd: Mar 16, 2023  	Form ID: pdfdoc2  	Total Noticed: 5

| | |
|---|---|
| G. Alexander Bongartz | on behalf of Chapter 11 Trustee Luc A. Despins alexbongartz@paulhastings.com |
| Georg Alexander Bongartz | on behalf of Plaintiff Luc A. Despins alexbongartz@paulhastings.com |
| Georg Alexander Bongartz | on behalf of Plaintiff Genever Holdings LLC alexbongartz@paulhastings.com |
| Holley L. Claiborn | on behalf of U.S. Trustee U. S. Trustee holley.l.claiborn@usdoj.gov |
| Irve J. Goldman | on behalf of Creditor Committee Official Committee of Unsecured Creditors igoldman@pullcom.com  rmccoy@pullcom.com |
| Irve J. Goldman | on behalf of Creditor Committee Pullman & Comley  LLC igoldman@pullcom.com, rmccoy@pullcom.com |
| James C. Graham | on behalf of Trustee Luc A. Despins jgraham@npmlaw.com  sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| James C. Graham | on behalf of Chapter 11 Trustee Luc A. Despins jgraham@npmlaw.com sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| James C. Graham | on behalf of Defendant Luc A. Despins jgraham@npmlaw.com  sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| James J. Healy | on behalf of Interested Party Williams & Connolly LLP jhealy@cmdhlaw.com |
| James M. Moriarty | on behalf of Interested Party Mei Guo jmoriarty@zeislaw.com  cgregory@zeislaw.com |
| James M. Moriarty | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC jmoriarty@zeislaw.com, cgregory@zeislaw.com |
| James M. Moriarty | on behalf of Counter-Defendant HK International Funds Investments (USA) Limited  LLC jmoriarty@zeislaw.com, cgregory@zeislaw.com |
| James M. Moriarty | on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com  cgregory@zeislaw.com |
| James M. Moriarty | on behalf of Counter-Defendant Mei Guo jmoriarty@zeislaw.com  cgregory@zeislaw.com |
| James M. Moriarty | on behalf of Defendant Ho Wan Kwok jmoriarty@zeislaw.com  cgregory@zeislaw.com |
| James M. Moriarty | on behalf of Debtor Ho Wan Kwok jmoriarty@zeislaw.com  cgregory@zeislaw.com |
| James M. Moriarty | on behalf of Plaintiff HK International Funds Investments (USA) Limited  LLC jmoriarty@zeislaw.com, cgregory@zeislaw.com |
| Jay Marshall Wolman | on behalf of Creditor Logan Cheng jmw@randazza.com  ecf-6898@ecf.pacerpro.com |
| Jay Marshall Wolman | on behalf of Plaintiff Logan Cheng jmw@randazza.com  ecf-6898@ecf.pacerpro.com |
| Jeffrey Hellman | on behalf of Defendant Ho Wan Kwok jeff@jeffhellmanlaw.com  christen@jeffhellmanlaw.com |
| Jeffrey M. Sklarz | on behalf of Interested Party BakerHostetler jsklarz@gs-lawfirm.com aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com |
| John Troy | on behalf of Interested Party Troy Law  PLLC johntroy@troypllc.com |
| John L. Cesaroni | on behalf of Debtor Ho Wan Kwok jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Counter-Defendant Mei Guo jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Interested Party Mei Guo jcesaroni@zeislaw.com |
| John L. Cesaroni | |

District/off: 0205-5      User: admin      Page 5 of 9
Date Rcvd: Mar 16, 2023      Form ID: pdfdoc2      Total Noticed: 5

| Name | Description |
|---|---|
| | on behalf of Plaintiff HK International Funds Investments (USA) Limited LLC jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Counter-Defendant HK International Funds Investments (USA) Limited LLC jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Interested Party HK International Funds Investments (USA) Limited LLC jcesaroni@zeislaw.com |
| John L. Cesaroni | on behalf of Defendant Ho Wan Kwok jcesaroni@zeislaw.com |
| Jonathan Kaplan | on behalf of Creditor Committee Official Committee of Unsecured Creditors jkaplan@pullcom.com prulewicz@pullcom.com;rmccoy@pullcom.com |
| Julie A Lavoie | on behalf of Creditor The Sherry-Netherland Inc. jlavoie@murthalaw.com |
| Keith N. Costa | on behalf of Interested Party Leonard Scudder kcosta@otterbourg.com kcosta@otterbourg.com;awilliams@otterbourg.com |
| Kellianne Baranowsky | on behalf of Interested Party BakerHostetler kbaranowsky@gs-lawfirm.com aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com |
| Kristin B. Mayhew | on behalf of Creditor Zheng Wu kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of 20 Largest Creditor Rui Ma kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of Plaintiff Rui Ma kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of Plaintiff Yang Lan kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of Plaintiff Boxun Inc. kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of Plaintiff Weican (Watson) Meng kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of Plaintiff Zheng Wu kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of 20 Largest Creditor Weican Meng kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Kristin B. Mayhew | on behalf of Creditor Committee Official Committee of Unsecured Creditors kmayhew@pullcom.com kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com |
| Laura Aronsson | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com |
| Laura Aronsson | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. laronsson@omm.com |
| Lawrence S. Grossman | on behalf of Interested Party BakerHostetler LGrossman@gs-lawfirm.com aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com |
| Lee Vartan | on behalf of Plaintiff HK International Funds Investments (USA) Limited LLC lvartan@csglaw.com |
| Lee Vartan | on behalf of Counter-Defendant Mei Guo lvartan@csglaw.com |
| Lee Vartan | on behalf of Interested Party HK International Funds Investments (USA) Limited LLC lvartan@csglaw.com |
| Lee Vartan | on behalf of Interested Party Mei Guo lvartan@csglaw.com |
| Lee Vartan | on behalf of Counter-Defendant HK International Funds Investments (USA) Limited LLC lvartan@csglaw.com |

District/off: 0205-5                                    User: admin                                    Page 6 of 9
Date Rcvd: Mar 16, 2023                          Form ID: pdfdoc2                              Total Noticed: 5

| | |
|---|---|
| Lisa Fried | on behalf of Interested Party UBS AG lisa.fried@hsf.com |
| Luc A. Despins | lucdespins@paulhastings.com matlaskowski@paulhastings.com;davidmohamed@paulhastings.com |
| Luc A. Despins | on behalf of Chapter 11 Trustee Luc A. Despins lucdespins@paulhastings.com matlaskowski@paulhastings.com;davidmohamed@paulhastings.com |
| Lucas Bennett Rocklin | on behalf of Chapter 11 Trustee Luc A. Despins lrocklin@npmlaw.com NeubertPepeMonteithPC@jubileebk.net |
| Marc Gottridge | on behalf of Interested Party UBS AG marc.gottridge@hsf.com |
| Marcy J. McLaughlin Smith | on behalf of Defendant Bravo Luck Limited marcy.smith@troutman.com |
| Marcy J. McLaughlin Smith | on behalf of Interested Party Bravo Luck Limited marcy.smith@troutman.com |
| Melissa F. Wernick | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC mwernick@csglaw.com |
| Melissa F. Wernick | on behalf of Interested Party Mei Guo mwernick@csglaw.com |
| Melissa I Falk Wernick | on behalf of Counter-Defendant Mei Guo mwernick@csglaw.com |
| Melissa I Falk Wernick | on behalf of Counter-Defendant HK International Funds Investments (USA) Limited  LLC mwernick@csglaw.com |
| Mia N. Gonzalez | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com |
| Mia N. Gonzalez | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. mgonzalez@omm.com |
| Michael S. Weinstein | on behalf of Creditor Rong Zhang mweinstein@golenbock.com |
| Michael S. Weinstein | on behalf of Creditor Chong Shen Raphanella mweinstein@golenbock.com |
| Michael S. Weinstein | on behalf of Creditor Xiaodan Wang mweinstein@golenbock.com |
| Nancy Bohan Kinsella | on behalf of Plaintiff-Intervenor Luc A. Despins nkinsella@npmlaw.com moshea@npmlaw.com;smowery@npmlaw.com;npm.bankruptcy@gmail.com |
| Nicholas A. Bassett | on behalf of Plaintiff Genever Holdings LLC nicholasbassett@paulhastings.com jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com |
| Nicholas A. Bassett | on behalf of Counter-Claimant Luc A. Despins nicholasbassett@paulhastings.com jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com |
| Nicholas A. Bassett | on behalf of Chapter 11 Trustee Luc A. Despins nicholasbassett@paulhastings.com jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com |
| Nicholas A. Bassett | on behalf of Plaintiff Luc A. Despins nicholasbassett@paulhastings.com jonathonkosciewicz@paulhastings.com;lucdespins@paulhastings.com;alexbongartz@paulhastings.com;ezrasutton@paulhastings.com;douglassbarron@paulhastings.com;ecf.frg@paulhastings.com;aviluft@paulhastings.com |
| Patricia B. Bergamasco | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC Pbergamasco@csglaw.com |
| Patricia B. Bergamasco | on behalf of Interested Party Mei Guo Pbergamasco@csglaw.com |
| Patrick M. Birney | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com |
| Patrick M. Birney | |

Case 22-50073    Doc 1560    Filed 03/18/23    Entered 03/19/23 00:14:44    Page 7 of 10

| District/off: 0205-5 | User: admin | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Mar 16, 2023 | Form ID: pdfdoc2 | Total Noticed: 5 |

| | |
|---|---|
| Patrick M. Birney | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com |
| | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pbirney@rc.com ctrivigno@rc.com |
| Patrick N. Petrocelli | on behalf of Creditor The Sherry-Netherland Inc. ppetrocelli@stroock.com |
| Patrick R. Linsey | on behalf of Defendant Luc A. Despins plinsey@npmlaw.com sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Counter-Claimant Luc A. Despins plinsey@npmlaw.com sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Plaintiff Luc A. Despins plinsey@npmlaw.com sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Debtor Genever Holdings Corporation plinsey@npmlaw.com sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Plaintiff-Intervenor Luc A. Despins plinsey@npmlaw.com sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Debtor Genever Holdings LLC plinsey@npmlaw.com sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Trustee Luc A. Despins plinsey@npmlaw.com sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Plaintiff Genever Holdings Corporation plinsey@npmlaw.com sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Chapter 11 Trustee Luc A. Despins plinsey@npmlaw.com sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Plaintiff Genever Holdings LLC plinsey@npmlaw.com sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Peter Friedman | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter Friedman | on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Rui Ma pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of 20 Largest Creditor Weican Meng pzarella@mdmc-law.com |
| Peter J. Zarella | on behalf of Creditor Zheng Wu pzarella@mdmc-law.com |
| Richard N Freeth | on behalf of Interested Party Jiaming Liu rfreeth@freethfirm.com |
| Richard N Freeth | on behalf of Interested Party Himalaya Investment LLC rfreeth@freethfirm.com |
| Sam Della Fera, Jr | on behalf of Interested Party Mei Guo sdellafera@csglaw.com |
| Sam Della Fera, Jr | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC sdellafera@csglaw.com |
| Sam Della Fera, Jr. | on behalf of Interested Party HK International Funds Investments (USA) Limited  LLC sdellafera@csglaw.com |
| Sam Della Fera, Jr. | on behalf of Interested Party Mei Guo sdellafera@csglaw.com |
| Samuel Bryant Davidoff | on behalf of Interested Party Williams & Connolly LLP sdavidoff@wc.com |
| Sara Pahlavan | on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. spahlavan@omm.com |

District/off: 0205-5 | User: admin | Page 8 of 9
Date Rcvd: Mar 16, 2023 | Form ID: pdfdoc2 | Total Noticed: 5

Sari B. Placona
    on behalf of Interested Party HCHK Property Management Inc. splacona@msbnj.com

Sari B. Placona
    on behalf of Interested Party Lexington Property and Staffing Inc. splacona@msbnj.com

Sari B. Placona
    on behalf of Interested Party HCHK Technologies Inc. splacona@msbnj.com

Sari Blair Placona
    on behalf of Interested Party HCHK Property Management Inc. splacona@msbnj.com

Sari Blair Placona
    on behalf of Interested Party Lexington Property and Staffing Inc. splacona@msbnj.com

Sari Blair Placona
    on behalf of Interested Party HCHK Technologies Inc. splacona@msbnj.com

Scott D. Rosen
    on behalf of Attorney Cohn Birnbaum & Shea P.C. srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Scott M. Charmoy
    on behalf of Attorney Charmoy & Charmoy LLC scottcharmoy@charmoy.com, ecf-3ae5beb98d9b@ecf.pacerpro.com;charmoysr97992@notify.bestcase.com

Sherry J. Millman
    on behalf of Creditor The Sherry-Netherland Inc. smillman@stroock.com

Stephen G. Walko
    on behalf of Interested Party Ivey Barnum & O'Mara LLC swalko@ibolaw.com

Stephen M. Kindseth
    on behalf of Debtor Ho Wan Kwok skindseth@zeislaw.com cjervey@zeislaw.com

Stephen M. Kindseth
    on behalf of Interested Party Mei Guo skindseth@zeislaw.com cjervey@zeislaw.com

Stephen M. Kindseth
    on behalf of Interested Party HK International Funds Investments (USA) Limited LLC skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth
    on behalf of Defendant Ho Wan Kwok skindseth@zeislaw.com cjervey@zeislaw.com

Stuart M. Sarnoff
    on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff
    on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com

Taruna Garg
    on behalf of Creditor The Sherry-Netherland Inc. tgarg@murthalaw.com, mgarcia@murthalaw.com

Thomas J. Sansone
    on behalf of Plaintiff Xiaodan Wang tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Attorney Michael S. Weinstein tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Creditor Rong Zhang tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Plaintiff Rong Zhang tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Creditor Chong Shen Raphanella tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Creditor Xiaodan Wang tsansone@carmodylaw.com

Thomas J. Sansone
    on behalf of Plaintiff Chong Shen Raphanella tsansone@carmodylaw.com

Tiffany Troy
    on behalf of Creditor Troy Law PLLC troylegalpllc@gmail.com, troylaw@troypllc.com

Tristan G. Axelrod
    on behalf of Creditor Verdolino & Lowey P.C. taxelrod@brownrudnick.com

Tristan G. Axelrod
    on behalf of Creditor Brown Rudnick LLP taxelrod@brownrudnick.com

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 9 of 9 |
| Date Rcvd: Mar 16, 2023 | Form ID: pdfdoc2 | Total Noticed: 5 |

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

William R. Baldiga
    on behalf of Defendant Kwok Ho Wan wbaldiga@brownrudnick.com

William R. Baldiga
    on behalf of Creditor Brown Rudnick LLP wbaldiga@brownrudnick.com

TOTAL: 186

# United States Bankruptcy Court
## District of Connecticut

*Filed and Entered On Docket March 16, 2023*

In re:

    Ho Wan Kwok

    Debtor*

Case Number: 22−50073
(Jointly Administered)
Chapter: 11

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **March 23, 2023** at **12:00 PM** to consider and act upon the following matter(s):

    **Motion to Remove Trustee**, ECF No. 1274, filed on behalf of Ho Wan Kwok pursuant to the Court's Contested Matter Procedure, *See* D. Conn. Bankr. L. R. 9014-1; and
    **Objections/Responses to the Motion to Remove Trustee**, ECF Nos. 1313, 1314, 1325, and 1326.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE FURTHER NOTICE THAT SERVICE** of this Notice of Hearing shall be made via the Court's CM/ECF System and shall not be served on any party who did not timely file an Objection/Response to the Motion in accordance with the Response Date set pursuant to the Court's Contested Matter Procedure.

Dated: March 16, 2023

                                                            Pietro Cicolini
                                                            Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
9014-1   Form 112 − pe