UNITED STATES BANKRUPTCY COURT
DISCTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
:
In re:                                                    :    Chapter 11
                                                          :
HO WAN KWOK, *et al.*,[1]                                 :    Case No. 22-50073 (JAM)
                                                          :
        Debtors.                                          :    (Jointly Administered)
                                                          :
------------------------------------------------------x

### NOTICE OF FILING OF PROPOSED AMENDED EMERGENCY ORDER UNDER BANKRUPTCY CODE SECTIONS 102(1) AND 363 DIRECTING THE SHERRY-NETHERLAND, INC. TO RESTRICT ACCESS TO APARTMENT OWNED BY GENEVER HOLDINGS LLC

**PLEASE TAKE NOTICE** that, on March 16, 2023, the Court entered the *Emergency Order Under Bankruptcy Code Sections 102(1) and 363 Directing the Sherry Netherland, Inc. to Restrict Access to Apartment Owned by Genever Holdings LLC* [Docket No. 1549] (the "Emergency Order").[2] Pursuant to the Emergency Order, the Court restricted the access to the Sherry Netherland Apartment to certain persons specified in the order.

**PLEASE TAKE FURTHER NOTICE** that Luc A. Despins, in his capacity as chapter 11 trustee of Ho Wan Kwok (the "Trustee"), and Debtor Genever Holdings LLC ("Genever (US)") seek to amend the Emergency Order so as to also allow experts to be engaged by the Trustee and/or Genever (US) to investigate the condition of the Sherry Netherland Apartment and/or the circumstances of the fire in the Sherry Netherland Apartment. While the Emergency

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined ins this notice have the meanings set forth in the Emergency Order.

Order already allows representatives of the applicable insurance carriers to access the Sherry Netherland Apartment, the Trustee must also be able to conduct his own independent investigation into these matters.

**PLEASE TAKE FURTHER NOTICE** that a copy of the proposed amended Emergency Order (the "Amended Emergency Order") is attached hereto as **Exhibit 1**, and a blackline version of the Amended Emergency Order (marked to show the changes that have been made to the Emergency Order) is attached hereto as **Exhibit 2**.

**PLEASE TAKE FURTHER NOTICE** that the Emergency Order expressly permits that it may be modified upon 24 hours' notice to parties in interest. The Trustee will present the attached Amended Emergency Order at the status conference scheduled for **March 21, 2023 at 2:30 p.m. (ET)**.

Dated: March 20, 2023  
        New Haven, Connecticut

LUC A. DESPINS, CHAPTER 11 TRUSTEE, AND GENEVER HOLDINGS LLC

By: */s/ Patrick R. Linsey*  
    Douglas S. Skalka (ct00616)  
    Patrick R. Linsey (ct29437)  
    NEUBERT, PEPE & MONTEITH, P.C.  
    195 Church Street, 13th Floor  
    New Haven, Connecticut 06510  
    (203) 781-2847  
    dskalka@npmlaw.com  
    plinsey@npmlaw.com

      *and*

Nicholas A. Bassett (admitted *pro hac vice*)  
PAUL HASTINGS LLP  
2050 M Street NW  
Washington, D.C., 20036  
(202) 551-1902

nicholasbassett@paulhastings.com

*and*

Avram E. Luft (admitted *pro hac vice*)
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee and Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                            :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]           :    Case No. 22-50073 (JAM)
:
Debtors.                           :    (Jointly Administered)
:
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 20, 2022, the foregoing Notice, and all exhibits and attachments thereto, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2] Parties may access this filing through the Court's CM/ECF system.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

Dated:    March 20, 2023
             New Haven, Connecticut

By: */s/ Patrick R. Linsey*
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation*

**<u>Exhibit 1</u>**

**Amended Emergency Order (clean)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re:                                              :    Chapter 11
                                                    :
HO WAN KWOK *et al.*,                               :    Case No. 22-50073 (JAM)
                                                    :
           Debtors.[1]                              :    Jointly Administered
                                                    :
------------------------------------------------------x

**AMENDED EMERGENCY ORDER UNDER BANKRUPTCY CODE SECTIONS 102(1) AND 363 DIRECTING THE SHERRY-NETHERLAND, INC. TO RESTRICT ACCESS TO APARTMENT OWNED BY GENEVER HOLDINGS LLC**

Upon the emergency oral motion of Luc A. Despins, in his capacity as chapter 11 trustee of Ho Wan Kwok (the "Trustee"), and Debtor Genever Holdings LLC ("Genever (US)"), to restrict access to Apartment 1801, Apartment MR 2219, and Apartment MR 719 (collectively, the "Sherry Netherland Apartment") in the building located at 781 Fifth Avenue, New York, New York 10022, made before the Court during a hearing held on March 15, 2023, and the Court finding good cause therefor, and in light of statements made by the Trustee during the hearing it is hereby

**ORDERED:** Until further order of the Court (which order may be sought on 24 hours' notice to the Trustee, Genever (US), and other parties in interest), only the following persons or entities may have access to the Sherry Netherland Apartment: (i) the United States Department of Justice and its employees and representatives; (ii) the Federal Bureau of Investigation and its

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

employees and representatives; (ii) the New York City Police Department and its employees and representatives; (iii) the New York City Fire Department and its employees and representatives; (iv) other New York City agencies and their employees and representatives; (v) the personnel of The Sherry Netherland Inc. (the "Sherry Netherland") and its counsel; (vi) persons consulted or engaged by the Sherry Netherland for purposes of work related to restoration or remediation; (vii) representatives of the applicable insurance carriers (but in such case not until prior written notice to the Trustee, which notice may be by email and which notice may be waived by the Sherry Netherland under exigent circumstances, and as accompanied by Sherry Netherland personnel); (viii) the sales officer appointed in Genever (US)'s chapter 11 case, as accompanied by personnel of the Sherry Netherland; (ix) any experts engaged by the Trustee and/or Genever (US) to investigate the condition of the Sherry Netherland Apartment and/or the circumstances of the fire in the Sherry Netherland Apartment, as accompanied by personnel of the Sherry Netherland; and (x) any other person as directed pursuant to an order issued by the United States District Court for the Southern District of New York; provided, however, that any of the foregoing persons who access the Sherry Netherland Apartment shall do so at his or her own risk and without any liability of the Sherry Netherland in connection therewith; and it is further

**ORDERED:** Any of the foregoing persons who can only access the Sherry Netherland Apartment as accompanied by Sherry Netherland personnel shall provide reasonable advance notice to the Sherry Netherland of his or her request to access the Sherry Netherland Apartment. This provision does not apply to any of the foregoing persons who are not required to be accompanied by Sherry Netherland personnel; and it is further

**ORDERED:** In order to facilitate the effectiveness of this order, the Sherry Netherland is hereby directed to replace the locks, access codes and any other access devices for the Sherry

3

Netherland Apartment. The Sherry Netherland personnel shall hold the replacement keys, access codes or other replacement access devices for the Sherry Netherland Apartment until further order of the Court, and shall provide access to the Sherry Netherland Apartment to the persons authorized under this Order.

**Exhibit 2**

**Amended Emergency Order (blackline)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
HO WAN KWOK *et al.*,                                    :   Case No. 22-50073 (JAM)
                                                         :
         Debtors.[1]                                     :   Jointly Administered
                                                         :
---------------------------------------------------------x

### AMENDED EMERGENCY ORDER UNDER BANKRUPTCY CODE SECTIONS 102(1) AND 363 DIRECTING THE SHERRY-NETHERLAND, INC. TO RESTRICT ACCESS TO APARTMENT OWNED BY GENEVER HOLDINGS LLC

Upon the emergency oral motion of Luc A. Despins, in his capacity as chapter 11 trustee of Ho Wan Kwok (the "Trustee"), and Debtor Genever Holdings LLC ("Genever (US)"), to restrict access to Apartment 1801, Apartment MR 2219, and Apartment MR 719 (collectively, the "Sherry Netherland Apartment") in the building located at 781 Fifth Avenue, New York, New York 10022, made before the Court during a hearing held on March 15, 2023, and the Court finding good cause therefor, and in light of statements made by the Trustee during the hearing it is hereby

**ORDERED:** Until further order of the Court (which order may be sought on 24 hours' notice to the Trustee, Genever (US), and other parties in interest), only the following persons or entities may have access to the Sherry Netherland Apartment: (i) the United States Department of Justice and its employees and representatives; (ii) the Federal Bureau of Investigation and its

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

employees and representatives; (ii) the New York City Police Department and its employees and representatives; (iii) the New York City Fire Department and its employees and representatives; (iv) other New York City agencies and their employees and representatives; (v) the personnel of The Sherry Netherland Inc. (the "Sherry Netherland") and its counsel; (vi) persons consulted or engaged by the Sherry Netherland for purposes of work related to restoration or remediation; (vii) representatives of the applicable insurance carriers (but in such case not until prior written notice to the Trustee, which notice may be by email and which notice may be waived by the Sherry Netherland under exigent circumstances, and as accompanied by Sherry Netherland personnel); (viii) the sales officer appointed in Genever (US)'s chapter 11 case, as accompanied by personnel of the Sherry Netherland; (ix) any experts engaged by the Trustee and/or Genever (US) to investigate the condition of the Sherry Netherland Apartment and/or the circumstances of the fire in the Sherry Netherland Apartment, as accompanied by personnel of the Sherry Netherland; and (ix x) any other person as directed pursuant to an order issued by the United States District Court for the Southern District of New York; provided, however, that any of the foregoing persons who access the Sherry Netherland Apartment shall do so at his or her own risk and without any liability of the Sherry Netherland in connection therewith; and it is further

**ORDERED:** Any of the foregoing persons who can only access the Sherry Netherland Apartment as accompanied by Sherry Netherland personnel shall provide reasonable advance notice to the Sherry Netherland of his or her request to access the Sherry Netherland Apartment. This provision does not apply to any of the foregoing persons who are not required to be accompanied by Sherry Netherland personnel; and it is further

**ORDERED:** In order to facilitate the effectiveness of this order, the Sherry Netherland is hereby directed to replace the locks, access codes and any other access devices for the Sherry

Netherland Apartment. The Sherry Netherland personnel shall hold the replacement keys, access codes or other replacement access devices for the Sherry Netherland Apartment until further order of the Court, and shall provide access to the Sherry Netherland Apartment to the persons authorized under this Order.