# United States Bankruptcy Court

## District of Connecticut

In re:

Ho Wan Kwok and Genever Holdings Corporation and Genever Holdi

Debtor*

Case Number: 22-50073

Chapter: 11

## ORDER GRANTING MOTION TO EXTEND TIME

Luc A. Despins, Chapter 11 Trustee, (the "Movant"), filed a consented to Motion to Extend Time to file Fee Applications dated March 17, 2023 (the "Motion", ECF No. 1558). After notice and a hearing, *see* 11 U.S.C. § 102(1), it appearing that cause exists to grant the relief sought in the Motion; it is hereby

**ORDERED:** The Motion is GRANTED and the date by which Luc A. Despins, Chapter 11 Trustee is to file Fee Applications is extended to April 3, 2023.

Dated: March 20, 2023

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.