# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

## MOTION TO APPEAR REMOTELY FOR THE
## MARCH 21, 2023 STATUS CONFERENCE

Pursuant to 11 U.S.C § 105(a) and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Bravo Luck Limited, by and through its undersigned counsel, respectfully moves the Court for permission for attorney Francis J. Lawall of Troutman Pepper Hamilton Sanders LLP to appear remotely for Bravo Luck at the hearing currently scheduled for March 21, 2023.

## BACKGROUND AND REQUESTED RELIEF

1.     On March 17, 2023, Luc A. Despins, in his capacity as the chapter 11 trustee appointed in the above-captioned case, filed the *Emergency Request for Status Conference* [Docket No. 1559] (the "Request") requesting that the Court schedule a status conference during the week of March 20, 2023 to provide the Court with updates regarding the Lady May, the Sherry Netherland Apartment, ongoing Bankruptcy Rule 2004 discovery, and pending adversary proceedings.

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2.       On March 20, 2023, the Court entered an order [Docket No. 1561] scheduling a status conference for March 21, 2023 at 2:30 p.m. (ET) (the "Status Conference") to address the items raised in the Request, as well as the Debtor's motion to continue a hearing on its motion to remove the Trustee [Docket No. 1557], two motions to extend time filed in Adversary Proceeding No. 23-05002 [Adv. Pro. Docket Nos. 29 and 31], and the motion to expedite a hearing filed in Adversary Proceeding No. 22-05003 [Adv. Pro. Docket No. 149].  The order scheduling the Status Conference did not provide an option for remote participation.

3.       Bravo Luck is a defendant in several adversary proceedings before the Court, all of which involve the Sherry Netherland Apartment, wishes to have Mr. Lawall participate in the Status Conference.  However, Mr. Lawall is currently in Philadelphia, PA and, given the short notice of the Status Conference, has not made arrangements to travel to Bridgeport, CT.  Further, only a narrow subset of the issues to be addressed at the Status Conference involve Bravo Luck.  Bravo Luck respectfully submits that allowing Mr. Lawall to appear remotely at the Status Conference is reasonable under these circumstances and will comport with Bankruptcy Rule 1001 and promote a just, speedy, and inexpensive adjudication of the Status Conference.

WHEREFORE, for the foregoing reasons, Bravo Luck respectfully requests that its undersigned counsel, Mr. Lawall, be permitted to appear remotely before this Court at the Status Conference

Dated:  March 20, 2023

/s/ Francis J. Lawall
Francis J. Lawall, Esq.
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4481
francis.lawall@troutman.com

and

David M. S. Shaiken (ct02297)
Shipman, Shaiken & Schwefel, LLC
433 South Main Street, Suite 319
West Hartford, CT 06110
Telephone: (860) 606-1703
Fax: (866) 431-3248
david@shipmanlawct.com

*Counsel for Bravo Luck Limited*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 20, 2023, the *Motion to Appear Remotely for the March 21, 2023 Status Conference* was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by United States first class mail, postage prepaid, to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

A.    Electronic Notice Via CM/ECF Service List

| | |
|---|---|
| Laura Aronsson | laronsson@omm.com |
| Tristan G. Axelrod | taxelrod@brownrudnick.com |
| William R. Baldiga | wbaldiga@brownrudnick.com |
| Kellianne Baranowsky | kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com; kbaranowsky@ecf.courtdrive.com |
| Daniel D. Barnes | dbarnes@csglaw.com |
| Douglass E. Barron | douglassbarron@paulhastings.com |
| Nicholas A. Bassett | nicholasbassett@paulhastings.com; jonathonkosciewicz@paulhastings.com; lucdespins@paulhastings.com; alexbongartz@paulhastings.com; ezrasutton@paulhastings.com; douglassbarron@paulhastings.com; ecf.frg@paulhastings.com; aviluft@paulhastings.com |
| Patricia B. Bergamasco | Pbergamasco@csglaw.com |
| Patrick M. Birney | pbirney@rc.com, ctrivigno@rc.com |
| Christopher H. Blau | cblau@zeislaw.com |
| G. Alexander Bongartz | alexbongartz@paulhastings.com |
| Carollynn H.G. Callari | ccallari@callaripartners.com |
| Daniel Cantor | dcantor@omm.com |
| John L. Cesaroni | jcesaroni@zeislaw.com |
| Scott M. Charmoy | scottcharmoy@charmoy.com, ecf-3ae5beb98d9b@ecf.pacerpro.com; charmoysr97992@notify.bestcase.com |
| Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| Keith N. Costa kcosta@otterbourg.com; | |

| | |
|---|---|
| kcosta@otterbourg.com;awilliams@otterbourg.com | |
| Samuel Bryant Davidoff | sdavidoff@wc.com |
| Luc A. Despins | lucdespins@paulhastings.com, matlaskowski@paulhastings.com; davidmohamed@paulhastings.com |
| Melissa I Falk Wernick | mwernick@csglaw.com |
| Sam Della Fera, Jr. | sdellafera@csglaw.com |
| David S. Forsh | dforsh@callaripartners.com |
| Richard N Freeth | rfreeth@freethfirm.com |
| Lisa Fried | lisa.fried@hsf.com |
| Peter Friedman | pfriedman@omm.com |
| Taruna Garg | tgarg@murthalaw.com, mgarcia@murthalaw.com |
| Irve J. Goldman | igoldman@pullcom.com, rmccoy@pullcom.com |
| Evan S. Goldstein | egoldstein@uks.com |
| Mia N. Gonzalez | mgonzalez@omm.com |
| Marc Gottridge | marc.gottridge@hsf.com |
| James C. Graham | jgraham@npmlaw.com, sgibbons@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Lawrence S. Grossman | LGrossman@gs-lawfirm.com, aevans@gs-lawfirm.com; ngolino@gs-lawfirm.com; lawrencegrossman@ecf.courtdrive.com; mbuckanavage@gs-lawfirm.com; eross@gs-lawfirm.com |
| David V. Harbach, II | dharbach@omm.com |
| James J. Healy | jhealy@cowderymurphy.com |
| Jeffrey Hellman | jeff@jeffhellmanlaw.com; christen@jeffhellmanlaw.com |
| Eric A. Henzy | ehenzy@zeislaw.com, cjervey@zeislaw.com |
| Jonathan Kaplan | jkaplan@pullcom.com, prulewicz@pullcom.com; rmccoy@pullcom.com |
| Stephen M. Kindseth | skindseth@zeislaw.com, cjervey@zeislaw.com |
| Nancy Bohan Kinsella | nkinsella@npmlaw.com, moshea@npmlaw.com; smowery@npmlaw.com; npm.bankruptcy@gmail.com |

142543810v1

| Andrew V. Layden | alayden@bakerlaw.com |
|---|---|
| Julie A Lavoie | jlavoie@murthalaw.com |
| Patrick R. Linsey | plinsey@npmlaw.com, karguello@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Avram Emmanuel Luft | aviluft@paulhastings.com |
| Bonnie C. Mangan | bonnie.mangan@manganlaw.com, becky.avery@manganlaw.com |
| Kristin B. Mayhew | kmayhew@pullcom.com, kwarshauer@mdmc-law.com; bdangelo@mdmc-law.com |
| Danielle L. Merola | dmerola@bakerlaw.com |
| Sherry J. Millman | smillman@stroock.com |
| Aaron A Mitchell | aaron@lmesq.com |
| James M. Moriarty | jmoriarty@zeislaw.com, cgregory@zeislaw.com |
| Sara Pahlavan | spahlavan@omm.com |
| Patrick N. Petrocelli | ppetrocelli@stroock.com |
| Sari B. Placona | splacona@msbnj.com |
| Lucas Bennett Rocklin | lrocklin@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net |
| Aaron Romney | aromney@zeislaw.com, swenthen@zeislaw.com |
| Scott D. Rosen | srosen@cb-shea.com, msullivan@cbshealaw.com; dtempera@cbshealaw.com |
| Thomas J. Sansone | tsansone@carmodylaw.com |
| Stuart M. Sarnoff | ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com |
| Douglas S. Skalka | dskalka@npmlaw.com, smowery@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Jeffrey M. Sklarz | jsklarz@gs-lawfirm.com; aevans@gs-lawfirm.com; mbuckanavage@gs-lawfirm.com; eross@gs-lawfirm.com, jsklarz@ecf.courtdrive.com |
| Annecca H. Smith | asmith@rc.com |
| Anthony Sodono, III | asodono@msbnj.com |
| John Troy | johntroy@troypllc.com |
| Tiffany Troy | tiffanytroy@troypllc.com, troylaw@troypllc.com |
| U.S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| Lee Vartan | Ivartan@csglaw.com |
| Stephen G. Walko | swalko@ibolaw.com |

142543810v1

| | |
|---|---|
| Michael S. Weinstein | mweinstein@golenbock.com |
| Jay Marshall Wolman | jmw@randazza.com, ecf-6898@ecf.pacerpro.com |
| Peter J. Zarella | pzarella@mdmc-law.com |

B.     United States First Class Mail, Postage Prepaid, Service List

Brown Rudnick LLP
Attn: President or General Mgr
One Financial Center
Boston, MA 02111

Dundon Advisers LLC
Attn: President or General Mgr
10 Bank Street, Suite 1100
White Plains, NY 10606

Chao-Chih Chiu, Huizhen Wang
Yunxia   Wu, Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Peter M. Friedman
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
PO Box 2839
New York, NY 10008-2839

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

J. Ted Donovan and Kevin J. Nash
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway 22nd Floor
New York, NY 10036

Gabriel Sasson
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Sherry Millman
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Douglas E. Spelfogel
Derek L. Wright
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Richard C. Morrissey
Office of the U.S. Trustee
201 Varick Street, Room
1006 New York, NY 10014

Stretto
Attn: President or General Mgr
410 Exchange, Suite 100
Irvine, CA 92602

Edward Moss, Diana Perez,
Stuart Sarnoff, and Daniel Shamah
O'Melveny & Myers LLP
7 Times Square

Yongbing Zhang
223 West Jackson Blvd. #1012
Chicago, IL 60606

New York, NY 10036

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Genever Holdings Corporation
P.O. Box 3170
Road Town
Tortola, British Virgin Islands

Irve Goldman, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601

Genever Holdings LLC
781 Fifth Avenue Apt. 1801
New York, NY 10022-5520

Epiq Corporate Restructuring, LLC
777 Third Avenue
12th Floor
New York, NY 10017

*/s/ Francis J. Lawall*
Francis J. Lawall (admitted *pro hac vice*)