# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| HO WAN KWOK, *et al.* | : | Case No. 22-50073 (JAM) |
|  | : |  |
| Debtors.[1] | : |  |
|  | : |  |

## MOTION TO EXPEDITE HEARING ON INDIVIDUAL DEBTOR'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE

The individual debtor, Ho Wan Kwok (the "Individual Debtor"), for his motion (the "Motion") to expedite a hearing on the Individual Debtor's Motion for Extension of Time to Respond to Order to Show Cause (the "Motion for Extension of Time"), respectfully states:

1. On March 7, 2023, this Court ordered the Debtor to respond to the Chapter 11 Trustee's (the "Trustee") Motion for Order to Show Cause Why Debtor, Mei Guo, and HK (USA) Should not be Held in Contempt of Court for Failure to Comply with Order Compelling Compliance with Rule 2004 Subpoenas and Sanctioned for Such Conduct (the "Order to Show Cause" (Doc. No. 1453) by March 28, 2023.

2. The Order to Show Cause challenges the Individual Debtor's invocation of his Fifth Amendment privilege in response to the Order Granting In Part Motion to Compel Compliance with Rule 2004 Subpoenas (the "Motion to Compel Order") Doc. No. 1353), and seeks to hold the Individual Debtor in contempt.

---

[1] The Debtors in these jointly administered chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.

3. On the morning of March 15, 2023, less than six weeks after the Individual Debtor invoked his Fifth Amendment privilege in response to the Motion to Compel Order, a twelve count indictment was unsealed in the United States District Court for the Southern District of New York charging the Individual Debtor and Kin Ming Je, a/k/a "William Je" with various federal crimes. The Individual Debtor was arrested by federal law enforcement authorities on March 15, 2023, and remains in federal custody; the Department of Justice has filed a lengthy memorandum arguing that the Individual Debtor should be denied bail and detained pending trial. *See USA v. Kwok*, 1:23cr118 (Doc. No. 7).

4. The Individual Debtor is currently being held at MDC Brooklyn. The Individual Debtor's bankruptcy counsel have not communicated with him directly since his arrest, and understand that his present focus and priority is on retaining criminal counsel and obtaining release on bail—as of March 20, 2023, the criminal case docket, *USA v. Kwok*, 1:23cr118, indicates that the Individual Debtor is represented by a public defender

5. On March 17, 2023, the Trustee filed his Emergency Request for Status Conference, (Doc. No. 1559), asking the Court to schedule a status conference as soon as practicable during the week of March 20, 2023, to discuss various matters related to the Individual Debtor's case in light of his indictment and arrest. By order dated March 20, 2023, this Court scheduled a status conference (the "Status Conference") for the afternoon of March 21, 2023.

6. The Court has scheduled various matters to be addressed during the Status Conference, including motions for extension of time to plead in Adv. Pro. No. 23-05002 which are also premised upon the indictment and arrest of the Individual Debtor. By this Motion to Expedite, the Individual Debtor seeks to have his Motion for Extension of Time addressed during the Status Conference.

7. The Individual Debtor thus requests that the Court set a hearing for the Motion for Extension of Time for Tuesday, March 21, 2023, at 2:30 p.m. The Individual Debtor further requests that the Court direct that notice of the Individual Debtor's Motion for Extension of Time and this Court's order granting this Motion be served on all parties-in-interest appearing in the Individual Debtor's Chapter 11 case qualified to receive electronic notice via the Court's CM/ECF system, as well as the Committee, the Trustee, and the United States Trustee.

WHEREFORE, the Individual Debtor requests that the Court issue an Order, substantially in the form attached hereto, setting a hearing on the Motion for Extension of Time for March 21, 2023, as part of the presently scheduled Status Conference, and ordering notice of such hearing as set forth in the attached Order.

Dated at Bridgeport, Connecticut on this 20th day of March, 2023.

**THE INDIVIDUAL DEBTOR,**
**HO WAN KWOK**

*/s/ James M. Moriarty*
James M. Moriarty (ct21876)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5485
Email: Jmoriarty@zeislaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.* | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors. | : | |
| | : | |

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the Motion to expedite a hearing on the Individual Debtor's Motion to Extend Time to Respond to Order to Show Cause (the "Motion for Extension of Time"); and good cause appearing, it is hereby

ORDERED, that a hearing on the Motion for Extension of Time shall be held on March 21, 2023, at 2:30 p.m. at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604 (the "Hearing"); and it is further

ORDERED, that a copy of this Order, along with the Motion for Extension of Time and any attachments thereto, shall be served upon all parties to the Individual Debtor's chapter 11 case qualified to receive electronic notice via the Court's CM/ECF system, as well as the Committee, the Trustee, and the United States Trustee, on or before 12:00 p.m. on March 21, 2023, and the Individual Debtor shall file a certificate of service in advance of the Hearing.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                               */s/ James M. Moriarty*
                                               James M. Moriarty (ct21876)
                                               Zeisler & Zeisler, P.C.
                                               10 Middle Street, 15th Floor
                                               Bridgeport, Connecticut 06604
                                               Telephone: (203) 368-4234
                                               Facsimile: (203) 368-5485
                                               Email: Jmoriarty@zeislaw.com