# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>Jointly Administered |
| GENEVER HOLDINGS LLC and LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>HO WAN KWOK, HING CHI NGOK, QIANG GUO, and MEI GUO,<br><br>Defendants. | Adv. Proceeding No. 23-05002<br><br>March 20, 2023 |

### MOTION TO PERMIT COUNSEL FOR HING CHI NGOK
### TO APPEAR REMOTELY OR TELEPHONICALLY
### FOR MARCH 21, 2023 STATUS CONFERENCE

Pursuant to section 105(a) of the Bankruptcy Code, Evan S. Goldstein—counsel for Hing Chi Ngok, non-party witness in Case No. 22-50073 and defendant in Adv. Proc. 23-05002—respectfully moves the Court for permission and authority to appear remotely via ZoomGov or telephonically at the March 21, 2023 status conference scheduled in this case.

The status conference was scheduled today, March 20, 2023 at 11:50 a.m., with only one day notice. Undersigned counsel must be present for the status conference

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

3910544

to address Hing Chi Ngok's Motion for Extension of Time filed in Adversary Proceeding No. 23-05002. However, the short notice does not provide undersigned counsel sufficient time to adjust his existing schedule and travel to the Court in-person for the status conference.

WHEREFORE, for the foregoing reasons, and in accordance with section 105(a) of the Bankruptcy Code, undersigned counsel respectfully requests that the Court permit and authorize undersigned counsel to appear remotely via ZoomGov or telephonically before this Court on March 21, 2023 at 2:30 p.m.

Dated at Hartford, Connecticut this 20th day of March, 2023.

    HING CHI NGOK

    By: */s/ Evan S. Goldstein*
    Evan S. Goldstein, Esq.
    Federal Bar No. ct22994
    UPDIKE, KELLY & SPELLACY, P.C.
    Goodwin Square
    225 Asylum Street, 20th Floor
    Hartford, Connecticut 06103
    Tel. (860) 548-2600
    Fax. (860) 548-2680
    egoldstein@uks.com
    *Counsel to Hing Chi Ngok*