**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>Jointly Administered |
| GENEVER HOLDINGS LLC and LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>HO WAN KWOK, HING CHI NGOK, QIANG GUO, and MEI GUO,<br><br>Defendants. | Adv. Proceeding No. 23-05002<br><br>March 20, 2023 |

**<u>CERTIFICATE OF SERVICE</u>**

THIS IS TO CERTIFY that on March 20, 2023, the foregoing Motion was electronically filed. Notice of this filing will be sent, via email, to all parties able to receive electronic notification, by operation of the Court's electronic filing system and as listed on the Notice of Electronic Filings. Parties may access this filing through the court's CM/ECF case management system.

HING CHI NGOK

By:    */s/ Evan S. Goldstein*
     Evan S. Goldstein, Esq.
     Federal Bar No. ct22994
     UPDIKE, KELLY & SPELLACY, P.C.
     Goodwin Square
     225 Asylum Street, 20th Floor
     Hartford, Connecticut 06103
     Tel. (860) 548-2600
     Fax. (860) 548-2680
     egoldstein@uks.com
     *Counsel to Hing Chi Ngok*