# United States Bankruptcy Court
## District of Connecticut



In re:

Ho Wan Kwok, et al.

Debtor*

Case Number: 22-50073

Chapter: 11

### ORDER GRANTING MOTION FOR EXPEDITED HEARING

James M. Moriarty on behalf of Ho Wan Kwok, Debtor (the "Movant"), having filed a Motion to Expedite Hearing (the "Motion", ECF No. 1566), in connection with a Motion to Extend Time to Respond to Order to Show Cause (the "Motion", ECF No. 1565), it appearing that the relief in the Motion to Expedite Hearing should be granted; it is hereby

**ORDERED:** A hearing to consider the Motion to Extend Time to Respond to Order to Show Cause will be held on March 21, 2023, at 2:30 PM, at the United States Bankruptcy Court, 915 Lafayette Blvd., Bridgeport, CT 06604.

Dated:  March 21, 2023

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

* For the purposes of this order, "Debtor" means "Debtors" where applicable.