ct260                                                                                                                   12/2022

# United States Bankruptcy Court
# District of Connecticut



In re:

   Ho Wan Kwok, et al.

Case Number: 22-50073

Chapter: 11

Debtor *

## ORDER GRANTING REQUEST TO APPEAR REMOTELY

   Evan S. Goldstein on behalf of Hing Chi Ngok, Interested Party, having filed a Motion to Appear Remotely, ECF No. 1567, in connection with the Status Conference, ECF No. 1561, it appearing that the relief requested in the Motion to Appear Remotely should be granted for cause shown; it is hereby

   **ORDERED:** Evan S. Goldstein on behalf of Hing Chi Ngok, Interested Party, is authorized to attend the Status Conference, ECF No. 1561, currently scheduled to be heard on March 21, 2023 at 2:30 PM via ZoomGov; and it is further

   **ORDERED:** Evan S. Goldstein on behalf of Hing Chi Ngok, Interested Party shall e-mail the Courtroom Deputy at CalendarConnect_BPT@ctb.uscourts.gov to obtain the ZoomGov connection information.

Dated: March 21, 2023

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.