# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| HO WAN KWOK, *et al.*, | : | Case No. 22-50073 (JAM) |
| Debtors.[1] | : | |

## CERTIFICATE OF SERVICE

I, James M. Moriarty, hereby certify that on the 21st day of March, 2023, I served on counsel for the Committee, the Office of the United States Trustee, and the Chapter 11 Trustee via electronic mail the Order Scheduling Expedited Hearing (the "Order") (Doc. No. 1570). Moreover, all counsel and appearing parties of record were served by operation of the Court's electronic filing system upon the Order's entry.

Dated at Bridgeport, Connecticut on this 21st day of March, 2023.

**THE DEBTOR,**
**HO WAN KWOK**

*/s/ James M. Moriarty*
James M. Moriarty (ct21876)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5485
Email: Jmoriarty@zeislaw.com

---

[1] The Debtors in these jointly administered chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.