UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11 Case No.<br><br>22-50073 (JAM)<br><br>March 21, 2023 |

**PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S EMERGENCY MOTION TO PERMIT CERTAIN COUNSEL TO APPEAR REMOTELY FOR MARCH 21, 2023 HEARING**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), by and thorough its undersigned counsel, respectfully moves (this "Motion") the Court for permission for Attorney Peter Friedman of O'Melveny & Myers LLP ("O'Melveny") to appear remotely on behalf of PAX at the hearing currently scheduled for Tuesday, March 21, 2023.  In support of the Motion, PAX respectfully states as follows:

**JURISDICTION AND VENUE**

1.　　The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) ("Kwok" or the "Individual Debtor"), Genever Holdings Corporation ("Genever BVI"), and Genever Holdings LLC (last four digits of tax identification number: 8202) ("Genever US").  The mailing address for the Trustee, Genever BVI, and Genever US is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

III of the United States Constitution. The statutory bases for the relief sought herein are section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1001.

## BACKGROUND AND REQUESTED RELIEF

2. The Court scheduled a hearing and status conference in the above-captioned case and related adversary proceedings for March 21, 2023 at 2:30 PM (the "Hearing"). Mr. Friedman planned to attend the Hearing on behalf of PAX; however, due to travel issues outside of his control, will no longer be able to arrive in Bridgeport in a timely manner. Attorney Stuart Sarnoff of O'Melveny will be present at the hearing on behalf of PAX, as will Attorney Annecca Smith of Robinson + Cole LLP, Connecticut counsel to PAX.

3. Because of the emergency nature of Mr. Friedman's unavailability, counsel to PAX respectfully requests permission for him to attend the Hearing via the Court's ZOOM.Gov platform. PAX will have counsel attend the Hearing in person, including Connecticut counsel.

## CONCLUSION

Because (i) other counsel for PAX will attend in person, and (ii) travel circumstances outside of Mr. Friedman's control have prevented him from attending in person, PAX respectfully requests that Mr. Friedman be permitted to appear remotely before this Court on March 21, 2023 at 2:30 PM.

*[Signature on following page]*

|  |  |
|---|---|
| Dated: March 21, 2023<br>Hartford, Connecticut | **Pacific Alliance Asia Opportunity Fund L.P.**<br><br>*By: /s/ Patrick M. Birney*<br>Patrick M. Birney (CT No. 19875)<br>Annecca H. Smith (CT No. 31148)<br>**ROBINSON & COLE LLP**<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-8275<br>Facsimile: (860) 275-8299<br>E-mail: pbirney@rc.com<br>         asmith@rc.com<br><br>-and-<br><br>Peter Friedman (admitted *pro hac vice*)<br>Stuart M. Sarnoff (admitted *pro hac vice*)<br>Laura S. Aronsson (admitted *pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>Email: pfriedman@omm.com<br>        ssarnoff@omm.com<br>        laronsson@omm.com |

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 21, 2023, a copy of the foregoing was filed electronically and shall be served as required by Local Bankruptcy Rule 9013-2(b), with notice of this filing being sent by email to all Notice Parties by operation of the court's electronic filing system or by First Class U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties in interest may access this document through the court's CM/ECF System.

                                        */s/ Patrick M. Birney*
                                        Patrick M. Birney