**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK, *et al.*,[1]                                :    Case No. 22-50073 (JAM)
                                                         :
    Debtors.                                             :    (Jointly Administered)
                                                         :
---------------------------------------------------------x    Re: ECF No. 1446

**ORDER, PURSUANT TO BANKRUPTCY CODE SECTIONS 327, 328, AND 363, AUTHORIZING SALES OFFICER AND SOTHEBY'S INTERNATIONAL REALTY TO MARKET SHERRY NETHERLAND APARTMENT FOR RENT**

Upon the motion (the "Motion") of Luc Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), Genever Holdings LLC ("Genever (US)"), and Genever Holdings Corporation ("Genever (BVI)" and, together with the Trustee and Genever (US), the "Movants") for entry of an order (this "Order") authorizing the Sales Officer[2] and Sotheby's to market the Sherry Netherland Apartment for rent; and the Court having reviewed the Motion and having considered the statements of counsel before the Court at a hearing (the "Hearing"); and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (d) good and sufficient notice of the Motion having been given;

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

and no other or further notice being required; and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested by the Motion, as modified by the terms of this Order is in the best interest of the Debtors' estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT

1. The Motion is approved as set forth in this Order.

2. The Sales Officer and Sotheby's are authorized to market the Sherry Netherland Apartment for rent; _provided_, _however_, that (a) entry into any rental agreement is subject to approval of the Court upon notice and a hearing, (b) all rights of any party in interest, including, without limitation, PAX and Bravo Luck, to object to approval of such agreement are preserved, including on the basis of challenging who has the right to rent the Sherry Netherland Apartment, whether renting the Sherry Netherland Apartment would be a violation or breach of the Settlement Agreement, or whether the Sherry Netherland Apartment constitutes property of the estate (and all rights with respect to the merits of any such allegations being expressly reserved), and (c) nothing herein amends, modifies, or supersedes any rights (including approval rights) of the Sherry-Netherland and the Sherry-Netherland Co-Op Board (as defined in the Settlement Agreement) with respect to any such rental agreement.

3. Subject and without prejudice to the above-referenced rights, for the avoidance of doubt, PAX and Bravo Luck shall have the same consultation rights (but no consent rights) with respect to the marketing of the Sherry Netherland Apartment for rent, to the same extent as they have consultation rights with respect to the marketing of the Sherry Netherland Apartment for sale under the Settlement Agreement (as modified by the Extension Order).

4.  Movants are authorized and empowered to take all actions necessary to effectuate the relief granted in this Order.

5.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.  This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 21st day of March, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut