AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

*Please Read Instructions:*

| 1. NAME Patrick M. Birney | 2. PHONE NUMBER (860) 275-8275 | 3. DATE 3/22/2023 |
|---|---|---|

| 4. DELIVERY ADDRESS OR EMAIL pbirney@rc.com | 5. CITY Hartford | 6. STATE CT | 7. ZIP CODE 06103 |
|---|---|---|---|

| 8. CASE NUMBER 22-50073 | 9. JUDGE Judge Julie A. Manning | DATES OF PROCEEDINGS |
|---|---|---|
| | | 10. FROM 3/21/2023 | 11. TO 3/21/2023 |

| 12. CASE NAME Ho Wan Kwok | LOCATION OF PROCEEDINGS |
|---|---|
| | 13. CITY Bridgeport | 14. STATE Connecticut |

**15. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☒ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Hearing | 3/21/2023 |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES 1 | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | | | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|

| 18. SIGNATURE /s/ Patrick M. Birney | PROCESSED BY P.E. |
|---|---|
| 19. DATE 3/22/2023 | PHONE NUMBER 203-579-5808 |

| TRANSCRIPT TO BE PREPARED BY Fiore Reporting and Transcription | COURT ADDRESS U.S. Bankruptcy Court 915 Lafayette Blvd. Bridgeport, CT 06604 |
|---|---|

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF CONNECTICUT**

**Honorable Julie A. Manning**

**March 21, 2023**

| | |
|---|---|
| 2:30 PM | 22-50073 Ch: 11 Ho Wan Kwok and Genever Holdings Corporaiton and Genever Holdings LLC |
| Matter: | #1561; Order Granting Request for Status Conference |
| | #1565; Motion to Extend Time to Respond to Order to Show Cause to April 27, 2023 Filed by James M. Moriarty on behlf of Ho Wan Kwok, Debtor |
| | #1557 Motion to Continue Hearing on Motion to Remove Trustee Filed by John L. Cesaroni on behalf of Ho Wan Kwok, Debtor |
| 2:30 PM | 23-5002  Genever Holdings LLC et al v. Kwok et al |
| | Lead Case:  22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC |
| | #29; Motion to Extend Time to respond to Complaint to April 10, 2023 Filed by James Moriarty on behalf of Ho Wan Kwok, Defendant |
| | #31; Motion to Extend Time to Respond to Complaint to April 10, 2023 Filed by Evan S. Goldsein on behalf of Hing Chi Ngok, Defendant |
| 2:30 PM | 22-5003 HK International Funds Investments (USA) Limited v. Despins |
| | Lead Case:  22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC |
| | #149; Motion to Expedite Hearing Filed by Patrick R. Linsey on behalf of Luc A. Despins, Counter-Claimant |

2:30 PM        22-5027  Despins et al v. Bravo Luck Limited et al

Lead Case:  22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC

#53; Order Granting Request for Status Conference

**22-50073** Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC
Case type: bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 03/22/2023

## Parties

| | | |
|---|---|---|
| **BakerHostetler**<br>*Added: 10/07/2022*<br>*(Interested Party)* | represented by | **Kellianne Baranowsky**<br>Green & Sklarz LLC<br>One Audubon Street<br>3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>203-823-4546 (fax)<br>kbaranowsky@gs-lawfirm.com<br>*Assigned: 10/14/22* |
| | | **Lawrence S. Grossman**<br>Green & Sklarz LLC<br>One Audubon Street<br>Third Floor<br>New Haven, CT 06511<br>203-285-8545<br>LGrossman@gs-lawfirm.com<br>*Assigned: 10/12/22* |
| | | **Andrew V. Layden**<br>BakerHostetler<br>200 South Orange Avenue<br>Suite 2300<br>Orlando, FL 32801<br>407-649-4070<br>407-841-0168 (fax)<br>alayden@bakerlaw.com<br>*Assigned: 10/12/22*<br>*LEAD ATTORNEY* |
| | | **Danielle L. Merola**<br>BakerHostetler<br>200 South Orange Avenue<br>Suite 2300<br>Orlando, FL 32801<br>407-649-4092<br>dmerola@bakerlaw.com<br>*Assigned: 10/13/22*<br>*LEAD ATTORNEY* |
| | | **Jeffrey M. Sklarz**<br>Green & Sklarz LLC<br>One Audubon Street<br>3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>203-823-4546 (fax)<br>jsklarz@gs-lawfirm.com<br>*Assigned: 10/07/22* |
| **Bravo Luck Limited**<br>P.O. Box 957<br>Offshore Incorporations Centre<br>Road Town<br>Tortola<br>British Virgin Islands<br>*Added: 01/04/2023*<br>*(Interested Party)* | represented by | **Francis J. Lawall**<br>Troutman Pepper Hamilton Sanders LLP<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103-2799<br>(215) 981-4000<br>(215) 981-4750 (fax)<br>francis.lawall@troutman.com<br>*Assigned: 01/06/23*<br>*LEAD ATTORNEY* |
| | | **Francis J. Lawall**<br>Troutman Pepper Hamilton Sanders LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br>215-981-4000<br>215-981-4750 (fax)<br>francis.lawall@troutman.com<br>*Assigned: 01/06/23*<br>*LEAD ATTORNEY* |
| | | **Marcy J. McLaughlin Smith**<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Washington, DE 19801<br>302-777-6535<br>302-421-8390 (fax)<br>marcy.smith@troutman.com<br>*Assigned: 01/17/23*<br>*LEAD ATTORNEY* |
| | | **David M.S. Shaiken**<br>Shipman, Shaiken & Schwefel, LLC<br>433 South Main Street |

Suite 319
West Hartford, CT 06110
860-606-1703
866-431-3248 (fax)
david@shipmanlawct.com
*Assigned: 01/04/23*

**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
617-856-8200
tfeinsmith@brownrudnick.com
*Added: 07/13/2022*
*(Creditor)*

represented by

**Tristan G. Axelrod**
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
617-856-8456
617-289-0522 (fax)
taxelrod@brownrudnick.com
*Assigned: 08/12/22*
*LEAD ATTORNEY*

**William R. Baldiga**
Brown, Rudnik, Freed & Gesmer
One Financial Center
Boston, MA 02111
(617) 330-9000
617-289-0420 (fax)
wbaldiga@brownrudnick.com
*Assigned: 08/05/22*

**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
617-856-8200
tfeinsmith@brownrudnick.com
*Added: 04/29/2022*
*(Debtor's Attorney)*

**Charmoy & Charmoy, LLC**
Scott M. Charmoy, Esq.
1465 Post Road East,
Suite 100
06880, CT 06880
*Added: 02/16/2023*
*(Attorney)*

represented by

**Scott M. Charmoy**
Charmoy & Charmoy
1465 Post Road East
Suite 100
Westport, CT 06880
(203) 255-8100
203-255-8101 (fax)
scottcharmoy@charmoy.com
*Assigned: 02/16/23*

**Logan Cheng**
c/o Randazza Legal Group, PLLC
100 Pearl Street
14th Floor
Hartford, CT 06103
*Added: 02/17/2022*
*(Creditor)*

represented by

**Jay Marshall Wolman**
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
702-420-2001
jmw@randazza.com
*Assigned: 02/17/22*

**Chao-Chih Chiu**
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367
*Added: 05/02/2022*
*(Creditor)*

**Cohn Birnbaum & Shea, P.C.**
*Added: 08/12/2022*
*(Attorney)*

represented by

**Scott D. Rosen**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103-4500
(860) 493-2200
860-727-0361 (fax)
srosen@cb-shea.com
*Assigned: 08/12/22*

**Gregory A. Coleman**
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839
*Added: 10/04/2022*
*(Consultant)*

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*Added: 07/08/2022*
*(Chapter 11 Trustee)*

represented by

**Douglass E. Barron**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6690
212-230-7690 (fax)
douglassbarron@paulhastings.com
*Assigned: 07/22/22*
*LEAD ATTORNEY*

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036
202-551-1700
202-551-1705 (fax)
nicholasbassett@paulhastings.com

Assigned: 07/22/22
*LEAD ATTORNEY*

**G. Alexander Bongartz**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6472
212-303-7072 (fax)
alexbongartz@paulhastings.com
*Assigned: 08/04/22*
*LEAD ATTORNEY*

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
212-230-7771 (fax)
lucdespins@pauhastings.com
*Assigned: 07/22/22*
*LEAD ATTORNEY*

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*Assigned: 07/12/22*

**James C. Graham**
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
(203)821-2000
(203)821-2009 (fax)
jgraham@npmlaw.com
*Assigned: 07/20/22*

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
plinsey@npmlaw.com
*Assigned: 07/11/22*

**Avram Emmanuel Luft**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6079
212-303-7079 (fax)
aviluft@paulhastings.com
*Assigned: 07/22/22*
*LEAD ATTORNEY*

**Lucas Bennett Rocklin**
Neubert, Pepe, Monteith, P.C.
195 Church Street,13th Floor
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
lrocklin@npmlaw.com
*Assigned: 07/15/22*

**Douglas S. Skalka**
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
(203) 821-2000
203-821-2009 (fax)
dskalka@npmlaw.com
*Assigned: 07/14/22*

**Dundon Advisers LLC**
10 Bank Street, Suite 1100
White Plains, NY 10606
*Added: 10/04/2022*
*(Other Prof.)*

**Epiq Corporate Restructuring, LLC**
777 Third Avenue
12th Floor
New York, NY 10017
*Added: 01/20/2023*
*(Claims/Noticing Agent)*

**Genever Holdings Corporation**
P.O. Box 3170
Road Town Tortola
British Virgin Islands

represented by

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl

*Added: 11/02/2022*
*(Debtor)*

New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
plinsey@npmlaw.com
*Assigned: 01/17/23*

**Douglas S. Skalka**
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
(203) 821-2000
203-821-2009 (fax)
dskalka@npmlaw.com
*Assigned: 11/02/22*

**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520
Tax ID / EIN: 47-3338202
*Added: 11/22/2022*
*(Debtor)*

represented by

**J. Ted Donovan**
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036
(212)-221-5700
212-422-6836 (fax)
TDonovan@GWFGlaw.com
*Assigned: 11/22/22*
*LEAD ATTORNEY*

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
plinsey@npmlaw.com
*Assigned: 01/17/23*

**Kevin J. Nash**
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036
(212)-301-6944
(212) 422-6836 (fax)
kjnash@gwfglaw.com
*Assigned: 11/22/22*
*LEAD ATTORNEY*

**Douglas S. Skalka**
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
(203) 821-2000
203-821-2009 (fax)
dskalka@npmlaw.com
*Assigned: 11/22/22*
*LEAD ATTORNEY*

**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520
Tax ID / EIN: 47-3338202
*Added: 11/07/2022*
*(Interested Party)*

**Golden Spring (New York) LTD**
*Added: 03/28/2022*
*(Interested Party)*
PRO SE

represented by

**Timothy D. Miltenberger**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103
860-493-2200
tmiltenberger@cbshealaw.com
*Assigned: 03/31/22*
*TERMINATED: 08/17/22*

**Scott D. Rosen**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103-4500
(860) 493-2200
860-727-0361 (fax)
srosen@cb-shea.com
*Assigned: 03/28/22*
*TERMINATED: 08/17/22*

**Greenwich Land, LLC**
*Added: 10/20/2022*
*(Interested Party)*

represented by

**Evan S. Goldstein**
Updike, Kelly & Spellacy, P.C.
Goodwin Square
225 Asylum Street
Ste 20th Floor
Hartford, CT 06103
860-548-2609
860-548-2680 (fax)
egoldstein@uks.com
*Assigned: 10/20/22*

**Baosheng Guo**
*Added: 06/03/2022*
*(Creditor)*

**Mei Guo**
*Added: 05/10/2022*
*(Interested Party)*

represented by

**Daniel D. Barnes**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
9733251500
dbarnes@csglaw.com
*Assigned: 01/13/23*
*LEAD ATTORNEY*

**Patricia B. Bergamasco**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-325-1500
973-530-2316 (fax)
Pbergamasco@csglaw.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**John L. Cesaroni**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
jcesaroni@zeislaw.com
*Assigned: 05/10/22*

**Sam Della Fera, Jr**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-530-2076
sdellafera@csglaw.com
*Assigned: 03/10/23*

**Sam Della Fera, Jr.**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-325-1500
sdellafera@csglaw.com
*Assigned: 01/13/23*
*LEAD ATTORNEY*

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com
*Assigned: 05/10/22*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
*Assigned: 10/31/22*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 05/10/22*

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-530-2107
973-530-2307 (fax)
lvartan@csglaw.com
*Assigned: 01/13/23*
*LEAD ATTORNEY*

**Melissa F. Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
United States
973-325-1500

mwernick@csglaw.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**HCHK Property Management, Inc.**
500 West Putnam Avenue
Suite 400, #171
Greenwich, CT 06830
*Added: 12/26/2022*
*(Interested Party)*

represented by

**Sari B. Placona**
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
United States
9737215030
splacona@msbnj.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Sari Blair Placona**
McManimon Scotland & Baumann, LLC
75 Livingston Avenue
Suite 201
Roseland, NJ 07068
973-622-1800
splacona@msbnj.com
*Assigned: 02/28/23*

**Anthony Sodono, III**
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
(973) 721-5038
asodono@msbnj.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Scott M. Charmoy**
Charmoy & Charmoy
1465 Post Road East
Suite 100
Westport, CT 06880
(203) 255-8100
203-255-8101 (fax)
scottcharmoy@charmoy.com
*Assigned: 12/26/22*
*TERMINATED: 02/22/23*

**HCHK Technologies, Inc.**
3 Columbus Circle
20th Floor
New York, NY 10019
*Added: 12/26/2022*
*(Interested Party)*

represented by

**Sari B. Placona**
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
United States
9737215030
splacona@msbnj.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Sari Blair Placona**
McManimon Scotland & Baumann, LLC
75 Livingston Avenue
Suite 201
Roseland, NJ 07068
973-622-1800
splacona@msbnj.com
*Assigned: 02/28/23*

**Anthony Sodono, III**
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
(973) 721-5038
asodono@msbnj.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Scott M. Charmoy**
Charmoy & Charmoy
1465 Post Road East
Suite 100
Westport, CT 06880
(203) 255-8100
203-255-8101 (fax)
scottcharmoy@charmoy.com
*Assigned: 12/26/22*
*TERMINATED: 02/22/23*

**HK International Funds Investments (USA) Limited, LLC**
*Added: 04/11/2022*
*(Interested Party)*

represented by

**Daniel D. Barnes**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
9733251500
dbarnes@csglaw.com
*Assigned: 01/13/23*
*LEAD ATTORNEY*

**Patricia B. Bergamasco**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-325-1500

973-530-2316 (fax)
Pbergamasco@csglaw.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Christopher H. Blau**
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
203-368-4234
203-549-0889 (fax)
cblau@zeislaw.com
*Assigned: 12/09/22*

**John L. Cesaroni**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
jcesaroni@zeislaw.com
*Assigned: 11/22/22*

**Sam Della Fera, Jr**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-530-2076
sdellafera@csglaw.com
*Assigned: 03/10/23*

**Sam Della Fera, Jr.**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-325-1500
sdellafera@csglaw.com
*Assigned: 01/13/23*
*LEAD ATTORNEY*

**Eric A. Henzy**
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-5495
203-549-0861 (fax)
ehenzy@zeislaw.com
*Assigned: 07/22/22*

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com
*Assigned: 04/11/22*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
*Assigned: 10/31/22*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 04/11/22*

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-530-2107
973-530-2307 (fax)
lvartan@csglaw.com
*Assigned: 01/13/23*
*LEAD ATTORNEY*

**Melissa F. Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
United States
973-325-1500

mwernick@csglaw.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Himalaya Investment LLC**
7424 E Blackrock Rd
SCOTTSDALE, AZ 85255
*Added: 03/13/2023*
*(Interested Party)*

represented by

**Richard N Freeth**
Richard N. Freeth
260 Madison Ave.
8th Floor
New York, NY 10016
917-775-7082
rfreeth@freethfirm.com
*Assigned: 03/13/23*

**Ivey, Barnum & O'Mara LLC**
Ivey, Barnum & O'Mara LLC
170 Mason Street
Greenwich, CT 06830
United States
2036616000
*Added: 01/06/2023*
*(Interested Party)*

represented by

**Stephen G. Walko**
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830-6692
203-661-6000
203-661-9462 (fax)
swalko@ibolaw.com
*Assigned: 01/06/23*

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
SSN / ITIN: 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
*Added: 02/15/2022*
*(Debtor)*

represented by

**John L. Cesaroni**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
jcesaroni@zeislaw.com
*Assigned: 07/14/22*

**Eric A. Henzy**
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-5495
203-549-0861 (fax)
ehenzy@zeislaw.com
*Assigned: 07/14/22*

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com
*Assigned: 07/14/22*

**Aaron A Mitchell**
Lawall & Mitchell, LLC
55 Madison Ave
Suite 400
Morristown, NJ 07960
973-285-3280
aaron@lmesq.com
*Assigned: 07/11/22*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
*Assigned: 07/20/22*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 07/14/22*

**Kenneth Aulet**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
kaulet@brownrudnick.com
*Assigned: 04/26/22*
*TERMINATED: 08/02/22*
*LEAD ATTORNEY*

**William Baldiga**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
New York

212-209-4800
212-209-4801 (fax)
wbaldiga@brownrudnick.com
*Assigned: 03/01/22*
*TERMINATED: 08/02/22*
*LEAD ATTORNEY*

**William R. Baldiga**
Brown, Rudnik, Freed & Gesmer
One Financial Center
Boston, MA 02111
(617) 330-9000
617-289-0420 (fax)
wbaldiga@brownrudnick.com
*Assigned: 03/09/22*
*TERMINATED: 08/02/22*

**Andrew M. Carty**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
acarty@brownrudnick.com
*Assigned: 04/15/22*
*TERMINATED: 08/02/22*
*LEAD ATTORNEY*

**Jeffrey L Jonas**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
2122094800
212-209-4801 (fax)
jjonas@brownrudnick.com
*Assigned: 04/21/22*
*TERMINATED: 08/02/22*
*LEAD ATTORNEY*

**Dylan Kletter**
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103
860-509-6500
dkletter@brownrudnick.com
*Assigned: 02/15/22*
*TERMINATED: 08/02/22*

**Bennett Silverberg**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
bsilverberg@brownrudnick.com
*Assigned: 03/01/22*
*TERMINATED: 08/02/22*
*LEAD ATTORNEY*

**Lawall & Mitchell, LLC**
55 Madison Avenue
Suite 400
Morristown, NJ 07960
973-285-3280
aaron@lmesq.com
*Added: 02/08/2023*
*(Debtor's Attorney)*

represented by

**Aaron A Mitchell**
Lawall & Mitchell, LLC
55 Madison Ave
Suite 400
Morristown, NJ 07960
973-285-3280
aaron@lmesq.com
*Assigned: 02/08/23*

**Lexington Property and Staffing, Inc.**
750 Lexington Avenue
8th Floot
New York, NY 10022
*Added: 12/26/2022*
*(Interested Party)*

represented by

**Sari B. Placona**
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
United States
9737215030
splacona@msbnj.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Sari Blair Placona**
McManimon Scotland & Baumann, LLC
75 Livingston Avenue
Suite 201
Roseland, NJ 07068
973-622-1800
splacona@msbnj.com
*Assigned: 02/28/23*

**Anthony Sodono, III**
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
(973) 721-5038
asodono@msbnj.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

Scott M. Charmoy
Charmoy & Charmoy
1465 Post Road East
Suite 100
Westport, CT 06880
(203) 255-8100
203-255-8101 (fax)
scottcharmoy@charmoy.com
*Assigned: 12/26/22*
*TERMINATED: 02/23/23*

**Jiaming Liu**
*Added: 02/20/2023*
*(Interested Party)*

represented by

**Richard N Freeth**
Richard N. Freeth
260 Madison Ave.
8th Floor
New York, NY 10016
917-775-7082
rfreeth@freethfirm.com
*Assigned: 02/20/23*

**Rui Ma**
*Added: 03/15/2022*
*(20 Largest Creditor)*

represented by

**Carollynn H.G. Callari**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
ccallari@callaripartners.com
*Assigned: 03/16/22*
*LEAD ATTORNEY*

**David S. Forsh**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
dforsh@callaripartners.com
*Assigned: 03/17/22*
*LEAD ATTORNEY*

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601
203-330-2198
203-259-0251 (fax)
kmayhew@pullcom.com
*Assigned: 03/15/22*

**Peter J. Zarella**
McElroy, Deutsch, Mulvaney & Carpenter,
One State Street, 14th floor
Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
*Assigned: 03/22/22*

**Bonnie C. Mangan**
Law Office Bonnie C. Mangan, PC.
Westview Office Park
1050 Sullivan Avneu
Suite A3
South Windsor, CT 06074
860-644-4204
860-644-4934 (fax)
bonnie.mangan@manganlaw.com
*Added: 02/17/2023*
*(Requested Notice)*

represented by

**Bonnie C. Mangan**
The Law Office of Bonnie C. Mangan, P.C.
1050 Sullivan Avenue, Suite A3
Westview Office Park
South Windsor, CT 06074
860-644-4204
860-644-4934 (fax)
bonnie.mangan@manganlaw.com
*Assigned: 02/17/23*

**Weican Meng**
*Added: 03/15/2022*
*(20 Largest Creditor)*

represented by

**Carollynn H.G. Callari**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
ccallari@callaripartners.com
*Assigned: 03/16/22*
*LEAD ATTORNEY*

**David S. Forsh**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
dforsh@callaripartners.com
*Assigned: 03/17/22*
*LEAD ATTORNEY*

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601

203-330-2198
203-259-0251 (fax)
kmayhew@pullcom.com
*Assigned: 03/15/22*

**Peter J. Zarella**
McElroy, Deutsch, Mulvaney & Carpenter,
One State Street, 14th floor
Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
*Assigned: 03/22/22*

| | | |
|---|---|---|
| **Hing Chi Ngok**<br>*Added: 09/15/2022*<br>*(Interested Party)* | represented by | **Evan S. Goldstein**<br>Updike, Kelly & Spellacy, P.C.<br>Goodwin Square<br>225 Asylum Street<br>Ste 20th Floor<br>Hartford, CT 06103<br>860-548-2609<br>860-548-2680 (fax)<br>egoldstein@uks.com<br>*Assigned: 09/15/22* |
| **Official Committee of Unsecured Creditors**<br>*Added: 04/05/2022*<br>*(Creditor Committee)* | represented by | **Irve J. Goldman**<br>Pullman & Comley<br>850 Main Street<br>8th Floor<br>Bridgeport, CT 06604<br>203-330-2000<br>203-576-8888 (fax)<br>igoldman@pullcom.com<br>*Assigned: 04/05/22* |

**Jonathan Kaplan**
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
860-424-4379
860-424-4370 (fax)
jkaplan@pullcom.com
*Assigned: 04/05/22*

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601
203-330-2198
203-259-0251 (fax)
kmayhew@pullcom.com
*Assigned: 12/05/22*

| | | |
|---|---|---|
| **Pacific Alliance Asia Opportunity Fund L.P.**<br>*Added: 02/24/2022*<br>*(20 Largest Creditor)* | represented by | **Laura Aronsson**<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036<br>212-728-5841<br>laronsson@omm.com<br>*Assigned: 04/08/22*<br>*LEAD ATTORNEY* |

**Patrick M. Birney**
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8200
(860) 275-8299 (fax)
pbirney@rc.com
*Assigned: 02/24/22*

**Peter Friedman**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5302
pfriedman@omm.com
*Assigned: 02/25/22*
*LEAD ATTORNEY*

**Mia N. Gonzalez**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-728-5698
mgonzalez@omm.com
*Assigned: 04/08/22*
*LEAD ATTORNEY*

**David V. Harbach, II**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5127

dharbach@omm.com
*Assigned: 02/25/22*
*LEAD ATTORNEY*

**Sara Pahlavan**
O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
415-984-8953
spahlavan@omm.com
*Assigned: 05/05/22*
*LEAD ATTORNEY*

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
202-326-2293
ssarnoff@omm.com
*Assigned: 02/25/22*
*LEAD ATTORNEY*

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
860-275-8325
860-275-8299 (fax)
asmith@rc.com
*Assigned: 02/24/22*

**Paul Hastings LLP**
200 Park Avenue
New York, NY 10166
*Added: 01/24/2023*
*(Debtor's Attorney)*

**Pullman & Comley, LLC**
850 Main Street
Bridgeport, CT 06601
(203)
*Added: 04/29/2022*
*(Creditor Committee)*

represented by    **Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604
203-330-2000
203-576-8888 (fax)
igoldman@pullcom.com
*Assigned: 01/13/23*

**Chong Shen Raphanella**
*Added: 06/24/2022*
*(Creditor)*

represented by    **Thomas J. Sansone**
Carmody Torrance Sandak & Hennessey LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
(203) 784-3100
203-784-3199 (fax)
tsansone@carmodylaw.com
*Assigned: 06/24/22*

**Michael S. Weinstein**
Golenbock Eiseman Assor Bell & Peskoe LL
711 Third Avenue
New York, NY 10017
212-907-7347
212-754-0330 (fax)
mweinstein@golenbock.com
*Assigned: 07/22/22*
*LEAD ATTORNEY*

**Leonard Scudder**
c/o Keith Costa, Esq.
Barclay Damon LLP
545 Long Wharf Drive, 9th
9th Fl
New Haven, CT 06514
212-784-5818
212-784-5769 (fax)
kcosta@barclaydamon.com
*Added: 03/15/2023*
*(Interested Party)*

represented by    **Keith N. Costa**
Barclay Damon LLP
1270 Avenue of The Americas
Suite 501
New York, NY 10020
212-784-5818
212-784-5769 (fax)
kcosta@otterbourg.com
*Assigned: 03/15/23*

**Stretto**
410 Exchange, Suite 100
Irvine, CA 92602
800-634-7734
ecf@cases-cr.stretto-services.com;aw01@ecfcbis.com;pacerpleadings@stretto.com
*Added: 03/21/2022*
*(Claims/Noticing Agent)*

**The Sherry-Netherland, Inc.**
781 Fifth Avenue
New York, NY 10022-1046
*Added: 11/23/2022*
*(Creditor)*

represented by    **Taruna Garg**
Murtha Cullina LLP
107 Elm Street
Four Stamford Plaza
Suite 1101
Stamford, CT 06902
203-653-5400

203-653-5444 (fax)
tgarg@murthalaw.com
*Assigned: 11/23/22*

**Julie A Lavoie**
Murtha Cullina
280 Trumbull Street
Ste 12th Floor
Hartford, CT 06103
860-240-6035
860-240-5875 (fax)
jlavoie@murthalaw.com
*Assigned: 01/31/23*

**Sherry J. Millman**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
212-806-5400
212-806-6006 (fax)
smillman@stroock.com
*Assigned: 11/29/22*
*LEAD ATTORNEY*

**Patrick N. Petrocelli**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
212-806-6682
212-806-6006 (fax)
ppetrocelli@stroock.com
*Assigned: 11/29/22*
*LEAD ATTORNEY*

**Troy Law, PLLC**
*Added: 08/24/2022*
*(Creditor)*

represented by

**Tiffany Troy**
Troy Legal, PLLC
41-25 Kissena Blvd, #1A
Flushing, NY 11355
718-762-2332
troylegalpllc@gmail.com
*Assigned: 08/24/22*

**Troy Law, PLLC**
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
718-762-1324
troylaw@troypllc.com
*Added: 10/20/2022*
*(Interested Party)*

represented by

**John Troy**
Troy Law, PLLC
41-25 Kissena Blvd., Suite 110
Flushing, NY 11355
718-762-1324
johntroy@troypllc.com
*Assigned: 10/20/22*

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*Added: 02/15/2022*
*(U.S. Trustee)*

represented by

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
(203) 773-2217 (fax)
holley.l.claiborn@usdoj.gov
*Assigned: 02/28/22*

**Steven E. Mackey**
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
*Assigned: 03/22/22*

**UBS AG**
600 Washington Boulevard
Stanford, CT 06901
United States
*Added: 01/24/2023*
*(Interested Party)*

represented by

**Lisa Fried**
Herbert Smith Freehills New York LLP
450 Lexington Avenue
14th Floor
New York, NY 10017
917-542-7600
917-542-7601 (fax)
lisa.fried@hsf.com
*Assigned: 03/06/23*

**Marc Gottridge**
Herbert Smith Freehills New York LLP
450 Lexington Avenue
14th Floor
New York, NY 10017
917-542-7600
917-542-7601 (fax)
marc.gottridge@hsf.com
*Assigned: 01/24/23*

**Verdolino & Lowey, P.C.**
124 Washington Street
Foxborough, MA 02035
*Added: 08/11/2022*
*(Creditor)*

represented by

**Tristan G. Axelrod**
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
617-856-8456
617-289-0522 (fax)
taxelrod@brownrudnick.com

**Huizhen Wang**
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367
*Added: 05/02/2022*
*(20 Largest Creditor)*

*Assigned: 08/12/22*
*LEAD ATTORNEY*

**Xiaodan Wang**
*Added: 06/24/2022*
*(Creditor)*

represented by

**Thomas J. Sansone**
Carmody Torrance Sandak & Hennessey LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
(203) 784-3100
203-784-3199 (fax)
tsansone@carmodylaw.com
*Assigned: 06/24/22*

**Michael S. Weinstein**
Golenbock Eiseman Assor Bell & Peskoe LL
711 Third Avenue
New York, NY 10017
212-907-7347
212-754-0330 (fax)
mweinstein@golenbock.com
*Assigned: 07/22/22*
*LEAD ATTORNEY*

**Michael S. Weinstein**
*Added: 07/15/2022*
*(Attorney)*

represented by

**Thomas J. Sansone**
Carmody Torrance Sandak & Hennessey LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
(203) 784-3100
203-784-3199 (fax)
tsansone@carmodylaw.com
*Assigned: 07/15/22*

**Williams & Connolly LLP**
Williams & Connolly LLP
680 Maine Ave SW
Washington, DC 20024
202-434-5000
Tax ID / EIN: 52-0851221
*Added: 10/20/2022*
*(Interested Party)*

represented by

**Samuel Bryant Davidoff**
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
202-434-5648
sdavidoff@wc.com
*Assigned: 10/20/22*

**James J. Healy**
Cowdery, Murphy, Dannehy & Healy, LLC
280 Trumbull Street
Hartford, CT 06103
860-278-5555
860-249-0012 (fax)
jhealy@cmdhlaw.com
*Assigned: 10/24/22*

**Yunxia Wu**
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067
*Added: 05/02/2022*
*(Creditor)*

**Zheng Wu**
*Added: 03/15/2022*
*(Creditor)*

represented by

**Carollynn H.G. Callari**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
ccallari@callaripartners.com
*Assigned: 03/16/22*
*LEAD ATTORNEY*

**David S. Forsh**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
dforsh@callaripartners.com
*Assigned: 03/17/22*
*LEAD ATTORNEY*

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601
203-330-2198
203-259-0251 (fax)

kmayhew@pullcom.com
*Assigned: 03/15/22*

**Peter J. Zarella**
McElroy, Deutsch, Mulvaney & Carpenter,
One State Street, 14th floor
Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
*Assigned: 03/22/22*

**Ning Ye**
*Added: 06/03/2022*
*(Creditor)*

**Rong Zhang**
*Added: 06/24/2022*
*(Creditor)*

represented by

**Thomas J. Sansone**
Carmody Torrance Sandak & Hennessey LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
(203) 784-3100
203-784-3199 (fax)
tsansone@carmodylaw.com
*Assigned: 06/24/22*

**Michael S. Weinstein**
Golenbock Eiseman Assor Bell & Peskoe LL
711 Third Avenue
New York, NY 10017
212-907-7347
212-754-0330 (fax)
mweinstein@golenbock.com
*Assigned: 07/22/22*
*LEAD ATTORNEY*

**Yongbing Zhang**
223 West Jackson Bl;vd. #1012
Chicago, IL 60606
*Added: 07/12/2022*
*(Interested Party)*

**Yan Zhao**
*Added: 06/03/2022*
*(Creditor)*

**Keyi Zilkie**
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067
*Added: 05/02/2022*
*(Creditor)*

**22-05003** HK International Funds Investments (USA) Limited, v. Despins
**Case type:** ap **Related bankruptcy:** 22-50073 **Judge:** Julie A. Manning
**Date filed:** 04/11/2022 **Date of last filing:** 03/20/2023

## Parties

| | | |
|---|---|---|
| Luc A. Despins<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*Added: 09/08/2022*<br>*(Counter-Claimant)* | represented by | **Nicholas A. Bassett**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1700<br>202-551-1705 (fax)<br>nicholasbassett@paulhastings.com<br>*Assigned: 03/08/23* |
| | | **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 09/23/22* |
| | | **Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>*Assigned: 10/14/22* |
| Luc A. Despins<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*Added: 09/08/2022*<br>*(Defendant)* | represented by | **James C. Graham**<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203)821-2000<br>(203)821-2009 (fax)<br>jgraham@npmlaw.com<br>*Assigned: 08/17/22* |
| | | **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 07/29/22* |
| | | **Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>*Assigned: 10/14/22* |
| Mei Guo<br>*Added: 09/23/2022*<br>*(Counter-Defendant)* | represented by | **John L. Cesaroni**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>jcesaroni@zeislaw.com<br>*Assigned: 10/19/22* |
| | | **Melissa I Falk Wernick**<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>973-530-2157<br>973-530-2357 (fax)<br>mwernick@csglaw.com<br>*Assigned: 03/10/23* |
| | | **James M. Moriarty**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>Bridgeport, CT 06604<br>203-368-4234<br>203-549-0907 (fax)<br>jmoriarty@zeislaw.com<br>*Assigned: 10/19/22* |
| | | **Aaron Romney**<br>Zeisler & Zeisler PC |

10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 10/18/22*

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-530-2107
973-530-2307 (fax)
lvartan@csglaw.com
*Assigned: 02/01/23*

**HK International Funds Investments (USA) Limited, LLC**
*Added: 09/23/2022*
*(Counter-Defendant)*

represented by

**John L. Cesaroni**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
jcesaroni@zeislaw.com
*Assigned: 09/29/22*

**Melissa I Falk Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-530-2157
973-530-2357 (fax)
mwernick@csglaw.com
*Assigned: 03/10/23*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
*Assigned: 11/29/22*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 09/29/22*

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-530-2107
973-530-2307 (fax)
lvartan@csglaw.com
*Assigned: 03/10/23*

**HK International Funds Investments (USA) Limited, LLC**
*Added: 04/11/2022*
*(Plaintiff)*

represented by

**John L. Cesaroni**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
jcesaroni@zeislaw.com
*Assigned: 08/09/22*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
*Assigned: 10/03/22*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 04/11/22*

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
One Boland Drive

West Orange, NJ 07052
973-530-2107
973-530-2307 (fax)
lvartan@csglaw.com
*Assigned: 02/01/23*

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
SSN / ITIN: 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
*Added: 04/11/2022*
*TERMINATED: 07/29/2022*
*(Defendant)*
PRO SE

**Pacific Alliance Asia Opportunity Fund L.P.**
*Added: 04/11/2022*
*TERMINATED: 08/26/2022*
*(Defendant)*

represented by

**Patrick M. Birney**
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8200
(860) 275-8299 (fax)
pbirney@rc.com
*Assigned: 05/06/22*
*TERMINATED: 08/26/22*

**Peter Friedman**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5302
pfriedman@omm.com
*Assigned: 06/07/22*
*TERMINATED: 08/26/22*

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
202-326-2293
ssarnoff@omm.com
*Assigned: 06/07/22*
*TERMINATED: 08/26/22*

**22-05027** Despins et al v. Bravo Luck Limited et al
**Case type:** ap **Related bankruptcy:** 22-50073 **Judge:** Julie A. Manning
**Date filed:** 10/11/2022 **Date of last filing:** 03/22/2023

# Parties

| | | |
|---|---|---|
| **Bravo Luck Limited**<br>P.O. Box 957<br>Offshore Incorporations Centre<br>Road Town<br>Tortola<br>British Virgin Islands<br>*Added: 10/11/2022*<br>*(Defendant)* | represented by | **Francis J. Lawall**<br>Pepper Hamilton, LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103<br>215-981-4000<br>francis.lawall@troutman.com<br>*Assigned: 01/09/23* |
| | | **Marcy J. McLaughlin Smith**<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Washington, DE 19801<br>302-777-6535<br>302-421-8390 (fax)<br>marcy.smith@troutman.com<br>*Assigned: 01/23/23* |
| | | **David M.S. Shaiken**<br>Shipman, Shaiken & Schwefel, LLC<br>433 South Main Street<br>Suite 319<br>West Hartford, CT 06110<br>860-606-1703<br>866-431-3248 (fax)<br>david@shipmanlawct.com<br>*Assigned: 01/06/23* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*Added: 10/11/2022*<br>*(Plaintiff)* | represented by | **Nicholas A. Bassett**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1700<br>202-551-1705 (fax)<br>nicholasbassett@paulhastings.com<br>*Assigned: 03/08/23* |
| | | **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 10/11/22* |
| | | **Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>*Assigned: 02/01/23* |
| **Genever Holdings Corporation**<br>P.O. Box 3170<br>Road Town Tortola<br>British Virgin Islands<br>*Added: 02/21/2023*<br>*(Plaintiff)* | represented by | **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 02/21/23* |
| **Genever Holdings LLC**<br>781 Fifth Avenue<br>Apt. 1801<br>New York, NY 10022-5520<br>Tax ID / EIN: 47-3338202<br>*Added: 02/21/2023*<br>*(Plaintiff)* | represented by | **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 02/21/23* |
| **Qiang Guo**<br>5 Princess Gate, G3<br>London<br>United Kingdom<br>*Added: 10/11/2022*<br>*(Defendant)*<br>PRO SE | | |

**23-05002** Genever Holdings LLC et al v. Kwok et al
Case type: ap **Related bankruptcy:** 22-50073 **Judge:** Julie A. Manning
**Date filed:** 02/15/2023 **Date of last filing:** 03/22/2023

# Parties

| | | |
|---|---|---|
| **Bravo Luck Limited**<br>*Added: 03/06/2023*<br>*(Interested Party)* | represented by | **Francis J. Lawall**<br>Pepper Hamilton, LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103<br>215-981-4000<br>francis.lawall@troutman.com<br>*Assigned: 03/06/23* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*Added: 02/15/2023*<br>*(Plaintiff)* | represented by | **Nicholas A. Bassett**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1700<br>202-551-1705 (fax)<br>nicholasbassett@paulhastings.com<br>*Assigned: 03/07/23*<br>*LEAD ATTORNEY* |
| | | **Georg Alexander Bongartz**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6000<br>212-303-7072 (fax)<br>alexbongartz@paulhastings.com<br>*Assigned: 03/07/23*<br>*LEAD ATTORNEY* |
| | | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>212-230-7771 (fax)<br>lucdespins@paulhastings.com<br>*Assigned: 03/09/23*<br>*LEAD ATTORNEY* |
| | | **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 02/15/23* |
| | | **Avram Emmanuel Luft**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6079<br>212-303-7079 (fax)<br>aviluft@paulhastings.com<br>*Assigned: 03/09/23*<br>*LEAD ATTORNEY* |
| | | **Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>*Assigned: 02/21/23* |
| **Genever Holdings LLC**<br>781 Fifth Avenue<br>Apt. 1801<br>New York, NY 10022-5520<br>Tax ID / EIN: 47-3338202<br>*Added: 02/15/2023*<br>*(Plaintiff)* | represented by | **Nicholas A. Bassett**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1700<br>202-551-1705 (fax)<br>nicholasbassett@paulhastings.com<br>*Assigned: 03/07/23*<br>*LEAD ATTORNEY* |
| | | **Georg Alexander Bongartz**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6000<br>212-303-7072 (fax)<br>alexbongartz@paulhastings.com |

Assigned: 03/07/23
*LEAD ATTORNEY*

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
212-230-7771 (fax)
lucdespins@pauhastings.com
*Assigned: 03/09/23*
*LEAD ATTORNEY*

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
plinsey@npmlaw.com
*Assigned: 02/15/23*

**Avram Emmanuel Luft**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6079
212-303-7079 (fax)
aviluft@paulhastings.com
*Assigned: 03/08/23*

**Douglas S. Skalka**
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
(203) 821-2000
203-821-2009 (fax)
dskalka@npmlaw.com
*Assigned: 02/21/23*

**Mei Guo**
*Added: 02/15/2023*
*(Defendant)*
PRO SE

**Qiang Guo**
5 Princess Gate, G3
London
United Kingdom
*Added: 02/15/2023*
*(Defendant)*
PRO SE

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*Added: 02/15/2023*
*(Defendant)*

represented by

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com
*Assigned: 03/06/23*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
*Assigned: 03/06/23*

**Hing Chi Ngok**
373 Taconic Road
Greenwich, CT 06831
*Added: 02/15/2023*
*(Defendant)*

represented by

**Evan S. Goldstein**
Updike, Kelly & Spellacy, P.C.
Goodwin Square
225 Asylum Street
Ste 20th Floor
Hartford, CT 06103
860-548-2609
860-548-2680 (fax)
egoldstein@uks.com
*Assigned: 03/06/23*