UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                               :   Chapter 11
:
HO WAN KWOK *et al.*,                                :   Case No. 22-50073 (JAM)
:
Debtors.[1]                                       :   Jointly Administered
:
---------------------------------------------------------x

**MOTION TO EXPEDITE HEARING ON EMERGENCY MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER MODIFYING REPAIR RESERVE ORDER**

Luc Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor") by and through his undersigned counsel, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") hereby moves (the "Motion to Expedite") this Court for entry of an order scheduling an expedited hearing to consider and determine the *Emergency Motion of Chapter 11 Trustee for Entry of Order Modifying Repair Reserve Order* (the "Motion to Modify").[2]  In support of this Motion to Expedite, the Trustee respectfully states as follows:

**JURISDICTION, VENUE, AND STATUTORY BASIS**

1.      The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the Motion to Modify.

2. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief sought by this Motion to Expedite is Bankruptcy Rule 9006(c)(1).

## BACKGROUND

4. On March 23, 2023, the Trustee filed his Motion to Modify, which seeks to modify the Repair Reserve Order so as to allow the Trustee to pay up to $500,000 in operating, maintenance, and related expenses (including insurance premiums) for the Lady May out of the Repair Reserve.[3]  The background to the Motion to Modify is set forth therein, and incorporated by reference into this Motion to Expedite.

## RELIEF REQUESTED

5. Pursuant to Bankruptcy Rule 9006(c)(1), the Court may reduce the notice period when requested by motion where cause is demonstrated.  Cause exists to consider and determine the Motion to Modify upon an expedited basis.  The Trustee respectfully requests that the Court schedule a hearing with respect to the Motion to Modify for **March 27, 2023**, immediately after the conclusion of the hearing on the Partial Summary Judgment Motion, which is scheduled to commence at 11:00 a.m. (ET) on March 27, 2023.  In addition, the Trustee requests that any objections be raised at the hearing, without restricting any parties' ability to also file an objection to the Motion to Modify at any time before the hearing.

## RELIEF REQUESTED

6. Pursuant to Bankruptcy Rule 9006(c)(1), the Court may reduce the notice period when requested by motion where cause is demonstrated

---

[3]  As noted in the Motion to Modify, the Motion to Modify is premised on the Court granting the Trustee's Partial Summary Judgment Motion and determining that the Lady May is an asset of the Debtor's estate.

7.    On March 19, 2023, the Trustee filed the Partial Summary Judgment Motion seeking a declaratory judgment that the Lady May is property of the Debtor's estate based on collateral estoppel arising from the participation of HK USA, Mei Guo, and the Debtor in the State Court Action.  The hearing on the Partial Summary Judgment Motion is scheduled for March 27, 2023.

8.    In the event the Court grants the Partial Summary Judgment Motion, the Lady May will be an asset of the Debtor's estate that the Trustee is obligated to preserve and protect for the benefit of the Debtor's estate.  This will require the Trustee to fund operating, maintenance, and related expenses of the Lady May.  Moreover, the Trustee will need to *immediately* obtain a P&I insurance policy with respect to the Lady May as the current policy is set to expire March 28, 2023.

9.    As detailed in the Motion to Modify, at this stage, the estate has insufficient funds to preserve the value of the Lady May.  For this reason, the Trustee seeks, by the Motion to Modify, entry of an order authorizing the authorize and direct the Trustee to use funds from the Repair Reserve to pay operating expense and maintenance charges, in an amount not to exceed $500,000, including to obtain and maintain insurance coverage for the Lady May.

10.    Given that the Lady May cannot be left without insurance coverage, it is imperative that the Motion to Modify be heard immediately after the hearing on the Partial Summary Judgment Motion.  Of course, in the event the Partial Summary Judgment Motion is denied, the Trustee will withdraw the Motion to Modify without prejudice.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Trustee requests that the Court issue an order, substantially in the form attached hereto as **Exhibit 1**, and ordering such other and further relief as is just and proper.

Dated:   March 23, 2023                    LUC A. DESPINS,
         New Haven, Connecticut            CHAPTER 11 TRUSTEE

By: */s/ Luc A. Despins*
Luc A. Despins (admitted *pro hac vice*)
G. Alexander Bongartz (admitted *pro hac vice*)
Douglass Barron (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com
douglassbarron@paulhastings.com

*and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Patrick R. Linsey (ct29437)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

# EXHIBIT 1

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------x
:
In re:                                   :    Chapter 11
                                         :
HO WAN KWOK *et al.*,                    :    Case No. 22-50073 (JAM)
                                         :
        Debtors.[1]              :    Jointly Administered
                                         :
---------------------------------------------------x

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the *Emergency Motion of Chapter 11 Trustee, Conditional on Court Determining that Lady May is Property of Estate, For Entry of Order Modifying Order Establishing Repair Reserve* [Docket No. ___] (the "Motion to Modify");[2] and good cause appearing, it is hereby

**ORDERED,** that a hearing on the Motion to Modify shall be held on **March 27, 2023**, immediately after the conclusion of the hearing on the Partial Summary Judgment Motion, at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604 (the "Hearing"); and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Motion to Modify.

2

**ORDERED,** that any party may object to the Motion to Modify at the Hearing (without limiting any party's ability to also file a written objection at any time before the Hearing); and it is further

**ORDERED,** that a copy of this Order, along with the Motion to Modify and any attachments thereto, shall be served upon all parties to the above-captioned case able to receive electronic notice, and the Trustee shall file a certificate of service in advance of the Hearing.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
HO WAN KWOK *et al.*,                                   :   Case No. 22-50073 (JAM)
                                                        :
                    Debtors.[1]                         :   Jointly Administered
                                                        :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 23, 2023, the foregoing Motion to Expedite, and all declarations, exhibits and attachments thereto, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:    March 23, 2023           By: */s/ Luc A. Despins*
        New Haven, Connecticut
                                                  Luc A. Despins (admitted *pro hac vice*)
                                                  G. Alexander Bongartz (admitted *pro hac vice*)
                                                  Douglass Barron (admitted *pro hac vice*)
                                                  PAUL HASTINGS LLP
                                                  200 Park Avenue
                                                  New York, New York 10166
                                                  (212) 318-6000
                                                  lucdespins@paulhastings.com
                                                  alexbongartz@paulhastings.com
                                                  douglassbarron@paulhastings.com

                                                  *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).