UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

In re:

HO WAN KWOK *et al.*,

    Debtors.[1]

Chapter 11

Case No. 22-50073 (JAM)

Jointly Administered

Re: ECF No. 1589

---

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the *Emergency Motion of Chapter 11 Trustee, Conditional on Court Determining that Lady May is Property of Estate, For Entry of Order Modifying Order Establishing Repair Reserve* [Docket No. 1588] (the "Motion to Modify");[2] and good cause appearing, it is hereby

ORDERED, that a hearing on the Motion to Modify shall be held on **March 27, 2023**, immediately after the conclusion of the hearing on the Partial Summary Judgment Motion, at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT  06604 (the "Hearing"); and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Motion to Modify.

**ORDERED,** that any party may object to the Motion to Modify at the Hearing (without limiting any party's ability to also file a written objection at any time before the Hearing); and it is further

**ORDERED,** that a copy of this Order, along with the Motion to Modify and any attachments thereto, shall be served upon all parties to the above-captioned case able to receive electronic notice, and the Trustee shall file a certificate of service in advance of the Hearing.

Dated at Bridgeport, Connecticut this 24th day of March, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut