**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| HO WAN KWOK, *et al.*,[1] | : | CASE NO. 22-50073 (JAM) |
| Debtors. | : | Jointly Administered |

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 16, 2023, the Court's *Order to Appear at Continued Hearing and Show Cause Why the Court Should Not Hold the Non-Responding Parties in Contempt of Court* [ECF No. 1546] (the "Order to Show Cause") was filed electronically using the Court's case management/electronic case files ("CM/ECF") system. Parties may access the Order to Show Cause via the CM/ECF system.

On March 20, 2023, in compliance with the Order to Show Cause, the undersigned caused copies of the Order to Show Cause to be served on Golden Spring (New York) Ltd. and Lamp Capital LLC by FedEx overnight delivery and by first-class U.S. Mail at the following addresses:

Golden Spring (New York) Ltd.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Lamp Capital, LLC
Attn: Bernardo Enriquez
667 Madison Avenue
New York, NY 10065

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

On March 21, 2023, in further compliance with the Order to Show Cause, the undersigned caused a copy of the Order to Show Cause to be served on Lamp Capital LLC by UPS overnight delivery and by first-class U.S. Mail at the following address:

Lamp Capital LLC
c/o CT Corporation System
820 Bear Tavern Rd.
West Trenton, NJ 08628

Dated: March 24, 2023      LUC A. DESPINS,
New Haven, Connecticut      CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com