**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
| HO WAN KWOK, *et al.*,[1] | : | CASE NO. 22-50073 (JAM) |
| Debtors. | : | Jointly Administered |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 23, 2023, the *Emergency Motion of Chapter 11 Trustee for Entry of Order Modifying Repair Reserve Order* [ECF No. 1588] and on March 24, 2023, the *Order Scheduling Expedited Hearing* [ECF No. 1591] (together, collectively, the "Served Documents") were filed electronically using the Court's case management/electronic case files ("CM/ECF") system. The Served Documents were served electronically via the CM/ECF system on the dates of filing to all parties able to receive electronic notice. Parties unable to receive electronic notice were served with the Served Documents via first-class U.S. Mail on March 24, 2023. Parties may access the Served Documents via the CM/ECF system.

Dated: March 24, 2023  
       New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*  
    Patrick R. Linsey (ct29437)  
    NEUBERT, PEPE & MONTEITH, P.C.  
    195 Church Street, 13th Floor  
    New Haven, Connecticut 06510  
    (203) 781-2847  
    plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).