UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 158(a)(1), Mei Guo, HK International Funds Investments (USA) Limited, LLC, Lee Vartan, Esq., and Chiesa Shahinian & Giantomasi PC hereby appeal to the United States District Court for the District of Connecticut from the March 10, 2023 *Order Holding HK Parties in Contempt of Court and Sanctioning HK Parties, Attorney Vartan and Chiesa Shahinian & Giantomasi PC* (ECF No. 1537) (the "Order"), entered by the United States Bankruptcy Court for the District of Connecticut (Honorable Julie A. Manning) finding Mei Guo and HK International Funds Investments (USA) Limited, LLC ("HK USA," and together with Mei Guo, the "HK Parties") in civil contempt of Court for failure to comply with (i) the Court's January 20, 2023 Order Granting in Part Motion to Compel Compliance With Rule 2004 Subpoenas, filed by Luc A. Despins, Chapter 11 Trustee (the "Trustee") for the estate of debtor Ho Wan Kwok (the "Debtor") (ECF No. 1353); and (ii) the Court's February 13, 2023 Order Granting in Part Motion for Order to Appear and Show Cause Why the Court Should Not Hold the HK Parties in Contempt of Court, filed by the Trustee (ECF No. 1455); and for sanctioning Attorney Vartan and CSG in connection therein.  A copy of the Order is attached hereto as Exhibit A.  The names of all parties to the Order and the names, addresses, and telephone numbers of their respective counsel are as follows:

4870-6225-4169.v1

| PARTY | ATTORNEYS |
|---|---|
| Luc A Despins, Chapter 11 Trustee | Douglas S. Skalka, Esq.<br>James C. Graham, Esq.<br>Patrick R. Linsey, Esq.<br>Lucas Bennett Rocklin, Esq.<br>**NEUBERT, PEPE & MONTEITH, P.C.**<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 781-2847<br>dskalka@npmlaw.com<br>jgraham@npmlaw.com<br>plinsey@npmlaw.com<br>lrocklin@npmlaw.com<br><br>Nicholas A. Bassett, Esq.<br>**PAUL HASTINGS LLP**<br>2050 M Street, N.W.<br>Washington, D.C. 20036<br>(202) 551-1902<br>nicholasbassett@paulhastings.com<br><br>- and -<br><br>Luc A. Despins, Esq.<br>Avram E. Luft, Esq.<br>Douglass E. Barron, Esq.<br>G. Alexander Bongartz, Esq.<br>**PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, NY 10166<br>(212) 318-6079<br>douglassbarron@paulhastings.com<br>alexbongartz@paulhastings.com<br>aviluft@paulhastings.com |

2

4870-6225-4169.v1

| PARTY | ATTORNEYS |
|---|---|
| Mei Guo, HK International Funds Investments (USA) Limited, LLC, Attorney Vartan (Lee Vartan, Esq.), and Chiesa Shahinian & Giantomasi PC | Lee Vartan, Esq.<br>Sam Della Fera, Jr., Esq.<br>Melissa F. Wernick, Esq.<br>**CHIESA SHAHINIAN & GIANTOMASI PC**<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>(973) 325-1500<br>lvartan@csglaw.com<br>sdellafera@csglaw.com<br>mwernick@csglaw.com<br><br>- and -<br><br>Aaron A. Romney, Esq.<br>James M. Moriarty, Esq.<br>**ZEISLER & ZEISLER PC**<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06604<br>(203) 368-4234<br>aromney@zeislaw.com<br>jmoriarty@zeislaw.com |

Dated:  March 24, 2023
      Roseland, New Jersey

/s/ Lee Vartan
Lee Vartan
New York State Bar No. 4288296
lvartan@csglaw.com
Sam Della Fera, Jr.
New Jersey State Bar No. 023701992
sdellafera@csglaw.com
*admitted pro hac vice*
Melissa F. Wernick
New Jersey State Bar No. 033642010
mwernick@csglaw.com
*admitted pro hac vice*

3

**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
*Attorneys for Mei Guo, HK International Funds Investments (USA) Limited, LLC, Lee Vartan, Esq., and Chiesa Shahinian & Giantomasi PC*

Aaron A. Romney (ct28144)
aromney@zeislaw.com
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone:  (203) 368-4234
Facsimile:  (203) 368-5485
*Local Counsel for Mei Guo, HK International Funds Investments (USA) Limited, LLC, Lee Vartan, Esq., and Chiesa Shahinian & Giantomasi PC*

4

## CERTIFICATION OF SERVICE

I hereby certify that on this 24th day of March 2023, a copy of foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: March 24, 2023
      Roseland, New Jersey

/s/ Lee Vartan
Lee Vartan
New York State Bar No. 4288296
lvartan@csglaw.com
Sam Della Fera, Jr.
New Jersey State Bar No. 023701992
sdellafera@csglaw.com
*admitted pro hac vice*
Melissa F. Wernick
New Jersey State Bar No. 033642010
mwernick@csglaw.com
*admitted pro hac vice*
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
*Attorneys for Mei Guo, HK International Funds Investments (USA) Limited, LLC, Lee Vartan, Esq., and Chiesa Shahinian & Giantomasi PC*

Aaron A. Romney (ct28144)
aromney@zeislaw.com
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5485
*Local Counsel for Mei Guo, HK International Funds Investments (USA) Limited, LLC, Lee Vartan, Esq., and Chiesa Shahinian & Giantomasi PC*

5

4870-6225-4169.v1