**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, | Case No: 22-50073 (JAM) |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance in the above-captioned Chapter 11 case on behalf of **HK International Funds Investments (USA) Limited, LLC and Mei Guo, a party in interest**. Pursuant to and in accordance with the Bankruptcy Code, and the Federal Rules of Bankruptcy Procedure, including without limitation, Rules 2002, 3017, 9007 and 9010, the undersigned demands that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the address set forth below:

> Melissa Wernick, Esq. (*admitted pro hac vice*)
> CHIESA SHAHINIAN & GIANTOMASI PC
> 105 Eisenhower Parkway
> Roseland, NJ 07068
> Telephone: (973) 530-2157
> Facsimile: (973) 325-1501
> Email: mwernick@csglaw.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes the notices and papers referred to in the Bankruptcy Rules specified above and also includes, without limitation, notices of any orders, plans, disclosure statements, operating reports, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought

before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated at Roseland, New Jersey, this 26th day of March 2023.

By: */s/ Melissa F. Wernick*
Melissa F. Wernick (*admitted pro hac vice*)
CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 530-2157
Facsimile: (973) 325-1501
Email: mwernick@csglaw.com

Aaron A. Romney (ct28144)
James M. Moriarty (ct21876)
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
aromney@zeislaw.com
jmoriarty@zeislaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 26, 2023, a copy of the within Notice of Appearance and Request for Service of Papers was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                */s/ Melissa F. Wernick*
                Melissa F. Wernick (*admitted pro hac vice*)
                CHIESA SHAHINIAN & GIANTOMASI PC
                105 Eisenhower Parkway
                Roseland, NJ 07068
                Telephone: (973) 530-2157
                Facsimile: (973) 325-1501
                Email: mwernick@csglaw.com