AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

| | FOR COURT USE ONLY |
|---|---|
| | DUE DATE: |

*Please Read Instructions:*

| 1. NAME Patrick M. Birney | 2. PHONE NUMBER (860) 275-8275 | 3. DATE 3/24/2023 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL pbirney@rc.com | 5. CITY Hartford | 6. STATE CT | 7. ZIP CODE 06103 |

| 8. CASE NUMBER 22-50073 | 9. JUDGE Judge Julie A. Manning | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 3/23/2023 | 11. TO 3/23/2023 |

| 12. CASE NAME Ho Wan Kwok | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY Bridgeport | 14. STATE Connecticut |

15. ORDER FOR

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☒ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | | DATE(S) | PORTION(S) | | DATE(S) |
|---|---|---|---|---|---|
| ☐ | VOIR DIRE | | ☐ | TESTIMONY (Specify Witness) | |
| ☐ | OPENING STATEMENT (Plaintiff) | | | | |
| ☐ | OPENING STATEMENT (Defendant) | | | | |
| ☐ | CLOSING ARGUMENT (Plaintiff) | | ☐ | PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ | CLOSING ARGUMENT (Defendant) | | | | |
| ☐ | OPINION OF COURT | | | | |
| ☐ | JURY INSTRUCTIONS | | ☒ | OTHER (Specify) | |
| ☐ | SENTENCING | | Hearing | | 3/23/2023 |
| ☐ | BAIL HEARING | | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES 1 | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE /s/ Patrick M. Birney | PROCESSED BY       P.E. | |
| 19. DATE 3/24/2023 | PHONE NUMBER       203-579-5808 | |

| TRANSCRIPT TO BE PREPARED BY Fiore Reporting and Transcription | COURT ADDRESS U.S. Bankruptcy Court 915 Lafayette Blvd. Bridgeport, CT  06604 | |
|---|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF CONNECTICUT**

**Honorable Julie A. Manning**

**Thursday March 23 2023**

Current as of 03/23/2023, 10:02 am

---

11:00 AM        22-50073 Ch: 11      Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC

**Matter:**      **#1465; Motion to Quash Subpoena from Trustee Filed by Richard N Freeth on behalf of Jiaming Liu, Interested Party**

---

11:00 AM        22-50073 Ch: 11      Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC

**Matter:**      **#1487; Objection and Cross Motion to Compel**

---

11:00 AM        22-50073 Ch: 11      Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC

**Matter:**      **#1496; Application to Employ Pallas Partners LLP as United Kingdom Solicitors Filed by Luc A. Despins on behalf of Luc A. Despins, Chapter 11 Trustee**

---

11:00 AM        22-50073 Ch: 11      Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC

**Matter:**      **#1541; Motion to Quash Subpoena Filed by Richard N Freeth on behalf of Himalaya Investment LLC, Interested Party**

---

11:00 AM        22-50073 Ch: 11      Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC

**Matter:**      **#1576; Objection and Cross-Motion to Compel Filed by Patrick R. Linsey on behalf of Luc A. Despins Chapter 11 Trustee,**

---

11:30 AM        22-05003            HK International Funds Investments (USA) Limited, v. Despins

Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC

**Matter:**      **#154; Motion to Extend Time to Respond to Preliminary Injunction Order to March 27, 2023 Filed by Aaron Romney on behalf of Mei Guo, HK International Funds Investments (USA) Limited, LLC, Counter-Defendant, Plaintiff**

---

**22-05003** HK International Funds Investments (USA) Limited, v. Despins
**Case type:** ap **Related bankruptcy:** 22-50073 **Judge:** Julie A. Manning
**Date filed:** 04/11/2022 **Date of last filing:** 03/27/2023

# Parties

| | | |
|---|---|---|
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*Added: 09/08/2022*<br>*(Counter-Claimant)* | represented by | **Nicholas A. Bassett**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1700<br>202-551-1705 (fax)<br>nicholasbassett@paulhastings.com<br>*Assigned: 03/08/23* |
| | | **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 09/23/22* |
| | | **Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>*Assigned: 10/14/22* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*Added: 09/08/2022*<br>*(Defendant)* | represented by | **James C. Graham**<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203)821-2000<br>(203)821-2009 (fax)<br>jgraham@npmlaw.com<br>*Assigned: 08/17/22* |
| | | **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 07/29/22* |
| | | **Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>*Assigned: 10/14/22* |
| **Mei Guo**<br>*Added: 09/23/2022*<br>*(Counter-Defendant)* | represented by | **John L. Cesaroni**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>jcesaroni@zeislaw.com<br>*Assigned: 10/19/22* |
| | | **Melissa I Falk Wernick**<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>973-530-2157<br>973-530-2357 (fax)<br>mwernick@csglaw.com<br>*Assigned: 03/10/23* |
| | | **James M. Moriarty**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>Bridgeport, CT 06604<br>203-368-4234<br>203-549-0907 (fax)<br>jmoriarty@zeislaw.com<br>*Assigned: 10/19/22* |
| | | **Aaron Romney**<br>Zeisler & Zeisler PC |

10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 10/18/22*

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-530-2107
973-530-2307 (fax)
lvartan@csglaw.com
*Assigned: 02/01/23*

**HK International Funds Investments (USA) Limited, LLC**
*Added: 09/23/2022*
*(Counter-Defendant)*

represented by

**John L. Cesaroni**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
jcesaroni@zeislaw.com
*Assigned: 09/29/22*

**Melissa I Falk Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-530-2157
973-530-2357 (fax)
mwernick@csglaw.com
*Assigned: 03/10/23*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
*Assigned: 11/29/22*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 09/29/22*

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-530-2107
973-530-2307 (fax)
lvartan@csglaw.com
*Assigned: 03/10/23*

**HK International Funds Investments (USA) Limited, LLC**
*Added: 04/11/2022*
*(Plaintiff)*

represented by

**John L. Cesaroni**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
jcesaroni@zeislaw.com
*Assigned: 08/09/22*

**Melissa I Falk Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-530-2157
973-530-2357 (fax)
mwernick@csglaw.com
*Assigned: 03/26/23*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
*Assigned: 10/03/22*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor

Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 04/11/22*

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-530-2107
973-530-2307 (fax)
lvartan@csglaw.com
*Assigned: 02/01/23*

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
SSN / ITIN: 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
*Added: 04/11/2022*
*TERMINATED: 07/29/2022*
*(Defendant)*
PRO SE

**Pacific Alliance Asia Opportunity Fund L.P.**
*Added: 04/11/2022*
*TERMINATED: 08/26/2022*
*(Defendant)*

represented by

**Patrick M. Birney**
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8200
(860) 275-8299 (fax)
pbirney@rc.com
*Assigned: 05/06/22*
*TERMINATED: 08/26/22*

**Peter Friedman**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5302
pfriedman@omm.com
*Assigned: 06/07/22*
*TERMINATED: 08/26/22*

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
202-326-2293
ssarnoff@omm.com
*Assigned: 06/07/22*
*TERMINATED: 08/26/22*

**RCI Bridgeport, LLC**
c/o Sabato P. Fiano, Esq.
Zeldes Needle & Cooper, P.C.
1000 Lafayette Blvd., 7th Floor
Bridgeport, CT 06604
203-333-9441
sfiano@znclaw.com
*Added: 03/27/2023*
*(Interested Party)*

represented by

**Sabato P. Fiano**
Zeldes, Needle & Cooper PC
1000 Lafayette Boulevard, Suite 500
Bridgeport, CT 06601
(203) 332-5791
(203) 333-1489 (fax)
sfiano@znclaw.com
*Assigned: 03/27/23*

**22-50073** Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 03/27/2023

# Parties

| | | |
|---|---|---|
| **BakerHostetler**<br>*Added: 10/07/2022*<br>*(Interested Party)* | represented by | **Kellianne Baranowsky**<br>Green & Sklarz LLC<br>One Audubon Street<br>3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>203-823-4546 (fax)<br>kbaranowsky@gs-lawfirm.com<br>*Assigned: 10/14/22* |
| | | **Lawrence S. Grossman**<br>Green & Sklarz LLC<br>One Audubon Street<br>Third Floor<br>New Haven, CT 06511<br>203-285-8545<br>LGrossman@gs-lawfirm.com<br>*Assigned: 10/12/22* |
| | | **Andrew V. Layden**<br>BakerHostetler<br>200 South Orange Avenue<br>Suite 2300<br>Orlando, FL 32801<br>407-649-4070<br>407-841-0168 (fax)<br>alayden@bakerlaw.com<br>*Assigned: 10/12/22*<br>*LEAD ATTORNEY* |
| | | **Danielle L. Merola**<br>BakerHostetler<br>200 South Orange Avenue<br>Suite 2300<br>Orlando, FL 32801<br>407-649-4092<br>dmerola@bakerlaw.com<br>*Assigned: 10/13/22*<br>*LEAD ATTORNEY* |
| | | **Jeffrey M. Sklarz**<br>Green & Sklarz LLC<br>One Audubon Street<br>3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>203-823-4546 (fax)<br>jsklarz@gs-lawfirm.com<br>*Assigned: 10/07/22* |
| **Bravo Luck Limited**<br>P.O. Box 957<br>Offshore Incorporations Centre<br>Road Town<br>Tortola<br>British Virgin Islands<br>*Added: 01/04/2023*<br>*(Interested Party)* | represented by | **Francis J. Lawall**<br>Troutman Pepper Hamilton Sanders LLP<br>3000 Two Logan Square<br>18th & Arch Street<br>Philidelphia, PA 19103-2799<br>(215) 981-4000<br>(215) 981-4750 (fax)<br>francis.lawall@troutman.com<br>*Assigned: 01/06/23*<br>*LEAD ATTORNEY* |
| | | **Francis J. Lawall**<br>Troutman Pepper Hamilton Sanders LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br>215-981-4000<br>215-981-4750 (fax)<br>francis.lawall@troutman.com<br>*Assigned: 01/06/23*<br>*LEAD ATTORNEY* |
| | | **Marcy J. McLaughlin Smith**<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Washington, DE 19801<br>302-777-6535<br>302-421-8390 (fax)<br>marcy.smith@troutman.com<br>*Assigned: 01/17/23*<br>*LEAD ATTORNEY* |
| | | **David M.S. Shaiken**<br>Shipman, Shaiken & Schwefel, LLC<br>433 South Main Street |

Suite 319
West Hartford, CT 06110
860-606-1703
866-431-3248 (fax)
david@shipmanlawct.com
*Assigned: 01/04/23*

**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
617-856-8200
tfeinsmith@brownrudnick.com
*Added: 07/13/2022*
*(Creditor)*

represented by

**Tristan G. Axelrod**
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
617-856-8456
617-289-0522 (fax)
taxelrod@brownrudnick.com
*Assigned: 08/12/22*
*LEAD ATTORNEY*

**William R. Baldiga**
Brown, Rudnik, Freed & Gesmer
One Financial Center
Boston, MA 02111
(617) 330-9000
617-289-0420 (fax)
wbaldiga@brownrudnick.com
*Assigned: 08/05/22*

**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
617-856-8200
tfeinsmith@brownrudnick.com
*Added: 04/29/2022*
*(Debtor's Attorney)*

**Charmoy & Charmoy, LLC**
Scott M. Charmoy, Esq.
1465 Post Road East,
Suite 100
06880, CT 06880
*Added: 02/16/2023*
*(Attorney)*

represented by

**Scott M. Charmoy**
Charmoy & Charmoy
1465 Post Road East
Suite 100
Westport, CT 06880
(203) 255-8100
203-255-8101 (fax)
scottcharmoy@charmoy.com
*Assigned: 02/16/23*

**Logan Cheng**
c/o Randazza Legal Group, PLLC
100 Pearl Street
14th Floor
Hartford, CT 06103
*Added: 02/17/2022*
*(Creditor)*

represented by

**Jay Marshall Wolman**
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
702-420-2001
jmw@randazza.com
*Assigned: 02/17/22*

**Chiesa Shahinian & Giantomasi PC**
105 Eisenhower Parkway
Roseland, NJ 07068
*Added: 03/24/2023*
*(Interested Party)*

represented by

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-530-2107
973-530-2307 (fax)
lvartan@csglaw.com
*Assigned: 03/24/23*

**Chao-Chih Chiu**
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367
*Added: 05/02/2022*
*(Creditor)*

**Cohn Birnbaum & Shea, P.C.**
*Added: 08/12/2022*
*(Attorney)*

represented by

**Scott D. Rosen**
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103-4500
(860) 493-2200
860-727-0361 (fax)
srosen@cb-shea.com
*Assigned: 08/12/22*

**Gregory A. Coleman**
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839
*Added: 10/04/2022*
*(Consultant)*

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*Added: 07/08/2022*
*(Chapter 11 Trustee)*

represented by

**Douglass E. Barron**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6690
212-230-7690 (fax)
douglassbarron@paulhastings.com
*Assigned: 07/22/22*
*LEAD ATTORNEY*

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036
202-551-1700
202-551-1705 (fax)
nicholasbassett@paulhastings.com
*Assigned: 07/22/22*
*LEAD ATTORNEY*

**G. Alexander Bongartz**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6472
212-303-7072 (fax)
alexbongartz@paulhastings.com
*Assigned: 08/04/22*
*LEAD ATTORNEY*

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
212-230-7771 (fax)
lucdespins@pauhastings.com
*Assigned: 07/22/22*
*LEAD ATTORNEY*

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*Assigned: 07/12/22*

**James C. Graham**
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
(203)821-2000
(203)821-2009 (fax)
jgraham@npmlaw.com
*Assigned: 07/20/22*

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
plinsey@npmlaw.com
*Assigned: 07/11/22*

**Avram Emmanuel Luft**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6079
212-303-7079 (fax)
aviluft@paulhastings.com
*Assigned: 07/22/22*
*LEAD ATTORNEY*

**Lucas Bennett Rocklin**
Neubert, Pepe, Monteith, P.C.
195 Church Street,13th Floor
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
lrocklin@npmlaw.com
*Assigned: 07/15/22*

**Douglas S. Skalka**
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
(203) 821-2000
203-821-2009 (fax)
dskalka@npmlaw.com
*Assigned: 07/14/22*

**Dundon Advisers LLC**
10 Bank Street, Suite 1100
White Plains, NY 10606
*Added: 10/04/2022*
*(Other Prof.)*

**Epiq Corporate Restructuring, LLC**
777 Third Avenue
12th Floor
New York, NY 10017

*Added: 01/20/2023*
*(Claims/Noticing Agent)*

| | | |
|---|---|---|
| **Genever Holdings Corporation**<br>P.O. Box 3170<br>Road Town Tortola<br>British Virgin Islands<br>*Added: 11/02/2022*<br>*(Debtor)* | represented by | **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 01/17/23* |
| | | **Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>*Assigned: 11/02/22* |
| **Genever Holdings LLC**<br>781 Fifth Avenue<br>Apt. 1801<br>New York, NY 10022-5520<br>Tax ID / EIN: 47-3338202<br>*Added: 11/22/2022*<br>*(Debtor)* | represented by | **J. Ted Donovan**<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036<br>(212)-221-5700<br>212-422-6836 (fax)<br>TDonovan@GWFGlaw.com<br>*Assigned: 11/22/22*<br>*LEAD ATTORNEY* |
| | | **Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 01/17/23* |
| | | **Kevin J. Nash**<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036<br>(212)-301-6944<br>(212) 422-6836 (fax)<br>kjnash@gwfglaw.com<br>*Assigned: 11/22/22*<br>*LEAD ATTORNEY* |
| | | **Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>*Assigned: 11/22/22*<br>*LEAD ATTORNEY* |
| **Genever Holdings LLC**<br>781 Fifth Avenue<br>Apt. 1801<br>New York, NY 10022-5520<br>Tax ID / EIN: 47-3338202<br>*Added: 11/07/2022*<br>*(Interested Party)* | | |
| **Golden Spring (New York) LTD**<br>*Added: 03/28/2022*<br>*(Interested Party)*<br>PRO SE | represented by | **Timothy D. Miltenberger**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103<br>860-493-2200<br>tmiltenberger@cbshealaw.com<br>*Assigned: 03/31/22*<br>*TERMINATED: 08/17/22* |
| | | **Scott D. Rosen**<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street<br>12th Floor<br>Hartford, CT 06103-4500<br>(860) 493-2200<br>860-727-0361 (fax)<br>srosen@cb-shea.com<br>*Assigned: 03/28/22*<br>*TERMINATED: 08/17/22* |
| **Greenwich Land, LLC**<br>*Added: 10/20/2022*<br>*(Interested Party)* | represented by | **Evan S. Goldstein**<br>Updike, Kelly & Spellacy, P.C.<br>Goodwin Square |

225 Asylum Street
Ste 20th Floor
Hartford, CT 06103
860-548-2609
860-548-2680 (fax)
egoldstein@uks.com
*Assigned: 10/20/22*

**Baosheng Guo**
*Added: 06/03/2022*
*(Creditor)*

**Mei Guo**
*Added: 05/10/2022*
*(Interested Party)*

represented by

**Daniel D. Barnes**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
9733251500
dbarnes@csglaw.com
*Assigned: 01/13/23*
*LEAD ATTORNEY*

**Patricia B. Bergamasco**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-325-1500
973-530-2316 (fax)
Pbergamasco@csglaw.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**John L. Cesaroni**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
jcesaroni@zeislaw.com
*Assigned: 05/10/22*

**Sam Della Fera, Jr**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-530-2076
sdellafera@csglaw.com
*Assigned: 03/10/23*

**Melissa I Falk Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-530-2157
973-530-2357 (fax)
mwernick@csglaw.com
*Assigned: 03/26/23*

**Sam Della Fera, Jr.**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-325-1500
sdellafera@csglaw.com
*Assigned: 01/13/23*
*LEAD ATTORNEY*

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com
*Assigned: 05/10/22*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
*Assigned: 10/31/22*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 05/10/22*

|  |  | **Lee Vartan**<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ 07052<br>973-530-2107<br>973-530-2307 (fax)<br>lvartan@csglaw.com<br>*Assigned: 01/13/23*<br>*LEAD ATTORNEY* |

**Melissa F. Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
United States
973-325-1500
mwernick@csglaw.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**HCHK Property Management, Inc.**
500 West Putnam Avenue
Suite 400, #171
Greenwich, CT 06830
*Added: 12/26/2022*
*(Interested Party)*

represented by

**Sari B. Placona**
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
United States
9737215030
splacona@msbnj.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Sari Blair Placona**
McManimon Scotland & Baumann, LLC
75 Livingston Avenue
Suite 201
Roseland, NJ 07068
973-622-1800
splacona@msbnj.com
*Assigned: 02/28/23*

**Anthony Sodono, III**
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
(973) 721-5038
asodono@msbnj.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Scott M. Charmoy**
Charmoy & Charmoy
1465 Post Road East
Suite 100
Westport, CT 06880
(203) 255-8100
203-255-8101 (fax)
scottcharmoy@charmoy.com
*Assigned: 12/26/22*
*TERMINATED: 02/22/23*

**HCHK Technologies, Inc.**
3 Columbus Circle
20th Floor
New York, NY 10019
*Added: 12/26/2022*
*(Interested Party)*

represented by

**Sari B. Placona**
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
United States
9737215030
splacona@msbnj.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Sari Blair Placona**
McManimon Scotland & Baumann, LLC
75 Livingston Avenue
Suite 201
Roseland, NJ 07068
973-622-1800
splacona@msbnj.com
*Assigned: 02/28/23*

**Anthony Sodono, III**
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
(973) 721-5038
asodono@msbnj.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Scott M. Charmoy**
Charmoy & Charmoy
1465 Post Road East
Suite 100
Westport, CT 06880
(203) 255-8100
203-255-8101 (fax)
scottcharmoy@charmoy.com

*Assigned: 12/26/22*
*TERMINATED: 02/22/23*

**HK International Funds Investments (USA) Limited, LLC**
*Added: 04/11/2022*
*(Interested Party)*

represented by

**Daniel D. Barnes**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
9733251500
dbarnes@csglaw.com
*Assigned: 01/13/23*
*LEAD ATTORNEY*

**Patricia B. Bergamasco**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-325-1500
973-530-2316 (fax)
Pbergamasco@csglaw.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Christopher H. Blau**
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
203-368-4234
203-549-0889 (fax)
cblau@zeislaw.com
*Assigned: 12/09/22*

**John L. Cesaroni**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
jcesaroni@zeislaw.com
*Assigned: 11/22/22*

**Sam Della Fera, Jr**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-530-2076
sdellafera@csglaw.com
*Assigned: 03/10/23*

**Melissa I Falk Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-530-2157
973-530-2357 (fax)
mwernick@csglaw.com
*Assigned: 03/26/23*

**Sam Della Fera, Jr.**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-325-1500
sdellafera@csglaw.com
*Assigned: 01/13/23*
*LEAD ATTORNEY*

**Eric A. Henzy**
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-5495
203-549-0861 (fax)
ehenzy@zeislaw.com
*Assigned: 07/22/22*

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com
*Assigned: 04/11/22*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
*Assigned: 10/31/22*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 04/11/22*

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-530-2107
973-530-2307 (fax)
lvartan@csglaw.com
*Assigned: 01/13/23*
*LEAD ATTORNEY*

**Melissa F. Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
United States
973-325-1500
mwernick@csglaw.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Himalaya Investment LLC**
7424 E Blackrock Rd
SCOTTSDALE, AZ 85255
*Added: 03/13/2023*
*(Interested Party)*

represented by

**Richard N Freeth**
Richard N. Freeth
260 Madison Ave.
8th Floor
New York, NY 10016
917-775-7082
rfreeth@freethfirm.com
*Assigned: 03/13/23*

**Ivey, Barnum & O'Mara LLC**
Ivey, Barnum & O'Mara LLC
170 Mason Street
Greenwich, CT 06830
United States
2036616000
*Added: 01/06/2023*
*(Interested Party)*

represented by

**Stephen G. Walko**
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830-6692
203-661-6000
203-661-9462 (fax)
swalko@ibolaw.com
*Assigned: 01/06/23*

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
SSN / ITIN: 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
*Added: 02/15/2022*
*(Debtor)*

represented by

**John L. Cesaroni**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
jcesaroni@zeislaw.com
*Assigned: 07/14/22*

**Eric A. Henzy**
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-5495
203-549-0861 (fax)
ehenzy@zeislaw.com
*Assigned: 07/14/22*

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com
*Assigned: 07/14/22*

**Aaron A Mitchell**
Lawall & Mitchell, LLC
55 Madison Ave
Suite 400
Morristown, NJ 07960
973-285-3280
aaron@lmesq.com
*Assigned: 07/11/22*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
*Assigned: 07/20/22*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 07/14/22*

**Kenneth Aulet**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
kaulet@brownrudnick.com
*Assigned: 04/26/22*
*TERMINATED: 08/02/22*
*LEAD ATTORNEY*

**William Baldiga**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
New York
212-209-4800
212-209-4801 (fax)
wbaldiga@brownrudnick.com
*Assigned: 03/01/22*
*TERMINATED: 08/02/22*
*LEAD ATTORNEY*

**William R. Baldiga**
Brown, Rudnik, Freed & Gesmer
One Financial Center
Boston, MA 02111
(617) 330-9000
617-289-0420 (fax)
wbaldiga@brownrudnick.com
*Assigned: 03/09/22*
*TERMINATED: 08/02/22*

**Andrew M. Carty**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
acarty@brownrudnick.com
*Assigned: 04/15/22*
*TERMINATED: 08/02/22*
*LEAD ATTORNEY*

**Jeffrey L Jonas**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
2122094800
212-209-4801 (fax)
jjonas@brownrudnick.com
*Assigned: 04/21/22*
*TERMINATED: 08/02/22*
*LEAD ATTORNEY*

**Dylan Kletter**
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103
860-509-6500
dkletter@brownrudnick.com
*Assigned: 02/15/22*
*TERMINATED: 08/02/22*

**Bennett Silverberg**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
bsilverberg@brownrudnick.com
*Assigned: 03/01/22*
*TERMINATED: 08/02/22*
*LEAD ATTORNEY*

**Lawall & Mitchell, LLC**
55 Madison Avenue
Suite 400
Morristown, NJ 07960
973-285-3280
aaron@lmesq.com
*Added: 02/08/2023*
*(Debtor's Attorney)*

represented by

**Aaron A Mitchell**
Lawall & Mitchell, LLC
55 Madison Ave
Suite 400
Morristown, NJ 07960
973-285-3280
aaron@lmesq.com
*Assigned: 02/08/23*

**Lexington Property and Staffing, Inc.**
750 Lexington Avenue

represented by

**Sari B. Placona**
McManimon, Scotland & Baumann, LLC

8th Floot
New York, NY 10022
*Added: 12/26/2022*
*(Interested Party)*

75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
United States
9737215030
splacona@msbnj.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Sari Blair Placona**
McManimon Scotland & Baumann, LLC
75 Livingston Avenue
Suite 201
Roseland, NJ 07068
973-622-1800
splacona@msbnj.com
*Assigned: 02/28/23*

**Anthony Sodono, III**
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
(973) 721-5038
asodono@msbnj.com
*Assigned: 02/23/23*
*LEAD ATTORNEY*

**Scott M. Charmoy**
Charmoy & Charmoy
1465 Post Road East
Suite 100
Westport, CT 06880
(203) 255-8100
203-255-8101 (fax)
scottcharmoy@charmoy.com
*Assigned: 12/26/22*
*TERMINATED: 02/22/23*

**Jiaming Liu**
*Added: 02/20/2023*
*(Interested Party)*

represented by

**Richard N Freeth**
Richard N. Freeth
260 Madison Ave.
8th Floor
New York, NY 10016
917-775-7082
rfreeth@freethfirm.com
*Assigned: 02/20/23*

**Rui Ma**
*Added: 03/15/2022*
*(20 Largest Creditor)*

represented by

**Carollynn H.G. Callari**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
ccallari@callaripartners.com
*Assigned: 03/16/22*
*LEAD ATTORNEY*

**David S. Forsh**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
dforsh@callaripartners.com
*Assigned: 03/17/22*
*LEAD ATTORNEY*

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601
203-330-2198
203-259-0251 (fax)
kmayhew@pullcom.com
*Assigned: 03/15/22*

**Peter J. Zarella**
McElroy, Deutsch, Mulvaney & Carpenter,
One State Street, 14th floor
Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
*Assigned: 03/22/22*

**Bonnie C. Mangan**
Law Office Bonnie C. Mangan, PC.
Westview Office Park
1050 Sullivan Avneu
Suite A3
South Windsor, CT 06074
860-644-4204
860-644-4934 (fax)
bonnie.mangan@manganlaw.com
*Added: 02/17/2023*
*(Requested Notice)*

represented by

**Bonnie C. Mangan**
The Law Office of Bonnie C. Mangan, P.C.
1050 Sullivan Avenue, Suite A3
Westview Office Park
South Windsor, CT 06074
(860) 644-4204
860-644-4934 (fax)
bonnie.mangan@manganlaw.com
*Assigned: 02/17/23*

**Weican Meng**
*Added: 03/15/2022*
*(20 Largest Creditor)*

represented by

**Carollynn H.G. Callari**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
ccallari@callaripartners.com
*Assigned: 03/16/22*
*LEAD ATTORNEY*

**David S. Forsh**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
dforsh@callaripartners.com
*Assigned: 03/17/22*
*LEAD ATTORNEY*

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601
203-330-2198
203-259-0251 (fax)
kmayhew@pullcom.com
*Assigned: 03/15/22*

**Peter J. Zarella**
McElroy, Deutsch, Mulvaney & Carpenter,
One State Street, 14th floor
Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
*Assigned: 03/22/22*

**Hing Chi Ngok**
*Added: 09/15/2022*
*(Interested Party)*

represented by

**Evan S. Goldstein**
Updike, Kelly & Spellacy, P.C.
Goodwin Square
225 Asylum Street
Ste 20th Floor
Hartford, CT 06103
860-548-2609
860-548-2680 (fax)
egoldstein@uks.com
*Assigned: 09/15/22*

**Official Committee of Unsecured Creditors**
*Added: 04/05/2022*
*(Creditor Committee)*

represented by

**Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604
203-330-2000
203-576-8888 (fax)
igoldman@pullcom.com
*Assigned: 04/05/22*

**Jonathan Kaplan**
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
860-424-4379
860-424-4370 (fax)
jkaplan@pullcom.com
*Assigned: 04/05/22*

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601
203-330-2198
203-259-0251 (fax)
kmayhew@pullcom.com
*Assigned: 12/05/22*

**Pacific Alliance Asia Opportunity Fund L.P.**
*Added: 02/24/2022*
*(20 Largest Creditor)*

represented by

**Laura Aronsson**
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
212-728-5841
laronsson@omm.com
*Assigned: 04/08/22*
*LEAD ATTORNEY*

**Patrick M. Birney**
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8200
(860) 275-8299 (fax)
pbirney@rc.com
*Assigned: 02/24/22*

**Peter Friedman**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5302
pfriedman@omm.com
*Assigned: 02/25/22*
*LEAD ATTORNEY*

**Mia N. Gonzalez**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-728-5698
mgonzalez@omm.com
*Assigned: 04/08/22*
*LEAD ATTORNEY*

**David V. Harbach, II**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5127
dharbach@omm.com
*Assigned: 02/25/22*
*LEAD ATTORNEY*

**Sara Pahlavan**
O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
415-984-8953
spahlavan@omm.com
*Assigned: 05/05/22*
*LEAD ATTORNEY*

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
202-326-2293
ssarnoff@omm.com
*Assigned: 02/25/22*
*LEAD ATTORNEY*

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
860-275-8325
860-275-8299 (fax)
asmith@rc.com
*Assigned: 02/24/22*

**Paul Hastings LLP**
200 Park Avenue
New York, NY 10166
*Added: 01/24/2023*
*(Debtor's Attorney)*

**Pullman & Comley, LLC**
850 Main Street
Bridgeport, CT 06601
(203)
*Added: 04/29/2022*
*(Creditor Committee)*

represented by    **Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604
203-330-2000
203-576-8888 (fax)
igoldman@pullcom.com
*Assigned: 01/13/23*

**Chong Shen Raphanella**
*Added: 06/24/2022*
*(Creditor)*

represented by    **Thomas J. Sansone**
Carmody Torrance Sandak & Hennessey LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
(203) 784-3100
203-784-3199 (fax)
tsansone@carmodylaw.com
*Assigned: 06/24/22*

**Michael S. Weinstein**
Golenbock Eiseman Assor Bell & Peskoe LL
711 Third Avenue
New York, NY 10017
212-907-7347
212-754-0330 (fax)
mweinstein@golenbock.com
*Assigned: 07/22/22*
*LEAD ATTORNEY*

**Leonard Scudder**
c/o Keith Costa, Esq.

represented by    **Keith N. Costa**
Barclay Damon LLP

Barclay Damon LLP
545 Long Wharf Drive, 9th
9th Fl
New Haven, CT 06514
212-784-5818
212-784-5769 (fax)
kcosta@barclaydamon.com
*Added: 03/15/2023*
*(Interested Party)*

1270 Avenue of The Americas
Suite 501
New York, NY 10020
212-784-5818
212-784-5769 (fax)
kcosta@otterbourg.com
*Assigned: 03/15/23*

**Stretto**
410 Exchange, Suite 100
Irvine, CA 92602
800-634-7734
ecf@cases-cr.stretto-services.com;aw01@ecfcbis.com;pacerpleadings@stretto.com
*Added: 03/21/2022*
*(Claims/Noticing Agent)*

**The Sherry-Netherland, Inc.**
781 Fifth Avenue
New York, NY 10022-1046
*Added: 11/23/2022*
*(Creditor)*

represented by

**Taruna Garg**
Murtha Cullina LLP
107 Elm Street
Four Stamford Plaza
Suite 1101
Stamford, CT 06902
203-653-5400
203-653-5444 (fax)
tgarg@murthalaw.com
*Assigned: 11/23/22*

**Julie A Lavoie**
Murtha Cullina
280 Trumbull Street
Ste 12th Floor
Hartford, CT 06103
860-240-6035
860-240-5875 (fax)
jlavoie@murthalaw.com
*Assigned: 01/31/23*

**Sherry J. Millman**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
212-806-5400
212-806-6006 (fax)
smillman@stroock.com
*Assigned: 11/29/22*
*LEAD ATTORNEY*

**Patrick N. Petrocelli**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
212-806-6682
212-806-6006 (fax)
ppetrocelli@stroock.com
*Assigned: 11/29/22*
*LEAD ATTORNEY*

**Troy Law, PLLC**
*Added: 08/24/2022*
*(Creditor)*

represented by

**Tiffany Troy**
Troy Legal, PLLC
41-25 Kissena Blvd, #1A
Flushing, NY 11355
718-762-2332
troylegalpllc@gmail.com
*Assigned: 08/24/22*

**Troy Law, PLLC**
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
718-762-1324
troylaw@troypllc.com
*Added: 10/20/2022*
*(Interested Party)*

represented by

**John Troy**
Troy Law, PLLC
41-25 Kissena Blvd., Suite 110
Flushing, NY 11355
718-762-2332
johntroy@troypllc.com
*Assigned: 10/20/22*

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*Added: 02/15/2022*
*(U.S. Trustee)*

represented by

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
(203) 773-2217 (fax)
holley.l.claiborn@usdoj.gov
*Assigned: 02/28/22*

**Steven E. Mackey**
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
*Assigned: 03/22/22*

**UBS AG**
600 Washington Boulevard
Stanford, CT 06901

represented by

**Lisa Fried**
Herbert Smith Freehills New York LLP
450 Lexington Avenue

United States
*Added: 01/24/2023*
*(Interested Party)*

14th Floor
New York, NY 10017
917-542-7600
917-542-7601 (fax)
lisa.fried@hsf.com
*Assigned: 03/06/23*

**Marc Gottridge**
Herbert Smith Freehills New York LLP
450 Lexington Avenue
14th Floor
New York, NY 10017
917-542-7600
917-542-7601 (fax)
marc.gottridge@hsf.com
*Assigned: 01/24/23*

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
lvartan@csglaw.com
*Added: 03/24/2023*
*(Attorney)*

represented by

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-530-2107
973-530-2307 (fax)
lvartan@csglaw.com
*Assigned: 03/24/23*

**Verdolino & Lowey, P.C.**
124 Washington Street
Foxborough, MA 02035
*Added: 08/11/2022*
*(Creditor)*

represented by

**Tristan G. Axelrod**
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
617-856-8456
617-289-0522 (fax)
taxelrod@brownrudnick.com
*Assigned: 08/12/22*
*LEAD ATTORNEY*

**Huizhen Wang**
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367
*Added: 05/02/2022*
*(20 Largest Creditor)*

**Xiaodan Wang**
*Added: 06/24/2022*
*(Creditor)*

represented by

**Thomas J. Sansone**
Carmody Torrance Sandak & Hennessey LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
(203) 784-3100
203-784-3199 (fax)
tsansone@carmodylaw.com
*Assigned: 06/24/22*

**Michael S. Weinstein**
Golenbock Eiseman Assor Bell & Peskoe LL
711 Third Avenue
New York, NY 10017
212-907-7347
212-754-0330 (fax)
mweinstein@golenbock.com
*Assigned: 07/22/22*
*LEAD ATTORNEY*

**Michael S. Weinstein**
*Added: 07/15/2022*
*(Attorney)*

represented by

**Thomas J. Sansone**
Carmody Torrance Sandak & Hennessey LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
(203) 784-3100
203-784-3199 (fax)
tsansone@carmodylaw.com
*Assigned: 07/15/22*

**Williams & Connolly LLP**
Williams & Connolly LLP
680 Maine Ave SW
Washington, DC 20024
202-434-5000
Tax ID / EIN: 52-0851221
*Added: 10/20/2022*
*(Interested Party)*

represented by

**Samuel Bryant Davidoff**
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
202-434-5648
sdavidoff@wc.com
*Assigned: 10/20/22*

**James J. Healy**
Cowdery, Murphy, Dannehy & Healy, LLC
280 Trumbull Street
Hartford, CT 06103
860-278-5555
860-249-0012 (fax)
jhealy@cmdhlaw.com
*Assigned: 10/24/22*

**Yunxia Wu**
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly

Los Angeles, CA 90067
*Added: 05/02/2022*
*(Creditor)*

**Zheng Wu**
*Added: 03/15/2022*
*(Creditor)*

|  |  |
|---|---|
| represented by | **Carollynn H.G. Callari**<br>Law Firm of Callari Partners, LLC<br>One Rockefeller Plaza, 10th Floor<br>New York, NY 10020<br>212-202-3050<br>732-243-0163 (fax)<br>ccallari@callaripartners.com<br>*Assigned: 03/16/22*<br>*LEAD ATTORNEY* |

**David S. Forsh**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
dforsh@callaripartners.com
*Assigned: 03/17/22*
*LEAD ATTORNEY*

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601
203-330-2198
203-259-0251 (fax)
kmayhew@pullcom.com
*Assigned: 03/15/22*

**Peter J. Zarella**
McElroy, Deutsch, Mulvaney & Carpenter,
One State Street, 14th floor
Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
*Assigned: 03/22/22*

**Ning Ye**
*Added: 06/03/2022*
*(Creditor)*

**Rong Zhang**
*Added: 06/24/2022*
*(Creditor)*

|  |  |
|---|---|
| represented by | **Thomas J. Sansone**<br>Carmody Torrance Sandak & Hennessey LLP<br>195 Church Street<br>P.O. Box 1950<br>New Haven, CT 06509-1950<br>(203) 784-3100<br>203-784-3199 (fax)<br>tsansone@carmodylaw.com<br>*Assigned: 06/24/22* |

**Michael S. Weinstein**
Golenbock Eiseman Assor Bell & Peskoe LL
711 Third Avenue
New York, NY 10017
212-907-7347
212-754-0330 (fax)
mweinstein@golenbock.com
*Assigned: 07/22/22*
*LEAD ATTORNEY*

**Yongbing Zhang**
223 West Jackson Bl;vd. #1012
Chicago, IL 60606
*Added: 07/12/2022*
*(Interested Party)*

**Yan Zhao**
*Added: 06/03/2022*
*(Creditor)*

**Keyi Zilkie**
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067
*Added: 05/02/2022*
*(Creditor)*