**<u>Exhibit 2</u>**

Name of Company **WHITECROFT SHORE LIMITED**
Company Number **1969460**

## REGISTER OF MEMBERS

| Full Name | GUO Mei | | | | | | | | | Occupation | Merchant | | Date Entered as a Member | 4/4/2018 |
| Address | 22 South Bay Road Level 1 (Unit B1) Hong Kong | | | | | | | | | | | | Date of Ceasing to be Member | |

| | Shares Acquired | | | | | | | Shares Transferred | | | | | | |
| Date | Certificate Number | Distinctive Nos. | | No. of Shares | Consideration Paid | No. of Transfer Deed | Certificate Number | Distinctive Nos. | | No. of Shares | Consideration Paid | Total Shares Held | Remarks | Entry Made By |
| | | From | To | | | | | From | To | | | | | |
| 4 April 2018 | 1 | 1 | - | 1 | USD1.00 | | | | | | | 1 | Allotment | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

| Full Name | | | | | | | | | | Occupation | | | Date Entered as a Member | |
| Address | | | | | | | | | | | | | Date of Ceasing to be Member | |

| | Shares Acquired | | | | | | | Shares Transferred | | | | | | |
| Date | Certificate Number | Distinctive Nos. | | No. of Shares | Consideration Paid | No. of Transfer Deed | Certificate Number | Distinctive Nos. | | No. of Shares | Consideration Paid | Total Shares Held | Remarks | Entry Made By |
| | | From | To | | | | | From | To | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

| Page No. | -1- | Class of Share | Ordinary | With No Par Value |

PLEASE NOTE: THE ORIGINAL OR COPY OF THIS REGISTER MUST BE KEPT AT THE OFFICE OF THE COMPANY'S REGISTERED AGENT. IF A COPY THEN PLEASE NOTIFY THE REGISTERED AGENT IN WRITING OF THE PHYSICAL ADDRESS OF THE ORIGINAL.

BVI 12