## Exhibit 3

This exhibit has been filed under seal.