**Exhibit 9**

This exhibit has been filed under seal.