## **Exhibit 10**

This exhibit has been filed under seal.