## Exhibit 18

## HUDSON DIAMOND NY LLC

### CONSENT OF SOLE MEMBER WITHOUT A MEETING

The undersigned, being the sole member of Hudson Diamond NY LLC, a New

York limited liability company (the "Company"), does hereby consent that a meeting of the

members of the Company be dispensed with, for the purposes hereof, and does hereby take the

following action by written consent, pursuant to the provisions of Sections 407 of the New York

Limited Liability Company Law:

Adoption of the following resolution:

| | |
|---|---|
| Election of Officer | **RESOLVED**, that Max Krasner shall serve as the Vice President of the Company, until the next meeting of the members and until his successor has been duly elected and has qualified. |
| Facsimile or Electronic Signature | **RESOLVED**, that this consent may be executed by the sole member using a facsimile or other form of electronic signature, in which case the Company is entitled to rely on such signature as conclusive evidence that this consent has been duly executed by such member. |

**IN WITNESS WHEREOF**, this Consent of Sole Member Without a Meeting

was executed on July 17, 2019

HUDSON DIAMOND HOLDING LLC

By:_____

Mei Guo. sole member

087058.00000 Business 18643295v1

HR0010171