## Exhibit 23

*PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. VS. KWOK HO WAN*

---

*DANIEL PODHASKIE*
*December 11, 2019*

---



*Original File 293035B.txt*
*Min-U-Script® with Word Index*

1  SUPREME COURT OF THE STATE OF NEW YORK

2  COUNTY OF NEW YORK
   -----------------------------------------X
3  PACIFIC ALLIANCE ASIA OPPORTUNITY
   FUND L.P.,
4
                        Plaintiff,
5
                - against -
6
   KWOK HO WAN, a/k/a KWOK HO, a/k/a GWO
7  WEN GUI, a/k/a GUO WENGUI, a/k/a GUO
   WEN-GUI, a/k/a WAN GUE HAOYUN, a/k/a
8  MILES KWOK, a/k/a HAOYUN GUO,

9                       Defendant.

10 Index No.: 652077/2017
   -----------------------------------------X
11

12                       605 Third Avenue
                         New York, New York
13
                         December 11, 2019
14                       2:56 p.m.

15

16          VIDEOTAPED EXAMINATION BEFORE TRIAL

17 of DANIEL PODHASKIE, before Melissa Gilmore, a

18 Shorthand Reporter and Notary Public of the

19 State of New York.

20

21

22

23        ELLEN GRAUER COURT REPORTING CO., LLC
              126 East 56th Street, Fifth Floor
24              New York, New York 10022
                      212-750-6434
25                    REF: 293035B

```
 1   A P P E A R A N C E S:

 2

 3   O'MELVENY & MYERS LLP

 4   Attorneys for Plaintiff

 5        7 Times Square

 6        New York, New York 10036

 7   BY:  EDWARD MOSS, ESQ.

 8        STUART SARNOFF, ESQ.

 9        ELI A. GROSSMAN, ESQ.

10        PHONE 212-728-5651

11        E-MAIL emoss@omm.com

12                ssarnoff@omm.com

13                egrossman@omm.com

14

15

16   HODGSON RUSS LLP

17   Attorneys for Defendant

18        605 Third Avenue, Suite 2300

19        New York, New York 10158

20   BY:  JILLIAN MARIE SEARLES, ESQ.

21        PHONE 646-218-7591

22        E-MAIL jsearles@hodgsonruss.com

23

24

25
```

1   A P P E A R A N C E S:  (Cont'd)

2

3   LAWALL & MITCHELL, LLC

4   Attorneys for the Genever Entities

5       55 Madison Avenue

6       Morristown, New Jersey 07960

7   BY:  AARON A. MITCHELL, ESQ.

8       PHONE 914-760-8963

9       E-MAIL aaron@lmesq.com

10

11

12  ALSO PRESENT:

13      YVETTE WANG, Genever

14      DAN MACOM, Videographer

15

16

17

18

19

20

21

22

23

24

25

```
 1   ------------------ I N D E X ------------------

 2   WITNESS              EXAMINATION BY          PAGE

 3   DANIEL PODHASKIE     MR. MOSS                   8

 4                        MR. MITCHELL             119

 5

 6   DIRECTIONS:  PAGE 91, 93

 7

 8

 9   --------------- E X H I B I T S ---------------

10   PODHASKIE           DESCRIPTION            FOR I.D.

11   Exhibit 1           Corporate representative     9

12                       notice for the deposition

13                       of Genever New York

14   Exhibit 2           Notice for the deposition    9

15                       of Genever BVI

16   Exhibit 3           Collection of corporate     20

17                       documents, Bates Stamped

18                       KWOK143 through 194

19   Exhibit 4           Certificate of              55

20                       Registration of Charge

21   Exhibit 5           Notice of Satisfaction or   56

22                       Release of Registered

23                       Charge Pursuant to

24                       Section 165

25
```

```
 1   ------------ E X H I B I T S (Cont'd) -----------

 2   PODHASKIE          DESCRIPTION               FOR I.D.

 3   Exhibit 6          Defendant's Memorandum of    58

 4                      Law in Opposition to

 5                      Plaintiff's Motion for an

 6                      Order of Pre-Judgment

 7                      Attachment

 8   Exhibit 7          Certificate of               65

 9                      Registration of Charge

10   Exhibit 8          Notice of Satisfaction or    69

11                      Release of Registered

12                      Charge

13   Exhibit 9          Declaration of Trust and    103

14                      Agreement

15   Exhibit 10         Letter from Stevenson       112

16                      Wong dated March 4, 2015

17

18

19            (EXHIBITS TO BE PRODUCED)

20

21

22

23

24

25
```

1                     **STIPULATIONS**

2

3                 IT IS HEREBY STIPULATED AND

4   AGREED by and between the attorneys for the

5   respective parties herein that the sealing,

6   and filing be, and the same are hereby

7   waived.

8                  IT IS FURTHER STIPULATED AND

9   AGREED that all objections, except as to the

10   form of the question, shall be reserved to

11   the time of the trial.

12                 IT IS FURTHER STIPULATED AND

13   AGREED that the within deposition may be

14   sworn to and signed before any officer

15   authorized to administer an oath, with the

16   same force and effect as if signed to before

17   the court.

18

19                   - oOo -

20

21

22

23

24

25

```
1              P R O C E E D I N G S

2

3              THE VIDEOGRAPHER:  This is the

4       videotaped deposition of Mr. Daniel T.

5       Podhaskie, taken by the plaintiff in the

6       matter of Pacific Alliance Asia

7       Opportunity Fund L.P. versus Wan, et al.,

8       in the Supreme Court of the State of New

9       York in the County of New York.  The Index

10      Number is 652077/2017.

11              This deposition is being held at the

12      offices of Hodgson Russ, and today's date

13      is December 11, 2019.

14              My name is Dan Macom.  I'm from

15      Ellen Grauer, a U.S. Legal Support

16      Company.

17              Our court reporter today is

18      Ms. Melissa Gilmore, also from Ellen

19      Grauer, a U.S. Legal Support Company.

20              All counsel here today, their

21      appearances will appear on the written

22      record.

23              I will ask at this time that our

24      court reporter please swear in the

25      witness.
```

```
 1   D A N I E L     P O D H A S K I E ,     called as
 2         a witness, having been sworn by a Notary
 3         Public, was examined and testified as
 4         follows:
 5
 6   EXAMINATION BY
 7   MR. MOSS:
 8         Q.    Mr. Podhaskie, you are here as a
 9   corporate representative for two entities; is
10   that correct?
11         A.    Yes.
12         Q.    And one of those entities is Genever
13   Holdings, LLC, right?
14         A.    Correct.
15         Q.    And I'm going to refer to that
16   entity today as Genever New York.  Is that
17   okay?
18         A.    That's fine.
19         Q.    Will you understand what I mean when
20   I say Genever New York that I'm referring to
21   Genever Holdings, LLC?
22         A.    Yes.
23         Q.    And the other entity you are here on
24   behalf of is Genever Holdings Corporation BVI;
25   is that correct?
```

1             PODHASKIE

2      A.    Yes.

3      Q.    And I'm going to refer to that

4  entity as Genever BVI.  Is that okay?

5      A.    That's fine.

6      Q.    And you'll understand that when I'm

7  talking about Genever BVI, I mean Genever

8  Holdings Corporation?

9      A.    I do.

10      Q.    Thank you.

11            I assume there is no reason why you

12  can't give truthful and accurate testimony here

13  today?

14      A.    No.

15            (Podhaskie Exhibit 1, Corporate

16      representative notice for the deposition

17      of Genever New York, marked for

18      identification.)

19            (Podhaskie Exhibit 2, Notice for the

20      deposition of Genever BVI, marked for

21      identification.)

22            THE VIDEOGRAPHER:  We are on the

23      record.  The time is 2:59 p.m.

24      Q.    Mr. Podhaskie, I have handed you

25  what we have marked as Podhaskie 1 and

1                          **PODHASKIE**

2    Podhaskie 2.  Number 1 is the corporate

3    representative notice for the deposition of

4    Genever New York, and Exhibit 2 is the notice

5    for the deposition of Genever BVI.  Is that --

6    is that correct?

7              MR. MITCHELL:  Object to the form of

8         the question.

9         A.    (Document review.)  Exhibit 1 is a

10   deposition notice to Genever New York and

11   Exhibit 2 is a deposition notice to Genever

12   BVI, as you previously defined them.

13        Q.    Great.  Thank you.

14              Now, if you can take a look, please,

15   we can start with Exhibit 1.  Please take a

16   look at the last page of that exhibit.

17              And do you see that there are five

18   deposition topics?

19        A.    Yes.

20        Q.    Are you prepared to testify on those

21   five topics today?

22        A.    Yes.

23        Q.    And if you can please take a look at

24   Exhibit 2, at the last page of that exhibit, do

25   you see that there are five deposition topics

1                          PODHASKIE

2    on that page?

3         A.    Yes.

4         Q.    Are you prepared to testify on those

5    five deposition topics today?

6         A.    Yes.

7         Q.    What did you do to prepare to

8    testify on behalf of Genever New York and

9    Genever BVI on these topics that we just

10   covered?

11              MR. MITCHELL:  Object to the form of

12        the question.

13              You can answer.

14        A.    I reviewed each one of these

15   deposition notices and the topics that were

16   designated.  I reviewed the corporate records

17   for Genever New York and for Genever BVI.  I

18   spoke with Miles Kwok.  I spoke with Guo Qiang

19   and I spoke with Yvette Wang.

20              MR. MITCHELL:  Maybe, just to go on

21        the record here, just because

22        Mr. Podhaskie is an attorney, I'm

23        certainly going to allow you to ask

24        questions regarding the 30(b)(6)

25        discussions he had with those individuals,

1               PODHASKIE

2          but anything outside of that, I'm going to

3          assert privilege.

4               MR. MOSS:  Sure.  Understood.

5          That's helpful.

6     BY MR. MOSS:

7          Q.   So let's start with Mr. Kwok.  What

8     did you discuss with Mr. Kwok in connection

9     with preparing for your testimony here today as

10    a corporate representative?

11         A.   I asked him if he would have any

12    knowledge about the topics that are listed on

13    the notice of deposition.

14         Q.   And what did he say?

15         A.   He indicated he would not know.

16         Q.   Anything else about your

17    conversation with Mr. Kwok as it relates to

18    your preparation for your corporate

19    representative topics today?

20         A.   Did I discuss anything else with him

21    about this, the preparation?  Other than that,

22    no.

23         Q.   Who is Guo Qiang?

24         A.   He is Mr. Kwok's son.

25         Q.   And did you speak with Mr. Qiang by

1                        **PODHASKIE**

2    phone, in person?  How did you communicate?

3              MR. MITCHELL:  Just for

4         clarification, his first name is Qiang.

5              MR. MOSS:  Sorry.

6         Q.    Mr. Guo.  Let me try it again.

7              When you speak with Mr. Kwok's son,

8    how did you communicate with him?

9         A.    By telephone.

10        Q.    Who called who?

11        A.    I was with Yvette Wang at the time

12   and she called Guo Qiang.

13        Q.    And where was Guo Qiang located when

14   you spoke with him?

15        A.    I believe he was in England.

16        Q.    And what did the two of you discuss?

17        A.    We discussed the deposition topics

18   that were noticed and the corporate formalities

19   of both Genever New York and Genever BVI.

20        Q.    Do you remember anything he told

21   you?

22        A.    Yes.

23        Q.    Can you just tell me your best

24   recollection about what Guo Qiang told you

25   during that conversation to prepare for your

1                      PODHASKIE

2    corporate representative testimony?

3         A.    How much time do I have?

4         Q.    As much as you need.

5         A.    Well, we went through each of the

6    topics one by one.  We discussed the formation

7    and business purpose of both Genever BVI and

8    Genever New York.  We discussed the corporate

9    and ownership structure of both Genever BVI and

10   Genever New York.  We discussed the personnel

11   management and organization structure of both

12   Genever BVI and Genever New York.  We discussed

13   Genever BVI's relationship to Mr. Kwok and

14   Genever New York.  And we discussed the assets

15   that are currently held by both Genever BVI and

16   Genever New York.

17        Q.    Anything else you remember?

18        A.    I think we briefly discussed the

19   purchase of the residence at The

20   Sherry-Netherland Hotel in New York.

21        Q.    And do you recall anything about

22   that discussion?

23        A.    Yes.

24        Q.    Can you tell me what you remember?

25        A.    Anything specific that you're

```
 1                      PODHASKIE
 2   looking for?
 3        Q.    You said it was a brief discussion.
 4   Just anything you remember about that brief
 5   discussion.
 6        A.    He told me that they were looking to
 7   buy a residence at -- you know, somewhere in
 8   New York, and that he had attended the meetings
 9   with The Sherry-Netherland with his father, you
10   know, he attended a lot of the meetings, spoke
11   with the president of the -- or the vice
12   president, I'm not sure of the title, of The
13   Sherry-Netherland.
14             He had signed some application forms
15   to purchase the residence on behalf of Genever
16   New York and I think that's about it.
17        Q.    When you say they were looking to
18   buy residences, who is the "they" you're
19   referring to?
20        A.    The Guo family.
21        Q.    And is that Mr. Kwok and his son or
22   is that something broader than that?
23        A.    In particular, it was Guo Qiang,
24   Mr. Kwok's son.
25        Q.    When was the conversation you had
```

```
 1                    PODHASKIE
 2    with Guo Qiang?
 3        A.    I believe this past Monday,
 4    December 9.
 5        Q.    You said you also spoke with
 6    Ms. Yvette Wang to prepare for your testimony;
 7    is that correct?
 8        A.    She was present when I had the
 9    conversation with Guo Qiang.
10        Q.    Did you have any conversations with
11    her other than her being present for the
12    conversation with Guo Qiang?
13        A.    Yes.
14        Q.    In connection with preparation for
15    this deposition?
16        A.    Yes.
17        Q.    And can you tell me what the two of
18    you discussed, please?
19        A.    I think we discussed the address for
20    Genever and who maintains -- whether it has an
21    office here in New York, Genever New York, that
22    is, and the same for Genever BVI.
23        Q.    Anything else?
24        A.    No.  I think that's it.
25        Q.    What is Ms. Wang's role with Genever
```

```
 1                      PODHASKIE
 2   New York?
 3        A.    I don't know.
 4        Q.    What is Ms. Wang's role with Genever
 5   BVI?
 6        A.    I don't know.
 7        Q.    Well, you're prepared to testify
 8   about the personnel of Genever New York, right,
 9   that's topic 3, in Exhibit 1; is that right?
10        A.    Yes.
11        Q.    Are you prepared to testify on that?
12        A.    I am.
13        Q.    You didn't ask Ms. Wang what her
14   role was with Genever New York?
15        A.    I think you're assuming she has a
16   role with Genever New York.
17        Q.    Did you ask her whether she has a
18   role with Genever New York?
19        A.    Yes.
20        Q.    And what did she tell you?
21        A.    She has no official role with
22   Genever New York.
23        Q.    Does she have an unofficial role
24   with Genever New York?
25              MR. MITCHELL:  Object to the form of
```

1               PODHASKIE

2       the question.

3               You can answer.

4       A.    What do you mean by "unofficial

5   role"?

6       Q.    Well, you testified that you didn't

7   know whether she had a role with Genever New

8   York.  Is that -- is that your testimony?

9               MR. MITCHELL:  Object to the form of

10      the question.

11      A.    If that's what the record reflects.

12      Q.    I asked you, what is Ms. Wang's role

13  with Genever New York, and you answered, I

14  don't know.

15              Do you recall that testimony?

16      A.    Yes.

17      Q.    Is that accurate?

18      A.    Yes.

19      Q.    Okay.  Do you know whether she has

20  any role, official or unofficial, with Genever

21  New York?  And by "her," I'm referring to

22  Yvette Wang.

23      A.    I don't know.

24      Q.    Did you ask her whether she had a

25  role with Genever New York?

1                       PODHASKIE

2        A.    What do you mean by "role"?  Can you

3    be more specific?

4        Q.    I asked you what Ms. Wang told you

5    and you answered she has no official role with

6    Genever New York.

7              What did you mean by the word

8    "role"?

9        A.    She is not employed by Genever New

10   York.

11       Q.    Does she have any duties,

12   responsibility in connection with, affiliation

13   with Genever New York?

14             MR. MITCHELL:  Object to the form of

15        the question.

16       A.    I don't know.

17       Q.    You didn't ask her?

18       A.    No.

19       Q.    Let's -- let's focus on Genever BVI.

20             Mr. Podhaskie, I'm going to hand you

21   a collection of corporate documents that were

22   produced to us in this case by -- by one of the

23   Genever entities, I'm not sure which one, but

24   they have Kwok Bates stamps on them, and I'm

25   going to look at -- I'm going to direct your

1                          **PODHASKIE**

2    attention to various documents within here.  If

3    there are other documents you feel you need to

4    look at to answer questions or you want to flip

5    through this, you're more than welcome to.

6                  (Podhaskie Exhibit 3, Collection of

7          corporate documents, Bates Stamped KWOK143

8          through 194, marked for identification.)

9                  MR. MITCHELL:  Are you marking this

10         as Podhaskie 3?

11                 MR. MOSS:  I'm marking this together

12         as 3, yes.

13         Q.    So Mr. Podhaskie, Exhibit 3, as I

14   mentioned, is a compilation of documents.  They

15   are in sequential Bates order, and they are

16   KWOK143 through KWOK194.  And they are various

17   corporate documents with respect to the two

18   Genever entities.

19                 So I would like to direct your

20   attention to page -- the Bates page 176.  This

21   is entitled "Authorization to Date Director's

22   Resolution," and it's Bates stamped KWOK176.

23                 Can you identify this document?

24         A.    (Document review.)  It is entitled

25   "Authorization to Date Director's Resolution,"

1                        **PODHASKIE**

2     and it appears to be dated effective the 12th

3     day of February, 2015.

4          Q.    And it relates to the Genever BVI

5     entity?

6          A.    Yes.

7          Q.    And is this a true and correct copy

8     of this Authorization to Date Director's

9     Resolution, as far as you can tell?

10         A.    Based on the documents that I

11    reviewed in preparation for today, it would

12    appear to be true and accurate.

13         Q.    And is that -- that signature at the

14    bottom, is that Mr. Kwok's signature?

15              MR. MITCHELL:  Object to the form of

16         the question.

17         A.    I don't know.

18         Q.    Kwok Ho Wan, do you see underneath

19    the signature line, it has the words

20    typewritten "Kwok Ho Wan"?

21         A.    Yes.

22         Q.    Is that Miles Kwok?

23         A.    Yes.

24         Q.    Do you have any reason to believe

25    that's not his signature?

PODHASKIE

1

2     A.     No.

3     Q.     And it says here, "The undersigned

4  is forming a corporation under the laws of the

5  British Virgin Islands, such corporation to be

6  known as Genever Holdings Corporation, the

7  company."

8           Did I read that correctly?

9     A.     You're reading from the beginning of

10 the first paragraph?

11    Q.     Yes, the first sentence.

12    A.     (Document review.)  Yes.

13    Q.     And the undersigned is Mr. Kwok; is

14 that right?

15    A.     Correct.  Correct.

16    Q.     Mr. Kwok formed Genever Holdings

17 Corporation, correct?

18    A.     That's what this document reflects.

19    Q.     And you don't have any reason to

20 believe this document that was produced from

21 Mr. Kwok's or Genever's files is inaccurate, do

22 you?

23    A.     No.

24    Q.     Take a look, please, Mr. Podhaskie,

25 at page KWOK145.

PODHASKIE

1

2          Can you identify this document which

3  is -- the title of it is "Territory of the

4  British Virgin Island Acts, BVI Companies Act

5  2004, Certificate of Incorporation, Section 7

6  for Genever Holdings Corporation."

7          Can you identify this?

8          MR. MITCHELL:  Object to the form of

9     the question.

10     A.    Yes.  This appears to be a copy of

11  the certificate of incorporation for Genever

12  BVI.

13     Q.    Do you have any reason to believe

14  that this document is not authentic and

15  accurate?

16     A.    Based on the documents that I

17  reviewed in preparation for today, this appears

18  to be an accurate copy.

19     Q.    And is it correct that Genever BVI

20  was incorporated in the BVI on February 13,

21  2015?

22     A.    Yes, I believe that's correct.

23     Q.    Who besides Mr. Kwok was involved in

24  forming Genever BVI?

25     A.    Guo Qiang.

```
 1                    PODHASKIE
 2       Q.    That's Mr. Kwok's son?
 3       A.    Correct.
 4       Q.    Anybody else?
 5       A.    Not that I'm aware of.
 6       Q.    Why was Genever BVI formed?
 7       A.    Initially, it was formed to own a
 8  US-based company that was going to purchase
 9  real estate.
10       Q.    And was the US-based company Genever
11  New York?
12       A.    Yes.
13       Q.    And was the real estate the
14  apartment at The Sherry-Netherland Hotel?
15       A.    That ultimately ended up being the
16  real estate that Genever purchased.
17       Q.    So is it your testimony that, at the
18  time, there was the thought to buy some real
19  estate in the United States, but they just
20  didn't know exactly what that real estate was
21  going to be?
22            MR. MITCHELL:  Object to the form of
23       the question.
24            You can answer.
25       A.    They wanted to invest in real estate
```

PODHASKIE

1
2  in the United States, and they didn't know
3  which asset they were going to purchase or
4  where they were going to purchase.
5       Q.   Was the plan at the time of
6  formation to buy one -- you said which asset
7  they were going to purchase.
8            Was the plan at the time of
9  formation to purchase one asset or several
10 assets?
11      A.   I don't know what the plan was.  I
12 know they had looked at several different
13 properties and ultimately chose The
14 Sherry-Netherland.
15      Q.   Has the purpose of Genever BVI
16 changed since the purpose at its formation?
17           MR. MITCHELL:  Object to the form of
18      the question.
19           You can answer.
20      A.   No.
21      Q.   No purposes have been added or
22 subtracted?
23           MR. MITCHELL:  Object to the form of
24      the question.
25      A.   It's not reflected from the

1        PODHASKIE

2    documents and the conversations I had in

3    preparation for today.

4        Q.    What business has Genever BVI

5    conducted?

6        A.    It owns Genever New York, which owns

7    the residence at The Sherry-Netherland.

8        Q.    Any other business that Genever BVI

9    has conducted other than owning Genever New

10   York?

11           MR. MITCHELL:  Object to the form of

12       the question.

13       A.    No.

14       Q.    Has Genever BVI ever entered into

15   any contracts?

16       A.    By contract, can you specify more?

17   I think the answer is yes.

18       Q.    Okay.  Can you elaborate?

19       A.    It entered into -- sorry -- Genever

20   BVI entered into a pledge agreement with an

21   entity called Roscalitar 2, and also with an

22   entity called Blue Capital Limited.

23       Q.    Other than those two pledge

24   agreements, has Genever BVI entered into any

25   contracts?

1          PODHASKIE

2       A.    Not from the documents and the

3   conversations I had in preparation for today.

4       Q.    Does Genever BVI have a bank

5   account?

6       A.    No.

7       Q.    Has Genever BVI ever paid any money

8   to any other person or entity?

9            MR. MITCHELL:  Object to the form of

10       the question.

11       A.    When you say "any other person or

12   entity," who are you referring to?

13       Q.    Any person or entity other than

14   Genever BVI.

15       A.    Has Genever BVI paid any money to

16   any other person or entity other than Genever

17   BVI?

18       Q.    Yeah, to anyone.  Has it ever

19   incurred a debt that it needed to pay money

20   for?  Has it ever cut a check?  Has it ever

21   spent any money on any goods or services?

22       A.    It hired a registered agent in the

23   BVI and paid them for secretarial services.

24       Q.    Other than that?

25       A.    No, not from -- I did not see that

1                        PODHASKIE

2   from the documents and the conversations I had

3   in preparation for today.

4        Q.    Do you know where the money came

5   from to pay the registered agent for the

6   secretarial services?

7        A.    I believe it came from Bravo Luck.

8        Q.    Has Genever BVI ever received any

9   money from any person or entity?

10       A.    No, that's not apparent from the

11  documents that I've reviewed in preparation for

12  today.

13       Q.    At the time of Genever BVI's

14  formation, was Mr. Kwok its sole shareholder?

15       A.    Yes.  And by Mr. Kwok, you're

16  referring to Miles Kwok?

17       Q.    Yes.

18       A.    Yes.

19       Q.    So for purposes of clarity of the

20  record, thank you for mentioning that, when I

21  refer to Mr. Kwok, I'm going to be referring to

22  Miles Kwok.  When I'm referring to Guo Qiang, I

23  will be referring to Mr. Kwok's son.

24            Is that okay?

25       A.    That's fine.

1          PODHASKIE

2       Q.    And that's the way you have been

3   using those terms during the course of this

4   deposition, right?

5       A.    Yeah.  That's fine.

6       Q.    Can you direct your attention to the

7   next page, please, Mr. Podhaskie, which is

8   Bates stamped KWOK147.  The top, it says,

9   "Incorporated under the BVI Business Companies

10  Act 2004," and then it says, "Genever Holdings

11  Corporation," in the middle.

12      A.    Yes.

13      Q.    Can you please identify this

14  document?

15      A.    This appears to be a copy of the

16  share certificate for Genever BVI.

17      Q.    And as far as you know, this is a

18  true, correct, authentic and accurate document?

19      A.    Again, based on the documents I

20  reviewed in preparation for today, it would

21  appear to be an accurate copy.

22      Q.    And this provides that Mr. Kwok is

23  the owner of 1,000 shares, and those shares

24  have a par value of .001 cents; is that

25  correct?

```
 1                       PODHASKIE
 2       A.     I think it's .001 dollar, but yes.
 3       Q.     Yes.  Thank you.  001 dollar?
 4       A.     Yes.
 5       Q.     Thank you.
 6              And so the total value of Mr. Kwok's
 7  share holding in Genever Corporation -- Genever
 8  BVI would be one dollar; is that right?
 9              MR. MITCHELL:  Object to the form of
10       the question.
11       A.     If the math adds up, then yes.
12  That's what it appears to say here.
13       Q.     Did Mr. Kwok pay a dollar for his
14  shares?
15       A.     From the documents I reviewed,
16  that's not reflected.
17       Q.     Do you know whether or not he paid
18  any amount of money for his shares, Mr. Kwok?
19       A.     I don't know.
20       Q.     Has Mr. Kwok been the sole
21  shareholder of Genever BVI for the entirety of
22  Genever BVI's existence?
23       A.     From the documents that I reviewed
24  in preparation for today, yes.
25       Q.     So Mr. Kwok is the sole owner of
```

```
 1                        PODHASKIE
 2    Genever BVI?
 3              MR. MITCHELL:  Object to the form of
 4        the question.
 5        A.    He is the sole shareholder of
 6    Genever BVI.
 7        Q.    And are you distinguishing between
 8    shareholders and owners because it's a
 9    corporation?  Is that why?
10        A.    Yes.
11        Q.    But there is nobody else who owns
12    Genever BVI; is that correct?
13              MR. MITCHELL:  Object to the form of
14        the question.
15        A.    Other than Mr. Kwok?
16        Q.    Yes.
17        A.    Based on the documents I reviewed
18    today, there's no other shareholder besides
19    Mr. Kwok.
20        Q.    Who is Zhang Wei?
21        A.    He is a colleague of Mr. Kwok's that
22    lives in China that ultimately lent the money
23    to purchase The Sherry-Netherland.
24        Q.    Is he a family member of Mr. Kwok?
25        A.    I would be speculating, so I don't
```

```
 1                    PODHASKIE
 2   know.
 3             MR. MITCHELL:   I caution the witness
 4        not to speculate.
 5        Q.    When you say Zhang Wei ultimately
 6   lent the money to purchase The
 7   Sherry-Netherland, to whom did Zhang Wei lend
 8   the money?
 9        A.    He lent the money to Bravo Luck, a
10   company that, at that time, was owned by
11   Mr. Kwok's son, Guo Qiang, and then Guo Qiang
12   ended up funding the purchase of The
13   Sherry-Netherland through Bravo Luck.
14        Q.    Does Mr. Zhang Wei have any -- own
15   any of the shares of Genever BVI?
16        A.    Based on the documents that I
17   reviewed in preparation for today, his
18   ownership is not reflected on those documents.
19        Q.    At any time during Genever BVI's
20   existence, did Mr. Zhang Wei own any shares of
21   Genever BVI?
22        A.    From the documents that I reviewed
23   in preparation for today, that is not
24   reflected.
25        Q.    Mr. Kwok was the sole director of
```

1                    PODHASKIE

2     Genever BVI at the time it was formed; is that

3     correct?

4          A.    Yes.  Again, based on what I

5     reviewed for today.

6          Q.    Has Genever BVI, during the course

7     of its existence, ever had any directors other

8     than Mr. Kwok?

9          A.    Yes.

10         Q.    Who were those other directors?

11         A.    There was a corporate secretary, a

12    registered agent in the BVI that acted as a

13    director as well.

14         Q.    Is that Elian First Director?

15         A.    Yes.

16         Q.    And was that director -- was Elian

17    First Director only a director for a day or so,

18    until it was replaced by Mr. Kwok?

19         A.    I don't know how long it was, but it

20    was a short period of time initially, yes.

21         Q.    A day or a couple of days?

22         A.    Yes.

23         Q.    Other than Elian First Director,

24    which was a director of Genever BVI for a day

25    or a couple of days, has there been any other

```
 1                      PODHASKIE
 2   director of Genever BVI besides Mr. Kwok?
 3              MR. MITCHELL:  Object to the form of
 4        the question.
 5              You can answer.
 6        A.    No.
 7        Q.    Has Mr. Kwok ever stopped being a
 8   director of Genever BVI?
 9        A.    No.
10        Q.    He's still a director to this day?
11        A.    He is currently still a director.
12        Q.    He is currently still the only
13   director?
14        A.    He is the only director.  Guo Qiang
15   is the president.
16        Q.    Has Genever BVI ever had any
17   offices?
18              MR. MITCHELL:  Object to the form of
19        the question.
20        A.    When you say "offices," do you mean
21   like business office, corporate office,
22   something like that?
23        Q.    Yes.
24        A.    It has a mailing address in the
25   British Virgin Islands, but it does not have an
```

```
 1                       PODHASKIE
 2   office that is what we typically think of as an
 3   office like this.
 4        Q.    Genever BVI has never had a business
 5   or a corporate office?
 6        A.    Correct.
 7        Q.    Is the mailing address that Genever
 8   BVI has the mailing address for its registered
 9   agent for service of process?
10        A.    In the BVI?
11        Q.    Yes.
12        A.    Yes.
13        Q.    Does it have any other -- does
14   Genever hold -- strike that.
15             Does Genever BVI have any other
16   mailing address other than the mailing address
17   for its registered agent for service of process
18   in the BVI?
19        A.    Yes.
20        Q.    What other addresses does it have?
21        A.    There is another address in Hong
22   Kong where it maintains its books and records.
23        Q.    And what is that address?
24        A.    I don't know it off the top of my
25   head.  If I had the records in front of me, I
```

```
 1                       PODHASKIE
 2   would be able to find it.
 3       Q.    And what is that address?  Is it the
 4   office of another company?
 5       A.    It's -- from what I understand, it's
 6   just another mailing address or another -- just
 7   an office where they keep the books and
 8   records.
 9       Q.    And who's in charge of maintaining
10   the books and records?
11       A.    Guo Qiang.
12       Q.    Any other addresses besides the
13   registered agent for service of process in the
14   BVI and the mailing address where the books and
15   records are kept in Hong Kong?
16       A.    No, not that I'm aware of.
17       Q.    Has Genever BVI ever had any
18   employees?
19       A.    No.
20       Q.    Does Genever BVI have a phone
21   number?
22       A.    I think there is a phone number for
23   the registered agent, but other than that, no.
24       Q.    Does Genever BVI have an e-mail
25   address?
```

```
1                    PODHASKIE
2        A.    No.
3        Q.    Does Genever BVI have any officers?
4        A.    Yes.
5        Q.    You mentioned Guo Qiang.
6        A.    Yes.
7        Q.    What is his role at Genever BVI?
8        A.    He is the president.
9        Q.    When did he become the president?
10       A.    May of 2015.
11       Q.    Did Genever BVI have any officers
12   from the time it was formed in February of 2015
13   until Guo Qiang became the president in May of
14   2015?
15       A.    If you consider a director an
16   officer, then yes.
17       Q.    And that would have been Mr. Kwok?
18       A.    Correct.
19       Q.    And Elian for a day or two?
20       A.    Yes.
21       Q.    Other than directors and other
22   than -- strike that.
23             Other than directors, between
24   February of 2015, when it was formed, and May
25   of 2015, when Guo Qiang became president, did
```

1                        PODHASKIE

2    Genever BVI have any officers?

3        A.    No.

4        Q.    Who appointed or elected Guo Qiang

5    as president in May of 2015?

6        A.    Mr. Kwok.

7        Q.    Has -- strike that.

8              Has Genever BVI ever had any other

9    officers, I'm not talking about directors, just

10   officers, other than Guo Qiang, the president?

11       A.    No.

12       Q.    Is Guo Qiang still the president?

13       A.    From the documents that I reviewed

14   in preparation for today, yes.

15       Q.    Between May of 2015, when he was

16   appointed president by Mr. Kwok, and today, has

17   Guo Qiang ever -- did he ever stop being

18   president for any period of time?

19       A.    Not that I'm aware of.

20       Q.    Did Mr. Kwok ever have an officer

21   role at Genever BVI?

22       A.    Not that I'm aware of.

23       Q.    And you're not aware of any other

24   officers besides Guo Qiang?

25       A.    Yes.  Correct.

PODHASKIE

1

2   Q.   Has Genever BVI ever had a board

3   meeting?

4       MR. MITCHELL:  Object to the form of

5       the question.

6   A.   From the documents that I reviewed,

7   it's not reflected in there.

8   Q.   So based on everything you've seen,

9   the answer to that question is no?

10      MR. MITCHELL:  Object to the form of

11      the question.

12  A.   If Genever BVI had a board meeting,

13  it was not reflected in the documents I

14  reviewed for today's preparation.

15  Q.   What documents does Genever BVI

16  maintain?

17      MR. MITCHELL:  Object to the form of

18      the question.

19  A.   The corporate documents that were

20  generated when it was formed, the share

21  certificate, the register of directors and

22  shareholders, and there was a resolution

23  appointing Guo Qiang as president as well.

24  Q.   And you know that there's an address

25  where those documents are maintained, but

```
1                         PODHASKIE
2    you're not sure if it's an office or a room or
3    what it is?
4         A.    Yes.
5         Q.    Do you know whether or not -- do you
6    know who owns that address, the address in Hong
7    Kong where the records are maintained?
8         A.    I believe it's a UBS office, but I'm
9    speculating.
10             MR. MITCHELL:  Again, I caution the
11        witness not to speculate.
12        Q.    UBS meaning the investment bank?
13        A.    Yes.
14        Q.    Are there any individuals who are
15   authorized to act on behalf of Genever BVI?
16             MR. MITCHELL:  Object to the form of
17        the question.
18        A.    Yes.
19        Q.    Who?
20        A.    Mr. Kwok and Guo Qiang.  Me, for
21   this deposition.  And whoever either one of
22   them appoints to act for the company.
23        Q.    Has either Mr. Kwok or Guo Qiang
24   ever appointed anyone to act for Genever BVI
25   other than you in connection with this
```

```
 1                         PODHASKIE
 2    deposition?
 3         A.    I don't know.
 4               MR. MITCHELL:  Just object to the
 5         form of that question.
 6         Q.    Who specifically appointed you to
 7    act for Genever BVI for this deposition?
 8         A.    Guo Qiang.
 9         Q.    Are you authorized to act for
10    Genever BVI for any purpose other than this
11    deposition currently?
12               MR. MITCHELL:  Object to the form of
13         the question.
14         A.    I don't know.
15         Q.    What actions has Mr. Kwok taken on
16    behalf of Genever BVI?
17               MR. MITCHELL:  Object to the form of
18         the question.
19               You can answer.
20         A.    Other than signing the corporate
21    formation documents, I don't know.
22         Q.    What actions has Guo Qiang taken on
23    behalf of Genever BVI?
24               MR. MITCHELL:  Object to the form of
25         the question.
```

PODHASKIE

1

2      A.    I don't really understand what you

3   mean by "what actions."  Can you be more

4   specific?

5      Q.    To your knowledge, has Guo Qiang

6   ever done anything, ever attended a meeting,

7   spent money, engaged in any type of business

8   interaction at all ever on behalf of Genever

9   BVI?

10          MR. MITCHELL:  Object to the form of

11      the question.

12      A.    He was involved in the formation.

13   He was involved in the purchase of The Sherry,

14   in reviewing the different properties that they

15   thought about purchasing.  He signed various

16   documents for Genever BVI.  He communicated

17   with the representatives of The

18   Sherry-Netherland for the purchase.  He

19   communicated with the real estate brokers for

20   the purchase.

21      Q.    When you say he signed various

22   documents for Genever BVI, which documents are

23   you referring to?

24      A.    He signed a request for an

25   employer -- an EIN, employer identification

```
 1                      PODHASKIE

 2    number.

 3             MR. MITCHELL:  Just so -- he's

 4        asking you about Genever BVI.

 5             THE WITNESS:  Oh, okay.

 6        A.    Oh, that might have been for Genever

 7    New York.

 8             So for Genever BVI --

 9             MR. MOSS:  Thank you for the

10        clarification.

11        Q.    Let's just go back.

12             You had an answer earlier, he was

13    involved in the formation, he was involved in

14    the purchase of The Sherry, and you had -- if

15    you want to go back and take a look at that

16    answer, that's fine, but I just want to make

17    sure the record is clear.

18             Was that answer relating to Genever

19    New York or Genever BVI?

20        A.    (Reviewing.)  So I guess, just to be

21    clear, Guo Qiang was involved in the formation

22    of Genever BVI.  After he was appointed as

23    president, I recall seeing several documents

24    that he signed for Genever BVI in his capacity

25    as president.  I don't recall what those are,
```

1                        PODHASKIE

2    as I sit here.

3              Other than that, I can't think of

4    anything.

5        Q.    Genever BVI is the sole owner of

6    Genever New York; is that correct?

7              MR. MITCHELL:  Object to the form of

8        the question.

9        A.    Yes.

10       Q.    Is Genever BVI also the sole member

11   of Genever New York?

12       A.    Yes.

13       Q.    Is it correct that Genever New

14   York -- strike that.

15             Is it correct that Genever BVI

16   formed Genever New York?

17       A.    Yes.  From the documents I reviewed,

18   I believe that's accurate.

19       Q.    Can you direct your attention,

20   Mr. Podhaskie, to Exhibit 3, page KWOK193.

21   It's a document entitled "Genever Holdings

22   Corporation Written Consent of Director."  It's

23   Bates stamped KWOK193 to 194.

24             Can you identify this document?

25       A.    (Document review.)  Yes.

```
 1                      PODHASKIE
 2       Q.    Please do so.
 3       A.    From the documents that I reviewed
 4  in preparation for today, this appears to be a
 5  copy of Genever BVI's written consent of sole
 6  director, dated February 12, 2015.
 7       Q.    And the signature block is Ho Wan
 8  Kwok.
 9             Is that Mr. Kwok?
10       A.    Yes.
11       Q.    Do you have any reason to believe
12  that this is not an accurate and authentic
13  document?
14       A.    No.
15       Q.    This document mentions Andrea Sanft,
16  S-A-N-F-T.
17             Who is she?
18       A.    She is a lawyer either with the firm
19  of Paul Weiss or Williams & Connolly.
20       Q.    And she was authorized to be an
21  authorized person on behalf of Genever BVI
22  according to this written consent; is that
23  correct?
24       A.    Yes, that's correct.
25       Q.    And she was authorized to be an
```

```
1                         PODHASKIE
2     authorized person to form Genever New York and
3     to take such other acts and do such other
4     things as are necessary to permit Genever New
5     York to exist and obtain authority to do
6     business in the state of New York and New York
7     City; is that correct?
8                  MR. MITCHELL:  Object to the form of
9          the question.
10                 You can answer.
11         A.    Yes, based on this written consent
12    of the sole director, that's accurate.
13         Q.    Is Genever New York an asset of
14    Genever BVI?
15                 MR. MITCHELL:  Object to the form of
16         the question.
17         A.    If you assume that a ownership of a
18    limited liability company is an asset, then
19    yes.
20         Q.    Is that your understanding, that a
21    ownership of a limited liability company is an
22    asset?
23         A.    That is my personal understanding.
24                 In my capacity as a representative
25    for Genever, I don't know.
```

```
 1                    PODHASKIE
 2       Q.   You don't know whether or not
 3  Genever BVI has an understanding as to whether
 4  or not Genever New York is one of its assets?
 5            MR. MITCHELL:  Object to the form of
 6       the question.
 7       A.   So what is the question?
 8       Q.   Is Genever New York an asset of
 9  Genever BVI?
10       A.   Does Genever BVI consider Genever
11  New York an asset?
12       Q.   Yes.
13       A.   Yes.
14       Q.   Genever BVI considers Genever New
15  York to be one of Genever BVI's assets?
16       A.   Correct.
17            MR. MITCHELL:  Object to the form of
18       the question, asked and answered.
19       Q.   Has Genever BVI ever held any assets
20  other than Genever New York?
21       A.   From the documents that I reviewed
22  in preparation for today, no.
23       Q.   Has Genever BVI ever acquired an
24  asset other than Genever New York?
25       A.   Again, from what I reviewed in
```

1              PODHASKIE

2    preparation for today, no.

3         Q.    Has Genever BVI ever sold an asset

4    other than Genever New York?

5              MR. MITCHELL:  Object to the form of

6         the question.

7         A.    Again, from what I reviewed in

8    preparation for today, no.

9         Q.    Are any of Genever BVI's assets

10   currently encumbered or pledged?

11             MR. MITCHELL:  Object to the form of

12        the question.

13        A.    The assets are not -- I don't think

14   I can answer because it's a little complicated.

15   The assets are not pledged.  Genever BVI's

16   assets are not pledged to anyone.

17        Q.    Let's just be clear what we're

18   talking about when we're talking about assets.

19             Does Genever BVI currently have any

20   assets other than Genever New York?

21        A.    Yes, they have their shares.

22        Q.    Whose shares?

23        A.    Genever BVI.

24        Q.    But doesn't Mr. Kwok hold those

25   shares?

```
 1                      PODHASKIE
 2       A.    Yes.
 3             MR. MITCHELL:  Object to the form of
 4       the question.
 5       Q.    So my question is, does Genever BVI
 6  itself hold any assets other than Genever New
 7  York?
 8       A.    No.
 9       Q.    Is Genever New York currently
10  encumbered?
11             MR. MITCHELL:  Object to the form of
12       the question.
13       A.    What do you mean by "encumbered"?
14       Q.    Is it currently pledged to anyone?
15       A.    No.
16       Q.    Does anyone currently have a lien
17  against it?
18       A.    No.
19       Q.    Has it been promised to anybody in
20  connection with any possible future
21  transaction?
22             MR. MITCHELL:  Object to the form of
23       the question.
24       A.    There's the order from Judge
25  Ostrager in the case indicating that if Genever
```

```
 1                      PODHASKIE
 2  New York has to -- enters into a contract to
 3  sell The Sherry-Netherland residence, it has to
 4  provide PAX with written notice.
 5       Q.    Other than Justice Ostrager's order,
 6  is Genever New York encumbered in any way?
 7            MR. MITCHELL:  Object to the form of
 8       the question.
 9       A.    No, not that I'm aware of.
10       Q.    You testified that there was a point
11  in time where the assets of Genever BVI were
12  pledged -- strike that.
13            Has Genever BVI been assigned to
14  anyone?
15            MR. MITCHELL:  Object to the form of
16       the question.
17       A.    No.
18       Q.    You mentioned that there was a time
19  when Genever BVI's assets were pledged to an
20  entity called Roscalitar 2; is that correct?
21            MR. MITCHELL:  Object to the form of
22       the question.
23       A.    I believe that Genever BVI pledged
24  its shares to Roscalitar 2, but yes.
25       Q.    Pledged its shares in Genever New
```

```
 1                      PODHASKIE
 2   York?
 3        A.    Its shares in Genever BVI.
 4        Q.    Genever BVI pledged its own shares,
 5   100 percent of its shares to Roscalitar 2?
 6        A.    Yes, I believe that's accurate.
 7        Q.    And by virtue of pledging a hundred
 8   percent of its own shares, it was also pledging
 9   Genever New York and the assets held by Genever
10   New York; is that correct?
11        A.    Yes.
12        Q.    Why was Genever BVI -- why were
13   Genever BVI shares pledged to Roscalitar 2?
14             MR. MITCHELL:  Object to the form of
15        the question.
16        A.    Because Zhang Wei had asked Genever
17   to pledge its shares via the loan.
18        Q.    Why did Zhang Wei want Genever to
19   pledge its shares?
20        A.    As security for the loan that he
21   gave to Genever ultimately to buy the
22   residence.
23        Q.    Who made the decision to pledge the
24   shares of Genever BVI to Roscalitar 2?
25             MR. MITCHELL:  Object to the form.
```

```
 1                      PODHASKIE
 2        A.    On behalf of Genever?
 3        Q.    Yes.
 4        A.    Guo Qiang.
 5        Q.    Was Mr. Kwok involved in that
 6   decision?
 7        A.    I believe he was.  I don't know for
 8   certain.
 9        Q.    Did he know about the pledge at the
10   time it was entered into?
11        A.    I believe so.
12              MR. MITCHELL:  I just caution the
13        witness.  He said I believe.  Don't
14        speculate.  If you're speculating, please
15        don't do so, but...
16        Q.    Was there any board resolution or
17   any official activity to commemorate the pledge
18   to Roscalitar 2?
19        A.    Not from what I reviewed in
20   preparation for today.
21        Q.    Is Roscalitar 2 owned by Zhang Wei?
22        A.    I don't know.
23        Q.    Is it controlled by Zhang Wei?
24        A.    I don't know.
25        Q.    Do you know who owns or controls
```

1                        **PODHASKIE**

2    Roscalitar 2?

3         A.    No.

4         Q.    There came a time when the pledge to

5    Roscalitar 2 was taken off; is that correct?

6         A.    Yes.

7         Q.    And that was in or around May of

8    2015; is that right?

9         A.    When the pledge was taken off?  I'd

10   have to review the dates, but it sounds

11   somewhere around that time.

12        Q.    Why was the pledge to Roscalitar 2

13   taken off?

14        A.    I don't know.

15        Q.    Was there any board meeting or

16   activity, formal corporate resolution around

17   that?

18        A.    Not from what I reviewed in

19   preparation for today.

20        Q.    I think you testified earlier that

21   later, after the pledge to Roscalitar was taken

22   off, Genever BVI shares were pledged to a

23   company called Blue Capital; is that correct?

24        A.    Yes.

25        Q.    And why were the shares pledged to

```
 1                    PODHASKIE
 2   Blue Capital?
 3        A.    Guo Qiang was looking to obtain a
 4   loan facility and he wanted to pledge the
 5   shares of Genever BVI to Blue Capital as
 6   security for a loan facility.
 7        Q.    What was the loan for?
 8        A.    He wanted to invest, you know, do
 9   other kinds of investments.
10        Q.    Do you know who controls or owns
11   Blue Capital?
12        A.    No.
13        Q.    Was Mr. Kwok involved in the
14   decision to pledge Genever BVI's shares to Blue
15   Capital?
16        A.    I don't know.
17        Q.    Did he know about the pledge?
18        A.    I don't know.
19        Q.    Was the pledge to Blue Capital at
20   some point taken off?
21        A.    Yes, I believe so.
22        Q.    Why?
23        A.    I don't know.
24        Q.    And, currently, there's no pledge of
25   Genever BVI; is that correct?
```

1                    PODHASKIE

2        A.    Yes.

3              (Podhaskie Exhibit 4, Certificate of

4        Registration of Charge, marked for

5        identification.)

6        Q.    Mr. Podhaskie, I have handed you

7   Exhibit 4.

8              Can you identify this document?

9        A.    (Document review.)  This appears to

10   be a copy of the pledge from Genever BVI to

11   Roscalitar 2.

12       Q.    And it was put on on May 21, 2015;

13   is that correct?

14       A.    Yes.

15       Q.    Does this appear, based on your work

16   to prepare for this deposition, does this

17   appear to be a true and correct copy of the

18   registration of charge?

19       A.    (Document review.)  Yes.

20       Q.    And is this, this charge, Exhibit 4,

21   is that a document that Genever BVI would have

22   retained in the ordinary course of its

23   business?

24       A.    Yes.

25       Q.    Is the same true for the other

```
1                        PODHASKIE
2    exhibits that I've shown you today, other than
3    Exhibits 1 and 2, so Exhibits 3 and 4 are also
4    documents that would have been retained by
5    Genever BVI in the ordinary course of its
6    business?
7              MR. MITCHELL:  I just want to ask
8         you, for the record, you asked him about
9         4, he said yes.
10             So you're really only asking him
11        about 3 now, correct?
12             MR. MOSS:  Yes.
13        Q.   If you can flip through 3.  Are
14   those documents that Genever BVI or Genever New
15   York maintained in the ordinary course of its
16   business?
17        A.   (Document review.)  Yes.
18             (Podhaskie Exhibit 5, Notice of
19        Satisfaction or Release of Registered
20        Charge Pursuant to Section 165, marked for
21        identification.)
22        Q.   You have been handed Exhibit 5,
23   Mr. Podhaskie, which is a Notice of
24   Satisfaction or Release of Registered Charge
25   Pursuant to Section 165.
```

1                          PODHASKIE

2              Can you identify this document,

3    please?

4         A.    This appears to be a copy of a

5    Notice of Satisfaction or Release of Registered

6    Charge dated May -- sorry -- March 17, 2017.

7         Q.    And does this appear to be a true

8    and correct and authentic copy of the

9    satisfaction of charge?

10        A.    From what I reviewed in preparation

11   for today, yes.

12        Q.    And is this a document that Genever

13   BVI would have maintained in the ordinary

14   course of its business?

15        A.    Yes.

16        Q.    And is that consistent with Genever

17   BVI's testimony that the pledge to Roscalitar 2

18   was taken off on March 17, 2017?

19              MR. MITCHELL:  Object to the form of

20        the question.

21        A.    Yes.

22        Q.    After March 17, 2017, was Genever

23   BVI ever again pledged to Roscalitar 2?

24        A.    From the documents that I reviewed

25   in preparation for today, no.

1                          PODHASKIE

2                  (Podhaskie Exhibit 6, Defendant's

3          Memorandum of Law in Opposition to

4          Plaintiff's Motion for an Order of

5          Pre-Judgment Attachment, marked for

6          identification.)

7          Q.    Mr. Podhaskie, you have been handed

8    Exhibit 6, which is Defendant's Memorandum of

9    Law in Opposition to Plaintiff's Motion for an

10   Order of Pre-Judgment Attachment filed by

11   Hodgson Russ LLP on behalf of the defendant.

12              Have you ever seen this document

13   before?

14         A.    Yes.

15         Q.    I'm going to direct your attention

16   to page 9, and I would like to direct your

17   attention -- you see the paragraph that starts

18   "As explained"?

19         A.    Which page -- which number 9?

20         Q.    Sure.  It's 9 or 15 of 30.

21         A.    Okay.  Yes.

22         Q.    And if you jump down one, two,

23   three, four, five -- six lines down.

24         A.    Uh-huh.

25         Q.    Do you see a sentence that starts

```
 1                      PODHASKIE
 2   with "While Kwok"?
 3        A.    Yes.
 4        Q.    "While Kwok is the sole shareholder
 5   of Genever BVI, since May of 2015, the assets
 6   of Genever BVI -- which by virtue of its
 7   ownership of Genever USA include the
 8   apartment -- have been pledged in their
 9   entirety to Roscalitar 2, an unrelated third
10   party not owned by Kwok."
11             Do you see that?
12        A.    Yes.
13        Q.    And if you look at the top, do you
14   see that this document is dated May 16 of 2018?
15        A.    Yes.
16        Q.    And as of this date, the assets of
17   Genever BVI were not, in fact, pledged to
18   Roscalitar 2; is that correct?
19             MR. MITCHELL:  Object to the form of
20        the question.
21        A.    I think we established that the
22   Genever BVI pledge to Roscalitar 2 was removed
23   effective March 17, 2017, if I'm not mistaken.
24        Q.    So this is not a true statement; is
25   that correct?
```

1          PODHASKIE

2          MR. MITCHELL:  Object to the form of

3      the question.

4      A.    I don't know that the release of the

5  charge was publicly available to Hodgson Russ

6  when they filed this brief.

7      Q.    So try to focus on the question.

8  I'm not asking you whether or not Hodgson Russ

9  knew that the statement was false.

10          I'm just asking you whether or not

11  this statement, when it was made to the court

12  on May 16, 2018, was true or false.

13          MR. MITCHELL:  Object to the form of

14      the question.

15      A.    (Document review.)  Again, if the

16  release of the charge was not publicly

17  available and was not known to Hodgson Russ,

18  then this statement would have been accurate.

19      Q.    Let me try it again.

20          Was this statement true or false?

21          MR. MITCHELL:  Object to the form of

22      the question.

23      Q.    When it was made on May 16, 2018?

24          MR. MITCHELL:  Asked and answered.

25      A.    And the statement you're referring

1                           PODHASKIE

2    to is?

3         Q.    Is the representation here that the

4    assets of Genever BVI have been pledged in

5    their entirety to Roscalitar 2 since May 2015.

6         A.    Again, I would refer to my prior

7    answer.

8         Q.    Mr. Podhaskie, that's a false

9    statement, correct?

10              MR. MITCHELL:  Object to the form of

11         the question.

12         A.    What do you mean by "false

13    statement"?

14         Q.    I mean, it was not true, as of

15    May 16, 2018, that the assets of Genever BVI

16    were pledged to Roscalitar 2, right?

17         A.    The pledge was released with an

18    effective date of March 17, 2017.  I don't know

19    when this was filed with the BVI records or

20    with the BVI Business Companies Act.

21              So I don't know what was available

22    in May of 2018 that would have reflected

23    whether or not the assets were still pledged.

24         Q.    Were the assets of Genever BVI

25    pledged to Roscalitar 2 as of May 16, 2018?

1               PODHASKIE

2           MR. MITCHELL:  Objection to the form

3       of the question, asked and answered.

4           You have asked him the same question

5       six times.  You're not getting the answer

6       you want.  I'm sorry for that.  But he has

7       answered it.

8           MR. MOSS:  He hasn't answered it.

9    A.    Okay.  So what was the question?

10    Q.    Were the assets of Genever BVI

11  pledged to Roscalitar 2 as of May 16, 2018?

12    A.    The pledge from Genever BVI to

13  Roscalitar 2 was released effective March 17,

14  2017.

15    Q.    So the answer to my question is no,

16  right?

17           MR. MITCHELL:  Object to the form of

18       the question.

19    A.    What was your question?

20    Q.    Try to listen to the question and

21  answer the question I'm asking.  You'd know the

22  question I was asking if you were trying to

23  answer it.

24           MR. MITCHELL:  Objection to whatever

25       that was.

1                         PODHASKIE

2        Q.    Were the assets of Genever BVI

3    pledged to Roscalitar 2 as of May 16, 2018?

4              MR. MITCHELL:  Objection, asked and

5         answered.

6        A.    Again, the pledge to Roscalitar 2

7    from Genever BVI was released effective

8    March 17, 2017.  I think that answers your

9    question.

10       Q.    Did anyone at Genever BVI or Genever

11   New York review this brief before it was filed

12   with the court?

13             MR. MITCHELL:  Object to the form of

14        the question.  This is outside of the

15        scope of what you asked him in terms of

16        your deposition notices.  You didn't ask

17        him about any legal documents filed or

18        anything of that nature.

19             So if he can answer the question, I

20        will allow him to answer it, but he

21        certainly can't be expected to have that

22        knowledge.

23       Q.    Can you answer?

24       A.    I don't know.

25       Q.    By the way, do you know when Genever

PODHASKIE

1

2  BVI received -- you testified earlier that the

3  satisfaction of charge document was maintained

4  by Genever BVI in the ordinary course of its

5  business, right?

6       A.    Yes.

7       Q.    Do you know when Genever BVI

8  received a copy of that document?

9       A.    I don't.

10      Q.    Do you have any reason to believe

11 that it took a year for Genever BVI to receive

12 a copy of that document?

13      A.    I don't know how long it took for

14 them to receive the document.

15      Q.    Is it your best understanding that

16 Genever BVI, when you say it maintained the

17 document in its ordinary course, would have had

18 that document in its files by the end of 2017?

19           MR. MITCHELL:  Object to the form of

20      the question.

21      A.    I don't know, but based on my

22 experience with lawyers and people in the BVI,

23 they do things much slower than we do.

24      Q.    Do you know whether or not the

25 satisfaction of charge of the Roscalitar pledge

```
 1                        PODHASKIE
 2   was publicly available in 2017?
 3        A.    I don't know.
 4        Q.    It's not Genever BVI's testimony
 5   that it takes a year for documents registered
 6   in -- relating to charges in the BVI to become
 7   publicly available, is it?
 8             MR. MITCHELL:  Object to the form of
 9        the question.
10             And, again, this is outside the
11        scope of the 30(b)(6) notice.  If he
12        knows, he can answer, but he certainly
13        can't be expected to know.
14        A.    I don't know how long it takes.
15             (Podhaskie Exhibit 7, Certificate of
16        Registration of Charge, marked for
17        identification.)
18        Q.    You have been handed Exhibit 7,
19   Mr. Podhaskie.
20             Can you identify this document?
21             MR. MITCHELL:  I'm sorry.  We are
22        calling this 7?
23             MR. MOSS:  Yes.
24        A.    (Document review.)  It appears to be
25   a copy of a Certificate of Registration of
```

```
 1                        PODHASKIE
 2   Charge dated February 14, 2018.
 3         Q.    And is this the charge, the pledge
 4   to Blue Capital that you testified that was
 5   made in connection with Guo Qiang's loan?
 6         A.    It would appear to be, yes.
 7         Q.    To your knowledge, is this -- to
 8   Genever BVI's knowledge, is this a true and
 9   accurate copy of the pledge document?
10         A.    (Document review.)  Yes, it appears
11   to be.
12         Q.    And is this a document that Genever
13   BVI maintains in the ordinary course of its
14   business?
15         A.    This would be, yes.
16         Q.    And is Genever BVI's testimony that
17   it's not sure whether or not its sole director
18   and sole shareholder, Mr. Kwok, knew about this
19   pledge when it was entered into?
20              MR. MITCHELL:  Object to the form of
21         the question.
22              You can answer.
23         A.    I don't know.
24         Q.    Who would know the answer to that
25   question?
```

1                    PODHASKIE

2       A.      Probably Mr. Kwok.

3       Q.      Well, you recall Mr. Kwok testified

4   that he didn't know anything about any pledges,

5   right?  Did you know that?

6              MR. MITCHELL:  Object to the form of

7       the question.

8       A.      If that's what his testimony was.  I

9   don't recall exactly what he testified to.

10      Q.      At the time this pledge was entered

11  into, Mr. Kwok was still the sole shareholder

12  and sole director of Genever BVI, right?

13      A.      Yes.

14      Q.      Were there any discussions at

15  Genever BVI regarding the fact that this

16  charge, this pledge was entered into when

17  Pacific Alliance's lawsuit was pending?

18              MR. MITCHELL:  Objection to the form

19      of the question.

20      A.      Not that I'm aware of.

21      Q.      You testified earlier that this Blue

22  Capital pledge, at some point, was taken off or

23  satisfied; is that correct?

24      A.      That's my understanding, yes.

25      Q.      Did that -- did you testify -- let

1                          **PODHASKIE**

2    me just ask, what was the reason for it being

3    taken off?

4          A.    I don't know.

5          Q.    Was it taken off -- was the

6    reason -- strike that.

7                Was it taken off for anything having

8    to do with Pacific Alliance's lawsuit?

9                MR. MITCHELL:  Object to the form of

10         the question.

11         A.    I don't know.

12         Q.    Was it taken off for anything having

13   to do with The Sherry-Netherland's proprietary

14   lease?

15               MR. MITCHELL:  Object to the form of

16         the question.

17         A.    I don't know.

18         Q.    Were the pledges in violation of

19   Genever New York's proprietary lease with The

20   Sherry-Netherland?

21               MR. MITCHELL:  Object to the form of

22         the question.  It calls for a legal

23         conclusion.

24         A.    No.

25         Q.    Did Genever -- no.  Okay.

```
 1                        PODHASKIE

 2              (Podhaskie Exhibit 8, Notice of

 3         Satisfaction or Release of Registered

 4         Charge, marked for identification.)

 5         Q.     You have been handed Exhibit 8,

 6    Mr. Podhaskie.

 7              Can you identify it, please?

 8         A.     This appears to be a copy of a

 9    Notice of Satisfaction or Release of Registered

10    Charge.  It's dated effective June 12, 2018.

11         Q.     And is this the satisfaction of the

12    Blue Capital charge that we were just talking

13    about?

14         A.     Yes.

15         Q.     Is this a true and correct copy,

16    authentic copy of the satisfaction of charge?

17              MR. MITCHELL:  Object to the form of

18         the question.

19         A.     It would appear to be, yes.

20         Q.     And is this a document that's

21    maintained by Genever BVI in the ordinary

22    course of its business?

23              MR. MITCHELL:  Object to the form of

24         the question.

25         A.     Yes, it would be.
```

1             PODHASKIE

2        Q.    And you don't have anything to add

3   about discussions around this or why this

4   pledge was taken off, right?

5        A.    No, I don't know why it was taken

6   off.

7        Q.    Did you ask Guo Qiang, when you

8   spoke to him to prepare for the deposition, why

9   this pledge was taken off?

10       A.    No.

11       Q.    Did Genever BVI -- anyone at Genever

12  BVI ever have any discussions about

13  transferring ownership of Genever BVI to anyone

14  other than Mr. Kwok?

15            MR. MITCHELL:  Object to the form of

16       the question.

17       A.    I don't know.  Not that I'm aware

18  of.

19       Q.    Did Genever BVI, or anyone on behalf

20  of Genever BVI, ever approach The

21  Sherry-Netherland to ask whether or not the

22  ownership of Genever BVI could be restructured

23  and assigned to Mr. Kwok's son?

24            MR. MITCHELL:  Object to the form of

25       the question.

1                    PODHASKIE

2          A.    No, not on behalf of Genever BVI.

3          Q.    On behalf of anyone?  Were there

4    ever any -- was there ever a request to The

5    Sherry-Netherland to transfer or assign

6    ownership of Genever BVI or Genever New York or

7    The Sherry-Netherland to Mr. Kwok's son?

8                MR. MITCHELL:  Object to the form of

9          the question.

10         A.     There was a request made to The

11   Sherry-Netherland to transfer ownership from

12   Mr. Kwok to Guo Qiang, his son.

13         Q.     To transfer ownership of what?

14         A.     The Sherry-Netherland.

15         Q.     And when was that request made?

16         A.     I don't recall the date off the top

17   of my head.

18         Q.     Whose idea was it to make that

19   request?

20         A.     I believe Guo Qiang.

21         Q.     Why was the request made?

22         A.     Because he initially wanted to

23   purchase The Sherry-Netherland himself and The

24   Sherry didn't like the idea of someone his age

25   at the time, you know, a mid 20-year-old,

1                         PODHASKIE

2     owning this residence.  And so his father

3     became the owner and then they had the idea of,

4     after the fact, maybe approaching the board and

5     seeing if Guo Qiang could become the owner.

6          Q.    And did Mr. Kwok know about that

7     request?

8          A.    Yes, I think he was aware of it.

9          Q.    Do you know who made the request to

10    The Sherry-Netherland?

11         A.    Who specifically, no.

12         Q.    Were there ever any other

13    discussions about transferring ownership of

14    Genever BVI, Genever New York or The

15    Sherry-Netherland to anyone other than

16    Mr. Kwok?

17              MR. MITCHELL:  Object to the form of

18         the question.

19         A.    I don't know.

20         Q.    Other than the discussions we have

21    talked about, about the pledges?

22         A.    Yes.

23              MR. MITCHELL:  Sorry.  Just for the

24         record, I just want to make sure.

25              You're answering his question that

PODHASKIE

1
2      you understood his question to mean only
3      discussions about the pledges, correct,
4      not, yes, there were other -- the record
5      is just not clear.  I just want to make
6      sure --
7           MR. MOSS:  Let me try it again.
8           MR. MITCHELL:  Yeah.
9      Q.   Other than the pledges that we've
10  talked about to Roscalitar 2 and Blue Capital,
11  and other than the request to transfer
12  ownership of The Sherry-Netherland to
13  Mr. Kwok's son, were there ever any discussions
14  about pledges, transfers or assignments of
15  either Genever BVI, Genever New York or The
16  Sherry-Netherland?
17      A.   There was a trust agreement with
18  Bravo Luck, but other than that, I don't know.
19      Q.   Is it true that Mr. Kwok has an
20  ownership interest in The Sherry-Netherland
21  apartment?
22           MR. MITCHELL:  Object to the form of
23      the question.
24      A.   No, that's not accurate.
25      Q.   Does Mr. Kwok own The

```
 1                    PODHASKIE
 2   Sherry-Netherland apartment through his
 3   ownership of Genever BVI which, in turn, owns
 4   Genever New York which, in turn, owns the
 5   apartment?
 6              MR. MITCHELL:  Object to the form of
 7        the question.
 8        A.    No, that's not accurate.
 9        Q.    Okay.  Is it true that Mr. Kwok's
10   ownership interest in the apartment is through
11   a limited liability company?
12              MR. MITCHELL:  Object to the form of
13        the question.
14        A.    That's not accurate.
15        Q.    This is Exhibit 24 from Mr. Kwok's
16   deposition.
17              MR. MOSS:  Sorry.  We don't have
18        extra copies, but we handed it out today
19        during Mr. Kwok's deposition.
20              THE VIDEOGRAPHER:  Counsel, we have
21        three minutes left on the tape.
22              We are now off the record.  The time
23        is 4:25 p.m.
24              (Recess taken.)
25              THE VIDEOGRAPHER:  This marks the
```

PODHASKIE

1

2          beginning of tape number two.  We are now

3          back on the record.  The time is 4:38 p.m.

4     BY MR. MOSS:

5          Q.    Mr. Podhaskie, you have in front of

6     you Yvette Wang's, Yan Ping Wang's affidavit

7     submitted in this case on May 16, 2018 or --

8     it's sworn on May 15, and the ECF stamp is

9     May 16.

10              Do you see that?

11         A.    Yes.

12         Q.    This was Exhibit 24 from Mr. Kwok's

13    deposition earlier today.

14              Do you recall I asked you whether or

15    not Mr. Kwok has an ownership interest in the

16    apartment through a limited liability company

17    and you testified, no, he does not?

18              Do you recall that testimony?

19         A.    Yes.

20         Q.    Take a look at paragraph 2.  The

21    first sentence reads, "Mr. Kwok's ownership

22    interest in the apartment through a limited

23    liability company is not in real property."

24              Is it a true statement that Mr. Kwok

25    has an ownership interest in The

1                     PODHASKIE

2    Sherry-Netherland apartment through a limited

3    liability company?

4              MR. MITCHELL:  Object to the form of

5         the question.

6         A.    Mr. Kwok does not have an ownership

7    interest in the apartment.  He has an ownership

8    interest in The Sherry-Netherland Corporation,

9    which then leases the real property to Genever

10   New York.

11        Q.    So Mr. Kwok's ownership interest is

12   in The Sherry-Netherland Corporation?

13        A.    His ownership interest of the shares

14   of The Sherry-Netherland Corporation, is that

15   what you're referring to?

16        Q.    You testified he has a ownership

17   interest in The Sherry-Netherland Corporation.

18        A.    Yes.

19        Q.    That's correct, Mr. Kwok has an

20   ownership interest in The Sherry-Netherland

21   Corporation?

22        A.    Yes.

23        Q.    And that ownership interest relates

24   to the apartment on the 18th floor?

25              MR. MITCHELL:  Object to the form of

1                      PODHASKIE

2        the question.

3        A.    He has a proprietary lease to the

4    apartment on the 18th floor, yes.

5        Q.    That's related to that ownership

6    interest --

7        A.    Yes.

8        Q.    -- in The Sherry-Netherland

9    Corporation, right?

10       A.    Yes.

11       Q.    And Mr. Kwok owns that interest in

12   The Sherry-Netherland Corporation shares

13   through Genever New York and through Genever

14   BVI, right?

15            MR. MITCHELL:  Object to the form of

16       the question.

17       A.    Yes.

18       Q.    Does anyone else, other than

19   Mr. Kwok, Miles Kwok, have an ownership

20   interest in the shares of The Sherry-Netherland

21   Hotel with respect to the 18th floor apartment?

22       A.    I don't know.

23       Q.    As Genever BVI and Genever New

24   York's corporate representative, can you

25   identify anyone else, sitting here today?

1           PODHASKIE

2              MR. MITCHELL:  Object to the form of

3      the question.

4      A.    Sitting here in this room?

5      Q.    Yeah.

6      A.    That has an ownership interest in --

7              MR. MITCHELL:  That was my

8      objection.

9              MR. MOSS:  Okay.  That's what

10     happens when you depose a lawyer.

11             MR. MITCHELL:  For the record,

12     several people in the room will gladly

13     accept an ownership share in The Sherry.

14     Q.    As Genever BVI's and Genever New

15 York's corporate representative here today, can

16 you identify anyone else who has an ownership

17 interest in the shares of The Sherry-Netherland

18 Hotel with respect to the 18th floor apartment

19 beside Mr. Miles Kwok?

20             MR. MITCHELL:  Object to the form of

21     the question.

22     A.    I don't know.

23     Q.    Does Mr. Kwok -- strike that.

24             Has Guo Qiang ever lived in The

25 Sherry-Netherland apartment on the 18th floor?

```
 1                        PODHASKIE

 2              MR. MITCHELL:  Object to the form of

 3        the question.

 4        A.    When you say "lived," do you mean

 5   primary residence?

 6        Q.    I mean, has he ever resided there

 7   for extended periods of time?

 8        A.    Yes.

 9        Q.    Has The Sherry-Netherland Hotel ever

10   been Guo Qiang's primary residence?

11        A.    Yes.

12        Q.    When?

13        A.    I'm speculating, but I think it was

14   in 2015.

15        Q.    Since 2015, has Guo Qiang ever

16   been -- strike that.

17              Since 2015, has The

18   Sherry-Netherland Hotel ever been Guo Qiang's

19   primary residence?

20        A.    I don't know.

21        Q.    Has he ever visited since 2015?

22              MR. MITCHELL:  Object to the form.

23              MR. MOSS:  Let me try it again.

24        Strike it.

25        Q.    Has Guo Qiang ever slept in The
```

1                          PODHASKIE

2   Sherry-Netherland apartment since 2015?

3         A.    I assume so, but I can't say, you

4   know, with certainty.  I don't -- I don't sleep

5   with him, so.

6         Q.    Let's go back to Exhibit 3,

7   Mr. Podhaskie, and I would like to direct your

8   attention to page KWOK193.

9         A.    Okay.

10         Q.    See it says, in the first paragraph,

11   it refers to Genever BVI being the sole member

12   of Genever New York.

13               Is Genever BVI the sole member of

14   Genever New York?

15         A.    Just for the record, it says "being

16   the sole director of Genever Holdings

17   Corporation."

18         Q.    So take a look at the first

19   resolution.  See "Resolved, that Andrea Sanft"?

20               Do you see that?

21         A.    Yes, yes.

22         Q.    And look at the last sentence of

23   that paragraph.  "To the extent necessary to

24   complete such actions, the corporation," and

25   the corporation refers to Genever BVI?

1                       PODHASKIE

2        A.    Uh-huh.

3        Q.    "As sole member of Genever New

4   York."

5              Do you see that?

6        A.    Yes.

7        Q.    Is Genever BVI the sole member of

8   Genever New York?

9        A.    Yes.

10       Q.    Has Genever BVI been the sole member

11   of Genever New York since Genever New York's

12   foundation?

13             MR. MITCHELL:  Object to the form of

14        the question.

15       A.    Yes.

16             MR. MOSS:  Well, that's because it's

17        a bad question.

18       Q.    Has Genever BVI been the sole member

19   of Genever New York's since Genever New York's

20   formation?

21       A.    Yes.

22       Q.    If you look at the third resolution

23   there, there's a resolution relating to Michael

24   O'Connor.

25       A.    Uh-huh.

PODHASKIE

1

2     Q.    Who is Michael O'Connor?

3     A.    He is an attorney either with the

4  firm of Paul Weiss or Williams & Connolly.  I'm

5  not sure.  I think Paul Weiss, but I'm not

6  positive.

7     Q.    And so Ms. Sanft was authorized to

8  form Genever New York, and Mr. O'Connor was

9  authorized to cause Genever New York, once

10  formed, to enter into a purchase agreement with

11  The Sherry-Netherland; is that correct?

12          MR. MITCHELL:  Object to the form of

13     the question.

14     A.    Yes.

15     Q.    And so the plan, from formation, was

16  that once Genever New York was formed, it would

17  enter into a purchase agreement with The

18  Sherry-Netherland relating to the 18th floor,

19  correct?

20          MR. MITCHELL:  Object to the form of

21     the question.

22     A.    Yes.

23     Q.    And the purpose of forming Genever

24  New York was to enter into that agreement with

25  The Sherry-Netherland?

```
1                        PODHASKIE
2              MR. MITCHELL:  Object to the form of
3        the question.
4        A.    That was one of the purposes, yes.
5        Q.    What were the other purposes?
6        A.    To invest in other real estate as
7   they deemed fit.
8        Q.    Genever New York and Genever BVI
9   were formed within days of each other, right?
10       A.    Yes, around the same time.
11       Q.    You said that Genever New York had
12   other purposes to invest in other real estate
13   as they deemed fit.
14             Has Genever New York ever invested
15   in any other real estate besides The
16   Sherry-Netherland Hotel?
17       A.    No.
18       Q.    So Genever New York and Genever BVI
19   were both formed to hold Mr. Kwok's interest in
20   The Sherry-Netherland apartment?
21             MR. MITCHELL:  Object to the form of
22        the question.
23       A.    That's not accurate.
24       Q.    Okay.  What's inaccurate about it?
25       A.    Initially, Guo Qiang, Mr. Kwok's
```

PODHASKIE

1

2    son, wanted to purchase the apartment at The

3    Sherry-Netherland.  They formed the

4    corporations with the understanding that he

5    would be the actual owner, but The

6    Sherry-Netherland did not like the idea of Guo

7    Qiang being the owner because they felt that he

8    was too young.

9         Q.   So is it your testimony that Genever

10   New York and Genever BVI were formed to hold

11   Guo Qiang's interest in The Sherry-Netherland,

12   but Mr. Kwok just ended up being the owner

13   because that's what The Sherry-Netherland

14   wanted?

15        A.   They were formed to own the real

16   estate that Guo Qiang and the family wanted to

17   invest in.  They made Mr. Kwok the sole member

18   of Genever BVI, and as the sole member of

19   Genever BVI, the owner of Genever New York

20   because The Sherry-Netherland felt that Guo

21   Qiang was too young to be the owner of this

22   particular apartment.

23        Q.   I direct your attention to page 178

24   of Exhibit 3.

25             Can you identify this document?

1          **PODHASKIE**

2          A.    (Document review.)  It is a -- looks

3    like a printout from the New York State

4    Department of State, the corporations public

5    inquiry system for Genever Holdings LLC.

6          Q.    And it shows -- and that's the

7    entity we have been referring to as Genever New

8    York, right?

9          A.    Yes.

10         Q.    And this document refers to Genever

11   New York being incorporated in New York

12   effective February 17, 2015; is that correct?

13         A.    That's what this says, yes.

14         Q.    And that's consistent with Genever's

15   understanding, right?

16         A.    Yes.

17         Q.    And so Genever New York was formed

18   about five days after Genever BVI was formed?

19         A.    I don't recall exactly, but they

20   were formed around the same time.

21         Q.    Does it refresh your recollection if

22   I told you a few minutes ago we looked at

23   documents showing that Genever BVI was formed

24   on February 12?

25         A.    No.  Which document were we looking

```
 1                      PODHASKIE

 2   at?

 3        Q.    Why don't you take a look at 145?

 4              MR. SARNOFF:  Of Exhibit 3.

 5        A.    (Document review.)  Yes, it was

 6   formed -- according to this, it was formed

 7   February 13, 2015.

 8        Q.    Genever BVI was formed on

 9   February 13, 2015, and Genever New York was

10   formed on February 17, 2015, right?

11              MR. MITCHELL:  Object to the form of

12        the question.

13        A.    Yes, based on these documents.

14        Q.    So four days apart?

15        A.    That would be correct.

16        Q.    What was Genever -- Genever New York

17   was formed to enter into the agreement with The

18   Sherry-Netherland Hotel, correct?

19              MR. MITCHELL:  Object to the form of

20        the question, asked and answered.

21        A.    Yes, that was one of the purposes.

22        Q.    Has the business purpose of Genever

23   New York changed over time?

24        A.    No.

25        Q.    Have any purposes been added or
```

1                    PODHASKIE

2   subtracted?

3        A.    No.

4        Q.    What business has Genever New York

5   conducted since it was formed in February 2015?

6        A.    It owns The Sherry-Netherland

7   apartment.

8        Q.    Any other business?

9        A.    No.

10       Q.    Has Genever New York ever entered

11   into a contract other than its contracts with

12   The Sherry-Netherland Hotel?

13       A.    I don't know.

14       Q.    Has Genever New York ever spent or

15   disbursed any money?

16       A.    Yes.

17       Q.    To whom?

18       A.    The Sherry-Netherland.

19       Q.    For maintenance fees?

20       A.    Yes.

21       Q.    Anything else?

22       A.    I think that's it.

23       Q.    Does The Sherry-Netherland -- has

24   Genever New York spent any money on anything

25   else other than to The Sherry-Netherland for

```
 1                     PODHASKIE
 2   maintenance fees?
 3        A.    Not that I know of.
 4        Q.    Does the -- does Genever New York
 5   have a bank account?
 6        A.    Yes.
 7        Q.    With which bank?
 8        A.    Chase.
 9        Q.    When was that formed?
10        A.    2018.
11        Q.    Does the money from the -- do the
12   payments to The Sherry-Netherland come from
13   that bank account?
14        A.    Yes.
15        Q.    How is that bank account funded?
16        A.    It receives money from Golden Spring
17   New York.
18        Q.    Who owns Golden Spring New York?
19        A.    China Golden Spring Group Hong Kong
20   Limited.
21        Q.    Who owns China Golden Spring Group
22   Hong Kong Limited?
23        A.    Guo Qiang.
24        Q.    Does Mr. Kwok have any interest in
25   China Golden Spring Group Hong Kong Limited?
```

1                         PODHASKIE

2              MR. MITCHELL:  Object to the form of

3       the question.

4       A.    No.

5       Q.    Before 2018, did Genever New York

6   have a bank account?

7       A.    Before what year?

8       Q.    2018.

9       A.    I don't know.

10      Q.    Did Genever New York have to pay

11   maintenance to The Sherry-Netherland before

12   2018?

13      A.    Yes.

14      Q.    Where did that money come from?

15      A.    I believe it came from Golden Spring

16   New York.

17      Q.    Has anyone, other than Golden Spring

18   New York, ever put any money into Genever New

19   York's bank account?

20      A.    I don't know.

21      Q.    So, to your knowledge, Genever New

22   York did not have any bank account prior to

23   2018?

24              MR. MITCHELL:  Object to the form of

25       the question.

1                          PODHASKIE

2          A.    I don't know.

3          Q.    Do you know why Genever New York

4    formed a bank account in 2018?

5          A.    I don't know.

6          Q.    Has any money ever been deposited

7    into Genever New York's bank account other than

8    money from Golden Spring that was meant to pay

9    the maintenance to The Sherry-Netherland hotel?

10         A.    I don't know.

11         Q.    Genever New York and Genever BVI are

12   parties to this lawsuit.

13               You're aware of that?

14         A.    Yes.

15         Q.    And Genever New York and Genever BVI

16   were represented by the Hodgson Russ firm up

17   until a few weeks ago; is that right?

18         A.    That's correct.

19         Q.    And now they are represented by

20   Mr. Mitchell's firm; is that correct?

21         A.    Yes.

22         Q.    Who was paying Genever New York and

23   Genever BVI's legal fees to Hodgson Russ?

24               MR. MITCHELL:   Object to the form of

25         the question.

```
 1                        PODHASKIE
 2        A.    I don't know.
 3        Q.    Who is paying Genever BVI and
 4   Genever New York's legal fees to Mr. Mitchell's
 5   firm?
 6              MR. MITCHELL:  I'm going to instruct
 7        him not to answer, privilege.
 8              MR. MOSS:  Who pays the bills is
 9        privileged?
10   DI         MR. MITCHELL:  Potentially.  I'm
11        asserting privilege.  You can make the
12        argument it's not.
13        Q.    Are you going to follow your
14   counsel's instruction?
15        A.    I will follow my counsel's
16   instruction.
17        Q.    Do you know whether Mr. Kwok is
18   paying Genever BVI and Genever New York's legal
19   fees in connection with this lawsuit?
20        A.    He's not.
21        Q.    But you don't know who is?
22        A.    No.
23        Q.    Mr. Kwok and Genever New York sued
24   The Sherry-Netherland Hotel a few years ago in
25   a dispute relating to maintenance of his
```

```
 1                    PODHASKIE
 2   terrace.
 3              Does that sound familiar?
 4        A.    Yes.
 5        Q.    And Mr. Kwok and Genever New York
 6   were represented by the same law firm --
 7        A.    Yes.
 8        Q.    -- in that lawsuit?
 9              Who paid that law firm's legal fees?
10        A.    I don't know.
11              MR. MITCHELL:   Just for
12         clarification of the record, do you have
13         the name of the firm?  Just because it's
14         not my firm, I don't believe it was
15         Hodgson Russ, I just want to make sure --
16         when you say the same firm, you mean they
17         both had the same attorney, not that it
18         was one of either of our firms, correct?
19              MR. MOSS:   Correct.
20        Q.    So I don't know -- do you know the
21   name of the firm?
22        A.    That represented Genever and
23   Mr. Kwok in the prior lawsuit against The
24   Sherry?
25        Q.    Yes.
```

```
 1                        PODHASKIE
 2        A.     I think it was Stone Magnanini.
 3        Q.     Do you know who was paying Stone
 4   Magnanini's legal fees for Genever New York?
 5        A.     I don't know.
 6        Q.     Do you know whether or not Stone
 7   Magnanini was paid legal fees from one person
 8   or entity or from two people or entities in
 9   connection with that lawsuit?
10             MR. MITCHELL:  Object to the form.
11        A.     I don't know.
12        Q.     In other words, did the same person
13   or entity pay the legal fees for both Mr. Kwok
14   and Genever in The Sherry-Netherland lawsuit?
15        A.     I don't know.
16        Q.     Does the same person or entity pay
17   the legal fees for Mr. Kwok and both Genever
18   entities in this lawsuit?
19   DI         MR. MITCHELL:  I instruct my client
20        not to answer.
21             MR. MOSS:  That's a yes-or-no
22        question.
23        Q.     Does the same person or entity pay
24   the legal fees for both Mr. Kwok and Genever
25   entities in this lawsuit?
```

```
 1                        PODHASKIE

 2              MR. MITCHELL:  That one, you can

 3       answer.

 4       A.    I don't know.

 5       Q.    Has Genever BVI been the sole

 6  shareholder of Genever New York for the

 7  entirety of Genever New York's existence?

 8       A.    No, that's not accurate.

 9       Q.    Why not?

10       A.    Genever New York is an LLC.  It has

11  members.  It doesn't have shareholders.

12       Q.    Has Genever BVI been the sole member

13  of Genever New York for the entirety of Genever

14  New York's existence?

15       A.    Yes.

16       Q.    Does Mr. Kwok control Genever BVI?

17       A.    No.

18       Q.    Who does?

19       A.    Guo Qiang.

20       Q.    Does Mr. Kwok control Genever New

21  York?

22       A.    No.

23       Q.    Who does?

24       A.    Guo Qiang.

25       Q.    Mr. Kwok does not control Genever
```

```
 1                        PODHASKIE
 2    BVI, even though he's the sole director and the
 3    sole shareholder?
 4              MR. MITCHELL:   Object to the form of
 5         the question, asked and answered.
 6         A.    Yes.
 7         Q.    Does Zhang Wei have any role with
 8    respect to Genever New York?
 9         A.    I don't know.
10         Q.    Does Zhang Wei own any of the
11    membership interests of Genever New York?
12         A.    That's not reflected from the
13    documents I reviewed in preparation for today.
14         Q.    Does Genever New York have any
15    directors?
16         A.    No, I don't think so.
17         Q.    Has it ever had any directors?  "It"
18    being Genever New York?
19         A.    I think it has just an authorized
20    person and its sole member.  Other than that,
21    no.
22         Q.    The sole member is Genever BVI?
23         A.    Yes.
24         Q.    Who's the authorized person?
25         A.    Guo Qiang.
```

1                      PODHASKIE

2        Q.    Have there ever been any other

3   authorized persons for Genever New York other

4   than Guo Qiang?

5              MR. MITCHELL:  Object to the form of

6        the question.

7        A.    Other than the attorneys that were

8   referenced in the resolutions in the formation

9   in the purchase of The Sherry, no.

10       Q.    Does Genever New York have any

11  offices?

12       A.    No.

13       Q.    Has it ever had any offices?

14       A.    No.

15       Q.    Does Genever New York have any

16  employees?

17       A.    No.

18       Q.    Has Genever New York ever had any

19  employees?

20       A.    No.

21       Q.    Does Genever New York have a phone

22  number?

23       A.    I don't know.

24       Q.    Since Genever New York does not have

25  any directors, I assume it's never had a board

```
 1                    PODHASKIE
 2    meeting; is that right?
 3              MR. MITCHELL:  Object to the form.
 4         A.    That was not reflected from the
 5    documents that I reviewed for today's
 6    preparation.
 7         Q.    Does Genever New York have any
 8    address?
 9              MR. MITCHELL:  Object to the form of
10         the question.
11         A.    781 Fifth Avenue.
12         Q.    And what is that?
13         A.    That's The Sherry-Netherland.
14         Q.    Genever New York's -- strike that.
15              Is the 18th floor part of the
16    address?
17         A.    Yes.
18         Q.    So Genever New York's address is the
19    apartment that Mr. Kwok lives in on the 18th
20    floor of The Sherry-Netherland?
21         A.    That's the mailing address for
22    Genever New York.
23         Q.    Does it have any other addresses?
24         A.    Not that I'm aware of.  Actually,
25    there might be an address for its registered
```

```
1                        PODHASKIE
2    agent for service of process in Albany, but
3    other than that, I'm not aware of any.
4         Q.    Other than the address for a
5    registered agent, Genever New York does not
6    have any addresses apart from The
7    Sherry-Netherland Hotel?
8         A.    No, not that I'm aware of.
9         Q.    Does Genever New York possess any
10   documents?
11             MR. MITCHELL:  Object to the form of
12        the question.
13        A.    Yes.
14        Q.    Where are they maintained?
15        A.    I believe in The Sherry-Netherland,
16   but I'm not -- I don't know for sure.
17        Q.    Are any of the Genever New York's --
18   are any of Genever New York's documents
19   maintained in -- at the British Virgin Islands
20   address where Genever BVI's documents are held?
21             MR. MITCHELL:  Object to the form of
22        the question.
23        A.    I don't know.
24        Q.    Are Genever -- are any Genever BVI
25   documents maintained at The Sherry-Netherland?
```

```
 1                      PODHASKIE
 2       A.     I don't know.
 3       Q.     What documents does Genever New York
 4  possess?
 5       A.     Its corporate formation documents,
 6  its stock register, the mail it receives.
 7       Q.     Are there any people who are
 8  authorized to act on behalf of Genever New
 9  York?
10            MR. MITCHELL:  Object to the form of
11        the question, asked and answered.
12       A.     You mean other than Mr. Kwok and his
13  son?
14       Q.     Well, so is Mr. Kwok authorized to
15  act on behalf of Genever New York?
16       A.     Mr. Kwok?  I don't know.
17       Q.     Is Guo Qiang authorized to act on
18  behalf of Genever New York?
19       A.     Yes.
20       Q.     Who authorized him to do that?
21       A.     He was authorized by Genever BVI.
22       Q.     And did Mr. Kwok, as the sole
23  director and sole shareholder of Genever BVI,
24  authorize Genever BVI to authorize Guo Qiang to
25  act on behalf of Genever New York?
```

1          PODHASKIE

2                MR. MITCHELL:  Object to the form of

3          the question.

4          A.    I would assume so.  I don't know for

5     certain, but I know that, in or around

6     May 2015, Guo Qiang was made an authorized

7     person for Genever New York.

8          Q.    What assets does Genever New York

9     hold?

10         A.    It owns the shares in The

11    Sherry-Netherland Corporation and it has a bank

12    account with JPMorgan Chase.

13         Q.    And that's the bank account that's

14    funded by Golden Spring New York whose purpose

15    is to hold the money to pay the maintenance

16    fees for The Sherry-Netherland?

17         A.    The bank account's purpose, I don't

18    know if it's to hold the money, but it is --

19    the bank account is used to pay the maintenance

20    for Genever New York.

21         Q.    And you can't identify any other

22    payments that have come out of the bank

23    account, other than to pay the maintenance for

24    The Sherry-Netherland Hotel?

25         A.    I don't know.

```
1                        PODHASKIE
2         Q.    Has Genever New York ever held any
3    other assets -- by the way, strike that.
4               What's the most money that's ever
5    been in that JPMorgan account, that Chase
6    account for Genever New York?
7               MR. MITCHELL:  Object to the form of
8         the question.
9         A.    I don't know.
10        Q.    Any sense?
11        A.    Not really, no.
12        Q.    More than $3 million?
13        A.    The monthly maintenance for The
14   Sherry is about 60,000.  So, you know, enough
15   to cover that every month.
16        Q.    Has Genever New York ever held any
17   other assets besides the Chase account and the
18   ownership in The Sherry-Netherland?
19        A.    I don't know.
20        Q.    Has Genever New York ever sold any
21   assets?
22        A.    Not that I'm aware of.
23        Q.    Are you aware of any acquisitions
24   other than the bank account and the shares of
25   The Sherry-Netherland?
```

1              PODHASKIE

2       A.    It's not reflected in the documents

3   I reviewed for today.

4       Q.    Other than Justice Ostrager's order,

5   are any of -- is Genever New York encumbered in

6   any way?

7              MR. MITCHELL:  Object to the form of

8         the question.

9       A.     There is a trust agreement between

10  Genever New York and Bravo Luck, Mr. Kwok and

11  Genever BVI, I believe, that involves The

12  Sherry-Netherland residence, but other than

13  that, and Justice Ostrager's order, I'm not

14  aware of any other encumbrances.

15      Q.    Are you aware of whether Genever New

16  York's assets have ever been encumbered in the

17  past other than the trust agreement and Justice

18  Ostrager's order?

19             MR. MITCHELL:  Object to the form of

20        the question.

21      A.    I would say the pledge agreements we

22  discussed earlier to Roscalitar 2 and Blue

23  Capital.  Other than that, I'm not aware of

24  any.

25             (Podhaskie Exhibit 9, Declaration of

```
 1                          PODHASKIE
 2          Trust and Agreement, marked for
 3          identification.)
 4          Q.    Mr. Podhaskie, you have been landed
 5    Exhibit 9.
 6                 Is this the trust agreement that you
 7    have been referring to relating to Bravo Luck
 8    and the Genever entities?
 9          A.    (Document review.)  Yes, this
10    appears to be a copy of that trust agreement.
11          Q.    It's dated February 17, 2015.
12                 Is that when it was entered into?
13          A.    Yes.
14          Q.    If you look at the bottom on the
15    left-hand side, do you know whose signature
16    that is?  I'm sorry.  The bottom of the first
17    page, 543.
18          A.    Yes.
19          Q.    Whose is it?
20          A.    Guo Qiang.
21          Q.    How about on the right-hand side,
22    whose signature is that?
23          A.    I don't know for certain, but it
24    looks like Mr. Kwok's.
25          Q.    And on page 544, is it same thing,
```

1                           PODHASKIE

2    Guo Qiang's signature is on the left and

3    Mr. Kwok's is on the right?

4         A.    It appears so, yes.

5         Q.    And on page 545, is Guo Qiang's the

6    first signature and Mr. Kwok's are the next

7    three?

8              MR. MITCHELL:  Object to the form of

9         the question.

10        A.    You mean the three below the other

11   three signatures besides Guo Qiang's?

12        Q.    Yes.

13        A.    Yes, it appears so.

14        Q.    Guo Qiang signed on behalf of Bravo

15   Luck Limited; is that right?

16        A.    Yes.

17        Q.    And Mr. Kwok signed on behalf of

18   Genever New York, Genever BVI and Mr. Kwok,

19   himself, right?

20        A.    Yes.

21        Q.    Do you know whether or not

22   counsel -- there was any counsel who

23   represented any of the parties in connection

24   with this agreement?

25        A.    I don't know.

PODHASKIE

1

2      Q.    Do you know where this agreement was

3   maintained?

4      A.    I don't know.

5      Q.    So I want to direct your attention

6   down in the background section.

7           Number 2 -- first of all, do you see

8   at the top, when it defines the parties, the

9   BVI company is Genever Holdings Corporation?

10     A.    Yes.

11     Q.    That's the company we have been

12   referring to as Genever BVI, right?

13     A.    Yes, I believe so.

14     Q.    And the company, Genever Holdings

15   LLC, which you and I have been referring to as

16   Genever New York, is referred to in this

17   document as the US SPV; is that right?

18     A.    Yes.

19     Q.    And SPV stands for special purpose

20   vehicle; is that right?

21     A.    I believe so, yes.

22     Q.    And if you look in the background,

23   number 2, it says, "The purpose of the BVI

24   company," which is Genever BVI, "is a special

25   purpose vehicle holding the US SPV."

1                        PODHASKIE

2              Do you see that?

3       A.     Yes.

4       Q.     And the US SPV is Genever New York,

5    right?

6       A.     Yes.

7       Q.     So according to this document, the

8    purpose of Genever BVI is to hold Genever New

9    York, right?

10      A.     That's what this says, yes.

11      Q.     Is that accurate?

12      A.     That's one of the purposes, as I

13   understand it, yes.

14      Q.     And in number 3, "The purpose of the

15   US SPV," that's Genever New York, right?

16      A.     Yes.

17      Q.     So "The purpose of Genever New York

18   is a special purpose vehicle holding a property

19   situated at," and then it has several units on

20   the 18th floor at The Sherry-Netherland."

21              Is that right?

22      A.     That's what it says, yes.

23      Q.     So the purpose of Genever New York

24   is to be a special purpose vehicle to hold the

25   18th floor residence, right?

1              PODHASKIE

2        A.    That's one of the purposes, yes.

3        Q.    The document doesn't say it's one of

4   the purposes.  It says it's the purpose, right?

5              MR. MITCHELL:  Object to the form.

6        A.    The document says that the US SPV is

7   a special purpose vehicle holding a property

8   situated at, and it references the 18th floor

9   of The Sherry-Netherland.

10       Q.    You said one of the purposes was to

11  hold the apartment, and I'm just saying the

12  document says the purpose of the US SPV, right?

13  Not one of the purposes.

14       A.    Yes.

15       Q.    And it says the purpose of the BVI

16  Company is to hold Genever New York, not one of

17  the purposes, right?

18       A.    Right.  But it's one of the

19  purposes.

20       Q.    And it says, in number 4, that "For

21  the avoidance of doubt, the trustee is holding

22  the BVI Company and the US SPV," those are the

23  two Genever entities, right?

24       A.    Yes.

25       Q.    "The trustee is holding the Genever

1                      PODHASKIE

2    entities in trust for the owner."

3               And the owner is Bravo Luck; is that

4    correct?

5         A.    Yes.

6         Q.    And it says that the owner, which is

7    Bravo Luck, is a beneficial owner of New

8    York -- Genever New York and Genever BVI,"

9    right?

10        A.    That's what it says, yes.

11        Q.    Is that consistent with Genever's

12   understanding?

13        A.    Yes.

14        Q.    Did Genever New York or Mr. Kwok

15   ever disclose to The Sherry-Netherland, when it

16   was applying for the lease, that Bravo Luck was

17   going to be the beneficial owner of the Genever

18   entities?

19        A.    I don't know.

20        Q.    You think The Sherry-Netherland

21   would have wanted to know who the beneficial

22   owner of the apartment was going to be?

23               MR. MITCHELL:  Object to the form of

24        the question, calls for speculation.

25        Q.    You can answer.

PODHASKIE

1

2      A.    I don't know what The

3   Sherry-Netherland would have wanted to know,

4   but I know that they knew the money came from

5   Bravo Luck.

6      Q.    Did you, in the course of your

7   review of documents to prepare for this

8   deposition, did you see any document evidencing

9   that The Sherry-Netherland knew that Bravo Luck

10   was going to be the beneficial owner of the

11   apartment?

12      A.    I didn't see anything in my

13   preparation for today.

14      Q.    See there are covenants by the

15   trustee in Section 3?  See those covenants?

16      A.    Are we still on page 1?

17      Q.    Sorry.  Section 3, "The trustee

18   further covenants with the owner."

19          Do you see that?

20      A.    Oh.  Yes, yes, yes.

21      Q.    And you see on the first page that

22   the trustee is Mr. Kwok?

23      A.    Yes.

24      Q.    So take a look at 3.4, "The trustee

25   covenants that it will not create or allow to

|    |                                                         |
|----|---------------------------------------------------------|
| 1  | **PODHASKIE**                                           |
| 2  | be created any charge, mortgage or lien on the          |
| 3  | BVI company, the US SPV and/or assets held by           |
| 4  | the BVI company and/or the US SPV unless with           |
| 5  | the prior written approval of the owner and the         |
| 6  | co-owners."                                             |
| 7  | Do you see that?                                        |
| 8  | A.    Yes.                                              |
| 9  | Q.    The pledges to Blue Capital and                   |
| 10 | Roscalitar 2 would require prior written               |
| 11 | approval of the owner and the co-owners under           |
| 12 | this agreement; is that right?                          |
| 13 | A.    Yes.                                              |
| 14 | Q.    And the owner is Bravo Luck?                      |
| 15 | A.    Yes.                                              |
| 16 | Q.    And who are the co-owners?  The                   |
| 17 | co-owners, if you look at background, page 1,           |
| 18 | 543, Section 6, "The owner made known to the            |
| 19 | trustee that certain parties" -- "third parties         |
| 20 | may co-own the property through the owner in            |
| 21 | accordance with the co-operation plan and the           |
| 22 | trustee is also acting as a trustee for those           |
| 23 | third parties."                                         |
| 24 | Do you know who those co-owner third                    |
| 25 | parties are?                                            |

1                        PODHASKIE

2          A.    I don't know.

3          Q.    Did --

4          A.    I'm sorry.  I don't know who the

5    co-owners are.  The owner is defined as Bravo

6    Luck.

7          Q.    Yes.  Did Mr. Kwok, the trustee, get

8    prior written approval of the owner, Bravo

9    Luck, or any of the co-owners before pledging

10   the shares of Genever BVI to either Roscalitar

11   2 or Blue Capital?

12              MR. MITCHELL:  Object to the form of

13        the question.

14         A.    I don't know.

15         Q.    Have you seen any documents

16   suggesting that such written approval was

17   obtained?

18              MR. MITCHELL:  Object to the form of

19        the question.

20         A.    I didn't see any in my preparation

21   for today.

22         Q.    As of early 2015, when Mr. Kwok was

23   applying to The Sherry-Netherland board, who

24   owned Bravo Luck?

25              MR. MITCHELL:  Object to the form of

1       **PODHASKIE**

2   the question.

3   A. I think, as of January 2015, Bravo

4 Luck was owned by Guo Qiang.

5   Q. Isn't it true that Mr. Kwok,

6 himself, was also a 50 percent owner of Bravo

7 Luck?

8   A. I think Guo Qiang transferred

9 50 percent of the ownership in Bravo Luck to

10 his father around that time.

11   Q. By the way, what business is Guo

12 Qiang in?

13   A. Finance.

14    (Podhaskie Exhibit 10, Letter from

15    Stevenson Wong dated March 4, 2015, marked

16    for identification.)

17   Q. Mr. Podhaskie, you have been handed

18 Exhibit 10, which is a letter from Stevenson

19 Wong dated March 4, 2015, to the board of

20 directors of The Sherry-Netherland, regarding

21 the application of Mr. Kwok Ho Wan to become a

22 shareholder of The Sherry-Netherland, Inc.,

23 Bravo Luck Limited, the company.

24    Do you see that?

25   A. Yes.

|    | PODHASKIE |
|----|-----------|
| 1  |  |
| 2  | Q.    Was Stevenson Wong representing |
| 3  | Mr. Kwok in connection with his application to |
| 4  | become a shareholder of The Sherry-Netherland? |
| 5  | MR. MITCHELL:  Object to the form of |
| 6  | the question. |
| 7  | And, additionally, this is outside |
| 8  | of the scope of the 30(b)(6) notice.  If |
| 9  | he has knowledge, I will allow him to |
| 10 | answer, but note my objection for the |
| 11 | record. |
| 12 | MR. MOSS:  Well, Genever New York |
| 13 | was a -- |
| 14 | MR. MITCHELL:  If you're asking |
| 15 | about Genever New York.  You asked |
| 16 | specifically about Mr. Kwok, who his |
| 17 | attorney was. |
| 18 | MR. MOSS:  Sure.  But Mr. Kwok was |
| 19 | buying this on behalf of an entity, |
| 20 | Genever New York. |
| 21 | MR. MITCHELL:  Are you asking about |
| 22 | the entity? |
| 23 | BY MR. MOSS: |
| 24 | Q.    I'm asking, what was Stevenson |
| 25 | Wong's role -- who was Stevenson Wong |

PODHASKIE

1

2  representing in connection with The

3  Sherry-Netherland application?

4      A.    I don't know.  Based on this letter,

5  it appears they were representing Mr. Kwok or

6  his family, but I don't know.

7      Q.    If you look at page -- the second

8  page, SN74, Stevenson Wong writes, "We confirm

9  that, A, the company," which is defined on the

10  previous page as Bravo Luck, "is legally and

11  beneficially owned as to 50 percent by Mr. Kwok

12  Ho Wan and 50 percent by Mr. Guo Qiang,

13  respectively."

14          Do you see that?

15      A.    Yes.

16      Q.    Is it correct that, as of March 4,

17  2015, Mr. Kwok owned 50 percent of Bravo Luck?

18      A.    That is what this letter reflects.

19  I was not prepared to talk about the ownership

20  of Bravo Luck today.

21      Q.    Do you have any reason to believe

22  that this document is inaccurate?

23      A.    No.

24      Q.    Do you know whether or not Bravo

25  Luck -- do you know whether or not Mr. Kwok's

```
 1                        PODHASKIE

 2    ownership interest in Bravo Luck has increased

 3    or decreased or stayed the same since March 4,

 4    2015?

 5              MR. MITCHELL:  Object to the form of

 6         the question.  Again, I think this is

 7         outside the scope.  I will allow him to

 8         answer if he has the knowledge, but...

 9         A.    I understand that Guo Qiang is

10    currently the 100 percent owner of Bravo Luck.

11         Q.    Do you understand how it came to be

12    that Mr. Kwok lost his 50 percent?

13              MR. MITCHELL:  Same objection.

14         A.    I don't know.

15         Q.    Do you know when that happened?

16              MR. MITCHELL:  Same objection.

17         A.    I don't know.

18         Q.    Have you seen any documents relating

19    to that transfer?

20              MR. MITCHELL:  Same objection.

21         A.    Not in my preparation for today's

22    deposition.

23              MR. MOSS:  Why don't we take a break

24         now?  Let's go off the record.

25              THE VIDEOGRAPHER:  We are now off
```

```
1                      PODHASKIE
2        the record.  The time is 5:27 p.m.
3               (Recess taken.)
4               THE VIDEOGRAPHER:  We are now back
5        on the record.  The time is 5:36 p.m.
6   BY MR. MOSS:
7        Q.    Mr. Podhaskie, you've answered a lot
8   of questions today saying yes or no based on
9   the documents I had access to in my review.
10              Did you have access to Genever New
11  York and Genever BVI's full set of files?
12              MR. MITCHELL:  Object to the form of
13       the question.
14              I don't know that that's exactly
15       what he said, but I know you're
16       paraphrasing, but...
17              MR. MOSS:  Okay.
18       A.    Whatever they had, I reviewed, so.
19       Q.    Did you ever ask to see any
20  documents that weren't provided to you?
21              MR. MITCHELL:  Object to the form of
22       the question.
23       A.    No.
24       Q.    Do you have any reason to believe
25  that there were documents missing from your
```

1               PODHASKIE

2   review?

3        A.    I don't know.  There's no reason for

4   me to think anything was missing, I don't know.

5        Q.    Did you say any document referencing

6   the fact that Guo Qiang has control of Genever

7   BVI?

8               MR. MITCHELL:  Object to the form of

9         the question.

10       A.    There's a document that indicates

11  he's the president of Genever BVI.  Other than

12  that, no.

13       Q.    Do you know whether or not that

14  document was produced to us in this litigation?

15       A.    I don't know.  I believe it was, but

16  I don't know.

17       Q.    Did you ever see any document

18  providing that Genever BVI authorized Guo Qiang

19  to act on behalf of Genever New York?

20       A.    There was a document that Guo Qiang

21  became the authorized person of Genever New

22  York.  I don't recall who executed it or what,

23  but I remember seeing a document that indicated

24  he was the authorized person, and Guo Qiang, he

25  signed an application for an EIN for Genever

PODHASKIE

1                          PODHASKIE

2  New York.

3     Q.   Have you ever seen any document or

4  did you see any document in the course of your

5  review providing that Yvette Wang had any role

6  with Genever BVI or Genever New York?

7        MR. MITCHELL:  Object to the form of

8     the question.

9     A.   I know that she signed an affidavit

10  in connection with the litigation that made

11  statements about Genever and The

12  Sherry-Netherland.  Other than that, I don't

13  recall.

14     Q.   Do you know where she obtained the

15  information she put in her affidavit relating

16  to Genever and The Sherry-Netherland?

17        MR. MITCHELL:  Object to the form of

18     the question, and I think this is outside

19     the scope of the 30(b)(6).

20        If he has the knowledge, I'm glad to

21     let him answer.

22        MR. MOSS:  Okay.

23     A.   I don't know.

24        MR. MOSS:  Nothing further at this

25     time.  Thank you, Mr. Podhaskie.

1               **PODHASKIE**

2               MR. MITCHELL:  Just before you start

3        going off the record, I just have a couple

4        questions for Mr. Podhaskie, just to

5        clarify the record.

6               MR. MOSS:  Sure.

7    EXAMINATION BY

8    MR. MITCHELL:

9        Q.    Mr. Podhaskie, you were provided

10   with a number of exhibits today.  One of those

11   exhibits was Podhaskie 3 -- Exhibit 3, rather.

12       A.    Yes.

13       Q.    If you'll note, these were

14   identified, when questions were asked, by Bates

15   stamps number, Kwok, and then a number.

16               Do you see that?

17       A.    Yes.

18       Q.    Looking now at Podhaskie -- is it

19   your understanding that these documents were

20   produced by Mr. Kwok's attorney in relation to

21   this litigation?

22               MR. MOSS:  Objection, leading.

23       A.    Yes.

24       Q.    Looking at Exhibit Podhaskie 4, do

25   you see any such Bates stamps?

1                    PODHASKIE

2        A.    No.

3        Q.    Prior to today, do you have any

4    recollection of seeing this document?

5             MR. MOSS:  What document?

6             MR. MITCHELL:  Exhibit 4 that we're

7        talking about.

8             MR. MOSS:  Okay.

9        A.    I think I may have seen it as one of

10   the documents that was filed in connection with

11   the litigation, but other than that, no.

12       Q.    Have you seen -- in your review of

13   the documents, Genever BVI and Genever New York

14   as they have been referred to here today, in

15   reviewing in preparation for this deposition,

16   did you see those documents within their

17   records?

18            MR. MOSS:  Objection to the form.

19       A.    Did I see Exhibit 4?

20       Q.    Exhibit 4, correct.

21            MR. MOSS:  I don't know what "those

22       documents" mean.

23       Q.    Exhibit 4, this set of pages that is

24   Exhibit 4.

25       A.    So did I see Exhibit 4 in connection

1                     **PODHASKIE**

2 with the documents I reviewed in connection for

3 today's deposition?

4      Q.    Correct.

5      A.    I saw it in connection with -- if I

6 recall, I saw it in connection with the filings

7 that were made in the New York litigation.

8      Q.    Was it contained within the records

9 that you reviewed in preparation for today?

10      A.    The records maintained by Genever

11 New York?

12      Q.    Correct.

13      A.    And Genever BVI?  I don't think so.

14      Q.    Exhibit 5, do you see a Bates stamp

15 on that document?

16      A.    (Document review.)  No.

17      Q.    Now, this document appears to have

18 been filed in the litigation or in a

19 litigation, anyway.  I believe that's the

20 docket number in this case.

21      A.    Yes, it appears so.

22      Q.    Do you recall seeing this document

23 before today?

24      A.    Again, I think I may have seen this

25 when I reviewed the litigation file as

PODHASKIE

1

2     something that was filed in the litigation.

3           Q.    Do you recall seeing this document

4     within the books and records maintained by

5     Genever New York?

6           A.    I don't recall, no.

7           Q.    How about Genever BVI?

8           A.    I don't recall.

9           Q.    Exhibit 6, which is the memorandum?

10          A.    Yes.

11          Q.    Do you see any Bates stamps on

12    there?

13          A.    (Document review.)  No.

14          Q.    But there is a docket filing number,

15    correct?

16          A.    Yes.

17          Q.    Do you recall seeing this document

18    in the books and records maintained by Genever

19    New York?

20          A.    Exhibit 6?

21          Q.    Correct.

22          A.    No.

23          Q.    Genever BVI?

24          A.    No.

25          Q.    Exhibit 7, do you see a Bates stamp

1                         PODHASKIE

2    number on this document, when you find it?

3         A.    (Document review.)  No.

4         Q.    Do you know -- up top, do you see

5    that it was filed in this proceeding in the

6    eCourt's filing system?

7         A.    By "the proceeding," you're

8    referring to the litigation?

9         Q.    Correct.

10        A.    Yes.

11        Q.    In your review of Genever New York's

12   books and records, do you recall seeing this

13   document?

14        A.    I don't recall.

15        Q.    In your review of Genever BVI's

16   books and records, do you recall seeing this

17   document?

18        A.    I don't recall.

19        Q.    Exhibit 8, do you see a Bates stamp

20   number on here?

21        A.    No.

22        Q.    And Exhibit 8, at the top, do you

23   see -- would you agree that it was filed in New

24   York County Clerk in this litigation?

25              MR. MOSS:  Objection, leading.

1                      PODHASKIE

2        A.    Yes.

3        Q.    And prior to today, do you recall

4   seeing this document?

5        A.    I think I would have seen it in

6   connection with my review of the litigation

7   file.

8        Q.    In your review of the Genever New

9   York books and records, do you recall seeing

10  this document?

11       A.    I don't recall.

12       Q.    And in your review of the books and

13  records for Genever BVI, do you recall seeing

14  this document?

15       A.    I don't recall.

16            MR. MITCHELL:  No further questions.

17            MR. MOSS:  No questions.

18            MR. SARNOFF:  Thank you.

19            THE VIDEOGRAPHER:  This concludes

20        today's deposition.  We are now going off

21        the record.  The time is 5:46 p.m.  Thank

22        you.

23            (Time noted:  5:46 p.m.)

24

25

1            A C K N O W L E D G M E N T

2

3   STATE OF                    )

4                               :ss

5   COUNTY OF                   )

6

7            I, DANIEL PODHASKIE, hereby certify

8   that I have read the transcript of my testimony

9   taken under oath in my deposition; that the

10  transcript is a true, complete and correct

11  record of my testimony, and that the answers on

12  the record as given by me are true and correct.

13

14

15

16            _____

17                    DANIEL PODHASKIE

18

19

20  Signed and subscribed to before me

21  this _____ day of _____, ____.

22

23

24  _____

25  Notary Public, State of _____

```
1                C E R T I F I C A T E

2

3    STATE OF NEW YORK )

4                            :ss

5    COUNTY OF RICHMOND)

6

7              I, MELISSA GILMORE, a Notary Public

8    within and for the State of New York, do hereby

9    certify:

10             That DANIEL PODHASKIE, the witness

11   whose deposition is hereinbefore set forth, was

12   duly sworn by me and that such deposition is a

13   true record of the testimony given by such

14   witness.

15             I further certify that I am not

16   related to any of the parties to this action by

17   blood or marriage; and that I am in no way

18   interested in the outcome of this matter.

19             IN WITNESS WHEREOF, I have hereunto

20   set my hand this 16th day of December, 2019.

21

22

23   _____

24

25   MELISSA GILMORE
```

```
1              *** ERRATA SHEET ***

2         ELLEN GRAUER COURT REPORTING CO., LLC
             126 East 56th Street, Fifth Floor
3                 New York, New York 10022
                       212-750-6434
4

5   NAME OF CASE: PACIFIC ALLIANCE v. KWOK HO WAN
    DATE OF DEPOSITION: DECEMBER 11, 2019
6   NAME OF WITNESS: DANIEL PODHASKIE

7   PAGE  LINE      FROM          TO           REASON

8   ____|_____|_____|_____|_____

9   ____|_____|_____|_____|_____

10  ____|_____|_____|_____|_____

11  ____|_____|_____|_____|_____

12  ____|_____|_____|_____|_____

13  ____|_____|_____|_____|_____

14  ____|_____|_____|_____|_____

15  ____|_____|_____|_____|_____

16  ____|_____|_____|_____|_____

17  ____|_____|_____|_____|_____

18  ____|_____|_____|_____|_____

19

20                    _____

21  Subscribed and sworn before me

22  this____day of_____,20__.

23

24  _____      _____

25  (Notary Public)            My Commission Expires:
```

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. VS.
KWOK HO WAN

DANIEL PODHASKIE
December 11, 2019

---

**$**

**$3 (1)**
101:12

---

**A**

**AARON (1)**
3:7
**aaron@lmesqcom (1)**
3:9
**able (1)**
36:2
**accept (1)**
78:13
**access (2)**
116:9,10
**accordance (1)**
110:21
**according (3)**
45:22;86:6;106:7
**account (17)**
27:5;88:5,13,15;
89:6,19,22;90:4,7;
100:12,13,19,23;
101:5,6,17,24
**account's (1)**
100:17
**accurate (19)**
9:12;18:17;21:12;
23:15,18;29:18,21;
44:18;45:12;46:12;
51:6;60:18;66:9;
73:24;74:8,14;83:23;
94:8;106:11
**acquired (1)**
47:23
**acquisitions (1)**
101:23
**Act (13)**
23:4;29:10;40:15,
22,24;41:7,9;61:20;
99:8,15,17,25;117:19
**acted (1)**
33:12
**acting (1)**
110:22
**actions (4)**
41:15,22;42:3;
80:24
**activity (2)**
52:17;53:16
**Acts (2)**
23:4;46:3
**actual (1)**
84:5
**Actually (1)**
97:24
**add (1)**
70:2
**added (2)**
25:21;86:25

**additionally (1)**
113:7
**address (22)**
16:19;34:24;35:7,8,
16,16,21,23;36:3,6,
14,25;39:24;40:6,6,
97:8,16,18,21,25;
98:4,20
**addresses (4)**
35:20;36:12;97:23;
98:6
**adds (1)**
30:11
**administer (1)**
6:15
**affidavit (3)**
75:6;118:9,15
**affiliation (1)**
19:12
**again (16)**
13:6;29:19;33:4;
40:10;47:25;48:7;
57:23;60:15,19;61:6;
63:6;65:10;73:7;
79:23;115:6;121:24
**against (2)**
49:17;92:23
**age (1)**
71:24
**agent (9)**
27:22;28:5;33:12;
35:9,17;36:13,23;
98:2,5
**ago (3)**
85:22;90:17;91:24
**agree (1)**
123:23
**AGREED (3)**
6:4,9,13
**agreement (14)**
26:20;73:17;82:10,
17,24;86:17;102:9,
17;103:2,6,10;
104:24;105:2;110:12
**agreements (2)**
26:24;102:21
**al (1)**
7:7
**Albany (1)**
98:2
**Alliance (1)**
7:6
**Alliance's (2)**
67:17;68:8
**allow (5)**
11:23;63:20;
109:25;113:9;115:7
**amount (1)**
30:18
**and/or (2)**
110:3,4
**Andrea (2)**
45:15;80:19

**answered (12)**
18:13;19:5;47:18;
60:24;62:3,7,8;63:5;
86:20;95:5;99:11;
116:7
**apart (2)**
86:14;98:6
**apartment (24)**
24:14;59:8;73:21;
74:2,5,10;75:16,22;
76:2,7,24;77:4,21;
78:18,25;80:2;83:20;
84:2,22;87:7;97:19;
107:11;108:22;
109:11
**apparent (1)**
28:10
**appear (8)**
7:21;21:12;29:21;
55:15,17;57:7;66:6;
69:19
**appearances (1)**
7:21
**appears (17)**
21:2;23:10,17;
29:15;30:12;45:4;
55:9;57:4;65:24;
66:10;69:8;103:10;
104:4,13;114:5;
121:17,21
**application (5)**
15:14;112:21;
113:3;114:3;117:25
**applying (2)**
108:16;111:23
**appointed (5)**
38:4,16;40:24;41:6;
43:22
**appointing (1)**
39:23
**appoints (1)**
40:22
**approach (1)**
70:20
**approaching (1)**
72:4
**approval (4)**
110:5,11;111:8,16
**argument (1)**
91:12
**around (8)**
53:7,11,16;70:3;
83:10;85:20;100:5;
112:10
**Asia (1)**
7:6
**assert (1)**
12:3
**asserting (1)**
91:11
**asset (10)**
25:3,6,9;46:13,18,
22;47:8,11,24;48:3

**assets (29)**
14:14;25:10;47:4,
15,19;48:9,13,15,16,
18,20;49:6;50:11,19;
51:9;59:5,16;61:4,15,
23,24;62:10;63:2;
100:8;101:3,17,21;
102:16;110:3
**assign (1)**
71:5
**assigned (2)**
50:13;70:23
**assignments (1)**
73:14
**assume (5)**
9:11;46:17;80:3;
96:25;100:4
**assuming (1)**
17:15
**Attachment (2)**
58:5,10
**attended (3)**
15:8,10;42:6
**attention (9)**
20:2,20;29:6;44:19;
58:15,17;80:8;84:23;
105:5
**attorney (5)**
11:22;82:3;92:17;
113:17;119:20
**Attorneys (3)**
3:4;6:4;96:7
**authentic (5)**
23:14;29:18;45:12;
57:8;69:16
**authority (1)**
46:5
**Authorization (3)**
20:21,25;21:8
**authorize (2)**
99:24,24
**authorized (21)**
6:15;40:15;41:9;
45:20,21,25;46:2;
82:7,9;95:19,24;96:3;
99:8,14,17,20,21;
100:6;117:18,21,24
**available (5)**
60:5,17;61:21;65:2,
7
**Avenue (2)**
3:5;97:11
**avoidance (1)**
107:21
**aware (18)**
24:5;36:16;38:19,
22,23;50:9;67:20;
70:17;72:8;90:13;
97:24;98:3,8;101:22,
23;102:14,15,23

---

**B**

**back (5)**
43:11,15;75:3;80:6;
116:4
**background (3)**
105:6,22;110:17
**bad (1)**
81:17
**bank (13)**
27:4;40:12;88:5,7,
13,15;89:6,19,22;
90:4,7;100:11,13,17,
19,22;101:24
**Based (13)**
21:10;23:16;29:19;
31:17;32:16;33:4;
39:8;46:11;55:15;
64:21;86:13;114:4;
116:8
**Bates (13)**
19:24;20:7,15,20,
22;29:8;44:23;
119:14,25;121:14;
122:11,25;123:19
**became (4)**
37:13,25;72:3;
117:21
**become (5)**
37:9;65:6;72:5;
112:21;113:4
**beginning (2)**
22:9;75:2
**behalf (21)**
8:24;11:8;15:15;
40:15;41:16,23;42:8;
45:21;52:2;58:11;
70:19;71:2,3;99:8,15,
18,25;104:14,17;
113:19;117:19
**below (1)**
104:10
**beneficial (4)**
108:7,17,21;109:10
**beneficially (1)**
114:11
**beside (1)**
78:19
**besides (8)**
23:23;31:18;34:2;
36:12;38:24;83:15;
101:17;104:11
**best (2)**
13:23;64:15
**bills (1)**
91:8
**block (1)**
45:7
**Blue (14)**
26:22;53:23;54:2,5,
11,14,19;66:4;67:21;
69:12;73:10;102:22;
110:9;111:11
**board (8)**
39:2,12;52:16;

Case 22-50073   Doc 1604-23   Filed 03/27/23   Entered 03/27/23 14:12:10   Page 131
of 140

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. VS.
KWOK HO WAN

DANIEL PODHASKIE
December 11, 2019

53:15;72:4;96:25;
111:23;112:19
**books (10)**
35:22;36:7,10,14;
122:4,18;123:12,16;
124:9,12
**both (10)**
13:19;14:7,9,11,15;
83:19;92:17;93:13,
17,24
**bottom (3)**
21:14;103:14,16
**Bravo (26)**
28:7;32:9,13;73:18;
102:10;103:7;104:14;
108:3,7,16;109:5,9;
110:14;111:5,8,24;
112:3,6,9,23;114:10,
17,20,24;115:2,10
**break (1)**
115:23
**brief (4)**
15:3,4;60:6;63:11
**briefly (1)**
14:18
**British (4)**
22:5;23:4;34:25;
98:19
**broader (1)**
15:22
**brokers (1)**
42:19
**business (20)**
14:7;26:4,8;29:9;
34:21;35:4;42:7;46:6;
55:23;56:6,16;57:14;
61:20;64:5;66:14;
69:22;86:22;87:4,8;
112:11
**buy (5)**
15:7,18;24:18;25:6;
51:21
**buying (1)**
113:19
**BVI (203)**
8:24;9:4,7,20;10:5,
12;11:9,17;13:19;
14:7,9,12,15;16:22;
17:5;19:19;21:4;23:4,
12,19,20,24;24:6;
25:15;26:4,8,14,20,
24;27:4,7,14,15,17,
23;28:8;29:9,16;30:8,
21;31:2,6,12;32:15,
21;33:2,6,12,24;34:2,
8,16;35:4,8,10,15,18;
36:14,17,20,24;37:3,
7,11;38:2,8,21;39:2,
12,15;40:15,24;41:7,
10,16,23;42:9,16,22;
43:4,8,19,22,24;44:5,
10,15;45:21;46:14;
47:3,9,10,14,19,23;

48:3,19,23;49:5;
50:11,13,23;51:3,4,
12,13,24;53:22;54:5,
25;55:10,21;56:5,14;
57:13,23;59:5,6,17,
22;61:4,15,19,20,24;
62:10,12;63:2,7,10;
64:2,4,7,11,16,22;
65:6;66:13;67:12,15;
69:21;70:11,12,13,19,
20,22;71:2,6;72:14;
73:15;74:3;77:14,23;
80:11,13,25;81:7,10,
18;83:8,18;84:10,18,
19;85:18,23;86:8;
90:11,15;91:3,18;
94:5,12,16;95:2,22;
98:24;99:21,23,24;
102:11;104:18;105:9,
12,23,24;106:8;
107:15,22;108:8;
110:3,4;111:10;
117:7,11,18;118:6;
120:13;121:13;122:7,
23;124:13
**BVI's (19)**
14:13;28:13;30:22;
32:19;45:5;47:15;
48:9,15;50:19;54:14;
57:17;65:4;66:8,16;
78:14;90:23;98:20;
116:11;123:15

**C**

**called (7)**
8:1;13:10,12;26:21,
22;50:20;53:23
**calling (1)**
65:22
**calls (2)**
68:22;108:24
**came (6)**
28:4,7;53:4;89:15;
109:4;115:11
**can (41)**
10:14,15,23;11:13;
13:23;14:24;16:17;
18:3;19:2;20:23;21:9;
23:2,7;24:24;25:19;
26:16,18;29:6,13;
34:5;41:19;42:3;
44:19,24;46:10;
48:14;55:8;56:13;
57:2;63:19,23;65:12,
20;66:22;69:7;77:24;
78:15;84:25;91:11;
94:2;108:25
**capacity (2)**
43:24;46:24
**Capital (14)**
26:22;53:23;54:2,5,
11,15,19;66:4;67:22;

69:12;73:10;102:23;
110:9;111:11
**case (4)**
19:22;49:25;75:7;
121:20
**cause (1)**
82:9
**caution (3)**
32:3;40:10;52:12
**cents (1)**
29:24
**certain (4)**
52:8;100:5;103:23;
110:19
**certainly (3)**
11:23;63:21;65:12
**certainty (1)**
80:4
**Certificate (7)**
23:5,11;29:16;
39:21;55:3;65:15,25
**certify (1)**
125:7
**changed (2)**
25:16;86:23
**charge (21)**
36:9;55:4,18,20;
56:20,24;57:6,9;60:5,
16;64:3,25;65:16;
66:2,3;67:16;69:4,10,
12,16;110:2
**charges (1)**
65:6
**Chase (4)**
88:8;100:12;101:5,
17
**check (1)**
27:20
**China (4)**
31:22;88:19,21,25
**chose (1)**
25:13
**City (1)**
46:7
**clarification (3)**
13:4;43:10;92:12
**clarify (1)**
119:5
**clarity (1)**
28:19
**clear (4)**
43:17,21;48:17;
73:5
**Clerk (1)**
123:24
**client (1)**
93:19
**colleague (1)**
31:21
**collection (2)**
19:21;20:6
**commemorate (1)**
52:17

**communicate (2)**
13:2,8
**communicated (2)**
42:16,19
**Companies (3)**
23:4;29:9;61:20
**Company (25)**
7:16,19;22:7;24:8,
10;32:10;36:4;40:22;
46:18;21;53:23;
74:11;75:16,23;76:3;
105:9,11,14,24;
107:16,22;110:3,4;
112:23;114:9
**compilation (1)**
20:14
**complete (2)**
80:24;125:10
**complicated (1)**
48:14
**concludes (1)**
124:19
**conclusion (1)**
68:23
**conducted (3)**
26:5,9;87:5
**confirm (1)**
114:8
**connection (18)**
12:8;16:14;19:12;
40:25;49:20;66:5;
91:19;93:9;104:23;
113:3;114:2;118:10;
120:10,25;121:2,5,6;
124:6
**Connolly (2)**
45:19;82:4
**Consent (3)**
44:22;45:5,22;
46:11
**consider (2)**
37:15;47:10
**considers (1)**
47:14
**consistent (3)**
57:16;85:14;108:11
**contained (1)**
121:8
**Cont'd (1)**
3:1
**contract (3)**
26:16;50:2;87:11
**contracts (3)**
26:15,25;87:11
**control (4)**
94:16,20,25;117:6
**controlled (1)**
52:23
**controls (2)**
52:25;54:10
**conversation (5)**
12:17;13:25;15:25;
16:9,12

**conversations (4)**
16:10;26:2;27:3;
28:2
**co-operation (1)**
110:21
**co-own (1)**
110:20
**co-owner (1)**
110:24
**co-owners (6)**
110:6,11,16,17;
111:5,9
**copies (1)**
74:18
**copy (18)**
21:7;23:10,18;
29:15,21;45:5;55:10,
17;57:4,8;64:8,12;
65:25;66:9;69:8,15,
16;103:10
**corporate (21)**
8:9;9:15;10:2;
11:16;12:10,18;
13:18;14:2,8;19:21;
20:7,17;33:11;34:21;
35:5;39:19;41:20;
53:16;77:24;78:15;
99:5
**Corporation (23)**
8:24;9:8;22:4,5,6,
17;23:6;29:11;30:7;
31:9;44:22;76:8,12,
14,17,21;77:9,12;
80:17,24,25;100:11;
105:9
**corporations (2)**
84:4;85:4
**correctly (1)**
22:8
**counsel (4)**
7:20;74:20;104:22,
22
**counsel's (2)**
91:14,15
**County (3)**
7:9;123:24;125:5
**couple (3)**
33:21,25;119:3
**course (12)**
29:3;33:6;55:22;
56:5,15;57:14;64:4,
17;66:13;69:22;
109:6;118:4
**court (6)**
6:17;7:8,17,24;
60:11;63:12
**covenants (4)**
109:14,15,18,25
**cover (1)**
101:15
**covered (1)**
11:10
**create (1)**

Case 22-50073    Doc 1604-23    Filed 03/27/23    Entered 03/27/23 14:12:10    Page 132
of 140

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. VS.
KWOK HO WAN

DANIEL PODHASKIE
December 11, 2019

109:25
**created (1)**
110:2
**currently (11)**
14:15;34:11,12;
41:11;48:10,19;49:9,
14,16;54:24;115:10
**cut (1)**
27:20

**D**

**DAN (2)**
3:14;7:14
**Daniel (3)**
7:4;125:7,17
**date (7)**
7:12;20:21,25;21:8;
59:16;61:18;71:16
**dated (9)**
21:2;45:6;57:6;
59:14;66:2;69:10;
103:11;112:15,19
**dates (1)**
53:10
**day (7)**
21:3;33:17,21,24;
34:10;37:19;125:21
**days (5)**
33:21,25;83:9;
85:18;86:14
**debt (1)**
27:19
**December (2)**
7:13;16:4
**decision (2)**
51:23;52:6;54:14
**Declaration (1)**
102:25
**decreased (1)**
115:3
**deemed (2)**
83:7,13
**defendant (1)**
58:11
**Defendant's (2)**
58:2,8
**defined (3)**
10:12;111:5;114:9
**defines (1)**
105:8
**Department (1)**
85:4
**depose (1)**
78:10
**deposited (1)**
90:6
**deposition (33)**
6:13;7:4,11;9:16,
20;10:3,5,10,11,18,
25;11:5,15;12:13;
13:17;16:15;29:4;
40:21;41:2,7,11;

55:16;63:16;70:8;
74:16,19;75:13;
109:8;115:22;120:15;
121:3;124:20;125:9
**designated (1)**
11:16
**DI (2)**
91:10;93:19
**different (2)**
25:12;42:14
**direct (9)**
19:25;20:19;29:6;
44:19;58:15,16;80:7;
84:23;105:5
**director (23)**
32:25;33:13,14,16,
17,17,23,24;34:2,8,
10,11,13,14;37:15;
44:22;45:6;46:12;
66:17;67:12;80:16;
95:2;99:23
**directors (10)**
33:7,10;37:21,23;
38:9;39:21;95:15,17;
96:25;112:20
**Director's (3)**
20:21,25;21:8
**disbursed (1)**
87:15
**disclose (1)**
108:15
**discuss (3)**
12:8,20;13:16
**discussed (10)**
13:17;14:6,8,10,12,
14,18;16:18,19;
102:22
**discussion (3)**
14:22;15:3,5
**discussions (8)**
11:25;67:14;70:3,
12;72:13,20;73:3,13
**dispute (1)**
91:25
**distinguishing (1)**
31:7
**docket (2)**
121:20;122:14
**Document (74)**
10:9;20:23,24;
22:12,18,20;23:2,14;
29:14,18;44:21,24,25;
45:13,15;55:8,9,19,
21;56:17;57:2,12;
58:12;59:14;60:15;
64:3,8,12,14,17,18;
65:20,24;66:9,10,12;
69:20;84:25;85:2,10,
25;86:5;103:9;
105:17;106:7;107:3,
6,12;109:8;114:22;
117:5,10,14,17,20,23;
118:3,4;120:4,5;

121:15,16,17,22;
122:3,13,17;123:2,3,
13,17;124:4,10,14
**documents (61)**
19:21;20:2,3,7,14,
17;21:10;23:16;26:2;
27:2;28:2,11;29:19;
30:15,23;31:17;
32:16,18,22;38:13;
39:6,13,15,19,25;
41:21;42:16,22,22;
43:23;44:17;45:3;
47:21;56:4,14;57:24;
63:17;65:5;85:23;
86:13;95:13;97:5;
98:10,18,20,25;99:3,
5;102:2;109:7;
111:15;115:18;116:9,
20,25;119:19;120:10,
13,16,22;121:2
**dollar (4)**
30:2,3,8,13
**done (1)**
42:6
**doubt (1)**
107:21
**down (3)**
58:22,23;105:6
**during (3)**
13:25;29:3;32:19;
33:6;74:19
**duties (1)**
19:11

**E**

**earlier (6)**
43:12;53:20;64:2;
67:21;75:13;102:22
**early (1)**
111:22
**ECF (1)**
75:8
**eCourt's (1)**
123:6
**effect (1)**
6:16
**effective (7)**
21:2;59:23;61:18;
62:13;63:7;69:10;
85:12
**EIN (2)**
42:25;117:25
**either (7)**
40:21,23;45:18;
73:15;82:3;92:18;
111:10
**elaborate (1)**
26:18
**elected (1)**
38:4
**Elian (4)**
33:14,16,23;37:19

**Ellen (2)**
7:15,18
**else (11)**
12:16,20;14:17;
16:23;24:4;31:11;
77:18,25;78:16;
87:21,25
**E-MAIL (2)**
3:9;36:24
**employed (1)**
19:9
**employees (3)**
36:18;96:16,19
**employer (2)**
42:25,25
**encumbered (6)**
48:10;49:10,13;
50:6;102:5,16
**encumbrances (1)**
102:14
**end (1)**
64:18
**ended (3)**
24:15;32:12;84:12
**engaged (1)**
42:7
**England (1)**
13:15
**enough (1)**
101:14
**enter (4)**
82:10,17,24;86:17
**entered (10)**
26:14,19,20,24;
52:10;66:19;67:10,
16;87:10;103:12
**enters (1)**
50:2
**entirety (5)**
30:21;59:9;61:5;
94:7,13
**Entities (12)**
3:4;8:9,12;19:23;
20:18;93:8,18,25;
103:8;107:23;108:2,
18
**entitled (3)**
20:21,24;44:21
**entity (19)**
8:16,23;9:4;21:5;
26:21,22;27:8,12,13,
16;28:9;50:20;85:7;
93:8,13,16,23;113:19,
22
**ESQ (1)**
3:7
**established (1)**
59:21
**estate (11)**
24:9,13,16,19,20,
25;42:19;83:6,12,15;
84:16
**et (1)**

7:7
**even (1)**
95:2
**evidencing (1)**
109:8
**exactly (4)**
24:20;67:9;85:19;
116:14
**EXAMINATION (2)**
8:6;119:7
**examined (1)**
8:3
**except (1)**
6:9
**executed (1)**
117:22
**Exhibit (47)**
9:15,19;10:4,9,11,
15,16,24,24;17:9;
20:6,13;44:20;55:3,7,
20;56:18,22;58:2,8;
65:15,18;69:2,5;
74:15;75:12;80:6;
84:24;86:4;102:25;
103:5;112:14,18;
119:11,24;120:6,19,
20,23,24,25;121:14;
122:9,20,25;123:19,
22
**exhibits (5)**
56:2,3,3;119:10,11
**exist (1)**
46:5
**existence (5)**
30:22;32:20;33:7;
94:7,14
**expected (2)**
63:21;65:13
**experience (1)**
64:22
**explained (1)**
58:18
**extended (1)**
79:7
**extent (1)**
80:23
**extra (1)**
74:18

**F**

**facility (2)**
54:4,6
**fact (4)**
59:17;67:15;72:4;
117:6
**false (5)**
60:9,12,20;61:8,12
**familiar (1)**
92:3
**family (4)**
15:20;31:24;84:16;
114:6

Ellen Grauer Court Reporting Co. LLC

Case 22-50073   Doc 1604-23   Filed 03/27/23   Entered 03/27/23 14:12:10   Page 133
of 140
PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. VS.
KWOK HO WAN

DANIEL PODHASKIE
December 11, 2019

**far (2)**
21:9;29:17
**father (3)**
15:9;72:2;112:10
**February (13)**
21:3;23:20;37:12,
24;45:6;66:2;85:12,
24;86:7,9,10;87:5;
103:11
**feel (1)**
20:3
**fees (12)**
87:19;88:2;90:23;
91:4,19;92:9;93:4,7,
13,17,24;100:16
**felt (2)**
84:7,20
**few (3)**
85:22;90:17;91:24
**Fifth (1)**
97:11
**file (2)**
121:25;124:7
**filed (10)**
58:10;60:6;61:19;
63:11,17;120:10;
121:18;122:2;123:5,
23
**files (3)**
22:21;64:18;116:11
**filing (3)**
6:6;122:14;123:6
**filings (1)**
121:6
**Finance (1)**
112:13
**find (2)**
36:2;123:2
**fine (5)**
8:18;9:5;28:25;
29:5;43:16
**firm (10)**
45:18;82:4;90:16,
20;91:5;92:6,13,14,
16,21
**firms (1)**
92:18
**firm's (1)**
92:9
**first (13)**
13:4;22:10,11;
33:14,17,23;75:21;
80:10,18;103:16;
104:6;105:7;109:21
**fit (2)**
83:7,13
**five (6)**
10:17,21,25;11:5;
58:23;85:18
**flip (2)**
20:4;56:13
**floor (11)**
76:24;77:4,21;

78:18,25;82:18;
97:15,20;106:20,25;
107:8
**focus (2)**
19:19;60:7
**follow (2)**
91:13,15
**follows (1)**
8:4
**force (1)**
6:16
**form (113)**
6:10;10:7;11:11;
17:25;18:9;19:14;
21:15;23:8;24:22;
25:17,23;26:11;27:9;
30:9;31:3,13;34:3,18;
39:4,10,17;40:16;
41:5,12,17,24;42:10;
44:7;46:2,8,15;47:5,
17;48:5,11;49:3,11,
22;50:7,15,21;51:14,
25;57:19;59:19;60:2,
13,21;61:10;62:2,17;
63:13;64:19;65:8;
66:20;67:6,18;68:9,
15,21;69:17,23;70:15,
24;71:8;72:17;73:22;
74:6,12;76:4,25;
77:15;78:2,20;79:2,
22;81:13;82:8,12,20;
83:2,21;86:11,19;
89:2,24;90:24;93:10;
95:4;96:5;97:3,9;
98:11,21;99:10;
100:2;101:7;102:7,
19;104:8;107:5;
108:23;111:12,18,25;
113:5;115:5;116:12,
21;117:8;118:7,17;
120:18
**formal (1)**
53:16
**formalities (1)**
13:18
**formation (13)**
14:6;25:6,9,16;
28:14;41:21;42:12;
43:13,21;81:20;
82:15;96:8;99:5
**formed (27)**
22:16;24:6,7;33:2;
37:12,24;39:20;
44:16;82:10,16;83:9,
19;84:3,10,15;85:17,
18,20,23;86:6,6,8,10,
17;87:5;88:9;90:4
**forming (3)**
22:4;23:24;82:23
**forms (1)**
15:14
**foundation (1)**
81:12

**four (2)**
58:23;86:14
**front (2)**
35:25;75:5
**full (1)**
116:11
**Fund (1)**
7:7
**funded (2)**
88:15;100:14
**funding (1)**
32:12
**FURTHER (5)**
6:8,12;109:18;
118:24;124:16
**future (1)**
49:20

## G

**gave (1)**
51:21
**generated (1)**
39:20
**Genever (416)**
3:4,13;8:12,16,20,
21,24;9:4,7,7,17,20;
10:4,5,10,11;11:8,9,
17,17;13:19,19;14:7,
8,9,10,12,12,13,14,15,
16;15:15;16:20,21,22,
25;17:4,8,14,16,18,
22,24;18:7,13,20,25;
19:6,9,13,19,23;
20:18;21:4;22:6,16;
23:6,11,19,24;24:6,
10,16;25:15;26:4,6,8,
9,14,19,24;27:4,7,14,
15,16;28:8,13;29:10,
16;30:7,7,21,22;31:2,
6,12;32:15,19,21;
33:2,6,24;34:2,8,16;
35:4,7,14,15;36:17,
20,24;37:3,7,11;38:2,
8,21;39:2,12,15;
40:15,24;41:7,10,16,
23;42:8,16,22;43:4,6,
8,18,19,22,24;44:5,6,
10,11,13,15,16,21;
45:5,21;46:2,4,13,14,
25;47:3,4,8,9,10,10,
14,14,15,19,20,23,24;
48:3,4,9,15,19,20,23;
49:5,6,9,25;50:6,11,
13,19,23,25;51:3,4,9,
9,12,13,16,18,21,24;
52:2;53:22;54:5,14,
25;55:10,21;56:5,14,
14;57:12,16,23;59:5,
6,7,17,22;61:4,15,24;
62:10,12;63:2,7,10,
10,25;64:4,7,11,16;
65:4;66:8,12,16;

67:12,15;68:19,25;
69:21;70:11,11,13,19,
20,22;71:2,6,6;72:14,
14;73:15,15;74:3,4;
76:9;77:13,13,23,23;
78:14,14;80:11,12,13,
14,16,25;81:3,7,8,10,
11,11,18,19,19;82:8,
9,16,23;83:8,8,11,14,
18,18;84:9,10,18,19,
19;85:5,7,10,17,18,
23;86:8,9,16,16,22;
87:4,10,14,24;88:4;
89:5,10,18,21;90:3,7,
11,11,15,15,22,23;
91:3,4,18,18,23;92:5,
22;93:4,14,17,24;
94:5,6,7,10,12,13,13,
16,20,25;95:8,11,14,
18,22;96:3,10,15,18,
21,24;97:7,14,18,22;
98:5,9,17,18,20,24,
24;99:3,8,15,18,21,
23,24,25;100:7,8,20;
101:2,6,16,20;102:5,
10,11,15;103:8;
104:18,18;105:9,12,
14,16,24;106:4,8,8,
15,17,23;107:16,23,
25;108:8,8,14,17;
111:10;113:12,15,20;
116:10,11;117:6,11,
18,19,21,25;118:6,6,
11,16;120:13,13;
121:10,13;122:5,7,18,
23;123:11,15;124:8,
13
**Genever's (3)**
22:21;85:14;108:11
**Gilmore (1)**
7:18
**given (1)**
125:12
**glad (1)**
118:20
**gladly (1)**
78:12
**Golden (9)**
88:16,18,19,21,25;
89:15,17;90:8;100:14
**goods (1)**
27:21
**Grauer (2)**
7:15,19
**Great (1)**
10:13
**Group (3)**
88:19,21,25
**guess (1)**
43:20
**Guo (71)**
11:18;12:23;13:6,
12,13,24;15:20,23;

16:2,9,12,23,25;
28:22;32:11,11;
34:14;36:11;37:5,13,
25;38:4,10,12,17,24;
39:23;40:20,23;41:8,
22;42:5;43:21;52:4;
54:3;66:5;70:7;71:12,
20;72:5;78:24;79:10,
15,18,25;83:25;84:6,
11,16,20;88:23;94:19,
24;95:25;96:4;99:17,
24;100:6;103:20;
104:2,5,11,14;112:4,
8,11;114:12;115:9;
117:6,18,20,24

## H

**hand (1)**
19:20
**handed (8)**
9:24;55:6;56:22;
58:7;65:18;69:5;
74:18;112:17
**happened (1)**
115:15
**happens (1)**
78:10
**head (2)**
35:25;71:17
**held (8)**
7:11;14:15;47:19;
51:9;98:20;101:2,16;
110:3
**helpful (1)**
12:5
**HEREBY (3)**
6:3,6;125:7
**herein (1)**
6:5
**himself (3)**
71:23;104:19;112:6
**hired (1)**
27:22
**Ho (5)**
21:18,20;45:7;
112:21;114:12
**Hodgson (8)**
7:12;58:11;60:5,8,
17;90:16,23;92:15
**hold (12)**
35:14;48:24;49:6;
83:19;84:10;100:9,
15,18;106:8,24;
107:11,16
**holding (6)**
30:7;105:25;
106:18;107:7,21,25
**Holdings (13)**
8:13,21,24;9:8;
22:6,16;23:6;29:10;
44:21;80:16;85:5;
105:9,14

Case 22-50073   Doc 1604-23   Filed 03/27/23   Entered 03/27/23 14:12:10   Page 134
of 140
PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. VS.
KWOK HO WAN
DANIEL PODHASKIE
December 11, 2019

**Hong (6)**
35:21;36:15;40:6;
88:19,22,25
**Hotel (13)**
14:20;24:14;77:21;
78:18;79:9,18;83:16;
86:18;87:12;90:9;
91:24;98:7;100:24
**hundred (1)**
51:7

**I**

**idea (4)**
71:18,24;72:3;84:6
**identification (11)**
9:18,21;20:8;42:25;
55:5;56:21;58:6;
65:17;69:4;103:3;
112:16
**identified (1)**
119:14
**identify (13)**
20:23;23:2,7;29:13;
44:24;55:8;57:2;
65:20;69:7;77:25;
78:16;84:25;100:21
**inaccurate (3)**
22:21;83:24;114:22
**Inc (1)**
112:22
**include (1)**
59:7
**incorporated (3)**
23:20;29:9;85:11
**Incorporation (2)**
23:5,11
**increased (1)**
115:2
**incurred (1)**
27:19
**Index (1)**
7:9
**indicated (2)**
12:15;117:23
**indicates (1)**
117:10
**indicating (1)**
49:25
**individuals (2)**
11:25;40:14
**information (1)**
118:15
**Initially (4)**
24:7;33:20;71:22;
83:25
**inquiry (1)**
85:5
**instruct (2)**
91:6;93:19
**instruction (2)**
91:14,16
**interaction (1)**

42:8
**interest (21)**
73:20;74:10;75:15,
22,25;76:7,8,11,13,
17,20,23;77:6,11,20;
78:6,17;83:19;84:11;
88:24;115:2
**interests (1)**
95:11
**into (17)**
26:14,19,20,24;
50:2;52:10;66:19;
67:11,16;82:10,17,24;
86:17;87:11;89:18;
90:7;103:12
**invest (3)**
24:25;54:8;83:6,12;
84:17
**invested (1)**
83:14
**investment (1)**
40:12
**investments (1)**
54:9
**involved (8)**
23:23;42:12,13;
43:13,13,21;52:5;
54:13
**involves (1)**
102:11
**Island (1)**
23:4
**Islands (3)**
22:5;34:25;98:19

**J**

**January (1)**
112:3
**Jersey (1)**
3:6
**JPMorgan (2)**
100:12;101:5
**Judge (1)**
49:24
**jump (1)**
58:22
**June (1)**
69:10
**Justice (4)**
50:5;102:4,13,17

**K**

**keep (1)**
36:7
**kept (1)**
36:15
**kinds (1)**
54:9
**knew (4)**
60:9;66:18;109:4,9
**knowledge (9)**

12:12;42:5;63:22;
66:7,8;89:21;113:9;
115:8;118:20
**known (3)**
22:6;60:17;110:18
**knows (1)**
65:12
**Kong (6)**
35:22;36:15;40:7;
88:19,22,25
**Kwok (100)**
11:18;12:7,8,17;
14:13;15:21;19:24;
21:18,20,22;22:13,16;
23:23;28:14,15,16,21,
22;29:22;30:13,18,20,
25;31:15,19,24;
32:25;33:8,18;34:2,7;
37:17;38:6,16,20;
40:20,23;41:15;45:8,
9;48:24;52:5;54:13;
59:2,4,10;66:18;67:2,
3,11;70:14;71:12;
72:6,16;73:19,25;
75:15,24;76:6,19;
77:11,19,19;78:19,23;
84:12,17;88:24;
91:17,23;92:5,23;
93:13,17,24;94:16,20,
25;97:19;99:12,14,16,
22;102:10;104:17,18;
108:14;109:22;111:7,
22;112:5,21;113:3,16,
18;114:5,11,17;
115:12;119:15
**KWOK143 (2)**
20:7,16
**KWOK145 (1)**
22:25
**KWOK147 (1)**
29:8
**KWOK176 (1)**
20:22
**KWOK193 (3)**
44:20,23;80:8
**KWOK194 (1)**
20:16
**Kwok's (26)**
12:24;13:7;15:24;
21:14;22:21;24:2;
28:23;30:6;31:21;
32:11;70:23;71:7;
73:13;74:9,15,19;
75:12,21;76:11;
83:19,25;103:24;
104:3,6;114:25;
119:20

**L**

**landed (1)**
103:4
**last (3)**

10:16,24;80:22
**later (1)**
53:21
**Law (4)**
58:3,9;92:6,9
**LAWALL (1)**
3:3
**laws (1)**
22:4
**lawsuit (10)**
67:17;68:8;90:12;
91:19;92:8,23;93:9,
14,18,25
**lawyer (2)**
45:18;78:10
**lawyers (1)**
64:22
**leading (2)**
119:22;123:25
**lease (4)**
68:14,19;77:3;
108:16
**leases (1)**
76:9
**left (2)**
74:21;104:2
**left-hand (1)**
103:15
**Legal (13)**
7:15,19;63:17;
68:22;90:23;91:4,18;
92:9;93:4,7,13,17,24
**legally (1)**
114:10
**lend (1)**
32:7
**lent (3)**
31:22;32:6,9
**Letter (4)**
112:14,18;114:4,18
**liability (6)**
46:18,21;74:11;
75:16,23;76:3
**lien (2)**
49:16;110:2
**Limited (12)**
26:22;46:18,21;
74:11;75:16,22;76:2;
88:20,22,25;104:15;
112:23
**line (1)**
21:19
**lines (1)**
58:23
**listed (1)**
12:12
**listen (1)**
62:20
**litigation (12)**
117:14;118:10;
119:21;120:11;121:7,
18,19,25;122:2;123:8,
24;124:6

**little (1)**
48:14
**lived (2)**
78:24;79:4
**lives (2)**
31:22;97:19
**LLC (6)**
3:3;8:13,21;85:5;
94:10;105:15
**LLP (1)**
58:11
**loan (6)**
51:17,20;54:4,6,7;
66:5
**located (1)**
13:13
**long (3)**
33:19;64:13;65:14
**look (18)**
10:14,16,23;19:25;
20:4;22:24;43:15;
59:13;75:20;80:18,
22;81:22;86:3;
103:14;105:22;
109:24;110:17;114:7
**looked (2)**
25:12;85:22
**looking (7)**
15:2,6,17;54:3;
85:25;119:18,24
**looks (2)**
85:2;103:24
**lost (1)**
115:12
**lot (2)**
15:10;116:7
**LP (1)**
7:7
**Luck (26)**
28:7;32:9,13;73:18;
102:10;103:7;104:15;
108:3,7,16;109:5,9;
110:14;111:6,9,24;
112:4,7,9,23;114:10,
17,20,25;115:2,10

**M**

**MACOM (2)**
3:14;7:14
**Madison (1)**
3:5
**Magnanini (2)**
93:2,7
**Magnanini's (1)**
93:4
**mail (1)**
99:6
**mailing (8)**
34:24;35:7,8,16,16;
36:6,14;97:21
**maintain (1)**
39:16

Case 22-50073   Doc 1604-23   Filed 03/27/23   Entered 03/27/23 14:12:10   Page 135
of 140
PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. VS.
KWOK HO WAN

DANIEL PODHASKIE
December 11, 2019

**maintained (14)**
39:25;40:7;56:15;
57:13;64:3,16;69:21;
98:14,19,25;105:3;
121:10;122:4,18

**maintaining (1)**
36:9

**maintains (3)**
16:20;35:22;66:13

**maintenance (9)**
87:19;88:2;89:11;
90:9;91:25;100:15,
19,23;101:13

**management (1)**
14:11

**March (11)**
57:6,18,22;59:23;
61:18;62:13;63:8;
112:15,19;114:16;
115:3

**marked (11)**
9:17,20,25;20:8;
55:4;56:20;58:5;
65:16;69:4;103:2;
112:15

**marking (2)**
20:9,11

**marks (1)**
74:25

**math (1)**
30:11

**matter (1)**
7:6

**may (26)**
6:13;37:10,13,24;
38:5,15;53:7;55:12;
57:6;59:5,14;60:12,
23;61:5,15,22,25;
62:11;63:3;75:7,8,9;
100:6;110:20;120:9;
121:24

**Maybe (2)**
11:20;72:4

**mean (17)**
8:19;9:7;18:4;19:2,
7;34:20;42:3;49:13;
61:12,14;73:2;79:4,6;
92:16;99:12;104:10;
120:22

**meaning (1)**
40:12

**meant (1)**
90:8

**meeting (5)**
39:3,12;42:6;53:15;
97:2

**meetings (2)**
15:8,10

**Melissa (1)**
7:18

**member (13)**
31:24;44:10;80:11,
13;81:3,7,10,18;

84:17,18;94:12;
95:20,22

**members (1)**
94:11

**membership (1)**
95:11

**Memorandum (3)**
58:3,8;122:9

**mentioned (3)**
20:14;37:5;50:18

**mentioning (1)**
28:20

**mentions (1)**
45:15

**Michael (2)**
81:23;82:2

**mid (1)**
71:25

**middle (1)**
29:11

**might (2)**
43:6;97:25

**Miles (6)**
11:18;21:22;28:16,
22;77:19;78:19

**million (1)**
101:12

**minutes (2)**
74:21;85:22

**missing (2)**
116:25;117:4

**mistaken (1)**
59:23

**MITCHELL (141)**
3:3,7;10:7;11:11,
20;13:3;17:25;18:9;
19:14;20:9;21:15;
23:8;24:22;25:17,23;
26:11;27:9;30:9;31:3,
13;32:3;34:3,18;39:4,
10,17;40:10,16;41:4,
12,17,24;42:10;43:3;
44:7;46:8,15;47:5,17;
48:5,11;49:3,11,22;
50:7,15,21;51:14,25;
52:12;56:7;57:19;
59:19;60:2,13,21,24;
61:10;62:2,17,24;
63:4,13;64:19;65:8,
21;66:20;67:6,18;
68:9,15,21;69:17,23;
70:15,24;71:8;72:17,
23;73:8,22;74:6,12;
76:4,25;77:15;78:2,7,
11,20;79:2,22;81:13;
82:12,20;83:2,21;
86:11,19;89:2,24;
90:24;91:6,10;92:11;
93:10,19;94:2;95:4;
96:5;97:3,9;98:11,21;
99:10;100:2;101:7;
102:7,19;104:8;
107:5;108:23;111:12,

18,25;113:5,14,21;
115:5,13,16,20;
116:12,21;117:8;
118:7,17;119:2,8;
120:6;124:16

**Mitchell's (2)**
90:20;91:4

**Monday (1)**
16:3

**money (24)**
27:7,15,19,21;28:4,
9;30:18;31:22;32:6,8,
9;42:7;87:15,24;
88:11,16;89:14,18;
90:6,8;100:15,18;
101:4;109:4

**month (1)**
101:15

**monthly (1)**
101:13

**more (5)**
19:3;20:5;26:16;
42:3;101:12

**Morristown (1)**
3:6

**mortgage (1)**
110:2

**MOSS (34)**
8:7;12:4,6;13:5;
20:11;43:9;56:12;
62:8;65:23;73:7;
74:17;75:4;78:9;
79:23;81:16;91:8;
92:19;93:21;113:12,
18,23;115:23;116:6,
17;118:22,24;119:6,
22;120:5,8,18,21;
123:25;124:17

**most (1)**
101:4

**Motion (2)**
58:4,9

**much (3)**
14:3,4;64:23

---

### N

**name (4)**
7:14;13:4;92:13,21

**nature (1)**
63:18

**necessary (2)**
46:4;80:23

**need (2)**
14:4;20:3

**needed (1)**
27:19

**New (191)**
3:6;7:8,9;8:16,20;
9:17;10:4,10;11:8,17;
13:19;14:8,10,12,14,
16,20;15:8,16;16:21;
21:17:2,8,14,16,18,

18,25;113:5,14,21;
115:5,13,16,20;
116:12,21;117:8;
118:7,17;119:2,8;
120:6;124:16

22,24;18:7,13,21,25;
19:6,9,13;24:11;26:6,
9;43:7;19;44:6,11,13,
16;46:2,4,6,6,13;47:4,
8,11,14,20,24;48:4,
20;49:6,9;50:2,6,25;
51:9,10;56:14;63:11;
68:19;71:6;72:14;
73:15;74:4;76:10;
77:13,23;78:14;
80:12,14;81:3,8,11,
11,19,19;82:8,9,16,
24;83:8,11,14,18;
84:10,19;85:3,7,11,
11,17;86:9,16,23;
87:4,10,14,24;88:4,
17,18;89:5,10,16,18,
18,21;90:3,7,11,15,
22;91:4,18,23;92:5;
93:4;94:6,7,10,13,14,
20;95:8,11,14,18;
96:3,10,15,18,21,24;
97:7,14,18,22;98:5,9,
17,18;99:3,8,15,18,
25;100:7,8,14,20;
101:2,6,16,20;102:5,
10,15;104:18;105:16;
106:4,8,15,17,23;
107:16;108:7,8,14;
113:12,15,20;116:10;
117:19,21;118:2,6;
120:13;121:7,11;
122:5,19;123:11,23;
124:8

**next (2)**
29:7;104:6

**nobody (1)**
31:11

**Notary (2)**
8:2;125:25

**note (2)**
113:10;119:13

**noted (1)**
124:23

**notice (15)**
9:16,19;10:3,4,10,
11;12:13;50:4;56:18,
23;57:5;65:11;69:2,9;
113:8

**noticed (1)**
13:18

**notices (2)**
11:15;63:16

**Number (19)**
7:10;10:2;36:21,22;
43:2;58:19;75:2;
96:22;105:7,23;
106:14;107:20;
119:10,15,15;121:20;
122:14;123:2,20

---

### O

**oath (2)**
6:15;125:9

**Object (107)**
10:7;11:11;17:25;
18:9;19:14;21:15;
23:8;24:22;25:17,23;
26:11;27:9;30:9;31:3,
13;34:3,18;39:4,10,
17;40:16;41:4,12,17,
24;42:10;44:7;46:8,
15;47:5,17;48:5,11;
49:3,11,22;50:7,15,
21;51:14,25;57:19;
59:19;60:2,13,21;
61:10;62:17;63:13;
64:19;65:8;66:20;
67:6;68:9,15,21;
69:17,23;70:15,24;
71:8;72:17;73:22;
74:6,12;76:4,25;
77:15;78:2,20;79:2,
22;81:13;82:12,20;
83:2,21;86:11,19;
89:2,24;90:24;93:10;
95:4;96:5;97:3,9;
98:11,21;99:10;
100:2;101:7;102:7,
19;104:8;107:5;
108:23;111:12,18,25;
113:5;115:5;116:12,
21;117:8;118:7,17

**Objection (12)**
62:2,24;63:4;67:18;
78:8;113:10;115:13,
16,20;119:22;120:18;
123:25

**objections (1)**
6:9

**obtain (2)**
46:5;54:3

**obtained (2)**
111:17;118:14

**O'Connor (3)**
81:24;82:2,8

**off (21)**
35:24;53:5,9,13,22;
54:20;57:18;67:22;
68:3,5,7,12;70:4,6,9;
71:16;74:22;115:24,
25;119:3;124:20

**office (10)**
16:21;34:21,21;
35:2,3,5;36:4,7;40:2,8

**officer (2)**
6:14;37:16;38:20

**officers (6)**
37:3,11;38:2,9,10,
24

**offices (5)**
7:12;34:17,20;
96:11,13

**official (4)**
17:21;18:20;19:5;

52:17

**once (2)**
82:9,16

**one (27)**
8:12;11:14;14:6,6;
19:22,23;25:6,9;30:8;
40:21;47:4,15;58:22;
83:4;86:21;92:18;
93:7;94:2;106:12;
107:2,3,10,13,16,18;
119:10;120:9

**only (5)**
33:17;34:12,14;
56:10;73:2

**oOo (1)**
6:19

**Opportunity (1)**
7:7

**Opposition (2)**
58:3,9

**order (8)**
20:15;49:24;50:5;
58:4,10;102:4,13,18

**ordinary (8)**
55:22;56:5,15;
57:13;64:4,17;66:13;
69:21

**organization (1)**
14:11

**Ostrager (1)**
49:25

**Ostrager's (4)**
50:5;102:4,13,18

**out (2)**
74:18;100:22

**outside (6)**
12:2;63:14;65:10;
113:7;115:7;118:18

**over (1)**
86:23

**own (8)**
24:7;32:14,20;51:4,
8;73:25;84:15;95:10

**owned (7)**
32:10;52:21;59:10;
111:24;112:4;114:11,
17

**owner (27)**
29:23;30:25;44:5;
72:3,5;84:5,7,12,19,
21;108:2,3,6,7,17,22;
109:10,18;110:5,11,
14,18,20;111:5,8;
112:6;115:10

**owners (1)**
31:8

**ownership (34)**
14:9;32:18;46:17,
21;59:7;70:13,22;
71:6,11,13;72:13;
73:12,20;74:3,10;
75:15,21,25;76:6,7,
11,13,16,20,23;77:5,

19;78:6,13,16;
101:18;112:9;114:19;
115:2

**owning (2)**
26:9;72:2

**owns (13)**
26:6,6;31:11;40:6;
52:25;54:10;74:3,4;
77:11;87:6;88:18,21;
100:10

---

## P

**Pacific (3)**
7:6;67:17;68:8

**page (21)**
10:16,24;11:2;
20:20,20;22:25;29:7;
44:20;58:16,19;80:8;
84:23;103:17,25;
104:5;109:16,21;
110:17;114:7,8,10

**pages (1)**
120:23

**paid (6)**
27:7,15,23;30:17;
92:9;93:7

**par (1)**
29:24

**paragraph (5)**
22:10;58:17;75:20;
80:10,23

**paraphrasing (1)**
116:16

**part (1)**
97:15

**particular (2)**
15:23;84:22

**parties (8)**
6:5;90:12;104:23;
105:8;110:19,19,23,
25

**party (1)**
59:10

**past (2)**
16:3;102:17

**Paul (3)**
45:19;82:4,5

**PAX (1)**
50:4

**pay (11)**
27:19;28:5;30:13;
89:10;90:8;93:13,16,
23;100:15,19,23

**paying (4)**
90:22;91:3,18;93:3

**payments (2)**
88:12;100:22

**pays (1)**
91:8

**pending (1)**
67:17

**people (4)**

64:22;78:12;93:8;
99:7

**percent (9)**
51:5,8;112:6,9;
114:11,12,17;115:10,
12

**period (2)**
33:20;38:18

**periods (1)**
79:7

**permit (1)**
46:4

**person (17)**
13:2;27:8,11,13,16;
28:9;45:21;46:2;93:7,
12,16,23;95:20,24;
100:7;117:21,24

**personal (1)**
46:23

**personnel (2)**
14:10;17:8

**persons (1)**
96:3

**PHONE (5)**
3:8;13:2;36:20,22;
96:21

**Ping (1)**
75:6

**plaintiff (1)**
7:5

**Plaintiff's (2)**
58:4,9

**plan (5)**
25:5,8,11;82:15;
110:21

**please (12)**
7:24;10:14,15,23;
16:18;22:24;29:7,13;
45:2;52:14;57:3;69:7

**pledge (32)**
26:20,23;51:17,19,
23;52:9,17;53:4,9,12,
21;54:4,14,17,19,24;
55:10;57:17;59:22;
61:17;62:12;63:6;
64:25;66:3,9,19;
67:10,16,22;70:4,9;
102:21

**pledged (21)**
48:10,15,16;49:14;
50:12,19,23,25;51:4,
13;53:22,25;57:23;
59:8,17;61:4,16,23,
25;62:11;63:3

**pledges (7)**
67:4;68:18;72:21;
73:3,9,14;110:9

**pledging (3)**
51:7,8;111:9

**pm (7)**
9:23;74:23;75:3;
116:2,5;124:21,23

**Podhaskie (157)**

7:5;8:8;9:1,15,19,
24,25;10:1,2;11:1,22;
12:1;13:1;14:1;15:1;
16:1;17:1;18:1;19:1,
20,20:1,6,10,13;21:1;
22:1,24;23:1;24:1;
25:1;26:1;27:1;28:1;
29:1,7;30:1;31:1;
32:1;33:1;34:1;35:1;
36:1;37:1;38:1;39:1;
40:1;41:1;42:1;43:1;
44:1,20;45:1;46:1;
47:1;48:1;49:1;50:1;
51:1;52:1;53:1;54:1;
55:1,3,6;56:1,18,23;
57:1;58:1,2,7;59:1;
60:1;61:1,8;62:1;
63:1;64:1;65:1,15,19;
66:1;67:1;68:1;69:1,
2,6;70:1;71:1;72:1;
73:1;74:1;75:1,5;
76:1;77:1;78:1;79:1;
80:1,7;81:1;82:1;
83:1;84:1;85:1;86:1;
87:1;88:1;89:1;90:1;
91:1;92:1;93:1;94:1;
95:1;96:1;97:1;98:1;
99:1;100:1;101:1;
102:1,25;103:1,4;
104:1;105:1;106:1;
107:1;108:1;109:1;
110:1;111:1;112:1,
14,17;113:1;114:1;
115:1;116:1,7;117:1;
118:1,25;119:1,4,9,
11,18,24;120:1;
121:1;122:1;123:1;
124:1;125:7,17

**point (3)**
50:10;54:20;67:22

**positive (1)**
82:6

**possess (2)**
98:9;99:4

**possible (1)**
49:20

**Potentially (1)**
91:10

**Pre-Judgment (2)**
58:5,10

**preparation (30)**
12:18,21;16:14;
21:11;23:17;26:3;
27:3;28:3,11;29:20;
30:24;32:17,23;
38:14;39:14;45:4;
47:22;48:2,8;52:20;
53:19;57:10,25;
95:13;97:6;109:13;
111:20;115:21;
120:15;121:9

**prepare (6)**
11:7;13:25;16:6;

55:16;70:8;109:7

**prepared (5)**
10:20;11:4;17:7,11;
114:19

**preparing (1)**
12:9

**PRESENT (3)**
3:12;16:8,11

**president (16)**
15:11,12;34:15;
37:8,9,13,25;38:5,10,
12,16,18;39:23;43:23,
25;117:11

**previous (1)**
114:10

**previously (1)**
10:12

**primary (3)**
79:5,10,19

**printout (1)**
85:3

**prior (8)**
61:6;89:22;92:23;
110:5,10;111:8;
120:3;124:3

**privilege (3)**
12:3;91:7,11

**privileged (1)**
91:9

**Probably (1)**
67:2

**proceeding (2)**
123:5,7

**process (4)**
35:9,17;36:13;98:2

**produced (4)**
19:22;22:20;
117:14;119:20

**promised (1)**
49:19

**properties (2)**
25:13;42:14

**property (5)**
75:23;76:9;106:18;
107:7;110:20

**proprietary (3)**
68:13,19;77:3

**provide (1)**
50:4

**provided (2)**
116:20;119:9

**provides (1)**
29:22

**providing (2)**
117:18;118:5

**Public (3)**
8:3;85:4;125:25

**publicly (4)**
60:5,16;65:2,7

**purchase (19)**
14:19;15:15;24:8;
25:3,4,7,9;31:23;32:6,
12;42:13,18,20;

Case 22-50073   Doc 1604-23   Filed 03/27/23   Entered 03/27/23 14:12:10   Page 137
of 140

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. VS.
KWOK HO WAN

DANIEL PODHASKIE
December 11, 2019

43:14;71:23;82:10,
17;84:2;96:9
**purchased (1)**
24:16
**purchasing (1)**
42:15
**purpose (21)**
14:7;25:15,16;
41:10;82:23;86:22;
100:14,17;105:19,23,
25;106:8,14,17,18,23,
24;107:4,7,12,15
**purposes (14)**
25:21;28:19;83:4,5,
12;86:21,25;106:12;
107:2,4,10,13,17,19
**Pursuant (2)**
56:20,25
**put (3)**
55:12;89:18;118:15

---

### Q

**Qiang (64)**
11:18;12:23,25;
13:4,12,13,24;15:23;
16:2,9,12;23:25;
28:22;32:11,11;
34:14;36:11;37:5,13,
25;38:4,10,12,17,24;
39:23;40:20,23;41:8,
22;42:5;43:21;52:4;
54:3;70:7;71:12,20;
72:5;78:24;79:15,25;
83:25;84:7,16,21;
88:23;94:19,24;
95:25;96:4;99:17,24;
100:6;103:20;104:14;
112:4,8,12;114:12;
115:9;117:6,18,20,24
**Qiang's (7)**
66:5;79:10,18;
84:11;104:2,5,11

---

### R

**rather (1)**
119:11
**read (2)**
22:8;125:8
**reading (1)**
22:9
**reads (1)**
75:21
**real (13)**
24:9,13,16,18,20,
25;42:19;75:23;76:9;
83:6,12,15;84:15
**really (3)**
42:2;56:10;101:11
**reason (11)**
9:11;21:24;22:19;
23:13;45:11;64:10;

68:2,6;114:21;
116:24;117:3
**recall (27)**
14:21;18:15;43:23,
25;67:3,9;71:16;
75:14,18;85:19;
117:22;118:13;121:6,
22;122:3,6,8,17;
123:12,14,16,18;
124:3,9,11,13,15
**receive (2)**
64:11,14
**received (3)**
28:8;64:2,8
**receives (2)**
88:16;99:6
**Recess (2)**
74:24;116:3
**recollection (3)**
13:24;85:21;120:4
**record (23)**
7:22;9:23;11:21;
18:11;28:20;43:17;
56:8;72:24;73:4;
74:22;75:3;78:11;
80:15;92:12;113:11;
115:24;116:2,5;
119:3,5;124:21;
125:11,12
**records (17)**
11:16;35:22,25;
36:8,10,15;40:7;
61:19;120:17;121:8,
10;122:4,18;123:12,
16;124:9,13
**refer (4)**
8:15;9:3;28:21;
61:6
**referenced (1)**
96:8
**references (1)**
107:8
**referencing (1)**
117:5
**referred (2)**
105:16;120:14
**referring (16)**
8:20;15:19;18:21;
27:12;28:16,21,22,23;
42:23;60:25;76:15;
85:7;103:7;105:12,
15;123:8
**refers (3)**
80:11,25;85:10
**reflected (10)**
25:25;30:16;32:18,
24;39:7,13;61:22;
95:12;97:4;102:2
**reflects (3)**
18:11;22:18;114:18
**refresh (1)**
85:21
**regarding (3)**

11:24;67:15;112:20
**register (2)**
39:21;99:6
**registered (15)**
27:22;28:5;33:12;
35:8,17;36:13,23;
56:19,24;57:5;65:5;
69:3,9;97:25;98:5
**Registration (4)**
55:4,18;65:16,25
**related (1)**
77:5
**relates (3)**
12:17;21:4;76:23
**relating (8)**
43:18;65:6;81:23;
82:18;91:25;103:7;
115:18;118:15
**relation (1)**
119:20
**relationship (1)**
14:13
**Release (3)**
56:19,24;57:5;60:4,
16;69:3,9
**released (3)**
61:17;62:13;63:7
**remember (5)**
13:20;14:17,24;
15:4;117:23
**removed (1)**
59:22
**replaced (1)**
33:18
**reporter (2)**
7:17,24
**representation (1)**
61:3
**representative (9)**
8:9;9:16;10:3;
12:10,19;14:2;46:24;
77:24;78:15
**representatives (1)**
42:17
**represented (5)**
90:16,19;92:6,22;
104:23
**representing (3)**
113:2;114:2,5
**request (9)**
42:24;71:4,15,19,
21;72:7,9;73:11
**require (1)**
110:10
**reserved (1)**
6:10
**resided (1)**
79:6
**residence (12)**
14:19;15:7,15;26:7;
50:3;51:22;72:2;79:5,
10,19;102:12;106:25
**residences (1)**

15:18
**Resolution (9)**
20:22,25;21:9;
39:22;52:16;53:16;
80:19;81:22,23
**resolutions (1)**
96:8
**Resolved (1)**
80:19
**respect (4)**
20:17;77:21;78:18;
95:8
**respective (1)**
6:5
**respectively (1)**
114:13
**responsibility (1)**
19:12
**restructured (1)**
70:22
**retained (2)**
55:22;56:4
**review (28)**
10:9;20:24;22:12;
44:25;53:10;55:9,19;
56:17;60:15;63:11;
65:24;66:10;85:2;
86:5;103:9;109:7;
116:9;117:2;118:5;
120:12;121:16;
122:13;123:3,11,15;
124:6,8,12
**reviewed (31)**
11:14,16;21:11;
23:17;28:11;29:20;
30:15,23;31:17;
32:17,22;33:5;38:13;
39:6,14;44:17;45:3;
47:21,25;48:7;52:19;
53:18;57:10,24;
95:13;97:5;102:3;
116:18;121:2,9,25
**reviewing (3)**
42:14;43:20;120:15
**right (39)**
8:13;17:8,9;22:14;
29:4;30:8;53:8;61:16;
62:16;64:5;67:5,12;
70:4;77:9,14;83:9;
85:8,15;86:10;90:17;
97:2;104:3,15,19;
105:12,17,20;106:5,9,
15,21,25;107:4,12,17,
18,23;108:9;110:12
**right-hand (1)**
103:21
**role (20)**
16:25;17:4,14,16,
18,21,23;18:5,7,12,
20,25;19:2,5,8;37:7;
38:21;95:7;113:25;
118:5
**room (3)**

40:2;78:4,12
**Roscalitar (30)**
26:21;50:20,24;
51:5,13,24;52:18,21;
53:2,5,12,21;55:11;
57:17,23;59:9,18,22;
61:5,16,25;62:11,13;
63:3,6;64:25;73:10;
102:22;110:10;
111:10
**Russ (8)**
7:12;58:11;60:5,8,
17;90:16,23;92:15

---

### S

**same (18)**
6:6,16;16:22;55:25;
62:4;83:10;85:20;
92:6,16,17;93:12,16,
23;103:25;115:3,13,
16,20
**Sanft (3)**
45:15;80:19;82:7
**S-A-N-F-T (1)**
45:16
**SARNOFF (2)**
86:4;124:18
**Satisfaction (10)**
56:19,24;57:5,9;
64:3,25;69:3,9,11,16
**satisfied (1)**
67:23
**saw (2)**
121:5,6
**saying (2)**
107:11;116:8
**scope (5)**
63:15;65:11;113:8;
115:7;118:19
**sealing (1)**
6:5
**second (1)**
114:7
**secretarial (2)**
27:23;28:6
**secretary (1)**
33:11
**Section (7)**
23:5;56:20,25;
105:6;109:15,17;
110:18
**security (2)**
51:20;54:6
**seeing (12)**
43:23;72:5;117:23;
120:4;121:22;122:3,
17;123:12,16;124:4,9,
13
**sell (1)**
50:3
**sense (1)**
101:10

Case 22-50073 Doc 1604-23 Filed 03/27/23 Entered 03/27/23 14:12:10 Page 138
of 140
PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. VS.
KWOK HO WAN

DANIEL PODHASKIE
December 11, 2019

**sentence (4)**
22:11;58:25;75:21;
80:22
**sequential (1)**
20:15
**service (4)**
35:9,17;36:13;98:2
**services (3)**
27:21,23;28:6
**set (2)**
116:11;120:23
**several (5)**
25:9,12;43:23;
78:12;106:19
**shall (1)**
6:10
**share (4)**
29:16;30:7;39:20;
78:13
**shareholder (12)**
28:14;30:21;31:5,
18;59:4;66:18;67:11;
94:6;95:3;99:23;
112:22;113:4
**shareholders (3)**
31:8;39:22;94:11
**shares (30)**
29:23,23;30:14,18;
32:15,20;48:21,22,25;
50:24,25;51:3,4,5,8,
13,17,19,24;53:22,25;
54:5,14;76:13;77:12,
20;78:17;100:10;
101:24;111:10
**Sherry (7)**
42:13;43:14;71:24;
78:13;92:24;96:9;
101:14
**Sherry-Netherland (83)**
14:20;15:9,13;
24:14;25:14;26:7;
31:23;32:7,13;42:18;
50:3;68:20;70:21;
71:5,7,11,14,23;
72:10,15;73:12,16,20;
74:2;76:2,8,12,14,17,
20;77:8,12,20;78:17,
25;79:9,18;80:2;
82:11,18,25;83:16,20;
84:3,6,11,13,20;
86:18;87:6,12,18,23,
25;88:12;89:11;90:9;
91:24;93:14;97:13,
20;98:7,15,25;100:11,
16,24;101:18,25;
102:12;106:20;107:9;
108:15,20;109:3,9;
111:23;112:20,22;
113:4;114:3;118:12,
16
**Sherry-Netherland's (1)**
68:13
**short (1)**

**33:20**
**showing (1)**
85:23
**shown (1)**
56:2
**shows (1)**
85:6
**side (2)**
103:15,21
**signature (9)**
21:13,14,19,25;
45:7;103:15,22;
104:2,6
**signatures (1)**
104:11
**signed (12)**
6:14,16;15:14;
42:15,21,24;43:24;
104:14,17;117:25;
118:9;125:20
**signing (1)**
41:20
**sit (1)**
44:2
**sitting (2)**
77:25;78:4
**situated (2)**
106:19;107:8
**six (2)**
58:23;62:5
**sleep (1)**
80:4
**slept (1)**
79:25
**slower (1)**
64:23
**SN74 (1)**
114:8
**sold (2)**
48:3;101:20
**sole (31)**
28:14;30:20,25;
31:5;32:25;44:5,10;
45:5;46:12;59:4;
66:17,18;67:11,12;
80:11,13,16;81:3,7,
10,18;84:17,18;94:5,
12;95:2,3,20,22;
99:22,23
**someone (1)**
71:24
**somewhere (2)**
15:7;53:11
**son (13)**
12:24;13:7;15:21,
24;24:2;28:23;32:11;
70:23;71:7,12;73:13;
84:2;99:13
**Sorry (10)**
13:5;26:19;57:6;
62:6;65:21;72:23;
74:17;103:16;109:17;
111:4

**sound (1)**
92:3
**sounds (1)**
53:10
**speak (2)**
12:25;13:7
**special (5)**
105:19,24;106:18,
24;107:7
**specific (3)**
14:25;19:3;42:4
**specifically (3)**
41:6;72:11;113:16
**specify (1)**
26:16
**speculate (3)**
32:4;40:11;52:14
**speculating (4)**
31:25;40:9;52:14;
79:13
**speculation (1)**
108:24
**spent (4)**
27:21;42:7;87:14,
24
**spoke (7)**
11:18,18,19;13:14;
15:10;16:5;70:8
**Spring (9)**
88:16,18,19,21,25;
89:15,17;90:8;100:14
**SPV (10)**
105:17,19,25;
106:4,15;107:6,12,22;
110:3,4
**ss (1)**
125:4
**stamp (4)**
75:8;121:14;
122:25;123:19
**Stamped (4)**
20:7,22;29:8;44:23
**stamps (4)**
19:24;119:15,25;
122:11
**stands (1)**
105:19
**start (3)**
10:15;12:7;119:2
**starts (2)**
58:17,25
**State (6)**
7:8;46:6;85:3,4;
125:3,25
**statement (9)**
59:24;60:9,11,18,
20,25;61:9,13;75:24
**statements (1)**
118:11
**States (2)**
24:19;25:2
**stayed (1)**
115:3

**Stevenson (6)**
112:15,18;113:2,
24,25;114:8
**still (7)**
34:10,11,12;38:12;
61:23;67:11;109:16
**STIPULATED (3)**
6:3,8,12
**STIPULATIONS (1)**
6:1
**stock (1)**
99:6
**Stone (3)**
93:2,3,6
**stop (1)**
38:17
**stopped (1)**
34:7
**strike (11)**
35:14;37:22;38:7;
44:14;50:12;68:6;
78:23;79:16,24;
97:14;101:3
**structure (2)**
14:9,11
**submitted (1)**
75:7
**subscribed (1)**
125:20
**subtracted (2)**
25:22;87:2
**sued (1)**
91:23
**suggesting (1)**
111:16
**Support (2)**
7:15,19
**Supreme (1)**
7:8
**Sure (14)**
12:4;15:12;19:23;
40:2;43:17;58:20;
66:17;72:24;73:6;
82:5;92:15;98:16;
113:18;119:6
**swear (1)**
7:24
**sworn (3)**
6:14;8:2;75:8
**system (2)**
85:5;123:6

## T

**talk (1)**
114:19
**talked (2)**
72:21;73:10
**talking (6)**
9:7;38:9;48:18,18;
69:12;120:7
**tape (2)**
74:21;75:2

**telephone (1)**
13:9
**terms (2)**
29:3;63:15
**terrace (1)**
92:2
**Territory (1)**
23:3
**testified (11)**
8:3;18:6;50:10;
53:20;64:2;66:4;67:3,
9,21;75:17;76:16
**testify (6)**
10:20;11:4,8;17:7,
11;67:25
**testimony (15)**
9:12;12:9;14:2;
16:6;18:8,15;24:17;
57:17;65:4;66:16;
67:8;75:18;84:9;
125:8,11
**third (5)**
59:9;81:22;110:19,
23,24
**though (1)**
95:2
**thought (2)**
24:18;42:15
**three (5)**
58:23;74:21;104:7,
10,11
**times (1)**
62:5
**title (2)**
15:12;23:3
**today (47)**
7:17,20;8:16;9:13;
10:21;11:5;12:9,19;
21:11;23:17;26:3;
27:3;28:3,12;29:20;
30:24;31:18;32:17,
23;33:5;38:14,16;
45:4;47:22;48:2,8;
52:20;53:19;56:2;
57:11,25;74:18;
75:13;77:25;78:15;
95:13;102:3;109:13;
111:21;114:20;116:8;
119:10;120:3,14;
121:9,23;124:3
**today's (6)**
7:12;39:14;97:5;
115:21;121:3;124:20
**together (1)**
20:11
**told (5)**
13:20,24;15:6;19:4;
85:22
**took (2)**
64:11,13
**top (7)**
29:8;35:24;59:13;
71:16;105:8;123:4,22

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. VS.
KWOK HO WAN

DANIEL PODHASKIE
December 11, 2019

**topic (1)**
17:9
**topics (10)**
10:18,21,25;11:5,9,
15;12:12,19;13:17;
14:6
**total (1)**
30:6
**transaction (1)**
49:21
**transcript (2)**
125:8,10
**transfer (5)**
71:5,11,13;73:11;
115:19
**transferred (1)**
112:8
**transferring (2)**
70:13;72:13
**transfers (1)**
73:14
**trial (1)**
6:11
**true (18)**
21:7,12;29:18;
55:17,25;57:7;59:24;
60:12,20;61:14;66:8;
69:15;73:19;74:9;
75:24;112:5;125:10,
12
**trust (7)**
73:17;102:9,17;
103:2,6,10;108:2
**trustee (10)**
107:21,25;109:15,
17,22,24;110:19,22,
22;111:7
**truthful (1)**
9:12
**try (6)**
13:6;60:7,19;62:20;
73:7;79:23
**trying (1)**
62:22
**turn (2)**
74:3,4
**two (10)**
8:9;13:16;16:17;
20:17;26:23;37:19;
58:22;75:2;93:8;
107:23
**type (1)**
42:7
**typewritten (1)**
21:20
**typically (1)**
35:2

## U

**UBS (2)**
40:8,12
**ultimately (5)**

24:15;25:13;31:22;
32:5;51:21
**under (4)**
22:4;29:9;110:11;
125:9
**underneath (1)**
21:18
**undersigned (2)**
22:3,13
**Understood (2)**
12:4;73:2
**United (2)**
24:19;25:2
**units (1)**
106:19
**unless (1)**
110:4
**unofficial (3)**
17:23;18:4,20
**unrelated (1)**
59:9
**up (6)**
24:15;30:11;32:12;
84:12;90:16;123:4
**USA (1)**
59:7
**US-based (2)**
24:8,10
**used (1)**
100:19
**using (1)**
29:3

## V

**value (2)**
29:24;30:6
**various (4)**
20:2,16;42:15,21
**vehicle (5)**
105:20,25;106:18,
24;107:7
**versus (1)**
7:7
**via (1)**
51:17
**vice (1)**
15:11
**Videographer (8)**
3:14;7:3;9:22;
74:20,25;115:25;
116:4;124:19
**videotaped (1)**
7:4
**violation (1)**
68:18
**Virgin (4)**
22:5;23:4;34:25;
98:19
**virtue (2)**
51:7;59:6
**visited (1)**
79:21

## W

**waived (1)**
6:7
**Wan (6)**
7:7;21:18,20;45:7;
112:21;114:12
**WANG (8)**
3:13;11:19;13:11;
16:6;17:13;18:22;
19:4;118:5
**Wang's (5)**
16:25;17:4;18:12;
75:6,6
**way (6)**
29:2;50:6;63:25;
101:3;102:6;112:11
**weeks (1)**
90:17
**Wei (11)**
31:20;32:5,7,14,20;
51:16,18;52:21,23;
95:7,10
**Weiss (3)**
45:19;82:4,5
**welcome (1)**
20:5
**weren't (1)**
116:20
**What's (2)**
83:24;101:4
**who's (2)**
36:9;95:24
**Whose (6)**
48:22;71:18;
100:14;103:15,19,22
**Williams (2)**
45:19;82:4
**within (6)**
6:13;20:2;83:9;
120:16;121:8;122:4
**witness (6)**
7:25;8:2;32:3;
40:11;43:5;52:13
**Wong (5)**
112:15,19;113:2,
25;114:8
**Wong's (1)**
113:25
**word (1)**
19:7
**words (2)**
21:19;93:12
**work (1)**
55:15
**writes (1)**
114:8
**written (10)**
7:21;44:22;45:5,22;
46:11;50:4;110:5,10;
111:8,16

## Y

**Yan (1)**
75:6
**year (3)**
64:11;65:5;89:7
**years (1)**
91:24
**yes-or-no (1)**
93:21
**York (172)**
7:9,9;8:16,20;9:17;
10:4,10;11:8,17;
13:19;14:8,10,12,14,
16,20;15:8,16;16:21,
21;17:2,8,14,16,18,
22,24;18:8,13,21,25;
19:6,10,13;24:11;
26:6,10;43:7,19;44:6,
11,14,16;46:2,5,6,6,
13;47:4,8,11,15,20,
24;48:4,20;49:7,9;
50:2,6;51:2,9,10;
56:15;63:11;71:6;
72:14;73:15;74:4;
76:10;77:13;80:12,
14;81:4,8,11;82:8,9,
16,24;83:8,11,14,18;
84:10,19;85:3,8,11,
11,17;86:9,16,23;
87:4,10,14,24;88:4,
17,18;89:5,10,16,18,
22;90:3,11,15,22;
91:23;92:5;93:4;94:6,
10,13,21;95:8,11,14,
18;96:3,10,15,18,21,
24;97:7,22;98:5,9;
99:3,9,15,18,25;
100:7,8,14,20;101:2,
6,16,20;102:5,10;
104:18;105:16;106:4,
9,15,17,23;107:16;
108:8,8,14;113:12,15,
20;116:11;117:19,22;
118:2,6;120:13;
121:7,11;122:5,19;
123:24;124:9
**York's (18)**
68:19;77:24;78:15;
81:11,19,19;89:19;
90:7;91:4,18;94:7,14;
97:14,18;98:17,18;
102:16;123:11
**young (2)**
84:8,21
**YVETTE (7)**
3:13;11:19;13:11;
16:6;18:22;75:6;
118:5

## Z

**Zhang (11)**
31:20;32:5,7,14,20;
51:16,18;52:21,23;
95:7,10

## 0

**001 (3)**
29:24;30:2,3
**07960 (1)**
3:6

## 1

**1 (9)**
9:15,25;10:2,9,15;
17:9;56:3;109:16;
110:17
**1,000 (1)**
29:23
**10 (2)**
112:14,18
**100 (2)**
51:5;115:10
**11 (1)**
7:13
**12 (3)**
45:6;69:10;85:24
**12th (1)**
21:2
**13 (3)**
23:20;86:7,9
**14 (1)**
66:2
**145 (1)**
86:3
**15 (2)**
58:20;75:8
**16 (9)**
59:14;60:12,23;
61:15,25;62:11;63:3;
75:7,9
**165 (2)**
56:20,25
**17 (10)**
57:6,18,22;59:23;
61:18;62:13;63:8;
85:12;86:10;103:11
**176 (1)**
20:20
**178 (1)**
84:23
**18th (11)**
76:24;77:4,21;
78:18,25;82:18;
97:15,19;106:20,25;
107:8
**194 (2)**
20:8;44:23

## 2

**2 (37)**

9:19;10:2,4,11,24;
26:21;50:20,24;51:5,
13,24;52:18,21;53:2,
5,12;55:11;56:3;
57:17,23;59:9,18,22;
61:5,16,25;62:11,13;
63:3,6;73:10;75:20;
102:22;105:7,23;
110:10;111:11
**2:59 (1)**
  9:23
**2004 (2)**
  23:5;29:10
**2015 (32)**
  21:3;23:21;37:10,
  12,14,24,25;38:5,15;
  45:6;53:8;55:12;59:5;
  61:5;79:14,15,17,21;
  80:2;85:12;86:7,9,10;
  87:5;100:6;103:11;
  111:22;112:3,15,19;
  114:17;115:4
**2017 (9)**
  57:6,18,22;59:23;
  61:18;62:14;63:8;
  64:18;65:2
**2018 (17)**
  59:14;60:12,23;
  61:15,22,25;62:11;
  63:3;66:2;69:10;75:7;
  88:10;89:5,8,12,23;
  90:4
**2019 (1)**
  7:13
**20-year-old (1)**
  71:25
**21 (1)**
  55:12
**24 (2)**
  74:15;75:12

---

### 3

**3 (17)**
  17:9;20:6,10,12,13;
  44:20;56:3,11,13;
  80:6;84:24;86:4;
  106:14;109:15,17;
  119:11,11
**3.4 (1)**
  109:24
**30 (1)**
  58:20
**30b6 (4)**
  11:24;65:11;113:8;
  118:19

---

### 4

**4 (17)**
  55:3,7,20;56:3,9;
  107:20;112:15,19;
  114:16;115:3;119:24;

120:6,19,20,23,24,25
**4:25 (1)**
  74:23
**4:38 (1)**
  75:3

---

### 5

**5 (3)**
  56:18,22;121:14
**5:27 (1)**
  116:2
**5:36 (1)**
  116:5
**5:46 (2)**
  124:21,23
**50 (6)**
  112:6,9;114:11,12,
  17;115:12
**543 (2)**
  103:17;110:18
**544 (1)**
  103:25
**545 (1)**
  104:5
**55 (1)**
  3:5

---

### 6

**6 (5)**
  58:2,8;110:18;
  122:9,20
**60,000 (1)**
  101:14
**652077/2017 (1)**
  7:10

---

### 7

**7 (5)**
  23:5;65:15,18,22;
  122:25
**781 (1)**
  97:11

---

### 8

**8 (4)**
  69:2,5;123:19,22

---

### 9

**9 (6)**
  16:4;58:16,19,20;
  102:25;103:5
**914-760-8963 (1)**
  3:8