**Exhibit 24**

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for LAMP CAPITAL LLC, File Number 200911000424 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on September 13, 2022.

Brendan C. Hughes
Executive Deputy Secretary of State

Authentication Number: 100002175599 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

200911000 424

## APPLICATION FOR AUTHORITY

### OF

Lamp Capital LLC

Under Section 802 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

Lamp Capital LLC

If the name does not contain a required word or abbreviation pursuant to Section 204 of the Limited Liability Company Law, the following word or abbreviation is added to the name for use in this state:

If the name of the limited liability company is unavailable, the fictitious name under which it will do business in New York is:

**SECOND:** The jurisdiction of organization of the limited liability company is:
DELAWARE

The date of its organization is: September 8, 2020

**THIRD:** The county within this state in which the office, or if more than one office, the principal office of the limited liability company is to be located is:

NEW YORK

**FOURTH:** The secretary of state is designated as agent of the limited liability company upon whom process against it may be served. The post office address within this state to which the secretary of state shall mail a copy of any process against him or her is:

667 Madison Avenue, New York, NY 10065

**FIFTH:** The name and street address within this state of the registered agent of the limited liability company upon whom and at which process against the limited liability company can be served is:

**SIXTH:** The address of the office required to be maintained in the jurisdiction of formation by the laws of that jurisdiction or, if not so required, the address of the principal office of the limited liability company is:
c/o Corporate Creations Network Inc.

3411 Silverside Road, Tatnall Building #104, Wilmington, DE 19810

**SEVENTH:** The limited liability company is in existence in its jurisdiction of formation at the time of the filing of this application.

NY079 - 1/28/2019 Wolters Kluwer Online

EIGHTH: ( Complete the applicable statement )

☒ The name and address of the authorized officer in the jurisdiction of formation where a copy of the articles of organization of the limited liability company is filed is (e.g. Secretary of State):
Delaware Secretary of State: Division of Corporations - John G. Townsend Bldg.
401 Federal St., Ste. 4, Dover, DE 19901

☐ No public filing of the limited liability company's articles of organization is required by the laws of the jurisdiction of formation. The limited liability company shall provide, upon request, a copy thereof with all amendments thereof. The name and post office address of the person responsible for providing such copies is:

Name and Capacity of Signer

Daniel T. Podhaskie, Authorized Person

NY079 - 1/28/2019 Wolters Kluwer Online

# Delaware

The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "LAMP CAPITAL LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TENTH DAY OF SEPTEMBER, A.D. 2020.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "LAMP CAPITAL LLC" WAS FORMED ON THE EIGHTH DAY OF SEPTEMBER, A.D. 2020.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN ASSESSED TO DATE.

Jeffrey W. Bullock, Secretary of State

3613661  8300
SR# 20207211538

Authentication: 203633746
Date: 09-10-20

You may verify this certificate online at corp.delaware.gov/authver.shtml

4/24

# Application for Authority

## of

Lamp Capital LLC
(Entity Name)

Under Section 802 of the Limited Liability Company Law

DRAWDOWN
ACCT# MT

Filed by:

Courtney L. Scanlon - c/o Hodgson Russ LLP
(Name)

140 Pearl Street, Suite 100
(Mailing address)

Buffalo, NY 14202
(City, State and ZIP code)

/CC
STATE OF NEW YORK
DEPARTMENT OF STATE

FILED  SEP 1 1 2020

TAX $
BY:

2020 SEP 11 AM 11:52

FILED

NY079 - 1/28/2019 Wolters Kluwer Online

4/38

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for LAMP CAPITAL LLC, File Number 201202000847 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on September 13, 2022.

*Brendan C. Hughes*

Brendan C. Hughes
Executive Deputy Secretary of State

Authentication Number: 100002175600 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov



**Division of Corporations, State Records and Uniform Commercial Code**

New York State
Department of State
DIVISION OF CORPORATIONS,
STATE RECORDS AND
UNIFORM COMMERCIAL CODE
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

201202000 847

# CERTIFICATE OF PUBLICATION
## OF

Lamp Capital LLC

*(Name of Foreign Limited Liability Company)*

Under Section 802 of the Limited Liability Company Law

The undersigned is the *(Check appropriate box)* ☐ Member ☐ Manager ☒ Authorized Person

of Lamp Capital LLC

*(Name of Foreign Limited Liability Company)*

If the name of the foreign limited liability company has changed, the name under which it was authorized is:

_____

If applicable, the fictitious name the foreign limited liability company has agreed to use in this state is:

_____

The application for authority was filed by the Department of State on: September 11, 2020

The published notices described in the annexed affidavits of publication contain all of the information required by Section 802 of the Limited Liability Company Law.

The newspapers described in such affidavits of publication satisfy the requirements set forth in the Limited Liability Company Law and the designation made by the county clerk.

I certify the foregoing statements to be true under penalties of perjury.

X _____          December 1, 2020
*(Signature)*                             *(Date)*

Daniel T. Podhaskie

*(Type or Print Name)*

201202000847 03/17)                                    Page 1 of 2

*Affidavit of Publication*
*Under Section 802 of the*
*Limited Liability Company Law*

*State of New York*
*County of New York, ss.:*

The undersigned is the principal clerk of the publisher of the NEW YORK LAW JOURNAL, a Daily Newspaper published in New York, New York. A notice regarding Lamp Capital LLC was published in said newspaper once in each week for six successive weeks, commencing on 09/25/2020 and ending on 10/30/2020. The Text of the Notice as published in said newspaper is as set forth below. This newspaper has been designated by the Clerk of New York County for this purpose.

NOTICE OF QUALIFICATION of Lamp Capital LLC. Authority filed with NY Dept. of State on 9/11/20. Office location: NY County. LLC formed in DE on 9/8/20. NY Sec. of State designated agent of LLC upon whom process against it may be served and shall mail process to: 667 Madison Ave., NY, NY 10065. DE address of LLC: c/o Corporate Creations Network Inc., 3411 Silverside Rd., Tatnall Bldg. #104, Wilmington, DE 19810. Cert. of Form. filed with DE Sec. of State, 401 Federal St., Dover, DE 19901. Purpose: all lawful purposes.
0000488954      s25 f o30

Jeff Fried, Publisher Legal Notices

By: Brenda Estrada, Authorized Designee of the Publisher

SWORN TO BEFORE ME, this 30th day of October, 2020

Notary Cynthia Byrd

Cynthia Byrd
Notary Public, State of New York
No. 01BY6056945
Qualified in Kings County
Commission Expires April 9, 2023

# Affidavit of Publication
## Under Section 802 of the Limited Liability Company Law

State of New York,

County of New York, ss.:

The undersigned is the publisher of THE CHIEF, Civil Service Leader, a weekly newspaper published in New York, New York. A notice regarding Lamp Capital LLC was published in said newspaper once in each week for six successive weeks, commencing on September 25th, 2020 and ending on October 30th, 2020. The text of the notice as published in said newspaper is as set forth below, or in the annexed exhibit. This newspaper has been designated by the Clerk of NEW YORK County for this purpose.

_____
Edward Prial

Subscribed and sworn to before me,
This 30th day of October 2020

_____

JOSEPH D PRIAL
Notary Public, State of New York
NO. 01PR6347849
Qualified in New York County
Commission Expires 09/13/2024

Notice of Qualification of Lamp Capital LLC. Authority filed with NY Dept. of State on 9/11/20. Office location: NY County. LLC formed in DE on 9/8/20. NY Sec. of State designated agent of LLC upon whom process against it may be served and shall mail process to: 667 Madison Ave., NY, NY 10065. DE address of LLC: c/o Corporate Creations Network Inc., 3411 Silverside Rd., Tatnall Bldg. #104, Wilmington, DE 19810. Cert. of Form. filed with DE Sec. of State, 401 Federal St., Dover, DE 19901. Purpose: all lawful purposes.
0917_104355      9/25/20-10/30/20

# CERTIFICATE OF PUBLICATION
## OF



Lamp Capital LLC
_____
(*Name of Foreign Limited Liability Company*)

Under Section 802 of the Limited Liability Company Law

Filer's Name and Mailing Address:

Courtney L. Scanlon
_____
*Name:*

Hodgson Russ LLP
_____
*Company, if Applicable:*

140 Pearl Street, Suite 100
_____
*Mailing Address:*

Buffalo, NY 14202
_____
*City, State and Zip Code:*

DRAWDOWN
ACCT# MT

**NOTES:**
1. The name of the foreign limited liability company and the date of filing of the application for authority must exactly match the records of the Department of State. This information should be verified on the Department of State's website at www.dos.ny.gov.
2. This form was prepared by the New York State Department of State for filing a certificate of publication for a foreign limited liability company. You are not required to use this form. You may draft your own form or use forms available from legal stationery stores.
3. The Department of State recommends that legal documents be prepared under the guidance of an attorney.
4. This certificate of publication, with the affidavits of publication of the newspapers annexed thereto, must be submitted with a **$50** filing fee payable to the Department of State.

(*For office use only*)

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED DEC 02 2020

TAX $ _____
BY: _____

2020 DEC -2 PM 4:24

908

Attach this page after the affidavits of publication.