## Exhibit 27

To the Members of:

Hudson Diamond NY LLC (the "Company")

      I, Daniel T. Podhaskie, hereby resign as the President and Signing Officer of the Company, effective as of December 4, 2020.

Dated as of January 4, 2021

_____
Daniel T. Podhaskie

HR0039242