**Exhibit 28**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| HO WAN KWOK, | ) ) | Case No. 22-50073 (JAM) |
| Debtor. | ) ) ) | |

**GREENWICH LAND, LLC'S OBJECTIONS AND RESPONSES TO SUBPOENA FOR RULE 2004 EXAMINATION**

Pursuant to Federal Rules of Civil Procedure Rule 45, non-party Greenwich Land, LLC ("Greenwich Land"), hereby objects to the request for production contained in Chapter 11 Trustee Luc Despins' ("Trustee") Subpoena for Rule 2004 Examination dated August 19, 2022 ("Subpoena"). The Trustee's requests are vastly overbroad, unduly burdensome, and seek documents available from a more convenient and less burdensome source. Greenwich Land sets forth its objections more thoroughly below.

**GENERAL OBJECTIONS**

1. Greenwich Land objects to the Subpoena as overbroad and unduly burdensome in seeking broad categories of documents from a non-party to this action. The Subpoena seeks "**all documents**" related to over **one hundred** different individuals and entities for a period of **over ten years** without sufficient particularity. The Subpoena contains an unreasonable time period and is not reasonably calculated to lead to the discovery of admissible evidence.

2. Greenwich Land objects to the Subpoena to the extent that it seeks documents or information in the Debtor's possession, custody, or control. Greenwich Land should not be required to undergo the time and expense to produce documents

3758996

that can be obtained from a more convenient and less burdensome source, including but not limited to the parties to this action.

## RIGHT TO SUPPLEMENT

In addition to the objections set forth herein, undersigned counsel represents that on Saturday, November 5, 2022 at 12:18 PM, Max Krasner ("Mr. Krasner"), Vice President of Greenwich Land, provided notice of his immediate resignation from that role. Mr. Krasner served as the primary contact for Greenwich Land and pursuant to the Consent Order, undersigned counsel has consistently directed Mr. Krasner and the sole member, Hing Chi Ngok, to search for and produce the documents requested in the Subpoena. Upon information and belief, Mr. Krasner is the sole officer of and sole custodian of records for Greenwich Land. Undersigned counsel is now diligently seeking alternate sources for potentially responsive documents and, therefore, reserves the right to supplement this production accordingly.

## DOCUMENTS SUBJECT TO SUBPOENA

**Request No. 1:** All Documents regarding any income or Asset of the Debtor, the Debtor's estate, or an Associated Entity.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Subject to and without waiving the foregoing objections, Greenwich Land states that based on a good faith search, it cannot identify or locate any documents within its possession, custody, or control that are responsive to Request No. 1.

**Request No. 2:** All Documents related to the Debtor's financial condition and obligations to his creditors, including without limitation all Documents related to any effort to avoid paying such obligations and All Documents related to this or any other actual or potential bankruptcy or similar insolvency proceeding.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Subject to and without waiving the foregoing objections, Greenwich Land states that based on a good faith search, it cannot identify or locate any documents within its possession, custody, or control that are responsive to Request No. 2.

**Request No. 3:** All Documents regarding any balance sheet, bank statement, account statement, financial statement, statement of account, wire transfer instructions and/or confirmation, proof of funds, certificate of deposit, certificate of holdings, investment portfolio summary, or similar document relating to the Debtor, the Debtor's Estate, the Debtor's Family, an Associated Entity, or an Associated Individual, including without limitation all Documents sufficient to show all Transfers to any of the foregoing.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Greenwich Land further objects to this Request to the extent that it seeks documents protected by the attorney-client privilege, work product doctrine, or any other applicable privilege, and documents are being withheld on the basis of this objection. Subject to and without waiving the foregoing objections, Greenwich Land is aware of documents that may be responsive to Request No. 3, is in the process of obtaining possession, custody or control of such documents, and will supplement this response with such documents at the time Greenwich Land comes into possession, custody or control of them.

**Request No. 4:** All Documents regarding any investment, business dealing or transactions made by, with, or on behalf of the Debtor.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Subject to and without waiving the foregoing

objections, Greenwich Land states that based on a good faith search, it cannot identify or locate any documents within its possession, custody, or control that are responsive to Request No. 4.

**Request No. 5:** All Communications with the Debtor, and Documents related to Communications with the Debtor, related to the operation, management, or decision-making of any Entity, including without limitation the Associated Entities.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Subject to and without waiving the foregoing objections, Greenwich Land states that based on a good faith search, it cannot identify or locate any documents within its possession, custody, or control that are responsive to Request No. 5.

**Request No. 6:** All Documents regarding any Transfer, investment, or other transaction or business dealing made to, by, or with the Debtor, the Debtor's Family, or an Associated Entity.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Greenwich Land further objects to this Request to the extent that it seeks documents protected by the attorney-client privilege, work product doctrine, or any other applicable privilege, and documents are being withheld on the basis of this objection. Subject to and without waiving the foregoing objections, Greenwich Land is aware of documents that may be responsive to Request No. 6, is in the process of obtaining possession, custody or control of such documents, and will supplement this response with such documents at the time Greenwich Land comes into possession, custody or control of them.

**Request No. 7:** All Documents regarding any property ever occupied or used by the Debtor, including without limitation the *Lady May*; the Sherry Netherland Hotel / Condominium; the residential property located in Greenwich, Connecticut at 373 Taconic Rd.; the residential property located in Greenwich, Connecticut at 33 Ferncliff Rd.; and the residential property located in Wilton, Connecticut at 354 Nod Hill Rd.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Greenwich Land further objects to this Request to the extent that it seeks documents protected by the attorney-client privilege, work product doctrine, or any other applicable privilege, and documents are being withheld on the basis of this objection. Subject to and without waiving the foregoing objections, Greenwich Land is aware of documents that may be responsive to Request No. 7, is in the process of obtaining possession, custody or control of such documents, and will supplement this response with such documents at the time Greenwich Land comes into possession, custody or control of them.

**Request No. 8:** All Documents related to any investments or trading by the Debtor, the Debtor's Family, or an Associated Entity, in or around July 2020, or at any other time, in crude oil futures or any similar commodity, including without limitation Communications with Jiang Yunfu Be regarding any such investments or trading.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Subject to and without waiving the foregoing objections, Greenwich Land states that based on a good faith search, it cannot identify or locate any documents within its possession, custody, or control that are responsive to Request No. 8.

**Request No. 9:** All Documents related to any aircraft owned, controlled, or used by the Debtor, including without limitation the aircraft bearing tail number T7-GQM and any other aircraft registered in San Marino, including without limitation copies of all registration documents and flight manifests showing flights taken by such aircraft and the individuals onboard such flights.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Subject to and without waiving the foregoing objections, Greenwich Land states that based on a good faith search, it cannot identify or locate any documents within its possession, custody, or control that are responsive to Request No. 9.

**Request No. 10:** All Documents regarding any gifts, benefits or loans, to, from or on behalf of the Debtor, the Debtor's Estate, the Debtor's Family, or the Associated Entities, including without limitation Documents sufficient to show the amounts of such gifts, benefits, or loans; the purposes for which such gifts, benefits, or loans were used; when the gifts, benefits, or loans were provided; and the terms of any loans, all representations and warranties made in connection with any loans, the interest rate on any loans, and all evidence of payments of any loans.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Subject to and without waiving the foregoing objections, Greenwich Land states that based on a good faith search, it cannot identify or locate any documents within its possession, custody, or control that are responsive to Request No. 10.

**Request No. 11:** All Documents concerning any trust or similar instrument set up by, on behalf of, or for the benefit of the Debtor, the Debtor's Estate, the Debtor's Family, or an Associated Entity, including without limitation Documents sufficient

to show when the trust(s) was created, by whom it was created, for whose benefit it was created, and the corpus of the trust.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Subject to and without waiving the foregoing objections, Greenwich Land states that based on a good faith search, it cannot identify or locate any documents within its possession, custody, or control that are responsive to Request No. 11.

**Request No. 12:** All Documents related to any obligation, claim, liability, or debt associated with any legal dispute involving the Debtor, including but not limited to those relating to any litigation before any local, state, federal, or international body, whether an administrative body, court, panel, or alternative dispute resolution entity.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Subject to and without waiving the foregoing objections, Greenwich Land states that based on a good faith search, it cannot identify or locate any documents within its possession, custody, or control that are responsive to Request No. 12.

**Request No. 13:** All Documents and communications between any of your outside counsel or other advisors and the Debtor.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Greenwich Land further objects to the extent that this Request seeks documents covered by the attorney-client privilege. Subject to and without waiving the foregoing objections, Greenwich Land states that based on a good faith search, it cannot identify or locate any documents within its possession, custody, or control that are responsive to Request No. 13.

**Request No. 14:** Documents sufficient to show all of Your Assets and sources of income or funding.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Greenwich Land further objects to this Request to the extent that it seeks documents protected by the attorney-client privilege, work product doctrine, or any other applicable privilege, and documents are being withheld on the basis of this objection. Subject to and without waiving the foregoing objections, Greenwich Land is aware of documents that may be responsive to Request No. 14, is in the process of obtaining possession, custody or control of such documents, and will supplement this response with such documents at the time Greenwich Land comes into possession, custody or control of them.

**Request No. 15:** For all Assets identified in response to Request [13] [*sic*] having a value of more than $50,000, all (i) Documents related to Your acquisition of such Asset and (ii) Communications with the Debtor or the Debtor's Family regarding such Asset.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Greenwich Land further objects to this Request to the extent that it seeks documents protected by the attorney-client privilege, work product doctrine, or any other applicable privilege, and documents are being withheld on the basis of this objection. Subject to and without waiving the foregoing objections, Greenwich Land is aware of documents that may be responsive to Request No. 15, is in the process of obtaining possession, custody or control of such documents, and will supplement this response with such documents at the time Greenwich Land comes into possession, custody or control of them.

**Request No. 16:** Copies of Your tax returns.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Greenwich Land further objects to this Request to the extent that Greenwich Land is a disregarded entity under the Internal Revenue Code and therefore does not file its own taxes.

**Request No. 17:** Documents sufficient to show all bank accounts and investment accounts within Your possession or control, including the balances of and transfers to and from each such account.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Greenwich Land further objects to this Request to the extent that it seeks documents protected by the attorney-client privilege, work product doctrine, or any other applicable privilege, and documents are being withheld on the basis of this objection. Subject to and without waiving the foregoing objections, is aware of documents that may be responsive to Request No. 17, is in the process of obtaining possession, custody or control of such documents, and will supplement this response with such documents at the time Greenwich Land comes into possession, custody or control of them.

**Request No. 18:** All Documents regarding any credit cards used by You, including without limitation monthly statements or other Documents sufficient to show all purchases related thereto for the benefit of the Debtor or an Associated Entity.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Subject to and without waiving the foregoing objections, Greenwich Land states that based on a good faith search, it cannot identify or locate any documents within its possession, custody, or control that are responsive to Request No. 18.

3758996                                  9

**Request No. 19:** All corporate governance and organizational Documents, including without limitation by-laws and certificates of incorporation and other Documents sufficient to show Your corporate structure, names of officers and directors, business purpose, and relationship to the Debtor or to any member of the Debtor's Family.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Greenwich Land further objects to this Request to the extent that it seeks documents protected by the attorney-client privilege, work product doctrine, or any other applicable privilege, and documents are being withheld on the basis of this objection. Subject to and without waiving the foregoing objections, Greenwich Land has produced all responsive documents in its possession, custody, and control.

**Request No. 20:** All Documents Related to any Transfer received by You from Saraca Media Group, Inc., in or about February 2020 in the approximate amount of $2 million.

**RESPONSE:** Greenwich Land incorporates by reference each of its General Objections as if fully set forth herein. Greenwich Land further objects to this Request to the extent that it seeks documents protected by the attorney-client privilege, work product doctrine, or any other applicable privilege, and documents are being withheld on the basis of this objection. Subject to and without waiving the foregoing objections, Greenwich Land is aware of documents that may be responsive to Request No. 20, is in the process of obtaining possession, custody or control of such documents, and will supplement this response with such documents at the time Greenwich Land comes into possession, custody or control of them.

**GREENWICH LAND, LLC**

By: */s/ Evan S. Goldstein*
    Evan S. Goldstein, Esq.
    Federal Bar No. ct22994
    UPDIKE, KELLY & SPELLACY, P.C.
    Goodwin Square
    225 Asylum Street, 20th Floor
    Hartford, Connecticut 06103
    Tel. (860) 548-2600
    Fax. (860) 548-2680
    egoldstein@uks.com
    *Counsel to Greenwich Land, LLC*

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on November 8, 2022, a copy of the foregoing was mailed or electronically delivered to the following counsel of record:

Avi E. Luft
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
aviluft@paulhasting.com
*Counsel to Trustee*

                                             By: /s/ *Evan S. Goldstein*
                                                  Evan S. Goldstein
                                                  Updike, Kelly & Spellacy, P.C.