## **Exhibit 29**

This exhibit has been filed under seal.