**Exhibit 30**

This exhibit has been filed under seal.