## Exhibit 31

| Form **SS-4**<br>(Rev. December 2017)<br>Department of the Treasury<br>Internal Revenue Service | **Application for Employer Identification Number**<br>(For use by employers, corporations, partnerships, trusts, estates, churches,<br>government agencies, Indian tribal entities, certain individuals, and others.)<br>▶ Go to *www.irs.gov/FormSS4* for instructions and the latest information.<br>▶ See separate instructions for each line.   ▶ Keep a copy for your records. | OMB No. 1545-0003<br><br>EIN |
|---|---|---|

|   | **1** Legal name of entity (or individual) for whom the EIN is being requested | | |
|---|---|---|---|
| | Greenwich Land, LLC | | |

<table>
<tr><td rowspan="11"><strong>Type or print clearly.</strong></td><td colspan="2"><strong>2</strong> Trade name of business (if different from name on line 1)</td><td colspan="2"><strong>3</strong> Executor, administrator, trustee, "care of" name</td></tr>
<tr><td colspan="2"><strong>4a</strong> Mailing address (room, apt., suite no. and street, or P.O. box)</td><td colspan="2"><strong>5a</strong> Street address (if different) (Do not enter a P.O. box.)</td></tr>
<tr><td colspan="2">162 EAST 64th STREET</td><td colspan="2"></td></tr>
<tr><td colspan="2"><strong>4b</strong> City, state, and ZIP code (if foreign, see instructions)</td><td colspan="2"><strong>5b</strong> City, state, and ZIP code (if foreign, see instructions)</td></tr>
<tr><td colspan="2">NEW YORK, NEW YORK 10065</td><td colspan="2"></td></tr>
<tr><td colspan="4"><strong>6</strong> County and state where principal business is located</td></tr>
<tr><td colspan="4">NEW YORK COUNTY, STATE OF NEW YORK</td></tr>
<tr><td colspan="2"><strong>7a</strong> Name of responsible party</td><td colspan="2"><strong>7b</strong> SSN, ITIN, or EIN</td></tr>
<tr><td colspan="2">Hing Chi Ngok</td><td colspan="2">XXX-XX-9767</td></tr>
</table>

| | | | |
|---|---|---|---|
| **8a** | Is this application for a limited liability company (LLC)<br>(or a foreign equivalent)? . . . . . . . . ☒ Yes ☐ No | **8b** | If 8a is "Yes," enter the number of<br>LLC members . . . . . . . ▶   1 |
| **8c** | If 8a is "Yes," was the LLC organized in the United States? . . . . . . . . . . . . . . . ☒ Yes ☐ No | | |

**9a** Type of entity (check only one box). **Caution.** If 8a is "Yes," see the instructions for the correct box to check.

| | |
|---|---|
| ☐ Sole proprietor (SSN) ___ | ☐ Estate (SSN of decedent) ___ |
| ☐ Partnership | ☐ Plan administrator (TIN) ___ |
| ☐ Corporation (enter form number to be filed) ▶ ___ | ☐ Trust (TIN of grantor) ___ |
| ☐ Personal service corporation | ☐ Military/National Guard   ☐ State/local government |
| ☐ Church or church-controlled organization | ☐ Farmers' cooperative   ☐ Federal government |
| ☐ Other nonprofit organization (specify) ▶ ___ | ☐ REMIC   ☐ Indian tribal governments/enterprises |
| ☒ Other (specify) ▶  DISREGARDED ENTITY | Group Exemption Number (GEN) if any ▶ ___ |

| **9b** | If a corporation, name the state or foreign country (if<br>applicable) where incorporated | State<br>DELAWARE | Foreign country |
|---|---|---|---|

<table>
<tr><td><strong>10</strong></td><td colspan="2"><strong>Reason for applying</strong> (check only one box)</td></tr>
<tr><td></td><td>☒ Started new business (specify type) ▶</td><td>☐ Banking purpose (specify purpose) ▶ ___</td></tr>
<tr><td></td><td>Single-Member Limited Liability Company</td><td>☐ Changed type of organization (specify new type) ▶ ___</td></tr>
<tr><td></td><td>☐ Hired employees (Check the box and see line 13.)</td><td>☐ Purchased going business</td></tr>
<tr><td></td><td>☐ Compliance with IRS withholding regulations</td><td>☐ Created a trust (specify type) ▶ ___</td></tr>
<tr><td></td><td>☐ Other (specify) ▶ ___</td><td>☐ Created a pension plan (specify type) ▶ ___</td></tr>
</table>

| **11** | Date business started or acquired (month, day, year). See instructions.<br><br>07/03/2019 | **12** | Closing month of accounting year   DECEMBER |
|---|---|---|---|

| **13** | Highest number of employees expected in the next 12 months (enter -0- if none).<br>If no employees expected, skip line 14. | **14** If you expect your employment tax liability to be $1,000 or<br>less in a full calendar year **and** want to file Form 944<br>annually instead of Forms 941 quarterly, check here.<br>(Your employment tax liability generally will be $1,000<br>or less if you expect to pay $4,000 or less in total wages.)<br>If you do not check this box, you must file Form 941 for<br>every quarter. ☐ |
|---|---|---|

| Agricultural | Household | Other |
|---|---|---|
| 0 | 0 | 0 |

| **15** | First date wages or annuities were paid (month, day, year). **Note:** If applicant is a withholding agent, enter date income will first be paid to<br>nonresident alien (month, day, year) . . . . . . . . . . . . . . . . . . . . . ▶   N/A |
|---|---|

**16** Check **one** box that best describes the principal activity of your business.   ☐ Health care & social assistance   ☐ Wholesale-agent/broker
☐ Construction   ☐ Rental & leasing   ☐ Transportation & warehousing   ☐ Accommodation & food service   ☐ Wholesale-other   ☐ Retail
☒ Real estate   ☐ Manufacturing   ☐ Finance & insurance   ☐ Other (specify) ▶ ___

| **17** | Indicate principal line of merchandise sold, specific construction work done, products produced, or services provided.<br><br>Holding Company for Real Estate |
|---|---|

| **18** | Has the applicant entity shown on line 1 ever applied for and received an EIN?   ☐ Yes ☒ No<br>If "Yes," write previous EIN here ▶ ___ |
|---|---|

<table>
<tr><td rowspan="3"><strong>Third<br>Party<br>Designee</strong></td><td colspan="2">Complete this section <strong>only</strong> if you want to authorize the named individual to receive the entity's EIN and answer questions about the completion of this form.</td></tr>
<tr><td>Designee's name<br><strong>Courtney L. Scanlon, Paralegal - c/o Hodgson Russ LLP</strong></td><td>Designee's telephone number (include area code)<br><strong>716-848-1538</strong></td></tr>
<tr><td>Address and ZIP code<br><strong>The Guaranty Bldg., 140 Pearl Street, Suite 100, Buffalo, NY 14202</strong></td><td>Designee's fax number (include area code)<br><strong>716-819-4746</strong></td></tr>
</table>

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

| | Applicant's telephone number (include area code)<br>**917-941-8912** |
|---|---|
| Name and title (type or print clearly) ▶ **Hing Chi Ngok, Sole Member** | |
| Signature ▶ | Date ▶ |
| | Applicant's fax number (include area code) |

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**   Cat. No. 16055N   Form **SS-4** (Rev. 12-2017)

Form SS-4 (Rev. 12-2017)                                                                                           Page **2**

# Do I Need an EIN?

File Form SS-4 if the applicant entity does not already have an EIN but is required to show an EIN on any return, statement, or other document.[1] See also the separate instructions for each line on Form SS-4.

| IF the applicant... | AND... | THEN... |
|---|---|---|
| Started a new business | Does not currently have (nor expect to have) employees | Complete lines 1, 2, 4a–8a, 8b–c (if applicable), 9a, 9b (if applicable), and 10–14 and 16–18. |
| Hired (or will hire) employees, including household employees | Does not already have an EIN | Complete lines 1, 2, 4a–6, 7a–b (if applicable), 8a, 8b–c (if applicable), 9a, 9b (if applicable), 10–18. |
| Opened a bank account | Needs an EIN for banking purposes only | Complete lines 1–5b, 7a–b (if applicable), 8a, 8b–c (if applicable), 9a, 9b (if applicable), 10, and 18. |
| Changed type of organization | Either the legal character of the organization or its ownership changed (for example, you incorporate a sole proprietorship or form a partnership)[2] | Complete lines 1–18 (as applicable). |
| Purchased a going business[3] | Does not already have an EIN | Complete lines 1–18 (as applicable). |
| Created a trust | The trust is other than a grantor trust or an IRA trust[4] | Complete lines 1–18 (as applicable). |
| Created a pension plan as a plan administrator[5] | Needs an EIN for reporting purposes | Complete lines 1, 3, 4a–5b, 9a, 10, and 18. |
| Is a foreign person needing an EIN to comply with IRS withholding regulations | Needs an EIN to complete a Form W-8 (other than Form W-8ECI), avoid withholding on portfolio assets, or claim tax treaty benefits[6] | Complete lines 1–5b, 7a–b (SSN or ITIN optional), 8a, 8b–c (if applicable), 9a, 9b (if applicable), 10, and 18. |
| Is administering an estate | Needs an EIN to report estate income on Form 1041 | Complete lines 1–6, 9a, 10–12, 13–17 (if applicable), and 18. |
| Is a withholding agent for taxes on non-wage income paid to an alien (i.e., individual, corporation, or partnership, etc.) | Is an agent, broker, fiduciary, manager, tenant, or spouse who is required to file Form 1042, Annual Withholding Tax Return for U.S. Source Income of Foreign Persons | Complete lines 1, 2, 3 (if applicable), 4a–5b, 7a–b (if applicable), 8a, 8b–c (if applicable), 9a, 9b (if applicable), 10, and 18. |
| Is a state or local agency | Serves as a tax reporting agent for public assistance recipients under Rev. Proc. 80-4, 1980-1 C.B. 581[7] | Complete lines 1, 2, 4a–5b, 9a, 10, and 18. |
| Is a single-member LLC (or similar single-member entity) | Needs an EIN to file Form 8832, Classification Election, for filing employment tax returns and excise tax returns, or for state reporting purposes[8], or is a foreign-owned U.S. disregarded entity and needs an EIN to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business (Under Sections 6038A and 6038C of the Internal Revenue Code) | Complete lines 1–18 (as applicable). |
| Is an S corporation | Needs an EIN to file Form 2553, Election by a Small Business Corporation[9] | Complete lines 1–18 (as applicable). |

[1] For example, a sole proprietorship or self-employed farmer who establishes a qualified retirement plan, or is required to file excise, employment, alcohol, tobacco, or firearms returns, must have an EIN. A partnership, corporation, REMIC (real estate mortgage investment conduit), nonprofit organization (church, club, etc.), or farmers' cooperative must use an EIN for any tax-related purpose even if the entity does not have employees.

[2] However, do not apply for a new EIN if the existing entity only (a) changed its business name, (b) elected on Form 8832 to change the way it is taxed (or is covered by the default rules), or (c) terminated its partnership status because at least 50% of the total interests in partnership capital and profits were sold or exchanged within a 12-month period. The EIN of the terminated partnership should continue to be used. See Regulations section 301.6109-1(d)(2)(iii).

[3] Do not use the EIN of the prior business unless you became the "owner" of a corporation by acquiring its stock.

[4] However, grantor trusts that do not file using Optional Method 1 and IRA trusts that are required to file Form 990-T, Exempt Organization Business Income Tax Return, must have an EIN. For more information on grantor trusts, see the Instructions for Form 1041.

[5] A plan administrator is the person or group of persons specified as the administrator by the instrument under which the plan is operated.

[6] Entities applying to be a Qualified Intermediary (QI) need a QI-EIN even if they already have an EIN. See Rev. Proc. 2000-12.

[7] See also *Household employer* on page 4 of the instructions. **Note:** State or local agencies may need an EIN for other reasons, for example, hired employees.

[8] See *Disregarded entities* on page 4 of the instructions for details on completing Form SS-4 for an LLC.

[9] An existing corporation that is electing or revoking S corporation status should use its previously-assigned EIN.