**Exhibit 32**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------

PACIFIC ALLIANCE ASIA OPPORTUNITY

        Plaintiff,

v.

KWOK HO WAN, a/ka KWOK HO, aka GWO WENGUI, a/k/a GUO WENGUI, a/k/a GUO WEN-GUI, a/k/a WAN GUE HAOYUN, a/k/a MILES KWOK, a/k/a HAOYUN GUO, a/k/a GENEVER HOLDINGS CORPORATION, and GENEVER HOLDINGS, LLC

        Defendants.

-----------------------------------------------------------

Index No.: 652077/2017

**Consent to Change Attorney**

IT IS HEREBY CONSENTED that LAWALL & MITCHELL LLC be substituted as attorney of record for Defendants GENEVER HOLDINGS CORPORATION and GENEVER HOLDINGS, LLC, in the above-captioned action in place and stead of HODGSON RUSS LLP as of the date hereof.

Dated: November 14, 2019
       New York, NY

Respectfully,

_____
Mark A. Harmon, Esq.
HODGSON RUSS LLP
605 Third Ave, Suite 2300
New York, NY 10158
mharmon@hodgsonruss.com
212-751-4300

*Outgoing Attorneys for Defendants
Genever Holdings Corporation and
Genever Holdings, LLC*

Respectfully,

_____
Aaron A. Mitchell, Esq.
LAWALL & MITCHELL, LLC
162 E. 64th Street
New York, NY 10065
aaron@lmesq.com
973-285-3280

*Incoming Attorneys for Defendants
Genever Holdings Corporation and
Genever Holdings, LLC*


Acknowledged,

_____
Guo Wengui, as Director, Genever Holdings Corporation

State of New York    }
                     } ss.:
County of New York   }

On the 14th day of November, 2019, before me, the undersigned, a Notary Public in and for said State, personally appeared GUO WENGUI, on behalf of Genever Holdings Corporation and Genever Holdings, LLC, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

KARIN MAISTRELLO
NOTARY PUBLIC STATE OF NEW YORK
Registration No. 01MA6376654
Qualified in NY County
Commission expires June, 18 2022