**Exhibit 35**

Saraca Media Group Inc.

1. Entity Overview

2. Location Information

3. Similar Entities

4. Dataset Information

# Saraca Media Group Inc.

**address:** 162 East 64th Street, New York, NY 10065

*Saraca Media Group Inc.* (DOS# 5359725) is a business entity registered with State of New York, Department of State (NYSDOS) (https://opengovny.com/corporation). The business filing date is *June 14, 2018*.

[name, address, city] [Search]

## Entity Overview

**Saraca Media Group Inc.** is a business entity registered with the State of New York, Department of State (NYSDOS). The corporation number is #5359725. The business address is 162 East 64th Street, New York, NY 10065. The corporation type is *foreign business corporation*.

## Business Entity Informatoin

| | |
|---|---|
| **DOS ID** | 5359725 |
| **Current Entity Name** | SARACA MEDIA GROUP INC. |
| **County** | New York |
| **Jurisdiction** | Delaware |
| **Entity Type** | FOREIGN BUSINESS CORPORATION |

| | |
|---:|:---|
| **Initial DOS Filing Date** | 2018-06-14 |
| **DOS Process Name** | SARACA MEDIA GROUP INC. |
| **DOS Process Address** | 162 East 64th Street<br>New York (https://opengovny.com/corporation?city=New+York)<br>NY 10065 (https://opengovny.com/corporation?zip=10065) |
| **CEO Name** | YANPING WANG |
| **CEO Address** | Yanping Wang<br>New York (https://opengovny.com/corporation?city=New+York)<br>NY 10065 (https://opengovny.com/corporation?zip=10065) |
| **Location Name** | SARACA MEDIA GROUP INC. |
| **Location Address** | 162 East 64th Street<br>New York (https://opengovny.com/corporation?city=New+York)<br>NY 10065 (https://opengovny.com/corporation?zip=10065) |

# Location Information

| | |
|---:|:---|
| **Street Address** | 162 EAST 64TH STREET |
| **City** | NEW YORK |
| **State** | NY |
| **Zip Code** | 10065 |

Google Maps Platform rejected your request. This IP, site or mobile application is not authorized to use this API key. Request received from IP address 216.241.254.30, with referer: https://opengovny.com/

## Businesses in the same location

| Business Name | Address | Registered Agent Name | Initial DOS Filing Date |
|---|---|---|---|
| Sushi 64, LLC (https://opengovny.com/corporation/3208549) | 162 East 64th Street, New York, NY 10022 | | 2005-05-23 |
| Gtv Media Group Inc. (https://opengovny.com/corporation/5739847) | 162 East 64th Street, New York, NY 10065 | | 2020-04-20 |
| Hudson Diamond Ny LLC (https://opengovny.com/corporation/5350757) | 162 East 64th Street, New York, NY 10065 | | 2018-05-31 |
| Ai Group Holdings Inc. (https://opengovny.com/corporation/5302862) | 162 East 64th Street, New York, NY 10065 | | 2018-03-13 |
| Korn & Katz, L.p. (https://opengovny.com/corporation/1789580) | 162 East 64th Street, New York, NY 10021 | | 1994-01-24 |
| Hamilton Capital Holdings Inc. (https://opengovny.com/corporation/5303061) | 162 East 64th Street, New York, NY 10065 | | 2018-03-13 |
| Wwmg Holdings, Inc. (https://opengovny.com/corporation/2156662) | 162 East 64th Street, New York, NY 10021 | | 1997-06-25 |
| General Business Corp. (https://opengovny.com/corporation/1389114) | 162 East 64th Street, New York, NY 10021 | | 1989-10-27 |
| Gfashion Media Group Inc. (https://opengovny.com/corporation/5764804) | 162 East 64th Street, New York, NY 10065 | | 2020-06-10 |

## Businesses in the same zip code

| Business Name | Address | Registered Agent Name | Initial DOS Filing Date |
|---|---|---|---|
| Jdj Albertines LLC (https://opengovny.com/corporation/6513400) | 301 east 64th street, #10g, New York, NY 10065 | | 2022-06-15 |
| Wingspan Capital, LLC (https://opengovny.com/corporation/6514473) | 667 madison ave, 5th floor, New York, NY 10065 | | 2022-06-16 |
| Nfm Broadway LLC (https://opengovny.com/corporation/6516687) | 200 East 61st Street, Apartment 8B, New York, NY 10065 | | 2022-06-21 |

| | | | |
|---|---|---|---|
| 2334 Ocean LLC (https://opengovny.com/corporation/6529409) | 158 E 61st Street, New York, NY 10065 | | 2022-07-05 |
| Daheim, Inc. (https://opengovny.com/corporation/6530285) | 304 E 62nd St Apt 18, New York, NY 10065 | | 2022-07-06 |
| 26 Squires East Quogue, LLC (https://opengovny.com/corporation/6514714) | 1175 york avenue, apt 11j, New York, NY 10065 | | 2022-06-17 |
| Elite Eyelash Extensions Studio LLC (https://opengovny.com/corporation/6520191) | 767 Lexington Avenue, 3rd Floor Room 303, New York, NY 10065 | Maria Rosa Zamora Saeteros | 2022-06-24 |
| Social Tango Project, Inc. (https://opengovny.com/corporation/6523639) | 580 park avenue, New York, NY 10065 | | 2022-06-28 |
| Barefoot Kid Productions LLC (https://opengovny.com/corporation/6517583) | 314 E 62nd St, 2A, New York, NY 10065 | United States Corporation Agents, Inc. | 2022-06-22 |
| Dpatel123, LLC (https://opengovny.com/corporation/6521677) | 309 East 61st Street, apt. 4, New York, NY 10065 | | 2022-06-27 |

Find all businesses in the same zip code (https://opengovny.com/corporation?zip=10065)

# Similar Entities

## Businesses with similar names

| Business Name | Address | Registered Agent Name | Initial DOS Filing Date |
|---|---|---|---|
| Crs Media, LLC (https://opengovny.com/corporation/5736757) | 217 West Kennedy Street, Syracuse, Ny, NY 13205 | | 2020-04-10 |
| Udo Media Inc (https://opengovny.com/corporation/5736137) | 525 W 29th Street, 2nd Floor, New York, NY 10001 | | 2020-04-08 |
| Dg Media, LLC (https://opengovny.com/corporation/5732078) | 18 Cornelia St., Apt. 12, New York, NY 10014 | | 2020-03-25 |
| Ah Ha Media, LLC (https://opengovny.com/corporation/3877446) | 66 Milton Road #a-31, Rye, NY 10580 | | 2009-11-10 |
| D&d Media Inc. (https://opengovny.com/corporation/3890550) | 1219 Noyac Road, Southampton, NY 11968 | Spiegel & Utrera P.a. P.C. | 2009-12-18 |

| | | |
|---|---|---|
| Apx Media LLC (https://opengovny.com/corporation/4772025) | 225 Culver Rd., Apt. 4, Rochester, NY 14607 | 2015-06-10 |
| Rgm Media Inc. (https://opengovny.com/corporation/4761879) | 2537 East 27th Street, Brooklyn, NY 11235 | 2015-05-20 |
| Sjp Media, LLC (https://opengovny.com/corporation/1876507) | P.o. Box 388, Holbrook, NY 11741 | 1994-12-16 |
| Xl Media Inc. (https://opengovny.com/corporation/3879556) | 35-09 Vernon Blvd., Long Island City, NY 11106 | 2009-11-17 |
| Jrs Media, LLC (https://opengovny.com/corporation/3875686) | 145 East 27th Street Apt 11c, New York, NY 10016 | 2009-11-05 |

# Provide Additional Information

If you wish to provide additional information about Saraca Media Group Inc., please fill in the form below. Please note that the information provided here will be posted publicly on this page. Please do not leave any private information here. If you have privacy or any other concerns about the information on this page, please use this link to the contact form (https://opengovny.com/contact?url=https%3A%2F%2Fopengovny.com%2Fcorporation%2F5359725).

**Name**

[ Business Name ]

**Address**

[ Address ]

**Telephone**

[ Telephone ]

**Website**

[ Website ]

**Public Email**

[ Email ]

**Description**

Description, profile, or other details

Submit

# Dataset Information

This dataset includes 3 million business entities and corporations registered with New York State Department of State (NYSDOS). The Department of State keeps a record of every filing for every incorporated business in the state of New York. Each business entity is registered with IDOS ID, business legal name, type, filing date, registered agent name, office address, etc.

name, address, city                                                                                       Search

**Data Provider**    State of New York, Department of State (NYSDOS)

**Jurisdiction**    State of New York

# Trending Searches

lisa peters west babylon (https://opengovny.com/corporation/4743069)
saraca corp (https://opengovny.com/corporation/5359725)
esq. robert m. kunstadt (https://opengovny.com/attorney/1462811)
retailometer (https://opengovny.com/corporation/3700750)
rachel bob lawyer baltimore md (https://opengovny.com/attorney/4348264)
13470 international parkway jacksonville florida pond permit (https://opengovny.com/place/ChIJI3VhwqSv5YgRsLPPaB4edmA)
natalie cronin (https://opengovny.com/child-care-program/470089)
anthony ostrovsky (https://opengovny.com/real-estate-license/10401360372)
906 2nd st ne rochester mn (https://opengovny.com/place/ChIJQfC4IYVe94cR-wB0fMHilCc)
rob raffael email masonic home utica ny (https://opengovny.com/adult-care-facility/AF0079A)
jennifer bombardier brooklyn ny (https://opengovny.com/child-care-program/795236)
merima.jakovljevic mail (https://opengovny.com/attorney/5191309)
saraca media group inc (https://opengovny.com/corporation/5359725)
debbie j liang (https://opengovny.com/attorney/5038047)

kudosale lic (https://opengovny.com/corporation/5816525)
kathleen long transport (https://opengovny.com/public-authority-salary/kathleen-long)
david ostrove west islip (https://opengovny.com/corporation/5074215)
custom contracting and decking (https://opengovny.com/corporation/5821413)
bethanne pugh njoag (https://opengovny.com/attorney/5409818)
jin xiaoxi clifford chance (https://opengovny.com/attorney/5359443)
danny wrubling with dalan management 134 w 25th st new york ny 10001 us (https://opengovny.com/real-estate-license/31WR1024557)
compass real estate mail (https://opengovny.com/real-estate-license/10401342493)
saraca media group gtv (https://opengovny.com/corporation/5359725)
cappy weiner esq (https://opengovny.com/attorney/2206217)
dino r dirienzo esq (https://opengovny.com/attorney/2733186)
brooklyn institution in dbn.co.za (https://opengovny.com/educational-institution/800000044748)
john p margand yonkers ny (https://opengovny.com/attorney/2356988)
douglas thomas hempstead ny (https://opengovny.com/attorney/1801570)
law office of zara javakov esq. pc (https://opengovny.com/attorney/4432142)
new york (https://opengovny.com/attorney/5812938)

**OPENGOVNY** (https://opengovny.com/)  ·
Contact Us (https://opengovny.com/contact?url=https%3A%2F%2Fopengovny.com%2Fcorporation%2F5359725)