**Exhibit 36**

Attorney: <u>VES</u>  File No. <u>087058.00000</u>

Paralegal: <u>CLS</u>

# HUDSON DIAMOND NY LLC

Date of Organization: <u>May 31, 2018</u>  Fiscal Year: <u>December 31</u>

State of Organization: <u>New York</u>  Fed. I.D. No.: <u>36-4901533</u>

Type of LLC:  <u>Single-Member Limited Liability Company (Member-Managed)</u>

LLC Address: <u>162 East 64th Street, New York, NY 10065</u>

Contact:  <u>Max Krasner</u>

## MEMBER:

| NAME OF MEMBER | MEMBERSHIP INTEREST |
|---|---|
| Hudson Diamond Holding LLC (a Delaware limited liability company) 162 East 64th Street New York, NY 10065 | 100% |

## OFFICERS:

Yanping (Yvette) Wang – President and Signing Officer (bank account)

Max Krasner – Vice President