**Exhibit 38**

**W|B** WhitmanBreed

August 16, 2019

Golden Spring (New York) Ltd.
Attn: Max Krasner
162 East 64th Street
New York, New York 10065

Dear Max:

    I am pleased to welcome you as client of Whitman Breed Abbott & Morgan LLC and to confirm our understanding of the terms of our engagement as your legal counsel in connection with your purchase of 33 Ferncliff Road, Cos Cob, Connecticut 06807, and any related matters. Connecticut ethical rules require our firm to send an engagement letter to new clients. Unless otherwise agreed, the terms of this letter will also apply if you request us to do additional legal work. The scope of our work and the limitations on the services to be performed on your behalf shall be in accordance with discussions and correspondence with you from time to time.

    Our fees are charged on the basis of hourly rates for the attorneys and paralegals who devote time to your matter. Our hourly rates for attorneys working on this matter vary from $225.00 to $475.00 and for paralegals from $125.00 to $190.00. Hourly rates are subject to our review and adjustments from time to time. My hourly rate is $365.00.

    In addition to the fees described above, you will be charged for disbursements or other out-of-pocket expenses that are applicable to the matters we are handling, such as for travel, postage, computer-assisted research, messenger or overnight delivery fees, secretarial overtime and other costs incurred by us in the course of performing services on your behalf.

    We would typically render a bill at or just prior to the closing of your purchase, but we reserve the right to render bills for our services and disbursements on a monthly basis. Fees and disbursements reflected on the firm's statements are only those booked at the end of the billing period covered by the statement. Due to normal processing, some fees and disbursements may not be recorded until later billing periods and will be billed subsequently. The statements will be payable upon receipt. If you do not pay our fees and disbursements as agreed, you agree to reimburse us for the costs (including internal costs) of the legal fees and expenses we incur in collecting amounts owed to us.

    We reserve the right to cease providing legal services to you upon fifteen (15) days written notice if you fail to fulfill your obligations to this firm. We also have the right to withdraw from our representation of you in the event of occurrences which impair an effective attorney-client relationship.

    Unless otherwise specifically agreed, this office will maintain the file created concerning this matter, including all related printed materials maintained by an attorney, paralegal or other staff member, for a period of five years after the date of completion of services rendered.

Whitman Breed Abbott & Morgan LLC | 500 West Putnam Avenue, Greenwich, CT 06830 | Tel 203.869.3800 | Fax 203.869.1951

**CONFIDENTIAL**       WBAM_000035

Thereafter we will provide advance written notice to you that this file may be destroyed, or otherwise appropriately disposed of by this office.

We appreciate the opportunity to represent you with your purchase and look forward to working with you. If at any time you have questions or concerns about our work or charges, please do not hesitate to call me.

If the foregoing meets with your approval, please sign a copy of this letter where indicated below and return the original fully signed letter to my attention.

Very truly yours,

Margaret E. Conboy

Agreed to as of August 19 2019.

Golden Spring (New York) Ltd.

By: _____
Max Krasner,
Its authorized representative

4845-9730-6785, v. 1

**CONFIDENTIAL**