**Exhibit 39**

917.626.6759

On Jul 11, 2019, at 22:50, Yvette Wang <yvettew@gsnyus.com> wrote:

Dear Louise,

Thank you for getting back to Miles, kindly forgive him as he does better with oral English than written.

Miles said he exactly shares the same love as you to this fabulous home, he would even hope you could come back in the future, share the beautiful stories about this place with him, believe there are a lot.

Miles said he appreciates you agree to leave the urns, he does love them very much; in the same spirit of cooperation, he would like you to keep the set of four blue chairs, plus he even prefers you to choose the cabinet which you like the most.

Golden Spring NY Ltd, as a family office based in Manhattan, we take care of Miles' and his family's business, projects and assets in the US. GSNY will directly employ/contract Peter and James with the salary as you advised. Kindly you could let them contact Max (copied here), or let us have their contacts so we can arrange their contracts accordingly. We trust their loyalty and love to this home and they will continue to care it.

On behalf of Miles, thank you again for having this beautiful home to him, all the best.

**Yvette Wang**
**Golden Spring (New York) Ltd.**
**President**
162 E 64th Street, New York, NY 10065
Direct: 917-499-4266

**From:** Max Krasner
**Sent:** Thursday, July 11, 2019 7:08:44 PM
**To:** Yvette Wang; Karin Maistrello
**Subject:** Fwd: Chateau Ridge

The owner is agreeing to give up the urns, but she is asking if she can keep the 2 blue chairs because they are a full set and she really wants them.
She will also share 1 of 2 cabinets that the client likes, he can choose between the two.
Also, she is sharing payroll information of the House managers.

Kind regards,
Max

Sent from my iPhone

WBAM_003874