## Exhibit 41

## Michael Thomason

| | |
|---|---|
| **From:** | deNeree, Emile <Emile.deNeree@coldwellbankermoves.com> |
| **Sent:** | Wednesday, August 19, 2020 10:35 AM |
| **To:** | Margaret Conboy;Max Krasner |
| **Cc:** | deNeree, Emile |
| **Subject:** | Fwd: 373 Taconic Road |

Dear Margaret and Max,

The sellers for 373 Taconic, which was bought by Miles under Greenwich Land, are asking that the escrow accounts be released. Attached is the specific request from their broker.
Would you be in a position to help?

Please let me know, Emile

Emile P. de Neree
Luxury Property Specialist
Diamond Society, Top 5% Nationally

Realtor, Exceeding Client Expectations
Coldwell Banker Residential Brokerage
278 Sound Beach Ave,
Old Greenwich, CT 06870

Cell: 914-572-4526
Office: 203-637-4581
Fax: 203-637-4724
Email: emile.deneree@coldwellbankermoves.com
YouTube:https://youtu.be/9R6U221BgyE
https://youtu.be/-pCGCYHmZgQ
Website: Emiledeneree.com
DolphinCoveLiving.com
OldGreenwichLife.com



WBAM_001017

Begin forwarded message:

**From:** "Burke, Julie G." <jgburke@HoulihanLawrence.com>
**Subject: 373 Taconic Road**
**Date:** August 1, 2020 at 5:26:04 PM EDT
**To:** "deNeree, Emile" <Emile.deNeree@coldwellbankermoves.com>

Hello Emile,

I hope you are enjoying this beautiful day! I am hoping that you can help us tie up a few loose ends from the 373 Taconic Road sale. It recently came to my sellers' attention that funds are still being held in escrow as pertains to the following:

$10,000 Pending inspections to the pool and air conditioning systems to make sure they are in working order;

$15,000 for work necessary to close EPB Permit No. 2255; and

$5,000 pending the water test to be sure radon and uranium levels are within Greenwich Health Dept. limits.

Would you kindly let me know if these issues have been resolved and, if so, direct your client to direct his attorney to release the escrow?

Many thanks,

JGB

Julie Grace Burke
Houlihan Lawrence
2 Sound View Drive
Greenwich, CT  06830
http://julieburke.houlihanlawrence.com/
(M) 203.253.0648
(O) 203.869.0700

Use my custom mobile app for real-time map based searches while you are on the go, doing errands, out walking, anywhere - it's the ultimate tool for your home search, and the ultimate toy for a real estate junkie!

*https://www.houlihanlawrence.com/go_mobile/488781?code=julieburke*

---

Reminder: email is not secure or confidential. Houlihan Lawrence will never request that you send funds or nonpublic personal information, such as credit card or debit card numbers or bank account and/or routing numbers. by email. If you receive an email message concerning any transaction involving Houlihan Lawrence, and the email requests that you send funds or provide nonpublic personal information, do not respond to the email and immediately contact Houlihan Lawrence. To notify Houlihan Lawrence of suspected email fraud. contact: fraudalert@houlihanlawrence.com or call 914-273-4357.

2

*Wire Fraud is Real*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

WBAM_001019