## **Exhibit 42**

This exhibit has been filed under seal.