## Exhibit 43

This exhibit has been filed under seal.