## Exhibit 44

This exhibit has been filed under seal.