**Exhibit 45**

This exhibit has been filed under seal.