## Exhibit 49

This exhibit has been filed under seal.