## Exhibit 50

This exhibit has been filed under seal.