# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name:  Ho Wan Kwok

Bankruptcy Case No.:  22-50073

Adversary Case No.:

Previous Civil No.:

Previous Miscellaneous No.:

Transmittal dated:  March 27, 2023

**To the Bankruptcy Court:**

**The following number has been assigned:**

[X] Civil No. Assigned    3:23-cv-00375-AWT

[ ] Miscellaneous No. Assigned    _____

[X] I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

[ ] I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By:  /s/Nick Fanelle                    Date: 3/27/23
    Deputy Clerk, U.S. District Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

### TRANSMITTAL FORM TO DISTRICT COURT REGARDING
### APPEALS AND RELATED DOCUMENTS

Debtor(s) Name:  Ho Wan Kwok, et al (Jointly Administered)

Case No.        22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☒ Notice of Appeal (only)   ECF No.:   1595

3. ☐ Related documents as indicated below:

   ☐ Designation of items designated by the Appellant

   ☐ Designation of items designated by the Appellee

   ☐ Cross Appeal

   ☐ Amended Appeal

   ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)

   ☐ Transcripts

   ☒ Other    Order Holding HK Parties in Contempt of Court and Sanctioning HK Parties, Attorney Vartan and Chiesa Shahinian & Giantomasi PC (ECF No. 1537 )

4.    Other applicable information:

| | |
|---|---|
| Filing Fee: | ☒ Paid  ☐ Not Paid |
| Appellant's Name: | Mei Guo, HK International Funds Investments (USA) Limited, LLC, Lee Vartan, Esq., and Chiesa Shahinian and Giantomasi PC |
| Appellant's Attorney: | Lee Vartan, Esq., Sam Della Fera, Esq., and Melissa F. Wernick, Esq.<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br><br>Aaron Romney, Esq. and James Moriarty, Esq.<br>Zeisler and Zeisler PC<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06604 |
| Appellee's Name: | Luc Despins, Chapter 11 Trustee |
| Appellee's Attorney: | Douglas S. Skalka, Esq.<br>James C. Graham, Esq.<br>Patrick R. Linsey, Esq.<br>Lucas Bennett Rocklin, Esq.<br>NEUBERT, PEPE & MONTEITH, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br><br>Nicholas A. Bassett, Esq.<br>PAUL HASTINGS LLP<br>2050 M Street, N.W.<br>Washington, D.C. 20036<br><br>Luc A. Despins, Esq.<br>Avram E. Luft, Esq.<br>Douglass E. Barron, Esq.<br>G. Alexander Bongartz, Esq.<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166 |

By:  <u>Regina Miltenberger</u>            Date:   March 27, 2023
  Deputy Clerk, U.S. Bankruptcy Court