AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions:*

| | | |
|---|---|---|
| 1. NAME<br>James Moriarty | 2. PHONE NUMBER<br>(203) 368-4234 | 3. DATE<br>3/28/2023 |

| | | | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>jmoriarty@zeislaw.com | 5. CITY<br>Bridgeport | 6. STATE<br>CT | 7. ZIP CODE<br>06604 |

| | | | |
|---|---|---|---|
| 8. CASE NUMBER<br>22-50073 | 9. JUDGE<br>Julie A. Manning | DATES OF PROCEEDINGS | |
| | | 10. FROM 3/27/2023 | 11. TO 3/27/2023 |

| | | |
|---|---|---|
| 12. CASE NAME<br>Ho Wan Kwok and Genever Holdings Corporation | LOCATION OF PROCEEDINGS | |
| | 13. CITY Bridgeport | 14. STATE Connecticut |

15. ORDER FOR
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | 3/27/2023 - Hearing |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES 1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

| | |
|---|---|
| 18. SIGNATURE<br>/s/ James Moriarty | PROCESSED BY |
| 19. DATE<br>3/28/2023 | PHONE NUMBER |

| | | | |
|---|---|---|---|
| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
| ORDER RECEIVED | DATE | BY | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE 0.00 |

**DISTRIBUTION:** COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY