**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                                    :    Chapter 11
:
HO WAN KWOK *et al.*,                                       :    Case No. 22-50073 (JAM)
:
        Debtors.[1]                                              :    Jointly Administered
:    Re: ECF 1588
---------------------------------------------------------x

**ORDER APPROVING EMERGENCY MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER MODIFYING REPAIR RESERVE ORDER**

Upon the motion (the "Motion")[2] of Luc Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), requesting entry of an order modifying the Repair Reserve Order so as to allow the use of up to $500,000 in maintenance, operating, and related expenses for the Lady May from the Repair Reserve (all as further detailed in the Motion); and the Court having reviewed the Motion and having considered the statements of counsel before the Court at a hearing (the "Hearing"); and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (d) good and sufficient notice of the Motion having been given; and no other or further notice being required; and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

and it appearing that the relief requested by the Motion, as modified by the terms of this Order is in the best interest of the Debtors' estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Notwithstanding anything to the contrary in the Repair Reserve Order, the Trustee is hereby authorized to pay out of the Repair Reserve the reasonable and ordinary operating, maintenance, and related expenses (including insurance premiums) for the Lady May up to an aggregate amount of $500,000.

3. For the avoidance of doubt, except as set forth in this Order, the Repair Reserve Order shall otherwise remain in place, this Order provides no relief other than that expressly provided for herein, and nothing herein shall preclude HK USA or Ms. Guo from: i) seeking modification of the Repair Reserve Order, including an Order preventing further use of funds in the Repair Reserve (other than to prevent the use of up to $500,000 from the Repair Reserve pursuant to this Order or the use of the Repair Reserve in accordance with the Repair Reserve Order to pay for the repairs required by the Stipulated Order to be funded by the Repair Reserve pursuant to the Repair Reserve Order); ii) asserting its, her or their rights to the funds in the Repair Reserve, or the Escrow Funds (as defined in the Stipulated Order) (other than to prevent the use of up to $500,000 from the Repair Reserve pursuant to this Order or the use of the Repair Reserve in accordance with the Repair Reserve Order to pay for the repairs required by the Stipulated Order to be funded by the Repair Reserve pursuant to the Repair Reserve Order); or iii) asserting an administrative claim against the Debtor's Estate in the amount of any/all Repair Reserve and/or Escrow Funds expended for the benefit of the Debtor's Estate or to maintain the

Lady May (other than with respect to funds expended or to be expended for repairs required by the Stipulated Order or the Repair Reserve Order or operating and maintenance expenses previously funded from the Repair Reserve pursuant to prior Order of this Court), with interest, in the event the Escrow Funds, including the Repair Reserve, are found by this Court or any other court of competent jurisdiction to constitute the property of HK USA, provided that the Trustee's right to oppose any such request or claim is fully preserved. The time for HK USA to file any such administrative claim shall be no later than 45 days after a ruling that HK USA owns the Escrow Funds.

4. The Trustee is authorized and empowered to take all actions necessary to effectuate the relief granted in this Order.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 28th day of March, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut