AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Please Read Instructions:*

**FOR COURT USE ONLY**
DUE DATE:

| # | Field | Value |
|---|---|---|
| 1. | NAME | James Moriarty |
| 2. | PHONE NUMBER | (203) 368-4234 |
| 3. | DATE | 3/28/2023 |
| 4. | DELIVERY ADDRESS OR EMAIL | jmoriarty@zeislaw.com |
| 5. | CITY | Bridgeport |
| 6. | STATE | CT |
| 7. | ZIP CODE | 06604 |
| 8. | CASE NUMBER | 22-50073 |
| 9. | JUDGE | Julie A. Manning |
| 10. | FROM | 3/27/2023 |
| 11. | TO | 3/27/2023 |
| 12. | CASE NAME | Ho Wan Kwok and Genever Holdings Corporation |
| 13. | CITY | Bridgeport |
| 14. | STATE | Connecticut |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | 3/27/2023 - Hearing |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES 1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /s/ James Moriarty

19. DATE: 3/28/2023

PROCESSED BY: P. Esposito

PHONE NUMBER: 203-579-5808

TRANSCRIPT TO BE PREPARED BY: Fiore Transcription and Reporting

COURT ADDRESS:
U.S. Bankruptcy Court
915 Lafayette Blvd.
Bridgeport CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Monday March 27 2023

Current as of 03/27/2023, 9:01 am

| | | | |
|---|---|---|---|
| 11:00 AM | 22-50073<br>Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC | 1 |
| Matter: | #1588; Emergency Motion of Chapter 11 Trustee for Entry of Order Modifying Repair Reserve Order Filed by Luc A. Despins on behalf of Luc A. Despins, Chapter 11 Trustee | | |

| | | | |
|---|---|---|---|
| 11:00 AM | 22-05003 | HK International Funds Investments (USA) Limited, v. Despins | |
| | Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC | | 2 |
| Matter: | #146; Motion For Summary Judgment on First Counterclaim Filed by Patrick R. Linsey on behalf of Luc A. Despins, Counter-Claimant | | |

**22-05003** HK International Funds Investments (USA) Limited, v. Despins
**Case type:** ap **Related bankruptcy:** 22-50073 **Judge:** Julie A. Manning
**Date filed:** 04/11/2022 **Date of last filing:** 03/28/2023

# Parties

| | | |
|---|---|---|
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*Added: 09/08/2022*<br>*(Counter-Claimant)* | represented by | **Nicholas A. Bassett**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1700<br>202-551-1705 (fax)<br>nicholasbassett@paulhastings.com<br>*Assigned: 03/08/23*<br><br>**Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 09/23/22*<br><br>**Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>*Assigned: 10/14/22* |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*Added: 09/08/2022*<br>*(Defendant)* | represented by | **James C. Graham**<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203)821-2000<br>(203)821-2009 (fax)<br>jgraham@npmlaw.com<br>*Assigned: 08/17/22*<br><br>**Patrick R. Linsey**<br>Neubert Pepe & Monteith, P.C.<br>195 Church St<br>13th Fl<br>New Haven, CT 06510<br>203-821-2000<br>203-821-2009 (fax)<br>plinsey@npmlaw.com<br>*Assigned: 07/29/22*<br><br>**Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com<br>*Assigned: 10/14/22* |
| **Mei Guo**<br>*Added: 09/23/2022*<br>*(Counter-Defendant)* | represented by | **John L. Cesaroni**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>jcesaroni@zeislaw.com<br>*Assigned: 10/19/22*<br><br>**Melissa I Falk Wernick**<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>973-530-2157<br>973-530-2357 (fax)<br>mwernick@csglaw.com<br>*Assigned: 03/10/23*<br><br>**James M. Moriarty**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>Bridgeport, CT 06604<br>203-368-4234<br>203-549-0907 (fax)<br>jmoriarty@zeislaw.com<br>*Assigned: 10/19/22*<br><br>**Aaron Romney**<br>Zeisler & Zeisler PC |

10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 10/18/22*

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-530-2107
973-530-2307 (fax)
lvartan@csglaw.com
*Assigned: 02/01/23*

| | | |
|---|---|---|
| **HK International Funds Investments (USA) Limited, LLC**<br>*Added: 09/23/2022*<br>*(Counter-Defendant)* | represented by | **John L. Cesaroni**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>jcesaroni@zeislaw.com<br>*Assigned: 09/29/22* |

**Melissa I Falk Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-530-2157
973-530-2357 (fax)
mwernick@csglaw.com
*Assigned: 03/10/23*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
*Assigned: 11/29/22*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
*Assigned: 09/29/22*

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-530-2107
973-530-2307 (fax)
lvartan@csglaw.com
*Assigned: 03/10/23*

| | | |
|---|---|---|
| **HK International Funds Investments (USA) Limited, LLC**<br>*Added: 04/11/2022*<br>*(Plaintiff)* | represented by | **John L. Cesaroni**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>jcesaroni@zeislaw.com<br>*Assigned: 08/09/22* |

**Melissa I Falk Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-530-2157
973-530-2357 (fax)
mwernick@csglaw.com
*Assigned: 03/26/23*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
203-549-0907 (fax)
jmoriarty@zeislaw.com
*Assigned: 10/03/22*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor

| | | |
|---|---|---|
| | | Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>aromney@zeislaw.com<br>*Assigned: 04/11/22* |
| | | **Lee Vartan**<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ 07052<br>973-530-2107<br>973-530-2307 (fax)<br>lvartan@csglaw.com<br>*Assigned: 02/01/23* |
| **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>SSN / ITIN: 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<br>*Added: 04/11/2022*<br>*TERMINATED: 07/29/2022*<br>*(Defendant)*<br>PRO SE | | |
| **Pacific Alliance Asia Opportunity Fund L.P.**<br>*Added: 04/11/2022*<br>*TERMINATED: 08/26/2022*<br>*(Defendant)* | represented by | **Patrick M. Birney**<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8200<br>(860) 275-8299 (fax)<br>pbirney@rc.com<br>*Assigned: 05/06/22*<br>*TERMINATED: 08/26/22* |
| | | **Peter Friedman**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5302<br>pfriedman@omm.com<br>*Assigned: 06/07/22*<br>*TERMINATED: 08/26/22* |
| | | **Stuart M. Sarnoff**<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>202-326-2293<br>ssarnoff@omm.com<br>*Assigned: 06/07/22*<br>*TERMINATED: 08/26/22* |
| **RCI Bridgeport, LLC**<br>c/o Sabato P. Fiano, Esq.<br>Zeldes Needle & Cooper, P.C.<br>1000 Lafayette Blvd., 7th Floor<br>Bridgeport, CT 06604<br>203-333-9441<br>sfiano@znclaw.com<br>*Added: 03/27/2023*<br>*(Interested Party)* | represented by | **Sabato P. Fiano**<br>Zeldes, Needle & Cooper PC<br>1000 Lafayette Boulevard, Suite 500<br>Bridgeport, CT 06601<br>(203) 332-5791<br>(203) 333-1489 (fax)<br>sfiano@znclaw.com<br>*Assigned: 03/27/23* |
| Pacific Alliance Asia Opportunity Fund, L.P. | represented by | Stuart M. Sarnoff<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 times Square<br>New York, NY 10036<br><br>Annecca H. Smith<br>Robinson & Cole, LLP<br>280 Trumbull Street<br>Hartford, CT 06103 |
| Official Committee of Unsecured Creditors | represented by | Irve J. Goldman<br>Pullman & Comley<br>850 Main Street<br>8th Floor<br>Bridgeport, CT 06604 |