STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
---------------------------------------------------------x

## EMERGENCY REQUEST FOR ADDITIONAL STATUS CONFERENCE

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), hereby requests that the Court schedule a status conference, **to be held remotely via Zoom**, as soon as practicable.

The Trustee's request is prompted by, among other things, the Trustee's recent discovery of a second yacht owned by HK International Funds Investments (USA) Limited, LLC ("HK USA"), the need to take immediate steps to protect this asset for the benefit of the estate, and, relatedly, the failure of HK USA and Mei Guo (together, the "Counter-Defendants") to disclose assets as required by the *Order Granting Chapter 11 Trustee's Motion for Preliminary Injunction Pursuant to Federal Rule of Bankruptcy Procedure 7065 Freezing Assets Of Counter-Defendants* [Adv. Proc. Docket No. 142] (the "**Preliminary Injunction Order**"), entered on March 17, 2023.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

As the court is aware, the Preliminary Injunction Order required, at paragraph (d) thereof, that the Counter-Defendants "identify to the Trustee and to the Court within five days of entry of this Order any other property in which they hold an interest." The Counter-Defendants' deadline to identify this property was subsequently extended to March 27, 2023 [Adv. Proc. Docket No. 157].

On March 27, 2023, the Trustee received a letter from counsel to the Counter-Defendants, Mr. Vartan, in which Mr. Vartan stated that, aside from the Lady May yacht itself "HK USA's only other 'property' is the 'Escrowed Funds'" deposited pursuant to the escrow agreement by and among HK USA, the Official Committee of Unsecured Creditors, and U.S. Bank National Association. A copy of Mr. Vartan's letter is attached hereto as **Exhibit A.**

On March 29, 2023, the Trustee confirmed that, contrary to Mr. Vartan's representation, **HK USA is also the registered owner of another yacht, the Lady May II**, currently located in a storage facility in Mamaroneck, New York. A registry transcript document confirming that HK USA is the registered owner of the Lady May II is attached hereto as **Exhibit B.**[2]

The Trustee submits that, in light of these and other developments, and given their impact on the administration of these chapter 11 cases, it is appropriate to schedule a status conference, to be attended by counsel to the Counter-Defendants and the Trustee, so that the Trustee can provide the Court and parties in interest with an update (and possibly proposed next steps) with respect to these matters. The Trustee believes that addressing some of these issues initially

---

[2] Notably in Mr. Vartan's March 6, 2023 declaration filed at Main Case Docket No. 1512 (the "Vartan Declaration"), Mr. Vartan stated, among other things, that the Counter-Defendants had complied with Rule 2004 subpoenas and "had performed an exhaustive search for documents potentially responsive to the Subpoenas." Vartan Declaration ¶ 2. That statement was inaccurate given the registry papers showing HK USA to be the owner of the Lady May II, as was Mei Guo's statement in her declaration filed on March 13, 2023 that "the Lady May is HK USA's sole asset." Main Case Docket No. 1544 ¶ 24.

through a status conference would be more efficient than commencing motion practice without the Court's guidance.

Among other things, at the proposed status conference, the Trustee would provide an update on the following:

- Next steps with respect to the Lady May II, including with respect to steps that need to be taken to protect this asset for the benefit of the estate;

- The Trustee's intention to seek summary judgment in connection with his alter ego claim asserted in the HK USA adversary proceeding;

- Necessary protections to be taken to ensure that Mei Guo's invocation of the Fifth Amendment is not used to obfuscate and secrete away currently unidentified assets of the Counter-Defendants; and

- Update on the Lady May.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

WHEREFORE, the Trustee respectfully requests that the Court grant the Motion, schedule a status conference, and order such other relief as is just and proper.

Dated:    March 29, 2023                     LUC A. DESPINS,
               New York, New York          CHAPTER 11 TRUSTEE

By: /s/ *Douglass Barron*
Avram E. Luft *(pro hac vice)*
Douglass Barron *(pro hac vice)*
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com
douglassbarron@paulhastings.com

     *and*

Nicholas A. Bassett *(pro hac vice)*
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

     *and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                    :    Chapter 11
:
HO WAN KWOK *et al.*,                     :    Case No. 22-50073 (JAM)
:
       Debtors.[1]                       :    Jointly Administered
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 29, 2023, the foregoing Request was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned adversary proceeding by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:    March 29, 2023
             New York, New York

                          By: */s/ Douglass Barron*
                             Avram E. LUFT *(pro hac vice)*
                             Douglass Barron *(pro hac vice)*
                             PAUL HASTINGS LLP
                             200 Park Avenue
                             New York, New York 10166
                             (212) 318-6079
                             aviluft@paulhastings.com
                             douglassbarron@paulhastings.com

                                    *and*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Nicholas A. Bassett *(pro hac vice)*
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

 *and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

**EXHIBIT A**



CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

**LEE VARTAN**
Member

lvartan@csglaw.com

O 973.530.2107    F 973.325.1501

March 27, 2023

*Via Email*
Nicholas A. Bassett, Esq.
Avram Emmanuel Luft, Esq.
Paul Hastings LLP
200 Park Avenue
New York, New York 10166

Re:   *HK International Funds Investments (USA) Limited, LLC v. Ho Wan Kwok*, Adversary Proceeding No. 22-05003

Counsel:

On behalf of HK International Funds Investments (USA) Limited, LLC ("HK USA"), please accept this letter disclosure in response to paragraph (d) of the Order Granting Chapter 11 Trustee's Motion for Preliminary Injunction ("PI Order") (ECF No. 142), which was extended by Order dated March 23, 2023 (ECF No. 157).

Earlier today the Court entered an Order (ECF No. 172) holding that "Effective as of 2:55 p.m. on March 27, 2023, the Lady May ... is property of the Debtor's chapter 11 estate." HK's only other "property" is the "Escrowed Funds" deposited pursuant to that certain Escrow Agreement, dated as of April 28, 2022, by and among HK USA, the Official Committee of Unsecured Creditors appointed in the chapter 11 case of Ho Wan Kwok, and U.S. Bank National Association. HK USA maintains that the Escrowed Funds are not an asset of the company, but a liability which is to be repaid.

Very truly yours,

*s/ Lee Vartan*

Lee Vartan
Member

## **EXHIBIT B**

## TRANSCRIPT OF BRITISH REGISTRY

### PARTICULARS OF SHIP

| NAME OF SHIP | NUMBER, YEAR AND PORT OF REGISTRY | OFFICIAL NUMBER |
|---|---|---|
| **LADY MAY II** | **52 IN 2015, GEORGE TOWN** | **746230** |
| NAME & ADDRESS OF BUILDERS | TYPE OF SHIP | SIGNAL LETTERS |
| **WINDY SCANDINAVIA AB SODRA VARVSGATAN 27 593 50 VASTERVIK SWEDEN** | **PLEASURE YACHT** | **ZGEW5** |
|  | MATERIAL USED TO CONSTRUCT HULL | IMO NUMBER (IF ANY) |
| NUMBER, YEAR AND PORT OF PREVIOUS REGISTRY (IF ANY) | **FIBRE REINFORCED PLASTIC** | - |
|  | DATE KEEL LAID | DATE MEASURED |
|  | **24-NOV-2011** | **12-MAY-2015** |

### PRINCIPAL DIMENSIONS

| LENGTH (m): | 14.95 | THE TONNAGE(S) OF THIS SHIP IN ACCORDANCE WITH HER CAYMAN ISLANDS TONNAGE CERTIFICATE IS: | |
|---|---|---|---|
| BREADTH (m): | 4.20 | | |
| MOULDED DEPTH (m): | 0.74 | TONNAGE(GROSS AND NET): | 7.43 |
| MOULDED DRAUGHT (m): | 0.56 | - | - |
| OVERALL LENGTH (m): | 14.95 | *For ships under 24 metres length, the tonnage is the gross tonnage and net tonnage.* | |

### PARTICULARS OF ACCOMMODATION

| | |
|---|---|
| NUMBER OF SEAMEN (INCLUDING APPRENTICES) FOR WHOM ACCOMMODATION IS PROVIDED: | - |
| NUMBER OF PASSENGERS FOR WHOM ACCOMMODATION IS PROVIDED: | - |

### ENGINE AND BOILER PARTICULARS

| DESCRIPTION OF ENGINES | NAME & ADDRESS OF ENGINE MAKERS | ENGINE DETAILS | |
|---|---|---|---|
| **INTERNAL COMBUSTION VOLVO PENTA IPS 600** | **AB VOLVO PENTA GROPEGARDSGATAN SE - 405 08 GOTEBORG SWEDEN** | NO. OF SETS: | 3 |
| | | NO. OF SHAFTS: | 3 |
| | | WHEN MADE: | 2013 |
| NUMBER OF CYLINDERS IN EACH SET | DIAMETER OF CYLINDERS (mm) | LENGTH OF STROKE (mm) | |
| 6 | 103 | 110 | |
| DESCRIPTION OF BOILERS | NAME & ADDRESS OF BOILER MAKERS | BOILER DETAILS | |
| - | - | NUMBER: | - |
| | | WORKING PRESSURE: | - |
| | | WHEN MADE: | - |

### ADDITIONAL PARTICULARS

| ESTIMATED BRAKE POWER (kW) | ESTIMATED SPEED OF SHIP (knots) | METHOD OF PROPULSION |
|---|---|---|
| 960 | 46 | MOTOR |

### NAME AND ADDRESS OF THE OWNER — NUMBER OF SIXTY-FOURTH SHARES

| | |
|---|---|
| HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC 203 NE FRONT STREET SUITE 101 MILFORD, DE 19963 UNITED STATES OF AMERICA | **64 SHARES** |

DATE OF INITIAL REGISTRATION: **18 MAY 2015.**

| |
|---|
| NO MORTGAGES REGISTERED IN THE CAYMAN ISLANDS |
| NO MORTGAGES REGISTERED IN THE CAYMAN ISLANDS |

I hereby certify that the foregoing printed and written particulars are a true extract from the Register now in my charge, showing the descriptive particulars, present registered ownership and free of mortgages of the vessel **LADY MAY II**, Official Number **746230**.

DATED: **29 March 2023**

*[signature]*

**REGISTRAR OF BRITISH SHIPS**
**GEORGE TOWN**
**CAYMAN ISLANDS**

29-MAR-2023 11:52:36 (GMT-5)