**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>Jointly Administered |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Federal Rule of Civil Procedure 7(e), made applicable by Local Bankruptcy Rule 9083-4, Evan S. Goldstein, Esq. ("Counsel") hereby submits this motion seeking leave to withdraw as counsel for interested parties Hing Chi Ngok ("Ms. Ngok") and Greenwich Land, LLC ("Greenwich Land").

In support hereof, Counsel states that Ms. Ngok, individually and as representative for Greenwich Land, has consented to Counsel's withdrawal. In addition, upon information and belief, Attorney Christopher J. Major of Meister Seelig & Fein PLLC will be submitting a substitute appearance on behalf of both Ms. Ngok and Greenwich Land later today. The requested withdrawal, therefore, will not cause any delay in the proceedings or otherwise be inequitable.

WHEREFORE, Evan S. Goldstein respectfully moves for leave to withdraw his appearance as counsel for Ms. Ngok and Greenwich Land.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

3921382

HING CHI NGOK and
GREENWICH LAND, LLC

By: */s/ Evan S. Goldstein*
    Evan S. Goldstein, Esq.
    Federal Bar No. ct22994
    UPDIKE, KELLY & SPELLACY, P.C.
    Goodwin Square
    225 Asylum Street, 20th Floor
    Hartford, Connecticut 06103
    Tel. (860) 548-2600
    Fax. (860) 548-2680
    egoldstein@uks.com
    *Counsel to Hing Chi Ngok and Greenwich Land, LLC*