# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on March 30, 2023, the foregoing Motion was electronically filed. Notice of this filing will be sent, via email, to all parties able to receive electronic notification, by operation of the Court's electronic filing system and as listed on the Notice of Electronic Filings. Parties may access this filing through the court's CM/ECF case management system.

       HING CHI NGOK and
       GREENWICH LAND, LLC

       By: */s/ Evan S. Goldstein*
        Evan S. Goldstein, Esq.
        Federal Bar No. ct22994
        UPDIKE, KELLY & SPELLACY, P.C.
        Goodwin Square
        225 Asylum Street, 20th Floor
        Hartford, Connecticut 06103
        Tel. (860) 548-2600
        Fax. (860) 548-2680
        egoldstein@uks.com
        *Counsel to Hing Chi Ngok and Greenwich Land, LLC*