**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
HO WAN KWOK, *et al.*,[1]                              :    Case No. 22-50073 (JAM)
                                                       :
            Debtors.                                   :    (Jointly Administered)
                                                       :
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 24, 2023, the *Fourth Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery with Respect to Additional Entities and Individuals Affiliated with Debtor, Relevant Banks and Entities Doing Business with Debtor and Affiliated Entities* [ECF No. 1591] (including all exhibits, attachments, and associated orders filed therewith, collectively, the "Served Documents") was electronically filed.  Notice of this filing has been sent by e-mail to all parties by operation of the Court's electronic filing system ("CM/ECF") or by U.S. Mail first-class delivery (sent March 24, 2023) to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing.  These recipients are specifically set forth below. Parties may access this filing through the Court's CM/ECF system.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

With respect to the Notice Parties, as defined in Local Bankr. R. 2004-1, the following parties will receive notice of this filing by CM/ECF: (i) the Debtor; (ii) the Chapter 11 Trustee; (iii) the United States Trustee; (iv) any official committee; and (v) any party that has filed a notice of appearance in the case, provided however, that parties appearing in the case who are unable to receive electronic notice were served via U.S. Mail as set forth above. With respect to (vi) the proposed witnesses, examinees, or parties producing documents (collectively, the "Examinees"), the Examinees were served (on March 24, 2023) at the addresses appended hereto, as follows: to Examinees with addresses within the United States, by FedEx or UPS delivery for the next business day; and to Examinees with street addresses outside the United States, by UPS worldwide expedited delivery.

The undersigned hereby certifies that the foregoing constitutes service upon all of the Notice Parties.

Dated:  March 30, 2023                LUC DESPINS, as appointed Chapter 11 Trustee
        New Haven, Connecticut        for HO WON KWOK

                                      By: */s/ Patrick R. Linsey*
                                          Patrick R. Linsey (ct29437)
                                          NEUBERT, PEPE & MONTEITH, P.C.
                                          195 Church Street, 13th Floor
                                          New Haven, Connecticut 06510
                                          (203) 781-2847
                                          plinsey@npmlaw.com

1

**PARTIES THAT RECEIVED ELECTRONIC NOTICE VIA EM/ECF**

Laura Aronsson on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Laura Aronsson on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Tristan G. Axelrod on behalf of Creditor Brown Rudnick LLP
taxelrod@brownrudnick.com

Tristan G. Axelrod on behalf of Creditor Verdolino & Lowey, P.C.
taxelrod@brownrudnick.com

William R. Baldiga on behalf of Creditor Brown Rudnick LLP
wbaldiga@brownrudnick.com

William R. Baldiga on behalf of Defendant Kwok Ho Wan
wbaldiga@brownrudnick.com

Kellianne Baranowsky on behalf of Interested Party BakerHostetler
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com;kbaranowsky@ecf.courtdrive.com

Daniel D. Barnes on behalf of Interested Party HK International Funds Investments (USA) Limited,
LLC
dbarnes@csglaw.com

Daniel D. Barnes on behalf of Interested Party Mei Guo
dbarnes@csglaw.com

Douglass E. Barron on behalf of Chapter 11 Trustee Luc A. Despins
douglassbarron@paulhastings.com

Nicholas A. Bassett on behalf of Chapter 11 Trustee Luc A. Despins
nicholasbassett@paulhastings.com

Nicholas A. Bassett on behalf of Counter-Claimant Luc A. Despins
nicholasbassett@paulhastings.com

Nicholas A. Bassett on behalf of Plaintiff Genever Holdings LLC
nicholasbassett@paulhastings.com,

Nicholas A. Bassett on behalf of Plaintiff Luc A. Despins
nicholasbassett@paulhastings.com,

Patricia B. Bergamasco on behalf of Interested Party HK International Funds Investments (USA)
Limited, LLC
Pbergamasco@csglaw.com

Patricia B. Bergamasco on behalf of Interested Party Mei Guo
Pbergamasco@csglaw.com

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Patrick M. Birney on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

Christopher H. Blau on behalf of Interested Party HK International Funds Investments (USA)
Limited, LLC
cblau@zeislaw.com

G. Alexander Bongartz on behalf of Chapter 11 Trustee Luc A. Despins
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Plaintiff Genever Holdings LLC
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of Plaintiff Luc A. Despins
alexbongartz@paulhastings.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Rui Ma
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Weican Meng
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor Zheng Wu
ccallari@callaripartners.com

Daniel Cantor on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
dcantor@omm.com

John L. Cesaroni on behalf of Counter-Defendant HK International Funds Investments (USA)
Limited, LLC

jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Counter-Defendant Mei Guo
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Debtor Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho Wan Kwok
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested Party HK International Funds Investments (USA) Limited,
LLC
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested Party Mei Guo
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

Scott M. Charmoy on behalf of Attorney Charmoy & Charmoy, LLC
scottcharmoy@charmoy.com, ecf-
3ae5beb98d9b@ecf.pacerpro.com;charmoysr97992@notify.bestcase.com

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

Keith N. Costa on behalf of Interested Party Leonard Scudder
kcosta@otterbourg.com, kcosta@otterbourg.com;awilliams@otterbourg.com

Samuel Bryant Davidoff on behalf of Interested Party Williams & Connolly LLP
sdavidoff@wc.com

Sam Della Fera, Jr on behalf of Interested Party HK International Funds Investments (USA)
Limited, LLC
sdellafera@csglaw.com

Sam Della Fera, Jr on behalf of Interested Party Mei Guo
sdellafera@csglaw.com

Luc A. Despins
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

Luc A. Despins on behalf of Chapter 11 Trustee Luc A. Despins
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com

Melissa I Falk Wernick on behalf of Counter-Defendant HK International Funds Investments
(USA) Limited, LLC
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of Counter-Defendant Mei Guo
mwernick@csglaw.com

Sam Della Fera, Jr. on behalf of Interested Party HK International Funds Investments (USA)
Limited, LLC
sdellafera@csglaw.com

Sam Della Fera, Jr. on behalf of Interested Party Mei Guo
sdellafera@csglaw.com

David S. Forsh on behalf of 20 Largest Creditor Rui Ma
dforsh@callaripartners.com

David S. Forsh on behalf of 20 Largest Creditor Weican Meng
dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Zheng Wu
dforsh@callaripartners.com

Richard N Freeth on behalf of Interested Party Himalaya Investment LLC
rfreeth@freethfirm.com

Richard N Freeth on behalf of Interested Party Jiaming Liu
rfreeth@freethfirm.com

Lisa Fried on behalf of Interested Party UBS AG
lisa.fried@hsf.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Peter Friedman on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.

pfriedman@omm.com

Taruna Garg on behalf of Creditor The Sherry-Netherland, Inc.
tgarg@murthalaw.com, mgarcia@murthalaw.com

Irve J. Goldman on behalf of Creditor Committee Official Committee of Unsecured Creditors
igoldman@pullcom.com, rmccoy@pullcom.com

Irve J. Goldman on behalf of Creditor Committee Pullman & Comley, LLC
igoldman@pullcom.com, rmccoy@pullcom.com

Evan S. Goldstein on behalf of Defendant Hing Chi Ngok
egoldstein@uks.com

Evan S. Goldstein on behalf of Interested Party Greenwich Land, LLC
egoldstein@uks.com

Evan S. Goldstein on behalf of Interested Party Hing Chi Ngok
egoldstein@uks.com

Mia N. Gonzalez on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

Mia N. Gonzalez on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

Marc Gottridge on behalf of Interested Party UBS AG
marc.gottridge@hsf.com

James C. Graham on behalf of Chapter 11 Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Defendant Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

James C. Graham on behalf of Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Lawrence S. Grossman on behalf of Interested Party BakerHostetler
LGrossman@gs-lawfirm.com, aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;lawrencegrossman@ecf.courtdrive.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.

dharbach@omm.com

David V. Harbach, II on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

James J. Healy on behalf of Interested Party Williams & Connolly LLP
jhealy@cmdhlaw.com

Jeffrey Hellman on behalf of Defendant Ho Wan Kwok
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Eric A. Henzy on behalf of Debtor Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho Wan Kwok
ehenzy@zeislaw.com, cjervey@zeislaw.com

Eric A. Henzy on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
ehenzy@zeislaw.com, cjervey@zeislaw.com

Jonathan Kaplan on behalf of Creditor Committee Official Committee of Unsecured Creditors
jkaplan@pullcom.com, prulewicz@pullcom.com;rmccoy@pullcom.com

Stephen M. Kindseth on behalf of Debtor Ho Wan Kwok
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Defendant Ho Wan Kwok
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
skindseth@zeislaw.com, cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested Party Mei Guo
skindseth@zeislaw.com, cjervey@zeislaw.com

Nancy Bohan Kinsella on behalf of Plaintiff-Intervenor Luc A. Despins
nkinsella@npmlaw.com,
moshea@npmlaw.com;smowery@npmlaw.com;npm.bankruptcy@gmail.com

Julie A Lavoie on behalf of Creditor The Sherry-Netherland, Inc.
jlavoie@murthalaw.com

Francis J. Lawall on behalf of Defendant Bravo Luck Limited
francis.lawall@troutman.com, susan.henry@troutman.com;marcy.smith@troutman.com

Francis J. Lawall on behalf of Interested Party Bravo Luck Limited
francis.lawall@troutman.com, susan.henry@troutman.com;marcy.smith@troutman.com

Francis J. Lawall on behalf of Interested Party Bravo Luck Limited
francis.lawall@troutman.com, susan.henry@troutman.com;marcy.smith@troutman.com

Andrew V. Layden on behalf of Interested Party BakerHostetler
alayden@bakerlaw.com

Patrick R. Linsey on behalf of Chapter 11 Trustee Luc A. Despins
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Counter-Claimant Luc A. Despins
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Debtor Genever Holdings Corporation
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Debtor Genever Holdings LLC
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Defendant Luc A. Despins
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff Genever Holdings Corporation
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff Genever Holdings LLC
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff Luc A. Despins
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff-Intervenor Luc A. Despins
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Trustee Luc A. Despins
plinsey@npmlaw.com, sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Avram Emmanuel Luft on behalf of Chapter 11 Trustee Luc A. Despins
aviluft@paulhastings.com

Avram Emmanuel Luft on behalf of Plaintiff Genever Holdings LLC
aviluft@paulhastings.com

Avram Emmanuel Luft on behalf of Plaintiff Luc A. Despins
aviluft@paulhastings.com

Bonnie C. Mangan on behalf of Requested Notice Bonnie C. Mangan
bonnie.mangan@manganlaw.com, becky.avery@manganlaw.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Rui Ma
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Weican Meng
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Committee Official Committee of Unsecured Creditors
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor Zheng Wu
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Boxun Inc.
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Rui Ma
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Weican (Watson) Meng
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Yang Lan
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Zheng Wu
kmayhew@pullcom.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com

Marcy J. McLaughlin Smith on behalf of Defendant Bravo Luck Limited
marcy.smith@troutman.com

Marcy J. McLaughlin Smith on behalf of Interested Party Bravo Luck Limited

marcy.smith@troutman.com

Danielle L. Merola on behalf of Interested Party BakerHostetler
dmerola@bakerlaw.com

Sherry J. Millman on behalf of Creditor The Sherry-Netherland, Inc.
smillman@stroock.com

Aaron A Mitchell on behalf of Debtor Ho Wan Kwok
aaron@lmesq.com

Aaron A Mitchell on behalf of Debtor's Attorney Lawall & Mitchell, LLC
aaron@lmesq.com

Aaron A Mitchell on behalf of Defendant Ho Wan Kwok
aaron@lmesq.com

James M. Moriarty on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Counter-Defendant Mei Guo
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Debtor Ho Wan Kwok
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Defendant Ho Wan Kwok
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Interested Party Mei Guo
jmoriarty@zeislaw.com, cgregory@zeislaw.com

James M. Moriarty on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, cgregory@zeislaw.com

Sara Pahlavan on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.

spahlavan@omm.com

Patrick N. Petrocelli on behalf of Creditor The Sherry-Netherland, Inc.
ppetrocelli@stroock.com

Sari B. Placona on behalf of Interested Party HCHK Property Management, Inc.
splacona@msbnj.com

Sari B. Placona on behalf of Interested Party HCHK Technologies, Inc.
splacona@msbnj.com

Sari B. Placona on behalf of Interested Party Lexington Property and Staffing, Inc.
splacona@msbnj.com

Sari Blair Placona on behalf of Interested Party HCHK Property Management, Inc.
splacona@msbnj.com

Sari Blair Placona on behalf of Interested Party HCHK Technologies, Inc.
splacona@msbnj.com

Sari Blair Placona on behalf of Interested Party Lexington Property and Staffing, Inc.
splacona@msbnj.com

Lucas Bennett Rocklin on behalf of Chapter 11 Trustee Luc A. Despins
lrocklin@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net

Aaron Romney on behalf of Counter-Defendant HK International Funds Investments (USA)
Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Counter-Defendant Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Debtor Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party HK International Funds Investments (USA) Limited,
LLC

aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Interested Party Mei Guo
aromney@zeislaw.com, swenthen@zeislaw.com

Aaron Romney on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com, swenthen@zeislaw.com

Scott D. Rosen on behalf of Attorney Cohn Birnbaum & Shea, P.C.
srosen@cb-shea.com, msullivan@cbshealaw.com;dtempera@cbshealaw.com

Thomas J. Sansone on behalf of Attorney Michael S. Weinstein
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor Xiaodan Wang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Rong Zhang
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff Xiaodan Wang
tsansone@carmodylaw.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

David M.S. Shaiken on behalf of Defendant Bravo Luck Limited
david@shipmanlawct.com

David M.S. Shaiken on behalf of Interested Party Bravo Luck Limited
david@shipmanlawct.com

Douglas S. Skalka on behalf of Chapter 11 Trustee Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Counter-Claimant Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Debtor Genever Holdings Corporation
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Debtor Genever Holdings LLC
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Defendant Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Plaintiff Genever Holdings LLC
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Plaintiff Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Douglas S. Skalka on behalf of Plaintiff-Intervenor Luc A. Despins
dskalka@npmlaw.com, smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Jeffrey M. Sklarz on behalf of Interested Party BakerHostetler
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com;eross@gs-lawfirm.com;jsklarz@ecf.courtdrive.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Annecca H. Smith on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Anthony Sodono, III on behalf of Interested Party HCHK Property Management, Inc.
asodono@msbnj.com

Anthony Sodono, III on behalf of Interested Party HCHK Technologies, Inc.
asodono@msbnj.com

Anthony Sodono, III on behalf of Interested Party Lexington Property and Staffing, Inc.
asodono@msbnj.com

John Troy on behalf of Interested Party Troy Law, PLLC

13

johntroy@troypllc.com

Tiffany Troy on behalf of Creditor Troy Law, PLLC
troylegalpllc@gmail.com, troylaw@troypllc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Lee Vartan on behalf of Counter-Defendant HK International Funds Investments (USA) Limited,
LLC
lvartan@csglaw.com

Lee Vartan on behalf of Counter-Defendant Mei Guo
lvartan@csglaw.com

Lee Vartan on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC
lvartan@csglaw.com

Lee Vartan on behalf of Interested Party Mei Guo
lvartan@csglaw.com

Lee Vartan on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
lvartan@csglaw.com

Stephen G. Walko on behalf of Interested Party Ivey, Barnum & O'Mara LLC
swalko@ibolaw.com

Michael S. Weinstein on behalf of Creditor Chong Shen Raphanella
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Rong Zhang
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor Xiaodan Wang
mweinstein@golenbock.com

Melissa F. Wernick on behalf of Interested Party HK International Funds Investments (USA)
Limited, LLC
mwernick@csglaw.com

Melissa F. Wernick on behalf of Interested Party Mei Guo
mwernick@csglaw.com

Jay Marshall Wolman on behalf of Creditor Logan Cheng

jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Jay Marshall Wolman on behalf of Plaintiff Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Peter J. Zarella on behalf of 20 Largest Creditor Rui Ma
pzarella@mdmc-law.com

Peter J. Zarella on behalf of 20 Largest Creditor Weican Meng
pzarella@mdmc-law.com

Peter J. Zarella on behalf of Creditor Zheng Wu
pzarella@mdmc-law.com

## PARTIES THAT RECEIVED U.S. MAIL NOTICE

Chao-Chih Chiu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606

Epiq Corporate Restructuring, LLC
777 Third Avenue
12th Floor
New York, NY 10017

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Huizhen Wang
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly

Los Angeles, CA 90067-2367

Yunxia Wu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067

Yongbing Zhang
223 West Jackson Blvd. #1012
Chicago, IL 60606

Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067

## EXAMINEES SERVED VIA FEDEX/UPS/OR US MAIL

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| **G-EDU Inc.** | c/o Yue Zhou<br>301 West 110 Street, Apt. 8E<br>New York, NY 10026 | Exhibit C-1 |
| **GFashion Media Group Inc.** | c/o Corporate Creations Network Inc.<br>5901 W. Century Blvd., #750<br>Los Angeles, CA 90045 | Exhibit C-2 |
| **G Translators Pty Ltd** | c/o Ya Li<br>Elevated Accounting<br>Ground Floor, 99 Coventry Street<br>Southbank, VIC 3006<br>Australia | Exhibit C-3 |
| **Martha Jeffery** | 80 Northfield St.<br>Greenwich, Connecticut 06830-4618<br><br>Sotheby's International Realty - Greenwich Brokerage<br>One Pickwick Plaza<br>Greenwich, Connecticut | Exhibit C-4 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| | 06830, United States | |
| **Emile P de Neree** | 12 Flying Cloud Rd<br>Stamford, Connecticut 06902-7723<br><br>Compass Real Estate<br>200 Greenwich Ave<br>3rd Floor<br>Greenwich, Connecticut 06830 | Exhibit C-5 |
| **Zhizhe "Frank" Dong** | 165 Audubon Ave Apt 6,<br>New York, New York 10033-8764<br><br>44 S. Broadway<br>Ste 100, #225<br>White Plains, New York 10601 | Exhibit C-6 |
| **Mary Dowdle** (a/k/a **Muffin Dowdle**) | 41 Smith Road<br>Sharon, CT 06069-2401 | Exhibit C-7 |
| **Alex Hadjicharalambous** | 2318 28th Street<br>Astoria, NY 11105-2802<br>718-545-8889 | Exhibit C-8 |
| **Min Yang** | 10740 Queens Blvd.<br>Apt 11G<br>Forest Hills, NY 11375-4211 | Exhibit C-9 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| **Christodoulos G. Vassiliades & Co. LLC** | Ledra House<br>15 Agiou Pavlou Street,<br>Agios Andreas, CY-1105<br>Nicosia, Cyprus<br><br>P.O. Box 24444<br>CY-1704 Nicosia, Cyprus<br><br>Interconsult (BVI) Limited<br>3rd Floor, Yamraj Building, Market Square<br>Road Town<br>Tortola, British Virgin Islands | Exhibit C-10 |
| **Liberty Jet Management** | 29 Schaefer Drive<br>Ronkonkoma, NY 11779<br><br>c/o American Incorporators Ltd.<br>1013 Centre Road, Suite 403-A<br>Wilmington, DE 19805 | Exhibit C-11 |
| **Santander Bank, N. A.** | 75 State Street Map<br>Boston, Massachusetts 02109<br><br>Santander Group City<br>Av. de Cantabria s/n<br>28660 Boadilla del Monte Madrid-Spain | Exhibit C-12 |
| **First Republic Bank** | 111 Pine Street<br>2nd Floor<br>San Francisco, CA 94111 | Exhibit C-13 |
| **Silvergate Bank** | c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 | Exhibit C-14 |
| **The Bank of Princeton** | 183 Bayard Lane<br>Princeton, NJ 08540<br>Attn: Daniel J. O'Donnell<br><br>470 W. Cheltenham Avenue<br>Philadelphia, PA 19126 | Exhibit C-15 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| **DBS Bank Ltd.** | c/o Thomas Joseph McCabe<br>300 South Grand Avenue<br>Suite 3075<br>Los Angeles, CA 90071 | Exhibit C-16 |
| **The First Bank of Greenwich** | 444 East Putnam Avenue<br>Cos Cob, Connecticut 06807<br><br>c/o Bruno J. Gioffre<br>Gioffre and Gioffre, PC<br>2900 Westchester Avenue<br>Suite 206<br>Purchase, NY 10577 | Exhibit C-17 |
| **Mercantile Bank International Corp.** | 604 Hoare Street<br>Suite 302<br>San Juan, Puerto Rico 00907-3614 | Exhibit C-18 |
| **Mercantile Global Holdings, Inc.** | 4306 Yoakum Blvd, Suite 200<br>Houston, Texas 77006<br><br>c/o Harvard Business Services, Inc.<br>16192 Coastal Hwy<br>Lewes, DE 19958 | Exhibit C-19 |
| **Hamilton M&A Fund SP** | c/o McGrath Tonner Corporate Services Limited<br>P. O. Box 446<br>5th Floor, Genesis Building<br>Genesis Close<br>George Town KY1-1106<br>Cayman Islands | Exhibit C-20 |
| **Hamilton Opportunity Fund SPC** | c/o McGrath Tonner Corporate Services Limited<br>P. O. Box 446<br>5th Floor, Genesis Building<br>Genesis Close<br>George Town KY1-1106<br>Cayman Islands | Exhibit C-21 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| **Ginnel Associates, Inc.** (d/b/a **Ginnel Real Estate**) | 493 Bedford Center Road<br>Bedford Hills, New York 10507 | Exhibit C-22 |
| **Redfin Corporation** | 1099 Stewart Street, Suite 600<br>Seattle, WA, 98101<br><br>c/o Legalinc Corporate Services Inc.<br>30 Old Kings Highway South<br>Darien, Connecticut 06820 | Exhibit C-23 |
| **Sotheby's International Realty Affiliates LLC** | 3290 Northside Parkway<br>Suite 200<br>Atlanta, Georgia 30327<br><br>c/o Corporate Creations Network Inc.<br>600 Mamaroneck Avenue, Suite 400<br>Harrison, NY 10528 | Exhibit C-24 |
| **NRT New England LLC** (d/b/a **Coldwell Banker Residential Brokerage**) | c/o Corporate Creations Network Inc.<br>6 Landmark Square<br>4th Floor<br>Stamford, Connecticut 06901 | Exhibit C-25 |
| **David Fallon** | 71-75 Aurora House<br>Uxbridge Rd<br>Earling, London, United Kingdom W5 5SL | Exhibit C-26 |
| **Mimaii NZ Limited** | c/o Wen Soo Lo<br>51 Joseph Banks Drive<br>Whitby, Porirua, 5024 New Zealand | Exhibit C-27 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| **Tong Le Internatiional Trading Co., Ltd.** | Office No. 12, 19/F,<br>Ho King Comm Ctr,<br>NO. 2-16 Fa Yuen St,<br>Mongkok, KLN, Hong Kong | Exhibit C-28 |
| **Manufacturers and Traders Trust Company** (d/b/a M & T Bank) | c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>c/o Corporation Service Company<br>Goodwin Square<br>225 Asylum Street, 20th Floor<br>Hartford, CT, 06103 | Exhibit C-29 |
| **Capital One, NA** | 1680 Capital One Drive<br>McLean, VA 22102-3407<br><br>c/o Corporation Service Company<br>100 Shockoe Slip, Fl 2<br>Richmond, VA 23219-4100 | Exhibit C-30 |
| **Amazon Web Services Inc.** | Amazon Web Services Inc.<br>c/o Corporation Services Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Exhibit C-31 |
| **HSBC Bank USA, N.A.** | 452 Fifth Avenue<br>New York, NY 10018<br><br>1800 Tysons Blvd.<br>Suite 50<br>McLean, VA 22102<br><br>c/o CT Corporation System<br>67 Burnside Avenue<br>East Hartford, CT, 06108-3408 | Exhibit C-32 |
| **Bank of China – New York Branch and/or Bank of China Limited** | Bank of China – New York Branch<br>1045 Avenue of the Americas<br>New York, New York 10018<br><br>Bank of China – New York Branch<br>410 Madison Avenue | Exhibit C-33 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| | New York, NY 10017<br><br>Bank of China Limited<br>7 Bryant Park<br>Lobby A<br>New York, New York, 10018 | |
| **U.S. Bank National Association** | 800 Nicollet Mall<br>Minneapolis, MN 55402<br><br>425 Walnut St<br>Cincinnati, OH 45202 | Exhibit C-34 |
| **Macaron Limited** | The Gas Light Lower Warrengate<br>Wakefield<br>West Yorkshire<br>England  WF1 1SA | Exhibit C-35 |
| **Lihong "Sara" Wei Lafrenz** | 14747 N Northsight Blvd<br>Ste 111<br>Scottsdale, Arizona 85260-2633<br><br>1850 W Orange Grove Rd.<br>Tucson, Arizona 85704 | Exhibit C-36 |
| **Qing "Serena" Cai** | 7636 Heavenly Peak St.<br>Las Vegas, NV 89166-5202 | Exhibit C-37 |
| **Ding G. Wang a/k/a Dinggang Wang** | 7636 Heavenly Peak St.<br>Las Vegas, NV 89166-5202 | Exhibit C-38 |
| **Prime Trust LLC** | 330 S Rampart Blvd., Suite 260<br>Las Vegas, NV 89145<br><br>c/o CT Corporation System<br>3800 N Central Avenue<br>Suite 460 | Exhibit C-39 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| | Phoenix, AZ 85012 | |
| **RBB Bancorp and/or Royal Business Bank** | 1055 Wilshire Blvd.<br>12th Floor<br>Los Angeles, California 90017 | Exhibit C-40 |
| **Medici Bank International LLC** | 1250 Ponce de Leon Avenue<br>San Juan, PR 00907 | Exhibit C-41 |
| **Deltec Bank & Trust Limited** | Deltec House, Lyford Cay<br>Nassau, Bahamas | Exhibit C-42 |
| **National Australia Bank Limited** | 800 Bourke Street<br>Level 4<br>Docklands, VIC Australia<br><br>395 Bourke Street<br>Level 28<br>Melbourne, Victoria, 3000 | Exhibit C-43 |
| **Metropolitan Commercial Bank and/or Metropolitan Bank Holding Corp.** | 99 Park Avenue<br>12th Floor<br>New York, NY 10016 | Exhibit C-44 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| **Open Bank** | 1000 Wilshire Blvd. #500 Los Angeles, CA 90017 | Exhibit C-45 |
| **Marcum LLP** | 730 3rd Avenue 11th Floor New York, NY 10017 | Exhibit C-46 |
| **Brent Petro Inc.** | 108 West 13th St Wilmington DE 19801 | Exhibit C-47 |
| **Sirius Networking Inc.** | 651 N Broad St. Suite 206 Middletown, DE 19709 | Exhibit C-48 |
| **Pixshow Film Inc.** | 108 West 13th St. Wilmington DE 19801 | Exhibit C-49 |
| **FungWan Trading Inc.** | 108 West 13th St. Wilmington DE 19801 | Exhibit C-50 |
| **Huk Trading Inc.** | 651 N Broad St Suite 206 Middletown, DE 19709 | Exhibit C-51 |

| Discovery Party | Address | Subpoena Index |
|---|---|---|
| **HHS Capital Inc.** | 14660 SW 14 St.<br>Pembroke Pines, FL 33027 | Exhibit C-52 |
| **Medical Supply System International LLC** | 3101 N. Central Ave<br>Ste 183 #2727<br>Phoenix, Maricopa, AZ 85012 | Exhibit C-53 |
| **Leading Shine NY Ltd.** | 3411 Silverside Road<br>Tatnall Building #104<br>Wilmington, Delaware 19810 | Exhibit C-54 |
| **Oasis Tech Limited** | 151 Marua Road<br>Mount Wellington<br>Auckland, 1051 New Zealand | Exhibit C-55 |
| **Joyord Sportswear Limited** | Room 1401, Cambridge House<br>26-28 Cameron Road<br>Tsimshatsui, KLN, Hong Kong | Exhibit C-56 |
| **Brown Harris Stevens** | 445 Park Avenue<br>New York, NY 10022<br>Phone: 212-906-9200 | Exhibit C-57 |