**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: <br><br> HO WAN KWOK, *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No: 22-50073 (JAM) |

**HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC'S**
**AND MEI GUO'S NOTICE OF FILING DOCUMENTS REGARDING LADY MAY II**

Pursuant to this Court's directive at the status conference held on March 30, 2023, in the above-captioned matter, HK International Funds Investments (USA) Limited, LLC and Mei Guo, by and through their undersigned counsel, respectfully submit this notice of filing the following documents regarding the Lady May II:

1. Email correspondence, with attachments, dated May 6, 2022 (attached hereto as **Exhibit A**); and,

2. Email correspondence, with attachments, dated September 19, 2022 (attached hereto as **Exhibit B**)

Dated this 30th day of March, 2023.

        HK INTERNATIONAL FUNDS
        INVESTMENTS (USA) LIMITED, LLC
        AND MEI GUO

        By: */s/ Aaron A. Romney*
        Aaron A. Romney (ct28144)
        Zeisler & Zeisler, P.C.
        10 Middle Street, 15th Floor
        Bridgeport, CT 06604
        (203) 368-4234
        (203) 549-0872 (fax)
        Email: aromney@zeislaw.com
        Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice ofElectronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Aaron A. Romney*
Aaron A. Romney (ct28144)