# Exhibit A

## Stephen Kindseth

| | |
|---|---|
| **From:** | Stephen Kindseth |
| **Sent:** | Friday, May 6, 2022 10:34 AM |
| **To:** | Friedman, Peter; Birney, Patrick M.; Goldman, Irve J.; Kaplan, Jonathan A. |
| **Cc:** | Baldiga, William R.; Jonas, Jeffrey L. |
| **Subject:** | Insurance for Lady May |
| **Attachments:** | HK International Fun COE (FDD)-LADY MAY CEO22 - 20960450 20808511 Z 36503_00 28_02_2022 1012359.pdf; HK International Fun COE (PI)-LADY MAY CEO22 - 20960450 20808510 Z 36503_00 28_02_2022 1012359.pdf; HK International Fun WRC BC - LADY MAY RS480 - 20960450 20808513 Z 36503_00 1012359.pdf; Lady May - NHC Conf of Cov 2022.pdf; Lady May - NHC Endt 01 - Updated JWLA.pdf; Lady May - Sigco Evidence of Cover 2022.pdf |

All,

Attached please find proof of insurance.

Thank you,

Steve


Stephen M. Kindseth, Esq.
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Fl.
Bridgeport, CT 06604
Office: 203-368-4234
Direct: 203-368-5487
Facsimile: 203-549-0903
Email: skindseth@zeislaw.com
Website: www.zeislaw.com


This message, together with its attachments, if any, may contain information that is legally privileged and/or confidential, and is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or of its contents, or any attachments, is strictly prohibited. If you have received this message in error, please notify the original sender immediately by return e-mail or by telephone and delete the message, along with any attachments thereto, from your computer. Thank you.



# Certificate
# of cover

## LADY MAY

Policy No. 20960450
Freight, Demurrage & Defence Cover
Yachts

Period of Cover: 28 February 2022 to 27 February 2023



Assuranceforening Skuld (Gjensidig) UK Branch, 40 Lime Street, London EC3M7AW, United Kingdom
Emergency no +4795292200

**Policy No. 20960450**

Freight, Demurrage & Defence Cover
Yachts

This is to certify that:

Assured

HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC

HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC                          Registered Owner

Have been registered with Skuld in respect of the following Yacht :

| | |
|---|---|
| Name: | **LADY MAY** |
| Flag: | Cayman Islands |
| Port of Registry: | George Town (Cayman Is) |
| IMO: | 1012359 |
| Year of Build: | 2014 |
| GT: | 406 |

Period of Cover: 28 February 2022 to 27 February 2023

*This Certificate of Cover is evidence only of the contract of Indemnity Cover between the above Assured and Skuld and shall not be construed as evidence of any undertaking, financial or otherwise, on the part of Skuld to any other party.*

*In the event that the Assured tenders this Certificate of Cover as evidence of cover under any applicable law relating to financial responsibility, or otherwise shows or offers it to any other party as evidence of cover, such use of this Certificate by the Assured is not to be taken as any indication that Skuld thereby consents to act as guarantor or to be sued directly in any jurisdiction whatsoever. Skuld does not so consent.*

*The cover provided by Skuld for the vessel is governed by Skuld's Defence Terms & Conditions for Yachts and Statutes applicable at the commencement of the period of cover stated above, except to the extent that they are modified by the special terms set out below.*

*Insurance tax may be applicable in various jurisdictions. In accordance with the Terms & Conditions, the Assured shall pay Skuld the amount of any tax or duty relating to premiums or other sums paid or payable that Skuld is or may become liable for.*

London, 25 February 2022                          Page    1 of 2



Policy No.: **20960450**

## Limit

The limit under this cover is USD 250,000 per dispute.

Otherwise as per Skuld's Defence Terms & Conditions for Yachts.

## General Conditions

As per Skuld's Defence Terms & Conditions for Yachts.

## Cover Exclusions

As per Skuld's Defence Terms & Conditions for Yachts.

## Deductibles

In accordance with Clause 5 of the Skuld's Defence Terms & Conditions for Yachts, however:

**FDD deductible**

EUR 4,000 per dispute

Ståle L. Hansen
President and Chief Executive Officer

Assuranceforeningen Skuld (Gjensidig) UK Branch is the UK branch of Assuranceforeningen Skuld (Gjensidig) and is registered at Companies House with Branch Number BR020659 and Company Number FC035574. Assuranceforeningen Skuld



# Certificate
# of insurance

## LADY MAY

Policy No. 20960450
Protection & Indemnity Insurance
Yachts

Period of Insurance: 28 February 2022 to 27 February 2023



Assuranceforening Skuld (Gjensidig) UK Branch, 40 Lime Street, London EC3M7AW, United Kingdom
Emergency no +4795292200

Policy No. 20960450

Protection & Indemnity Insurance
Yachts

This is to certify that:

## Assured

HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC

HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC                  Registered Owner

Principal Place of Business:
203 NE Front Street
Suite 101
Milford, DE 19963
USA

## Co-Assured:

YACHTZOO LLC                                                         Managers
YACHTZOO SARL                                                       Managers

Have been registered with Skuld in respect of the following Yacht :

Name:                           **LADY MAY**

Flag:                           Cayman Islands
Port of Registry:               George Town (Cayman Is)
IMO:                            1012359
Year of Build:                  2014
GT:                             406

Period of Insurance: 28 February 2022 to 27 February 2023

*This Certificate of Insurance is evidence only of the contract of Indemnity Insurance between the above Assured and Skuld and shall not be construed as evidence of any undertaking, financial or otherwise, on the part of Skuld to any other party.*

*In the event that the Assured tenders this Certificate of Insurance as evidence of insurance under any applicable law relating to financial responsibility, or otherwise shows or offers it to any other party as evidence of insurance, such use of this Certificate by the Assured is not to be taken as any indication that Skuld thereby consents to act as guarantor or to be sued directly in any jurisdiction whatsoever. Skuld does not so consent.*

*The insurance provided by Skuld for the vessel is governed by Skuld's Terms & Conditions for Yachts and Statutes applicable at the commencement of the period of insurance stated above, except to the extent that they are modified by the special terms set out below.*

*Insurance tax may be applicable in various jurisdictions. In accordance with the Terms & Conditions, the Assured shall pay Skuld the amount of any tax or duty relating to premiums or other sums paid or payable that Skuld is or may become liable for.*

:

London, 25 February 2022                    Page    1 of 3

Assuranceforeningen Skuld (Gjensidig) UK Branch is the UK branch of Assuranceforeningen Skuld (Gjensidig) and is registered at Companies House with Branch Number BR020659 and Company Number FC035574. Assuranceforeningen Skuld



Policy No.: **20960450**

## Limit

The combined single limit under this Insurance is USD 500,000,000 each vessel any one event.

Otherwise as per Skuld's Terms & Conditions for Yachts.

## General Conditions

As per Skuld's Terms & Conditions for Yachts.

## Cover Exclusions

As per Skuld's Terms & Conditions for Yachts.

## Cover Extensions

War Excess Hull Value (Clause 15):
This insurance covers P&I Risks specified in Clause 15 of the Yacht Terms & Conditions and Certificate of Insurance and forms the basis of a recoverable claim against Skuld under this insurance as set out hereunder:

Cover Limit: USD 50,000,000 in excess of proper insured value of the yacht or sums recoverable from all other war risks insurers, whichever the greater.

1. Cancellation
Cover hereunder may be cancelled by Skuld giving seven days' notice (such cancellation becoming effective on the expiry of seven days from midnight of the day on which notice of cancellation is issued).

2. Automatic Termination of Cover
Whether or not such notice of cancellation has been given, cover hereunder shall terminate automatically
2.1 upon the outbreak of war (whether there be a declaration of war or not) between any of the following: United Kingdom, United States of America, France, the Russian Federation, the People's Republic of China; or
2.2 in the event of the yacht being requisitioned either for title or use.

3. Five Powers War
Cover is excluded for loss damage liability or expense arising from the outbreak of war, whether there be a declaration of war or not between any of the following: United Kingdom, United States of America, France, the Russian Federation, the People's Republic of China;

4. Nuclear risks exclusion under Clause 28.14

5. Chemical, bio-chemical, electromagnetic weapons and computer virus risks exclusion under 28.15

## Deductibles

In accordance with clause 36 of Skuld's Terms & Conditions for Yachts, however:

**US Deductible**

EUR 20,000 per event where a claim arises, is presented or enforced in the United States of America or any of its territories

London, 25 February 2022                    Page    2 of 3

Assuranceforeningen Skuld (Gjensidig) UK Branch is the UK branch of Assuranceforeningen Skuld (Gjensidig) and is registered at Companies House with Branch Number BR020659 and Company Number FC035574. Assuranceforeningen Skuld



Policy No.: **20960450**

**Other claims**

Other Claims: EUR Nil per event

## Warranties

**Trading Warranty**
Worldwide, including US waters.

## Affiliated Companies and Persons Clause

Should a claim be enforced against or through an affiliated, associated, subsidiary or interrelated Company of the Assured named in the Policy of Insurance (collectively, 'Company'), or any person, including but not limited to a shareholder, member, officer, director or employee of a Company associated or affiliated with that Assured (collectively a `Person'), the Insurer shall reimburse said Company or Person subject to the Policy Terms and Conditions of Insurance and the terms and conditions in respect of Protection and Indemnity risks only set out thereunder save that the liability of the Insurer in respect of any claim only extends to those liabilities which are properly the responsibility of the Assured and all Others named in the Policy of Insurance could jointly have limited their liability had they been the registered owner of the insured ship and had sought and not been denied the right to limit.

For the purpose of this insurance, it is deemed that such a Company or Person shall be entitled to all the limitations of liability which would apply if the Company or Person were the registered owner of the ship and were entitled to limit liability and that an amount recoverable from the insurer under this insurance shall be limited accordingly.

Subject to the foregoing:-

The receipt by either the Assured, or any Company or Person referred to hereunder of any sum from the Insurer recoverable from this insurance shall be sufficient discharge by the Insurer for such sum.

No claim shall be recoverable hereunder in the event of any conduct by either the Assured or any Company or Person referred to hereunder which is breach of Policy Terms.

Ståle L. Hansen

President and Chief Executive Officer

London, 25 February 2022                    Page    3 of 3

Assuranceforeningen Skuld (Gjensidig) UK Branch is the UK branch of Assuranceforeningen Skuld (Gjensidig) and is registered at Companies House with Branch Number BR020659 and Company Number FC035574. Assuranceforeningen Skuld



No. **1818030**

Assuranceforeningen
Skuld (Gjensidig)
UK Branch
40 Lime Street
London EC3M7AW
United Kingdom

Tel +44 207 280 0110
londonpandi@skuld.com

Registered No FC035574

www.skuld.com

The Maritime Authority of the Cayman Islands
133 Elgin Avenue
P.O. Box 2256
Grand Cayman, KY1-1107
Cayman Islands

**CERTIFICATE FURNISHED AS EVIDENCE OF INSURANCE PURSUANT TO ARTICLE 12 OF THE NAIROBI INTERNATIONAL CONVENTION ON THE REMOVAL OF WRECKS, 2007**

| | |
|---|---|
| Name of Vessel: | LADY MAY |
| Gross tonnage of the ship: | 406 |
| Name and full address of the principal place of business of the Registered Owner: | HK International Funds Investments (USA) Limited, LLC<br>203 NE Front Street<br>Suite 101<br>Milford, DE 19963<br>USA |
| IMO Number: | 1012359 |
| Distinctive Number or Letters: | ZGDQ9 |
| Port of Registry: | George Town (Cayman Is) |

THIS IS TO CERTIFY that there is in force in respect of the above-named ship while in the above ownership a policy of insurance satisfying the requirements of Article 12 of the Nairobi International Convention on the Removal of Wrecks, 2007.

Period of Insurance: 28 February 2022 to 27 February 2023

Provided always that the insurer may cancel this Certificate by giving three months written notice to the above Authority whereupon the liability of the insurer hereunder shall cease as from the date of expiry of the said period of notice but only as regards incidents arising thereafter.

Date:   25 February 2022

This Certificate has been issued by Assuranceforeningen Skuld (Gjensidig)

Ståle L. Hansen
President and Chief Executive Officer

Notebeme House
84 High Street
Southampton SO14 2NT, UK
T: + 44 (0)2380 222666



16th March 2022
CM / CLP

## ENDORSEMENT

| | | |
|---|---|---|
| Assured | : | HK International Funds Investments (USA) Limited, LLC (as Owners) and /or Yachtzoo LLC and Yachtzoo S.A.R.L (as managers) |
| Vessel | : | "Lady May" |
| Period | : | 12 months at 26th February 2022 |
| Interest | : | Yacht |
| Policy No | : | MA2208970 |
| Endorsement No | : | 01 |
| Effective Date | : | 00:00 hours 8th March 2022 Greenwich Mean Time |

With effect from above time and date, all reference contained within the contract relating to Hull War, Strikes, Terrorism and Related Perils Listed Areas is replaced by JWLA029 Hull War, Strikes, Terrorism and Related Perils Listed Areas Dated 7th March 2022, as attached.

Insurers further note and agree that the attaching Russia related sanctions clause applies.

Further, the attaching Hull War, Strikes, Terrorism and Related Perils Notice of Cancellation Administration Clause JW2022-007, 7th March 2022 applies.

All other terms, clauses and conditions remain unchanged.

**FOR AND ON BEHALF OF
HOWDEN STURGE
Authorised and regulated by the Financial Conduct Authority**

## JWC Listed Areas
## Hull War, Piracy, Terrorism and Related Perils

### Africa
Benin
Cabo Delgado, waters as defined overleaf
Eritrea, but only South of 15° N
Gulf of Guinea, waters as defined overleaf
Libya
Nigeria
Somalia
Togo

### Europe
Sea of Azov and Black Sea waters as defined overleaf

### Indian Ocean, Gulf of Aden and Southern Red Sea
Waters as defined overleaf

### Asia
Pakistan

### Middle East
Iran
Iraq, including all Iraqi offshore oil terminals
Israel
Lebanon
Oman (Musandam Governorate)
Persian or Arabian Gulf and adjacent waters as defined overleaf
Saudi Arabia (Gulf coast)
Saudi Arabia (Red Sea coast) excluding transits
Syria
United Arab Emirates
Yemen

### South America
Venezuela, including all offshore installations in the Venezuelan EEZ

**Defined Waters**

**Europe**
**1) Sea of Azov and Black Sea waters enclosed by the following boundaries**
a) On the west, around Romanian waters, from the Ukraine-Romania border at 45° 10.858'N, 29° 45.929'E to high seas point 45° 11.235'N, 29° 51.140'E
b) thence to high seas point 45° 11.474'N, 29° 59.563'E and on to high seas point 45° 5.354'N, 30° 2.408'E
c) thence to high seas point 44° 46.625'N, 30° 58.722'E and on to high seas point 44° 44.244'N, 31° 10.497'E
d) thence to high seas point 44° 2.877'N, 31° 24.602'E and on to high seas point 43° 27.091'N, 31° 19.954'E
e) and then east to the Russia-Georgia border at 43° 23.126'N, 40° 0.599'E


**2) All inland waters of Ukraine**


**3) Inland waters of Russia within the following areas:** a. Crimean Peninsula
b. River Don, from Sea of Azov to vertical line at 41° E
c. River Donets, from River Don to Ukraine border


**4) All inland waters of Belarus south of horizontal line at 52° 30' N**
**Cabo Delgado**
The waters within 50 nautical miles of Mozambique and Tanzania enclosed by the following boundaries:
a) To the north, from Mnazi Bay at 10°19.6'S, 40°18.9'E to high seas point 9°50.7'S, 41°7.6'E.
b) To the south, from Baía do Lúrio at 13°30'S, 40°31.6'E to high seas point 13°30'S, 41°28.8'E.
**Gulf of Guinea**
The waters enclosed by the following boundaries:
a) On the west, from the coast of Togo 6° 06' 45" N, 1°12'E, south to
b) high seas point 0° 40' S, 3° 00' E
c) and then east to Cape Lopez Peninsula, Gabon 0°40'S, 8° 42'E.
**Indian Ocean, Gulf of Aden and Southern Red Sea**
The waters enclosed by the following boundaries:
a) On the northwest, by the Red Sea, south of Latitude 15° N
b) on the northeast, from the Yemen border at 16°38.5'N, 53°6.5'E to high seas point 14°55'N, 53°50'E
c) on the east, by a line from high seas point 14°55'N, 53°50'E to high seas point 10°48'N, 60°15'E, thence to high seas point 6°45'S, 48°45'E
d) and on the southwest, by the Somalia border at 1°40'S, 41°34'E, to high seas point 6°45'S, 48°45'E
excepting coastal waters of adjoining territories up to 12 nautical miles offshore unless otherwise provided.

**Persian or Arabian Gulf**
Persian or Arabian Gulf and adjacent waters including the Gulf of Oman and waters west of the line from Oman's territorial limit off Cape al-Ḥadd at 22°42.5'N, 59°54.5'E northeast to the Iran-Pakistan border at 25°10.5'N, 61°37.5'E
excepting coastal waters of adjoining territories up to 12 nautical miles offshore unless otherwise provided.


**Definitions:**
**Named Countries** shall include their coastal waters up to 12 nautical miles offshore, unless specifically varied above.
**Named Ports** shall include all facilities/terminals within areas controlled by the relevant port authority/ies (or as may be more precisely defined by Insurers) including offshore terminals/facilities, and all waters within 12 nautical miles of such but not exceeding 12 nautical miles offshore unless specifically stated.

**Russia-related Sanctions Clause**

Notwithstanding any other term of this insurance, this insurance additionally excludes:
Loss damage liability or expense arising from capture seizure arrest restraint detainment confiscation or expropriation where such capture etc directly or indirectly arises out of or in connection with a **Russia-related Sanction**.

For the purposes of this exclusion, a **Russia-related Sanction** means any action measure or sanction (permanent or temporary) imposed on and/or enforced and/or taken against the Vessel and/or any property thereon pursuant to any legislation, regulation, order, directive, executive act or any other executive or political means whatsoever brought into force at any time (whether before or after the date of this policy) by the United Nations, the European Union, the United Kingdom, the United States or any other State or supra-national body whatsoever where such legislation etc has been brought into force in connection with, or by way of response to, Russia's military action against Ukraine.

For the avoidance of any doubt, this additional exclusion is entirely without prejudice to the Sanction Limitation and Exclusion clause incorporated herein.

**Hull War, Strikes, Terrorism and Related Perils Notice of Cancellation Administration Clause**

Where Underwriters wish to give 48 hours notice of cancellation of coverage of the Listed Areas ("Notice"), irrespective of any other cancellation provisions in the policy for the purpose of amending the terms conditions warranties and/or rates applicable to the Listed Areas, it is agreed as follows:

1    The Notice shall be given by the Leading Underwriter only on behalf of all Underwriters subscribing to this insurance to the Insured and the Insured's broker by e mail which is deemed delivered when sent.

2    The Notice shall identify the policy (by number / Unique Market Reference [UMR], principal Assured, and Interest insured) to which the Notice applies.

   2.1   where the insurance covers both (a) War Risks and (b) marine and/or other non-war risks, the Notice shall only apply to the cover for War Risks;

   2.2   The coverage will be considered as automatically reinstated upon expiry of the Notice, subject to the terms of coverage of the  Listed Areas being amended in line with the changes outlined in the Notice;

   2.3   in the absence of notice in writing having been received from the Assured prior to the expiry of the Notice,

      (i)      the Assured shall be deemed to have agreed to such amendment of the Listed Areas,

      (ii)     the coverage  will be automatically reinstated upon expiry of the Notice subject to such amendment of the coverage in respect of the  Listed Areas, and

      (iii)    such amendment shall be deemed to have been endorsed upon and form part of the insurance;

   2.4   where the Listed Areas applying to this insurance prior to the Notice have been the subject of any prior deletion amendment limitation or restriction, such deletion amendment limitation or restriction

      (a)  shall continue to apply *mutatis mutandis* to the new Listed Areas, but

      (b)  shall not apply to any port(s) and/or place(s) and/or area added in consequence of the Notice;

   2.5   should the insurance already be subject to navigation limitations so limiting the area of trading that any port(s) and/or place(s) and/or area to be added in consequence of the Notice would not in any case have been a permitted port(s) of call or area of trading, the insurance shall not be subject to the Notice.

3    If this clause is endorsed upon any reinsurance, the terms "Assured" and "insurance" shall be deemed to be amended to read "Reassured" and "reinsurance" respectively.

**JW2022-007**
**7ᵗʰ March 2022**



# HULL INSURANCE

# CONFIRMATION OF COVERAGE

# FOR

# "LADY MAY" & "LADY MAY II"

Howden Sturge
Notebeme House
84 High Street
Southampton
SO14 2NT
023 8022 2666

Howden Sturge is a trading name of Howden Insurance Brokers Limited, part of Howden Group Holdings. Howden Insurance Brokers Limited is authorised
and regulated by the Financial Conduct Authority in respect of general insurance business. Registered in England and Wales under company registration
number 725875. Registered Office: One Creechurch Place, London, EC3A 5AF. Calls may be monitored and recorded for quality assurance purposes

Notebeme House
84 High Street
Southampton SO14 2NT, UK
T: + 44 (0)2380 222666



25th February 2022

CM/CLP/AJ/GT

## CONFIRMATION OF COVERAGE

| **1. Insurance Broker**<br>Howden Sturge<br>Notebeme House, 84 High Street, Southampton, SO14 2NT | **2. Insurer**<br>100% Norwegian Hull Club |
|---|---|
| **3. Unique Market Reference / Policy Number**<br>20221979 | **4. Period (§ 1-5)**<br>Effective From: 26.02.2022        To: 25.02.2023 |
| **5. Assured**<br>HK International Funds Investments (USA) Limited | **6. Co-Assured**<br>Yachtzoo LLC and Yachtzoo S.A.R.L. (as Managers) &/or Lady May (a cell of OES PCC Limited) (as Crew Employers) |
| **7. Yacht**<br>OYT "LADY MAY"<br>IMO: 1012359 Yard: Feadship<br>Make & Model: Feadship DeVries<br>Built: 2014  Length: 46,2 Meters  Speed: 19 Knots<br>Class: LR | **8. Cruising Limits**<br>Mediterranean, European, East Coast of USA and Caribbean Waters: All navigable waters east of 98° west longitude, west of 42° east longitude, North of Equator and always subject to the NMIP 3-15. |
| **9. Crew**<br>8 Full Time – 1 US Nationals | **10. Use**<br>Private pleasure and corporate entertainment |
| **11. Flag**<br>CAYMAN ISLANDS | **12. Total Sum Insured**<br>EUR 23,000,000 |
| **13. Hull & Machinery ( § 5-1)**<br>Sum Insured:  EUR 18,400,000<br>Deductible:     EUR    100,000 | **14. Increased Value of Hull & Machinery (§7-1)**<br>Sum Insured: EUR 4,600,000 |
| **15. Protection & Indemnity (§ 8-1)**<br>Sum Insured: NA<br>Deductible:  NA | **16. Medical Payments (§11-5)**<br>Sum Insured: EUR 100,000 each and every person, but limited to EUR 500,000 each and every accident.<br>**Excluding Crew Medical**<br>Deductible: EUR 100, but EUR 1,000 for day workers |
| **17. Uninsured Boater Coverage (§11-1)**<br>Sum Insured: EUR 5,000,000<br>Deductible:  EUR         500 | **18. War Risk Coverage (H&M/IV/P&I) (§9-1)**<br>Sum Insured H&M:    EUR 18,400,000<br>Sum Insured IV:       EUR   4,600,000<br>Sum Insured P&I:     EUR 23,000,000 |
| **19. Tenders / Dinghies / Personal Watercrafts to be Identified with Yacht**<br>2017 Williams 625 diesel jet tender – USD 168,805<br>Novurania 430 TR Rescue Tender - Valued USD 25,000<br>Water toys - Valued USD 5,000<br>3 x Liferafts - Valued USD 5,000 each<br>Diving equipment - Valued USD 2,000<br><br>**Lady May II Tender**<br>Windy Blackbird SR52<br>Value: USD 1,500,000<br>Deductible: EUR 35,000<br>Towing extension deductible whilst under towage.<br>It is further agreed that the tender can be used separately from "Lady May". | **20. Yacht's cash coverage (§11-3)**<br>Sum Insured: EUR 100,000<br>Deductible:     EUR    1,000 |
| | **21. Fine Art (§11-2)**<br>NA |
| | **22. Helicopter Clause (§ 11-4)**<br>NA |
| | **23. Performance and Cont. Bonus**<br>Provided that this insurance is renewed with existing Insurers and subject to there being no claims attaching to this policy, it is agreed that there shall be payable **at expiry** a continuity bonus calculated at **10 per cent** of the current years Gross premium stated by the Insurer, after all adjustments for additional and/or return premiums. |
| **Signature**<br>*A Jacobs* | **Premium**<br>As Agreed |

## *Conditions*

# ENDORSEMENT NO 1:

**NMIP Clause 2-17 Sanction limitation and exclusion**
*This clause shall be paramount and shall override anything contained in this insurance inconsistent therewith.*

No insurer shall be deemed to provide cover and no insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit may expose that insurer or his reinsurers to any sanction whether primary or secondary, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, the United Kingdom, the United States of America, France, the Russian Federation, the People's Republic of China or any State where the insurer or his reinsurers have their registered office or permanent place of business.

In the event of the subject-matter insured having been engaged or engaging in any activity whatsoever that may expose the Insurer or his reinsurers to any sanction whether primary or secondary, prohibition, restriction, law or regulation as described in paragraph 1 above the Insurer shall be entitled to terminate the insurance by giving 14 days' notice. Termination also applies to the rights of the mortgagee, but the Insurer shall immediately notify the mortgagee of the termination.

**MARINE CYBER ENDORSEMENT**
1.  Subject only to paragraph 3 below, in no case shall this insurance cover loss, damage, liability or expense directly or indirectly caused by or contributed to by or arising from the use or operation, as a means for inflicting harm, of any computer, computer system, computer software programme, malicious code, computer virus, computer process or any other electronic system.
2.  Subject to the conditions, limitations and exclusions of the policy to which this clause attaches, the indemnity otherwise recoverable hereunder shall not be prejudiced by the use or operation of any computer, computer system, computer software programme, computer process or any other electronic system, if such use or operation is not as a means for inflicting harm.
3.  Where this clause is endorsed on policies covering risks of war, civil war, revolution, rebellion, insurrection, or civil strife arising therefrom, or any hostile act by or against a belligerent power, or terrorism or any person acting from a political motive, paragraph 1 shall not operate to exclude losses (which would otherwise be covered) arising from the use of any computer, computer system or computer software programme or any other electronic system in the launch and/or guidance system and/or firing mechanism of any weapon or missile.

LMA5403
11 November 2019

**Tax**
All applicable taxes and public fees that become due under this cover shall be paid and settled by the Assured directly with relevant authorities. If the insurer is held liable or jointly liable for any tax or public fee, then the Assured shall indemnify insurers for all direct and consequential losses

**Communicable Disease Exclusion Clause**
For insurance covers subject to the Nordic Marine Insurance Plan of 2013, hereinafter called 'the Plan'. Communicable Disease is an excluded peril under this insurance. This insurance shall not cover any loss incurred where the dominant cause of the casualty was a Communicable Disease, except where the dominant cause of the casualty was an act or omission of a person infected or allegedly infected by such disease. Where Communicable Disease is not the dominant cause, Cl. 2-13 shall apply. In the event of a casualty otherwise caused by an insured peril and giving the assured a right to indemnity, then, to the extent the repair costs are increased by a Communicable Disease, the provisions in the Plan applies unamended. This Clause shall in no circumstances extend the cover under the standard conditions of the Plan. "Communicable Disease" shall mean any disease, known or unknown, which can be transmitted by means of any substance or agent from one organism to another where: a) the substance or agent includes but is not limited to a virus, bacterium, parasite or other organism or any variation or mutation of any of the foregoing, whether deemed living or not, and b) the method of transmission, whether direct or indirect, includes but is not limited to human touch or contact, airborne transmission, bodily fluid transmission, transmission to or from or via any solid object or surface or liquid or gas, and c) the disease, substance or agent may, acting alone or in conjunction with other comorbidities, conditions, genetic susceptibilities, or with the human immune system, cause death, illness or bodily harm or temporarily or permanently impair human physical or mental health or adversely affect the value of or safe use of property of any kind.

**REPAIR, REFIT, ROUTINE MAINTENANCE AND OTHER WORKS**

This insurance ceases to be in effect while the Yacht is at a yard or yard facilities (the Yard) to carry out Major Works. Major Works is defined as:

- Work where the Yacht shall remain at the Yard for more than 120 days, or
- Work where the costs will exceed 15 % of the Total Sum Insured.

For other works (repair, refit, routine maintenance and the like, not falling within the definition of Major Works above), this insurance will remain in force while the Yacht is at the Yard, provided that the following requirements are met at all times, in each case as a condition precedent to Underwriters' liability in respect of any claim for loss or damage, liability or expense arising whilst the Yacht is at the Yard:

1. The Yacht shall not remain at the Yard for more than 120 days;
2. The total of the incurred and anticipated costs of works shall not exceed 15% of the Total Sum Insured;
3. In relation to "Hot Work" (meaning any work that involves burning, welding, cutting, brazing, soldering, grinding, using fire- or spark-producing tools, or other work that produces a source of ignition) the following special safety regulations shall apply regardless of the Yacht being at a Yard or elsewhere:
   a. Yacht safety procedures in accordance with industry standards have been implemented and followed. The procedures should at least set out:
      i. Requirements for a written, detailed work description agreed between all involved parties before Hot Work commences. Relevant Yacht drawings and photos should be attached to the work description; and
      ii. Requirements for the work area to be carefully prepared and isolated before Hot Work commences; and
      iii. Requirements for risks involved to be identified such as risk of fire due to heat transfer to adjacent insulated bulkheads or compartments, fuel tanks/pipes and areas/spaces containing combustible materials or gasses, etc.; and
      iv. Requirements for fire safety precautions, including fire equipment preparations and fire watch at Hot Work area and in adjacent compartments and areas during Hot Work and for at least 4 hours after completing Hot Work; and
      v. Requirements for watch keeping and attending at all times during Hot Work operations by safety officers; also
   b. To the extent possible, the vessel's monitoring and alarm systems shall be kept operative and connected to the watch-keeping officer's duty phone. The watch-keeping officer shall always be present at the Yard (24/7) and, to the extent possible, on board the Yacht; also
   c. If the vessel's monitoring and alarm systems are not operative, a prudent temporary duty roster shall be drawn up and followed on-site, detailing watch rounds on the vessel at all times; also
   d. All monitoring and alarm systems, including Automatic Fire Detection System Sensors, in the work area shall be tested and verified to be in order immediately after any period of Hot Work is completed; also
   e. Hull coating must be protected with a non-flammable material sheet during welding / grinding work.

If any of the above regulations in a.) to e.) have been breached, by the Assured or anyone whose duty it is on behalf of the Assured to comply with the regulations, the insurer shall only be liable to the extent that the loss is not a consequence of the breach, or that the regulation has not been breached through negligence by the assured or anyone whose duty it is on behalf of the assured to comply with the regulation.

**Shipyard's/contractor's contractual liability and insurance:**
It is a condition of this insurance that before any work on the Yacht commences and until all work on the Yacht is completed, the following terms concerning the Yard's/an Assured's contractor's legal liabilities and insurances shall be complied with:

1.  The Yard's liability for loss or damage to the Yacht shall not be limited by contract to less than EUR 5.000.000 and the Yard shall maintain valid Ship Repairers Liability insurance in an amount not less than EUR 5.000.000 any one accident or series of accidents arising out of any one occurrence in respect of the Yacht;

2.  If lifting operations of the Yacht or Hot Work is to be carried out, the Yard's contractual liability for loss or damage to the Yacht shall not be limited by contract to less than EUR 10.000.000 (or EUR 20.000.000 if the Total Sum Insured of the Yacht is in excess of EUR 50.000.000), and the Yard shall maintain valid Ship Repairers Liability insurance in an amount not less than EUR 10.000.000 (or EUR 20.000.000) any one accident or series of accidents arising out of any one occurrence in respect of the Yacht;

3.  Where contractors are hired directly by the Assured, the Contractor's liability for loss or damage to the Yacht shall not be limited by contract to less than EUR 1.000.000 per occurrence and the Contractor shall maintain Liability insurance in an amount not less than EUR 1.000.000 any one accident or series of accidents arising out of any one occurrence in respect of the Yacht.

4.  The Assured shall collect a copy of the Yard's or Contractor's Certificate of Insurance before the Yacht enters the yard or any work commences, and the Assured shall maintain the Underwriters' right of subrogation of any claim against the Yard, the Contractors and/or their insurer(s) at all times.

In the event of loss, damage, liability or expense to the Yacht whilst at the Yard and in the event of a breach of any of the terms above, then the insurer's liability shall be reduced by an amount equal to that which the insurer is prevented from collecting due to the difference between the limits required above and the actual limit in place.

**Atlantic Hurricane Season - Named Windstorm Exclusion Clause**
This insurance will not cover loss or damage caused by a Named Windstorm.
A Named Windstorm is defined as any storm or weather disturbance that is named by the U.S. National Oceanic and Atmospheric Administration (NOAA), or the U.S. National Weather Service, or the National Hurricane Center, or any comparable equivalent globally. (http://severe.worldweather.wmo.int/nmhss.html). Named Windstorm also includes storm surge.

This clause is in force between 1st June and 30th November in the area East of 98° West longitude, and West of 55° West longitude, and between the Latitudes 10°N and 37°N. This clause applies to all yachts; it does not apply in the Pacific Ocean.

**Towing extension**
It is duly noted and agreed that cover is extended to include tender whilst under towage, subject to:
- Tracking system installed in the tender
- Camera permanently locked on tender during tow,
- Sufficient towing equipment at all times during tow,
- No coverage for towing when captain leaves a safe port into forecast winds of force 4 or greater,
- Functional beacon to be used during towage at night.

Tender deductible under tow, including total loss:
10% of the tender value whilst being towed within 90 Nautical miles from the nearest Safe Port, otherwise 25%.

**Transport of Yacht**
The insurer is not liable for any loss or damage whilst the Yacht is being transported on land or on board another vessel, including loading and unloading of the Yacht.

**Premium Payment**
Howden Sturge require payment in respect of the 1st instalment within 14 days of inception and the 2nd instalment is due on the 26th August 20221

**Minimum three (3) months premium**
**Cancelling Returns Only (CRO)**

**US TERRORISM RISK INSURANCE ACT CLAUSE (TRIA CLAUSE)**
By accepting this Policy, the Assured(s) and/or Co-assured(s) named herein acknowledge and confirm that (1) coverage for "acts of terrorism" as defined in the US Terrorism Risk Insurance Act of 2002 was made available to the Assured(s) and/or Co-assured(s) named herein; (2) the Assured(s) and/or Co-assured(s) named herein declined to purchase such coverage; and(3) the Assured(s) and/or Co-assured(s) named herein have not paid the Norwegian Hull Club any premium for such coverage.

## PART I – General conditions of the Yacht Form

### Chapter 1 – Introductory provision

### § 1-1    Definitions

For the purpose of the Norwegian Yacht Form:

a) The Insurer; means the party who has undertaken to grant insurance under the terms of the Yacht Form,

b) The Assured; means the party named in box 5. In liability insurance under the Yacht Form the Assured shall be amended to include any person, firm, corporation or other legal entity who lawfully may operate the Yacht with the prior permission of the named Assured in box 5, and the captain and crew of the Yacht while acting in their capacity as captain and crew on the Yacht,

c) Increased Value (IV); means the total loss interest of the Assured in the Yacht as identified in box 14,

d) Total Sum Insured; means the total value of the Yacht, which is the combination of the sum insured under Hull and Machinery, box 13, and the Increased Value, box 14, of the Yacht as identified in box 12,

e) The Yacht; means the yacht as described in box 7 and the tenders and/or dinghies and/or personal watercrafts as listed in box 19,

f) The Yacht Form; means the insurance contract with all clauses and provisions of the Norwegian Yacht Form and the box form front page,

g) Safety Regulations; means a rule concerning prevention of loss, issued by public authorities, stipulated in the insurance contract, prescribed by the Insurer pursuant to the insurance contract, or issued by the Classification Society,

h) General Contents; means items including but not limited to wall coverings, tables, beds, chairs, non-navigational equipment, carpets, soft furnishings, dinner services, laundry and the like. Any item of Fine Art is not a part of the General Contents of the Yacht.

i) Personal Effects; means personal belongings and effects brought on board the Yacht including but not limited to clothes, cosmetics and items of adornment,

j) Fine Art; means physical items valued above EUR 20 000, or equivalent in other currency, intended for beauty rather than utility, such as sculptures, paintings and the like. Any item of Fine Art must be declared and specified in an exhaustive list and approved by the Insurer to be covered as an item of Fine Art under the Yacht Form.

### § 1-2    Insured Value

The Sum Insured stated on the front page shall be regarded as an agreed insurable value unless otherwise expressly stated.

### § 1-3    Governing law

The Yacht Form shall be governed by the laws of the Kingdom of Norway. Part One of the Norwegian Marine Insurance Plan of 1996, Version 2007 or subsequent versions shall be deemed to constitute part of Norwegian Law and be paramount to any conflicting provisions of the Norwegian Insurance Contract Act of 1989.

### § 1-4    Arbitration and jurisdiction

Any dispute between the parties concerning the Yacht Form shall be settled with final effect for both parties by Arbitration in Bergen, Norway in accordance with the Norwegian Arbitration Act of 2004.

The parties shall jointly appoint three arbitrators of which at least one shall be a lawyer admitted to practice law in Norway. If the parties fail to agree on the choice of the arbitrators within 14 days from written request for arbitration from either party, each party shall appoint one arbitrator, and the two shall appoint a third arbitrator who shall act as the chairman of the arbitration tribunal.

## § 1-5   Insurance Period

Unless otherwise provided in box 4, the Yacht is insured from 00.00 (GMT) at the date stated in box 4, for twelve (12) months, until 24.00 (GMT) on the day of expiry. Unless otherwise provided, the Insurance Period is not subject to an automatic renewal.

If the Yacht is at sea or in distress or at a port or place of refuge, at the expiry of the Insurance period, as stated in box 4, the Insurance Period shall be extended until the arrival of the Yacht at her destination and her being moored therein twenty four (24) hours in good safety, provided notice is given to the Insurer, and that additional premium is paid pro rata for the extended period.

## § 1-6   Transfer of the insured interest

If there is a change of ownership or management of the Yacht or if the Insured Interest under the Yacht Form is sold, assigned, transferred or pledged without the written prior consent of the Insurer, the insurance shall automatically terminate from the date of such transfer, assignment or pledge.

## Chapter 2 – General Rules

## § 2-1   Perils covered

The Yacht Form covers the Assured against any fortuitous loss of or damage to the Yacht caused by all risks to which the interest is exposed, with the exception of:

a) the perils covered under the War Risk Insurance in accordance with Part V of the Yacht Form,
b) intervention by a State power. A State power is understood to mean individuals or organizations exercising public or supranational authority. Measures taken by a State power for the purpose of averting or limiting damage shall not be regarded as an intervention, provided that the risk of such damage is caused by a peril covered by the insurance against marine perils,
c) insolvency,
d) perils covered by the Institute Extended Radioactive Contamination Exclusion Clause (RACE II).

## § 2-2   Causation / Incidence of loss

The Insurer is liable for loss, damage, expense or liability covered under the Yacht Form proximately caused by an insured incident or casualty which occurred during the period of the insurance.

## § 2-3  Burden of proof

The Assured has to provide evidence that he has suffered a loss covered under the Yacht Form and the extent of the loss.

The Insurer has the burden of proving that the loss is subject to an exception from cover under the Yacht Form unless otherwise provided in the Yacht Form itself or the applicable background law.

## § 2-4   Safety Regulations

If a Safety Regulation has been infringed, the Insurer's liability for any loss or damage to the insured interest is limited to the extent that the Insurer proves that the loss or damage was a consequence of the infringement, and that the Assured was responsible for the infringement.

## § 2-5   Deductible

The deductible stated in its respective box shall apply for each casualty which is covered under the applicable clause.

Where there is a casualty which involves more than one deductible, the largest single deductible shall apply.

Costs incurred in connection with the claims settlement and costs of measures taken to avert or minimise the loss are recoverable without any deductible.

## § 2-6   No racing warranty

The Assured warrants that the Yacht shall not participate in any kind of racing and/or regattas and the like.

## Chapter 3 – Duties of the Assured

## § 3-1   Duty of disclosure

The Assured shall truthfully make a full and complete disclosure of all the circumstances and information requested by the Insurer. If the insurance is entered through a broker the Assured shall also truthfully make a full and complete disclosure in accordance with any proposal form used by the broker.

## § 3-2   Duty to notify and avert or minimise loss

If a casualty threatens to occur or has occurred the Assured shall:

a)  notify the Insurer with all reasonable dispatch after the Assured becomes aware or should have become aware of the incident, and file a proof of loss and interest and / or receipted bills in case of a partial loss, within onehundredandeighty (180) days from date of loss,

b)  promptly report any theft or malicious damage to the police at the port or place where the incident occurred,

c)  do what may be reasonably expected of him in order to avert or minimize the loss, and if possible consult the Insurer before taking action,

d)  provide the Insurer with all the documents required to settle any claim under the Yacht Form.

If the Assured fails to fulfil his duties under this provision, the Insurer shall not be liable for a greater loss than that for which he would have been liable if the duty had been fulfilled.

## § 3-3   Loss of class

At the inception of the insurance the Yacht shall be classed with a classification society approved by the Insurer.

The insurance terminates in the event of loss of class, unless the Insurer explicitly consents to a continuation of the insurance contract.

If the Yacht is under way when the class is lost, the Assured shall be held covered until the Yacht arrives in the nearest port in accordance with the Insurer's instructions.

Loss of class occurs where the Assured, or someone on his behalf, requests that the class be cancelled, or where the class is suspended or withdrawn for other reasons than a casualty.

### § 3-4   Cruising limits

The Yacht shall not proceed beyond the cruising limits referred to in box 8.

The Yacht shall be held covered in case of breach of the cruising limits, provided notice is given to the Insurer before the Yacht proceeds beyond the listed cruising areas in box 8 and any amended terms and any additional premiums required by the Insurer are agreed.

### § 3-5   Manning

The Yacht shall at all times during operation be under command by a qualified master and crewed by qualified personnel in accordance with box 9.

During lay up the supervision of and other safety and security regulations related to the Yacht shall be approved by the Insurer..

### § 3-6   Fire protection

The Yacht shall at all times have a fully functional fire alarm and fire extinguishing system.

### § 3-7   Illegal activities

The Insurer is not liable for loss which results from the Yacht being used for illegal purposes and/or in connection with illegal activities, unless the Assured neither knew nor ought to have known of the illegal activities at such a time that it would have been possible to intervene.

### § 3-8   Identification

The Insurer may not invoke against the Assured fault or negligence committed by the Yacht's master or crew in connection with their service as seamen.

Fault or negligence, such as misinformation, breach of warranties, fraud and the like committed by any organisation or individual to whom the Assured has delegated decision-making authority concerning functions of material significance for the insurance, may be invoked by the Insurer against the Assured, provided that the fault or negligence occurs in connection with the performance of those functions.

### Chapter 4 – Claims settlement

### § 4-1   Claims control

In the event of an occurrence that may give rise to a claim under the Yacht Form, subject to approval from the Assured, the Insurer is entitled to assume control of the conduct of the response to the occurrence. In any event that may give rise to a claim under the Yacht Form, the Assured is obliged to co-operate with the Insurer in all ways with the investigation, defence and settlement of any loss or damage.

The claims control includes but is not limited to the appointment of a surveyor and/or adjuster, assessment of any repair or replacement work required and negotiation of salvage contracts.

### § 4-2   Claims for damages against third parties

Upon payment to the Assured, the Insurer is subrogated into the rights of the Assured against any third party concerned. If the Insurer is prevented from collecting from the third party because the Assured has waived his right to claim damages, the Insurer's liability shall be reduced by an amount equal to that he is prevented to claim, unless the waiver may be considered customary in the trade or for the contract in question.

### § 4-3   Right of the Insurer to the insured interest upon payment of claim

Upon payment of compensation for damage or total loss, the Insurer is subrogated to the Assured's right in the insured interest or such parts of the insured interest as the Insurer has indemnified, unless the Insurer, no later than the time of payment, waives his right.

In the event of a total loss, the Assured shall furnish the Insurer with title to the insured interest and hand over all documents that are material to the Assured as owner. Costs incurred in this connection shall be borne by the Insurer.

### § 4-4   Costs related to the claims settlement

In the event of a casualty covered under the Yacht Form the Insurer shall bear the cost of providing any required financial security.

The Insurer shall bear the cost of litigation costs directly related to casualties and claims covered under the Yacht Form, except costs of litigation between the Assured and the Insurer.

If the loss or damage is covered under the Yacht Form, the Insurer shall bear the costs of establishing the loss and calculating the compensation. The Insurer shall also cover the costs of a surveyor employed by the Assured, provided that the Assured has reasonable grounds to employ his own surveyor.

### § 4-5   Payment of loss and interest on the compensation

The Insurer shall pay the claim for compensation which is covered under the Yacht Form within ninety (90) days after satisfactory proof of loss and proof of interest was sent to the Insurer.

The Assured may claim interest as from one month after the date on which proof of loss was sent to the Insurer. If the Insurer has to refund the Assured's disbursements, interest accrues from the date of the disbursement.

The rate of interest is six month NIBOR +2% for insurance contracts in which the sum insured is stated in Norwegian kroner, and otherwise six month LIBOR + 2%. Interest is determined as at January 1st of the year the Yacht Form comes into effect at the average rate for the last two months of the preceding year.

After the due date, cf subparagraph 1, interest on overdue payments accrues according to the rules in the Act relating to Interest on Overdue Payments of 17 December 1976, section 3, first subparagraph, if the interest on overdue is higher than the interest determined according to the rules above.


## PART II – Hull and machinery insurance

### Chapter 5 – The cover

### § 5-1   Liability of the Insurer

This part is only to apply if a Sum Insured is stated in box 13a), in which case the Insurer is liable up to the Sum Insured for loss or damage caused by any one casualty.

The Insurer is also liable up to an equivalent amount for the costs of measures taken to avert or minimize loss arising in connection with the casualty.

## § 5-2   Objects insured

The Hull and Machinery Insurance covers:

a)  the Yacht, General Contents, engines and machinery and everything connected therewith,

b)  equipment on board and spare parts for the Yacht and its equipment, provided that the equipment or spare parts belong to the Assured or have been borrowed, leased or purchased with a vendor's lien or similar encumbrance,

c)  bunkers and lubricating oil on board the Yacht.

d)  tenders, dinghies, outboards, windsurfers and personal watercraft, as identified in box 19. Replacement and/or additional tenders, dinghies, outboards, windsurfers and personal watercrafts acquired by the Assured during the Insurance Period, provided that the maximum speed is not exceeding 35 knots, shall be included subject to agreement on any additional premium demanded by the Insurer,

e)  mopeds and bikes whilst on board the Yacht and/or her tenders including loading and unloading and whilst parked alongside the Yacht.

f)  Personal Effects in accordance with § 5-3.

The Hull and Machinery Insurance does not cover:

a)  any single item of General Content valued above EUR 20 000, or equivalent in other currency, which must be declared as Fine Art in accordance with § 1-1 (j), cf § 11-4.

## § 5-3   Personal effects

The Hull and Machinery insurance under the Yacht Form is extended to cover the loss of or damage to the Personal Effects of the Assured, and/or the Assured's family, the beneficial owner of the Assured and his family, whilst on board and/or in close vicinity of the Yacht. This cover is limited to an aggregate maximum of EUR 100.000.

This extension of cover excludes any loss or damage arising from;

a)  wear and tear, gradual deterioration, damp, mould, mildew, vermin,

b)  breakage of articles of a brittle nature, unless caused by damage to the Yacht or a forcible and violent entry to the Yacht by thieves or burglars,

c)  loss of cash, currency, banknotes, travelers cheques or similar securities.

This insurance shall also cover the loss of or damage to the Personal Effects of guests of the Assured and charterers of the Yacht up to a sum of EUR 10.000 for any single item. Any single item in excess of EUR 10.000 must be declared and agreed by the Insurers.

The Personal Effects cover is also extended to include crew's personal effects subject to a maximum total value insured of EUR 10,000 per capita, and maximum up to a sum of EUR 5.000 for any single item.

The Personal Effects clause does not cover any loss or damage which at the time of the occurrence of such loss or damage is insured by or would, but for the existence of this Policy, be insured by any other existing policy or policies except in respect of any excess beyond the amount which would have been payable under such other policy or policies had this insurance not been effected.

The Insurer will not under any circumstances cover the mysterious disappearance of any Personal Effects item.

## § 5-4   Equipment temporarily removed from the Yacht

The Yacht Form also covers objects referred to in § 5-2, subparagraph 1, which are temporarily removed from the Yacht in connection with the running of the Yacht or on account of repairs, reconstruction or similar work, provided that the objects are intended to be put back on board.

## § 5-5   Separate deductible

If any electronic, communication and or navigation equipment which is a part of the Yacht is damaged and the claim is recoverable under the Yacht Form, the deductible for each casualty shall be EUR 5000 or the equivalent in any other currency at the time of the casualty.

For each claim for General Contents or tenders, cf..§ 5-2 (a) and (d) and or Personal Effects, cf . § 5-3, the deductible shall be EUR 500 or 1% of the claimed amount, whichever is the greater.

## § 5-6   Cost of inspection after grounding

The reasonable cost of inspection of the bottom of the Yacht after grounding, even if no damage is found, is covered by the Insurer without the application of any deductible.

## § 5-7   Crew accommodation and travel expenses during repairs

Subject to prior approval by the Insurer, the reasonable additional expenses in respect of crew are covered under the hull and machinery section of the Yacht Form, in respect of the following:

a) The necessary hotel and accommodation expenses whilst the Yacht is under repair.
b) The necessary transportation costs as a direct result of the Yacht being under repair under the Yacht Form.

The Insurers' liability under this clause is limited to 1% of the Sum Insured stated in box 13 a), without the application of the deductible stated in box 13 b).

## § 5-8   Replacement equipment

In the event of a total loss of tenders, dinghies and personal watercrafts as listed in box 19, the cost of hiring in reasonable replacement equipment for a period up to 60 days is shall be covered by the Insurer.


## Chapter 6 – Loss of or damage to the Yacht

## § 6-1   Compensation for loss or damage

If the Yacht has been damaged without the rules relating to total loss being applicable, the Insurer is liable for the costs of repairing the damage or replacing any lost equipment in such a manner that the Yacht is restored to the condition it was prior to the occurrence of the damage.

The Insurer's liability is without deduction for age and use – new for old – except with respect to sails and covers of canvas or the like, where the Insurer's liability is limited to the reasonable cost of repairs or a reasonable value.

The Insurers' liability arises as and when the repair costs are incurred.

## § 6-2   Total loss

The Assured may claim compensation for total loss if the Yacht is lost without any prospect of recovery or damaged beyond repair and the Assured is prepared to transfer the right to the wreck to the Insurer.

In the event of a total loss or a constructive total loss no deductibles shall apply.

No deductions shall be made in the claims adjustment for unrepaired damage sustained by the Yacht in connection with an earlier casualty..

The exceptions contained in §§ 6-6 and 6-7 shall not apply to any claim for total loss unless caused by want of due diligence by the Assured.

## § 6-3   Constructive total loss

The Assured may claim compensation for a total loss if the Yacht shall be considered a constructive total loss.

The Yacht shall be considered to be a constructive total loss when casualty damage is so extensive that the cost of repairing the Yacht will exceed the hull and machinery value of the vessel, as stated in box 13 a).

In ascertaining whether the Yacht is a constructive total loss, the insured value shall be taken as the repaired value and nothing in respect of the damaged or break-up value of the Yacht or wreck shall be taken into account.

The exceptions contained in §§ 6-6 and 6-7 shall not apply to any claim for Constructive Total Loss unless caused by want on due diligence by the Assured.

### § 6-4   Repairs of a Yacht that is a constructive total loss

If a Yacht is repaired despite the fact that the conditions for a constructive total loss are met, the Insurer's liability is limited to the Sum Insured, as stated in box 13a), but with the deduction of the value of the wreck.

### § 6-5   Removal of Yacht

If the Assured has requested that the Yacht is a constructive total loss, the Insurer may demand a removal of the Yacht to a place where the damage may be properly surveyed

The Insurer shall bear the costs of the removal and the liability for any loss arising during or as a consequence of the removal which is not covered by other insurers.

### § 6-6   Inadequate maintenance, etc.

The Insurer is not liable for costs incurred in renewing or repairing part or parts which were in a defective condition as a result of wear and tear, corrosion, rot, osmosis, electrolysis, blistering, inadequate maintenance and the like.

### § 6-7   Error in design

The Insurer is not liable for costs incurred in remedying an error in design or construction or any cost or expense incurred by reason of betterment or alteration in design or construction.

### § 6-8   Deferred repairs

If the repairs have not been carried out within five years after the damage was discovered, the Insurer is not liable for any increase in the cost of the work that is incurred later.

### § 6-9   Invitations to tender

In the event of a claim, the Insurer is entitled to demand that tenders are obtained from the repair yards of his choice. If the Assured does not obtain such tenders, the Insurer may do so. The tenders received shall, for the purpose of comparison, be adjusted by the costs of removal being added to the tender amount.

The Assured decides which yard shall be used, but the Insurer's liability for the costs of repairs and removal is limited to an amount corresponding to the lowest adjusted tender.

### § 6-10  Survey of damage

Before any damage is repaired, it shall be surveyed by a representative of the Assured and a representative of the Insurer.

The representatives shall submit survey reports, in which they describe the damage and state their opinions as regards the probable cause of each individual item of damage, the time of its occurrence and the costs of repair.

If one of the parties so requires, the representatives shall, before the damage is repaired, submit preliminary reports in which they give an approximate estimate of the costs of repairs.

If there is disagreement between the representative of the Assured and the representative of the Insurer, the parties may appoint an umpire who shall give a reasoned opinion of the questions submitted to him. If the parties cannot agree on the choice of an umpire, he shall be appointed by a Norwegian average adjuster.

Neither the Assured nor the Insurer may petition for a judicial or other legal valuation of the damage, unless this is required by the laws of the relevant country.

If the Assured, without compelling reasons, has the Yacht repaired without any survey being held or without notifying the Insurer of such survey, he has, in addition to the burden of proof under § 2-3, the burden of proving that the damage is not attributable to causes not covered by the insurance.

# PART III – Separate total loss insurance

## Chapter 7 – Increased Value insurance

### § 7-1    Liability of the Insurer

This chapter is only to apply if a Sum Insured is stated in box 14a), in which case the Insurer are liable for the Sum Insured for a total loss or a constructive total loss in accordance with the rules contained in the Yacht Form §§ 6-2 and 6-3.

Costs incurred by measures taken to avert or minimize the loss is only recoverable within the limits provided in § 5-1.

The exceptions contained in §§ 6-6 and 6-7 shall not apply to any claim for Increased Value unless caused by want of due diligence by the Assured.

# PART IV - Protection and indemnity insurance

## Chapter 8 – Rules of Protection & Indemnity Insurance

### § 8-1    Liability of the Insurer

This chapter is only to apply if a Sum Insured is stated in box 15a), in which case the Insurer is liable up to the Sum Insured for each casualty or series of casualties arising out of the same event.

The Insurer shall cover the named liabilities in this chapter of the Yacht Form imposed on the Assured and arising in connection with the operation of the Yacht in the Assured's capacity as owner and/or manager of the Yacht.

This insurance excludes any amounts recoverable under the "Assureds" separate Hull and Machinery Insurance.

The Insurer is <u>not</u> liable for:
   a) any fine, penalty or assessment against the Assured or Yacht issued by any national, state or local government,
   b) any liability assumed by the Assured under any contract, unless specifically endorsed hereon.

### § 8-2    Collision, running down and fixed and floating objects liability

The Insurer shall cover the liability imposed on the Assured for loss which is a result of collision or striking by the Yacht, its accessories, equipment or by a tug used by the Yacht. Any claims under this clause shall be settled under the principle of cross liabilities.

### § 8-3    Personal injury

The Insurer shall cover the liability imposed on the Assured for the loss of life, illness, bodily injury, liability for salvage awards for the saving of life and the like.

### § 8-4   Wreck removal
The Insurer shall cover the liability imposed on the Assured for the removal of the bunkers of the Yacht, a hazard or obstruction to navigation caused by the Yacht and the marking or lighting of the wreck of the Yacht, provided that the liability for the removal is required by law or by any order or direction of any authorized governmental agency or authority.

### § 8-5   Pollution to the marine environment
The Insurer shall cover the liability (excluding fines) imposed on the Assured as the result of discharge, dispersal, release or escape of oil, fuel, chemicals; waste chemicals or other pollutants.
The Insurer shall cover the liability for fines imposed on the sudden and accidental discharge, dispersal, release or escape of oil, fuel, chemicals; waste chemicals or other pollutants.

### § 8-6   Search and rescue
The Insurance shall cover the liability imposed on the Assured in respect of any search and rescue operation conducted in respect of the Yacht, its owners, crew, guests or charterers, provided that the operation is under the direction of a governmental agency or authority including but not limited to any Coastguard or Navy organization.

### § 8-7 Certificates
If so required, the Insurer will issue certificates of insurance pursuant to Italian Law 21/12/69, Greek Law 2743/1999, Spanish Law Royal Decree 607/1999 and the required "Blue Card" in accordance with the practice of the International Convention on Civil Liability for Bunker Oil Pollution Damage 2001.


## PART V – War Risks Insurance
### Chapter 9 – Rules of war risks insurance
### § 9-1   Liability of the Insurer
Part V of the Yacht Form is only to apply if an amount is stated in box 18, in which case the Insurer's maximum liability under this chapter is limited to the amount so stated for each casualty.

### § 9-2   Perils covered
Subject to the terms and conditions of the Yacht Form, this insurance is extended to cover any fortuitous loss of or damage to the Yacht caused by:
a) war or war-like conditions, or the use of arms or other implements of war in the course of military exercises in peacetime or in guarding against infringements of neutrality,
b) capture at sea, expropriation, confiscation and other similar interventions by a foreign State power. Foreign State power is understood to mean any State power other than the State power in the Yacht's State of Registration or in the State where the major ownership interests are located, as well as organizations and individuals who unlawfully purport to exercise public or supranational authority. Requisition for ownership or use by a State power shall not be regarded as an intervention,
c) riots, strikes, lockout, sabotage, acts of terrorism and the like,
d) piracy and mutiny,
e) measures taken by a State power to avert or limit damage, provided that the risk of such damage is caused by a peril referred to in letters a) – d).

The Insurance does not cover;
a) Insolvency,
b) perils covered by the Institute Extended Radioactive Contamination Exclusion Clause (RACE II) clause:

    a. ionising radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel,

    b. the radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof,

    c. any weapon or device employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter,

    d. the radioactive, toxic, explosive or other hazardous or contaminating properties of any radioactive matter. The exclusion in this sub-clause does not extend to radioactive isotopes, other than nuclear fuel, when such isotopes are being prepared, carried, stored, or used for commercial, agricultural, medical, scientific or other similar peaceful purposes.

    e. any chemical, biological, bio-chemical, or electromagnetic weapon

### § 9-3   Losses covered

Chapter 9 of the Yacht Form covers:
a) Total loss, Constructive Total Loss and damage, in accordance with chapter 6,
b) Increased Value, in accordance with chapter 7,
c) Protection and Indemnity liability in accordance with chapter 8,
d) any applicable additional cover in accordance with part VI of the Yacht Form,

### § 9-4 Safety Regulations related to the war risks insurance

During the Insurance Period the Insurer, by means of Safety Regulations, may issue inter alia instructions that the Yacht:
a) shall not embark on a planned voyage or complete a voyage in progress,
b) shall or shall not follow a certain itinerary,
c) shall deviate, be moved from one port to another, or remain in a specific port,
d) shall or shall not comply with orders issued by a foreign state power,

In the event of an infringement of a stipulated safety regulation § 2-4 shall apply correspondingly.

### § 9-5 Cruising limits related to the war risks insurance

The cruising limits of the Yacht are also subject to the JWC Hull War, Strikes, Terrorism and Related Perils Listed Areas applicable at the relevant time.

The Yacht shall be held covered in case of breach of the cruising limits, provided notice is given to the Insurer immediately after receipt of advices and any amended terms and any additional premiums required by the Insurer are agreed.

### § 9-6   Intervention by State power, piracy and blocking and trapping
If the Assured has been deprived of the Yacht by an intervention of a foreign State power, or if the Yacht is prevented from leaving a port or a similar limited area due to blocking, or the Yacht has been captured by pirates or taken away by similar unlawful interventions, the Assured may claim for a total loss, if the Yacht has not been released within twelve months after the day the intervention, capture or obstruction occurred.

### Chapter 10 –Termination of the war risk insurance
### § 10-1 War between major powers
The insurance against war risks shall automatically terminate in the event of war or war-like conditions breaking out between any of the following states;
   a) The United Kingdom,
   b) The United States of America,
   c) France,
   d) The Russian Federation,
   e) The People's Republic of China.

### § 10-2 Use of nuclear arms for war purposes
In the event of any use of nuclear arms for war purposes, the war risk insurance shall automatically terminate.

### § 10-3 Cancellation
In the event of a change of risk, both parties of the Yacht Form are entitled to cancel the insurance by giving seven days notice. Cancellation also applies to the rights of the mortgagee, but the insurer shall immediately notify the mortgagee of the cancellation.

## PART VI – Additional clauses:

### Chapter 11 – Additional cover
### § 11-1 Uninsured boater coverage
This clause is only to apply if an amount is stated in box 17a), in which case the Insurer's maximum liability under this clause is limited to the amount so stated.
Subject to the terms and conditions of the Yacht Form, this insurance is extended to cover bodily injury received on board the Yacht, provided that the Assured is legally entitled to recover from a vessel to whom no liability policies apply, or if the vessel or operator cannot be identified..
This clause will not cover;
   a) claims settled without the written consent of the Insurer, or
   b) if the uninsured vessel is owned by a governmental office or unit, or
   c) uninsured yachts owned by or furnished for the regular use of the Assured, a member of the Assured's immediate family, or any person insured by this policy, or
   d) an insured using the Yacht without permission, or
   e) where no evidence of physical contact exists between the Yacht and the unidentified vessel.

### § 11-2 Fine art
This clause is only to apply if an amount is stated in box 21a), in which case the Insurers' maximum liability under this clause is limited to the amount so stated.

Subject to the terms and conditions of the Yacht Form, this insurance is extended to cover the loss of or damage to the items declared as Fine Art whilst on board the Yacht, provided that the Fine Art item is safely stored on board the Yacht.

If the Fine Art item is damaged beyond repair, and the Assured is compensated for the loss, the Insurer shall be entitled to subrogate into the rights of the Assured to the damaged Fine Art item.

If a Fine Art item consists of a pair or set, and one piece of the pair or set is damaged beyond repair, the Assured is entitled to be compensated for the full value of the pair or set.

If the Assured has been compensated the full value of the pair or set, the insurer shall be entitled to subrogate into the rights of the Assured to the pair or set with the damaged piece.

The Insurer will not under any circumstances cover any mysterious disappearance for any item for Fine Art.

### § 11-3 Yacht's cash

This clause is only to apply if an amount is stated in box 20a), in which case the Insurers' maximum liability under this clause is limited to the amount so stated.

Subject to the terms and conditions of the Yacht Form, this insurance is extended to cover Yacht's cash whilst on board and in a locked safe(s), subject to a maximum value at any one time as stated in box 20a), provided that the coverage is limited to theft following a forcible and violent entry into the safe(s).

Provided that the Yacht's cash is in close custody of at least two crew members/ employees of the Assured whilst in transit, the insurance is extended to cover the Yacht's cash from collection and until redeposited at the local bank and/or Yacht agent's office at the Yacht's port(s) of call and until safely stored in a locked safe on board the Yacht.

This clause does not provide cover under any circumstances for any mysterious disappearance of Yacht's cash.

### § 11-4 Helicopter clause

This clause is only to apply if so stated in box 22, in which case the Assured without prejudice to any of his cover under the Yacht Form and provided the Yacht is equipped with a suitable heli-deck enabling safe mooring of the helicopter may allow helicopters to be based onboard during navigation within the cruising limits as stated in box 8. Helicopters may also land, take off, re-fuel, de-fuel and/or make deliveries at sea provided that the recommendations and procedures contained in the ISM and LY2 code or other similar procedures expressly approved by the Insurer are complied with.

This insurance shall not be prejudiced by any terms of contracts concerning the use of helicopters entered into by the Assured limiting or exempting the owners and/or operators of the helicopters from any liability for damage to the Yacht and/or loss of life or injury to the crew, passengers, guests or other people onboard the Yacht or anybody being transported with helicopters for embarkation or disembarkation of the Yacht.

If an amount is stated in box 15 a), the insurance is extended to cover in accordance with Chapter 8 of the Yacht Form the Assured's liabilities to the crew, passengers, guests or other people whilst embarking or disembarking the Yacht by means of helicopters. This insurance shall under no circumstances cover the Assured's liability for loss or damage to helicopters or any loss of life or injury to pilots or crew of helicopters.

The Assured and/or the Insurer of the Yacht renounce all rights of subrogation against owners and/or operators and/or insurers of helicopters in the event of loss or damage to the Yacht caused by the helicopter, provided that the owners and/or operators and/or insurers of helicopters renounce all rights of subrogation against the Assured and/or the Insurer of the Yacht in the event of damage to the helicopter caused by the vessel.

## § 11-5  Medical payments

This clause is only to apply if an amount is stated in box 16a), in which case the Insurers' maximum liability under this clause is limited to the amount so stated for each and every casualty.

Subject to the terms and conditions of the Yacht Form, this insurance is extended to cover the reasonable expense of necessary medical, surgical, ambulance, hospital and professional nursing services the captain, crew, owners and guests of the Yacht sustain as a result of bodily injury, bodily harm, sickness and disease that arise in connection with the Yacht insured hereunder.

The insurance shall apply for the crew whilst under employment on the Yacht whether onboard or on shore.

If a bodily injury, illness or accident covered hereunder should necessitate repatriation of the individual covered under this clause, the Insurers will indemnify the Assured in respect of:

a) the reasonable cost of the repatriation provided that a qualified medical practitioner certifies that the covered individual is disabled in excess of 4 weeks, certifies that repatriation is the appropriate treatment during the Insurance Period and that the covered individual is unable to sail with the Yacht at the expected date of departure.

b) Reasonable travel and accommodation expenses for one relative or friend who is required on written medical advice to travel to, remain with or escort the covered individual if he/she becomes severely incapacitated during the Insurance Period.

In the event of death resulting from an injury or illness covered hereunder, the reasonable funeral expenses incurred within one year after the accident are covered.

The Medical Insurance does not cover;

a) any person;
  1. To or for whom benefits are payable under any Workmen's Compensation or under any Federal Longshoremen's and Harbor Workers Compensation Act;
  2. Who is trespassing in or upon or boarding or leaving the Yacht;

b) Cosmetic or plastic surgery unless necessitated by an injury covered hereunder,

c) Dental examinations and general dental care,

d) All claims arising from physical or mental conditions or disabilities of a recurring or chronic nature from which the covered individual suffered and was known to suffer prior to the inception of this insurance.

e) Any pre-existing condition of a chronic nature, unless a immediate emergency treatment is needed as a result of an acute condition that was not a foreseeable result of the pre-existing condition.

The Medical Payments Clause does not cover any loss or damage which at the time of the occurrence of such loss or damage is insured by or would, but for the existence of this Policy, be insured by any other existing policy or policies, or covered by national Compensation Act, except in respect of any excess beyond the amount which would have been payable under such other policy or policies had this insurance not been effected.

# Cyber Hull Insurance

## Evidence of Cover



SIGCo
GROUP

| | |
|---|---|
| Policy Reference | **00217-CH-22-A-1 (Initial Schedule)** |
| Issued Date | **February 28, 2022** |
| Broker | **Howden Sturge** |
| Insured Fleet Name | **HK International Funds Investments (USA) Limited, LLC** |
| Fleet Aggregate Limit | **$50,000,000** |
| Insured Period (both days inclusive, GMT) | **Mar 01, 2022 through to Feb 28, 2023** |
| Policy Terms | **Standard terms as per SIGCo Cyber Insurance Wording v4-21Jul21** |

| Vessel Name | IMO | Assured(s) | Vessel Insured Limit | Premium | Discount | Premium Before Tax | Tax | Premium Including Tax |
|---|---|---|---|---|---|---|---|---|
| Lady May | 1012359 | HK International Funds Investments (USA) Limited, LLC \| Yachtzoo LLC and Yachtzoo S.A.R.L | $25,000,000 | $1,531.25 | $0.00 | $1,531.25 | $0.00 | $1,531.25 |
| | | Total Vessels | 1 | | Total | **$1,531.25** | **$0.00** | **$1,531.25** |

SIGCo Management Services (IoM) Limited is registered as an insurance intermediary for general business by the Isle of Man Financial Services Authority.
Registered Office: Level 2, Samuel Harris House, 5-11 St George's Street, Douglas, Isle of Man, IM1 1AJ. Place of Incorporation: Isle of Man. Company registration number: 016024V.
Cyber Insurance is underwritten by either certain underwriters at Lloyd's or Lloyd's Insurance Company S.A.
Cyber Insurance underwritten by Lloyd's Insurance Company S.A. is fully reinsured by certain underwriters at Lloyd's.
Phone: +44 1624 664095 Email: cyber@sigcogroup.com

**Standard terms as per SIGCo Cyber Insurance Wording v4-21Jul21**

1   **Insuring Clause**

In consideration of the payment of the premium and subject to the terms, exclusions, limits and conditions hereinafter contained, Underwriters agree to indemnify the Assured for loss, damage, liability or expense directly or indirectly caused by or contributed to by or arising from the use or operation, as a means of inflicting harm, of any computer, Computer System, computer software programme, malicious code, computer virus or process or any other electronic system hereinafter referred to as a Cyber Attack.

2   **Navigational Limits**

Worldwide.

3   **Sum Insured**

3.1   **In respect of each Vessel insured hereunder**

Other than as detailed in Clause 8.8.4, Underwriters hereon shall not be liable for more than the Sum Insured as stated in the Schedule in respect of each Occurrence, inclusive of Claims Expenses. In no event shall the liability for any one Occurrence under this policy exceed the total insured value under the Assured's Hull and Total Loss Interests (Marine or War Risks) policies notwithstanding that the Sum Insured hereunder may be greater than the total insured value under the Assured's Hull and Total Loss Interests (Marine or War Risks) policies.

Vessels deemed fully insured for the purposes of General Average, Salvage and Sue and Labour.

3.2   **In respect of each Fleet insured hereunder**

Underwriters' total liability hereunder in respect of all Vessels on the Schedule shall be subject to an aggregate limit of USD 50,000,000 for the period insured hereunder. The Maximum Aggregate Limit for any one Vessel declared hereunder shall not exceed whichever the lowest of USD 50,000,000 or the Vessel's Sum Insured hereunder or the Vessel's highest total insured value under its Hull and Total Loss Interests (Marine or War Risks) policies.

4   **Deductible**

Each loss shall be adjusted separately and from the amount of each such adjusted loss a deductible of USD 100,000 each Vessel shall be applied. This Clause 4 shall not apply to a claim for total or constructive total loss of the Vessel or, in the event of such a claim, to any associated claim under Clause 12 (Sue and Labour) arising from the same accident, event or Occurrence.

5   **Exclusions**

5.1   **Exclusions to Insuring Agreement**

This insurance shall not cover:

5.1.1   costs of updating or upgrading the Assured's Vessel.

5.1.2   costs of repairing, recreating, gathering or assembling any electronic data or computer software, or the repair or replacement of any parts or components of any computer hardware.

5.1.3   other than Collision Liabilities, any form of third party liability or other legal liability, including but not limited to, any lawsuits, claims or demands by any third party or by any Employee, officer, director or partner of the Assured.

5.1.4   loss of use, delay or loss of markets, howsoever caused or arising.

5.1.5   increased cost as a result of threat or hoax, in the absence of physical damage due to a Cyber Attack.

5.1.6   removal or disposal of obstructions, wrecks or their cargoes under statutory powers or otherwise pursuant to law.

5.1.7   cargo or other property not owned or leased by the Assured.

5.1.8   the economic or market value of data.



SIGCo Management Services (IoM) Limited is registered as an insurance intermediary for general business by the Isle of Man Financial Services Authority.
Registered Office: Level 2, Samuel Harris House, 5-11 St George's Street, Douglas, Isle of Man, IM1 1AJ. Place of Incorporation: Isle of Man. Company registration number: 016024V.
Cyber Insurance is underwritten by either certain underwriters at Lloyd's or Lloyd's Insurance Company S.A.
Cyber Insurance underwritten by Lloyd's Insurance Company S.A. is fully reinsured by certain underwriters at Lloyd's.
Phone: +44 1624 664095 Email: cyber@sigcogroup.com

5.1.9 the Assured's future profits, restitution, or disgorgement of profits; or the Assured's cost to comply with any order granting injunctive or non-monetary relief, including specific performance, or any agreement to provide such relief.

5.1.10 the Assured's return or offset of fees, charges, royalties, or commissions for goods or services already provided or contracted to be provided.

5.1.11 punitive or exemplary damages, or fines or penalties of any nature.

5.1.12 matters that may be deemed uninsurable under the law pursuant to which this Policy may be construed.

5.1.13 loss arising out of fire, smoke, explosion, water, or any natural peril, including but not limited to earthquake, volcanic eruption, landslide, wind, lightning, tornado, tidal wave, flood, rain or hail. However, this exclusion shall not apply if a Cyber Attack is the proximate cause of the fire, smoke, explosion or water loss.

This insurance shall not cover any liability or other amounts or losses, arising out of or resulting, directly or indirectly, from:

5.1.14 criminal, dishonest, fraudulent or intentional acts committed by the Assured or on the Assured's behalf, however, if the criminal, dishonest, fraudulent or intentional act is committed by any Employee who is not a principal, partner, officer, director or trustee and without the knowledge or direction of any of the Assured's principals, partners, officers, directors, or trustees, then this exclusion will not apply to that act.

5.1.15 failure of:

    a) telephone lines

    b) data transmission lines or wireless communications connection.

    c) other telecommunications equipment, facilities or electronic infrastructure, including equipment, facilities or infrastructure that supports the operation of computer networks, including the internet, which are used to transmit or receive voice or data communications.

    d) or malfunction, or inadequacy of any satellite; any electrical or mechanical failure and/or interruption, including but not limited to electrical disturbance, spike, brownout or blackout; or any outage to gas or water supply, or telephone, cable, telecommunications or other infrastructure, or any electrical disturbance caused by any form of detonation whether nuclear or non-nuclear.

5.1.16 wear and tear, gradual deterioration of any part of the Assured's Vessel or failure to maintain electronic data or computer software or Computer Systems on which such electronic data or computer software is processed or stored, whether owned by the Assured or others.

5.1.17 errors or omissions in the design or configuration or implementation of any part of the Assured's Vessel, or the Assured's Computer System.

In no case shall this insurance cover loss, damage, liability or expense arising out of or resulting, directly or indirectly, from the following:

5.1.18 **War Exclusion**

    a) war, civil war, revolution, rebellion, insurrection or civil strife arising therefrom or any hostile act by or against a belligerent power.

    b) capture, seizure, arrest, restraint or detainment (barratry and piracy excepted), and the consequences thereof or any attempt thereat.

    c) derelict mines, torpedoes, bombs or other derelict weapons of war.

5.1.19 **Malicious Acts**

    a) the detonation of an explosive

    b) any weapon of war

  and caused by any person acting maliciously or from a political motive.

5.1.20 chemical or biological release or exposure of any kind.

5.1.21 nuclear detonation, nuclear reaction, nuclear radiation or radioactive contamination, howsoever such nuclear detonation, nuclear reaction, nuclear radiation or radioactive contamination may have been caused.

5.1.22 **Communicable Disease Exclusion**

5.1.22.1 Notwithstanding any provision to the contrary in this (re)insurance, it is hereby agreed that this (re)insurance excludes absolutely all Communicable Disease Loss, save where the conditions of the Infected Individual Exception are met.

---



SIGCo Management Services (IoM) Limited is registered as an insurance intermediary for general business by the Isle of Man Financial Services Authority.

Registered Office: Level 2, Samuel Harris House, 5-11 St George's Street, Douglas, Isle of Man, IM1 1AJ. Place of Incorporation: Isle of Man. Company registration number: 016024V.

Cyber Insurance is underwritten by either certain underwriters at Lloyd's or Lloyd's Insurance Company S.A.

Cyber Insurance underwritten by Lloyd's Insurance Company S.A. is fully reinsured by certain underwriters at Lloyd's.

Phone: +44 1624 664095 Email: cyber@sigcogroup.com

5.1.22.2  "Communicable Disease Loss" shall mean all loss, damage, liability, or expense of whatsoever nature, proximately caused by or significantly caused by or contributed to by or resulting from or arising out of or in connection with any of the Excluded Circumstances, those Circumstances being

a)  a Communicable Disease, and/or

b)  the fear or threat, whether actual or perceived, of a Communicable Disease, and/or

c)  any recommendation, decision or measure, made or taken to restrict, prevent, reduce or slow the spread of infection of a Communicable Disease or to remove or minimise legal liability in respect of such a disease, whether made or taken by a public authority or a private entity and/or

d)  any recommendation, decision or measure made or taken to alter, reverse or remove any circumstance falling within c) above, whether made or taken by a public authority or a private entity regardless of any other cause or circumstance contributing concurrently or in any other sequence thereto.

5.1.22.2.1  Without prejudice to the effect of Clauses 5.1.22.2 a), b) and d), recommendations, decisions and measures by whomsoever taken to tie-up, lay-up or maintain at anchor, in port or elsewhere, any vessel or conveyance pending resumption of cruising, operation, trading, cargo loading or discharge or other customary use shall not constitute Excluded Circumstances, notwithstanding they or any of them may have been taken for the reasons set out in Clauses 5.1.22.2 c) above.

5.1.22.2.2  Without prejudice to the effect of Clauses 5.1.22.2 a), b) and d), for the purposes of a loss event first affecting a vessel or conveyance during a voyage undertaken as a consequence of a diversion, a prior recommendation, decision or measure by whomsoever taken to divert that vessel from an earlier loading or discharge or other destination shall not constitute an Excluded Circumstance solely by reason of that diversion having been made for the reasons set out in Clauses 5.1.22.2 c) above.

5.1.22.2.3  Without prejudice to the effect of Clauses 5.1.22.2 a), b) and d), where loss, damage or liability have first been incurred in circumstances which are not excluded under Clauses 5.1.22.2 a) to d) above, increased expense or increased liability for expense shall not be excluded notwithstanding that increase may have been incurred for the reasons set out in Clauses 5.1.22.2 c) above.

5.1.22.3  "Communicable Disease" shall mean any disease, known or unknown, which can be transmitted by means of any substance or agent from one organism to another where:

a)  the substance or agent includes but is not limited to a virus, bacterium, parasite or other organism or any variation or mutation of any of the foregoing, whether deemed living or not, and

b)  the method of transmission, whether direct or indirect, includes but is not limited to human touch or contact, airborne transmission, bodily fluid transmission, transmission to or from or via any solid object or surface or liquid or gas and

c)  the disease, substance or agent may, acting alone or in conjunction with other co-morbidities, conditions, genetic susceptibilities, or with the human immune system, cause death, illness or bodily harm or temporarily or permanently impair human physical or mental health or adversely affect the value of or safe use of property of any kind.

5.1.22.4  The Infected Individual Exception shall apply where (1) the actions or decisions of any individual infected or allegedly infected with a Communicable Disease cause or contribute to an alleged loss event and (2) neither such action nor decision nor the alleged cause of the loss event itself was a recommendation, decision or measure as defined in Clauses 5.1.22.2 c) or d) above.

5.1.22.5  Where those conditions are met, the fact or possibility that the individual's action(s) or decision(s) were impaired or affected by or caused by that individual's alleged or actual infection shall not exclude recovery of a Loss otherwise recoverable hereon provided always that there shall be no cover for loss, damage, liability, or expense arising from any increase in the spread, incidence, severity or recurrence of a Communicable Disease or from any Circumstance as defined in Clause Clauses 5.1.22.2 c) or d) consequent on that individual's actions or decisions.

5.1.22.6  For the purposes of this Exception, the Infected Individual need not be physically present on or in an interest affected by the loss event, provided that his or her actions or decisions causing or contributing to the loss event and affecting that interest, directly or indirectly, were of a kind which, when not impaired or affected, would fall within the ordinary course of his or her employment.

5.1.22.7  Loss, damage, liability and expense arising solely out of a loss event otherwise (re)insured under this (re)insurance and not excluded thereby nor excluded pursuant to this Clause remain covered in accordance with the terms and conditions thereof.



SIGCo Management Services (IoM) Limited is registered as an insurance intermediary for general business by the Isle of Man Financial Services Authority.
Registered Office: Level 2, Samuel Harris House, 5-11 St George's Street, Douglas, Isle of Man, IM1 1AJ. Place of Incorporation: Isle of Man. Company registration number: 016024V.
Cyber Insurance is underwritten by either certain underwriters at Lloyd's or Lloyd's Insurance Company S.A.
Cyber Insurance underwritten by Lloyd's Insurance Company S.A. is fully reinsured by certain underwriters at Lloyd's.
Phone: +44 1624 664095 Email: cyber@sigcogroup.com

6   **Definitions**

6.1   **Assured** means the entity named in the Schedule.

The interests of mortgagees where declared under the Assured's Hull Policy are automatically included hereunder.

6.2   **Claims Expenses** means:

6.2.1   fees charged by an attorney designated by Underwriters and consented to by the Assured, with such consent not to be unreasonably withheld.

6.2.2   all other fees, costs and expenses resulting from the forensic investigation, adjustment, defence and appeal of a claim, suit or proceeding arising in connection therewith, if incurred by the Underwriters, or by the Assured with the written consent of the Underwriters.

Claims Expenses does not include:

6.2.3   any salary, overhead or other charges by the Assured for any time spent in cooperating in the defence and investigation of any claim or circumstance notified under this insurance.

6.2.4   any fees, costs or expenses resulting from defending any criminal proceedings.

6.3   **Collision Liabilities** means liabilities to any other person or persons for physical loss or damage to any other vessel or property on any other vessel or fixed or floating objects following a collision, but only to the extent that such liabilities are not recoverable under the collision liability clause contained in the Protection and Indemnity insurance of the insured vessel.

In no case shall Collision Liabilities herein extend to any sum which the Assured shall pay for or in respect of:

6.3.1   removal or disposal of obstructions, wrecks, cargoes or any other thing whatsoever.

6.3.2   the cargo or other property on, or the engagements of, the insured Vessel.

6.3.3   loss of life, personal injury or illness.

6.3.4   pollution or contamination, or threat thereof, of any personal property or thing whatsoever (except other vessels with which the insured Vessel is in collision or property on such other vessels) or damage to the environment, or threat thereof.

6.4   **Computer System** means electronic, wireless, web or similar system (including all hardware and software) used to process data or information in an analogue, digital, electronic or wireless format including computer programs, electronic data, operating systems, and components thereof, including but not limited to, laptops, personal digital assistants, media storage and peripheral devices, media libraries, associated input and output devices, networking equipment, and electronic backup equipment. The Assured's Computer System means a Computer System over which the Assured has direct operational control and that is intended for the purpose of navigation, control or operation of the Assured's Vessel.

6.5   **Cyber Attack** means the use or operation, as a means for inflicting harm, of any computer, Computer System, computer software programme, malicious code, computer virus or process or any other electronic system by any person or group(s) of persons, whether acting alone or on behalf of or in connection with any organisation(s) and whether or not induced by the use of force or violence or threat thereof to commit such acts, and which directly or indirectly results in actual physical loss or damage to the Vessel or liability of the Vessel.

6.6   **Employee** means any individual in the Assured's service, including any part-time, seasonal, or temporary employee, who is compensated by salary, wages, fees or commissions and whom the Assured has the right to direct and control.

6.7   **Occurrence(s)** means any one loss and/or series of losses commencing during the Policy Period and arising out of and directly occasioned by one Cyber Attack.

6.8   **Vessel** means the Vessel identified in the Schedule (or by whatsoever name or names the said Vessel is or shall be called), which for purposes of this insurance shall consist of its hull and everything connected therewith including but not limited to launches, lifeboats, rafts, furniture, bunkers, stores, supplies, tackle, fittings, equipment, apparatus, machinery, boilers, refrigerating machinery, insulation, motor generators, other electrical machinery, navigational equipment and the Computer System.

In the event any Computer System, equipment or apparatus not owned by the Assured is installed for use on board the Vessel and the Assured has assumed responsibility thereof, it shall also be considered part of the Vessel and the aggregate value thereof shall be included in the Sum Insured.

Notwithstanding the foregoing, cargo containers, barges and lighters shall not be considered a part of the Vessel.



SIGCo Management Services (IoM) Limited is registered as an insurance intermediary for general business by the Isle of Man Financial Services Authority.

Registered Office: Level 2, Samuel Harris House, 5-11 St George's Street, Douglas, Isle of Man, IM1 1AJ. Place of Incorporation: Isle of Man. Company registration number: 016024V.

Cyber Insurance is underwritten by either certain underwriters at Lloyd's or Lloyd's Insurance Company S.A.

Cyber Insurance underwritten by Lloyd's Insurance Company S.A. is fully reinsured by certain underwriters at Lloyd's.

Phone: +44 1624 664095 Email: cyber@sigcogroup.com

Page 5 of 12

## 7    Conditions

### 7.1    Duty of Disclosure

Under the laws of England and Wales a policyholder has a duty to make a fair presentation of the risk, and to disclose all material circumstances, and should be aware of the consequences of not doing so. It is necessary to disclose all information which would influence the judgement of a prudent insurer in determining whether or not to accept a risk, and upon what terms. Failure to comply with this duty may give the insurer the right to void the policy from its inception, or to impose different terms, or to reduce the amount paid on any claim.

### 7.2    Change of Owning Company within the same beneficial Ownership

Any changes in the Assured under the Hull and Machinery Marine/War policies within the same beneficial Ownership are deemed to be automatically incorporated herein without notice.

### 7.3    Arbitration

The parties agree that prior to recourse to courts of law any dispute between them concerning the provisions of this insurance shall first be the subject of arbitration.

The following arbitration procedure shall be used in any dispute concerning this insurance and shall exist as a separate contract if there is a dispute over the validity or formation of this insurance.

Unless the parties agree upon a single arbitrator within thirty days of one receiving a written request from the other for arbitration, the claimant (the party requesting arbitration) shall appoint his arbitrator and give written notice thereof to the respondent. Within thirty days of receiving such notice the respondent shall appoint his arbitrator and give written notice thereof to the claimant, failing which the claimant may apply to the appointor hereinafter named to nominate an arbitrator on behalf of the respondent.

Before the commencement of arbitration proceedings the two arbitrators shall appoint a third arbitrator who shall act as chairman of the tribunal. Should they fail to appoint such a third arbitrator within thirty days of the appointment of the respondent's arbitrator then either of them or either of the parties may apply to the appointor for the appointment of the third arbitrator. The arbitrators appointed by the parties in dispute shall decide the verdict but if they cannot agree they shall seek the verdict of the chairman of the tribunal, which shall prevail.

Unless the parties otherwise agree the arbitration tribunal shall consist of persons with not less than ten years' experience of insurance or reinsurance.

The arbitration shall be conducted subject to and in accordance with the Arbitration Act 1996 and any statutory revision or modification thereof.

The appointor shall be the President of the London Maritime Arbitrators' Association:

L.M.A.A.

c/o the Baltic Exchange,

38 St. Mary Axe,

London, EC3A 8BH

All costs of the arbitration shall be at the discretion of the arbitration tribunal who may direct to and by whom and in what manner they shall be paid.

The seat of the arbitration tribunal shall be in London and the arbitration tribunal shall apply the laws of England and Wales as the proper law of this Agreement.

The award of the arbitration tribunal shall be in writing and binding upon the parties who covenant to carry out the same. If either of the parties should fail to carry out any award the other may apply for its enforcement to a court of competent jurisdiction in any territory in which the party in default is domiciled or has assets or carries on business.

### 7.4    Assignment

No assignment of or interest in this insurance or in any monies which may be or become payable thereunder is to be binding on or recognised by the Underwriters unless documentary evidence is provided of such assignment or interest by Hull and/or Club insurers.

### 7.5    Choice of Law and Jurisdiction

This contract shall be subject to and construed in accordance with the law of England and Wales and, save as provided in the Arbitration Clause, shall be subject to the jurisdiction of the Courts of England and Wales.

### 7.6    Cooperation and Assistance

In the event of a claim hereunder the Assured shall cooperate with the Underwriters and their representatives at all times and give all reasonable assistance as required.



SIGCo Management Services (IoM) Limited is registered as an insurance intermediary for general business by the Isle of Man Financial Services Authority.

Registered Office: Level 2, Samuel Harris House, 5-11 St George's Street, Douglas, Isle of Man, IM1 1AJ. Place of Incorporation: Isle of Man. Company registration number: 016024V.

Cyber Insurance is underwritten by either certain underwriters at Lloyd's or Lloyd's Insurance Company S.A.

Cyber Insurance underwritten by Lloyd's Insurance Company S.A. is fully reinsured by certain underwriters at Lloyd's.

Phone: +44 1624 664095 Email: cyber@sigcogroup.com

### 7.7 Due Diligence

The Assured (or any agent, sub or co-contractor of the Assured) shall at all times and at his own expense use due diligence and do (and concur in doing and permit to be done) all things reasonably practicable, including but not limited to precautions to protect or remove the Assured's Vessel, to avoid or diminish any loss herein insured.

### 7.8 False or Fraudulent Claims

If any request for indemnity is made and any part of such request is in any respect false or fraudulent or dishonest or exaggerated, as regards the amount or otherwise, this Policy may become void and any indemnity hereunder may be forfeited and Underwriters may not return any premium to the Assured. Underwriters may also take legal action against the Assured.

### 7.9 Other Insurance

In the event that cover is provided under other insurances, this policy will only respond if those other insurances either exclude or limit their liability in respect of the relevant loss or Occurrence.

### 7.10 Rights of Third Parties

The provisions of the Contracts (Rights of Third Parties) Act 1999 do not apply to this insurance or to any certificate(s) of insurance issued hereunder. Neither this insurance nor any certificates issued hereunder confer any benefits on any third parties. No third party may enforce any term of this insurance or of any certificate issued hereunder. This clause shall not affect the rights of the Assured (as assignee or otherwise) or the rights of any loss payee.

### 7.11 Sanctions Limitation and Exclusion

Underwriters shall not be deemed to provide cover and shall not be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that (re)insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

### 7.12 Subrogation

If the Underwriters become liable for any payment under this Insurance in respect of loss or damage the Underwriters shall be subrogated, to the extent of such payment, to all the rights and remedies of the Assured against any party in respect of such loss or damage and shall be entitled at their own expense to sue in the name of the Assured. The Assured shall give to the Underwriters all such assistance in his power as the Underwriters may require to secure their rights and remedies and, at Underwriters' request shall execute all documents necessary to enable Underwriters effectively to bring suit in the name of the Assured including the execution and delivery of the customary form of loan receipt.

### 7.13 Termination

7.13.1  This cover may be cancelled by the Underwriters giving seven days' notice of cancellation. The cancellation becomes effective at midnight on the seventh day from the date the cancellation notice was issued. The Underwriters agree, however, to reinstate this cover subject to prior agreement being reached as to the new rate of premium to be charged and conditions or warranties to be applied.

### 7.13.2 Automatic Termination of Cover

Whether or not such notice of cancellation has been given cover hereunder shall TERMINATE AUTOMATICALLY

7.13.2.1  upon the outbreak of war (whether there be a declaration of war or not) between any of the following:

United Kingdom, United States of America, France, the Russian Federation, the People's Republic of China;

7.13.2.2  in respect of any Vessel, in connection with which cover is granted hereunder, in the event of such Vessel being requisitioned either for title or use.

### 7.13.3 Five Powers War Exclusion

This insurance excludes

7.13.3.1  loss damage liability or expense arising from:

7.13.3.1.1  the outbreak of war (whether there be a declaration of war or not) between any of the following:

United Kingdom, United States of America, France, the Russian Federation, the People's Republic of China.

7.13.3.1.2  requisition either for title or use.

Cover in respect of the risks insured hereunder shall not become effective if, subsequent to acceptance by Underwriters and prior to the intended time of attachment of risk, there has occurred any event which would have automatically terminated cover under the provisions of this clause.

---



**SIGCo GROUP**

SIGCo Management Services (IoM) Limited is registered as an insurance intermediary for general business by the Isle of Man Financial Services Authority.

Registered Office: Level 2, Samuel Harris House, 5-11 St George's Street, Douglas, Isle of Man, IM1 1AJ. Place of Incorporation: Isle of Man. Company registration number: 016024V.

Cyber Insurance is underwritten by either certain underwriters at Lloyd's or Lloyd's Insurance Company S.A.

Cyber Insurance underwritten by Lloyd's Insurance Company S.A. is fully reinsured by certain underwriters at Lloyd's.

Phone: +44 1624 664095 Email: cyber@sigcogroup.com

## 8    Claims

8.1    In the event of a suspected Cyber Attack which may result in a claim under this insurance, so that Underwriters' Appointed Consultants may be appointed if the Underwriters so desire, notice must be given to the Underwriters promptly after the date by which the Assured become or should have become aware of the potential loss, damage or liability and that their Marine Hull and/or their War Risks and/or their P&I Underwriters have formally advised the Assured that the potential loss, damage or liability may have arisen as a result of a Cyber Attack.

If notice is not given to the Underwriters within twelve months of the expiry of the policy, unless the Underwriters agree to the contrary in writing, the Underwriters will be automatically discharged from liability for any claim under this insurance in respect of or arising out of such Cyber Attack.

8.2    The Underwriters shall be entitled to decide the port to which the Vessel shall proceed for docking or repair (the actual additional expense of the voyage arising from compliance with the Underwriters' requirements being refunded to the Assured) and shall have a right of veto concerning a place of repair or a repairing firm.

8.3    The Underwriters may also take tenders or may require further tenders to be taken for the repair of the Vessel. Where such a tender has been taken and a tender is accepted with the approval of the Underwriters, an allowance shall be made at the rate of 30% per annum on the insured value for the time lost between the despatch of the invitations to tender required by the Underwriters and the acceptance of a tender to the extent that such time is lost solely as the result of tenders having been taken and provided that the tender is accepted without delay after receipt of the Underwriters' approval.

8.4    Due credit shall be given against the allowance as above for any amounts recovered in respect of fuel and stores and wages and maintenance of the Master, Officers and Crew or any member thereof, including amounts allowed in general average, and for any amounts recovered from third parties in respect of damages for detention and/or loss of profit and/or running expenses, for the period covered by the tender allowance or any part thereof.

8.5    Where a part of the cost of the repair of damage other than a fixed deductible is not recoverable from the Underwriters, the allowance shall be reduced by a similar proportion.

8.6    In the event of loss or damage to equipment or apparatus not owned by the Assured but installed for use on board the Vessel and for which the Assured has assumed responsibility, claim shall not exceed (1) the amount the Underwriters would pay if the Assured were owner of such equipment or apparatus, or (2) the contractual responsibility assumed by the Assured to the owners or lessors thereof, whichever shall be less.

8.7    No claim for unrepaired damages shall be allowed, except to the extent that the aggregate physical damage caused by Cyber Attack during the Policy Period and left unrepaired at the expiration of the Policy shall be demonstrated by the Assured to have diminished the actual market value of the Vessel on that date if undamaged by physical damage following such Cyber Attack.

### 8.8    Assistance and Cooperation

8.8.1    The Underwriters shall not be called upon to assume charge of the settlement or defence of any claim, but the Underwriters shall have the right and shall be given the opportunity to associate with the Assured or the Assured's Marine insurers or both in the defence and control of any claim, suit or proceeding relative to any Occurrence where the claim involves, or appears reasonably likely to involve, the Underwriters, in which event the Assured and the Underwriters shall cooperate in all things in the defence of such claim.

8.8.2    The Assured shall furnish promptly all information reasonably requested by the Underwriters with respect to any Occurrence, both with respect to any claim and pertaining to coverage under this Policy.

8.8.3

If liabilities, losses, costs and/or expenses are in part covered by this Policy and in part not covered by this Policy, such losses, costs and/or expenses shall be apportioned on a pro-rata basis between insured and uninsured losses.

8.8.4    Those expenses incurred by the Underwriters on their own behalf in connection with claims representation pursuant to this Condition shall be at their own expense and shall not erode the Policy Limit.

## 9    General Average and Salvage

9.1    This insurance covers the Vessel's proportion of salvage, salvage charges and/or general average but in case of general average sacrifice of the Vessel the Assured may recover in respect of the whole loss without first enforcing their right of contribution from other parties.

9.2    Claims to be adjusted in accordance with applicable law and practice at the termination of the adventure but where the contract of affreightment provides otherwise, then the claim will be adjusted in accordance with such provisions.



SIGCo Management Services (IoM) Limited is registered as an insurance intermediary for general business by the Isle of Man Financial Services Authority.

Registered Office: Level 2, Samuel Harris House, 5-11 St George's Street, Douglas, Isle of Man, IM1 1AJ. Place of Incorporation: Isle of Man. Company registration number: 016024V.

Cyber Insurance is underwritten by either certain underwriters at Lloyd's or Lloyd's Insurance Company S.A.

Cyber Insurance underwritten by Lloyd's Insurance Company S.A. is fully reinsured by certain underwriters at Lloyd's.

Phone: +44 1624 664095 Email: cyber@sigcogroup.com

9.3    When the Vessel sails in ballast, not under charter, the provisions of the York-Antwerp Rules, 1994 (excluding Rules XI(d), XX and XXI) shall be applicable, and the voyage for this purpose shall be deemed to continue from the port or place of departure until the arrival of the Vessel at the first port or place thereafter other than a port or place of refuge or a port or place of call for bunkering only. If at any such intermediate port or place there is an abandonment of the adventure originally contemplated, the voyage shall thereupon be deemed to be terminated.

9.4    No claim under this Clause 9 shall in any case be allowed for or in respect of:

9.4.1    special compensation payable to a salvor under Article 14 of the International Convention on Salvage, 1989 or under any other provision in any statute, rule, law or contract which is similar in substance.

9.4.2    expenses or liabilities incurred in respect of damage to the environment, or the threat of such damage, or as a consequence of the escape or release of pollutant substances from the Vessel, or the threat of such escape or release.

9.5    Clause 9.4 shall not however exclude any sum which the Assured shall pay to salvors for or in respect of salvage remuneration in which the skill and efforts of the salvors in preventing or minimising damage to the environment as is referred to in Article 13 paragraph 1(b) of the International Convention on Salvage, 1989 have been taken into account.

## 10    Constructive Total Loss

10.1    In ascertaining whether the Vessel is a constructive total loss, the insured value shall be taken as the repaired value and nothing in respect of the damaged or break-up value of the vessel or wreck shall be taken into account.

10.2    No claim for constructive total loss based upon the cost of recovery and/or repair of the Vessel shall be recoverable hereunder unless such cost would exceed the insured value under the Vessel's Hull and Machinery (Marine or War risks) policy. In making this determination, only the cost relating to a single accident or sequence of damages arising from the same accident shall be taken into account.

## 11    Freight Waiver

In the event of total or constructive total loss no claim to be made by the Underwriters for freight whether notice of abandonment has been given or not.

## 12    Duty of Assured (Sue and Labour)

12.1    In case of any loss or misfortune it is the duty of the Assured and their servants and agents to take such measures as may be reasonable for the purpose of averting or minimising a loss which would be recoverable under this insurance.

12.2    Subject to the provisions below and to any applicable Deductible the Underwriters will contribute to charges properly and reasonably incurred by the Assured their servants or agents for such measures. General average, salvage charges, special compensation and expenses as referred to in Clause 9.4 and collision defence or attack costs are not recoverable under this Clause.

12.3    Measures taken by the Assured or the Underwriters with the object of saving, protecting or recovering the subject-matter insured shall not be considered as a waiver or acceptance of abandonment or otherwise prejudice the rights of either party.

12.4    When expenses are incurred pursuant to this Clause the liability under this insurance shall not exceed the proportion of such expenses that the amount insured hereunder bears to the value of the Vessel as stated herein within Clause 3.1. Where the Underwriters have admitted a claim for total loss and property insured by this insurance is saved, the foregoing provisions shall not apply unless the expenses of suing and labouring exceed the value of such property saved and then shall apply only to the amount of the expenses which is in excess of such value.

12.5    No claim under this Clause 12 shall in any case be allowed where the loss was not incurred to avoid or in connection with avoidance of physical loss or damage following a Cyber Attack.



————————————————— End of Standard terms as per SIGCo Cyber Insurance Wording v4-21Jul21 —————————————————



SIGCo Management Services (IoM) Limited is registered as an insurance intermediary for general business by the Isle of Man Financial Services Authority.

Registered Office: Level 2, Samuel Harris House, 5-11 St George's Street, Douglas, Isle of Man, IM1 1AJ. Place of Incorporation: Isle of Man. Company registration number: 016024V.

Cyber Insurance is underwritten by either certain underwriters at Lloyd's or Lloyd's Insurance Company S.A.

Cyber Insurance underwritten by Lloyd's Insurance Company S.A. is fully reinsured by certain underwriters at Lloyd's.

Phone: +44 1624 664095 Email: cyber@sigcogroup.com

**SIGCo Cyber Loss of Hire &/or Earnings endorsement v4-21Jul21**

Notwithstanding the provisions of Clause 5.1.4. of Standard terms as per SIGCo Cyber Insurance Wording v4-21Jul21, coverage is provided hereunder for Loss of Hire and/or Earnings (Marine or War) resulting from a physical damage as defined within the Standard terms as per SIGCo Cyber Insurance Wording v4-21Jul21 but excluding Loss of Hire and/or Earnings (Marine or War) resulting from the Actual, Constructive, Compromised or Arranged Total Loss of the insured vessel.

Loss of Hire and/or Earnings is defined as the loss of income resulting from physical damage to the insured vessel.

Loss of Hire and/or Earnings coverage may be purchased hereunder in addition to Hull and Total Loss Interests coverage with separate Sums Insured and Maximum Aggregate Limit(s) or as a stand alone product.

The declared Daily Sum Insured for each vessel is defined as the lesser of the declared Daily Sum Insured for each vessel under this policy or the Daily Sum Insured for each vessel under the Assureds Loss of Hire and/or Earnings (Marine or War Risks) policy(ies), if any.

The Daily Sum Insured for each vessel is deemed to be a fixed and agreed amount between the Assured and Underwriters.

In the event of a loss hereon indemnification will be on basis chartered or unchartered with the calculation of loss of time stipulated in days, hours and minutes.

Basis of Indemnity is to be determined as follows:

NIL

--------------------------------------------------------------

Clause 3.2. Sum Insured in respect of each Fleet insured hereunder of the Standard terms as per SIGCo Cyber Insurance Wording v4-21Jul21 shall not apply to Loss of Hire and/or Earnings coverage which instead shall be subject to the following provision:

**Maximum Aggregate Limit(s) in respect of each Fleet insured hereunder**

Underwriters' total liability hereunder in respect of all Vessels on the Schedule shall be subject to an aggregate limit of USD **NIL** for the period insured hereunder.

--------------------------------------------------------------

Clause 4. Deductible of the Standard terms as per SIGCo Cyber Insurance Wording v4-21Jul21 shall not apply to Loss of Hire and/or Earnings coverage which instead shall be subject to the following Deductible provision:

**Deductible (applicable to each vessel insured hereunder, any one accident, event or Occurrence):**

NIL times the declared Daily Sum Insured as defined above.



SIGCo Management Services (IoM) Limited is registered as an insurance intermediary for general business by the Isle of Man Financial Services Authority.
Registered Office: Level 2, Samuel Harris House, 5-11 St George's Street, Douglas, Isle of Man, IM1 1AJ. Place of Incorporation: Isle of Man. Company registration number: 016024V.
Cyber Insurance is underwritten by either certain underwriters at Lloyd's or Lloyd's Insurance Company S.A.
Cyber Insurance underwritten by Lloyd's Insurance Company S.A. is fully reinsured by certain underwriters at Lloyd's.
Phone: +44 1624 664095 Email: cyber@sigcogroup.com

**Security Details (Unique Market Reference: B0507FMY2100003 & B0507FMY2100004)**

## 1  Insurer's Liability

### 1.1  Insurer's liability several not joint

The liability of an insurer under this contract is several and not joint with other insurers party to this contract. An insurer is liable only for the proportion of liability it has underwritten. An insurer is not jointly liable for the proportion of liability underwritten by any other insurer. Nor is an insurer otherwise responsible for any liability of any other insurer that may underwrite this contract.

The proportion of liability under this contract underwritten by an insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown next to its stamp. This is subject always to the provision concerning "signing" below.

In the case of a Lloyd's syndicate, each member of the syndicate (rather than the syndicate itself) is an insurer. Each member has underwritten a proportion of the total shown for the syndicate (that total itself being the total of the proportions underwritten by all the members of the syndicate taken together). The liability of each member of the syndicate is several and not joint with other members. A member is liable only for that member's proportion. Nor is any member otherwise responsible for any liability of any other insurer that may underwrite this contract. The business address of each member is Lloyd's, One Lime Street, London EC3M 7HA. The identity of each member of a Lloyd's syndicate and their respective proportion may be obtained by writing to Market Services, Lloyd's, at the above address.

### 1.2  Proportion of liability

Unless there is "signing" (see below), the proportion of liability under this contract underwritten by each insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown next to its stamp and is referred to as its "written line".

Where this contract permits, written lines, or certain written lines, may be adjusted ("signed"). In that case a schedule is to be appended to this contract to show the definitive proportion of liability under this contract underwritten by each insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together). A definitive proportion (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of a Lloyd's syndicate taken together) is referred to as a "signed line". The signed lines shown in the schedule will prevail over the written lines unless a proven error in calculation has occurred.

Although reference is made at various points in this clause to "this contract" in the singular, where the circumstances so require this should be read as a reference to contracts in the plural.

*LMA3333 21 June 2007*

## 2  Security Schedule

This Security Schedule has been prepared by us for your ease of reference to identify the subscribing Underwriters or Insurer and their respective proportions (as a percentage of our order) on the above referenced insurance contract.

In respect of vessels with Regulatory Risk Location of Various – Worldwide in accordance with Lloyd's Licences but excluding Monaco and any territory within the European Economic Area (EEA):

In respect of vessels with Regulatory Risk Location of Monaco and any territory within the European Economic Area (EEA):

Insured with
100% Lloyd's Underwriters (as below)

Insured with
100% Lloyd's Insurance Company S.A. Reinsured by Lloyd's syndicates (as below)

100.0000%

100.0000%

| Percentage | Insurer | Percentage | Insurer |
|---|---|---|---|
| 33.3400% | Lloyd's syndicate 1036 COF | 33.3400% | Lloyd's Insurance Company S.A. 5315 COF. Reinsured by Lloyd's syndicate 1036 COF. |
| 33.3200% | Lloyd's syndicate 0457 MRS | 33.3200% | Lloyd's Insurance Company S.A. 5306 MRS. Reinsured by Lloyd's syndicate 0457 MRS. |
| 17.3900% | Lloyd's syndicate 1686 AXS | 17.3900% | Lloyd's Insurance Company S.A. 5328 AXS. Reinsured by Lloyd's syndicate 1686 AXS. |
| 10.0000% | Lloyd's syndicate 1856 IQU | 10.0000% | Lloyd's Insurance Company S.A. 5330 IQU. Reinsured by Lloyd's syndicate 1856 IQU. |
| 5.9500% | Lloyd's syndicate 1274 AUL | 5.9500% | Lloyd's Insurance Company S.A. 5323 AUL. Reinsured by Lloyd's syndicate 1274 AUL. |

—— End of security details ——



SIGCo Management Services (IoM) Limited is registered as an insurance intermediary for general business by the Isle of Man Financial Services Authority.
Registered Office: Level 2, Samuel Harris House, 5-11 St George's Street, Douglas, Isle of Man, IM1 1AJ. Place of Incorporation: Isle of Man. Company registration number: 016024V.
Cyber Insurance is underwritten by either certain underwriters at Lloyd's or Lloyd's Insurance Company S.A.
Cyber Insurance underwritten by Lloyd's Insurance Company S.A. is fully reinsured by certain underwriters at Lloyd's.
Phone: +44 1624 664095 Email: cyber@sigcogroup.com

**Material Information and Fair Presentation**

We rely on you (the insured) to provide us with the information about your business and the risks to be insured to enable us to arrange insurance to meet your needs. You must ensure that the information provided to us is complete, accurate and discloses all material facts and/or circumstances to enable us to make a "fair presentation" of the business and the risks on your behalf to insurers.

A material fact and/or circumstance is a fact or circumstance that you know, or ought reasonably to know, which would influence any prudent Insurer as to whether to underwrite the policy or the terms and conditions to impose.

A fair presentation is one which:

- Is clear and accessible to insurers
- Discloses all material facts and/or circumstances known to you or which ought reasonably to be known to you
- Discloses anything which is special or unusual about the risk to be insured which includes anything that would make a loss more probable or more severe
- Has been prepared after you have made and documented, a reasonable search for material facts and/or circumstances available to you whether held within your own organisation, or held by any external third party(ies) who may know of material facts and/or circumstances. This will include (but is not limited to) those members of your organisation who play significant roles in your organisation's activities (and/or the specific risks in question).

If you are in any doubt as to what constitutes a material fact and/or circumstance, or a fair presentation, or if you are uncertain about the scope of the reasonable search that you are required to undertake, please discuss with us further. Failure to make a fair presentation may result in the insurer declining your claim, reducing claims, imposing new terms and/or charging additional premium.

**Payment Terms**

In order to meet the premium payment terms set by the subscribing Insurers, the premium needs to be paid to us by no later than the date(s) specified in our Debit Note(s) related to this insurance.

We would ask you to examine this document carefully and if for any reason it is incorrect contact us immediately. We have prepared this document for your ease of reference, to summarise the cover we have arranged. Please note that this document is not authorised by the subscribing Insurers.

Yours faithfully,

For and on behalf of SIGCo

Authorized signatory


SIGCo Management Services (IoM) Limited is registered as an insurance intermediary for general business by the Isle of Man Financial Services Authority.
Registered Office: Level 2, Samuel Harris House, 5-11 St George's Street, Douglas, Isle of Man, IM1 1AJ. Place of Incorporation: Isle of Man. Company registration number: 016024V.
Cyber Insurance is underwritten by either certain underwriters at Lloyd's or Lloyd's Insurance Company S.A.
Cyber Insurance underwritten by Lloyd's Insurance Company S.A. is fully reinsured by certain underwriters at Lloyd's.
Phone: +44 1624 664095 Email: cyber@sigcogroup.com