# Exhibit B

## Stephen Kindseth

| | |
|---|---|
| **From:** | Stephen Kindseth |
| **Sent:** | Monday, September 19, 2022 9:53 AM |
| **To:** | Friedman, Peter |
| **Cc:** | McAllister, Craig; Grossman, Eli A.; Aronsson, Laura S. |
| **Subject:** | Repair Reserve |
| **Attachments:** | Lady May - NHC Conf of Cov 2022.pdf; HK International Fun COE (FDD)-LADY MAY CEO22 - 20960450 20808511 Z 36503_00 28_02_2022 1012359.pdf |

Peter,

I have attached the policy applicable to the fuel pump / engine damage as you requested.

I am working on a proposed order for the repair reserve and should have that to you later today.

Steve


Stephen M. Kindseth, Esq.
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Fl.
Bridgeport, CT 06604
Office: 203-368-4234
Direct: 203-368-5487
Facsimile: 203-549-0903
Email: skindseth@zeislaw.com
Website: www.zeislaw.com


This message, together with its attachments, if any, may contain information that is legally privileged and/or confidential, and is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or of its contents, or any attachments, is strictly prohibited. If you have received this message in error, please notify the original sender immediately by return e-mail or by telephone and delete the message, along with any attachments thereto, from your computer. Thank you.



# HULL INSURANCE

# CONFIRMATION OF COVERAGE

# FOR

# "LADY MAY" & "LADY MAY II"

Howden Sturge
Notebeme House
84 High Street
Southampton
SO14 2NT
023 8022 2666

Howden Sturge is a trading name of Howden Insurance Brokers Limited, part of Howden Group Holdings. Howden Insurance Brokers Limited is authorised and regulated by the Financial Conduct Authority in respect of general insurance business. Registered in England and Wales under company registration number 725875. Registered Office: One Creechurch Place, London, EC3A 5AF. Calls may be monitored and recorded for quality assurance purposes

Notebeme House
84 High Street
Southampton SO14 2NT, UK
T: + 44 (0)2380 222666



25th February 2022

CM/CLP/AJ/GT

### CONFIRMATION OF COVERAGE

| 1. Insurance Broker<br>Howden Sturge<br>Notebeme House, 84 High Street, Southampton, SO14 2NT | 2. Insurer<br>100%  Norwegian Hull Club |
|---|---|
| 3. Unique Market Reference / Policy Number<br>20221979 | 4. Period (§ 1-5)<br>Effective From: 26.02.2022        To: 25.02.2023 |
| 5. Assured<br>HK International Funds Investments (USA) Limited | 6. Co-Assured<br>Yachtzoo LLC and Yachtzoo S.A.R.L. (as Managers) &/or Lady May (a cell of OES PCC Limited) (as Crew Employers) |
| 7. Yacht<br>OYT "LADY MAY"<br>IMO: 1012359 Yard: Feadship<br>Make & Model: Feadship DeVries<br>Built: 2014 Length: 46,2 Meters  Speed: 19 Knots<br>Class: LR | 8. Cruising Limits<br>Mediterranean, European, East Coast of USA and Caribbean Waters: All navigable waters east of 98° west longitude, west of 42° east longitude, North of Equator and always subject to the NMIP 3-15. |
| 9. Crew<br>8 Full Time – 1 US Nationals | 10. Use<br>Private pleasure and corporate entertainment |
| 11. Flag<br>CAYMAN ISLANDS | 12. Total Sum Insured<br>EUR 23,000,000 |
| 13. Hull & Machinery ( § 5-1)<br>Sum Insured:  EUR 18,400,000<br>Deductible:    EUR     100,000 | 14. Increased Value of Hull & Machinery (§7-1)<br>Sum Insured: EUR 4,600,000 |
| 15. Protection & Indemnity (§ 8-1)<br>Sum Insured: NA<br>Deductible:  NA | 16. Medical Payments (§11-5)<br>Sum Insured: EUR 100,000 each and every person, but limited to EUR 500,000 each and every accident.<br>**Excluding Crew Medical**<br>Deductible: EUR 100, but EUR 1,000 for day workers |
| 17. Uninsured Boater Coverage (§11-1)<br>Sum Insured:  EUR 5,000,000<br>Deductible:    EUR        500 | 18. War Risk Coverage (H&M/IV/P&I) (§9-1)<br>Sum Insured H&M:    EUR 18,400,000<br>Sum Insured IV:        EUR   4,600,000<br>Sum Insured P&I:      EUR 23,000,000 |
| 19. Tenders / Dinghies / Personal Watercrafts to be Identified with Yacht<br>2017 Williams 625 diesel jet tender – USD 168,805<br>Novurania 430 TR Rescue Tender - Valued USD 25,000<br>Water toys - Valued USD 5,000<br>3 x Liferafts - Valued USD 5,000 each<br>Diving equipment - Valued USD 2,000<br><br>**Lady May II Tender**<br>Windy Blackbird SR52<br>Value: USD 1,500,000<br>Deductible: EUR 35,000<br>Towing extension deductible whilst under towage.<br>It is further agreed that the tender can be used separately from "Lady May". | 20. Yacht's cash coverage (§11-3)<br>Sum Insured:  EUR 100,000<br>Deductible:    EUR      1,000 |
| | 21. Fine Art (§11-2)<br>NA |
| | 22. Helicopter Clause (§ 11-4)<br>NA |
| | 23. Performance and Cont. Bonus<br>Provided that this insurance is renewed with existing Insurers and subject to there being no claims attaching to this policy, it is agreed that there shall be payable **at expiry** a continuity bonus calculated at **10 per cent** of the current years Gross premium stated by the Insurer, after all adjustments for additional and/or return premiums. |
| Signature<br><br>*A Jacobs* | Premium<br>As Agreed |

*Conditions*

# ENDORSEMENT NO 1:

**NMIP Clause 2-17 Sanction limitation and exclusion**
*This clause shall be paramount and shall override anything contained in this insurance inconsistent therewith.*

No insurer shall be deemed to provide cover and no insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit may expose that insurer or his reinsurers to any sanction whether primary or secondary, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, the United Kingdom, the United States of America, France, the Russian Federation, the People's Republic of China or any State where the insurer or his reinsurers have their registered office or permanent place of business.

In the event of the subject-matter insured having been engaged or engaging in any activity whatsoever that may expose the Insurer or his reinsurers to any sanction whether primary or secondary, prohibition, restriction, law or regulation as described in paragraph 1 above the Insurer shall be entitled to terminate the insurance by giving 14 days' notice. Termination also applies to the rights of the mortgagee, but the Insurer shall immediately notify the mortgagee of the termination.

**MARINE CYBER ENDORSEMENT**
1.  Subject only to paragraph 3 below, in no case shall this insurance cover loss, damage, liability or expense directly or indirectly caused by or contributed to by or arising from the use or operation, as a means for inflicting harm, of any computer, computer system, computer software programme, malicious code, computer virus, computer process or any other electronic system.
2.  Subject to the conditions, limitations and exclusions of the policy to which this clause attaches, the indemnity otherwise recoverable hereunder shall not be prejudiced by the use or operation of any computer, computer system, computer software programme, computer process or any other electronic system, if such use or operation is not as a means for inflicting harm.
3.  Where this clause is endorsed on policies covering risks of war, civil war, revolution, rebellion, insurrection, or civil strife arising therefrom, or any hostile act by or against a belligerent power, or terrorism or any person acting from a political motive, paragraph 1 shall not operate to exclude losses (which would otherwise be covered) arising from the use of any computer, computer system or computer software programme or any other electronic system in the launch and/or guidance system and/or firing mechanism of any weapon or missile.

LMA5403
11 November 2019

**Tax**
All applicable taxes and public fees that become due under this cover shall be paid and settled by the Assured directly with relevant authorities. If the insurer is held liable or jointly liable for any tax or public fee, then the Assured shall indemnify insurers for all direct and consequential losses

**Communicable Disease Exclusion Clause**
For insurance covers subject to the Nordic Marine Insurance Plan of 2013, hereinafter called 'the Plan'. Communicable Disease is an excluded peril under this insurance. This insurance shall not cover any loss incurred where the dominant cause of the casualty was a Communicable Disease, except where the dominant cause of the casualty was an act or omission of a person infected or allegedly infected by such disease. Where Communicable Disease is not the dominant cause, Cl. 2-13 shall apply. In the event of a casualty otherwise caused by an insured peril and giving the assured a right to indemnity, then, to the extent the repair costs are increased by a Communicable Disease, the provisions in the Plan applies unamended. This Clause shall in no circumstances extend the cover under the standard conditions of the Plan. "Communicable Disease" shall mean any disease, known or unknown, which can be transmitted by means of any substance or agent from one organism to another where: a) the substance or agent includes but is not limited to a virus, bacterium, parasite or other organism or any variation or mutation of any of the foregoing, whether deemed living or not, and b) the method of transmission, whether direct or indirect, includes but is not limited to human touch or contact, airborne transmission, bodily fluid transmission, transmission to or from or via any solid object or surface or liquid or gas, and c) the disease, substance or agent may, acting alone or in conjunction with other comorbidities, conditions, genetic susceptibilities, or with the human immune system, cause death, illness or bodily harm or temporarily or permanently impair human physical or mental health or adversely affect the value of or safe use of property of any kind.

**REPAIR, REFIT, ROUTINE MAINTENANCE AND OTHER WORKS**

This insurance ceases to be in effect while the Yacht is at a yard or yard facilities (the Yard) to carry out Major Works. Major Works is defined as:
- Work where the Yacht shall remain at the Yard for more than 120 days, or
- Work where the costs will exceed 15 % of the Total Sum Insured.

For other works (repair, refit, routine maintenance and the like, not falling within the definition of Major Works above), this insurance will remain in force while the Yacht is at the Yard, provided that the following requirements are met at all times, in each case as a condition precedent to Underwriters' liability in respect of any claim for loss or damage, liability or expense arising whilst the Yacht is at the Yard:

1. The Yacht shall not remain at the Yard for more than 120 days;
2. The total of the incurred and anticipated costs of works shall not exceed 15% of the Total Sum Insured;
3. In relation to "Hot Work" (meaning any work that involves burning, welding, cutting, brazing, soldering, grinding, using fire- or spark-producing tools, or other work that produces a source of ignition) the following special safety regulations shall apply regardless of the Yacht being at a Yard or elsewhere:
   a. Yacht safety procedures in accordance with industry standards have been implemented and followed. The procedures should at least set out:
      i. Requirements for a written, detailed work description agreed between all involved parties before Hot Work commences. Relevant Yacht drawings and photos should be attached to the work description; and
      ii. Requirements for the work area to be carefully prepared and isolated before Hot Work commences; and
      iii. Requirements for risks involved to be identified such as risk of fire due to heat transfer to adjacent insulated bulkheads or compartments, fuel tanks/pipes and areas/spaces containing combustible materials or gasses, etc.; and
      iv. Requirements for fire safety precautions, including fire equipment preparations and fire watch at Hot Work area and in adjacent compartments and areas during Hot Work and for at least 4 hours after completing Hot Work; and
      v. Requirements for watch keeping and attending at all times during Hot Work operations by safety officers; also
   b. To the extent possible, the vessel's monitoring and alarm systems shall be kept operative and connected to the watch-keeping officer's duty phone. The watch-keeping officer shall always be present at the Yard (24/7) and, to the extent possible, on board the Yacht; also
   c. If the vessel's monitoring and alarm systems are not operative, a prudent temporary duty roster shall be drawn up and followed on-site, detailing watch rounds on the vessel at all times; also
   d. All monitoring and alarm systems, including Automatic Fire Detection System Sensors, in the work area shall be tested and verified to be in order immediately after any period of Hot Work is completed; also
   e. Hull coating must be protected with a non-flammable material sheet during welding / grinding work.

If any of the above regulations in a.) to e.) have been breached, by the Assured or anyone whose duty it is on behalf of the Assured to comply with the regulations, the insurer shall only be liable to the extent that the loss is not a consequence of the breach, or that the regulation has not been breached through negligence by the assured or anyone whose duty it is on behalf of the assured to comply with the regulation.

**Shipyard's/contractor's contractual liability and insurance:**

It is a condition of this insurance that before any work on the Yacht commences and until all work on the Yacht is completed, the following terms concerning the Yard's/an Assured's contractor's legal liabilities and insurances shall be complied with:

1. The Yard's liability for loss or damage to the Yacht shall not be limited by contract to less than EUR 5.000.000 and the Yard shall maintain valid Ship Repairers Liability insurance in an amount not less than EUR 5.000.000 any one accident or series of accidents arising out of any one occurrence in respect of the Yacht;

2. If lifting operations of the Yacht or Hot Work is to be carried out, the Yard's contractual liability for loss or damage to the Yacht shall not be limited by contract to less than EUR 10.000.000 (or EUR 20.000.000 if the Total Sum Insured of the Yacht is in excess of EUR 50.000.000), and the Yard shall maintain valid Ship Repairers Liability insurance in an amount not less than EUR 10.000.000 (or EUR 20.000.000) any one accident or series of accidents arising out of any one occurrence in respect of the Yacht;

3. Where contractors are hired directly by the Assured, the Contractor's liability for loss or damage to the Yacht shall not be limited by contract to less than EUR 1.000.000 per occurrence and the Contractor shall maintain Liability insurance in an amount not less than EUR 1.000.000 any one accident or series of accidents arising out of any one occurrence in respect of the Yacht.

4. The Assured shall collect a copy of the Yard's or Contractor's Certificate of Insurance before the Yacht enters the yard or any work commences, and the Assured shall maintain the Underwriters' right of subrogation of any claim against the Yard, the Contractors and/or their insurer(s) at all times.

In the event of loss, damage, liability or expense to the Yacht whilst at the Yard and in the event of a breach of any of the terms above, then the insurer's liability shall be reduced by an amount equal to that which the insurer is prevented from collecting due to the difference between the limits required above and the actual limit in place.

**Atlantic Hurricane Season - Named Windstorm Exclusion Clause**

This insurance will not cover loss or damage caused by a Named Windstorm.

A Named Windstorm is defined as any storm or weather disturbance that is named by the U.S. National Oceanic and Atmospheric Administration (NOAA), or the U.S. National Weather Service, or the National Hurricane Center, or any comparable equivalent globally. (http://severe.worldweather.wmo.int/nmhss.html). Named Windstorm also includes storm surge.

This clause is in force between 1st June and 30th November in the area East of 98° West longitude, and West of 55° West longitude, and between the Latitudes 10°N and 37°N. This clause applies to all yachts; it does not apply in the Pacific Ocean.

**Towing extension**

It is duly noted and agreed that cover is extended to include tender whilst under towage, subject to:

- Tracking system installed in the tender
- Camera permanently locked on tender during tow,
- Sufficient towing equipment at all times during tow,
- No coverage for towing when captain leaves a safe port into forecast winds of force 4 or greater,
- Functional beacon to be used during towage at night.

Tender deductible under tow, including total loss:
10% of the tender value whilst being towed within 90 Nautical miles from the nearest Safe Port, otherwise 25%.

**Transport of Yacht**

The insurer is not liable for any loss or damage whilst the Yacht is being transported on land or on board another vessel, including loading and unloading of the Yacht.

**Premium Payment**

Howden Sturge require payment in respect of the 1st instalment within 14 days of inception and the 2nd instalment is due on the 26th August 20221

**Minimum three (3) months premium**
**Cancelling Returns Only (CRO)**

**US TERRORISM RISK INSURANCE ACT CLAUSE (TRIA CLAUSE)**

By accepting this Policy, the Assured(s) and/or Co-assured(s) named herein acknowledge and confirm that (1) coverage for "acts of terrorism" as defined in the US Terrorism Risk Insurance Act of 2002 was made available to the Assured(s) and/or Co-assured(s) named herein; (2) the Assured(s) and/or Co-assured(s) named herein declined to purchase such coverage; and(3) the Assured(s) and/or Co-assured(s) named herein have not paid the Norwegian Hull Club any premium for such coverage.

PART I – General conditions of the Yacht Form

**Chapter 1 – Introductory provision**

§ 1-1    **Definitions**

For the purpose of the Norwegian Yacht Form:

a) The Insurer; means the party who has undertaken to grant insurance under the terms of the Yacht Form,

b) The Assured; means the party named in box 5. In liability insurance under the Yacht Form the Assured shall be amended to include any person, firm, corporation or other legal entity who lawfully may operate the Yacht with the prior permission of the named Assured in box 5, and the captain and crew of the Yacht while acting in their capacity as captain and crew on the Yacht,

c) Increased Value (IV); means the total loss interest of the Assured in the Yacht as identified in box 14,

d) Total Sum Insured; means the total value of the Yacht, which is the combination of the sum insured under Hull and Machinery, box 13, and the Increased Value, box 14, of the Yacht as identified in box 12,

e) The Yacht; means the yacht as described in box 7 and the tenders and/or dinghies and/or personal watercrafts as listed in box 19,

f) The Yacht Form; means the insurance contract with all clauses and provisions of the Norwegian Yacht Form and the box form front page,

g) Safety Regulations; means a rule concerning prevention of loss, issued by public authorities, stipulated in the insurance contract, prescribed by the Insurer pursuant to the insurance contract, or issued by the Classification Society,

h) General Contents; means items including but not limited to wall coverings, tables, beds, chairs, non-navigational equipment, carpets, soft furnishings, dinner services, laundry and the like. Any item of Fine Art is not a part of the General Contents of the Yacht.

i) Personal Effects; means personal belongings and effects brought on board the Yacht including but not limited to clothes, cosmetics and items of adornment,

j) Fine Art; means physical items valued above EUR 20 000, or equivalent in other currency, intended for beauty rather than utility, such as sculptures, paintings and the like. Any item of Fine Art must be declared and specified in an exhaustive list and approved by the Insurer to be covered as an item of Fine Art under the Yacht Form.

§ 1-2    **Insured Value**

The Sum Insured stated on the front page shall be regarded as an agreed insurable value unless otherwise expressly stated.

§ 1-3    **Governing law**

The Yacht Form shall be governed by the laws of the Kingdom of Norway. Part One of the Norwegian Marine Insurance Plan of 1996, Version 2007 or subsequent versions shall be deemed to constitute part of Norwegian Law and be paramount to any conflicting provisions of the Norwegian Insurance Contract Act of 1989.

§ 1-4    **Arbitration and jurisdiction**

Any dispute between the parties concerning the Yacht Form shall be settled with final effect for both parties by Arbitration in Bergen, Norway in accordance with the Norwegian Arbitration Act of 2004.

The parties shall jointly appoint three arbitrators of which at least one shall be a lawyer admitted to practice law in Norway. If the parties fail to agree on the choice of the arbitrators within 14 days from written request for arbitration from either party, each party shall appoint one arbitrator, and the two shall appoint a third arbitrator who shall act as the chairman of the arbitration tribunal.

## § 1-5   Insurance Period

Unless otherwise provided in box 4, the Yacht is insured from 00.00 (GMT) at the date stated in box 4, for twelve (12) months, until 24.00 (GMT) on the day of expiry. Unless otherwise provided, the Insurance Period is not subject to an automatic renewal.

If the Yacht is at sea or in distress or at a port or place of refuge, at the expiry of the Insurance period, as stated in box 4, the Insurance Period shall be extended until the arrival of the Yacht at her destination and her being moored therein twenty four (24) hours in good safety, provided notice is given to the Insurer, and that additional premium is paid pro rata for the extended period.

## § 1-6   Transfer of the insured interest

If there is a change of ownership or management of the Yacht or if the Insured Interest under the Yacht Form is sold, assigned, transferred or pledged without the written prior consent of the Insurer, the insurance shall automatically terminate from the date of such transfer, assignment or pledge.

## Chapter 2 – General Rules

### § 2-1   Perils covered

The Yacht Form covers the Assured against any fortuitous loss of or damage to the Yacht caused by all risks to which the interest is exposed, with the exception of:

a) the perils covered under the War Risk Insurance in accordance with Part V of the Yacht Form,
b) intervention by a State power. A State power is understood to mean individuals or organizations exercising public or supranational authority. Measures taken by a State power for the purpose of averting or limiting damage shall not be regarded as an intervention, provided that the risk of such damage is caused by a peril covered by the insurance against marine perils,
c) insolvency,
d) perils covered by the Institute Extended Radioactive Contamination Exclusion Clause (RACE II).

## § 2-2   Causation / Incidence of loss

The Insurer is liable for loss, damage, expense or liability covered under the Yacht Form proximately caused by an insured incident or casualty which occurred during the period of the insurance.

## § 2-3   Burden of proof

The Assured has to provide evidence that he has suffered a loss covered under the Yacht Form and the extent of the loss.

The Insurer has the burden of proving that the loss is subject to an exception from cover under the Yacht Form unless otherwise provided in the Yacht Form itself or the applicable background law.

### § 2-4    Safety Regulations

If a Safety Regulation has been infringed, the Insurer's liability for any loss or damage to the insured interest is limited to the extent that the Insurer proves that the loss or damage was a consequence of the infringement, and that the Assured was responsible for the infringement.

### § 2-5    Deductible

The deductible stated in its respective box shall apply for each casualty which is covered under the applicable clause.

Where there is a casualty which involves more than one deductible, the largest single deductible shall apply.

Costs incurred in connection with the claims settlement and costs of measures taken to avert or minimise the loss are recoverable without any deductible.

### § 2-6    No racing warranty

The Assured warrants that the Yacht shall not participate in any kind of racing and/or regattas and the like.

### Chapter 3 – Duties of the Assured

### § 3-1    Duty of disclosure

The Assured shall truthfully make a full and complete disclosure of all the circumstances and information requested by the Insurer. If the insurance is entered through a broker the Assured shall also truthfully make a full and complete disclosure in accordance with any proposal form used by the broker.

### § 3-2    Duty to notify and avert or minimise loss

If a casualty threatens to occur or has occurred the Assured shall:

   a) notify the Insurer with all reasonable dispatch after the Assured becomes aware or should have become aware of the incident, and file a proof of loss and interest and / or receipted bills in case of a partial loss, within onehundredandeighty (180) days from date of loss,

   b) promptly report any theft or malicious damage to the police at the port or place where the incident occurred,

   c) do what may be reasonably expected of him in order to avert or minimize the loss, and if possible consult the Insurer before taking action,

   d) provide the Insurer with all the documents required to settle any claim under the Yacht Form.

If the Assured fails to fulfil his duties under this provision, the Insurer shall not be liable for a greater loss than that for which he would have been liable if the duty had been fulfilled.

### § 3-3    Loss of class

At the inception of the insurance the Yacht shall be classed with a classification society approved by the Insurer.

The insurance terminates in the event of loss of class, unless the Insurer explicitly consents to a continuation of the insurance contract.

If the Yacht is under way when the class is lost, the Assured shall be held covered until the Yacht arrives in the nearest port in accordance with the Insurer's instructions.

Loss of class occurs where the Assured, or someone on his behalf, requests that the class be cancelled, or where the class is suspended or withdrawn for other reasons than a casualty.

## § 3-4   Cruising limits

The Yacht shall not proceed beyond the cruising limits referred to in box 8.

The Yacht shall be held covered in case of breach of the cruising limits, provided notice is given to the Insurer before the Yacht proceeds beyond the listed cruising areas in box 8 and any amended terms and any additional premiums required by the Insurer are agreed.

## § 3-5   Manning

The Yacht shall at all times during operation be under command by a qualified master and crewed by qualified personnel in accordance with box 9.

During lay up the supervision of and other safety and security regulations  related to the Yacht shall be approved by the Insurer..

## § 3-6   Fire protection

The Yacht shall at all times have a fully functional fire alarm and fire extinguishing system.

## § 3-7   Illegal activities

The Insurer is not liable for loss which results from the Yacht being used for illegal purposes and/or in connection with illegal activities, unless the Assured neither knew nor ought to have known of the illegal activities at such a time that it would have been possible to intervene.

## § 3-8   Identification

The Insurer may not invoke against the Assured fault or negligence committed by the Yacht's master or crew in connection with their service as seamen.

Fault or negligence, such as misinformation, breach of warranties, fraud and the like committed by any organisation or individual to whom the Assured has delegated decision-making authority concerning functions of material significance for the insurance, may be invoked by the Insurer against the Assured, provided that the fault or negligence occurs in connection with the performance of those functions.

## Chapter 4 – Claims settlement

### § 4-1   Claims control

In the event of an occurrence that may give rise to a claim under the Yacht Form, subject to approval from the Assured, the Insurer is entitled to assume control of the conduct of the response to the occurrence. In any event that may give rise to a claim under the Yacht Form, the Assured is obliged to co-operate with the Insurer in all ways with the investigation, defence and settlement of any loss or damage.

The claims control includes but is not limited to the appointment of a surveyor and/or adjuster, assessment of any repair or replacement work required and negotiation of salvage contracts.

## § 4-2   Claims for damages against third parties

Upon payment to the Assured, the Insurer is subrogated into the rights of the Assured against any third party concerned. If the Insurer is prevented from collecting from the third party because the Assured has waived his right to claim damages, the Insurer's liability shall be reduced by an amount equal to that he is prevented to claim, unless the waiver may be considered customary in the trade or for the contract in question.

### § 4-3    Right of the Insurer to the insured interest upon payment of claim

Upon payment of compensation for damage or total loss, the Insurer is subrogated to the
Assured's right in the insured interest or such parts of the insured interest as the Insurer has
indemnified, unless the Insurer, no later than the time of payment, waives his right.

In the event of a total loss, the Assured shall furnish the Insurer with title to the insured
interest and hand over all documents that are material to the Assured as owner. Costs incurred
in this connection shall be borne by the Insurer.

### § 4-4    Costs related to the claims settlement

In the event of a casualty covered under the Yacht Form the Insurer shall bear the cost of
providing any required financial security.

The Insurer shall bear the cost of litigation costs directly related to casualties and claims
covered under the Yacht Form, except costs of litigation between the Assured and the Insurer.
If the loss or damage is covered under the Yacht Form, the Insurer shall bear the costs of
establishing the loss and calculating the compensation. The Insurer shall also cover the costs
of a surveyor employed by the Assured, provided that the Assured has reasonable grounds to
employ his own surveyor.

### § 4-5    Payment of loss and interest on the compensation

The Insurer shall pay the claim for compensation which is covered under the Yacht Form
within ninety (90) days after satisfactory proof of loss and proof of interest was sent to the
Insurer.

The Assured may claim interest as from one month after the date on which proof of loss was
sent to the Insurer. If the Insurer has to refund the Assured's disbursements, interest accrues
from the date of the disbursement.

The rate of interest is six month NIBOR +2% for insurance contracts in which the sum
insured is stated in Norwegian kroner, and otherwise six month LIBOR + 2%. Interest is
determined as at January 1st of the year the Yacht Form comes into effect at the average rate
for the last two months of the preceding year.

After the due date, cf subparagraph 1, interest on overdue payments accrues according to the
rules in the Act relating to Interest on Overdue Payments of 17 December 1976, section 3,
first subparagraph, if the interest on overdue is higher than the interest determined according
to the rules above.


## PART II – Hull and machinery insurance

### Chapter 5 – The cover

### § 5-1    Liability of the Insurer

This part is only to apply if a Sum Insured is stated in box 13a), in which case the Insurer is
liable up to the Sum Insured for loss or damage caused by any one casualty.

The Insurer is also liable up to an equivalent amount for the costs of measures taken to avert
or minimize loss arising in connection with the casualty.

## § 5-2   Objects insured

The Hull and Machinery Insurance covers:

a) the Yacht, General Contents, engines and machinery and everything connected therewith,

b) equipment on board and spare parts for the Yacht and its equipment, provided that the equipment or spare parts belong to the Assured or have been borrowed, leased or purchased with a vendor's lien or similar encumbrance,

c) bunkers and lubricating oil on board the Yacht.

d) tenders, dinghies, outboards, windsurfers and personal watercraft, as identified in box 19. Replacement and/or additional tenders, dinghies, outboards, windsurfers and personal watercrafts acquired by the Assured during the Insurance Period, provided that the maximum speed is not exceeding 35 knots, shall be included subject to agreement on any additional premium demanded by the Insurer,

e) mopeds and bikes whilst on board the Yacht and/or her tenders including loading and unloading and whilst parked alongside the Yacht.

f) Personal Effects in accordance with § 5-3.

The Hull and Machinery Insurance does not cover:

a) any single item of General Content valued above EUR 20 000, or equivalent in other currency, which must be declared as Fine Art in accordance with § 1-1 (j), cf § 11-4.

## § 5-3   Personal effects

The Hull and Machinery insurance under the Yacht Form is extended to cover the loss of or damage to the Personal Effects of the Assured, and/or the Assured's family, the beneficial owner of the Assured and his family, whilst on board and/or in close vicinity of the Yacht. This cover is limited to an aggregate maximum of EUR 100.000.

This extension of cover excludes any loss or damage arising from;

a) wear and tear, gradual deterioration, damp, mould, mildew, vermin,

b) breakage of articles of a brittle nature, unless caused by damage to the Yacht or a forcible and violent entry to the Yacht by thieves or burglars,

c) loss of cash, currency, banknotes, travelers cheques or similar securities.

This insurance shall also cover the loss of or damage to the Personal Effects of guests of the Assured and charterers of the Yacht up to a sum of EUR 10.000 for any single item. Any single item in excess of EUR 10.000 must be declared and agreed by the Insurers.

The Personal Effects cover is also extended to include crew's personal effects subject to a maximum total value insured of EUR 10,000 per capita, and maximum up to a sum of EUR 5.000 for any single item.

The Personal Effects clause does not cover any loss or damage which at the time of the occurrence of such loss or damage is insured by or would, but for the existence of this Policy, be insured by any other existing policy or policies except in respect of any excess beyond the amount which would have been payable under such other policy or policies had this insurance not been effected.

The Insurer will not under any circumstances cover the mysterious disappearance of any Personal Effects item.

## § 5-4   Equipment temporarily removed from the Yacht

The Yacht Form also covers objects referred to in § 5-2, subparagraph 1, which are temporarily removed from the Yacht in connection with the running of the Yacht or on account of repairs, reconstruction or similar work, provided that the objects are intended to be put back on board.

## § 5-5    Separate deductible

If any electronic, communication and or navigation equipment which is a part of the Yacht is
damaged and the claim is recoverable under the Yacht Form, the deductible for each casualty
shall be EUR 5000 or the equivalent in any other currency at the time of the casualty.
For each claim for General Contents or tenders, cf..§ 5-2 (a) and (d) and or Personal Effects,
cf . § 5-3, the deductible shall be EUR 500 or 1% of the claimed amount, whichever is the
greater.

## § 5-6    Cost of inspection after grounding

The reasonable cost of inspection of the bottom of the Yacht after grounding, even if no
damage is found, is covered by the Insurer without the application of any deductible.

## § 5-7    Crew accommodation and travel expenses during repairs

Subject to prior approval by the Insurer, the reasonable additional expenses in respect of crew
are covered under the hull and machinery section of the Yacht Form, in respect of the
following:

a) The necessary hotel and accommodation expenses whilst the Yacht is under repair.
b) The necessary transportation costs as a direct result of the Yacht being under repair
under the Yacht Form.

The Insurers' liability under this clause is limited to 1% of the Sum Insured stated in box 13
a), without the application of the deductible stated in box 13 b).

## § 5-8    Replacement equipment

In the event of a total loss of tenders, dinghies and personal watercrafts as listed in box 19, the
cost of hiring in reasonable replacement equipment for a period up to 60 days is shall be
covered by the Insurer.

## Chapter 6 – Loss of or damage to the Yacht

### § 6-1    Compensation for loss or damage

If the Yacht has been damaged without the rules relating to total loss being applicable, the
Insurer is liable for the costs of repairing the damage or replacing any lost equipment in such
a manner that the Yacht is restored to the condition it was prior to the occurrence of the
damage.
The Insurer's liability is without deduction for age and use – new for old – except with
respect to sails and covers of canvas or the like, where the Insurer's liability is limited to the
reasonable cost of repairs or a reasonable value.
The Insurers' liability arises as and when the repair costs are incurred.

### § 6-2    Total loss

The Assured may claim compensation for total loss if the Yacht is lost without any prospect
of recovery or damaged beyond repair and the Assured is prepared to transfer the right to the
wreck to the Insurer.
In the event of a total loss or a constructive total loss no deductibles shall apply.
No deductions shall be made in the claims adjustment for unrepaired damage sustained by the
Yacht in connection with an earlier casualty..
The exceptions contained in §§ 6-6 and 6-7 shall not apply to any claim for total loss unless
caused by want of due diligence by the Assured.

### § 6-3    Constructive total loss

The Assured may claim compensation for a total loss if the Yacht shall be considered a
constructive total loss.

The Yacht shall be considered to be a constructive total loss when casualty damage is so extensive that the cost of repairing the Yacht will exceed the hull and machinery value of the vessel, as stated in box 13 a).

In ascertaining whether the Yacht is a constructive total loss, the insured value shall be taken as the repaired value and nothing in respect of the damaged or break-up value of the Yacht or wreck shall be taken into account.

The exceptions contained in §§ 6-6 and 6-7 shall not apply to any claim for Constructive Total Loss unless caused by want on due diligence by the Assured.

### § 6-4   Repairs of a Yacht that is a constructive total loss

If a Yacht is repaired despite the fact that the conditions for a constructive total loss are met, the Insurer's liability is limited to the Sum Insured, as stated in box 13a), but with the deduction of the value of the wreck.

### § 6-5   Removal of Yacht

If the Assured has requested that the Yacht is a constructive total loss, the Insurer may demand a removal of the Yacht to a place where the damage may be properly surveyed

The Insurer shall bear the costs of the removal and the liability for any loss arising during or as a consequence of the removal which is not covered by other insurers.

### § 6-6   Inadequate maintenance, etc.

The Insurer is not liable for costs incurred in renewing or repairing part or parts which were in a defective condition as a result of wear and tear, corrosion, rot, osmosis, electrolysis, blistering, inadequate maintenance and the like.

### § 6-7   Error in design

The Insurer is not liable for costs incurred in remedying an error in design or construction or any cost or expense incurred by reason of betterment or alteration in design or construction.

### § 6-8   Deferred repairs

If the repairs have not been carried out within five years after the damage was discovered, the Insurer is not liable for any increase in the cost of the work that is incurred later.

### § 6-9   Invitations to tender

In the event of a claim, the Insurer is entitled to demand that tenders are obtained from the repair yards of his choice. If the Assured does not obtain such tenders, the Insurer may do so. The tenders received shall, for the purpose of comparison, be adjusted by the costs of removal being added to the tender amount.

The Assured decides which yard shall be used, but the Insurer's liability for the costs of repairs and removal is limited to an amount corresponding to the lowest adjusted tender.

### § 6-10  Survey of damage

Before any damage is repaired, it shall be surveyed by a representative of the Assured and a representative of the Insurer.

The representatives shall submit survey reports, in which they describe the damage and state their opinions as regards the probable cause of each individual item of damage, the time of its occurrence and the costs of repair.

If one of the parties so requires, the representatives shall, before the damage is repaired, submit preliminary reports in which they give an approximate estimate of the costs of repairs.

If there is disagreement between the representative of the Assured and the representative of the Insurer, the parties may appoint an umpire who shall give a reasoned opinion of the questions submitted to him. If the parties cannot agree on the choice of an umpire, he shall be appointed by a Norwegian average adjuster.

Neither the Assured nor the Insurer may petition for a judicial or other legal valuation of the damage, unless this is required by the laws of the relevant country.

If the Assured, without compelling reasons, has the Yacht repaired without any survey being held or without notifying the Insurer of such survey, he has, in addition to the burden of proof under § 2-3, the burden of proving that the damage is not attributable to causes not covered by the insurance.


## PART III – Separate total loss insurance

### Chapter 7 – Increased Value insurance

### § 7-1    Liability of the Insurer

This chapter is only to apply if a Sum Insured is stated in box 14a), in which case the Insurer are liable for the Sum Insured for a total loss or a constructive total loss in accordance with the rules contained in the Yacht Form §§ 6-2 and 6-3.

Costs incurred by measures taken to avert or minimize the loss is only recoverable within the limits provided in § 5-1.

The exceptions contained in §§ 6-6 and 6-7 shall not apply to any claim for Increased Value unless caused by want of due diligence by the Assured.


## PART IV - Protection and indemnity insurance

### Chapter 8 – Rules of Protection & Indemnity Insurance

### § 8-1    Liability of the Insurer

This chapter is only to apply if a Sum Insured is stated in box 15a), in which case the Insurer is liable up to the Sum Insured for each casualty or series of casualties arising out of the same event.

The Insurer shall cover the named liabilities in this chapter of the Yacht Form imposed on the Assured and arising in connection with the operation of the Yacht in the Assured's capacity as owner and/or manager of the Yacht.

This insurance excludes any amounts recoverable under the "Assureds" separate Hull and Machinery Insurance.

The Insurer is not liable for:
   a)  any fine, penalty or assessment against the Assured or Yacht issued by any national, state or local government,
   b)  any liability assumed by the Assured under any contract, unless specifically endorsed hereon.


### § 8-2    Collision, running down and fixed and floating objects liability

The Insurer shall cover the liability imposed on the Assured for loss which is a result of collision or striking by the Yacht, its accessories, equipment or by a tug used by the Yacht. Any claims under this clause shall be settled under the principle of cross liabilities.


### § 8-3    Personal injury

The Insurer shall cover the liability imposed on the Assured for the loss of life, illness, bodily injury, liability for salvage awards for the saving of life and the like.

### § 8-4   Wreck removal

The Insurer shall cover the liability imposed on the Assured for the removal of the bunkers of the Yacht, a hazard or obstruction to navigation caused by the Yacht and the marking or lighting of the wreck of the Yacht, provided that the liability for the removal is required by law or by any order or direction of any authorized governmental agency or authority.

### § 8-5   Pollution to the marine environment

The Insurer shall cover the liability (excluding fines) imposed on the Assured as the result of discharge, dispersal, release or escape of oil, fuel, chemicals; waste chemicals or other pollutants.
The Insurer shall cover the liability for fines imposed on the sudden and accidental discharge, dispersal, release or escape of oil, fuel, chemicals; waste chemicals or other pollutants.

### § 8-6   Search and rescue

The Insurance shall cover the liability imposed on the Assured in respect of any search and rescue operation conducted in respect of the Yacht, its owners, crew, guests or charterers, provided that the operation is under the direction of a governmental agency or authority including but not limited to any Coastguard or Navy organization.

### § 8-7 Certificates

If so required, the Insurer will issue certificates of insurance pursuant to Italian Law 21/12/69, Greek Law 2743/1999, Spanish Law Royal Decree 607/1999 and the required "Blue Card" in accordance with the practice of the International Convention on Civil Liability for Bunker Oil Pollution Damage 2001.


## PART V – War Risks Insurance

### Chapter 9 – Rules of war risks insurance

### § 9-1   Liability of the Insurer

Part V of the Yacht Form is only to apply if an amount is stated in box 18, in which case the Insurer's maximum liability under this chapter is limited to the amount so stated for each casualty.

### § 9-2   Perils covered

Subject to the terms and conditions of the Yacht Form, this insurance is extended to cover any fortuitous loss of or damage to the Yacht caused by:

a) war or war-like conditions, or the use of arms or other implements of war in the course of military exercises in peacetime or in guarding against infringements of neutrality,

b) capture at sea, expropriation, confiscation and other similar interventions by a foreign State power. Foreign State power is understood to mean any State power other than the State power in the Yacht's State of Registration or in the State where the major ownership interests are located, as well as organizations and individuals who unlawfully purport to exercise public or supranational authority. Requisition for ownership or use by a State power shall not be regarded as an intervention,

c) riots, strikes, lockout, sabotage, acts of terrorism and the like,

d) piracy and mutiny,

e) measures taken by a State power to avert or limit damage, provided that the risk of such damage is caused by a peril referred to in letters a) – d).

The Insurance does not cover;
   a) Insolvency,
   b) perils covered by the Institute Extended Radioactive Contamination Exclusion Clause
      (RACE II) clause:

   a. ionising radiations from or contamination by radioactivity from any nuclear
      fuel or from any nuclear waste or from the combustion of nuclear fuel,

   b. the radioactive, toxic, explosive or other hazardous or contaminating properties
      of any nuclear installation, reactor or other nuclear assembly or nuclear
      component thereof,

   c. any weapon or device employing atomic or nuclear fission and/or fusion or
      other like reaction or radioactive force or matter,

   d. the radioactive, toxic, explosive or other hazardous or contaminating properties
      of any radioactive matter. The exclusion in this sub-clause does not extend to
      radioactive isotopes, other than nuclear fuel, when such isotopes are being
      prepared, carried, stored, or used for commercial, agricultural, medical,
      scientific or other similar peaceful purposes.

   e. any chemical, biological, bio-chemical, or electromagnetic weapon

## § 9-3   Losses covered
Chapter 9 of the Yacht Form covers:
   a) Total loss, Constructive Total Loss and damage, in accordance with chapter 6,
   b) Increased Value, in accordance with chapter 7,
   c) Protection and Indemnity liability in accordance with chapter 8,
   d) any applicable additional cover in accordance with part VI of the Yacht Form,

## § 9-4 Safety Regulations related to the war risks insurance
During the Insurance Period the Insurer, by means of Safety Regulations, may issue inter alia
instructions that the Yacht:
   a) shall not embark on a planned voyage or complete a voyage in progress,
   b) shall or shall not follow a certain itinerary,
   c) shall deviate, be moved from one port to another, or remain in a specific port,
   d) shall or shall not comply with orders issued by a foreign state power,
In the event of an infringement of a stipulated safety regulation § 2-4 shall apply
correspondingly.

## § 9-5 Cruising limits related to the war risks insurance
The cruising limits of the Yacht are also subject to the JWC Hull War, Strikes, Terrorism and
Related Perils Listed Areas applicable at the relevant time.
The Yacht shall be held covered in case of breach of the cruising limits, provided notice is
given to the Insurer immediately after receipt of advices and any amended terms and any
additional premiums required by the Insurer are agreed.

### § 9-6   Intervention by State power, piracy and blocking and trapping
If the Assured has been deprived of the Yacht by an intervention of a foreign State power, or if
the Yacht is prevented from leaving a port or a similar limited area due to blocking, or the Yacht
has been captured by pirates or taken away by similar unlawful interventions, the Assured may
claim for a total loss, if the Yacht has not been released within twelve months after the day the
intervention, capture or obstruction occurred.

### Chapter 10 –Termination of the war risk insurance
### § 10-1  War between major powers
The insurance against war risks shall automatically terminate in the event of war or war-like
conditions breaking out between any of the following states;
    a)  The United Kingdom,
    b)  The United States of America,
    c)  France,
    d)  The Russian Federation,
    e)  The People's Republic of China.

### § 10-2  Use of nuclear arms for war purposes
In the event of any use of nuclear arms for war purposes, the war risk insurance shall
automatically terminate.

### § 10-3 Cancellation
In the event of a change of risk, both parties of the Yacht Form are entitled to cancel the
insurance by giving seven days notice. Cancellation also applies to the rights of the mortgagee,
but the insurer shall immediately notify the mortgagee of the cancellation.


PART VI – Additional clauses:

### Chapter 11 – Additional cover
### § 11-1  Uninsured boater coverage
This clause is only to apply if an amount is stated in box 17a), in which case the Insurer's
maximum liability under this clause is limited to the amount so stated.
Subject to the terms and conditions of the Yacht Form, this insurance is extended to cover bodily
injury received on board the Yacht, provided that the Assured is legally entitled to recover from
a vessel to whom no liability policies apply, or if the vessel or operator cannot be identified..
This clause will not cover;
    a)  claims settled without the written consent of the Insurer, or
    b)  if the uninsured vessel is owned by a governmental office or unit, or
    c)  uninsured yachts owned by or furnished for the regular use of the Assured, a member of
       the Assured's immediate family, or any person insured by this policy, or
    d)  an insured using the Yacht without permission, or
    e)  where no evidence of physical contact exists between the Yacht and the unidentified
       vessel.

### § 11-2  Fine art
This clause is only to apply if an amount is stated in box 21a), in which case the Insurers'
maximum liability under this clause is limited to the amount so stated.

Subject to the terms and conditions of the Yacht Form, this insurance is extended to cover the loss of or damage to the items declared as Fine Art whilst on board the Yacht, provided that the Fine Art item is safely stored on board the Yacht.

If the Fine Art item is damaged beyond repair, and the Assured is compensated for the loss, the Insurer shall be entitled to subrogate into the rights of the Assured to the damaged Fine Art item. If a Fine Art item consists of a pair or set, and one piece of the pair or set is damaged beyond repair, the Assured is entitled to be compensated for the full value of the pair or set.

If the Assured has been compensated the full value of the pair or set, the insurer shall be entitled to subrogate into the rights of the Assured to the pair or set with the damaged piece.

The Insurer will not under any circumstances cover any mysterious disappearance for any item for Fine Art.

## § 11-3  Yacht's cash

This clause is only to apply if an amount is stated in box 20a), in which case the Insurers' maximum liability under this clause is limited to the amount so stated.

Subject to the terms and conditions of the Yacht Form, this insurance is extended to cover Yacht's cash whilst on board and in a locked safe(s), subject to a maximum value at any one time as stated in box 20a), provided that the coverage is limited to theft following a forcible and violent entry into the safe(s).

Provided that the Yacht's cash is in close custody of at least two crew members/ employees of the Assured whilst in transit, the insurance is extended to cover the Yacht's cash from collection and until redeposited at the local bank and/or Yacht agent's office at the Yacht's port(s) of call and until safely stored in a locked safe on board the Yacht.

This clause does not provide cover under any circumstances for any mysterious disappearance of Yacht's cash.

## § 11-4  Helicopter clause

This clause is only to apply if so stated in box 22, in which case the Assured without prejudice to any of his cover under the Yacht Form and provided the Yacht is equipped with a suitable heli-deck enabling safe mooring of the helicopter may allow helicopters to be based onboard during navigation within the cruising limits as stated in box 8. Helicopters may also land, take off, re-fuel, de-fuel and/or make deliveries at sea provided that the recommendations and procedures contained in the ISM and LY2 code or other similar procedures expressly approved by the Insurer are complied with.

This insurance shall not be prejudiced by any terms of contracts concerning the use of helicopters entered into by the Assured limiting or exempting the owners and/or operators of the helicopters from any liability for damage to the Yacht and/or loss of life or injury to the crew, passengers, guests or other people onboard the Yacht or anybody being transported with helicopters for embarkation or disembarkation of the Yacht.

If an amount is stated in box 15 a), the insurance is extended to cover in accordance with Chapter 8 of the Yacht Form the Assured's liabilities to the crew, passengers, guests or other people whilst embarking or disembarking the Yacht by means of helicopters. This insurance shall under no circumstances cover the Assured's liability for loss or damage to helicopters or any loss of life or injury to pilots or crew of helicopters.

The Assured and/or the Insurer of the Yacht renounce all rights of subrogation against owners and/or operators and/or insurers of helicopters in the event of loss or damage to the Yacht caused by the helicopter, provided that the owners and/or operators and/or insurers of helicopters renounce all rights of subrogation against the Assured and/or the Insurer of the Yacht in the event of damage to the helicopter caused by the vessel.

## § 11-5 Medical payments

This clause is only to apply if an amount is stated in box 16a), in which case the Insurers' maximum liability under this clause is limited to the amount so stated for each and every casualty.

Subject to the terms and conditions of the Yacht Form, this insurance is extended to cover the reasonable expense of necessary medical, surgical, ambulance, hospital and professional nursing services the captain, crew, owners and guests of the Yacht sustain as a result of bodily injury, bodily harm, sickness and disease that arise in connection with the Yacht insured hereunder.

The insurance shall apply for the crew whilst under employment on the Yacht whether onboard or on shore.

If a bodily injury, illness or accident covered hereunder should necessitate repatriation of the individual covered under this clause, the Insurers will indemnify the Assured in respect of:

    a) the reasonable cost of the repatriation provided that a qualified medical practitioner certifies that the covered individual is disabled in excess of 4 weeks, certifies that repatriation is the appropriate treatment during the Insurance Period and that the covered individual is unable to sail with the Yacht at the expected date of departure.

    b) Reasonable travel and accommodation expenses for one relative or friend who is required on written medical advice to travel to, remain with or escort the covered individual if he/she becomes severely incapacitated during the Insurance Period.

In the event of death resulting from an injury or illness covered hereunder, the reasonable funeral expenses incurred within one year after the accident are covered.

The Medical Insurance does not cover;

    a) any person;

        1. To or for whom benefits are payable under any Workmen's Compensation or under any Federal Longshoremen's and Harbor Workers Compensation Act;

        2. Who is trespassing in or upon or boarding or leaving the Yacht;

    b) Cosmetic or plastic surgery unless necessitated by an injury covered hereunder,

    c) Dental examinations and general dental care,

    d) All claims arising from physical or mental conditions or disabilities of a recurring or chronic nature from which the covered individual suffered and was known to suffer prior to the inception of this insurance.

    e) Any pre-existing condition of a chronic nature, unless a immediate emergency treatment is needed as a result of an acute condition that was not a foreseeable result of the pre-existing condition.

The Medical Payments Clause does not cover any loss or damage which at the time of the occurrence of such loss or damage is insured by or would, but for the existence of this Policy, be insured by any other existing policy or policies, or covered by national Compensation Act, except in respect of any excess beyond the amount which would have been payable under such other policy or policies had this insurance not been effected.



# Certificate
# of cover

## LADY MAY

Policy No. 20960450
Freight, Demurrage & Defence Cover
Yachts

Period of Cover: 28 February 2022 to 27 February 2023



Assuranceforening Skuld (Gjensidig) UK Branch, 40 Lime Street, London EC3M7AW, United Kingdom
Emergency no +4795292200

Policy No. 20960450

Freight, Demurrage & Defence Cover
Yachts

This is to certify that:

Assured

HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC

HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC                Registered Owner

Have been registered with Skuld in respect of the following Yacht :

| | |
|---|---|
| Name: | **LADY MAY** |
| Flag: | Cayman Islands |
| Port of Registry: | George Town (Cayman Is) |
| IMO: | 1012359 |
| Year of Build: | 2014 |
| GT: | 406 |

Period of Cover: 28 February 2022 to 27 February 2023

*This Certificate of Cover is evidence only of the contract of Indemnity Cover between the above Assured and Skuld and shall not be construed as evidence of any undertaking, financial or otherwise, on the part of Skuld to any other party.*

*In the event that the Assured tenders this Certificate of Cover as evidence of cover under any applicable law relating to financial responsibility, or otherwise shows or offers it to any other party as evidence of cover, such use of this Certificate by the Assured is not to be taken as any indication that Skuld thereby consents to act as guarantor or to be sued directly in any jurisdiction whatsoever. Skuld does not so consent.*

*The cover provided by Skuld for the vessel is governed by Skuld's Defence Terms & Conditions for Yachts and Statutes applicable at the commencement of the period of cover stated above, except to the extent that they are modified by the special terms set out below.*

*Insurance tax may be applicable in various jurisdictions. In accordance with the Terms & Conditions, the Assured shall pay Skuld the amount of any tax or duty relating to premiums or other sums paid or payable that Skuld is or may become liable for.*

London, 25 February 2022                Page    1 of 2

Assuranceforeningen Skuld (Gjensidig) UK Branch is the UK branch of Assuranceforeningen Skuld (Gjensidig) and is registered
at Companies House with Branch Number BR020659 and Company Number FC035574. Assuranceforeningen Skuld



Policy No.: **20960450**

## Limit

The limit under this cover is USD 250,000 per dispute.

Otherwise as per Skuld's Defence Terms & Conditions for Yachts.

## General Conditions

As per Skuld's Defence Terms & Conditions for Yachts.

## Cover Exclusions

As per Skuld's Defence Terms & Conditions for Yachts.

## Deductibles

In accordance with Clause 5 of the Skuld's Defence Terms & Conditions for Yachts, however:

**FDD deductible**

EUR 4,000 per dispute

Ståle L. Hansen

President and Chief Executive Officer

London, 25 February 2022                    Page    2  of  2

Assuranceforeningen Skuld (Gjensidig) UK Branch is the UK branch of Assuranceforeningen Skuld (Gjensidig) and is registered at Companies House with Branch Number BR020659 and Company Number FC035574. Assuranceforeningen Skuld