UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
                                    :
In re:                              :    Chapter 11
                                    :
HO WAN KWOK, *et al.*,[1]           :    Case No. 22-50073 (JAM)
                                    :
        Debtor.                     :    (Jointly Administered)
---------------------------------------------------------x

**SUPPLEMENTAL NOTICE OF FILING OF OBJECTION TO
PROOF OF CLAIM NUMBER 3-1 FILED BY QIANG GUO**

**PLEASE TAKE NOTICE** that, on March 31, 2023, Genever Holdings LLC ("Genever (US)"), one of the Debtors in the above-captioned chapter 11 cases ("Chapter 11 Cases"), filed an objection (the "Objection"), seeking entry of an order, disallowing proof of claim number 3-1 (the "Disputed Claim") filed by Qiang Guo against Genever (US).

**PLEASE TAKE FURTHER NOTICE** that, the Disputed Claim is filed under the Genever (US) registry and therefore the Objection was filed in the Genever (US) case No. 22-50592 as Docket No. 251.

| | | |
|---|---|---|
| Dated: | April 3, 2023<br>New Haven, Connecticut | GENEVER HOLDINGS LLC |
| | | By: */s/ Douglass Barron*<br>    Avram E. Luft (admitted *pro hac vice*)<br>    Douglass Barron (admitted *pro hac vice*)<br>    PAUL HASTINGS LLP<br>    200 Park Avenue<br>    New York, New York 10166<br>    (212) 318-6079 |

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

aviluft@paulhastings.com
douglassbarron@paulhastings.com

*and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Genever* Holdings *LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                   :
In re:                                       :         Chapter 11
                                                   :
HO WAN KWOK, *et al.*,[1]          :         Case No. 22-50073 (JAM)
                                                   :
           Debtor.                      :         (Jointly Administered)
---------------------------------------------------------x

The undersigned hereby certifies that on April 3, 2023, the foregoing Notice, and all exhibits and attachments thereto, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned Chapter 11 Cases by operation of the Court's electronic filing ("CM/ECF") system. Parties may access this filing through the Court's CM/ECF system.

Dated:    April 3, 2023
             New Haven, Connecticut

                                      By: */s/ Douglass Barron*
                                           Avram E. Luft (admitted *pro hac vice*)
                                           Douglass Barron (admitted *pro hac vice*)
                                           PAUL HASTINGS LLP
                                           200 Park Avenue
                                           New York, New York 10166
                                           (212) 318-6079
                                           aviluft@paulhastings.com
                                           douglassbarron@paulhastings.com

                                              *and*

                                           Nicholas A. Bassett (admitted *pro hac vice*)
                                           PAUL HASTINGS LLP
                                           2050 M Street NW
                                           Washington, D.C., 20036

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Genever* Holdings *LLC*