Christopher J. Major, Esq.
Austin D. Kim, Esq.
**MEISTER SEELIG & FEIN PLLC**
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
Email: cjm@msf-law.com
      adk@msf-law.com

*Attorneys for Hing Chi Ngok and*
*Greenwich Land, LLC*

UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
|    HO WAN KWOK, *et al.*, | ) Case No. 22-50073 (JAM) <br> ) |
|             Debtors. | ) (Jointly Administered) <br> ) |

<strong><u>NOTICE OF APPEARANCE</u></strong>

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for interested parties **Hing Chi Ngok** and **Greenwich Land, LLC** (collectively "**Interested Parties**") in the above-captioned case, and pursuant to Bankruptcy Rules 2002, 7005, 9007 and 9010, and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the offices set forth below:

        Christopher J. Major
        **MEISTER SEELIG & FEIN PLLC**
        125 Park Avenue, 7th Floor
        New York, New York 10017
        Telephone: (212) 655-3500
        Facsimile: (212) 655-3535
        Email: cjm@msf-law.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applicant, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtor(s) or property of the Debtor(s).

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of Interested Parties' rights, without limitation: (1) to have final orders entered only after *de novo* review by a District Court Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and/or (4) to any other rights, claims, actions, setoffs or recoupments to which Interested Parties are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Interested Parties expressly reserve.

Dated: New York, New York
April 4, 2023

Respectfully submitted,

**Hing Chi Ngok** and **Greenwich Land, LLC**

By:   */s/ Christopher J. Major*
    Christopher J. Major

**Certification of Service**

I hereby certify that on April 4, 2023 a copy of the within Notice of Appearance will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Christopher J. Major*
Christopher J. Major