UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>    Debtor. | Chapter 11<br><br>Case No: 22-50073 (JAM) |
| HO WAN KWOK,<br><br>    Movant,<br><br>v.<br><br>LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE<br><br>    Respondent. | |

**NOTICE OF WITHDRAWAL OF**
**MOTION FOR ORDER REMOVING TRUSTEE**

Ho Wan Kwok (the "Debtor') hereby withdraws his Motion For Order Removing Trustee (Doc. No. 1274, the "Motion"). The Motion is withdrawn without prejudice to the Debtor's right to file a motion to remove the Trustee in the future.

Dated at Bridgeport, Connecticut on this 5th day of April, 2023.

            **THE DEBTOR,**
            **HO WAN KWOK**

            */s/ Eric Henzy*
            Eric Henzy (ct12849)
            Aaron A. Romney (ct28144)
            James M. Moriarty (ct21876)
            John L. Cesaroni (ct29309)
            10 Middle Street, 15th Floor
            Bridgeport, Connecticut 06604
            Telephone: (203) 368-4234
            Facsimile: (203) 368-5487
            Email: ehenzy@zeislaw.com

aromney@zeislaw.com
Jmoriarty@zeislaw.com
jcesaroni@zeislaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>        Debtor. | Chapter 11<br><br>Case No: 22-50073 (JAM) |
| HO WAN KWOK,<br><br>        Movant,<br><br>v.<br><br>LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE<br><br>        Respondent. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of April, 2023, the foregoing Notice of Withdrawal of Motion for Order Removing Trustee was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice ofElectronic Filing. Parties may access this filing through the Court's CM/ECF System.

        **THE DEBTOR,**
        **HO WAN KWOK**

        */s/ Eric Henzy*
        Eric Henzy (ct12849)
        10 Middle Street, 15th Floor
        Bridgeport, Connecticut 06604
        Telephone: (203) 368-4234
        Facsimile: (203) 368-5487
        Email: ehenzy@zeislaw.com