UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------x
                                        :
In re:                                  :    Chapter 11
                                        :
HO WAN KWOK, *et al.*,[1]               :    Case No. 22-50073 (JAM)
                                        :
    Debtors.                            :    Jointly Administered
                                        :
---------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF GEORGE WESTON IN SUPPORT OF RETENTION AND EMPLOYMENT OF HARNEY WESTWOOD AND RIEGELS LP, AS BRITISH VIRGIN ISLANDS COUNSEL TO THE CHAPTER 11 TRUSTEE AND GENEVER HOLDINGS CORPORATION**

I, George Weston, being duly sworn, do depose and say:

1.  I submit this declaration (the "Second Supplemental Declaration") to supplement (a) the declaration of Andrew Thorp submitted to the Court on August 31, 2022 [Docket No. 807-2] by Andrew Thorp (the "Initial Declaration"),[2] (b) the declaration of Andrew Thorp submitted to the Court on September 2, 2022 [Docket No. 815] (the "First Supplemental Declaration"), and (c) the declaration of George Weston submitted to the Court on December 16, 2022 [Docket No. 1247-1] (the "Weston Declaration" and, together with the Initial Declaration and the First Supplemental Declaration, the "Prior Declarations"), and in further support of the Chapter 11 Trustee's and Genever Holdings Corporations' ("Genever (BVI)") applications to employ Harney Westwood and Riegels LP ("Harneys Legal") as BVI counsel. I hereby

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Initial Declaration.

supplement the Prior Declarations with respect to Harneys Legal appointment as BVI counsel to the Trustee and Genever (BVI) as follows:

2. Subsequent to Harneys Legal appointment as BVI counsel, and upon review of the updated schedule of parties in interest (the "Interested Parties"), a copy of which is attached hereto as **Schedule 1**, I had Harneys Legal's conflicts team perform additional conflicts checks on all Interested Parties. Based on the results of the additional conflicts checks, I believe neither Harneys Legal nor any of its attorneys, including me, has any connections (as that term is used in Bankruptcy Rule 2014), with any of the Interested Parties, except as previously disclosed in the Prior Declarations and except as follows:

   a. Based on information now in the public domain and the similarity to names of certain Interested Parties, I believe there is a significant possibility that G Fashion International Limited and G Club International Limited (together, the "G International Entities") are corporate entities connected to Ho Wan Kwok (the "Individual Debtor"), although I cannot conclusively determine that they are linked to the Individual Debtor. Harneys Legal provided limited corporate advice relating to the G International Entities prior to becoming aware of the potential connection to the Individual Debtor on or about March 16, 2023, and after an internal investigation immediately thereafter ended its business relationship with the G International Entities.

   b. While we are not able to give full details of the work performed for the G International Entities given we have obligations of confidentiality notwithstanding the termination of our business relationship, by way of summary:

i. We were instructed by a US law firm who were acting on behalf of a third party entity which was itself providing services to G Fashions Limited. Our client was not G Fashion International Limited, but was the third party entity. We drafted an agreement governed by BVI law, and resolutions approving the agreement. The first instruction was on 22 November 2022 and the work was completed in January 2023. We incurred less than US$2,000 in fees. We have not been paid for this engagement, and will not seek payment.

ii. We were approached on behalf of G Clubs International Limited by a BVI service provider on 30 January 2023. We provided advice on compliance with BVI economic substance requirements on a certain fact pattern for an agreed fee of less than US$2,000. That work was not complete at the time of stopping work. We have not been paid for this engagement, and will not seek payment.

iii. We were provided documentation as to the beneficial owner behind the G International Entities which did not show the owner being the Individual Debtor (under any of his known aliases) or any of his family members. Due to the fact the G International Entities did not exactly match the names on the interested parties list, and due to the information we were supplied suggesting a different UBO behind those entities, our conflicts checks did not identify at the time of commencing work that these entities might be linked to Kwok.

3

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 6, 2023, at London, United Kingdom

/s/
George Weston

**SCHEDULE 1**

## SCHEDULE OF PARTIES IN INTEREST – IN RE KWOK

### 20 LARGEST UNSECURED CREDITORS

PACIFIC ALLIANCE ASIA OPPORTUNITY
GOLDEN SPRING NEW YORK
RUI MA
CHENG JIAN WU JIAN SHE
NING YE
GUO BAOSHENG
YAN LAN & WU ZHENG
HONG QI QU
NAN TONG SI JIAN
JIAN GONG
YAN ZHAO
YUA HUA ZHUANG SHI
LIEHONG ZHUANG/XIAO YAN ZHU
WEICAN MENG/BOXUN INC.
SAMUEL NUNBERG
LAMP CAPITAL LLC
JUN CHEN AKA JONATHAN HO
YUE HUA ZHU SHI
XIONG XIAN WEI YE
HUIZEN WANG

### DEBTOR, FAMILY MEMBERS, AND CERTAIN RELATED ENTITIES

HO WAN KWOK (A.K.A MILES GWOK, MILES GUO AND WENGUI GUO)
HING CH NGOK/YUE QINGZHI
QIANG GUO
MEI GUO/MEI GUI
HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC
BRAVO LUCK LIMITED
GENEVER HOLDINGS CORPORATION
GENEVER HOLDINGS LLC

### BANKRUPTCY JUDGE AND U.S. TRUSTEE PERSONNEL

HONORABLE JULIE A. MANNING
WILLIAM HARRINGTON
KIM L. MCCABE
HOLLEY CLAIBORN
JOSEPH H. FLAMINI
ERIN HOGAN
STEVEN MACKEY
FRANK MARINO
JENNIFER J. MOREY
NICOLE NEELY
SHARON WARNER
JOHN GERVAIS

**OTHER INTERESTED PARTIES**

7 NOD HILL LLC,
7 STAR EAST NY LLC
AAGV LIMITED
ABRAMS FENSTERMAN, LLP
ACA CAPITAL GROUP LIMITED
ACA INVESTMENT FUND
ACA INVESTMENT MANAGEMENT LTD.
ACASS CANADA LTD.
ACE DECADE HOLDINGS LIMITED
AI GROUP HOLDINGS INC.,
AIG PROPERTY CASUALTY COMPANY
AKERMAN LLP
ALEX HADJICHARALAMBOUS
ALFA GLOBAL VENTURES LIMITED
ALFONSO GLOBAL LIMITED
ALLIED CAPITAL GLOBAL LIMITED
ALPINE FIDUCIARIES SA
AMAZON WEB SERVICES LLC
AMAZON.COM INC.
AN HONG
ANDREW SULNER/FORENSIC DOCUMENT EXAMINATIONS, LLC
ANTHONY DIBATTISTA
ANTON DEVELOPMENT LIMITED
APPLE INC.
APSLEY YACHTS LIMITED
ARETHUSA FORSYTH
ARI CASPER
ASSETS SINO LIMITED
AUSPICIOUS COAST LIMITED
BAIQIAO TANG A/K/A TANG BAIQIAO
BAKER HOSTETLER LLP
BANK OF AMERICA
BANK OF CHINA – NEW YORK BRANCH AND/OR BANK OF CHINA LIMITED
BARCLAYS BANK PLC
BEIJING BI HAI GE LIN YUAN LIN LU HUA, LTD.
BEIJING CHENG JIAN WU JIAN SHE GROUP, LTD.
BEIJING FU LE HONG MA JIAN ZHU ZHUANG SHI GONG CHENG, LTD.
BEIJING PANGU INVESTMENT CO.
BEIJING ZENITH HOLDINGS CO.
BEIJING ZHONG XIAN WEI YE STAINLESS DECORATION CENTER
BERKELEY ROWE
BERNARDO ENRIQUEZ
BINGSHANG JIAO
BLUE CAPITAL
BNY MELLON, N.A.
BOIES SCHILLER
BOOMING SAIL NEW YORK LLC
BOXUN INC.
BRANCH
BRENT PETRO INC.

BROWN HARRIS STEVENS
BROWN RUDNICK, LLP
BSA STRATEGIC FUND I
BURNETTE SHUTT AND MCDANIEL PA
CAHILL GORDON & REINDEL LLP
CAPITAL ONE BANK
CAPITAL ONE, NA
CHAO-CHIH CHIU
CHARMOY & CHARMOY LLC
CHASE BANK
CHENGLONG WANG
CHIESA SHAHINIAN & GIANTOMASI PC
CHINA GOLDEN SPRING GROUP (HONG KONG) LIMITED
CHONG SHEN RAPHANELLA
CHRISTODOULOS G. VASSILIADES & CO. LLC
CHUANG XIN LTD.
CITIBANK
CLARK HILL PLC
CLAYMAN & ROSENBERG LLP
CLAYMAN ROSENBERG KIRSHNER & LINDER LLP
COHN BIRNBAUM & SHEA P.C.
COUNSEL PRESS INC.
CRANE ADVISORY GROUP LLC
CREATIVE APEX INVESTMENTS LIMITED
CRYSTAL BREEZE INVESTMENTS LIMITED
CUI ZHU LI
DANIEL PODHASKIE
DANIEL S. ALTER
DANYU LIN
DAVID FALLON
DAWN STATE LIMITED
DBS BANK LTD.
DELTEC BANK & TRUST LIMITED
DIME COMMUNITY BANK
DING G. WANG A/K/A DINGGANG WANG
DONGNA FANG
DWF LLP
EASTERN PROFIT CORPORATION LIMITED
EDUARDO EURNEKIAN
EHSAN MASUD
ELITE WELL GLOBAL LIMITED
ELLIOTT KWOK LEVINE & JAROSLAW LLP
EMILE P DE NEREE
EMPIRE GROWTH HOLDINGS
ENGINEERING OPERATIONS AND CERTIFICATION SERVICES, LLC
EPIQ CORPORATE RESTRUCTURING, LLC
ERIC GOLDSMITH MD, LLC
FAN BINGBING
FIONA YU
FIRST ABU DHABI BANK
FIRST REPUBLIC BANK
FIRSTBANK PUERTO RICO

FORBES HARE
FREEDOM MEDIA VENTURES LTD
FUNGWAN TRADING INC.
G CLUB OPERATIONS LLC
G CLUB US OPERATIONS INC.
G CLUB US OPERATIONS LLC
G FASHION LLC
G FASHION US OPERATIONS INC.
G LIVE, LLC
G NEWS LLC,
G TRANSLATORS PTY LTD
GANFER SHORE LEEDS & ZAUDERER
GAO BINGCHEN
GBROADCAST, LLC
G-CLUB
G-CLUB INVESTMENTS LIMITED
G-EDU INC.
GETTR USA
GFASHION MEDIA GROUP INC.
GFNY, INC
GINNEL ASSOCIATES, INC. (D/B/A GINNEL REAL ESTATE)
GLENN MELLOR
GLOBALIST INTERNATIONAL LIMITED
GMUSIC,
GNEWS LLC,
GNEWS MEDIA GROUP INC.,
GOLDFARB & HUCK ROTH RIOJAS, PLLC
GPOSTS LLC
GREENBERG TRAURIG, LLP
GREENWICH LAND LLC
G-TRANSLATORS PTY LTD
GTV MEDIA GROUP, INC.,
GUO LIJIE
GUO MEDIA
GUO WENOUN
GUO WENPING
GUY PETRILLO
HAIHONG WANG
HAILING SHENG
HAMILTON CAPITAL HOLDINGS INC
HAMILTON M&A FUND SP
HAMILTON OPPORTUNITY FUND SPC
HAN CHUNGUANG
HAO HAIDONG
HARCUS PARKER LTD.
HARNEY WESTWOOD AND RIEGELS LP
HCHK PROPERTY MANAGEMENT, INC.
HCHK TECHNOLOGIES, INC.
HCHK TECHNOLOGIES, LLC
HE BEI YUE HUA ZHUANG SHI GONG CHENG LTD.
HEAD WIN GROUP LIMITED
HELEN MANIS

4

HENAN YUDA  
HERBERT SMITH FREEHILLS NEW YORK LLP  
HERO GRAND LIMITED  
HHS CAPITAL INC.  
HIBERNIA NATIONAL BANK  
HIMALAYA EMBASSY  
HIMALAYA EXCHANGE  
HIMALAYA FEDERAL RESERVE  
HIMALAYA INTERNATIONAL CLEARING LTD.  
HIMALAYA INTERNATIONAL FINANCIAL GROUP LTD  
HIMALAYA INTERNATIONAL PAYMENTS LTD.  
HIMALAYA INTERNATIONAL RESERVES LTD.  
HIMALAYA INVESTMENT LLC  
HIMALAYA NEW WORLD INC.  
HIMALAYA SUPERVISORY ORGANIZATION  
HIMALAYA VENTURES LLC  
HING CH NGOK  
HODGSON RUSS  
HONG KONG INTERNATIONAL FUNDS INVESTMENTS LIMITED  
HONG QI QU JIAN SHE GROUP, LTD.  
HONG ZENG  
HSBC  
HSBC BANK USA  
HUDSON DIAMOND HOLDING INC.  
HUDSON DIAMOND HOLDING LLC  
HUDSON DIAMOND LLC  
HUDSON DIAMOND NY LLC  
HUK TRADING INC.  
INFINITE INCREASE LIMITED  
INFINITUM DEVELOPMENTS LIMITED  
INFINITY TREASURY MANAGEMENT INC.  
INSIGHT CAPITAL  
INSIGHT PHOENIX FUND  
ISRAEL DISCOUNT BANK OF NEW YORK  
IVEY, BARNUM & O'MARA LLC  
JACK S. LIPSON  
JAMES PIZZARUSO  
JANOVER LLC  
JASON MILLER  
JENNER & BLOCK LLP  
JENNIFER MERCURIO  
JESSE BROWN  
JESSICA MASTROGIOVANNI  
JIA LI WANG  
JIA YANG LI  
JIAMEI LU  
JIAMING LIU  
JIAN FAN  
JIANG SU PROVINCE JIAN GONG GROUP LTD BEIJING BRANCH  
JIANG YUNFU BE  
JIANHU YI  
JIANSHENGXIE AND JIEFU ZHENG

JING GENG
JOHN S LAU
JONATHAN YOUNG
JPMORGAN CHASE BANK, N.A.
JUMBO CENTURY LIMITED
JUN LIU
JUNE SHI
KAIXIN HONG
KARIN MAISTRELLO
KATHLEEN SLOANE
KERCSMAR FELTUS & COLLINS PLLC
KEYI ZIKLIE
KUI CHENG
KYLE BASS
LALIVE SA
LAO JIANG
LAW FIRM OF CALLARI PARTNERS, LLC
LAW OFFICE OF RICHARD E. SIGNORELLI
LAWALL & MITCHELL, LLC
LAZARE POTTER GIACOVAS & MOYLE
LEADING SHINE LIMITED
LEADING SHINE NY LTD
LEE CHU
LEE VARTAN
LEXINGTON PROPERTY AND STAFFING INC.
LIBERTY JET MANAGEMENT
LIEHONG ZHUANG
LIHONG "SARA" WEI LAFRENZ
LIHONG WEI LAFRENZ (AKA SARA WEI)
LINDA HE CHEUNG
LOGAN CHENG (F/K/A SHUIYAN CHENG)
LONG GATE LIMITED
M&T BANK
MACARON LIMITED
MACDONALD
MANUFACTURERS AND TRADERS TRUST COMPANY (D/B/A M & T BANK)
MAR-A-LAGO
MARCUM LLP
MARTHA JEFFERY
MARY DOWDLE (A/K/A MUFFIN DOWDLE)
MARY JIANG
MAUNAKAI CAPITAL
MAX KRASNER
MAYWIND TRADING LLC
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
MEDICAL SUPPLY SYSTEM INTERNATIONAL LLC
MEDICI BANK INTERNATIONAL LLC
MELISSA FRANCIS
MELISSA MENDEZ
MERCANTILE BANK INTERNATIONAL CORP.
MERCANTILE GLOBAL HOLDINGS, INC.
METROPOLITAN COMMERCIAL BANK AND/OR METROPOLITAN BANK HOLDING CORP.

MILES GUO
MILES GWOK
MIN YANG
MOA-FU
MORITT HOCK & HAMROFF
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
MURTHA CULLINA LLP
NADEEM AKBAR
NATIONAL AUSTRALIA BANK LIMITED
NEW DYNAMIC DEVELOPMENT LIMITED
NEW FEDERAL STATE OF CHINA
NEW TREASURE LLC
NEW YORK MOS HIMALAYA LLC
NEXT TYCOON INVESTMENTS LIMITED
NOBLE FAME GLOBAL LIMITED
NOVELTY HILL LTD.
NRT NEW ENGLAND LLC (D/B/A COLDWELL BANKER RESIDENTIAL BROKERAGE)
NYC DEPT OF FINANCE
O'MELVENY & MYERS LLP
O'NEAL WEBSTER
OASIS TECH LTD
OGIER
OPEN BANK
PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.
PAUL WEISS
PETRILLO KLEIN & BOXER LLP
PHILLIPS NIZER LLP
PHOENIX CREW IC LIMITED
PILLSBURY WINTHROP SHAW PITTMAN LLP
PIXSHOW FILM INC.
PRIME TRUST LLC
PULLMAN & COMLEY, LLC
QING "SERENA" CAI
QIQHUA FAN
QIU YU
QU GUOJIAO
QUIJU JIA
RAICH ENDE MALTER CO. LLP (AKA RAICH ENDE MALTER & COMPANY)
RANDAZZA LEGAL GROUP, PLLC
RBB BANCORP AND/OR ROYAL BUSINESS BANK
REDFIN CORPORATION
ROBINSON & COLE LLP
RONG ZHANG
ROSCALITAR2
ROSS HEINEMEYER
ROY D. SIMON
RUIZHENG AN
RULE OF LAW FOUNDATION III
RULE OF LAW SOCIETY IV INC
RUQUIN WANG
SAIL VICTORY LIMITED
SAMUEL DAN NUNBERG

SANTANDER BANK, N. A.
SARA WEI (A/K/A LIHONG WEI LAFRENZ)
SARACA MEDIA GROUP, INC.,
SCHULMAN BHATTACHARYA, LLC
SEACOAST NATIONAL BANK
SELAS MONTBRIAL AVOCATS
SEVEN MISSION GROUP LLC
SHANE D SHOOK
SHAPIRO ARATO BACH LLP
SHERRY-NETHERLAND, INC.
SHI JIA ZHUANG ZHEN YUAN JIAN ZHU AN ZHUANG GONG CHENG LTD BEJING FIRST
SHINY ACE INNOVATION CO LTD
SHINY ACE LIMITED
SHINY TIMES LTD.
SHIPMAN, SHAIKEN & SCHWEFEL, LLC
SHUANG WANG
SIGNATURE BANK
SILVERGATE BANK
SIRIUS NETWORKING INC.
SOTHEBY'S INTERNATIONAL REALTY
SOTHEBY'S INTERNATIONAL REALTY AFFILIATES LLC
SPIRIT CHARTER INVESTMENT LIMITED
SPOTIFY TECHNOLOGY S.A.
SPOTIFY USA, INC.
STANDARD CHARTERED BANK
STARLING BANK LTD
STEPHEN WONG
STEVE BANNON,
STEVENSON WONG
STOKES LAWRENCE, PS
STRATEGIC VISION LLC
TALHA ZOBAIR
TD BANK, N.A.
TELI CHEN
THE BANK OF PRINCETON
THE CASPER FIRM
THE FIRST BANK OF GREENWICH
THE FRANCIS FIRM PLLC
THE LAW OFFICES OF RAFAEL A. VARGAS
THE SHERRY-NETHERLAND HOTEL
THOMAS RAGLAND
THREE TREASURE LLC
TM PRIMROSE LIMITED
TONG LE INTERNATIIONAL TRADING CO., LTD.
TROUTMAN PEPPER HAMILTON SANDERS LLP
TROY LAW PLLC
U.S. BANK NATIONAL ASSOCIATION
U.S. LEGAL SUPPORT, INC.
UBS AG
UBS AG (LONDON BRANCH)
UK HIMALAYA LTD.
UNA MANYEE WILKINSON

UNITEDLEX
UPDIKE, KELLY & SPELLACY P.C.
US HIMALAYA CAPITAL INC.
US HIMALAYA LTD.
VERDOLINO & LOWEY
VERITEXT
VOICE OF GUO MEDIA, INC.
VX CERDA & ASSOCIATES
WA&HF LLC
WARD & BERRY, PLLC
WARREN LAW GROUP
WEICAN ("WATSON") MENG
WEIGUO SUN
WEIXIANG GE
WELL ORIGIN LTD.
WEN LIN
WENCONG WANG
WENG
WHITECROFT SHORE LIMITED
WHITMAN BREED ABBOTT & MORGAN LLC
WILLIAM BRADLEY WENDEL
WILLIAM GERTZ
WILLIAM JE (JE KIN MING)
WILLIAMS & CONNOLLY
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
WORLD CENTURY LIMITED,
WORLDWIDE OPPORTUNITY HOLDINGS LIMITED
WU ZHENG
XIAO YAN ZHU
XIAODAN WANG
XINGYU YAN
XIQUI ("BOB") FU
YA LI
YACHTZOO SARL
YAN GAO
YAN HUANG
YANG LAN
YANKWITT LLP
YANPING WANG
YAZ QINGUA
YELIANG XIA
YI LI
YING LIU
YOUTUBE, LLC
YUE HUA ZHU SHI
YUNXIA WU
YVETTE WANG
ZEICHNER ELLMAN & KRAUSE LLP
ZEISLER & ZEISLER, P.C.
ZHANG WEI
ZHENG WU (A/K/A BRUNO WA)
ZHENGJUN DONG

ZHIZHE "FRANK" DONG
ZIBA LIMITED