**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
:
In re:                                    :          Chapter 11
:
HO WAN KWOK, *et al.*,[1]                  :          Case No. 22-50073 (JAM)
:
Debtor.                   :          (Jointly Administered)
-------------------------------------------------------x

## NOTICE REGARDING SERVICE OF OBJECTION TO PROOF OF CLAIM FILED BY QIANG GUO

**PLEASE TAKE NOTICE** that, on March 31, 2023, Genever Holdings LLC ("Genever (US)"), one of the Debtors in the above-captioned chapter 11 cases ("Chapter 11 Cases"), filed an objection and a Connecticut Local Form 420B notice of objection to claim (together, the "Objection") [Case No. 22-50592, Docket No. 251], seeking entry of an order disallowing proof of claim number 3-1 (the "Disputed Claim") filed by Qiang Guo against Genever (US).

**PLEASE TAKE FURTHER NOTICE** that, the certificate of service attached to the Objection, also dated March 31, 2023, establishes that the Objection was served on Qiang Guo at the address listed as his notice address on the Disputed Claim form: Berkeley Rowe,[2] Marble Arch Park House, 116 Park St., Mayfair, London UK W1K 6SS.  Service on this address was

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]   As the Court will recall, a Berkeley Rowe solicitor, Leonard Scudder, recently tried to testify in support of Mei Guo and HK International Funds Investments (USA) Limited, LLC ("HK USA") in connection with the adversary proceeding commenced by HK USA with respect to the Lady May.

sufficient pursuant to Federal Rule of Bankruptcy Procedure 3007(a)(2)(A)[3] and Local Rule of

Bankruptcy Procedure 3007-1(b),[4] and Genever (US) reserves all its rights in connection

therewith.

      **PLEASE TAKE FURTHER NOTICE** that, on April 3, 2023, Genever (US) filed a

supplemental notice regarding the Objection on the docket of the Kwok chapter 11 case [Case

No. 22-50073, Docket No. 1630].

      **PLEASE TAKE FURTHER NOTICE** that, out of an abundance of caution, and based

on information indicating that, subsequent to the filing of the Disputed Claim, Berkeley Rowe

had changed its registered address to 5 Merchant Square London W2 1AY, United Kingdom,[5]

the Objection was also served on Berkeley Rowe at 5 Merchant Square London W2 1AY, United

Kingdom, by UPS on April 4, 2023, and by hand delivery on April 5, 2023.  The related

certificates of services are attached hereto as **Exhibit 1** and **Exhibit 2.**

      **PLEASE TAKE FURTHER NOTICE** that, Mr. Francis J. Lawall is counsel to Bravo

Luck Limited (an entity purportedly 100% owned by Qiang Guo) in connection with the Chapter

11 Cases.  Mr. Lawall filed a notice of appearance in the Chapter 11 Cases on January 9, 2023

[Case No. 22-50073, Docket No. 1306].  Previously, when Mr. Lawall was asked whether he

was authorized to accept service on behalf of Qiang Guo in connection with adversary

proceeding number 22-05027 (*Despins et al v. Bravo Luck Limited et al.*), Mr. Lawall stated that

he did not represent Qiang Guo.

---

[3]   Requiring service of a claim objection on "the person most recently designated on the claimant's original or amended proof of claim as the person to receive notices, at the address so indicated."

[4]   Requiring service of claim objection on "the claimant at the address provided on the proof of claim."

[5]   Such change of address was not reflected in any amended proof of claim or other notification filed with the Court.

Dated:    April 7, 2023                    GENEVER HOLDINGS LLC
          New York, New York

                                           By: */s/ Douglass Barron*_____
                                                Avram E. Luft (admitted *pro hac vice*)
                                                Douglass Barron (admitted *pro hac vice*)
                                                PAUL HASTINGS LLP
                                                200 Park Avenue
                                                New York, New York 10166
                                                (212) 318-6079
                                                aviluft@paulhastings.com
                                                douglassbarron@paulhastings.com

                                                     *and*

                                                Nicholas A. Bassett (admitted *pro hac vice*)
                                                PAUL HASTINGS LLP
                                                2050 M Street NW
                                                Washington, D.C., 20036
                                                (202) 551-1902
                                                nicholasbassett@paulhastings.com

                                                     *and*

                                                Douglas S. Skalka (ct00616)
                                                Patrick R. Linsey (ct29437)
                                                NEUBERT, PEPE & MONTEITH, P.C.
                                                195 Church Street, 13th Floor
                                                New Haven, Connecticut 06510
                                                (203) 781-2847
                                                dskalka@npmlaw.com
                                                plinsey@npmlaw.com

                                                *Counsel for Genever* Holdings *LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
:
In re:                                                  :          Chapter 11
                                                        :
HO WAN KWOK, *et al.*,[1]                               :          Case No. 22-50073 (JAM)
                                                        :
                  Debtor.                               :          (Jointly Administered)
-------------------------------------------------------x

The undersigned hereby certifies that on April 7, 2023, the foregoing Notice, and all

exhibits and attachments thereto, was electronically filed.  Notice of this filing was sent by e-

mail to all parties to the above-captioned Chapter 11 Cases by operation of the Court's electronic

filing ("CM/ECF") system.  Parties may access this filing through the Court's CM/ECF system.

Dated:      April 7, 2023
            New York, New York

                                    By: */s/ Douglass Barron*
                                        Avram E. Luft (admitted *pro hac vice*)
                                        Douglass Barron (admitted *pro hac vice*)
                                        PAUL HASTINGS LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 318-6079
                                        aviluft@paulhastings.com
                                        douglassbarron@paulhastings.com

                                        *and*

                                        Nicholas A. Bassett (admitted *pro hac vice*)
                                        PAUL HASTINGS LLP
                                        2050 M Street NW
                                        Washington, D.C., 20036

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
       Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings
       LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address
       for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park
       Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes
       of notices and communications).

(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Genever* Holdings *LLC*

**Exhibit 1**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

```
-------------------------------------------------------x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
HO WAN KWOK, et al.,[1]                                :    Case No. 22-50073 (JAM)
                                                       :
            Debtors.                                   :    (Jointly Administered)
                                                       :
-------------------------------------------------------x
```

## <u>CERTIFICATE OF SERVICE</u>

I, Douglass E. Barron, hereby certify that I am over the age of eighteen years old and employed

by Paul Hastings LLP and that on April 4, 2023; I caused to be served the following document

by sending a true and correct copy by United Postal Service (UPS) on Berkeley Rowe Limited, 5

Merchant Square, London, United Kingdom, W2 1AY.

- Objection to Proof of Claim Number 3-1 filed by Qiang Guo [Case No. 22-50592, Docket No. 251].


Dated: April 7, 2023

/s/ Douglass E. Barron
Douglass E. Barron

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit 2**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                 :

In re:                              :    Chapter 11
                                 :

HO WAN KWOK, *et al.*,[1]       :    Case No. 22-50073 (JAM)
                                 :

                Debtors.    :    (Jointly Administered)
                                 :

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 5, 2023, he personally served a copy of the attached claim objection to Qiang Guo c/o Berkeley Rowe Limited, via hand delivery to the registered address of Berkeley Rowe Limited at 5 Merchant Square London W2 1AY, and (i) the documents were delivered at 14:43 and (ii) hand delivered to Sarah-Jane (Assistant Facilities Manager), with the recipient declining to provide a surname.

. Dated: April 6, 2023

London, United Kingdom

By: *Ajay Agarwal*

Name:    Ajay Agarwal

Business    Paul Hastings (Europe) LLP
Address:    100 Bishopsgate
             London, EC2N 4AG
             United Kingdom

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re: | Ho Wan Kwok; Genever Holdings LLC; Genever Holdings Corporation (Jointly Administered)

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*
Debtor(s)

Case No. : | 22-50073

Chapter: | 11

## NOTICE OF OBJECTION TO CLAIM

| Claim No: | Claimant: |
| --- | --- |
| 3-1 | Qiang Guo |

Genever Holdings LLC has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

[**Note to Objecting Party**: You must choose a response date that is at least thirty (30) days after the date the Objection to Claim is filed, unless otherwise ordered.]

If you do not want the Court to eliminate or change your claim, then on or before

**May 1, 2023**

you or your lawyer must file with the Court a written response to the objection, explaining your position.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. Your response should be mailed to:

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard, Bridgeport CT 06604

Connecticut Local Form 420B (Notice of Objection to Claim)                                                                03/2023

| In re: | Ho Wan Kwok; Genever Holdings LLC; Genever Holdings Corporation (Jointly Administered) | Case No. : | 22-50073 |
| | *[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]* | Chapter: | 11 |
| | Debtor(s) | | |

A copy of your response should also be mailed to:

Douglass Barron, Esq., Paul Hastings LLP, 200 Park Ave., New York, NY 10166

(Objector and Objector's attorney, if applicable, name and address)

(Names and addresses of others to be served)

       If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

Date: March 31, 2023

Signature: /s/ Douglass Barron

Name: Douglass Barron

Address: Paul Hastings LLP
200 Park Ave
New York, NY 10166

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

-------------------------------------------------------x
                                  :

In re:                            :     Chapter 11
                                  :

HO WAN KWOK, *et al.*,[1]    :     Case No. 22-50073 (JAM)
                                  :

        Debtors.         :     (Jointly Administered)
                                  :

-------------------------------------------------------x

## <u>OBJECTION TO PROOF OF CLAIM NUMBER 3-1 FILED BY QIANG GUO</u>

Genever Holdings LLC ("<u>Genever (US)</u>"), one of the Debtors in the above-captioned

chapter 11 cases ("<u>Chapter 11 Cases</u>"), files this objection (the "<u>Objection</u>"), seeking entry of an

order, substantially in the form attached hereto as **<u>Exhibit 1</u>** (the "<u>Proposed Order</u>"), disallowing

proof of claim number 3-1 (the "<u>Disputed Claim</u>") filed by Qiang Guo against Genever (US).  In

support of this Objection, Genever (US) respectfully represents as follows:[2]

## <u>JURISDICTION AND VENUE</u>

1.       This Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 157

and 1334 and the *Standing Order of Reference* from the United States District Court for the

District of Connecticut.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2.       Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    A copy of the Disputed Claim is attached hereto as **<u>Exhibit 2</u>**.

3.     The statutory predicates for the relief requested herein are in sections 105 and 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

### RELIEF REQUESTED

4.     By this Objection, Genever (US) seeks entry of an order, substantially in the form of the Proposed Order attached hereto, disallowing and expunging the Disputed Claim.

### BACKGROUND

#### A.  Commencement of Chapter 11 Cases

5.     On October 12, 2020, Genever (US) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "SDNY Bankruptcy Court"), thereby commencing case number 20-12411 (JLG) (the "SDNY Bankruptcy Case").

6.     No chapter 11 trustee or examiner was appointed in the SDNY Bankruptcy Case.

7.     Genever (US) is an LLC whose sole member is Genever Holdings Corporation ("Genever BVI").  On February 15, 2022, Ho Wan Kwok (the "Individual Debtor"), holder of 100% of the shares of Genever BVI and father of Qiang Guo, filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court.

8.     On June 15, 2022, the Court entered an order directing the United States Trustee to appoint a trustee in the chapter 11 case of the Individual Debtor (the "Trustee Order") [Docket No. 465].

9.     On July 7, 2022, the United States Trustee filed the notice and application with respect to the appointment of Luc A. Despins as the chapter 11 trustee (the "Trustee") in the Individual Debtor's case pursuant to section 1104(d) of the Bankruptcy Code.  [Docket No. 515].

2

10.     On July 8, 2022, the Bankruptcy Court entered an order granting the appointment of the Trustee in the Individual Debtor's case.  [Docket No. 523].

11.     On August 10, 2022, the Court entered an order (the "Corporate Governance Order")  [Docket No. 717] confirming the Trustee's economic and governance rights with respect to entities controlled by the Individual Debtor, including Genever BVI and Genever (US), providing, among other things:

> [T]he Trustee holds all of the [Individual] Debtor's economic and governance rights, for the benefit of the Estate, with respect to all [Individual] Debtor-Controlled Entities, including, without limitation, Genever (BVI).  For the avoidance of doubt, the foregoing rights include the Trustee's asserted authority to replace any existing officer, director, manager, or similar person of the [Individual] Debtor-Controlled Entities.  As part of the foregoing, to the extent necessary, the Trustee is authorized to act, in his capacity as the chapter 11 trustee in this Chapter 11 Case, as any such officer, director, manager, or similar person who has been removed.

Corporate Governance Order ¶ 2.

12.     On September 30, 2022, the Trustee and Genever (US) filed the joint motion to transfer venue of Genever (US)'s chapter 11 case to this Court [Docket No. 211 in Case No. 20-12411 (JLG)] (the "Venue Transfer Motion").  By order dated November 3, 2022, the SDNY Bankruptcy Court granted the Venue Transfer Motion.

13.     On October 11, 2022, Genever (BVI) filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court.

14.     No trustee or official committee of unsecured creditors has been appointed in Genever (BVI)'s chapter 11 case.

15.     October 14, 2022, the Court entered an order granting joint administration of the Individual Debtor's chapter 11 case and Genever (BVI)'s chapter 11 case [Docket No. 970].

16. On November 21, 2022, this Court entered an order approving the joint administration of the chapter 11 cases of the Individual Debtor, Genever (BVI), and Genever (US) [Docket No. 1141].

**B. The Apartment and Disputed Claim**

17. On March 6, 2015, Genever (US) purchased 3,050 shares of stock in Sherry-Netherland, Inc. (the "Sherry-Netherland") and entered into those certain proprietary leases, as lessee, with the Sherry-Netherland, as lessor, for apartment units 1801, 719 and 2219 (collectively, the "Apartment") located at 781 Fifth Avenue, New York, New York 10022, appurtenant to the shares of stock.

18. On March 5, 2021, Bravo Luck Limited ("Bravo Luck"), an entity allegedly owned by Qiang Guo, the Individual Debtor's son, filed a proof of claim in the SDNY Bankruptcy Case asserting, among other things, that it is the beneficial owner of the Apartment by virtue of a purported trust agreement dated February 17, 2015 (the "Purported Trust Agreement").[3] In the alternative, Bravo Luck asserted a general unsecured claim against Genever (US) for $76,296,746.85 based on payments alleged to have been made in connection with the purchase the Apartment and related expenses, $13,306,005.00 of which were allegedly paid by Qiang Guo personally.[4]

19. Also on March 5, 2021, Qiang Guo filed the Disputed Claim asserting a general unsecured claim for the reimbursement of the $13,306,005.00 purportedly paid by Qiang Guo

---

[3] The Trustee has commenced adversary proceedings challenging the Purported Trust Agreement (Consolidated Adv. Proc. No. 22-05027). Genever (US) does not seek a determination as to Bravo Luck's purported beneficial interest in the Apartment pursuant to this claim objection.

[4] In his adversary proceedings challenging the Purported Trust Agreement, the Trustee asserts, among other things, that these funds, whether purported to be paid by Bravo Luck or Qiang Guo, in reality belonged to the Individual Debtor.

4

personally with respect to the Apartment.[5]  The Disputed Claim is asserted on a contingent basis,

in the event that (a) Bravo Luck is determined not to own the Apartment, and (b) the funds

purportedly paid by Qiang Guo personally do not give rise to a claim by Bravo Luck.

## BASIS FOR RELIEF

### A. Legal Standard

20.     Section 502(a) of the Bankruptcy Code provides that "[a] claim or interest, proof

of which is filed under section 501 of this title, is deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a).  Additionally, Bankruptcy Rule 3001(f) provides a properly filed

proof of claim is *prima facie* evidence of the claim. However, for the proof of claim to receive

*prima facie* validity, it must "set forth the facts necessary to support the claim."  *In re Chain*, 255

B.R. 278, 280 (Bankr. D. Conn, 2000) (internal quotation omitted); *In re Marino*, 90 B.R. 25, 28

(Bankr. D. Conn. 1988); *see also In re Avaya, Inc*., 608 B.R. 366, 369-70 (Bankr. S.D.N.Y.

2019) (providing a claimant must allege facts that if true would support a ruling the debtor is

legally indebted to the claimant).

21.     Once a party rebuts *prima facie* validity, the claimant then bears the burden to

"prove by a preponderance of the evidence that under applicable law the claim should be

allowed." *Creamer v. Motors Liquidation Co. GUC Trust (In re Motors Liquidation Co.)*, No. 12

Civ. 6074, 2013 WL 5549643, at *3 (S.D.N.Y. Sept. 26, 2013) (internal quotation marks

omitted); *See also In re Residential Capital, LLC*, No. 15 Civ. 3248, 2016 WL 796860, at *9

---

[5]     On the Disputed Claim, Qiang Guo listed, as his personal address, the address of the law firm of Berkeley Rowe.  As the Court will recall, a Berkeley Rowe solicitor, Leonard Scudder, recently tried to testify in support of Mei Guo and HK International Funds Investments (USA) Limited, LLC ("HK USA") in connection with the adversary proceeding commenced by HK USA with respect to the Lady May.

(S.D.N.Y. Feb. 22, 2016) ("Once a party objects … courts employ a burden-shifting framework to determine whether a claim should be allowed or disallowed.").

**B.  Disputed Claim Is Not *Prima Facie* Valid**

22.     Qiang Guo asserts a general unsecured claim "for reimbursement of all funds he paid at closing and any other amounts paid related to the Apartment's purchase or maintenance." Addendum to Disputed Claim ¶ 7, but provides no legal basis by which Genever (US) is obligated to reimburse Qiang Guo for such, nor does Qiang Guo allege any facts, that if true, would support a finding he has a right to payment from Genever (US). Just because Genever (US) may have indirectly benefitted from Qiang Guo's expenditures does not mean Genever (US) has a legal obligation to Qiang Guo. *See In re Keeley & Grabanski Land P'Ship*, No. 10–31482, 2013 WL 238570, at *13 (Bankr. D.N.D. May 30, 2013) ("Although someone may receive a benefit from the expenditure of money, a legal obligation or a right to payment is not necessarily created. Claims arise under substantive law.").

23.     Moreover, while Qiang Guo attached to the Disputed Claim certain closing documents relating to the transfer of the Apartment and checks from Qiang Guo allegedly related to the Apartment, these do not support a finding that Qiang Guo has a right to payment from Genever (US).  There is nothing in the documents attached to the Disputed Claim memorializing an agreement that Genever (US) would reimburse Qiang Guo for his alleged contributions, nor do they contain information that would otherwise demonstrate Qiang Guo has a claim under applicable law.

24.     Genever (US) does not recognize any liability for the Disputed Claim and the documents attached to the Disputed Claim do not establish Genever (US) is liable to Qiang Guo. Accordingly, the Disputed Claim should be disallowed and expunged in its entirety.

## **Reservation of Rights**

25.     This Objection is not limited to the grounds stated herein.  Accordingly, it is without prejudice to the rights of Genever (US) to object to the Disputed Claim on any ground whatsoever.  Genever (US) expressly reserves all further substantive or procedural objections, including under section 502(d) of the Bankruptcy Code. Nothing contained herein or any actions taken pursuant to such relief is intended or should be construed as: (a) an admission as to the validity of any prepetition claim against Genever (US); (b) a waiver of Genever (US)'s right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; or (e) a waiver of the Genever (US)'s rights under the Bankruptcy Code or any other applicable law.

*[Remainder of page intentionally left blank.]*

**WHEREFORE**, Genever (US) respectfully requests that the Court disallow the Disputed Claim and grant such other and further relief as is just.

Dated:    March 31, 2023         GENEVER HOLDINGS LLC
           New Haven, Connecticut

By: */s/ Douglass Barron*
      Avram E. Luft (admitted *pro hac vice*)
      Douglass Barron (admitted *pro hac vice*)
      PAUL HASTINGS LLP
      200 Park Avenue
      New York, New York 10166
      (212) 318-6079
      aviluft@paulhastings.com
      douglassbarron@paulhastings.com

        *and*

      Nicholas A. Bassett (admitted *pro hac vice*)
      PAUL HASTINGS LLP
      2050 M Street NW
      Washington, D.C., 20036
      (202) 551-1902
      nicholasbassett@paulhastings.com

        *and*

      Douglas S. Skalka (ct00616)
      Patrick R. Linsey (ct29437)
      NEUBERT, PEPE & MONTEITH, P.C.
      195 Church Street, 13th Floor
      New Haven, Connecticut 06510
      (203) 781-2847
      dskalka@npmlaw.com
      plinsey@npmlaw.com

      *Counsel for Genever Holdings LLC*

# EXHIBIT 1

## **PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

```
------------------------------------------------------x
                                             :
In re:                                       :    Chapter 11
                                             :
HO WAN KWOK, et al.,[1]                      :    Case No. 22-50073 (JAM)
                                             :
           Debtors.                          :    (Jointly Administered)
                                             :
------------------------------------------------------x
```

**ORDER DISALLOWING AND EXPUNGING CLAIM NO. 3-1 FILED BY QIANG GUO**

Upon the objection (the "Objection")[2] of Genever Holdings LLC ("Genever (US)"),

pursuant to sections 502(b) and 105(a) of title 11 of the United States Code (the "Bankruptcy

Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

seeking entry of an order (this "Order") disallowing Claim No. 3-1 filed by Qiang Guo (the

"Disputed Claim") and granting related relief, all as more fully set forth in the Objection; and the

Court having jurisdiction to consider the Objection and the relief requested therein in accordance

with 28 U.S.C. § 1334; and consideration of the Objection and the relief requested therein being

a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court

pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the

Objection having been provided, and it appearing that no other or further notice need be

provided; and such notice having been adequate and appropriate under the circumstances; and

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
        Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
        Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The
        mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul
        Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho
        Wan Kwok (solely for purposes of notices and communications).

[2]     Capitalized terms used but not otherwise defined have the meanings set forth in the Objection.

the Bankruptcy Court having held a hearing to consider the relief requested in the Objection on [

] (the "Hearing"); and upon the record of the Hearing, and upon all of the proceedings had before

the Bankruptcy Court; and the Bankruptcy Court having determined that the legal and factual

bases set forth in the Objection establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor,

it is hereby ORDERED THAT:

1.       The Objection is granted to the extent set forth herein.

2.       Pursuant to sections 502(b) and 105(a) of the Bankruptcy Code and Bankruptcy

Rule 3007 the Disputed claim is disallowed and expunged in its entirety.

3.       The terms and conditions of this Order are effective immediately upon entry.

4.       Genever (US) and the Clerk of the Court are authorized to take all steps necessary

or appropriate to effectuate the relief granted pursuant to this Order.

5.       The Bankruptcy Court retains jurisdiction with respect to all matters arising from

or related to the implementation of this Order.

**EXHIBIT 2**

**<u>DISPUTED CLAIM</u>**

**Fill in this information to identify the case:**

Debtor 1    Genever Holdings LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **Southern District of New York**

Case number:  **20–12411**

FILED

**U.S. Bankruptcy Court**
**Southern District of New York**

3/5/2021

**Vito Genna, Clerk**

## Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
| --- | --- |

**1. Who is the current creditor?**

Qiang Guo

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- |
| Qiang Guo | |
| Name | Name |
| c/o Berkeley Rowe<br>Marble Arch Park House, 116 Park St<br>Mayfair, London UK W1K 6SS | |
| Contact phone _____ | Contact phone _____ |
| Contact email _____ | Contact email _____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |

| | | |
|---|---|---|
| 7. **How much is the claim?** | $ 13306005.00 | **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>See attached addendum |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br><br>**Amount of the claim that is secured:** $ _____<br><br>**Amount of the claim that is unsecured:** $ _____  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br><br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply:* | | Amount entitled to priority |

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $ _____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $ _____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies   $ _____

\* Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   3/5/2021
_____
MM / DD / YYYY

/s/  Qiang Guo
_____
Signature

Print the name of the person who is completing and signing this claim:

Name   Qiang Guo
_____
First name      Middle name      Last name

Title   _____

Company   _____

Identify the corporate servicer as the company if the authorized agent is a servicer

Address   c/o Berkeley Rowe, 116 Park St
_____
Number   Street
Mayfair, London UK W1K 6SS,
_____
City   State   ZIP Code

Contact phone _____   Email _____

**Fill in this information to identify the case:**

Debtor 1    Genever Holdings LLC

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the:   Southern District of New York

Case number   20-12411 (JLG)

---

## Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

---

### Part 1:   Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | Qiang Guo<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? _____ |

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Qiang Guo c/o Berkeley Rowe<br>Name | <br>Name |
| Marble Arch Park House, 116 Park St.<br>Number    Street | <br>Number    Street |
| Mayfair, London    UK    W1K 6SS<br>City    State    ZIP Code | <br>City    State    ZIP Code |
| Contact phone _____ | Contact phone _____ |
| Contact email _____ | Contact email _____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____      Filed on _____<br>                                                      MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

---

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |

6. **Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

---

7. **How much is the claim?** $ _____ 13,306,005.00 . **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other
charges required by Bankruptcy Rule 3001(c)(2)(A).   See attached addendum

---

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

See attached addendum _____

---

9. **Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**     $ _____

**Amount of the claim that is secured:**     $ _____

**Amount of the claim that is unsecured:**  $ _____ (The sum of the secured and unsecured
amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**     $ _____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

---

10. **Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**     $ _____

---

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$ _____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$ _____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.

$ _____

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03 / 05 / 2021
MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name      Qiang Guo
          First name          Middle name          Last name

Title      _____

Company   _____
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    c/o Berkeley Rowe, Marble Arch Park House, 116 Park St.
          Number     Street
          Mayfair, London                    UK          W1K 6SS
          City                               State        ZIP Code

Contact phone _____        Email _____

**GENEVER HOLDINGS LLC**
**UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK, CASE NO. 20-12411**
**ADDENDUM TO PROOF OF CLAIM OF QIANG GUO**

Qiang Guo ("Guo") hereby submits this addendum to his attached proof of claim (the "Proof of Claim"). As set forth below and asserted through the Proof of Claim, Genever Holdings LLC (the "Debtor") is liable to Guo in the amount of not less than $13,306,005.00, plus interest in an amount to be calculated (the "Claim Amount").

**BACKGROUND RELATED TO QIANG GUO'S CLAIM**

1.     Bravo Luck Limited ("Bravo Luck") is a BVI Business Company incorporated in the British Virgin Islands. Guo is the sole shareholder of Bravo Luck.

2.     In early 2015, Bravo Luck identified the 18th Floor apartment of the Sherry-Netherland, Inc. (the "Sherry-Netherland"), 781 Fifth Avenue, New York, New York 10022 (including certain personalty and servant's rooms located at units 2219 and 719, collectively, the "Apartment") as a potential investment property. Bravo Luck was always intended to be the ultimate owner of the Apartment, however, after initial discussions between Guo and/or his agents, Guo was advised that the Application would likely be more successful if an older, more established individual was the nominal applicant. Therefore, Miles Kwok ("Kwok") was brought in to be the established individual supporting the Debtor's application for the Apartment. In furtherance of the transaction, Bravo Luck, Kwok, the Debtor and Genever Holdings Corporation ("Genever BVI" and, with the Debtor, the "Genever Entities") entered into a trust agreement to make clear that Kwok as the trustee was holding the Genever Entities and the income, profits, and dividends thereof (if any) in trust for Bravo Luck as the beneficial owner of the Genever Entities and, thus, the Apartment.

3.      Despite the need to bring in an individual applicant older than Guo to support the Apartment purchase, the records clearly indicate that the funds to buy and maintain the Apartment were advanced, directly or indirectly, by Bravo Luck.  On March 4, 2015, Bravo Luck transferred $62,990,741.86 to Ivey Barnum and O'Mara, LLC, the attorneys for the seller of the Apartment.  The memo line of the wire transfer provided that the funds were to "buy a property in New York."  On March 5, 2015, Bravo Luck transferred $6,300,000.00 to Guo to satisfy various expenses expected to arise at closing.

4.      On March 6, 2015, the sale of the Apartment closed.  Guo was in attendance at the closing as an officer and representative of Bravo Luck.  The chart below identifies the specific amounts that were paid by Guo on behalf of Bravo Luck related to the purchase of the Apartment.  Attached hereto as **Exhibit A** are excerpts from closing memoranda showing the payment of these amounts:

| Amount | Purpose |
|---|---|
| $7,000,000 | Contract deposit related to Apartment purchase |
| $3,369,000 | Apartment's maintenance escrow |
| $1,350,000 | 2% flip tax on Apartment |
| $56,150.00 | Apartment's March 2015 maintenance |
| $1,871.67 | March 2015 hallway license fee |
| $675,000 | 1% New York mansion tax |
| $33,622.50 | For Stoock & Stroock legal fees |
| $221,875.00 | New York sales tax of 8.875% |
| $600.00 | For lien search on Apartment |
| $275,000 | For Paul Weiss legal fees |
| $26,000 | Contract deposit for servant's room (unit 719) |
| $234,000 | Balance of purchase price of servant's room (unit 719) |
| $935.83 | Paid at closing for March 2015 maintenance on servant's room (unit 719) |
| $600.00 | Paid at closing for lien search on servant's room (unit 719) |
| $5,200.00 | Paid at closing for 2% flip tax on servant's room (unit 719) |
| $56,150.00 | Paid at closing for maintenance escrow on servant's room (unit 719) |
| **$13,306,005.00** | |

**Genever US's Bankruptcy Filing**

5.      On October 12, 2020, the Debtor filed a voluntary petition for relief under

chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the Southern District of New

York.

**QIANG GUO'S GENERAL UNSECURED CLAIM**

6.      Bravo Luck asserts that it is the beneficial owner of the Apartment with

the Apartment being held in trust by Kwok and the Genever Entities for Bravo Luck's benefit.

Thus, the Apartment and any proceeds from its sale remain property of Bravo Luck—not

property of the Debtor.

7.      If, however, (i) a court with jurisdiction over Bravo Luck determines that

Bravo Luck does not own the Apartment by virtue of the Apartment being held in trust by Kwok

and the Genever Entities (including the Debtor); and (ii) the funds paid directly by Guo do not

give rise to a claim by Bravo Luck against the Debtor, then Guo hereby asserts a  general

unsecured claim against the Debtor in an amount not less than $13,306,005.00 for reimbursement

of all funds he paid at closing and any other amounts paid related to the Apartment's purchase or

maintenance.

8.      Additionally, if the Apartment's maintenance deposit, funded by the check

written by Guo on the closing date, is applied on a postpetition basis, Guo reserves the right to

amend this claim to assert that any such amounts are entitled to administrative expense priority

or to file a motion asserting the same.

9.      Furthermore, to the extent that a court with jurisdiction over Bravo Luck

determines that Bravo Luck does not own the Apartment, Guo expressly reserves the right to

recover interest on the Claim Amount.

## <u>RESERVATION OF RIGHTS</u>

10.    This Proof of Claim is in addition to, and not in lieu of, any and all other claims, rights and remedies held by Guo in the bankruptcy case.  This Proof of Claim is filed with a full reservation of rights and remedies, including the right to assert additional, modified, supplementary and/or amended proofs of claim and requests for administrative expenses directly or indirectly related to the Apartment and with full reservation of (1) Guo's rights and/or claims against any party other than the Debtor; and (2) Guo's interests in any property, including any property of the estate(s).

11.    Guo reserves all rights of setoff and recoupment.

12.    Guo does not waive any claims against Debtor that may arise post-petition, post-confirmation or after the conversion of this case to a case under any other chapter of the Bankruptcy Code.

13.    The filing of this Proof of Claim is not intended and should not be construed to be an election of remedies, waiver of any past, present or future defaults or events of default, or a waiver or limitation of any rights, remedies, claims, or interest of Guo.

## <u>NO CONSENT TO JURISDICTION</u>

14.    By filing this Proof of Claim, Guo does not submit to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to the claims asserted in this Proof of Claim, and Guo does not waive, and specifically preserves, all of its procedural and substantive defenses (including, without limitation, any rights of setoff and recoupment) to, any claim that may be asserted against Guo by Debtor, any trustee of Debtor's estate (including the chapter 11 trustee), any post-confirmation estate fiduciary, or any other party.

4

# EXHIBIT A

PURCHASE OF
COOPERATIVE APARTMENTS 1801, 1804, 1807, 1809, 1811 (18TH FLOOR), PLUS
UNIT 2219 (SERVANT'S ROOM)
781 FIFTH AVENUE, NEW YORK, NEW YORK
BY
GENEVER HOLDINGS LLC
ON
MARCH 6, 2015

## TABLE OF CONTENTS

| ITEM | Tab |
|---|---|
| Closing Memorandum and Financial Statement | 1 |
| Contract of Sale | 2 |
| Purchaser's Original Stock Certificates, Stock Powers & Stock Receipts for 18th floor and MR 2219 | 3 |
| Purchaser's Original Proprietary Leases | 4 |
| Assignments of Proprietary Lease | 5 |
| Acceptances of Assignment and Assumption of Proprietary Lease | 6 |
| Consents to Assignment of Proprietary Lease with Common Charges statements | 7 |
| Affidavits and Agreement of Lost Proprietary Lease and Lost Stock Certificate from Seller | 8 |
| New York State Combined Real Estate Transfer Tax Return | 9 |
| New York City Real Property Transfer Tax Return with Smoke Alarm Affidavit and Affidavit in Lieu of Registration Statement | 10 |
| Seller's Report of Sales Tax Due on a Casual Sale | 11 |
| Organizational Documents and Closing Resolutions of Seller | 12 |
| Organizational Documents and Closing Resolution of Purchaser | 13 |
| Corporation Documents required of Entities: Guaranty of Agreement and Lease; Agreement and Consent with Respect to Shares and Proprietary Lease; Security Deposit Agreements; Name Affidavits/Letters | 14 |
| Opinion Letters | 15 |
| Assignment of License Agreement (with License Agreement) | 16 |
| Letter from Architect regarding Unit Combination | 17 |
| Escrow Agreement for $15,000.00 holdback on Unit Combination Work, with Architect Letter setting forth required Work | 18 |
| Cooperative Lien Search | 19 |
| Assumption of Alteration Agreement, with Alteration Agreement | 20 |
| Certificate of Non-Foreign Status | 21 |
| Insurance Certificate and Policy | 22 |
| 1099-S Form | 23 |
| Miscellaneous Corporation Documents | 24 |

2

Receipted Invoices                                                    25

Copies of Checks Delivered in Connection with the Closing             26

PURCHASE OF
COOPERATIVE APARTMENTS 1801, 1804, 1807, 1809, 1811 (18TH FLOOR)
PLUS UNIT 2219 (SERVANT'S ROOM)
781 FIFTH AVENUE, NEW YORK, NEW YORK
BY
GENEVER HOLDINGS LLC
ON
MARCH 6, 2015

CLOSING MEMORANDUM

| | |
|---|---|
| Purchaser: | Genever Holdings LLC by Genever Holdings Corporation |
| Purchaser's Counsel: | Ira Gilbert, Esq. Paul, Weiss, Rifkind, Wharton & Garrison, LLP 1285 Avenue of the Americas New York, New York 10019 |
| Seller: | Sherry 1800s, LLC |
| Seller's Counsel: | Michael Jones, Esq.: Ivey Barnum & O'Mara, LLC 170 Mason Street Greenwich, CT 06830 mjones@ibolaw.com 203-661-6000 |
| Cooperative Corporation: | The Sherry Netherland, Inc. (the "Corporation") |
| Purchase Price: | $70,000,000.00: $67,500,000.00 for Unit, $2,500,000.00 for personalty |
| Managing Agent: | Self-managed by Sherry Netherland Hotel Management – Susan Hennelly – shennelly@sherrynetherland.com 212-231-6811 |
| Monthly Maintenance: | $56,150.60 |
| Brokers: | Brown Harris Stevens and Sotheby's International Realty |
| Number of shares: | 3000 |

The Closing under the Contract of Sale dated February 21, 2015 took place at the offices of Cooperative Corporation on March 6, 2015.

Attending the Closing were:

Mileson Guo, Purchaser
Ira Gilbert, Esq., Purchaser's Counsel
Michael Jones, Esq., Seller's Counsel
Susan Hennelly, Managing Agent
Kathy Sloane, Broker

The Table of Contents to this Closing Binder lists the documents delivered in connection with the Closing. Also attached is a Financial Statement which describes the monetary features of the Closing.

## FINANCIAL STATEMENT – 18TH FLOOR

**A.**    <u>Purchase Price</u>

| | |
|---|---:|
| Purchase Price for Unit | $67,500,000.00 |
| Purchase Price for Personalty | 2,500,000.00 |
| Less: Contract Deposit | (7,000,000.00) |
| Balance of Purchase Price due Seller | $63,000,000.00 |

**B.**    <u>Adjustments</u>

| | |
|---|---:|
| Due Purchaser for March maintenance charges ($56,150.00/31=$1,811.29 x 5 days) | ($9,056.45) |
| Due Purchaser for Hallway License Fee – ($1,871.67/31=$60.38 x 5 days) | (301.88) |
| Total due Seller | $62,990,641.67 |

**C.**    <u>Payments Representing Total Due Seller</u>

| | | |
|---|---|---:|
| 1. | Wire in accordance with wire instructions of Seller | $62,990,741.85 |
| | | $62,990,641.67 |

**D.**    <u>Closing Costs Paid By or on Behalf of Purchaser</u>

| | | |
|---|---|---:|
| 1. | Bank Check of Purchaser payable to The Sherry Netherland, Inc. (March maintenance: note-we pay but receive back a 5 day adjustment in B above) | $56,150.00 |
| 2. | Bank Check of Purchaser payable to The Sherry-Netherland, Inc. (2% flip tax based on $67,500,000.00 for Unit) | $1,350,000.00 |
| 3. | Bank Check of Purchaser payable to New York State Sales Tax (8.875% of $2,500,000.00 for personalty) | $221,875.00 |
| 4. | Bank Check of Purchaser payable to The Sherry-Netherland, Inc. (maintenance escrow: $56,150.00; 60 months) | $3,369,000.00 |
| 5. | Bank Check of Purchaser payable to NYC Dept. of Finance (1% New York State mansion tax) | $675,000.00 |
| 6. | Check of Purchaser payable to Titlevest (lien search fees for 18th floor and 22nd floor maid's room) | $600.00 |
| 7. | Bank Check of Purchaser payable to The Sherry Netherland, Inc. (March hallway license fee: note-we pay but receive back adjustment in B above) | $1,871.67 |
| 8. | Bank Check of Purchaser payable to Stroock & Stroock & Lavan (Coop lawyer's fees) | $33,622.50 |
| 9. | Bank Check of Purchaser payable to Paul, Weiss, Rifkind, Wharton & Garrison, LLP (legal fees including for commercial lease and work on other possible transactions) | $275,000.00 |

**NOTE:** Seller is holding back an escrow of $15K for the estimated costs of carrying out the architect's changes if necessary for the smoke detectors, doors, pantry, emergency signs

# CASHIER'S CHECK

**BNY MELLON**

No. 0192949 7

Date March 05, 2015

8-26
0430.1

Amount

Pay ONE MILLION FIVE HUNDRED SEVENTY EIGHT THOUSAND, SEVEN HUNDRED FIFTY DOLLARS AND
ZERO CENTS

$ ***1,578,750.00

To the order of *BROWN HARRIS STEVENS RESIDENTIAL SALES LLC********

Drawer: BNY Mellon, N.A.

Remitter TUFY, BARNUM & O'MARA, LLC

Authorized
Signature

Memo

# CASHIER'S CHECK

0192951 0

BNY MELLON

Date  March 05, 2015

8-26
0430-1

Amount

Pay   FIVE HUNDRED TWENTY SIX THOUSAND TWO HUNDRED FIFTY DOLLARS AND   ZERO   CENTS

To the order of   *SOTHEBY'S INTERNATIONAL REALTY********************   $ *****526,250.00

Drawer: BNY Mellon, N.A.

Authorized
Signature

Remitter  IVEY, BARNUM & O'MARA, LLC

Memo:

**QIANG GUO**

DATE 3-6-15

PAY TO THE ORDER OF  Stroock Stroock + Lavan                    $ 33,622 <sup>50</sup>

Thirty Three Thous/Six Hundred Twenty Two & 50/100                    DOLLARS

**HSBC**

**Premier**

MEMO Sherry legal fees

**IVEY, BARNUM & O'MARA, LLC**
REAL ESTATE TRUSTEE ACCOUNT
170 MASON STREET
GREENWICH, CT 06830

BNY MELLON   BNY Mellon, N.A.
51-147/211

ONE THOUSAND FIVE HUNDRED DOLLARS and 00/100

| | DATE | AMOUNT |
|---|---|---|
| TO THE | | |
| ORDER OF  Stroock & Stroock & Lavan LLP | 03/06/15 | **$1,500.00** |

AUTHORIZED SIGNATURE

File Number: 19262.022MJJ

# CASHIER'S CHECK

0192950 8

**BNY MELLON**

Date March 05, 2015

8-26
0430-1

Amount

For FOUR THOUSAND DOLLARS AND ZERO CENTS

To the order of ★THE SHERRY-NETHERLAND INC★★★★★★★★★★★★★★★★★★★★★★★

$ ★★★★★★★4,000.00

Drawer: BNY Mellon, N.A.

Authorized
Signature

Remitter IVEY BARNUM & O'MARA, LLC

Memo

**IVEY, BARNUM & O'MARA, LLC**
REAL ESTATE TRUSTEE ACCOUNT
170 MASON STREET
GREENWICH, CT 06830

BNY MELLON   BNY Mellon, N.A.
51-147/211

TWENTY SIX DOLLARS and 68/100

| | DATE | AMOUNT |
|---|---|---|
| The Sherry-Netherland, Inc. | 03/05/15 | **$26.68** |

Balance on House Account

File Number: 19262.022MJJ

AUTHORIZED SIGNATURE

O THE
RDER OF

# CASHIER'S CHECK

▶ BNY MELLON

0192953 2

Date  March 05, 2015

8-26
0430.1

Amount

TWENTY SIX THOUSAND  DOLLARS AND  ZERO  CENTS

$ ******26,000.00

To the order of   *BROWN HARRIS STEVENS RESIDENTIAL SALES LLC*********

Drawer: BNY Mellon, N.A.

Authorized
Signature

Remitter   IVEY  BARNUM & O'MARA, LLC

Memo

## CASHIER'S CHECK

**0192948 6**

**BNY MELLON**

Date: March 05, 2015

8-26
0430 1

Amount

Pay: ONE MILLION TWO HUNDRED THIRTY ONE THOUSAND NINE HUNDRED SEVENTY FIVE DOLLARS
AND ZERO CENTS

$ ***1,231,975.00

To the order of: *NYC DEPARTMENT OF FINANCE************************************

Drawer: BNY Mellon, N.A.

Authorized
Signature

Remitter: IVEY, BARNUM & O'MARA, LLC

Memo:

**CASHIER'S CHECK**

**BNY MELLON**

Date March 05, 2015

0192952 1

8-26
0430 1

Amount

TWO HUNDRED THIRTY FOUR THOUSAND DOLLARS AND ZERO CENTS

To the order of    *ROMER DEBBAS LLP, AS ESCROW AGENT*******************

$ *****234,000.00

Drawer: BNY Mellon, N.A.

Remitter    IVEY, BARNUM & O'MARA, LLC

Authorized
Signature

Memo



HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260203

59-125
223

**HSBC**

Branch : 011

QIANG GUO
REMITTER

$ $3,369,000.00

USD THREE MILLION THREE HUNDRED SIXTY NINE THOUSAND ONLY

U.S. DOLLARS

05Mar2015
DATE

**PAY**

TO
THE
ORDER
OF

THE SHERRY NETHERLAND, INC.

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

Payable through HSBC Bank USA, N.A.

3323435f4 REV1 01/10 8810017756

US DOLLAR DRAFT - OFFICIAL CHECK

HSBC

Branch : 011

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

US DOLLAR DRAFT
(OFFICIAL CHECK)

50-125
223

No. 102260204

QIANG GUO
REMITTER

05Mar2015
DATE

PAY    USD ONE MILLION THREE HUNDRED FIFTY THOUSAND ONLY

$         $1,350,000.00
                          U.S. DOLLARS

TO
THE        THE SHERRY NETHERLAND INC
ORDER
OF

Payable through HSBC Bank USA, N.A.

Drawer: HSBC Bank USA, N.A.

TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE
SIGNATURE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

32234351A REV1 01/10 8801001775S

US DOLLAR DRAFT - OFFICIAL CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**HSBC** ⟨X⟩

Branch : 011

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260205

50-125
223

QIANG GUO
REMITTER

05Mar2015
DATE

$ ********$56,150.00

U.S. DOLLARS

**PAY** USD FIFTY SIX THOUSAND ONE HUNDRED FIFTY ONLY

TO
THE
ORDER
OF

THE SHERRY NETHERLAND, INC.*

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

Payable through HSBC Bank USA, N.A.

3232343514 REV1 01/10 88100177556

US DOLLAR DRAFT - OFFICIAL CHECK

US DOLLAR DRAFT
(OFFICIAL CHECK)

**HSBC**

Branch : 011

QIANG GUO
REMITTER

No. **102260206**

50-125
223

05 Mar 2015
DATE

$ **$1,871.67**

**PAY**

USD ONE THOUSAND EIGHT HUNDRED AND SEVENTY ONE 67 ONLY

U.S. DOLLARS

TO
THE
ORDER
OF

THE SHERRY NETHERLAND INC"

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

Security
Features
Details on
Back

Payable through HSBC Bank USA, N.A.

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

32234351 4 REV1 01/10 8810017756

US DOLLAR DRAFT - OFFICIAL CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW 'TRUE WATERMARK

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260211

50-185
223

$ $675,000.00

U.S. DOLLARS

05Mar2015
DATE

$

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

MP

AUTHORIZED SIGNATURE

**HSBC**

Branch : 011

QIANG GUO
REMITTER

**PAY** USD SIX HUNDRED SEVENTY FIVE THOUSAND ONLY

TO
THE
ORDER
OF

NYC DEPT OF FINANCE*

Payable through HSBC Bank USA, N.A.

32234351 4 REV1 01/10 8810017756

US DOLLAR DRAFT - OFFICIAL CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260210

50-125
223

**HSBC**

Branch : 011

QIANG GUO
REMITTER

**PAY**

USD TWO HUNDRED AND TWENTY ONE THOUSAND EIGHT HUNDRED SEVENTY FIVE ONLY

NEW YORK STATE SALES TAX*

TO
THE
ORDER
OF

Payable through HSBC Bank USA, N.A.

05Mar2015
DATE

$221,875.00

U.S. DOLLARS

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

32234351A REV1 01/10 881001775G

US DOLLAR DRAFT - OFFICIAL CHECK



QIANG GUO

15-170/540

161

DATE 3 5-15

PAY TO
THE ORDER OF   Titlevest                               $ 600 00

Six hundred w/ 00/100                          DOLLARS

HSBC

Premier

MEMO 18" Av licenses                                      MP

SPECIALTY GRAY



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PAUL WEISS RIFKIND WHARTON & GARRISON LLP**
**ATTORNEY TRUST ACCOUNT**
**1285 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10019-6064**

CITIBANK, N.A. BR#852
666 FIFTH AVENUE
NEW YORK, NY 10103

CHECK NUMBER: **21186**
CHECK DATE: **03/18/2015**

1-8
210  852

$100.18

PAY     **One Hundred Dollars and 18/100**

TWO SIGNATURES REQUIRED IN EXCESS OF $10,000

AUTHORIZED SIGNATURE

TO
THE
ORDER
OF          **Qiang Guo**

AUTHORIZED SIGNATURE

🖐 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🖐

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ROMER DEBBAS LLP**
**ATTORNEY TRUST ACCOUNT**
**275 MADISON AVENUE  8th FLOOR**
**NEW YORK, NY 10016-1101**
**ESCROW PLAN # 975180**

Valley National Bank

1323

55-139/212

3/6/2015

PAY TO THE
ORDER OF   Qiang Guo                                                   $ **150.95**

One Hundred Fifty and 95/100*****************************************************   DOLLARS

VNB ESCROW PLUS

Qiang Guo

MEMO

Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

MP

PURCHASE OF
UNIT 719 (SERVANT'S ROOM)
781 FIFTH AVENUE, NEW YORK, NEW YORK
BY
GENEVER HOLDINGS LLC
ON
MARCH 6, 2015

## TABLE OF CONTENTS

| ITEM | Tab |
|---|---|
| Closing Memorandum and Financial Statement | 1 |
| Contract of Sale | 2 |
| Purchaser's Original Stock Certificate, Stock Power & Stock Receipt | 3 |
| Purchaser's Original Proprietary Lease | 4 |
| Assignment of Proprietary Lease | 5 |
| Acceptance of Assignment and Assumption of Proprietary Lease | 6 |
| Consent to Assignment of Proprietary Lease, with Common Charges statement | 7 |
| Cancelled Stock Certificate and Proprietary Lease of Seller | 8 |
| New York State Combined Real Estate Transfer Tax Return | 9 |
| New York City Real Property Transfer Tax Return with Smoke Alarm Affidavit and Affidavit in Lieu of Registration | 10 |
| Cooperative Lien Search | 11 |
| Security Deposit Agreement | 12 |
| Designation of Authorized Person by Genever Holdings LLC | 13 |
| Opinion Letter for Seller Trust (with statement of authority to sell) | 14 |
| 1099-S Form | 15 |
| Receipted Invoices | 16 |
| Copies of Checks Delivered in Connection with the Closing | 17 |

2

PURCHASE OF
UNIT 719 (SERVANT'S ROOM)
781 FIFTH AVENUE, NEW YORK, NEW YORK
BY
GENEVER HOLDINGS LLC
ON
MARCH 6, 2015

<u>CLOSING MEMORANDUM</u>

| | |
|---|---|
| Purchaser: | Genever Holdings LLC |
| Purchaser's Counsel: | Ira Gilbert, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison, LLP<br>1285 Avenue of the Americas<br>New York, New York 10019 |
| Seller: | Roy Furman |
| Seller's Counsel: | Jules Levy, Esq. and Matthew Melnick, Esq.<br>Romer Debbas, LLP<br>275 Madison Avenue, Suite 801<br>New York, New York 10016 |
| Cooperative Corporation: | The Sherry Netherland, Inc. (the "Corporation") |
| Purchase Price: | $260,000.00 |
| Managing Agent: | Self-managed by Sherry Netherland Hotel<br>Management – Susan Hennelly –<br>shennelly@sherrynetherland.com<br>212-231-6811 |
| Monthly Maintenance: | $935.83 |
| Brokers: | Brown Harris Stevens and The Sherry-Netherland, Inc. |
| Number of shares: | 50 |

The Closing under the Contract of Sale dated March 6, 2015 took place at the offices of Cooperative Corporation on March 6, 2015.

Attending the Closing were:

Mileson Guo, Purchaser
Ira Gilbert, Esq., Purchaser's Counsel
Matthew Melnick, Esq., Seller's Counsel
Susan Hennelly, Managing Agent
Kathy Sloane, Broker

The Table of Contents to this Closing Binder lists the documents delivered in connection with the Closing. Also attached is a Financial Statement which describes the monetary features of the Closing.

## FINANCIAL STATEMENT

A.     <u>Purchase Price</u>

|  |  |
|---|---|
| Purchase Price for Unit | $260,000.00 |
| Less:  Contract Deposit | - <u>26,000.00</u> |
| Balance of Purchase Price due Seller | <u>$234,000.00</u> |

B.     <u>Adjustment</u>

|  |  |
|---|---|
| Due Purchaser for March maintenance charges ($935.83; $30.19/day x 5 days) | <u>$150.95</u> |
| Total due Seller | <u>$234,000.00</u> |

C.     <u>Payments Representing Total Due Seller</u>

|  |  |
|---|---|
| Bank Check of Purchaser payable to Romer Debbas LLP, as Escrow Agent | $234,000.00 |
| 2.    Check of Seller's Counsel payable to Qiang Guo | <u>($150.95)</u> |
|  | <u>$233,849.05</u> |

D.     <u>Closing Costs Paid By or on Behalf of Purchaser</u>

|  |  |
|---|---|
| 1.   Check of Purchaser payable to The Sherry Netherland, Inc. (March maintenance) | $935.83 |
| 2.   Check of Purchaser payable to Titlevest  (lien search fee- for Units 319 and 719) | $600.00 |
| 3.   Bank Check of Purchaser payable to The Sherry-Netherland, Inc. (2% flip tax) | $5,200.00 |
| 4. Bank Check of Purchaser payable to The Sherry-Netherland, Inc. (maintenance escrow: $935.83/month x 60 months) | $56,150.00 |

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260208

50-128
2234

**HSBC**

Branch : 011

QIANG GUO
REMITTER

PAY    USD FIVE THOUSAND TWO HUNDRED ONLY

TO
THE
ORDER    THE SHERRY NETHERLAND, INC*
OF

Payable through HSBC Bank USA, N.A.

$ $5,200.00

U.S. DOLLARS

05 Mar 2015
DATE

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

Security
Features
Details on
Back

32234514 REV1 01/10 8801017756

US DOLLAR DRAFT - OFFICIAL CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**HSBC** ◀**X**▶

Branch : 011

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260207

QIANG GUO
REMITTER

05Mar2015
DATE

50-125
223

**PAY**   USD FIFTY SIX THOUSAND ONE HUNDRED FIFTY ONLY

$   $56,150.00
U.S. DOLLARS

TO
THE
ORDER
OF

THE SHERRY NETHERLAND, INC*

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

Security
Features
Details on
Back

AUTHORIZED SIGNATURE                MP

AUTHORIZED SIGNATURE

Payable through HSBC Bank USA, N.A.

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**HSBC** ⬡

Branch. 011

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260209

50-119
229

QIANG GUO
REMITTER

**PAY** USD NINE HUNDRED AND THIRTY FIVE 83 ONLY

TO
THE
ORDER
OF

THE SHERRY-NETHERLAND, INC*

Payable through HSBC Bank USA, N.A.

05Mar2015
DATE

$ *935.83
U.S. DOLLARS

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

Security
Features
Details on
Back

32234351A REV1 01/10 8810017756

US DOLLAR DRAFT - OFFICIAL CHECK

QIANG GUO

15-170/540

**162**

DATE 3-5-15

PAY TO
THE ORDER OF    Title vest                                      $ 600 00

Six hundred and 00/100                                          DOLLARS

**HSBC** ◆X◆

**Premier**

MEMO Moids van lien search                                      MP

**ROMER DEBBAS LLP**
**ATTORNEY TRUST ACCOUNT**
275 MADISON AVENUE 8th FLOOR
NEW YORK, NY 10016-1101
**ESCROW PLAN # 975180**

Valley National Bank

55-138/212

3/6/2015

PAY TO THE ORDER OF    Qiang Guo    $ **150.95

One Hundred Fifty and 95/100*************************************************************    DOLLARS

Qiang Guo

VNB ESCROW PLUS

MEMO    Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

1324

**ROMER DEBBAS LLP**
**ATTORNEY TRUST ACCOUNT**
275 MADISON AVENUE 8th FLOOR
NEW YORK, NY 10016-1101
**ESCROW PLAN # 975180**

Valley National Bank

55-138/212

3/6/2015

TO THE ORDER OF    TitleVest    $ **3,800.00

Three Thousand Eight Hundred and 00/100*********************************************    DOLLARS

TitleVest

VNB ESCROW PLUS

MEMO    Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

1325

**ROMER DEBBAS LLP**
**ATTORNEY TRUST ACCOUNT**
275 MADISON AVENUE 8th FLOOR
NEW YORK, NY 10016-1101
**ESCROW PLAN # 975180**

Valley National Bank

55-138/212

3/6/2015

PAY TO THE ORDER OF    The Sherry-Netherland, Inc.    $ **2,000.00

Two Thousand and 00/100*****************************************************    DOLLARS

The Sherry-Netherland, Inc.

VNB ESCROW PLUS

MEMO    Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTORNEY TRUST ACCOUNT
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK, N.A. BR#852
666 FIFTH AVENUE
NEW YORK, NY 10103

CHECK NUMBER: 21186
CHECK DATE: 03/18/2015

1-8   852
210

$100.18

PAY    One Hundred Dollars and 18/100

TWO SIGNATURES REQUIRED IN EXCESS OF $10,000

TO
THE
ORDER
OF     Qiang Guo

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

ROMER DEBBAS LLP
ATTORNEY TRUST ACCOUNT
275 MADISON AVENUE  8TH FLOOR
NEW YORK, NY 10016-1101
ESCROW PLAN # 975180

Valley National Bank

1323

55-138/212

3/6/2015

PAY TO THE
ORDER OF    Qiang Guo

$  **150.95

One Hundred Fifty and 95/100************************************************    DOLLARS

Qiang Guo

VNB ESCROW PLUS

MEMO    Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

Maids Room

**ROMER DEBBAS LLP**
**ATTORNEY TRUST ACCOUNT**
275 MADISON AVENUE  8tH FLOOR
NEW YORK, NY 10016-1101
**ESCROW PLAN # 975180**

Valley National Bank

55-138/212

3/6/2015

PAY TO THE
ORDER OF    Stroock Stroock & Lavan LLP                                    $ **1,000.00

One Thousand and 00/100****************************************************************** DOLLARS

Stroock Stroock & Lavan LLP                                    VNB ESCROW PLUS

MEMO
Furman.Sale
THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

1327

**ROMER DEBBAS LLP**
**ATTORNEY TRUST ACCOUNT**
275 MADISON AVENUE  8tH FLOOR
NEW YORK, NY 10016-1101
**ESCROW PLAN # 975180**

Valley National Bank

55-138/212

3/6/2015

PAY TO THE
ORDER OF    NYS Income Tax                                    $ **2,459.00

Two Thousand Four Hundred Fifty-Nine and 00/100************************************************ DOLLARS

NYS Income Tax                                    VNB ESCROW PLUS

MEMO
Furman.Sale
THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

**CASHIER'S CHECK**

0192952 1

BNY MELLON

Date March 05, 2015

8-26
0430 1

Amount

Pay  TWO HUNDRED THIRTY FOUR THOUSAND DOLLARS AND ZERO CENTS

To the order of  *ROMER DEBBAS LLP, AS ESCROW AGENT********************

$ *****234,000.00

Drawer: BNY Mellon, N.A.

Remitter  IVEY, BARNUM & O'MARA, LLC

Authorized
Signature

Memo


**UBS**

UBS AG
Hong Kong Branch
52/F Two International Finance Centre
8 Finance Street
Central, Hong Kong
www.ubs.com
Tel. +852-2971 8888
Fax. +852-2971 8001

BRAVO LUCK LIMITED

BRAVO LUCK LIMITED
中国北京市朝阳区
北四环中路27号
盘古大观A座37层
邮编100101

Portfolio no.
Currency Account no.

# Debit Advice

Produced on     4 March 2015

**Information & References**
Our ref.                D/063,32973,00
Order date          04 Mar 2015
Value date          04 Mar 2015

**Description**
In favor of

IVEY BARNUM AND O'MARA, LLC
TRUSTEE ACCOUNT

USD 62,990,741.85

Account with          THE BANK OF NEW YORK MELLON
                              NEW YORK,NY

Payment detail       BUY A PROPERTY IN NEW YORK

| Details | Amount | Currency |
|---|---|---|
| Debit Transaction | 62,990,741.85 | USD |
| Charges | 50.00 | USD |
| **Net Amount Due** | **62,990,791.85** | **USD** |

On value date we debit your account

If we do not hear from you to the contrary within 14 days from the date of this confirmation, it will be deemed to have been accepted by you.

Kind regards
UBS AG

Form without signature                                                                                          Page 1 / 1



**UBS**

UBS AG
Hong Kong Branch
52/F Two International Finance Centre
8 Finance Street
Central, Hong Kong
www.ubs.com
Tel. +852-2971 8888
Fax. +852-2971 8001

BRAVO LUCK LIMITED

BRAVO LUCK LIMITED
中国北京市朝阳区
北四环中路27号
盘古大观A座37层
邮编100101

Portfolio no. 
Currency Account no.

# Debit Advice

Produced on     5 March 2015

| **Information & References** | |
|---|---|
| Our ref. | D/064,33067,00 |
| Order date | 05 Mar 2015 |
| Value date | 05 Mar 2015 |

**Description**
In favor of
GUO QIANG

Account with             HSBC BANK USA, N.A.
                         NEW YORK,NY

Payment detail           FOR OWN EXPENSE

| **Details** | **Amount** | **Currency** |
|---|---|---|
| Debit Transaction | 6,300,000.00 | USD |
| Charges | 50.00 | USD |

| **Net Amount Due** | 6,300,050.00 | USD |
|---|---|---|

On value date we debit your account

If we do not hear from you to the contrary within 14 days from the date of this confirmation, it will be deemed to have been accepted by you.

Kind regards
UBS AG

Form without signature                                                    Page 1 / 1

775                                                                      19570213476

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

```
-------------------------------------------------x
                                                  :
In re:                                            :    Chapter 11
                                                  :
HO WAN KWOK, et al.,¹                             :    Case No. 22-50073 (JAM)
                                                  :
             Debtors.                             :    (Jointly Administered)
                                                  :
-------------------------------------------------x
```

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 31, 2023, the foregoing Objection, and all

declarations, exhibits and attachments thereto, was electronically filed.  Notice of this filing was

sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's

electronic filing ("<u>CM/ECF</u>") system or by mail to anyone unable to accept electronic filing as

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

indicated on the Notice of Electronic Filing.  In addition, a copy of the Objection was served on

Qiang Guo, at the address he provided as a notice address on the Disputed Claim form, Berkeley

Rowe, Marble Arch Park House, 116 Park St., Mayfair, London UK W1K 6SS, by overnight mail.

Parties may access this filing through the Court's CM/ECF system.

Dated:      March 31, 2023
            New Haven, Connecticut

By: /s/ Douglass Barron
Avram E. Luft (admitted *pro hac vice*)
Douglass Barron (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com
douglassbarron@paulhastings.com

*and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Genever* Holdings *LLC*