**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------------x
                                              :
In re:                                        :   Chapter 11
                                              :
HO WAN KWOK, et al.,                          :   Case No. 22-50073 (JAM)
                                              :
              Debtors.¹                       :   Jointly Administered
                                              :
                                              :
-------------------------------------------------------------x
```

**SPECIAL FEE APPLICATION COVER SHEET**

| | |
|---|---|
| Special Application of: | Luc A. Despins as Chapter 11 Trustee and his counsel, Paul Hastings LLP |
| Time Period: | From: September 28, 2022    To: March 10, 2023 |
| Bankruptcy Petition Filed: | February 15, 2022 |
| Date of Entry of Retention Order: | August 2, 2022 [Docket No. 668], effective as of July 8, 2022 |

| **Amount Requested** | | **Reductions** | |
|---|---|---|---|
| Fees | $83,370.26 | Voluntary Reductions | None |
| Expenses | $0.00 | Expenses | Not applicable |
| **Total** | **$83,370.26** | | |

| **Retainer Request:** | **Expense Detail:** |
|---|---|
| Not applicable | Not applicable |

**Amounts Previously Requested:**

| | |
|---|---|
| Requested Fees | $0.00 |
| Requested Expenses | $63,631.75 |
| Awarded and Paid Expenses | $0.00 |
| Amount Owing | $63,631.75 |

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## COMPENSATION BY INDIVIDUAL

| Name | Department; Date of First Admission | Hourly Rate[2] | Hours Billed | Amount Billed |
|---|---|---|---|---|
| **Partners** | | | | |
| Bassett, Nicholas | Corporate, 2007 | $1,510.00 | 21.70 | $32,767.00 |
| Bassett, Nicholas | Corporate, 2007 | $1,625.00 | 18.20 | $29,575.02 |
| Despins, Luc | Corporate, 1986 | $1,860.00 | 1.80 | $3,348.00 |
| | | **Partner Total** | **41.70** | **$65,690.02** |
| **Of Counsel** | | | | |
| Luft, Avi | Corporate, 2000 | $1,510.00 | 26.30 | $39,713.00 |
| Luft, Avi | Corporate, 2000 | $1,625.00 | 1.10 | $1,787.50 |
| | | **Of Counsel Total** | **27.40** | **$41,500.50** |
| **Associates** | | | | |
| Barron, Douglass | Corporate, 2012 | $1,225.00 | 3.20 | $3,920.00 |
| Barron, Douglass | Corporate, 2012 | $1,320.00 | 0.20 | $264.00 |
| Farmer, Will | Corporate, 2018 | $1,120.00 | 22.70 | $25,424.00 |
| Kosciewicz, Jon | Litigation, 2021 | $775.00 | 6.30 | $4,882.50 |
| Kosciewicz, Jon | Litigation, 2021 | $915.00 | 3.90 | $3,568.50 |
| Maza, Shlomo | Corporate, 2012 | $1,320.00 | 0.80 | $1,056.00 |
| Sutton, Ezra | Corporate 2021 | $840.00 | 21.80 | $18,312.00 |
| Sutton, Ezra | Corporate 2021 | $1,015.00 | 0.70 | $710.50 |
| | | **Associate Total** | **59.60** | **$58,137.50** |
| **Paraprofessionals** | | | | |
| Paralegal | Paralegal | $565.00 | 2.50 | $1,412.50 |
| | | **Paraprofessional Total** | **2.50** | **$1,412.50** |
| **TOTAL:** | | | **131.20** | **$166,740.52** |
| **TOTAL (after 50% reduction):** | | | | **$83,370.26** |
| **BLENDED HOURLY RATE (excluding paraprofessionals):** | | | | **$1,285** |

[2]    Effective January 1, 2023, Paul Hastings adjusted its rate scale to reflect (i) the advancing seniority of its professionals and paraprofessionals, (ii) the current market for legal services, (iii) the rates charged for comparable non-bankruptcy services, and (iv) the firm's analysis of the hourly rates being charged by professionals in other law firms, consistent with the Retention Order [Docket No. 668], Paul Hastings' retention application [Docket No. 539], and the *Notice of Change in Hourly Rates of Paul Hastings LLP, Counsel to Chapter 11 Trustee* [Docket No. 1251].

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------------x
                        :

In re:                     :  Chapter 11
                         :

HO WAN KWOK, *et al.*,      :  Case No. 22-50073 (JAM)
                         :

        Debtors.[1]       :  Jointly Administered
                         :
                         :
-------------------------------------------------------------x

**SPECIAL FEE APPLICATION OF CHAPTER 11 TRUSTEE AND HIS COUNSEL,**
**PAUL HASTINGS LLP, FOR SERVICES RENDERED IN SECURING COMPLIANCE**
**WITH COURT-AUTHORIZED SUBPOENAS**

Pursuant to sections 105(a), 328, 330, and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United

States Bankruptcy Court for the District of Connecticut (the "Local Rules"), and the *Order*

*Holding HK Parties in Contempt of Court and Sanctioning HK Parties, Attorney Vartan and*

*Chiesa Shahinian & Giantomasi PC* [Docket No. 1537] (the "Contempt Order"), Luc A.

Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case

(the "Chapter 11 Case") of Ho Wan Kwok (the "Individual Debtor"), and his counsel, Paul

Hastings LLP ("Paul Hastings"), hereby file this *Special Fee Application of Chapter 11 Trustee*

*and his Counsel, Paul Hastings LLP, for Services Rendered in Securing Compliance with Court-*

*Authorized Subpoenas* (the "Application"). By this Application, the Trustee and Paul Hastings

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

request allowance and payment of fees in the amount of $83,370.26, incurred by the Trustee and Paul Hastings in securing compliance with the Court-authorized Subpoenas (as defined below), with such amount to be paid by Ms. Mei Guo ("Ms Guo"), HK International Funds (USA) Limited, LLC ("HK USA"), attorney Lee Vartan ("Mr. Vartan"), and/or Chiesa Shahinian & Giantomasi PC ("CSG" and, together with Ms. Guo, HK USA, and Mr. Vartan, the "HK Parties") to the Chapter 11 estate of the Individual Debtor in accordance with the Contempt Order.[2]  In support of this Application, the Trustee and Paul Hastings respectfully state as follows:

## PRELIMINARY STATEMENT

1.      This Application is filed pursuant to the Contempt Order which, as compensatory damages, sanctioned and held the HK Parties liable, on a joint and several basis, for the reasonable attorneys' fees and costs associated with the Trustee's efforts to secure compliance with the Court-authorized subpoenas served on Ms. Guo and HK USA (the "Subpoenas").[3]  As detailed herein, the Trustee and Paul Hastings have incurred fees in the amount of **$83,370.26** in connection with securing compliance with the subpoenas served on Ms. Guo and HK USA (the "Subpoenas").  The Trustee and Paul Hastings rendered these services from September 28, 2022 (when the firm began preparing the Motion to Compel as it relates to the HK Parties) through March 10, 2023 (the date the Court entered the Contempt Order).

---

[2]     At this time, no interim compensation procedures have been approved by the Court; nor does this Application seek interim or final compensation and reimbursement of expenses other than in accordance with the Contempt Order, *i.e.*, this Application seeks only those fees incurred in securing compliance with the Subpoenas.  The Trustee and Paul Hastings reserve all rights to seek allowance and payment of their professional fees and expenses incurred in connection with the Debtors' chapter 11 cases.

[3]     The Contempt Order further provided that the amount such reasonable attorney's fees and costs shall be payable to the chapter 11 estate of the Individual Debtor and be determined by the Court upon the application of the Trustee.

2.      Importantly, the foregoing amount is ***not*** the total amount of fees spent on preparing and prosecuting the Motion to Compel and the Motion for Order to Show Cause (each as defined below), as both motions covered not only Ms. Guo and HK USA, but also other discovery targets.[4]  The Trustee prepared a single Motion to Compel and a single Motion for Order to Show Cause because doing so was more cost-effective than preparing separate motions for each discovery target.  As a result of this approach, however, it is not possible, with absolute precision, to determine how much time was spent on each specific discovery target.

3.      To address this issue, in determining the amount fees incurred in connection with securing compliance with the Subpoenas, Paul Hastings has (i) ***excluded*** all time entries that specifically identified discovery targets other than Ms. Guo and HK USA, and (ii) with respect to the remaining time entries (several of which entries did not identify a particular discovery target), ***reduced*** the amount of such fees ***by 50%*** for purposes of this Application (which is a generous assumption under the circumstances).[5]  Given that (a) time entries that identified discovery targets other than Ms. Guo and HK USA were excluded from this Application and (b) the principal discovery targets of the Motion to Compel and the Motion to Show Cause were Ms. Guo, HK USA, and the Individual Debtor, the Trustee and Paul Hastings submit that applying a 50% reduction to arrive at the amount of fees attributable to the work related to securing compliance with the Subpoenas is reasonable.

4.      The requested fees were incurred to protect, preserve, and maximize value for the Individual Debtor's estate and his creditors.  In light of the nature and complexity of the Chapter

---

[4]    For example, in addition to seeking compliance with the Subpoenas issued to Ms. Guo and HK USA, the Motion to Compel also sought to compel the Individual Debtor and certain related parties to comply with subpoenas issued pursuant to orders of this Court.  Similarly, the Motion for Order to Show Cause also sought entry of an order as to why the Individual Debtor (in addition to Ms. Guo and HK USA) should not be held in contempt of court for failing to adequately respond to or comply with the Order Granting Motion to Compel.

[5]    To be clear, the Trustee and Paul Hastings intend to seek payment from the Individual Debtor's estate of the fees to be charged against the HK Parties under the Contempt Order (to the extent allowed by this Court).

11 Case and the HK Parties' non-compliance with the Court-authorized Subpoenas, the Trustee

and Paul Hastings submit that the requested fees are reasonable under applicable standards.

Accordingly, the Trustee and Paul Hastings respectfully request that the Court grant the

Application and direct payment of the requested fees to the Individual Debtor's estate.

### JURISDICTION, VENUE, BASES FOR RELIEF, AND COMPLIANCE

5.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334

and the *Standing Order of Reference* from the United States District Court for the District of

Connecticut (as amended).  This matter is a core proceeding within the meaning of 28 U.S.C. §

157(b)(2).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6.      The legal predicates for the relief requested herein are the Contempt Order,

sections 328, 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule

2016-1.  The Trustee and Paul Hastings consent to this Court's authority to enter final orders on

this matter.

7.      The Trustee and Paul Hastings do not believe that Appendix B of the *United

States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of

Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* ("Appendix B")

applies to this Application because Appendix B only applies if the debtor's petition lists $50

million or more in assets and $50 million or more in liabilities, which the Debtors' petitions do

not.  To the extent necessary, Paul Hastings requests a waiver of any Appendix B, Bankruptcy

Rule, or Local Rule requirements not met by this Application.

8.      The Trustee and Paul Hastings believe that this Application, together with the

attachments hereto, substantially complies with the Bankruptcy Rules and Local Rule 2016-1.

9.      Attached and incorporated herein by reference are the following Exhibits:

- <u>Exhibit A</u> contains the monthly statements detailing the services performed incurred in securing compliance with the Subpoenas.

- <u>Exhibit B</u> contains the Proposed Order.

## **BACKGROUND**

### I.    **Individual Debtor's Chapter 11 Case**

10.    On February 15, 2022 (the "<u>Petition Date</u>"), the Individual Debtor filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

11.    On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors ("<u>Committee</u>") in the Chapter 11 Case.  No examiner has been appointed in the Chapter 11 Cases.

12.    On June 15, 2022, the Court entered a memorandum of decision and order [Docket No. 465] (the "<u>Trustee Order</u>") directing the United States Trustee to appoint a chapter 11 trustee in the Chapter 11 Case of Ho Wan Kwok.  Pursuant to the Trustee Order, the United States Trustee selected Luc A. Despins as the Trustee.  On July 8, 2022, the Court entered an order granting the appointment of Luc A. Despins as the Trustee in the Chapter 11 Case of Ho Wan Kwok.

13.    The Court authorized Paul Hastings' retention as attorneys for the Trustee pursuant to the *Order Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Counsel to Chapter 11 Trustee, effective as of July 8, 2022* [Docket No. 668] (the "<u>Retention Order</u>"), entered on August 2, 2022.  The Retention Order authorizes Paul Hastings to be compensated on an hourly basis and reimbursed for actual and necessary out-of-pocket expenses pursuant to sections 328 and 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such orders as the Court may direct.

14.     In light of the Trustee's ongoing investigation into the Individual Debtor's assets and his financial affairs, the Trustee is unable at this time to predict when he will be in a position to file a plan and disclosure statement.  All quarterly fees have been paid to the United States Trustee, and all monthly operating reports have been filed.

## II.     Genever (BVI)'s Chapter 11 Case

15.     On October 11, 2022, Genever (BVI) filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court.

16.     No trustee or official committee of unsecured creditors has been appointed in Genever (BVI)'s chapter 11 case.

17.     October 14, 2022, the Court entered an order granting joint administration of the Individual Debtor's chapter 11 case and Genever (BVI)'s chapter 11 case [Docket No. 970].

18.     On January 24, 2023, the Court granted Genever (BVI)'s application to retain Paul Hastings as counsel to Genever (BVI) in its chapter 11 case, effective as of its petition date, *i.e.*, October 11, 2022 [Docket No. 1376].

## III.     Genever (US)'s Chapter 11 Case

19.     On October 12, 2020, Genever (US) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "SDNY Bankruptcy Court"), thereby commencing case number 20-12411 (JLG) (the "SDNY Bankruptcy Case").

20.     On November 3, 2022, the SDNY Bankruptcy Court entered an order [Docket No. 225 in Case No. 22-50592] transferring the venue of the SDNY Bankruptcy Case to this Court, which assigned it Case Number 22-50592.

6

21.     On November 21, 2022, the Court entered an order granting joint administration of the Genever (US) Debtor's chapter 11 case with the jointly administered cases of the Individual Debtor and the Genever (BVI) Debtor's chapter 11 case [Docket No. 1141].

22.     On January 24, 2023, the Court granted Genever (US)'s application to retain Paul Hastings as counsel to Genever (US) in its chapter 11 case, effective as of the order transferring venue of the SDNY Bankruptcy Case to this Court, *i.e.*, November 3, 2022 [Docket No. 1376].

**IV.     Contempt Order**

23.     On July 28, 2022, the Trustee filed a motion [Docket No. 638] (the "Rule 2004 Motion") seeking to conduct a Rule 2004 examination of, among others, the Individual Debtor's daughter, *i.e.*, Ms. Guo, and an entity purportedly wholly-owned by the Individual Debtor's daughter, *i.e.*, HK USA.  On August 16, 2022, the Court entered an order granting the Rule 2004 Motion [Docket No. 758] (the "Rule 2004 Order").  Among other things, the Rule 2004 Order authorized the Trustee to serve the Subpoenas on Ms. Guo and HK USA.  The Trustee served the Subpoenas on Ms. Guo and HK USA between August 19 and 23, 2022.  Ms. Guo and HK USA did not comply with the Subpoenas.

24.     On October 28, 2022, the Trustee filed a *Motion to Compel Compliance of, inter alia, the HK Parties with the Subpoenas* [Docket No. 1046] (the "Motion to Compel").  On January 20, 2023, the Court entered an order granting, in part, the Motion to Compel [Docket No. 1353] (the "Order Granting Motion to Compel").  The Order Granting Motion to Compel directed Ms. Guo and HK USA, to search for and produce to the Trustee, by 5:00 p.m. on January 31, 2023:

    (i)     documents responsive to the Trustee's requests, except as to the documents that concern the Lady May, dated June 1, 2014, or later, unless a particular request specifies a different time period and such time period does not begin before June 1, 2014;

      (ii)     documents responsive to the Trustee's requests, except as the documents concern the Lady May, as to both assets the Debtor acknowledges he owns and assets that allegedly belong to persons or entities other than the Debtor, including without limitation his family members, including Mei Guo herself, and associated entities, including HK (USA) itself; and

      (iii)    documents responsive to the Trustee's requests that are within their custody, possession, or control, except as to the documents concern the Lady May, including without limitation documents in the files of their current or former counsel and other agents and advisors, unless such documents have already been produced by their current or former counsel and other agents and advisors but without consideration of any potential future production by their current or former counsel and other agents and advisors.

25.     Still, Ms. Guo and HK USA did not comply with the Subpoenas and produced no documents to the Trustee by the Court-ordered deadline. The Trustee met and conferred with their counsel on several occasions to no avail. On February 10, 2023, counsel to Ms. Guo and HK USA stated that they believed it might take them another month to comply with their document production obligations. Because the Trustee considered any such delay to be unacceptable in light of the Court-ordered deadline, the Trustee filed, on February 10, 2023, his motion to show cause [Docket No. 1453] (the "Motion for Order to Show Cause") as to why the Court should not hold Ms. Guo and HK USA in civil contempt for failing to adequately respond to or comply with the Court's Order Granting Motion to Compel.

26.     On March 10, 2023, the Court entered the Contempt Order, pursuant to which the Court ordered Ms. Guo, HK USA, attorney Lee Vartan, and Chiesa Shahinian & Giantomasi PC (collectively, the "HK Parties"), jointly and severally, to compensate the Trustee and his counsel, Paul Hastings, for reasonable attorneys' fees and expenses associated with the Trustee's efforts to secure compliance with the Subpoenas from the preparation and prosecution of the Motion to Compel through and including ongoing efforts to secure compliance with the Subpoenas.

27.     Specifically, the Contempt Order provides, in pertinent part, that:

Ms. Guo, HK USA, Attorney Vartan, and Chiesa Shahinian & Giantomasi PC ("CSG") are jointly and severally liable and sanctioned, as compensatory damages, reasonable attorney's fees and costs associated with the Trustee's efforts to secure compliance with the Court-authorized Subpoenas from the preparation and prosecution Motion to Compel through and including the reasonable attorneys' fees and costs spent in relation to ongoing efforts to secure compliance, which reasonable attorneys' fees and costs shall be payable to the Chapter 11 estate of Ho Wan Kwok and be determined by the Court upon the fee application(s) of the Trustee . . .

## RELIEF REQUESTED

28.     By this Application, Paul Hastings seeks an order (a) allowing compensation for professional services rendered by, for, or on behalf of the Trustee in securing compliance with the Subpoenas in the amount of $83,370.26 and (b) directing prompt payment of such fees by the HK Parties, jointly and severally.  The Trustee has approved the amounts requested by Paul Hastings herein.  All services in connection with the requested fees were performed by, for, or on behalf of the Trustee.

## COMPENSATION AND VALUE OF SERVICES

29.     To date, the Trustee and Paul Hastings have not applied for compensation for any services provided in the Chapter 11 Case.  Neither has the Trustee or Paul Hastings received any payment or promise of payment from any source for services rendered during the Chapter 11 Case.  There is no agreement or understanding between the Trustee and/or Paul Hastings and any other person other than the attorneys, employees, and staff of Paul Hastings, for the sharing of compensation to be received for services rendered in the Chapter 11 Case.

30.     Through March 10, 2023, the Trustee and attorneys and paraprofessionals of Paul Hastings expended a total of 131.20 hours in connection with securing compliance with the Subpoenas.  The timekeepers who rendered such services are identified in the Cover Sheet hereto, along with the number of hours and the total compensation sought for each individual.

31.     Paul Hastings maintains computerized records, in the form of monthly statements. For this Application, Paul Hastings' monthly statements are limited to those fees incurred in securing compliance with the Subpoenas and, thus, vary in form from that regularly used by Paul Hastings to bill its clients for services rendered.  Attached hereto as **Exhibit A** are true and correct copies of the monthly statements of Paul Hastings related to the fees requested herein.

32.     As noted, the fees sought in this Application are ***not*** the total amount of fees spent on preparing and prosecuting the Motion to Compel and the Motion for Order to Show Cause. Rather (i) Paul Hastings ***excluded*** all time entries that specifically identified discovery targets other than Ms. Guo and HK USA, and (ii) with respect to the remaining time entries (several of which entries did not identify a particular discovery target), Paul Hastings ***reduced*** the amount of such fees ***by 50%*** for purposes of this Application.

33.     The rates Paul Hastings charges for the services rendered by its professionals and paraprofessionals in the Chapter 11 Case are comparable to the rates Paul Hastings charges for professional and paraprofessional services rendered in comparable nonbankruptcy related matters.  In addition, when Paul Hastings' restructuring professionals and paraprofessionals work on nonbankruptcy matters, the firm generally charges their standard rate.  Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable nonbankruptcy cases in a competitive national legal market.

34.     Paul Hastings respectfully submits that the reasonable value of the services rendered by Trustee and his counsel in securing compliance with the Subpoenas is $83,370.26.

## REASONABLENESS OF COMPENSATION

35.     Section 330(a) of the Bankruptcy Code provides that, after notice and a hearing, the Court may award a professional employed under 11 U.S.C. § 327 "reasonable compensation

for actual, necessary services rendered" and "reimbursement for actual, necessary expenses." 11

U.S.C. § 330(a)(1).[6]

36.     Section 330 of the Bankruptcy Code provides guidance as to the relevant

considerations for analyzing whether the requested compensation is reasonable.  Consistent with

the factors enumerated in section 330, the fees requested in this Application are reasonable due

to (a) the size, nature and complexity of this Chapter 11 Case, (b) the time expended, (c) the

nature and extent of the services rendered, (d) the value of such services, (e) the costs of

comparable services other than in a case under chapter 11 of the Bankruptcy Code, and (f) the

fact that such fees were not unnecessarily duplicative.

37.     The Court enjoys "considerable discretion in determining reasonable fee awards."

*In re Ahead Communication Systems, Inc.*, 395 B.R. 512 (D. Conn. 2008).  Generally,

compensation should be awarded for services that were either (a) reasonably likely to benefit the

estate at the time they were rendered or (b) necessary to the administration of the case, so long as

such services were not needlessly duplicative.  11 U.S.C. § 330(a)(4)(A).

38.     All fees incurred by the Trustee and Paul Hastings in securing compliance with

the Subpoenas were actual, reasonable, and necessary in the performance of the Trustee's and his

counsel's services.

## **RESERVATION OF RIGHTS**

39.     To the extent that time or disbursement charges for services rendered or

disbursements incurred in securing compliance with the Subpoenas are not included in this

Application, or the Trustee and Paul Hastings have for any reason not sought compensation or

---

[6]     Under section 328(a) of the Bankruptcy Code, with bankruptcy court approval, a trustee may employ
professional persons under section 327(a) of the Bankruptcy Code "on any reasonable terms and conditions of
employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent
fee basis."  11 U.S.C. § 328(a).

reimbursement with respect to such services, the Trustee and Paul Hastings reserve the right to request compensation for such services in a supplemental or future application.  In addition, the Trustee and Paul Hastings reserve the right to seek payment from the Individual Debtor's estate of the fees to be charged against the HK Parties under the Contempt Order.  Also, the Trustee and Paul Hastings do not waive, and expressly reserve, their right to respond to any objections regarding this Application and the amounts sought for services incurred in securing compliance with the Subpoenas.

## **NO PRIOR REQUEST**

40.    No previous request for the relief sought herein has been made to this Court or any other court.

*[Remainder of page intentionally left blank.]*

12

WHEREFORE, the Trustee and Paul Hastings respectfully request entry of an order, substantially in the form attached hereto as **Exhibit B**, (i) allowing compensation for professional services rendered in securing compliance with the Subpoenas in the amount of $83,370.26, (ii) directing the HK Parties' prompt payment of all such fees, (iii) allowing such compensation and payment without prejudice to the Trustee's and Paul Hastings' right to seek compensation and/or payment from the Estate for the services performed in securing compliance with the Subpoenas, and (iv) granting the Trustee and Paul Hastings such other and further relief as is just.

Dated: April 10, 2023
      New Haven, Connecticut

LUC A. DESPINS, CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

      *and*

    Nicholas A. Bassett (*pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

      *and*

    Douglass Barron (*pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    douglassbarron@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

13

## Exhibit A

**Monthly Fee Statements**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

March 31, 2023

Please Refer to
Invoice Number: 2353180

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Nicholas A. Bassett

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2022 | $4,558.00 |
| **Current Fees and Costs Due** | **$4,558.00** |
| **Total Balance Due - Due Upon Receipt** | **$4,558.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

March 31, 2023

Please Refer to
Invoice Number: 2353180

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Nicholas A. Bassett

Legal fees for professional services
for the period ending September 30, 2022 $4,558.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$4,558.00** |
| **Total Balance Due - Due Upon Receipt** | **$4,558.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok | March 31, 2023 |
| 200 Park Avenue | Please Refer to |
| New York, NY 10166 | Invoice Number: 2353180 |
| Attn: Luc Despins | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2022

## <u>Asset Recovery Investigation and Litigation</u>                                    $4,558.00

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| **B262** | **Contempt Proceedings** | | | | |
| 09/28/2022 | WCF | Draft motion to compel Rule 2004 compliance regarding debtor, Mei Guo, HK USA (3.6); call with A. Luft regarding revisions to motion to compel (.2) | 3.80 | 1,120.00 | 4,256.00 |
| 09/29/2022 | AEL2 | Correspond with W. Farmer regarding motion to compel | 0.20 | 1,510.00 | 302.00 |
| | **Subtotal: B262  Contempt Proceedings** | | **4.00** | | **4,558.00** |
| | **Total** | | **4.00** | | **4,558.00** |

### Timekeeper Summary

| <u>ID</u> | <u>Timekeeper Name</u> | <u>Title</u> | <u>Hours</u> | <u>Rate</u> | <u>Fee</u> |
|---|---|---|---|---|---|
| AEL2 | Luft, Avi E. | Of Counsel | 0.20 | 1,510.00 | 302.00 |
| WCF | Will C. Farmer | Associate | 3.80 | 1,120.00 | 4,256.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2353180

Page 2

| | |
|---|---:|
| **Current Fees and Costs** | **$4,558.00** |
| **Total Balance Due - Due Upon Receipt** | **$4,558.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

March 31, 2023

Please Refer to
Invoice Number: 2353181

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Nicholas A. Bassett

Legal fees for professional services
for the period ending October 31, 2022

| | |
|---|---:|
| | $92,480.00 |
| **Current Fees and Costs Due** | **$92,480.00** |
| **Total Balance Due - Due Upon Receipt** | **$92,480.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

March 31, 2023

Please Refer to
Invoice Number: 2353181

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Nicholas A. Bassett

Legal fees for professional services
for the period ending October 31, 2022 — $92,480.00

| | |
|---|---|
| **Current Fees and Costs Due** | **$92,480.00** |
| **Total Balance Due - Due Upon Receipt** | **$92,480.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

March 31, 2023

Please Refer to
Invoice Number: 2353181

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2022

## Asset Recovery Investigation and Litigation

**$92,480.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B262** | **Contempt Proceedings** | | | | |
| 10/03/2022 | WCF | Review, revise motion to compel regarding Zeisler firm clients | 1.60 | 1,120.00 | 1,792.00 |
| 10/04/2022 | WCF | Revise motion to compel regarding Debtor, Mei Guo, Hong Kong USA subpoenas (1.7) | 1.70 | 1,120.00 | 1,904.00 |
| 10/05/2022 | AEL2 | Review draft motion to compel | 0.50 | 1,510.00 | 755.00 |
| 10/05/2022 | NAB | Review and revise draft motion to compel (1.2); call with W. Farmer regarding same (.4) | 1.60 | 1,510.00 | 2,416.00 |
| 10/05/2022 | WCF | Call with N. Bassett regarding revisions to motion to compel (.4) | 0.40 | 1,120.00 | 448.00 |
| 10/09/2022 | WCF | Revise motion to compel regarding argument structure and specific requests | 2.90 | 1,120.00 | 3,248.00 |
| 10/10/2022 | AEL2 | Edit draft motion to compel Debtors and HK | 1.80 | 1,510.00 | 2,718.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok        Page 2
50687-00002
Invoice No. 2353181

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/10/2022 | NAB | Review and revise draft motion to compel production from Debtor and related parties (2.6); review related case law (.4); emails with W. Farmer and A. Luft regarding same (.5) | 3.50 | 1,510.00 | 5,285.00 |
| 10/11/2022 | AEL2 | Correspond with W. Farmer re: edits to motion to compel | 0.40 | 1,510.00 | 604.00 |
| 10/11/2022 | AEL2 | Correspond with N. Bassett and W. Farmer re: motion to compel edits | 0.30 | 1,510.00 | 453.00 |
| 10/11/2022 | AEL2 | Call with N. Bassett and W. Farmer regarding edits to motion to compel | 0.60 | 1,510.00 | 906.00 |
| 10/11/2022 | NAB | Review and revise draft motion to compel (.7); call with A. Luft and W. Farmer regarding same (.6); correspond with A. Luft and W. Farmer regarding same (.2) | 1.50 | 1,510.00 | 2,265.00 |
| 10/11/2022 | WCF | Revise motion to compel HK USA, Debtor, Mei Guo rule 2004 productions (3.2); call with N. Bassett, A. Luft regarding motion to compel (.6); review, analyze authorities regarding Rule 45 subpoena compliance and obligations (2.4) | 6.20 | 1,120.00 | 6,944.00 |
| 10/12/2022 | AEL2 | Review case law for, and edit, draft motion to compel regarding debtor, Mei Guo, HK USA | 1.40 | 1,510.00 | 2,114.00 |
| 10/12/2022 | WCF | Review, analyze authorities regarding subpoena compliance standards (.9); revise motion to compel regarding debtor, Mei Guo, HK USA (1.7) | 2.60 | 1,120.00 | 2,912.00 |
| 10/13/2022 | DEB4 | Conference with A. Luft, N. Bassett, W. Farmer, and J. Kosciewicz regarding motion to compel discovery | 0.60 | 1,225.00 | 735.00 |
| 10/13/2022 | JPK1 | Telephone conference with D. Barron, A. Luft, N. Bassett, and W. Farmer regarding motion to compel | 0.60 | 775.00 | 465.00 |
| 10/13/2022 | AEL2 | Meeting with N. Bassett, D. Barron, W. Farmer, and J. Kosciewicz regarding motion to compel | 0.60 | 1,510.00 | 906.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2353181

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/13/2022 | NAB | Correspond with A. Luft regarding motion to compel (.2); call with A. Luft, W. Farmer, D. Barron, and J. Kosciewicz regarding same (.6) | 0.80 | 1,510.00 | 1,208.00 |
| 10/13/2022 | WCF | Call with N. Bassett, A. Luft, D. Barron, and J. Kosciewicz regarding motion to compel revisions | 0.60 | 1,120.00 | 672.00 |
| 10/14/2022 | JPK1 | Revise motion to compel regarding background information related to impeding parties and defaulting parties | 1.90 | 775.00 | 1,472.50 |
| 10/17/2022 | NAB | Revise draft motion to compel | 0.60 | 1,510.00 | 906.00 |
| 10/18/2022 | AEL2 | Edits to draft motion to compel | 0.40 | 1,510.00 | 604.00 |
| 10/18/2022 | AEL2 | Call with N. Bassett re: draft motion to compel | 0.30 | 1,510.00 | 453.00 |
| 10/18/2022 | NAB | Revise motion to compel and emails with W. Farmer regarding same | 0.40 | 1,510.00 | 604.00 |
| 10/18/2022 | NAB | Review and revise draft motion to compel (2.2); call with A. Luft regarding same (.3) | 2.50 | 1,510.00 | 3,775.00 |
| 10/19/2022 | ECS1 | Prepare motion to compel Rule 2004 targets to comply with subpoenas | 1.80 | 840.00 | 1,512.00 |
| 10/19/2022 | WCF | Correspond with E. Sutton regarding revisions to draft motion to compel | 0.10 | 1,120.00 | 112.00 |
| 10/20/2022 | ECS1 | Prepare motion to compel Rule 2004 targets to comply with subpoenas | 2.30 | 840.00 | 1,932.00 |
| 10/20/2022 | JPK1 | Call with E. Sutton regarding motion to compel Rule 2004 discovery | 0.10 | 775.00 | 77.50 |
| 10/21/2022 | NAB | Review and revise draft motion to compel | 0.40 | 1,510.00 | 604.00 |
| 10/24/2022 | ECS1 | Prepare motion to compel Rule 2004 targets to comply with subpoenas | 0.40 | 840.00 | 336.00 |
| 10/26/2022 | ECS1 | Prepare motion to compel Rule 2004 targets to comply with subpoenas | 4.00 | 840.00 | 3,360.00 |
| 10/26/2022 | AEL2 | Review and edit draft motion to compel | 1.10 | 1,510.00 | 1,661.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2353181

Page 4

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/26/2022 | NAB | Review and revise draft motion to compel (1.6); telephone conference with A. Luft regarding same (.2); further revise same (.3); correspond with E. Sutton regarding same (.1); correspond with L. Despins regarding motion to compel and related issues (.2); review draft proposed order on discovery dispute and correspond with P. Linsey (Neubert) regarding same (.2) | 2.60 | 1,510.00 | 3,926.00 |
| 10/26/2022 | WEL | Review and revise authority and document references in motion to compel compliance with subpoenas (2.4); correspond with E. Sutton regarding same (.1) | 2.50 | 565.00 | 1,412.50 |
| 10/27/2022 | ECS1 | Prepare motion to compel Rule 2004 targets to comply with subpoenas (3.0); conference with A. Luft regarding same (.2) | 3.20 | 840.00 | 2,688.00 |
| 10/27/2022 | ECS1 | Prepare motion to expedite motion to compel compliance with subpoenas | 1.30 | 840.00 | 1,092.00 |
| 10/27/2022 | LAD4 | Review/edit motion to compel production for Debtor related parties (1.10); t/c A. Luft, N. Bassett re: same (.30) | 1.40 | 1,860.00 | 2,604.00 |
| 10/27/2022 | AEL2 | Review and edit revised motion to compel and order | 0.50 | 1,510.00 | 755.00 |
| 10/27/2022 | AEL2 | Meet with E. Sutton re: affidavit and edits to motion to compel | 0.20 | 1,510.00 | 302.00 |
| 10/27/2022 | AEL2 | Call with P. Linsey (Neubert) regarding filing deadlines for motion to compel | 0.10 | 1,510.00 | 151.00 |
| 10/27/2022 | AEL2 | Call with P. Linsey (Neubert) re: affidavit and proposed order | 0.20 | 1,510.00 | 302.00 |
| 10/27/2022 | AEL2 | Review declaration supporting motion to compel and comment on same for E. Sutton | 0.20 | 1,510.00 | 302.00 |
| 10/27/2022 | AEL2 | Edit motion to compel based on new comments | 1.10 | 1,510.00 | 1,661.00 |
| 10/27/2022 | NAB | Review and revise draft motion to compel (1.4) | 1.40 | 1,510.00 | 2,114.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2353181

Page 5

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/28/2022 | ECS1 | Prepare motion to compel Rule 2004 targets to comply with subpoenas | 4.70 | 840.00 | 3,948.00 |
| 10/28/2022 | JPK1 | Revise Luft declaration and motion to compel (.8); correspond with W. Farmer regarding the same (.1) | 0.90 | 775.00 | 697.50 |
| 10/28/2022 | JPK1 | Correspond with E. Sutton regarding Luft declaration for motion to compel | 0.20 | 775.00 | 155.00 |
| 10/28/2022 | JPK1 | Revise Luft declaration for motion to compel to incorporate exhibits (.8); correspond with W. Farmer regarding the same (.1) | 0.90 | 775.00 | 697.50 |
| 10/28/2022 | JPK1 | Prepare additional exhibits to Luft declaration for motion to compel | 0.80 | 775.00 | 620.00 |
| 10/28/2022 | JPK1 | Correspond with E. Sutton regarding update on motion to compel | 0.10 | 775.00 | 77.50 |
| 10/28/2022 | JPK1 | Incorporate N. Bassett's comments into draft Luft declaration for motion to compel (.4); further review and revise draft Luft declaration (.4) | 0.80 | 775.00 | 620.00 |
| 10/28/2022 | AEL2 | Revise motion to compel and supporting declaration | 0.40 | 1,510.00 | 604.00 |
| 10/28/2022 | AEL2 | Correspond with E. Sutton regarding Troutman and motion to compel | 0.20 | 1,510.00 | 302.00 |
| 10/28/2022 | AEL2 | Edit declarations and motion to compel | 1.60 | 1,510.00 | 2,416.00 |
| 10/28/2022 | NAB | Review and revise motion to compel (.8); review and revise draft declaration, proposed order, and motion to expedite in connection with same (1.8); correspond with W. Farmer, E. Sutton, P. Linsey (Neubert) regarding same (.5); correspond with L. Despins regarding same (.1); further review and revise motion to compel and related documents (.6) | 3.80 | 1,510.00 | 5,738.00 |
| 10/28/2022 | PARA | Review, revise motion to compel, transmittal declaration and proposed order (2.1); review, submit motion to compel for filing (.1) | 2.20 | 1,120.00 | 2,464.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan                              Page 6
Kwok
50687-00002
Invoice No. 2353181

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/31/2022 | WCF | Call (portion) with J. Kosciewicz, E. Sutton, A. Luft, N. Bassett regarding action items and next steps for motion to compel compliance by discovery targets | 0.60 | 1,120.00 | 672.00 |
| | | **Subtotal: B262  Contempt Proceedings** | **78.40** | | **92,480.00** |
| | **Total** | | **78.40** | | **92,480.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 1.40 | 1,860.00 | 2,604.00 |
| NAB | Nicholas A. Bassett | Partner | 19.10 | 1,510.00 | 28,841.00 |
| AEL2 | Luft, Avi E. | Of Counsel | 11.90 | 1,510.00 | 17,969.00 |
| DEB4 | Douglass E. Barron | Associate | 0.60 | 1,225.00 | 735.00 |
| WCF | Will C. Farmer | Associate | 18.90 | 1,120.00 | 21,168.00 |
| ECS1 | Ezra C. Sutton | Associate | 17.70 | 840.00 | 14,868.00 |
| JPK1 | Jon P. Kosciewicz | Associate | 6.30 | 775.00 | 4,882.50 |
| PARA | Paralegal | Paralegal | 2.50 | 565.00 | 1,412.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$92,480.00** |
| **Total Balance Due - Due Upon Receipt** | | **$92,480.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

March 31, 2023

Please Refer to
Invoice Number: 2353182

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Nicholas A. Bassett

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2022 | $32,741.00 |
| **Current Fees and Costs Due** | **$32,741.00** |
| **Total Balance Due - Due Upon Receipt** | **$32,741.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
 Citibank
 ABA # 322271724
 SWIFT Address:  CITIUS33
 787 W. 5th Street
 Los Angeles, CA  90071
 Account Number: 206628380
 Account Name: Paul Hastings LLP

**Remittance Address:**
 Paul Hastings LLP
 Lockbox 4803
 PO Box 894803
 Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

March 31, 2023

Please Refer to
Invoice Number: 2353182

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Nicholas A. Bassett

Legal fees for professional services
for the period ending November 30, 2022

| | |
|---|---:|
| | $32,741.00 |
| **Current Fees and Costs Due** | **$32,741.00** |
| **Total Balance Due - Due Upon Receipt** | **$32,741.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions**</u>:

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| <u>**Remittance Address**</u>: |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok    March 31, 2023

200 Park Avenue                                 Please Refer to
New York, NY 10166                              Invoice Number: 2353182

Attn: Luc Despins                               PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2022

## **Asset Recovery Investigation and Litigation**                         **$32,741.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B262** | **Contempt Proceedings** | | | | |
| 11/16/2022 | AEL2 | Correspond with N. Bassett re: opposition and motion to compel strategy | 0.20 | 1,510.00 | 302.00 |
| 11/16/2022 | AEL2 | Correspond with N. Bassett regarding argument for motion to compel | 0.40 | 1,510.00 | 604.00 |
| 11/17/2022 | AEL2 | Analysis of arguments re: motion to compel | 0.90 | 1,510.00 | 1,359.00 |
| 11/29/2022 | DEB4 | Conference with A. Luft regarding argument in support of motion to compel (0.3); correspond with A. Luft regarding same (0.2); further conference with E. Sutton regarding same (0.1); analyze documents related to same (0.8) | 1.40 | 1,225.00 | 1,715.00 |
| 11/29/2022 | ECS1 | Review submissions in preparations for 11/30 Kwok hearing on motion to compel and motion for protective order (2.1); review and comment on reference materials for hearing (1.5); correspond with A. Luft about same (.2); correspond with D. Mohamed about same (.1); calls with D. Barron about motion to compel argument (.2) | 4.10 | 840.00 | 3,444.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2353182

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/29/2022 | LAD4 | T/c N. Bassett & A. Luft re: motion to compel & protective order motion (.40) | 0.40 | 1,860.00 | 744.00 |
| 11/29/2022 | AEL2 | Call with L. Despins and N. Bassett regarding motion to compel and protective order arguments (.4); further call with N. Bassett regarding same (.3); follow up review of issues (.2) | 0.90 | 1,510.00 | 1,359.00 |
| 11/29/2022 | AEL2 | Draft argument for motion to compel | 6.90 | 1,510.00 | 10,419.00 |
| 11/29/2022 | AEL2 | Call with D. Barron re: motion to compel argument and M. Guo holdings | 0.30 | 1,510.00 | 453.00 |
| 11/29/2022 | AEL2 | Correspond with E. Sutton re: documents for hearing on motion to compel | 0.70 | 1,510.00 | 1,057.00 |
| 11/29/2022 | NAB | Analyze issues for hearing on motion to compel and protective order (.8); telephone conference with L. Despins and A. Luft regarding same (.4); further telephone conference with A. Luft regarding same (.3) | 1.50 | 1,510.00 | 2,265.00 |
| 11/30/2022 | DEB4 | Review/prepare documents related to motion to compel | 1.20 | 1,225.00 | 1,470.00 |
| 11/30/2022 | AEL2 | Correspond with D. Skalka (Despins) and L. Despins re: hearing | 0.50 | 1,510.00 | 755.00 |
| 11/30/2022 | AEL2 | Attend hearing re: motion to compel | 3.40 | 1,510.00 | 5,134.00 |
| 11/30/2022 | NAB | Review issues related to motion to compel and motion for protective order in preparation for hearing on same (1.1) | 1.10 | 1,510.00 | 1,661.00 |
| | | **Subtotal: B262  Contempt Proceedings** | **23.90** | | **32,741.00** |
| | | **Total** | **23.90** | | **32,741.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|-----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 0.40 | 1,860.00 | 744.00 |
| NAB | Nicholas A. Bassett | Partner | 2.60 | 1,510.00 | 3,926.00 |
| AEL2 | Luft, Avi E. | Of Counsel | 14.20 | 1,510.00 | 21,442.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok

Page 3

50687-00002

Invoice No. 2353182

| DEB4 | Douglass E. Barron | Associate | 2.60 | 1,225.00 | 3,185.00 |
| ECS1 | Ezra C. Sutton | Associate | 4.10 | 840.00 | 3,444.00 |
| | **Current Fees and Costs** | | | | **$32,741.00** |
| | **Total Balance Due - Due Upon Receipt** | | | | **$32,741.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

March 31, 2023

Please Refer to
Invoice Number: 2353183

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Nicholas A. Bassett

Legal fees for professional services
for the period ending February 28, 2023

| | |
|---|---|
| | $17,167.02 |
| **Current Fees and Costs Due** | **$17,167.02** |
| **Total Balance Due - Due Upon Receipt** | **$17,167.02** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

March 31, 2023

Please Refer to
Invoice Number: 2353183

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Nicholas A. Bassett

Legal fees for professional services
for the period ending February 28, 2023                        $17,167.02

| | |
|---|---:|
| **Current Fees and Costs Due** | **$17,167.02** |
| **Total Balance Due - Due Upon Receipt** | **$17,167.02** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

March 31, 2023

Please Refer to
Invoice Number: 2353183

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2023

## Asset Recovery Investigation and Litigation

**$17,167.02**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B262** | **Contempt Proceedings** | | | | |
| 02/07/2023 | NAB | Telephone conference with A. Luft regarding issues related to Mei Guo response to motion to compel (.3); telephone conference with L. Vartan (Mei Guo counsel) and A. Luft regarding same (.2) | 0.50 | 1,625.00 | 812.50 |
| 02/08/2023 | NAB | Prepare parts of motion for order to show cause regarding contempt of court for failure to comply with order on motion to compel (2.1); analyze cases in connection with same (1.0); correspond with A. Luft regarding same (.1) | 3.20 | 1,625.00 | 5,200.00 |
| 02/09/2023 | NAB | Prepare parts of motion for order to show cause (.7) | 0.70 | 1,625.00 | 1,137.50 |
| 02/10/2023 | NAB | Review and revise draft motion on order to show cause (1.6); correspond with W. Farmer regarding same (.4) | 2.00 | 1,625.00 | 3,250.00 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2353183

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/10/2023 | NAB | Telephone conference with L. Vartan (CSG Law), A. Romney (Zeisler), and A. Luft regarding order on motion to compel response (.3); follow-up telephone conference with A. Luft regarding same and related issues (.2) | 0.50 | 1,625.00 | 812.52 |
| 02/12/2023 | JPK1 | Begin drafting response to Mei Guo and HK USA's motion for extension of time to comply with the January 20, 2023 order | 2.60 | 915.00 | 2,379.00 |
| 02/13/2023 | DEB4 | Correspond with N. Bassett and L. Despins regarding order on motion to show cause | 0.10 | 1,320.00 | 132.00 |
| 02/13/2023 | ECS1 | Prepare response to Mei Guo and HK USA motion for an extension of time to comply with rule 2004 subpoena | 0.70 | 1,015.00 | 710.50 |
| 02/13/2023 | JPK1 | Draft response to Mei Guo and HK USA's motion for extension of time to comply with the January 20, 2023 order | 1.30 | 915.00 | 1,189.50 |
| 02/13/2023 | NAB | Review order on motion for order to show cause (.2); correspond with L. Despins regarding same (.1) | 0.30 | 1,625.00 | 487.50 |
| 02/21/2023 | SM29 | Correspond with N. Bassett and P. Linsey (Neubert) re motion to extend time (.2); review same (.4); further correspond with P. Linsey and N. Bassett re same (.2) | 0.80 | 1,320.00 | 1,056.00 |
| | | **Subtotal: B262  Contempt Proceedings** | **12.70** | | **17,167.02** |
| | | **Total** | **12.70** | | **17,167.02** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 7.20 | 1,625.00 | 11,700.02 |
| SM29 | Shlomo Maza | Associate | 0.80 | 1,320.00 | 1,056.00 |
| DEB4 | Douglass E. Barron | Associate | 0.10 | 1,320.00 | 132.00 |
| ECS1 | Ezra C. Sutton | Associate | 0.70 | 1,015.00 | 710.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan
Kwok
50687-00002
Invoice No. 2353183

Page 3

| JPK1 | Jon P. Kosciewicz | Associate | 3.90 | 915.00 | 3,568.50 |
|------|-------------------|-----------|------|--------|----------|
| | **Current Fees and Costs** | | | | **$17,167.02** |
| | **Total Balance Due - Due Upon Receipt** | | | | **$17,167.02** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

March 31, 2023

Please Refer to
Invoice Number: 2353184

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Asset Recovery Investigation and Litigation
PH LLP Client/Matter # 50687-00002
Nicholas A. Bassett

| | |
|---|---|
| Legal fees for professional services for the period ending March 31, 2023 | $19,794.50 |
| **Current Fees and Costs Due** | **$19,794.50** |
| **Total Balance Due - Due Upon Receipt** | **$19,794.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

Attn: Luc Despins

March 31, 2023

Please Refer to
Invoice Number: 2353184

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Asset Recovery Investigation and Litigation**
PH LLP Client/Matter # 50687-00002
Nicholas A. Bassett

Legal fees for professional services
for the period ending March 31, 2023

| | |
|---|---|
| Legal fees for professional services for the period ending March 31, 2023 | $19,794.50 |
| **Current Fees and Costs Due** | **$19,794.50** |
| **Total Balance Due - Due Upon Receipt** | **$19,794.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok
200 Park Avenue
New York, NY 10166

March 31, 2023

Please Refer to
Invoice Number: 2353184

Attn: Luc Despins

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2023

## Asset Recovery Investigation and Litigation

**$19,794.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B262** | **Contempt Proceedings** | | | | |
| 03/05/2023 | NAB | Telephone conference with L. Despins, D. Barron, E. Sutton, W. Farmer regarding preparation for March 7 hearing (.3); review agenda and documents related to same (.2) | 0.50 | 1,625.00 | 812.50 |
| 03/06/2023 | DEB4 | Correspond with E. Sutton regarding order to show cause | 0.10 | 1,320.00 | 132.00 |
| 03/06/2023 | AEL2 | Call with N. Bassett re: discovery contempt issues for tomorrow's hearing | 0.40 | 1,625.00 | 650.00 |
| 03/06/2023 | NAB | Review and revise response to HK Parties' motion for extension of time (.3); telephone conference with W. Farmer regarding same (.1); review L. Vartan attorney declaration in response to order to show cause (.3); outline response to same (.4); email and telephone conference with W. Farmer regarding same (.3) | 1.40 | 1,625.00 | 2,275.00 |
| 03/07/2023 | AEL2 | Analysis of Vartan arguments on contempt | 0.70 | 1,625.00 | 1,137.50 |

Luc Despins as Chapter 11 Trustee in the case of Ho Wan Kwok      Page 2
Kwok
50687-00002
Invoice No. 2353184

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/07/2023 | NAB | Review and revise draft response to attorney declaration in response to order to show cause (1.4); correspond with P. Linsey (Neubert) and W. Farmer regarding same (.3); prepare outline for hearing concerning same and additional issues while in transit to New York (1.1); correspond with L. Despins regarding same (.7); correspond with A. Luft regarding same (.4); review authority in preparation for hearing (.9); participate in hearing (4.1); correspond with D. Barron regarding same (.2) | 9.10 | 1,625.00 | 14,787.50 |
| **Subtotal: B262  Contempt Proceedings** | | | **12.20** | | **19,794.50** |
| **Total** | | | **12.20** | | **19,794.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 11.00 | 1,625.00 | 17,875.00 |
| AEL2 | Luft, Avi E. | Of Counsel | 1.10 | 1,625.00 | 1,787.50 |
| DEB4 | Douglass E. Barron | Associate | 0.10 | 1,320.00 | 132.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$19,794.50** |
| **Total Balance Due - Due Upon Receipt** | | **$19,794.50** |

**<u>Exhibit B</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
                                           :

In re:                              :  Chapter 11
                                           :

HO WAN KWOK, *et al.*,         :  Case No. 22-50073 (JAM)
                                           :

          Debtors.[1]         :  Jointly Administered
                                         :
---------------------------------------------------------------x

**ORDER APPROVING SPECIAL FEE APPLICATION OF CHAPTER 11 TRUSTEE**
**AND HIS COUNSEL, PAUL HASTINGS LLP, FOR SERVICES RENDERED IN**
**SECURING COMPLIANCE WITH COURT-AUTHORIZED SUBPOENAS**

      Pursuant to the *Order Holding HK Parties in Contempt of Court and Sanctioning HK Parties, Attorney Vartan and Chiesa Shahinian & Giantomasi PC* [Docket No. 1537] and 11 U.S.C. §§ 328, 330 and 331, Luc A. Despins, as the Chapter 11 Trustee in the above-captioned chapter 11 cases, and his counsel Paul Hastings LLP (together, the "Applicant") filed the *Special Fee Application of Chapter 11 Trustee and his Counsel, Paul Hastings LLP, for Services Rendered in Securing Compliance with Court-Authorized Subpoenas* on April ____, 2023 (the "Application").  After notice and a hearing, it is hereby

      1.      ORDERED that the Application is granted and compensation in the amount of $____, is awarded to Paul Hastings; it is further

      2.      ORDERED that nothing here modifies the Retention Order; it is further

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

3.      ORDERED that Ms. Mei Guo, HK International Funds Investments (USA) Limited, LLC, Lee Vartan, and Chiesa Shahinian & Giantomasi PC (collectively, the "HK Parties"), are directed to pay to the Individual Debtor's estate the fees allowed in paragraph 1 above in the aggregate amount of $83,370.26 within fourteen days of the date of this Order; it is further

4.      ORDERED that the HK Parties are jointly and severally responsible for the payment of all fees allowed in paragraph 1 above to to the Individual Debtor's estate; it is further

5.      ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

6.      ORDERED that the Trustee and Paul Hastings are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

7.      ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

8.      ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).