**EXHIBIT A – Proposed Order**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| HO WAN KWOK, *et al.* | : | Case No. 22-50073 (JAM) |
| Debtors. | : | (Jointly Administered) |

## ORDER GRANTING DEBTOR'S MOTION FOR A LIMITED STAY OF ORDER GRANTING IN PART MOTION TO COMPEL COMPLIANCE WITH RULE 2004 SUBPOENA

UPON CONSIDERATION OF the Motion of Debtor Ho Wan Kwok (the "**Debtor**") requesting a limited stay of the *Order Granting in Part Motion to Compel Compliance with Rule 2004 Subpoenas* (the "**Order**"), entered on January 20, 2023 (ECF No. 1353), and good cause having been shown and after a hearing held on _____, it is by the Court,

ORDERED, that the motion is GRANTED and the above-described Order is hereby stayed, all related deadlines associated therewith are hereby vacated; and it is further

ORDERED, that the Debtor is relieved from producing documents, submitting a declaration, and any further compliance with the Order.