UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

In re : Chapter 11

HO WAN KWOK, *et al.* : Case No. 22-50073 (JAM)

Debtors. :

---

**DEBTOR'S MOTION TO EXPEDITE HEARING ON
DEBTOR'S MOTION FOR A LIMITED STAY OF ORDER GRANTING
IN PART MOTION TO COMPEL COMPLIANCE WITH RULE 2004 SUBPOENA**

Debtor Ho Wan Kwok (the "**Debtor**"), for his motion (the "**Motion**") to expedite a hearing on the Debtor's Motion for a Limited Stay of Order Granting in Part Motion to Compel Compliance with Rule 2004 Subpoena (the "**Stay Motion**"), respectfully states:

1. On February 15, 2022, the Individual Debtor filed his voluntary petition for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned bankruptcy case.

2. On July 7, 2022, the United States Trustee filed a notice appointing Luc A. Despins (the "**Trustee**") as Chapter 11 trustee (Doc. No. 514), and an *Application for Order Approving Appointment of Chapter 11 Trustee* (Doc. No. 515), seeking the Court's approval of the appointment of the Trustee. On July 8, 2022, the Court entered its *Order Granting Appointment Of Chapter 11 Trustee* (Doc. No. 523), granting the appointment of Luc A. Despins as Chapter 11 trustee in this case.

6. On July 28, 2022, the Trustee filed his i) *Motion for 2004 Examination of the Debtor* (Doc. No. 636), ii) *Omnibus Motion of Chapter 11 Trustee For Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery with Respect to Various*

*Legal and Financial Advisors to the [Individual] Debtor* (Doc. No. 637), and iii) *Omnibus Motion of Chapter 11 Trustee For Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery with Respect to Various Entities and Individuals Affiliated with the Debtor* (Doc. No. 638) (collectively the "**July Rule 2004 Exam Motions**").

7.      On August 5, 2022, the Debtor filed his *Limited Objection to Rule 2004 Motions* (Doc. No. 703) to preserve certain rights, including the right to assert objections to the requests for the production of documents that would be served with the subpoena attached to the July Rule 2004 Exam Motions after the subpoena was actually served. By orders dated August 16, 2022, this Court granted the July Rule 2004 Exam Motions.

8.      The Debtor was served with a Rule 2004 subpoena (the "**Rule 2004 Subpoena**") on August 19, 2022. The Debtor served timely objections to the document requests attached to that Subpoena, asserting objections to certain of the enumerated Instructions and Definitions included with the requests for production, as well as objections to certain of the requests for production.

9.      On October 28, 2022, the Trustee filed his *Motion of Chapter 11 Trustee for Entry of Order Compelling Individual Debtor, [and Others] to Comply with Rule 2004 Subpoenas* (Doc. No. 1046) (the "**Motion to Compel**").

10.     On November 14, 2022 the Debtor (and others) filed their *Joint Objection of the Debtor, Mei Guo, and HK International Funds Investments (USA) Limited, LLC to Chapter 11 Trustee's Motion to Compel Compliance with Rule 2004 Subpoenas* (Doc. No. 1090). This Court held a hearing on the Motion to Compel on November 30, 2022. On January 20, 2023, the Court entered the *Order Granting in Part Motion to Compel Compliance with Rule 2004 Subpoenas* (the "**January 20 Order**").

11. On the morning of March 15, 2023, a twelve count indictment was unsealed in the United States District Court for the Southern District of New York charging the Debtor and Kin Ming Je, a/k/a "William Je" with various federal crimes. The Debtor was arrested by federal law enforcement authorities on March 15, 2023, and remains in federal custody.

12. By the Stay Motion, the Debtor seeks the entry of a limited stay of the January 20 Order, and relieving the Debtor of the obligation to produce any documents or to submit a declaration in further compliance with the January 20 Order. The Trustee's Motion for Order to Show Cause why . . . Debtor Should not be Held in Contempt of Court for Failure to Comply with the [January 20 Order] will come on for hearing in this Court on April 18, 2023. The Debtor requests that the Court set a hearing for the Stay Motion on Tuesday, April 18, 2023, and require any opposition to the Stay Motion to be filed by 12:00 p.m. on Monday, April 17, 2023. The Debtor further requests that the Court direct that notice of the Stay Motion and the Court's order granting this Motion be served on all parties-in-interest appearing in the Debtor's Chapter 11 case qualified to receive electronic notice via the Court's CM/ECF system, as well as the Committee, the Trustee, and the United States Trustee.

WHEREFORE, the Debtor requests that the Court issue an Order, substantially in the form attached hereto, setting a hearing on the Stay Motion for April 18, 2023, and ordering notice of such hearing as set forth in the attached Order.

Dated: April 10, 2023                    Respectfully submitted,

/s/ *Dylan P. Kletter*
Dylan P. Kletter (ct28197)
Brown Rudnick LLP
185 Asylum Street, 38th Floor
Hartford, Connecticut 06103
Tel: (860) 509-6500

Fax: (860) 509-6501
Email: dkletter@brownrudnick.com

Stephen R. Cook (*pro hac vice pending*)
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Tel: (949) 752-7100
Fax: (949) 252-1514
Email scook@brownrudnick.com

Stephen A. Best (*pro hac vice pending*)
601 13th Street, NW, Suite 600
Washington, DC 20005
Tel.: (202) 536-1737
Fac : (219) 938-2937
Email: sbest@brownrudnick.com

SPECIAL (CRIMINAL DEFENSE) COUNSEL
FOR DEBTOR HO WAN KWOK

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                             */s/ Dylan P. Kletter*