**EXHIBIT A – Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| HO WAN KWOK, *et al.* | : | Case No. 22-50073 (JAM) |
|  | : |  |
| Debtors. | : |  |
|  | : |  |

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the Motion to expedite a hearing on the Debtor's Motion for a Limited Stay of Order Granting in Part Motion to Compel Compliance with Rule 2004 Subpoena (the "**Stay Motion**"); and good cause appearing, it is hereby

ORDERED, that a hearing on the Stay Motion shall be held on April 10, 2023, at __:__ _.m. at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604 (the "Hearing"); and it is further

ORDERED, that the deadline to object to the Stay Motion shall be April 17, 2023, at __:__ _.m.; and it is further

ORDERED, that a copy of this Order, along with the Stay Motion and any attachments thereto, shall be served upon all parties to the Debtor's chapter 11 case qualified to receive electronic notice via the Court's CM/ECF system, as well as the Committee, the Trustee, and the United States Trustee, on or before April __, 2023, and the Individual Debtor shall file a certificate of service in advance of the Hearing.