**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |

**MOTION TO PERMIT**
**STEPHEN A. BEST TO APPEAR *PRO HAC VICE***

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned, a member in good standing of the bar of this Court and having entered an appearance in this matter, hereby moves for the admission *pro hac vice* of Stephen A. Best of Brown Rudnick LLP for the limited purpose of representing the individual debtor, Ho Wan Kwok (the "Individual Debtor"), as his special (criminal defense) counsel in this case.  In accordance with D. Conn. L. Civ. R. 83.1(d), and based on the Affidavit of Stephen A. Best, which is annexed hereto as Exhibit A, and is made a part hereof, the undersigned represents as follows:

1. Stephen A. Best ("Mr. Best") is an attorney in the law firm of Brown Rudnick LLP, with an office located at 601 Thirteenth Street NW Suite 600, Washington, D.C. 20005.  Mr. Best is a member in good standing of the bars of the state of Virginia and the District of Columbia.  There are no disciplinary proceedings pending against Mr. Best in any jurisdiction.

2. Mr. Best has not been disciplined or denied admission by this Court or any other Court in any jurisdiction.

3. Mr. Best is familiar with the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

4. Mr. Best, as a partner at Brown Rudnick LLP, has been retained as the Individual Debtor's counsel in connection with his indictment in the United States District Court for the Southern District of New York alleging various federal crimes.[1]

5. The Affidavit of Stephen A. Best in Support of this Motion to Permit Counsel to Appear Pro Hac Vice is attached as Exhibit A.

6. The Motion is made promptly and it does not require modification of any scheduling order or the deadlines established by any standing order. Mr. Best has requested, and will submit separately to this Court once provided by requisite authorities, a certificate of good standing from the bar of the state in which he has his primary office. The $75.00 fee required by Local Rule 83.1(d)(3) for Mr. Best's admission *pro hac vice* is tendered herewith.

WHEREFORE, the undersigned respectfully requests that this Court grant Stephen A. Best permission to appear *pro hac vice* in this matter.

Dated: April 10, 2023                                              Respectfully submitted,

*/s/ Dylan P. Kletter*
Dylan P. Kletter (ct28197)
BROWN RUDNICK LLP
185 Asylum Street, 38th Floor
Hartford, Connecticut 06103
Tel: (860) 509-6500
Fax: (860) 509-6501
Email: dkletter@brownrudnick.com

SPECIAL (CRIMINAL DEFENSE)
COUNSEL FOR DEBTOR

---

[1] *See United States v. Ho Wan Kwok et al.*, Case Number S1 23 Cr. 118 (AT), pending in the United States District Court for the Southern District of New York.

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 10, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any parties unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ Dylan P. Kletter*