**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
|  | : |  |
| Debtor. | : |  |

**AFFIDAVIT OF STEPHEN A. BEST IN SUPPORT OF**
**MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE***

STEPHEN A. BEST, being duly sworn, states:

1. I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this affidavit. I respectfully apply for this Court's permission for me to appear *pro hac vice* as special counsel for debtor Ho Wan Kwok.

2. I am an attorney in the law firm of Brown Rudnick LLP, with offices at 601 Thirteenth Street NW Suite 600, Washington, D.C. 20005. My telephone number is 202-536-1737, my fax number is 212-938-2937, and my e-mail is as follows: sbest@brownrudnick.com.

3. The following is a list of the courts of which I am, or have ever been, a member, with corresponding bar identification numbers:

   a. Bar of the Commonwealth of Virginia (# 30215);

   b. Bar of the District of Columbia (#428447); and

   c. United States District Court for the District of Columbia (#428447); and

   d. United States District Court for the Eastern District of Virginia (#30215).

1

4. I am a member in good standing of the bars of the state of Virginia and the District of Columbia, and there are no disciplinary proceedings pending against me in any jurisdiction, and I have never been convicted of any crime.

5. I have never been denied admission to the United States District Court of Connecticut or any other court in any jurisdiction, nor have I ever been disciplined by, resigned from, or surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I hereby designate Attorney Dylan P. Kletter of Brown Rudnick LLP as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned matter.

8. Submitted herewith is a certificate of good standing from the District of Columbia, the court of the state which I have my primary office.

9. The required $75.00 fee has been tendered along with the motion for my admission pro hac vice in the above-captioned matter.

10. The foregoing is true and correct to the best of my knowledge.

April 10, 2023

_____
Stephen A. Best

**CERTIFICATE OF GOOD STANDING**
**STATE OF VIRGINIA**

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Stephen Andrew Best

was admitted to practice as an attorney and counsellor at the bar of this Court on November 6, 1989.

I further certify that so far as the records of this office are concerned, Stephen Andrew Best is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 24th day of March
A.D. 2023

By: _____
Deputy Clerk

**CERTIFICATE OF GOOD STANDING**
**DISTRICT OF COLUMBIA**



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Stephen A Best

*was duly qualified and admitted on May 6, 1991 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 20, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**