### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER ADMITTING VISITING ATTORNEY

On the 10th day of April, 2023, came on for consideration the Motion for Admission of Visiting Attorney (the "Motion"), filed by a member of the bar of this Court on behalf of Stephen A. Best, Esq., attorney for Ho Wan Kwok, the individual debtor in the above-entitled case.

The Court, having determined no reason for denying the application, accordingly grants the relief requested in the Motion.

**IT IS HEREBY ORDERED**, that Stephen A. Best, Esq. is hereby admitted to practice in the U.S. District Court for the District of Connecticut in connection with the above-referenced case as the Debtor's special (criminal defense) counsel, and with respect to this case, he shall have all the rights, privileges and responsibilities of a member of the bar of this Court.

Signed this __ day of _____, 2023

_____
Hon. United States Bankruptcy Court Judge