UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtor. | : | |

**AFFIDAVIT OF STEPHEN R. COOK IN SUPPORT OF
MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE*__**

STEPHEN R. COOK, being duly sworn, states:

1. I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this affidavit. I respectfully apply for this Court's permission for me to appear *pro hac vice* as special counsel for debtor Ho Wan Kwok.

2. I am an attorney in the law firm of Brown Rudnick LLP, with offices at 2211 Michelson Drive 7th Floor Irvine, CA 92612. My telephone number is 949-440-0215, my fax number is 949-252-1514, and my e-mail is as follows: scook@brownrudnick.com.

3. The following is a list of each court of which I am, or have ever been, a member, with corresponding bar identification numbers:

    a. the State Bar of California (#204446);

    b. the bar of the District of Columbia; and

    c. the United States District Court for the Southern District of California (#204446); and

    d. the United States District Court for the Central District of California (#204446).

1

4. I am a member in good standing of the bars of the state of California and the District of Columbia, and there are no disciplinary proceedings pending against me in any jurisdiction, and I have never been convicted of any crime.

5. I have never been denied admission to the United States District Court of Connecticut or any other court in any jurisdiction, nor have I ever been disciplined by, resigned from, or surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I hereby designate Attorney Dylan P. Kletter of Brown Rudnick LLP as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned matter.

8. Submitted herewith is a certificate of good standing from the State of California, the court of the state which I have my primary office.

9. The required $75.00 fee has been tendered along with the motion for my admission pro hac vice in the above-captioned matter.

10. The foregoing is true and correct to the best of my knowledge.

April 10, 2023

_____
Stephen R. Cook

3

**CERTIFICATE OF GOOD STANDING**

**STATE OF CALIFORNIA**



# Supreme Court of California

JORGE E. NAVARRETE
CLERK AND EXECUTIVE OFFICER
OF THE SUPREME COURT

EARL WARREN BUILDING
350 McALLISTER STREET
SAN FRANCISCO, CA 94102
(415) 865-7000

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### STEPHEN ROBERT COOK

I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that STEPHEN ROBERT COOK, # 204446, was on the 29th day of November, 1999, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 22nd day of March 2023.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
Biying Jia, Assistant Deputy Clerk