**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| HO WAN KWOK, et al.[1], | ) Case No. 22-50073 (JAM) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF JOANNA J. CLINE**

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United State District Court for the District of Connecticut, incorporated herein by Local Rule of Bankruptcy Procedure 1001-1, David M. S. Shaiken, Esq., a member of the Bar of this Court and a member of the firm of Shipman, Shaiken & Schwefel, LLC, respectfully moves this Court to enter an Order admitting Joanna J. Cline *pro hac vice* on behalf of Bravo Luck Limited ("Bravo") in the above-referenced bankruptcy action.  In support of this motion, the undersigned represents the following:

1. Joanna J. Cline, Esq. is a partner in the law firm of Troutman Pepper Hamilton Sanders LLP.  She is a member in good standing of the Bars of the State of Delaware, the State of New Jersey and the Commonwealth of Pennsylvania.  Ms. Cline is also a member in good standing of the bars of the United States Courts of Appeals for the Federal Circuit, the First Circuit, and for the Third Circuit, and of the United States District Courts of the District of Delaware, the District of New Jersey and the Eastern District of Pennsylvania.  Ms. Cline has not been denied admission or disciplined by any Court.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

138402482v1

2. Ms. Cline has executed an affidavit in connection with this motion, which is attached hereto as **Exhibit A**.

3. The undersigned counsel is a member in good standing of the Bar of the State of Connecticut. The undersigned is also admitted to practice before the United States District Court for the District of Connecticut and the United States Court of Appeals for the Second Circuit.

4. The undersigned respectfully requests that, pursuant to D. Conn. L. Civ. R. 83.1(d), in the event that this motion is granted, he be excused from attendance at all proceedings. In accordance with D. Conn. L. Civ. R. 83.1(c), the undersigned agrees to accept service of all papers on behalf of Joanna J. Cline.

WHEREFORE, David M. S. Shaiken, Esq. respectfully requests that this Court enter an Order, substantially in the form attached as **Exhibit B**, granting Joanna J. Cline admission *pro hac vice*.

Dated:    Amston, Connecticut
          April 11, 2023

By:    /s/ David M. S. Shaiken
       David M. S. Shaiken, Esq.
       Shipman, Shaiken & Schwefel, LLC
       Corporate Center West
       433 South Main Street, Suite 319
       West Hartford, CT  06110
       Telephone: (860) 606-1703
       Fax: (866) 431-3248
       david@shipmanlawct.com
       Fed. Bar No. ct02297

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| HO WAN KWOK, et al., ) | Case No. 22-50073 (JAM) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*
OF JOANNA J. CLINE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) |
| COUNTY OF NEW CASTLE | ) |

Joanna J. Cline, of full age, deposes and states the following:

1. I am a partner in the firm of Troutman Pepper Hamilton Sanders LLP, with an office address of 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, Pennsylvania 19103-2799. My telephone number is 215.981.4000, my fax number is 215.981.4750 and my email address is Joanna.cline@troutman.com.

2. I have been retained by Bravo Luck Limited ("Bravo") to provide legal representation in connection with the above-captioned bankruptcy cases (the "Debtors").

3. Pursuant to D. Conn. L. Civ. R. 83.1(c) and L. Bankr. R. 9083-3, David M. S. Shaiken, Esq. of the law firm of Shipman, Shaiken & Schwefel, LLC, will serve as my local bankruptcy counsel. His address is Corporate Center West, 433 South Main Street, Suite 319, West Hartford, Connecticut 06110.

4. I am a member in good standing of the Bar of the Bars of the State of Delaware [DE Bar ID No. 5873], the State of New Jersey [NJ Bar ID No. 031131998] and the Commonwealth of Pennsylvania [PA Bar ID No. 83195]. I am also a member in good standing of the bars of the United States Courts of Appeals for the Federal Circuit, the First Circuit, and

for the Third Circuit, and of the United States District Courts of the District of Delaware, the District of New Jersey and the Eastern District of Pennsylvania. I have not been denied admission or disciplined by any Court.

5.  I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing; and have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

6.  I hereby designate David M. S. Shaiken, Esq. as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under D. Conn. L. Civ. R. 83.1(d).

7.  I have read and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and will abide by and comply with the substantive and procedural requirements of the local rules and the administrative orders of this Court.

*/s/ Joanna J. Cline*

Joanna J. Cline

Sworn and subscribed to before me
This 10th day of April, 2023

*/s/ Peggianne Hardin*
Notary Public
My Commission Expires:

PEGGIANNE HARDIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 13, 2024

138402482v1

5

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| HO WAN KWOK, et al., ) | Case No. 22-50073 (JAM) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | RE: Doc. I.D. No. ___ |
| _____ ) | |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*
OF JOANNA J. CLINE**

Upon the Motion for Admission *Pro Hac Vice* of Joanna J. Cline (the "Motion"), for good cause and upon the agreement of David M. S. Shaiken, Esq. of Shipman, Shaiken & Schwefel, LLC, Corporate Center West, 433 South Main Street, Suite 319, West Hartford, Connecticut 06110, to serve as designee for local service; it is hereby

**ORDERED** that the Motion is GRANTED.

7

138402482v1

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 11, 2023, the *Motion for Admission Pro Hac Vice of Joanna J. Cline* was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by United States first class mail, postage prepaid, to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A.    Electronic Notice Via CM/ECF Service List

Laura Aronsson laronsson@omm.com
Tristan G. Axelrod taxelrod@brownrudnick.com
William R. Baldiga wbaldiga@brownrudnick.com
Kellianne Baranowsky kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com; kbaranowsky@ecf.courtdrive.com
Daniel D. Barnes dbarnes@csglaw.com
Douglass E. Barron douglassbarron@paulhastings.com
Nicholas A. Bassett nicholasbassett@paulhastings.com, jonathonkosciewicz@paulhastings.com; lucdespins@paulhastings.com; alexbongartz@paulhastings.com; ezrasutton@paulhastings.com; douglassbarron@paulhastings.com; ecf.frg@paulhastings.com; aviluft@paulhastings.com
Patricia B. Bergamasco Pbergamasco@csglaw.com
Patrick M. Birney pbirney@rc.com, ctrivigno@rc.com
Christopher H. Blau cblau@zeislaw.com
G. Alexander Bongartz alexbongartz@paulhastings.com
Carollynn H.G. Callari ccallari@callaripartners.com
Daniel Cantor dcantor@omm.com
John L. Cesaroni jcesaroni@zeislaw.com
Scott M. Charmoy scottcharmoy@charmoy.com, ecf-3ae5beb98d9b@ecf.pacerpro.com; charmoysr97992@notify.bestcase.com
Holley L. Claiborn holley.l.claiborn@usdoj.gov
Keith N. Costa kcosta@otterbourg.com; kcosta@otterbourg.com; awilliams@otterbourg.com
Samuel Bryant Davidoff sdavidoff@wc.com
Luc A. Despins lucdespins@paulhastings.com, matlaskowski@paulhastings.com; davidmohamed@paulhastings.com
Melissa I Falk Wernick mwernick@csglaw.com
Sam Della Fera, Jr sdellafera@csglaw.com
Sabato P. Fiano sfiano@znclaw.com
David S. Forsh dforsh@callaripartners.com
Richard N Freeth rfreeth@freethfirm.com
Lisa Fried lisa.fried@hsf.com
Peter Friedman pfriedman@omm.com
Taruna Garg tgarg@murthalaw.com, mgarcia@murthalaw.com

Irve J. Goldman igoldman@pullcom.com; rmccoy@pullcom.com
Mia N. Gonzalez mgonzalez@omm.com
Marc Gottridge marc.gottridge@hsf.com
James C. Graham jgraham@npmlaw.com; sgibbons@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net
Lawrence S. Grossman LGrossman@gs-lawfirm.com; aevans@gs-lawfirm.com; ngolino@gs-lawfirm.com; lawrencegrossman@ecf.courtdrive.com; mbuckanavage@gs-lawfirm.com; eross@gs-lawfirm.com
David V. Harbach, II dharbach@omm.com
James J. Healy jhealy@cowderymurphy.com
Jeffrey Hellman jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com
Eric A. Henzy ehenzy@zeislaw.com, cjervey@zeislaw.com
Jonathan Kaplan jkaplan@pullcom.com, prulewicz@pullcom.com; rmccoy@pullcom.com
Austin D. Kim adk@msf-law.com
Stephen M. Kindseth skindseth@zeislaw.com, cjervey@zeislaw.com
Nancy Bohan Kinsella nkinsella@npmlaw.com, moshea@npmlaw.com; smowery@npmlaw.com; npm.bankruptcy@gmail.com
Julie A Lavoie jlavoie@murthalaw.com
Andrew V. Layden alayden@bakerlaw.com
Patrick R. Linsey plinsey@npmlaw.com; karguello@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net
Avram Emmanuel Luft aviluft@paulhastings.com
Christopher J. Major cjm@msf-law.com
Bonnie C. Mangan bonnie.mangan@manganlaw.com; becky.avery@manganlaw.com
Kristin B. Mayhew kmayhew@pullcom.com, kwarshauer@mdmc-law.com; bdangelo@mdmc-law.com
Danielle L. Merola dmerola@bakerlaw.com
Sherry J. Millman smillman@stroock.com
Aaron A Mitchell aaron@lmesq.com
James M. Moriarty jmoriarty@zeislaw.com, cgregory@zeislaw.com
Sara Pahlavan spahlavan@omm.com
Patrick N. Petrocelli ppetrocelli@stroock.com
Sari Blair Placona splacona@msbnj.com
Lucas Bennett Rocklin lrocklin@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net
Aaron Romney aromney@zeislaw.com, swenthen@zeislaw.com
Scott D. Rosen srosen@cb-shea.com, msullivan@cbshealaw.com; dtempera@cbshealaw.com
Thomas J. Sansone tsansone@carmodylaw.com
Stuart M. Sarnoff ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com
Douglas S. Skalka dskalka@npmlaw.com, smowery@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net
Jeffrey M. Sklarz jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com; mbuckanavage@gs-lawfirm.com; eross@gs-lawfirm.com; jsklarz@ecf.courtdrive.com
Annecca H. Smith asmith@rc.com
Anthony Sodono, III asodono@msbnj.com
John Troy johntroy@troypllc.com
Tiffany Troy tiffanytroy@troypllc.com, troylaw@troypllc.com

9

138402482v1

U. S. Trustee USTPRegion02.NH.ECF@USDOJ.GOV
Lee Vartan lvartan@csglaw.com
Stephen G. Walko swalko@ibolaw.com
Michael S. Weinstein mweinstein@golenbock.com
Jay Marshall Wolman jmw@randazza.com, ecf-6898@ecf.pacerpro.com
Peter J. Zarella pzarella@mdmc-law.com

B.   United States First Class Mail, Postage Prepaid, Service List

| | |
|---|---|
| Brown Rudnick LLP<br>Attn: President or General Mgr<br>One Financial Center<br>Boston, MA 02111 | Dundon Advisers LLC<br>Attn: President or General Mgr<br>10 Bank Street, Suite 1100<br>White Plains, NY 10606 |
| Chao-Chih Chiu, Huizhen Wang,<br> Yunxia Wu, Keyi Zilkie<br>c/o TroyGould PC<br>1801 Century Park East, 16th Floor<br>Attn: Christopher A. Lilly<br>Los Angeles, CA 90067-2367 | Peter M. Friedman<br>O'Melveny & Myers LLP<br>1625 Eye Street, NW<br>Washington, DC 20006 |
| Gregory A. Coleman<br>Coleman Worldwide Advisors, LLC<br>PO Box 2839<br>New York, NY 10008-2839 | Steven E. Mackey<br>Office of the U.S. Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510 |
| J. Ted Donovan and Kevin J. Nash<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway 22nd Floor<br>New York, NY 10036 | Gabriel Sasson<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166 |
| Sherry Millman<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038 | Douglas E. Spelfogel<br>Derek L. Wright<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1001 |
| Richard C. Morrissey<br>Office of the U.S. Trustee<br>201 Varick Street, Room<br>1006 New York, NY 10014 | Stretto<br>Attn: President or General Mgr<br>410 Exchange, Suite 100<br>Irvine, CA 92602 |

Edward Moss, Diana Perez,
Stuart Sarnoff, and Daniel Shamah
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Irve Goldman, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601

Epiq Corporate Restructuring, LLC
777 Third Avenue
12th Floor
New York, NY 10017

Yongbing Zhang
223 West Jackson Blvd. #1012
Chicago, IL 60606

Genever Holdings Corporation
P.O. Box 3170
Road Town
Tortola, British Virgin Islands

Genever Holdings LLC
781 Fifth Avenue Apt. 1801
New York, NY 10022-5520

By:    /s/ David M. S. Shaiken
     David M. S. Shaiken, Esq.
     Shipman, Shaiken & Schwefel, LLC

138402482v1