**UNITED STATES BANKRUPTCY COURTa**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                                  :         Chapter 11
                                                                           :
HO WAN KWOK, *et al*.,[1]                                  :         Case No. 22-50073 (JAM)
                                                                           :
         Debtors.                                           :         (Jointly Administered)
                                                                           :
---------------------------------------------------------x

**CERTIFICATE OF SERVICE REGARDING MOTION TO APPROVE POST-PETITION AGREEMENTS REGARDING "LADY MAY"**

On April 5, 2023, Luc A. Despins, in his capacity as Chapter 11 trustee (the "Trustee") for the estate of Mr. Ho Wan Kwok, filed using the Court's case management/electronic case files ("CM/ECF") system, a motion seeking an order authorizing him to enter into and perform under post-petition maintenance and operation agreements relating to the pleasure yacht known as the Lady May. (ECF No. 1637, the "Motion.") The Trustee also filed using the Court's CM/ECF system, a motion to expedite the hearing on the Motion and to limit notice of the Motion. (ECF No. 1638, the "Motion to Expedite.") On April 6, 2023, the Court entered its Order granting the Motion to Expedite and scheduling a hearing on the Motion. (ECF No. 1638, the "Hearing Order.") The Motion and the Hearing Order were served on all parties appearing in the above-captioned chapter 11 case on the dates of filing automatically by operation of the CM/ECF system or, with respect to any parties not able to receive electronic notice, by U.S. Mail on April 6, 2023.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2

| | | |
|---|---|---|
| Dated: | April 11, 2023<br>New Haven, Connecticut | LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE |

By: */s/ Patrick R. Linsey*
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com