ct136  04/2019

# United States Bankruptcy Court

## District of Connecticut



In re:

Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC

Debtor*

Case Number: 22-50073

Chapter: 11

## ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

A Motion for admission for Attorney Joanna J. Cline to appear as a visiting attorney was filed on April 11, 2023 (the "Motion", ECF No. 1655), by local counsel, Attorney David M.S. Shaiken (the "Sponsoring Attorney"). As the Motion satisfies the requirements of D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 1001-1(b); it is hereby

**ORDERED**: Attorney Joanna J. Cline is hereby admitted *pro hac vice* for the purposes of this case only; and it is further

**ORDERED:** The Sponsoring Attorney is excused from attendance in court pursuant to D. Conn. L. Civ. R. 83.1(d)(2).

Dated: April 12, 2023

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.