AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**FOR COURT USE ONLY**

**DUE DATE:**

# TRANSCRIPT ORDER

*Please Read Instructions:*

| 1. NAME Patrick M. Birney | 2. PHONE NUMBER (860) 275-8275 | 3. DATE 4/12/2023 |
|---|---|---|

| 4. DELIVERY ADDRESS OR EMAIL pbirney@rc.com | 5. CITY Hartford | 6. STATE CT | 7. ZIP CODE 06103 |
|---|---|---|---|

| 8. CASE NUMBER 22-50073 | 9. JUDGE Judge Julie A. Manning | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 4/11/2023 | 11. TO 4/11/2023 |

| 12. CASE NAME Ho Wan Kwok | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY Bridgeport | 14. STATE Connecticut |

**15. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☒ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Hearing | 4/11/2023 |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES 1 | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | | | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | |
|---|---|---|
| | | 0.00 |

| 18. SIGNATURE /s/ Patrick M. Birney | PROCESSED BY    P. Esposito |
|---|---|

| 19. DATE 4/12/2023 | PHONE NUMBER 203-579-5808 |
|---|---|

| TRANSCRIPT TO BE PREPARED BY  Fiore Reporting and Transcription | COURT ADDRESS U.S. Bankruptcy Court 915 Lafayette Blvd. Bridgeport CT 06604 |
|---|---|

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Tuesday April 11 2023

---

03:00 PM  22-50073    Ho Wan Kwok and Genever Holdings Corporation and
          Ch: 11      Genever Holdings LLC

**Matter:** **#1637; Motion for Order Authorizing Agreements re: 'Lady May' Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee**

---

03:00 PM  22-05003    HK International Funds Investments (USA) Limited, v.
                      Despins

Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC

**Matter:** **#87; Motion to Dismiss Adversary Proceeding as to Counterclaims Two, Three, Four, and Five Filed by Aaron Romney on behalf of Mei Guo, HK International Funds Investments (USA) Limited, LLC, Counter-Defendant, Plaintiff**

---

03:00 PM  23-05005    Despins, Luc A., Chapter 11 Trustee v. Greenwich
                      Land, LLC et al

Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC

**Matter:** **#12; Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction Filed by Douglass E. Barron on behalf of Despins, Luc A., Chapter 11 Trustee, Plaintiff**

03:00 PM  23-05005  Despins, Luc A., Chapter 11 Trustee v. Greenwich
Land, LLC et al

Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever
Holdings LLC

**Matter:**    **#19; Motion to Continue/Reschedule Hearing**

**Appearances for hearing held
on April 11, 2023**

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036       representing    Chapter 11 Trustee
202-551-1700
202-551-1705 (fax)
nicholasbassett@paulhastings.com

**G. Alexander Bongartz**
Paul Hastings LLP          representing    Chapter 11 Trustee
200 Park Avenue
New York, NY 10166
212-318-6472
212-303-7072 (fax)
alexbongartz@paulhastings.com

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166         Chapter 11 Trustee
212-318-6001
212-230-7771 (fax)
lucdespins@pauhastings.com

**Patrick R. Linsey**
Neubert Pepe & Monteith,
P.C.
195 Church St
13th Fl                    representing    Chapter 11 Trustee
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
plinsey@npmlaw.com

**Christopher J. Major**
Meister Seelig & Fein LLP
125 Park Avenue
7th Floor
New York, NY 10017
(212) 655-3500
212-655-3536 (fax)
cjm@msf-law.com

representing

Greenwich Land, LLC

Hing Chi Ngok

**Sam Della Fera, Jr**
Chiesa Shahinian &
Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-530-2076
sdellafera@csglaw.com

representing

HK International Funds
Investments (USA) Limited, Inc.

Mei Guo

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com

representing

HK International Funds
Investments (USA) Limited, Inc.

Mei Guo

**Holley L. Claiborn**
Office of The United States
Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
(203) 773-2217 (fax)
holley.l.claiborn@usdoj.gov