## SUPREME COURT OF THE STATE OF DELAWARE

### CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Joanna J. Cline,** was admitted to practice as an attorney in the Courts of this State on **December 11, 2013,** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.



**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 11th day of April 2023.

Lisa A. Dolph
Clerk of the Supreme Court