UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

In re:

HO WAN KWOK, *et al.*,[1]

    Debtors.

---

Chapter 11

Case No. 22-50073 (JAM)

(Jointly Administered)

Re: ECF No. 1666

**ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE
TO LIMIT NOTICE AND TO SEAL WITH RESPECT TO MOTION
FOR ORDER AUTHORIZING ABANDONMENT OF PROPERTY PURSUANT
TO BANKRUPTCY CODE SECTION 554 AND BANKRUPTCY RULE 6007**

Upon the motion (the "Motion")[2] of Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), for entry of an order (this "Order") limiting notice of the Trustee's forthcoming Motion to Abandon and sealing pleadings and proceedings with respect thereto, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408(2) and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the estate, its creditors, and other parties in interest; and the Court having found that sealing pleadings and proceedings related to the Motion

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) and Genever Holdings Corporation.  The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Motion.

to Abandon will protect the commercial and privacy interests of the Individual Debtor's estate and those of non-parties, and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be given; and upon all of the proceedings had before this Court; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Motion to Abandon may be filed under seal and, upon filing, shall be served via manual email only upon: the United States Trustee; the Committee; PAX; and the Debtor (collectively, the "Notice Parties").

3. Objections or responses to the Motion to Abandon, if any, shall be filed within fourteen (14) days of the filing of the Motion to Seal and (a) shall be filed under seal; and (b) upon filing, shall be served via manual email upon the Trustee and the Notice Parties.

4. The Court shall hold a hearing on the Motion to Abandon (and any objections or responses thereto) on May 2, 2023, at 1:00 p.m., at the United States Bankruptcy Court for the District of Connecticut, Brien McMahon Federal Building, 915 Lafayette Boulevard, Courtroom 123, Bridgeport, CT 06604 (the "Hearing"). Attendance at the Hearing shall be limited to the Notice Parties and their counsel, the Trustee and his counsel, and the Court and its staff.

5. The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 17th day of April, 2023.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut