**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------x
                                                   :   Chapter 11
In re:                                             :
                                                   :   Case No. 22-50073 (JAM)
HO WAN KWOK *et al.*,                              :
                                                   :   Jointly Administered
            Debtors.[1]                            :
                                                   :   Re:  ECF No. 299, 930, 1255, 1377, 1608.
                                                   :
---------------------------------------------------x

**CONSENT ORDER REGARDING PERFORMANCE**
**OF VALVE SERVICE FOR LADY MAY AND FUNDING SUCH**
**SERVICE FROM REPAIR RESERVE**

WHEREAS, on April 29, 2022, the Court entered its *Stipulated Order Compelling HK International Funds Investments (USA) Limited, LLC to Transport and Deliver that Certain Yacht, the "Lady May"* [Docket No. 299] (the "Stipulated Order") setting forth the terms and conditions regarding the return of the Lady May to the navigable waters of Connecticut, and, in accordance with the Stipulated Order, HK International Funds Investments (USA) Limited, LLC ("HK USA") deposited $37,000,000 (the "Escrowed Funds") into an escrow account with U.S. Bank National Association;

WHEREAS, on August 11, 2022, HK USA filed its *Motion for Order Establishing Repair Reserve for the Lady May* [Docket No. 728] (the "Repair Reserve Motion"), seeking to establish a reserve (the "Repair Reserve") to pay for certain repairs necessary to return the Lady May to good working order;

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

WHEREAS, the Repair Reserve Motion states that among the repairs required to be performed on the Lady May is "servicing the valves in the hull" of the Lady May (the "Valve Service");

WHEREAS, on October 7, 2022, upon the consent of the Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee"), HK USA, Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), the Official Committee of Unsecured Creditors, and creditors Rui Ma and Zheng Wu, the Court entered an order granting the Repair Reserve Motion, with certain modifications [Docket No. 920] (the "Repair Reserve Order");

WHEREAS, pursuant to the Repair Reserve Order, the Court (i) authorized the Trustee to hold a $4 million repair reserve (the "Repair Reserve") as escrow agent for the purpose of "securing the completion of the service, maintenance and repairs required to be performed to restore the Lady May to good working order" and (ii) allowed the Trustee to pay from the Repair Reserve the expenses incurred to perform required repairs for the Lady May;

WHEREAS, in accordance with the Repair Reserve Order and the related disbursement order [Docket No. 932], $4 million of the Escrowed Funds were transferred into the Repair Reserve;

WHEREAS, the Repair Reserve Order provides that the Valve Service would be performed by HK USA at a later date to be determined, but no later than on or before seven (7) months after the entry of the Repair Reserve Order (which date is May 7, 2023), subject to further order of the Court;

WHEREAS, on March 27, 2023, the Court issued an order [Docket No. 172 in Adv. Proc. No. 22-5003] (the "Lady May Order") finding that (i) the Debtor is the beneficial owner of,

and controls, the Lady May, and (ii) effective as of 2:55 p.m. on March 27, 2023, the Lady May is property of the Debtor's chapter 11 estate (the "Estate") to be administered by the Trustee;

WHEREAS, the Trustee, HK USA, and Mei Guo stipulate and consent to the entry of this Order; and

WHEREAS, there appears good and sufficient cause to enter this Order;

NOW, THEREFORE, it is hereby:

**ORDERED** that the Trustee is authorized to have the Valve Service performed at a time and location to be determined by the Trustee in his reasonable discretion; *provided*, *however*, that any transfer of the Lady May outside Connecticut waters shall be subject to further order of this Court; and it is further

**ORDERED** that the Trustee is authorized to fund the cost of the Valve Service from the Repair Reserve; and it is further

**ORDERED** that, except as set forth in this Order, the Repair Reserve Order (as modified by the *Order Approving Emergency Motion of Chapter 11 Trustee for Entry of Order Modifying Repair Reserve Order* [Docket No. 1608]) shall remain in full force and effect; and it is further

**ORDERED** that the Trustee is authorized and empowered to take all actions necessary to effectuate the relief granted in this Order; and it is further

**ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED** that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 17th day of April, 2023.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

3