## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

-------------------------------------------------------------x
                                                       :
In re:                                                 :  Chapter 11
                                                       :
HO WAN KWOK, *et al*.,                                 :  Case No. 22-50073 (JAM)
                                                       :
            Debtors.[1]                                :  Jointly Administered
                                                       :
                                                       :
-------------------------------------------------------------x

## EXPENSE REIMBURSEMENT APPLICATION COVER SHEET

| | |
|---|---|
| Expense Reimbursement Application of: | Neubert, Pepe & Monteith, P.C. |
| Time Period: | From: July 8, 2022    To: February 28, 2023 |
| Bankruptcy Petition Filed: | February 15, 2022 |
| Date of Entry of Retention Order: | August 2, 2022 [ECF No. 669], effective as of July 8, 2022 |

**Amount Requested**

| | | **Reductions** | |
|---|---|---|---|
| Fees | N/A (at this time) | Voluntary Reductions | N/A (at this time) |
| Expenses | $13,147.79 | Expenses | N/A |
| **Total** | **$13,147.79** | | |

**Retainer Request:**

| | | **Expense Detail:** | |
|---|---|---|---|
| Retainer Received | $0.00 | Retainer Received | $0.00 |
| Prior award applied | $0.00 | Prior award applied | $0.00 |
| Balance before this request | $0.00 | Balance before this request | $0.00 |
| | | Copies per page cost and total | $0.15 b/w (per page) $0.25 color (per page) $2,025.40 (total) |

**Hours and Rates per Professional:**

| | | | |
|---|---|---|---|
| Hours  N/A (at this time) | | Rate    N/A (at this time) | |

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------------x
                         :
In re:                     :  Chapter 11
                         :
HO WAN KWOK, *et al.*,      :  Case No. 22-50073 (JAM)
                         :
         Debtors.[1]     :  Jointly Administered
                         :
                         :
-------------------------------------------------------------x

**FIRST INTERIM APPLICATION OF**
**NEUBERT, PEPE & MONTEITH, P.C., AS LOCAL AND CONFLICTS COUNSEL**
**TO THE CHAPTER 11 TRUSTEE, FOR REIMBURSEMENT OF EXPENSES**
**FOR PERIOD FROM JULY 8, 2022 THROUGH FEBRUARY 28, 2023**

Pursuant to sections 105(a), 328, 330, and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United

States Bankruptcy Court for the District of Connecticut (the "Local Rules"), Neubert, Pepe, and

Monteith, P.C. ("NPM"), as local and conflicts counsel to Luc A. Despins, in his capacity as the

chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho

Wan Kwok (the "Individual Debtor"), hereby files this *First Interim Application of Neubert,*

*Pepe, and Monteith, P.C., as Local and Conflicts Counsel to the Chapter 11 Trustee, for*

*Reimbursement of Expenses for the Period from July 8, 2022 through February 28, 2023* (the

"Application").  By this Application, NPM requests interim allowance and reimbursement of the

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

actual and necessary expenses incurred during the period from July 8, 2022 through and including February 28, 2023 (the "Reimbursement Period") in the Chapter 11 Case.  In support of this Application, NPM respectfully states as follows:

## PRELIMINARY STATEMENT

1.      At this time, there are limited funds in the Individual Debtor's estate—namely $117,124.89 as of February 1, 2023.  For that reason, NPM is not seeking allowance or payment of its professional fees at this time, but, instead, will wait to do so until after additional funds have been recovered by the estate.  However, since the Trustee's appointment on July 8, 2022 and NPM's retention as local and conflicts counsel (effective as of the same date), it has been required to incur and pay various expenses in connection with the Individual Debtor's Chapter 11 Case, including expenses related to computer research, reproduction, mailing, service of documents, discovery, and travel, all as further detailed in this Application.[2]  These expenses were necessary for the Trustee to conduct his investigation into the Individual Debtor's financial affairs, which investigation remains ongoing at this time.

2.      NPM now files this Application seeking reimbursement of $13,147.79 of expenses incurred during the Reimbursement Period in the Individual Debtor's case.  NPM respectfully submits that these expenses were incurred to protect, preserve, and maximize value for the Individual Debtor's estate and his creditors.  In light of the nature and complexity of the Chapter 11 Case, NPM submits that the requested expenses are reasonable under applicable standards.  Accordingly, NPM respectfully requests that the Court grant the Application and allow reimbursement of the requested expenses.

---

[2]    For the avoidance of doubt, NPM reserves all its rights to seek allowance and payment of its professional fees.

## JURISDICTION, VENUE, BASES FOR RELIEF, AND COMPLIANCE

3.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut (as amended).  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The legal predicates for the relief requested herein are Bankruptcy Code §§ 328, 330, and 331, Bankruptcy Rule 2016, and Local Rule 2016-1.  NPM consents to this Court's authority to enter final orders on this matter.

5.      NPM does not believe that *Appendix B of the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* ("Appendix B") applies to this Application because (a) this Application does not request compensation for services rendered and (b) Appendix B only applies if the debtor's petition lists $50 million or more in assets and $50 million or more in liabilities, which the Debtors' petitions do not. Nevertheless, the Trustee and NPM intend to make a reasonable effort to comply with Appendix B in connection with the interim and final fee applications to be filed in the Chapter 11 Case, but reserve all rights as to their relevance and substantive legal effect in connection with the Application or any application for compensation in the Chapter 11 Case.

6.      NPM believes that this Application, together with the attachments hereto, substantially complies with the Bankruptcy Rules and Local Rule 2016-1.  To the extent necessary, NPM requests a waiver of any requirements not met by this Application.

## BACKGROUND

### I. Individual Debtor's Chapter 11 Case

7.    On February 15, 2022 (the "Petition Date"), the Individual Debtor filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

8.    On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") in the Chapter 11 Case.  No examiner has been appointed in the Chapter 11 Cases.

9.    On June 15, 2022, the Court entered a memorandum of decision and order [Docket No. 465] (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee in the Chapter 11 Case of Ho Wan Kwok.  Pursuant to the Trustee Order, the United States Trustee selected Luc A. Despins as the Trustee.  On July 8, 2022, the Court entered an order granting the appointment of Luc A. Despins as the Trustee in the Chapter 11 Case of Ho Wan Kwok.

10.    By order entered August 2, 2022, the Court authorized NPM's retention as local and conflicts counsel for the Trustee (ECF No. 669) (the "Retention Order").  The Retention Order authorizes NPM to be compensated on an hourly basis and reimbursed for actual and necessary out-of-pocket expenses pursuant to sections 328 and 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such orders as the Court may direct.

11.    In light of the Trustee's ongoing investigation into the Individual Debtor's assets and his financial affairs, the Trustee is unable at this time to predict when he will be in a position to file a plan and disclosure statement.  All quarterly fees have been paid to the United States Trustee, and all monthly operating reports have been filed.

12.     As of February 1, 2023, the amount of cash on deposit in the Trustee's account is approximately $117,124.89, all of which is unencumbered.  Other than fees and expenses incurred by professionals, the Trustee is not aware of accrued unpaid administrative expenses at this time.

## II.     Genever (BVI)'s Chapter 11 Case

13.     On October 11, 2022, Genever (BVI) filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court.

14.     No trustee or official committee of unsecured creditors has been appointed in Genever (BVI)'s chapter 11 case.

15.     October 14, 2022, the Court entered an order granting joint administration of the Individual Debtor's chapter 11 case and Genever (BVI)'s chapter 11 case [Docket No. 970].

16.     On November 17, 2022, the Court granted Genever (BVI)'s application to retain NPM as counsel to Genever (BVI) in its chapter 11 case, effective as of its petition date, *i.e.*, October 11, 2022 [Docket No. 1107].

## III.     Genever (US)'s Chapter 11 Case

17.     On October 12, 2020, Genever (US) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "SDNY Bankruptcy Court"), thereby commencing case number 20-12411 (JLG) (the "SDNY Bankruptcy Case").

18.     On November 3, 2022, the SDNY Bankruptcy Court entered an order [Docket No. 225 in Case No. 22-50592] transferring the venue of the SDNY Bankruptcy Case to this Court, which assigned it Case Number 22-50592.

19.     On November 21, 2022, the Court entered an order granting joint administration of the Genever (US) Debtor's chapter 11 case with the jointly administered cases of the Individual Debtor and the Genever (BVI) Debtor's chapter 11 case [Docket No. 1141].

20.     On November 30, 2022, the Court granted Genever (US)'s application to retain NPM as counsel to Genever (US) in its chapter 11 case, effective as of the order transferring venue of the SDNY Bankruptcy Case to this Court, *i.e.*, November 3, 2022 [Docket No. 1177].

## REIMBURSEMENT REQUEST

21.     By this Application, NPM requests allowance and reimbursement of all expenses incurred (in the amount of $13,147.79) in connection with services rendered by, for, or on behalf of the Trustee in the Chapter 11 Case during the Reimbursement Period.  The Trustee has approved the amounts requested.  All services in connection with the requested expenses were performed by, for, or on behalf of the Trustee.

22.     To date, NPM has not applied for compensation for any services provided in the Chapter 11 Case.  Neither has NPM received any payment or promise of payment from any source for services rendered during the Reimbursement Period.  There is no agreement or understanding between NPM and any other person for the sharing of compensation to be received for services rendered in the Chapter 11 Case.

23.     Annexed hereto and made a part hereof as <u>Exhibit A</u> is a detailed billing report, broken down by project category, upon which this application is based

## ALLOWANCE OF EXPENSE REIMBURSEMENT

24.     Under section 328(a) of the Bankruptcy Code, with bankruptcy court approval, a trustee may employ professional persons under section 327(a) of the Bankruptcy Code "on any

reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).

26.     Under section 330 of the Bankruptcy Code, a bankruptcy court may award to a professional "reasonable compensation for actual, necessary services" rendered by the professional, plus "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).

26.     The expenses requested herein are customarily charged to non-bankruptcy clients of NPM.  Additionally, the expenses incurred by NPM to third parties are limited to the actual amounts billed to, or paid by, NPM on behalf of the estates.

27.     Further, NPM believes the rates for charges incurred are the market rates that the majority of law firms charge clients for such services.  In addition, NPM believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

28.     The expenses incurred in providing professional services in the Chapter 11 Case were necessary, economical, and justified under the circumstances.

## RESERVATION OF RIGHTS

29.     To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Reimbursement Period, but are not included in this Application, or NPM has for any other reason not sought compensation or reimbursement with respect to such services or expenses, NPM reserves the right to request compensation for such services and reimbursement of such expenses in a supplemental or future application.  Also, NPM does not waive, and expressly reserve, its right to respond to any objections regarding this Application and the amounts sought for services and expenses in the Chapter 11 Cases.

**NO PRIOR REQUEST**

30.     No previous request for the relief sought herein has been made to this Court or any other court.

**NOTICE**

31.     Notice of this Application has been given to the United States Trustee, the Individual Debtor, the Committee, and, by electronic notice utilizing the Court's electronic filing ("CM/ECF") system, to all appearing parties who utilize the CM/ECF system.

WHEREFORE, Neubert, Pepe, and Monteith, P.C. respectfully requests entry of an order, substantially in the form attached hereto, (i) allowing reimbursement of $13,147.79, representing 100% of the actual and necessary expenses incurred during the Reimbursement Period, (ii) allowing such reimbursement of actual and necessary expenses incurred without prejudice to NPM's right to seek compensation for services rendered and further reimbursement for expenses incurred, and (iii) granting NPM such other and further relief as is just.

Dated: April 18, 2023
      New Haven, Connecticut

LUC A. DESPINS, CHAPTER 11 TRUSTEE

By: /s/Douglas S. Skalka
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 821-2000
    dskalka@npmlaw.com
    plinsey@npmlaw.com

# EXHIBIT A

NEUBERT, PEPE & MONTEITH, P.C.

| Trans Date | Task Code | | Amount | |
|---|---|---|---|---|

**Activity ID E101 Copying**

| | | | | |
|---|---|---|---|---|
| 07/21/2022 | B110 | E101 | 190.00 | Color printing (760 @ 0.250): status conference PowerPoint slides (40 sets) Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 07/21/2022 | B110 | E101 | 62.25 | Copying (415 @ 0.15): materials for 7/21 status conference Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 07/29/2022 | B190 | E101 | 27.90 | Copying (186 @ 0.15): service copies of ECFs 636, 637, and 638 Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 08/01/2022 | B190 | E101 | 228.75 | Color Copying (915 @ 0.25): hearing exhibits for Trustee's Corporate Governance motion Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 08/01/2022 | B190 | E101 | 107.40 | Copying (716 @ 0.15): copies of filings for 8/1 hearing Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 08/01/2022 | B190 | E101 | 132.00 | Copying (880 @ 0.15): Service copies of ECFs 146, 646, and 635 Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 01/04/2023 | B120 | E101 | 282.45 | Copying (1,883 @ 0.15): deposition exhibits (Deposition of Debtor's Wife) Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 01/04/2023 | B120 | E101 | 196.80 | Copying (1,312 @ 0.15): Production copies (Greenwich Land and Ngok) Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 01/23/2023 | B110 | E101 | 108.30 | Copying (722 @ 0.15): Service copies of ECF 1362 Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 01/23/2023 | B110 | E101 | 145.35 | Copying (969 @ 0.15): Service copies of ECF 1357 and 1345 Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 01/23/2023 | B110 | E101 | 145.35 | Copying (969 @ 0.15): Pax v. Kwok Service copies of ECF 149 and ECF 142 Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 01/26/2023 | B110 | E101 | 227.85 | Copying (1,519 @ 0.15): service copies of ECFs 1388, 1389, 1390, 159, and 160 |

NEUBERT, PEPE & MONTEITH, P.C.

| | Trans Date | Task Code | Amount | |
|---|---|---|---|---|
| Activity ID E101 Copying | | | | |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 01/31/2023 | B110    E101 | 171.00 | Copying (1,140 @ 0.15): service copies of ECFs 1414, 1415, 1416, and 1418 |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |

| **Total for Activity ID E101** | | | | |
|---|---|---|---|---|
| | | Billable | 2,025.40 | Copying |

| Activity ID E106 Online research | | | | |
|---|---|---|---|---|
| | 07/18/2022 | B110    E106 | 25.03 | Lexis Nexis: Attorney Graham |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 07/31/2022 | B110    E106 | 118.15 | Lexis Nexis: Attorney Linsey |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 08/18/2022 | B110    E106 | 116.56 | Lexis Nexis: Attorney Linsey |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 08/24/2022 | B110    E106 | 28.34 | Lexis Nexis: Attorney Graham |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 09/07/2022 | B110    E106 | 22.43 | Lexis Nexis: Attorney Graham |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 09/30/2022 | B110    E106 | 576.40 | Pacer: 7/1/22 through 9/30/22 |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 09/30/2022 | B110    E106 | 27.55 | Lexis Nexis: Attorney Linsey |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 10/04/2022 | B110    E106 | 8.82 | Lexis Nexis: Attorney Graham |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 10/31/2022 | B110    E106 | 16.52 | Lexis Nexis: Attorney Linsey |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 12/30/2022 | B110    E106 | 74.94 | Lexis Nexis: Attorney Linsey |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 12/31/2022 | B110    E106 | 381.70 | Pacer: 10/1/22 through 12/31/22 |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |

| **Total for Activity ID E106** | | | | |
|---|---|---|---|---|
| | | Billable | 1,396.44 | Online research |

| Activity ID E107 Delivery services/messengers | | | | |
|---|---|---|---|---|
| | 08/10/2022 | B110    E107 | 13.80 | FedEx: Ho Wan Kwok |
| | | | | Despins, Ch 11 Trustee/Luc A. |

Date: 04/18/2023                    Detail Cost Task Code Billing Report                    Page: 3
NEUBERT, PEPE & MONTEITH, P.C.

| Trans Date | Task Code | | Amount | |
|---|---|---|---|---|

**Activity ID E107 Delivery services/messengers**

| | | | | Ho Wan Kwok, Debtor |
|---|---|---|---|---|
| 09/08/2022 | B120 | E107 | 22.65 | FedEx: Williams & Connolly, LLP |
| | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | Ho Wan Kwok, Debtor |
| 09/08/2022 | B120 | E107 | 22.65 | FedEx: Barclays Bank PLC |
| | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | Ho Wan Kwok, Debtor |
| 09/08/2022 | B120 | E107 | 35.42 | FedEx: BNY Mellon, N.A. |
| | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | Ho Wan Kwok, Debtor |
| 09/08/2022 | B120 | E107 | 22.65 | FedEx: Citibank, N.A. |
| | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | Ho Wan Kwok, Debtor |
| 09/08/2022 | B120 | E107 | 22.65 | FedEx: HSBC Holding PLC |
| | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | Ho Wan Kwok, Debtor |
| 09/08/2022 | B120 | E107 | 35.42 | FedEx: JPMorgan Chase Bank |
| | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | Ho Wan Kwok, Debtor |
| 09/08/2022 | B120 | E107 | 16.61 | FedEx: Standard Chartered PLC |
| | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | Ho Wan Kwok, Debtor |
| 09/08/2022 | B120 | E107 | 16.61 | FedEx: Edward Emanuel |
| | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | Ho Wan Kwok, Debtor |
| 11/18/2022 | B120 | E107 | 142.18 | FedEx Intl: Spotify Technologies |
| | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | Ho Wan Kwok, Debtor |
| 11/18/2022 | B120 | E107 | 30.02 | FedEx: Apple Inc. |
| | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | Ho Wan Kwok, Debtor |
| 11/18/2022 | B120 | E107 | 20.09 | FedEx: Spotify USA Inc. |
| | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | Ho Wan Kwok, Debtor |
| 11/18/2022 | B120 | E107 | 27.56 | FedEx: Youtube, LLC |
| | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | Ho Wan Kwok, Debtor |
| 11/18/2022 | B120 | E107 | 30.02 | FedEx: Amazon.com, Inc. |
| | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | Ho Wan Kwok, Debtor |
| 11/18/2022 | B120 | E107 | 35.16 | FedEx: Bank of America |
| | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | Ho Wan Kwok, Debtor |
| 11/18/2022 | B120 | E107 | 42.97 | FedEx: Capital One Financial |
| | | | | Corporation |
| | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | Ho Wan Kwok, Debtor |
| 11/18/2022 | B120 | E107 | 20.09 | FedEx: TD Bank |
| | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | Ho Wan Kwok, Debtor |
| 11/28/2022 | B120 | E107 | 16.58 | FedEx: Apple Inc. |
| | | | | Despins, Ch 11 Trustee/Luc A. |

Date: 04/18/2023                              Detail Cost Task Code Billing Report                              Page: 4

NEUBERT, PEPE & MONTEITH, P.C.

| | Trans Date | Task Code | | Amount | |
|---|---|---|---|---|---|
| **Activity ID E107 Delivery services/messengers** | | | | | |
| | | | | | Ho Wan Kwok, Debtor |
| | 11/28/2022 | B120 | E107 | 13.66 | FedEx: Spotify USA Inc. |
| | | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | | Ho Wan Kwok, Debtor |
| | 11/28/2022 | B120 | E107 | 27.05 | FedEx: YouTube, LLC |
| | | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | | Ho Wan Kwok, Debtor |
| | 11/28/2022 | B120 | E107 | 16.58 | FedEx: Amazon.com |
| | | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | | Ho Wan Kwok, Debtor |
| | 11/28/2022 | B120 | E107 | 21.62 | FedEx: Bank of America |
| | | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | | Ho Wan Kwok, Debtor |
| | 11/28/2022 | B120 | E107 | 21.34 | FedEx: Capital One Financial Corporation |
| | | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | | Ho Wan Kwok, Debtor |
| | 11/28/2022 | B120 | E107 | 69.47 | FedEx Intl: Spotify Technology |
| | | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | | Ho Wan Kwok, Debtor |
| | 11/28/2022 | B120 | E107 | 13.66 | FedEx: TD Bank |
| | | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | | Ho Wan Kwok, Debtor |
| | 11/30/2022 | B120 | E107 | 19.95 | FedEx: Ho Wan Kwok |
| | | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | | Ho Wan Kwok, Debtor |
| | 11/30/2022 | B120 | E107 | 19.95 | FedEx: Ho Wan Kwok |
| | | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | | Ho Wan Kwok, Debtor |
| | 11/30/2022 | B120 | E107 | 13.66 | FedEx: Ho Wan Kwok |
| | | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | | Ho Wan Kwok, Debtor |
| | 12/21/2022 | B120 | E107 | 41.55 | FedEx: Seacoast National Bank |
| | | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | | Ho Wan Kwok, Debtor |
| | 12/21/2022 | B120 | E107 | 17.62 | FedEx: Israel Discount Bank (NY) |
| | | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | | Ho Wan Kwok, Debtor |
| | 12/21/2022 | B120 | E107 | 41.55 | FedEx: Israel Discount Bank (Aventura FL) |
| | | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | | Ho Wan Kwok, Debtor |
| | 12/21/2022 | B120 | E107 | 51.59 | FedEx: Israel Discount Bank (Beverly Hills CA) |
| | | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | | Ho Wan Kwok, Debtor |
| | 12/21/2022 | B120 | E107 | 33.98 | FedEx: M & T Bank (Buffalo NY) |
| | | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | | Ho Wan Kwok, Debtor |
| | 12/21/2022 | B120 | E107 | 37.12 | FedEx: M & T Bank (Buffalo NY) |
| | | | | | Despins, Ch 11 Trustee/Luc A. |
| | | | | | Ho Wan Kwok, Debtor |

NEUBERT, PEPE & MONTEITH, P.C.

| Trans Date | Task Code | | Amount | |
|---|---|---|---|---|

**Activity ID E107 Delivery services/messengers**

| | | | | |
|---|---|---|---|---|
| 12/21/2022 | B120 | E107 | 17.62 | FedEx: Dime Community Bank Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 12/21/2022 | B120 | E107 | 56.60 | FedEx: First Bank Puerto Rico Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 12/21/2022 | B120 | E107 | 79.62 | FedEx Intl: Starling Bank Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 12/21/2022 | B120 | E107 | 68.77 | FedEx Intl: First Abu Dhabi Bank Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 01/02/2023 | B120 | E107 | 111.88 | FedEx Intl (return): undeliverable First Abu Dhabi Bank Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 02/17/2023 | B120 | E107 | 26.13 | FedEx: Ho Wan Kwok Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 02/17/2023 | B120 | E107 | 26.13 | FedEx: Hing Chi Ngok Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 02/17/2023 | B120 | E107 | 19.27 | FedEx: Steven Kindseth Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 02/17/2023 | B120 | E107 | 19.27 | FedEx: Evan S. Goldstein Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 02/17/2023 | B120 | E107 | 19.27 | FedEx: Lee Vartan Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 02/17/2023 | B120 | E107 | 19.27 | FedEx: Aaron A. Mitchell Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 02/17/2023 | B120 | E107 | 14.66 | FedEx: Francis Lawall Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 02/17/2023 | B120 | E107 | 143.67 | FedEx Intl: Qiang Guo Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 02/21/2023 | B120 | E107 | 14.51 | FedEx: Ira Gilbert Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |

**Total for Activity ID E107**

| | Billable | 1,670.15 | Delivery services/messengers |
|---|---|---|---|

**Activity ID E108 Postage**

| | | | | |
|---|---|---|---|---|
| 07/26/2022 | B190 | E108 | 14.60 | Postage: service of [612] Supp Dec in Support of NPM employment; [611] and [608]: |

NEUBERT, PEPE & MONTEITH, P.C.

| | Trans Date | Task Code | | Amount | |
|---|---|---|---|---|---|
| **Activity ID E108 Postage** | | | | | |
| | | | | | Motion to Quash and expedited hearing notice; and [607] and [598]: Mtn for Order re Corp Governance and expedited hearing notice |
| | | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 07/27/2022 | B170 | E108 | 5.30 | Postage: service copies of Trustee's Response to Brown Rudnick motion to withdraw as Debtor's counsel |
| | | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 07/29/2022 | B190 | E108 | 129.25 | Postage: service of ECFs 636, 637, and 638 |
| | | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 08/01/2022 | B190 | E108 | 21.60 | Postage: service of ECFs 146, 646, and 635 |
| | | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 08/18/2022 | B110 | E108 | 92.25 | Postage: 2004 Exam Subpoenas |
| | | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 09/08/2022 | B110 | E108 | 92.25 | Postage: Service of ECF 839 |
| | | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 12/19/2022 | B310 | E108 | 121.84 | Postage: service on all creditors of ECF 1244 Notice of Rescheduled Hearing re Claims Bar Date and Employment of Claims Agent |
| | | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 01/26/2023 | B110 | E108 | 42.66 | Postage: Service of ECFs 1388, 1389, 1390, 159, 160 |
| | | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 01/31/2023 | B110 | E108 | 22.24 | Postage: service of ECFs 1414, 1415, 1416, and 1418 |
| | | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |

| **Total for Activity ID E108** | | | | | |
|---|---|---|---|---|---|
| | | | Billable | 541.99 | Postage |

| | Trans Date | Task Code | | Amount | |
|---|---|---|---|---|---|
| **Activity ID E109 Local travel** | | | | | |
| | 08/01/2022 | B190 | E109 | 23.50 | Parking: USBC, Bridgeport (Attorney Skalka) |
| | | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 08/16/2022 | B110 | E109 | 43.50 | Parking: USBC, Bridgeport |

NEUBERT, PEPE & MONTEITH, P.C.

| Trans Date | Task Code | | Amount | |
|---|---|---|---|---|

**Activity ID E109 Local travel**

| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
|---|---|---|---|---|
| 11/30/2022 | B110 | E109 | 13.00 | Parking: USBC, Bridgeport (Attorney Skalka) |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 12/02/2022 | B110 | E109 | 22.50 | Mileage: USBC, Bridgeport (36 miles @ .625/mile) - Attorney Kinsella |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 12/02/2022 | B110 | E109 | 8.00 | Parking: USBC, Bridgeport - Attorney Kinsella |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 12/05/2022 | B110 | E109 | 22.50 | Mileage: USBC, Bridgeport (36 miles @ .625/mile) - Attorney Kinsella |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 12/05/2022 | B110 | E109 | 13.50 | Parking: USBC, Bridgeport - Attorney Kinsella |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 12/06/2022 | B110 | E109 | 22.50 | Mileage: USBC, Bridgeport (36 miles @ .625/mile) - Attorney Kinsella |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 12/06/2022 | B110 | E109 | 13.50 | Parking: USBC, Bridgeport - Attorney Kinsella |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 12/07/2022 | B110 | E109 | 22.50 | Mileage: USBC, Bridgeport (36 miles @ .625/mile) - Attorney Kinsella |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 12/07/2022 | B110 | E109 | 13.50 | Parking: USBC, Bridgeport - Attorney Kinsella |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |

**Total for Activity ID E109**

| | | Billable | 218.50 | Local travel |
|---|---|---|---|---|

**Activity ID E111 Meals**

| | | | | |
|---|---|---|---|---|
| 01/05/2023 | B120 | E111 | 195.37 | Cafe Java: meal expense deposition of Debtor's wife |
| | | | | Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |

NEUBERT, PEPE & MONTEITH, P.C.

| | Trans Date | Task Code | | Amount | |
|---|---|---|---|---|---|
| Activity ID E111 Meals | | | | | |

| **Total for Activity ID E111** | | | Billable | 195.37 | Meals |
|---|---|---|---|---|---|

| Activity ID E112 Court fees | | | | | |
|---|---|---|---|---|---|
| | 07/11/2022 | B160 | E112 | 200.00 | USBC filing fee: *Pro Hac Vice* Nicholas A. Bassett Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 07/11/2022 | B160 | E112 | 200.00 | USBC filing fee: *Pro Hac Vice* Avram Emmanuel Luft Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 07/11/2022 | B160 | E112 | 200.00 | USBC filing fee: *Pro Hac Vice* Douglass Barron Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 07/12/2022 | B160 | E112 | 200.00 | USBC filing fee: *Pro Hac Vice* Luc A. Despins Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 08/03/2022 | B190 | E112 | 200.00 | USBC filing fee: Adversary Proceeding Complaint Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 10/11/2022 | B110 | E112 | 1,738.00 | USBC: Genever Holdings LLC Petition filing fee Genever Holdings Corporation Bankruptcy Representation |
| | 11/28/2022 | B110 | E112 | 32.00 | USBC filing fee: Genever Holdings LLC Amended List of Creditors Genever Holdings Corporation Bankruptcy Representation |
| | 12/23/2022 | B120 | E112 | 350.00 | USBC filing fee: Adversary Proceeding Complaint Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |

| **Total for Activity ID E112** | | | Billable | 3,120.00 | Court fees |
|---|---|---|---|---|---|

| Activity ID E113 Subpoena fees | | | | | |
|---|---|---|---|---|---|
| | 09/27/2022 | B120 | E113 | 514.52 | Servable Legal Support Co.: Subpoena service fees Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 09/28/2022 | B120 | E113 | 221.59 | State Marshal Ernest Laden: Subpoena service fees Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| | 12/01/2022 | B110 | E113 | 293.00 | Constable Jon Gallup: service of |

NEUBERT, PEPE & MONTEITH, P.C.

| Trans Date | Task Code | | Amount | |
|---|---|---|---|---|
| **Activity ID E113 Subpoena fees** | | | | |
| | | | | Order Granting Application of Temporary Restraining Order Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 12/07/2022 | B120 | E113 | 183.65 | Servable Legal Support: Subpoena service fees Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 12/09/2022 | B120 | E113 | 601.26 | Servable Legal Support Co: service of Rule 2004 subpoenas Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 01/10/2023 | B120 | E113 | 98.25 | State Marshal Ernest Laden: Subpoena service fee Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 01/27/2023 | B120 | E113 | 221.21 | Servable Legal Support Co: Service of process on HSBC c/o Secretary of State Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 02/02/2023 | B120 | E113 | 758.64 | Subpoena Server Services: service of subpoenas on Israel Discount Bank of New York, Dime Community Bank, and FirstBank Puerto Rico Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 02/08/2023 | B120 | E113 | 325.00 | Subpoena Server Services: second service attempt on FirstBank Puerto Rico Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 02/15/2023 | B120 | E113 | 372.88 | Subpoena Server Services: service of subpoena on M&T Bank (two attempts) Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |
| 02/24/2023 | B120 | E113 | 364.74 | Subpoena Server Services: rush service on Paul Weiss of adversary complaint re occupancy of SN apartment Despins, Ch 11 Trustee/Luc A. Ho Wan Kwok, Debtor |

| **Total for Activity ID E113** | | | | |
|---|---|---|---|---|
| | Billable | | 3,954.74 | Subpoena fees |

| **Activity ID E116 Trial transcripts** | | | | |
|---|---|---|---|---|
| 07/18/2022 | B160 | E116 | 25.20 | Hearing Transcript - July 8, 2022 Hearing on UST Motion to Appoint CH 11 Trustee |

NEUBERT, PEPE & MONTEITH, P.C.

| Trans Date | Task Code | Amount |
|---|---|---|
| Activity ID E116 Trial transcripts | | |

Despins, Ch 11 Trustee/Luc A.
Ho Wan Kwok, Debtor

| **Total for Activity ID E116** | | |
|---|---|---|
| | Billable | 25.20 | Trial transcripts |

| **GRAND TOTALS** |
|---|

| | Billable | 13,147.79 |
|---|---|---|

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------------x
                                                               :
In re:                                                         :  Chapter 11
                                                               :
HO WAN KWOK, *et al*.,                                         :  Case No. 22-50073 (JAM)
                                                               :
                       Debtors.[1]                             :  Jointly Administered
                                                               :
---------------------------------------------------------------x

**ORDER APPROVING INTERIM APPLICATION OF
NEUBERT, PEPE & MONTEITH, P.C., FOR REIMBURSEMENT OF EXPENSES**

Pursuant to 11 U.S.C. §§ 328, 330 and 331, Neubert, Pepe, and Monteith, P.C., as

local and conflicts counsel to Luc A. Despins, the Chapter 11 Trustee in the above-captioned

chapter 11 cases, (together, the "Applicant") filed the *First Interim Application of Neubert, Pepe,*

*and Monteith, P.C., for Reimbursement of Expenses for the Period from July 8, 2022 through*

*February 28, 2023* on April 18, 2023 (the "Application").  After notice and a hearing, and no

objection to the Application having been filed by the Office of the United States Trustee, and in

the absence of any other objection to the Application; it is hereby

1.      ORDERED that the Application is granted and reimbursement of expenses in the

amount of $13,147.79 is awarded to the Applicant subject to final adjustment and disgorgement

in the event all administrative expenses are not paid in full; and it is further

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2.      ORDERED that, for the avoidance of doubt, nothing here modifies the Retention

Order; and it is further

3.      ORDERED that the estate of the Individual Debtor is directed to pay Neubert,

Pepe, and Monteith, P.C.'s expenses in the amount of $13,147.79 within fourteen days of the

date of this Order; and it is further

4.      ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from the implementation of this Order; and it is further

5.      ORDERED that all time periods set forth in this Order shall be calculated in

accordance with Bankruptcy Rule 9006(a).

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on April 18, 2023 the foregoing Application was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing.  Parties may access this filing through the Court's system.

Dated: April 18, 2023                           LUC A. DESPINS,
       New Haven, Connecticut              CHAPTER 11 TRUSTEE


                             By:    /s/Douglas S. Skalka_____
                                  Douglas S. Skalka (ct00616)
                                  NEUBERT, PEPE & MONTEITH, P.C.