UNITED STATES BANKRUPTCY COURT
DISCRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK *et al.*, | Case No. 22-50073 (JAM) |
| Debtors.[1] | Jointly Administered |
| | Re: ECF No. 1676 |

**ORDER SCHEDULING EXPEDITED HEARING ON APPLICATION OF TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a) AND 328, BANKRUPTCY RULES 2014(a) AND 2016, AND LOCAL RULE 2014-1, FOR ENTRY OF ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF EDMISTON AND COMPANY LIMITED AS BROKER FOR SALE OF LADY MAY AND LADY MAY II**

The Court having considered the motion (the "Motion to Expedite")[2] seeking an expedited hearing on the *Application of Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, for Entry of Order, Authorizing Employment and Retention of Edmiston and Company Limited as Broker for Sale of the Lady May and Lady May II* [Docket No. 1675] (the "Broker Retention Application"); and good cause appearing for the relief sought in the Motion to Expedite, it is hereby

ORDERED, that a hearing on the Broker Retention Application shall be held on April 27, 2023 at 1:00 p.m. (ET) at the United States Bankruptcy Court, District of

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Motion to Expedite.

Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604 (the "Hearing"); and it is further

ORDERED, that the deadline to object to the Broker Retention Application shall be April 24, 2023 at 4:00 p.m. (ET); and it is further

ORDERED, that under the specific circumstances of this case, service of a copy of this Order, along with the Broker Retention Application and any attachments thereto, shall be made via the Court's CM/ECF system upon appearing parties and upon any party who has consented to electronic service in tihs ase in accordance with D. Conn. Civ. L. R. 5(c) and D. Conn Bankr. L. R. 1001-1(a)(1).

Dated at Bridgeport, Connecticut this 20th day of April, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut