Case 22-50073    Doc 1689    Filed 04/20/23    Entered 04/20/23 16:20:27    Page 1 of 1

AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY
DUE DATE:

| | |
|---|---|
| 1. NAME: Patrick M. Birney | 2. PHONE NUMBER: (860) 275-8275 |
| | 3. DATE: 4/20/2023 |
| 4. DELIVERY ADDRESS OR EMAIL: pbirney@rc.com | 5. CITY: Hartford |
| | 6. STATE: CT |
| | 7. ZIP CODE: 06103 |
| 8. CASE NUMBER: 22-50073 | 9. JUDGE: Judge Julie A. Manning |
| | DATES OF PROCEEDINGS |
| | 10. FROM: 4/20/2023 |
| | 11. TO: 4/20/2023 |
| 12. CASE NAME: Ho Wan Kwok | LOCATION OF PROCEEDINGS |
| | 13. CITY: Bridgeport |
| | 14. STATE: Connecticut |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Hearings | 4/20/2023 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES 1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /s/ Patrick M. Birney

PROCESSED BY:

19. DATE: 4/20/2023

PHONE NUMBER:

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**  COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Thursday April 20 2023

Current as of 04/19/2023, 4:25 pm

| | | | |
|---|---|---|---|
| 09:30 AM | 22-05003 | HK International Funds Investments (USA) Limited, v. Despins | |
| | | Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC | 1 |
| Matter: | | **#185; Motion for Partial Summary Judgment on Second Counterclaim Filed by Patrick R. Linsey on behalf of Luc A. Despins, Counter-Claimant** | |

| | | | |
|---|---|---|---|
| 10:30 AM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC | 2 |
| Matter: | | **#1453; Motion for Order to Show Cause Why Debtor, Mei Guo, and HK (USA) Should Not Be Held in Contempt for Failure to Comply w/ Order to Compel re FRBP 2004 Subpoenas Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee** | |

| | | | |
|---|---|---|---|
| 10:30 AM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC | 3 |
| Matter: | | **#1649; Motion for a Limited Stay of Order Granting in Part Motion to Compel Compliance with Rule 2004 Subpoena Filed by Dylan Kletter on behalf of Ho Wan Kwok, Debtor** | |

11:00 AM  22-50073  Ho Wan Kwok and Genever Holdings Corporation and
         Ch: 11    Genever Holdings LLC

                                                                                                          4

**Matter:**   #1679; Order Scheduling Hearing on oral Motion for Relief from Judgment or Order pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024 (the 'Motion') with regard to the Order Granting Motion of Chapter 11 Trustee to Limit Notice and to Seal with Respect to Motion for Order Authorizing Abandonment of Property Pursuant to Bankruptcy Code Section 554 and Bankruptcy Rule 6007 ( ECF No. [1672].

APPEARANCES FOR HEARING HELD ON **APRIL 20, 2023** IN:

1. HO WAN KWOK, CASE NO. 22-50073
2. HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC V. LUC A. DESPINS, CHAPTER 11 TRUSTEE, ET AL., ADVERSARY PROCEEDING NO. 22-5003

| | |
|---|---|
| **William Baldiga**<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>New York<br>212-209-4800<br>212-209-4801 (fax)<br>wbaldiga@brownrudnick.com | **Representing Ho Wan Kwok, Debtor** |
| **Nicholas A. Bassett Trustee**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202-551-1700<br>202-551-1705 (fax)<br>nicholasbassett@paulhastings.com | **Representing Luc A. Despins, Ch. 11** |
| **Stephen A. Best**<br>Brown Rudnick LLP<br>601 Thirteenth Street NW Suite 600<br>Washington, DC 20005<br>202-536-1737<br>212-938-2937 (fax)<br>sbest@brownrudnick.com | **Representing Ho Wan Kwok** |
| **Holley L. Claiborn**<br>Office of The United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br>(203) 773-2217 (fax)<br>holley.l.claiborn@usdoj.gov | **Representing U. S. Trustee** |

| | |
|---|---|
| **Joanna J. Cline**<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza<br>1313 N. Market Street<br>Suite 5100<br>Wilmington, DE 19899<br>302-777-6500<br>215-981-4750 (fax)<br>joanna.cline@troutman.com | **Representing Bravo Luck Limited** |
| **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>212-230-7771 (fax)<br>lucdespins@pauhastings.com | **Representing Luc A. Despins, Chapter 11 Trustee** |
| **Peter Friedman**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5302<br>pfriedman@omm.com | **Representing Pacific Alliance Asia Opportunity Fund L.P.** |
| **Eric A. Henzy**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-5495<br>203-549-0861 (fax)<br>ehenzy@zeislaw.com | **Representing Ho Wan Kwok** |

| | |
|---|---|
| **Kristin B. Mayhew**<br>Pullman & Comley, LLC<br>850 Main Street, 8th Floor<br>PO Box 7006<br>Bridgeport, CT 06601<br>203-330-2198<br>203-259-0251 (fax)<br>kmayhew@pullcom.com | **Representing Rui Ma, Weican Meng, Zheng Wu,**<br>**Official Committee of Unsecured Creditors** |
| **James M. Moriarty**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>Bridgeport, CT 06604<br>203-368-4234<br>203-549-0907 (fax)<br>jmoriarty@zeislaw.com | **Representing Ho Wan Kwok,**<br>**HK International Funds Investments (USA) Limited, LLC**,<br>**Mei guo** |
| **Douglas S. Skalka**<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 821-2000<br>203-821-2009 (fax)<br>dskalka@npmlaw.com | **Representing Luc A. Despins,**<br>**Genever Holdings Corporation**<br>**Genever Holdings LLC** |
| **Melissa I Falk Wernick**<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>973-530-2157<br>973-530-2357 (fax)<br>mwernick@csglaw.com | **Representing HK International Funds Investments (USA) Limited, LLC** |