UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                                                     :      Chapter 11
                                                                                 :
HO WAN KWOK *et al.*,                                          :      Case No. 22-50073 (JAM)
                                                                                 :
        Debtors.¹                                             :      Jointly Administered
                                                                                 :
---------------------------------------------------------x

**DECLARATION OF NICHOLAS A. BASSETT
IN SUPPORT OF ORDER TO SHOW CAUSE WHY
COURT SHOULD NOT HOLD NON-RESPONDING PARTIES IN CONTEMPT**

1.  I am a partner at the law firm of Paul Hastings LLP, counsel to Luc A. Despins, chapter 11 trustee (the "Trustee") in the above-captioned chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Individual Debtor"). I make this declaration (the "Declaration") in support of the Court's *Order to Appear at Continued Hearing and to Show Cause for Why the Court Should Not Hold the Non-Responding Parties in Contempt of Court* [Docket No. 1546], dated March 16, 2023 (the "Order to Show Cause").

2.  At a hearing held on April 18, 2023, the Court directed the Trustee to provide further information, in the form of this Declaration, to confirm that the Trustee had effectively served Golden Spring (New York) Ltd. ("Golden Spring") and Lamp Capital LLC ("Lamp Capital") with the Order to Show Cause.

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

I. **SERVICE OF GOLDEN SPRING**

3. The Trustee served the Order to Show Cause on Golden Spring on March 20, 2023, by FedEx overnight delivery and by first-class U.S. Mail addressed to its registered agent for service in Delaware[2] (the "Golden Spring Registered Agent"), as follows:

> Golden Spring (New York) Ltd.
> c/o The Corporation Trust Company
> Corporation Trust Center
> 1209 Orange Street
> Wilmington, DE 19801

4. The Golden Spring Registered Agent is listed as Golden Spring's registered agent for service on the Delaware Secretary of State's website.[3] A true and accurate copy of the listing on such website reflecting the Golden Spring Registered Agent is attached hereto as **Exhibit A**.

II. **SERVICE OF LAMP CAPITAL**

5. The Trustee served the Order to Show Cause on Lamp Capital as follows:

6. The Trustee served Lamp Capital on March 20, 2023, by FedEx overnight delivery and by first-class mail at the following address (the "New York Address"):

> Lamp Capital, LLC
> Attn: Bernardo Enriquez
> 667 Madison Avenue
> New York, NY 10065[4]

7. The New York Address (including the attention line to Mr. Enriquez) was listed in the Individual Debtor's Schedule F [Docket No. 78 at 20].

8. The New York Address is also listed on the New York Department of State's website (without individual addressee) as the address to which the New York secretary of state

---

[2] *See Certificate of Service* of Order to Show Cause [Docket No. 1593] (the "Certificate of Service") at 1.

[3] *See* State of Delaware Department of State: Division of Corporations, "GOLDEN SPRING (NEW YORK) LTD." https://icis.corp.delaware.gov/eCorp/EntitySearch/NameSearch.aspx (last accessed Apr. 19, 2023).

[4] *See* Certificate of Service at 1.

will mail a copy of any process against the corporation served upon the New York secretary of state.[5] A true and accurate copy of the listing on such website reflecting the New York Address is attached hereto as **Exhibit B**.

9. The Trustee further served Lamp Capital on March 21, 2023, by UPS overnight delivery and by first-class U.S. Mail addressed to its registered agent for service in New Jersey[6] (the "Lamp Capital Registered Agent"), as follows:

> Lamp Capital LLC
> c/o CT Corporation System
> 820 Bear Tavern Rd.
> West Trenton, NJ 08628

10. The Lamp Capital Registered Agent is listed as the registered agent and registered office address for Lamp Capital LLC on Lamp Capital LLC's Certificate of Registration for the New Jersey Department of the Treasury Division of Revenue and Enterprise Services. A true and accurate copy of the Certificate of Registration of the New Jersey Department of the Treasury Division of Revenue and Enterprise Services is attached hereto as **Exhibit C**.[7]

I declare upon penalty of perjury that the foregoing is true and correct.

> By: /s/ Nicholas A. Bassett
> Nicholas A. Bassett (admitted *pro hac vice*)
> PAUL HASTINGS LLP

---

[5] *See* New York State Department of State, Division of Corporations, "LAMP CAPITAL LLC" https://apps.dos.ny.gov/publicInquiry/EntityDisplay (last accessed Apr. 19, 2022).

[6] *See* Certificate of Service at 2.

[7] *See* Certificate of Registration at Ex. C, PDF page 5. The Trustee previously served Lamp Capital with a subpoena in connection with the *Omnibus Motion of Chapter 11 Trustee for Entry of Order under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Various Entities and Individuals Affiliated With Debtor* (Docket No. 638) on August 23, 2022 at its registered agent for service in Delaware, and the Trustee was given no notice of any issues with that service. However on January 25, 2023, as per the Court's *Order Directing the Parties to Mediation* (the "Mediation Order"), the Trustee served the Mediation Order on Lamp Capital's Delaware registered agent, and received a letter from the registered agent which informed Trustee's counsel that it had resigned as Lamp Capital's registered agent, which Trustee's counsel confirmed by reference to the Delaware Secretary of State's website which shows that the registered agent resigned as of December 1, 2022. Accordingly, the Trustee served the Order to Show Cause on the New York Address and Lamp Capital Registered Agent address, which the Trustee believes to be current and active.

2050 M Street NW  
Washington, D.C., 20036  
(202) 551-1902  
nicholasbassett@paulhastings.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                          :
In re:                                    :    Chapter 11
                                          :
HO WAN KWOK *et al.*,                     :    Case No. 22-50073 (JAM)
                                          :
            Debtors.[8]                   :    Jointly Administered
                                          :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 21, 2023, the foregoing Declaration, and all exhibits and attachments thereto, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:     April 21, 2023
           New Haven, Connecticut

                                    By: */s/ Nicholas A. Bassett*
                                        Nicholas A. Bassett (admitted *pro hac vice*)
                                        PAUL HASTINGS LLP
                                        2050 M Street NW
                                        Washington, D.C., 20036
                                        (202) 551-1902
                                        nicholasbassett@paulhastings.com

                                        *Counsel for the Chapter 11 Trustee*

---

[8] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).