**EXHIBIT B**

# Department of State
## Division of Corporations

## Entity Information

Return to Results   Return to Search

### Entity Details

**ENTITY NAME:** LAMP CAPITAL LLC  
**DOS ID:** 5833522  
**FOREIGN LEGAL NAME:**  
**FICTITIOUS NAME:**  
**ENTITY TYPE:** FOREIGN LIMITED LIABILITY COMPANY  
**DURATION DATE/LATEST DATE OF DISSOLUTION:**  
**SECTIONOF LAW:** 802 LLC - LIMITED LIABILITY COMPANY LAW  
**ENTITY STATUS:** ACTIVE  
**DATE OF INITIAL DOS FILING:** 09/11/2020  
**REASON FOR STATUS:**  
**EFFECTIVE DATE INITIAL FILING:** 09/11/2020  
**INACTIVE DATE:**  
**FOREIGN FORMATION DATE:** 09/08/2020  
**STATEMENT STATUS:** CURRENT  
**COUNTY:** NEW YORK  
**NEXT STATEMENT DUE DATE:** 09/30/2022  
**JURISDICTION:** DELAWARE, UNITED STATES  
**NFP CATEGORY:**

**ENTITY DISPLAY**   **NAME HISTORY**   **FILING HISTORY**   **MERGER HISTORY**   **ASSUMED NAME HISTORY**

#### Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** THE LLC  
**Address:** 667 MADISON AVENUE, NEW YORK, NY, UNITED STATES, 10065

**Electronic Service of Process on the Secretary of State as agent:** Not Permitted

#### Chief Executive Officer's Name and Address

**Name:**  
**Address:**

#### Principal Executive Office Address

**Address:**

#### Registered Agent Name and Address

**Name:**  
**Address:**

#### Entity Primary Location Name and Address

**Name:**  
**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |