**EXHIBIT C**

STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY
FILING CERTIFICATE (CERTIFIED COPY)

Corporation Name:      LAMP CAPITAL LLC
Business Id:           0450776607
Certificate Number:    6000201924

I, THE TREASURER OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY, THAT THE ABOVE NAMED BUSINESS DID FILE AND RECORD IN THIS DEPARTMENT AN AMENDMENT ON March 2, 2022 AND THAT THE ATTACHED IS A TRUE COPY OF THIS DOCUMENT AS THE SAME IS TAKEN FROM AND COMPARED WITH THE ORIGINAL(S) FILED IN THIS OFFICE AND NOW REMAINING ON FILE AND OF RECORD.

IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY
HAND AND AFFIXED MY OFFICIAL SEAL AT
TRENTON, THIS
April 19, 2023 A.D.



ELIZABETH MAHER MUOIO
STATE TREASURER

VERIFY THIS CERTIFICATE ONLINE AT
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

*New Jersey Division of Revenue & Enterprise Services*
*Certificate Of Amendment*
*NJSA 42:2C-19*
*New Jersey Limited Liability Company Act*

```
                                    State of New Jersey
                                    Department of the Treasury
                                Division of Revenue & Enterprise Services
                                        Business Amendments
                                              Filed

                                    Validation Number: 4165269801
                                        03/02/22 12:09:39

                                    Verify this certificate online at
                            https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp
```

This Limited Liability Company filed with the Division of Revenue and
Enterprise Services to amend its Certificate of Formation. The filer is
responsible for ensuring strict compliance with NJSA 42:2C, the Revised Uniform
New Jersey Limited Liability Company Act.

1. Name of Limited Liability Company: LAMP CAPITAL LLC

2. Business ID Number: 0450776607

3. Amendments:

    Article 6, the Members are amended to the following:

        BERNARDO ENRIQUEZ, SECRETARY
        667 MADISON AVENUE
        NEW YORK, NY 10065


The undersigned represent(s) that this filing complies with State law as
detailed in NJSA 42:2C and that they are authorized to sign this form on behalf
of the Foreign Limited Liability Company on March 02, 2022.

   **Signature**

   YAMILE FORERO

STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY
FILING CERTIFICATE (CERTIFIED COPY)

Corporation Name:     LAMP CAPITAL LLC
Business Id:          0450776607
Certificate Number:   6000201925

I, THE TREASURER OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY, THAT THE ABOVE NAMED BUSINESS DID FILE AND RECORD IN THIS DEPARTMENT AN ORIGINAL CERTIFICATE ON March 1, 2022 AND THAT THE ATTACHED IS A TRUE COPY OF THIS DOCUMENT AS THE SAME IS TAKEN FROM AND COMPARED WITH THE ORIGINAL(S) FILED IN THIS OFFICE AND NOW REMAINING ON FILE AND OF RECORD.

IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY
HAND AND AFFIXED MY OFFICIAL SEAL AT
TRENTON, THIS
April 19, 2023 A.D.



ELIZABETH MAHER MUOIO
STATE TREASURER

VERIFY THIS CERTIFICATE ONLINE AT
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF REGISTRATION

### LAMP CAPITAL LLC
### 0450776607

The above-named FOREIGN LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 03/01/2022 and was assigned identification number 0450776607. Following are the articles that constitute its original certificate.

1. **Name:**
   LAMP CAPITAL LLC

2. **Registered Agent:**
   CT CORPORATION SYSTEM

3. **Registered Office:**
   820 BEAR TAVERN RD
   WEST TRENTON , NEW JERSEY 08628

4. **Incorporated Under the Laws of:**
   DELAWARE ON 09/08/2020

5. **Effective Date of this filing is:**
   03/01/2022

6. **Main Business Address:**
   667 MADISON AVENUE
   NEW YORK, NEW YORK 10065

   **Signatures:**
   MAX KRASNER
   AUTHORIZED REPRESENTATIVE

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal 1st day of March, 2022*

*Elizabeth Maher Muoio*
*State Treasurer*

*Certificate Number : 4165138856*
*Verify this certificate online at*
*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*