UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**RESERVATION OF RIGHTS IN CONNECTION WITH TRUSTEE'S APPLICATION, PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a) AND 328, BANKRUPTCY RULES 2014(A) AND 2016, AND LOCAL RULE 2014-1, FOR ENTRY OF ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF EDMISTON AND COMPANY LIMITED AS BROKER FOR SALE OF LADY MAY AND LADY MAY II**

HK international Funds Investments (USA) Limited LLC ("HK USA") and Mei Guo ("Guo"), by and through their undersigned counsel, hereby submit this Reservation of Rights in connection with the *Application of Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, for Entry of Order Authorizing Employment and Retention of Edmiston and Company Limited as Broker for Sale of Lady May and Lady May II* [Docket No. 1675] (the "Application").

1. HK USA and Guo have appealed (the "Appeal") this Court's *Order Granting Motion of Chapter 11 Trustee for Estate of Ho Wan Kwok for Partial Summary Judgment* (ECF No. 172) and the *Amendment to Order Granting Motion of Chapter 11 Trustee for Estate of Ho Wan Kwok for Partial Summary Judgment* (ECF No. 183), entered on March 27 and March 31,

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2023, respectively, in Adversary Proceeding No. 22-5003 pending in this bankruptcy case (the "Summary Judgment Orders").

2. Among other things, the Summary Judgment Orders determined that the Lady May and Lady May II are property of the Debtor's bankruptcy estate.

3. Although the Summary Judgment Orders have not been stayed, the Appeal thereof is pending.

4. At this time, HK USA and Guo take no position with respect to the Application.

5. Notwithstanding, HK USA and Guo reserve all their rights relating to any proposed sale of the Lady May and Lady May II in the future, as a result of the Application or otherwise, and regardless of the status of the Appeal, including, without limitation, to assert any and all objections relating to whether the Lady May and Lady II are property of the Debtor's chapter 11 estate, whether the Trustee has the authority to sell the Lady May and Lady May II, and whether any sale satisfies section 363 or other applicable provisions of the Bankruptcy Code.

Dated: April 24, 2023
Roseland, New Jersey

/s/ Lee Vartan
Lee Vartan (*Pro Hac Vice*)
New York State Bar No. 4288296
lvartan@csglaw.com
Sam Della Fera, Jr. (*Pro Hac Vice*)
New Jersey State Bar No. 023701992
sdellafera@csglaw.com
Melissa F. Wernick (*Pro Hac Vice*)
New Jersey State Bar No. 033642010
mwernick@csglaw.com

**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
*Attorneys for HK International Funds Investments (USA) Limited, LLC and Mei Guo*

Aaron A. Romney (ct28144)
aromney@zeislaw.com
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com

**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone:  (203) 368-4234
Facsimile:  (203) 368-5485
*Local Counsel for HK International Funds*
*Investments (USA) Limited, LLC and Mei Guo*

## CERTIFICATION OF SERVICE

I hereby certify that on this 24th day of April 2023, a copy of the foregoing *Reservation of Rights in Connection With Trustee's Application, Pursuant to Bankruptcy Code Sections 327(a) and 328, Bankruptcy Rules 2014(A) and 2016, and Local Rule 2014-1, for Entry of Order Authorizing Employment and Retention of Edmiston and Company Limited as Broker for Sale of Lady May and Lady May II* was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated:  April 24, 2023
Roseland, New Jersey

/s/ Lee Vartan
Lee Vartan (*Pro Hac Vice*)
New York State Bar No. 4288296
lvartan@csglaw.com
Sam Della Fera, Jr. (*Pro Hac Vice*)
New Jersey State Bar No. 023701992
sdellafera@csglaw.com
Melissa F. Wernick (*Pro Hac Vice*)
New Jersey State Bar No. 033642010
mwernick@csglaw.com

**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
*Attorneys for HK International Funds Investments (USA) Limited, LLC and Mei Guo*

Aaron A. Romney (ct28144)
aromney@zeislaw.com
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5485
*Local Counsel for HK International Funds
Investments (USA) Limited, LLC and Mei Guo*