**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------x

**MOTION, PURSUANT TO BANKRUPTCY RULES 9006(c)(1), FOR ENTRY OF AN ORDER EXPEDITING HEARING ON MOTION OF CHAPTER 11 TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTION 363(b), FOR ENTRY OF ORDER AUTHORIZING (I) MOVING LADY MAY TO NAVIGABLE WATERS OF RHODE ISLAND AND (II) ENTRY INTO, AND PERFORMANCE UNDER, NEWPORT DOCKAGE AGREEMENT**

Luc A. Despins, as chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby moves (the "Motion to Expedite") this Court for entry of an order scheduling an expedited hearing to consider and determine the *Motion of Chapter 11 Trustee, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing (I) Moving Lady May to Navigable Waters of Rhode Island, and (II) Entry Into, and Performance Under, Newport Dockage Agreement* (the "Motion to Transfer")

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

and granting related relief.[2] In Support of this Motion to Expedite, the Trustee respectfully states as follows:

## JURISDICTION, VENUE, AND STATUTORY BASES

1. The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief sought by this Motion to Expedite are Bankruptcy Rule 9006(c)(1) and 2002(i).

## BACKGROUND

4. In aid of the sale of the Lady May (and the Lady May II), the Trustee filed the *Application of Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, for Entry of Order, Authorizing Employment and Retention of Edmiston and Company Limited as Broker for Sale of Lady May and Lady May II* (the "Broker Retention Application"). The Broker Retention Application is scheduled to be heard on April 27, 2023.

5. The Motion to Transfer seeks authorization (a) to move the Lady May to the Safe Harbor Newport Shipyard in Newport, Rhode Island, in anticipation of the sale of the Lady May from the Newport foreign trade zone and (b) to enter into the Newport Dockage Agreement.

6. The Trustee incorporates herein by reference the background section from the Motion to Transfer.

---

[2] Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the Motion to Transfer.

## RELIEF REQUESTED

7. The Trustee respectfully requests that the Court schedule a hearing on the Motion to Transfer on or before **April 27, 2023**, subject to the Court's availability. In addition, the Trustee requests that the Court order that any objections to the Motion to Transfer be filed on or before **April 26, 2023 at 4:00 p.m. (ET)**. The Trustee will address the arguments raised in any such objections at the hearing on the Motion to Transfer.

## BASIS FOR RELIEF REQUESTED

8. Pursuant to Bankruptcy Rule 9006(c)(1), the Court may reduce the notice period when requested by motion where cause is demonstrated. Cause exists to consider and determine the Motion to Transfer on an expedited basis.

9. To maximize the value of the estate for creditors, the Trustee intends to sell the Lady May, with Edmiston as sale broker, including by taking advantage of Newport's foreign trade zone to minimize and/or avoid customs duties. But even before the Lady May is transferred into Newport foreign trade zone, Edmiston (which has a fully-staffed office in Newport) can and will commence marketing of the Lady May, which will include, as an initial matter, liaising with the crew, staging the Lady May, and obtaining photography. Edmiston is also already in contact with other brokers who have expressed an interest in viewing the Lady May in Newport in early May.

10. It is critical that the Motion to Transfer be approved by this Court so the Trustee can commence the marketing and sale process as soon as possible.

## NO PREVIOUS REQUEST

11. No previous request for the relief sought herein has been made by the Trustee to this or any other court.

## **CONCLUSION**

12.     It is important that all steps be taken as soon as possible to facilitate the marketing and sale of the Lady May.  Accordingly, the Trustee requests that the Motion to Transfer be heard on an expedited basis.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Trustee respectfully requests entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and proper.

Dated: April 24, 2023  
      New Haven, Connecticut

LUC A. DESPINS, CHAPTER 11 TRUSTEE

By: */s/ G. Alexander Bongartz*  
Avram E. Luft (admitted *pro hac vice*)  
G. Alexander Bongartz (admitted *pro hac vice*)  
PAUL HASTINGS LLP  
200 Park Avenue  
New York, New York 10166  
(212) 318-6079  
aviluft@paulhastings.com  
alexbongartz@paulhastings.com

    *and*

Nicholas A. Bassett (admitted *pro hac vice*)  
PAUL HASTINGS LLP  
2050 M Street NW  
Washington, D.C., 20036  
(202) 551-1902  
nicholasbassett@paulhastings.com

    *and*

Douglas S. Skalka (ct00616)  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
dskalka@npmlaw.com  
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

---------------------------------------------------------x
                                                 :

In re:                                          :      Chapter 11

HO WAN KWOK *et al.*,              :      Case No. 22-50073 (JAM)

         Debtors.¹               :      Jointly Administered

---------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 24, 2023, the foregoing Motion, and all declarations, exhibits and attachments thereto, was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated: April 24, 2023                    LUC A. DESPINS, CHAPTER 11 TRUSTEE
      New Haven, Connecticut

                                            By: */s/ G. Alexander Bongartz*
                                                Luc A. Despins (admitted *pro hac vice*)
                                                Avram E. Luft (admitted *pro hac vice*)
                                                G. Alexander Bongartz (admitted *pro hac vice*)
                                                Paul Hastings LLP
                                                200 Park Avenue
                                                New York, New York 10166
                                                (212) 318-6079
                                                lucdespins@paulhastings.com

---

¹    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

aviluft@paulhastings.com
alexbongartz@paulhastings.com

  *and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

  *and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

2

**Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                          :     Chapter 11
                                                :
HO WAN KWOK *et al.*,                           :     Case No. 22-50073 (JAM)
                                                :
      Debtors.[1]                               :     Jointly Administered
                                                :
---------------------------------------------------------x

**ORDER SCHEDULING EXPEDITED HEARING ON MOTION OF CHAPTER 11 TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTION 363(b), FOR ENTRY OF ORDER AUTHORIZING (I) MOVING LADY MAY TO NAVIGABLE WATERS OF RHODE ISLAND AND (II) ENTRY INTO, AND PERFORMANCE UNDER, NEWPORT DOCKAGE AGREEMENT**

The Court having considered the motion (the "Motion to Expedite")[2] seeking an expedited hearing on the *Motion of Chapter 11 Trustee, Pursuant to Bankruptcy Code Section 363(b), For Entry of Order Authorizing (I) Moving Lady May To Navigable Waters of Rhode Island, and (II) Entry Into, And Performance Under, Newport Dockage Agreement* [Docket No. ____] (the "Motion to Transfer"); and good cause appearing for the relief sought in the Motion to Expedite, it is hereby

ORDERED, that a hearing on the Motion to Transfer shall be held on April [____], 2023 at [__]:00 a./p.m. (ET) at the United States Bankruptcy Court, District of Connecticut,

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Motion to Expedite.

Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604 (the "Hearing"); and it is further

ORDERED, that the deadline to object to the Motion to Transfer shall be April [__], 2023 at 4:00 p.m. (ET); and it is further

ORDERED, that a copy of this Order, along with the Motion to Transfer and any attachments thereto, shall be served upon all parties to the above-captioned case, and the Trustee shall file a certificate of service in advance of the hearing.