**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                    :

In re:                             :     Chapter 11
                                     :

HO WAN KWOK *et al.*,          :     Case No. 22-50073 (JAM)
                                     :

             Debtors.[1]       :     Jointly Administered
                                     :

---------------------------------------------------------x

### APPELLEE'S COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL

Appellee, Luc A. Despins, in his capacity as the chapter 11 trustee (the "<u>Trustee</u>") appointed in the chapter 11 case of Ho Wan Kwok (the "<u>Debtor</u>"), by and through his undersigned counsel, hereby provides, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the following counter-designation of additional items to be included in the record on appeal.

### <u>COUNTER-DESIGNATION OF RECORD ON APPEAL</u>

Appellee respectfully counter-designates the following items for inclusion in the record on appeal pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure. This designation includes all exhibits attached or referred to in the pleadings or matters of record.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Main Bankruptcy Case Docket Entries (No. 22-50073 (JAM))**

| Docket No. | Date Filed | Description |
|---|---|---|
| 703 | 08/05/2022 | The Debtor's Limited Objection to Rule 2004 Motions |
| 724 | 08/10/2022 | Chapter 11 Trustee's Reply in Support of Motions for Entry of Orders Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Examinations of Debtor, Debtor's Legal and Financial Advisors, And Various Entities And Individuals Affiliated with Debtor, and For Production of Documents |
| 732 | 08/11/2022 | Declaration of Aaron A. Romney in Support of the Debtor's Limited Objection to Rule 2004 Motions |
| 766 | 08/18/2022 | Transcript of Hearing Held August 12, 2022 |
| 874 | 09/24/2022 | Motion of Chapter 11 Trustee for Entry of Protective Order |
| 923 | 10/06/2022 | Protective Order |
| 1116 | 11/18/2022 | Second Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Legal and Financial Advisors to the Debtor, Entities And Individual Affiliated With Debtor, and Relevant Banks |
| 1149 | 11/22/2022 | Joint Limited Objection of Mei Guo and HK International Funds Investments (USA) Limited, LLC to the Second Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Legal and Financial Advisors to the Debtor, Entities And Individual Affiliated With Debtor, and Relevant Banks |
| 1184 | 12/02/2022 | Order Granting Chapter 11 Trustee's Second Supplemental Omnibus Motion for 2004 Examination |

## CERTIFICATION REGARDING TRANSCRIPTS

Appellee, pursuant to Rule 8009(b)(3) of the Federal Rules of Bankruptcy Procedure, hereby certifies that he is not ordering any transcripts.  All transcripts have been prepared and are either available on the docket or in the Bankruptcy Court Clerk's Office.

## RESERVATION OF RIGHTS

Appellee expressly reserves the right to (i) withdraw, supplement, amend or modify this Counter-Designation of Record on Appeal and (ii) move to strike any items included by the Appellant in the *Designation of Items to be Included in the Record on Appeal and Statement of Issues to be Presented*.  This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Respectfully submitted,

Dated:    April 24, 2023                    LUC A. DESPINS,
          New Haven, Connecticut            CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

        *and*

    Nicholas A. Bassett (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

3

*and*

Avram E. Luft (admitted *pro hac vice*)
Douglass Barron (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| | x | |
| | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| HO WAN KWOK, *et al.*,[2] | : | CASE NO. 22-50073 (JAM) |
| | : | |
| Debtors. | : | Jointly Administered |
| | x | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 24, 2023, the foregoing was filed electronically using the Court's case management/electronic case files ("CM/ECF") system. Parties may access the Order to Show Cause via the CM/ECF system.

Dated: April 24, 2023      LUC A. DESPINS,
        New Haven, Connecticut      CHAPTER 11 TRUSTEE


                   By: */s/ Patrick R. Linsey*
                       Patrick R. Linsey (ct29437)
                       NEUBERT, PEPE & MONTEITH, P.C.
                       195 Church Street, 13th Floor
                       New Haven, Connecticut 06510
                       (203) 781-2847
                       plinsey@npmlaw.com

---

[2] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).