# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## TRANSMITTAL FORM TO DISTRICT COURT REGARDING APPEALS AND RELATED DOCUMENTS

Debtor(s) Name:  Ho Wan Kwok et al

Case No.          22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:            23-375(KAD)

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☐ Notice of Appeal (only)   ECF No.:

3. ☑ Related documents as indicated below:

   ☑ Designation of items designated by the Appellant

   ☑ Designation of items designated by the Appellee

   ☐ Cross Appeal

   ☐ Amended Appeal

   ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)

   ☑ Transcripts:  Hearings held on August 12 and November 30, 2022 are unrestricted and can be viewed from the public docket.  Transcripts of hearings held on March 7 and 8, 2023 are under the 90 day restriction
   ☐ and shall be transmitted via email to the District Court.

4.    Other applicable information:

Filing Fee:  ☐ Paid   ☐ Not Paid

Appellant's Name:

Appellant's Attorney:

Appellee's Name:

Appellee's Attorney:

Interested Party:

By: _Regina Miltenberger_                              Date:  April 25, 2023
    Deputy Clerk, U.S. Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name:  Ho Wan Kwok

Bankruptcy Case No.:    22-50073

Adversary Case No.:

Previous Civil No.:            23-375(KAD)

Previous Miscellaneous No.:

Transmittal dated:            April 25, 2023

**To the Bankruptcy Court:**

**The following number has been assigned:**

☐ Civil No. Assigned    _____

☐ Miscellaneous No. Assigned    _____

☐ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By: _____                    Date:
    Deputy Clerk, U.S. District Court