**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
                                                                                          :

In re:                                                      :        Chapter 11

HO WAN KWOK *et al.*,                  :        Case No. 22-50073 (JAM)

              Debtors.[1]                       :        Jointly Administered

------------------------------------------------------x

**CHAPTER 11 TRUSTEE'S RESPONSE TO COURT'S**
**INQUIRY REGARDING BROWN RUDNICK LLP'S PROPOSED**
**REPRESENTATION OF THE DEBTOR AS SPECIAL CRIMINAL COUNSEL**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), in response to the Court's inquiry at a hearing held April 20, 2023, regarding Brown Rudnick LLP's ("Brown Rudnick") proposed representation of the Individual Debtor in the above-captioned chapter 11 case (the "Chapter 11 Case") as his special criminal counsel, respectfully states the following:

    1.      On April 20, 2023, the Court held a hearing (the "Hearing") with respect to: (i) *Motion of Chapter 11 Trustee For Order to Show Cause Why Debtor … Should not be Held in Contempt of Court for Failure to Comply with Order Compelling Compliance with Rule 2004 Subpoenas and Sanctioned for Such Conduct* [Docket No. 1453] (the "OSC Motion"), and (ii) *Debtor's Motion for Limited Stay of Order Granting in Part Motion to Compel Compliance with*

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Rule 2004 Subpoena* [Docket No. 1649] (the "Stay Motion" and, together with the OSC Motion, the "Motions").

2. Both in his written response to the Stay Motion and at the Hearing, the Trustee expressed concerns about Brown Rudnick's proposed representation of the Individual Debtor as his special criminal counsel following the firm's representation of the Individual Debtor as debtor-in-possession in the filing and the first five months of administration of this Chapter 11 Case.

3. During the Hearing, the Court inquired as to whether the Trustee would be pursuing immediate relief with respect to these concerns or would instead reserve the bankruptcy estate's rights to address the matter at a later date. The Trustee requested time to consider the foregoing and stated that he would update the Court following such consideration.

4. With the Court's permission, the Trustee will be prepared to address this matter at the status conference scheduled for 1 p.m. on April 27, 2023.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

Dated:     April 26, 2023          RESPECTFULLY SUBMITTED,
               New Haven, Connecticut    LUC A. DESPINS, CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

       *and*

    Nicholas A. Bassett *(pro hac vice)*
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

       *and*

    Avram E. Luft *(pro hac vice)*
    Douglass Barron *(pro hac vice)*
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
HO WAN KWOK *et al.*,                                    :   Case No. 22-50073 (JAM)
                                                         :
                    Debtors.                             :   Jointly Administered
                                                         :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 26, 2023, the foregoing, and all declarations, exhibits and attachments thereto, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:   April 26, 2023
         New Haven, Connecticut

                                        By: */s/ Patrick R. Linsey*
                                            Douglas S. Skalka (ct00616)
                                            Patrick R. Linsey (ct29437)
                                            NEUBERT, PEPE & MONTEITH, P.C.
                                            195 Church Street, 13th Floor
                                            New Haven, Connecticut 06510
                                            (203) 781-2847
                                            dskalka@npmlaw.com
                                            plinsey@npmlaw.com

                                            *Counsel for the Chapter 11 Trustee*