UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name: Ho Wan Kwok

Bankruptcy Case No.: 22-50073

Adversary Case No.:

Previous Civil No.: 23-375(KAD)

Previous Miscellaneous No.:

Transmittal dated: April 25, 2023

**To the Bankruptcy Court:**

**The following number has been assigned:**

[X] Civil No. Assigned    3:23-cv-00375-KAD

[ ] Miscellaneous No. Assigned  _____

[X] I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

[ ] I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By:   /s/Nick Fanelle                                                         Date: 4/26/23
      Deputy Clerk, U.S. District Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## TRANSMITTAL FORM TO DISTRICT COURT REGARDING APPEALS AND RELATED DOCUMENTS

Debtor(s) Name: Ho Wan Kwok et al

Case No.      22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:      23-375(KAD)

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☐ Notice of Appeal (only)   ECF No.:

3. ☑ Related documents as indicated below:

   ☑ Designation of items designated by the Appellant

   ☑ Designation of items designated by the Appellee

   ☐ Cross Appeal

   ☐ Amended Appeal

   ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)

   ☑ Transcripts:  Hearings held on August 12 and November 30, 2022 are unrestricted and can be viewed from the public docket.  Transcripts of hearings held on March 7 and 8, 2023 are under the 90 day restriction
   ☐ and shall be transmitted via email to the District Court.

4. Other applicable information:

Filing Fee: ☐ Paid  ☐ Not Paid

Appellant's Name:

Appellant's Attorney:

Appellee's Name:

Appellee's Attorney:

<u>Interested Party:</u>

By: <u>Regina Miltenberger</u>         Date: April 25, 2023
    Deputy Clerk, U.S. Bankruptcy Court