**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
                                                        :

In re:                                    :        Chapter 11

HO WAN KWOK, *et al*.,[1]       :        Case No. 22-50073 (JAM)

        Debtors.               :        (Jointly Administered)

------------------------------------------------------x

**MOTION OF CHAPTER 11 TRUSTEE, PURSUANT TO BANKRUPTCY RULE
9006(c)(1), TO EXPEDITE HEARING ON (I) MOTION OF CHAPTER 11 TRUSTEE
FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY RULE 9019, APPROVING
SETTLEMENT AGREEMENT WITH CLARK HILL PLC AND (II) MOTION OF
CHAPTER 11 TRUSTEE TO SEAL CERTAIN EXHIBITS TO MOTION FOR ENTRY
OF ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING
SETTLEMENT AGREEMENT WITH CLARK HILL PLC**

Luc Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), by and through their undersigned counsel, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby moves (the "Motion to Expedite") this Court for an order scheduling an expedited hearing to consider and determine the *Motion of Chapter 11 Trustee for Entry of Order, Pursuant to Bankruptcy Rule 9019, Approving Settlement Agreement with Clark Hill PLC* [Docket No. 1724] (the "9019 Motion")[2] and the *Motion of Chapter 11 Trustee to Seal Certain Exhibits to Motion for Entry of Order Pursuant to Bankruptcy Rule 9019 Approving Settlement*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the 9019 Motion.

*Agreement with Clark Hill PLC* [Docket No. 1727] (the "Motion to Seal" and, together with the 9019 Motion, the "Motions"). In support of the Motion to Expedite, the Trustee respectfully represents as follows:

## JURISDICTION, VENUE, AND STATUTORY BASIS

1. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District Court for the District of Connecticut. This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief sought by this Motion to Expedite is Bankruptcy Rule 9006(c)(1).

## BACKGROUND

4. On September 19, 2019, the Debtor filed a complaint (the "Complaint") against his former counsel Clark Hill PLC ("Clark Hill") and Thomas K. Ragland, a Member of Clark Hill (together with Clark Hill, the "Defendants") in the Superior Court of the District of Columbia alleging malpractice and seeking damages arising from a cyber incident involving Clark Hill's computer server resulting in the alleged public dissemination of the Debtor's asylum application information on the internet (the "Action"). On October 24, 2019, the Action was removed to the United States District Court for the District of Columbia (the "District Court").

5. On February 15, 2022 (the "Petition Date"), the Debtor filed with the Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), which relief includes the automatic stay of all judicial proceedings against the Debtor, *see* Bankruptcy Code 362(a)(1), including the Action.

2

6. On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in the Debtor's Chapter 11 Case.

7. On July 28, 2022, the Trustee filed a motion for Rule 2004 discovery as to various legal and financial advisors to the Debtor, including Clark Hill [Docket No. 637] (the "Professionals 2004 Motion"). On August 16, 2022, the Court granted the Trustee's Professionals 2004 Motion [Docket No. 756]. Pursuant to the Court's order, on August 19, 2022, Clark Hill was served with a Rule 2004 Subpoena and document requests attached thereto (the "Subpoena"),[3] which sought information necessary for the Trustee to both evaluate and exercise control over the Action, which is property of the estate. (*See* Subpoena, Request for Production of Documents).[4]

8. Pursuant to the Subpoena, the Trustee received and reviewed the Case Documents. The Trustee also spoke repeatedly and extensively with both Jenner & Block (counsel to Clark Hill) as well as Attorney Casper (counsel to the Debtor) regarding the Parties' positions, the merits of the case, the impact of the dismissal and/or withdrawal of certain damages or bases for the claims, and the potential settlement value of the Action.

9. Through the 9019 Motion, the Trustee seeks Court approval of the Settlement Agreement between the Trustee, Thomas K. Ragland, and Clark Hill in order to resolve the Action. The salient provisions of the Settlement Agreement are, among other, that: i) Clark Hill will pay

---

[3] The Subpoena is attached to Docket No. 1105 as Ex. B.

[4] On November 2, 2022, the Debtor filed a motion for protective order (the "Asylum Application Protective Order") precluding the disclosure of the Debtor's asylum application (the "Asylum Application") to the Trustee (*See* Docket No. 637). On November 16, 2022, the Trustee filed his response to the Asylum Application Protective Order. (*See* Docket No. 1105). On December 9, 2022, the Court issued its order granting in part the Asylum Application Protective Order (the "Asylum Application Order"), which ordered Jenner & Block to produce the Summary Judgment Motion to the Trustee and his counsel. (*See* Docket No. 1217). On December 13, 2022, the Debtor filed a motion (the "Motion for Appeal") seeking leave to appeal the Asylum Application Order to the United States District Court for the District of Connecticut (the "Connecticut District Court"). On January 11, 2023, the Connecticut District Court denied the Motion for Appeal.

the Debtor's estate a total of $499,000 in connection with the relief sought in the Complaint; and ii) the Trustee agrees to dismissal of the Action with prejudice.

10.     Through the Motion to Seal, the Trustee seeks to file under the seal certain supporting exhibits to the 9019 Motion which contain information subject to various protective orders from the Action and the Chapter 11 Case.

## RELIEF REQUESTED

11.     Bankruptcy Rule 9006(c)(1) provides that the Court may reduce the notice period when requested by motion upon cause shown.  Cause exists to consider and determine the Motions upon an expedited basis.  The hearing on the Motions should be heard on an expedited basis due to the urgent need for funds for the Debtor's estate.  In light of the significant amount of ongoing contested matters, adversary proceedings and appeals in the case, whose number is only likely to increase, the estate's need to for funds, such as those that will be provided in connection with the Settlement Agreement, is urgent.  Moreover, the Committee, Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), and the U.S. Trustee have represented that they do not oppose the Motion to Expedite, but that their rights to object to the Motions are fully reserved.

12.     The Trustee respectfully requests that the Court schedule a hearing with respect to the Motions for **May 5, 2023 at 10:00 a.m. (ET)**, or as soon as possible thereafter as the Court may be available.  In addition, the Trustee request that the Court order that any opposition to the Motions be filed on or before **May 4, 2023, at 12:00 p.m. (noon)**.

[*Remainder of page intentionally left blank.*]

WHEREFORE, for the foregoing reasons, Trustee requests that the Court enter an order granting the relief requested in this Motion to Expedite and such other relief as is just and proper.

Dated:  April 28, 2022  
New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

By: */s/ Douglas S. Skalka*  
Douglas S. Skalka (ct00616)  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
dskalka@npmlaw.com  
plinsey@npmlaw.com

*and*

Nicholas A. Bassett *(pro hac vice)*  
PAUL HASTINGS LLP  
2050 M Street NW  
Washington, D.C., 20036  
(202) 551-1902  
nicholasbassett@paulhastings.com

*and*

Avram E. Luft *(pro hac vice)*  
Douglass Barron *(pro hac vice)*  
PAUL HASTINGS LLP  
200 Park Avenue  
New York, New York 10166  
(212) 318-6079  
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re:                                                                      :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                                      :    Case No. 22-50073 (JAM)
:
                Debtors.                          :    (Jointly Administered)
:
------------------------------------------------------x
:
PACIFIC ALLIANCE ASIA                              :
OPPORTUNITY FUND L.P.,                          :
:    Adv. Proceeding No. 22-05032 (JAM)
                Plaintiff,                            :
v.                                                                         :
:
HO WAN KWOK,                                            :
:
                Defendant.                       :
:
------------------------------------------------------x

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the *Motion of Chapter 11 Trustee for Entry of Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement with Clark Hill PLC* [Docket No. 1724] (the "9019 Motion")[2] and the *Motion of Chapter 11 Trustee to Seal Certain Exhibits to Motion for Entry of Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the 9019 Motion.

*with Clark Hill PLC* [Docket No. 1727] (the "Motion to Seal" and, together with the 9019 Motion, the "Motions"); and good cause appearing, it is hereby

ORDERED, that a hearing on the Motions shall be held on **May [__], 2023 at [__]:00 [__].m.** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT  06604; and it is further

ORDERED, that the deadline to object to the Motions shall be **May [__], 2023 at [__]:00 [__].m.**; and it is further

ORDERED, that a copy of this Order, along with the Motion to Expedite and any attachments thereto, shall be served upon all parties to the above-captioned case, and the Trustee shall file a certificate of service in advance of the Hearing.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
                                                    :

In re:                                           :      Chapter 11

HO WAN KWOK, *et al.*,[1]             :      Case No. 22-50073 (JAM)

                Debtors.     :      (Jointly Administered)

---------------------------------------------------------x

PACIFIC ALLIANCE ASIA
OPPORTUNITY FUND L.P.,

                                                 :      Adv. Proceeding No. 22-05032 (JAM)
                Plaintiff,

v.

HO WAN KWOK,

                Defendant.

---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 28, 2023, the foregoing Motion was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2] Parties may access this filing through the Court's CM/ECF system.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

| | | |
|---|---|---|
| Dated: | April 28, 2022<br>New Haven, Connecticut | LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE |

By: */s/ Douglas S. Skalka*
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

    *and*

Nicholas A. Bassett (*pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

    *and*

Avram E. Luft (*pro hac vice*)
Douglass Barron (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*