**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>              Debtor. | Chapter 11<br><br>Case No: 22-50073 (JAM) |

## MOTION FOR RECONSIDERATION

Pursuant to D. Conn. L. Civ. R. 7(c), made applicable to this proceeding by D. Conn. Bankr. L. R. 1001-1(b), and for the reasons set forth in the accompanying memorandum of law, HK International Funds Investments (USA) Limited, LLC, Mei Guo, Lee Vartan, Esq., and Chiesa Shahinian & Giantomasi PC, through their undersigned counsel, respectfully move for reconsideration of the Court's April 21, 2023, Order Awarding Fees of Chapter 11 Trustee and His Counsel Pursuant to Sanctions Order [Doc. No. 1693], which awarded attorneys' fees in the amount of $83,370.26 to the Individual Debtor's Estate for payment to Paul Hastings LLP with said fees to be paid on or before May 5, 2023.

Dated: April 28, 2023
      Roseland, New Jersey

*/s/ Lee Vartan*
Lee Vartan (admitted pro hac vice)
lvartan@csglaw.com
Sam Della Fera, Jr. (admitted pro hac vice)
sdellafera@csglaw.com
Melissa F. Wernick (admitted pro hac vice)
mwernick@csglaw.com
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
*Attorneys for Mei Guo, HK International Funds Investments (USA) Limited, LLC, Lee Vartan, Esq., and Chiesa Shahinian & Giantomasi PC*

*and*

4877-0995-2608.v1

Aaron A. Romney (ct28144)
aromney@zeislaw.com
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone:  (203) 368-4234
Facsimile:  (203) 368-5485
*Local Counsel for Mei Guo, HK International Funds Investments (USA) Limited, LLC, Lee Vartan, Esq., and Chiesa Shahinian & Giantomasi PC*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>               Debtor. | Chapter 11<br><br>Case No: 22-50073 (JAM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice ofElectronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: April 28, 2023
      Roseland, New Jersey

*/s/ Lee Vartan*
Lee Vartan (admitted pro hac vice)
lvartan@csglaw.com
Sam Della Fera, Jr. (admitted pro hac vice)
sdellafera@csglaw.com
Melissa F. Wernick (admitted pro hac vice)
mwernick@csglaw.com
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
*Attorneys for Mei Guo, HK International Funds Investments (USA) Limited, LLC, Lee Vartan, Esq., and Chiesa Shahinian & Giantomasi PC*

          *and*

Aaron A. Romney (ct28144)
aromney@zeislaw.com
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5485
*Local Counsel for Mei Guo, HK International Funds Investments (USA) Limited, LLC, Lee Vartan, Esq., and Chiesa Shahinian & Giantomasi PC*

4