**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

### ORDER GRANTING MOTION FOR RECONSIDERATION

Upon the motion ("Motion") of HK International Funds Investments (USA) Limited, LLC ("HK USA"), Mei Guo ("Guo"), Lee Vartan, Esq. ("Vartan"), and Chiesa Shahinian & Giantomasi PC ("CSG Law" and, collectively with HK USA, Guo, and Vartan, the "HK Parties"), requesting entry of an order granting reconsideration of the Court's April 21, 2023 Order awarding fees of Chapter 11 Trustee and his counsel pursuant to sanctions order (the "Fee Order") [Doc. No. 1693], which awarded compensation in the amount of $83,370.26 to Paul Hastings LLP to be paid by the HK Parties on or before May 5, 2023; and due and sufficient notice of the Motion having been given; and the Court having reviewed the Motion and opposition thereto, if any, and having heard the arguments of counsel, after due deliberation and sufficient cause appearing thereof, and for the reasons stated on the record, and for good cause shown; it is ORDERED THAT:

1. The Motion is GRANTED in its entirety.
2. The Fee Order is hereby vacated.