**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

_____

In re                                              :    Chapter 11
                                                   :
HO WAN KWOK, *et al.*               :    Case No. 22-50073 (JAM)
                                                   :
         Debtors.                              :
_____:

**NOTICE OF LIMITED APPEARANCE OF COUNSEL**
**AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears for Ho Wan Kwok as Special (Criminal Defense) Counsel in the above-captioned bankruptcy case.

Dated:  May 1, 2023                         Respectfully submitted,

                                                       /s/  Stephen R. Cook
                                                       Stephen R. Cook (CA-204446)
                                                       Brown Rudnick LLP
                                                       2211 Michelson Drive, 7th Floor
                                                       Irvine, CA 92612
                                                       Tel:  (949) 440-0215
                                                       Email:  scook@brownrudnick.com

                                                       *Special (Criminal Defense) Counsel for Ho Wan Kwok*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of May, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  */s/ Stephen R. Cook*

65021941 v1-WorkSiteUS-039463/0001