**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

_____

In re                                                                   :           Chapter 11
                                                                             :
HO WAN KWOK, *et al.*                                      :           Case No. 22-50073 (JAM)
                                                                             :
                    Debtors.                                       :
_____:

**NOTICE OF LIMITED APPEARANCE OF COUNSEL**
**AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears for Ho Wan Kwok as Special (Criminal Defense) Counsel in the above-captioned bankruptcy case.

Dated:  May 1, 2023                                    Respectfully submitted,

                                                                    /s/  Stephen A. Best
                                                                    Stephen A. Best (DC-428447)
                                                                    Brown Rudnick LLP
                                                                    601 Thirteenth Street NW, Suite 600
                                                                    Washington, DC 20005
                                                                    P:  (202) 536-1737
                                                                    sbest@brownrudnick.com

                                                                    *Special (Criminal Defense) Counsel for Ho Wan Kwok*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Stephen A. Best*