**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re:                                                                          :         Chapter 11
:
HO WAN KWOK, *et al.*,[1]                                      :         Case No. 22-50073 (JAM)
:
       Debtors.                                                 :         (Jointly Administered)
:
------------------------------------------------------x

**MOTION OF CHAPTER 11 TRUSTEE, PURSUANT TO BANKRUPTCY RULE 9006(c)(1), TO EXPEDITE HEARING ON MOTION OF CHAPTER 11 TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTION 363(b), FOR ENTRY OF ORDER AUTHORIZING (I) ENTRY INTO, AND PERFORMANCE UNDER, ADDENDA TO MANAGEMENT AGREEMENT AND CREW PROVISION AGREEMENT; (II) EMPLOYMENT OF CAPTAIN FOR LADY MAY II; (III) ENTRY INTO, AND PERFORMANCE UNDER, WORK ORDER RELATED TO COMMISSIONING OF LADY MAY II; AND (IV) PAYMENT OF LADY MAY II MAINTENANCE AND <u>OPERATIONAL COSTS FROM PORTION OF REPAIR RESERVE</u>**

Luc Despins, in his capacity as the chapter 11 trustee (the "<u>Trustee</u>") appointed in the chapter 11 case of Ho Wan Kwok (the "<u>Debtor</u>"), by and through their undersigned counsel, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), hereby moves (the "<u>Motion to Expedite</u>") this Court for an order scheduling an expedited hearing to consider and determine the *Motion of Chapter 11 Trustee, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing (i) Entry Into, and Performance Under, Addenda to Management Agreement and Crew Provision Agreement; (ii) Employment of*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Captain for Lady May II; (iii) Entry into, and Performance Under, Work Order Related to Commissioning of Lady May II; and (iv) Payment of Lady May II Maintenance and Operational Costs from Portion of Repair Reserve* (the "Lady May II Motion").[2] In support of the Motion to Expedite, the Trustee respectfully represents as follows:

### JURISDICTION, VENUE, AND STATUTORY BASIS

1. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District Court for the District of Connecticut. This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief sought by this Motion to Expedite is Bankruptcy Rule 9006(c)(1).

### BACKGROUND

4. Through the Lady May II Motion, the Trustee seeks relief concerning the operation and maintenance of the Lady May II, as part of the Trustee's efforts to prepare the Lady May II for an eventual sale. Specifically, the Trustee seeks (i) authorization to enter into, and perform under, (a) the Lady May II Management Addendum with Yachtzoo and (b) the Lady May II Crew Addendum with FDS; (ii) employment of a captain for the Lady May II in accordance with the Crew Provision Agreement; (iii) the Trustee's entry into, and performance under, the Work Order to commission the Lady May II and perform related seasonal maintenance; and (iv) payment of maintenance and operational costs for the Lady May II out of

---

[2] Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the Lady May II Motion.

the $500,000 from the repair reserve (the "Repair Reserve") previously authorized by order of this Court, dated March 28, 2023 [Docket No. 1608], to fund yacht-related expenses.

5.      For additional background on the Lady May II Motion and this Motion to Expedite, we refer to, and incorporate by reference, the background section in the Lady May II Motion.

## RELIEF REQUESTED

6.      The Trustee respectfully requests that the Court schedule a hearing with respect to the Lady May II Motion for **May 10, 2023 at 10:00 a.m. (ET)**, or as soon as possible thereafter as the Court may be available. In addition, the Trustee request that the Court order that any opposition to the Lady May II Motion be filed on or before **May 8, 2023, at 12:00 p.m. (noon)**.

## RELIEF REQUESTED

7.      Pursuant to Bankruptcy Rule 9006(c)(1), the Court may reduce the notice period when requested by motion where cause is demonstrated. Cause exists to consider and determine the Lady May II Motion on an expedited basis

8.      The hearing on the Lady May II Motion should be heard on an expedited basis due to the urgent need to facilitate the sale process of the Lady May II. Before the Lady May II can be marketed and sold, the Trustee must ensure that the Lady May II is properly managed and operated to preserve its value for the benefit of the estate. This also includes commissioning the Lady May II, including performing seasonal maintenance, in order to prepare the Lady May II for her return into the water—with the ultimate objective of moving the Lady May II to Newport, Rhode Island.[3] It is important that the Trustee be able to commence marketing the Lady May II as soon as possible. However, viewings by prospective buyers are practically impossible

---

[3] The Lady May II Motion does not request authorization to move the Lady May II to Newport, but the Trustee reserves all his rights to do so in the future.

because the Lady May II is currently stored ashore under a plastic wrap. Until the Lady May II has been returned into the water, marketing of the Lady May II cannot commence in earnest.

## NO PREVIOUS REQUEST

9. No previous request for the relief sought herein has been made by the Trustee to this or any other court.

## CONCLUSION

10. It is important that all steps be taken to commence marketing of the Lady May II as soon as possible, and, accordingly, the Trustee requests that the Lady May II Motion be heard on an expedited basis.

[*Remainder of page intentionally left blank.*]

WHEREFORE, for the foregoing reasons, Trustee requests that the Court enter an order granting the relief requested in this Motion to Expedite and such other relief as is just and proper.

Dated:  May 3, 2023  LUC A. DESPINS,
New Haven, Connecticut  CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*and*

Nicholas A. Bassett *(pro hac vice)*
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Avram E. Luft *(pro hac vice)*
Douglass Barron *(pro hac vice)*
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                      :
In re:                                 :    Chapter 11
                                      :
HO WAN KWOK, *et al.*,[1]         :    Case No. 22-50073 (JAM)
                                      :
        Debtors.         :    (Jointly Administered)
                                      :
---------------------------------------------------------x

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the *Motion of Chapter 11 Trustee, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing (i) Entry Into, and Performance Under, Addenda to Management Agreement and Crew Provision Agreement; (ii) Employment of Captain for Lady May II; (iii) Entry into, and Performance Under, Work Order Related to Commissioning of Lady May II; and (iv) Payment of Lady May II Maintenance and Operational Costs from Portion of Repair Reserve* [Docket No. ___] (the "Lady May II Motion")[2] and good cause appearing, it is hereby

ORDERED, that a hearing on the Lady May II Motion shall be held on **May [__], 2023 at [__]:00 [__].m.** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the Lady May II Motion.

2

ORDERED, that the deadline to object to the Lady May II Motion shall be **May [__], 2023 at [__]:00 [__].m.**; and it is further

ORDERED, that a copy of this Order, along with the Motion to Expedite and any attachments thereto, shall be served upon all parties to the above-captioned case, and the Trustee shall file a certificate of service in advance of the Hearing.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 3, 2023, the foregoing Motion was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2] Parties may access this filing through the Court's CM/ECF system.

Dated:  May 3, 2023              LUC A. DESPINS, CHAPTER 11 Trustee
        New Haven, Connecticut
                                 By: */s/ Patrick R. Linsey*
                                     Douglas S. Skalka (ct00616)
                                     Patrick R. Linsey (ct29437)
                                     NEUBERT, PEPE & MONTEITH, P.C.
                                     195 Church Street, 13th Floor
                                     New Haven, Connecticut 06510
                                     (203) 781-2847
                                     dskalka@npmlaw.com
                                     plinsey@npmlaw.com

                                     *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.