UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------------x

In re:

HO WAN KWOK, *et al.*,

Debtors.[1]

: Chapter 11
:
: Case No. 22-50073 (JAM)
:
: Jointly Administered
:
: Re: ECF No. 1495

---------------------------------------------------------------x

### ORDER APPROVING INTERIM APPLICATION OF CHAPTER 11 TRUSTEE AND HIS COUNSEL, PAUL HASTINGS LLP, FOR REIMBURSEMENT OF EXPENSES

Pursuant to 11 U.S.C. §§ 328, 330 and 331, Luc A. Despins, as the Chapter 11 Trustee in the above-captioned chapter 11 cases, and his counsel Paul Hastings LLP (together, the "Applicant") filed the *First Interim Application of Chapter 11 Trustee and his Counsel, Paul Hastings LLP, for Reimbursement of Expenses for the Period from July 8, 2022 through October 31, 2022* on February 24, 2023 (the "Application"). After notice and a hearing held on May 2, 2023, and no objection to the Application having been filed by the Office of the United States Trustee, and in the absence of any other objection to the Application; it is hereby

1.  ORDERED that the Application is granted and reimbursement of expenses in the amount of $63,631.75 is awarded to the Applicant subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full; and it is further

2.  ORDERED that, for the avoidance of doubt, nothing here modifies the Retention Order; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

3. ORDERED that the estate of the Individual Debtor is directed to pay Paul Hastings' expenses in the amount of $63,631.75 within fourteen days of the date of this Order; and it is further

4. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

5. ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Dated at Bridgeport, Connecticut this 3rd day of May, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut