# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>     Debtor, | Chapter 11<br><br>Case No. 22-50073 (JAM) |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 158(a)(1), Mei Guo, HK International Funds Investments, (USA) Limited, LLC, Lee Vartan, Esq., and Chiesa Shahinian & Giantomasi PC hereby appeal to the United States District Court for the District of Connecticut from the *Order Awarding Fees of Chapter 11 Trustee and His Counsel Pursuant to Sanctions Order* (ECF No. 1693), entered by the United States Bankruptcy Court for the District of Connecticut (Honorable Julie A. Manning) (the "Bankruptcy Court") on April 21, 2023, and the *Order Denying Motion for Relief From Judgment/Order* (ECF No. 1733), entered by the Bankruptcy Court on May 1, 2023 (collectively, the "Orders"). Copies of the Orders are attached hereto as Exhibit "A" and Exhibit "B." The names of all parties to the Orders and the names, addresses, and telephone numbers of their respective counsel are as follows:

| PARTY | ATTORNEYS |
|---|---|
| Luc A Despins, Chapter 11 Trustee and Paul Hastings LLP | Douglas S. Skalka, Esq.<br>James C. Graham, Esq.<br>Patrick R. Linsey, Esq.<br>Lucas Bennett Rocklin, Esq.<br>**NEUBERT, PEPE & MONTEITH, P.C.**<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 781-2847<br>dskalka@npmlaw.com<br>jgraham@npmlaw.com<br>plinsey@npmlaw.com<br>lrocklin@npmlaw.com |

4881-8844-0673.v1

| PARTY | ATTORNEYS |
|---|---|
|  | Nicholas A. Bassett, Esq.<br>**PAUL HASTINGS LLP**<br>2050 M Street, N.W.<br>Washington, D.C. 20036<br>(202) 551-1902<br>nicholasbassett@paulhastings.com<br><br>- and -<br><br>Luc A. Despins, Esq.<br>Avram E. Luft, Esq.<br>Douglass E. Barron, Esq.<br>G. Alexander Bongartz, Esq.<br>**PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, NY 10166<br>(212) 318-6079<br>douglassbarron@paulhastings.com<br>alexbongartz@paulhastings.com<br>aviluft@paulhastings.com |
| Mei Guo, HK International Funds Investments (USA) Limited, LLC, Attorney Vartan (Lee Vartan, Esq.), and Chiesa Shahinian & Giantomasi PC | Lee Vartan, Esq.<br>Sam Della Fera, Jr., Esq.<br>Melissa F. Wernick, Esq.<br>**CHIESA SHAHINIAN & GIANTOMASI PC**<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>(973) 325-1500<br>lvartan@csglaw.com<br>sdellafera@csglaw.com<br>mwernick@csglaw.com<br><br>- and -<br><br>Aaron A. Romney, Esq.<br>James M. Moriarty, Esq.<br>**ZEISLER & ZEISLER PC**<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06604<br>(203) 368-4234<br>aromney@zeislaw.com<br>jmoriarty@zeislaw.com |

Dated:  May 3, 2023
      Roseland, New Jersey

<u>/s/ Lee Vartan</u>
Lee Vartan (admitted *pro hac vice*)
lvartan@csglaw.com
Sam Della Fera, Jr. (admitted *pro hac vice*)
sdellafera@csglaw.com
Melissa F. Wernick (admitted *pro hac vice*)
mwernick@csglaw.com
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
*Attorneys for Mei Guo, HK International Funds Investments (USA) Limited, LLC, Lee Vartan, Esq., and Chiesa Shahinian & Giantomasi PC*

Aaron A. Romney (ct28144)
aromney@zeislaw.com
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone:  (203) 368-4234
Facsimile:  (203) 368-5485
*Local Counsel for Mei Guo, HK International Funds Investments (USA) Limited, LLC, Lee Vartan, Esq., and Chiesa Shahinian & Giantomasi PC*

**CERTIFICATION OF SERVICE**

I hereby certify that on this 3rd day of May 2023, a copy of foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated:  May 3, 2023
     Roseland, New Jersey

*/s/ Lee Vartan*
Lee Vartan (admitted *pro hac vice*)
lvartan@csglaw.com
Sam Della Fera, Jr. (admitted *pro hac vice*)
sdellafera@csglaw.com
Melissa F. Wernick (admitted *pro hac vice*)
mwernick@csglaw.com
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
*Attorneys for Mei Guo, HK International Funds Investments (USA) Limited, LLC, Lee Vartan, Esq., and Chiesa Shahinian & Giantomasi PC*

Aaron A. Romney (ct28144)
aromney@zeislaw.com
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone:  (203) 368-4234
Facsimile:  (203) 368-5485
*Local Counsel for Mei Guo, HK International Funds Investments (USA) Limited, LLC, Lee Vartan, Esq., and Chiesa Shahinian & Giantomasi PC*