**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 22-50073 (JAM) |
| HO WAN KWOK, *et al.*,[1] | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | Re: ECF Nos. 1537 & 1648 |
|  | ) |  |

ORDER AWARDING FEES OF
CHAPTER 11 TRUSTEE AND HIS COUNSEL PURSUANT TO SANCTIONS ORDER

Pursuant to the *Order Holding HK Parties in Contempt of Court and Sanctioning HK Parties, Attorney Vartan and Chiesa Shahinian & Giantomasi PC* (the "Sanctions Order") [Docket No. 1537] and 11 U.S.C. §§ 328, 330 and 331, Luc A. Despins, as the Chapter 11 Trustee in the above-captioned chapter 11 cases, and his counsel Paul Hastings LLP filed the *Special Fee Application of Chapter 11 Trustee and his Counsel, Paul Hastings LLP, for Services Rendered in Securing Compliance with Court-Authorized Subpoenas* on April 10, 2023 (the "Special Application") [Docket No. 1648]. Upon review of the information included with the Special Application and a determination that the fees sought therein are reasonable and constitute reasonable attorney's fees associated with the Trustee's efforts to secure compliance with the Court-authorized subpoenas as contemplated by the Sanctions Order, it is hereby **ORDERED**:

1. Compensation in the amount of $83,370.26 is awarded to Paul Hastings LLP; it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2. Ms. Mei Guo, HK International Funds Investments (USA) Limited, LLC, Attorney Lee Vartan, and Chiesa Shahinian & Giantomasi PC (collectively, the "HK Parties") are ordered to pay to the Chapter 11 estate of Mr. Ho Wan Kwok (the "Estate") the fees allowed in paragraph 1 above in the aggregate amount of $83,370.26 on or before May 5, 2023; it is further

3. The HK Parties are jointly and severally liable to the Estate for the payment of all fees awarded in paragraph 1 above in the amount of $83,370.26; and it is further

4. Upon receipt of the amount awarded in paragraph 1 or a portion thereof from any among the HK Parties, the Estate is ordered to pay such received amount to Paul Hastings LLP; and it is further

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

6. The Trustee and Paul Hastings LLP are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

7. Notwithstanding the possible applicability of Bankruptcy Rule 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated at Bridgeport, Connecticut this 21st day of April, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut