# EXHIBIT "B"

**U.S. Bankruptcy Court**
**District of Connecticut (Bridgeport)**
**Bankruptcy Petition #: 22-50073**

*Assigned to:* Julie A. Manning                          *Date filed:* 02/15/2022
Chapter 11                                               *341 meeting:* 12/02/2022
Voluntary
Asset
Show Associated Cases
Claims Register

| | |
|---|---|
| ***Debtor*** | represented **Kenneth Aulet** |
| **Ho Wan Kwok** | by Brown Rudnick LLP |
| 373 Taconic Road | Seven Times Square |
| Greenwich, CT 06831 | New York, NY 10036 |
| FAIRFIELD-CT | 212-209-4800 |
| SSN / ITIN: xxx-xx-9595 | Fax : 212-209-4801 |
| *aka* **Miles Kwok** | Email: kaulet@brownrudnick.com |
| *aka* **Miles Guo** | *TERMINATED: 08/02/2022* |
| *aka* **Wengui Guo** | |
| *aka* **Guo Haoyun** | **William Baldiga** |
| *aka* **Guo Wen Gui** | Brown Rudnick LLP |
| *aka* **Guo Wengui** | Seven Times Square |
| *aka* **Guo Wen-Gui** | New York, NY 10036 |
| *aka* **Gwo Wen Gui** | New York |
| *aka* **Hao Yung Guo** | 212-209-4800 |
| *aka* **Haoun Guo** | Fax : 212-209-4801 |
| *aka* **Haoyun Guo** | Email: wbaldiga@brownrudnick.com |
| *aka* **Ho Wankwok** | *TERMINATED: 08/02/2022* |
| *aka* **Kwok Ho** | |
| *aka* **Kwok Ho Wan** | **William R. Baldiga** |
| *aka* **Wan Gue Haoyun** | Brown+, Rudnik, Freed & Gesmer |
| *aka* **Wan Gui Haoyun** | One Financial Center |
| *aka* **Wen Gui Gwo** | Boston, MA 02111 |
| | (617) 330-9000 |
| | Fax : 617-289-0420 |
| | Email: wbaldiga@brownrudnick.com |
| | *TERMINATED: 08/02/2022* |
| | |
| | **Stephen A. Best** |
| | Brown Rudnick LLP |
| | 601 Thirteenth Street NW Suite 600 |
| | Washington, DC 20005 |
| | 202-536-1737 |
| | Fax : 212-938-2937 |
| | Email: sbest@brownrudnick.com |
| | **Andrew M. Carty** |

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
Fax : 212-209-4801
Email: acarty@brownrudnick.com
*TERMINATED: 08/02/2022*

**John L. Cesaroni**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
Fax : 203-367-9678
Email: jcesaroni@zeislaw.com

**Stephen R. Cook**
Brown Rudnick LLP
2211 Michelson Drive 7th Floor
Irvine, CA 92612
949-440-0215
Fax : 949-252-1514
Email: scook@brownrudnick.com

**Eric A. Henzy**
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-5495
Fax : 203-549-0861
Email: ehenzy@zeislaw.com

**Jeffrey L Jonas**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
2122094800
Fax : 212-209-4801
Email: jjonas@brownrudnick.com
*TERMINATED: 08/02/2022*

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
Fax : 203-367-9678
Email: skindseth@zeislaw.com

**Dylan Kletter**
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103
860-509-6500
Email: dkletter@brownrudnick.com
*TERMINATED: 08/02/2022*

**Aaron A Mitchell**
Lawall & Mitchell, LLC
55 Madison Ave
Suite 400
Morristown, NJ 07960
973-285-3280
Email: aaron@lmesq.com

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
Fax : 203-549-0907
Email: jmoriarty@zeislaw.com

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
Fax : 203-367-9678
Email: aromney@zeislaw.com

**Bennett Silverberg**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
Fax : 212-209-4801
Email: bsilverberg@brownrudnick.com
*TERMINATED: 08/02/2022*

| Filing Date | Number | Docket Text |
|---|---|---|
| 05/01/2023 | 1733 | **ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT/ORDER:** On April 28, 2023, Ms. Mei Guo, HK International Funds Investments (USA) Limited, LLC, Attorney Lee Vartan, and Chiesa Shahinian & Giantomasi PC (collectively, the "HK Parties,") filed a Motion for Reconsideration pursuant to Fed. R. Civ. P. 60, made applicable by Fed. R. Bankr. P. 9024 (ECF No. 1730, the "Motion"), seeking relief from the Order Awarding Fees of Chapter 11 Trustee and His Counsel Pursuant to Sanctions Order entered on April 21, 2023 (the "Order Awarding Amount of Sanctions," ECF 1693). The arguments advanced in the Motion are without merit and/or not persuasive. Furthermore, none of the grounds for relief set forth in Federal Rule of Civil Procedure 60 and Federal Rule of Bankruptcy Procedure 9024(b) exist to relieve the HK Parties from complying with the Order Awarding Amount of Sanctions. Therefore, it is hereby **ORDERED:** The Motion is **DENIED**. Signed by Judge Julie A. Manning on May 1, 2023. (rms) (Entered: 05/01/2023) |