AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions:*

| | | |
|---|---|---|
| 1. NAME<br>Patrick M. Birney | 2. PHONE NUMBER<br>(860) 275-8275 | 3. DATE<br>5/3/2023 |
| 4. DELIVERY ADDRESS OR EMAIL<br>pbirney@rc.com | 5. CITY<br>Hartford | 6. STATE  CT  7. ZIP CODE  06103 |
| 8. CASE NUMBER  22-50073 | 9. JUDGE  Judge Julie A. Manning | DATES OF PROCEEDINGS<br>10. FROM 5/2/2023   11. TO 5/2/2023 |
| 12. CASE NAME<br>Ho Wan Kwok | | LOCATION OF PROCEEDINGS<br>13. CITY Bridgeport   14. STATE Connecticut |

15. ORDER FOR
☐ APPEAL          ☐ CRIMINAL              ☐ CRIMINAL JUSTICE ACT    ☒ BANKRUPTCY
☐ NON-APPEAL  ☐ CIVIL                     ☐ IN FORMA PAUPERIS           ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify)<br>Hearings | 5/2/2023 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES  1 | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL  0.00

| | |
|---|---|
| 18. SIGNATURE<br>/s/ Patrick M. Birney | PROCESSED BY<br>Lorenzo M. Whitmore |
| 19. DATE<br>5/3/2023 | PHONE NUMBER<br>203-579-5808 |
| TRANSCRIPT TO BE PREPARED BY<br>Fiore Reporting and Transcription | COURT ADDRESS<br>915 Lafayette Blvd.<br>Bridgeport, CT 06604 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

### Tuesday May 02 2023

| | | |
|---|---|---|
| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC |

**Matter:** #1362; Motion to Compel Compliance with Bk. Rule 2004 Subpoena by UBS AG Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

| | | |
|---|---|---|
| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC |

**Matter:** #1495; Interim Application for Compensation of Chapter 11 Trustee and his Counsel, Paul Hastings LLP, for Reimbursement of Expenses for the Period from July 8, 2022 through October, 2022 for Luc A. Despins, Trustee Chapter 11, Fee: $, Expenses: $63,631.75. Filed by Luc A. Despins, Chapter 11 Trustee.

| | | |
|---|---|---|
| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC |

**Matter:** #1669; Application to Employ Engineering Operations and Certification Services, LLC as Expert/Consultant Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

| | | |
|---|---|---|
| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC |

**Matter:** #1674; Interim Application for Compensation / Allowance and Reimbursement of Expenses for Neubert, Pepe & Monteith, P.C., Trustee's Attorney, Fee: $, Expenses: $13,147.79. Filed by Douglas S. Skalka, Attorney.

| 02:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC |
|---|---|---|

**Matter:** **(HY) #1704; Amended Order Setting Status Conference**

| 02:00 PM | 23-05002 | Genever Holdings LLC et al v. Kwok et al |
|---|---|---|

Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings Corporation and Genever Holdings LLC

**Matter: Pretrial Conference #1 Complaint (91 (Declaratory judgment)) filed by Patrick R. Linsey on behalf of Genever Holdings LLC, Luc A. Despins against Ho Wan Kwok, Mei Guo, Qiang Guo, Hing Chi Ngok**

## Parties that appeared in the May 2, 2023 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601

**Eric A. Henzy**
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604

**Christopher J. Major**
Meister Seelig & Fein LLP
125 Park Avenue
7th Floor
New York, NY 10017

**William Baldiga**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036