# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

### TRANSMITTAL FORM TO DISTRICT COURT REGARDING
### APPEALS AND RELATED DOCUMENTS

Debtor(s) Name: Ho Wan Kwok

Case No.    22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

    If indicated below, the Notice of Appeal is attached:
    ☐ Notice of Appeal attached

2. ☑ Notice of Appeal (only)   ECF No.:  1750

3. ☐ Related documents as indicated below:

    ☐ Designation of items designated by the Appellant

    ☐ Designation of items designated by the Appellee

    ☐ Cross Appeal

    ☐ Amended Appeal

    ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)

    ☐ Transcripts

    ☑ Other  Case Docket showing virtual order ECF No 1733 Order Denying Motion for Relief from Judgment/Order

4. Other applicable information:

Filing Fee: ☒ Paid  ☐ Not Paid

| | |
|---|---|
| Appellant's Name:<br>Appellant's Attorney: | Mei Guo, HK International Funds Investments (USA) Limited, LLC, Lee Vartan, Esq., and Chiesa Shahinian & Giantomasi PC |
| | Lee Vartan, Esq., Sam Della Fera Jr., Esq., Melissa F. Wernick, Esq.<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway, Roseland, NJ  07068 |
| | Aaron Romeny Esq. and James Moriarty, Esq.<br>Zeisler and Zeisler PC<br>10 Middle Street, 15th Floor, Bridgeport, CT 06604 |
| Appellee's Name:<br>Appellee's Attorney: | Luc A. Despins, Chapter 11 Trustee and Paul Hastings LLP |
| | Douglas Skalka, Esq., James Graham, Esq., Patrick Linsey, Esq. and Lucas Bennett Rocklin, Esq.<br>Neubert Pepe and Monteith, PC<br>195 Church Street, 13th Floor, New Haven, CT  06510 |
| | Nicholas Bassett, Esq.<br>Paul Hastings, LLP<br>2050 M Street, N.W., Washington, DC  20036 |

Interested Party:

By: Regina S. Miltenberger                    Date:   May 4, 2023
Deputy Clerk, U.S. Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name: Ho Wan Kwok

Bankruptcy Case No.: 22-50073

Adversary Case No.:

Previous Civil No.:

Previous Miscellaneous No.:

Transmittal dated: May 4, 2023

**To the Bankruptcy Court:**

**The following number has been assigned:**

☐ Civil No. Assigned  _____

☐ Miscellaneous No. Assigned  _____

☐ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By: _____    Date:
    Deputy Clerk, U.S. District Court