**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, | Case No. 22-50073 (JAM) |
| Debtor, | |

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 158(a)(1), Mei Guo, HK International Funds Investments, (USA) Limited, LLC, Lee Vartan, Esq., and Chiesa Shahinian & Giantomasi PC hereby appeal to the United States District Court for the District of Connecticut from the *Order Awarding Fees of Chapter 11 Trustee and His Counsel Pursuant to Sanctions Order* (ECF No. 1693), entered by the United States Bankruptcy Court for the District of Connecticut (Honorable Julie A. Manning) (the "Bankruptcy Court") on April 21, 2023, and the *Order Denying Motion for Relief From Judgment/Order* (ECF No. 1733), entered by the Bankruptcy Court on May 1, 2023 (collectively, the "Orders"). Copies of the Orders are attached hereto as Exhibit "A" and Exhibit "B." The names of all parties to the Orders and the names, addresses, and telephone numbers of their respective counsel are as follows:

| PARTY | ATTORNEYS |
|---|---|
| Luc A Despins, Chapter 11 Trustee and Paul Hastings LLP | Douglas S. Skalka, Esq.<br>James C. Graham, Esq.<br>Patrick R. Linsey, Esq.<br>Lucas Bennett Rocklin, Esq.<br>**NEUBERT, PEPE & MONTEITH, P.C.**<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203) 781-2847<br>dskalka@npmlaw.com<br>jgraham@npmlaw.com<br>plinsey@npmlaw.com<br>lrocklin@npmlaw.com |

| PARTY | ATTORNEYS |
|---|---|
| | Nicholas A. Bassett, Esq.<br>**PAUL HASTINGS LLP**<br>2050 M Street, N.W.<br>Washington, D.C. 20036<br>(202) 551-1902<br>nicholasbassett@paulhastings.com<br><br>- and -<br><br>Luc A. Despins, Esq.<br>Avram E. Luft, Esq.<br>Douglass E. Barron, Esq.<br>G. Alexander Bongartz, Esq.<br>**PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, NY 10166<br>(212) 318-6079<br>douglassbarron@paulhastings.com<br>alexbongartz@paulhastings.com<br>aviluft@paulhastings.com |
| Mei Guo, HK International Funds Investments (USA) Limited, LLC, Attorney Vartan (Lee Vartan, Esq.), and Chiesa Shahinian & Giantomasi PC | Lee Vartan, Esq.<br>Sam Della Fera, Jr., Esq.<br>Melissa F. Wernick, Esq.<br>**CHIESA SHAHINIAN & GIANTOMASI PC**<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>(973) 325-1500<br>lvartan@csglaw.com<br>sdellafera@csglaw.com<br>mwernick@csglaw.com<br><br>- and -<br><br>Aaron A. Romney, Esq.<br>James M. Moriarty, Esq.<br>**ZEISLER & ZEISLER PC**<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06604<br>(203) 368-4234<br>aromney@zeislaw.com<br>jmoriarty@zeislaw.com |

4881-8844-0673.v1

Dated:  May 3,2023
        Roseland, New Jersey

/s/ Lee Vartan
Lee Vartan (admitted *pro hac vice*)
lvartan@csglaw.com
Sam Della Fera, Jr. (admitted *pro hac vice*)
sdellafera@csglaw.com
Melissa F. Wernick (admitted *pro hac vice*)
mwernick@csglaw.com
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
*Attorneys for Mei Guo, HK International Funds*
*Investments (USA) Limited, LLC, Lee Vartan, Esq.,*
*and Chiesa Shahinian & Giantomasi PC*

Aaron A. Romney (ct28144)
aromney@zeislaw.com
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone:  (203) 368-4234
Facsimile:  (203) 368-5485
*Local Counsel for Mei Guo, HK International*
*Funds Investments (USA) Limited, LLC, Lee*
*Vartan, Esq., and Chiesa Shahinian &*
*Giantomasi PC*

4881-8844-0673.v1

## CERTIFICATION OF SERVICE

I hereby certify that on this 3rd day of May 2023, a copy of foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated:  May 3, 2023
       Roseland, New Jersey

/s/ Lee Vartan
Lee Vartan (admitted *pro hac vice*)
lvartan@csglaw.com
Sam Della Fera, Jr. (admitted *pro hac vice*)
sdellafera@csglaw.com
Melissa F. Wernick (admitted *pro hac vice*)
mwernick@csglaw.com
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
*Attorneys for Mei Guo, HK International Funds
Investments (USA) Limited, LLC, Lee Vartan, Esq.,
and Chiesa Shahinian & Giantomasi PC*

Aaron A. Romney (ct28144)
aromney@zeislaw.com
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone:  (203) 368-4234
Facsimile:  (203) 368-5485
*Local Counsel for Mei Guo, HK International
Funds Investments (USA) Limited, LLC, Lee
Vartan, Esq., and Chiesa Shahinian &
Giantomasi PC*

4881-8844-0673.v1

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 22-50073 (JAM) |
| HO WAN KWOK, *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: ECF Nos. 1537 & 1648 |
| | ) | |

ORDER AWARDING FEES OF
CHAPTER 11 TRUSTEE AND HIS COUNSEL PURSUANT TO SANCTIONS ORDER

Pursuant to the *Order Holding HK Parties in Contempt of Court and Sanctioning HK Parties, Attorney Vartan and Chiesa Shahinian & Giantomasi PC* (the "Sanctions Order") [Docket No. 1537] and 11 U.S.C. §§ 328, 330 and 331, Luc A. Despins, as the Chapter 11 Trustee in the above-captioned chapter 11 cases, and his counsel Paul Hastings LLP filed the *Special Fee Application of Chapter 11 Trustee and his Counsel, Paul Hastings LLP, for Services Rendered in Securing Compliance with Court-Authorized Subpoenas* on April 10, 2023 (the "Special Application") [Docket No. 1648].  Upon review of the information included with the Special Application and a determination that the fees sought therein are reasonable and constitute reasonable attorney's fees associated with the Trustee's efforts to secure compliance with the Court-authorized subpoenas as contemplated by the Sanctions Order, it is hereby **ORDERED:**

1.  Compensation in the amount of $83,370.26 is awarded to Paul Hastings LLP; it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2.   Ms. Mei Guo, HK International Funds Investments (USA) Limited, LLC, Attorney

Lee Vartan, and Chiesa Shahinian & Giantomasi PC (collectively, the "HK Parties") are ordered

to pay to the Chapter 11 estate of Mr. Ho Wan Kwok (the "Estate") the fees allowed in

paragraph 1 above in the aggregate amount of $83,370.26 on or before May 5, 2023; it is further

3.   The HK Parties are jointly and severally liable to the Estate for the payment of all fees

awarded in paragraph 1 above in the amount of $83,370.26; and it is further

4.   Upon receipt of the amount awarded in paragraph 1 or a portion thereof from any

among the HK Parties, the Estate is ordered to pay such received amount to Paul Hastings LLP;

and it is further

5.   The Court shall retain jurisdiction to hear and determine all matters arising from the

implementation of this Order; it is further

6.   The Trustee and Paul Hastings LLP are authorized and empowered to take all

necessary actions to implement the relief granted in this Order; it is further

7.   Notwithstanding the possible applicability of Bankruptcy Rule 6006(d), 7062, 9014,

or otherwise, the terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

Dated at Bridgeport, Connecticut this 21st day of April, 2023.

*Julie A. Manning*
*United States Bankruptcy Judge*
*District of Connecticut*

# EXHIBIT "B"

**U.S. Bankruptcy Court**
**District of Connecticut (Bridgeport)**
**Bankruptcy Petition #: 22-50073**

*Assigned to:* Julie A. Manning                    *Date filed:* 02/15/2022
Chapter 11                                          *341 meeting:* 12/02/2022
Voluntary
Asset
Show Associated Cases
Claims Register

| | |
|---|---|
| ***Debtor*** | represented **Kenneth Aulet** |
| **Ho Wan Kwok** | by Brown Rudnick LLP |
| 373 Taconic Road | Seven Times Square |
| Greenwich, CT 06831 | New York, NY 10036 |
| FAIRFIELD-CT | 212-209-4800 |
| SSN / ITIN: xxx-xx-9595 | Fax : 212-209-4801 |
| *aka* **Miles Kwok** | Email: kaulet@brownrudnick.com |
| *aka* **Miles Guo** | *TERMINATED: 08/02/2022* |
| *aka* **Wengui Guo** | |
| *aka* **Guo Haoyun** | **William Baldiga** |
| *aka* **Guo Wen Gui** | Brown Rudnick LLP |
| *aka* **Guo Wengui** | Seven Times Square |
| *aka* **Guo Wen-Gui** | New York, NY 10036 |
| *aka* **Gwo Wen Gui** | New York |
| *aka* **Hao Yung Guo** | 212-209-4800 |
| *aka* **Haoun Guo** | Fax : 212-209-4801 |
| *aka* **Haoyun Guo** | Email: wbaldiga@brownrudnick.com |
| *aka* **Ho Wankwok** | *TERMINATED: 08/02/2022* |
| *aka* **Kwok Ho** | |
| *aka* **Kwok Ho Wan** | **William R. Baldiga** |
| *aka* **Wan Gue Haoyun** | Brown+, Rudnik, Freed & Gesmer |
| *aka* **Wan Gui Haoyun** | One Financial Center |
| *aka* **Wen Gui Gwo** | Boston, MA 02111 |
| | (617) 330-9000 |
| | Fax : 617-289-0420 |
| | Email: wbaldiga@brownrudnick.com |
| | *TERMINATED: 08/02/2022* |
| | |
| | **Stephen A. Best** |
| | Brown Rudnick LLP |
| | 601 Thirteenth Street NW Suite 600 |
| | Washington, DC 20005 |
| | 202-536-1737 |
| | Fax : 212-938-2937 |
| | Email: sbest@brownrudnick.com |
| | **Andrew M. Carty** |

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
Fax : 212-209-4801
Email: acarty@brownrudnick.com
*TERMINATED: 08/02/2022*

**John L. Cesaroni**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
Fax : 203-367-9678
Email: jcesaroni@zeislaw.com

**Stephen R. Cook**
Brown Rudnick LLP
2211 Michelson Drive 7th Floor
Irvine, CA 92612
949-440-0215
Fax : 949-252-1514
Email: scook@brownrudnick.com

**Eric A. Henzy**
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-5495
Fax : 203-549-0861
Email: ehenzy@zeislaw.com

**Jeffrey L Jonas**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
2122094800
Fax : 212-209-4801
Email: jjonas@brownrudnick.com
*TERMINATED: 08/02/2022*

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368-4234
Fax : 203-367-9678
Email: skindseth@zeislaw.com

**Dylan Kletter**
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103
860-509-6500
Email: dkletter@brownrudnick.com
*TERMINATED: 08/02/2022*

**Aaron A Mitchell**
Lawall & Mitchell, LLC
55 Madison Ave
Suite 400
Morristown, NJ 07960
973-285-3280
Email: aaron@lmesq.com

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234
Fax : 203-549-0907
Email: jmoriarty@zeislaw.com

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
Fax : 203-367-9678
Email: aromney@zeislaw.com

**Bennett Silverberg**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
Fax : 212-209-4801
Email: bsilverberg@brownrudnick.com
*TERMINATED: 08/02/2022*

| Filing Date | Number | Docket Text |
|---|---|---|
| 05/01/2023 | 1733 | **ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT/ORDER:** On April 28, 2023, Ms. Mei Guo, HK International Funds Investments (USA) Limited, LLC, Attorney Lee Vartan, and Chiesa Shahinian & Giantomasi PC (collectively, the "HK Parties,") filed a Motion for Reconsideration pursuant to Fed. R. Civ. P. 60, made applicable by Fed. R. Bankr. P. 9024 (ECF No. 1730, the "Motion"), seeking relief from the Order Awarding Fees of Chapter 11 Trustee and His Counsel Pursuant to Sanctions Order entered on April 21, 2023 (the "Order Awarding Amount of Sanctions," ECF 1693). The arguments advanced in the Motion are without merit and/or not persuasive. Furthermore, none of the grounds for relief set forth in Federal Rule of Civil Procedure 60 and Federal Rule of Bankruptcy Procedure 9024(b) exist to relieve the HK Parties from complying with the Order Awarding Amount of Sanctions. Therefore, it is hereby **ORDERED:** The Motion is **DENIED**. Signed by Judge Julie A. Manning on May 1, 2023. (rms) (Entered: 05/01/2023) |