**727EXT, DebtEd, EXHIBITS, 727OBJ, APPEAL, STAY, LEAD, JNTADMN**

# U.S. Bankruptcy Court
## District of Connecticut (Bridgeport)
## Bankruptcy Petition #: 22−50073

*Assigned to:* Julie A. Manning
Chapter 11
Voluntary
Asset

*Date filed:* 02/15/2022
*341 meeting:* 12/02/2022
*Deadline for objecting to discharge:* 07/20/2022

*Debtor*
**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
FAIRFIELD−CT
SSN / ITIN: xxx−xx−9595
*aka* **Miles Kwok**
*aka* **Miles Guo**
*aka* **Wengui Guo**
*aka* **Guo Haoyun**
*aka* **Guo Wen Gui**
*aka* **Guo Wengui**
*aka* **Guo Wen−Gui**
*aka* **Gwo Wen Gui**
*aka* **Hao Yung Guo**
*aka* **Haoun Guo**
*aka* **Haoyun Guo**
*aka* **Ho Wankwok**
*aka* **Kwok Ho**
*aka* **Kwok Ho Wan**
*aka* **Wan Gue Haoyun**
*aka* **Wan Gui Haoyun**
*aka* **Wen Gui Gwo**

represented by **Kenneth Aulet**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212−209−4800
Fax : 212−209−4801
Email: kaulet@brownrudnick.com
*TERMINATED: 08/02/2022*

**William Baldiga**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212−209−4800
Fax : 212−209−4801
Email: wbaldiga@brownrudnick.com

**William R. Baldiga**
Brown, Rudnik, Freed & Gesmer
One Financial Center
Boston, MA 02111
(617) 330−9000
Fax : 617−289−0420
Email: wbaldiga@brownrudnick.com
*TERMINATED: 08/02/2022*

**Stephen A. Best**
Brown Rudnick LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
202−536−1737
Fax : 212−938−2937
Email: sbest@brownrudnick.com

**Andrew M. Carty**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212−209−4800
Fax : 212−209−4801
Email: acarty@brownrudnick.com
*TERMINATED: 08/02/2022*

**John L. Cesaroni**
Zeisler & Zeisler PC

10 Middle Street
15th Floor
Bridgeport, CT 06604
203−368−4234
Fax : 203−367−9678
Email: jcesaroni@zeislaw.com

**Stephen R. Cook**
Brown Rudnick LLP
2211 Michelson Drive 7th Floor
Irvine, CA 92612
949−440−0215
Fax : 949−252−1514
Email: scook@brownrudnick.com

**Eric A. Henzy**
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604
203−368−5495
Fax : 203−549−0861
Email: ehenzy@zeislaw.com

**Jeffrey L Jonas**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
2122094800
Fax : 212−209−4801
Email: jjonas@brownrudnick.com
*TERMINATED: 08/02/2022*

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604
(203) 368−4234
Fax : 203−367−9678
Email: skindseth@zeislaw.com

**Dylan Kletter**
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103
860−509−6500
Email: dkletter@brownrudnick.com
*TERMINATED: 08/02/2022*

**Aaron A Mitchell**
Lawall & Mitchell, LLC
55 Madison Ave
Suite 400
Morristown, NJ 07960
973−285−3280
Email: aaron@lmesq.com

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203−368−4234

        Fax : 203−549−0907
        Email: jmoriarty@zeislaw.com

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203−368−4234
Fax : 203−367−9678
Email: aromney@zeislaw.com

**Bennett Silverberg**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212−209−4800
Fax : 212−209−4801
Email: bsilverberg@brownrudnick.com
*TERMINATED: 08/02/2022*

*Debtor*
**Genever Holdings Corporation**
P.O. Box 3170
Road Town Tortola
OUTSIDE U. S.
British Virgin Islands

represented by **Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510
203−821−2000
Fax : 203−821−2009
Email: plinsey@npmlaw.com

**Douglas S. Skalka**
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
(203) 821−2000
Fax : 203−821−2009
Email: dskalka@npmlaw.com

*Debtor*
**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022−5520
NEW YORK−NY
Tax ID / EIN: 47−3338202

represented by **Douglass E. Barron**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212−318−6690
Fax : 212−230−7690
Email: douglassbarron@paulhastings.com

**J. Ted Donovan**
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036
(212)−221−5700
Fax : 212−422−6836
Email: TDonovan@GWFGlaw.com

**Patrick R. Linsey**
(See above for address)

**Kevin J. Nash**
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor

<table>
<tr><td></td><td></td><td>New York, NY 10036<br>(212)–301–6944<br>Fax : (212) 422–6836<br>Email: kjnash@gwfglaw.com<br><br>**Douglas S. Skalka**<br>(See above for address)</td></tr>
<tr><td>*Chapter 11 Trustee*<br>**Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212–318–6001</td><td>represented by</td><td>**Douglass E. Barron**<br>(See above for address)<br><br>**Nicholas A. Bassett**<br>Paul Hastings, LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202–551–1700<br>Fax : 202–551–1705<br>Email: nicholasbassett@paulhastings.com<br><br>**G. Alexander Bongartz**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212–318–6472<br>Fax : 212–303–7072<br>Email: alexbongartz@paulhastings.com<br><br>**Georg Alexander Bongartz**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212–318–6000<br>Fax : 212–303–7072<br>Email: alexbongartz@paulhastings.com<br><br>**Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212–318–6001<br>Fax : 212–230–7771<br>Email: lucdespins@pauhastings.com<br><br>**Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212–318–6001<br>Email: lucdespins@paulhastings.com<br><br>**James C. Graham**<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203)821–2000<br>Fax : (203)821–2009<br>Email: jgraham@npmlaw.com<br><br>**Patrick R. Linsey**<br>(See above for address)<br><br>**Avram Emmanuel Luft**</td></tr>
</table>

|  |  |
|---|---|
|  | Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212−318−6079<br>Fax : 212−303−7079<br>Email: aviluft@paulhastings.com<br><br>**Lucas Bennett Rocklin**<br>Neubert, Pepe, Monteith, P.C.<br>195 Church Street,13th Floor<br>New Haven, CT 06510<br>203−821−2000<br>Fax : 203−821−2009<br>Email: lrocklin@npmlaw.com<br><br>**Douglas S. Skalka**<br>(See above for address) |
| *U.S. Trustee*<br>**U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773−2210 | represented by **Holley L. Claiborn**<br>Office of The United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773−2210<br>Fax : (203) 773−2217<br>Email: holley.l.claiborn@usdoj.gov<br><br>**Steven E. Mackey**<br>Office of the U.S. Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773−2210 |
| *Creditor Committee*<br>**Official Committee of Unsecured Creditors** | represented by **Irve J. Goldman**<br>Pullman & Comley<br>850 Main Street<br>8th Floor<br>Bridgeport, CT 06604<br>203−330−2000<br>Fax : 203−576−8888<br>Email: igoldman@pullcom.com<br><br>**Jonathan Kaplan**<br>Pullman & Comley, LLC<br>90 State House Square<br>Hartford, CT 06103<br>860−424−4379<br>Fax : 860−424−4370<br>Email: jkaplan@pullcom.com<br><br>**Kristin B. Mayhew**<br>Pullman & Comley, LLC<br>850 Main Street, 8th Floor<br>PO Box 7006<br>Bridgeport, CT 06601<br>203−330−2198<br>Fax : 203−259−0251<br>Email: kmayhew@pullcom.com |
| *Creditor Committee*<br>**Pullman & Comley, LLC** | represented by **Irve J. Goldman**<br>(See above for address) |

850 Main Street
Bridgeport, CT 06601
(203)

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 05/01/2023 | 1733 | **ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT/ORDER:** On April 28, 2023, Ms. Mei Guo, HK International Funds Investments (USA) Limited, LLC, Attorney Lee Vartan, and Chiesa Shahinian & Giantomasi PC (collectively, the "HK Parties,") filed a Motion for Reconsideration pursuant to Fed. R. Civ. P. 60, made applicable by Fed. R. Bankr. P. 9024 (ECF No. 1730, the "Motion"), seeking relief from the Order Awarding Fees of Chapter 11 Trustee and His Counsel Pursuant to Sanctions Order entered on April 21, 2023 (the "Order Awarding Amount of Sanctions," ECF 1693). The arguments advanced in the Motion are without merit and/or not persuasive. Furthermore, none of the grounds for relief set forth in Federal Rule of Civil Procedure 60 and Federal Rule of Bankruptcy Procedure 9024(b) exist to relieve the HK Parties from complying with the Order Awarding Amount of Sanctions. Therefore, it is hereby **ORDERED:** The Motion is **DENIED**. Signed by Judge Julie A. Manning on May 1, 2023. (rms) (Entered: 05/01/2023) |