**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                            :        Chapter 11
                                                                       :
HO WAN KWOK, *et al.*,[1]                                :        Case No. 22-50073 (JAM)
                                                                       :
        Debtors.                                        :        (Jointly Administered)
                                                                       :
---------------------------------------------------------x

**MOTION OF CHAPTER 11 TRUSTEE, PURSUANT TO BANKRUPTCY RULE 9006(c)(1), TO EXPEDITE HEARING ON MOTION OF CHAPTER 11 TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTION 363(b), FOR ENTRY OF ORDER AUTHORIZING TRUSTEE TO (I) TRANSFER LADY MAY INTO FOREIGN-TRADE ZONE IN NEWPORT, RHODE ISLAND, (II) APPLY FOR AND OBTAIN INDEMNITY BOND RELATED THERETO, AND (III) PAY ALL RELATED FEES**

Luc Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), by and through their undersigned counsel, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby moves (the "Motion to Expedite") this Court for an order scheduling an expedited hearing to consider and determine the *Motion of Chapter 11 Trustee, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Trustee to (I) Transfer Lady May Into Foreign-Trade Zone in Newport, Rhode Island, (II) Apply for and Obtain Indemnity*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Bond Related thereto, and (III) Pay All Related Fees* (the "FTZ Motion").[2] In support of the Motion to Expedite, the Trustee respectfully represents as follows:

## JURISDICTION, VENUE, AND STATUTORY BASIS

1. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District Court for the District of Connecticut. This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief sought by this Motion to Expedite is Bankruptcy Rule 9006(c)(1).

## BACKGROUND

4. Through the FTZ Motion, the Trustee authorization to (i) transfer the Lady May yacht into the foreign-trade zone (the "FTZ") at the Safe Harbor Newport Shipyard (the "Safe Harbor Shipyard") in Newport, Rhode Island, (ii) apply for and obtain an indemnity bond (the "FTZ Indemnity Bond") in connection with transferring the Lady May into the FTZ, and (iii) pay all related fees, including the fee for the FTZ Indemnity Bond and the incremental dockage fees associated with berthing the Lady May in the FTZ.

5. For additional background on the FTZ Motion and this Motion to Expedite, we refer to, and incorporate by reference, the background section in the FTZ Motion.

---

[2] Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the FTZ Motion.

**RELIEF REQUESTED**

6. The Trustee respectfully requests that the Court schedule a hearing with respect to the FTZ Motion for **May 9, 2023**, or as soon as possible thereafter as the Court may be available. In addition, the Trustee request that the Court order that any opposition to the FTZ Motion be filed on or before **May 8, 2023, at 12:00 p.m. (noon)**.

**RELIEF REQUESTED**

7. Pursuant to Bankruptcy Rule 9006(c)(1), the Court may reduce the notice period when requested by motion where cause is demonstrated. Cause exists to consider and determine the FTZ Motion on an expedited basis

8. The hearing on the FTZ Motion should be scheduled on an expedited basis due to the urgent need to facilitate the marketing and sale process of the Lady May. As detailed in the FTZ Motion, transferring the Lady May—a foreign-flagged ship that has not been imported into the United States—into the FTZ will substantially enhance the prospect of a value-maximizing sale, as such transfer will allow the Lady May to be marketed and sold to U.S. residents without incurring approximately $400,000 in duties and related fees required to import the Lady May into the United States.

9. Before the Lady May can be marketed and sold to U.S. residents (without incurring such duties), the Lady May must be transferred into the FTZ. The Trustee is informed that Edmiston has already received several inquiries from U.S. Residents, but had to advise them that, until the Lady May has been transferred into the FTZ, it is unable to show the Lady May to them. It is obviously critical to market the Lady May to *all* interested parties as soon as possible. Any delay may result in prospective buyers losing interest or exploring purchasing another yacht.

## **NO PREVIOUS REQUEST**

10.     No previous request for the relief sought herein has been made by the Trustee to this or any other court.

## **CONCLUSION**

11.     It is important that all steps be taken to commence marketing of the Lady May to U.S. residents as soon as possible, and, accordingly, the Trustee requests that the FTZ Motion be heard on an expedited basis.

[*Remainder of page intentionally left blank.*]

WHEREFORE, for the foregoing reasons, Trustee requests that the Court enter an order granting the relief requested in this Motion to Expedite and such other relief as is just and proper.

Dated: May 4, 2023  
        New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*  
Douglas S. Skalka (ct00616)  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
dskalka@npmlaw.com  
plinsey@npmlaw.com

    *and*

Nicholas A. Bassett *(pro hac vice)*  
PAUL HASTINGS LLP  
2050 M Street NW  
Washington, D.C., 20036  
(202) 551-1902  
nicholasbassett@paulhastings.com

    *and*

Avram E. Luft *(pro hac vice)*  
Douglass Barron *(pro hac vice)*  
PAUL HASTINGS LLP  
200 Park Avenue  
New York, New York 10166  
(212) 318-6079  
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re:                                              :   Chapter 11
                                                    :
HO WAN KWOK, *et al.*,[1]                           :   Case No. 22-50073 (JAM)
                                                    :
           Debtors.                                 :   (Jointly Administered)
                                                    :
---------------------------------------------------------x

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the *Motion of Chapter 11 Trustee, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Trustee to (I) Transfer Lady May Into Foreign-Trade Zone in Newport, Rhode Island, (II) Apply for and Obtain Indemnity Bond Related thereto, and (III) Pay All Related Fees* [Docket No. ___] (the "FTZ Motion")[2] and good cause appearing, it is hereby

ORDERED, that a hearing on the FTZ Motion shall be held on **May [__], 2023 at [__]:00 [__].m.** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604; and it is further

ORDERED, that the deadline to object to the FTZ Motion shall be **May [__], 2023 at [__]:00 [__].m.**; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the FTZ Motion.

2

ORDERED, that a copy of this Order, along with the Motion to Expedite and any attachments thereto, shall be served upon all parties to the above-captioned case, and the Trustee shall file a certificate of service in advance of the Hearing.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
HO WAN KWOK, *et al.*,[1]                               :    Case No. 22-50073 (JAM)
                                                        :
             Debtors.                                   :    (Jointly Administered)
                                                        :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 4, 2023, the foregoing Motion was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2] Parties may access this filing through the Court's CM/ECF system.

| | |
|---|---|
| Dated:    May 4, 2023<br>           New Haven, Connecticut | LUC A. DESPINS, CHAPTER 11 Trustee<br><br>By: */s/ Patrick R. Linsey*<br>     Douglas S. Skalka (ct00616)<br>     Patrick R. Linsey (ct29437)<br>     NEUBERT, PEPE & MONTEITH, P.C.<br>     195 Church Street, 13th Floor<br>     New Haven, Connecticut 06510<br>     (203) 781-2847<br>     dskalka@npmlaw.com<br>     plinsey@npmlaw.com<br><br>     *Counsel for the Chapter 11 Trustee* |

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.