**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                          :
In re:                                    :    Chapter 11
                                          :
HO WAN KWOK, et al.,¹                     :    Case No. 22-50073 (JAM)
                                          :
            Debtors.                      :    (Jointly Administered)
                                          :
-------------------------------------------------------x
```

**NOTICE OF FILING OF SECOND INVOICE OF ENGINEERING OPERATIONS AND
CERTIFICATION SERVICES, LLC FOR INSPECTION SERVICES**

  **PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Chapter 11 Trustee's Motion to Retain Engineering Operations and Certification Services, LLC to Inspect Lady May Yacht* [Docket No. 1285] and the *Order Granting Chapter 11 Trustee's Motion to Expand Scope of Retention of Engineering Operations and Certification Services, LLC to Include Consultation Services Related to Operation and Maintenance of the Lady May* [Docket No. 1748] (collectively, the "EOCS Retention Order"),² attached hereto as **Exhibit A** is EOCS's invoice, dated May 4, 2023 (the "Invoice"), for consulting services (for the period from March 15, 2023 through March 31, 2023) related to the transition of  ownership of the Lady May to the estate of Ho Wan Kwok.

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

² Capitalized terms used but not defined herein shall have the meanings ascribed to them in the EOCS Retention Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the EOCS Retention Order, (a) parties in interest have fourteen (14) days from the date of this Notice to object to the Invoice and (b) if no timely objections to the Invoice are filed with the Court, the Trustee is authorized to pay the Invoice without further Court order.

Dated:    May 4, 2023                   LUC A. DESPINS,
            New Haven, Connecticut       CHAPTER 11 TRUSTEE

                                       By: */s/ Patrick R. Linsey*
                                           Douglas S. Skalka (ct00616)
                                         Patrick R. Linsey (ct29437)
                                         NEUBERT, PEPE & MONTEITH, P.C.
                                         195 Church Street, 13th Floor
                                         New Haven, Connecticut 06510
                                         (203) 781-2847
                                         dskalka@npmlaw.com
                                         plinsey@npmlaw.com

                                            *and*

                                       Nicholas A. Bassett (admitted *pro hac vice*)
                                         PAUL HASTINGS LLP
                                         2050 M Street NW
                                         Washington, D.C., 20036
                                         (202) 551-1902
                                         nicholasbassett@paulhastings.com

                                            *and*

                                       Avram E. Luft (admitted *pro hac vice*)
                                         G. Alexander Bongartz (admitted *pro hac vice*)
                                         PAUL HASTINGS LLP
                                         200 Park Avenue
                                         New York, New York 10166
                                         (212) 318-6079
                                         aviluft@paulhastings.com
                                         alexbongartz@paulhastings.com

                                         *Counsel for the Chapter 11 Trustee*

## Exhibit A

**Invoice**



# INVOICE

**Date: May 4, 2023**
**Invoice for E23-2**

PO BOX 67
Mystic, CT 06355    USA

**AMOUNT DUE:  $ 2,400.$^{00}$**

**WEB:  WWW.EOCS.US**
PHONE: 860 857 1798

**TO:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
c/o Luc Despin,
as Chapter 11 Trustee for the Estate of
Ho Wan Kwok

**FOR:**
My Lady May (IMO 1012359)
Yacht Services

| DESCRIPTION | HOURS | RATES/HR | AMOUNT DUE |
|---|---|---|---|
| Yacht Services | 12 | $ 200.$^{00}$ | $  2,400.$^{00}$ |
| **TOTAL** | | | **$  2,400.$^{00}$** |

*Make all checks payable to*
**Dexter White**
**PO Box 67**
**Mystic, CT 06355      USA**

**Thank you for your business!**
**A Veteran Owned Business**