**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                          :
In re:                                    :   Chapter 11
                                          :
HO WAN KWOK et al.,                       :   Case No. 22-50073 (JAM)
                                          :
                Debtors.¹                 :   Jointly Administered
                                          :
-------------------------------------------------------x
```

**NOTICE OF SUBMISSION OF REVISED PROPOSED ORDER GRANTING**
**MOTION OF CHAPTER 11 TRUSTEE TO SEAL CERTAIN EXHIBITS TO MOTION**
**FOR ENTRY OF ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING**
**SETTLEMENT AGREEMENT WITH CLARK HILL PLC**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the

chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), hereby submits his

revised proposed order (the "Revised Order") granting his motion (the "Motion"), pursuant to

section 107(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9018 of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") requesting entry of an

order authorizing the Trustee to file, under seal, certain exhibits to the *Motion of Chapter 11*

*Trustee for Entry of Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement*

*with Clark Hill PLC* [Docket No. 1724]. The Revised Order is attached hereto as **Exhibit 1** and

a redline reflecting revisions from the original proposed submitted with the Motion is attached

hereto as **Exhibit 2**.

---

¹     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated:     May 5, 2023           LUC A. DESPINS,
            New Haven, Connecticut    CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*and*

Nicholas A. Bassett *(pro hac vice)*
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Avram E. Luft *(pro hac vice)*
Douglass Barron *(pro hac vice)*
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*

2

## EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                         :

In re:                      :     Chapter 11
                         :

HO WAN KWOK *et al.*,      :     Case No. 22-50073 (JAM)
                         :

          Debtors.[1]     :     Jointly Administered
                         :

-------------------------------------------------------x

**[PROPOSED] ORDER GRANTING**
**MOTION OF CHAPTER 11 TRUSTEE TO SEAL CERTAIN EXHIBITS TO MOTION**
**FOR ENTRY OF ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING**
**SETTLEMENT AGREEMENT WITH CLARK HILL PLC**

Upon the *Motion of Chapter 11 Trustee to Seal Certain Exhibits to Motion for Entry of Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement with Clark Hill PLC* (the "Motion")[2], filed by the Trustee, seeking entry of an order pursuant to section 107(b) of the Bankruptcy Code and authorizing the Trustee to file under seal certain exhibits to the 9019 Motion, the Court having reviewed the Motion and the responses thereto, if any; and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

2.      The Trustee is hereby authorized to file the Motion *in Limine* Exhibit and the Summary Judgment Exhibit to the 9019 Motion under seal, which shall only be made available to the Debtor and the Debtor's counsel, unless and until permitted by further order of this Court.

3.      The Trustee is further authorized to file on this Court's docket and to serve on other parties in interest copies of the 9019 Motion with the Summary Judgment Exhibit and the Motion *In Limine* Exhibit omitted.

4.      Nothing contained herein shall affect the rights of the United States Trustee, pursuant to 11 U.S.C. § 107(c)(3), to access to documents filed with the Court as long as the United States Trustee complies with the obligations set forth in  11 U.S.C. § 107(c)(3)(B).

5.      The Trustee is authorized to take all actions necessary to effectuate the relief granted herein.

6.      The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**EXHIBIT 2**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK *et al.*,                                    :    Case No. 22-50073 (JAM)
                                                         :
                        Debtors.[1]                      :    Jointly Administered
                                                         :
---------------------------------------------------------x

**[PROPOSED] ORDER GRANTING**
**MOTION OF CHAPTER 11 TRUSTEE TO SEAL CERTAIN EXHIBITS TO MOTION**
**FOR ENTRY OF ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING**
**SETTLEMENT AGREEMENT WITH CLARK HILL PLC**

Upon the *Motion of Chapter 11 Trustee to Seal Certain Exhibits to Motion for Entry of*

*Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement with Clark Hill PLC*

(the "Motion")[2], filed by the Trustee, seeking entry of an order pursuant to section 107(b) of the

Bankruptcy Code and authorizing the Trustee to file under seal certain exhibits to the 9019

Motion, the Court having reviewed the Motion and the responses thereto, if any; and having

determined that the legal and factual bases set forth in the Motion establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

2.    The Trustee is hereby authorized to file the Motion *in Limine* Exhibit and the Summary Judgment Exhibit unredacted versions of to the 9019 Motion under seal, which shall only be made available to the Debtor and the Debtor's counsel, unless and until permitted by further order of this Court.

3.    The Trustee is further authorized to file on this Court's docket and to serve on other parties in interest copies of the 9019 Motion with the Summary Judgment Exhibit and the Motion *In Limine* Exhibit redacted omitted.

4.    Nothing contained herein shall affect the rights of the United States Trustee, pursuant to 11 U.S.C. § 107(c)(3), to access to documents filed with the Court as long as the United States Trustee complies with the obligations set forth in 11 U.S.C. § 107(c)(3)(B).

5.    The Trustee is authorized to take all actions necessary to effectuate the relief granted herein.

6.    The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**Formatted:** Font: Italic

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### BRIDGEPORT DIVISION

---------------------------------------------------x
:
In re:                                            :    Chapter 11
                                                  :
HO WAN KWOK *et al.*,                             :    Case No. 22-50073 (JAM)
                                                  :
                    Debtors.[1]                   :    Jointly Administered
                                                  :
---------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 5, 2023, the foregoing, and all declarations, exhibits and attachments thereto, was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated:    May 5, 2023
          New Haven, Connecticut          By: */s/ Patrick R. Linsey*
                                          Douglas S. Skalka (ct00616)
                                          Patrick R. Linsey (ct29437)
                                          NEUBERT, PEPE & MONTEITH, P.C.
                                          195 Church Street, 13th Floor
                                          New Haven, Connecticut 06510
                                          (203) 781-2847
                                          dskalka@npmlaw.com
                                          plinsey@npmlaw.com

                                          *Counsel for the Chapter 11 Trustee*

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).