**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| ------------------------------------------------------x | : | Chapter 11 |
| In re: | : | Case No. 22-50073 (JAM) |
| HO WAN KWOK *et al.*, | : | Jointly Administered |
| Debtors.[1] | : | Re: ECF No. 1727 |
| : ------------------------------------------------------x | | |

**ORDER GRANTING**
**MOTION OF CHAPTER 11 TRUSTEE TO SEAL CERTAIN EXHIBITS TO MOTION**
**FOR ENTRY OF ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING**
**SETTLEMENT AGREEMENT WITH CLARK HILL PLC**

Upon the *Motion of Chapter 11 Trustee to Seal Certain Exhibits to Motion for Entry of Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement with Clark Hill PLC* (the "Motion")[2], filed by the Trustee, seeking entry of an order pursuant to section 107(b) of the Bankruptcy Code and authorizing the Trustee to file under seal certain exhibits to the 9019 Motion, the Court having reviewed the Motion and the responses thereto, if any; and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after the hearing held on May 4, 2023 and due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

2.	The Trustee is hereby authorized to file the Motion *in Limine* Exhibit and the Summary Judgment Exhibit to the 9019 Motion under seal, which shall only be made available to the Debtor and the Debtor's counsel, unless and until permitted by further order of this Court.

3.	The Trustee is further authorized to file on this Court's docket and to serve on other parties in interest copies of the 9019 Motion with the Summary Judgment Exhibit and the Motion *In Limine* Exhibit omitted.

4.	Nothing contained herein shall affect the rights of the United States Trustee, pursuant to 11 U.S.C. § 107(c)(3), to access to documents filed with the Court as long as the United States Trustee complies with the obligations set forth in 11 U.S.C. § 107(c)(3)(B).

5.	The Trustee is authorized to take all actions necessary to effectuate the relief granted herein.

6.	The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated at Bridgeport, Connecticut this 5th day of May, 2023.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut