**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
| HO WAN KWOK, *et al.*,[1] | : | CASE NO. 22-50073 (JAM) |
| Debtors. | : | Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 26, 2023, the Court's *Order Holding Golden Spring and Lamp Capital in Contempt of Court* [ECF No. 1709] (the "Contempt Order") was filed electronically using the Court's case management/electronic case files ("CM/ECF") system. Parties may access the Contempt Order via the CM/ECF system.

On April 27, 2023, in compliance with the Contempt Order, the undersigned caused copies of the Contempt Order to be served on Golden Spring (New York) Ltd. and Lamp Capital LLC by UPS overnight delivery and by first-class U.S. Mail at the following addresses:

Golden Spring (New York) Ltd.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Lamp Capital, LLC
Attn: Bernardo Enriquez
667 Madison Avenue
New York, NY 10065

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Lamp Capital LLC
c/o CT Corporation System
820 Bear Tavern Rd.
West Trenton, NJ 08628

Dated: May 5, 2023
New Haven, Connecticut

LUC A. DESPINS,
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com