**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re:                                                  :  Chapter 11
                                                        :
HO WAN KWOK *et al*.,                                   :  Case No. 22-50073 (JAM)
                                                        :
                Debtors.[1]                             :  Jointly Administered
                                                        :
---------------------------------------------------------x

**NOTICE OF (I) FAILURE TO FILE TIMELY RESPONSE TO CLAIM OBJECTION
AND (II) FILING OF PROPOSED ORDER DISALLOWING AND EXPUNGING CLAIM
NO. 3-1 FILED BY QIANG GUO**

**PLEASE TAKE NOTICE** that on March 31, 2023, Genever Holdings LLC ("Genever
(US)") filed an objection [Case No. 22-50592, Docket No. 251] (the "Claim Objection") seeking
entry of a proposed order (the "Proposed Order") disallowing Claim No. 3-1, filed by Qiang
Guo, Ho Wan Kwok's son, against Genever (US) (the "Disputed Claim").  In the Disputed
Claim, Qiang Guo asserted a general unsecured claim in connection with his alleged financing of
the purchase of the apartment at the Sherry Netherland that is the subject of adversary
proceeding number 22-05027 (*Despins et al v. Bravo Luck Limited et al*.), in which Mr. Guo is a
defendant.

**PLEASE TAKE FURTHER NOTICE** that the Connecticut Local Form 420B notice of
objection to claim, attached to the Claim Objection, provides a deadline of May 1, 2023 to
respond to the Claim Objection (the "Response Deadline").

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The
mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings
LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok
(solely for purposes of notices and communications).

**PLEASE TAKE FURTHER NOTICE** that the certificate of service attached to the Claim Objection, also dated March 31, 2023, establishes that the Claim Objection was served on Qiang Guo at the address listed as his notice address on the Disputed Claim form: Berkeley Rowe,[2] 2 Marble Arch Park House, 116 Park St., Mayfair, London UK W1K 6SS.  Genever (US) believes service at this address was sufficient pursuant to Federal Rule of Bankruptcy Procedure 3007(a)(2)(A) (requiring service of a claim objection on "the person most recently designated on the claimant's original or amended proof of claim as the person to receive notices, at the address so indicated") and Local Rule of Bankruptcy Procedure 3007-1(b) (requiring service of claim objection on "the claimant at the address provided on the proof of claim").[3]

**PLEASE TAKE FURTHER NOTICE** that on April 3, 2023, Genever (US) filed a supplemental notice regarding the Claim Objection on the docket of the Ho Wan Kwok chapter 11 case [Case No. 22-50073, Docket No. 1630] to ensure that all parties receiving ECF notice of filings in the Kwok chapter 11 case received notice of the filing of the Claim Objection despite the Claim Objection being initially filed on the Genever (US) case docket as required by the Court's ECF filing system.

**PLEASE TAKE FURTHER NOTICE** that on April 7, 2023, Genever (US) filed the *Notice Regarding Service of Objection to Proof of Claim* [Case No. 22-50073, Docket No.

---

[2]    As the Court will recall, a Berkeley Rowe solicitor, Leonard Scudder, recently tried to testify in support of Mei Guo and HK International Funds Investments (USA) Limited, LLC ("HK USA") in connection with the adversary proceeding commenced by HK USA with respect to the Lady May.

[3]    Genever (US) did not attempt to serve the Claim Objection on Qiang Guo at his apartment in London given that prior experience indicated that Mr. Guo was refusing to accept service of any documents at that address.  On March 6, 2023, Luc A. Despins, in his capacity as chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, attempted to serve Qiang Guo at his apartment in London, by mail and hand delivery, with the amended complaint in adversary proceeding number 22-05027 (*Despins et al v. Bravo Luck Limited et al.*), in which Mr. Guo is a defendant.  However, the amended complaint that had been sent by mail was returned to the Trustee's counsel with a note that it had been refused, and the apartment building's concierge stated that he had been instructed not to accept any hand delivered documents.  In addition, on March 23, 2023, the Trustee again attempted to serve Qiang Guo at his apartment, at which point a different concierge denied knowing Mr. Guo.

1643], which explained, among other things, that out of an abundance of caution, and based on information indicating that, subsequent to the filing of the Disputed Claim, Berkeley Rowe had changed its registered address to 5 Merchant Square London W2 1AY, United Kingdom, the Claim Objection was also served on Berkeley Rowe at 5 Merchant Square London W2 1AY, United Kingdom, by UPS on April 4, 2023, and by hand delivery on April 5, 2023.[4]

    **PLEASE TAKE FURTHER NOTICE** that Mr. Francis J. Lawall is counsel to Bravo Luck Limited (an entity purportedly 100% owned by Qiang Guo) in connection with the Chapter 11 Cases.  Mr. Lawall filed a notice of appearance in the Chapter 11 Cases on January 9, 2023 [Case No. 22-50073, Docket No. 1306], thus ensuring his receipt of notice with respect to ECF filings.  Prior to filing his notice of appearance, when Mr. Lawall was asked whether he was authorized to accept service on behalf of Qiang Guo in connection with adversary proceeding number 22-05027 (*Despins et al v. Bravo Luck Limited et al.*), Mr. Lawall stated that he did not represent Qiang Guo.  Moreover, *Bravo Luck Limited's Initial Disclosures under Rule 7026 of the Federal Rules of Bankruptcy Procedure*, dated April 25, 2023, stated that Mr. Lawall's firm "is able to serve as a point of contact for [Qiang] Guo **solely** in his capacity as the director and owner of [Bravo Luck Limited]."[5]

    **PLEASE TAKE FURTHER NOTICE** that no response to the Claim Objection was filed as of the Response Deadline of May 1, 2023.

---

[4]    In response to these service attempts, Berkeley Rowe's chief operating officer sent an email to Paul Hastings LLP stating among other things that Qiang Guo had used Berkeley Rowe's address "without any authority or permission from us" and that "[w]e do not act for Mr Guo, we have no information on where he is."

[5]    *Bravo Luck Limited's Initial Disclosures under Rule 7026 of the Federal Rules of Bankruptcy Procedure*, at 2 n.3, April 25, 2023 (emphasis in original).

**PLEASE TAKE FURTHER NOTICE** that, in light of the failure by any party to respond to the Claim Objection as of the Response Deadline, Genever US hereby submits the Proposed Order (attached hereto as **<u>Exhibit A</u>**) for entry by the Court at its earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

Dated: May 5, 2023　　　　　　　　　GENEVER HOLDINGS LLC
New Haven, Connecticut

　　　　　　　　　　　　　　By: */s/ Patrick R. Linsey*
　　　　　　　　　　　　　　　　Douglas S. Skalka (ct00616)
　　　　　　　　　　　　　　　　Patrick R. Linsey (ct29437)
　　　　　　　　　　　　　　　　NEUBERT, PEPE & MONTEITH, P.C.
　　　　　　　　　　　　　　　　195 Church Street, 13th Floor
　　　　　　　　　　　　　　　　New Haven, Connecticut 06510
　　　　　　　　　　　　　　　　(203) 781-2847
　　　　　　　　　　　　　　　　dskalka@npmlaw.com
　　　　　　　　　　　　　　　　plinsey@npmlaw.com

　　　　　　　　　　　　　　　　　*and*

　　　　　　　　　　　　　　　　Nicholas A. Bassett (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　PAUL HASTINGS LLP
　　　　　　　　　　　　　　　　2050 M Street NW
　　　　　　　　　　　　　　　　Washington, D.C., 20036
　　　　　　　　　　　　　　　　(202) 551-1902
　　　　　　　　　　　　　　　　nicholasbassett@paulhastings.com

　　　　　　　　　　　　　　　　　*and*

　　　　　　　　　　　　　　　　Avram E. Luft (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　G. Alexander Bongartz (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　PAUL HASTINGS LLP
　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　New York, New York 10166
　　　　　　　　　　　　　　　　(212) 318-6079
　　　　　　　　　　　　　　　　aviluft@paulhastings.com
　　　　　　　　　　　　　　　　alexbongartz@paulhastings.com

　　　　　　　　　　　　　　　　*Counsel for Genever Holdings LLC*

## Exhibit A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                            :
In re:                                      :    Chapter 11
                                            :
HO WAN KWOK, et al.,[1]                     :    Case No. 22-50073 (JAM)
                                            :
            Debtors.                        :    (Jointly Administered)
                                            :
-------------------------------------------------------x
```

**[PROPOSED] ORDER DISALLOWING AND EXPUNGING PROOF OF
CLAIM NO. 3-1 FILED BY QIANG GUO**

Upon the Objection of Genever (US), pursuant to sections 502(b) and 105(a) of the

Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), seeking entry of an order (this "Order") disallowing the Disputed Claim and granting

related relief, all as more fully set forth in the Objection; and the Court having jurisdiction to

consider the Objection and the relief requested therein in accordance with 28 U.S.C. § 1334; and

consideration of the Objection and the relief requested therein being a core proceeding pursuant

to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the

Objection having been provided; and it appearing that no other or further notice need be

provided; and such notice having been adequate and appropriate under the circumstances; and

upon all of the proceedings had before the Bankruptcy Court; and the Bankruptcy Court having

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The
mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul
Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho
Wan Kwok (solely for purposes of notices and communications).

determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

NOW, THEREFORE, it is hereby ORDERED that:

1.     The Objection is granted to the extent set forth herein.

2.     Pursuant to sections 502(b) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 3007, the Disputed Claim is disallowed and expunged in its entirety.

3.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.     Genever (US) and the Clerk of the Court are authorized to take all steps necessary or appropriate to effectuate the relief granted pursuant to this Order.

5.     The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
                                                      :
In re:                                                :    Chapter 11
                                                      :
HO WAN KWOK *et al.*,                                 :    Case No. 22-50073 (JAM)
                                                      :
                        Debtors.[1]                   :    Jointly Administered
                                                      :
------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

        The undersigned hereby certifies that on May 5, 2023, the foregoing, and all declarations,

exhibits and attachments thereto, was electronically filed.  Notice of this filing was sent by e-

mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic

filing ("<u>CM/ECF</u>") system or by mail to anyone unable to accept electronic filing as indicated on

the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF

system.

Dated:    May 5, 2023
          New Haven, Connecticut            By: */s/ Patrick R. Linsey*
                                                Douglas S. Skalka (ct00616)
                                                Patrick R. Linsey (ct29437)
                                                NEUBERT, PEPE & MONTEITH, P.C.
                                                195 Church Street, 13th Floor
                                                New Haven, Connecticut 06510
                                                (203) 781-2847
                                                dskalka@npmlaw.com
                                                plinsey@npmlaw.com

                                                *Counsel for the Chapter 11 Trustee*

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
       Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
       Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The
       mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings
       LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok
       (solely for purposes of notices and communications).