UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

-------------------------------------------------------x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
HO WAN KWOK *et al.*,                                  :    Case No. 22-50073 (JAM)
                                                       :
                    Debtors.[1]                        :    Jointly Administered
                                                       :
-------------------------------------------------------x

**CONSENT ORDER EXTENDING RETENTION
OF SOTHEBY'S INTERNATIONAL REALTY AS BROKER FOR
SHERRY NETHERLAND APARTMENT**

WHEREAS, on December 15, 2021, Genever Holdings LLC ("Genever (US)") filed its

*Application to Employ and Retain Sotheby's International Realty as its Real Estate Broker and*

*Sales Agent* [Docket No. 160 in Case No. 22-50592] (the "Sotheby's Application"), which

sought authorization to retain Sotheby's International Realty ("Sotheby's") as Genever (US)'s

sales agent for the 18th floor apartment and auxiliary units in the Sherry Netherland Hotel

located at 781 Fifth Avenue, New York, New York 10022 (collectively, the "Sherry Netherland

Apartment") in accordance with the engagement agreement [Docket No. 162-1 in Case No. 22-

50592] (the "Retention Agreement");

WHEREAS, the Retention Agreement provided that Sotheby's shall be retained for an

initial term of 180 days from the entry of the order approving its retention;

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

WHEREAS, on January 13, 2022, the United States Bankruptcy Court for the Southern District of New York (the "SDNY Bankruptcy Court") entered an order, pursuant to sections 327(a), 328, and 363(b) of the Bankruptcy Code and applicable Bankruptcy Rules, approving the Sotheby's Application [Docket No. 168 in Case No. 22-50592];

WHEREAS, the SDNY Bankruptcy Court had previously entered stipulations and orders extending the sale process of the Sherry Netherland Apartment and Sotheby's retention by Genever (US). *See* Docket Nos. 202 and 222 in Case No. 22-50592. Pursuant to the stipulation and order entered on October 21, 2022 [Docket No. 222 in Case No. 22-50592], Sotheby's retention was extended through October 31, 2022;

WHEREAS, on December 20, 2022, Luc Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), Genever (US), and Genever Holdings Corporation ("Genever (BVI)" and, together with the Trustee, and Genever (US), the "Movants") filed a motion requesting entry of an order extending (i) the sale process of the Sherry Netherland Apartment, subject to certain modifications, and (ii) the retention of Sotheby's as Genever (US)'s broker to market and sell the Sherry Netherland Apartment (the "Extension Motion");

WHEREAS, on February 1, 2023, this Court entered an order (the "Extension Order") extending the modified sales process (the "Sales Process") to April 30, 2023, without prejudice to further extensions of the sale and marketing process upon the consent of the Movants, PAX, Bravo Luck, the Sales Officer, and Sotheby's without further order of the Court, or by further order of the Court for cause shown;

WHEREAS, the Extension Order also extended the retention of Sotheby's through April 30, 2023, without prejudice to further extensions of Sotheby's retention by further order of the Court for cause shown;

WHEREAS, as of the filing of this Motion, no buyer has yet been identified for the Sherry Netherland Apartment;

WHEREAS, on March 21, 2023, the Court entered an order authorizing the Sales Officer and Sotheby's to market the Sherry Netherland Apartment for rent;

WHEREAS, in accordance with the Extension Order, the Movants, Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), Bravo Luck Limited ("Bravo Luck"), Melanie L. Cyganowski as sales officer (the "Sales Officer"), and Sotheby's (collectively, the "Parties") have consented to an extension of the Sales Process by 180 days to October 31, 2023;

WHEREAS, the Movants, PAX, Bravo Luck, the Sales Officer, and Sotheby's stipulate and consent to the entry of this Order; and

WHEREAS, there appears good and sufficient cause to enter this Order;

NOW, THEREFORE, it is hereby:

**ORDERED** that Genever (US) is authorized to continue to retain Sotheby's as Genever (US)'s broker to market the Sherry Netherland Apartment, from May 1, 2023 and through October 31, 2023, without prejudice to further extensions of such retention upon the consent of the Movants, PAX, Bravo Luck, the Sales Officer, and Sotheby's without further order of the Court, or by further order of the Court for cause shown; and it is further

**ORDERED** that Genever (US) is authorized and empowered to take all actions necessary to effectuate the relief granted in this Order; and it is further

**ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED** that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 5th day of May, 2023.

Julie A. Manning
United States Bankruptcy Judge
District of Connecticut