**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

## ORDER GRANTING MOTION FOR STAY PENDING APPEAL

Upon the motion ("Motion") of HK International Funds Investments (USA) Limited, LLC ("HK USA"), Mei Guo ("Guo"), Lee Vartan, Esq. ("Vartan"), and Chiesa Shahinian & Giantomasi PC ("CSG Law" and, collectively with HK USA, Guo, and Vartan, the "HK Parties"), requesting a stay of the Court's April 21, 2023 Order awarding fees of Chapter 11 Trustee and his counsel pursuant to sanctions order (the "Sanctions Order") [Doc. No. 1693], which awarded compensation in the amount of $83,370.26 to Paul Hastings LLP to be paid by the HK Parties on or before May 5, 2023 and the Court's May 1, 2023 Order denying the HK Parties' motion for reconsideration of the Sanctions Order; and due and sufficient notice of the Motion having been given; and the Court having reviewed the Motion and opposition thereto, if any, and having heard the arguments of counsel, after due deliberation and sufficient cause appearing thereof, and for the reasons stated on the record, and for good cause shown; it is ORDERED THAT:

1. The Motion is GRANTED in its entirety.

2. The Sanctions Order is hereby stayed pending appeal.