UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 22-50073 (JAM) |
| HO WAN KWOK, *et al.*,[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | RE: ECF No. 1744 |
------------------------------------------------------x

**ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 363(b), AUTHORIZING (I) ENTRY INTO, AND PERFORMANCE UNDER, ADDENDA TO MANAGEMENT AGREEMENT AND CREW PROVISION AGREEMENT; (II) EMPLOYMENT OF CAPTAIN FOR LADY MAY II; (III) ENTRY INTO, AND PERFORMANCE UNDER, WORK ORDER RELATED TO COMMISSIONING OF LADY MAY II; AND (IV) PAYMENT OF LADY MAY II MAINTENANCE AND OPERATIONAL COSTS FROM PORTION OF REPAIR RESERVE**

Upon the motion (the "Motion"),[2] filed Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), pursuant to section 363(b) of the Bankruptcy Code, requesting entry of an order authorizing: (i) the Trustee's entry into, and performance under, the Lady May II Management Addendum and the Lady May II Crew Addendum; (ii) employment of a captain for the Lady May II in accordance with the Crew Provision Agreement; (iii) the Trustee's entry into, and performance under, the Work Order; and (iv) payment of maintenance and operational costs for the Lady May II out of the $500,000 from the Repair Reserve previously authorized by this Court, all as further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

detailed in the Motion; and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (d) good and sufficient notice of the Motion having been given; and no other or further notice being required and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested by the Motion, as modified by the terms of this Order is in the best interest of the Debtors' estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, and after the hearing held on May 10, 2023, it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Trustee is authorized to enter into, and perform under, the Management Addendum and Crew Addendum, including payment of the reasonable operational expenses incurred in the ordinary course of maintaining and operating the Lady May II, in accordance with the Management Agreement (as amended by the Lady May II Management Addendum) and the Crew Provision Agreement (as amended by the Lady May II Crew Addendum).

3. The Trustee is authorized to instruct FDS to employ Mr. William Burke as the captain for the Lady May II in accordance with the Crew Provision Agreement (as amended by the Lady May II Crew Addendum).  Mr. Burke shall not use the Lady May II without the Trustee's prior written approval (which may be by email).

4. The Trustee is authorized to enter into, and perform under, the Work Order, including any payment of fees and expenses that come due thereunder.

5. The Trustee is authorized to pay all operating and maintenance costs associated with the Lady May II, including those under the Work Order, the Management Agreement (as amended by the Lady May II Management Addendum), and the Crew Provision Agreement (as

amended by the Lady May II Crew Addendum) from the $500,000 out of the Repair Reserve previously authorized by order of the Court [Docket No. 1608] to fund yacht-related expenses.

6. The Trustee is authorized and empowered to take all actions necessary to effectuate the relief granted in this Order.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 10th day of May, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut