UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
In re:                                              :   Chapter 11
                                                    :
HO WAN KWOK *et al.*,                               :   Case No. 22-50073 (JAM)
                                                    :
                                                    :   Jointly Administered
          Debtors.[1]                               :
                                                    :   Re: ECF NMo. 1758
------------------------------------------------------x

**ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 363(b), AUTHORIZING TRUSTEE TO (I) TRANSFER LADY MAY INTO FOREIGN-TRADE ZONE IN NEWPORT, RHODE ISLAND, (II) APPLY FOR AND OBTAIN INDEMNITY BOND RELATED THERETO, AND (III) PAY ALL RELATED FEES**

Upon the motion (the "Motion"),[2] filed Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), requesting entry of an order, pursuant to section 363(b) of the Bankruptcy Code, authorizing the Trustee to (i) transfer the Lady May yacht into the foreign-trade zone (the "FTZ") at the Safe Harbor Newport Shipyard (the "Safe Harbor Shipyard") in Newport, Rhode Island, (ii) apply for and obtain an indemnity bond (the "FTZ Indemnity Bond") in connection with transferring the Lady May into the FTZ, and (iii) pay all related fees, including the fee for the FTZ Indemnity Bond and the incremental dockage fees, all as further detailed in the Motion; and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) venue is proper pursuant

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

to 28 U.S.C. §§ 1408 and 1409; and (d) good and sufficient notice of the Motion having been given; and no other or further notice being required and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested by the Motion, as modified by the terms of this Order is in the best interest of the Debtors' estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, and after a hearing held on May 10, 2023, it is hereby

ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Notwithstanding anything to the contrary in the Stipulated Order, the Trustee is authorized to transfer the Lady May to the FTZ in Newport, Rhode Island (which, for the avoidance of doubt, is located at the Safe Harbor Shipyard in Newport), including completing relevant forms and submitting relevant documentation in connection with such transfer.

3. The Trustee is authorized to submit the requisite applications, including the application for the FTZ Indemnity Bond, and pay all applicable fees associated with transferring the Lady May into the FTZ in Newport, Rhode Island, including the fee for the FTZ Indemnity Bond and the incremental dockage fees associated with berthing the Lady May in the FTZ at the Safe Harbor Shipyard.

4. The Trustee is authorized to pay all such fees from the $500,000 out of the Repair Reserve previously authorized by order of the Court [Docket No. 1608] to fund yacht-related expenses.

5. The Trustee is authorized and empowered to take all actions necessary to effectuate the relief granted in this Order, including signing of the FTZ Indemnity Bond (once issued).

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 10th day of May, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut