**AIG PROPERTY CASUALTY COMPANY**
30 HUDSON STREET
JERSEY CITY NJ 07302

# NOTICE OF CANCELLATION OF INSURANCE

Named Insured & Mailing Address:

GENEVER HOLDINGS LLC
LUC A DESPINS CH 11 TRUSTEE OF
PAUL HASTINGS LLP 200 PARK AVE
NEW YORK NY 10166

Producer: 0051997

WOLFSON INSURANCE
BROKERAGE, INC.
358 FIFTH AVENUE, 8TH FLOOR
NEW YORK NY 10001

Policy No.: 0017034504
Type of Policy: UMBRELLA/EXCESS LIABILITY
Date of Cancellation: 05/31/2023; 12:01 A.M. Standard Time at the mailing address of the Named Insured.

We are cancelling this policy.  Your insurance will cease on the Date of Cancellation shown above.

The reason for cancellation is discovery of willful or reckless acts by the insured increasing the hazard insured against. Additionally, physical changes in the property insured, after issuance of the renewal, which resulted in the property becoming uninsurable in accordance with the Company's underwriting standards.

Named Insured

GENEVER HOLDINGS LLC
LUC A DESPINS CH 11 TRUSTEE OF
PAUL HASTINGS LLP 200 PARK AVE
NEW YORK NY 10166

Date Mailed:
25th day of April, 2023

*(signature)*

ERIC SHANKS

FORM# PC9697NY51995
ODEN 3.0.22.12a

Copy for Named Insured

NYPC60NONE APP
04252023MYYY
Page 1 of 1

AIG PROPERTY CASUALTY COMPANY
30 HUDSON STREET
JERSEY CITY NJ 07302

# NOTICE OF CANCELLATION OF INSURANCE

Named Insured & Mailing Address:

GENEVER HOLDINGS LLC
LUC A DESPINS CH 11 TRUSTEE OF
PAUL HASTINGS LLP 200 PARK AVE
NEW YORK NY 10166

Producer: 0051997

WOLFSON INSURANCE
BROKERAGE, INC.
358 FIFTH AVENUE, 8TH FLOOR
NEW YORK NY 10001

Policy No.: 0017034504
Type of Policy: UMBRELLA/EXCESS LIABILITY
Date of Cancellation: 05/31/2023; 12:01 A.M. Standard Time at the mailing address of the Named Insured.

We are cancelling this policy. Your insurance will cease on the Date of Cancellation shown above.

The reason for cancellation is discovery of willful or reckless acts by the insured increasing the hazard insured against. Additionally, physical changes in the property insured, after issuance of the renewal, which resulted in the property becoming uninsurable in accordance with the Company's underwriting standards.

Producer

WOLFSON INSURANCE
BROKERAGE, INC.
358 FIFTH AVENUE, 8TH FLOOR
NEW YORK NY 10001

Date Mailed:
25th day of April, 2023

_____
ERIC SHANKS

FORM# PC9697NY51995
ODEN 3.0.22.12a

Copy for Producer

NYPC60NONE APP
04252023MYYY
Page 1 of 1

AIG PROPERTY CASUALTY COMPANY
30 HUDSON STREET
JERSEY CITY NJ 07302

# NOTICE OF CANCELLATION OF INSURANCE

Named Insured & Mailing Address:

GENEVER HOLDINGS LLC
LUC A DESPINS CH 11 TRUSTEE OF
PAUL HASTINGS LLP 200 PARK AVE
NEW YORK NY 10166

Producer: 0051997

WOLFSON INSURANCE
BROKERAGE, INC.
358 FIFTH AVENUE, 8TH FLOOR
NEW YORK NY 10001

Policy No.: 0017034504
Type of Policy: UMBRELLA/EXCESS LIABILITY
Date of Cancellation: 05/31/2023; 12:01 A.M. Standard Time at the mailing address of the Named Insured.

We are cancelling this policy. Your insurance will cease on the Date of Cancellation shown above.

The reason for cancellation is discovery of willful or reckless acts by the insured increasing the hazard insured against. Additionally, physical changes in the property insured, after issuance of the renewal, which resulted in the property becoming uninsurable in accordance with the Company's underwriting standards.

Your interest in this policy as an "insured" or other party of interest is being cancelled effective 05/31/2023; 12:01 A.M. Standard Time at the mailing address of the named insured.

Additional Insured

HOLLEY L. CLAIBORN
OFFICE OF THE UNITED STATES TRUSTEE
THE GIAIMO FEDERAL BUILDING
150 COURT STREET, ROOM 302
NEW HAVEN CT 06510

Date Mailed:
25th day of April, 2023

_____
ERIC SHANKS

FORM# PC9697NY51995
ODEN 3.0.22.12a

Copy for Additional Insured

NYPC60NONE APP
04252023MYYY
Page 1 of 1

AIG PROPERTY CASUALTY COMPANY
30 HUDSON STREET
JERSEY CITY NJ 07302

# NOTICE OF CANCELLATION OF INSURANCE

Named Insured & Mailing Address:

GENEVER HOLDINGS LLC
LUC A DESPINS CH 11 TRUSTEE OF
PAUL HASTINGS LLP 200 PARK AVE
NEW YORK NY 10166

Producer: 0051997

WOLFSON INSURANCE
BROKERAGE, INC.
358 FIFTH AVENUE, 8TH FLOOR
NEW YORK NY 10001

Policy No.:  0017034504
Type of Policy:  UMBRELLA/EXCESS LIABILITY
Date of Cancellation:  05/31/2023; 12:01 A.M. Standard Time at the mailing address of the Named Insured.

We are cancelling this policy.  Your insurance will cease on the Date of Cancellation shown above.

The reason for cancellation is discovery of willful or reckless acts by the insured increasing the hazard insured against. Additionally, physical changes in the property insured, after issuance of the renewal, which resulted in the property becoming uninsurable in accordance with the Company's underwriting standards.

Your interest in this policy as an "insured" or other party of interest is being cancelled effective 05/31/2023; 12:01 A.M. Standard Time at the mailing address of the named insured.

Additional Insured

KEVIN J. NASH
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
1501 BROADWAY
22ND FLOOR
NEW YORK NY 10036

Date Mailed:
25th day of April, 2023

_____
ERIC SHANKS

FORM# PC9697NY51995
ODEN 3.0.22.12a

Copy for Additional Insured

NYPC60NONE APP
04252023MYYY
Page 1 of 1

AIG PROPERTY CASUALTY COMPANY
30 HUDSON STREET
JERSEY CITY NJ 07302

# NOTICE OF CANCELLATION OF INSURANCE

Named Insured & Mailing Address:

GENEVER HOLDINGS LLC
LUC A DESPINS CH 11 TRUSTEE OF
PAUL HASTINGS LLP 200 PARK AVE
NEW YORK NY 10166

Producer: 0051997

WOLFSON INSURANCE
BROKERAGE, INC.
358 FIFTH AVENUE, 8TH FLOOR
NEW YORK NY 10001

Policy No.: 0017034504
Type of Policy: UMBRELLA/EXCESS LIABILITY
Date of Cancellation: 05/31/2023; 12:01 A.M. Standard Time at the mailing address of the Named Insured.

We are cancelling this policy. Your insurance will cease on the Date of Cancellation shown above.

The reason for cancellation is discovery of willful or reckless acts by the insured increasing the hazard insured against. Additionally, physical changes in the property insured, after issuance of the renewal, which resulted in the property becoming uninsurable in accordance with the Company's underwriting standards.

Your interest in this policy as an "insured" or other party of interest is being cancelled effective 05/31/2023; 12:01 A.M. Standard Time at the mailing address of the named insured.

Additional Insured

NICHOLAS A. BASSETT
PAUL HASTINGS, LLP
2050 M STREET NW
WASHINGTON DC 20036

Date Mailed:
25th day of April, 2023

_ERIC SHANKS_

Copy for Additional Insured

FORM# PC9697NY51995
ODEN 3.0.22.12a

NYPC60NONE APP
04252023MYYY
Page 1 of 1