AIG PROPERTY CASUALTY COMPANY
30 HUDSON STREET
JERSEY CITY NJ 07302

# NOTICE OF CANCELLATION OF INSURANCE

Named Insured & Mailing Address:

GENEVER HOLDINGS LLC
LUC A DESPINS CH 11 TRUSTEE OF
PAUL HASTINGS LLP 200 PARK AVE
NEW YORK NY 10166

Producer: 0051997

WOLFSON INSURANCE
BROKERAGE, INC.
358 FIFTH AVENUE, 8TH FLOOR
NEW YORK NY 10001

Policy No.: 0061821443
Type of Policy: HOMEOWNERS
Date of Cancellation: 05/31/2023; 12:01 A.M. Standard Time at the mailing address of the Named Insured.

We are cancelling this policy.  Your insurance will cease on the Date of Cancellation shown above.

The reason for cancellation is discovery of willful or reckless acts by the insured increasing the hazard insured against. Additionally, physical changes in the property insured, after issuance of the renewal, which resulted in the property becoming uninsurable in accordance with the Company's underwriting standards.

Excess premium (if not tendered) will be refunded on demand.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS TERMINATION, PLEASE CONTACT THIS COMPANY'S REPRESENTATIVE AT: Wolfson Insurance Brokerage, Inc.
358 Fifth Avenue, 8th Floor
New York, NY 10001
(212) 683-2622**

**THE NEW YORK INSURANCE LAW PROHIBITS INSURERS FROM ENGAGING IN REDLINING PRACTICES BASED UPON GEOGRAPHIC LOCATION OF THE RISK OR THE PRODUCER.  IF YOU HAVE ANY REASON TO BELIEVE THAT WE HAVE ACTED IN VIOLATION OF SUCH LAW, YOU MAY FILE A COMPLAINT WITH THE DEPARTMENT EITHER ON ITS WEBSITE AT HTTP://WWW.DFS.NY.GOV/COMPLAINT OR BY WRITING TO THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES, CONSUMER ASSISTANCE UNIT, AT EITHER ONE STATE STREET, NEW YORK, NY 10004 OR ONE COMMERCE PLAZA, ALBANY, NY 12257.**

This policy provides fire and extended coverage insurance on your property.  You should contact your agent concerning coverage through another insurer or your possible eligibility for coverage through the New York Property Insurance Underwriting Association (NYPIUA).

Certain properties located a defined distance from the shore of salt-water ocean, sound, bay or inlet may be eligible for the Coastal Market Assistance Program (C-MAP).  You can obtain information about this program from NYPIUA at 100 William Street, New York, NY 10038, telephone: (212) 208-9700 or their website at http://www.nypiua.com. To contact your agent or this insurance company to see if you are eligible for C-MAP, please call: (212) 683-2622

Named Insured

GENEVER HOLDINGS LLC
LUC A DESPINS CH 11 TRUSTEE OF
PAUL HASTINGS LLP 200 PARK AVE
NEW YORK NY 10166

Date Mailed:
25th day of April, 2023

_____
ERIC SHANKS

FORM# PC969702810605NY72021
ODEN 3.0.22.12a

Copy for Named Insured

NYPC55NONE APP
04252023MYYY
Page 1 of 1

AIG PROPERTY CASUALTY COMPANY
30 HUDSON STREET
JERSEY CITY NJ 07302

# NOTICE OF CANCELLATION OF INSURANCE

Named Insured & Mailing Address:

GENEVER HOLDINGS LLC
LUC A DESPINS CH 11 TRUSTEE OF
PAUL HASTINGS LLP 200 PARK AVE
NEW YORK NY 10166

Producer: 0051997

WOLFSON INSURANCE
BROKERAGE, INC.
358 FIFTH AVENUE, 8TH FLOOR
NEW YORK NY 10001

Policy No.: 0061821443
Type of Policy: HOMEOWNERS
Date of Cancellation: 05/31/2023; 12:01 A.M. Standard Time at the mailing address of the Named Insured.

We are cancelling this policy. Your insurance will cease on the Date of Cancellation shown above.

The reason for cancellation is discovery of willful or reckless acts by the insured increasing the hazard insured against. Additionally, physical changes in the property insured, after issuance of the renewal, which resulted in the property becoming uninsurable in accordance with the Company's underwriting standards.

Excess premium (if not tendered) will be refunded on demand.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS TERMINATION, PLEASE CONTACT THIS COMPANY'S REPRESENTATIVE AT: Wolfson Insurance Brokerage, Inc.**
**358 Fifth Avenue, 8th Floor**
**New York, NY 10001**
**(212) 683-2622**

**THE NEW YORK INSURANCE LAW PROHIBITS INSURERS FROM ENGAGING IN REDLINING PRACTICES BASED UPON GEOGRAPHIC LOCATION OF THE RISK OR THE PRODUCER. IF YOU HAVE ANY REASON TO BELIEVE THAT WE HAVE ACTED IN VIOLATION OF SUCH LAW, YOU MAY FILE A COMPLAINT WITH THE DEPARTMENT EITHER ON ITS WEBSITE AT HTTP://WWW.DFS.NY.GOV/COMPLAINT OR BY WRITING TO THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES, CONSUMER ASSISTANCE UNIT, AT EITHER ONE STATE STREET, NEW YORK, NY 10004 OR ONE COMMERCE PLAZA, ALBANY, NY 12257.**

This policy provides fire and extended coverage insurance on your property. You should contact your agent concerning coverage through another insurer or your possible eligibility for coverage through the New York Property Insurance Underwriting Association (NYPIUA).

Certain properties located a defined distance from the shore of salt-water ocean, sound, bay or inlet may be eligible for the Coastal Market Assistance Program (C-MAP). You can obtain information about this program from NYPIUA at 100 William Street, New York, NY 10038, telephone: (212) 208-9700 or their website at http://www.nypiua.com. To contact your agent or this insurance company to see if you are eligible for C-MAP, please call: (212) 683-2622

Producer

WOLFSON INSURANCE
BROKERAGE, INC.
358 FIFTH AVENUE, 8TH FLOOR
NEW YORK NY 10001

Date Mailed:
25th day of April, 2023

_____
ERIC SHANKS

FORM# PC969702810605NY72021
ODEN 3.0.22.12a

Copy for Producer

NYPC55NONE APP
04252023MYYY
Page 1 of 1

AIG PROPERTY CASUALTY COMPANY
30 HUDSON STREET
JERSEY CITY NJ 07302

# NOTICE OF CANCELLATION OF INSURANCE

Named Insured & Mailing Address:

GENEVER HOLDINGS LLC
LUC A DESPINS CH 11 TRUSTEE OF
PAUL HASTINGS LLP 200 PARK AVE
NEW YORK NY 10166

Producer: 0051997

WOLFSON INSURANCE
BROKERAGE, INC.
358 FIFTH AVENUE, 8TH FLOOR
NEW YORK NY 10001

Policy No.:  0061821443
Type of Policy:  HOMEOWNERS
Date of Cancellation:  05/31/2023; 12:01 A.M. Standard Time at the mailing address of the Named Insured.

We are cancelling this policy.  Your insurance will cease on the Date of Cancellation shown above.

The reason for cancellation is discovery of willful or reckless acts by the insured increasing the hazard insured against. Additionally, physical changes in the property insured, after issuance of the renewal, which resulted in the property becoming uninsurable in accordance with the Company's underwriting standards.

Excess premium (if not tendered) will be refunded on demand.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS TERMINATION, PLEASE CONTACT THIS COMPANY'S REPRESENTATIVE AT: Wolfson Insurance Brokerage, Inc.**
**358 Fifth Avenue, 8th Floor**
**New York, NY 10001**
**(212) 683-2622**

**THE NEW YORK INSURANCE LAW PROHIBITS INSURERS FROM ENGAGING IN REDLINING PRACTICES BASED UPON GEOGRAPHIC LOCATION OF THE RISK OR THE PRODUCER.  IF YOU HAVE ANY REASON TO BELIEVE THAT WE HAVE ACTED IN VIOLATION OF SUCH LAW, YOU MAY FILE A COMPLAINT WITH THE DEPARTMENT EITHER ON ITS WEBSITE AT HTTP://WWW.DFS.NY.GOV/COMPLAINT OR BY WRITING TO THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES, CONSUMER ASSISTANCE UNIT, AT EITHER ONE STATE STREET, NEW YORK, NY 10004 OR ONE COMMERCE PLAZA, ALBANY, NY 12257.**

This policy provides fire and extended coverage insurance on your property.  You should contact your agent concerning coverage through another insurer or your possible eligibility for coverage through the New York Property Insurance Underwriting Association (NYPIUA).

Certain properties located a defined distance from the shore of salt-water ocean, sound, bay or inlet may be eligible for the Coastal Market Assistance Program (C-MAP).  You can obtain information about this program from NYPIUA at 100 William Street, New York, NY 10038, telephone: (212) 208-9700 or their website at http://www.nypiua.com. To contact your agent or this insurance company to see if you are eligible for C-MAP, please call: (212) 683-2622

PLEASE READ THE NEXT PAGE FOR MORE INFORMATION

Additional Insured

GENEVER HOLDINGS, LLC
200 PARK AVE
NEW YORK NY 10166

Date Mailed:
25th day of April, 2023

_____
ERIC SHANKS

FORM# PC969702810605NY72021
ODEN 3.0.22.12a

Copy for Additional Insured

NYPC55NONE APP
04252023MYYY
Page 1 of 2

AIG PROPERTY CASUALTY COMPANY
## NOTICE OF CANCELLATION OF INSURANCE

Named Insured: GENEVER HOLDINGS LLC
Policy Number: 0061821443

Your interest in this policy as an "insured" or other party of interest is being cancelled effective 05/31/2023; 12:01 A.M. Standard Time at the mailing address of the named insured.

AIG PROPERTY CASUALTY COMPANY
30 HUDSON STREET
JERSEY CITY NJ 07302

# NOTICE OF CANCELLATION OF INSURANCE

Named Insured & Mailing Address:

GENEVER HOLDINGS LLC
LUC A DESPINS CH 11 TRUSTEE OF
PAUL HASTINGS LLP 200 PARK AVE
NEW YORK NY 10166

Producer: 0051997

WOLFSON INSURANCE
BROKERAGE, INC.
358 FIFTH AVENUE, 8TH FLOOR
NEW YORK NY 10001

Policy No.: 0061821443
Type of Policy: HOMEOWNERS
Date of Cancellation: 05/31/2023; 12:01 A.M. Standard Time at the mailing address of the Named Insured.

We are cancelling this policy. Your insurance will cease on the Date of Cancellation shown above.

The reason for cancellation is discovery of willful or reckless acts by the insured increasing the hazard insured against. Additionally, physical changes in the property insured, after issuance of the renewal, which resulted in the property becoming uninsurable in accordance with the Company's underwriting standards.

Excess premium (if not tendered) will be refunded on demand.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS TERMINATION, PLEASE CONTACT THIS COMPANY'S REPRESENTATIVE AT: Wolfson Insurance Brokerage, Inc.
358 Fifth Avenue, 8th Floor
New York, NY 10001
(212) 683-2622**

**THE NEW YORK INSURANCE LAW PROHIBITS INSURERS FROM ENGAGING IN REDLINING PRACTICES BASED UPON GEOGRAPHIC LOCATION OF THE RISK OR THE PRODUCER. IF YOU HAVE ANY REASON TO BELIEVE THAT WE HAVE ACTED IN VIOLATION OF SUCH LAW, YOU MAY FILE A COMPLAINT WITH THE DEPARTMENT EITHER ON ITS WEBSITE AT HTTP://WWW.DFS.NY.GOV/COMPLAINT OR BY WRITING TO THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES, CONSUMER ASSISTANCE UNIT, AT EITHER ONE STATE STREET, NEW YORK, NY 10004 OR ONE COMMERCE PLAZA, ALBANY, NY 12257.**

This policy provides fire and extended coverage insurance on your property. You should contact your agent concerning coverage through another insurer or your possible eligibility for coverage through the New York Property Insurance Underwriting Association (NYPIUA).

Certain properties located a defined distance from the shore of salt-water ocean, sound, bay or inlet may be eligible for the Coastal Market Assistance Program (C-MAP). You can obtain information about this program from NYPIUA at 100 William Street, New York, NY 10038, telephone: (212) 208-9700 or their website at http://www.nypiua.com. To contact your agent or this insurance company to see if you are eligible for C-MAP, please call: (212) 683-2622

PLEASE READ THE NEXT PAGE FOR MORE INFORMATION

Additional Insured

HOLLEY L. CLAIBORN
OFFICE OF THE UNITED STATES TRUSTEE
THE GIAIMO FEDERAL BUILDING
150 COURT STREET, ROOM 302
NEW HAVEN, CT 06510

Date Mailed:
25th day of April, 2023

_____
ERIC SHANKS

FORM# PC969702810605NY72021
ODEN 3.0.22.12a
Copy for Additional Insured
NYPC55NONE APP
04252023MYYY
Page 1 of 2

AIG PROPERTY CASUALTY COMPANY
## NOTICE OF CANCELLATION OF INSURANCE

Named Insured: GENEVER HOLDINGS LLC
Policy Number: 0061821443

Your interest in this policy as an "insured" or other party of interest is being cancelled effective 05/31/2023; 12:01 A.M. Standard Time at the mailing address of the named insured.

FORM# PC969702810605NY72021
ODEN 3.0.22.12a

NYPC55NONE APP
04252023MYYY
Page 2 of 2

AIG PROPERTY CASUALTY COMPANY
30 HUDSON STREET
JERSEY CITY NJ 07302

# NOTICE OF CANCELLATION OF INSURANCE

Named Insured & Mailing Address:

GENEVER HOLDINGS LLC
LUC A DESPINS CH 11 TRUSTEE OF
PAUL HASTINGS LLP 200 PARK AVE
NEW YORK NY 10166

Producer: 0051997

WOLFSON INSURANCE
BROKERAGE, INC.
358 FIFTH AVENUE, 8TH FLOOR
NEW YORK NY 10001

Policy No.: 0061821443
Type of Policy: HOMEOWNERS
Date of Cancellation: 05/31/2023; 12:01 A.M. Standard Time at the mailing address of the Named Insured.

We are cancelling this policy.  Your insurance will cease on the Date of Cancellation shown above.

The reason for cancellation is discovery of willful or reckless acts by the insured increasing the hazard insured against. Additionally, physical changes in the property insured, after issuance of the renewal, which resulted in the property becoming uninsurable in accordance with the Company's underwriting standards.

Excess premium (if not tendered) will be refunded on demand.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS TERMINATION, PLEASE CONTACT THIS COMPANY'S REPRESENTATIVE AT: Wolfson Insurance Brokerage, Inc.
358 Fifth Avenue, 8th Floor
New York, NY 10001
(212) 683-2622**

**THE NEW YORK INSURANCE LAW PROHIBITS INSURERS FROM ENGAGING IN REDLINING PRACTICES BASED UPON GEOGRAPHIC LOCATION OF THE RISK OR THE PRODUCER.  IF YOU HAVE ANY REASON TO BELIEVE THAT WE HAVE ACTED IN VIOLATION OF SUCH LAW, YOU MAY FILE A COMPLAINT WITH THE DEPARTMENT EITHER ON ITS WEBSITE AT HTTP://WWW.DFS.NY.GOV/COMPLAINT OR BY WRITING TO THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES, CONSUMER ASSISTANCE UNIT, AT EITHER ONE STATE STREET, NEW YORK, NY 10004 OR ONE COMMERCE PLAZA, ALBANY, NY 12257.**

This policy provides fire and extended coverage insurance on your property.  You should contact your agent concerning coverage through another insurer or your possible eligibility for coverage through the New York Property Insurance Underwriting Association (NYPIUA).

Certain properties located a defined distance from the shore of salt-water ocean, sound, bay or inlet may be eligible for the Coastal Market Assistance Program (C-MAP).  You can obtain information about this program from NYPIUA at 100 William Street, New York, NY 10038, telephone: (212) 208-9700 or their website at http://www.nypiua.com. To contact your agent or this insurance company to see if you are eligible for C-MAP, please call: (212) 683-2622

PLEASE READ THE NEXT PAGE FOR MORE INFORMATION

Additional Insured

KEVIN J. NASH
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
1501 BROADWAY
22ND FLOOR
NEW YORK, NY 10036

Date Mailed:
25th day of April, 2023

_____
ERIC SHANKS

FORM# PC969702810605NY72021
ODEN 3.0.22.12a

Copy for Additional Insured

NYPC55NONE APP
04252023MYYY
Page 1 of 2

AIG PROPERTY CASUALTY COMPANY
**NOTICE OF CANCELLATION OF INSURANCE**

Named Insured: GENEVER HOLDINGS LLC
Policy Number: 0061821443

Your interest in this policy as an "insured" or other party of interest is being cancelled effective 05/31/2023; 12:01 A.M. Standard Time at the mailing address of the named insured.

AIG PROPERTY CASUALTY COMPANY
30 HUDSON STREET
JERSEY CITY NJ 07302

# NOTICE OF CANCELLATION OF INSURANCE

Named Insured & Mailing Address:

GENEVER HOLDINGS LLC
LUC A DESPINS CH 11 TRUSTEE OF
PAUL HASTINGS LLP 200 PARK AVE
NEW YORK NY 10166

Producer: 0051997

WOLFSON INSURANCE
BROKERAGE, INC.
358 FIFTH AVENUE, 8TH FLOOR
NEW YORK NY 10001

Policy No.: 0061821443
Type of Policy: HOMEOWNERS
Date of Cancellation: 05/31/2023; 12:01 A.M. Standard Time at the mailing address of the Named Insured.

We are cancelling this policy. Your insurance will cease on the Date of Cancellation shown above.

The reason for cancellation is discovery of willful or reckless acts by the insured increasing the hazard insured against. Additionally, physical changes in the property insured, after issuance of the renewal, which resulted in the property becoming uninsurable in accordance with the Company's underwriting standards.

Excess premium (if not tendered) will be refunded on demand.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS TERMINATION, PLEASE CONTACT THIS COMPANY'S REPRESENTATIVE AT: Wolfson Insurance Brokerage, Inc.
358 Fifth Avenue, 8th Floor
New York, NY 10001
(212) 683-2622**

**THE NEW YORK INSURANCE LAW PROHIBITS INSURERS FROM ENGAGING IN REDLINING PRACTICES BASED UPON GEOGRAPHIC LOCATION OF THE RISK OR THE PRODUCER. IF YOU HAVE ANY REASON TO BELIEVE THAT WE HAVE ACTED IN VIOLATION OF SUCH LAW, YOU MAY FILE A COMPLAINT WITH THE DEPARTMENT EITHER ON ITS WEBSITE AT HTTP://WWW.DFS.NY.GOV/COMPLAINT OR BY WRITING TO THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES, CONSUMER ASSISTANCE UNIT, AT EITHER ONE STATE STREET, NEW YORK, NY 10004 OR ONE COMMERCE PLAZA, ALBANY, NY 12257.**

This policy provides fire and extended coverage insurance on your property. You should contact your agent concerning coverage through another insurer or your possible eligibility for coverage through the New York Property Insurance Underwriting Association (NYPIUA).

Certain properties located a defined distance from the shore of salt-water ocean, sound, bay or inlet may be eligible for the Coastal Market Assistance Program (C-MAP). You can obtain information about this program from NYPIUA at 100 William Street, New York, NY 10038, telephone: (212) 208-9700 or their website at http://www.nypiua.com. To contact your agent or this insurance company to see if you are eligible for C-MAP, please call: (212) 683-2622

PLEASE READ THE NEXT PAGE FOR MORE INFORMATION

Additional Insured

NICHOLAS A. BASSETT
PAUL HASTINGS, LLP
2050 M STREET NW
WASHINGTON DC 20036

Date Mailed:
25th day of April, 2023

_____
ERIC SHANKS

FORM# PC969702810605NY72021
ODEN 3.0.22.12a

Copy for Additional Insured

NYPC55NONE APP
04252023MYYY
Page 1 of 2

AIG PROPERTY CASUALTY COMPANY
**NOTICE OF CANCELLATION OF INSURANCE**

Named Insured: GENEVER HOLDINGS LLC
Policy Number: 0061821443

Your interest in this policy as an "insured" or other party of interest is being cancelled effective  05/31/2023; 12:01 A.M. Standard Time at the mailing address of the named insured.