# WADE CLARK MULCAHY LLP | ATTORNEYS

180 Maiden Lane | Suite 901 | New York | NY 10038 | 212.267.1900 | 212.267.9470 Fax | www.wcmlaw.com

April 26, 2023

*Via Email*

John J. Panico
Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY  11042



Re:   Claim of Genever Holdings LLC
      Policy No.:    0061821440
      Claim No.:     81000578
      Date of Loss:  March 15, 2023

Dear Mr. Panico:

As you are aware, this office represents AIG Property Casualty Company ("AIG"), which issued Homeowners Policy No. PCG 0061821440 (the "Policy") to Genever Holdings LLC ("Genever") for the period of March 6, 2023, to March 6, 2024.  The Policy provides certain insurance coverage with respect to the unit at 781 Fifth Avenue, 18th Floor, New York, New York 10022 ("the Unit").  As we also have previously advised, AIG is currently conducting an investigation into the fire at 781 Fifth Avenue, New York, NY ("the Claim") under a strict reservation of rights.

We have reviewed the information that you forwarded to AIG on April 19, 2023, on behalf of Genever's Trustee.  The information provided does not materially impact AIG's potential coverage position in this matter.

First, the transfer of shares from Genever Holdings Corporation to the Trustee was done pursuant to an August 10, 2022, order from the United States Bankruptcy Court, District of Connecticut, Bridgeport District, in the Chapter 11 proceeding involving Ho Wan Kwok.  The transfer was to the Trustee solely in his capacity as the Trustee.  This "Corporate Governance Rights Order" provided that the Trustee was issued "all of the Debtor's economic and governance rights, for the benefit of the Estate" and expressly noted that the Trustee was not authorized to "sell, otherwise dispose of, lease, or encumber" any assets of the Debtor.  It appears that at all times the Debtor remained in control and in possession of the Unit.

April 26, 2023
Page 2

In reviewing the July 23, 2022, motion from the Trustee in support of this requested relief, it is apparent that this transfer was done in order to protect against the improper disposition of the debtor's property (including the Unit)) based on the Debtor's "willingness to defy court orders." As acknowledged in the Trustee's motion, a Trustee steps in the shoes of a debtor in respect of the debtor's rights. As such, the Trustee remains subject to all of the Policy terms, conditions, and endorsements, including any exclusions, in the same manner as the named insured, Genever Holdings LLC.

Next, in respect of the copy of the Policy that you forwarded, effective on March 16, 2023 (and subsequent to the March 15, 2023, fire), the Policy's mailing address was amended by endorsement from 781 Fifth Avenue, 18th Floor, New York, NY, 10022, to Lus (sic) A. Despins Ch 11 Trustee of Ho Wan Kwok, 200 Park Ave, New York, NY 10166 USA.

The Named Insured of the Policy at all times has remained Genever Holdings LLC, and this post-fire address amendment does not service to change the identity of the Named Insured, nor does it reflect AIG's consent to assign or to provide any coverage under the Policy to the Trustee.

Further in that regard, as I noted during our discussion, the Policy provides:

**PART IV - CONDITIONS**

E. Assignment

No one covered under this policy may assign or turn over any right or interest in regard to the policy without our written consent.

* * *

In respect of the unsolicited Proof of Loss for a claimed amount of $391,047.97 that you submitted to me on April 21, 2023, as you are aware, AIG's investigation into the Claim is ongoing and it has not confirmed coverage.

Next, the Policy provides:

**PART IV – CONDITIONS**

**B.** Your Duties After a Loss

      7. **Send to us within sixty (60) days of our request**, your signed sworn proof of loss which sets forth, to the best of your knowledge:
        a. The time and cause of loss;
        b, The interest of all others in the property;
        c. Other insurance which may cover the loss; and
        d. The dollar amount being claimed as your loss.
      (Emphasis added)

AIG has not requested this proof of loss and has not made a determination on coverage under the Policy. As such, AIG hereby rejects the Proof of Loss and will not be issuing payment.

As noted, AIG's investigation of Genever's claim continues under a strict reservation of rights. AIG does not waive, and intends to preserve, all potential defenses to coverage under the Policy and at law, and nothing set forth in this letter serves as a waiver of any of AIG's rights.

Sincerely,

WADE CLARK MULCAHY LLP
/s/
*Michael A. Bono*


cc:    Audi Mincey
       Wolfson Ins. Brokerage Inc.
       amincey@globalcoverage.com

       Genever Holdings LLC
       c/o Max Krasner
       propertymanagement77@proton.me

       Cara DiGiovanna
       Cara.Digiovanna@aig.com

       Luc Despins, Esq.
       lucdespins@paulhastings.com