# STROOCK

April 19, 2023

Sherry Millman
Direct Dial: 212.806.5434
Fax: 212.806.6006
smillman@stroock.com

Luc Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
lucdespins@paulhastings.com

Re: 18th Floor Apartment at Sherry Netherland

Dear Luc:

I write to you on behalf of the Sherry Netherland, Inc. Per our prior discussions it is imperative that emergency services be undertaken to mitigate damage to the building and other units at the Sherry Netherland caused by the March 15th fire in the eighteenth floor apartment owned by Genever Holdings LLC, (the "Genever Apartment").

Those emergency services include clean up both of the origin and non origin areas of the Genever Apartment where conditions are worsening with the passage of time, causing health and safety concerns for the building and its inhabitants as well as prolonging the period that apartments are untenantable.

I was copied on Michael Bono's April 17th letter to you stating that AIG Property Casualty Company ("AIG") "does not intend to take any further action in respect of repair or remediation at this time" at the Genever Apartment. Regardless of AIG's position, Genever, as shareholder, and you, at the helm of Genever, are responsible for this clean up and the injury resulting from any failure to undertake the clean up promptly.

Please advise us immediately when the clean-up of the Genever Apartment will take place.

Sincerely,

*Sherry Millman/vc*

Sherry Millman