INSURED COPY
0061821443
0051997
03/06/2023

0001178   06 SP 2.460 **SNGLP  T  6072 10166      -C03-P01179-I 2



Genever Holdings LLC
Luc A Despins CH 11 Trustee of
Paul Hastings LLP 200 Park Ave
New York NY 10166



6072-03-00-0001178-0001-0033635



AIG Private Client Group

<u>AIG Property Casualty Company</u>
(Name of issuing company)

Endorsement

Effective: 03/16/2023

# POLICY CHANGE NOTICE
# PLEASE SEE YOUR REVISED DECLARATIONS PAGE

Your Declarations Page shows at a glance the coverage you have and your premium. Your Declarations Page is part of your policy. Please read your policy carefully, including your Declarations Page and any attached Endorsements, for a description of your coverage.

**Policy Number:**
PCG  0061821443

**Policy Period:** 03/06/2023-03/06/2024
At 12:01 A.M. standard time at your mailing address shown below

**Name of Insured Mailing Address:**
Genever Holdings LLC
Luc A Despins CH 11 Trustee of
Paul Hastings LLP 200 Park Ave
New York, NY 10166 USA

**Agency Name, Address, Phone # & Code:**
Wolfson Insurance Brokerage, Inc.
358 Fifth Avenue, 8th Floor
New York, NY 10001

(212) 683-2622  -  0051997

---

**YOUR POLICY HAS BEEN CHANGED**

---

**Effective Date:** 03/16/2023
**Summary of Change:** Amend Mailing address

**Changes to Annual Premium:**
**Revised Annual Premium:**      $1,098.00
**Premium charge for endorsement:** $0

**From:** 03/16/2023      **To:** 03/06/2024

PCHO-CHGN (07/01)



6072-03-00-0001178-0002-0033636



AIG Private Client Group

AIG Property Casualty Company
(Name of issuing company)

Endorsement          Effective: 03/16/2023

# New York Homeowners Declarations Page

Your Declarations Page shows at a glance the coverage you have and your premium. Your Declarations Page is part of your policy. Please read your policy carefully, including your Declarations Page and any attached Endorsements, for a description of your coverage.

**Policy Number:**
PCG 0061821443

**Policy Period:** 03/06/2023 - 03/06/2024
At 12:01 A.M. standard time at your mailing address shown below

**Name of Insured and Mailing Address:**
Genever Holdings LLC
Luc A Despins CH 11 Trustee of
Paul Hastings LLP 200 Park Ave
New York, NY 10166 USA

**Agency Name, Address, Phone # & Code:**
Wolfson Insurance Brokerage, Inc.
358 Fifth Avenue, 8th Floor
New York, NY 10001

(212) 683-2622  -  0051997

## YOU WILL BE BILLED SEPARATELY FOR ANY PREMIUM DUE.

The kind of losses that are covered and any special limits or deductibles that apply, are explained in detail in your Policy.

Summary of Coverage by Location:

### 781 Fifth Avenue, New York, NY 10022

| COVERAGE | PAYMENT BASIS | COVERAGE LIMIT |
|---|---|---|
| Combined Additions and Alterations and Contents | Replacement Cost | $85,777 |
| Additional Living Expense | | Unlimited |
| Liability | | $1,000,000 |
| Medical Payments | | $10,000 |

A deductible of $10,000 applies to this location unless a special deductible applies.     Location Premium: **$1,098.00**

**Forms and Endorsements Attached for Location:**

91222 PCG (09/16), PCG-CL NO (06/06), PCGOFACNOT (07/14), PCHO-WC-NY (03/14), PCHO-DWLL (09/06)
PCHO-AENY (09/06), PCHO-DEC-NY (05/13), HNOT-NY (01/95), PCHO-FUNGINOT-NY (05/08)
PCG-CRNOTR-NY (12/09), PCG-DESNOT-NY (02/21), PCHO (09/06), PCG-FEENOTICE (08/18)
PCHO-AINT (08/00), PCHO-CHGN (07/01), PCG-PRIVNOT (09/21), PCG-OFAC (05/22)

PCG-MAN  (01/05)

**Total Premium : $1,098.00**

6072-03-00-0001178-0003-0033637



6072-03-00-0001178-0003-0033637

| **FACTS** | **WHAT DOES AMERICAN INTERNATIONAL GROUP, INC. (AIG) DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and Medical Information<br>• Income and Credit History<br>• Payment History and Employment Information<br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons AIG chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does AIG share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** — such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, conduct research including data analytics, or report to credit bureaus | Yes | No |
| **For our marketing purposes** — to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes** — information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes** — information about your creditworthiness | No | We don't share |
| **For nonaffiliates to market to you** | No | We don't share |

| **Questions?** | For AIG Insurance Companies: Call 866-244-4786; Fax: 212-458-7081 or E-Mail: CIPrivacy@aig.com<br><br>For Pet insurance sold by AIG Insurance Companies: Call 866-937-7387 or E-Mail: CIPrivacy@aig.com<br><br>For LiveTravel, Inc., Travel Guard Group, Inc. or AIG Travel Assist, Inc.: Call 866-244-4786 or E-Mail: CIPrivacy@aig.com |
|---|---|

PCG-PRIVNOT (09/21)          © **American International Group, Inc. All rights reserved.**          Page 1 of 3

6072-03-00-0001176-0004-0033638

## Who we are

| | |
|---|---|
| **Who is providing this notice?** | The insurance company subsidiaries of American International Group, Inc. (AIG) underwriting property-casualty, accident & health, life insurance and related services and certain marketing subsidiaries of AIG listed below. |

## What we do

| | |
|---|---|
| **How does AIG protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law.  These measures include computer safeguards and secured files and buildings.  We restrict access to employees, representatives, agents, or selected third parties who have been trained to handle nonpublic personal information. |
| **How does AIG collect my personal information?** | We collect your personal information, for example, when you<br>• apply for insurance or pay insurance premiums<br>• file an insurance claim or give us your income information<br>• provide employment information<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes-information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |

## Definitions

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Our affiliates include the member companies of American International Group, Inc., such as National Union Fire Insurance Company of Pittsburgh Pa.* |
| **Nonaffiliates** | Companies not related by common ownership or control.  They can be financial and nonfinancial companies.<br>• *AIG does not share with nonaffiliates so they can market to you.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• *Our joint marketing partners include companies with which we jointly offer insurance products, such as a bank.* |

## Other important information

This notice is provided by  American Home Assurance Company; AIG Assurance Company; AIG Property Casualty Company; AIG Specialty Insurance Company; Commerce and Industry Insurance Company; Granite State Insurance Company; Illinois National Insurance Co.; Lexington Insurance Company; AIU Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa.; National Union Fire Insurance Company of Vermont; New Hampshire Insurance Company; The Insurance Company of the State of Pennsylvania; (collectively  the "AIG Insurance Companies"). This notice is also provided by certain marketing subsidiaries of AIG, including Morefar Marketing, Inc., LLC, Travel Guard Group, Inc., AIG Travel Assist, Inc. and LiveTravel, Inc. who market insurance or non-insurance products and services to consumers.



**For Vermont Residents only.** We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures.  Additional information concerning our privacy policies can be found using the contact information above for Questions.

**For California Residents only.** We will not share information we collect about you with nonaffiliated third parties, except as permitted by California law, such as to process your transactions or to maintain your account.

6072-03-00-0001178-0004-0033638

**For Nevada Residents Only.** We are providing this notice pursuant to Nevada state law. You may elect to be placed on our internal Do Not Call list by contacting us as listed above. Nevada law requires that we also provide you with the following contact information: Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington Street, Suite 3900, Las Vegas, NV 89101; Phone number: 702–486–3132; email: aginfo@ag.nv.gov. You may contact the applicable customer service department using the contact information above or by writing to us at Privacy Officer, 1271 Ave of the Americans, FL 37, New York, NY 10020- 1304.

You have the right to see and, if necessary, correct personal data. This requires a written request, both to see your personal data and to request correction. We do not have to change our records if we do not agree with your correction, but we will place your statement in our file. If you would like a more detailed description of our information practices and your rights, please write to us at: Privacy Officer, CIPrivacy@aig.com.

6072-03-00-0001178-0005-0033639



6072-03-00-0001178-0005-0033639

**AIG**

AIG Private Client Group

# NOTICE

## To report a claim, please contact:

## + 1-888-760-9195

6072-03-00-0001178-0006-0033640



6072-03-00-0001178-0006-0033640



## POLICYHOLDER NOTICE

Thank you for purchasing insurance from a member company of American International Group, Inc. (AIG). The AIG member companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy. You can review and obtain information about the nature and range of compensation paid by AIG member companies to brokers and independent agents in the United States by visiting our website at www.aig.com/producer-compensation or by calling 1-800-706-3102.

6072-03-00-0001178-0007-0033641



6072-03-00-0001178-0007-0033641

## IMPORTANT NOTICE REGARDING YOUR POLICY

**Installment Fees**

Your policy will be assessed an installment fee per installment, unless Full Payment has been selected.  The fee amount is disclosed on your Billing Statement.

6072-03-00-0001178-0008-0033642



6072-03-00-0001178-0008-0033642



## IMPORTANT NOTICE TO SENIOR POLICYHOLDERS – NEW YORK

Insureds sixty-five years of age or older may make a written request to the insurer to name a designee to receive notices of cancellation and nonrenewal. If for any reason a cancellation or nonrenewal notice is sent to the named insured, the named insured's designee will also receive a copy of the notice.

New York law requires that the notification by the senior citizen insured to the insurance company advising of the third party designation shall include a written acceptance by the third party designee. Such notification must be delivered to the company by certified mail, return receipt requested to:

**AIG Property Casualty Company**
**Attn: Client Services**
**1271 Avenue of the Americas**
**New York, NY 10020**

**If you want to name a third-party designee, please provide the designee's information below. Please sign your name and have the designee provide their signature as well.**

| Policy Number: PCG  0061821443 |
|---|

Signature: _____

DESIGNATION AS A THIRD PARTY DOES NOT CONSTITUTE AN ACCEPTANCE OF ANY LIABILITY. IF AT ANY TIME YOU WANT TO TERMINATE THIS DESIGNEE AGREEMENT YOU MUST SEND WRITTEN NOTIFICATION TO BOTH THE COMPANY AND THE SENIOR CITIZEN INSURED.

| Designee Name: | | |
|---|---|---|
| Address: | | |
| City: | ST: | Zip |

_____          _____
(Signature of Designee)                                      (Date)

Insured Copy

6072-03-00-0001178-0009-0033643





## IMPORTANT NOTICE TO SENIOR POLICYHOLDERS – NEW YORK

Insureds sixty-five years of age or older may make a written request to the insurer to name a designee to receive notices of cancellation and nonrenewal. If for any reason a cancellation or nonrenewal notice is sent to the named insured, the named insured's designee will also receive a copy of the notice.

New York law requires that the notification by the senior citizen insured to the insurance company advising of the third party designation shall include a written acceptance by the third party designee.  Such notification must be delivered to the company by certified mail, return receipt requested to:

**AIG Property Casualty Company**
**Attn:  Client Services**
**1271 Avenue of the Americas**
**New York, NY 10020**

**If you want to name a third-party designee, please provide the designee's information below.  Please sign your name and have the designee provide their signature as well.**

| Policy Number: PCG  0061821443 |
| --- |

Signature: _____

DESIGNATION AS A THIRD PARTY DOES NOT CONSTITUTE AN ACCEPTANCE OF ANY LIABILITY.  IF AT ANY TIME YOU WANT TO TERMINATE THIS DESIGNEE AGREEMENT YOU MUST SEND WRITTEN NOTIFICATION TO BOTH THE COMPANY AND THE SENIOR CITIZEN INSURED.

| Designee Name: | | |
| --- | --- | --- |
| Address: | | |
| City: | ST: | Zip |

_____     _____
(Signature of Designee)                                (Date)

Company Copy

6072-03-00-0001178-0010-0033644



6072-03-00-0001178-0010-0033644

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## ECONOMIC SANCTIONS ENDORSEMENT

The following is added to the policy to which it is attached:

The Insurer shall not be deemed to provide cover and the Insurer shall not be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose the Insurer, its parent company or its ultimate controlling entity to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or the United States of America.

PCG-OFAC (05/22)                                                                 Page 1 of 1



6072-03-00-0001178-0011-0033645

## IMPORTANT NOTICE TO OUR CUSTOMERS
## REGARDING THE
## OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")

Your rights as a policyholder and payments to you, any insured, additional insured, loss payee, mortgagee, or claimant, for loss under this policy may be affected by the administration and enforcement of U.S. economic embargoes and trade sanctions by the OFFICE OF FOREIGN ASSETS CONTROL ("OFAC").

The United States imposes economic sanctions against countries, groups and individuals, such as terrorists and narcotics traffickers. These sanctions prohibit US persons from dealing with these sanctioned parties. The purpose of this notice is to inform you that we cannot violate US sanctions by engaging with sanctioned countries or people.

### WHAT IS OFAC?

OFAC is an office of the Department of the Treasury and acts under presidential wartime and national emergency powers, as well as authority granted by specific legislation, to impose controls on transactions and freeze foreign assets under U.S. jurisdiction. OFAC administers and enforces economic embargoes and trade sanctions primarily against:

- Targeted foreign countries and their agents

- Terrorism sponsoring agencies and organizations

- International narcotics traffickers

- Proliferators of Weapons of Mass Destruction

### PROHIBITED ACTIVITY

- OFAC enforces certain embargoes and sanctions against designated countries. No U.S. business or person may enter into transactions involving designated "sanctioned" countries.
- OFAC publishes on its website a list known as the "Specially Designated Nationals and Blocked Persons" ("SDNBP") list. No U.S. business or person may enter into transactions involving any person or entity named on the SDNBP list.

Additional information about OFAC Sanctions Programs and Countries can be found at:
http://www.treasury.gov/resource-center/sanctions/Programs/Pages/Programs.aspx

### OBLIGATIONS PLACED ON US BY OFAC

If we determine that you or any insured, additional insured, loss payee, mortgagee, or claimant are on the SDNBP list or are connected to a sanctioned country as described in the regulations, we must block or "freeze" property and payment of any funds transfers or transactions.

### POTENTIAL ACTIONS BY US

1. We shall not be deemed to provide cover when it would violate any applicable sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union or the United States of America. You will not receive a return premium unless approved by OFAC. All funds will be placed in an interest bearing blocked account established on the books of a U.S. financial institution.

2. We will not pay a claim or provide any benefit to the extent that such cover, payment of such claim or provision of such benefit would violate any trade or economic sanctions, laws or regulations of the United States of America and we will not defend or provide any other benefits under your policy to individuals, entities or companies to the extent that it would violate any trade or economic sanctions, laws or regulations of the United States of America.

### YOUR RIGHTS AS A POLICYHOLDER

If funds are blocked or frozen by us in conjunction with the OFFICE OF FOREIGN ASSETS CONTROL, you may complete an "APPLICATION FOR THE RELEASE OF BLOCKED FUNDS" and apply for a specific license to request their release. Forms are available for download at the OFAC website. See
http://www.ustreas.gov/offices/eotffc/ofac/legal/forms/license.pdf



6072-03-00-0001178-0012-0033646

**AIG**

# HOMEOWNERS COVERAGE

## QUICK REFERENCE

Declarations Page

Your Name and Address
Transaction
Policy Period
Coverage Limits
Premium
Forms

Coverage is provided by the American International Group, Inc., member company named on the Declarations Page. Each is a stock company.

| Policy Provisions | Beginning on Page |
|---|---|
| **PART I - Definitions** | 1 |
| **PART II - Property** | 2 |
| A. Insuring Agreement | |
| B. Payment of a Loss | |
| C. Additional Coverages | |
| D. Exclusions | |
| **PART III - Liability** | 9 |
| A. Insuring Agreement | |
| B. Payment of a Loss | |
| C. Defense Coverage and Claim Expense | |
| D. Additional Coverages | |
| E. Exclusions | |
| **PART IV - Conditions** | 11 |

The Contract together with the Declarations Page and Endorsements, if any, complete the policy.

PCHO (09/06)

6072-03-00-0001178-0013-0033647

THIS POLICY IS NOT COMPLETED WITHOUT A DECLARATIONS PAGE

## HOMEOWNERS COVERAGE - POLICY PROVISIONS

The insurance company named on your Declarations Page will provide the insurance described in this policy. You agree to pay the premium and comply with your responsibilities described in this policy.

Various provisions in this policy restrict or exclude coverage. Read the entire policy carefully to determine your rights and duties, and what is and is not covered. We have no duty to provide coverage unless there has been full compliance with policy PART IV - CONDITIONS.

---

### PART I - DEFINITIONS

Words with special meanings are defined here or in the part of the policy where they are used. Throughout the policy, defined terms will be bolded when used.

In this policy, the words "you", "your" and "yours" refer to the person or persons named on the Declarations Page and his or her "spouse" who lives in the same household. The words "we", "us", "our" and "ours" mean the insurance company named on the Declarations Page.

As used herein, a Declarations Page includes any schedule that supplements it.

Also, in this policy the words:

**Aircraft** means any contrivance used or designed for flight, except model or hobby craft not used or designed to carry people or cargo.

**Bodily Injury** means bodily harm, including resulting sickness or disease, required care, loss of services or death.

**Business** means a part-time or full-time trade, occupation or profession, including farming or ranching, other than **incidental business**.

**Contents** means personal property owned by, or in the possession of, you or a **family member**.

For any **residence** listed on the Declarations Page that **is a** condominium or cooperative, or rental unit, **contents** includes additions, alterations, items of real property, installations or fixtures that you paid for or acquired at your expense along with the **residence**. The property must be your insurance responsibility under the governing rules of the Condominium or Cooperative Association.

**Damages** means the sum required to satisfy any claim covered by this policy, whether settled and agreed to in writing by us or resolved by judicial review.

**Family Member** means a person related to you by blood, marriage or adoption that lives in your household including a ward or foster child.

**Fungi** means any type or form of fungus, including but not limited to all forms of mold or mildew, and any mycotoxins, spores, scents, vapors, gas or substance, including any by-products, produced or released by **fungi**.

**House** means the owned one, two, three or four family dwelling at which you reside, intend to reside, or any location named on the Declarations Page that is not a condominium or a cooperative.

**Incidental Business** means a **business** activity that does not produce gross revenues in excess of $10,000 in any year, has no employees subject to workers' compensation or other similar disability laws, and conforms to federal, state and local laws. **Incidental business** includes the **business** of farming provided that it does not involve employment of others for more than 1,250 hours of farm work during the Policy Period, and does not produce more than $25,000 in gross annual revenues from the raising or care of animals or agriculture. **Incidental business** includes **residences** listed on the Declarations Page that you own and rent to others.

**Insured person** means:

a. You or a **family member;**

b. An Additional Insured named in the policy;

c. Any person given permission by you or a **family member** to use a vehicle or **watercraft** covered under this policy with respect to their legal responsibility arising out of its use; or

d. A **spouse**. A **spouse** is a marriage partner. The term **spouse** also includes an individual registered under state law as a domestic partner of the **insured person** shown on the Declarations Page.

**Landscaping** means your trees, lawn, shrubs, and other plants, not including forestry or brush, on the grounds of your **residence**.

**Medical Expenses** means reasonable charges for medical, dental, hospital, surgical, X-ray, prosthetic devices, professional nursing, ambulance, and funeral services.

**Occurrence** means:

a. A loss or an accident, to which this insurance applies, including continuous or repeated exposure to substantially the same general harmful conditions, which occurs during the Policy Period and results in **personal injury** or **property damage;** or

b. An offense, to which this insurance applies, including a series of related offenses, committed during the Policy Period that results in **personal injury** or **property damage.**

**Other Permanent Structures** means outdoor structures you own that are situated on the grounds of



6072-03-00-0001178-0013-0033647

your **residence**.

**Personal Injury** means the following injuries, or resulting death:

a. **Bodily injury**;

b. Wrongful detention, false imprisonment or false arrest;

c. Shock, emotional distress, mental injury;

d. Invasion of privacy;

e. Defamation, libel or slander;

f. Malicious prosecution;

g. Wrongful entry or eviction; or

h. Assault and battery when committed with the intent of protecting persons.

**Property Damage** means physical injury to, destruction of, or loss of use of tangible property and the resulting loss of its use.

**Reconstruction Cost** means the lesser of the amount at the time of the loss required to:

a. Restore or repair a structure; or

b. Replace or rebuild a structure at the same location;

with materials of like kind and quality. **Reconstruction cost** does not include any amount required for the excavation, replacement or stabilization of land under or around a structure.

**Recreational Motor Vehicle** means:

a. A motorized land vehicle designed for use off public roads and not subject to motor vehicle registration or operator licensing;

b. A motorized land vehicle in dead storage at your **residence**; or

c. A motorized land vehicle used solely on and to service a location shown on the Declarations Page.

**Residence** means any of the following which is listed on the Declarations Page:

a. Any **house, other permanent structures** and grounds that you own;

b. Any condominium unit, cooperative, or apartment that you own or reside in; or

c. Any other type of home you rent to live in.

**Residence Employee** means:

a. Your employee whose duties are related to the maintenance or use of the **residence** premises, including household or domestic services; or

b. One who performs similar duties elsewhere not related to your **business**.

**Watercraft** means a boat or craft designed for use on, over or under water.

---

## PART II - PROPERTY

**A. Insuring Agreement**

This policy covers you against all risks of direct physical loss or damage to your **house, contents** and **other permanent structures** unless an exclusion applies.

**B. Payment of a Loss**

1. Amount of Coverage for Your **House** and **Other Permanent Structures**

   The amount of coverage for each **house** and for **other permanent structures** at each location shown on the Declarations Page is determined by the payment basis shown on the Declarations Page:

   a. *Guaranteed Rebuilding Cost Coverage*

   We will pay Guaranteed Rebuilding Cost when shown on the Declarations Page of this policy. Guaranteed Rebuilding Cost coverage means that for a covered loss we will pay the **reconstruction cost** of your **house** or **other permanent structures**, for each **occurrence**, even if this amount is greater than the amount of coverage shown on the Declarations Page. However, you must begin to repair or rebuild your **house** or **other permanent structures** within two years from the date of loss at the same location. If not, the maximum payable is the coverage limit shown for that location on the Declarations Page.

   b. *Replacement Cost Coverage*

   We will pay Replacement Cost when shown on the Declarations Page of this policy. Replacement Cost Coverage means that for a covered loss we will pay the **reconstruction cost** of your **house** or **other permanent structures**, up to the coverage limit shown for that location on your Declarations Page, for each **occurrence**. For a covered total loss we will pay the **reconstruction cost** up to the coverage limit shown for that location on your Declarations Page, for each **occurrence**, whether or not you actually rebuild your **house** or **other permanent structures**. The amount of coverage will be increased daily to reflect the current effect of inflation. At the time of a covered loss, your **house** and **other permanent structures** coverage will include any increase in the United States Consumer Price Index from the beginning of the Policy Period.

Your payment basis is subject to the following restriction. If at any time during the policy period, you are newly constructing your **house** or **other permanent structures**; constructing additions; or undergoing renovations equal to

6072-03-00-0001178-0014-0033648

or in excess of the lesser of 10% of the **house** coverage limit or $500,000, and/or it results in your moving out of the **house** for any period of time, the payment basis for your **house** or **other permanent structures** is the reconstruction cost less depreciation. This limitation will not apply if we otherwise give our prior written consent.

We may change the amount of coverage shown on the Declarations Page when the policy renews or when appraisals are conducted to reflect current costs and values.

**2. Amount of Coverage For Your Contents**

The coverage amount for your **contents** for each covered **residence** is listed on your Declarations Page. The amount we will pay for a covered loss will depend on where the covered loss occurs:

At a **Residence**;

**a.** If a loss occurs to **contents** located at a **residence** with **contents** coverage:

   **i.** Listed on the Declarations Page of this policy:

   We will pay up to the coverage limit for **contents** for that location, for each **occurrence**; or

   **ii.** Under another Homeowners policy in force with us:

   We will not pay any amount under this policy.

**b.** If a loss occurs to **contents** located at a **residence** that does not have **contents** coverage or at a **house**, condominium, cooperative or rental unit owned or rented by the **insured person** not listed on the Declarations Page of this policy or any other policy issued by us or one of our affiliated companies:

   We will pay up to 10% of the highest coverage limit for **contents** of any single location listed in this policy, for each **occurrence**. Payment will be made based on the single location and will not be made under more than one policy issued by us or one of our affiliated companies.

   However, **contents** at a newly acquired **residence** are not subject to this limitation for sixty (60) days after you begin to move property there.

Away From a **Residence**;

**c.** If a loss occurs to **contents** located away from any **residence** or location you own or live at:

   We will pay up to the highest coverage limit for **contents** for any single location listed in this policy, for each **occurrence**. Payment will be made based on the single location and will not be made under more than one policy issued by us or one of our affiliated companies.

The most we will pay for a covered loss is the lesser of the amount required to repair the damage or the full cost to replace the **contents** without deduction for depreciation, up to the coverage limit.

However, the most we will pay for a covered loss is the cost to repair or replace the **contents** less depreciation, up to the coverage limit, if the **contents** are obsolete or unusable for the purpose for which they were originally intended because of their age or condition.

If, after a covered loss to both **house** and **contents**, we pay more than the coverage limit for **house** coverage because of Guaranteed Rebuilding Cost, we will automatically increase the amount of **contents** coverage for that loss by the same percentage that we increased the amount of **house** coverage.

The amount of coverage for your **contents** will be increased daily to reflect the current effect of inflation. At the time of a covered loss, your **contents** coverage will include any increase in the United States Consumer Price Index from the beginning of the Policy Period.

**3. Deductible**

The deductible shown on the Declarations Page is the amount of a covered loss you will pay for each **occurrence**.

Your deductible shown on the Declarations Page will be reduced by any other deductible in this policy unless the deductible is a special deductible such as hurricane, wind and hail, or named storm.

Construction deductible. If at any time during the Policy Period, you are newly constructing your **house** or **other permanent structures**; constructing additions; or undergoing renovations equal to or in excess of the lesser of 10% of the **house** coverage limit or $500,000, and/or it results in your moving out of the **house** for any period of time, a 5% construction special deductible will apply to each **occurrence** in lieu of a base deductible. This deductible applies to your **house**, **other permanent structures**, **contents**, and additional coverages. The dollar amount of this deductible is based on the **house** coverage limit shown on the Declarations Page for that location at the time of the loss. This deductible does not eliminate any other special deductibles that may apply. If the deductible waiver for large losses endorsement was selected, that endorsement will not apply. The construction deductible will not apply to the loss if we otherwise give our prior written consent.

**4. Pairs, Sets and Parts**

For a covered loss to a pair or set, we will pay whichever is less:

**a.** The cost to replace the lost or damaged property;



6072-03-00-0001178-0014-0033648

b. The cost to restore or repair the damaged property to its pre-loss condition;

c. The difference between the market value of the pair or set before the loss and after the loss; or

d. The amount of coverage.

However, we will pay you the full replacement cost of the entire pair or set if you agree to surrender the remaining article(s) of the pair or set to us.

5. Special Limits of Liability

a. The limit shown for each of the following categories is the maximum we will pay for a covered loss to that type of **contents**. These special limits do not increase the amount of coverage of your **contents**.

| | | |
|---|---|---|
| i. | Money, bank notes, money orders, drafts, checks or gold, silver or platinum bullion or ingots | $2,500 |
| ii. | **Watercraft,** including their outboard motors, equipment and furnishings | $5,000 |
| iii. | Trailers | $5,000 |
| iv. | Grave markers and Mausoleums | $50,000 |

b. The limit shown for each of the following categories is the maximum we will pay for a covered loss to that type of **contents** unless they are stored in a bank vault or bank safe deposit box, in which case we will pay up to the total amount for **contents** coverage listed in the policy for each **occurrence**. These special limits do not increase the amount of coverage of your **contents**.

| | | |
|---|---|---|
| i. | Stamps, Coins & Medals | $5,000 |
| ii. | Negotiable papers, securities, accounts, evidences of debt, letters of credit,notes (other than bank notes), manuscripts, passports, tickets | $5,000 |

c. We will pay up to the coverage limit for **contents** coverage listed in the policy for each **occurrence** for **contents** in the following categories unless they are lost, misplaced or stolen, in which case we will only pay up to the limit shown below. These special limits do not increase the amount of coverage of your **contents**.

| | | |
|---|---|---|
| i. | Jewelry, watches, | $5,000 |

precious stones or semi-precious stones, whether set or unset

| | | |
|---|---|---|
| ii. | Furs | $5,000 |
| iii. | Guns | $5,000 |
| iv. | Silverware, goldware, pewterware or trophies | $10,000 |

d. We will pay up to the total amount of **contents** coverage listed in the policy for each **occurrence** for **contents** in the following categories unless the loss is caused by breakage, in which case we will only pay up to the limit shown below. These special limits do not increase the amount of coverage of your **contents**.

| | | |
|---|---|---|
| i. | Crystal, china, porcelains, figurines, statues, sculptures, mirrors, wine bottles, glassware and similar items. | $50,000 |

## C. Additional Coverages

These coverages are offered in addition to the amount of coverage shown on the Declarations Page unless stated otherwise. Your deductible applies to these coverages unless stated otherwise. Exclusions are described in section D. Exclusions and limits of liability, are described in section B., 5. Special Limits of Liability apply to these coverages.

1. Additional Living Expense

If a covered loss makes your **residence** uninhabitable, we cover any reasonable increase in living expenses incurred by you to maintain your household's usual standard of living. Payment will continue for the shortest reasonable amount of time necessary to restore your **residence** to a habitable condition or for your household to permanently locate elsewhere. If your **residence** is under construction and you are living in the **residence** at the time of loss, additional living expenses will cease once you are restored to the condition you were just prior to the loss. We will not pay any interests for loans or increased policy premiums associated with the rebuilding of your home. However, if prior to the loss you are not living in the **residence** or have moved out because of construction or renovations, then additional living expenses for this location will not apply.

We will also pay reasonable expenses associated with the kenneling of your domestic animals only.

2. Assessments

We will pay up to $100,000 per **occurrence** for your share of an assessment charged during the Policy Period against all the mem-

6072-03-00-0001178-0015-0033649

bers of a Homeowners, Condominium or Cooperative Association. The assessment must be as a result of a covered loss to property or as a result of liability that would be covered under this policy. We will not pay assessments charged for loss resulting from earthquake; however, we will pay your share of an assessment charged as a result of an ensuing covered loss due to theft, explosion, fire or glass breakage unless another exclusion applies. We will not pay more than $10,000 for any assessment that results from a deductible in your Association's insurance. The resultant assessment must be a result of a covered loss to property or as a result of liability that would be covered under this policy. We will not pay assessments charged for loss resulting from earthquake; however, we will pay your share of an assessment charged as a result of an ensuing covered loss due to theft, explosion, fire or glass breakage unless another exclusion applies. Your deductible does not apply to this coverage.

**3. Fair Rental Value**

If you are not able to rent out your **residence,** or a part of your **residence,** that you usually rent to others because of a loss covered by this policy, we will pay the fair rental value for the reasonable amount of time necessary to restore your **residence,** or that part of your **residence,** to a habitable condition.

**4. Forced Evacuation**

If you are forced by civil authority to evacuate your **residence** as a direct result of a loss or a reasonable threat of a loss covered by this policy, we will reimburse you for the reasonable increase in your living expenses necessary to maintain your household's normal standard of living for up to thirty (30) days. We also cover any loss in fair rental value for up to thirty (30) days if your **residence** is rented to others.

**5. Landscaping**

We will pay up to 5% of the coverage limit for the **house** or, if **house** coverage is not available, 5% of the coverage limit for the **contents** at the **residence** at which the covered loss occurs, but no more than $5,000 for any one tree, shrub or plant. **Landscaping** does not include forestry or brush.

We will pay only for losses caused by:

**a. Aircraft;**

**b.** Fire, lightning or explosion;

**c.** Riot or civil commotion;

**d.** A vehicle not owned or operated by someone who lives at the **residence;** or

**e.** Theft, attempted theft, vandalism or malicious mischief.

This additional coverage applies only if you repair or replace the damaged **landscaping** within 180 days of the date of loss.

**6.** Land

In the event of a covered loss to your **house** or **other permanent structures** we will pay for required stabilization, excavation, or replacement of land under or around your **house** or **other permanent structures.** We will pay up to 10% of the amount of a covered loss to your **house** or **other permanent structures** for this coverage.

**7.** Construction Materials

We cover materials and supplies owned by you at each location shown on the Declarations Page for use in the repair, alteration, or construction of your **residence** unless stated otherwise or an exclusion applies. These payments do not increase the amount of your coverage.

**8.** Precautionary Repairs

After a loss covered by this policy, we will pay the reasonable expenses you incur for necessary repairs to protect your **residence** against further loss. These payments do not increase the amount of your coverage.

**9.** Debris Removal

We will pay the reasonable expenses to remove debris of a covered loss and the property that caused that covered loss. We will also pay up to a total of $1000 to remove trees from the **residence** if felled by the peril of windstorm, hail, weight of ice or snow or sleet when there is no damage to covered property.

**10.** Lock Replacement

We will pay for the cost of replacing the locks in a **residence** listed on the Declarations Page if the keys to that **residence** are lost or stolen. Your deductible does not apply to this coverage.

**11.** Rebuilding to Code

We will pay the extra expenses to obey any law or ordinance that regulates the repair, rebuilding or demolition of property damaged by a covered loss.

**12.** Mine Subsidence

We cover direct loss to your **house** and **other permanent structures** caused by lateral or vertical movement of a man-made underground mine or mine-related excavations.

**13.** Property Removal for Safekeeping

We will pay for any reasonable expenses incurred for the moving and storing of **contents** from a **residence** because the **contents**



6072-03-00-0001178-0015-0033649

are in danger as a result of a covered loss.

**14.** Data Replacement

We will reimburse you up to $5,000 for expenses you incur as a result of a covered loss to replace lost personal data stored on a personal computer or portable computing device that you own or lease.

**15.** **Business** Property

We will pay up to $25,000 for a covered loss to **business** property you own or lease.

**16.** Fire Department Charges

We will pay for the charges imposed by law or assumed by written agreement when a fire department answers a call to save or protect a **residence** listed on the Declarations Page. Your deductible does not apply to this coverage.

**17.** Back Up of Sewers and Drains

We will pay up to the coverage limits shown on the Declarations Page for physical loss or damage to property caused by:

**a.** Water which backs up through sewers or drains on the **residence** premises. A sewer or drain is a pipe mechanically connected to the **residence** plumbing system, gutters or downspouts, or other drainage pipe located on the **residence** premises used to drain water and waste away from the **residence**. A backup is not due to the inability of a sewer or drain to handle the amount of rainwater, surface water or groundwater trying to enter the sewer or drain.

**b.** Water which overflows from a sump pump pit if such overflow results from the mechanical breakdown of the sump pump. This additional coverage is intended to cover damage caused by water that overflows the sump pit due to mechanical breakdown of the sump pump, but not damage caused by surface or groundwater before it enters the sump pit. This coverage does not apply to direct physical loss or damage of the sump pump or related equipment, which is caused by mechanical breakdown.

These payments do not increase the amount of your coverage.

**18.** Property of Domestic Staff and Guests

We cover the personal property of your domestic staff and guests while it is on the premises of any **residence** listed on the Declarations Page. These payments do not increase the amount of your coverage.

**19.** Loss by Animals

We cover loss to your **house**, **other permanent structures**, and **contents** caused by domestic animals.

**20.** Arson Reward

We will pay up to $5,000 for information leading to an arson conviction in connection with a fire loss to property covered by this policy. The $5,000 limit is the most we will pay, regardless of the number of persons providing information. This coverage is additional insurance.

**21.** Food Spoilage

We cover food spoilage due to a temperature change in a refrigerator or freezer caused by an interruption of the power supply, originating either on or off-premises, or due to the mechanical breakdown of refrigeration equipment at any **residence** you live at or own. Wine or spirits are not considered food. These payments do not increase your amount of coverage. This coverage is subject to a $250 deductible.

**22.** Ensuing **Fungi** or Bacteria

We will pay up to $10,000 in total for a loss caused by **fungi** or bacteria resulting from a covered loss, including:

**a.** The cost to remove, clean-up, remediate, contain, treat, detoxify, neutralize, **fungi** or bacteria;

**b.** The cost to tear out and replace any part of the building or other covered property as needed to gain access to the **fungi** or bacteria;

**c.** The cost of testing or monitoring of air or property to confirm the absence, presence or level of **fungi** or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of **fungi** or bacteria; and

**d.** Up to $5,000 for the reasonable increase in living expenses incurred by you to maintain your household's usual standard of living if your **residence** is uninhabitable. Payment will continue for the shortest period of time necessary to restore your **residence** to a habitable condition.

This is the most we will pay regardless of the number of **occurrences**, the number of locations insured, or the number of claimsmade. We will not make any additional payments for Ensuing **Fungi** or Bacteria under any other Additional Coverage.

These payments do not increase the amount of coverage.

**23.** Loss Prevention Device

After a loss is covered by this policy, we will pay for the reasonable costs you incur up to $2,500 for the installation of an approved

6072-03-00-0001178-0016-0033650



loss prevention device to protect your **residence** against the same loss in the future. Approved loss prevention devices include fire alarms systems, fire suppression systems, security systems, sump pumps, automatic water shut-off devices, lightning suppression systems, back-up power systems and hail resistant roofing materials. These payments do not increase the amount of coverage.

This additional coverage only applies if the loss exceeds the location deductible.

### D. Exclusions

The following exclusions apply to PART II - PROPERTY section of your policy:

**1. Pollution or Contamination**

We do not cover any loss, directly or indirectly, and regardless of any cause or event contributing concurrently or in any sequence to the loss, caused by the discharge, dispersal, seepage, migration or release or escape of pollutants. Nor do we cover the cost to extract pollutants from land or water, or the cost to remove, restore or replace polluted or contaminated land or water. A "pollutant" is any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and "waste". A "contaminant" is an impurity resulting from the mixture of or contact with a foreign substance. "Waste" includes materials to be disposed of, recycled, reconditioned or reclaimed.

**2. Gradual or Sudden Loss**

We do not cover any loss caused by gradual deterioration, wet or dry rot, warping, smog, rust, or other corrosion. In addition, we do not cover any loss caused by inherent vice, wear and tear, mechanical breakdown or latent defect. However, we do insure ensuing covered loss unless another exclusion applies.

**3. Fungi or Bacteria**

We do not cover any loss caused by the presence, growth, proliferation, spread or any activity of **fungi** or bacteria including the cost to test for, monitor, clean up, move, remediate, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of **fungi** or bacteria.

This exclusion does not apply to:

**a.** Coverage provided under PART II - PROPERTY. Additional Coverage. Ensuing **Fungi** or Bacteria; or

**b.** Ensuing covered loss unless another exclusion applies.

**4. Loss by Rodents, Insects, Birds or Vermin**

We do not cover any loss caused by rodents, insects, birds or vermin except loss to glass that is part of a building, storm door or window. However, we do insure ensuing covered loss unless another exclusion applies.

**5.** Structural Movement

We do not cover any loss caused by bulging, expansion, shrinking or settling, including resultant cracking, of foundation, floors, walls, patios, pavements, ceilings or roofs. However, we do insure ensuing covered loss unless another exclusion applies.

**6.** Surface and Ground Water Damage

We do not cover any loss caused by:

**a.** Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind; or

**b.** Water below the surface of the ground, including water which exerts pressure on, or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

This exclusion does not apply to:

**a. Contents** away from any **residence** or location you own or live at; or

**b.** Ensuing covered loss unless another exclusion applies.

**7.** Water or Ice Damage to Certain **Other Permanent Structures**

We do not cover loss to certain **other permanent structures** caused by freezing, thawing, or the pressure or weight of water or ice, whether driven by wind or not. However, we do insure ensuing covered loss unless another exclusion applies. The **other permanent structures** to which this exclusion applies are swimming pools, fences, tennis courts, hot tubs, patios, pavements, foundations, septic systems, retaining walls, wharves, docks, piers, bridges or bulkheads.

**8.** Faulty, Inadequate or Defective Planning

We do not cover any loss caused by faulty, inadequate or defective:

**a.** Planning, zoning, development, surveying, siting;

**b.** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**c.** Materials used in repair, construction, renovation or remodeling; or

**d.** Maintenance;

of part or all of any property whether on or off the **residence**.

However, we do insure ensuing covered loss unless another exclusion applies.

**9.** Earthquake



6072-03-00-0001178-0016-0033650

We do not cover any loss to your **house** or **other permanent structures** caused by earthquake. However, we do insure ensuing covered loss due to theft, fire, glass breakage or explosion unless another exclusion applies.

10. Earth Movement

We do not cover any loss to your **house** or **other permanent structures** caused by earth movement including volcanic eruptions, landslides, mudflows, and the sinking, rising, or shifting of land. We do insure ensuing covered loss due to theft, fire, glass breakage or explosion unless another exclusion applies.

11. **Business** Property

We do not cover any loss to **business** property. This exclusion does not apply to coverage provided under PART II - PROPERTY, Additional Coverage, **Business** Property.

12. Motorized Land Vehicles

We do not cover any loss to motorized land vehicles including their equipment and accessories or any electronic devices designed to be operated solely by power from the electrical system of that vehicle. However, we do cover vehicles not subject to motor vehicle registration which are:

**a.** Used to service any **residence** you own or live at;

**b.** Designed to assist the handicapped; or

**c.** Designed for recreational use off public roads.

13. Renovations and Repairs

We do not cover loss caused by renovating, refinishing or repairing any kind of **contents.** This exclusion does not apply to jewelry, watches, and furs.

14. **Watercraft** Accidents

We do not cover any loss caused by the stranding, swamping or sinking of a **watercraft** or its trailer, or outboard motor.

We also do not cover any loss caused by collision of a **watercraft** other than collision with a land vehicle unless another exclusion applies.

15. Tenant Property

We do not cover any loss to property of roomers, boarders, or other tenants.

16. Temperature or Dampness

We do not cover any loss caused by extremes of temperature, dampness or dryness of atmosphere, or water vapor to your **house, other permanent structures** or **contents.**

This exclusion does not apply to:

**a.** Loss caused directly by rain, sleet, snow or hail; or

**b.** Coverage provided under PART II - PROPERTY, Additional Coverage, Food Spoilage.

17. **Aircraft**

We do not cover any loss to **aircraft** or **aircraft** parts.

18. Confiscation

We do not cover any loss caused by the destruction, confiscation or seizure by any government or public authority.

19. Acts of War

We do not cover any direct loss or ensuing loss to property caused by any kind of warlike action. War includes undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon shall be deemed a warlike act even if accidental.

20. Loss to Fish, Birds or Animals

We do not cover any loss to fish, birds or animals.

21. Intentional Acts

We do not cover any loss caused by any act, whose consequences could have been foreseen by a reasonable person, committed:

**a.** By or at the direction of you, your spouse or a **family member;** and

**b.** With the intent to cause loss or damage.

22. Dishonest Acts

We do not cover any loss caused by any dishonest or criminal act by, or at the direction of, you or any **family member.**

23. Nuclear Hazard

We do not cover any loss caused directly or indirectly by "nuclear hazard". Nuclear hazard means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these. However, ensuing covered loss due to fire resulting from a nuclear hazard is covered unless another exclusion applies.

24. Back Up of Sewers or Drains

We do not cover any loss due to a back up or overflow of a sewer or drain including any loss that contributes to any event. This exclusion does not apply to coverage provided under PART II - PROPERTY, Additional Coverage, Back Up of Sewers and Drains.

25. **Contents** Under Another Policy

We do not cover any loss to **contents** that

6072-03-00-0001178-0017-0033651

are insured under a private collections policy, valuable articles or similar policy not issued by us or one of our affiliated companies.

26. Uninsured Owned Location

We do not cover any loss caused directly or indirectly by wind to **contents** located at an owned **house**, condominium or cooperative that does not have **contents** coverage listed on the Declarations Page of this policy or any other policy issued by us or one of our affiliated companies.

**Contents** at a newly acquired location are not subject to this exclusion for sixty (60) days after you begin to move **contents** there.

## PART III - LIABILITY

### A. Insuring Agreement

We will pay **damages** an **insured person** is legally obligated to pay for **personal injury** or **property damage** caused by an **occurrence** covered by this policy anywhere in the world, unless stated otherwise or an exclusion applies.

### B. Payment of a Loss

The most we will pay for all claims for **personal injury** and **property damage** as a result of any one **occurrence** is the Liability coverage limit shown on the Declarations Page of this policy. This insurance applies separately to each **insured person** against whom a claim is made or suit is brought, but we will not pay more than the limit shown on the Declarations Page for any single **occurrence** regardless of the number of **insured persons**, claims made or persons injured. There is no restriction to the number of **occurrences** during the Policy Period for which claims may be made.

Payments under provision **C., Defense Coverage and Claim Expense**, except a settlement payment, are in addition to the Liability coverage limit in the policy shown on the Declarations Page.

### C. Defense Coverage and Claim Expense

We will pay the costs to defend an **insured person** against any suit seeking covered **damages** for **personal injury** or **property damage**, even if the suit is false, fraudulent or groundless. You may choose counsel from a panel of firms selected by us. If a panel counsel is not established in the jurisdiction where the suit is brought, we reserve the right to select counsel.

We may investigate and settle any claim or suit at our discretion.

Additionally, we will pay:

1. All court costs and expenses on judgments assessed against any **insured person**;

2. Reasonable expenses incurred by an **insured**

**person** at our request up to a total of $10,000 for assisting us in the investigation or defense of a claim or suit;

3. The cost of bail bonds required of an **insured person** because of a covered loss;

4. All premiums on bonds required in a suit we defend, but not for bond amounts more than the coverage amount (we need not apply for or furnish any bond);

5. All expenses incurred by us;

6. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court, that part of the judgment which does not exceed the amount of coverage; and

7. All prejudgment interest awarded against an **insured person** on that part of the judgment we pay or offer to pay. We will not pay any prejudgment interest based on that period of time after we make an offer to pay the amount of coverage.

In jurisdictions where we are prevented from defending an **insured person** for a covered loss because of laws or other reasons, we will pay any expenses incurred with our prior written consent for the **insured person's** defense.

Our duty to defend any claim or suit arising out of a single **occurrence** ends when the amount we have paid in **damages** for that **occurrence** equals the Liability coverage limit shown on the Declarations Page of this policy.

### D. Additional Coverages

1. Damaged Property

If an **insured person** destroys or damages other people's property we will pay the replacement cost for that property up to $10,000 per **occurrence**.

2. Credit Cards, Forgery, and Counterfeiting

We will pay up to a total of $10,000 for:

a. Any amount an **insured person** is legally obligated to pay resulting from:

  i. Theft or loss of a bankcard or credit card issued in the name of you or a **family member;** or

  ii. Loss caused by forgery or alteration of any check or negotiable instrument.

A loss will not be covered unless all the terms for using the card, check or negotiable instrument, are complied with.

b. Loss caused by accepting in good faith any counterfeit paper currency.

At our option we may defend a claim or suit against you or a **family member** for forgery or counterfeiting. We will defend a claim or suit against you or a **family member** for loss or theft of a bankcard or credit card.

3. Medical Payments to Others

Regardless of liability, we will pay the nec-



6072-03-00-0001178-0017-0033651

essary **medical expenses** that are incurred or medically ascertained within three (3) years from the date of an accident causing **bodily injury** up to a total of $10,000 for each person. This coverage does not apply to you or a **family member** and only applies to an accident that:

   **a.** Occurs to a person, at a **residence** with liability coverage listed on the Declarations Page, with permission from you or a **family member** to be there;

   **b.** Arises from a condition at a **residence**, or at the steps, driveways or sidewalks immediately adjoining a **residence**, listed on the Declarations Page with liability coverage;

   **c.** Is caused by an animal owned by or in the care of an **insured person**; or

   **d.** Is caused by an **insured person** or a **residence employee** in the course of his or her employment by an **insured person**.

**4.** Limited **Residence** Premises **Business** Liability

We cover **personal injury** or **property damage** arising out of the physical condition of a **residence** shown on the Declarations Page when **business** or professional activities are legally conducted by any **insured person** at that **residence**. The most we will pay for any covered loss is the Liability coverage limit shown on the Declarations Page. Coverage is subject to the following:

   **a.** You do not have any employees conducting **business** activities at your **residence** who are subject to workers' compensation or other similar disability laws;

   **b.** You are not a home day care provider; and

   **c.** There is no other valid collectible insurance.

**E. Exclusions**

This policy does not provide coverage for liability, defense costs or any other cost or expense for:

**1.** Motorized Land Vehicles

**Personal injury** or **property damage** arising out of the ownership, maintenance, use, loading or unloading of any motorized land vehicle. This exclusion does not apply to **recreational motor vehicles** except when they are used for participation in or practice for competitive racing.

**2.** Aircraft

**Personal injury** or **property damage** arising out of the ownership, maintenance, use, loading, unloading, or towing of any **aircraft**.

**3.** Watercraft

**Personal injury** or **property damage** arising out of the ownership, maintenance, use, operation, loading or unloading of any **watercraft**:

   **a.** That is twenty-six (26) feet or more in length or fifty (50) or more horsepower and which is owned by an **insured person** or furnished or rented to an **insured person** for longer than thirty (30) days;

   **b.** Used for any **business** or commercial purpose; or

   **c.** Used for participation in or practice for competitive racing (except sailboats less than twenty-six (26) feet in length).

**4.** Workers' Compensation or Disability

Any **damages** or benefits an **insured person** is legally obligated to provide under any workers' compensation, disability benefits, Jones Act or General Maritime Law, unemployment compensation, occupational disease or similar law. However, we do provide coverages in excess over any other insurance for damages a **covered person** is legally obligated to pay for **bodily injury** to a **residence employee** of a location listed on the Declarations Page which are not compensable under workers compensation, unless another exclusion applies.

**5.** Directors Errors or Omissions

**Personal injury** or **property damage** arising out of any **insured person's** acts, errors or omissions as an officer or member of the board of directors of any corporation or organization. This exclusion does not apply to **personal injury** or **property damage** arising out of an **insured person's** actions for a non-profit corporation or organization or for a Condominium or Cooperative Association unless another exclusion applies.

**6.** Care, Custody or Control

**Property Damage** to property owned by, rented to, occupied or used by, or in the care, custody or control of an **insured person** to the extent that the **insured person** is required by contract to provide insurance. This exclusion does not apply to **property damage** caused by fire, smoke, or explosion.

**7.** Insured Person

**Personal injury** to an **insured person** under this policy.

**8.** Discrimination

**Personal injury** arising out of actual, alleged or threatened discrimination or harassment due to age, race, national origin, color, sex, creed, handicapped status, sexual preference or any other discrimination.

**9.** Sexual Molestation or Corporal Punishment

**Personal injury** arising out of any actual, alleged or threatened by any person:

   **a.** Sexual molestation, misconduct or

6072-03-00-0001178-0018-0033652

harassment;

**b.** Corporal punishment; or

**c.** Sexual, physical or mental abuse.

**10.** Transmitted Diseases

**Personal injury** resulting directly or indirectly from any illness, sickness or disease transmitted intentionally or unintentionally by an **insured person** to anyone. We do not cover any **damages** for any threat of exposure or any consequences resulting from that illness, sickness, or disease.

**11.** **Business** Pursuits

**Personal injury** or **property damage** arising out of an **insured person's business** property or **business** pursuits, investment activity or any activity intended to realize a profit for either an **insured person** or others. However, this exclusion does not apply to:

**a.** Volunteer work for an organized charitable, religious or community group;

**b.** **Incidental business** activity; or

**c.** Limited **Residence** Premises **Business** Liability Coverage.

**12.** Professional Services

**Personal injury** or **property damage** arising out of an **insured person's** performing or failure to perform professional services for which any **insured person** is legally responsible or licensed.

**13.** War

**Bodily injury** or **property damage** caused directly or indirectly by war, including the following and any consequence of the following:

**a.** Undeclared war, civil war, insurrection, rebellion, or revolution;

**b.** Warlike acts by a military force or military personnel; or

**c.** The destruction, seizure or use of property for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

**14.** Assessments

Any assessment charged against an **insured person** as a member of an association, corporation or community of property owners.

**15.** Contractual

**Personal injury** or **property damage** arising from contracts or agreements, whether written or unwritten:

**a.** Made in connection with any **insured person's business** ; or

**b.** In which the liability of others is assumed after a covered loss.

**16.** Nuclear Hazard

**Personal injury** or **property damage** caused directly or indirectly by nuclear reaction, radiation, or radioactive contamination.

**17.** Intentional Acts

**Personal injury** or **property damage** resulting from any criminal, willful, intentional or malicious act or omission by any person. We also will not cover claims for acts or omissions of any person which are intended to result in, or would be expected by a reasonable person to cause, **property damage** or **personal injury**. This exclusion applies even if the injury or damage is of a different kind or degree, or is sustained by a different person, than expected or intended. This exclusion does not apply to **bodily injury** if the **insured person** acted with reasonable force to protect any person or property.

**18.** Wrongful Termination

**Personal injury** arising out of wrongful termination of employment.

**19.** Controlled Substance(s)

**Personal injury** or **property damage** arising out of the use, sale, manufacture, delivery or transfer or possession of a Controlled Substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. This exclusion does not apply to the legitimate use of prescription drugs of a person following the orders of a licensed physician.

---

## PART IV - CONDITIONS

**A.** Your Duties

**1.** Your duty is to notify your agent or broker of a change in occupancy.

**2.** Your duty is to notify your agent or broker at the beginning of any renovation or construction work and throughout the work to maintain an appropriate amount of coverage and confirm that appropriate protective safeguards are in place as determined by us.

**B.** Your Duties After a Loss

In the event of an **occurrence** which is likely to involve this policy, or if you or any other **insured person** under this policy is sued in connection with an **occurrence** which may be covered under this policy, you or an **insured person** must:

**1.** Give prompt notice to us or your agent or broker.

**2.** Notify the police in case of loss by theft.

**3.** Notify the credit card or fund transfer card company in case of loss under credit card or fund transfer card coverage.

**4.** Protect the property from further damage. If repairs to the property are required, you must:



PCHO (09/06)

6072-03-00-0001178-0018-0033652

a. Make reasonable and necessary repairs to protect the property; and

b. Keep an accurate record of all repair expenses.

5. Provide us with bills, receipts and related documents.

6. As often as we reasonably require:

a. Show the damaged property;

b. Provide us with records and documents we request; and

c. Submit to separate examination under oath.

7. Send to us within sixty (60) days of our request, your signed sworn proof of loss which sets forth, to the best of your knowledge:

a. The time and cause of loss;

b. The interest of all others in the property;

c. Other insurance which may cover the loss; and

d. The dollar amount being claimed as your loss.

8. Provide us with the names and addresses of any known persons injured and any available witnesses.

9. Provide us with any suit papers and other documents which will help us defend any **insured person**.

10. Assist and cooperate with us in the conduct of the defense by helping us:

a. To make settlement;

b. To enforce any right of contribution or indemnity against any person or organization who may be liable to an **insured person**;

c. To attend hearings and trials; and

d. To secure and give evidence and obtain the attendance of witnesses.

**C.** Policy Period and Territory

The Policy Period is stated on the Declarations Page. This policy applies to an **occurrence** which takes place anywhere in the world unless otherwise limited by the policy.

**D.** Recovery

If the **insured person** has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The **insured person** must do nothing after loss to impair such rights of recovery. At our request, the **insured person** will bring suit or transfer those rights to us and help us enforce them.

**E.** Assignment

No one covered under this policy may assign or turn over any right or interest in regard to the policy without our written consent.

**F.** Changes

No change or modification of this policy shall be effective except when made by written endorsement signed by our legal representative.

**G .**Concealment or Fraud

The entire policy will be void if, whether before or after a loss, you or an **insured person** have:

1. Intentionally concealed or misrepresented any material fact or circumstance;

2. Engaged in fraudulent conduct; or

3. Made false statements;

relating to this insurance.

**H.** Reasonable Care

You must use reasonable care to maintain heat in your **residence** or shut off and drain the water system or appliances if the home is vacant, unoccupied or being constructed. We do not cover any loss caused by water freezing in a plumbing, heating, or air conditioning system or household appliance if reasonable care has not been exercised.

**I.** Conformity to Statutes

Any provision of this policy, which is in conflict with state or local law, is amended to conform to the law.

**J.** Liberalization

If we broaden the coverages provided by your policy without an additional premium charge, the changes will automatically apply to your policy as of the effective date on which the changes are adopted in your state.

**K.** Bankruptcy or Death

The **insured person's** bankruptcy or insolvency shall not relieve us of any of our obligations. Further, if the **insured person** dies or becomes bankrupt or insolvent during the Policy Period, this policy, unless cancelled, will cover the **insured person's** legal representative for the remainder of the Policy Period.

**L.** Legal Action Against Us.

No action shall be brought against us unless the **insured person** has complied with this policy's provisions and for Liability coverage, not until final judgment or agreement has set the amount of the **insured person's** legal obligation to us.

You also agree to bring any action against us within one year after a loss occurs, but not until thirty (30) days after proof of loss has been filed and the amount of loss has been determined.

For Liability coverage, no one has the right to join us in any action against any other **insured person**.

6072-03-00-0001178-0019-0033653



**M.** Appraisals

If you and we fail to agree on the amount of loss, either party may make a written demand that each selects an independent appraiser. In this event, the parties must notify each other of their selection within twenty (20) days. The independent appraisers will select an arbitrator within fifteen (15) days. If an arbitrator is not agreed upon within that time, either party may request the arbitrator be selected by a judge. The independent appraisers will then appraise the loss and submit any differences to the arbitrator. A decision in writing agreed to by the two appraisers or either appraiser and the arbitrator will be binding. Each appraiser will be paid by the party that has selected the appraiser. You and we will share the expenses of the arbitrator equally.

**N.** Other Insurance

If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

**O.** Mortgage Clause.

The word mortgagee includes trustee. If a mortgagee is named in this policy, any covered loss will be paid to you and the mortgagee as interests appear. If there is more than one mortgagee named in this policy, the order of payment will be identical to the order of precedence.

If your claim is denied, the denial will not apply to a valid claim submitted by the mortgagee if they:

1. Notify us of any change in ownership or substantial change in risk of which they are aware;

2. Pay any premium due on this policy or on demand if you have neglected to pay the premium; and

3. Submit a sworn statement of loss within sixty (60) days after receiving notice from us of your failure to do so.

If your policy is cancelled or not renewed by us, the mortgagee will be notified in writing at least ten (10) days before the cancellation or nonrenewal takes effect.

If we deny payment to you but pay the mortgagee:



1. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

2. At our option, we may pay the mortgagee the entire principal on the mortgage plus any accrued interest. In this event we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

Subrogation will not impair the right of the mortgagee to recover the full amount under the mortgagee's claim.

**P.** Your Cancellation

You may cancel this policy or any part of it at any time by notifying us in writing of the future date that the cancellation is to take effect .

**Q.** Our Cancellation

To cancel this policy we must notify you in writing. This notice will be mailed to you at the last mailing address shown on the Declarations Page and we will obtain a U.S. Post Office certificate of mailing. This notice will include the date the cancellation is to take effect and the reason for the cancellation. It shall also state that any excess premium, if not returned, shall be refunded on demand. In the event of cancellation by you or by us, we will refund any unearned premium on the effective date of cancellation, or as soon as possible afterwards. The unearned premium will be computed *pro rata* for the unexpired term of the policy.

We may cancel this policy subject to the following conditions:

1. Nonpayment of Premium

If you fail to pay the premium by the date it is due we may cancel this policy with (ten) 10 days notice, whether the premium is due to us, to our agent, or under any finance or credit plan.

2. Misrepresentation

We may cancel this policy with thirty (30) days notice if there has been a material misrepresentation of fact or omission of fact either of which, if known to us, would have caused us not to issue the policy.

3. Increase in Hazard

We may cancel this policy with thirty (30) days notice in the event or circumstance of a material increase in, or a change to, the covered property that increases the hazard insured against.

4. Conviction of Crime

We may cancel this policy with thirty (30) days notice if you have been convicted of a crime arising out of an act that increases the hazard insured against.

**R.** Nonrenewal

If we elect not to renew this policy, we shall mail to you at the last address known to us written notice of nonrenewal not less than thirty (30) days before the end of the Policy Period as stated on the Declarations Page.

Regardless, this policy will terminate at the end of the Policy Period stated on the Declarations Page if you have failed to discharge when due any of your obligations in connection with the payment of premium for the renewal of this

6072-03-00-0001178-0019-0033653

policy, or if you have notified us or our agent that you do not wish this policy to be renewed.

Proof of mailing of notice mentioned above shall be sufficient proof of notice.

Includes copyrighted material from Insurance Services Office, Inc. with its permission.

In witness whereof, we have caused this policy to be executed and attested, and if required by state law this policy shall not be valid unless countersigned by our authorized representative.

AIG Property Casualty Company

*Secretary*

*President*

Includes copyrighted material from Insurance Services Office, Inc. with its permission.

6072-03-00-0001178-0020-0033654



6072-03-00-0001178-0020-0033654

## Homeowners Amendatory Endorsement
## New York

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

Part II - PROPERTY, Additional Coverages, Ensuing **Fungi** or Bacteria is deleted and replaced by the following:

### Fungi or Bacteria Remediation Expense

We will pay up to $25,000 for the following expenses caused by the presence of **fungi** or bacteria which results from a covered loss, including;

a.  The cost to remediate, contain, treat, detoxify or neutralize **fungi** or bacteria;

b.  The cost of testing or monitoring of air or property to confirm the absence, presence or level of **fungi** or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of **fungi** or bacteria;

c.  The cost to remove debris of covered property containing **fungi** or bacteria beyond that which is required to remove debris of the covered property physically damaged by a covered loss;

d.  The cost to repair or replace covered property containing **fungi** or bacteria beyond that which is required to repair or replace the covered property physically damaged by a covered loss; and

e.  Up to $5,000 for the reasonable increase in living expenses incurred by you to maintain your household's usual standard of living if your **residence** is uninhabitable due to **fungi** or bacteria remediation. Payment will continue for the shortest period of time necessary to restore your **residence** to a habitable condition.

This **fungi** or bacteria remediation expense limit does not apply to **fungi** or bacteria resulting from a covered loss caused by fire or lightning. Therefore, for a covered loss caused by fire or lightning, the increased costs that are **fungi** or bacteria remediation expenses described above are covered as part of such covered loss up to the amount of coverage for your **house**, **other permanent structures**, or for **contents** if **contents** coverage is provided under this policy.

Higher optional limits are available for an additional premium.

These payments do not increase the amount of coverage.


Part II - PROPERTY, Exclusions, **Fungi** or Bacteria is deleted and replaced by the following:

### Fungi or Bacteria

We do not cover any loss caused by the presence, growth, proliferation, spread or any activity of **fungi** or bacteria including the cost to test for, monitor, clean up, move, remediate, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of **fungi** or bacteria.

This exclusion does not apply to:

a.  Coverage provided under PART II - PROPERTY. Additional Coverage. **Fungi** or Bacteria Remediation Expense; or

b.  **Fungi** or Bacteria resulting from fire or lightning unless another exclusion applies; or

c.  Ensuing covered loss unless another exclusion applies.


Part III - LIABILITY, Defense Coverage and Claim Expense, the last paragraph is deleted.

6072-03-00-0001178-0021-0033655

Part III - LIABILITY, Exclusions, Workers' Compensation or Disability is deleted and replaced by the following:

Workers' Compensation or Disability

Any **damages** or benefits an **insured person** is legally obligated to provide under any workers' compensation, disability benefits, Jones Act or General Maritime Law, unemployment compensation, occupational disease or similar law.


Part III - LIABILITY, Exclusions, Intentional Acts is amended as follows:

The sentence, "This exclusion applies even if the injury or damage is of a different kind or degree, or is sustained by a different person, than expected or intended." is deleted.


Part IV - CONDITIONS, Concealment or Fraud is deleted and replaced by the following:

Concealment or Fraud
We do not provide coverage for the **insured person** who, whether before or after a loss has:

1. Intentionally concealed or misrepresented any material fact or circumstance; or
2. Engaged in fraudulent conduct;
relating to this insurance.


Part IV - CONDITIONS, Legal Action Against Us is deleted and replaced by the following:

Legal Action Against Us
No action shall be brought against us unless the **insured person** has complied with this policy's provisions, nor until final judgment or agreement has set the amount of the **insured person** 's legal obligation with us. You also agree to bring any action against us within two (2) years after a loss occurs, but not until thirty (30) days after proof of loss has been filed and the amount of loss has been determined. No one has the right to join us in any action against any **insured person.**


Part IV - CONDITIONS, Our Cancellation is deleted and replaced by the following:

Our Cancellation
We may cancel the entire policy only for the reasons stated in this condition. The cancellation notice will be mailed to you at the address shown on the Declarations Page. Proof of mailing will be sufficient proof of notice.

1. When you have not paid the premium, we may cancel the entire policy at any time by mailing to you at least fifteen (15) days notice of cancellation. The cancellation notice shall state the amount of premium due.
2. When this policy has been in effect for less than sixty (60) days and is not a renewal with us, we may cancel the entire policy for any reason by letting you know at least 30 days before the date of cancellation takes place.
3. When this policy has been in effect for sixty (60) days or more, or at any time if it is a renewal with us, we may cancel the entire policy only for one or more of the following reasons by notifying the **insured person** at least thirty (30) days prior to the proposed cancellation date:
   a. Conviction of a crime arising out of acts increasing the hazard insured against;
   b. Discovery of fraud or material misrepresentation in obtaining the policy or in the presentation of a claim thereunder;
   c. Discovery of willful or reckless acts or omissions increasing the hazard insured against;
   d. Physical changes in the property insured occurring after issuance or last annual anniversary date of the policy which result in the property becoming uninsurable in accordance with our objective, uniformly applied underwriting standards in effect at the time the policy was issued or last voluntarily renewed; or
   e. A determination by the Superintendent of Insurance that the continuation of the policy would violate or would place us in violation of the New York Insurance Law.

If one of the reasons listed in this Paragraph 3. exists, we may cancel the entire policy.



PCHO-AENY (09/06)                                          2

6072-03-00-0001178-0021-0033655

**4.** If we have the right to cancel, we may, instead of canceling this policy, amend the limits of liability or reduce coverage not required by law. If we take this action, we will notify you by mail at least twenty (20) days prior to the date of such change.

Delivery of such written notice by us to the **insured person** at the mailing address shown on the Declarations Page or at a forwarding address will be equivalent to mailing.

Part IV - CONDITIONS, Nonrenewal is deleted and replaced by the following:

Nonrenewal

We will not refuse to renew or condition our renewal of this policy except as allowed by the laws of the State of New York. The conditions may include, but are not limited to, amending the limits of liability or reducing coverage not required by law. If we elect not to renew this policy, we shall mail to you at the last address known to us written notice of non-renewal not less than forty-five (45) days but not more than sixty (60) days before the end of the Policy Period as stated on the Declarations Page. Proof of mailing will be sufficient proof of notice.

Regardless, this policy will cancel at the end of the Policy Period stated on the Declarations Page if you have failed to discharge when due any of your obligations in connection with the payment of premium for the renewal of this policy, or if you have notified us or our agent that you do not wish this policy to be renewed. Delivery of such written notice by us to the **insured person** at the mailing address shown on the Declarations Page or at a forwarding address will be equivalent to mailing.

Part IV - CONDITIONS, is amended to include the following:

Transfer of Duties When a Limit of Insurance Is Used Up

1. If we conclude that, based on **occurrences**, offenses, claims or suits which have been reported to us and to which this insurance may apply, the liability coverage limit as shown on the Declarations Page is likely to be used up in the payment of judgments or settlements, we will notify the **insured person**, in writing, to that effect.

2. When a limit of insurance described in paragraph 1. above has actually been used up in the payment of judgments or settlements:

   a. We will notify the **insured person**, in writing, as soon as practicable, that:

      i.   Such a limit has actually been used up; and

      ii.  Our duty to defend suits seeking damages subject to that limit has also ended.

   b. We will initiate, and cooperate in, the transfer of control, to any appropriate **insured person**, of all claims and suits seeking damages which are subject to that limit and which are reported to us before that limit is used up. That **insured person** must cooperate in the transfer of control of said claims and suits.

   We agree to take such steps, as we deem appropriate, to avoid a default in, or continue the defense of, such suits until such transfer is completed, provided the appropriate insured is cooperating in completing such transfer.

   We will take no action whatsoever with respect to any claim or suit seeking damages that would have been subject to that limit, had it not been used up, if the claim or suit is reported to us after that limit of insurance has been used up.

   c. The first Named Insured, and any other **insured person** involved in a suit seeking damages subject to that limit, must arrange for the defense of such suit within such time period as agreed to between the appropriate insured and us. Absent any such agreement, arrangements for the defense of such suit must be made as soon as practicable.

3. The first Named Insured will reimburse us for expenses we incur in taking those steps we deem appropriate in accordance with paragraph 2. b. above.

   The duty of the first Named Insured to reimburse us will begin on:

PCHO-AENY (09/06)                                    3

6072-03-00-0001178-0022-0033656

   a.   The date on which the applicable limit of insurance is used up, if we sent notice  in accordance with paragraph 1. above; or
   b.   The date on which we sent notice in accordance with paragraph 2.a. above, if we did not send notice in accordance with paragraph 1. above.

4.   The exhaustion of any limit of insurance by the payments of judgments or settlements, and the resulting end of our duty to defend, will not be affected by our failure to comply with any of the provisions of this Condition.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.



6072-03-00-0001178-0022-0033656

# IMPORTANT FLOOD INSURANCE NOTICE

Your homeowners policy does <u>NOT</u> provide coverage for loss caused by flood or mudslide, which is defined, in part, by the National Flood Insurance Program as:

A general and temporary condition of partial or complete inundation of normally dry land areas from overflow of inland or tidal waters or from the unusual and rapid accumulation or runoff of surface waters from any source.

If you are required by your mortgage lender to have flood insurance on your property, or if you feel that your property is susceptible to flood damage, insurance covering damage from flood is available on most buildings and contents in participating communities through the National Flood Insurance Program.

Information about flood insurance and whether your community participates in the program can be obtained from your insurance company, from your insurance agent, or directly from the National Flood Insurance Program by calling 1-800-638-6620.

HNOT-NY (1/95)



## ADDITIONAL INTERESTS

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

In addition to the Mortgagee(s) shown in the Declarations Page or elsewhere in this policy, the following persons or organizations also have an interest in the **residence** designated below:

Location: 781 Fifth Avenue
New York, NY 10022

Additional Interests:

A. Name of Person or Organization: Giaimo Federal Building

Address: 150 Court Street 302
New Haven, CT 06510

Description of Interest: Office of the United States Trustee
Effective Date of Interest: 2023-03-16

B. Name of Person or Organization:

Address:

Description of Interest:
Effective Date of Interest:

Cancellation and Non-Renewal Notification:
If we decide to cancel or not to renew this policy, the parties named above will be notified in writing.

PCHO-AINT (08/00)



## DEDUCTIBLE WAIVER FOR LARGE LOSSES

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

As respects the following location(s):

781 Fifth Avenue
New York, NY 10022

It is agreed and understood that for the premium charged Part II - PROPERTY. B. Payment of a Loss, Deductible is deleted and replaced with the following:

Deductible

The deductible shown on the Declarations Page is the amount of a covered loss you will pay for each **occurrence**. The deductible does not apply to a covered loss of more than $50,000. This waiver of deductible does not apply to:

1. Special deductibles for wind, hurricane, hail or earthquake; or
2. Separate coverage deductibles contained within the Equipment Breakdown or Fraud Safe-guard endorsements.

PCHO-DWLL (09/06)



6072-03-00-0001178-0025-0033659

# IMPORTANT

### LIMITED FUNGI OR BACTERIA COVERAGE NOTICE - NEW YORK

Please take special notice that your Homeowners Policy includes a provision that limits the remediation coverage for any loss or damage, which results from the presence, growth, spread or activity of **Fungi** or Bacteria. This limited coverage applies to PART II - PROPERTY.

- The amount of property insurance available for loss to your property caused by **fungi** or bacteria is reduced. Full coverage is provided, up to the limit of the policy, to correct a **fungi** or bacteria situation resulting from damage caused by a covered peril. However, coverage is limited to $25,000 to repair or replace covered property containing **fungi** or bacteria beyond that which is required to repair or replace the covered property physically damaged by a covered loss.

- **Fungi** are defined in the policy language and include mold;

- Coverage is provided for the testing of air or property to confirm the absence, presence or level of **fungi** or bacteria.

- Coverage for wet or dry rot either as a proximate or ensuing loss is excluded.

**PART II - PROPERTY**

**Fungi or Bacteria Remediation Expense**

We will pay up to $25,000 for the following expenses caused by the presence of **fungi** or bacteria which results from a covered loss, including;

1. The cost to remove, remediate, contain, treat, detoxify or neutralize **fungi** or bacteria;

2. The cost of testing or monitoring of air or property to confirm the absence, presence or level of **fungi** or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of **fungi** or bacteria;

3. The cost to remove debris of covered property containing **fungi** or bacteria beyond that which is required to remove debris of the covered property physically damaged by a covered loss;

4. The cost to repair or replace covered property containing **fungi** or bacteria beyond that which is required to repair or replace the covered property physically damaged by a covered loss; and

5. Up to $5,000 for the reasonable increase in living expenses incurred by you to maintain your household's usual standard of living if your **residence** is uninhabitable due to **fungi** or bacteria remediation. Payment will continue for the shortest period of time necessary to restore your **residence** to a habitable condition.

This **fungi** or bacteria remediation expense limit does not apply to **fungi** or bacteria resulting from a covered loss caused by fire or lightning. Therefore, for a covered loss caused by fire or lightning, the increased costs that are **fungi** or bacteria remediation expenses described above are covered as part of such covered loss up to the amount of coverage for your **house, other permanent structures,** or for **contents** if **contents** coverage is provided under this policy.

Higher optional limits are available for an additional premium.

These payments do not increase the amount of coverage.

Additional limits of coverage may be available.

**Fungi** means any type or form of fungus, including but not limited to all forms of mold or mildew, and any mycotoxins, spores, scents, vapors, gas or substance, including any by-products, produced or released by **fungi.**

6072-03-00-0001178-0026-0033660



6072-03-00-0001178-0026-0033660

# WORKER'S COMPENSATION
## Certain Residence Employees - New York

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

As respects the following New York location(s):

It is agreed and understood that, **Part III. D. Additional Coverages,** has been amended to include the following paragraph:

**Workers' Compensation and Employer's Liability.**

We agree with respect to covered **residence employees:**

### WHO IS COVERED

A covered **residence employee** under this endorsement is a **residence employee** who is engaged in regular employment of less than 40 hours per week or is engaged in casual employment.

However, as stated in New York Insurance Law Section 3420(j)(1), coverage does not apply to an employee who is not required, under New York Workers' Compensation Law, to be covered. Attachment of this endorsement does not constitute a voluntary election of coverage under New York Workers' Compensation Law.

### *Workers' Compensation, Coverage I and Employers Liability, Coverage II*

### UNDER COVERAGE I

To pay when due all benefits required of an **insured person** by the New York Workers' Compensation Law; and

### UNDER COVERAGE II

To pay on behalf of an **insured person** all **damages** for which the **insured person** is legally liable because of **bodily injury** sustained by a covered **residence employee.** The **bodily injury** must be caused by accident or disease and arise out of and in the course of employment by the **insured person** while:

a. In the United States of America, its territories or possessions, or Canada; or

b. Temporarily elsewhere if the covered **residence employee** is a citizen or resident of the United States or Canada.

### APPLICATION OF COVERAGE

This insurance applies only to **bodily injury** which occurs during the policy period. If the **bodily injury** is a disease, it must be caused or aggravated by the conditions of the covered **residence employee's** employment by the **insured person.**

The covered **residence employee's** last day of last exposure to the conditions causing or aggravating such **bodily injury** by disease must occur during the policy period.

6072-03-00-0001178-0027-0033661

**POLICY PROVISIONS**

This insurance is subject to all the provisions of this endorsement and the following provisions of this policy:

1. Under PART IV - Conditions:

   **A.** Your Duties After a Loss.

   **C.** Recovery.

   **D.** Assignment.

   **E.** Changes.

   **J.** Bankruptcy or Death.

   **K.** Legal Action Against Us.

   **P.** Our Cancellation.

2. Our agreement to defend the **insured person** as provided under PART III. Liability C. Defense Coverage and Claim Expense.

3. The definitions of **bodily injury, business** and **insured person**.

**ADDITIONAL PROVISIONS APPLICABLE TO COVERAGE I and COVERAGE II**

The following definition is added as respect coverage provided by this endorsement only:

**Residence employee** means:

**a.** An employee of an **insured person**, or an employee leased to an **insured person** by a labor leasing firm, under an agreement between an **insured person** and the labor leasing firm, whose duties are related to the maintenance or use of the **residence**, including household or domestic services; or

**b.** One who performs similar duties elsewhere not related to the **business** of an **insured person**.

**ADDITIONAL PROVISIONS APPLICABLE TO COVERAGE I**

The following provisions are applicable to Coverage I:

**a.** As between the covered **residence employee** and us, notice to or knowledge of the **occurrence** of the injury on the part of an **insured person** will be deemed notice or knowledge on our part.

**b.** The jurisdiction of an **insured person** will, for the purpose of the law imposing liability for compensation, be our jurisdiction.

**ADDITIONAL PROVISIONS APPLICABLE TO COVERAGE II**

Coverage II does not apply to any suit brought in or judgment rendered by any court outside the United States of America, its territories and possessions, or Canada, or to any action on such judgment.

**LIMITS OF LIABILITY COVERAGE II**

We may not limit our liability to pay damages for which we become legally liable to pay because of **bodily injury** to an **insured's persons** covered **residence employees** if the **bodily injury** arises out of and in the course of employment that is subject to and is compensable under the Workers' Compensation Law of New York.

**OTHER INSURANCE**

If a loss covered by this insurance is also covered by other insurance, we will not pay more than our share of benefits and costs. The shares of all applicable insurance will be equal until the loss is paid. However, if a loss covered by this insurance is also covered by insurance written to cover **business** employees of an **insured person** who is a sole proprietor, this insurance is primary.



6072-03-00-0001178-0027-0033661

**CONFORMITY TO STATUTE**

If any term of this insurance is in conflict with the New York Workers' Compensation Law, such term is amended by this statement to conform to that law.

**EXCLUSIONS**

This policy does not apply:

a. To liability for **bodily injury** arising out of **business** pursuits of an **insured person**.

b. Under Coverage II:

    1. To liability assumed by the **insured person** under any contract or agreement.

    2. To any obligation under a workers' compensation, unemployment or disability benefits law or any similar law.

    3. To punitive or exemplary damage because of **bodily injury** to a covered **residence employee** employed in violation of law.

    4. To **bodily injury** to a covered **residence employee** employed in violation of law with the knowledge of an **insured person**.

    5. To **bodily injury** intentionally caused or aggravated by an **insured person**.

    6. To damages arising out of the unlawful discharge or coercion of, or unlawful discrimination against, a covered **residence employee**.

Includes copyrighted material from Insurance Services Office, Inc. with its permission.

6072-03-00-0001178-0028-0033662



6072-03-00-0001178-0028-0033662

## NEW YORK CREDIT DISCLOSURE NOTICE - RENEWALS

In connection with this insurance, we previously used a credit report or obtained or used a credit-based insurance score based on information contained in that report. We may obtain or use credit information again provided, however, upon renewal such information may only be used to reduce premiums. An insurance score uses information from your credit report to help predict how often you are likely to file claims and how expensive those claims will be. Typical items from a credit report that could affect a score include, but are not limited to, the following: payment history, number of revolving accounts, number of new accounts, the presence of collection accounts, bankruptcies and foreclosures. The information used to develop the insurance score comes from TransUnion Corporation.

**PCG-CRNOTR-NY (12/09)**



## INSURED PERSON ENDORSEMENT

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

**A. PART III- LIABILITY,** Section A. **Insuring Agreement** is amended to include the individual person named below as an **insured person**:

We will pay **damages** an **insured person** is legally obligated to pay for **personal injury** or **property damage** caused by an **occurrence** covered by this policy anywhere in the world, unless stated otherwise or an exclusion applies.

**Insured person:**

**Residence:**

**B.** With respect to coverage provided by this endorsement, the following additional provisions apply:

If the first named insured shown on the Declarations Page of this policy is a Limited Liability Corporation, or Trust, the following provisions apply:

Name of Entity: Genever Holdings, LLC

**Residence** Address: 781 Fifth Avenue, Apt #2219, New York, NY 10022



**PART III – LIABILITY**, only applies to an **occurrence** arising out of the ownership of the **residence** listed above.  Additionally, the limited liability corporation members and managers of the limited liability corporation, trust, or trustees are also an **Insured Person** with respects to the ownership of the **residence.**



6072-03-00-0001178-0031-0033665