INSURED COPY
0013893743
0051997
03/06/2023

0001157   04 SP 1.980 **SNGLP T  6072 10166      -C03-P01158-I



Genever Holdings LLC
Luc A Despins CH 11 Trustee of
Paul Hastings LLP 200 Park Ave
New York NY 10166

*Received 4/13/2023*

6072-03-00-0001157-0001-0033047



6072-03-00-0001157-0001-0033047

**AIG**

AIG Private Client Group

<u>AIG Property Casualty Company</u>
Name of Issuing Company

# Private Collections Revised Declarations Page

Your Declarations Page shows at a glance the coverage you have and your premium. Your Declarations Page is part of your policy. Please read your policy carefully, including your Declarations Page and any attached Endorsements, for a description of your coverage.

**Policy Number:**
PCG  0013893743

**Policy Period:** 03/06/2023 - 03/06/2024
At 12:01 A.M. standard time at your mailing address shown below

**Name of Insured and Mailing Address:**
Genever Holdings LLC
Luc A Despins CH 11 Trustee of
Paul Hastings LLP 200 Park Ave
New York, NY 10166 USA

**Agency Name, Address, Phone # & Code:**
Wolfson Insurance Brokerage, Inc.
358 Fifth Avenue, 8th Floor
New York, NY 10001

(212) 683-2622 - 0051997

**YOU WILL BE BILLED SEPARATELY FOR ANY PREMIUM DUE.**

**Your policy has been changed**

**Effective Date:** 03/16/2023
**Description Of Change:** Amend Mailing Address
**Revised Annual Premium:**    $1,816.00
**Premium Charge For Endorsement**   $0.00

**From:** 03/16/2023    **To:** 03/06/2024

The kind of losses that are covered and any special limits or deductibles that apply are explained in detail in your Policy.

**Summary of Coverage**

| Class | Scheduled Items Amount of Coverage | Blanket Items Amount of Coverage | Blanket Items Single Article Limit | Premium |
|---|---|---|---|---|
| Jewelry | | $50,000 | $50,000 | $1,375.00 |
| Fine Arts | | $50,000 | $50,000 | $83.00 |
| Silverware | | $50,000 | $50,000 | $358.00 |
| | | | Total Premium: | $1,816.00 |

**ENDORSEMENTS ATTACHED TO THIS POLICY:**

PCP-AENY (03/06), PCG-DESNOT-NY (02/21), PCGOFACNOT (07/14), PCG-FEENOTICE (08/18),
91222 PCG (09/16), PCG-CL NO (06/06), PCP (03/11), PCP-AILP (12/99), PCP-DEC2 (10/04),
PCG-PRIVNOT (09/21), PCG-OFAC (05/22), PCP-DEC (10/04)



6072-03-00-0001157-0002-0033048

## Schedule of Items

**Endorsement Effective Date:** 03/06/2023 - 03/06/2024

**Policy Number:** PCG  0013893743





AIG Private Client Group

AIG Property Casualty Company
(Name of issuing company)

# Private Collections Declarations Page

Your Declarations Page shows at a glance the coverage you have and your premium. Your Declarations Page is part of your policy. Please read your policy carefully, including your Declarations Page, and any attached Endorsements for a description of your coverage.

**Policy Number:**
PCG  0013893743

**Policy Period:** 03/06/2023 - 03/06/2024
At 12:01 A.M. standard time at your mailing address shown below

**Name of Insured and Mailing Address:**
Genever Holdings LLC
Luc A Despins CH 11 Trustee of
Paul Hastings LLP 200 Park Ave
New York, NY 10166 USA

**Agency Name, Address, Phone Number & Code**
Wolfson Insurance Brokerage, Inc.
358 Fifth Avenue, 8th Floor
New York, NY 10001

(212) 683-2622 - 0051997

**YOU WILL BE BILLED SEPARATELY FOR ANY PREMIUM DUE.**

The kinds of losses that are covered, and any special limits or deductibles that apply, are explained in detail in your Policy

**Summary of Coverage**

| Class | Scheduled Items Amount of Coverage | Blanket Items Amount of Coverage | Blanket Items Single Article Limit | Premium |
|---|---|---|---|---|
| Jewelry | | $50,000 | $50,000 | $1,375.00 |
| Fine Arts | | $50,000 | $50,000 | $83.00 |
| Silverware | | $50,000 | $50,000 | $358.00 |
| | | | **Total Premium:** | $1,816.00 |

**ENDORSEMENTS ATTACHED TO THIS POLICY:**

PCP-AENY  (03/06), PCG-DESNOT-NY  (02/21), PCGOFACNOT  (07/14), PCG-FEENOTICE  (08/18),
91222 PCG  (09/16), PCG-CL NO  (06/06), PCP  (03/11), PCP-AILP  (12/99), PCP-DEC2  (10/04),
PCG-PRIVNOT  (09/21), PCG-OFAC  (05/22), PCP-DEC  (10/04)



6072-03-00-0001157-0004-0033050

# Schedule of Items

**Endorsement Effective Date:** 03/06/2023 - 03/06/2024

**Policy Number:** PCG  0013893743



6072-03-00-0001157-0005-0033051

**AIG**

## POLICYHOLDER NOTICE

Thank you for purchasing insurance from a member company of American International Group, Inc. (AIG).  The AIG member companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy.  You can review and obtain information about the nature and range of compensation paid by AIG member companies to brokers and independent agents in the United States by visiting our website at www.aig.com/producer-compensation or by calling 1-800-706-3102.

6072-03-00-0001157-0006-0033052



6072-03-00-0001157-0006-0033052

| **FACTS** | **WHAT DOES AMERICAN INTERNATIONAL GROUP, INC. (AIG) DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>● Social Security number and Medical Information<br>● Income and Credit History<br>● Payment History and Employment Information<br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons AIG chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does AIG share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** — such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, conduct research including data analytics, or report to credit bureaus | Yes | No |
| **For our marketing purposes** — to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes** — information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes** — information about your creditworthiness | No | We don't share |
| **For nonaffiliates to market to you** | No | We don't share |

| **Questions?** | For AIG Insurance Companies: Call 866-244-4786; Fax: 212-458-7081 or E-Mail: CIPrivacy@aig.com<br><br>For Pet insurance sold by AIG Insurance Companies: Call 866-937-7387 or E-Mail: CIPrivacy@aig.com<br><br>For LiveTravel, Inc., Travel Guard Group, Inc. or AIG Travel Assist, Inc.: Call 866-244-4786 or E-Mail: CIPrivacy@aig.com |
|---|---|

PCG-PRIVNOT (09/21)        © American International Group, Inc. All rights reserved.        Page 1 of 3

6072-03-00-0001157-0007-0033053

## Who we are

| Who is providing this notice? | The insurance company subsidiaries of American International Group, Inc. (AIG) underwriting property-casualty, accident & health, life insurance and related services and certain marketing subsidiaries of AIG listed below. |

## What we do

| How does AIG protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. We restrict access to employees, representatives, agents, or selected third parties who have been trained to handle nonpublic personal information. |
| How does AIG collect my personal information? | We collect your personal information, for example, when you<br>• apply for insurance or pay insurance premiums<br>• file an insurance claim or give us your income information<br>• provide employment information<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes-information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |

## Definitions

| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Our affiliates include the member companies of American International Group, Inc., such as National Union Fire Insurance Company of Pittsburgh Pa.* |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• *AIG does not share with nonaffiliates so they can market to you.* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• *Our joint marketing partners include companies with which we jointly offer insurance products, such as a bank.* |

## Other important information

This notice is provided by American Home Assurance Company; AIG Assurance Company; AIG Property Casualty Company; AIG Specialty Insurance Company; Commerce and Industry Insurance Company; Granite State Insurance Company; Illinois National Insurance Co.; Lexington Insurance Company; AIU Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa.; National Union Fire Insurance Company of Vermont; New Hampshire Insurance Company; The Insurance Company of the State of Pennsylvania; (collectively the "AIG Insurance Companies"). This notice is also provided by certain marketing subsidiaries of AIG, including Morefar Marketing, Inc., LLC, Travel Guard Group, Inc., AIG Travel Assist, Inc. and LiveTravel, Inc. who market insurance or non-insurance products and services to consumers.



**For Vermont Residents only.** We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures. Additional information concerning our privacy policies can be found using the contact information above for Questions.

**For California Residents only.** We will not share information we collect about you with nonaffiliated third parties, except as permitted by California law, such as to process your transactions or to maintain your account.

© American International Group, Inc. All rights reserved.

6072-03-00-0001157-0007-0033053

**For Nevada Residents Only.** We are providing this notice pursuant to Nevada state law. You may elect to be placed on our internal Do Not Call list by contacting us as listed above. Nevada law requires that we also provide you with the following contact information: Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington Street, Suite 3900, Las Vegas, NV 89101; Phone number: 702–486-3132; email: aginfo@ag.nv.gov. You may contact the applicable customer service department using the contact information above or by writing to us at Privacy Officer, 1271 Ave of the Americans, FL 37, New York, NY 10020- 1304.

You have the right to see and, if necessary, correct personal data. This requires a written request, both to see your personal data and to request correction. We do not have to change our records if we do not agree with your correction, but we will place your statement in our file. If you would like a more detailed description of our information practices and your rights, please write to us at: Privacy Officer, CIPrivacy@aig.com.

6072-03-00-0001157-0008-0033054



**AIG**

# NOTICE

## To report a claim, please contact:

## + 1-888-760-9195

**PCG-CL NO (06/06)**

6072-03-00-0001157-0009-0033055



6072-03-00-0001157-0009-0033055

# IMPORTANT NOTICE REGARDING YOUR POLICY

**Installment Fees**

Your policy will be assessed an installment fee per installment, unless Full Payment has been selected.  The fee amount is disclosed on your Billing Statement.

PCG-FEENOTICE (08/18)

6072-03-00-0001157-0010-0033056



6072-03-00-0001157-0010-0033056



## IMPORTANT NOTICE TO SENIOR POLICYHOLDERS – NEW YORK

Insureds sixty-five years of age or older may make a written request to the insurer to name a designee to receive notices of cancellation and nonrenewal. If for any reason a cancellation or nonrenewal notice is sent to the named insured, the named insured's designee will also receive a copy of the notice.

New York law requires that the notification by the senior citizen insured to the insurance company advising of the third party designation shall include a written acceptance by the third party designee.  Such notification must be delivered to the company by certified mail, return receipt requested to:

**AIG Property Casualty Company**
**Attn:  Client Services**
**1271 Avenue of the Americas**
**New York, NY 10020**

**If you want to name a third-party designee, please provide the designee's information below.  Please sign your name and have the designee provide their signature as well.**

| Policy Number: PCG  0013893743 |
| --- |

Signature: _____

DESIGNATION AS A THIRD PARTY DOES NOT CONSTITUTE AN ACCEPTANCE OF ANY LIABILITY.  IF AT ANY TIME YOU WANT TO TERMINATE THIS DESIGNEE AGREEMENT YOU MUST SEND WRITTEN NOTIFICATION TO BOTH THE COMPANY AND THE SENIOR CITIZEN INSURED.

| Designee Name: | | |
| --- | --- | --- |
| Address: | | |
| City: | ST: | Zip |

_____        _____
(Signature of Designee)                                        (Date)

Insured Copy





## IMPORTANT NOTICE TO SENIOR POLICYHOLDERS – NEW YORK

Insureds sixty-five years of age or older may make a written request to the insurer to name a designee to receive notices of cancellation and nonrenewal. If for any reason a cancellation or nonrenewal notice is sent to the named insured, the named insured's designee will also receive a copy of the notice.

New York law requires that the notification by the senior citizen insured to the insurance company advising of the third party designation shall include a written acceptance by the third party designee.  Such notification must be delivered to the company by certified mail, return receipt requested to:

**AIG Property Casualty Company**
**Attn:  Client Services**
**1271 Avenue of the Americas**
**New York, NY 10020**

**If you want to name a third-party designee, please provide the designee's information below.  Please sign your name and have the designee provide their signature as well.**

| Policy Number: PCG  0013893743 |
| --- |

Signature: _____

DESIGNATION AS A THIRD PARTY DOES NOT CONSTITUTE AN ACCEPTANCE OF ANY LIABILITY.  IF AT ANY TIME YOU WANT TO TERMINATE THIS DESIGNEE AGREEMENT YOU MUST SEND WRITTEN NOTIFICATION TO BOTH THE COMPANY AND THE SENIOR CITIZEN INSURED.

| Designee Name: | | |
| --- | --- | --- |
| Address: | | |
| City: | ST: | Zip |

_____                    _____
(Signature of Designee)                                              (Date)

Company Copy

6072-03-00-0001157-0012-0033058



# AIG

## AIG PRIVATE CLIENT GROUP

## YOUR PRIVATE COLLECTIONS COVERAGE

## QUICK REFERENCE

**COVERAGE IS PROVIDED BY THE AMERICAN INTERNATIONAL GROUP
MEMBER COMPANY NAMED ON THE DECLARATIONS PAGE.
EACH IS A STOCK COMPANY.
(REFERRED TO IN THE POLICY AS THE COMPANY.)**

**POLICY PROVISIONS**                            **Beginning on Page**

Section   I     Definitions                            2

Section   II    Coverages                              2

Section   III   Payment of Loss                        2

Section   IV    Exclusions                             3

Section   V     General Conditions                     4

The Policy together with the Declarations Page and Endorsements, if any, complete the policy.

6072-03-00-0001157-0013-0033059

# PRIVATE COLLECTIONS COVERAGE-POLICY PROVISIONS

The insurance company named on your Declarations Page will provide the insurance described in this policy. You agree to pay the premium and comply with your responsibilities described in this policy.

Various provisions in this policy restrict or exclude coverage. Read the entire policy carefully to determine your rights and duties, and what is and is not covered. We have no duty to provide coverage unless there has been full compliance with policy Section V - GENERAL CONDITIONS.

## SECTION I - DEFINITIONS

In this policy, we use words in their plain English meaning. Words with special meanings are defined here or in the part of the policy where they are used. Throughout the policy, defined terms will be bolded when used.

The words "you", "your" and "yours" refer to the person, persons, LLCs, trusts, corporations or entities named on the Declarations Page as the Named Insured and any **family members** who live in the same household. The words "we", "us", "our" and "ours" refer to the insurance company named on the Declarations Page.

**Collectibles** means private collections of rare, unique or novel items of personal interest (for example: dolls, books, guns, memorabilia and model trains).

**Family Member** means a person related to you by blood, marriage or adoption that lives in your household.

**Fine Arts** mean paintings, etchings, statuary, antiques and other bona fide works of art, historical value or artistic merit.

**Market Value** refers to the amount for which the article could be expected to be replaced with one of reasonable similarity.

**Valuable Article(s)** refers to the personal property you own or possess for which an amount of coverage is shown on the Declarations Page.

## SECTION II - COVERAGES

### A. Valuable Articles

We cover all risks of direct physical loss or damage to **valuable articles** anywhere in the world unless stated otherwise in this policy or an exclusion applies.

The amount of coverage for each class of **valuable articles**, and for each scheduled item, is shown on your Declarations Page.

If scheduled jewelry is shown on your Declarations Page, we will increase the amount of coverage for each article of scheduled jewelry annually by a percentage determined by jewelry industry data, or, upon your request, a higher percentage.

### B. Extra Coverages

1. **Newly Acquired Items** - We cover your newly acquired **valuable articles**, up to 25% of the amount of scheduled coverage for each class as shown on the Declarations Page. This extra coverage does not increase your total policy limit of coverage for that class. For appropriate coverage under this policy, you must request coverage for all newly acquired **valuable articles** within the first ninety (90) days after your acquisition, and pay any additional premium from the date acquired. We reserve the right not to insure the newly acquired **valuable articles** once ninety (90) days after the acquisition of such items has elapsed.

2. **Articles of Others** - We cover damage to the **valuable articles** of others while temporarily in your care, custody and control up to a limit of $1,000,000, if the class is already covered under the policy. This coverage shall be excess over any other collectible insurance providing coverage for the items.

## SECTION III - PAYMENT OF LOSS

### A. Scheduled Items

1. **Total Loss** - For a covered loss to an item listed in your schedule of items, we shall pay the total amount of coverage for that item if it is lost or damaged beyond repair. However, if the **market value** of the scheduled item immediately before the loss exceeds the amount of scheduled coverage for that item, we will pay its **market value** up to 150% of the amount scheduled. The most we will pay in any one loss is the policy limit per class.

2. **Partial Loss** - If only part of the scheduled item is lost or damaged, we shall pay the lesser of:

   a. The full amount to restore the item to its condition immediately before the loss. If after the repair and/or restoration, the actual value of the item covered under this policy is less than its scheduled value immediately before the loss, we will pay the difference; or



6072-03-00-0001157-0013-0033059

b. The amount of scheduled coverage for that item.

However, if the **market value** of the scheduled item immediately before the loss exceeds the amount of scheduled coverage for that item or the **market value** of the item after restoration, we will pay its **market value**, up to 150% of the amount scheduled. The most we will pay in any one loss is the policy limit per class.

### B. Blanket Coverage

We shall pay the amount required to repair or replace the property, whichever is less, without deduction for depreciation, for a covered loss to **valuable articles** with blanket coverage as shown on the Declarations Page. If the restored value of the item is less than the **market value** immediately prior to the loss, we shall pay the difference. We will not pay more than the blanket limit per item for loss to any one item as shown on the Declarations Page, or, in the absence of a per item limit, we will not pay more than the amount of blanket coverage for that class.

### C. Pair or Set

For a covered loss to a pair or set, you may elect to:

1. Repair or replace any part to restore the pair or set to its condition immediately before the loss;
2. Be paid the lesser of:
   a. The difference in the **market value** of the pair or set immediately before and after the loss; or
   b. The difference between the amount of coverage and the **market value** of the pair or set after the loss.
3. Surrender the undamaged items of the pair or set to us, in which case you will be paid the lesser of:
   a. The amount of the blanket coverage of the pair or set; or
   b. The **market value** of the pair or set immediately prior to the loss.

In no event shall the payment exceed:

1. 150% of the amount of scheduled coverage for that pair or set.
2. The blanket limit for loss to any one item as shown on the Declarations Page.

### SECTION IV - EXCLUSIONS

The following exclusions shall apply to claims for **Valuable Articles** coverage:

### A. Stamps and Coins

We do not cover any loss to stamps and coins caused by fading, creasing, handling, denting, scratching, tearing, thinning, color transfer, aridity, dampness, or extreme temperature fluctuations.

### B. Collectibles

We do not cover any loss to **collectibles** caused during use other than as a **collectible**.

### C. Reparation and Restoration

We do not cover any loss or damage to **fine arts**, stamps, coins, musical instruments, cameras or **collectibles** caused by or resulting from reparation, restoration or retouching, unless approved by endorsement.

### D. Wear and Tear

We do not cover any loss caused by:

1. Wear and tear, gradual deterioration;
2. Inherent vice and latent defect;
3. Smog, rust or other corrosion;
4. Mold, wet or dry rot; or
5. Birds, vermin, rodents or insects.

### E. Breakdown

We do not cover any loss caused by electrical or mechanical breakdown, with the exception of any loss to wine caused by temperature extremes or changes in temperature resulting from the failure of a climate control system.

### F. Intentional Act

An Intentional act is one whose consequences could have been foreseen by a reasonable person. We do not cover any loss caused by any intentional act committed:

1. By or at the direction of you or a **family member**; and
2. With the intent to cause a loss.

### G. Dishonest Acts

We do not cover any loss caused by any dishonest or criminal act(s) by or at the direction of you or any **family member**.

### H. War

We do not cover any loss caused by:

1. Undeclared war, civil war, insurrection, rebellion or revolution;
2. Warlike act by a military force or military personnel; or
3. Destruction or seizure of property for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

### I. Nuclear Reaction

We do not cover any loss caused by nuclear reaction, radiation or radioactive contamination, whether controlled or uncontrolled or however caused, or any consequence of any of these hazards.

### J. Chemical Hazards

We do not cover any loss caused by any chemical, biological, bio-chemical, or electro-magnetic contamination, whether controlled or uncontrolled or however caused.

6072-03-00-0001157-0014-0033060



### K. Shipments by Mail

We do not cover any loss caused during shipment by mail including regular first class mail unless agreed to in advance by us. This exclusion does not apply to shipments with a value less than $10,000.

### L. Confiscation

We do not cover loss or damage caused by or resulting from confiscation, nationalization, requisition or destruction of or damage to property by or under the order of any government or public or local authority.

### M. Misappropriation

We do not cover any loss caused by the taking or other misappropriation of a **valuable article(s)** from you or a **family member** by you or a **family member**.

## SECTION V - GENERAL CONDITIONS

These conditions apply to your policy in general.

### A. Policy Period

The effective dates of your policy are shown on the Declarations Page. Those dates begin at 12:01 A.M. standard time at the mailing address shown.

All coverages on this policy apply only to occurrences that take place while this policy is in effect.

### B. Renewals

We may offer to continue this policy for a renewal period, at the current or revised premium, under the policy provisions in effect at the date of renewal. We can do this by mailing you a bill for the premium to the address shown on the Declarations Page, along with any changes in the policy provisions or amounts of coverage.

You may accept our offer by paying the required premium on or prior to the start date of each renewal period.

### C. Transfer of Rights

If we make a payment under this policy, we will assume any recovery rights you or a **family member** has in connection with that loss, to the extent we have paid for the loss.

All of your rights of recovery will become our rights to the extent of any payment we make under this policy. You or a **family member** will do everything necessary to secure such rights; and do nothing after a loss to prejudice such rights.

### D. Concealment or Fraud

This entire policy is void if you or a **family member** has intentionally concealed or misrepresented any material fact, engaged in fraudulent conduct or made false statements relating to this policy before or after a loss.

### E. Policy Changes

This policy can be changed only by a written amendment we issue.

### F. Bankruptcy or Insolvency

We will meet all our obligations under this policy regardless of whether you, your estate, or anyone else listed on the Declarations Page or their estate becomes bankrupt or insolvent.

### G. In Case of Death

In the event of your death, we cover your legal representative or any person having proper temporary custody of your property until a legal representative is appointed and qualified, but only with respect to your **valuable articles** covered under the policy at the time of death.

### H. Liberalization

We may extend or broaden the insurance provided by this policy without increasing the premium. If we do this during the Policy Period or within sixty (60) days before it begins, then the extended or broader insurance will automatically be applied to your policy.

### I. Conforming to State Law

If any provision of this policy conflicts with the laws of the state in which you live, this policy is amended to conform to those laws.

### J. Assignment

You cannot transfer your interest in this policy to anyone else unless we agree in writing to the transfer.

### K. Other Insurance

When other property insurance applies to a covered loss, we will pay only the portion of the loss that our amount of coverage bears to the total amount of insurance covering the loss.

### L. Packing/Unpacking

To the best of your ability, you will provide for the insured property to be packed and unpacked by competent packers and handlers.

### M. Your Duties After a Loss

If you suffer a covered loss, you must perform these duties:

1. **Notification** - You must immediately notify us or your agent of your loss. In case of theft or accident, you must also notify the police or similar competent authority within 90 days of the loss.

2. **Protect Property** - You must protect property from further damage; and make any repairs that are necessary to protect the property; and keep an accurate record of your expenses. We will pay the reasonable costs of protecting the property from further damage. This will not increase the amount of coverage that applies.



6072-03-00-0001157-0014-0033060

3. **Prepare an Inventory** - In the event of blanket coverage, you must prepare an inventory of the damaged personal property. It should describe the property in full, then show in detail the amount insured under this policy and actual amount of the loss. You must attach bills, receipts, and other documents to support your inventory.

4. **Display Property** - You must show us the damaged property when requested.

5. **Examination Under Oath** - We have the right to examine under oath as often as we may reasonably require, you and your **family members**. We may also ask you to give us a signed description of the circumstances surrounding a loss and your interest in it, and to produce all records and documents we request and permit us to make copies.

**N.  Insurable Interest**

We will not pay for any loss to property in which you or a **family member** does not have an insurable interest at the time of the loss.

**O.  Abandoning Property**

You cannot abandon any property to us, or a third party, unless we agree to accept it.

**P.  Carrier and Bailees**

We will not make any payments under this policy to the benefit of any carrier or other bailee of damaged property.

**Q.  Legal Action Against Us**

You agree not to bring legal action against us unless you have first complied with all conditions of this policy. You also agree to bring any action against us within one year after a loss occurs, but not until thirty (30) days after proof of loss has been filed and the amount of loss has been determined.

**R.  Vaulted Jewelry**

Scheduled jewelry described on the Declarations Page as "vaulted" must be kept in a bank vault. There is no coverage while these items are out of a vault, unless we receive notice in advance of the removal.

**S.  Appraisals**

If you and we fail to agree on the amount of loss, either party may make a written demand that each selects an independent appraiser. In this event, the parties must notify each other of their selection within twenty (20) days. The independent appraisers will select an arbitrator within fifteen (15) days. If an arbitrator is not agreed upon within that time, either party may request the arbitrator be selected by a judge. The independent appraisers will then appraise the loss and submit any differences to the arbitrator. A decision in writing agreed to by the two appraisers or either appraiser and the

arbitrator will be binding. Each appraiser will be paid by the party that has selected him. You and we will share the expenses of the arbitrator equally.

**T.  Inspection and Surveys**

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

**U.  Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the Policy Period and up to three years afterward.

**V.  Salvage**

When we pay for a total loss, we may keep all or part of the damaged property.

**W.  Recoveries**

In the event we pay for a covered loss to property and the property is recovered, we agree to offer you an opportunity to buy it back.

**X.  Cancellation**

1. **Your Cancellation**

You may cancel this policy or any part of it at any time by notifying us in writing of the future date that the cancellation is to take effect.

2. **Our Cancellation**

We may cancel this policy subject to the following conditions:

a. **Nonpayment of Premium**

We may cancel this policy with ten (10) days notice if you fail to pay the premium by the due date, regardless of whether the premium is payable to us, to our agent, or under any finance or credit plan.

b. **Misrepresentation**

We may cancel this policy with thirty (30) days notice if the coverage was obtained through misrepresentation, fraudulent statements, omissions, or concealment of a fact that is relevant to the acceptance of the risk or to the hazard we assumed.

c. **Increase in Hazard**

We may cancel this policy with thirty (30) days notice in the event or circumstance of a material increase in, or a change to, the covered property that increases the hazard insured against.

6072-03-00-0001157-0015-0033061

**d. Conviction of Crime**

We may cancel this policy with thirty (30) days notice if you have been convicted of a crime arising out of an act that increases the hazard insured against.

## Y. Nonrenewal

If we elect not to renew this policy, we shall mail to you at the last address known to us written notice of non-renewal not less than thirty (30) days before the end of the Policy Period as stated on the Declarations Page.

Regardless, this policy will terminate at the end of the Policy Period stated on the Declarations Page if you have failed to discharge when due any of your obligations in connection with the payment of premium for the renewal of this policy, or if you have notified us or our agent that you do not wish this policy to be renewed. Proof of mailing of notice mentioned above shall be sufficient proof of notice.

## Z. Refund

In the event of cancellation by you or by us, we will refund any unearned premium on the effective date of cancellation, or as soon as possible afterwards. The unearned premium will be computed *pro rata* for the unexpired term of the policy.

In Witness Whereof, we have caused this policy to be executed and attested, and if required by state law this policy shall not be valid unless countersigned by our authorized representative.

AIG Property Casualty Company

_____
*Secretary*

_____
*President*



6072-03-00-0001157-0015-0033061

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## ECONOMIC SANCTIONS ENDORSEMENT

The following is added to the policy to which it is attached:

The Insurer shall not be deemed to provide cover and the Insurer shall not be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose the Insurer, its parent company or its ultimate controlling entity to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or the United States of America.

PCG-OFAC (05/22)                                                                                 Page 1 of 1

6072-03-00-0001157-0016-0033062



6072-03-00-0001157-0016-0033062

## Amendatory Endorsement - New York

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

Section III - PAYMENT OF LOSS, is amended to include the following:

**Loss Payment**

We will adjust all losses with you.  Loss will be payable within sixty (60) days after we accept your proof of loss.

Section IV - EXCLUSIONS, Wear and Tear is deleted and replaced with the following:

**Wear and Tear**

We do not cover any loss caused by:

1.  Wear and tear, gradual deterioration;
2.  Inherent vice and latent defect;
3.  Smog, rust or other corrosion;
4.  Mold, wet or dry rot; or
5.  Birds, vermin, rodents or insects.

We however, pay for an ensuing covered loss unless another exclusion applies.

Section IV - EXCLUSIONS, Nuclear Reaction is deleted and replaced with the following:

**Nuclear Reaction**

We do not cover any loss caused by nuclear reaction, radiation or radioactive contamination, whether controlled or uncontrolled or however caused, or any consequence of any of these hazards.

We, however, pay for an ensuing covered fire loss.

Section V – GENERAL CONDITIONS, Concealment or Fraud is deleted and replaced by the following:

**Concealment or Fraud**

We do not provide coverage for you, if before or after a loss, you have:

1.  Intentionally concealed or misrepresented any material fact or circumstance; or
2.  Engaged in fraudulent conduct;

    relating to this insurance.

    This exclusion shall not apply to deny an innocent co-insured's otherwise-covered loss.

Section V – GENERAL CONDITIONS, Your Duties After a Loss, 1. Notification is deleted and replaced by the following:

1.  **Notification** - As soon as reasonably possible, you must notify us or your agent of your loss.  In case of theft or accident, you must also notify the police or similar competent authority as soon as reasonably possible.

Section V - GENERAL CONDITIONS, Legal Action Against Us is deleted and replaced by the following:

**Legal Action Against Us**

No action can be brought unless the policy provisions have been complied with and the action is started within two (2) years after the date of loss.

PCP-AENY (03/06)                                1

6072-03-00-0001157-0017-0033063

Section V - GENERAL CONDITIONS, Cancellation is deleted and replaced by the following:

**Cancellation**

**1.  Your Cancellation**
You may cancel this policy or any part of it at any time by notifying us in writing of the future date that the cancellation is to take effect.

**2.  Our Cancellation**
We may cancel the entire policy only for the reasons stated in this condition.  The cancellation notice will be mailed to you at the address shown on the Declarations.  Proof of mailing will be sufficient proof of notice.

**a.**  When you have not paid the premium, we may cancel the entire policy at any time by mailing to you at least 15 days notice of cancellation.

**b.**  When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel the entire policy for any reason by letting you know at least 30 days before the date of cancellation takes place.

**c.**  When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel the entire policy only for one or more of the following reasons by notifying you at least 30 days prior to the proposed cancellation date:

**(i)**  Conviction of a crime arising out of acts increasing the hazard insured against;

**(ii)**  Discovery of fraud or material misrepresentation in obtaining the policy or in the presentation of a claim thereunder;

**(iii)**  Discovery of willful or reckless acts or omissions increasing the hazard insured against;

**(iv)**  Physical changes in the property insured occurring after issuance or last annual anniversary date of the policy which result in the property becoming uninsurable in accordance with our objective, uniformly applied underwriting standards in effect at the time the policy was issued or last voluntarily renewed; or

**(v)**  A determination by the Superintendent of Insurance that the continuation of the policy would violate or would place us in violation of the New York Insurance Law.

If one of the reasons listed in this Paragraph **c.** exists, we may cancel the entire policy.

**d.**  If we have the right to cancel, we may, instead of canceling this policy, amend the limits of liability or reduce coverage not required by law.  If we take this action, we will notify you by mail at least 20 days prior to the date of such change.

Delivery of such written notice by us to you at the mailing address shown on the Declarations or at a forwarding address will be equivalent to mailing.

Section V - GENERAL CONDITIONS, Nonrenewal is deleted and replaced by the following:

**Nonrenewal**

We will not refuse to renew or condition our renewal of this policy except as allowed by the laws of the State of New York.  The conditions may include, but are not limited to, amending the limits of liability or reducing coverage not required by law.  If we take this action, we shall mail to you at the last address known to us written notice of nonrenewal at least forty-five (45) but no more than (60) days prior to the expiration date of this policy.  Proof of mailing will be sufficient proof of notice.



Regardless, this policy will cancel at the end of the Policy Period stated on the Declarations Page if you have failed to discharge when due any of your obligations in connection with the payment of premium for the renewal of this policy, or if you have notified us or our agent that you do not wish this policy to be renewed.  Delivery of such written notice by us to you at the mailing address shown on the Declarations or at a forwarding address will be equivalent to mailing.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

6072-03-00-0001157-0017-0033063

**IMPORTANT NOTICE TO OUR CUSTOMERS
REGARDING THE
OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")**

Your rights as a policyholder and payments to you, any insured, additional insured, loss payee, mortgagee, or claimant, for loss under this policy may be affected by the administration and enforcement of U.S. economic embargoes and trade sanctions by the OFFICE OF FOREIGN ASSETS CONTROL ("OFAC").

The United States imposes economic sanctions against countries, groups and individuals, such as terrorists and narcotics traffickers. These sanctions prohibit US persons from dealing with these sanctioned parties. The purpose of this notice is to inform you that we cannot violate US sanctions by engaging with sanctioned countries or people.

**WHAT IS OFAC?**

OFAC is an office of the Department of the Treasury and acts under presidential wartime and national emergency powers, as well as authority granted by specific legislation, to impose controls on transactions and freeze foreign assets under U.S. jurisdiction. OFAC administers and enforces economic embargoes and trade sanctions primarily against:

- Targeted foreign countries and their agents

- Terrorism sponsoring agencies and organizations

- International narcotics traffickers

- Proliferators of Weapons of Mass Destruction

**PROHIBITED ACTIVITY**

- OFAC enforces certain embargoes and sanctions against designated countries. No U.S. business or person may enter into transactions involving designated "sanctioned" countries.
- OFAC publishes on its website a list known as the "Specially Designated Nationals and Blocked Persons" ("SDNBP") list. No U.S. business or person may enter into transactions involving any person or entity named on the SDNBP list.

Additional information about OFAC Sanctions Programs and Countries can be found at:
http://www.treasury.gov/resource-center/sanctions/Programs/Pages/Programs.aspx

**OBLIGATIONS PLACED ON US BY OFAC**

If we determine that you or any insured, additional insured, loss payee, mortgagee, or claimant are on the SDNBP list or are connected to a sanctioned country as described in the regulations, we must block or "freeze" property and payment of any funds transfers or transactions.

**POTENTIAL ACTIONS BY US**

1. We shall not be deemed to provide cover when it would violate any applicable sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union or the United States of America. You will not receive a return premium unless approved by OFAC. All funds will be placed in an interest bearing blocked account established on the books of a U.S. financial institution.

2. We will not pay a claim or provide any benefit to the extent that such cover, payment of such claim or provision of such benefit would violate any trade or economic sanctions, laws or regulations of the United States of America and we will not defend or provide any other benefits under your policy to individuals, entities or companies to the extent that it would violate any trade or economic sanctions, laws or regulations of the United States of America.

**YOUR RIGHTS AS A POLICYHOLDER**

If funds are blocked or frozen by us in conjunction with the OFFICE OF FOREIGN ASSETS CONTROL, you may complete an "APPLICATION FOR THE RELEASE OF BLOCKED FUNDS" and apply for a specific license to request their release. Forms are available for download at the OFAC website. See
http://www.ustreas.gov/offices/eotffc/ofac/legal/forms/license.pdf

PCG-OFACNOT (07/14)    © American International Group, Inc. All rights reserved.    Page 1 of 1



6072-03-00-0001157-0018-0033064

## Additional Named Insured/Loss Payee

Coverage under your policy is extended to the following additional named insured(s):

Name & Address of Additional Named Insured/Loss Payee

Office of the United States Trustee
Giaimo Federal Building,
150 Court Street, Room 302
New Haven, CT, 06510

Specific Interest (specify all items or designated items)

All other terms and conditions of this policy shall remain unchanged.

This endorsement forms a part of the policy to which attached, effective on the inception date of the policy unless otherwise state herein.

(The information below is required only when this endorsement is issued subsequent to the preparation of the policy)

**Endorsement Effective Date:** 03/16/2023

**Named Insured:** Genever Holdings LLC          **Policy Number:** PCG  0013893743

_____
Authorized Company Representative

PCP - AILP(12/99)

6072-03-00-0001157-0019-0033065

