**WADE CLARK MULCAHY LLP** | ATTORNEYS

180 Maiden Lane | Suite 901 | New York | NY 10038 | 212.267.1900 | 212.267.9470 Fax | www.wcmlaw.com



April 17, 2023

***Via Email***

Luc Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
lucdespins@paulhastings.com

Re:    Claim of Genever Holdings LLC
      Policy No.:    0061821440
      Claim No.:    81000578
      Date of Loss:  March 15, 2023

Dear Mr. Despins:

As we have previously advised, this office represents AIG Property Casualty Company ("AIG"), which issued Homeowners Policy No. PCG 0061821440 (the "Policy") to Genever Holdings LLC ("Genever") for the period of March 6, 2023, to March 6, 2024. The Policy provides certain insurance coverage with respect to the unit at 781 Fifth Avenue, 18th Floor, New York, New York 10022. As we also have previously advised, AIG is currently conducting an investigation into the fire at 781 Fifth Avenue, New York, NY under a strict reservation of rights.

In respect of the reservation of rights, we note that the Policy's Property coverage does not cover Genever for "any loss caused by any act, whose consequences could have been foreseen by a reasonable person," when committed by an insured person "[w]ith the intent to cause loss or damage." The Policy's Property coverage also does not cover "any loss caused by any dishonest or criminal act by, or at the direction of, [Genever] or any family member." The Policy's Liability coverage also does not indemnify Genever for any liability it might incur for "[p]ersonal injury or property damage resulting from any criminal, willful, intentional or malicious act or omission by any person" or "claims for acts or omissions of any person which are intended to result in, or would be expected by a reasonable person to cause, property damage or personal injury."

The Policy does not obligate AIG to make repairs or incur repair costs for claims while it is still investigating whether the claims are covered under the Policy.

April 17, 2023
Page 2

Indeed, the Policy specifically places that obligation on Genever.  As the Policy provides:

> Your Duties After a Loss
>
> In the event of an occurrence which is likely to involve this policy, or if you or any other insured **person** under this policy is sued in connection with an occurrence which may be covered under this policy, you or an insured **person** must:
>
> . . . .
>
> 4.  Protect the property from further damage.  If repairs to the property are required, you must:
>
>   a.  Make reasonable and necessary repairs to protect the property; and
>
>   b.  Keep an accurate record of all repair expenses.
>
> . . . .

While AIG engaged Westfair Restoration to complete select cleaning of the elevator corridors and hallways in order to protect and preserve the insured unit and to mitigate potential damage to the building or any other units, it did so under a reservation of rights and did not commit to any additional cleanup or remediation.  Given the unusual circumstances regarding the fire that originated at the insured unit,  AIG does not intend to take any further action in respect of repair or remediation at this time.

As noted, AIG's investigation of Genever's claim continues under a strict reservation of rights.  AIG does not waive, and intends to preserve, all potential defenses to coverage under the Policy and at law, and our reference in this letter to certain exclusions is not a waiver of other terms of the Policy, including other exclusions, that may affect Genever's entitlement to coverage.

Sincerely,

WADE CLARK MULCAHY LLP
/s/
*Michael A. Bono*

April 17, 2023
Page 3

cc:     Sherry Millman, Esq.
smillman@stroock.com

Audi Mincey
Wolfson Ins. Brokerage Inc.
amincey@globalcoverage.com

Genever Holdings LLC
c/o Max Krasner
propertymanagement77@proton.me

Cara DiGiovanna
Cara.Digiovanna@aig.com