Form recommended by the
National Board of Fire Underwriters
July 1950

# PARTIAL SWORN STATEMENT IN PROOF OF LOSS

| $28,194,359.00 ADDITIONS & ALTERATIONS | | 0061821440 |
|---|---|---|
| AMOUNT OF POLICY AT TIME OF LOSS | | POLICY NUMBER |
| 3/6/2023 | | NYNY |
| DATE ISSUED | | AGENCY AT |
| 3/6/2024 | | Wolfson Insurance Brokerage, Inc. |
| DATE EXPIRES | | AGENT |

To the AIG Private Client
of

At the time of loss, by the above indicated policy of insurance you insured   Genever Holdings LLC c/o Luc A. Despins Chapter 11 Trustee of Ho Wan Kwok

against loss by   Fire   to the property described under Schedule "A" according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** A   Fire   loss occurred about the hour of        o'clock        STATE LOSS on the   15th   day of   March   20  23  . The cause and origin of the said loss were (state all known facts -- attach separate sheet if necessary)

2. **Occupancy:** The building described or containing the property described was occupied at the time of the loss as follows, and for no other purpose whatever. (Specifically state nature and purpose of occupancy)   Apartment

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described herein was   owner  . No other person or persons had any interest therein or encumbrance thereon except (state liens/mortgages/encumbrances, if any)   None

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described except:   NONE

5. **Total insurance:** The total amount of insurance upon the property described by this policy was at the time of the loss 28,194,359.00, ADDITIONS & ALTERATIONS   as more particularly specified in the apportionment attached under Schedule "C" besides which there was no policy or other contract of insurance written or oral valid or invalid.

6. The Actual Cash Value   of said property at the time of the loss was............ $

7. The Whole Loss and Damage was ............................................. PARTIAL $   391,047.97

8. The Amount Claimed under the above numbered policy is ......... See Schedule B PARTIAL $   391,047.97

The said loss did not originate by any act or procurement on the part of your insured or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules by such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

* This NOTICE is required by Reg. 95, Art IIIB, of the NYS Insurance Law.

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

Genever Holdings LLC c/o Luc A. Despins Chapter 11 Trustee of Ho Wan Kwok

State of   Providenciales
County of   Turks and Caicos Islands
Subscribed and sworn to before me this   21st   day of   April   20 23

(Signature)
(Print)

© AAG Ltd. Genever Proof (pg. 1) 10/15/97

## SCHEDULE "A" – POLICY FORM
(complete this section or attach full copy of policy / policies)

Policy Form No. _____ Dated _____
Item 1. $ 28,194,359.00 on ADDITIONS & ALTERATIONS
Item 2. $ _____ on _____
Item 3. $ _____ on _____
Item 4. $ _____ on _____
Situated   781 Fifth Avenue, New York, NY, 10166
Coinsurance. Average, Distribution, or Deductible Clauses, if any _____
Loss, if any, payable to   Genever Holdings LLC c/o Luc A. Despins Chapter 11 Trustee of Ho Wan Kwok, Affiliated Adjustment Group, Ltd.

## SCHEDULE "B"
### STATEMENT OF ACTUAL CASH VALUE AND LOSS AND DAMAGE

| | Itemization is required of property involved, and for which claim is made showing how loss and damage is arrived at. Attach schedule if necessary | ACTUAL CASH VALUE | LOSS AND DAMAGE |
|---|---|---|---|
| | All City – Mitigation | | 391,047.97 |
| | Collectible at This Time | | 391,047.97 |
| | | | |
| | | | |
| | | | |
| | This proof of loss is written without prejudice to, waiver of and reserving all rights, terms and conditions inherent in and/or accruing from the applicable policies of insurance. | | |
| | | | |
| | | | |
| Totals: | | | |

## SCHEDULE "C" - APPORTIONMENT

| POLICY NO. | EXPIRES | NAME OF COMPANY | | ITEM NO. | | ITEM NO. | |
|---|---|---|---|---|---|---|---|
| | | INSURES | PAYS | INSURES | | PAYS | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Totals: | | | | | | | |

_____ Adjuster

### RECEIPT FOR PAYMENT

Received of _____ (insurer) of _____
_____                                Dollars ($_____)
in full satisfaction and indemnity for all claims and demands upon said company on account of said loss and damage and the said policy is hereby _____ (State whether Reduced, Reduced and Reinstated or cancelled by payment.)

Dated _____ 19____   _____
                                                           The Insured
Dated _____ 19____   _____
                                                           The Mortgage

© AAG Ltd. ProofofLoss.dot (pg. 2) 10/15/97