| | |
|---|---|
| **From:** | Dudas, Michael |
| **To:** | Digiovanna, Cara; Despins, Luc A. |
| **Cc:** | Schultz, Karim |
| **Subject:** | [EXT] RE: Property Loss - The Sherry Netherland - 781 Fifth Ave. NY, NY - DOL: 3/15/2023 - fire 18th floor - AFM file no. 818484 |
| **Date:** | Thursday, April 27, 2023 2:47:54 PM |
| **Attachments:** | image001.png<br>Fire at The Sherry Netherland - 781 Fifth Ave. 18th Floor NYC Insured Genever Holdings LLC Claim #81000578 Your Claim ID 818484.msg |

**--- External Email ---**

Hi Cara, Karim and Luc,

This email will serve to follow up with you from my email below and Karim Shultz email of 4/6/2023 (attached).

AFM's retained C&O consultant – John Goetz of J.F. Goetz & Associates has finalized their report and ruled the fire undetermined.

Please confirm your next steps in cleaning your clients unit of the smell/odor as previously discussed below to help mitigate any further damage to the building.

Thank you.

Regards,
Mike

**Michael B. Dudas** | Staff Adjuster | New York Operations
AFM | 300 Kimball Drive | Suite 200 | Parsippany, NJ 07054 USA
**T:** 973 541 6849 | **M:** 818-859-2614 | **E:** michael.dudas@fmglobal.com
affiliatedfm.com



**From:** Dudas, Michael
**Sent:** Wednesday, April 5, 2023 1:57 PM
**To:** Digiovanna, Cara <Cara.Digiovanna@aig.com>; Despins, Luc A. <lucdespins@paulhastings.com>
**Cc:** Michael.J.Kennedy@wtwco.com; Michael Ullman <mjullman@SherryNetherland.com>; Deanna Huaman <deanna@tristateadjustment.com>
**Subject:** Property Loss - The Sherry Netherland - 781 Fifth Ave. NY, NY - DOL: 3/15/2023 - fire 18th floor - AFM file no. 818484

**Importance:** High

Hi Cara,

This email will serve as follow up from AFM's walk through of the building today, April 5, 2023 to inspect the other areas of damage sustained from the fire that occurred in your client's unit (18th floor). (i.e. common areas, base building, hotel rooms, electrical, etc.).

During the walk through, it was confirmed that the building installed a board up door the morning of March 28, 2023 (per attached email-PDF) to block off the said area (origin of the fire) however, the remainder of the apartment has not been remediated/cleaned. This is causing a continuous smoke/odor issue to the building (The Sherry Netherland) wherein the smoke/soot odor is still being pulled from your clients unit (18th floor) into the elevator shafts, riser shafts, and other areas. This must be rectified immediately.

I have given approval to the building to start cleaning the elevator shafts and close off your clients elevator doors (passenger sides) to the unit (not the freight elevators) however, if your clients unit is not going to be blocked off/cleaned up to remove the additional smoke/odor and install air scrubbers to be vented outside through a window to help alleviate the smoke/odor, AFM will be looking to have AIG cover the continuous cleaning(s) of the elevator shafts, riser shafts, and other areas of the building wherein the smoke is being pulled from your clients unit.

As we previously discussed during our joined C&O inspection on March 27, 2023, a door would be installed by the fire origin area of the unit (which was done), have the unit cleaned (all others areas of the 18th floor unit, and install a few air scrubbers to pull the smoke/odor through a window), have not been done.

Please advise when this will be done.

In addition, this email will also serve to provide you with the attached letter (2nd pdf).

Please confirm receipt of this email and letter.

Thank you.

Regards,
Mike

Michael B. Dudas | Staff Adjuster | New York Operations
AFM | 300 Kimball Drive | Suite 200 | Parsippany, NJ 07054 USA
**T:** 973 541 6849 | **M:** 818-859-2614 | **E:** michael.dudas@fmglobal.com
affiliatedfm.com



New York
"ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE STATED VALUE OF THE CLAIM FOR EACH VIOLATION."