| | |
|---|---|
| **From:** | Patrick Linsey |
| **To:** | Barron, Douglass E. |
| **Cc:** | Catherine Skibitcky |
| **Subject:** | Re: Notice of Claim (+ Updated mailing address request) |
| **Date:** | Thursday, March 16, 2023 11:22:47 AM |
| **Attachments:** | ATT00001.htm |
| | image001.png |
| | external.png |
| | action_warning.png |
| | finance_warning.png |

And Trustee Despins should be the primary notice party for the policyholder. If Doug and I could be copied by email that would be great. Thanks again for your assistance earlier.

On Mar 16, 2023, at 2:04 PM, Barron, Douglass E. <douglassbarron@paulhastings.com> wrote:

Caution: External Email. Verify you know the sender before clicking a Link.

Hi Catherine.  To follow up on our prior discussion, correspondence to Luc Despins should be addressed to:

Luc A. Despins, Chapter 11 Trustee of Ho Wan Kwok

Paul Hastings LLP

200 Park Ave

New York, NY, 10166

_____

<https://urldefense.com/v3/__https://linkprotect.cudasvc.com/url?a=http*3a*2f*2fwww.paulhastings.com*2f&c=E,1,CJjcFAqYsiWW5PuYbGRLBCyraJwnT8rQCQV3uiKh0u-p6qoJb60PW603MuZq_OO4SPIxsgm08hLleyQo6fell4IQ6u-j7oDFd6K2N12vq1S0EVkf9eA,&typo=1__;JSUlJQ!!BzMsqVLNNjU!KSxqtP43aNknR2DfJKAU0M87f5L4QTsVJtiw5yLLEHiRGRYg92uX2xDb9QOw6Hy9wiIp-jfmyv4aSz2VEUquhIqYUgdIWg$ >

<https://urldefense.com/v3/__https://linkprotect.cudasvc.com/url?a=http*3a*2f*2fwww.paulhastings.com*2f&c=E,1,oUToxXaE6Y6an2wONO2CwJ0CxFvm36tVZZGEDCo61q9-sFZCUjXV0hwa_uH2H5VF8xmoNgLYTvwtXPQhUobaf4DuNRhE-Vox4FZCctksZ34,&typo=1__;JSUlJQ!!BzMsqVLNNjU!KSxqtP43aNknR2DfJKAU0M87f5L4QTsVJtiw5yLLEHiRGRYg92uX2xDb9QOw6Hy9wiIp-jfmyv4aSz2VEUquhIqBcIul-Q$ >
<image001.png>

Douglass Barron | Associate | Financial Restructuring Group
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6690 | Main: +1.212.318.6000 | Fax: +1.212.230.7690 |
douglassbarron@paulhastings.com<mailto:douglassbarron@paulhastings.com> | www.paulhastings.com<https://urldefense.com/v3/__https://linkprotect.cudasvc.com/url?a=http*3a*2f*2fwww.paulhastings.com*2f&c=E,1,do-L9kL6TtbOgU5fCDOKu82Slt-R1MX5PrMXSaj5Ff82RU5Y6F3It9LDk-6q8zZn7O-Pf6kgPzkucJ84oUwmZi20jA1AxleNO0rJyuIuVb8,&typo=1__;JSUlJQ!!BzMsqVLNNjU!KSxqtP43aNknR2DfJKAU0M87f5L4QTsVJtiw5yLLEHiRGRYg92uX2xDb9QOw6Hy9wiIp-jfmyv4aSz2VEUquhIrw984rVQ$ >

From: Patrick Linsey <plinsey@npmlaw.com>
Sent: Thursday, March 16, 2023 11:15 AM
To: 'Catherine Skibitcky' <cskibitcky@globalcoverage.com>
Cc: Despins, Luc A. <lucdespins@paulhastings.com>; Barron, Douglass E. <douglassbarron@paulhastings.com>
Subject: [EXT] RE: Notice of Claim

--- External Email ---

Dear Catherine:

Further to my last email below and to the extent that you were not already aware, yesterday Ho Wan Kwok and Yvette Wang were arrested by the Federal Bureau of Investigation.  I write to remind your agency that any communications with Genever Holdings LLC as policyholder should be solely through the Chapter 11 Trustee and his counsel. Thank you.

Sincerely,

Patrick Linsey

Counsel to the Chapter 11 Trustee and to Genever Holdings LLC

From: Patrick Linsey
Sent: Thursday, March 16, 2023 11:11 AM
To: Catherine Skibitcky <cskibitcky@globalcoverage.com<mailto:cskibitcky@globalcoverage.com>>
Cc: lucdespins@paulhastings.com<mailto:lucdespins@paulhastings.com>; Barron, Douglass E. <douglassbarron@paulhastings.com<mailto:douglassbarron@paulhastings.com>>
Subject: Notice of Claim
Importance: High

Dear Catherine:

As you know, I represent both Genever Holdings LLC and Chapter 11 Trustee Luc A. Despins, who manages Genever Holdings LLC pursuant to a power of attorney and in accordance with his role as the court-appointed trustee in the chapter 11 case of Ho Wan Kwok in the U.S. Bankruptcy Court for the District of Connecticut.

Please be advised that there was a fire yesterday at the premises covered by the insurance policies that we previously discussed (see, e.g., the attached dec pages), i.e., 781 Fifth Avenue, 18th Floor, New York, NY 10022.  This email is to notify you and the carrier of a claim under any applicable coverage.

Please confirm as soon as possible that notice has been transmitted to any relevant carrier(s).  We may supplement this notice as additional information becomes available.  Please let me know if you have any immediate questions.  Thank you.

Sincerely,

Patrick Linsey

Counsel to the Chapter 11 Trustee and to Genever Holdings LLC



Patrick R. Linsey

Direct: 203.781.2847 | plinsey@npmlaw.com<mailto:plinsey@npmlaw.com>


NEUBERT, PEPE & MONTEITH, P.C.

195 Church Street, 13th Floor, New Haven, CT 06510

New Haven | Hartford |  Fairfield | White Plains | www.npmlaw.com<https://urldefense.com/v3/__https://linkprotect.cudasvc.com/url?a=http*3a*2f*2fwww.npmlaw.com*2f&c=E,1,v2hgY03Qm0UJfNP8r_G0z0fAw50xziKqG1tdRToCyebarjPOy7i4ceZzjhEv68LzVQ8PZN8t18A9Jr-QS-XarPky-LwpdTJplLT0Jo7Rxmhc75nac5UlVW08wVY,&typo=1__;JSUlJQ!!BzMsqVLNNjU!KSxqtP43aNknR2DfJKAU0M87f5L4QTsVJtiw5yLLEHiRGRYg92uX2Db9QOw6Hy9wiIp-jfmyv4aSz2VEUquhIqET4Oo3A$ >

*****************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE<https://urldefense.com/v3/__https://linkprotect.cudasvc.com/url?a=https*3a*2f*2fwww.paulhastings.com*2fglobal-privacy-statement&c=E,1,nU1jVnPTGLROeKGgoIwHQCH4_wHJmlGrSy8JrYYrqPEnkDIwFiPG8cDErPa8BFs31IVbchNaWJxF0HGDV3FjjwX3sL4bs23gz8zkZ-7gsCL3w4g_&typo=1__;JSUlJQ!!BzMsqVLNNjU!KSxqtP43aNknR2DfJKAU0M87f5L4QTsVJtiw5yLLEHiRGRYg92uX2Db9QOw6Hy9wiIp-jfmyv4aSz2VEUquhIpxVCRItA$ >.
If you have any questions, please contact Privacy@paulhastings.com<mailto:privacy@paulhastings.com>.