| | |
|---|---|
| **From:** | Despins, Luc A. |
| **To:** | Digiovanna, Cara; Michael Bono |
| **Subject:** | Need to know what is happening with the apartment clean-up |
| **Date:** | Friday, April 14, 2023 11:27:52 AM |
| **Attachments:** | image001.png |

S-N is threatening court action now.



**Luc Despins** | **Partner** | **Financial Restructuring Group**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6001 | Main: +1.212.318.6000 | Fax: +1.212.230.7771 | lucdespins@paulhastings.com | www.paulhastings.com