**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------x
                                      :

In re:                              :    Chapter 11
                                        :

HO WAN KWOK *et al.*,         :    Case No. 22-50073 (JAM)
                                        :

             Debtors.[1]       :    Jointly Administered
                                        :

---------------------------------------------------x

**MOTION TO ADJOURN HEARING ON**
**APPLICATION OF GENEVER HOLDINGS LLC, PURSUANT TO**
**BANKRUPTCY CODE SECTIONS 327(a) AND 328, BANKRUPTCY RULES**
**2014(a) AND 2016, AND LOCAL RULE 2014-1, FOR ENTRY OF ORDER**
**AUTHORIZING EMPLOYMENT AND RETENTION OF AFFILIATED**
**ADJUSTMENT GROUP, LTD. AS PUBLIC ADJUSTER**

Genever Holdings LLC ("Genever (US)") hereby respectfully moves (the "Motion") the

Court to adjourn the hearing (the "Hearing") on its *Application, Pursuant to Bankruptcy Code*

*Sections 327(a) and 328, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Entry of*

*an Order Authorizing Employment and Retention of Affiliated Adjustment Group, Ltd. as Public*

*Adjuster* [ECF No. 1749] (the "Application"), to May 30, 2023, and extend the deadline for all

parties in interest to object to the Application from Tuesday, May 16, 2023 to Friday, May 19,

2023.  The Hearing is presently the only matter in these chapter 11 cases scheduled for May 23,

2023, and the Court has indicated that it would consider a request to adjourn the Hearing to May

30, 2023, when other matters in these chapter 11 cases and a related adversary proceeding are

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

scheduled.  Accordingly, in the interest of efficiency, Genever (US) requests that the Hearing be adjourned to May 30, 2023.  In addition, Genever (US) requests that, given the requested adjournment, the deadline for parties in interest to object to the Application be extended to Friday, May 19, 2023 at 4:00 p.m. (ET).  This is Genever (US)'s first request to adjourn the Hearing on the Application and to extend the related objection deadline.

WHEREFORE, the Court should (a) adjourn the Hearing on the Application to May 30, 2023, (b) extend the deadline to object to the Application to May 19, 2023, and (c) grant such other and further relief as is just and proper.

Dated: May 15, 2023          GENEVER HOLDINGS LLC
    New Haven, Connecticut

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

    *and*

    Avram E. Luft (admitted *pro hac vice*)
    G. Alexander Bongartz (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com
    alexbongartz@paulhastings.com

    *and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*Counsel for Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                   :

In re:                             :    Chapter 11

                                   :

HO WAN KWOK *et al.*,         :    Case No. 22-50073 (JAM)

                                   :

            Debtors.[2]        :    Jointly Administered

                                   :

---------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 15, 2023, the foregoing was electronically

filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case

able to receive electronic notice by operation of the Court's electronic filing ("<u>CM/ECF</u>") system.

Parties may access this filing through the Court's CM/ECF system.

Dated: May 15, 2023               GENEVER HOLDINGS LLC
      New Haven, Connecticut

                                By: */s/ Patrick R. Linsey*
                                   Douglas S. Skalka (ct00616)
                                   Patrick R. Linsey (ct29437)
                                   NEUBERT, PEPE & MONTEITH, P.C.
                                   195 Church Street, 13th Floor
                                   New Haven, Connecticut 06510
                                   (203) 781-2847
                                   dskalka@npmlaw.com
                                   plinsey@npmlaw.com

                                 *Counsel for the Genever Holdings LLC*

---

[2]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                      :

In re:                                :    Chapter 11
                                        :

HO WAN KWOK *et al.*,            :    Case No. 22-50073 (JAM)
                                        :

            Debtors.[1]        :    Jointly Administered
                                        :

-------------------------------------------------------x

**[PROPOSED] ORDER GRANTING**
**MOTION TO ADJOURN HEARING ON**
**APPLICATION OF GENEVER HOLDINGS LLC, PURSUANT TO**
**BANKRUPTCY CODE SECTIONS 327(a) AND 328, BANKRUPTCY RULES**
**2014(a) AND 2016, AND LOCAL RULE 2014-1, FOR ENTRY OF ORDER**
**AUTHORIZING EMPLOYMENT AND RETENTION OF AFFILIATED**
**ADJUSTMENT GROUP, LTD. AS PUBLIC ADJUSTER**

Upon the motion (the "Motion") of debtor Genever Holdings LLC (the "Genever (US)") to adjourn the hearing (the "Hearing") on its *Application, Pursuant to Bankruptcy Code Sections 327(a) and 328, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Entry of an Order Authorizing Employment and Retention of Affiliated Adjustment Group, Ltd. as Public Adjuster* [ECF No. 1749] (the "Application"), and due and sufficient notice having been given, and good cause appearing for the relief sought by the Motion, it is hereby

**ORDERED**, that the Hearing on the Application is adjourned to May 30, 2023, at 1:00 p.m. (ET), to be held at the United States Bankruptcy Court for the District of Connecticut, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT; and it is further

**ORDERED**, that the deadline to object to the Application is extended to May 19, 2023, at 4:00 p.m. (ET); and it is further

**ORDERED**, that upon the facts and circumstances of this case, and in accordance with D. Conn. Civ. L.R. 5(c) and D. Conn. Bankr. L.R. 1001-1(a)(1), service of this Order shall be made via the Court's CM/ECF System upon appearing parties and upon any party who has consented to electronic service in this case.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).