## Exhibit 2

*This Exhibit has been filed under seal.*