# **Exhibit 6**

Name of Company: **WHITECROFT SHORE LIMITED**
Company Number: **1989460**

REGISTER OF DIRECTORS
(For Individual Director)

| Date of Appointment | Full Name | Former Name or Alias (if any) | Date and Place of Birth | Nationality and ID/PPT No. | Address for the service of documents | Usual residential address (If different from the address for the service of documents) | Occupation | Date of Cessation | Entry Made By |
|---|---|---|---|---|---|---|---|---|---|
| 4-Apr-2018 | GUO Mei | | 28-Jan-1989 China | Chinese HKSAR Passport No. DJ0010216 | 48th Floor Bank of China Tower 1 Garden Road Central Hong Kong | 22 South Bay Road Level 1 (Unit B1) Hong Kong | Merchant | | |

PLEASE NOTE:
(1) THE FIRST REGISTERED AGENT OF THE COMPANY SHALL, WITHIN 6 MONTHS FROM THE DATE OF INCORPORATION OF THE COMPANY, APPOINT ONE OR MORE PERSONS AS THE FIRST DIRECTORS OF THE COMPANY. THE ORIGINAL OR COPY OF THIS REGISTER MUST BE KEPT AT THE OFFICE OF THE
(2) THE INITIAL COPY OF THE REGISTER OF DIRECTORS SHALL BE FILED FOR REGISTRATION BY THE REGISTRAR WITHIN 21 DAYS OF THE APPOINTMENT OF FIRST DIRECTORS. ANY SUBSEQUENT CHANGES IN THE REGISTER WILL ALSO NEED TO BE FILED WITHIN 30 DAYS OF ANY CHANGES OCCUR.

Page No.: 1

BVI 2918