**Exhibit 7**

| Name of Company | WHITECROFT SHORE LIMITED | | | | | | | | | | | REGISTER OF MEMBERS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Number | 1969460 | | | | | | | | | | | |

| Full Name | GUO Mei | | | | | | Occupation | Merchant | | Date Entered as a Member | | 4/4/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 22 South Bay Road Level 1 (Unit B1) Hong Kong | | | | | | | | | Date of Ceasing to be Member | | |

| Date | Certificate Number | Shares Acquired | | | Consideration Paid | No. of Transfer Deed | Certificate Number | Shares Transferred | | No. of Shares | Consideration Paid | Total Shares Held | Remarks | Entry Made By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Distinctive Nos. | | No. of Shares | | | | Distinctive Nos. | | | | | | |
| | | From | To | | | | | From | To | | | | | |
| 4 April, 2018 | 1 | 1 | - | 1 | USD1.00 | | | | | | | 1 | Allotment | |

| Full Name | | | | | | | Occupation | | | Date Entered as a Member | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | | | | | | | | | | Date of Ceasing to be Member | | |

| Date | Certificate Number | Shares Acquired | | | Consideration Paid | No. of Transfer Deed | Certificate Number | Shares Transferred | | No. of Shares | Consideration Paid | Total Shares Held | Remarks | Entry Made By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Distinctive Nos. | | No. of Shares | | | | Distinctive Nos. | | | | | | |
| | | From | To | | | | | From | To | | | | | |

| Page No. | Class of Shares | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ordinary | With No Par Value | | | | | | | | | | | | |

PLEASE NOTE: THE ORIGINAL OR COPY OF THIS REGISTER MUST BE KEPT AT THE OFFICE OF THE COMPANY'S REGISTERED AGENT. IF A COPY THEN PLEASE NOTIFY THE REGISTERED AGENT IN WRITING OF THE PHYSICAL ADDRESS OF THE ORIGINAL.

BVI 1.2