# Exhibit 11

*This Exhibit has been filed under seal.*