**<u>Exhibit 12</u>**

*This Exhibit has been filed under seal.*