## **Exhibit 13**

*This Exhibit has been filed under seal.*