## Exhibit 14

*This Exhibit has been filed under seal.*