## Exhibit 15

*This Exhibit has been filed under seal.*