## Exhibit 16

*This Exhibit has been filed under seal.*