## **Exhibit 17**

*This Exhibit has been filed under seal.*