**Exhibit 21**



# BRITISH VIRGIN ISLANDS

Form: DDBVI - P2
Due Diligence Verification of Identity Form for Individual Clients

The information below is required to comply with the Anti-Money Laundering Laws of the relevant jurisdiction, and to eliminate the risk that the legal operation of your company is affected in the future.

Name of Company: **CRYSTAL BREEZE INVESTMENTS LIMITED**

Nature of Business: (please '✓' as appropriate)

(i) ☐ Property Investment   ✓ Investment Holding   ☐ Consultancy   ☐ Import/Export
    ☐ Trading               ☐ Manufacturing        ☐ Others (please specify):

(ii) Please provide a brief description of Company's business activities: __Finance Investment, Management__

Source of Funds:   ✓ Personal Assets of Beneficial Owner   ☐ Public Listing   ✓ Borrowings/Loans
                   ☐ Others (please specify) :

Beneficial Owner / Applicant for Business

| | |
|---|---|
| (a) Full Name: | Guo Mei |
| (b) Business address: | Room 2106, Yardley Commercial Building, No 3 Connaught Road West, Sheung Wan, Hong Kong |
| (c) Permanent Residential Address: | 22 SOUTH BAY ROAD, LEVEL 1 (UNIT B1), HONG KONG |
| (d) Telephone: | 2160 0816 / 2160 0888 |
| (e) Fax: | 2160 0808 |
| (f) Email: | hk.company.secretary@gmail.com |
| (g) Date of Birth: | 1989-01-20 |
| (h) Nationality: | HONG KONG |
| (i) Occupation: | MANAGER |

Please attach:   (1) a *certified copy** of Current Passport or Identity Card;
    and   (2) One of the following:
         - Residential address proof (e.g. *original* or *certified copy** of utility bill / bank statement); or
         - Reference from bank or qualified professional (see attached sample wording)

* Copy may be certified by Lawyer/CPA/Bank in the attached format

I / We confirm that the above information is true and accurate, and you are authorised to supply any or all of such information for due diligence purposes to the Regulators if so requested by them. We also undertake to notify you of any future changes to the above information.

Client Signature: [signature]         Print Name: Guo Mei
                                      Date: 2017-07-04

Please return this form and attachments to:
Compliance Department
Vistra Hong Kong
19/F, Lee Garden One, 33 Hysan Avenue, Causeway Bay, Hong Kong

© Copyright Jul 2016 / 1 of 2



**CERTIFIED TRUE COPY**
I, the undersigned, hereby certify that this document is a true and complete copy of the original or a properly certified true copy of the original
Dated    4 JULY 2017



YU FIONA KA WING
Barrister, Hong Kong SAR

## JULY TO SEPTEMBER QUARTER 2017 DEMAND FOR RATES AND GOVERNMENT RENT

| ACCOUNT NUMBER | LAST DAY FOR PAYMENT | | TOTAL AMOUNT DUE |
|---|---|---|---|
| 192-99161-1800-0-13 | 31/07/2017 | | $17,816.00 |

REGISTERED PAYER'S NAME AND CORRESPONDENCE ADDRESS

GUO MEI

22 SOUTH BAY RD
LEVEL 1 (UNIT B1)
HK

"PPS" MERCHANT CODE "09"



004450063-00

ADDRESS OR DESCRIPTION OF TENEMENT

南灣道22號
L1樓 (B1室)

22 SOUTH BAY RD
LEVEL 1 (UNIT B1)

ASSESSMENT NUMBER 192-99161-1800-0-D          PIO ENQUIRY CODE 8393-3030

| RATES | RATEABLE VALUE (RV) | $940,800 |
|---|---|---|
| | PERIOD | AMOUNT $ |
| | ODD CENTS B/F | 0.10 |
| | 01/07/2017 - 30/09/2017 | 11,760.00 |
| | RATES CONCESSION FOR JUL. - SEP 2017 | 1,000.00CR |
| | ODD CENTS C/F | 0.10CR |

ACCOUNT NUMBER
192-99161-1800-0-13

Payments on or before this date are included
14/06/2017

Last Payment
$17,816.00

received on 10/04/2017

CHARGEABLE 5.0% OF RV          SUBTOTAL          $10,760.00

| GOVERNMENT RENT | RATEABLE VALUE (RV) | $940,800 |
|---|---|---|
| | PERIOD | AMOUNT $ |
| | ODD CENTS B/F | 0.57 |
| | 01/07/2017 - 30/09/2017 | 7,056.00 |
| | ODD CENTS C/F | 0.57CR |

Rates and Government rent are payable quarterly on the last day of the first month of each quarter, namely, January, April, July and October (excluding Saturday, Sunday and Public Holiday). A 5% surcharge will be imposed immediately for late payment, a further 10% surcharge will be imposed if amount outstanding is not settled after six months.

Please keep this demand for future reference.

If this Demand is not settled by the last day for payment stated on the left, amount payable inclusive of surcharges will be :
$18,707.00

CHARGEABLE @ 3% OF RV          SUBTOTAL          $7,056.00

| LAST DAY FOR PAYMENT | | TOTAL AMOUNT DUE |
|---|---|---|
| 31/07/2017 | | $17,816.00 |

RVD 1001_PIO (07/2017)          QD

CERTIFIED TRUE COPY
I, the undersigned, hereby certify that this document is a true and complete copy of the original or a properly certified true copy of the original

17071-2

$18,707.00   Dated 4 July 2017

C.R.C. 101

Receipt will not be issued for payment by post. Please mail this lower portion with your cheque to The Treasury, P.O. Box No. 28000, Gloucester Road Post Office, Hong Kong.

| ACCOUNT NUMBER | TOTAL AMOUNT DUE | LAST DAY FOR PAYMENT | |
|---|---|---|---|
| 192-99161-1800-0-13 | $17,816.00 | 31/07/2017 | |

170712 $  10,760.00  $  7,056.00  $  17,816.00

YU FIONA KA WING
Barrister, Hong Kong SAR

(SC18,707.00) TOTAL $   17,816.00

9109910100000001781600192991611800013170712131

2017年7月至9月的差餉寬減（上限為1,000元）已計算在本通知書內。
Rates concession of up to $1,000 for July to September 2017 has been reflected in this demand.

RV 差餉物業估價署
RATING AND VALUATION DEPARTMENT

2017075-B40070890          QD