# **Exhibit 22**



# BRITISH VIRGIN ISLANDS

Form: DDBVI - P2
Due Diligence Verification of Identity Form for Individual Clients

The information below is required to comply with the Anti-Money Laundering Laws of the relevant jurisdiction, and to eliminate the risk that the legal operation of your company is affected in the future.

Name of Company: **ELITE WELL GLOBAL LIMITED**

Nature of Business: (please '✓' as appropriate)

(i)  ☐ Property Investment     ✓ Investment Holding     ☐ Consultancy     ☐ Import/Export
     ☐ Trading                 ☐ Manufacturing          ☐ Others (please specify):_____

(ii) Please provide a brief description of Company's business activities: **Finance Investment, Management**

Source of Funds:    ✓ Personal Assets of Beneficial Owner    ☐ Public Listing    ✓ Borrowings/Loans
                    ☐ Others (please specify): _____

**Beneficial Owner / Applicant for Business**

(a) Full Name: Guo Mei
(b) Business address: Room 2106, Yardley Commercial Building, No 3 Connaught Road West, Sheung Wan, Hong Kong
(c) Permanent Residential Address: 22 SOUTH BAY ROAD, LEVEL 1 (UNIT B1), HONG KONG
(d) Telephone: 2160 0816 / 2160 0888
(e) Fax: 2160 0808
(f) Email: hk.company.secretary@gmail.com
(g) Date of Birth: 1989-01-28
(h) Nationality: HONG KONG
(i) Occupation: MANAGER

Please attach:  (1) a *certified copy** of Current Passport **or** Identity Card;
   and         (2) One of the following:
                - Residential address proof (e.g. *original* or *certified copy** of utility bill / bank statement); **or**
                - Reference from bank or qualified professional (see attached sample wording)

* Copy may be certified by Lawyer/CPA/Bank in the attached format

I / We confirm that the above information is true and accurate, and you are authorised to supply any or all of such information for due diligence purposes to the Regulators if so requested by them. We also undertake to notify you of any future changes to the above information.

Client Signature: [signed]        Print Name: Guo Mei
                                  Date: 2017-07-04

Please return this form and attachments to:
Compliance Department
Vistra Hong Kong
19/F, Lee Garden One, 33 Hysan Avenue, Causeway Bay, Hong Kong

© Copyright Jul 2016 / 1 of 2



CERTIFIED TRUE COPY

I, the undersigned, hereby certify that this document is a true and complete copy of the original or a properly certified true copy of the original

Dated  4 JULY 2017

YU FIONA KA WING
Barrister, Hong Kong SAR



| 賬目編號 ACCOUNT NUMBER | 最後繳款日期 LAST DAY FOR PAYMENT | | 應繳總額 TOTAL AMOUNT DUE | |
|---|---|---|---|---|
| 192-99161-1800-0-13 | | 31/07/2017 | → | $17,816.00 |

登記繳納人姓名及通訊地址 REGISTERED PAYER'S NAME AND CORRESPONDENCE ADDRESS

GUO MEI

22 SOUTH BAY RD
LEVEL 1 (UNIT B1)
HK

「繳費靈」商戶編號 "PPS" MERCHANT CODE **"09"**



P09105

004450063-00

物業單位地址或名稱 ADDRESS OR DESCRIPTION OF TENEMENT

南灣道22號
L1樓 (B1室)

22 SOUTH BAY RD
LEVEL 1 (UNIT B1)

---

估價編號 ASSESSMENT NUMBER 192-99161-1800-0-D          物業資料查詢編號 PIO ENQUIRY CODE 8393-3030

**差餉 RATES**

| 應課差餉租值 RATEABLE VALUE (RV) | | $940,800 | |
|---|---|---|---|
| 有關期間 PERIOD | | 款額 AMOUNT $ | |
| ODD CENTS B/F | | 0.10 | |
| 01/07/2017 - 30/09/2017 | | 11,760.00 | |
| RATES CONCESSION FOR JUL. - SEP 2017 | | 1,000.00CR | |
| ODD CENTS C/F | | 0.10CR | |

以應課差餉租值的 5.0% 徵收
CHARGEABLE @ 5.0% OF RV

小計 SUBTOTAL   $10,760.00

**地租 GOVERNMENT RENT**

| 應課差餉租值 RATEABLE VALUE (RV) | | $940,800 | |
|---|---|---|---|
| 有關期間 PERIOD | | 款額 AMOUNT $ | |
| ODD CENTS B/F | | 0.57 | |
| 01/07/2017 - 30/09/2017 | | 7,056.00 | |
| ODD CENTS C/F | | 0.57CR | |

以應課差餉租值的3%徵收
CHARGEABLE @ 3% OF RV

小計 SUBTOTAL   $7,056.00

| 賬目編號 ACCOUNT NUMBER | |
|---|---|
| 192-99161-1800-0-13 | |
| 在此日或之前的繳款已計算在內 Payments on or before this date are included | 14/06/2017 |
| 上次繳款 Last Payment | $17,816.00 |
| 已於 received on | 10/04/2017 收到 |

差餉及地租均須在每季的第一個月（即一月、四月、七月及十月）的最後一天（星期六、星期日及公眾假期除外）繳交。過期繳交差餉及地租，繳納人即須繳交百分之五的附加費。如過期超過六個月，繳納人須另加繳百分之十的附加費。
Rates and Government rent are payable quarterly on the last day of the first month of each quarter, namely, January, April, July and October (excluding Saturday, Sunday and Public Holiday). A 5% surcharge will be imposed immediately for late payment, a further 10% surcharge will be imposed if amount outstanding is not settled after six months.

請保留此通知書以作日後參考之用。
Please keep this demand for future reference.

若在左述最後繳款日期仍未清繳，須繳付以下連附加費在內的總額：
If this Demand is not settled by the last day for payment stated on the left, amount payable inclusive of surcharges will be :

$18,707.00

| 最後繳款日期 LAST DAY FOR PAYMENT | 31/07/2017 | 應繳總額 TOTAL AMOUNT DUE → | $17,816.00 |

RVD 1001_PIO (07/2017)   QD

---

用郵寄方式繳交，將不另發收據。請將此通知書下半部連同支票寄往香港告士打道郵政局郵政信箱28000號庫務署收。
Receipt will not be issued for payment by post. Please mail this lower portion with your cheque to The Treasury, P.O. Box No. 28000...

| 賬目編號 ACCOUNT NUMBER | 應繳總額 TOTAL AMOUNT DUE | 最後繳款日期 LAST DAY FOR PAYMENT | 逾期附加費 |
|---|---|---|---|
| 192-99161-1800-0-13 | $17,816.00 | 31/07/2017 | $18,707.00 |

170712  $   10,760.00  $   7,056.00  $   17,816.00

(SC18,707.00) TOTAL  $   17,816.00

9109910100000001781600192991611800013170712131

2017年7月至9月的差餉寬減（上限為1,000元）已計算在本通知書內。
Rates concession of up to $1,000 for July to September 2017 has been reflected in this demand.

**RV** 差餉物業估價署
RATING AND VALUATION DEPARTMENT

2017075-B40070890   QD

---

**CERTIFIED TRUE COPY**
I, the undersigned, hereby certify that this document is a true and complete copy of the original or a properly certified true copy of the original

17071-2

101

Dated   4 JULY 2017

*(signature)*

YU FIONA KA WING
Barrister, Hong Kong SAR