**Exhibit 26**

Name of Company    ROSY ACME VENTURES LIMITED

Company Number    1825025

# REGISTER OF MEMBERS

| Full Name | HAN Chunguang 韩春光 | | | | Occupation | Merchant | | | | | Date Entered as a Member | | 12 September 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | No.12, Donghanling Village, Biquan Town, Junan County, Shandong Province, PRC<br>中国山东省莒南县板泉镇东韩岭村 12 号 | | | | | | | | | | Date of Ceasing to be Member | | |

| Date | Shares Acquired | | | | | Shares Transferred | | | | | Total Shares Held | Remarks | Entry Made By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Certificate Number | Distinctive Nos. | | No. of Shares | Consideration Paid | No. of Transfer Deed | Certificate Number | Distinctive Nos. | | No. of Shares | Consideration Paid | | |
| | | From | To | | | | | From | To | | | | |
| 12 September 2014 | 1 | -1- | -10- | -10- | US$10 | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| Full Name | | | | | Occupation | | | | | | Date Entered as a Member | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | | | | | | | | | | | Date of Ceasing to be Member | | |

| Date | Shares Acquired | | | | | Shares Transferred | | | | | Total Shares Held | Remarks | Entry Made By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Certificate Number | Distinctive Nos. | | No. of Shares | Consideration Paid | No. of Transfer Deed | Certificate Number | Distinctive Nos. | | No. of Shares | Consideration Paid | | |
| | | From | To | | | | | From | To | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Page No. -1-   Class of Share: Ordinary   Par Value Per Share: US$1.00

PLEASE NOTE: THE ORIGINAL OR COPY OF THIS REGISTER MUST BE KEPT AT THE OFFICE OF THE COMPANY'S REGISTERED AGENT. IF A COPY THEN PLEASE NOTIFY THE REGISTERED AGENT IN WRITING OF THE PHYSICAL ADDRESS OF THE ORIGINAL.   BVI 12