**Exhibit 28**

*This Exhibit has been filed under seal.*