# UNITED STATES BANKRUPTCY COURT DISTRICT OF CONNECTICUT BRIDGEPORT DIVISION

| | |
|---|---|
| In re: <br><br> HO WAN KWOK, <br><br> Debtor. | Chapter 11 <br><br> Case No: 22-50073 (JAM) |

## DISCLOSURE OF COMPENSATION OF SPECIAL (CRIMINAL DEFENSE) COUNSEL FOR DEBTOR

Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), Brown Rudnick LLP, special (criminal defense) counsel ("BR") to debtor Ho Wan Kwok (the "Debtor"), hereby discloses as follows:

1. BR represents the Debtor in connection with his defense in the criminal proceedings against him (and others) pending in the United States District Court for the Southern District of New York, Case No. 23-CR-00118 and, incidental thereto, has appeared in this chapter 11 case for the limited purpose of preserving the Debtor's rights and privileges under the Fifth Amendment of the United States Constitution;

2. BR's fees in that regard have been paid at BR's customary hourly rates by Lei Baojia, Weihua Li, Ling Lin, Jingjing Lu, Jinhua Sun, and Vision Building Energy Efficiency LLC, each of whom is not a family member or other affiliate of the Debtor and who has agreed to do so, and has certified to BR that such payments are from their own assets and not received directly or indirectly from the proceeds of the alleged unlawful conduct or criminal activity; and

3. BR has not agreed to share with anyone outside of the firm any of such compensation. The payment of such compensation has no effect on the Debtor, the Debtor's estate, or this chapter 11 case.

Dated: May 17, 2023 at New York, New York.

                                        By: */s/ William R. Baldiga*
                                            William R. Baldiga (NY-4813846)
                                            BROWN RUDNICK LLP
                                            7 Times Square
                                            New York, NY 10036
                                            Tel: (212) 209-4942
                                            Email: wbaldiga@brownrudnick.com

                                            Stephen R. Cook
                                            BROWN RUDNICK LLP
                                            2211 Michelson Drive, 7th Floor
                                            Irvine, California 92612
                                            Tel: (949) 752-7100
                                            Email scook@brownrudnick.com

                                            Stephen A. Best
                                            BROWN RUDNICK LLP
                                            601 13th Street, NW, Suite 600
                                            Washington, DC 20005
                                            Tel.: (202) 536-1737
                                            Email: sbest@brownrudnick.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, a copy of foregoing has been filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ William R. Baldiga*
William R. Baldiga (NY-4813846)

65022202 v2-WorkSiteUS-039463/0001