## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.* | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors. | : | |
| | : | |

### MOTION TO WITHDRAW AS ATTORNEY

Pursuant to D. Conn. L. R. Civ. P. 7(e), made applicable to this proceeding by Local Bankr. R. 9083-4, the undersigned attorney respectfully moves (the "Motion") to withdraw his appearance in the above-captioned case on behalf of HK International Funds Investments (USA) Limited, LLC ("HK USA"). As of May 20, 2023, the undersigned attorney shall no longer be employed by Zeisler & Zeisler, P.C. ("Z&Z"), which firm continues to represent HK USA. Z&Z attorneys Stephen M. Kindseth and Aaron A. Romney have filed appearances on behalf of HK USA in this matter. *See* Doc. Nos. 201, 202. Accordingly, the undersigned respectfully submits that good cause exists to grant this Motion.

WHEREFORE, the undersigned attorney respectfully moves this Court for permission to withdraw his appearance on behalf of HK USA in the above-captioned case and for such other and further relief as this Court deems just and proper.

Dated this 17th day of May, 2023, at Bridgeport, Connecticut.

                                                                                   Respectfully submitted,

                                                                    */s/ Christopher H. Blau*
                                                          Christopher H. Blau (ct30120)
                                                          Zeisler & Zeisler, P.C.
                                                          10 Middle Street, 15th Floor
                                                          Bridgeport, CT 06604
                                                          Telephone: 203-368-4234
                                                          Email: cblau@zeislaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of May, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Christopher H. Blau*
Christopher H. Blau, Esq. (ct30120)