UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

|  |  |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

**APPELLANTS' DESIGNATION OF ITEMS TO BE INCLUDED IN THE
RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED**

Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, the appellants, Mei Guo ("Ms. Guo"), HK International Funds Investments (USA) Limited, LLC ("HKI"), Lee Vartan, Esq., ("Mr. Vartan") and Chiesa Shahinian & Giantomasi PC ("CSG Law" and, together with Ms. Guo, HKI and Mr. Vartan, the "Appellants"), by their undersigned attorneys, CSG Law and Zeisler & Zeisler, P.C., respectfully submit their designation of items to be included in the record on appeal and their statement of issues to be presented in connection with their appeal of the *Order Awarding Fees of Chapter 11 Trustee and His Counsel Pursuant to Sanctions Order* (ECF No. 1693), entered by the United States Bankruptcy Court for the District of Connecticut (Honorable Julie A. Manning) (the "Bankruptcy Court") on April 21, 2023, and the *Order Denying Motion From Judgment/Order* (ECF No. 1733), entered by the Bankruptcy Court on May 1, 2023.

**I.   Designation of Items to be Included in the Record on Appeal**

1. April 21, 2023 Order Awarding Fees of Chapter 11 Trustee and His Counsel Pursuant to Sanctions Order (ECF No. 1693).

2. May 1, 2023 Order Denying Motion From Judgment/Order (ECF No. 1733).

3. Special Fee Application of Chapter 11 Trustee and His Counsel, Paul Hastings LLP, for Services Rendered in Securing Compliance With Court-Authorized Subpoenas

Pursuant to Sections 105(a), 328, 330, and 331 of title 11 of the United States Code (ECF No. 1648).

4. Motion for Reconsideration of April 21, 2023 Order Awarding Fees of Chapter 11 Trustee and His Counsel Pursuant to Sanctions Order (the "Motion for Reconsideration") (ECF No. 1730).

5. March 10, 2023 Order Holding HK Parties in Contempt of Court and Sanctioning HK Parties, Attorney Vartan and Chiesa Shahinian & Giantomasi PC (ECF No. 1537).

6. July 28, 2022 Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Various Entities and Individuals Affiliated With Debtor (ECF No. 638).

7. August 16, 2022 Order Granting Chapter 11 Trustee's Application for Rule 2004 Discovery With Respect to Various Entities and Individuals Affiliated With Debtor (ECF No. 758).

8. October 28, 2022 Motion of Chapter 11 Trustee for Entry of Order Compelling Individual Debtor, Mei Guo, HK International Funds Investments (USA) Limited, LLC, Hing Chi Ngok, Greenwich Land LLC, Lamp Capital LLC, and Golden Spring (New York) Ltd. to Comply With Rule 2004 Subpoenas (ECF No. 1046).

9. October 28, 2022 Declaration of Avram E. Luft in Support of Motion of Chapter 11 Trustee for Entry of Order Compelling Debtor, Mei Guo, HK International Funds Investments (USA) Limited, LLC, Hing Chi Ngok, Greenwich Land LLC, Lamp Capital LLC, and Golden Spring (New York) Ltd. to Comply With Rule 2004 Subpoenas (ECF No. 1047).

10. November 14, 2022 Joint Objection of the Debtor, Mei Guo, and HK International Funds Investments (USA) Limited, LLC to Chapter 11 Trustee's Motion to Compel Compliance With Rule 2004 Subpoenas (ECF No. 1090).

11. January 20, 2023 Order Granting in Part Motion to Compel Compliance With Rule 2004 Subpoenas (ECF No. 1353).

12. January 24, 2023 Order Directing the Parties to Mediation (ECF No. 1373).

13. February 1, 2023 Notice of Appearance and Request for Service of Papers filed by Lee Vartan, Esq. (ECF No. 1426).

14. February 10, 2023 Motion of Chapter 11 Trustee for Order to Show Cause Why Debtor, Mei Guo, and HK (USA) Should Not be Held in Contempt of Court for Failure to Comply With Order Compelling Compliance With Rule 2004 Subpoenas and Sanctioned for Such Contempt (ECF No. 1453).

15. February 10, 2023 Motion of Mei Guo and HK International Funds Investments (USA) Limited, LLC for an Extension of Time to Comply With the Court's Order Dated January 20, 2023 (ECF No. 1454).

16. February 13, 2023 Order Granting in Part Motion for Order to Appear and Show Cause Why the Court Should Not Hold the HK Parties in Contempt of Court (ECF No. 1455).

17. March 6, 2023 Opposition of Chapter 11 Trustee to Mei Guo and HK International Funds Investments (USA) Limited, LLC's Motion for an Extension of Time to Comply With the Court's Order Dated January 20, 2023 (ECF No. 1510).

18. March 6, 2023 Declaration of Lee Vartan, Esq. in Opposition to Trustee's Order to Show Cause Regarding Compliance With Rule 2004 Subpoenas and January 20, 2023 Order (ECF No. 1512).

19. March 7, 2023 Reply of Mei Guo and HK International Funds Investments (USA) Limited, LLC in Further Support of Motion for Extension of Time to Comply With the Court's Order Dated January 20, 2023 (ECF No. 1516).

20. March 7, 2023 Response of Chapter 11 Trustee to Declaration of Lee Vartan, Esq. in Opposition to Trustee's Order to Show Cause Regarding Compliance With Rule 2004 Subpoenas and January 20, 2023 Order (ECF No. 1517).

21. March 9, 2023 Order Requiring Filing of Transcript (ECF No. 1527).

22. March 9, 2023 Transcript of Videotaped Deposition of Mei Guo taken on January 20, 2023 (ECF No. 1529).

23. March 13, 2023 Declaration of Mei Guo (ECF No. 1543).

24. March 13, 2023 Declaration of Mei Guo, in Her Capacity as the Sole Member of HK International Funds Investments (USA) Limited, LLC (ECF No. 1544).

25. Transcript of Proceedings dated November 30, 2022, before the Honorable Julie A. Manning in connection with Motion of Chapter 11 Trustee for Entry of Order Compelling Mei Guo and HK International to Comply with Rule 2004 Subpoenas.

26. Transcript of Proceedings dated March 7, 2023, before the Honorable Julie A. Manning in connection with Order to Appear and Show Cause Why the Court Should Not Hold the HK Parties in Contempt of Court; Motion to Extend Time to Comply with the Court's Order Dated 1/20/23.

27. Transcript of Proceedings dated March 8, 2023, before the Honorable Julie A. Manning.

II. **Statement of Issues to Be Presented**

1. Whether the Bankruptcy Court erred in awarding compensation in the amount of $83,370.26 to Paul Hastings LLP.

2. Whether the Bankruptcy Court erred in finding that Appellants should be ordered to pay the Chapter 11 estate of Mr. Ho Wan Kwok (the "Estate") fees in the aggregate amount of $83,370.26 on or before May 5, 2023.

3. Whether the Bankruptcy Court erred in finding that the Appellants are jointly and severally liable to the Estate for the payment of all fees awarded in the amount of $83,370.26.

4. Whether the Bankruptcy Court erred in entering the April 21, 2023 Order Awarding Fees of Chapter 11 Trustee and His Counsel Pursuant to Sanctions Order (ECF No. 1693) without providing Appellants with an opportunity to respond to the Special Fee Application of Chapter 11 Trustee and His Counsel, Paul Hastings LLP, for Services Rendered in Securing Compliance With Court-Authorized Subpoenas Pursuant to Sections 105(a), 328, 330, and 331 of title 11 of the United States Code (ECF No. 1648).

5. Whether the Bankruptcy Court erred in finding that the arguments advanced in the Motion for Reconsideration are without merit and/or not persuasive.

6. Whether the Bankruptcy Court erred in finding that none of the grounds for relief set forth in Federal Rule of Civil Procedure 60 and Federal Rule of Bankruptcy Procedure 9024(b) exist to relieve the Appellants from complying with the Order Awarding Amount of Sanctions.

Dated:  May 18, 2023
    Roseland, New Jersey

*/s/ Lee Vartan*
Lee Vartan (admitted *pro hac vice*)
lvartan@csglaw.com
Sam Della Fera, Jr. (admitted *pro hac vice*)
sdellafera@csglaw.com
Melissa F. Wernick (admitted *pro hac vice*)
mwernick@csglaw.com
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
*Attorneys for Mei Guo and HK International Funds Investments (USA) Limited, LLC*

Aaron A. Romney (ct28144)
aromney@zeislaw.com
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone:  (203) 368-4234
Facsimile:  (203) 368-5485
*Local Counsel for Mei Guo and HK International Funds Investments (USA) Limited, LLC*

4880-9033-0468.v2

## CERTIFICATION OF SERVICE

I hereby certify that on this 18th day of May 2023, a copy of the foregoing Appellants' Designation of Items to be Included in the Record on Appeal and Statement of Issues to be Presented was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: May 18, 2023
    Roseland, New Jersey

*/s/ Lee Vartan*
Lee Vartan (admitted *pro hac vice*)
lvartan@csglaw.com
Sam Della Fera, Jr. (admitted *pro hac vice*)
sdellafera@csglaw.com
Melissa F. Wernick (admitted *pro hac vice*)
mwernick@csglaw.com
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
*Attorneys for Mei Guo and HK International Funds Investments (USA) Limited, LLC*

Aaron A. Romney (ct28144)
aromney@zeislaw.com
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5485
*Local Counsel for Mei Guo and HK International Funds Investments (USA) Limited, LLC*

4880-9033-0468.v2