UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby enters an appearance in the above-captioned Chapter 11 case on behalf of interested parties HK International Funds Investments (USA) Limited, LLC and Mei Guo. Pursuant to and in accordance with the Bankruptcy Code, and the Federal Rules of Bankruptcy Procedure, including, without limitation, Rules 2002, 3017, 9007, and 9010, the undersigned demands that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon the undersigned at the following address:

Sam Della Fera, Jr., Esq.
CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, New Jersey 07068
Phone: (973) 325-1500 – Main
(973) 530-2076 - Direct
Fax: (973) 325-1501
sdellafera@csglaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in the Bankruptcy Rules specified above and also includes, without limitation, notices of any orders, plans, disclosure statements, operating reports, applications, complaints,

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the Debtors or the property of the Debtors, or which affects or seeks to affect in any way any rights or interests of any creditor, party in interest, and/or other person or entity.

Dated: May 18, 2023
      Roseland, New Jersey

*/s/ Sam Della Fera, Jr.*
Sam Della Fera, Jr. (admitted *pro hac vice*)
sdellafera@csglaw.com
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500 - Main
             (973) 530-2076 - Direct
Facsimile: (973) 325-1501
*Attorneys for Mei Guo and HK International Funds Investments (USA) Limited, LLC*

Aaron A. Romney (ct28144)
aromney@zeislaw.com
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5485
*Local Counsel for Mei Guo and HK International Funds Investments (USA) Limited, LLC*

4886-0233-5844.v1

**CERTIFICATION OF SERVICE**

I, Sam Della Fera, Jr., hereby certify that on May 18, 2023, the foregoing Notice of Appearance and Request for Service of Papers was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:  May 18, 2023
     Roseland, New Jersey

/s/ Sam Della Fera, Jr.
Sam Della Fera, Jr. (admitted *pro hac vice*)
sdellafera@csglaw.com
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500 - Main
        (973) 530-2076 - Direct
Facsimile: (973) 325-1501
*Attorneys for Mei Guo and HK International Funds Investments (USA) Limited, LLC*

Aaron A. Romney (ct28144)
aromney@zeislaw.com
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone:  (203) 368-4234
Facsimile:  (203) 368-5485
*Local Counsel for Mei Guo and HK International Funds Investments (USA) Limited, LLC*

4886-0233-5844.v1