**Exhibit C-1**

| | |
|---|---|
| **From:** | Patrick Linsey |
| **To:** | "Aaron Mitchell" |
| **Cc:** | Luft, Avi E.; Sutton, Ezra |
| **Subject:** | [EXT] RE: In re Kwok (Bankr. D. Conn. Case. No. 22-50073) -- 2004 Exam Subpoena to GTV Media Group, Inc. |
| **Date:** | Friday, August 19, 2022 12:40:11 PM |
| **Attachments:** | image001.png |
| | 2004 Subpoena GTV Media Group, Inc. 08.18.2022.pdf |

Mr. Mitchell –

Please see attached the ch. 11 trustee's subpoena to GTV Media Group, Inc. The ch. 11 trustee agrees that service will be deemed made as of Monday, Aug. 22. We appreciate the courtesy.

Best,

Pat Linsey

Patrick R. Linsey
Direct: 203.781.2847  |  plinsey@npmlaw.com

NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor, New Haven, CT 06510
New Haven | Hartford | Fairfield | White Plains | www.npmlaw.com

**From:** Aaron Mitchell <aaron@lmesq.com>
**Sent:** Friday, August 19, 2022 9:32 AM
**To:** Sutton, Ezra <ezrasutton@paulhastings.com>
**Cc:** Patrick Linsey <plinsey@npmlaw.com>; Luft, Avi E. <aviluft@paulhastings.com>
**Subject:** Re: In re Kwok (Bankr. D. Conn. Case. No. 22-50073) -- 2004 Exam Subpoena to GTV Media Group, Inc.

> **Caution:** External Email. Verify you know the sender before clicking a Link.

I am away this week. I can agree to accept service via email if we can agree that service will be deemed to have been made on or after Monday, depending on when you send the subpoena.

This would be with a full reservation of rights apart from sufficiency of service.

Aaron A. Mitchell, Esq.
*Partner*
**Lawall & Mitchell, LLC**
p:  973-285-3280
c:  914-760-8963
w: lmesq.com
e:  aaron@lmesq.com



On Aug 18, 2022, at 3:48 PM, Sutton, Ezra <ezrasutton@paulhastings.com> wrote:

Counsel,
Please advise whether you will accept service of the Chapter 11 Trustee's 2004 exam subpoena on behalf of GTV Media Group, Inc. via email, with a reservation of rights apart from sufficiency of service. Thank you.

 Best,



**Ezra Sutton | Associate** | **Financial Restructuring Group**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6879 | Main: +1.212.318.6000 | Fax: +1.212.230.7859 | EzraSutton@paulhastings.com | www.paulhastings.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.