**Exhibit C-2**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------X

Case No. 22-50073

In re:
HO WAN KWOK

AFFIDAVIT OF SERVICE

        Debtor.
-----------------------------------------------------X
STATE OF DELAWARE    )
                                 S.S.:
COUNTY OF NEW CASTLE)

       GILBERT DEL VALLE, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

       That on the 22nd day of August, 2022, at approximately 12:45 PM, deponent served a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon Saraca Media Group, Inc. c/o Corporate Creations Network Inc. at 3411 Silverside Road, Tatnall Building, Suite 104, Wilmington, Delaware, by personally delivering and leaving the same with Curt Sweltz, who informed deponent that he is an agent authorized by appointment to receive service at that address.

       Curt Sweltz is a white male, approximately 60 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 160 pounds with gray hair.

_____
GILBERT DEL VALLE

Sworn to before me this
22nd day of August, 2022

_____
NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026