**Exhibit C-3**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------X

In re:

HO WAN KWOK

        Debtor.
-----------------------------------------------------------X

Case No. 22-50073

PROOF OF SERVICE

        SILVIA MARIA ARIAS, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 9th day of December, 2022, at approximately 2:08 PM, deponent served a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon G Club Operations LLC c/o CT Corporation System at 361 San Francisco Street, 4th Floor, San Juan, Puerto Rico, by personally delivering and leaving the same with Elizabeth Gutierrez, Legal Assistant, who informed deponent that she is an agent authorized by appointment to receive service at that address.

_____
SILVIA MARIA ARIAS
Signed this 9th day of December, 2022