**<u>Exhibit C-5</u>**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------X

In re:                                                                          Case No. 22-50073
HO WAN KWOK
                                                                                AFFIDAVIT OF SERVICE

        Debtor.
------------------------------------------------------X

STATE OF DELAWARE        )
                                              S.S.:
COUNTY OF NEW CASTLE)

        GILBERT DEL VALLE, being duly sworn, deposes and says that he is over the age of eighteen

years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 8th day of December, 2022, at approximately 12:15 PM, deponent served a true copy

of the SUBPOENA FOR RULE 2004 EXAMINATION upon G Club US Operations Inc. c/o Corporation

Service Company at 251 Little Falls Drive, Wilmington, Delaware, by personally delivering and leaving the

same with Lynanne Gares, who informed deponent that she is an agent authorized by appointment to receive

service at that address.

        Lynanne Gares is a white female, approximately 45 years of age, stands approximately 5 feet 5

inches tall, weighs approximately 180 pounds with brown hair.


_____
GILBERT DEL VALLE


Sworn to before me this
8th day of December, 2022


_____
NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026