**<u>Exhibit C-6</u>**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------X

Case No. 22-50073

In re:
HO WAN KWOK

AFFIDAVIT OF SERVICE

Debtor.
-------------------------------------------------------X
STATE OF NEW YORK    )
                                       S.S.:
COUNTY OF NEW YORK)

        DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 7th day of December, 2022, at approximately 2:49 PM, deponent served a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon Hudson Diamond NY LLC c/o Corporate Creations Network Inc. at 600 Mamaroneck Avenue, #400, Harrison, New York, by personally delivering and leaving the same with Asia Robinson-Lewis, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Asia Robinson-Lewis is a black female, approximately 36 years of age, stands approximately 5 feet 3 inches tall, weighs approximately 170 pounds with black hair.

_____
DOMINIC DELLAPORTE #1320496

Sworn to before me this
10th day of December, 2022

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02CO4998577
Qualified in Rockland County
My Commission Expires 06-29-2026