**Exhibit C-9**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------X

In re:
HO WAN KWOK

       Debtor.
-------------------------------------------------------X

Case No. 22-50073

AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                              S.S.:
COUNTY OF NEW CASTLE)

      KEVIN S. DUNN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 7th day of December, 2022, at approximately 12:26 PM, deponent served a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon Gnews LLC c/o Corporate Creations Network Inc. at 3411 Silverside Road, Tatnall Building, Suite 104, Wilmington, Delaware, by personally delivering and leaving the same with Curt Sweltz, who informed deponent that he is an agent authorized by appointment to receive service at that address.

      Curt Sweltz is a white male, approximately 55 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 180 pounds with gray hair.

_____
KEVIN S. DUNN

Sworn to before me this
7th day of December, 2022

_____
NOTARY PUBLIC

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on May 1, 2024