**Exhibit C-10**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------X

In re:
HO WAN KWOK

        Debtor.
-----------------------------------------------------------X

Case No. 22-50073

AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                               S.S.:
COUNTY OF NEW CASTLE)

KEVIN S. DUNN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

That on the 8th day of December, 2022, at approximately 11:00 AM, deponent served a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon US Himalaya Capital Inc. c/o Business Filings Incorporated at 108 West 13th Street, Wilmington, Delaware, by personally delivering and leaving the same with Robin Hutt-Banks, Process Agent, who informed deponent that she is an agent authorized by appointment to receive service at that address.

Robin Hutt-Banks is a black female, approximately 55 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 150 pounds with black hair.

_____
KEVIN S. DUNN

Sworn to before me this
8th day of December, 2022

_____
NOTARY PUBLIC


DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on May 1, 2024