**Exhibit C-11**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------X

Case No. 22-50073

In re:
HO WAN KWOK

AFFIDAVIT OF SERVICE

Debtor.
-----------------------------------------------------X

STATE OF DELAWARE  )
                                            S.S.:
COUNTY OF NEW CASTLE)

GRANVILLE MORRIS, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

That on the 25th day of January, 2023, at approximately 3:00 PM, deponent served a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon MOS HIMALAYA LLC c/o A REGISTERED AGENT, INC. at 8 The Green, Suite A, Dover, Delaware, by personally delivering and leaving the same with Cindy Brown, who informed deponent that she is an agent authorized by appointment to receive service at that address.

Cindy Brown is a black female, approximately 55 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 150 pounds with black hair.

_____
GRANVILLE MORRIS

Sworn to before me this
25th day of January, 2023

_____
NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

Metro Attorney Service Inc. 305 Broadway 7th Floor New York, New York 10007 212.822.1421 NYC DCA#1320502