**Exhibit C-12**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------X

In re:

HO WAN KWOK

        Debtor.

-------------------------------------------------------X

Case No. 22-50073

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                              S.S.:
COUNTY OF NEW YORK)

        DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 25th day of January, 2023, at approximately 2:02 PM, deponent served a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon Crane Advisory Group LLC c/o United States Corporation Agents, Inc. at 7014 13th Avenue, Suite 202, Brooklyn, New York, by personally delivering and leaving the same with Gabriella Forgacs, Administrative Assistant, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Gabriella Forgacs is a white female, approximately 45 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 160 pounds with blonde hair.

_____
DOMINIC DELLAPORTE #1320496

Sworn to before me this
27th day of January, 2023

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02CO4998577
Qualified in Rockland County
My Commission Expires 06-29-2026

---

Metro Attorney Service Inc. 305 Broadway 7th Floor New York, New York 10007 212.822.1421 NYC DCA#1320502