**Exhibit C-13**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------X

In re:
HO WAN KWOK

Debtor.
-------------------------------------------------------X

Case No. 22-50073

AFFIDAVIT OF SERVICE

STATE OF ILLINOIS)
                 S.S.:
COUNTY OF COOK )

KURT SEDERMAN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

That on the 31st day of January, 2023, at approximately 12:45 PM, deponent served a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon Maywind Trading LLC c/o Legalinc Corporate Services Inc. at 200 E Randolph Street, Suite 5100, Chicago, Illinois, by personally delivering and leaving the same with Jamie Janata, who informed deponent that she is an agent authorized by appointment to receive service at that address.

Jamie Janata is a white female, approximately 55 years of age, stands approximately 5 feet 3 inches tall, weighs approximately 145 pounds with brown hair.

_____
KURT SEDERMAN

Sworn to before me this
1st day of February, 2023

_____
NOTARY PUBLIC

OFFICIAL SEAL
YELENA OGULNIK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES OCT. 27, 2024