## Exhibit G

*This Exhibit has been filed under seal.*