**Exhibit I**

Attorney: <u>VES</u>                                                                 File No. <u>087058.00000</u>

Paralegal: <u>CLS</u>

# HUDSON DIAMOND HOLDING LLC

Date of Organization:   <u>January 24, 2019</u>           Fiscal Year: <u>December 31</u>

State of Organization:  <u>Delaware</u>                         Fed. I.D. No.: <u>Not Obtained</u>

Type of LLC:   <u>Single-Member Limited Liability Company (Member-Managed)</u>

LLC Address: <u>162 East 64th Street, New York, NY 10065</u>

Contact:   <u>Max Krasner</u>

## MEMBER:

| NAME OF MEMBER | MEMBERSHIP INTEREST |
|---|---|
| Mei Guo<br>162 East 64th Street<br>New York, NY 10065 | 100% |

## OFFICERS:

Yanping (Yvette) Wang – President and Signing Officer (bank account)

Max Krasner – Vice President