## Exhibit K

*This Exhibit has been filed under seal.*