**Exhibit L**

FILED: NEW YORK COUNTY CLERK 04/28/2021 10:54 PM INDEX NO. 652077/2017
NYSCEF DOC. NO. 772 RECEIVED NYSCEF: 04/28/2021
4/27/2021 Trademark Electronic Search System (TESS)

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 27 03:32:25 EDT 2021*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start **List At:** OR Jump **to record:** **Record 8 out of 10**

---

TSDR | ASSIGN Status | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

# MILES GUO

| | |
|---|---|
| **Word Mark** | MILES GUO |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment services, namely, providing a web site featuring photographic, video and prose presentations featuring news and social and political commentary. FIRST USE: 20191223. FIRST USE IN COMMERCE: 20191223 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87500710 |
| **Filing Date** | June 22, 2017 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 14, 2017 |
| **Registration Number** | 6086051 |
| **Registration Date** | June 23, 2020 |
| **Owner** | (REGISTRANT) **SARACA MEDIA** GROUP INC. CORPORATION DELAWARE 162 East 64th Street NEW YORK NEW YORK 10065 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Christina L. Martini |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name shown in the mark identifies a living individual, whose consent to register is made of record. |

https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4809:a7lz9l.2.8 1/2

| | |
|---|---|
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Apr 27 03:32:25 EDT 2021*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start **List At:** **OR** Jump **to record:** **Record 9 out of 10**

---

TSDR | ASSIGN Status | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

# MILES KWOK

| | |
|---|---|
| **Word Mark** | MILES KWOK |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment services, namely, providing a web site featuring photographic, audio, video and prose presentations featuring news and social and political commentary. FIRST USE: 20191223. FIRST USE IN COMMERCE: 20191223 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87500691 |
| **Filing Date** | June 22, 2017 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 31, 2017 |
| **Registration Number** | 6086049 |
| **Registration Date** | June 23, 2020 |
| **Owner** | (REGISTRANT) **SARACA MEDIA** GROUP INC. CORPORATION DELAWARE 162 East 64th Street NEW YORK NEW YORK 10065 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

FILED: NEW YORK COUNTY CLERK 04/28/2021 10:54 PM INDEX NO. 652077/2017
NYSCEF DOC. NO. 772 RECEIVED NYSCEF: 04/28/2021
4/27/2021 Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Attorney of Record** | Christina L. Martini |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name shown in the mark identifies a living individual whose consent to register is made of record. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4809:a7lz9l.2.9 2/2

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Apr 27 03:32:25 EDT 2021*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start **List At:** OR Jump **to record:** **Record 7 out of 10**

---

TSDR | ASSIGN Status | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

# GUO WENGUI

| | |
|---|---|
| **Word Mark** | GUO WENGUI |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment services, namely, providing a web site featuring photographic, video and prose presentations featuring news and social and political commentary. FIRST USE: 20191223. FIRST USE IN COMMERCE: 20191223 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87500728 |
| **Filing Date** | June 22, 2017 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 31, 2017 |
| **Registration Number** | 6086052 |
| **Registration Date** | June 23, 2020 |
| **Owner** | (REGISTRANT) **SARACA MEDIA** GROUP INC. CORPORATION DELAWARE 162 East 64th Street NEW YORK NEW YORK 10065 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Attorney of Record** | Christina L. Martini |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name shown in the mark identifies a living individual, whose consent to register is made of record. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Apr 27 03:32:25 EDT 2021*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start **List At:** OR Jump **to record:** **Record 5 out of 10**

---

TSDR | ASSIGN Status | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

**Word Mark** GUO MEDIA

**Translations** The English translation of "GUO" in the mark is "THE WALL THAT SURROUNDS A CITY".

**Goods and Services** IC 038. US 100 101 104. G & S: Audio and video broadcasting services over the Internet or other communications network in the nature of a video-on-demand service via the Internet; providing online forums for transmission of messages among computer users concerning user-defined content; providing an online forum for users to post, show, display, search, watch, share, transmit, critique, rate, tag, download, upload, and comment on information, audio, photos, video, and multimedia content, to solicit and receive feedback from other users, to send and receive messages, to form virtual communities, and to engage in social networking; providing on-line communications links which transfer the web site user to other local and global web pages; webcasting services. FIRST USE: 20180127. FIRST USE IN COMMERCE: 20180127

IC 042. US 100 101. G & S: Providing an interactive website featuring technology that allows users to post, show, display, search, watch, share, transmit, critique, rate, tag, download, upload, and comment on information, audio, photos, video, and multimedia content; providing an interactive website featuring technology that allows users to communicate with other users in real time; computer services, namely, creating virtual communities for registered users to participate in discussions, organize groups and events, and engage in social, business, and community networking; application service provider (ASP) featuring software enabling users to post, show, display, search, watch, share, transmit, critique, rate, tag, download, upload, and comment on information, audio, photos, video, and multimedia content over the internet or other communications network; providing an interactive web site featuring technology that enables online users to create personal profiles featuring social networking information and to transfer and share such information among users and multiple websites; providing an interactive website featuring technology that allows users to access searchable indexes and databases of information, audio, photos, video, and multimedia content; providing an interactive website featuring technology that allows users to upload, post, show, display, tag, and electronically transmit information, audio, photos, video, and multimedia content. FIRST USE: 20180127. FIRST USE IN COMMERCE: 20180127

IC 045. US 100 101. G & S: Internet-based social networking services. FIRST USE: 20180127. FIRST USE IN COMMERCE: 20180127

**Mark Drawing Code** (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS

| | |
|---|---|
| **Design Search Code** | 03.15.19 - Birds or bats in flight or with outspread wings<br>03.15.24 - Stylized birds and bats<br>03.17.03 - Claws ; Feet, bird ; Parts of birds: claws, talons, feet, foot tracks ; Talons ; Tracks, bird |
| **Serial Number** | 87890053 |
| **Filing Date** | April 24, 2018 |
| **Current Basis** | 1A;44E |
| **Original Filing Basis** | 1A;44D |
| **Published for Opposition** | February 12, 2019 |
| **Registration Number** | 5737956 |
| **Registration Date** | April 30, 2019 |
| **Owner** | (REGISTRANT) **SARACA MEDIA** GROUP INC. CORPORATION DELAWARE 162 East 64th Street NEW YORK NEW YORK 10065 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Christina L. Martini |
| **Priority Date** | December 28, 2017 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MEDIA" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the stylized wording "GUO MEDIA" with a bird design featured in-between the wording "GUO" and "MEDIA". |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY