**Exhibit M**

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for HIMALAYA COIN, File Number 20200514019 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on August 26, 2022.

Brendan C. Hughes
Executive Deputy Secretary of State

Authentication Number: 100002090413 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

202005140



**New York State Department of State
Division of Corporations,
State Records and
Uniform Commercial Code**
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231
www.dos.ny.gov

## Certificate of Assumed Name

(Pursuant to General Business Law §130)

1. **REAL NAME OF ENTITY:**

Saraca Media Group Inc.

1a. **FICTITIOUS NAME, IF ANY, OF FOREIGN ENTITY (Not Assumed Name):**


2. **THE ENTITY WAS FORMED OR AUTHORIZED UNDER THE FOLLOWING NEW YORK LAW (Check one):**

- [x] Business Corporation Law
- [ ] Limited Liability Company Law
- [ ] Religious Corporations Law
- [ ] Education Law
- [ ] Not-for-Profit Corporation Law
- [ ] Revised Limited Partnership Act
- [ ] Other (specify law): _____

3. **ASSUMED NAME OF ENTITY:**

Himalaya Coin

4. **PRINCIPAL PLACE OF BUSINESS IN NEW YORK STATE (MUST INCLUDE NUMBER AND STREET). IF NONE, CHECK THIS BOX ☐ AND PROVIDE OUT-OF- STATE ADDRESS:**

162 EAST 64TH STREET, NEW YORK, NEW YORK, 10065

5. **COUNTY(IES) IN WHICH ENTITY DOES OR INTENDS TO DO BUSINESS:**

☐ ALL COUNTIES (or check applicable county(ies) below)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ Albany | ☐ Cattaraugus | ☐ Chenango | ☐ Delaware | ☐ Franklin | ☐ Hamilton | ☐ Lewis | ☐ Montgomery |
| ☐ Allegany | ☐ Cayuga | ☐ Clinton | ☐ Dutchess | ☐ Fulton | ☐ Herkimer | ☐ Livingston | ☐ Nassau |
| ☐ Bronx | ☐ Chautauqua | ☐ Columbia | ☐ Erie | ☐ Genesee | ☐ Jefferson | ☐ Madison | ☒ New York |
| ☐ Broome | ☐ Chemung | ☐ Cortland | ☐ Essex | ☐ Greene | ☐ Kings | ☐ Monroe | ☐ Niagara |
| ☐ Oneida | ☐ Orleans | ☐ Queens | ☐ St. Lawrence | ☐ Schuyler | ☐ Sullivan | ☐ Warren | ☐ Wyoming |
| ☐ Onondaga | ☐ Oswego | ☐ Rensselaer | ☐ Saratoga | ☐ Seneca | ☐ Tioga | ☐ Washington | ☐ Yates |
| ☐ Ontario | ☐ Otsego | ☐ Richmond | ☐ Schenectady | ☐ Steuben | ☐ Tompkins | ☐ Wayne | |
| ☐ Orange | ☐ Putnam | ☐ Rockland | ☐ Schoharie | ☐ Suffolk | ☐ Ulster | ☐ Westchester | |

6. **ADDRESS OF EACH LOCATION, INCLUDING NUMBER AND STREET, IF ANY, OF EACH PLACE WHERE THE ENTITY CARRIES ON, CONDUCTS OR TRANSACTS BUSINESS IN NEW YORK STATE.** (Use page 2 if needed. The address(es) must be a number and street, city, state and zip code. The address(es) must be within the county(ies) indicated in paragraph 5.) If none, check this box ☐: No New York State Business Location.

162 EAST 64TH STREET, NEW YORK, NEW YORK, 10065

Print or Type Name of Signer: Yanping (Yvette) Wang    Signature: _[signature]_

Capacity of Signer (Check one): ☐ Authorized Person  ☒ Officer of the Corporation  ☐ General Partner of the Limited Partnership  ☐ Member of the Limited Liability Company  ☐ Manager of the Limited Liability Company

DOS-1338-f (Rev. 03/17)                                                                                       Page 1 of 2

NY011 - 3/22/2017 Wolters Kluwer Online

19

## Certificate of Assumed Name

6. **ADDRESS OF EACH LOCATION, INCLUDING NUMBER AND STREET, IF ANY, OF EACH PLACE WHERE THE ENTITY CARRIES ON OR CONDUCTS OR TRANSACTS BUSINESS IN NEW YORK STATE:** (Continued)

_____

_____

_____

_____

_____

_____

_____

_____

**Filer's Name and Mailing Address:**

Courtney L. Scanlon
Name:
c/o Hodgson Russ LLP
Company, if Applicable:
140 Pearl Street, Suite 100
Mailing Address:
Buffalo, NY 14202
City, State and Zip Code:

RECEIVED 2020 MAY 14 AM 10:01

100
STATE OF NEW YORK
DEPARTMENT OF STATE
FILED MAY 14 2020
TAX $ 471239
BY: [signature]

**NOTE:** You are not required to use this form. This certificate should be prepared under the guidance of an attorney.

**FEE:** Limited Liability Companies and Limited Partnerships - $25.
Corporations - $25 plus the fee for each county indicated in paragraph 5. The additional fee for each county within New York City (Bronx, Kings, New York, Queens and Richmond) is $100 additional. The fee for each county outside New York City is $25. Checks over $500 must be certified.

MT - SPI Corporate Solutions, Inc.

(For office use only)

5359725