**Exhibit O**

Attorney: <u>VES</u>  
Paralegal: <u>CLS</u>

File No. <u>087893.00000</u>

# SARACA MEDIA GROUP INC.

**Date of Incorporation:** <u>May 31, 2018</u>  **Fiscal Year:** <u>December</u>
**State of Incorporation:** <u>Delaware</u>  **Fed. I.D. No.:** <u>35-2631430</u>

**State of Qualification:** <u>New York</u>  <u>June 14, 2018</u>

**Corporate Mailing Address:** <u>162 East 64th Street, New York, New York 10065</u>

**Company Contact:** <u>Chunguang Han, President</u>

**Type of Corporation:** <u>C Corp.</u>

**No. of Authorized Shares:** <u>5,000 shares with $0.0001 par value</u>

**Number of Issued Shares:** <u>100 Common shares to Hudson Diamond Holding, Inc.</u>

### Officers:

Chunguang Han           -    President, Secretary, and Treasurer
Yanping (Yvette) Wang   -    Vice President

### Director:

Chunguang Han