**Exhibit P**

Attorney: VES                                                                                          File No. 087893.00000
Paralegal: CLS

# GTV MEDIA GROUP INC.

| | | | |
|---|---|---|---|
| Date of Incorporation: | April 17, 2020 | Fiscal Year: | December |
| State of Incorporation: | Delaware | Fed. I.D. No.: | 85-0749998 |

State of Qualification:     New York     April 20, 2020

Corporate Mailing Address:   162 East 64th Street, New York, New York 10065

Company Contact:     Max Krasner, President

Type of Corporation:    C Corp.

No. of Authorized Shares:   4,000,000,000 shares with $0.001 par value

Number of Issued Shares:   1,800,000,000 Common shares to Saraca Media Group Inc.

**Officers:**

Max Krasner – President and Treasurer
Daniel T. Podhaskie – Secretary

**Directors:**

Max Krasner
Daniel T. Podhaskie
Yanping (Yvette) Wang