**Exhibit Q**

| | |
|---|---|
| **From:** | Fornos, Carolina A. |
| **To:** | Kosciewicz, Jonathon P. |
| **Cc:** | Luft, Avi E.; Akuffo, Kwame O.; Farmer, Will C.; Sutton, Ezra; Patrick Linsey; Kellianne Baranowsky |
| **Subject:** | [EXT] RE: G Club Rule 2004 Subpoena |
| **Date:** | Sunday, April 9, 2023 8:03:50 AM |
| **Attachments:** | image001.png |

**--- External Email ---**

Dear Jonathon,

Good morning.

The Trustee's email, late on Thursday night, demanding production of all documents by Monday at noon is unreasonable. Moreover, it is not warranted. GClub has tried on several occasions to narrow the scope of the Trustee's document request in response to the objections we have shared with you, but the Trustee has not once responded with any reasonable accommodation. Reupping the Trustee's demand wholesale flies in the face of expected effort among parties to narrow discovery disputes.

Moreover, GClub has been busy understanding the charges that have been filed and how they impact the Trustee's request, the chapter 11 cases and appropriate next steps. This makes it impractical, if not impossible, to provide you all of the information, especially the overreaching information, requested by your deadline.

These challenges are in addition to a demand to produce documents over Easter weekend (not to mention during Holy Week and Passover).

GClub remains available to meet and confer to narrow the overly broad document requests you have made. Please propose a time this week so we can discuss scope and a reasonable time frame to produce documents.

Regards,
Carolina

---

**From:** Kosciewicz, Jonathon P. <jonathonkosciewicz@paulhastings.com>
**Sent:** Thursday, April 6, 2023 9:53 PM
**To:** Fornos, Carolina A. <carolina.fornos@pillsburylaw.com>
**Cc:** Luft, Avi E. <aviluft@paulhastings.com>; Akuffo, Kwame O. <kwame.akuffo@pillsburylaw.com>; Farmer, Will C. <willfarmer@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; Patrick Linsey <plinsey@npmlaw.com>; Kellianne Baranowsky <kbaranowsky@gs-lawfirm.com>
**Subject:** RE: G Club Rule 2004 Subpoena

Hi Carolina,

During our last meet and confer, you indicated that you would let us know what, if any, action your client was going to take regarding the findings made by the Bankruptcy Court in its Preliminary Injunction Decision. We have not heard from you since.

The deadline for your client to produce documents responsive to its Rule 2004 Subpoena was January 9, 2023. Despite good faith attempts to meet and confer regarding your client's responses and objections, the Trustee has not received any responsive documents. As of our last meet and confer, your client was unwilling to engage further on various issues as a result of purported disagreements during the meet and confer process and as a result of the Bankruptcy Court's findings with respect to G-Club. Given your client's failure to comply with the Rule 2004 Subpoena thus far and the lack of progress during our meet and confer discussions, **we are requesting that G-Club Operations, LLC complete its entire production of documents (including privilege log(s)) on or before April 10, 2023 at 12:00 PM Eastern**. We otherwise intend to seek the assistance of the Court.

We are available to meet and confer regarding the foregoing tomorrow to the extent that would be productive.

Best,

Jon



**Jonathon P. Kosciewicz | Associate, Litigation Department**
Paul Hastings LLP | 71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606 | Direct: +1.312.499.6021 | Main: +1.312.499.6000 | Fax: +1.312.499.6121 |
jonathonkosciewicz@paulhastings.com | www.paulhastings.com

---

**From:** Fornos, Carolina A. <carolina.fornos@pillsburylaw.com>
**Sent:** Monday, March 6, 2023 5:52 AM
**To:** Kosciewicz, Jonathon P. <jonathonkosciewicz@paulhastings.com>
**Cc:** Luft, Avi E. <aviluft@paulhastings.com>; Akuffo, Kwame O. <kwame.akuffo@pillsburylaw.com>; Farmer, Will C. <willfarmer@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; Patrick Linsey <plinsey@npmlaw.com>; Kellianne Baranowsky <kbaranowsky@gs-lawfirm.com>
**Subject:** [EXT] RE: G Club Rule 2004 Subpoena

**--- External Email ---**

Hi Jonathon,
Good morning.
Confirming that Tues at 1pm works.
Thank you.
Carolina

---

**From:** Kosciewicz, Jonathon P. <jonathonkosciewicz@paulhastings.com>
**Sent:** Sunday, March 5, 2023 11:55 AM
**To:** Fornos, Carolina A. <carolina.fornos@pillsburylaw.com>
**Cc:** Luft, Avi E. <aviluft@paulhastings.com>; Akuffo, Kwame O. <kwame.akuffo@pillsburylaw.com>; Farmer, Will C. <willfarmer@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; Patrick Linsey <plinsey@npmlaw.com>; Kellianne Baranowsky <kbaranowsky@gs-lawfirm.com>
**Subject:** RE: G Club Rule 2004 Subpoena

Hi Carolina,

Does Monday at 3ET work for you? Otherwise, I have available anytime on Tuesday between 1ET—4ET. Let me know what works for you.

Thank you,

Jon

---



**Jonathon P. Kosciewicz | Associate, Litigation Department**
Paul Hastings LLP | 71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606 | Direct: +1.312.499.6021 | Main: +1.312.499.6000 | Fax: +1.312.499.6121 |
jonathonkosciewicz@paulhastings.com | www.paulhastings.com

---

**From:** Fornos, Carolina A. <carolina.fornos@pillsburylaw.com>
**Sent:** Friday, March 3, 2023 3:38 PM
**To:** Kosciewicz, Jonathon P. <jonathonkosciewicz@paulhastings.com>
**Cc:** Luft, Avi E. <aviluft@paulhastings.com>; Akuffo, Kwame O. <kwame.akuffo@pillsburylaw.com>; Farmer, Will C.

Q-2

<willfarmer@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; Patrick Linsey <plinsey@npmlaw.com>; Kellianne Baranowsky <kbaranowsky@gs-lawfirm.com>
**Subject:** [EXT] RE: G Club Rule 2004 Subpoena

**--- External Email ---**

Jonathon,

Would you have time to connect Monday afternoon or any time Tuesday?
This week was more hectic than anticipated. And I will be traveling next Wed-Fri and the week after so if we can schedule a time before then, that would be best.

Additionally, I would appreciate it if you could add Kellianne Baranowsky. Given my travel schedule in the coming weeks, I think this makes most sense.

Regards,
Carolina

**From:** Kosciewicz, Jonathon P. <jonathonkosciewicz@paulhastings.com>
**Sent:** Tuesday, February 28, 2023 12:16 AM
**To:** Fornos, Carolina A. <carolina.fornos@pillsburylaw.com>
**Cc:** Luft, Avi E. <aviluft@paulhastings.com>; Akuffo, Kwame O. <kwame.akuffo@pillsburylaw.com>; Farmer, Will C. <willfarmer@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; Patrick Linsey <plinsey@npmlaw.com>
**Subject:** RE: G Club Rule 2004 Subpoena

Hi Carolina,

My Wednesday afternoon is mostly free. Are you available, say, 2 pm ET on Wednesday?

Thank you,

Jon



**Jonathon P. Kosciewicz | Associate, Litigation Department**
Paul Hastings LLP | 71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606 | Direct: +1.312.499.6021 | Main: +1.312.499.6000 | Fax: +1.312.499.6121 |
jonathonkosciewicz@paulhastings.com | www.paulhastings.com

**From:** Fornos, Carolina A. <carolina.fornos@pillsburylaw.com>
**Sent:** Friday, February 24, 2023 7:29 AM
**To:** Kosciewicz, Jonathon P. <jonathonkosciewicz@paulhastings.com>
**Cc:** Luft, Avi E. <aviluft@paulhastings.com>; Akuffo, Kwame O. <kwame.akuffo@pillsburylaw.com>; Farmer, Will C. <willfarmer@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; Patrick Linsey <plinsey@npmlaw.com>
**Subject:** [EXT] RE: G Club Rule 2004 Subpoena

**--- External Email ---**

Dear Jonathon,
Good morning.

Q-3

I have conflicts this afternoon.  Could you do Mon/Tues/Wednesday of next week?

Regards,
Carolina

---

**From:** Kosciewicz, Jonathon P. <jonathonkosciewicz@paulhastings.com>
**Sent:** Thursday, February 23, 2023 11:27 AM
**To:** Fornos, Carolina A. <carolina.fornos@pillsburylaw.com>
**Cc:** Luft, Avi E. <aviluft@paulhastings.com>; Akuffo, Kwame O. <kwame.akuffo@pillsburylaw.com>; Farmer, Will C. <willfarmer@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; Patrick Linsey <plinsey@npmlaw.com>
**Subject:** RE: G Club Rule 2004 Subpoena

<span style="color:blue">Hi Carolina,

Apologies for the delay. Are you available late tomorrow afternoon to have a call? Say 4PM ET, or later?

Thank you,

Jon</span>

---



**Jonathon P. Kosciewicz | Associate, Litigation Department**
Paul Hastings LLP | 71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606 | Direct: +1.312.499.6021 | Main: +1.312.499.6000 | Fax: +1.312.499.6121 | jonathonkosciewicz@paulhastings.com | www.paulhastings.com

---

**From:** Fornos, Carolina A. <carolina.fornos@pillsburylaw.com>
**Sent:** Friday, February 17, 2023 2:54 PM
**To:** Kosciewicz, Jonathon P. <jonathonkosciewicz@paulhastings.com>
**Cc:** Luft, Avi E. <aviluft@paulhastings.com>; Akuffo, Kwame O. <kwame.akuffo@pillsburylaw.com>; Farmer, Will C. <willfarmer@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; Patrick Linsey <plinsey@npmlaw.com>
**Subject:** [EXT] RE: G Club Rule 2004 Subpoena

**--- External Email ---**

Dear Jonathon,

Thank you for the protective order.
Are you and Avi available early next week for a follow up call on the Trustee's position on the Rule 2004?

Thank you.
Carolina

---

**From:** Kosciewicz, Jonathon P. <jonathonkosciewicz@paulhastings.com>
**Sent:** Friday, February 10, 2023 1:04 AM
**To:** Fornos, Carolina A. <carolina.fornos@pillsburylaw.com>
**Cc:** Luft, Avi E. <aviluft@paulhastings.com>; Akuffo, Kwame O. <kwame.akuffo@pillsburylaw.com>; Farmer, Will C. <willfarmer@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; Patrick Linsey <plinsey@npmlaw.com>
**Subject:** RE: G Club Rule 2004 Subpoena

Carolina,

It was nice speaking with you today. Attached, please find the Protective Order that has been entered in this case.

Thank you,

Jon Kosciewicz

---



**Jonathon P. Kosciewicz | Associate, Litigation Department**
Paul Hastings LLP | 71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606 | Direct: +1.312.499.6021 | Main: +1.312.499.6000 | Fax: +1.312.499.6121 |
jonathonkosciewicz@paulhastings.com | www.paulhastings.com

---

**From:** Fornos, Carolina A. <carolina.fornos@pillsburylaw.com>
**Sent:** Thursday, February 9, 2023 6:14 AM
**To:** Kosciewicz, Jonathon P. <jonathonkosciewicz@paulhastings.com>
**Cc:** Luft, Avi E. <aviluft@paulhastings.com>; Akuffo, Kwame O. <kwame.akuffo@pillsburylaw.com>; Farmer, Will C. <willfarmer@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; Patrick Linsey <plinsey@npmlaw.com>
**Subject:** [EXT] RE: G Club Rule 2004 Subpoena

**--- External Email ---**

Good morning.
Apologies for the delay.  Yes – today at 2pm works.
Regards,
Carolina

**From:** Kosciewicz, Jonathon P. <jonathonkosciewicz@paulhastings.com>
**Sent:** Wednesday, February 8, 2023 10:32 AM
**To:** Fornos, Carolina A. <carolina.fornos@pillsburylaw.com>
**Cc:** Luft, Avi E. <aviluft@paulhastings.com>; Akuffo, Kwame O. <kwame.akuffo@pillsburylaw.com>; Farmer, Will C. <willfarmer@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; Patrick Linsey <plinsey@npmlaw.com>
**Subject:** RE: G Club Rule 2004 Subpoena

Hi Carolina,

We have availability Thursday afternoon. Does Thursday at 2PM ET work? If so, I will circulate a dial in.

Thank you,

Jon

---



**Jonathon P. Kosciewicz | Associate, Litigation Department**
Paul Hastings LLP | 71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606 | Direct: +1.312.499.6021 | Main: +1.312.499.6000 | Fax: +1.312.499.6121 |
jonathonkosciewicz@paulhastings.com | www.paulhastings.com

---

**From:** Fornos, Carolina A. <carolina.fornos@pillsburylaw.com>
**Sent:** Monday, February 6, 2023 4:23 PM
**To:** Kosciewicz, Jonathon P. <jonathonkosciewicz@paulhastings.com>
**Cc:** Luft, Avi E. <aviluft@paulhastings.com>; Akuffo, Kwame O. <kwame.akuffo@pillsburylaw.com>; Farmer, Will C. <willfarmer@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; Patrick Linsey <plinsey@npmlaw.com>
**Subject:** [EXT] RE: G Club Rule 2004 Subpoena

**--- External Email ---**

Dear Jonathon,
Good afternoon.
This week, the best windows on my end are Wed late afternoon (after 3pm), Thurs after 1:30pm and any time Friday.
Let us know what works.
Regards,
Carolina

**From:** Kosciewicz, Jonathon P. <jonathonkosciewicz@paulhastings.com>
**Sent:** Friday, February 3, 2023 10:28 AM
**To:** Fornos, Carolina A. <carolina.fornos@pillsburylaw.com>
**Cc:** Luft, Avi E. <aviluft@paulhastings.com>; Akuffo, Kwame O. <kwame.akuffo@pillsburylaw.com>; Farmer, Will C. <willfarmer@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; Patrick Linsey <plinsey@npmlaw.com>
**Subject:** RE: G Club Rule 2004 Subpoena

Hi Carolina,

We are in receipt of G Club Operations LLC's Responses and Objections to their Rule 2004 Subpoena to Produce Documents. What is your availability next week to meet and confer regarding these Responses and Objections?

Thank you,

Jon Kosciewicz



**Jonathon P. Kosciewicz | Associate, Litigation Department**
Paul Hastings LLP | 71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606 | Direct: +1.312.499.6021 | Main: +1.312.499.6000 | Fax: +1.312.499.6121 | jonathonkosciewicz@paulhastings.com | www.paulhastings.com

**From:** Fornos, Carolina A. <carolina.fornos@pillsburylaw.com>
**Sent:** Monday, January 9, 2023 8:18 PM
**To:** Patrick Linsey <plinsey@npmlaw.com>
**Cc:** Luft, Avi E. <aviluft@paulhastings.com>; Kosciewicz, Jonathon P. <jonathonkosciewicz@paulhastings.com>; Akuffo, Kwame O. <kwame.akuffo@pillsburylaw.com>
**Subject:** [EXT] G Club Rule 2004 Subpoena

**--- External Email ---**

Dear Patrick,
Please see attached.

We can discuss at your convenience.

Q-6

Regards,
Carolina

**Carolina A. Fornos** | Partner
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131
t +1.212.858.1558
carolina.fornos@pillsburylaw.com | website bio


The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.


*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.


The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.


*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.


The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.


*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.


The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any

attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which

they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.