**<u>Exhibit S</u>**

| | |
|---|---|
| **From:** | Fornos, Carolina A. |
| **To:** | Kosciewicz, Jonathon P. |
| **Cc:** | Luft, Avi E.; Akuffo, Kwame O.; Farmer, Will C.; Sutton, Ezra; Patrick Linsey; Kellianne Baranowsky |
| **Subject:** | [EXT] RE: G Club Rule 2004 Subpoena - Update |
| **Date:** | Tuesday, May 9, 2023 7:58:13 PM |
| **Attachments:** | image001.png |

**--- External Email ---**

Dear Jonathon,

Thanks for reaching out.

GClub Operations continues to actively work to engage an independent director. Although that effort is far along, it is not yet concluded. Once concluded, addressing the Trustee's discovery requests is a top priority. We will provide you with an update next week.

Regards,
Carolina

**From:** Kosciewicz, Jonathon P. <jonathonkosciewicz@paulhastings.com>
**Sent:** Monday, May 8, 2023 11:37 AM
**To:** Fornos, Carolina A. <carolina.fornos@pillsburylaw.com>
**Cc:** Luft, Avi E. <aviluft@paulhastings.com>; Akuffo, Kwame O. <kwame.akuffo@pillsburylaw.com>; Farmer, Will C. <willfarmer@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; Patrick Linsey <plinsey@npmlaw.com>; Kellianne Baranowsky <kbaranowsky@gs-lawfirm.com>
**Subject:** RE: G Club Rule 2004 Subpoena - Update

Hi Carolina,

When we last talked on April 28, 2023, counsel to the Trustee requested that G-Club Operations begin producing documents responsive to the Trustee's Rule 2004 Subpoena on May 1, 2023. You indicated that G-Club Operations was in the process of onboarding an independent director/manager, and said that you would discuss the Rule 2004 Subpoena with the independent director early last week. You also indicated that you did not anticipate any issues with G-Club's compliance with the Rule 2004 Subpoena once the independent director was in place. You said that you would reach out to counsel to the Trustee by the middle of last week to further discuss a schedule to begin producing responsive documents. We have not hear from you since. Please advise whether you have discussed the Rule 2004 Subpoena with the independent director, and whether G-Club Operations can begin immediate production of responsive documents. The Trustee reserves all rights to seek assistance of the court if G-Club Operations is unable to begin immediate production.

Thank you,

Jon

 **Jonathon P. Kosciewicz | Associate, Litigation Department**
Paul Hastings LLP | 71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606 | Direct: +1.312.499.6021 | Main: +1.312.499.6000 | Fax: +1.312.499.6121 | jonathonkosciewicz@paulhastings.com | www.paulhastings.com

**From:** Kosciewicz, Jonathon P.
**Sent:** Thursday, April 27, 2023 5:16 PM
**To:** 'Fornos, Carolina A.' <carolina.fornos@pillsburylaw.com>
**Cc:** Luft, Avi E. <aviluft@paulhastings.com>; Akuffo, Kwame O. <kwame.akuffo@pillsburylaw.com>; Farmer, Will C. <willfarmer@paulhastings.com>; Sutton, Ezra <ezrasutton@paulhastings.com>; Patrick Linsey <plinsey@npmlaw.com>; Kellianne