**Exhibit T**

## HUDSON DIAMOND NY LLC

### CONSENT OF SOLE MEMBER WITHOUT A MEETING

The undersigned, being the sole member of Hudson Diamond NY LLC, a New York limited liability company (the "Company"), does hereby consent that a meeting of the members of the Company be dispensed with, for the purposes hereof, and does hereby take the following action by written consent, pursuant to the provisions of Sections 407 of the New York Limited Liability Company Law:

Adoption of the following resolutions:

| | |
|---|---|
| Resignation of Officer | **RESOLVED,** that Daniel T. Podhaskie resigned as the President and Signing Officer of the Company effective as of December 4, 2020. |
| Acceptance of Resignation | **RESOLVED,** that effective as of December 4, 2020, the resignation of Daniel T. Podhaskie as the President and Signing Officer of the Company is hereby accepted. |
| Election of Officers | **RESOLVED**, that the following persons shall serve as the officers of the Company in the positions set forth opposite their names below until the next meeting of the members and until their successors have been duly elected and have qualified, or until their earlier resignation, death or removal:<br><br>Yanping (Yvette) Wang – President and Bank Account Signing Officer<br>Max Krasner – Vice President |
| Facsimile or Electronic Signature | **RESOLVED,** that this consent may be executed by the sole member using a facsimile or other form of electronic signature, in which case the Company is entitled to rely on such signature as conclusive evidence that this consent has been duly executed by such member. |

**[SIGNATURE PAGE TO FOLLOW]**

**IN WITNESS WHEREOF**, this Consent of Sole Member Without a Meeting was executed on December 4, 2020.

HUDSON DIAMOND HOLDING LLC

1/4/2021

By: _____

Mei Guo, sole member

087058.00000 Business 2044046v1

HR0039241