**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.* | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors. | : | |
| | : | Re: ECF No. 1799 |

### ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

Upon consideration of the Motion to Withdraw as Attorney (ECF No. 1799, the "Motion") filed by Christopher H. Blau ("Attorney Blau"), which seeks this Court's permission to withdraw as counsel in the above-captioned case on behalf of HK International Funds Investments (USA) Limited, LLC ("HK USA"), good cause appearing therefore as set forth in the Motion, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the appearance of Attorney Blau for HK USA is withdrawn.

Dated at Bridgeport, Connecticut this 19th day of May, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut