# UNITED STATES BANKRUPTCY COURT DISTRICT OF CONNECTICUT BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>Debtor. | Chapter 11<br><br>Case No: 22-50073 (JAM) |

## SUPPLEMENTAL DISCLOSURE OF COMPENSATION OF SPECIAL (CRIMINAL DEFENSE) COUNSEL FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that Brown Rudnick LLP serves as special (criminal defense) counsel ("BR") to debtor Ho Wan Kwok (the "Debtor"), and that compensation paid to BR within one year before the filing of the petition in bankruptcy, or agreed to be paid to BR, for services rendered or to be rendered as special counsel on behalf of the Debtor in contemplation of or in connection with the bankruptcy case, for the period through May 14, 2023, is as follows:

    For legal services, BR has agreed to accept:   $205,428

    Prior to the filing of this statement, BR has received (on or about March 20, 2023, as an advance payment retainer):   $205,428

    Balance Due:   Not Applicable

2. The source of the compensation paid to BR was:

    | | |
    |---|---|
    | Lei Baojia | $20,542.80 |
    | Weihua Li | $61,628.40 |
    | Ling Lin | $7,189.98 |
    | Jingjing Lu | $5,135.70 |
    | Jinhua Sun | $8,217.12 |
    | Vision Building Energy Efficiency LLC | $102,714 |

3. The source of compensation to be paid to BR for such period is: Not Applicable.

4. BR has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of BR.

5.  In return for the above-disclosed fee, BR has agreed to render legal services in connection with the Debtor's chapter 11 case relating to the preservation of the Debtor's rights under the Fifth Amendment to the United States Constitution.

6.  By agreement with the Debtor, the above-disclosed fee does not include the following services:  services not relating to the preservation of the Debtor's rights under the Fifth Amendment to the United States Constitution.

## **CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to BR for representation of the Debtor as special (criminal defense) counsel in this bankruptcy case.

Dated: May 24, 2023 at New York, New York.

By: */s/ William R. Baldiga*
William R. Baldiga (NY-4813846)
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Tel:  (212) 209-4942
Email:  wbaldiga@brownrudnick.com

Stephen R. Cook
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Tel: (949) 752-7100
Email scook@brownrudnick.com

Stephen A. Best
BROWN RUDNICK LLP
601 13th Street, NW, Suite 600
Washington, DC 20005
Tel.: (202) 536-1737
Email: sbest@brownrudnick.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2023, a copy of foregoing has been filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ William R. Baldiga*
William R. Baldiga (NY-4813846)