# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>                Debtor. | Chapter 11<br><br>Case No: 22-50073 (JAM) |

## **DEBTOR'S MOTION (WITH CONSENT OF TRUSTEE) TO CONTINUE HEARING**

The debtor, Ho Wan Kwok (the "Debtor"), hereby requests that the Court continue to the next date and time available to the Court the hearings set in this matter for Tuesday, June 6, 2023, as to the following matters:

- Motion of Chapter 11 Trustee for Order to Show Cause [Docket No. 1453]; and

- Debtor's Motion for a Limited Stay of Order Granting in Part Motion to Compel Compliance with Rule 2004 Subpoena [Docket No. 1649].

In support of this request, the Debtor states as follows:

1.    On April 27, 2023, this Court scheduled further hearings on the Motion for Order to Show Cause and the Motion for a Limited Stay for May 30, 2023.

2.    On May 15, 2023, the Court *sua sponte* rescheduled those hearings for June 6, 2023 at 1:00 p.m.

3.    Unfortunately, there is also an important hearing on June 6, 2023 at 1:00 p.m. in the United States District Court for the Southern District of New York in the Debtor's pending criminal case (23-CR-00118 (AT)), including to set a presumptive trial date. The undersigned will need to appear and argue in the District Court that day, at the same time now set for hearings in this Court as to the Order to Show Cause Motion and the Motion for a Limited Stay. Accordingly, the Debtor has asked counsel to the Chapter 11 Trustee and bankruptcy counsel to the Debtor if they would consent to the postponement of the hearings on the Motion for Order to Show Cause and the Motion for a Limited Stay to the Court's next available

date, and each have graciously agreed. (The Debtor notes that there are additional matters in this chapter 11 case also scheduled for June 6, 2023, but the undersigned takes no position as to whether it would be more efficient for all concerned or otherwise acceptable to leave those other matters for June 6, or to move the entire calendar for this case to that later date.)

WHEREFORE, the Debtor, by his undersigned special (criminal defense) counsel, respectfully requests that the Court continue the hearing to a date and time available to the Court.

Dated: May 24, 2023

By: */s/ William R. Baldiga*
William R. Baldiga (NY-4813846)
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Tel: (212) 209-4942
Email: wbaldiga@brownrudnick.com

Stephen R. Cook
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Tel: (949) 752-7100
Email scook@brownrudnick.com

Stephen A. Best
BROWN RUDNICK LLP
601 13th Street, NW, Suite 600
Washington, DC 20005
Tel.: (202) 536-1737
Email: sbest@brownrudnick.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 24, 2023, a copy of foregoing has been filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              */s/ William R. Baldiga*
                              William R. Baldiga (NY-4813846)