**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------x

## CERTIFICATE OF SERVICE REGARDING MAY 23, 2023 SCHEDULING ORDERS

The undersigned hereby certifies that the following documents were filed electronically using the Court's case management/electronic case files system ("CM/ECF") on these specified dates:

- On May 18, 2023, the *Motion of Chapter 11 Trustee for Entry of Order Compelling GTV Media Group, Inc., Saraca Media Group, Inc., and G-Club Operations to Comply with Rule 2004 Subpoenas and for Entry of an Order Holding G-Club US Operations LLC, G-Club US Operations Inc., Hudson Diamond NY LLC, Hudson Diamond Holding LLC, G-Fashion LLC, GNews LLC, US Himalaya Capital, Inc., New York MOS Himalaya LLC, Crane Advisory Group LLC, and Maywind Trading LLC in Civil Contempt for Failing to Respond to Rule 2004 Subpoenas*, and all publicly filed exhibits, declarations, orders, and any other attachments thereto [ECF Nos. 1805-1806] (together, collectively, the "Motion to Compel");

- On May 23, 2023, the Court's *Scheduling Order* with respect to the Motion to Compel [ECF

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

No. 1818] (the "Motion to Compel Scheduling Order"); and

- On May 23, 2023, the Court's *Scheduling Order* with respect to the Chapter 11 Trustee's Fifth Omnibus Motion for 2004 Examination and related objections [ECF No. 1819] (the "2004 Motion Scheduling Order" and, together with the Motion to Compel and the Motion to Compel Scheduling Order, collectively, the "Served Documents").

The Served Documents were sent electronically via CM/ECF when filed to all appearing parties able to receive electronic notice in the above-captioned jointly administered chapter 11 cases and may all be viewed via CM/ECF. In compliance with the Motion to Compel Scheduling Order and the 2004 Motion Scheduling Order, the Served Documents were further served as follows:

Prior to 5 p.m. on May 24, 2023, the Motion to Compel and the Motion to Compel Scheduling Order were sent to all counter-parties to the Motion to Compel (*i.e.*, the non-compliant and defaulting subpoena targets at issue in the motion) via UPS overnight delivery and, where available, by manual email to the target's counsel, as set forth on **Attachment A** appended hereto.

Prior to 5 p.m. on May 24, 2023, the 2004 Motion Scheduling Order was sent via UPS overnight delivery or FedEx overnight delivery to all parties subject to the proposed subpoenas as set forth on **Attachment B**.

| | | |
|---|---|---|
| Dated: | May 25, 2023<br>New Haven, Connecticut | LUC DESPINS, as appointed Chapter 11 Trustee<br>for HO WON KWOK |
| | | By: */s/ Patrick R. Linsey*<br>    Patrick R. Linsey (ct29437)<br>    NEUBERT, PEPE & MONTEITH, P.C.<br>    195 Church Street, 13th Floor<br>    New Haven, Connecticut 06510<br>    (203) 781-2847<br>    plinsey@npmlaw.com |

**ATTACHMENT A**

| Party Subject to Subpoena | Address(es) |
|---|---|
| GTV Media Group, Inc. | GTV Media Group, Inc.<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road, Tatnall Building Ste 104<br>Wilmington, DE 19810<br><br>GTV Media Group, Inc.<br>c/o Aaron Mitchell, Esq.<br>Lawall & Mitchell, LLC<br>55 Madison Avenue<br>Morristown, NJ 07960<br>aaron@lmesq.com<br>(via UPS overnight and email) |
| Saraca Media Group Inc. | Saraca Media Group, Inc.<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road, Tatnall Building Ste 104Wilmington, DE 19810 |
| G CLUB OPERATIONS LLC | G Club Operations LLC<br>c/o CT Corporation<br>361 San Francisco Street<br>4th. Floor<br>San Juan, PR 00901<br><br>G Club Operations LLC<br>53 Calle Palmeras<br>Suite 1401<br>San Juan PR 00901<br><br>Ms. Carolina A. Fornos<br>Phillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd St.<br>New York, NY 10019-6131<br>carolina.fornos@pillsburylaw.com<br>(via UPS overnight and email) |
| G CLUB US OPERATIONS INC. | G Club US Operations Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE |

| Party Subject to Subpoena | Address(es) |
|---|---|
|  | G Club US Operations Inc.<br>590 Madison Avenue<br>New York, NY 10022<br><br>G CLUB US OPERATIONS INC.<br>800 N HARPER AVE<br>LOS ANGELES, CA 90046 |
| G CLUB US OPERATIONS LLC | G Club US Operations LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| G FASHION LLC | G Fashion LLC<br>CT Corporation System<br>361 San Francisco Street, 4th Floor<br>San Juan, PR 00901<br><br>G Fashion LLC<br>PO Box 9022946<br>San Juan, PR 00902 |
| HUDSON DIAMOND HOLDING LLC | Hudson Diamond Holding LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building #104<br>Wilmington, DE 19810 |
| HUDSON DIAMOND NY LCC | Hudson Diamond NY LCC<br>140 PEARL ST STE 100<br>Buffalo, NY 14202-4014<br><br>Hudson Diamond NY LCC<br>c/o Corporate Creations Network Inc.<br>600 Mamaroneck Ave, #400<br>Harrison, NY 10528 |
| GNEWS LLC | Gnews LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road,<br>Tatnall Building Ste 104<br>Wilmington, DE 19810 |

| Party Subject to Subpoena | Address(es) |
|---|---|
| US Himalaya Capital Inc. | US Himalaya Capital Inc.<br>P.O. Box 391271<br>Mountain View, CA 94041<br><br>US Himalaya Capital Inc.<br>c/o Business Filings Incorporated<br>108 W 13th St.<br>Wilmington, DE 19801 |
| New York MOS Himalaya LLC and/or MOS Himalaya LLC | New York MOS Himalaya LLC and/or MOS Himalaya LLC<br>40 Brompton Road<br>Great Neck, NY 11021<br><br>New York MOS Himalaya LLC and/or MOS Himalaya LLC<br>c/o A Registered Agent, Inc.<br>8 The Green, Ste. A<br>Dover, DE 19901 |
| Crane Advisory Group LLC | Crane Advisory Group LLC<br>c/o United States Corporation Agents, Inc.<br>7014 13th Avenue<br>Suite 202<br>Brooklyn, NY, 11228<br><br>Crane Advisory Group LLC<br>One World Trade Center<br>85th Floor<br>New York, NY 10007 |
| Maywind Trading LLC | Maywind Trading LLC<br>12810 N Cave Creek Rd.<br>Apt 206<br>Phoenix, AZ, 85022<br><br>Maywind Trading LLC<br>c/o Legalinc Corporate Services Inc.<br>200 E Randolph ST<br>Ste 5100<br>Chicago, IL 60601<br><br>Maywind Trading LLC<br>3341 S Wallace St., Apt B |

4

| **Party Subject to Subpoena** | **Address(es)** |
|---|---|
|  | Chicago IL 60616 |

## **ATTACHMENT B**

| **Discovery Party** | **Address** | **Subpoena Index** |
|---|---|---|
| Bento Technologies, Inc. | 2 No. Franklin Street<br>Chicago, Illinois 60606<br><br>c/o CT Corporation System<br>208 So. LaSalle Street, Ste. 814<br>Chicago, Illinois 60604 | Exhibit C-1 |
| Defeng Cao | 88 Regent St.<br>Apt 1012<br>Jersey City, New Jersey 07302-7320 | Exhibit C-2 |
| Yongbing Zhang | 223 West Jackson Blvd.<br>Suite 1012<br>Chicago, IL 60603<br><br>67 East Madison Street<br>Suite 1616<br>Chicago, IL 60603 | Exhibit C-3 |
| Yue Zhou | 301 West 110 Street<br>Apt. 8E<br>New York, NY 10026 | Exhibit C-4 |
| Zhixuan Li | 3A Montagu Row<br>Marylebone, London, W1U 6DZ, UK | Exhibit C-5 |
| Ernst & Young LLP (A/K/A EY) | c/o National Registered Agents, Inc.<br>28 Liberty Street<br>New York, NY 10005<br><br>5 Times Square<br>New York, New York 10036 | Exhibit C-6 |

2

| **Discovery Party** | **Address** | **Subpoena Index** |
|---|---|---|
| Nodal Partners, LLC | 13809 N Highway 183<br>Suite 279<br>Austin, Texas 78750-1213<br><br>c/o Song Deng<br>13640 Briarwick Drive<br>Suite 180<br>Austin, Texas 78732 | Exhibit C-7 |
| Yossi Almani | 188 Wilson Dr.<br>Cresskill, New Jersey 07626-1712 | Exhibit C-8 |