**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                   :    Chapter 11
:
HO WAN KWOK *et al.*,                                    :    Case No. 22-50073 (JAM)
:
Debtors.[1]                                              :    Jointly Administered
:
---------------------------------------------------------x

**TRUSTEE'S STATEMENT REGARDING ORDER HOLDING GOLDEN SPRING AND LAMP CAPITAL IN CONTEMPT OF COURT**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, respectfully submits this statement in connection with this Court's order, dated April 26, 2023 [Docket No. 1709] (the "Contempt Order"),[2] holding Golden Spring (New York) Ltd. and Lamp Capital LLC (together, the "Non-responding Parties") in civil contempt of court because they neither responded to nor complied with the Trustee's Rule 2004 subpoenas.

1. Pursuant to the Contempt Order, the Court held that, as compensatory damages for contempt, the Non-responding Parties are jointly and severally liable for the amount of reasonable attorney's fees and costs associated with the Trustee's efforts to secure their

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Contempt Order.

compliance with the Rule 2004 subpoenas.  The Contempt Order also required the Trustee to submit his fees and costs by May 26, 2023.

2. The Trustee wishes to advise the Court that, at this time, the Trustee does not intend to seek compensation from the Non-responding Parties for his reasonable attorney's fees and costs, but reserves the right to do so in the future, if and when assets of the Non-responding Parties are recovered for the benefit of these estates.

Dated: May 25, 2023
New York, New York

LUC A. DESPINS, CHAPTER 11 TRUSTEE

By: /s/ G. Alexander Bongartz
Avram E. Luft (admitted *pro hac vice*)
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com
alexbongartz@paulhastings.com

and

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

and

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                      :    Chapter 11
                                            :
HO WAN KWOK *et al.*,                       :    Case No. 22-50073 (JAM)
                                            :
            Debtors.¹                       :    Jointly Administered
                                            :
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 25, 2023, the foregoing Statement, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:  May 25, 2023                         LUC A. DESPINS, CHAPTER 11 TRUSTEE
        New York, New York

                                             By: */s/ G. Alexander Bongartz*
                                             Avram E. Luft (admitted *pro hac vice*)
                                             G. Alexander Bongartz (admitted *pro hac vice*)
                                             PAUL HASTINGS LLP
                                             200 Park Avenue
                                             New York, New York 10166
                                             (212) 318-6079
                                             aviluft@paulhastings.com
                                             alexbongartz@paulhastings.com

---

1   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*