UNITED STATES BANKRUPTCY COURT
DISCTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                                                      :    Chapter 11
                                                                                  :
HO WAN KWOK, *et al.*,[1]                                    :    Case No. 22-50073 (JAM)
                                                                                  :
        Debtors.                                              :    (Jointly Administered)
                                                                                  :
---------------------------------------------------------x

**ORDER REGARDING SERVICE OF INTERIM FEE APPLICATION OF PAUL HASTINGS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM JULY 8, 2022 THROUGH FEBRUARY 28, 2023**

WHEREAS, on May 30, 2023, Paul Hastings LLP ("Paul Hastings"), as counsel to (a) Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, (b) Genever Holdings Corporation, and (c) Genever Holdings LLC, filed the *Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the Period from July 8, 2022 through February 28, 2023* [Docket No. 1831] (the "Application");[2] and

WHEREAS, the Court previously entered the *Order Limiting Service of Notice for Application Seeking Compensation of Fees or Reimbursement of Expenses* [Docket No. 1611] (the "Order Limiting Notice") which, among other things, provides that applications for compensation of fees or reimbursement of expenses in these chapter 11 cases only need to be

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used by not defined herein have the meanings set forth in the Application.

served upon: (i) all parties who receive notice in these chapter 11 cases by operation of the Court's electronic filing ("CM/ECF") system; (ii) any party who requested notice in these chapter 11 cases, but is unable to accept electronic filing as indicated on the Notice of Electronic Filing; and (iii) the twenty (20) largest creditors in the Debtors' chapter 11 cases of Genever (BVI) and Genever (US) (collectively, the "Notice Parties");

WHEREAS, due to the substantial page count of the Application, including more than 1,200 pages of Paul Hastings' fee statements attached as Exhibit E to the Application (the "Monthly Fee Statements"), the Trustee and Paul Hastings requested, by oral motion on May 30, 2023, that the Court modify the Order Limiting Service so as to allow Paul Hastings to serve hard copies of the Fee Application without including the Monthly Fee Statements but advising parties in interest that the electronic version of the Monthly Fee Statements can be viewed, free of charge, on the electronic docket maintained by Epiq Corporate Restructuring;

WHEREAS, the Court finds good cause for the relief requested by the Trustee and Paul Hastings, and in light of the statements made by the Trustee at the May 30, 2023 hearing, including as it relates to the expense of serving the voluminous Application in hard copy format, it is hereby:

ORDERED that the Paul Hastings shall serve the Application on the Notice Parties in accordance with the Order Limiting Service, except that Paul Hastings may serve hard copies of the Application without including the Monthly Fee Statements, provided that the following notation is included on the cover sheet for Exhibit E to the Application: "The Monthly Fee Statements may be viewed, free of charge, at https://dm.epiq11.com/case/kwoktrustee/dockets under Docket No. 1831."

ORDERED that, notwithstanding the foregoing, hard copies of the complete Application, including the Monthly Fee Statements, shall be served on the United States Trustee;

ORDERED that entry of this Order is without prejudice to the Trustee's or the Genever Debtors' right to seek further modifications to procedures relating to interim fee and expense reimbursement applications;

ORDERED that Paul Hastings is authorized to take all actions necessary to effectuate the relief granted in this Order;

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and

ORDERED that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 31st day of May, 2023.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut