# United States Bankruptcy Court
## District of Connecticut



In re:
Ho Wan Kwok
Debtor*

Case Number: 22-50073
Chapter: 11

### ORDER SCHEDULING STATUS CONFERENCE

**ORDERED:** A Status Conference will be held remotely using the ZoomGov platform on May 31, 2023 at 1:30 p.m. Participating Counsel must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address:

CalendarConnect_BPT@ctb.uscourts.gov

Dated: May 31, 2023

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579-5808
VCIS* (866) 222-8029
* Voice Case Information System
http://www.ctb.uscourts.gov

*For the purposes of this order, "Debtor" means "Debtors" where applicable.