Connecticut Local Form 420B (Notice of Objection to Claim)                                    03/2023

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re: | Ho Wan Kwok; Genever Holdings LLC; Genever Holdings Corporation (Jointly Administered)

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*
Debtor(s)

Case No. : | 22-50073

Chapter: | 11

## NOTICE OF OBJECTION TO CLAIM

| Claim No: | Claimant: |
|---|---|
| 2-1 | Bravo Luck Limited |
| 4-1 | Bravo Luck Limited |
| 117-1 | Bravo Luck Limited |

Luc A. Despins, Chapter 11 Trustee; Genever Holdings LLC; Genever Holdings Corporation  has filed an objection to your claim in this bankruptcy case.

**<u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney, if you have one.**

[**<u>Note to Objecting Party</u>**: You must choose a response date that is at least thirty (30) days after the date the Objection to Claim is filed, unless otherwise ordered.]

If you do not want the Court to eliminate or change your claim, then on or before

**June 30, 2023**

you or your lawyer must file with the Court a written response to the objection, explaining your position.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. Your response should be mailed to:

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard, Bridgeport CT 06604

Connecticut Local Form 420B (Notice of Objection to Claim)                                                      03/2023

| In re: | Ho Wan Kwok; Genever Holdings LLC; Genever Holdings Corporation (Jointly Administered) | Case No. : | 22-50073 |
|---|---|---|---|
| | | Chapter: | 11 |

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*
Debtor(s)

A copy of your response should also be mailed to:

Douglass Barron, Esq., Paul Hastings LLP, 200 Park Ave., New York, NY 10166

(Objector and Objector's attorney, if applicable, name and address)

(Names and addresses of others to be served)

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

Date: May 31, 2023

Signature: /s/ Douglass Barron

Name: Douglass Barron

Address: Paul Hastings LLP
200 Park Ave
New York, NY 10166

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
:
In re:                                                           :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                           :    Case No. 22-50073 (JAM)
:
Debtors.                                  :    (Jointly Administered)
:
-------------------------------------------------------x

**FIRST OMNIBUS OBJECTION OF CHAPTER 11 TRUSTEE, GENEVER HOLDINGS**
**CORPORATION, AND GENEVER HOLDINGS LLC (SEEKING EXPUNGEMENT**
**AND DISALLOWANCE OF PROOFS OF CLAIM FILED BY BRAVO LUCK LIMITED**
**BASED ON LACK OF EVIDENTIARY SUPPORT)**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the

chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), Genever Holdings Corporation

("Genever BVI"), and Genever Holdings LLC ("Genever US," and, together with the Trustee

and Genever BVI, the "Objectors") file this objection (the "Objection"), seeking entry of an

order, substantially in the form attached hereto as **Exhibit 1** (the "Proposed Order"), disallowing

the following proofs of claim (each, a "Disputed Claim," and, together, the "Disputed Claims")

filed by Bravo Luck Limited ("Bravo Luck") in connection with the above-captioned chapter 11

cases (the "Chapter 11 Cases"):

| Claim Number | Date Filed | Chapter 11 Debtor |
|---|---|---|
| 2-1 | February 17, 2023 | Genever BVI |
| 4-1 | March 5, 2021 | Genever US |
| 117-1 | February 17, 2023 | Ho Wan Kwok |

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The
mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul
Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho
Wan Kwok (solely for purposes of notices and communications).

In support of this Objection, the Objectors respectfully represent as follows:[2]

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2.      Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief requested herein are in sections 105 and 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## RELIEF REQUESTED

4.      By this Objection, the Objectors seek entry of an order, substantially in the form of the Proposed Order attached hereto, disallowing and expunging the Disputed Claims.

## BACKGROUND

**A.  Commencement of Chapter 11 Cases**

5.      On October 12, 2020, Genever US filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "SDNY Bankruptcy Court"), thereby commencing case number 20-12411 (JLG) (the "SDNY Bankruptcy Case").

6.      No chapter 11 trustee or examiner was appointed in the SDNY Bankruptcy Case.

7.      Genever US is an LLC whose sole member is Genever Holdings Corporation ("Genever BVI").  On February 15, 2022, Ho Wan Kwok (the "Individual Debtor"), holder of

---

[2]     Copies of the Disputed Claims are attached hereto as **Exhibit 2**.

100% of the shares of Genever BVI, filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court.

8.      On June 15, 2022, the Court entered an order directing the United States Trustee to appoint a trustee in the chapter 11 case of the Individual Debtor (the "Trustee Order") [Docket No. 465].

9.      On July 7, 2022, the United States Trustee filed the notice and application with respect to the appointment of Luc A. Despins as the chapter 11 trustee (the "Trustee") in the Individual Debtor's case pursuant to section 1104(d) of the Bankruptcy Code.  [Docket No. 515].

10.     On July 8, 2022, the Bankruptcy Court entered an order granting the appointment of the Trustee in the Individual Debtor's case.  [Docket No. 523].

11.     On August 10, 2022, the Court entered an order (the "Corporate Governance Order")  [Docket No. 717] confirming the Trustee's economic and governance rights with respect to entities controlled by the Individual Debtor, including Genever BVI and Genever US, providing, among other things:

> [T]he Trustee holds all of the [Individual] Debtor's economic and governance rights, for the benefit of the Estate, with respect to all [Individual] Debtor-Controlled Entities, including, without limitation, Genever BVI.  For the avoidance of doubt, the foregoing rights include the Trustee's asserted authority to replace any existing officer, director, manager, or similar person of the [Individual] Debtor-Controlled Entities.  As part of the foregoing, to the extent necessary, the Trustee is authorized to act, in his capacity as the chapter 11 trustee in this Chapter 11 Case, as any such officer, director, manager, or similar person who has been removed.

Corporate Governance Order ¶ 2.

12.     On September 30, 2022, the Trustee and Genever US filed the joint motion to transfer venue of Genever US's chapter 11 case to this Court [Docket No. 211 in Case No. 20-12411 (JLG)] (the "Venue Transfer Motion").  By order dated November 3, 2022, the SDNY Bankruptcy Court granted the Venue Transfer Motion.

13.     On October 11, 2022, Genever BVI filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court.

14.     No trustee or official committee of unsecured creditors has been appointed in Genever BVI's chapter 11 case.

15.     October 14, 2022, the Court entered an order granting joint administration of the Individual Debtor's chapter 11 case and Genever BVI's chapter 11 case [Docket No. 970].

16.     On November 21, 2022, this Court entered an order approving the joint administration of the chapter 11 cases of the Individual Debtor, Genever BVI, and Genever US [Docket No. 1141].

**B.  <u>The Apartment and Disputed Claims</u>**

17.     On March 6, 2015, Genever US purchased 3,050 shares of stock in Sherry-Netherland, Inc. (the "<u>Sherry-Netherland</u>") and entered into those certain proprietary leases, as lessee, with the Sherry-Netherland, as lessor, for apartment units 1801, 719 and 2219 (collectively, the "<u>Apartment</u>") located at 781 Fifth Avenue, New York, New York 10022, appurtenant to the shares of stock.

18.     In each of the Disputed Claims, Bravo Luck, an entity allegedly owned by Qiang Guo, the Individual Debtor's son, asserts that it is the beneficial owner of Genever BVI, Genever US, and the Apartment (the "<u>Ownership Claim</u>") by virtue of a purported trust agreement dated February 17, 2015 (the "<u>Purported Trust Agreement</u>").[3]  In the alternative, Bravo Luck asserts in each of the Disputed Claims an alternative general unsecured claim for $76,296,746.85 (the "<u>Alternative Monetary Claim</u>") based on payments alleged to have been made in connection with

---

[3]     The Trustee has commenced adversary proceedings challenging the Purported Trust Agreement (Consolidated Adv. Proc. No. 22-05027) (the "<u>Bravo Luck Adversary Proceedings</u>").

4

the purchase the Apartment and related expenses, $13,306,005.00 of which were allegedly paid by Qiang Guo personally.[4]   In addition, Bravo Luck asserts that $2 million of its Alternative Monetary Claim is entitled to administrative expense priority.

**BASIS FOR RELIEF**

### A.  Legal Standard

19.    Section 502(a) of the Bankruptcy Code provides that "[a] claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  Additionally, Bankruptcy Rule 3001(f) provides a properly filed proof of claim is *prima facie* evidence of the claim. However, for the proof of claim to receive *prima facie* validity, it must "set forth the facts necessary to support the claim."  *In re Chain*, 255 B.R. 278, 280 (Bankr. D. Conn, 2000) (internal quotation omitted); *In re Marino*, 90 B.R. 25, 28 (Bankr. D. Conn. 1988); *see also In re Avaya, Inc.*, 608 B.R. 366, 369-70 (Bankr. S.D.N.Y. 2019) (providing a claimant must allege facts that if true would support a ruling the debtor is legally indebted to the claimant).

20.    Once a party rebuts *prima facie* validity, the claimant then bears the burden to "prove by a preponderance of the evidence that under applicable law the claim should be allowed." *Creamer v. Motors Liquidation Co. GUC Trust (In re Motors Liquidation Co.)*, No. 12 Civ. 6074, 2013 WL 5549643, at *3 (S.D.N.Y. Sept. 26, 2013) (internal quotation marks omitted); *See also In re Residential Capital, LLC*, No. 15 Civ. 3248, 2016 WL 796860, at *9

---

[4]    This $13,306,005.00 is the subject of proof of claim 3-1 filed by Qiang Guo on March 5, 2021 (the "Qiang Guo Proof of Claim").  Genever US filed its objection to the Qiang Guo Proof of Claim on March 31, 2023, with respect to which no timely response was filed. *See Notice of (I) Failure to File Timely Response to Claim Objection and (II) Filing of Proposed Order Disallowing and Expunging Claim No. 3-1 filed by Qiang Guo* [Case No. 22-50073, Docket No. 1733].

(S.D.N.Y. Feb. 22, 2016) ("Once a party objects … courts employ a burden-shifting framework to determine whether a claim should be allowed or disallowed.").

### B.  **Ownership Claim Unsupported By Evidence**

21.     Bravo Luck's Ownership Claim is supported by nothing more than bald allegations to the effect that Bravo Luck was intended to be the owner of the Apartment and a reference to the Purported Trust Agreement, which is not attached to any of the Disputed Claims. Similarly, the Disputed Claims do not contain any witness affidavits or other evidence supporting the veracity of the Ownership Claim or the validity and authenticity of the Purported Trust Agreement, which, as the Court is aware, the Objectors have separately challenged as a back-dated forgery.

22.     Moreover, the Objectors have analyzed the documentary record and have found no evidence indicating that when the Apartment was purchased its intended owner was Bravo Luck.  In particular, among other things, the documents submitted by the Individual Debtor in connection with the purchase of the Apartment stated that it was the Individual Debtor that would own the Apartment through Genever BVI and Genever US, and the proprietary lease and related agreements governing the purchase of the Apartment prohibited any transfer of the Apartment, Genever BVI, or Genever US to another party (as Bravo Luck essentially argues occurred through the purported Trust Agreement).

23.     Given the lack of evidence supporting Bravo Luck's Ownership Claim, the Disputed Claims should be expunged and disallowed.

### C.  **Alternative Monetary Claim Not *Prima Facie* Valid**

24.     Bravo Luck asserts, in the alternative, the Alternative Monetary Claim of over $76 million "arising from its advancement of funds for the purchase of the Apartment and any other funds advanced to maintain the Apartment," but provides no legal basis by which any of

the Objectors is obligated to reimburse Bravo Luck for such payment, nor does Bravo Luck allege any facts, that if true, would support a finding that it has a right to payment from any of the Objectors. Just because one or more of the Objectors may have indirectly benefitted from Bravo Luck's expenditures does not mean that any of the Objectors have a legal obligation to Bravo Luck. *See In re Keeley & Grabanski Land P'Ship*, No. 10–31482, 2013 WL 238570, at *13 (Bankr. D.N.D. May 30, 2013) ("Although someone may receive a benefit from the expenditure of money, a legal obligation or a right to payment is not necessarily created. Claims arise under substantive law.").

25.     Moreover, while Bravo Luck attached to the Disputed Claims certain documents relating to its alleged funding of the purchase of the Apartment, there is nothing in the documents attached to the Disputed Claims memorializing an agreement that one or more of the Objectors would reimburse Bravo Luck for its contributions, nor do these documents contain information that would otherwise demonstrate Bravo Luck has a claim under applicable law.[5]

26.     The Objectors do not recognize any liability for the Alternative Monetary Claim and the documents attached to the Disputed Claims do not establish that any of the Objectors is liable to Bravo Luck.  Accordingly, the Disputed Claims should be disallowed and expunged in its entirety.

### D.  Additional Grounds for Disallowance and Subordination

27.     In addition to the issues discussed above, the Disputed Claim against Genever US should also be disallowed because, as examined in more detail in connection with the Bravo Luck Adversary Proceedings, the Purported Trust Agreement, even if valid, only transfers, by its

---

[5]     The Objectors assume, for the purpose of this Objection, a fact that the Objectors do not concede, which is that Bravo Luck is an entity, with its own funds, separate from and independent of the Individual Debtor.

terms, interests in the equity of Genever US and Genever BVI, not the Apartment itself, to which Genever US holds title.

28.     Moreover, to the degree that the Purported Trust Agreement (1) is valid and (2) resulted in a transfer of the beneficial ownership of equity in Genever US and Genever BVI, Bravo Luck's Alternative Monetary Claim should be subordinated pursuant to section 510(b) of the Bankruptcy Code as a claim arising from the purchase or sale of a security of a debtor or affiliate of a debtor.

## RESERVATION OF RIGHTS

29.     This Objection is not limited to the grounds stated herein.  Accordingly, it is without prejudice to the rights of the Objectors to object to the Disputed Claims on any ground whatsoever, including on grounds asserted in connection with the Bravo Luck Adversary Proceedings.  The Objectors expressly reserves all further substantive or procedural objections, including under section 502(d) of the Bankruptcy Code.  Nothing contained herein or any actions taken pursuant to such relief is intended or should be construed as: (a) an admission as to the validity of any prepetition claim against any of the Objectors; (b) a waiver of any of the Objectors' rights to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; or (e) a waiver of any of the Objectors' rights under the Bankruptcy Code or any other applicable law.

*[Remainder of page intentionally left blank.]*

      **WHEREFORE**, the Objectors respectfully requests that the Court disallow the Disputed

Claims and grant such other and further relief as is just.

Dated:      May 31, 2023
            New Haven, Connecticut

      By: */s/ Douglass Barron*
      Avram E. Luft (admitted *pro hac vice*)
      Douglass Barron (admitted *pro hac vice*)
      PAUL HASTINGS LLP
      200 Park Avenue
      New York, New York 10166
      (212) 318-6079
      aviluft@paulhastings.com
      douglassbarron@paulhastings.com

         *and*

      Nicholas A. Bassett (admitted *pro hac vice*)
      PAUL HASTINGS LLP
      2050 M Street NW
      Washington, D.C., 20036
      (202) 551-1902
      nicholasbassett@paulhastings.com

         *and*

      Douglas S. Skalka (ct00616)
      Patrick R. Linsey (ct29437)
      NEUBERT, PEPE & MONTEITH, P.C.
      195 Church Street, 13th Floor
      New Haven, Connecticut 06510
      (203) 781-2847
      dskalka@npmlaw.com
      plinsey@npmlaw.com

      *Counsel for the Objectors*

# EXHIBIT 1

## **PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
HO WAN KWOK, et al.,[1]                                :   Case No. 22-50073 (JAM)
                                                       :
              Debtors.                                 :   (Jointly Administered)
                                                       :
-------------------------------------------------------x
```

**ORDER DISALLOWING AND EXPUNGING CLAIMS**
**FILED BY BRAVO LUCK LIMITED**

Upon the omnibus objection (the "Objection")[2] of Luc A. Despins, in his capacity as the

chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, Genever

Holdings Corporation ("Genever BVI"), and Genever Holdings LLC ("Genever US," and,

together with the Trustee and Genever BVI, the "Objectors"), pursuant to sections 502(b) and

105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), seeking entry of an order (this

"Order") disallowing the proofs of claim filed in these chapter 11 cases by Bravo Luck (the

"Disputed Claims") and granting related relief, all as more fully set forth in the Objection; and

the Court having jurisdiction to consider the Objection and the relief requested therein in

accordance with 28 U.S.C. § 1334; and consideration of the Objection and the relief requested

therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
       Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
       Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The
       mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul
       Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho
       Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms used but not otherwise defined have the meanings set forth in the Objection.

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief

requested in the Objection having been provided, and it appearing that no other or further notice

need be provided; and such notice having been adequate and appropriate under the

circumstances; and the Bankruptcy Court having held a hearing to consider the relief requested

in the Objection on [          ] (the "Hearing"); and upon the record of the Hearing, and upon all

of the proceedings had before the Bankruptcy Court; and the Bankruptcy Court having

determined that the legal and factual bases set forth in the Objection establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor,

it is hereby ORDERED THAT:

1.    The Objection is granted to the extent set forth herein.

2.    Pursuant to sections 502(b) and 105(a) of the Bankruptcy Code and Bankruptcy

Rule 3007 the following Disputed Claims are disallowed and expunged in their entirety.

| Claim Number | Date Filed | Chapter 11 Debtor |
|---|---|---|
| 2-1 | February 17, 2023 | Genever BVI |
| 4-1 | March 5, 2021 | Genever US |
| 117-1 | February 17, 2023 | Ho Wan Kwok |

3.    The terms and conditions of this Order are effective immediately upon entry.

4.    The Objectors and the Clerk of the Court are authorized to take all steps necessary

or appropriate to effectuate the relief granted pursuant to this Order.

5.    The Bankruptcy Court retains jurisdiction with respect to all matters arising from

or related to the implementation of this Order.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

----------------------------------------------------x
                                        :

In re:                           :    Chapter 11
                                           :

HO WAN KWOK, *et al.*,[1]      :    Case No. 22-50073 (JAM)
                                           :

            Debtors.         :    (Jointly Administered)
                                           :
----------------------------------------------------x

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 31, 2023, the foregoing Objection, and all declarations, exhibits and attachments thereto, was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing, including Francis Lawall, counsel to Bravo Luck Limited.  In addition, this filing was caused to be served by mail to the following address:

    Bravo Luck Limited
    c/o Troutman Pepper
    Attn: Francis J. Lawall
    3000 Two Logan Sq
    Philadelphia, PA 19103

Parties may access this filing through the Court's CM/ECF system.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated:    May 31, 2023
          New Haven, Connecticut

By: */s/ Douglass Barron*
    Avram E. Luft (admitted *pro hac vice*)
    Douglass Barron (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com
    douglassbarron@paulhastings.com

      *and*

    Nicholas A. Bassett (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

      *and*

    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

    *Counsel for the Objectors*

# EXHIBIT 2

## **Bravo Luck Proof of Claims**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Genever Holdings Corporation</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the District of Connecticut</td></tr>
<tr><td>Case number</td><td>22-50542</td></tr>
</table>

## Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

| 1. | Who is the current creditor? | Bravo Luck Limited <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor | **1A. Election to Keep Name and Contact Information Confidential** <br><br> ☐ I hereby elect to have my name and contact information kept confidential. |
| --- | --- | --- | --- |
| 2. | Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes. From whom? _____ | |

| 3. | Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| --- | --- | --- | --- |
| | | Bravo Luck Limited <br> Name <br> c/o Francis Lawall, Esq. <br> Address 1 <br> Troutman Pepper Hamilton Sanders LLP <br> Address 2 <br> 3000 Two Logan Square, 18th and Arch Streets <br> Address 3 <br> Philadelphia    PA    19103 <br> City    State    ZIP Code <br><br> Country (if international) <br> Contact phone 215-981-4000 <br> Contact email francis.lawall@troutman.com | Name <br> Address 1 <br> Address 2 <br> Address 3 <br> City    State    ZIP Code <br><br> Country (if international) <br> Contact phone _____ <br> Contact email _____ |
| | | Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> _____ | |

| 4. | Does this claim amend one already filed? | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____     Filed on ____ / ____ / ____ <br>                                                               MM / DD / YYYY |
| --- | --- | --- |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

**Part 2:**     **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ |

7. **How much is the claim?**    $ _76,296,746.85_   . **Does this amount include interest or other charges?**

        ☐ No

        ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

    Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

    Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

    Limit disclosing information that is entitled to privacy, such as health care information.

    _See attached addendum_

8A. **Alter Ego Claim Against Genever Entities?**    If you assert a claim against Ho Wan Kwok, you may also assert a claim against Genever Holdings Corporation and Genever Holdings LLC on the basis that these entities are *alter egos* of Ho Wan Kwok by checking the following box:

    ☐ Yes.

9. **Is all or part of the claim secured?**

    ☑ No

    ☐ Yes. The claim is secured by a lien on property.

        **Nature of property:**

        ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

        ☐ Motor vehicle

        ☐ Other. Describe: _____

        **Basis for perfection:** _____

        Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

        **Value of property:**          $_____

        **Amount of the claim that is secured:**    $_____

        **Amount of the claim that is unsecured:**    $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

        **Amount necessary to cure any default as of the date of the petition:**    $_____

        **Annual Interest Rate** (when case was filed)_____%

        ☐ Fixed

        ☐ Variable

10. **Is this claim based on a lease?**

    ☑ No

    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

11. **Is this claim subject to a right of setoff?**

    ☑ No

    ☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | | Amount entitled to priority |
|---|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | | $ at least $2,000,000 |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:    Sign Below**

The person completing this proof of claim must sign and date it.
FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    02/17/2023
                    MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | Qiang Guo | | |
|---|---|---|---|
| | First name | Middle name | Last name |

| Title | |
|---|---|

| Company | Bravo Luck Limited |
|---|---|
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| | c/o Francis Lawall, Esq. |

| Address | Address 1 |
|---|---|
| | Troutman Pepper Hamilton Sanders LLP |
| | Address 2 |
| | 3000 Two Logan Square, 18th and Arch Streets |
| | Address 3 |

| | Philadelphia | | PA | 19103 |
|---|---|---|---|---|
| | City | | State | ZIP Code |

Country (if international)

| Contact phone | 215-981-4000 | Email | francis.lawall@troutman.com |
|---|---|---|---|

---

Official Form 410                     **Proof of Claim**                     page 3

## GENEVER HOLDINGS CORPORATION
## UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF CONNECTICUT, CASE NO. 22-50542
## ADDENDUM TO PROOF OF CLAIM OF BRAVO LUCK LIMITED

Bravo Luck Limited ("Bravo Luck") hereby submits this addendum to its attached proof of claim (the "Proof of Claim"). As set forth below and asserted through the Proof of Claim, Genever Holdings Corporation (the "Debtor") is liable to Bravo Luck in the amount of not less than $76,296,746.85, plus interest in an amount to be calculated (the "Claim Amount").

### BACKGROUND RELATED TO BRAVO LUCK'S CLAIM

1.      Bravo Luck is a BVI Business Company incorporated in the British Virgin Islands. Qiang Guo ("Guo") is the sole shareholder of Bravo Luck.

2.      In early 2015, Bravo Luck identified the 18th Floor apartment of the Sherry-Netherland, Inc. (the "Sherry-Netherland"), 781 Fifth Avenue, New York, New York 10022 (including certain personalty and servant's rooms located at units 2219 and 719, collectively, the "Apartment") as a potential investment property. It was always the intention of Bravo Luck and the parties to the transaction, that Bravo Luck would be the owner of the Apartment. However, after initial discussions between Guo and/or his agents, Guo was advised that the Application would likely be more successful if an older, more established individual was the nominal Applicant. Therefore, pursuant to an agreement dated February 17, 2015 (the "Agreement"), Miles Kwok ("Kwok") was nominated as the established individual supporting the application of Genever Holdings, LLC ("Genever US" and, with the Debtor, the "Genever Entities")—which is wholly owned by the Debtor—for the Apartment. Bravo Luck, Kwok and the Genever Entities entered into the Agreement that made clear that Kwok was nominated to hold the Genever Entities, the Apartment and the income, profits, and dividends thereof (if any) for Bravo Luck as the beneficial owner of the Genever Entities and, thus, the Apartment.

3.      Despite the need to bring in an individual applicant older than Guo to support the Apartment purchase, the records clearly indicate that the funds to buy and maintain the Apartment were advanced, directly or indirectly, by Bravo Luck.  On March 4, 2015, Bravo Luck transferred $62,990,741.86 to Ivey Barnum and O'Mara, LLC, the attorneys for the seller of the Apartment.  The memo line of the wire transfer provided that the funds were to "buy a property in New York."  On March 5, 2015, Bravo Luck transferred $6,300,000.00 to Guo to pay expenses that would arise at the Apartment sale closing.

4.      On March 6, 2015, the sale of the Apartment closed.  Guo was in attendance at the closing as an officer and representative of Bravo Luck.  The chart below shows the specific amounts that were paid directly or indirectly by Bravo Luck related to the purchase of the Apartment.  Attached hereto as **Exhibit A** are excerpts from closing memoranda showing the payment of these amounts:

| Amount | Purpose |
| --- | --- |
| $7,000,000 | Contract deposit related to Apartment purchase |
| $62,990,741.85 | Balance of Apartment's purchase price |
| $3,369,000 | Apartment's maintenance escrow |
| $1,350,000 | 2% flip tax on Apartment |
| $56,150.00 | Apartment's March 2015 maintenance |
| $1,871.67 | March 2015 hallway license fee |
| $675,000 | 1% New York mansion tax |
| $33,622.50 | For Stroock & Stroock legal fees |
| $221,875.00 | New York sales tax of 8.875% |
| $600.00 | For lien search on Apartment |
| $275,000 | For Paul Weiss legal fees |
| $26,000 | Contract deposit for servant's room (unit 719) |
| $234,000 | Balance of purchase price of servant's room (unit 719) |
| $935.83 | Paid at closing for March 2015 maintenance on servant's room (unit 719) |
| $600.00 | Paid at closing for lien search on servant's room (unit 719) |
| $5,200.00 | Paid at closing for 2% flip tax on servant's room (unit 719) |
| $56,150.00 | Paid at closing for maintenance escrow on servant's room (unit 719) |
| **$76,296,746.85** | |

-2-

145718184v4

**The Debtor's Bankruptcy Filing**

5.      On October 11, 2022, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the District of Connecticut.

**BRAVO LUCK'S OWNERSHIP OF APARTMENT AND,**
**ALTERNATIVELY, GENERAL UNSECURED AND ADMINISTRATIVE CLAIMS**

6.      Bravo Luck asserts that it is the beneficial owner of the Apartment with the Apartment being nominally held by Kwok and the Genever Entities for Bravo Luck's benefit. Accordingly, Bravo Luck asserts that the Apartment and any proceeds from its sale are property of Bravo Luck—not property of the Debtor.

7.      If a court with jurisdiction over Bravo Luck determines that Bravo Luck does not own the Apartment by virtue of the Apartment being held by Kwok and the Genever Entities (including the Debtor) for Bravo Luck's benefit, Bravo Luck asserts a general unsecured claim against the Debtor in an amount of not less than $76,296,746.85 arising from its advancement of funds for the purchase of the Apartment and any other funds advanced to maintain the Apartment.

8.      Additionally, because the Apartment's maintenance deposit, funded by Bravo Luck, has been applied on a post-petition basis, Bravo Luck asserts an administrative expense priority claim in excess of $2 million as part of this claim.

9.      Furthermore, to the extent that a court with jurisdiction over Bravo Luck determines that Bravo Luck does not own the Apartment, Bravo Luck expressly reserves the right to recover interest on the Claim Amount.

**RESERVATION OF RIGHTS**

10.     This Proof of Claim is in addition to, and not in lieu of, any and all other claims, rights and remedies held by Bravo Luck in the bankruptcy case. This Proof of Claim is filed with a full reservation of rights and remedies, including the right to assert additional,

-3-

modified, supplementary and/or amended proofs of claim and requests for administrative expenses determined to have been funded directly or indirectly by Bravo Luck in connection with the Apartment and with full reservation of (1) Bravo Luck's rights and/or claims against any party other than the Debtor; and (2) Bravo Luck's interests in any property, including any property of the estate(s).

11.     Bravo Luck reserves all rights of setoff and recoupment.

12.     Bravo Luck does not waive any claims against Debtor that may arise post-petition, post-confirmation or after the conversion of this case to a case under any other chapter of the Bankruptcy Code.

13.     The filing of this Proof of Claim is not intended and should not be construed to be an election of remedies, waiver of any past, present or future defaults or events of default, or a waiver or limitation of any rights, remedies, claims, or interest of Bravo Luck.

## NO CONSENT TO JURISDICTION

14.     By filing this Proof of Claim, Bravo Luck does not submit to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to the claims asserted in this Proof of Claim, and Bravo Luck does not waive, and specifically preserves, all of its procedural and substantive defenses (including, without limitation, any rights of setoff and recoupment) to, any claim that may be asserted against Bravo Luck by Debtor, any trustee of Debtor's estate (including the chapter 11 trustee), any post-confirmation estate fiduciary, or any other party.

## ADDITIONAL NOTICE ADDRESS

In addition to notices sent to Bravo Luck at the location provided in question number three on the Proof of Claim, please also send any notices or communications with respect to this Proof of Claim to: Francis Lawall, Esq., Troutman Pepper Hamilton Sanders LLP, 3000

-4-

Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103-2799 (francis.lawall@troutman.com).

# EXHIBIT A

PURCHASE OF
COOPERATIVE APARTMENTS 1801, 1804, 1807, 1809, 1811 (18TH FLOOR), PLUS
UNIT 2219 (SERVANT'S ROOM)
781 FIFTH AVENUE, NEW YORK, NEW YORK
BY
GENEVER HOLDINGS LLC
ON
MARCH 6, 2015

TABLE OF CONTENTS

| ITEM | Tab |
|---|---|
| Closing Memorandum and Financial Statement | 1 |
| Contract of Sale | 2 |
| Purchaser's Original Stock Certificates, Stock Powers & Stock Receipts for 18th floor and MR 2219 | 3 |
| Purchaser's Original Proprietary Leases | 4 |
| Assignments of Proprietary Lease | 5 |
| Acceptances of Assignment and Assumption of Proprietary Lease | 6 |
| Consents to Assignment of Proprietary Lease with Common Charges statements | 7 |
| Affidavits and Agreement of Lost Proprietary Lease and Lost Stock Certificate from Seller | 8 |
| New York State Combined Real Estate Transfer Tax Return | 9 |
| New York City Real Property Transfer Tax Return with Smoke Alarm Affidavit and Affidavit in Lieu of Registration Statement | 10 |
| Seller's Report of Sales Tax Due on a Casual Sale | 11 |
| Organizational Documents and Closing Resolutions of Seller | 12 |
| Organizational Documents and Closing Resolution of Purchaser | 13 |
| Corporation Documents required of Entities: Guaranty of Agreement and Lease; Agreement and Consent with Respect to Shares and Proprietary Lease; Security Deposit Agreements; Name Affidavits/Letters | 14 |
| Opinion Letters | 15 |
| Assignment of License Agreement (with License Agreement) | 16 |
| Letter from Architect regarding Unit Combination | 17 |
| Escrow Agreement for $15,000.00 holdback on Unit Combination Work, with Architect Letter setting forth required Work | 18 |
| Cooperative Lien Search | 19 |
| Assumption of Alteration Agreement, with Alteration Agreement | 20 |
| Certificate of Non-Foreign Status | 21 |
| Insurance Certificate and Policy | 22 |
| 1099-S Form | 23 |
| Miscellaneous Corporation Documents | 24 |

2

Receipted Invoices                                                        25

Copies of Checks Delivered in Connection with the Closing                 26

PURCHASE OF
COOPERATIVE APARTMENTS 1801, 1804, 1807, 1809, 1811 (18TH FLOOR)
PLUS UNIT 2219 (SERVANT'S ROOM)
781 FIFTH AVENUE, NEW YORK, NEW YORK
BY
GENEVER HOLDINGS LLC
ON
MARCH 6, 2015

<u>CLOSING MEMORANDUM</u>

| | |
|---|---|
| Purchaser: | Genever Holdings LLC by Genever Holdings Corporation |
| Purchaser's Counsel: | Ira Gilbert, Esq. Paul, Weiss, Rifkind, Wharton & Garrison, LLP 1285 Avenue of the Americas New York, New York 10019 |
| Seller: | Sherry 1800s, LLC |
| Seller's Counsel: | Michael Jones, Esq.: Ivey Barnum & O'Mara, LLC 170 Mason Street Greenwich, CT 06830 mjones@ibolaw.com 203-661-6000 |
| Cooperative Corporation: | The Sherry Netherland, Inc. (the "Corporation") |
| Purchase Price: | $70,000,000.00: $67,500,000.00 for Unit, $2,500,000.00 for personalty |
| Managing Agent: | Self-managed by Sherry Netherland Hotel Management – Susan Hennelly – shennelly@sherrynetherland.com 212-231-6811 |
| Monthly Maintenance: | $56,150.60 |
| Brokers: | Brown Harris Stevens and Sotheby's International Realty |
| Number of shares: | 3000 |

The Closing under the Contract of Sale dated February 21, 2015 took place at the offices of Cooperative Corporation on March 6, 2015.

Attending the Closing were:

Mileson Guo, Purchaser
Ira Gilbert, Esq., Purchaser's Counsel
Michael Jones, Esq., Seller's Counsel
Susan Hennelly, Managing Agent
Kathy Sloane, Broker

The Table of Contents to this Closing Binder lists the documents delivered in connection with the Closing. Also attached is a Financial Statement which describes the monetary features of the Closing.

## FINANCIAL STATEMENT – 18TH FLOOR

A. Purchase Price

| | |
|---|---|
| Purchase Price for Unit | $67,500,000.00 |
| Purchase Price for Personalty | 2,500,000.00 |
| Less: Contract Deposit | (7,000,000.00) |
| Balance of Purchase Price due Seller | $63,000,000.00 |

B. Adjustments

| | |
|---|---|
| Due Purchaser for March maintenance charges ($56,150.00/31=$1,811.29 x 5 days) | ($9,056.45) |
| Due Purchaser for Hallway License Fee – ($1,871.67/31=$60.38 x 5 days) | (301.88) |
| Total due Seller | $62,990,641.67 |

C. Payments Representing Total Due Seller

| | | |
|---|---|---|
| 1. | Wire in accordance with wire instructions of Seller | $62,990,741.85 |
| | | $62,990,641.67 |

D. Closing Costs Paid By or on Behalf of Purchaser

| | |
|---|---|
| 1. Bank Check of Purchaser payable to The Sherry Netherland, Inc. (March maintenance: note-we pay but receive back a 5 day adjustment in B above) | $56,150.00 |
| 2. Bank Check of Purchaser payable to The Sherry-Netherland, Inc. (2% flip tax based on $67,500,000.00 for Unit) | $1,350,000.00 |
| 3. Bank Check of Purchaser payable to New York State Sales Tax (8.875% of $2,500,000.00 for personalty) | $221,875.00 |
| 4. Bank Check of Purchaser payable to The Sherry-Netherland, Inc. (maintenance escrow: $56,150.00; 60 months) | $3,369,000.00 |
| 5. Bank Check of Purchaser payable to NYC Dept. of Finance (1% New York State mansion tax) | $675,000.00 |
| 6. Check of Purchaser payable to Titlevest (lien search fees for 18th floor and 22nd floor maid's room) | $600.00 |
| 7. Bank Check of Purchaser payable to The Sherry Netherland, Inc. (March hallway license fee: note-we pay but receive back adjustment in B above) | $1,871.67 |
| 8. Bank Check of Purchaser payable to Stroock & Stroock & Lavan (Coop lawyer's fees) | $33,622.50 |
| 9. Bank Check of Purchaser payable to Paul, Weiss, Rifkind, Wharton & Garrison, LLP (legal fees including for commercial lease and work on other possible transactions) | $275,000.00 |

**NOTE:** Seller is holding back an escrow of $15K for the estimated costs of carrying out the architect's changes if necessary for the smoke detectors, doors, pantry, emergency signs

CASHIER'S CHECK

0192949 7

BNY MELLON

Date March 05, 2015

8-26
0430.1

Amount

Pay ONE MILLION FIVE HUNDRED SEVENTY EIGHT THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND
ZERO CENTS

$ ***1,578,750.00

To the order of *BROWN HARRIS STEVENS RESIDENTIAL SALES LLC*********

Drawer: BNY Mellon, N.A.

Authorized
Signature

Remitter TVFY, BARNUM & O'MARA, LLC

Memo

**CASHIER'S CHECK**

0192951 0

▶ BNY MELLON

Date   March 05, 2015

8-26
0430-1

Amount

Pay   FIVE HUNDRED TWENTY SIX THOUSAND TWO HUNDRED FIFTY DOLLARS AND   ZERO   CENTS

To the order of   *SOTHEBY'S INTERNATIONAL REALTY**********************   $ *****526,250.00

Drawer: BNY Mellon, N.A.

Authorized
Signature

Remitter   TWEY BARNUM & O'MARA, LLC

Memo:

**QIANG GUO**

DATE 3-6-15

PAY TO THE ORDER OF  Stroock Stroock + Lavan          $ 33,622 ⁵⁰

Thirty Three Thous/Six Hundred Thirty Two ⁰⁰⁄₁₀₀          DOLLARS

**HSBC ◆✕◆**
**Premier**

MEMO Sherry legal fees                                    MP

SPECIALTY GRAY

**IVEY, BARNUM & O'MARA, LLC**
REAL ESTATE TRUSTEE ACCOUNT
170 MASON STREET
GREENWICH, CT 06830

BNY MELLON   BNY Mellon, N.A.
51-147/211

ONE THOUSAND FIVE HUNDRED DOLLARS and 00/100

TO THE

| | DATE | AMOUNT |
|---|---|---|
| ORDER OF Stroock & Stroock & Lavan LLP | 03/06/15 | **$1,500.00** |

AUTHORIZED SIGNATURE

File Number: 19262.022MJJ

**CASHIER'S CHECK**

0192950 8

BNY MELLON

Date  March 05, 2015

8-26
0430-1

Amount

For  FOUR THOUSAND DOLLARS AND ZERO CENTS

$ *******4,000.00

To the order of   *THE SHERRY-NETHERLAND INC*************************

Drawer: BNY Mellon, N.A.

Authorized
Signature

Remitter  IVEY BARNUM & O'MARA, LLC

Memo

**IVEY, BARNUM & O'MARA, LLC**
REAL ESTATE TRUSTEE ACCOUNT
170 MASON STREET
GREENWICH, CT 06830

BNY MELLON    BNY Mellon, N.A.
51-147/211

TWENTY SIX DOLLARS and 68/100

|  | DATE | AMOUNT |
|---|---|---|
| O THE | | |
| ORDER OF   The Sherry-Netherland, Inc. | 03/05/15 | **$26.68** |

Balance on House Account

AUTHORIZED SIGNATURE

File Number: 19262.022MJJ

CASHIER'S CHECK

BNY MELLON

0192953 2

Date   March 05, 2015

8-26
0430.1

Amount

TWENTY SIX THOUSAND  DOLLARS AND  ZERO  CENTS

$ ******26,000.00

To the order of   *BROWN HARRIS STEVENS RESIDENTIAL SALES LLC*********

Drawer: BNY Mellon, N.A.

Authorized
Signature

Remitter   IVEY  BARNUM & O'MARA, LLC

Memo

**CASHIER'S CHECK**

0192948 6

8-26
0430 1

BNY MELLON

Date  March 05, 2015

Amount

Pay  ONE MILLION TWO HUNDRED THIRTY ONE THOUSAND NINE HUNDRED SEVENTY FIVE DOLLARS
     AND  ZERO  CENTS                                                    $ ***1,231,975.00

To the order of  *NYC DEPARTMENT OF FINANCE*********************

Drawer: BNY Mellon, N.A.

Authorized
Signature

Remitter  IVEY, BARNUM & O'MARA, LLC

Memo

# CASHIER'S CHECK

**BNY MELLON**

0192952 1

Date March 05, 2015

8-26
0430 1

Amount

Pay TWO HUNDRED THIRTY FOUR THOUSAND DOLLARS AND ZERO CENTS

To the order of    *ROMER DEBBAS LLP, AS ESCROW AGENT*****************    $ *****234,000.00

Drawer: BNY Mellon, N.A.

Remitter    IVEY, BARNUM & O'MARA, LLC

Authorized
Signature

Memo



HSBC

Branch : 011

QIANG GUO
REMITTER

US DOLLAR DRAFT
(OFFICIAL CHECK)

50-125
223
148

No.102260203

05Mar2015
DATE

$                    $3,369,000.00

U.S. DOLLARS

PAY     USD THREE MILLION THREE HUNDRED SIXTY NINE THOUSAND ONLY

TO
THE
ORDER
OF     THE SHERRY NETHERLAND ,INC.'

Drawer: HSBC Bank USA, N.A.

TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

Payable through HSBC Bank USA, N.A.

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

US DOLLAR DRAFT - OFFICIAL CHECK

32234354 REV1 01/10 8810017756

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

HSBC ⟨X⟩

Branch : 011

US DOLLAR DRAFT
(OFFICIAL CHECK)

50-125
223

No. 102260204

QIANG GUO
REMITTER

PAY    USD ONE MILLION THREE HUNDRED FIFTY THOUSAND ONLY

TO
THE
ORDER    THE SHERRY NETHERLAND  INC
OF

Payable through HSBC Bank USA, N.A.

05Mar2015
DATE

$    $1,350,000.00

U.S. DOLLARS

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE
SIGNATURE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

148

322343514 REV1 01/10 8801001775G

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**HSBC**

Branch : 011

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260205

50-125
223

148

QIANG GUO
REMITTER

05Mar2015
DATE

PAY    USD FIFTY SIX THOUSAND ONE HUNDRED FIFTY ONLY

$     $56,150.00

U.S. DOLLARS

TO
THE
ORDER
OF
THE SHERRY NETHERLAND, INC*

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

Payable through HSBC Bank USA, N.A.

32234351 4 REV1 01/10 8810017756

US DOLLAR DRAFT - OFFICIAL CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**HSBC**

Branch : 011

QIANG GUO
REMITTER

**PAY**

USD ONE THOUSAND EIGHT HUNDRED AND SEVENTY ONE 67 ONLY

TO
THE
ORDER
OF

THE SHERRY NETHERLAND INC"

Payable through HSBC Bank USA, N.A.

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260206

50-125
223

05Mar2015
DATE

$ $1,871.67

U.S. DOLLARS

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

Security
Features
Details on
Back

3223435I4 REV1 01/10 881001775G

US DOLLAR DRAFT - OFFICIAL CHECK



HSBC

Branch : 011

QIANG GUO
REMITTER

PAY    USD SIX HUNDRED SEVENTY FIVE THOUSAND ONLY

TO
THE
ORDER
OF    NYC DEPT OF FINANCE*

Payable through HSBC Bank USA, N.A.

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260211

$ $675,000.00
U.S. DOLLARS

50-185
223    148

05Mar2015
DATE

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

32234514 REV1 01/10 88100177756

US DOLLAR DRAFT - OFFICIAL CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

US DOLLAR DRAFT
(OFFICIAL CHECK)

50-125
223

148

No.102260210

$221,875.00

U.S. DOLLARS

05Mar2015
DATE

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

HSBC
Branch : 011

QIANG GUO
REMITTER

PAY   USD TWO HUNDRED AND TWENTY ONE THOUSAND EIGHT HUNDRED SEVENTY
FIVE ONLY

TO
THE
ORDER
OF      NEW YORK STATE SALES TAX

Payable through HSBC Bank USA, N.A.

32234351 4 REV1 01/10 881001775€

US DOLLAR DRAFT - OFFICIAL CHECK



QIANG GUO

15-170/540

161

DATE 3-5-15

PAY TO THE ORDER OF   Titlevest                    $ 600 .00

Six hundred w/ 00/100                              DOLLARS

HSBC ◆X◆
Premier

MEMO 18 Ave licenses                              MP

**PAUL WEISS RIFKIND WHARTON & GARRISON LLP**
**ATTORNEY TRUST ACCOUNT**
**1285 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10019-6064**

CITIBANK, N.A. BR#852
666 FIFTH AVENUE
NEW YORK, NY 10103

CHECK NUMBER: **21186**
CHECK DATE: 03/18/2015

1-8
210  852

$100.18

PAY    **One Hundred Dollars and 18/100**

TWO SIGNATURES REQUIRED IN EXCESS OF $10,000

TO
THE
ORDER
OF      **Qiang Guo**

_____
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE

SECURITY FEATURES INCLUDED. DETAILS ON BACK.



ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ROMER DEBBAS LLP**
**ATTORNEY TRUST ACCOUNT**
**275 MADISON AVENUE 8th FLOOR**
**NEW YORK, NY 10016-1101**
**ESCROW PLAN # 975180**

Valley National Bank                          1323

55-139/212                          3/6/2015

PAY TO THE
ORDER OF    Qiang Guo                              $   **150.95**

One Hundred Fifty and 95/100*********************************************    DOLLARS

VNB ESCROW PLUS

Qiang Guo

MEMO   Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

PURCHASE OF
UNIT 719 (SERVANT'S ROOM)
781 FIFTH AVENUE, NEW YORK, NEW YORK
BY
GENEVER HOLDINGS LLC
ON
MARCH 6, 2015

## TABLE OF CONTENTS

| ITEM | Tab |
|---|---|
| Closing Memorandum and Financial Statement | 1 |
| Contract of Sale | 2 |
| Purchaser's Original Stock Certificate, Stock Power & Stock Receipt | 3 |
| Purchaser's Original Proprietary Lease | 4 |
| Assignment of Proprietary Lease | 5 |
| Acceptance of Assignment and Assumption of Proprietary Lease | 6 |
| Consent to Assignment of Proprietary Lease, with Common Charges statement | 7 |
| Cancelled Stock Certificate and Proprietary Lease of Seller | 8 |
| New York State Combined Real Estate Transfer Tax Return | 9 |
| New York City Real Property Transfer Tax Return with Smoke Alarm Affidavit and Affidavit in Lieu of Registration | 10 |
| Cooperative Lien Search | 11 |
| Security Deposit Agreement | 12 |
| Designation of Authorized Person by Genever Holdings LLC | 13 |
| Opinion Letter for Seller Trust (with statement of authority to sell) | 14 |
| 1099-S Form | 15 |
| Receipted Invoices | 16 |
| Copies of Checks Delivered in Connection with the Closing | 17 |

PURCHASE OF
UNIT 719 (SERVANT'S ROOM)
781 FIFTH AVENUE, NEW YORK, NEW YORK
BY
GENEVER HOLDINGS LLC
ON
MARCH 6, 2015

<u>CLOSING MEMORANDUM</u>

| | |
|---|---|
| Purchaser: | Genever Holdings LLC |
| Purchaser's Counsel: | Ira Gilbert, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison, LLP<br>1285 Avenue of the Americas<br>New York, New York 10019 |
| Seller: | Roy Furman |
| Seller's Counsel: | Jules Levy, Esq. and Matthew Melnick, Esq.<br>Romer Debbas, LLP<br>275 Madison Avenue, Suite 801<br>New York, New York 10016 |
| Cooperative Corporation: | The Sherry Netherland, Inc. (the "Corporation") |
| Purchase Price: | $260,000.00 |
| Managing Agent: | Self-managed by Sherry Netherland Hotel<br>Management – Susan Hennelly –<br>shennelly@sherrynetherland.com<br>212-231-6811 |
| Monthly Maintenance: | $935.83 |
| Brokers: | Brown Harris Stevens and The Sherry-Netherland, Inc. |
| Number of shares: | 50 |

The Closing under the Contract of Sale dated March 6, 2015 took place at the offices of Cooperative Corporation on March 6, 2015.

Attending the Closing were:

Mileson Guo, Purchaser
Ira Gilbert, Esq., Purchaser's Counsel
Matthew Melnick, Esq., Seller's Counsel
Susan Hennelly, Managing Agent
Kathy Sloane, Broker

The Table of Contents to this Closing Binder lists the documents delivered in connection with the Closing. Also attached is a Financial Statement which describes the monetary features of the Closing.

3

## FINANCIAL STATEMENT

A.   **Purchase Price**

| | |
|---|---|
| Purchase Price for Unit | $260,000.00 |
| Less:  Contract Deposit | - 26,000.00 |
| Balance of Purchase Price due Seller | $234,000.00 |

B.   **Adjustment**

| | |
|---|---|
| Due Purchaser for March maintenance charges ($935.83; $30.19/day x 5 days) | $150.95 |
| Total due Seller | $234,000.00 |

C.   **Payments Representing Total Due Seller**

| | |
|---|---|
| Bank Check of Purchaser payable to Romer Debbas LLP, as Escrow Agent | $234,000.00 |
| 2.   Check of Seller's Counsel payable to Qiang Guo | ($150.95) |
| | $233,849.05 |

D.   **Closing Costs Paid By or on Behalf of Purchaser**

| | |
|---|---|
| 1.   Check of Purchaser payable to The Sherry Netherland, Inc. (March maintenance) | $935.83 |
| 2.   Check of Purchaser payable to Titlevest  (lien search fee- for Units 319 and 719) | $600.00 |
| 3.   Bank Check of Purchaser payable to The Sherry-Netherland, Inc. (2% flip tax) | $5,200.00 |
| 4. Bank Check of Purchaser payable to The Sherry-Netherland, Inc. (maintenance escrow: $935.83/month x 60 months) | $56,150.00 |

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**HSBC** ◆▶

Branch . 011

QIANG GUO
REMITTER

**PAY** USD FIVE THOUSAND TWO HUNDRED ONLY

TO
THE
ORDER
OF    THE SHERRY NETHERLAND, INC*

Payable through HSBC Bank USA, N.A.

US DOLLAR DRAFT
(OFFICIAL CHECK)

No.102260208

50-18
2222

145

$5,200.00

$ _____ U.S. DOLLARS

05Mar2015
DATE

Drawer: HSBC Bank USA, N.A.

TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

_____
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE

Security
Features
Details on
Back

US DOLLAR DRAFT - OFFICIAL CHECK

3222343514 REV1 01/10 8810017756

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**HSBC ◆X◆**

Branch : 011

US DOLLAR DRAFT
(OFFICIAL CHECK)

No.102260207

QIANG GUO
REMITTER

05Mar2015
DATE

50-125
223

**PAY**    USD FIFTY SIX THOUSAND ONE HUNDRED FIFTY ONLY

$   $56,150.00
U.S. DOLLARS

TO
THE
ORDER
OF

THE SHERRY NETHERLAND, INC*

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE                    MP

AUTHORIZED SIGNATURE                    MP

Security
Features
Details on
Back

Payable through HSBC Bank USA, N.A.

32234351.4 REV1 01/10 8810017756

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**HSBC**

Branch  011

**US DOLLAR DRAFT**
**(OFFICIAL CHECK)**

50-12/221
221

No. 10226020

148

QIANG GUO
REMITTER

05Mar2015
DATE

**PAY**   USD NINE HUNDRED AND THIRTY FIVE 83 ONLY

$    $935.83
U.S. DOLLARS

TO
THE
ORDER
OF   THE SHERRY·NETHERLAND, INC*

Payable through HSBC Bank USA, N.A.

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

_____
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE

Security
Features
Details on
Back

32234514 REV1 01/10 8810017756

US DOLLAR DRAFT - OFFICIAL CHECK



**ROMER DEBBAS LLP**
**ATTORNEY TRUST ACCOUNT**
275 MADISON AVENUE  8th FLOOR
NEW YORK, NY 10016-1101
**ESCROW PLAN # 975180**

V Valley National Bank

55-138/212

3/6/2015

PAY TO THE
ORDER OF     Qiang Guo                                                              $ **150.95

One Hundred Fifty and 95/100******************************************************************************* DOLLARS

Qiang Guo

VNB ESCROW PLUS

MEMO

Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ROMER DEBBAS LLP**
**ATTORNEY TRUST ACCOUNT**
275 MADISON AVENUE  8th FLOOR
NEW YORK, NY 10016-1101
**ESCROW PLAN # 975180**

V Valley National Bank

1324

55-138/212

3/6/2015

TO THE
DER OF     TitleVest                                                              $ **3,800.00

Three Thousand Eight Hundred and 00/100************************************************************** DOLLARS

TitleVest

VNB ESCROW PLUS

MEMO

Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ROMER DEBBAS LLP**
**ATTORNEY TRUST ACCOUNT**
275 MADISON AVENUE  8tH FLOOR
NEW YORK, NY 10016-1101
**ESCROW PLAN # 975180**

V Valley National Bank

1325

55-138/212

3/6/2015

PAY TO THE
ORDER OF     The Sherry-Netherland, Inc.                                          $ **2,000.00

Two Thousand and 00/100*********************************************************************** DOLLARS

The Sherry-Netherland, Inc.

VNB ESCROW PLUS

MEMO

Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PAUL WEISS RIFKIND WHARTON & GARRISON LLP**
**ATTORNEY TRUST ACCOUNT**
**1285 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10019-6064**

CITIBANK, N.A. BR#852
666 FIFTH AVENUE
NEW YORK, NY 10103

CHECK NUMBER: **21186**
CHECK DATE: 03/18/2015

1-8
210 852

$100.18

PAY   One Hundred Dollars and 18/100

TWO SIGNATURES REQUIRED IN EXCESS OF $10,000

AUTHORIZED SIGNATURE

TO
THE
ORDER
OF    Qiang Guo

AUTHORIZED SIGNATURE

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ROMER DEBBAS LLP**
**ATTORNEY TRUST ACCOUNT**
**275 MADISON AVENUE  8TH FLOOR**
**NEW YORK, NY 10016-1101**
**ESCROW PLAN # 975180**

V Valley National Bank

55-138/212

1323

3/6/2015

PAY TO THE
ORDER OF   Qiang Guo                                           $ **150.95

One Hundred Fifty and 95/100*********************************************************** DOLLARS

Qiang Guo

VNB ESCROW PLUS

MEMO
Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

Maids Room

148

**ROMER DEBBAS LLP**
**ATTORNEY TRUST ACCOUNT**
275 MADISON AVENUE  8tH FLOOR
NEW YORK, NY 10016-1101
**ESCROW PLAN # 975180**

Valley National Bank

1326

55-138/212

3/6/2015

PAY TO THE
ORDER OF    Stroock Stroock & Lavan LLP      $ **1,000.00

One Thousand and 00/100****************************************************************************    DOLLARS

Stroock Stroock & Lavan LLP

VNB ESCROW PLUS

MEMO

Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

1327

**ROMER DEBBAS LLP**
**ATTORNEY TRUST ACCOUNT**
275 MADISON AVENUE  8tH FLOOR
NEW YORK, NY 10016-1101
**ESCROW PLAN # 975180**

Valley National Bank

55-138/212

3/6/2015

PAY TO THE
ORDER OF    NYS Income Tax      $ **2,459.00

Two Thousand Four Hundred Fifty-Nine and 00/100*********************************************************    DOLLARS

NYS Income Tax

VNB ESCROW PLUS

MEMO

Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

## CASHIER'S CHECK

0192952 1

BNY MELLON

Date   March 05, 2015

8-26
0430  1

Amount

Pay   TWO HUNDRED THIRTY FOUR THOUSAND DOLLARS AND ZERO CENTS

$ *****234,000.00

To the order of   *ROMER DEBBAS LLP, AS ESCROW AGENT*****************

Drawer: BNY Mellon, N.A.

Authorized
Signature

Remitter   IVEY, BARNUM & O'MARA, LLC

Memo

 **UBS**

UBS AG
Hong Kong Branch
52/F Two International Finance Centre
8 Finance Street
Central, Hong Kong
www.ubs.com
Tel. +852-2971 8888
Fax. +852-2971 8001

BRAVO LUCK LIMITED

BRAVO LUCK LIMITED
中国北京市朝阳区
北四环中路27号
盘古大观A座37层
邮编100101

Portfolio no.
Currency Account no.

# Debit Advice

Produced on    4 March 2015

**Information & References**

| | |
|---|---|
| Our ref. | D/063,32973,00 |
| Order date | 04 Mar 2015 |
| Value date | 04 Mar 2015 |

**Description**

In favor of

IVEY BARNUM AND O'MARA, LLC,
TRUSTEE ACCOUNT

USD 62,990,741.85

Account with

THE BANK OF NEW YORK MELLON
NEW YORK,NY

Payment detail

BUY A PROPERTY IN NEW YORK

| Details | Amount | Currency |
|---|---|---|
| Debit Transaction | 62,990,741.85 | USD |
| Charges | 50.00 | USD |
| **Net Amount Due** | **62,990,791.85** | **USD** |

On value date we debit your account

If we do not hear from you to the contrary within 14 days from the date of this confirmation, it will be deemed to have been accepted by you.

Kind regards
UBS AG

Form without signature

Page 1 / 1

 **UBS**

**UBS AG**
Hong Kong Branch
52/F Two International Finance Centre
8 Finance Street
Central, Hong Kong
www.ubs.com
Tel. +852-2971 8888
Fax. +852-2971 8001

BRAVO LUCK LIMITED

BRAVO LUCK LIMITED
中国北京市朝阳区
北四环中路27号
盘古大观A座37层
邮编100101

Portfolio no. ▮▮▮▮
Currency Account no. ▮▮▮▮▮▮▮

# Debit Advice

Produced on    5 March 2015

| Information & References | |
| --- | --- |
| Our ref. | D/064,33067,00 |
| Order date | 05 Mar 2015 |
| Value date | 05 Mar 2015 |

**Description**
In favor of    ▮▮▮▮
GUO QIANG

Account with    HSBC BANK USA, N.A.
NEW YORK,NY

Payment detail    FOR OWN EXPENSE

| Details | Amount | Currency |
| --- | --- | --- |
| Debit Transaction | 6,300,000.00 | USD |
| Charges | 50.00 | USD |
| **Net Amount Due** | **6,300,050.00** | **USD** |

On value date we debit your account

If we do not hear from you to the contrary within 14 days from the date of this confirmation, it will be deemed to have been accepted by you.

Kind regards
UBS AG

Form without signature    Page 1 / 1

775    19570213476

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

Debtor 1   Genever Holdings LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **Southern District of New York**

Case number:  **20–12411**

</td><td>

**FILED**

**U.S. Bankruptcy Court
Southern District of New York**

3/5/2021

**Vito Genna, Clerk**

</td></tr>
</table>

## Official Form 410
# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Bravo Luck Limited

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Bravo Luck Limited

Name

c/o Troutman Pepper
3000 Two Logan Square, 18th and Arch Sts
Philadelphia, PA 19103

Contact phone        215–981–4000

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

Where should payments to the creditor be sent? (if different)

Name

Contact phone

Contact email

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known)                Filed on
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing?

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6.**Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |

| | |
|---|---|
| 7.**How much is the claim?** | $ 76296746.85     **Does this include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

8.**What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

    See attached addendum

9. **Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

    **Nature of property:**
    ☐ Real estate.    If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim.*
    ☐ Motor vehicle
    ☐ Other. Describe: _____

    **Basis for perfection:** _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    **Value of property:**     $ _____

    **Amount of the claim that is secured:**     $ _____

    **Amount of the claim that is unsecured:**     $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

    **Amount necessary to cure any default as of the date of the petition:**     $ _____

    **Annual Interest Rate** (when case was filed)     _____ %

    ☐ Fixed
    ☐ Variable

| | |
|---|---|
| 10.**Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |

| | |
|---|---|
| 11.**Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410        Proof of Claim        page 2

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No ☐ Yes. *Check all that apply:* | | Amount entitled to priority |
|---|---|---|---|---|

| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
|---|---|---|
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies | $ |
| | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    3/5/2021

     MM / DD / YYYY

/s/ Qiang Guo

Signature

Print the name of the person who is completing and signing this claim:

| Name | Qiang Guo |
|---|---|
| | First name    Middle name    Last name |
| Title | |
| Company | Bravo Luck Limited |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | c/o Troutman Pepper 3000 Two Logan Sq |
| | Number   Street |
| | Philadelphia, PA 19103 |
| | City   State   ZIP Code |
| Contact phone | 215-981-4000    Email |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor 1</td><td>Genever Holdings LLC</td></tr>
<tr><td>Debtor 2<br/>(Spouse, if filing)</td><td></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:   Southern District of New York</td></tr>
<tr><td>Case number</td><td>20-12411 (JLG)</td></tr>
</table>

Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

| 1. Who is the current creditor? | Bravo Luck Limited |
| --- | --- |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |

| 2. Has this claim been acquired from someone else? | ☑ No |
| --- | --- |
| | ☐ Yes.  From whom? _____ |

| 3. Where should notices and payments to the creditor be sent?<br/><br/>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| --- | --- | --- |
| | Bravo Luck c/o Troutman Pepper | |
| | Name | Name |
| | 3000 Two Logan Square, Eighteenth and Arch Streets | |
| | Number        Street | Number        Street |
| | Philadelphia          PA          19103 | |
| | City              State          ZIP Code | City              State          ZIP Code |
| | Contact phone  215-981-4000 | Contact phone _____ |
| | Contact email _____ | Contact email _____ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br/><br/>__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | |

| 4. Does this claim amend one already filed? | ☑ No |  |
| --- | --- | --- |
| | ☐ Yes.  Claim number on court claims registry (if known) _____ | Filed on _____<br/>MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
| --- | --- |
| | ☐ Yes.  Who made the earlier filing? _____ |

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  ____  ____  ____  ____

**7. How much is the claim?**

$_____76,296,746.85_____.  **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). See attached addendum

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

See attached addendum

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:**  _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**  $_____

**Amount of the claim that is secured:**  $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**  $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:*    **Amount entitled to priority**<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____<br><br>☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $_____<br><br>☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $_____<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $_____<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.  $_____<br><br>\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. |

---

**Part 3:  Sign Below**

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>☐ I am the creditor.<br>☑ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date  03 / 05 / 2021<br>                         MM / DD / YYYY<br><br>_Signature_<br><br>**Print the name of the person who is completing and signing this claim:** |

| | |
|---|---|
| Name | Qiang Guo |
| | First name                    Middle name                    Last name |
| Title | |
| Company | Bravo Luck Limited |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | c/o Troutman Pepper, 3000 Two Logan Square, Eighteenth and Arch Streets |
| | Number        Street |
| | Philadelphia                    PA        19103 |
| | City                          State      ZIP Code |
| Contact phone | 215-981-4000 |
| | Email |

## GENEVER HOLDINGS LLC
## UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK, CASE NO. 20-12411
## ADDENDUM TO PROOF OF CLAIM OF BRAVO LUCK LIMITED

Bravo Luck Limited ("Bravo Luck") hereby submits this addendum to its attached proof of claim (the "Proof of Claim"). As set forth below and asserted through the Proof of Claim, Genever Holdings LLC (the "Debtor") is liable to Bravo Luck in the amount of not less than $76,296,746.85, plus interest in an amount to be calculated (the "Claim Amount").

## BACKGROUND RELATED TO BRAVO LUCK'S CLAIM

1.      Bravo Luck is a BVI Business Company incorporated in the British Virgin Islands. Qiang Guo ("Guo") is the sole shareholder of Bravo Luck.

2.      In early 2015, Bravo Luck identified the 18th Floor apartment of the Sherry-Netherland, Inc. (the "Sherry-Netherland"), 781 Fifth Avenue, New York, New York 10022 (including certain personalty and servant's rooms located at units 2219 and 719, collectively, the "Apartment") as a potential investment property. Bravo Luck was always intended to be the ultimate owner of the Apartment, however, after initial discussions between Guo and/or his agents, Guo was advised that the Application would likely be more successful if an older, more established individual was the nominal Applicant. Therefore, Miles Kwok ("Kwok") was brought in to be the established individual supporting the Debtor's application for the Apartment. Bravo Luck, Kwok, the Debtor and Genever Holdings Corporation ("Genever BVI" and, with the Debtor, the "Genever Entities") entered into a trust agreement to make clear that Kwok as the trustee was holding the Genever Entities and the income, profits, and dividends thereof (if any) in trust for Bravo Luck as the beneficial owner of the Genever Entities and, thus, the Apartment.

3.      Despite the need to bring in an individual applicant older than Guo to support the Apartment purchase, the records clearly indicate that the funds to buy and maintain

the Apartment were advanced, directly or indirectly, by Bravo Luck.  On March 4, 2015, Bravo

Luck transferred $62,990,741.86 to Ivey Barnum and O'Mara, LLC, the attorneys for the seller

of the Apartment.  The memo line of the wire transfer provided that the funds were to "buy a

property in New York."  On March 5, 2015, Bravo Luck transferred $6,300,000.00 to Guo for

expenses that would arise at the Apartment sale closing.

4.     On March 6, 2015, the sale of the Apartment closed.  Guo was in

attendance at the closing as an officer and representative of Bravo Luck.  The chart below shows

the specific amounts that were paid by Bravo Luck related to the purchase of the Apartment.

Attached hereto as **Exhibit A** are excerpts from closing memoranda showing the payment of

these amounts:

| Amount | Purpose |
|---|---|
| $7,000,000 | Contract deposit related to Apartment purchase |
| $62,990,741.85 | Balance of Apartment's purchase price |
| $3,369,000 | Apartment's maintenance escrow |
| $1,350,000 | 2% flip tax on Apartment |
| $56,150.00 | Apartment's March 2015 maintenance |
| $1,871.67 | March 2015 hallway license fee |
| $675,000 | 1% New York mansion tax |
| $33,622.50 | For Stoock & Stroock legal fees |
| $221,875.00 | New York sales tax of 8.875% |
| $600.00 | For lien search on Apartment |
| $275,000 | For Paul Weiss legal fees |
| $26,000 | Contract deposit for servant's room (unit 719) |
| $234,000 | Balance of purchase price of servant's room (unit 719) |
| $935.83 | Paid at closing for March 2015 maintenance on servant's room (unit 719) |
| $600.00 | Paid at closing for lien search on servant's room (unit 719) |
| $5,200.00 | Paid at closing for 2% flip tax on servant's room (unit 719) |
| $56,150.00 | Paid at closing for maintenance escrow on servant's room (unit 719) |
| **$76,296,746.85**[1] | |

[1] Certain of the amounts in the chart may have been paid by Guo or Golden Spring New York Ltd ("Golden Spring"), but such amounts were originally funded by Bravo Luck so that Guo or Golden Spring could use such funds to pay amounts incurred at the closing of the Apartment sale.  As such, Bravo Luck's position is that such amounts are claims of Bravo Luck.  Bravo Luck is aware that Guo and Golden Spring are filing their own claims for these amounts as alternative relief to Bravo Luck's claim, *i.e.*, in case the Apartment is not determined to be Bravo Luck's property and the Bankruptcy Court determines that these amounts came from Guo or Golden Spring rather

(Continued...)

-2-

113343062

### Genever US's Bankruptcy Filing

5.      On October 12, 2020, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the Southern District of New York.

## BRAVO LUCK'S OWNERSHIP OF APARTMENT AND, ALTERNATIVELY, GENERAL UNSECURED CLAIM

6.      Bravo Luck asserts that it is the beneficial owner of the Apartment with the Apartment being held in trust by Kwok and the Genever Entities for Bravo Luck's benefit. Accordingly, Bravo Luck asserts that the Apartment and any proceeds from its sale are property of Bravo Luck—not property of the Debtor.

7.      If a court with jurisdiction over Bravo Luck determines that Bravo Luck does not own the Apartment by virtue of the Apartment being held in trust by Kwok and the Genever Entities (including the Debtor),  Bravo Luck asserts a general unsecured claim against the Debtor in an amount of not less than $76,296,746.85 arising from its advancement of funds for the purchase of the Apartment and any other funds advanced to maintain the Apartment.

8.      Additionally, if the Apartment's maintenance deposit, funded by Bravo Luck, is applied on a postpetition basis, Bravo Luck reserves the right to amend this claim to assert that any such amounts are entitled to administrative expense priority or to file a motion asserting the same.

9.      Furthermore, to the extent that a court with jurisdiction over Bravo Luck determines that Bravo Luck does not own the Apartment, Bravo Luck expressly reserves the right to recover interest on the Claim Amount.

_____

(Continued...)

than Bravo Luck, then Guo's and Golden Spring's claims would govern.  The parties are not seeking a duplicate recovery.

-3-

## <u>RESERVATION OF RIGHTS</u>

10. This Proof of Claim is in addition to, and not in lieu of, any and all other claims, rights and remedies held by Bravo Luck in the bankruptcy case. This Proof of Claim is filed with a full reservation of rights and remedies, including the right to assert additional, modified, supplementary and/or amended proofs of claim and requests for administrative expenses determined to have been funded directly or indirectly by Bravo Luck in connection with the Apartment and with full reservation of (1) Bravo Luck's rights and/or claims against any party other than the Debtor; and (2) Bravo Luck's interests in any property, including any property of the estate(s).

11. Bravo Luck reserves all rights of setoff and recoupment.

12. Bravo Luck does not waive any claims against Debtor that may arise post-petition, post-confirmation or after the conversion of this case to a case under any other chapter of the Bankruptcy Code.

13. The filing of this Proof of Claim is not intended and should not be construed to be an election of remedies, waiver of any past, present or future defaults or events of default, or a waiver or limitation of any rights, remedies, claims, or interest of Bravo Luck.

## <u>NO CONSENT TO JURISDICTION</u>

14. By filing this Proof of Claim, Bravo Luck does not submit to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to the claims asserted in this Proof of Claim, and Bravo Luck does not waive, and specifically preserves, all of its procedural and substantive defenses (including, without limitation, any rights of setoff and recoupment) to, any claim that may be asserted against Bravo Luck by Debtor, any trustee of Debtor's estate (including the chapter 11 trustee), any post-confirmation estate fiduciary, or any other party.

-4-

113343062

## <u>ADDITIONAL NOTICE ADDRESS</u>

In addition to notices sent to Bravo Luck at the location provided in question number three on the Proof of Claim, please also send any notices or communications with respect to this Proof of Claim to: Francis Lawall, Esq., Troutman Pepper Hamilton Sanders LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103-2799 (francis.lawall@troutman.com).

# **EXHIBIT A**

PURCHASE OF
COOPERATIVE APARTMENTS 1801, 1804, 1807, 1809, 1811 (18TH FLOOR), PLUS
UNIT 2219 (SERVANT'S ROOM)
781 FIFTH AVENUE, NEW YORK, NEW YORK
BY
GENEVER HOLDINGS LLC
ON
MARCH 6, 2015

TABLE OF CONTENTS

| ITEM | Tab |
|---|---|
| Closing Memorandum and Financial Statement | 1 |
| Contract of Sale | 2 |
| Purchaser's Original Stock Certificates, Stock Powers & Stock Receipts for 18th floor and MR 2219 | 3 |
| Purchaser's Original Proprietary Leases | 4 |
| Assignments of Proprietary Lease | 5 |
| Acceptances of Assignment and Assumption of Proprietary Lease | 6 |
| Consents to Assignment of Proprietary Lease with Common Charges statements | 7 |
| Affidavits and Agreement of Lost Proprietary Lease and Lost Stock Certificate from Seller | 8 |
| New York State Combined Real Estate Transfer Tax Return | 9 |
| New York City Real Property Transfer Tax Return with Smoke Alarm Affidavit and Affidavit in Lieu of Registration Statement | 10 |
| Seller's Report of Sales Tax Due on a Casual Sale | 11 |
| Organizational Documents and Closing Resolutions of Seller | 12 |
| Organizational Documents and Closing Resolution of Purchaser | 13 |
| Corporation Documents required of Entities: Guaranty of Agreement and Lease; Agreement and Consent with Respect to Shares and Proprietary Lease; Security Deposit Agreements; Name Affidavits/Letters | 14 |
| Opinion Letters | 15 |
| Assignment of License Agreement (with License Agreement) | 16 |
| Letter from Architect regarding Unit Combination | 17 |
| Escrow Agreement for $15,000.00 holdback on Unit Combination Work, with Architect Letter setting forth required Work | 18 |
| Cooperative Lien Search | 19 |
| Assumption of Alteration Agreement, with Alteration Agreement | 20 |
| Certificate of Non-Foreign Status | 21 |
| Insurance Certificate and Policy | 22 |
| 1099-S Form | 23 |
| Miscellaneous Corporation Documents | 24 |

Doc#: US1:9841159v1

Receipted Invoices                                                      25

Copies of Checks Delivered in Connection with the Closing               26

PURCHASE OF
COOPERATIVE APARTMENTS 1801, 1804, 1807, 1809, 1811 (18TH FLOOR)
PLUS UNIT 2219 (SERVANT'S ROOM)
781 FIFTH AVENUE, NEW YORK, NEW YORK
BY
GENEVER HOLDINGS LLC
ON
MARCH 6, 2015

CLOSING MEMORANDUM

| | |
|---|---|
| Purchaser: | Genever Holdings LLC by Genever Holdings Corporation |
| Purchaser's Counsel: | Ira Gilbert, Esq. Paul, Weiss, Rifkind, Wharton & Garrison, LLP 1285 Avenue of the Americas New York, New York 10019 |
| Seller: | Sherry 1800s, LLC |
| Seller's Counsel: | Michael Jones, Esq.: Ivey Barnum & O'Mara, LLC 170 Mason Street Greenwich, CT 06830 mjones@ibolaw.com 203-661-6000 |
| Cooperative Corporation: | The Sherry Netherland, Inc. (the "Corporation") |
| Purchase Price: | $70,000,000.00: $67,500,000.00 for Unit, $2,500,000.00 for personalty |
| Managing Agent: | Self-managed by Sherry Netherland Hotel Management – Susan Hennelly – shennelly@sherrynetherland.com 212-231-6811 |
| Monthly Maintenance: | $56,150.60 |
| Brokers: | Brown Harris Stevens and Sotheby's International Realty |
| Number of shares: | 3000 |

The Closing under the Contract of Sale dated February 21, 2015 took place at the offices of Cooperative Corporation on March 6, 2015.

Attending the Closing were:

Mileson Guo, Purchaser
Ira Gilbert, Esq., Purchaser's Counsel
Michael Jones, Esq., Seller's Counsel
Susan Hennelly, Managing Agent
Kathy Sloane, Broker

The Table of Contents to this Closing Binder lists the documents delivered in connection with the Closing. Also attached is a Financial Statement which describes the monetary features of the Closing.

4

## FINANCIAL STATEMENT – 18TH FLOOR

A.  **Purchase Price**

| | |
|---|---:|
| Purchase Price for Unit | $67,500,000.00 |
| Purchase Price for Personalty | 2,500,000.00 |
| Less:  Contract Deposit | (7,000,000.00) |
| Balance of Purchase Price due Seller | $63,000,000.00 |

B.  **Adjustments**

| | |
|---|---:|
| Due Purchaser for March maintenance charges ($56,150.00/31=$1,811.29 x 5 days) | ($9,056.45) |
| Due Purchaser for Hallway License Fee – ($1,871.67/31=$60.38 x 5 days) | (301.88) |
| Total due Seller | $62,990,641.67 |

C.  **Payments Representing Total Due Seller**

| | | |
|---|---|---:|
| 1. | Wire in accordance with wire instructions of Seller | $62,990,741.85 |
| | | $62,990,641.67 |

D.  **Closing Costs Paid By or on Behalf of Purchaser**

| | | |
|---|---|---:|
| 1. | Bank Check of Purchaser payable to The Sherry Netherland, Inc. (March maintenance: note-we pay but receive back a 5 day adjustment in B above) | $56,150.00 |
| 2. | Bank Check of Purchaser payable to The Sherry-Netherland, Inc. (2% flip tax based on $67,500,000.00 for Unit) | $1,350,000.00 |
| 3. | Bank Check of Purchaser payable to New York State Sales Tax (8.875% of $2,500,000.00 for personalty) | $221,875.00 |
| 4. | Bank Check of Purchaser payable to The Sherry-Netherland, Inc. (maintenance escrow: $56,150.00; 60 months) | $3,369,000.00 |
| 5. | Bank Check of Purchaser payable to NYC Dept. of Finance (1% New York State mansion tax) | $675,000.00 |
| 6. | Check of Purchaser payable to Titlevest (lien search fees for 18th floor and 22nd floor maid's room) | $600.00 |
| 7. | Bank Check of Purchaser payable to The Sherry Netherland, Inc. (March hallway license fee: note-we pay but receive back adjustment in B above) | $1,871.67 |
| 8. | Bank Check of Purchaser payable to Stroock & Stroock & Lavan (Coop lawyer's fees) | $33,622.50 |
| 9. | Bank Check of Purchaser payable to Paul, Weiss, Rifkind, Wharton & Garrison, LLP (legal fees including for commercial lease and work on other possible transactions) | $275,000.00 |

**NOTE:** Seller is holding back an escrow of $15K for the estimated costs of carrying out the architect's changes if necessary for the smoke detectors, doors, pantry, emergency signs

# CASHIER'S CHECK

**BNY MELLON**

No. 0192949 7

8-26
0430.1

Date   March 05, 2015

Amount

Pay   ONE MILLION FIVE HUNDRED SEVENTY EIGHT THOUSAND, SEVEN HUNDRED FIFTY DOLLARS AND
ZERO CENTS

$ ***1,578,750.00

To the order of   *BROWN HARRIS STEVENS RESIDENTIAL SALES LLC*********

Drawer: BNY Mellon, N.A.

Remitter   TVEY, BARNUM & O'MARA, LLC

Authorized
Signature

Memo

CASHIER'S CHECK

0192951 0

**BNY MELLON**

Date March 05, 2015

8-26
0430.1

Amount

Pay    FIVE HUNDRED TWENTY SIX THOUSAND TWO HUNDRED FIFTY DOLLARS AND   ZERO  CENTS

$ *****526,250.00

To the order of    *SOTHEBY'S INTERNATIONAL REALTY*********************

Drawer: BNY Mellon, N.A.

Remitter   IVEY, BARNUM & O'MARA, LLC

Authorized
Signature

Memo

**QIANG GUO**

DATE 3-6-15

PAY TO
THE ORDER OF    Stroock Stroock + Lavan                    $ 33,622 ⁵⁰

Thirty Three Thous/Six Hundred Twenty Two ᵈᵒ/ₜₒ ═══    DOLLARS 🔒

**HSBC** ◆X◆
**Premier**

MEMO Sherry legal fees                                    MP

SPECIALTY GRAY

**IVEY, BARNUM & O'MARA, LLC**
REAL ESTATE TRUSTEE ACCOUNT
170 MASON STREET
GREENWICH, CT 06830

BNY MELLON   BNY Mellon, N.A.
51-147/211

ONE THOUSAND FIVE HUNDRED DOLLARS and 00/100

O THE

RDER OF   Stroock & Stroock & Lavan LLP

DATE

03/06/15

AMOUNT

**$1,500.00**

AUTHORIZED SIGNATURE

File Number: 19262.022MJJ

# CASHIER'S CHECK

0192950 8

BNY MELLON

Date March 05, 2015

8-26
0430-1

Amount

For FOUR THOUSAND DOLLARS AND ZERO CENTS

$ ********4,000.00

To the order of  *THE SHERRY-NETHERLAND INC*********************

Drawer: BNY Mellon, N.A.

Authorized
Signature

Remitter IVEY, BARNUM & O'MARA, LLC

Memo

148 ➤

**IVEY, BARNUM & O'MARA, LLC**
REAL ESTATE TRUSTEE ACCOUNT
170 MASON STREET
GREENWICH, CT 06830

BNY MELLON    BNY Mellon, N.A.
              51-147/211

TWENTY SIX DOLLARS and 68/100

O THE

RDER OF    The Sherry-Netherland, Inc.

| DATE | AMOUNT |
| --- | --- |
| 03/05/15 | **$26.68** |

Balance on House Account

AUTHORIZED SIGNATURE

File Number: 19262.022MJJ

CASHIER'S CHECK

0192953 2

**BNY MELLON**

Date   March 05, 2015

8-26
0430. 1

Amount

TWENTY SIX THOUSAND   DOLLARS AND   ZERO   CENTS

$ ******26,000.00

To the order of   *BROWN HARRIS STEVENS RESIDENTIAL SALES LLC*********

Drawer: BNY Mellon, N.A.

Authorized
Signature

Remitter   IVEY  BARNUM & O'MARA, LLC

Memo

CASHIER'S CHECK    0192948 6

> **BNY MELLON**

Date  March 05, 2015

8-26
0430.1

Amount

Pay    ONE MILLION TWO HUNDRED THIRTY ONE THOUSAND NINE HUNDRED SEVENTY FIVE DOLLARS
       AND  ZERO  CENTS                                                $ ***1,231,975.00

To the order of    *NYC DEPARTMENT OF FINANCE*******************************

Drawer: BNY Mellon, N.A.

Authorized
Signature

Remitter   IVEY, BARNUM & O'MARA, LLC

Memo:

# CASHIER'S CHECK

**BNY MELLON**

No. 0192952 1

Date March 05, 2015

8-26
0430 1

Amount

Pay   TWO HUNDRED THIRTY FOUR THOUSAND DOLLARS AND   ZERO CENTS

To the order of   *ROMER DEBBAS LLP, AS ESCROW AGENT********************   $ *****234,000.00

Drawer: BNY Mellon, N.A.

Remitter   IVEY, BARNUM & O'MARA, LLC

Authorized
Signature

Memo



HSBC
Branch - 011

QIANG GUO
REMITTER

US DOLLAR DRAFT
(OFFICIAL CHECK)

No.102260203

50-125
223

148

MP

$3,369,000.00

U.S. DOLLARS

$

05Mar2015
DATE

PAY

USD THREE MILLION THREE HUNDRED SIXTY NINE THOUSAND ONLY

TO
THE
ORDER
OF

THE SHERRY NETHERLAND ,INC.

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

Payable through HSBC Bank USA, N.A.

3223435A14 REV1 01/10 88100177S6

US DOLLAR DRAFT - OFFICIAL CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260204

50-125
223

148

05Mar2015
DATE

$ $1,350,000.00

U.S. DOLLARS

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE
SIGNATURE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

HSBC

Branch : 011

QIANG GUO
REMITTER

PAY     USD ONE MILLION THREE HUNDRED FIFTY THOUSAND ONLY

TO
THE
ORDER
OF      THE SHERRY NETHERLAND, INC.

Payable through HSBC Bank USA, N.A.

322343514 REV1 01/10 8801001775S

US DOLLAR DRAFT - OFFICIAL CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

HSBC

Branch : 011

QIANG GUO
REMITTER

**PAY**  USD FIFTY SIX THOUSAND ONE HUNDRED FIFTY ONLY

TO
THE
ORDER
OF

THE SHERRY NETHERLAND, INC.*

Payable through HSBC Bank USA, N.A.

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260205

50-125
223

05Mar2015
DATE

$  $56,150.00

U.S. DOLLARS

Drawer: HSBC Bank USA, N.A.

TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

32343514 REV1 01/10 8810017756

US DOLLAR DRAFT - OFFICIAL CHECK



HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

HSBC ◆X◆
Branch : 011

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260206

50-125
223

148

QIANG GUO
REMITTER

05Mar2015
DATE

$ $1,871.67

USD ONE THOUSAND EIGHT HUNDRED AND SEVENTY ONE 67 ONLY

U.S. DOLLARS

PAY

TO
THE
ORDER
OF

THE SHERRY NETHERLAND INC"

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

MP

Security
Features
Details on
Back

Payable through HSBC Bank USA, N.A.

3223435I4 REV1 01/10 8810017756

US DOLLAR DRAFT - OFFICIAL CHECK



HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260211

50-189
223

148

$675,000.00

U.S. DOLLARS

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

HSBC

Branch : 011

QIANG GUO
REMITTER

PAY    USD SIX HUNDRED SEVENTY FIVE THOUSAND ONLY

TO
THE
ORDER
OF      NYC DEPT OF FINANCE*

Payable through HSBC Bank USA, N.A.

05Mar2015
DATE

$

Security features included on check back

3223436514 REV1 01/10 881001772556

US DOLLAR DRAFT - OFFICIAL CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

US DOLLAR DRAFT
(OFFICIAL CHECK)

No.102260210

50-125
223

148

$221,875.00

U.S. DOLLARS

05Mar2015
DATE

USD TWO HUNDRED AND TWENTY ONE THOUSAND EIGHT HUNDRED SEVENTY FIVE ONLY

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

HSBC ◆❌◆

Branch : 011

QIANG GUO
REMITTER

PAY

TO
THE
ORDER
OF

NEW YORK STATE SALES TAX*

Payable through HSBC Bank USA, N.A.

32234354 REV1 01/10 881001775G

US DOLLAR DRAFT - OFFICIAL CHECK



QIANG GUO

15-170/540

161

DATE 3 5-15

PAY TO
THE ORDER OF    Titlevest                                    $ 600.00

8ix hundred w/100                                          DOLLARS

HSBC ◆X◆
Premier

MEMO 18" Aro licenses                                          MP

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTORNEY TRUST ACCOUNT
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK, N.A. BR#852
666 FIFTH AVENUE
NEW YORK, NY 10103

CHECK NUMBER: 21186
CHECK DATE: 03/18/2015

1-8
210  852

$100.18

PAY    One Hundred Dollars and 18/100

TWO SIGNATURES REQUIRED IN EXCESS OF $10,000

AUTHORIZED SIGNATURE

TO
THE
ORDER
OF    Qiang Guo

AUTHORIZED SIGNATURE

SECURITY FEATURES INCLUDED. DETAILS ON BACK.



ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

ROMER DEBBAS LLP
ATTORNEY TRUST ACCOUNT
275 MADISON AVENUE  8th FLOOR
NEW YORK, NY 10016-1101
ESCROW PLAN # 975180

Valley National Bank

1323

55-138/212          3/6/2015

PAY TO THE
ORDER OF   Qiang Guo                                    $ **150.95

One Hundred Fifty and 95/100******************************************    DOLLARS

Qiang Guo                                     VNB ESCROW PLUS

MEMO   Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

PURCHASE OF
UNIT 719 (SERVANT'S ROOM)
781 FIFTH AVENUE, NEW YORK, NEW YORK
BY
GENEVER HOLDINGS LLC
ON
MARCH 6, 2015

## TABLE OF CONTENTS

| ITEM | Tab |
|---|---|
| Closing Memorandum and Financial Statement | 1 |
| Contract of Sale | 2 |
| Purchaser's Original Stock Certificate, Stock Power & Stock Receipt | 3 |
| Purchaser's Original Proprietary Lease | 4 |
| Assignment of Proprietary Lease | 5 |
| Acceptance of Assignment and Assumption of Proprietary Lease | 6 |
| Consent to Assignment of Proprietary Lease, with Common Charges statement | 7 |
| Cancelled Stock Certificate and Proprietary Lease of Seller | 8 |
| New York State Combined Real Estate Transfer Tax Return | 9 |
| New York City Real Property Transfer Tax Return with Smoke Alarm Affidavit and Affidavit in Lieu of Registration | 10 |
| Cooperative Lien Search | 11 |
| Security Deposit Agreement | 12 |
| Designation of Authorized Person by Genever Holdings LLC | 13 |
| Opinion Letter for Seller Trust (with statement of authority to sell) | 14 |
| 1099-S Form | 15 |
| Receipted Invoices | 16 |
| Copies of Checks Delivered in Connection with the Closing | 17 |

PURCHASE OF
UNIT 719 (SERVANT'S ROOM)
781 FIFTH AVENUE, NEW YORK, NEW YORK
BY
GENEVER HOLDINGS LLC
ON
MARCH 6, 2015

<u>CLOSING MEMORANDUM</u>

| | |
|---|---|
| Purchaser: | Genever Holdings LLC |
| Purchaser's Counsel: | Ira Gilbert, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison, LLP<br>1285 Avenue of the Americas<br>New York, New York  10019 |
| Seller: | Roy Furman |
| Seller's Counsel: | Jules Levy, Esq. and Matthew Melnick, Esq.<br>Romer Debbas, LLP<br>275 Madison Avenue, Suite 801<br>New York, New York  10016 |
| Cooperative Corporation: | The Sherry Netherland, Inc. (the "Corporation") |
| Purchase Price: | $260,000.00 |
| Managing Agent: | Self-managed by Sherry Netherland Hotel<br>Management – Susan Hennelly –<br>shennelly@sherrynetherland.com<br>212-231-6811 |
| Monthly Maintenance: | $935.83 |
| Brokers: | Brown Harris Stevens and The Sherry-Netherland, Inc. |
| Number of shares: | 50 |

The Closing under the Contract of Sale dated March 6,  2015 took place at the offices of Cooperative Corporation on March 6, 2015.

Attending the Closing were:

Mileson Guo, Purchaser
Ira Gilbert, Esq., Purchaser's Counsel
Matthew Melnick, Esq., Seller's Counsel
Susan Hennelly, Managing Agent
Kathy Sloane, Broker

The Table of Contents to this Closing Binder lists the documents delivered in connection with the Closing.  Also attached is a Financial Statement which describes the monetary features of the Closing.

## FINANCIAL STATEMENT

A.   Purchase Price

|  |  |
|---|---|
| Purchase Price for Unit | $260,000.00 |
| Less:  Contract Deposit | - 26,000.00 |
| Balance of Purchase Price due Seller | $234,000.00 |

B.   Adjustment

|  |  |
|---|---|
| Due Purchaser for March maintenance charges ($935.83; $30.19/day x 5 days) | $150.95 |
| Total due Seller | $234,000.00 |

C.   Payments Representing Total Due Seller

|  |  |
|---|---|
| Bank Check of Purchaser payable to Romer Debbas LLP, as Escrow Agent | $234,000.00 |
| 2.   Check of Seller's Counsel payable to Qiang Guo | ($150.95) |
|  | $233,849.05 |

D.   Closing Costs Paid By or on Behalf of Purchaser

|  |  |
|---|---|
| 1.   Check of Purchaser payable to The Sherry Netherland, Inc. (March maintenance) | $935.83 |
| 2.   Check of Purchaser payable to Titlevest  (lien search fee- for Units 319 and 719) | $600.00 |
| 3.   Bank Check of Purchaser payable to The Sherry-Netherland, Inc. (2% flip tax) | $5,200.00 |
| 4.   Bank Check of Purchaser payable to The Sherry-Netherland, Inc. (maintenance escrow: $935.83/month x 60 months) | $56,150.00 |

HSBC

Branch : 011

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260208

50-12
223

$5,200.00
$ U.S. DOLLARS

05Mar2015
DATE

QIANG GUO
REMITTER

**PAY** USD FIVE THOUSAND TWO HUNDRED ONLY

TO
THE
ORDER
OF

THE SHERRY NETHERLAND, INC*

Payable through HSBC Bank USA, N.A.

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

32234514 REV1 01/10 8801017756

US DOLLAR DRAFT - OFFICIAL CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**HSBC** ◆▶◀▶

Branch : 011

US DOLLAR DRAFT
(OFFICIAL CHECK)

No.102260207

50-125
223

QIANG GUO
REMITTER

05Mar2015
DATE

**PAY**    USD FIFTY SIX THOUSAND ONE HUNDRED FIFTY ONLY

$    $56,150.00
U.S. DOLLARS

TO
THE
ORDER
OF

THE SHERRY NETHERLAND, INC*

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE    MP

AUTHORIZED SIGNATURE    MP

Security
Features
Details on
Back

Payable through HSBC Bank USA, N.A.

32234351 4 REV1 01/10 8810017756



HSBC

Branch. 011

QIANG GUO
REMITTER

**PAY** USD NINE HUNDRED AND THIRTY FIVE 83 ONLY

TO
THE
ORDER
OF THE SHERRY-NETHERLAND, INC*

Payable through HSBC Bank USA, N.A.

US DOLLAR DRAFT
(OFFICIAL CHECK)

No.102260209

50-12
222

148

05Mar2015
DATE

$ $935.83
U.S. DOLLARS

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

32234314 REV1 01/10 8810017756

US DOLLAR DRAFT - OFFICIAL CHECK

**QIANG GUO**

15-170/540

**162**

DATE 3-5-15

PAY TO
THE ORDER OF    Title vest                                    $ 600⁰⁰

Six hundred ur °⁰/₁₀₀ ——————————— DOLLARS

**HSBC** ◆X◆
**Premier**

MEMO Naids Son lien Sealr                          MP

SPECIALTY GRAY

ROMER DEBBAS LLP
ATTORNEY TRUST ACCOUNT
275 MADISON AVENUE  8tH FLOOR
NEW YORK, NY 10016-1101
ESCROW PLAN # 975180

Valley National Bank

1323

55-138/212

3/6/2015

PAY TO THE
ORDER OF    Qiang Guo

$ **150.95

One Hundred Fifty and 95/100******************************************************************** DOLLARS

Qiang Guo

VNB ESCROW PLUS

MEMO
Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

ROMER DEBBAS LLP
ATTORNEY TRUST ACCOUNT
275 MADISON AVENUE  8tH FLOOR
NEW YORK, NY 10016-1101
ESCROW PLAN # 975180

Valley National Bank

1324

55-138/212

3/6/2015

TO THE
DER OF    TitleVest

$ **3,800.00

Three Thousand Eight Hundred and 00/100******************************************************* DOLLARS

TitleVest

VNB ESCROW PLUS

MEMO
Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

ROMER DEBBAS LLP
ATTORNEY TRUST ACCOUNT
275 MADISON AVENUE  8tH FLOOR
NEW YORK, NY 10016-1101
ESCROW PLAN # 975180

Valley National Bank

1325

55-138/212

3/6/2015

PAY TO THE
ORDER OF    The Sherry-Netherland, Inc.

$ **2,000.00

Two Thousand and 00/100********************************************************************* DOLLARS

The Sherry-Netherland, Inc.

VNB ESCROW PLUS

MEMO
Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PAUL WEISS RIFKIND WHARTON & GARRISON LLP**
**ATTORNEY TRUST ACCOUNT**
**1285 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10019-6064**

CITIBANK, N.A. BR#852
666 FIFTH AVENUE
NEW YORK, NY 10103

CHECK NUMBER: **21186**
CHECK DATE: 03/18/2015

1-8
210   852

$100.18

PAY   One Hundred Dollars and 18/100

TWO SIGNATURES REQUIRED IN EXCESS OF $10,000

TO
THE
ORDER
OF   **Qiang Guo**

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ROMER DEBBAS LLP**
**ATTORNEY TRUST ACCOUNT**
275 MADISON AVENUE  8th FLOOR
NEW YORK, NY 10016-1101
**ESCROW PLAN # 975180**

Valley National Bank

1323

55-138/212

3/6/2015

PAY TO THE
ORDER OF   Qiang Guo

$ **150.95

One Hundred Fifty and 95/100**************************************************** DOLLARS

Qiang Guo

VNB ESCROW PLUS

MEMO   Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

Maids Room

## Check 1326

ROMER DEBBAS LLP
**ATTORNEY TRUST ACCOUNT**
275 MADISON AVENUE  8tH FLOOR
NEW YORK, NY 10016-1101
**ESCROW PLAN # 975180**

Valley National Bank

55-138/212

3/6/2015

PAY TO THE
ORDER OF   Stroock Stroock & Lavan LLP                          $ **1,000.00

One Thousand and 00/100********************************************************************************   DOLLARS

Stroock Stroock & Lavan LLP

VNB ESCROW PLUS

MEMO

Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

## Check 1327

1327

ROMER DEBBAS LLP
**ATTORNEY TRUST ACCOUNT**
275 MADISON AVENUE  8tH FLOOR
NEW YORK, NY 10016-1101
**ESCROW PLAN # 975180**

Valley National Bank

55-138/212

3/6/2015

PAY TO THE
ORDER OF   NYS Income Tax                                       $ **2,459.00

Two Thousand Four Hundred Fifty-Nine and 00/100*********************************************************   DOLLARS

NYS Income Tax

VNB ESCROW PLUS

MEMO

Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

CASHIER'S CHECK

**BNY MELLON**

**0192952 1**

Date  March 05, 2015

8-26
0430.1

Amount

Pay    TWO HUNDRED THIRTY FOUR THOUSAND DOLLARS AND ZERO CENTS

To the order of    *ROMER DEBBAS LLP, AS ESCROW AGENT*******************

$ *****234,000.00

Drawer: BNY Mellon, N.A.

Remitter    IVEY, BARNUM & O'MARA, LLC

Authorized
Signature

Memo


**UBS**

UBS AG
Hong Kong Branch
52/F Two International Finance Centre
8 Finance Street
Central, Hong Kong
www.ubs.com
Tel. +852-2971 8888
Fax. +852-2971 8001

BRAVO LUCK LIMITED

BRAVO LUCK LIMITED
中国北京市朝阳区
北四环中路27号
盘古大观A座37层
邮编100101

Portfolio no.

Currency Account no.

# Debit Advice

Produced on     4 March 2015

**Information & References**

| | |
|---|---|
| Our ref. | D/063,32973,00 |
| Order date | 04 Mar 2015 |
| Value date | 04 Mar 2015 |

**Description**

In favor of

IVEY BARNUM AND O'MARA, LLC
TRUSTEE ACCOUNT

USD 62970,741.85

Account with     THE BANK OF NEW YORK MELLON
NEW YORK,NY

Payment detail     BUY A PROPERTY IN NEW YORK

| Details | Amount | Currency |
|---|---|---|
| Debit Transaction | 62,990,741.85 | USD |
| Charges | 50.00 | USD |
| **Net Amount Due** | **62,990,791.85** | **USD** |

On value date we debit your account

If we do not hear from you to the contrary within 14 days from the date of this confirmation, it will be deemed to have been accepted by you.

Kind regards
UBS AG

Form without signature                                                         Page 1 / 1



**UBS AG**
Hong Kong Branch
52/F Two International Finance Centre
8 Finance Street
Central, Hong Kong
www.ubs.com
Tel. +852-2971 8888
Fax. +852-2971 8001

BRAVO LUCK LIMITED

BRAVO LUCK LIMITED
中国北京市朝阳区
北四环中路27号
盘古大观A座37层
邮编100101

Portfolio no.
Currency Account no.



# Debit Advice

Produced on          5 March 2015

| Information & References | |
|---|---|
| Our ref. | D/064,33067,00 |
| Order date | 05 Mar 2015 |
| Value date | 05 Mar 2015 |

| Description | |
|---|---|
| In favor of | |
| | GUO QIANG |
| Account with | HSBC BANK USA, N.A. |
| | NEW YORK,NY |
| Payment detail | FOR OWN EXPENSE |

| Details | Amount | Currency |
|---|---|---|
| Debit Transaction | 6,300,000.00 | USD |
| Charges | 50.00 | USD |
| **Net Amount Due** | **6,300,050.00** | **USD** |

On value date we debit your account

If we do not hear from you to the contrary within 14 days from the date of this confirmation, it will be deemed to have been accepted by you.

Kind regards
UBS AG

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor | Ho Wan Kwok |
| | United States Bankruptcy Court for the District of Connecticut |
| Case number | 22-50073 |

## Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

| Part 1: | Identify the Claim |
|---|---|

| | | |
|---|---|---|
| 1. **Who is the current creditor?** | Bravo Luck Limited <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor | **1A. Election to Keep Name and Contact Information Confidential** <br><br> ☐ I hereby elect to have my name and contact information kept confidential. |
| 2. **Has this claim been acquired from someone else?** | ☑ No <br> ☐ Yes. From whom? _____ | |

| | | |
|---|---|---|
| 3. **Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> Bravo Luck Limited <br> Name <br> c/o Francis Lawall, Esq. <br> Address 1 <br> Troutman Pepper Hamilton Sanders LLP <br> Address 2 <br> 3000 Two Logan Square, 18th and Arch Streets <br> Address 3 <br> Philadelphia    PA    19103 <br> City    State    ZIP Code <br><br> Country (if international) <br><br> Contact phone 215-981-4000 <br> Contact email francis.lawall@troutman.com | **Where should payments to the creditor be sent?** (if different) <br><br> Name <br><br> Address 1 <br><br> Address 2 <br><br> Address 3 <br><br> City    State    ZIP Code <br><br> Country (if international) <br><br> Contact phone _____ <br> Contact email _____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

| | | |
|---|---|---|
| 4. **Does this claim amend one already filed?** | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____ <br> MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ | |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ _76,296,746.85_ . **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

See attached addendum.

**8A. Alter Ego Claim Against Genever Entities?**

If you assert a claim against Ho Wan Kwok, you may also assert a claim against Genever Holdings Corporation and Genever Holdings LLC on the basis that these entities are *alter egos* of Ho Wan Kwok by checking the following box:

☐ Yes.

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ at least $2,000,000 |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/17/2023
                  MM / DD / YYYY

Signature _____

Print the name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | Qiang Guo |
| | First name          Middle name          Last name |
| Title | |
| Company | **Bravo Luck Limited** |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| | c/o Francis Lawall, Esq. |
| Address | Address 1 |
| | Troutman Pepper Hamilton Sanders LLP |
| | Address 2 |
| | 3000 Two Logan Square, 18th and Arch Streets |
| | Address 3 |
| | Philadelphia                    PA          19103 |
| | City                          State        ZIP Code |
| | Country (if international) |
| Contact phone | 215-981-4000 | Email | francis.lawall@troutman.com |

## HO WAN KWOK
## UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF CONNECTICUT, CASE NO. 22-50073
## ADDENDUM TO PROOF OF CLAIM OF BRAVO LUCK LIMITED

Bravo Luck Limited ("Bravo Luck") hereby submits this addendum to its attached proof of claim (the "Proof of Claim"). As set forth below and asserted through the Proof of Claim, Ho Wan Kwok, also known as Miles Kwok, (the "Debtor") is liable to Bravo Luck in the amount of not less than $76,296,746.85, plus interest in an amount to be calculated (the "Claim Amount").

## BACKGROUND RELATED TO BRAVO LUCK'S CLAIM

1.      Bravo Luck is a BVI Business Company incorporated in the British Virgin Islands. Qiang Guo ("Guo") is the sole shareholder of Bravo Luck.

2.      In early 2015, Bravo Luck identified the 18th Floor apartment of the Sherry-Netherland, Inc. (the "Sherry-Netherland"), 781 Fifth Avenue, New York, New York 10022 (including certain personalty and servant's rooms located at units 2219 and 719, collectively, the "Apartment") as a potential investment property. It was always the intention of Bravo Luck and the parties to the transaction, that Bravo Luck would be the owner of the Apartment. However, after initial discussions between Guo and/or his agents, Guo was advised that the Application would likely be more successful if an older, more established individual was the nominal Applicant. Therefore, pursuant to an agreement dated February 17, 2015 (the "Agreement"), the Debtor was nominated as the established individual supporting the application of Genever Holdings, LLC ("Genever US")—which is wholly owned by Genever Holdings Corporation ("Genever BVI" and, with Genever US, the "Genever Entities")—for the Apartment. Bravo Luck, the Debtor and the Genever Entities entered into the Agreement that made clear that the Debtor was nominated to hold the Genever Entities, the Apartment and the income, profits, and dividends thereof (if any) for Bravo Luck as the beneficial owner of the Genever Entities and, thus, the Apartment.

3. Despite the need to bring in an individual applicant older than Guo to support the Apartment purchase, the records clearly indicate that the funds to buy and maintain the Apartment were advanced, directly or indirectly, by Bravo Luck. On March 4, 2015, Bravo Luck transferred $62,990,741.86 to Ivey Barnum and O'Mara, LLC, the attorneys for the seller of the Apartment. The memo line of the wire transfer provided that the funds were to "buy a property in New York." On March 5, 2015, Bravo Luck transferred $6,300,000.00 to Guo to pay expenses that would arise at the Apartment sale closing.

4. On March 6, 2015, the sale of the Apartment closed. Guo was in attendance at the closing as an officer and representative of Bravo Luck. The chart below shows the specific amounts that were paid directly or indirectly by Bravo Luck related to the purchase of the Apartment. Attached hereto as **Exhibit A** are excerpts from closing memoranda showing the payment of these amounts:

| Amount | Purpose |
|---|---|
| $7,000,000 | Contract deposit related to Apartment purchase |
| $62,990,741.85 | Balance of Apartment's purchase price |
| $3,369,000 | Apartment's maintenance escrow |
| $1,350,000 | 2% flip tax on Apartment |
| $56,150.00 | Apartment's March 2015 maintenance |
| $1,871.67 | March 2015 hallway license fee |
| $675,000 | 1% New York mansion tax |
| $33,622.50 | For Stroock & Stroock legal fees |
| $221,875.00 | New York sales tax of 8.875% |
| $600.00 | For lien search on Apartment |
| $275,000 | For Paul Weiss legal fees |
| $26,000 | Contract deposit for servant's room (unit 719) |
| $234,000 | Balance of purchase price of servant's room (unit 719) |
| $935.83 | Paid at closing for March 2015 maintenance on servant's room (unit 719) |
| $600.00 | Paid at closing for lien search on servant's room (unit 719) |
| $5,200.00 | Paid at closing for 2% flip tax on servant's room (unit 719) |
| $56,150.00 | Paid at closing for maintenance escrow on servant's room (unit 719) |
| **$76,296,746.85** | |

-2-

### The Debtor's Bankruptcy Filing

5.      On February 15, 2022, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the District of Connecticut.

### BRAVO LUCK'S OWNERSHIP OF APARTMENT AND, ALTERNATIVELY, GENERAL UNSECURED AND ADMINISTRATIVE CLAIMS

6.      Bravo Luck asserts that it is the beneficial owner of the Apartment with the Apartment being nominally held by the Debtor and the Genever Entities for Bravo Luck's benefit. Accordingly, Bravo Luck asserts that the Apartment and any proceeds from its sale are property of Bravo Luck—not property of the Debtor.

7.      If a court with jurisdiction over Bravo Luck determines that Bravo Luck does not own the Apartment by virtue of the Apartment being held by the Debtor and the Genever Entities for Bravo Luck's benefit, Bravo Luck asserts a general unsecured claim against the Debtor in an amount of not less than $76,296,746.85 arising from its advancement of funds for the purchase of the Apartment and any other funds advanced to maintain the Apartment.

8.      Additionally, because the Apartment's maintenance deposit, funded by Bravo Luck, has been applied on a post-petition basis, Bravo Luck asserts an administrative expense priority claim in excess of $2 million as part of this claim.

9.      Furthermore, to the extent that a court with jurisdiction over Bravo Luck determines that Bravo Luck does not own the Apartment, Bravo Luck expressly reserves the right to recover interest on the Claim Amount.

### RESERVATION OF RIGHTS

10.      This Proof of Claim is in addition to, and not in lieu of, any and all other claims, rights and remedies held by Bravo Luck in the bankruptcy case.  This Proof of Claim is filed with a full reservation of rights and remedies, including the right to assert additional, modified, supplementary and/or amended proofs of claim and requests for administrative expenses

-3-

determined to have been funded directly or indirectly by Bravo Luck in connection with the Apartment and with full reservation of (1) Bravo Luck's rights and/or claims against any party other than the Debtor; and (2) Bravo Luck's interests in any property, including any property of the estate(s).

11.    Bravo Luck reserves all rights of setoff and recoupment.

12.    Bravo Luck does not waive any claims against Debtor that may arise post-petition, post-confirmation or after the conversion of this case to a case under any other chapter of the Bankruptcy Code.

13.    The filing of this Proof of Claim is not intended and should not be construed to be an election of remedies, waiver of any past, present or future defaults or events of default, or a waiver or limitation of any rights, remedies, claims, or interest of Bravo Luck.

## NO CONSENT TO JURISDICTION

14.    By filing this Proof of Claim, Bravo Luck does not submit to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to the claims asserted in this Proof of Claim, and Bravo Luck does not waive, and specifically preserves, all of its procedural and substantive defenses (including, without limitation, any rights of setoff and recoupment) to, any claim that may be asserted against Bravo Luck by Debtor, any trustee of Debtor's estate (including the chapter 11 trustee), any post-confirmation estate fiduciary, or any other party.

## ADDITIONAL NOTICE ADDRESS

In addition to notices sent to Bravo Luck at the location provided in question number three on the Proof of Claim, please also send any notices or communications with respect to this Proof of Claim to: Francis Lawall, Esq., Troutman Pepper Hamilton Sanders LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103-2799 (francis.lawall@troutman.com).

145718185v5

# **EXHIBIT A**

PURCHASE OF
COOPERATIVE APARTMENTS 1801, 1804, 1807, 1809, 1811 (18TH FLOOR), PLUS
UNIT 2219 (SERVANT'S ROOM)
781 FIFTH AVENUE, NEW YORK, NEW YORK
BY
GENEVER HOLDINGS LLC
ON
MARCH 6, 2015

## TABLE OF CONTENTS

| ITEM | Tab |
|---|---|
| Closing Memorandum and Financial Statement | 1 |
| Contract of Sale | 2 |
| Purchaser's Original Stock Certificates, Stock Powers & Stock Receipts for 18th floor and MR 2219 | 3 |
| Purchaser's Original Proprietary Leases | 4 |
| Assignments of Proprietary Lease | 5 |
| Acceptances of Assignment and Assumption of Proprietary Lease | 6 |
| Consents to Assignment of Proprietary Lease with Common Charges statements | 7 |
| Affidavits and Agreement of Lost Proprietary Lease and Lost Stock Certificate from Seller | 8 |
| New York State Combined Real Estate Transfer Tax Return | 9 |
| New York City Real Property Transfer Tax Return with Smoke Alarm Affidavit and Affidavit in Lieu of Registration Statement | 10 |
| Seller's Report of Sales Tax Due on a Casual Sale | 11 |
| Organizational Documents and Closing Resolutions of Seller | 12 |
| Organizational Documents and Closing Resolution of Purchaser | 13 |
| Corporation Documents required of Entities: Guaranty of Agreement and Lease; Agreement and Consent with Respect to Shares and Proprietary Lease; Security Deposit Agreements; Name Affidavits/Letters | 14 |
| Opinion Letters | 15 |
| Assignment of License Agreement (with License Agreement) | 16 |
| Letter from Architect regarding Unit Combination | 17 |
| Escrow Agreement for $15,000.00 holdback on Unit Combination Work, with Architect Letter setting forth required Work | 18 |
| Cooperative Lien Search | 19 |
| Assumption of Alteration Agreement, with Alteration Agreement | 20 |
| Certificate of Non-Foreign Status | 21 |
| Insurance Certificate and Policy | 22 |
| 1099-S Form | 23 |
| Miscellaneous Corporation Documents | 24 |

Receipted Invoices                                                                25

Copies of Checks Delivered in Connection with the Closing                         26

PURCHASE OF
COOPERATIVE APARTMENTS 1801, 1804, 1807, 1809, 1811 (18TH FLOOR)
PLUS UNIT 2219 (SERVANT'S ROOM)
781 FIFTH AVENUE, NEW YORK, NEW YORK
BY
GENEVER HOLDINGS LLC
ON
MARCH 6, 2015

<u>CLOSING MEMORANDUM</u>

| | |
|---|---|
| Purchaser: | Genever Holdings LLC by Genever Holdings Corporation |
| Purchaser's Counsel: | Ira Gilbert, Esq. Paul, Weiss, Rifkind, Wharton & Garrison, LLP 1285 Avenue of the Americas New York, New York  10019 |
| Seller: | Sherry 1800s, LLC |
| Seller's Counsel: | Michael Jones, Esq.: Ivey Barnum & O'Mara, LLC 170 Mason Street Greenwich, CT  06830 mjones@ibolaw.com 203-661-6000 |
| Cooperative Corporation: | The Sherry Netherland, Inc. (the "Corporation") |
| Purchase Price: | $70,000,000.00: $67,500,000.00 for Unit, $2,500,000.00 for personalty |
| Managing Agent: | Self-managed by Sherry Netherland Hotel Management – Susan Hennelly – shennelly@sherrynetherland.com 212-231-6811 |
| Monthly Maintenance: | $56,150.60 |
| Brokers: | Brown Harris Stevens and Sotheby's International Realty |
| Number of shares: | 3000 |

The Closing under the Contract of Sale dated February 21, 2015 took place at the offices of Cooperative Corporation on March 6, 2015.

Attending the Closing were:

Mileson Guo, Purchaser
Ira Gilbert, Esq., Purchaser's Counsel
Michael Jones, Esq., Seller's Counsel
Susan Hennelly, Managing Agent
Kathy Sloane, Broker

The Table of Contents to this Closing Binder lists the documents delivered in connection with the Closing.  Also attached is a Financial Statement which describes the monetary features of the Closing.

<u>FINANCIAL STATEMENT – 18TH FLOOR</u>

A.  <u>Purchase Price</u>

|  |  |
|---|---|
| Purchase Price for Unit | $67,500,000.00 |
| Purchase Price for Personalty | 2,500,000.00 |
| Less: Contract Deposit | (7,000,000.00) |
| Balance of Purchase Price due Seller | $63,000,000.00 |

B.  <u>Adjustments</u>

|  |  |
|---|---|
| Due Purchaser for March maintenance charges ($56,150.00/31=$1,811.29 x 5 days) | ($9,056.45) |
| Due Purchaser for Hallway License Fee – ($1,871.67/31=$60.38 x 5 days) | (301.88) |
| Total due Seller | $62,990,641.67 |

C.  <u>Payments Representing Total Due Seller</u>

|  |  |  |
|---|---|---|
| 1. | Wire in accordance with wire instructions of Seller | $62,990,741.85 |
|  |  | $62,990,641.67 |

D.  <u>Closing Costs Paid By or on Behalf of Purchaser</u>

| | | |
|---|---|---|
| 1. | Bank Check of Purchaser payable to The Sherry Netherland, Inc. (March maintenance: note-we pay but receive back a 5 day adjustment in B above) | $56,150.00 |
| 2. | Bank Check of Purchaser payable to The Sherry-Netherland, Inc. (2% flip tax based on $67,500,000.00 for Unit) | $1,350,000.00 |
| 3. | Bank Check of Purchaser payable to New York State Sales Tax (8.875% of $2,500,000.00 for personalty) | $221,875.00 |
| 4. | Bank Check of Purchaser payable to The Sherry-Netherland, Inc. (maintenance escrow: $56,150.00; 60 months) | $3,369,000.00 |
| 5. | Bank Check of Purchaser payable to NYC Dept. of Finance (1% New York State mansion tax) | $675,000.00 |
| 6. | Check of Purchaser payable to Titlevest (lien search fees for 18th floor and 22nd floor maid's room) | $600.00 |
| 7. | Bank Check of Purchaser payable to The Sherry Netherland, Inc. (March hallway license fee: note-we pay but receive back adjustment in B above) | $1,871.67 |
| 8. | Bank Check of Purchaser payable to Stroock & Stroock & Lavan (Coop lawyer's fees) | $33,622.50 |
| 9. | Bank Check of Purchaser payable to Paul, Weiss, Rifkind, Wharton & Garrison, LLP (legal fees including for commercial lease and work on other possible transactions) | $275,000.00 |

**NOTE:** Seller is holding back an escrow of $15K for the estimated costs of carrying out the architect's changes if necessary for the smoke detectors, doors, pantry, emergency signs

# CASHIER'S CHECK

No. 0192949 7

BNY MELLON

Date   March 05, 2015

8-26
0430.1

Amount

Pay   ONE MILLION FIVE HUNDRED SEVENTY EIGHT THOUSAND, SEVEN HUNDRED FIFTY DOLLARS AND
ZERO  CENTS

To the order of   *BROWN HARRIS STEVENS RESIDENTIAL SALES LLC*********

$ ***1,578,750.00

Drawer: BNY Mellon, N.A.

Authorized
Signature

Remitter   TVFY  BARNUM & O'MARA, LLC

Memo

CASHIER'S CHECK

0192951 0

BNY MELLON

Date    March 05, 2015

8-26
0430-1

Amount

Pay    FIVE HUNDRED TWENTY SIX THOUSAND TWO HUNDRED FIFTY DOLLARS AND    ZERO    CENTS

To the order of    *SOTHEBY'S INTERNATIONAL REALTY***********************    $ *****526,250.00

Drawer: BNY Mellon, N.A.

Authorized
Signature

Remitter    IVEY, BARNUM & O'MARA, LLC

Memo

**QIANG GUO**

DATE 3-6-15

PAY TO THE ORDER OF   Stroock Stroock + Lavan                      $ 33,622.50

Thirty Three Thous/Six Hundred Thirty Two dollars      DOLLARS

**HSBC** ◆X◆
**Premier**

MEMO  Sherry legal fees

**IVEY, BARNUM & O'MARA, LLC**
REAL ESTATE TRUSTEE ACCOUNT
170 MASON STREET
GREENWICH, CT 06830

BNY MELLON    BNY Mellon, N.A.
51-147/211

ONE THOUSAND FIVE HUNDRED DOLLARS and 00/100

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF  Stroock & Stroock & Lavan LLP | 03/06/15 | **$1,500.00** |

AUTHORIZED SIGNATURE

File Number: 19262.022MJJ

**CASHIER'S CHECK**

0192950  8

BNY MELLON

Date   March 05, 2015

8-26
0430-1

Amount

For   FOUR THOUSAND DOLLARS AND ZERO CENTS

To the order of   *THE SHERRY-NETHERLAND INC**********************    $ *******4,000.00

Drawer: BNY Mellon, N.A.

Remitter   IVEY BARNUM & O'MARA, LLC

Authorized
Signature

Memo

148 ➤

**IVEY, BARNUM & O'MARA, LLC**
REAL ESTATE TRUSTEE ACCOUNT
170 MASON STREET
GREENWICH, CT 06830

BNY MELLON   BNY Mellon, N.A.
51-147/211

O THE
RDER OF

TWENTY SIX DOLLARS and 68/100

The Sherry-Netherland, Inc.

| DATE | AMOUNT |
|------|--------|
| 03/05/15 | **$26.68** |

Balance on House Account

AUTHORIZED SIGNATURE

MAX SENSITIVE
COLOR FADES WITH

File Number: 19262.022MJJ

**CASHIER'S CHECK**

BNY MELLON

0192953 2

8-26
0430  1

Date   March 05, 2015

Amount

TWENTY SIX THOUSAND  DOLLARS AND  ZERO  CENTS

$ ******26,000.00

To the order of   *BROWN HARRIS STEVENS RESIDENTIAL SALES LLC*********

Drawer: BNY Mellon, N.A.

Authorized
Signature

Remitter   IVEY, BARNUM & O'MARA, LLC

Memo

**CASHIER'S CHECK**

BNY MELLON

Date  March 05, 2015

0192948 6

8-26
0430 1

Amount

Pay  ONE MILLION TWO HUNDRED THIRTY ONE THOUSAND NINE HUNDRED SEVENTY FIVE DOLLARS
     AND  ZERO  CENTS

$ ***1,231,975.00

To the order of   *NYC DEPARTMENT OF FINANCE*************************

Drawer: BNY Mellon, N.A.

Authorized
Signature

Remitter  IVEY, BARNUM & O'MARA, LLC

Memo

**CASHIER'S CHECK**

◢ BNY MELLON

Date   March 05, 2015

0192952 1

8-26
0430 1

Amount

Py   TWO HUNDRED THIRTY FOUR THOUSAND DOLLARS AND   ZERO CENTS

To the order of   *ROMER DEBBAS LLP, AS ESCROW AGENT*******************   $ *****234,000.00

Drawer: BNY Mellon, N.A.

Remitter   IVEY, BARNUM & O'MARA, LLC

Authorized
Signature

Memo

HSBC

Branch : 011

QIANG GUO
REMITTER

US DOLLAR DRAFT
(OFFICIAL CHECK)

No.102260203

50-125
221
148

05Mar2015
DATE

$ ***3,369,000.00

USD THREE MILLION THREE HUNDRED SIXTY NINE THOUSAND ONLY
U.S. DOLLARS

PAY

TO
THE
ORDER
OF

"THE SHERRY NETHERLAND, INC."

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

Payable through HSBC Bank USA, N.A.

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

32234514 REV1 01/10 8810017756

US DOLLAR DRAFT - OFFICIAL CHECK

US DOLLAR DRAFT
(OFFICIAL CHECK)

50-125
223

No. 102260204

HSBC

Branch : 011

QIANG GUO
REMITTER

PAY    USD ONE MILLION THREE HUNDRED FIFTY THOUSAND ONLY

TO
THE
ORDER    THE SHERRY NETHERLAND, INC.
OF

Payable through HSBC Bank USA, N.A.

05Mar2015
DATE

$    $1,350,000.00

U.S. DOLLARS

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE
SIGNATURE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

Security
Featured
Details on
Back

32234514 REV1 01/10 8801001775S

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

US DOLLAR DRAFT - OFFICIAL CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

HSBC

Branch : 011

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260205

50-125
223

QIANG GUO
REMITTER

PAY    USD FIFTY SIX THOUSAND ONE HUNDRED FIFTY ONLY

05Mar2015
DATE

$    $56,150.00

U.S. DOLLARS

TO
THE
ORDER
OF

THE SHERRY NETHERLAND, INC.*

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

Payable through HSBC Bank USA, N.A.

32334351A REV1 01/10 8810017756

US DOLLAR DRAFT – OFFICIAL CHECK



US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260206

50-125
223

148

05Mar2015
DATE

$ **$1,871.67**

U.S. DOLLARS

USD ONE THOUSAND EIGHT HUNDRED AND SEVENTY ONE 67 ONLY

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

HSBC

Branch : 011

QIANG GUO
REMITTER

PAY

TO
THE
ORDER
OF

THE SHERRY NETHERLAND INC*

Payable through HSBC Bank USA, N.A.

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

MP

Security
Features
Details on
Back

32234351-1 REV1 01/10 8810017756

US DOLLAR DRAFT - OFFICIAL CHECK

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260211

148

50-185
223

$675,000.00

U.S. DOLLARS

05Mar2015
DATE

Drawer: HSBC Bank USA, N.A.

TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE
TWO SIGNATURES REQUIRED

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

HOLD DOCUMENT UP TO THE LIGHT TO VIEW "TRUE WATERMARK"

HSBC

Branch : 011

QIANG GUO
REMITTER

PAY     USD SIX HUNDRED SEVENTY FIVE THOUSAND ONLY

TO
THE
ORDER
OF

NYC DEPT OF FINANCE*

Payable through HSBC Bank USA, N.A.

32234314 REV1 01/10 8810017756

US DOLLAR DRAFT - OFFICIAL CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

US DOLLAR DRAFT
(OFFICIAL CHECK)

No.102260210

50-125
223

148

**HSBC**

Branch : 011

QIANG GUO
REMITTER

05Mar2015
DATE

$221,875.00

U.S. DOLLARS

**PAY**    USD TWO HUNDRED AND TWENTY ONE THOUSAND EIGHT HUNDRED SEVENTY
FIVE ONLY

TO
THE
ORDER
OF    NEW YORK STATE SALES TAX*

Payable through HSBC Bank USA, N.A.

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

32234351 REV1 01/10 881001775G

US DOLLAR DRAFT - OFFICIAL CHECK



QIANG GUO

15-170/540

161

DATE 3 5-15

PAY TO THE ORDER OF   Titlevest                              $ 600 00

Six hundred w/ 00/100                                    DOLLARS

HSBC ◆X◆
Premier

MEMO 18" Ave licenses                          MP

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTORNEY TRUST ACCOUNT
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK, N.A. BR#852
666 FIFTH AVENUE
NEW YORK, NY 10103

CHECK NUMBER: **21186**
CHECK DATE:   03/18/2015

1-8
210   852

$100.18

PAY    **One Hundred Dollars and 18/100**

TWO SIGNATURES REQUIRED IN EXCESS OF $10,000

TO
THE
ORDER
OF    **Qiang Guo**

_____
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒



ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ROMER DEBBAS LLP**
ATTORNEY TRUST ACCOUNT
275 MADISON AVENUE  8th FLOOR
NEW YORK, NY 10016-1101
ESCROW PLAN # 975180

Valley National Bank

1323

55-138/212

3/6/2015

PAY TO THE
ORDER OF    Qiang Guo                                            $  **150.95**

One Hundred Fifty and 95/100***************************************************    DOLLARS

Qiang Guo

VNB ESCROW PLUS

MEMO    Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

PURCHASE OF
UNIT 719 (SERVANT'S ROOM)
781 FIFTH AVENUE, NEW YORK, NEW YORK
BY
GENEVER HOLDINGS LLC
ON
MARCH 6, 2015

## TABLE OF CONTENTS

| ITEM | Tab |
|---|---|
| Closing Memorandum and Financial Statement | 1 |
| Contract of Sale | 2 |
| Purchaser's Original Stock Certificate, Stock Power & Stock Receipt | 3 |
| Purchaser's Original Proprietary Lease | 4 |
| Assignment of Proprietary Lease | 5 |
| Acceptance of Assignment and Assumption of Proprietary Lease | 6 |
| Consent to Assignment of Proprietary Lease, with Common Charges statement | 7 |
| Cancelled Stock Certificate and Proprietary Lease of Seller | 8 |
| New York State Combined Real Estate Transfer Tax Return | 9 |
| New York City Real Property Transfer Tax Return with Smoke Alarm Affidavit and Affidavit in Lieu of Registration | 10 |
| Cooperative Lien Search | 11 |
| Security Deposit Agreement | 12 |
| Designation of Authorized Person by Genever Holdings LLC | 13 |
| Opinion Letter for Seller Trust (with statement of authority to sell) | 14 |
| 1099-S Form | 15 |
| Receipted Invoices | 16 |
| Copies of Checks Delivered in Connection with the Closing | 17 |

PURCHASE OF
UNIT 719 (SERVANT'S ROOM)
781 FIFTH AVENUE, NEW YORK, NEW YORK
BY
GENEVER HOLDINGS LLC
ON
MARCH 6, 2015

<u>CLOSING MEMORANDUM</u>

| | |
|---|---|
| Purchaser: | Genever Holdings LLC |
| Purchaser's Counsel: | Ira Gilbert, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison, LLP<br>1285 Avenue of the Americas<br>New York, New York 10019 |
| Seller: | Roy Furman |
| Seller's Counsel: | Jules Levy, Esq. and Matthew Melnick, Esq.<br>Romer Debbas, LLP<br>275 Madison Avenue, Suite 801<br>New York, New York 10016 |
| Cooperative Corporation: | The Sherry Netherland, Inc. (the "Corporation") |
| Purchase Price: | $260,000.00 |
| Managing Agent: | Self-managed by Sherry Netherland Hotel<br>Management – Susan Hennelly –<br>shennelly@sherrynetherland.com<br>212-231-6811 |
| Monthly Maintenance: | $935.83 |
| Brokers: | Brown Harris Stevens and The Sherry-Netherland, Inc. |
| Number of shares: | 50 |

The Closing under the Contract of Sale dated March 6, 2015 took place at the offices of Cooperative Corporation on March 6, 2015.

Attending the Closing were:

Mileson Guo, Purchaser
Ira Gilbert, Esq., Purchaser's Counsel
Matthew Melnick, Esq., Seller's Counsel
Susan Hennelly, Managing Agent
Kathy Sloane, Broker

The Table of Contents to this Closing Binder lists the documents delivered in connection with the Closing. Also attached is a Financial Statement which describes the monetary features of the Closing.

## FINANCIAL STATEMENT

| A. | Purchase Price | |
|---|---|---|
| | Purchase Price for Unit | $260,000.00 |
| | Less:  Contract Deposit | - 26,000.00 |
| | Balance of Purchase Price due Seller | $234,000.00 |

| B. | Adjustment | |
|---|---|---|
| | Due Purchaser for March maintenance charges ($935.83; $30.19/day x 5 days) | $150.95 |
| | Total due Seller | $234,000.00 |

| C. | Payments Representing Total Due Seller | |
|---|---|---|
| | Bank Check of Purchaser payable to Romer Debbas LLP, as Escrow Agent | $234,000.00 |
| | 2.   Check of Seller's Counsel payable to Qiang Guo | ($150.95) |
| | | $233,849.05 |

| D. | Closing Costs Paid By or on Behalf of Purchaser | |
|---|---|---|
| | 1.   Check of Purchaser payable to The Sherry Netherland, Inc. (March maintenance) | $935.83 |
| | 2.   Check of Purchaser payable to Titlevest  (lien search fee- for Units 319 and 719) | $600.00 |
| | 3.   Bank Check of Purchaser payable to The Sherry-Netherland, Inc. (2% flip tax) | $5,200.00 |
| | 4.  Bank Check of Purchaser payable to The Sherry-Netherland, Inc. (maintenance escrow: $935.83/month x 60 months) | $56,150.00 |

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260208

50-1181
2233

148

$5,200.00

$    U.S. DOLLARS

05Mar2015
DATE

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

HSBC ⬡

Branch : 011

QIANG GUO
REMITTER

PAY    USD FIVE THOUSAND TWO HUNDRED ONLY

TO
THE
ORDER    THE SHERRY NETHERLAND, INC.*
OF

Payable through HSBC Bank USA, N.A.

32234514 REV1 01/10 8810017756

US DOLLAR DRAFT - OFFICIAL CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**HSBC** ◆X◆

Branch : 011

US DOLLAR DRAFT
(OFFICIAL CHECK)

No.102260207

50-125
223

QIANG GUO
REMITTER

05Mar2015
DATE

**PAY**    USD FIFTY SIX THOUSAND ONE HUNDRED FIFTY ONLY

$    $56,150.00
U.S. DOLLARS

TO
THE
ORDER
OF    THE SHERRY NETHERLAND, INC*

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE    MP

AUTHORIZED SIGNATURE    MP

Security
Features
Details on
Back

Payable through HSBC Bank USA, N.A.

32234351-4 REV1 01/10 8810017756



US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 102260209

50-101
222

148

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

HSBC ◆◇◆

Branch. 011

QIANG GUO
REMITTER

PAY    USD NINE HUNDRED AND THIRTY FIVE 83 ONLY

TO
THE
ORDER
OF    THE SHERRY-NETHERLAND, INC*

Payable through HSBC Bank USA, N.A.

05Mar2015
DATE

$    $935.83
U.S. DOLLARS

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

US DOLLAR DRAFT - OFFICIAL CHECK

3223434514 REV1 01/10 8810017756

QIANG GUO

15-170/540

162

DATE 3-5-15

PAY TO
THE ORDER OF   Title vest                              $ 600.00

Six hundred ur 00/100 ————————————— DOLLARS

HSBC ◆X◆
Premier

Security Features
Included
Details on Back

MEMO Maids con lien Sealen                              MP

SPECIALTY GRAY

**ROMER DEBBAS LLP**
**ATTORNEY TRUST ACCOUNT**
275 MADISON AVENUE  8tH FLOOR
NEW YORK, NY 10016-1101
**ESCROW PLAN # 975180**

V Valley National Bank

55-138/212

3/6/2015

PAY TO THE
ORDER OF    Qiang Guo                                                                    $ **150.95

One Hundred Fifty and 95/100*************************************************************** DOLLARS

Qiang Guo                                                      VNB ESCROW PLUS

MEMO
Furman.Sale    THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**1324**

**ROMER DEBBAS LLP**
**ATTORNEY TRUST ACCOUNT**
275 MADISON AVENUE  8tH FLOOR
NEW YORK, NY 10016-1101
**ESCROW PLAN # 975180**

V Valley National Bank

55-138/212

3/6/2015

TO THE
DER OF    TitleVest                                                                    $ **3,800.00

Three Thousand Eight Hundred and 00/100*************************************************** DOLLARS

TitleVest                                                      VNB ESCROW PLUS

MEMO
Furman.Sale    THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**1325**

**ROMER DEBBAS LLP**
**ATTORNEY TRUST ACCOUNT**
275 MADISON AVENUE  8tH FLOOR
NEW YORK, NY 10016-1101
**ESCROW PLAN # 975180**

V Valley National Bank

55-138/212

3/6/2015

PAY TO THE
ORDER OF    The Sherry-Netherland, Inc.                                                $ **2,000.00

Two Thousand and 00/100******************************************************************** DOLLARS

The Sherry-Netherland, Inc.                                    VNB ESCROW PLUS

MEMO
Furman.Sale    THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PAUL WEISS RIFKIND WHARTON & GARRISON LLP**
**ATTORNEY TRUST ACCOUNT**
**1285 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10019-6064**

CITIBANK, N.A. BR#852
666 FIFTH AVENUE
NEW YORK, NY 10103

CHECK NUMBER: **21186**
CHECK DATE: 03/18/2015

1-8
210
852

$100.18

PAY        One Hundred Dollars and 18/100

TWO SIGNATURES REQUIRED IN EXCESS OF $10,000

TO
THE
ORDER
OF        Qiang Guo

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**ROMER DEBBAS LLP**
**ATTORNEY TRUST ACCOUNT**
**275 MADISON AVENUE  8th FLOOR**
**NEW YORK, NY 10016-1101**
**ESCROW PLAN # 975180**

Valley National Bank

1323

55-138/212

3/6/2015

PAY TO THE
ORDER OF        Qiang Guo        $ **150.95

One Hundred Fifty and 95/100*************************************************************        DOLLARS

Qiang Guo

VNB ESCROW PLUS

MEMO
        Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

Maids Room

ROMER DEBBAS LLP
ATTORNEY TRUST ACCOUNT
275 MADISON AVENUE  8tH FLOOR
NEW YORK, NY 10016-1101
ESCROW PLAN # 975180

Valley National Bank

55-138/212

3/6/2015

PAY TO THE ORDER OF    Stroock Stroock & Lavan LLP                                            $ **1,000.00

One Thousand and 00/100******************************************************************************* DOLLARS

Stroock Stroock & Lavan LLP                                              VNB ESCROW PLUS

MEMO

Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

1327

ROMER DEBBAS LLP
ATTORNEY TRUST ACCOUNT
275 MADISON AVENUE  8tH FLOOR
NEW YORK, NY 10016-1101
ESCROW PLAN # 975180

Valley National Bank

55-138/212

3/6/2015

PAY TO THE ORDER OF    NYS Income Tax                                                        $ **2,459.00

Two Thousand Four Hundred Fifty-Nine and 00/100*************************************************** DOLLARS

NYS Income Tax                                                          VNB ESCROW PLUS

MEMO

Furman.Sale

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

CASHIER'S CHECK

BNY MELLON

No. 0192952 1

Date March 05, 2015

8-26
0430  1

Amount

Pay   TWO HUNDRED THIRTY FOUR THOUSAND DOLLARS AND ZERO CENTS

To the order of   *ROMER DEBBAS LLP, AS ESCROW AGENT*******************

$ *****234,000.00

Drawer: BNY Mellon, N.A.

Remitter   IVEY, BARNUM & O'MARA, LLC

Authorized
Signature

Memo


**UBS**

UBS AG
Hong Kong Branch
52/F Two International Finance Centre
8 Finance Street
Central, Hong Kong
www.ubs.com
Tel. +852-2971 8888
Fax. +852-2971 8001

BRAVO LUCK LIMITED

BRAVO LUCK LIMITED
中国北京市朝阳区
北四环中路27号
盘古大观A座37层
邮编100101

Portfolio no.
Currency Account no.

# Debit Advice

Produced on       4 March 2015

| Information & References | |
| --- | --- |
| Our ref. | D/063,32973,00 |
| Order date | 04 Mar 2015 |
| Value date | 04 Mar 2015 |

**Description**

In favor of

IVEY BARNUM AND O'MARA, LLC
TRUSTEE ACCOUNT

USD 62,990,741.85

Account with          THE BANK OF NEW YORK MELLON
NEW YORK,NY

Payment detail        BUY A PROPERTY IN NEW YORK

| Details | Amount | Currency |
| --- | --- | --- |
| Debit Transaction | 62,990,741.85 | USD |
| Charges | 50.00 | USD |
| **Net Amount Due** | **62,990,791.85** | **USD** |

On value date we debit your account

If we do not hear from you to the contrary within 14 days from the date of this confirmation, it will be deemed to have been accepted by you.

Kind regards
UBS AG

Form without signature                                                    Page 1 / 1

 **UBS**

**UBS AG**
Hong Kong Branch
52/F Two International Finance Centre
8 Finance Street
Central, Hong Kong
www.ubs.com
Tel. +852-2971 8888
Fax. +852-2971 8001

BRAVO LUCK LIMITED

BRAVO LUCK LIMITED
中国北京市朝阳区
北四环中路27号
盘古大观A座37层
邮编100101

Portfolio no.
Currency Account no.


## Debit Advice

Produced on        5 March 2015

**Information & References**
Our ref.            D/064,33067,00
Order date          05 Mar 2015
Value date          05 Mar 2015

**Description**
In favor of
                    GUO QIANG

Account with        HSBC BANK USA, N.A.
                    NEW YORK,NY

Payment detail      FOR OWN EXPENSE

| Details | Amount | Currency |
|---|---|---|
| Debit Transaction | 6,300,000.00 | USD |
| Charges | 50.00 | USD |
| **Net Amount Due** | **6,300,050.00** | **USD** |

On value date we debit your account

If we do not hear from you to the contrary within 14 days from the date of this confirmation, it will be deemed to have been accepted by you.

Kind regards
UBS AG