UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**CONSENTED TO MOTION OF UBS AG TO ADJOURN HEARING ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING UBS AG TO COMPLY WITH RULE 2004 SUBPOENA**

Non-party UBS AG ("UBS"), by and through its undersigned counsel, upon the consent of Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee" and, with UBS, the "Parties") in the above-captioned chapter 11 case of the debtor Ho Wan Kwok, hereby respectfully moves to adjourn the hearing on the Motion of Chapter 11 Trustee for Entry of Order Compelling UBS AG to Comply with Rule 2004 Subpoena [ECF No. 1362] (the "Motion"), pursuant to the terms set forth in the proposed *Consent Order Adjourning June 6, 2023 Hearing on Motion to Compel* attached hereto as **Exhibit A** (the "Proposed Consent Order"). As set forth in the Proposed Consent Order, counsel for UBS is not available for the hearing on June 6, 2023 due to previously scheduled business travel. In addition, the Parties are engaged in good-faith discussions with the goal of reaching a consensual resolution of the Motion that would avoid the need for a hearing. The Parties are available to attend a hearing on the Motion on June 28 or 29, 2023, and request that the hearing be scheduled on such dates or on the next available date thereafter that is convenient to the Court. The Trustee consents to the requested relief.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]

WHEREFORE, UBS respectfully requests that the Court adjourn the hearing on the Motion pursuant to the Proposed Consent Order and grant such other relief as is just and proper.

Dated:      June 1, 2023

UBS AG

By: */s/ Lisa J. Fried*
Lisa J. Fried (ct31425)
HERBERT SMITH FREEHILLS
    NEW YORK LLP
450 Lexington Avenue
New York, New York 10017
(917) 542-7600
lisa.fried@hsf.com

*Counsel for Non-Party UBS AG*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 1, 2023, the foregoing was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned proceeding by operation of the Court's electronic filing ("CM/ECF") system. Parties may access this filing through the Court's CM/ECF system.

Dated:   June 1, 2023

UBS AG

By: */s/ Lisa J. Fried*
Lisa J. Fried (ct31425)
HERBERT SMITH FREEHILLS
   NEW YORK LLP
450 Lexington Avenue
New York, New York 10017
(917) 542-7600
lisa.fried@hsf.com

*Counsel for Non-Party UBS AG*

# **EXHIBIT A**

**(PROPOSED CONSENT ORDER)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: <br><br> HO WAN KWOK, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-50073 (JAM) <br><br> (Jointly Administered) |

**[PROPOSED] CONSENT ORDER ADJOURNING HEARING ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING UBS AG TO COMPLY WITH RULE 2004 SUBPOENA**

WHEREAS, on January 23, 2023, Luc A. Despins, in his capacity as chapter 11 trustee (the "Trustee") in the above-captioned chapter 11 case of the debtor Ho Wan Kwok, filed the Motion of Chapter 11 Trustee for Entry of Order Compelling UBS AG ("UBS" and, with the Trustee, the "Parties") to Comply with Rule 2004 Subpoena [ECF No. 1362] (the "Motion").

WHEREAS, on January 30, 2023, UBS filed its objection to the Motion [ECF No. 1407] (the "Objection"), along with declarations in support of the Objection [ECF Nos. 1408–1411, 1413].

WHEREAS, on January 31, 2023, the Trustee filed a reply in further support of the Motion [ECF No. 1416].

WHEREAS, at a hearing on January 31, 2023, based on representations by the Parties that they had made progress toward a potential consensual resolution of the Motion, the Motion was continued to March 7, 2023 [ECF No. 1422].

WHEREAS, at a hearing on March 7, 2023, based on representations by the Parties that they had made further progress toward a potential consensual resolution of the Motion, the Motion was continued to April 18, 2023 [ECF No. 1526].

WHEREAS, at a hearing on April 18, 2023, based on representations by the Parties that they had made further progress toward a potential consensual resolution of the Motion, the Motion was continued to May 2, 2023 [ECF No. 1677].

WHEREAS, at a hearing on May 2, 2023, based on representations by the Parties that they had made further progress toward a potential consensual resolution of the Motion, the Motion was continued to May 30, 2023 [ECF No. 1743].

WHEREAS, on May 15, 2023, the Court ordered the May 30, 2023 hearing on the Motion

adjourned to June 6, 2023 due to a scheduling conflict [ECF No. 1793].

WHEREAS, counsel for UBS is unable to attend a hearing on June 6, 2023 due to previously scheduled business travel.

WHEREAS, the Parties are engaged in good-faith discussions with the goal of reaching a consensual resolution of the Motion that would avoid the need for a hearing.

WHEREAS, upon consent of the Parties:

NOW, it is hereby ORDERED that the hearing on the Motion is continued to a date and time convenient for the Court not earlier than June 28, 2023, in the United States Bankruptcy Court, 915 Lafayette Boulevard, in Bridgeport, Connecticut.

Signed this __ day of _____, 2023

_____
Hon. Julie A. Manning
United States Bankruptcy Judge