## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-50073 (JAM)<br>(Jointly Administered)<br><br>June 1, 2023 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned enters an appearance on behalf of the party-in-interest **G|Club Operations, LLC**.

**G|CLUB OPERATIONS, LLC**

By: /s/ Jeffrey M. Sklarz
   GREEN & SKLARZ LLC
   Jeffrey M. Sklarz (ct20938)
   One Audubon St, 3rd Floor
   New Haven, CT 06511
   Tel: 203-285-8545
   jsklarz@gs-lawfirm.com
   kbaranowsky@gs-lawfirm.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595) (the "Debtor"), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

{00319781.1 }

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2023, a copy of the foregoing was served via CMECF on the parties entitled to service as set forth thereon.

Date: June 1, 2023                                             /s/ Jeffrey M. Sklarz