# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-50073 (JAM)<br>(Jointly Administered)<br><br>June 1, 2023 |

### G CLUB OPERATIONS LLC'S MOTION TO EXTEND TIME TO RESPOND TO TRUSTEE'S MOTION TO COMPEL COMPLIANCE WITH RULE 2004 SUBPOENA AND CONTINUE HEARING DATE

By this motion (the "**Motion**"), G Club Operations LLC ("**G Club**"), by and through its undersigned counsel, hereby moves for an extension of time to respond to the Trustee's Motion to Compel Compliance (the "**Motion to Compel**") [Dkt. No. 1805] with the Rule 2004 Subpoena ("**Subpoena**") served upon it by the Chapter 11 Trustee, Luc Despins ("**Trustee**") pursuant to 11 U.S.C. § 1109(b), Rule 9016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Bankruptcy Rule 2004, and Local Bankruptcy Rule 2004-1. In addition, G Club hereby requests that the Court continue the hearing on the Motion to Compel set for June 6, 2023 to August 7, 2023, due to the need for G Club management to provide meaningful input with respect to the Subpoena and scheduling conflicts of lead counsel for G Club. In support of its Motion, G Club states as follows:

1. G Club was served with the Subpoena, containing 21 requests, on December 7, 2022.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595) (the "Debtor"), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

{00319779.1 }

2. The Trustee has demanded that G Club produce "all documents" related to all G Club's assets, tax returns, bank accounts, and financial information, among other documents, which, among other things unrelated to the Debtors, would require the disclosure of financial and other information about G Club's members.

3. G Club has been in regular communication with the Trustee regarding, among other things, the overbreadth of the Subpoena. Undersigned counsel met and conferred with the Trustee's counsel on February 9, 2023 and March 7, 2023 to negotiate in good faith as to the scope of the Subpoena.

4. As the Trustee is well aware, however, on April 11, 2023, undersigned counsel informed the Trustee that it was not able to respond further to the Subpoena or advance efforts to narrow the scope of the Subpoena because G Club's Chief Executive Officer, General Counsel, and Associate General Counsel, all resigned following the indictment of Debtor in the Southern District of New York on March 15, 2023.

5. The resignations of G Club's executives have constrained undersigned counsel's ability to act on behalf of G Club until an independent manager is retained who could direct the undersigned counsel on behalf of G Club.

6. An independent manager has been appointed effective today, June 1, 2023 and, accordingly, a reasonable extension of time to discuss this matter with the independent manager is requested, and then either to negotiate a consensual resolution of the Trustee's discovery requests or to object to them. Until then, we must, on behalf of G Club, reserve all rights to object to the Subpoena.

7. Moreover, Carolina A. Fornos (lead undersigned counsel), begins a two-week jury trial in the Western District of Texas (No. 5:17-CV-01122-FB) the week of June 5, 2023.

8. Although it is not possible to predict how long it will take for the independent manager to come up to speed and be able to provide instructions, undersigned counsel has been told that addressing the Subpoena will be a priority. Accordingly, undersigned counsel requests that the deadline to respond to the Motion to Compel be extended to August 7, 2023, with a hearing scheduled shortly thereafter, subject to the Court's availability.

9. Undersigned counsel has advised the Trustee of the requested extension for time to respond to the Motion to Compel, as well as to continue the corresponding hearing set for June 6, 2023. The Trustee has advised that he does not consent.

WHEREFORE, G Club respectfully requests that the Court extend G Club's time to respond to the Motion to Compel to August 7, 2023 and to continue the corresponding hearing set for June 6, 2023 to a date shortly thereafter, subject to the Court's availability, to enable the undersigned to work with G Club's independent manager to appropriately address and respond to the Trustee's Subpoena.

**G|CLUB OPERATIONS, LLC**

By: <u>/s/ Jeffrey M. Sklarz</u>
    GREEN & SKLARZ LLC
    Jeffrey M. Sklarz (ct20938)
    Kellianne Baranowsky (ct26684)
    One Audubon St, 3rd Floor
    New Haven, CT 06511
    Tel: 203-285-8545
    jsklarz@gs-lawfirm.com
    kbaranowsky@gs-lawfirm.com

    PILLSBURY WINTHROP SHAW PITTMAN LLP
    Carolina A. Fornos (*pro hac vice* forthcoming)
    31 West 52nd Street
    New York, NY 10019
    Tel: 212-858-1558
    carolina.fornos@pillsburylaw.com

    *Attorneys for G Club Operations LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2023, a copy of the foregoing was served via CMECF on the parties entitled to service as set forth thereon.

Date: June 1, 2023                                                  /s/ Jeffrey M. Sklarz