# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>              Debtor. | Chapter 11<br><br>Case No: 22-50073 (JAM) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance in the above-captioned Chapter 11 case on behalf of **Hudson Diamond NY LLC and Hudson Diamond Holding LLC, parties in interest**. Pursuant to and in accordance with the Bankruptcy Code, and the Federal Rules of Bankruptcy Procedure, including without limitation, Rules 2002, 3017, 9007 and 9010, the undersigned demands that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the address set forth below:

>   Aaron A. Romney (ct28144)
>   ZEISLER & ZEISLER, P.C.
>   10 Middle Street, 15th floor
>   Bridgeport, CT 06604
>   Telephone: (203) 368-5473
>   Facsimile: (203) 368-0903
>   Email: aromney@zeislaw.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes the notices and papers referred to in the Bankruptcy Rules specified above and also includes, without limitation, notices of any orders, plans, disclosure statements, operating reports, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether

2

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

Dated at Bridgeport, Connecticut, this 1st day of June, 2023.

By: */s/ Aaron A. Romney*
Aaron A. Romney (ct28144)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th floor
Bridgeport, CT  06604
Telephone: (203) 368-5473
Facsimile: (203) 368-0903
Email: aromney@zeislaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 1, 2023, a copy of foregoing Notice of Appearance and Request for Service of Papers was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Aaron A. Romney*
Aaron A. Romney (ct28144)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th floor
Bridgeport, CT  06604
Telephone: (203) 368-5473
Facsimile: (203) 368-0903
Email: aromney@zeislaw.com