UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

**CONSENTED TO MOTION OF HUDSON DIAMOND NY LLC AND HUDSON DIAMOND HOLDING LLC TO ADJOURN HEARING ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF AN ORDER HOLDING HUDSON DIAMOND NY LLC AND HUDSON DIAMOND HOLDING LLC IN CIVIL CONTEMPT FOR FAILING TO RESPOND TO RULE 2004 SUBPOENAS**

Non-parties Hudson Diamond NY LLC and Hudson Diamond Holding LLC (collectively, the "Hudson Entities"), by and through their undersigned counsel, upon the consent of Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") and, with the Hudson Entities, the "Parties") in the above-captioned chapter 11 case of the debtor Ho Wan Kwok, hereby respectfully move to adjourn the hearing on the *Motion of Chapter 11 Trustee for Entry of Order Compelling GTV Media Group, Inc., Saraca Media Group, Inc., and G-Club Operations LLC to Comply With Rule 2004 Subpoenas and for Entry of an Order Holding G-Club US Operations LLC, G-Club US Operations Inc., Hudson Diamond NY LLC, Hudson Diamond Holding LLC, G-Fashion LLC, GNews LLC, US Himalaya Capital Inc., New York Mos Himalaya LLC, Crane Advisory Group LLC, and Maywind Trading LLC in Civil Contempt for Failing to Respond to Rule*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*2004 Subpoenas* [ECF No. 1805] (the "Motion"), as against the Hudson Entities only, pursuant to the terms set forth in the proposed Consent Order Adjourning June 6, 2023 Hearing on Motion to Compel as against the Hudson Entities, attached hereto as **Exhibit A** (the "Proposed Consent Order").

As set forth in the Proposed Consent Order, the Hudson Entities contend that they did not receive actual notice of the Rule 2004 subpoenas and need additional time to respond. In addition, the Parties are engaged in good-faith discussions with the Trustee with the goal of reaching a consensual resolution of the Motion that would avoid the need for a hearing. The Parties are available to attend a hearing on the Motion on June 28 or 29, 2023, and request that the hearing be scheduled on either of those dates, or on the next available date thereafter that is convenient to the Court. The Trustee consents to a two-week extension of time for the Hudson Entities to produce the documents requested in the Rule 2004 subpoenas.

Dated:  June 1, 2023
       Bridgeport, Connecticut

*/s/ Aaron A. Romney*
Aaron A. Romney (ct28144)
aromney@zeislaw.com
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone:  (203) 368-4234
Facsimile:  (203) 368-5485
*Counsel for Non-Parties Hudson Diamond NY LLC and Hudson Diamond Holding LLC*

## **CERTIFICATION OF SERVICE**

I hereby certify that on this first day of June 2023, a copy of foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated:  June 1, 2023  　　　　　　　　*/s/ Aaron A. Romney*
　　　　Bridgeport, Connecticut  　　Aaron A. Romney (ct28144)
　　　　　　　　　　　　　　　　　aromney@zeislaw.com
　　　　　　　　　　　　　　　　　James M. Moriarty (ct21876)
　　　　　　　　　　　　　　　　　jmoriarty@zeislaw.com
　　　　　　　　　　　　　　　　　**ZEISLER & ZEISLER PC**
　　　　　　　　　　　　　　　　　10 Middle Street, 15th Floor
　　　　　　　　　　　　　　　　　Bridgeport, CT 06604
　　　　　　　　　　　　　　　　　Telephone:  (203) 368-4234
　　　　　　　　　　　　　　　　　Facsimile:  (203) 368-5485
　　　　　　　　　　　　　　　　　*Counsel for Non-Parties Hudson Diamond NY LLC*
　　　　　　　　　　　　　　　　　*and Hudson Diamond Holding LLC*