# EXHIBIT "A"

**(PROPOSED CONSENT ORDER)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

**[PROPOSED] CONSENT ORDER ADJOURNING HEARING ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF AN ORDER HOLDING HUDSON DIAMOND NY LLC AND HUDSON DIAMOND HOLDING LLC IN CIVIL CONTEMPT FOR FAILING TO RESPOND TO RULE 2004 SUBPOENAS**

**WHEREAS,** on May 18, 2023, Luc A. Despins, in his capacity as chapter 11 Trustee (the "Trustee") in the above-captioned chapter 11 case of the debtor Ho Wan Kwok, filed the *Motion of Chapter 11 Trustee for Entry of Order Compelling GTV Media Group, Inc., Saraca Media Group, Inc., and G-Club Operations LLC to Comply With Rule 2004 Subpoenas and for Entry of an Order Holding G-Club US Operations LLC, G-Club US Operations Inc., Hudson Diamond NY LLC, Hudson Diamond Holding LLC, G-Fashion LLC, GNews LLC, US Himalaya Capital Inc., New York Mos Himalaya LLC, Crane Advisory Group LLC, and Maywind Trading LLC in Civil Contempt for Failing to Respond to Rule 2004 Subpoenas* [ECF No. 1805] (the "Motion"); and

**WHEREAS,** Hudson Diamond NY LLC and Hudson Diamond Holding LLC (collectively, the "Hudson Entities") contend that they did not receive actual notice of the Rule 2004 Subpoenas which are the subject of the Motion and need additional time to respond; and

**WHEREAS,** the Hudson Entities and the Trustee are engaged in good-faith discussions with the goal of reaching a consensual resolution of the Motion that would avoid the need for a hearing; and

**WHEREAS,** the Trustee has consented to a two-week extension of time for the Hudson Entities to produce the documents requested in the Rule 2004 subpoenas; and

**WHEREAS,** upon consent of the Hudson Entities and the Trustee:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**NOW,** it is hereby **ORDERED** that the hearing on the Motion as against the Hudson Entities only is adjourned to a date and time convenient for the Court not earlier than June 28, 2023, in the United States Bankruptcy Court, 915 Lafayette Boulevard, in Bridgeport, Connecticut.

Signed this ___ day of _____, 2023.

                                                      THE HONORABLE JULIE A. MANNING
                                                      UNITED STATES BANKRUPTCY JUDGE