**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| HO WAN KWOK, *et al.*, | : | Case No. 22-50073 (JAM) |
|  | : | (Jointly Administered) |
|  | : |  |
| Debtors.[1] | : | June 2, 2023 |
|  | : |  |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

    Please enter the appearance of the undersigned as counsel to **G-Club Operations LLC**, an interested party in the above captioned case.

        G-Club Operations LLC

        By:   /s/ Kellianne Baranowsky
                 Kellianne Baranowsky (ct26684)
                 Green & Sklarz LLC
                 One Audubon Street, Third Floor
                 New Haven, CT 06511
                 (203) 285-8545
                 Fax: (203) 823-4546
                 kbaranowsky@gs-lawfirm.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595) (the "Debtor"), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

{00319553.3 }

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2023, a copy of the foregoing was served via CM/ECF. Parties may access this filing through the Court's CM/ECF system.

/s/ Kellianne Baranowsky