**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF CAROLINA A. FORNOS

Pursuant to Local Rule of Civil Procedures 83.1(d) of the United States District Court for the District of Connecticut, incorporated herein by Local Rule of Bankruptcy Procedure 1001-1, the undersigned, a member of the Bar of this Court and partner of the law firm Green & Sklarz, LLC, respectfully moves that the Court admit attorney Carolina A. Fornos, a member of the Bar of the State of New York, *pro hac vice* to represent G Club Operations LLC in the above captioned Chapter 11 bankruptcy case and in support represents the following:

1.      The primary office of Attorney Fornos is Pillsbury Winthrop Shaw Pittman LLP, 31 West 52nd Street, New York, NY 10019.  Her telephone number is (212) 858 1558; her fax number is 212 585 1500; and her email address is carolina.fornos@pillsburylaw.com.

2.      Attorney Fornos is a member in good standing in the state and jurisdiction set forth in her declaration, attached as **Exhibit A**.

3.      To best of my knowledge and belief, Attorney Fornos is a member in good standing of the court listed in her declaration, and she has not been the petitioner has not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

{00319564.1 }

4.      To best of my knowledge and belief, Attorney Fornos has reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of the Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5.      Attorney Fornos has submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

6.      Service of all papers directed to G Club Operations LLC may be made upon the undersigned, pursuant to Rule 83.1(c) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut.

June 4, 2023
New Haven, Connecticut

By:  */s/ Kellianne Baranowsky*
        Kellianne Baranowsky (ct26684)
        Green & Sklarz LLC
        One Audubon Street, Third Floor
        New Haven, CT 06511
        Telephone: (203) 285-8545 x 115
        Facsimile: (203) 691-5454
        kbaranowsky@gs-lawfirm.com

        *Local Counsel for G Club Operations LLC*

## <u>CERTIFICATION</u>

I hereby certify that the foregoing *Motion for Admission Pro Hac Vice of Carolina A. Fornos* as visiting attorney was filed electronically on June 2, 2023. Notice of this filing will be sent by email to all parties registered for electronic service in this proceeding through the Court's CM/ECF system.

*/s/ Kellianne Baranowsky*
Kellianne Baranowsky

## Exhibit A

Declaration

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF CAROLINA A. FORNOS IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Carolina A. Fornos, of the full age, having been dully sworn according to law, state the following:

1.    I am an attorney and Partner at the firm Pillsbury Winthrop Shaw Pittman LLP, with an address located at 31 West 52nd Street, New York, NY 10019. My firm telephone number is 212-858-1558; my fax number is 212-585-1500; and my email address is carolina.fornos@pillsburylaw.com.

2.    I submit this declaration in support of the motion for my admission *pro hac vice* as counsel for G Club Operations LLC in the above-captioned chapter 11 cases.

3.    Pursuant to D. Conn. L. Civ. 83(d), I designate the District of Connecticut as the forum for any resolution of any dispute arising out of my admission.

4.    I am member in good standing of the Bar of the State of New York (Bar No. 3957065).

5.    I have no disciplinary complaints, and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

6.    I have read and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rule of the

Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and will abide by and comply with the substantive and procedural requirements of the local rules and the administrative orders of this Court.

7.    I hereby designate my sponsoring attorney Kellianne Baranowsky (Federal Bar No. ct26684) of Green & Sklarz LLC as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned chapter 11 case and related cases.

I declare under penalty of perjury that the foregoing is true and accurate.

Carolina A. Fornos