**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*
OF CAROLINA A. FORNOS**

AND NOW, upon consideration of the Motion of Kellianne Baranowsky for Admission *Pro Hac Vice* of Carolina A. Fornos (the "Motion"), and any and all responses thereto, it is hereby

ORDERED that the Motion is GRANTED and Carolina A. Fornos is admitted pro hac vice, and it is further

ORDERED that Kellianne Baranowsky will receive service on behalf of Attorney Fornos in accordance with D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 9083-3.

{00319811.1 }