**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM) (Jointly Administered)<br><br>Re: ECF No. 1843 |

### CONSENT ORDER ADJOURNING HEARING ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING UBS AG TO COMPLY WITH RULE 2004 SUBPOENA

WHEREAS, on January 23, 2023, Luc A. Despins, in his capacity as chapter 11 trustee (the "Trustee") in the above-captioned chapter 11 case of the debtor Ho Wan Kwok, filed the Motion of Chapter 11 Trustee for Entry of Order Compelling UBS AG ("UBS" and, with the Trustee, the "Parties") to Comply with Rule 2004 Subpoena [ECF No. 1362] (the "Motion").

WHEREAS, on January 30, 2023, UBS filed its objection to the Motion [ECF No. 1407] (the "Objection"), along with declarations in support of the Objection [ECF Nos. 1408–1411, 1413].

WHEREAS, on January 31, 2023, the Trustee filed a reply in further support of the Motion [ECF No. 1416].

WHEREAS, at a hearing on January 31, 2023, based on representations by the Parties that they had made progress toward a potential consensual resolution of the Motion, the Motion was continued to March 7, 2023 [ECF No. 1422].

WHEREAS, at a hearing on March 7, 2023, based on representations by the Parties that they had made further progress toward a potential consensual resolution of the Motion, the Motion was continued to April 18, 2023 [ECF No. 1526].

WHEREAS, at a hearing on April 18, 2023, based on representations by the Parties that they had made further progress toward a potential consensual resolution of the Motion, the Motion was continued to May 2, 2023 [ECF No. 1677].

WHEREAS, at a hearing on May 2, 2023, based on representations by the Parties that they had made further progress toward a potential consensual resolution of the Motion, the Motion was continued to May 30, 2023 [ECF No. 1743].

WHEREAS, on May 15, 2023, the Court ordered the May 30, 2023 hearing on the Motion

adjourned to June 6, 2023 due to a scheduling conflict [ECF No. 1793].

WHEREAS, counsel for UBS is unable to attend a hearing on June 6, 2023 due to previously scheduled business travel.

WHEREAS, the Parties are engaged in good-faith discussions with the goal of reaching a consensual resolution of the Motion that would avoid the need for a hearing.

WHEREAS, upon consent of the Parties:

NOW, it is hereby ORDERED that the hearing on the Motion is continued to July 11, 2023 at 12:30 PM in the United States Bankruptcy Court, 915 Lafayette Boulevard, in Bridgeport, Connecticut.

Dated at Bridgeport, Connecticut this 2nd day of June, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut