# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
|  | ) | Case No. 22-50073 (JAM) |
| HO WAN KWOK, *et al.*, | ) ) | (Jointly Administered) |
| Debtors.[1] | ) ) | Re: ECF No. 1858 |

### NOTICE OF HEARING ON MOTION, PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 363, BANKRUPTCY RULES 2002, 6004(c), AND 9014, AND LOCAL RULES 6004-1 AND 6004-2, SEEKING ENTRY OF ORDER: (I) AUTHORIZING AND APPROVING SALE OF THE LADY MAY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES, (II) AUTHORIZING AND APPROVING PURCHASE AND SALE AGREEMENT, AND <u>(III) GRANTING RELATED RELIEF</u>

**PLEASE TAKE NOTICE** that, pursuant to D. Conn. L. Bankr. R. 6004-2(b), 9014-1(n), and Appendix N, a hearing will be held on **June 27, 2023** at **12:00 p.m. (noon)** and shall continue, as necessary, on **June 28, 2023** at **10:00 a.m.** at the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, Connecticut to consider and act upon the following matter:

> **Motion, Pursuant To Bankruptcy Code Sections 105 And 363, Bankruptcy Rules 2002, 6004(C), And 9014, And Local Rules 6004-1 And 6004-2, Seeking Entry Of Order: (I) Authorizing And Approving Sale Of The Lady May Free And Clear Of Liens, Claims, Interests, And Encumbrances, (II) Authorizing And Approving Purchase And Sale Agreement, And (III) Granting Related Relief (the "Motion"), ECF No. 1858**, filed on behalf of Mr. Luc A. Despins, in his capacity as Chapter 11 trustee for the estate of Mr. Ho Wan Kwok (the "Trustee").

In accordance with Fed. R. Bankr. P. 2002(a), 9006(d), and 9014(a)–(b), any party shall file any Objection and/or Response on or before **June 23, 2023** and the Trustee shall file any Reply on or before **June 26, 2023** at **12:00 p.m. (noon)**.

On or before **June 5, 2023**, the Trustee shall serve this Notice of Hearing and the Motion and any attachments thereto on parties who are required to receive notice pursuant to Fed. R. Bankr. P. 2002(a)(2) and D. Conn. L. Bankr. R. 6004-2(g), including without limitation all creditors and

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

all parties indicating interest in the purchase of the property to be sold, and the Trustee shall file a Certificate of Service on or before **June 6, 2023** evidencing that such service was made.

In accordance with D. Conn. L. Bankr. R. 2002-1(a), 9036-1 and Appendix A, service of this Notice of Hearing shall be made via the Court's CM/ECF System upon parties who have filed appearances in these Chapter 11 cases or have otherwise consented to electronic service.

**PLEASE TAKE FURTHER NOTICE** that the hearing may be continued, adjourned, or canceled as appropriate without further notice.

Dated: June 2, 2023

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579-5808
VCIS* (866) 222-8029
* Voice Case Information Syste
http://www.ctb.uscourts.gov
Form 112 – rms