**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                             :    Chapter 11
                                                   :
HO WAN KWOK *et al.*,                              :    Case No. 22-50073 (JAM)
                                                   :
            Debtors.¹                              :    Jointly Administered
                                                   :
---------------------------------------------------------x

**CONSENTED TO SECOND MOTION TO ADJOURN HEARING ON APPLICATION OF GENEVER HOLDINGS LLC, PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a) AND 328, BANKRUPTCY RULES 2014(a) AND 2016, AND LOCAL RULE 2014-1, FOR ENTRY OF ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF AFFILIATED ADJUSTMENT GROUP, LTD. AS PUBLIC ADJUSTER**

Genever Holdings LLC ("Genever (US)") hereby respectfully moves (the "Motion"), upon the consent of Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), the Court to adjourn the hearing (the "Hearing") on its *Application, Pursuant to Bankruptcy Code Sections 327(a) and 328, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Entry of an Order Authorizing Employment and Retention of Affiliated Adjustment Group, Ltd. as Public Adjuster* [ECF No. 1749] (the "Application"), from June 6, 2023 to July 18, 2023, or such date thereafter that is convenient to the Court. On May 19, 2023, PAX filed its objection [ECF No. 1810] (the "Objection") to the Application. The requested adjournment will provide Genever (US) and PAX

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2

time to discuss the Application and Objection and related issues. The Court has previously adjourned a hearing on the Motion upon a prior motion by Genever (US) [ECF Nos. 1792, 1796.]

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

WHEREFORE, the Court should adjourn the Hearing on the Application to July 18, 2023, or such date thereafter that is convenient to the Court, and grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated: June 2, 2023<br>New Haven, Connecticut | GENEVER HOLDINGS LLC<br><br>By: */s/ Patrick R. Linsey*<br>    Douglas S. Skalka (ct00616)<br>    Patrick R. Linsey (ct29437)<br>    NEUBERT, PEPE & MONTEITH, P.C.<br>    195 Church Street, 13th Floor<br>    New Haven, Connecticut 06510<br>    (203) 781-2847<br>    dskalka@npmlaw.com<br>    plinsey@npmlaw.com<br><br>        *and*<br><br>    Avram E. Luft (admitted *pro hac vice*)<br>    G. Alexander Bongartz (admitted *pro hac vice*)<br>    PAUL HASTINGS LLP<br>    200 Park Avenue<br>    New York, New York 10166<br>    (212) 318-6079<br>    aviluft@paulhastings.com<br>    alexbongartz@paulhastings.com<br><br>        *and*<br><br>    Nicholas A. Bassett (admitted *pro hac vice*)<br>    PAUL HASTINGS LLP<br>    2050 M Street NW<br>    Washington, D.C., 20036<br>    (202) 551-1902<br>    nicholasbassett@paulhastings.com<br><br>    *Counsel for Genever Holdings LLC* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re:                                                   :   Chapter 11
                                                         :
HO WAN KWOK *et al.*,                                    :   Case No. 22-50073 (JAM)
                                                         :
             Debtors.[2]                                 :   Jointly Administered
                                                         :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 2, 2023, the foregoing was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case able to receive electronic notice by operation of the Court's electronic filing ("CM/ECF") system. Parties may access this filing through the Court's CM/ECF system.

Dated: June 2, 2023                     GENEVER HOLDINGS LLC
       New Haven, Connecticut
                                        By: */s/ Patrick R. Linsey*
                                            Douglas S. Skalka (ct00616)
                                            Patrick R. Linsey (ct29437)
                                            NEUBERT, PEPE & MONTEITH, P.C.
                                            195 Church Street, 13th Floor
                                            New Haven, Connecticut 06510
                                            (203) 781-2847
                                            dskalka@npmlaw.com
                                            plinsey@npmlaw.com

                                            *Counsel for the Genever Holdings LLC*

---

[2] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                             :    Chapter 11
:
HO WAN KWOK *et al.*,                              :    Case No. 22-50073 (JAM)
:
Debtors.¹                                :    Jointly Administered
:
---------------------------------------------------------x

**[PROPOSED] ORDER GRANTING
CONSENTED TO SECOND MOTION TO ADJOURN HEARING ON
APPLICATION OF GENEVER HOLDINGS LLC, PURSUANT TO
BANKRUPTCY CODE SECTIONS 327(a) AND 328, BANKRUPTCY RULES
2014(a) AND 2016, AND LOCAL RULE 2014-1, FOR ENTRY OF ORDER
AUTHORIZING EMPLOYMENT AND RETENTION OF AFFILIATED
ADJUSTMENT GROUP, LTD. AS PUBLIC ADJUSTER**

Upon the motion (the "Motion") of debtor Genever Holdings LLC (the "Genever (US)") to adjourn the hearing (the "Hearing") on its *Application, Pursuant to Bankruptcy Code Sections 327(a) and 328, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Entry of an Order Authorizing Employment and Retention of Affiliated Adjustment Group, Ltd. as Public Adjuster* [ECF No. 1749] (the "Application"), and upon the consent of Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), and due and sufficient notice having been given, and good cause appearing for the relief sought by the Motion, it is hereby

**ORDERED**, that the Hearing on the Application and the objection thereto filed by PAX [ECF No. 1810] is adjourned to July 18, 2023, at _:__ _.m. (ET), to be held at the United States Bankruptcy Court for the District of Connecticut, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT; and it is further

**ORDERED**, that upon the facts and circumstances of this case, and in accordance with D. Conn. Civ. L.R. 5(c) and D. Conn. Bankr. L.R. 1001-1(a)(1), service of this Order shall be made via the Court's CM/ECF System upon appearing parties and upon any party who has consented to electronic service in this case.

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).