**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                               :    Chapter 11
                                                     :
HO WAN KWOK, *et al.*,[1]                            :    Case No. 22-50073 (JAM)
                                                     :
                           Debtors.                  :    (Jointly Administered)
                                                     :
---------------------------------------------------------x


**CHAPTER 11 TRUSTEE'S MOTION TO APPEAR REMOTELY FOR**
**JUNE 6, 2023, HEARING AND REQUEST FOR STATUS CONFERENCE**

Pursuant to section 105(a) of Title 11 of the United States Code (such title, hereinafter, the "Bankruptcy Code") and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Luc A. Despins, as chapter 11 trustee (the "Trustee") for the individual debtor in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), respectfully moves (the "Motion") the Court for permission for the Trustee to appear remotely at the June 6, 2023 hearing scheduled in these Chapter 11 Cases and related adversary proceedings and to schedule a status conference in Adv. Proc. No. 22-05003.  In support of the Motion, the Trustee respectfully states the following:

1.      As the Court is aware, various matters are on the calendar for Tuesday, June 6, 2023, at 1 p.m. in these Chapter 11 Cases and related adversary proceedings.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2.      The Trustee wishes to participate in these matters remotely via the Court's ZOOM.gov platform, because his attendance is required at other times on that day in another matter (unrelated to these Chapter 11 Cases) scheduled to be heard in the U.S. District Court for the Southern District of New York.

3.      The Trustee's counsel from Paul Hastings LLP and the Trustee's Connecticut counsel will attend the June 6, 2023, hearing in person.

4.      The Trustee also requests that the Court schedule a status conference at the time of the June 6, 2023, hearing, regarding the recently filed *Motion to Stay Pending Appeal* [ECF No. 227 in Adv. Proc. No. 22-05003].

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

WHEREFORE, the Court should (a) grant this Motion, (b) permit the Trustee to participate in the June 6, 2023, hearing remotely, (c) schedule a status conference regarding the *Motion to Stay Pending Appeal* in Adv. Proc. No. 22-05003, and (d) grant such other and further relief as is just and proper.

Dated: June 4, 2023  
      New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*  
    Douglas S. Skalka (ct00616)  
    Patrick R. Linsey (ct29437)  
    NEUBERT, PEPE & MONTEITH, P.C.  
    195 Church Street, 13th Floor  
    New Haven, Connecticut 06510  
    (203) 781-2847  
    dskalka@npmlaw.com  
    plinsey@npmlaw.com

      *and*

    Nicholas A. Bassett *(pro hac vice)*  
    PAUL HASTINGS LLP  
    2050 M Street NW  
    Washington, D.C., 20036  
    (202) 551-1902  
    nicholasbassett@paulhastings.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                     :
In re:                               :    Chapter 11
                                     :
HO WAN KWOK, et al.,¹                :    Case No. 22-50073 (JAM)
                                     :
            Debtors.                 :    (Jointly Administered)
                                     :
-------------------------------------------------------x
```

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 4, 2023, the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing.  Parties may access this filing through the Court's system.

Dated: June 4, 2023              LUC A. DESPINS,
      New Haven, Connecticut        CHAPTER 11 TRUSTEE

                                  By: <u>*/s/ Patrick R. Linsey*</u>
                                        Douglas S. Skalka (ct00616)
                                        Patrick R. Linsey (ct29437)
                                        Neubert, Pepe & Monteith, P.C.
                                        195 Church Street, 13th Floor
                                        New Haven, Connecticut 06510
                                        (203) 781-2847
                                        dskalka@npmlaw.com
                                        plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                        :
In re:                                  :   Chapter 11
                                        :
HO WAN KWOK, et al.,¹                   :   Case No. 22-50073 (JAM)
                                        :
              Debtors.                  :   (Jointly Administered)
                                        :
-------------------------------------------------------x
```

**[PROPOSED] ORDER GRANTING**
**CHAPTER 11 TRUSTEE'S MOTION TO APPEAR REMOTELY FOR**
**JUNE 6, 2023, HEARING AND REQUEST FOR STATUS CONFERENCE**

Upon the motion (the "Motion") of Luc A. Despins, as chapter 11 trustee (the "Trustee")

for the individual debtor in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), for

permission to participate remotely in the hearing of matters scheduled in these Chapter 11 Cases

and related adversary proceedings for June 6, 2023, and to request a status conference regarding

the *Motion to Stay Pending Appeal* (the "Motion to Stay") filed June 2, 2023, in Adv. Proc. No.

22-05003, sufficient notice having been provided, and good cause appearing therefore, it is hereby

1.     ORDERED that the Motion is granted as set forth herein; and it is further

2.     ORDERED that the Trustee may participate in the hearing of matters scheduled for

June 6, 2023 in these Chapter 11 Cases and related adversary proceedings via the Court's

Zoom.gov platform, by contacting the Clerk's Office for instructions to connect to the ZoomGov

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

remote conference by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov; and it is further

      3.    ORDERED, that a status conference will be held regarding the Motion to Stay in Adv. Proc. No. 22-05003 on June 6, 2023, at 1 p.m., at the United States Bankruptcy Court, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT.