UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                                                      :    Chapter 11
                                                                                 :
HO WAN KWOK, *et al.*,[1]                                    :    Case No. 22-50073 (JAM)
                                                                                 :
          Debtors.                                      :    (Jointly Administered)
                                                                                 :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jocelyn C. Kuo, hereby certify that I am over the age of eighteen years old and employed by Paul Hastings LLP and that on June 2, 2023, I caused to be served the following documents by sending a true and correct copy by first class mail on the parties listed on Exhibit A:

- Trustee's Motion, Pursuant to Bankruptcy Code Sections 105 and 363, Bankruptcy Rules 2002, 6004(c), and 9014, and Local Rules 6004-1 and 6004 2, Seeking Entry of Order: (I) Authorizing and Approving Sale of the Lady May Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing and Approving Purchase and Sale Agreement, and (III) Granting Related Relief  [Docket No. 1858] (the "Sale Motion");[2]

- Notice of Hearing on Motion, Pursuant to Bankruptcy Code Sections 105 and 363, Bankruptcy Rules 2002, 6004(c), and 9014, and Local Rules 6004-1 and 6004 2, Seeking Entry of Order: (I) Authorizing and Approving Sale of the Lady May Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing and Approving Purchase and Sale Agreement, and (III) Granting Related Relief [Docket No. 1859] (the "Hearing Notice").

In addition, a true and correct copy of the Sale Motion and the Hearing Notice was electronically served via the CM/ECF system on all counsel of record.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined herein have the meanings set forth in the Sale Motion.

Finally, I caused to be served a copy of the Sale Motion and the Hearing Notice, on a confidential basis, by email on the Buyer's counsel and other parties that have expressed to Edmiston an interest in purchasing the Lady May.

Dated: June 5, 2023

                                                                                       */s/ Jocelyn C. Kuo*
                                                                                        Jocelyn C. Kuo

**Exhibit A**

Cheng Jian Wu Jian She
Gaosheng Guo
Yan Zhao
c/o Ning Ye, Esq.
Law office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354

Hong Qi Qu
Nan Tong Si Jian
Jian Gong
Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Liehong Zhuang
Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler & Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Suite 112
Flushing, NY 11355

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

Golden Spring New York Ltd.
162 E. 64th Street
New York, NY 10065-7478

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153

Chao-Chih Chiu
Huizhen Wang
Yunxia Wu
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606

Edward Moss
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Kevin J. Nash
J. Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036

Diana Perez
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Stuart Sarnoff
O'Melveny & Myers LLP
7 Times Square
33rd Floor
New York, NY 10036

Daniel Shamah
O'Melveny & Myers, LLP
7 Times Square
New York, NY 10036

Douglas E. Spelfogel
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Derek L. Wright
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Yongbing Zhang
223 West Jackson Bl;vd. #1012
Chicago, IL 60606