ct136                                                                                                                          04/2019

# United States Bankruptcy Court

## District of Connecticut



In re:

Ho Wan Kwok and Genever Holdings LLC

Case Number: 22-50073

Chapter: 11

Debtor*

## ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

A Motion for admission for Attorney Carolina A. Fornos to appear as a visiting attorney was filed on June 2, 2023 (the "Motion", ECF No. 1854), by local counsel, Attorney Kellianne Baranowsky (the "Sponsoring Attorney"). As the Motion satisfies the requirements of D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 1001-1(b); it is hereby

**ORDERED**: Attorney Carolina A. Fornos is hereby admitted *pro hac vice* for the purposes of this case only; and it is further

**ORDERED:** The Sponsoring Attorney is not excused from attendance in court pursuant to D. Conn. L. Civ. R. 83.1(d)(2).

Dated: June 5, 2023

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.