**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : RE: ECF No. 1864
: 
------------------------------------------------------x (Jointly Administered)

**ORDER GRANTING
CHAPTER 11 TRUSTEE'S MOTION TO APPEAR REMOTELY FOR
JUNE 6, 2023, HEARING AND REQUEST FOR STATUS CONFERENCE**

Upon the motion (the "Motion") of Luc A. Despins, as chapter 11 trustee (the "Trustee") for the individual debtor in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), for permission to participate remotely in the hearing of matters scheduled in these Chapter 11 Cases and related adversary proceedings for June 6, 2023, and to request a status conference regarding the *Motion to Stay Pending Appeal* (the "Motion to Stay") filed June 2, 2023, in Adv. Proc. No. 22-05003, sufficient notice having been provided, and good cause appearing therefore, it is hereby

1. ORDERED that the Motion is granted as set forth herein; and it is further

2. ORDERED that the Trustee may participate in the hearing of matters scheduled for June 6, 2023 in these Chapter 11 Cases and related adversary proceedings via the Court's Zoom.gov platform, by contacting the Clerk's Office for instructions to connect to the ZoomGov

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

-2-

remote conference by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov; and it is further

3. ORDERED, that a status conference will be held regarding the Motion to Stay in Adv. Proc. No. 22-05003 on June 6, 2023, at 1 p.m., at the United States Bankruptcy Court, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT.

Dated at Bridgeport, Connecticut this 5th day of June, 2023.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut