# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## TRANSMITTAL FORM TO DISTRICT COURT REGARDING
## APPEALS AND RELATED DOCUMENTS

Debtor(s) Name:  Ho Wan Kwok et al

Case No.            22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:              23-575(KAD)

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

    If indicated below, the Notice of Appeal is attached:
    ☐ Notice of Appeal attached

2. ☐ Notice of Appeal (only)   ECF No.:

3. ☑ Related documents as indicated below:

    ☑ Designation of items designated by the Appellant

    ☑ Designation of items designated by the Appellee

    ☐ Cross Appeal

    ☐ Amended Appeal

    ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)

    ☑ Transcripts:  Hearing held November 30, 2022 is unrestricted and can be viewed from the public docket at ECF No. 1220.
    ☐ Transcripts of hearings held on March 7 and 8, 2023 are under the 90-day restriction and shall be transmitted via email to the District Court.

4. Other applicable information:

Filing Fee: ☐ Paid  ☐ Not Paid

Appellant's Name:

Appellant's Attorney:

Appellee's Name:

Appellee's Attorney:

Interested Party:

By: Zahra Adam-Zeini                    Date: June 5, 2023
Deputy Clerk, U.S. Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name:  Ho Wan Kwok

Bankruptcy Case No.:    22-50073

Adversary Case No.:

Previous Civil No.:    23-575(KAD)

Previous Miscellaneous No.:

Transmittal dated:    June 5, 2023

**To the Bankruptcy Court:**

**The following number has been assigned:**

☐ Civil No. Assigned    _____

☐ Miscellaneous No. Assigned    _____

☐ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By:  _____    Date:
   Deputy Clerk, U.S. District Court