# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

------------------------------------------------------x
: 
In re:                                                       :        Chapter 11
                                                             :
HO WAN KWOK, *et al.*,[1]                                    :        Case No. 22-50073 (JAM)
                                                             :
      Debtor.                    :        (Jointly Administered)
------------------------------------------------------x

### APPELLEE'S COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL

Appellee, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), by and through his undersigned counsel, hereby provides, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the following counter-designation of additional items to be included in the record on appeal.

### COUNTER-DESIGNATION OF RECORD ON APPEAL

Appellee respectfully counter-designates the following items for inclusion in the record on appeal pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure. This designation includes all exhibits attached or referred to in the pleadings or matters of record.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

### Docket Entries (No. 22-50073 (JAM))

| Docket No. | Date Filed | Description |
|---|---|---|
| 686 | 08/04/2022 | Certificate of Service Filed by Douglas S. Skalka on behalf of Luc A. Despins, Trustee |
| 724 | 08/10/2022 | Reply to Responses to Chapter 11 Trustee's Motions for 2004 Examinations |
| 1511 | 03/06/2023 | Certificate of Service Filed by Patrick R. Linsey on behalf of Luc A. Despins Chapter 11 Trustee |
| 1526 | 03/07/2023 | Hearing Held. For the reasons stated on the record<br><br>1397 Order to Show Cause) is continued to April 18, 2023 at 2:00 PM and service must be made by March 24, 2023.<br><br>1455 Order on Motion to Appear and Show Cause) is under advisement.<br><br>1454 Motion to Extend Time filed by Interested Party HK International Funds Investments (USA) Limited, LLC, Interested Party Mei Guo) is denied.<br><br>1453 Motion for Order to Show Cause filed by Chapter 11 Trustee Luc A. Despins) a brief shall be filed by Attorney Kindseth no later than March 28, 2023. A reply shall be filed by Attorney Bassett no later than April 7, 2023. A hearing shall be held if necessary on April 18, 2023 at 2:00 PM.<br><br>1492 Motion To Stay Pending Appeal filed by Debtor Ho Wan Kwok) is under advisement.<br><br>1489 Motion to Seal filed by Chapter 11 Trustee Luc A. Despins) is granted. Revised proposed order due March 10, 2023.<br><br>1499 Order Setting Status Conference). Notice of Evidentiary Hearing to be issued for a hearing to be held on the underlying Motion to Modify Consent Order, ECF No. 1216, on March 23, 2023 at 11:00 AM. List of Witnesses and Exhibits to be filed in pdf format by noon on March 17, 2023. |

| Docket No. | Date Filed | Description |
|---|---|---|
| | | (RE: 1291 Objection filed by Interested Party HCHK Technologies, Inc., Interested Party HCHK Property Management, Inc., Interested Party Lexington Property and Staffing, Inc.) is to be withdrawn by 5:00 PM March 28, 2023.<br><br>1362 Motion to Compel filed by Chapter 11 Trustee Luc A. Despins) is continued to April 18, 2023 at 2:00 PM.<br><br>1446 Supplemental Document filed by Chapter 11 Trustee Luc A. Despins, Debtor Genever Holdings Corporation, Debtor Genever Holdings LLC, Interested Party Genever Holdings LLC) is granted. Revised proposed order due March 10, 2023. (rms) (Entered: 03/08/2023) |
| 1533 | 03/10/2023 | ORDER DENYING MOTION TO AMEND: A hearing was held on March 7, 2023, on the Motion to Extend Time to Comply with the Court's Order Dated January 20, 2023, filed on behalf of Mei Guo and HK International Funds Investments (USA) Limited, LLC, (the 'Motion,' ECF No. 1353). For the reasons stated on the record during the hearing, it is hereby ORDERED: The Motion is DENIED. (RE:1454). Signed by Judge Julie A. Manning on March 10, 2023. (rms) (Entered: 03/10/2023) |

### CERTIFICATION REGARDING TRANSCRIPTS

Appellee, pursuant to Rule 8009(b)(3) of the Federal Rules of Bankruptcy Procedure, hereby certifies that he is not ordering any transcripts. All transcripts have been prepared and are either available on the docket or in the Bankruptcy Court Clerk's Office.

### RESERVATION OF RIGHTS

Appellee expressly reserves the right to (i) withdraw, supplement, amend or modify this Counter-Designation of Record on Appeal and (ii) move to strike any items included by the Appellants in their *Designation of Items to be Included in the Record on Appeal and Statement of*

3

*Issues to be Presented*. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Respectfully submitted,

| | | |
|---|---|---|
| Dated: | June 1, 2023<br>New Haven, Connecticut | LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE |

By: */s/ Patrick R. Linsey*
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

       *and*

    Nicholas A. Bassett (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

       *and*

    Avram E. Luft (admitted *pro hac vice*)
    Douglass Barron (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[2] : Case No. 22-50073 (JAM)
:
Debtor. : (Jointly Administered)
------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 1, 2023, the foregoing was filed electronically using the Court's case management/electronic case files ("CM/ECF") system. Parties may access the foregoing via the CM/ECF system.

Dated: June 1, 2023
      New Haven, Connecticut

LUC A. DESPINS,
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com

---

[2] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

5