UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on June 1, 2023 the *Consented to Motion of Hudson Diamond NY LLC and Hudson Diamond Holding LLC to Adjourn Hearing on Motion of Chapter 11 Trustee for Entry of an Order Holding Hudson Diamond NY LLC and Hudson Diamond Holding LLC in Civil Contempt for Failing to Respond to Rule 2004 Subpoenas* was filed electronically. Notice of these filings has been sent by e-mail to all parties by operation of the Court's electronic filing system ("<u>CM/ECF</u>") or by United States first-class mail (sent June 2, 2023) to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. These recipients are specifically set forth below. Parties may access the documents through the Court's CM/ECF system.

With respect to the Notice Parties, as defined in Local Bankr. R. 2004-1, the following parties will receive notice of this filing by CM/ECF: (i) the Debtor; (ii) the Chapter 11 Trustee; (iii) the United States Trustee; (iv) any official committee; and (v) any party that has filed a notice

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

of appearance in the case, provided however, that parties appearing in the case who are unable to receive electronic notice were served via U.S. Mail as set forth above.

The undersigned hereby certifies that the foregoing constitutes service upon all of the Notice Parties.

Dated: June 5, 2023  
      Bridgeport, Connecticut

*/s/ Aaron A. Romney*  
Aaron A. Romney (ct28144)  
aromney@zeislaw.com  
James M. Moriarty (ct21876)  
jmoriarty@zeislaw.com  
**ZEISLER & ZEISLER PC**  
10 Middle Street, 15th Floor  
Bridgeport, CT 06604  
Telephone: (203) 368-4234  
Facsimile: (203) 368-5485  
*Counsel for Non-Parties Hudson Diamond NY LLC and Hudson Diamond Holding LLC*

**PARTIES THAT RECEIVED ELECTRONIC NOTICE VIA
CM/ECF ON JUNE 1, 2023**

Laura Aronsson on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. and Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Tristan G. Axelrod on behalf of Creditor Brown Rudnick LLP and Creditor Verdolino & Lowey, P.C.
taxelrod@brownrudnick.com

William Baldiga on behalf of Debtor Ho Wan Kwok, Creditor Brown Rudnick LLP and Defendant Kwok Ho Wan
wbaldiga@brownrudnick.com

Kellianne Baranowsky on behalf of Interested Party BakerHostetler
kbaranowsky@gs-lawfirm.com; aevans@gs-lawfirm.com; kbaranowsky@ecf.courtdrive.com

Daniel D. Barnes on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC and Interested Party Mei Guo
dbarnes@csglaw.com

Douglass E. Barron on behalf of Chapter 11 Trustee Luc A. Despins, Counter-Claimant Luc A. Despins, Debtor Genever Holdings Corporation, Debtor Genever Holdings LLC, Plaintiff Despins, Luc A., Chapter 11 Trustee, Plaintiff Genever Holdings LLC, and Plaintiff Luc A. Despins
douglassbarron@paulhastings.com; ezrasutton@paulhastings.com; alexbongartz@paulhastings.com; kristincatalano@paulhastings.com

Nicholas A. Bassett on behalf of Chapter 11 Trustee Luc A. Despins, Counter-Claimant Luc A. Despins, Plaintiff Despins, Luc A., Chapter 11 Trustee, Plaintiff Genever Holdings LLC, and Plaintiff Luc A. Despins
nicholasbassett@paulhastings.com; jonathonkosciewicz@paulhastings.com; lucdespins@paulhastings.com; alexbongartz@paulhastings.com; ezrasutton@paulhastings.com; douglassbarron@paulhastings.com; ecf.frg@paulhastings.com; aviluft@paulhastings.com

Patricia B. Bergamasco on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC and Interested Party Mei Guo
Pbergamasco@csglaw.com

Stephen A. Best on behalf of Debtor Ho Wan Kwok
sbest@brownrudnick.com

Patrick M. Birney on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. and Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

G. Alexander Bongartz on behalf of Chapter 11 Trustee Luc A. Despins, Plaintiff Despins, Luc A., Chapter 11 Trustee, Plaintiff Genever Holdings LLC, and Plaintiff Luc A. Despins
alexbongartz@paulhastings.com

Carollynn H.G. Callari on behalf of 20 Largest Creditor Rui Ma, 20 Largest Creditor Weican Meng and Creditor Zheng Wu
ccallari@callaripartners.com

Daniel Cantor on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
dcantor@omm.com

John L. Cesaroni on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC, Counter-Defendant Mei Guo, Debtor Ho Wan Kwok, Defendant Ho Wan Kwok, Interested Party HK International

Funds Investments (USA) Limited, LLC, Interested Party Mei Guo, and Plaintiff HK International Funds Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

Scott M. Charmoy on behalf of Attorney Charmoy & Charmoy, LLC
scottcharmoy@charmoy.com; ecf-3ae5beb98d9b@ecf.pacerpro.com; charmoysr97992@notify.bestcase.com

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

Brian J Clifford on behalf of Plaintiff Genever Holdings LLC
bclifford@sdvlaw.com; smorrison@sdvlaw.com; lucdespins@paulhastings.com

Joanna J. Cline on behalf of Defendant Bravo Luck Limited and Interested Party Bravo Luck Limited
joanna.cline@troutman.com

Stephen R. Cook on behalf of Debtor Ho Wan Kwok
scook@brownrudnick.com

Keith N. Costa on behalf of Interested Party Leonard Scudder
kcosta@otterbourg.com; kcosta@otterbourg.com; awilliams@otterbourg.com

Samuel Bryant Davidoff on behalf of Interested Party Williams & Connolly LLP
sdavidoff@wc.com

Sam Della Fera, Jr on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC and Interested Party Mei Guo
sdellafera@csglaw.com

Luc A. Despins on behalf of Chapter 11 Trustee Luc A. Despins
lucdespins@paulhastings.com; matlaskowski@paulhastings.com; davidmohamed@paulhastings.com

Janie Eddy on behalf of Plaintiff Genever Holdings LLC
jeddy@sdvlaw.com

Melissa I Falk Wernick on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC, Counter-Defendant Mei Guo, Interested Party HK International Funds Investments (USA) Limited, LLC, Interested Party Mei Guo, and Plaintiff HK International Funds Investments (USA) Limited, LLC
mwernick@csglaw.com

Sam Della Fera, Jr. on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC and Interested Party Mei Guo
sdellafera@csglaw.com

Sabato P. Fiano on behalf of Interested Party RCI Bridgeport, LLC
sfiano@znclaw.com

David S. Forsh on behalf of 20 Largest Creditor Rui Ma, 20 Largest Creditor Weican Meng, and Creditor Zheng Wu
dforsh@callaripartners.com

Richard N Freeth on behalf of Interested Party Himalaya Investment LLC and Interested Party Jiaming Liu
rfreeth@freethfirm.com

Lisa Fried on behalf of Interested Party UBS AG
lisa.fried@hsf.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. and Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Taruna Garg on behalf of Creditor The Sherry-Netherland, Inc.
tgarg@murthalaw.com;  mgarcia@murthalaw.com

Irve J. Goldman on behalf of Creditor Committee Official Committee of Unsecured Creditors and Creditor Committee Pullman & Comley, LLC
igoldman@pullcom.com;  rmccoy@pullcom.com

Mia N. Gonzalez on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. and Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

Marc Gottridge on behalf of Interested Party UBS AG
marc.gottridge@hsf.com

James C. Graham on behalf of Chapter 11 Trustee Luc A. Despins and Defendant Luc A. Despins
jgraham@npmlaw.com;  sgibbons@npmlaw.com;  NeubertPepeMonteithPC@jubileebk.net

Lawrence S. Grossman on behalf of Interested Party BakerHostetler
LGrossman@gs-lawfirm.com;  aevans@gs-lawfirm.com;  ngolino@gs-lawfirm.com; lawrencegrossman@ecf.courtdrive.com;  mbuckanavage@gs-lawfirm.com;  eross@gs-lawfirm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. and Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

James J. Healy on behalf of Interested Party Williams & Connolly LLP
jhealy@cmdhlaw.com

Jeffrey Hellman on behalf of Defendant Ho Wan Kwok
jeff@jeffhellmanlaw.com;  christen@jeffhellmanlaw.com

Eric A. Henzy on behalf of Debtor Ho Wan Kwok, Defendant Ho Wan Kwok, and Interested Party HK International Funds Investments (USA) Limited, LLC
ehenzy@zeislaw.com;  cjervey@zeislaw.com

David G. Jordan on behalf of Plaintiff Genever Holdings LLC
djordan@sdvlaw.com;  kryan@sdvlaw.com

Jonathan Kaplan on behalf of Creditor Committee Official Committee of Unsecured Creditors
jkaplan@pullcom.com;  prulewicz@pullcom.com;  rmccoy@pullcom.com

Austin D Kim on behalf of Defendant Greenwich Land, LLC, Defendant Hing Chi Ngok, Interested Party Greenwich Land, LLC, and Interested Party Hing Chi Ngok
adk@msf-law.com

Stephen M. Kindseth on behalf of Debtor Ho Wan Kwok, Defendant Ho Wan Kwok, Interested Party HK International Funds Investments (USA) Limited, LLC and Interested Party Mei Guo
skindseth@zeislaw.com;  cjervey@zeislaw.com

Nancy Bohan Kinsella on behalf of Plaintiff-Intervenor Luc A. Despins
nkinsella@npmlaw.com;  moshea@npmlaw.com;  smowery@npmlaw.com;  npm.bankruptcy@gmail.com

Julie A Lavoie on behalf of Creditor The Sherry-Netherland, Inc.
jlavoie@murthalaw.com

Francis J. Lawall on behalf of Defendant Bravo Luck Limited and Interested Party Bravo Luck Limited
francis.lawall@troutman.com; susan.henry@troutman.com; marcy.smith@troutman.com

Andrew V. Layden on behalf of Interested Party BakerHostetler
alayden@bakerlaw.com

Patrick R. Linsey on behalf of Chapter 11 Trustee Luc A. Despins, Counter-Claimant Luc A. Despins, Debtor Genever Holdings Corporation, Debtor Genever Holdings LLC, on behalf of Debtor's Attorney Paul Hastings LLP, Defendant Luc A. Despins, Plaintiff Despins, Luc A., Chapter 11 Trustee, Plaintiff Genever Holdings Corporation, Plaintiff Genever Holdings LLC, Patrick R. Linsey on behalf of Plaintiff Luc A. Despins, and Plaintiff-Intervenor Luc A. Despins
plinsey@npmlaw.com; sdobson@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net

Avram Emmanuel Luft on behalf of Chapter 11 Trustee Luc A. Despins, Plaintiff Despins, Luc A., Chapter 11 Trustee, Plaintiff Genever Holdings Corporation, Plaintiff Genever Holdings LLC, and Plaintiff Luc A. Despins
aviluft@paulhastings.com

Christopher J. Major on behalf of Defendant Greenwich Land, LLC, Defendant Hing Chi Ngok, Interested Party Greenwich Land, LLC, and Interested Party Hing Chi Ngok
cjm@msf-law.com

Bonnie C. Mangan on behalf of Requested Notice Bonnie C. Mangan
bonnie.mangan@manganlaw.com; becky.avery@manganlaw.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Rui Ma, 20 Largest Creditor Weican Meng, Creditor Committee Official Committee of Unsecured Creditors, Creditor Zheng Wu, Plaintiff Boxun Inc., Plaintiff Rui Ma, Plaintiff Weican (Watson) Meng, Plaintiff Yang Lan, and Plaintiff Zheng Wu
kmayhew@pullcom.com; kwarshauer@mdmc-law.com; bdangelo@mdmc-law.com

Marcy J. McLaughlin Smith on behalf of Defendant Bravo Luck Limited and Interested Party Bravo Luck Limited
marcy.smith@troutman.com

Danielle L. Merola on behalf of Interested Party BakerHostetler
dmerola@bakerlaw.com

Sherry J. Millman on behalf of Creditor The Sherry-Netherland, Inc.
smillman@stroock.com

Aaron A Mitchell on behalf of Debtor Ho Wan Kwok, on behalf of Debtor's Attorney Lawall & Mitchell, LLC, and Defendant Ho Wan Kwok
aaron@lmesq.com

James M. Moriarty on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC, Counter-Defendant Mei Guo, Debtor Ho Wan Kwok, Defendant Ho Wan Kwok, Interested Party HK International Funds Investments (USA) Limited, LLC, Interested Party Mei Guo, and Plaintiff HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com; cgregory@zeislaw.com

Sara Pahlavan on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
spahlavan@omm.com

Patrick N. Petrocelli on behalf of Creditor The Sherry-Netherland, Inc.
ppetrocelli@stroock.com

Sari B. Placona on behalf of Interested Party HCHK Property Management, Inc., Interested Party HCHK Technologies, Inc., and Interested Party Lexington Property and Staffing, Inc.
splacona@msbnj.com

Lucas Bennett Rocklin on behalf of Chapter 11 Trustee Luc A. Despins
lrocklin@npmlaw.com;   NeubertPepeMonteithPC@jubileebk.net

Aaron Romney on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC, Counter-Defendant Mei Guo, Debtor Ho Wan Kwok, Defendant Ho Wan Kwok, Interested Party HK International Funds Investments (USA) Limited, LLC, Interested Party Hudson Diamond NY LLC, Interested Party Mei Guo, and Plaintiff HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com;   swenthen@zeislaw.com

Scott D. Rosen on behalf of Attorney Cohn Birnbaum & Shea, P.C.
srosen@cb-shea.com;   msullivan@cbshealaw.com;   moshea@cbshealaw.com

Thomas J. Sansone on behalf of Attorney Michael S. Weinstein, Creditor Chong Shen Raphanella, Creditor Rong Zhang, Creditor Xiaodan Wang, Plaintiff Chong Shen Raphanella, Plaintiff Rong Zhang, and Plaintiff Xiaodan Wang
tsansone@carmodylaw.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P., and Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com;   stuart-sarnoff-1059@ecf.pacerpro.com

David M.S. Shaiken on behalf of Defendant Bravo Luck Limited and Interested Party Bravo Luck Limited
david@shipmanlawct.com

Douglas S. Skalka on behalf of Chapter 11 Trustee Luc A. Despins, Counter-Claimant Luc A. Despins, Debtor Genever Holdings Corporation, Debtor Genever Holdings LLC, Defendant Luc A. Despins, Plaintiff Despins, Luc A., Chapter 11 Trustee, Plaintiff Genever Holdings LLC, Plaintiff Luc A. Despins and Plaintiff-Intervenor Luc A. Despins
dskalka@npmlaw.com;   smowery@npmlaw.com;   NeubertPepeMonteithPC@jubileebk.net

Jeffrey M. Sklarz on behalf of Interested Party BakerHostetler and Interested Party G Club Operations, LLC
jsklarz@gs-lawfirm.com;   aevans@gs-lawfirm.com;   mbuckanavage@gs-lawfirm.com;   eross@gs-lawfirm.com;   jsklarz@ecf.courtdrive.com

Annecca H. Smith on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P., and Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Anthony Sodono, III on behalf of Interested Party HCHK Property Management, Inc., HCHK Technologies, Inc., and Interested Party Lexington Property and Staffing, Inc.
asodono@msbnj.com

Michael P. Thompson on behalf of Defendant AIG Property Casualty Company
mpthompson@grsm.com;   tbernier@grsm.com

John Troy on behalf of Interested Party Troy Law, PLLC
johntroy@troypllc.com

Tiffany Troy on behalf of Creditor Troy Law, PLLC
troylegalpllc@gmail.com;   troylaw@troypllc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Lee Vartan on behalf of Attorney Lee Vartan, Counter-Defendant HK International Funds Investments (USA) Limited, LLC, Counter-Defendant Mei Guo, Interested Party Chiesa Shahinian & Giantomasi PC, Interested Party HK International Funds Investments (USA) Limited, LLC, Interested Party Mei Guo, and Plaintiff HK International Funds Investments (USA) Limited, LLC
lvartan@csglaw.com

Stephen G. Walko on behalf of Interested Party Ivey, Barnum & O'Mara LLC
swalko@ibolaw.com

Michael S. Weinstein on behalf of Creditor Chong Shen Raphanella, Creditor Rong Zhang, and Creditor Xiaodan Wang
mweinstein@golenbock.com

Melissa F. Wernick on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC and Interested Party Mei Guo
mwernick@csglaw.com

Jay Marshall Wolman on behalf of Creditor Logan Cheng and Plaintiff Logan Cheng
jmw@randazza.com; ecf-6898@ecf.pacerpro.com

Peter J. Zarella on behalf of 20 Largest Creditor Rui Ma, 20 Largest Creditor Weican Meng, and Creditor Zheng Wu
pzarella@mdmc-law.com

## PARTIES SERVED BY UNITED STATES FIRST-CLASS MAIL ON JUNE 2, 2023

Steven E. Mackey, Esq.
**OFFICE OF THE U.S. TRUSTEE**
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Richard C. Morrissey, Esq.
**OFFICE OF THE U.S. TRUTSEE**
201 Varick Street, Room 1006
New York, NY 10014

Ho Wan Kwok
373 Taconic Road
Greenwich, CT 06831
*Debtor*

Gabriel Sasson, Esq.
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
*Attorneys for Luc A. Despins, Chapter 11 Trustee*

J. Ted Donovan, Esq.
**GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP**
1501 Broadway 22nd Floor
New York, NY 10036
*Attorneys for Debtor Genever Holdings LLC*

Kevin J. Nash, Esq.
**GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP**
1501 Broadway 22nd Floor
New York, NY 10036
*Attorneys for Debtor Genever Holdings LLC*

Christopher A. Lilly, Esq.
**TROY GOULD PC**
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
*Attorneys for Chao-Chih Chiu, Huizhen Wang, Yunxia Wu, and Keyi Zilkie*

Gregory A. Coleman
**COLEMAN WORLDWIDE ADVISORS, LLC**
P O Box 2839
New York, NY 10008-2839

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606

Diana Perez, Esq.
Edward Moss, Esq.
Daniel Shamah, Esq.
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
*Attorneys for Creditor Pacific Alliance Asia Opportunity Fund L.P.*

Derek L. Wright, Esq.
Douglas E. Spelfogel, Esq.
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, NY 10020-1001
*Attorneys for Creditor Pacific Alliance Asia Opportunity Fund L.P.*

Alissa M. Nann, Esq.
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016
*Attorneys for Creditor Pacific Alliance Asia Opportunity Fund L.P.*

**GENEVER HOLDINGS LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520
*Debtor*

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Epiq Corporate Restructuring, LLC
777 Third Avenue, 12th Floor
New York, NY 10017

Yongbing Zhang
223 West Jackson Boulevard, #1012
Chicago, IL 60606

Timothy D. Miltenberger, Esq.
**COHN BIRNBAUM & SHEA P.C.**
100 Pearl Street, 12th Floor
Hartford, CT 06103
*Attorneys for Golden Spring (New York), Ltd., Interested Party*