UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | |

**MOTION OF HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC AND MEI GUO FOR ENTRY OF ORDER GRANTING PERMISSION FOR NEW JERSEY COUNSEL TO APPEAR REMOTELY FOR JUNE 6, 2023, HEARING**

Pursuant to section 105(a) of Title 11 of the United States Code (hereinafter, the "Bankruptcy Code") and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), interested parties HK International Funds Investments (USA) Limited, LLC ("HKI") and Mei Guo, respectfully move (the "Motion") the Court for permission for Chiesa Shahinian & Giantomasi PC ("CSG"), counsel for HKI and Mei Guo, to appear remotely at the June 6, 2023 hearing scheduled in the within Chapter 11 cases and related adversary proceedings. In support of the Motion, HKI and Mei Guo respectfully state the following:

1. As the Court is aware, various matters are on the calendar for Tuesday, June 6, 2023, at 1:00 p.m. in the within Chapter 11 cases and related adversary proceedings.

2. CSG wishes to participate in these matters remotely via the Court's Zoom.gov platform, because counsel is located in Roseland, New Jersey.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

3. Zeisler & Zeisler PC, local counsel for HKI and Mei Guo, will attend the June 6, 2023, hearing in person.

WHEREFORE, the Court should (a) grant this Motion, (b) permit CSG to participate in the June 6, 2023, hearing remotely, and (c) grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated:  June 5, 2023<br>Roseland, New Jersey | */s/ Lee Vartan*<br>Lee Vartan (admitted *pro hac vice*)<br>New York State Bar No. 4288296<br>lvartan@csglaw.com<br>Sam Della Fera, Jr. (admitted *pro hac vice*)<br>New Jersey State Bar No. 023701992<br>sdellafera@csglaw.com<br>Melissa F. Wernick (admitted *pro hac vice*)<br>New Jersey State Bar No. 033642010<br>mwernick@csglaw.com<br>**CHIESA SHAHINIAN & GIANTOMASI PC**<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>Telephone: (973) 325-1500<br>Facsimile: (973) 325-1501<br>*Attorneys for HK International Funds Investments (USA) Limited, LLC and Mei Guo*<br><br>Aaron A. Romney (ct28144)<br>aromney@zeislaw.com<br>James M. Moriarty (ct21876)<br>jmoriarty@zeislaw.com<br>**ZEISLER & ZEISLER PC**<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06604<br>Telephone:  (203) 368-4234<br>Facsimile:  (203) 368-5485<br>*Local Counsel for HK International Funds Investments (USA) Limited, LLC and Mei Guo* |

**CERTIFICATION OF SERVICE**

I hereby certify that on this 5th day of June 2023, a copy of foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: June 5, 2023  /s/ Lee Vartan
Roseland, New Jersey  Lee Vartan (admitted *pro hac vice*)
New York State Bar No. 4288296
lvartan@csglaw.com
Sam Della Fera, Jr. (admitted *pro hac vice*)
New Jersey State Bar No. 023701992
sdellafera@csglaw.com
Melissa F. Wernick (admitted *pro hac vice*)
New Jersey State Bar No. 033642010
mwernick@csglaw.com
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
*Attorneys for Mei Guo and HK International Funds Investments (USA) Limited, LLC*

Aaron A. Romney (ct28144)
aromney@zeislaw.com
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5485
*Local Counsel for Mei Guo and HK International Funds Investments (USA) Limited, LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

**[PROPOSED] ORDER GRANTING MOTION OF HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC AND MEI GUO FOR PERMISSION FOR NEW JERSEY COUNSEL TO APPEAR REMOTELY FOR JUNE 6, 2023, HEARING**

Upon the motion (the "Motion") of HK International Funds Investments (USA) Limited, LLC ("HKI") and Mei Guo for entry of an order granting their counsel, Chiesa Shahinian & Giantomasi PC ("CSG"), permission to participate remotely in the hearing of matters scheduled in the within Chapter 11 cases and related adversary proceedings for June 6, 2023, and sufficient notice having been provided, and good cause appearing therefore, it is hereby:

1. ORDERED that the Motion is granted as set forth herein; and it is further

2. ORDERED that CSG may participate in the hearing of matters scheduled for June 6, 2023 in the within Chapter 11 cases and related adversary proceedings via the Court's Zoom.gov platform, by contacting the Clerk's Office for instructions to connect to the Zoom.gov

---

[2] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

remote conference by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.