**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*[1]<br><br>      Debtors. | Chapter 11 Case No.<br><br>22-50073 (JAM) |

**[PROPOSED] ORDER GRANTING PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S MOTION TO PERMIT CERTAIN COUNSEL TO <u>APPEAR REMOTELY FOR JUNE 6, 2023 HEARING</u>**

Upon consideration of *Pacific Alliance Asia Opportunity Fund L.P.'s Motion to Permit Certain Counsel to Appear Remotely for June 6, 2023 Hearing* (the "<u>Motion</u>"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); and the Court having found this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given, under the circumstances, and that no other or further notice is necessary; and upon the record herein; and it appearing that cause exists to grant the relief sought in the Motion; it is hereby

ORDERED, ADJUDGED and DECREED that:

1. The Motion is GRANTED as set forth herein.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) ("<u>Kwok</u>" or the "<u>Individual Debtor</u>"), Genever Holdings Corporation ("<u>Genever BVI</u>"), and Genever Holdings LLC (last four digits of tax identification number: 8202) ("<u>Genever US</u>"). The mailing address for the Trustee, Genever BVI, and Genever US is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2.  The following counsel for PAX is hereby granted leave to appear remotely at the hearing scheduled for Tuesday, June 6, 2023: Attorney Stuart Sarnoff of O'Melveny & Myers LLP.

3.  The Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

Dated: _____, 2023
Bridgeport, Connecticut

                                                HONORABLE JULIE A. MANNING
                                                UNITED STATES BANKRUPTCY JUDGE