## Notice Recipients

District/Off: 0205−5 | User: admin | Date Created: 6/6/2023
Case: 22−50073 | Form ID: pdfdoc2 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty            Patrick M. Birney            pbirney@rc.com

TOTAL: 1