UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>RE: ECF No. 1877 |

## ORDER GRANTING MOTION OF HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC AND MEI GUO FOR PERMISSION FOR NEW JERSEY COUNSEL TO APPEAR REMOTELY FOR JUNE 6, 2023, HEARING

Upon the motion (the "Motion") of HK International Funds Investments (USA) Limited, LLC ("HKI") and Mei Guo for entry of an order granting their counsel, Chiesa Shahinian & Giantomasi PC ("CSG"), permission to participate remotely in the hearing of matters scheduled in the within Chapter 11 cases and related adversary proceedings for June 6, 2023, and sufficient notice having been provided, and good cause appearing therefore, it is hereby:

1. ORDERED that the Motion is granted as set forth herein; and it is further

2. ORDERED that CSG may participate in the hearing of matters scheduled for June 6, 2023 in the within Chapter 11 cases and related adversary proceedings via the Court's Zoom.gov platform, by contacting the Clerk's Office for instructions to connect to the Zoom.gov

---

[2] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

remote conference by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

Dated at Bridgeport, Connecticut this 6th day of June, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut