## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| HO WAN KWOK, *et al.*[1] | 22-50073 (JAM) |
| Debtors. | June 6, 2023 |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

    Please enter the appearance of the undersigned as counsel to Pacific Alliance Asia Opportunity Fund, LP in the above-captioned case.

    Pacific Alliance Asia Opportunity Fund, LP

By: */s/ Trevor Bradley*
    Trevor Bradley (ct29993)
    ROBINSON & COLE LLP
    1055 Washington Boulevard
    Stamford, CT 06901
    (203) 462-7500
    Fax: (203) 462-7599
    tbradley@rc.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) ("Kwok" or the "Individual Debtor"), Genever Holdings Corporation ("Genever BVI"), and Genever Holdings LLC (last four digits of tax identification number: 8202) ("Genever US"). The mailing address for the Trustee, Genever BVI, and Genever US is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).