# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name:  Ho Wan Kwok

Bankruptcy Case No.:  22-50073

Adversary Case No.:

Previous Civil No.:  23-575(KAD)

Previous Miscellaneous No.:

Transmittal dated:  June 5, 2023

**To the Bankruptcy Court:**

**The following number has been assigned:**

[X] Civil No. Assigned    3:23-cv-00375-KAD    (Lead Case)

[ ] Miscellaneous No. Assigned  _____

[X] I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

[ ] I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By:  /s/Nick Fanelle    Date: 6/6/2023
    Deputy Clerk, U.S. District Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

### TRANSMITTAL FORM TO DISTRICT COURT REGARDING
### APPEALS AND RELATED DOCUMENTS

Debtor(s) Name: Ho Wan Kwok et al

Case No.            22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:            23-575(KAD)

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1.    ☐    Motion for Leave to Appeal (only)

    If indicated below, the Notice of Appeal is attached:
    ☐    Notice of Appeal attached

2.    ☐    Notice of Appeal (only)   ECF No.:

3.    ☑    Related documents as indicated below:

    ☑    Designation of items designated by the Appellant

    ☑    Designation of items designated by the Appellee

    ☐    Cross Appeal

    ☐    Amended Appeal

    ☐    Original Court Exhibits, via mail or hand delivery (indicate how many)

    ☑    Transcripts:  Hearing held November 30, 2022 is unrestricted and can be viewed from the public docket at ECF No. 1220.
    ☐                Transcripts of hearings held on March 7 and 8, 2023 are under the 90-day restriction and shall be transmitted via email to the District Court.

4.        Other applicable information:

Filing Fee: ☐ Paid  ☐ Not Paid

Appellant's Name:

Appellant's Attorney:

Appellee's Name:

Appellee's Attorney:

<u>Interested Party:</u>

By: _Zahra Adam-Zeini_                    Date:   June 5, 2023
Deputy Clerk, U.S. Bankruptcy Court