IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:                                                    :

 HO WAN KWOK, *et al*.,                   :    Chapter 11

Debtor.[1]                                              :

                                                            :    Case No. 22-50073 (JAM)

                                                            :

                                                            :    June 6, 2023

                                                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT the undersigned enters an appearance on behalf of the

party-in-interest **G|Club Operations, LLC**..


Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ Carolina Fornos
Carolina A. Fornos
31 West 52nd Street
New York, NY 10019
Tel: (212) 858-1000
Email:carolina.fornos @pillsburylaw.com

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595) (the "Debtor"), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2023, a copy of the foregoing was served via CMECF on the parties entitled to service as set forth thereon.

Dated: June 6, 2023                              /s/ Carolina Fornos
                                                 Carolina A. Fornos