# **Exhibit C**

| | |
|---|---|
| **From:** | Stephen Kindseth <SKindseth@zeislaw.com> |
| **Sent:** | Friday, May 26, 2023 2:16 PM |
| **To:** | Despins, Luc A.; Cheesebrough, Theodore 'Ted' R |
| **Cc:** | Vartan, Lee; Aaron A. Romney; 'Goldman, Irve J.'; 'Sarnoff, Stuart M.'; Casasanta, Laurel A; Biehn, Jeffrey S; Bongartz, Alex |
| **Subject:** | [EXTERNAL] RE: Kwok Chapter 11 case/ Escrow Agreement Dated As of April 28, 2022 |
| **Attachments:** | Notice of Appeal re Count 2 5.26.23.pdf |

[WARNING] Use caution when opening attachments or links from unknown senders.

Luc,

Following your request concerning the release of the escrowed funds, I reviewed the Escrow Agreement dated as of April 28, 2022. In particular, the applicable provision of paragraph 4a provides that the Escrow Agent shall disburse the Escrow Funds upon receipt of "a final, non-appealable order by the Bankruptcy Court on or after July 16, 2022, directing delivery of the Escrow Funds, accompanied by a certificate executed by the Party requesting disbursement to the effect that such order of the Bankruptcy Court is a final, non-appealable order of the Bankruptcy Court."

As you know, we today filed the attached Notice of Appeal with respect to the Bankruptcy Court's Memorandum of Decision and Order Granting Motion for Partial Summary Judgment on Second Counterclaim [Doc. No. 221] entered May 18, 2022. Accordingly, the Bankruptcy Court's order is not yet final.

Furthermore, please be advised that we intend to file promptly a motion for a stay pending appeal.

Steve


Stephen M. Kindseth, Esq.
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Fl.
Bridgeport, CT 06604
Office: 203-368-4234
Direct: 203-368-5487
Facsimile: 203-549-0903
Email: skindseth@zeislaw.com
Website: www.zeislaw.com


This message, together with its attachments, if any, may contain information that is legally privileged and/or confidential, and is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or of its contents, or any attachments, is strictly prohibited. If you have received this message in error, please notify the original sender immediately by return e-mail or by telephone and delete the message, along with any attachments thereto, from your computer. Thank you.

**From:** Despins, Luc A. <lucdespins@paulhastings.com>
**Sent:** Friday, May 26, 2023 1:25 PM
**To:** 'Cheesebrough, Theodore 'Ted' R' <ted.cheesebrough@usbank.com>
**Cc:** Vartan, Lee <lvartan@csglaw.com>; Stephen Kindseth <SKindseth@zeislaw.com>; Aaron A. Romney <aromney@zeislaw.com>; 'Goldman, Irve J.' <igoldman@pullcom.com>; 'Sarnoff, Stuart M.' <ssarnoff@omm.com>; Casasanta, Laurel A <laurel.casasanta@usbank.com>; Biehn, Jeffrey S <jeffrey.biehn@usbank.com>; Bongartz, Alex <alexbongartz@paulhastings.com>
**Subject:** Kwok Chapter 11 case/ Escrow Agreement Dated As of April 28, 2022

<span style="color:red">External E-mail - CAUTION: This email originated from outside the Firm. Do NOT reply, click links or open attachments, unless you recognize the sending email address and know the content is safe..</span>

Please see attached letter. My colleague Alex Bongartz will send the order which is an attachment to the letter by separate email. Have a good holiday weekend.

**Luc Despins | Partner | Financial Restructuring Group**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6001 | M +1.212.318.6000 | Fax: +1.212.230.7771 | lucdespins@paulhastings.com | www.paulhastings.com

*********************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

| | |
|---|---|
| **From:** | Aaron A. Romney <aromney@zeislaw.com> |
| **Sent:** | Monday, May 29, 2023 7:22 PM |
| **To:** | Despins, Luc A.; Stephen Kindseth; Cheesebrough, Theodore 'Ted' R |
| **Cc:** | Vartan, Lee; 'Goldman, Irve J.'; 'Sarnoff, Stuart M.'; Casasanta, Laurel A; Biehn, Jeffrey S; Bongartz, Alex; Bassett, Nicholas |
| **Subject:** | [EXTERNAL] Re: Kwok Chapter 11 case/ Escrow Agreement Dated As of April 28, 2022 |

[WARNING] Use caution when opening attachments or links from unknown senders.

Luc, please articulate what you believe Attorney Kindseth has done that could conceivably constitute a stay relief violation.

On a separate note, if you have authority that suggests a bankruptcy court can over-ride an escrow agreement that requires a final non-appealable order before funds can be released, please forward.

Have a great night,

Aaron

Get Outlook for iOS

**From:** Despins, Luc A. <lucdespins@paulhastings.com>
**Sent:** Monday, May 29, 2023 6:52 PM
**To:** Stephen Kindseth <SKindseth@zeislaw.com>; 'Cheesebrough, Theodore 'Ted' R' <ted.cheesebrough@usbank.com>
**Cc:** Vartan, Lee <lvartan@csglaw.com>; Aaron A. Romney <aromney@zeislaw.com>; 'Goldman, Irve J.' <igoldman@pullcom.com>; 'Sarnoff, Stuart M.' <ssarnoff@omm.com>; Casasanta, Laurel A <laurel.casasanta@usbank.com>; Biehn, Jeffrey S <jeffrey.biehn@usbank.com>; Bongartz, Alex <alexbongartz@paulhastings.com>; Bassett, Nicholas <nicholasbassett@paulhastings.com>
**Subject:** RE: Kwok Chapter 11 case/ Escrow Agreement Dated As of April 28, 2022

External E-mail - CAUTION: This email originated from outside the Firm. Do NOT reply, click links or open attachments, unless you recognize the sending email address and know the content is safe..

Steve, while you are free to seek relief from the Court and from the District Court on appeal, at the present time there is an order that is effective and until it is stayed, it must be complied with. That order holds that the escrowed funds are property of the estate, and the escrow agreement cannot change that holding.  Persons who seek to exercise control over property of the estate are violating the automatic stay, and you know that people who violate the stay intentionally may be held to account for such stay violation under section 362(k). Courts have sanctioned counsel involved in intentional violation of the stay in the past. I want to be clear that it is our position that you and your clients are, as evidenced by your email below,  currently attempting to exercise control over property of the estate and that we will seek appropriate relief in connection with such stay violation.

1

**Luc Despins | Partner | Financial Restructuring Group**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6001 | M: +1.212.318.6000 | Fax: +1.212.230.7771 | lucdespins@paulhastings.com | www.paulhastings.com

---

**From:** Stephen Kindseth <SKindseth@zeislaw.com>
**Sent:** Friday, May 26, 2023 2:16 PM
**To:** Despins, Luc A. <lucdespins@paulhastings.com>; 'Cheesebrough, Theodore 'Ted' R' <ted.cheesebrough@usbank.com>
**Cc:** Vartan, Lee <lvartan@csglaw.com>; Aaron A. Romney <aromney@zeislaw.com>; 'Goldman, Irve J.' <igoldman@pullcom.com>; 'Sarnoff, Stuart M.' <ssarnoff@omm.com>; Casasanta, Laurel A <laurel.casasanta@usbank.com>; Biehn, Jeffrey S <jeffrey.biehn@usbank.com>; Bongartz, Alex <alexbongartz@paulhastings.com>
**Subject:** [EXT] RE: Kwok Chapter 11 case/ Escrow Agreement Dated As of April 28, 2022

**--- External Email ---**

Luc,

Following your request concerning the release of the escrowed funds, I reviewed the Escrow Agreement dated as of April 28, 2022. In particular, the applicable provision of paragraph 4a provides that the Escrow Agent shall disburse the Escrow Funds upon receipt of "a final, non-appealable order by the Bankruptcy Court on or after July 16, 2022, directing delivery of the Escrow Funds, accompanied by a certificate executed by the Party requesting disbursement to the effect that such order of the Bankruptcy Court is a final, non-appealable order of the Bankruptcy Court."

As you know, we today filed the attached Notice of Appeal with respect to the Bankruptcy Court's Memorandum of Decision and Order Granting Motion for Partial Summary Judgment on Second Counterclaim [Doc. No. 221] entered May 18, 2022. Accordingly, the Bankruptcy Court's order is not yet final.

Furthermore, please be advised that we intend to file promptly a motion for a stay pending appeal.

Steve


Stephen M. Kindseth, Esq.
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Fl.
Bridgeport, CT 06604
Office: 203-368-4234
Direct: 203-368-5487
Facsimile: 203-549-0903

Email: skindseth@zeislaw.com
Website: www.zeislaw.com

This message, together with its attachments, if any, may contain information that is legally privileged and/or confidential, and is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or of its contents, or any attachments, is strictly prohibited. If you have received this message in error, please notify the original sender immediately by return e-mail or by telephone and delete the message, along with any attachments thereto, from your computer. Thank you.

**From:** Despins, Luc A. <lucdespins@paulhastings.com>
**Sent:** Friday, May 26, 2023 1:25 PM
**To:** 'Cheesebrough, Theodore 'Ted' R' <ted.cheesebrough@usbank.com>
**Cc:** Vartan, Lee <lvartan@csglaw.com>; Stephen Kindseth <SKindseth@zeislaw.com>; Aaron A. Romney <aromney@zeislaw.com>; 'Goldman, Irve J.' <igoldman@pullcom.com>; 'Sarnoff, Stuart M.' <ssarnoff@omm.com>; Casasanta, Laurel A <laurel.casasanta@usbank.com>; Biehn, Jeffrey S <jeffrey.biehn@usbank.com>; Bongartz, Alex <alexbongartz@paulhastings.com>
**Subject:** Kwok Chapter 11 case/ Escrow Agreement Dated As of April 28, 2022

External E-mail - CAUTION: This email originated from outside the Firm. Do NOT reply, click links or open attachments, unless you recognize the sending email address and know the content is safe..

Please see attached letter. My colleague Alex Bongartz will send the order which is an attachment to the letter by separate email. Have a good holiday weekend.

**PAUL HASTINGS**

**Luc Despins | Partner | Financial Restructuring Group**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6001 | 
+1.212.318.6000 | Fax: +1.212.230.7771 | lucdespins@paulhastings.com |
www.paulhastings.com

*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.