UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
                                                      :
In re:                                                :    Chapter 11
                                                      :
HO WAN KWOK, *et al.*,                                :    Case No. 22-50073 (JAM)
                                                      :
      Debtors.[1]                                    :    RE: ECF No. 1806
                                                      :
------------------------------------------------------x    Jointly Administered

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO FILE COMPLETE, UNREDACTED VERSION OF (A) MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING GTV MEDIA GROUP, INC., SARACA MEDIA GROUP, INC., AND G-CLUB OPERATIONS LLC TO COMPLY WITH RULE 2004 SUBPOENAS AND FOR ENTRY OF AN ORDER HOLDING G-CLUB US OPERATIONS LLC, G-CLUB US OPERATIONS INC., HUDSON DIAMOND NY LLC, HUDSON DIAMOND HOLDING LLC, G-FASHION LLC, GNEWS LLC, US HIMALAYA CAPITAL INC., NEW YORK MOS HIMALAYA LLC, CRANE ADVISORY GROUP LLC, AND MAYWIND TRADING LLC IN CIVIL CONTEMPT FOR FAILING TO RESPOND TO RULE 2004 SUBPOENAS AND (B) CERTAIN EXHIBITS THERETO, UNDER SEAL**

UPON CONSIDERATION OF the motion (the "Motion to Seal") of Chapter 11 Trustee Luc A. Despins (the "Trustee") requesting approval of the sealed filing of the Motion to Compel and the Privileged Exhibit[2] and Potentially Privileged Exhibit cited to in the Motion to Compel and attached to the Luft Declaration, and good cause having been shown; and the Court having found that the filing of the Privileged Exhibit and Potentially Privileged Exhibit is consistent

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) (the "Debtor") and Genever Holdings Corporation (the "Genever BVI Debtor"). The mailing address for the Trustee and the Genever BVI Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined in this Order shall adopt the definitions set forth in the Motion to Seal.

with relevant parties' agreements and expectations under the Protective Order and Privileges Order, the relief provided in those Orders being narrowly tailored to serve the foregoing purposes, and good cause having thereby and otherwise been shown, during a hearing held on June 6, 2023, it is by the Court, hereby

ORDERED, that the Motion to Seal is granted as set forth herein; and it is further

ORDERED, that the Trustee is authorized to file unredacted versions of the Motion to Compel and the Privileged Exhibit and Potentially Privileged Exhibit cited therein and attached to the Luft Declaration under seal, and those exhibits shall remain under seal and shall not be made publicly available, unless and until permitted by further order of this Court; and it is further

ORDERED, that the Trustee is further authorized to file on this Court's docket and to serve on other parties-in-interest redacted copies of the Privileged Exhibit and Potentially Privileged Exhibit that redact any material that is Designated Material pursuant to the Protective Order; it is further

ORDERED that, if necessary, the Court permits the Trustee to submit the Potentially Privileged Exhibit under seal, notwithstanding any restrictions in the Privileges Order; and it is further

ORDERED, that, pursuant to 11 U.S.C. § 107(c)(3), the United States Trustee has a statutory right of full access to any information and/or document filed on the docket or submitted to the Court in this case; the United States Trustee shall comply with the obligations of 11 U.S.C. § 107(c)(3)(B); and it is further

ORDERED, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that the Trustee is authorized to take all actions necessary to effectuate the relief granted herein; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated at Bridgeport, Connecticut this 7th day of June, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut