UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 22-50073 (JAM) |
| HO WAN KWOK, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors.¹ | ) | Re: ECF No. 1805 |
| | ) | |

**ORDER GRANTING IN PART MOTION FOR ENTRY OF**
**ORDER HOLDING NON-RESPONDING PARTIES IN CIVIL CONTEMPT OF COURT**

On May 18, 2023, Mr. Luc A. Despins, in his capacity as Chapter 11 trustee (the "Trustee") for the bankruptcy estate of Mr. Ho Wan Kwok, filed the Motion for Entry of Order Compelling GTV Media, Inc., Saraca Media Group, Inc., and G-Club Operations LLC to Comply with Rule 2004 Subpoenas and for Entry of an Order Holding G-Club US Operations LLC, G-Club US Operations, Inc., Hudson Diamond NY LLC, Hudson Diamond Holding LLC, G-Fashion LLC, GNews LLC, US Himalaya Capital Inc., New York MOS Himalaya LLC, Crane Advisory Group LLC, and Maywind Trading LLC in Civil Contempt for Failing to Respond to Rule 2004 Subpoenas (in pertinent part, the "Contempt Motion"). (ECF No. 1805.) A hearing was held on the Contempt Motion on June 6, 2023.

During the June 6th hearing, the Trustee advised the Court that he seeks an order holding GTV Media, Inc. and Saraca Media Group, Inc. in contempt of court because although they responded initially to the subpoenas directed towards them, they have not responded since

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

December 2022. The Trustee also requested that the Court order Attorney Aaron A. Mitchell to appear and testify regarding GTV Media, Inc. and Saraca Media Group, Inc. The Court will address the requests regarding GTV Media, Inc. and Saraca Media Group, Inc. in a separate Order.

On June 1, 2023, G-Club Operations LLC filed a Motion for Extension of Time to Respond to Trustee's Motion to Compel Compliance with Rule 2004 Subpoena and Continue Hearing Date (the "Motion for Extension of Time"), ECF No. 1845, and the (1) Preliminary Objection to Trustee's Motion to Compel and (2) Motion to Modify Rule 2004 Subpoena (the "Preliminary Objection"), ECF No. 1846. At the June 6th hearing, the Court took the Motion for Extension of Time under advisement and did not reach the Contempt Motion insofar as it seeks to compel G-Club Operations to comply with the Rule 2004 subpoena directed towards it. The Court will address the Motion for Extension of Time in a separate order.

During the June 6th hearing, the Trustee and counsel for Hudson Diamond NY LLC and Hudson Diamond Holding LLC (collectively, the "Hudson Diamond Entities") read into the record a stipulation regarding the Hudson Diamond Entities' compliance with the Rule 2004 subpoenas targeted towards them. The Court anticipates the filing of a consent order memorializing the stipulation read into the record and does not address the Contempt Motion insofar as it relates to the Hudson Diamond Entities in this Order.

Additionally, during the June 6th hearing, the Trustee advised the Court that it was not presently seeking to hold US Himalaya Capital Inc. in contempt of court because counsel for US Himalaya Capital Inc. had reached out to the Trustee subsequent to the filing of the Contempt Motion. This Order does not address the Contempt Motion insofar as it relates to the Hudson Diamond Entities in this Order.

G-Club US Operations LLC, G-Club US Operations, Inc., G-Fashion LLC, GNews LLC, New York MOS Himalaya LLC, Crane Advisory Group LLC, and Maywind Trading LLC (collectively, the "Non-Responding Parties") filed no objections to the Contempt Motion and did not appear at the June 6th hearing. Paragraph 46 of the Contempt Motion details the service of the Rule 2004 Subpoenas on each of the Non-Responding Parties. Exhibits C-4, C-5, C-8, C-9, C-11, C-12, and C-13 to the Declaration of Avram E. Luft attached to the Contempt Motion are affidavits of service support the assertions of Paragraph 46. The Contempt Motion was also served on the Non-Responding Parties, as evidenced by the Trustee's Certificate of Service. (ECF No. 1826.)

Therefore, pursuant to Fed. R. Civ. P. 45(g), made applicable by Fed. R Bankr. P. 9016, the Court finds the Non-Responding Parties in contempt for failure to comply with or respond to the Rule 2004 subpoenas. The failure to excuse their lack of response to the Rule 2004 subpoenas in response to the Contempt Motion, supports a finding of contempt under the Federal Rules of Civil Procedure.

Accordingly, it is hereby

**ORDERED:** G-Club US Operations LLC, G-Club US Operations, Inc., G-Fashion LLC, GNews LLC, New York MOS Himalaya LLC, Crane Advisory Group LLC, and Maywind Trading LLC (collectively, the "Non-Responding Parties") are held to be in civil contempt of Court; and it is further

**ORDERED:** The Non-Responding Parties may purge themselves of contempt by complying with the relevant subpoena(s). Should any or all of the Non-Responding Parties fail to purge itself of contempt by July 7, 2023, the Trustee may move for sanctions against whichsoever or all of the Non-Responding Parties continue(s) to be in contempt; and it is further

**ORDERED:** The Trustee shall serve this Order upon the Non-responding Parties on or before June 9, 2023, and file a certificate of service demonstrating such service on or before June 12, 2023.

Dated at Bridgeport, Connecticut this 7th day of June, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut