UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors.[1] | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered)<br><br>Re: ECF No. 1805 |

**ORDER REQUIRING GTV MEDIA, INC., SARACA MEDIA GROUP, INC. AND ATTORNEY AARON A. MITCHELL TO APPEAR AND
SHOW CAUSE WHY GTV MEDIA, INC. AND SARACA MEDIA GROUP, INC.
<u>SHOULD NOT BE HELD IN CIVIL CONTEMPT OF COURT</u>**

On May 18, 2023, Mr. Luc A. Despins, in his capacity as Chapter 11 trustee (the "Trustee") for the bankruptcy estate of Mr. Ho Wan Kwok, filed the Motion for Entry of Order Compelling GTV Media, Inc., Saraca Media Group, Inc., and G-Club Operations LLC to Comply with Rule 2004 Subpoenas and for Entry of an Order Holding G-Club US Operations LLC, G-Club US Operations, Inc., Hudson Diamond NY LLC, Hudson Diamond Holding LLC, G-Fashion LLC, GNews LLC, US Himalaya Capital Inc., New York MOS Himalaya LLC, Crane Advisory Group LLC, and Maywind Trading LLC in Civil Contempt for Failing to Respond to Rule 2004 Subpoenas (in pertinent part, the "Contempt Motion"). (ECF No. 1805.) A hearing was held on the Contempt Motion on June 6, 2023.

Although the Contempt Motion sought to compel production from GTV Media Inc. ("GTV") and Saraca Media Group, Inc. ("Saraca"), during the June 6th hearing, the Trustee

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

advised the Court that he seeks an order holding GTV Media, Inc. and Saraca Media Group, Inc. in contempt of court because although they responded initially to the subpoenas directed towards them, they have not responded since December 2022. The Trustee also requested that the Court order Attorney Aaron A. Mitchell to appear and testify regarding GTV and Saraca.

Paragraphs 24 through 33 of the Contempt Motion detail the Trustee's communications with GTV, Saraca, and Attorney Mitchell regarding the Rule 2004 subpoenas directed at GTV and Saraca. Exhibits C-1, C-2, D-1, D-2, E, and F to the Declaration of Avram E. Luft attached to the Contempt Motion support the Trustee's assertions. The Contempt Motion was served on GTV and Saraca, as evidenced by the Trustee's Certificate of Service. (ECF No. 1826.)

Accordingly, it is hereby

**ORDERED:** GTV Media Inc. ("GTV"), through an Officer, Director, Member, or Manager; Saraca Media Group, Inc. ("Saraca"), through an Officer, Director, Member, or Manager; and Attorney Aaron A. Mitchell shall personally appear on July 18, 2023 at 12:30 p.m., at the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT 06604, and show cause why this Court should not hold GTV and Saraca in civil contempt of court for failing to respond or comply with subpoenas authorized by this Court; and it is further

**ORDERED:** The Trustee shall serve this Order on GTV, Saraca, and Attorney Mitchell on or before June 9, 2023 and file a certificate of service evidencing compliance with this Order on or before June 12, 2023.

Dated at Bridgeport, Connecticut this 7th day of June, 2023.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut