AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Patrick M. Birney | 2. PHONE NUMBER<br>(860) 275-8275 | 3. DATE<br>6/7/2023 |
| 4. DELIVERY ADDRESS OR EMAIL<br>pbirney@rc.com | 5. CITY<br>Hartford | 6. STATE CT    7. ZIP CODE 06103 |
| 8. CASE NUMBER 22-50073    9. JUDGE Judge Julie A. Manning | DATES OF PROCEEDINGS<br>10. FROM 6/6/2023 | 11. TO 6/6/2023 |
| 12. CASE NAME<br>Ho Wan Kwok | LOCATION OF PROCEEDINGS<br>13. CITY Bridgeport | 14. STATE Connecticut |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Hearings | 6/6/2023 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES 1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE
/s/ Patrick M. Birney

19. DATE
6/7/2023

PROCESSED BY
Nashae Morgan

PHONE NUMBER
203-579-5808

TRANSCRIPT TO BE PREPARED BY
Fiore Reporting and Transcription

COURT ADDRESS
915 Lafayette Blvd.,
Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

### Honorable Julie A. Manning

### Tuesday June 06, 2023

---

| | | | |
|---|---|---|---|
| 01:00 PM | 22-50073 Ch: 11 | | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** #1789; (HY) Fifth Omnibus Motion for Examination Motion for 2004 Examination of Additional Entities and Individuals Affiliated with Debtor, and Entities Doing Business with Debtor and Affiliated Entities Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee.

---

| | | | |
|---|---|---|---|
| 01:00 PM | 22-50073 Ch: 11 | | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** #1805; (HY) Second Omnibus Motion to Compel Compliance with Rule 2004 Subpoenas Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

---

| | | | |
|---|---|---|---|
| 01:00 PM | 22-50073 Ch: 11 | | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** #1806; (HY) Motion to Seal Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

---

| | | | |
|---|---|---|---|
| 01:00 PM | 22-50073 Ch: 11 | | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** #1845; (HY) Motion to Extend Time to Time to Respond to Trustee's Motion to Compel Compliance with Rule 2004 Exam Subpoena to August 7, 2023 Filed by Jeffrey M. Sklarz on behalf of G Club Operations, LLC, Interested Party

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |
|---|---|---|

**Matter:** **#1850; (HY) Consented to Motion of Hudson Diamond NY LLC and Hudson Diamond Holding LLC to Adjourn Hearing on Motion of Chapter 11 Trustee for Entry of an Order Holding Hudson Diamond NY LLC and Hudson Diamond Holding LLC in Civil Contempt for Failing to Respond to Rule 2004 Subpoenas Filed by Aaron Romney on behalf of Hudson Diamond NY LLC, Interested Party**

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |
|---|---|---|

**Matter:** **#1864; (HY) Order Setting Status Conference**

| 01:00 PM | 22-05003 | HK International Funds Investments (USA) Limited, v. Despins |
|---|---|---|

Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings LLC

**Matter:** **#227; (HY) Order Setting Status Conference**

# Attorneys that appeared at the June 6, 2023 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036

**Avram Emmanuel Luft**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604

**Christopher J. Major**
Meister Seelig & Fein LLP
125 Park Avenue
7th Floor
New York, NY 10017

**Trevor L. Bradley**
Robinson & Cole LLP
1055 Washington Blvd.
Stamford, CT 06901

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601

**Jeffrey M. Sklarz**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511

**Kellianne Baranowsky**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511

**Carolina A Fornos**
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

**Melissa I Falk Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068

**Melissa F. Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510