# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

---------------------------------------------------------x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK *et al.*,                                    :    Case No. 22-50073 (JAM)
                                                         :
      Debtors.[1]                                         :    Jointly Administered
                                                         :    Re: ECF No. 1805
---------------------------------------------------------x

## CONSENT ORDER REGARDING MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF AN ORDER HOLDING HUDSON DIAMOND NY LLC AND HUDSON DIAMOND HOLDING LLC IN CIVIL CONTEMPT FOR FAILING TO RESPOND TO RULE 2004 SUBPOENAS

    WHEREAS, on May 18, 2023, Luc A. Despins, in his capacity as chapter 11 Trustee (the "Trustee") in the above-captioned chapter 11 case of the debtor Ho Wan Kwok, filed the *Motion of Chapter 11 Trustee for Entry of Order Compelling GTV Media Group, Inc., Saraca Media Group, Inc., and G-Club Operations LLC to Comply With Rule 2004 Subpoenas and for Entry of an Order Holding G-Club US Operations LLC, G-Club US Operations Inc., Hudson Diamond NY LLC, Hudson Diamond Holding LLC, G-Fashion LLC, GNews LLC, US Himalaya Capital Inc., New York MOS Himalaya LLC, Crane Advisory Group LLC, and Maywind Trading LLC in Civil Contempt for Failing to Respond to Rule 2004 Subpoenas* [ECF No. 1805] (the "Motion");

    WHEREAS, the Parties have no reason to, and, therefore, do not dispute that Hudson Diamond NY LLC and Hudson Diamond Holding LLC (together, the "Hudson Entities") were properly served with the Rule 2004 subpoenas directed to each of them (the "Subpoenas") through a statutory service agent;

    WHEREAS, the Hudson Entities contend that the relevant individual at the Hudson Entities was not actually made aware of the Subpoenas until after the filing of the Motion, a contention that the Trustee is in no position to admit or deny;

    WHEREAS, having now been apprised of the Subpoenas and the Motion, the Hudson Entities agree that they will fully comply with the Subpoenas and agree to raise no objections to the Subpoenas, other than as to issues of privilege;

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

WHEREAS, the Parties agree that based on the Hudson Entities' agreement to fully comply with the Subpoenas and not raise any non-privilege objections to them, the Hudson Entities will have until June 15, 2023 to complete their production to the Trustee;

WHEREAS, accordingly, the Parties request that the Motion hearing be adjourned until June 26, 2023 at 3:00 p.m.  The Parties further agree that should the Motion hearing be deemed by the Parties to be no longer necessary, the Parties will promptly inform the courtroom deputy; and

WHEREAS, there appears good and sufficient cause to enter this Order;

NOW, THEREFORE, it is hereby:

**ORDERED** that, consistent with the representations set forth above, the Hudson Entities shall have until June 15, 2023 to complete their production to the Trustee; and it is further

**ORDERED** that a hearing on the Motion as against the Hudson Entities only is adjourned to June 26, 2023 at 3:00 p.m. in the United States Bankruptcy Court, 915 Lafayette Boulevard, in Bridgeport, Connecticut; and it is further

**ORDERED** that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 8th day of June, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut