UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| | ) | Case No. 22-50073 (JAM) |
| HO WAN KWOK, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors.[1] | ) ) | Re: ECF Nos. 1805, 1845 |

## ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME

On May 18, 2023, Mr. Luc A. Despins, in his capacity as Chapter 11 trustee (the "Trustee") for the bankruptcy estate of Mr. Ho Wan Kwok, filed the Motion for Entry of Order Compelling GTV Media, Inc., Saraca Media Group, Inc., and G-Club Operations LLC to Comply with Rule 2004 Subpoenas and for Entry of an Order Holding G-Club US Operations LLC, G-Club US Operations, Inc., Hudson Diamond NY LLC, Hudson Diamond Holding LLC, G-Fashion LLC, GNews LLC, US Himalaya Capital Inc., New York MOS Himalaya LLC, Crane Advisory Group LLC, and Maywind Trading LLC in Civil Contempt for Failing to Respond to Rule 2004 Subpoenas (in pertinent part, the "Motion to Compel"). (ECF No. 1805.) A hearing was held on the Motion to Compel on June 6, 2023.

On June 1, 2023, G-Club Operations LLC ("G-Club") filed a Motion for Extension of Time to Respond to Trustee's Motion to Compel Compliance with Rule 2004 Subpoena and Continue Hearing Date (the "Motion for Extension of Time"), ECF No. 1845, and the (1)

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Preliminary Objection to Trustee's Motion to Compel and (2) Motion to Modify Rule 2004 Subpoena (the "Preliminary Objection"), ECF No. 1846. Counsel for G-Club appeared during the June 6th hearing. At the conclusion of the hearing, the Court took the Motion for Extension of Time under advisement and did not reach the Motion to Compel insofar as it seeks to compel G-Club to comply with the Rule 2004 subpoena directed towards it.

Exhibit C3 to the Declaration of Avram E. Luft attached to the Motion to Compel establishes that G-Club was served with the Rule 2004 subpoena on December 9th, 2022. Exhibits Q, R, and S to the Declaration of Avram E. Luft establish that the Trustee has attempted to negotiate compliance with the Rule 2004 subpoena outside of Court on several occasions. Counsel for G-Club did not dispute the timeline of events established by counsel for the Trustee, but rather the characterization of G-Club's response to the Trustee's efforts.

It has been nearly seven months since the Court-authorized Rule 2004 subpoena was served and there has been no compliance with the subpoena to-date, as admitted during the June 6th hearing. The Court is troubled by these facts and noted to G-Club that the Court has previously sanctioned parties and their attorneys in these Chapter 11 cases for abuses of the discovery process. Nevertheless, the Court understands G-Club's argument that it needs additional time to comply with the subpoena due to the recent retention of an independent management company. While the Court is troubled that the retention of an independent manager is purportedly effective June 1, 2023 – the original deadline for G-Club to respond to the Motion to Compel – the Court finds cause exists to grant G-Club a limited extension of time to respond to the Motion to Compel. This Order does not set a deadline for compliance with the subpoena—it extends the time for G-Club to file a response to the Motion to Compel and schedules a continued hearing on the Motion to Compel.

Therefore, it is hereby

**ORDERED:** The Motion for Extension of Time, ECF No. 1845, is **GRANTED IN PART**. G-Club shall file any response or objection to the Motion to Compel at or before 12:00 p.m. (noon) on June 22, 2023. The Trustee shall file any reply on or before 12:00 p.m. (noon) on June 23, 2023 and it is further

**ORDERED:** A continued hearing on the Motion to Compel, ECF No. 1805, insofar as it relates to the relief sought by the Trustee against G-Club, shall be held on June 26, 2023 at 3:00 p.m.; and it is further

**ORDERED:** Because G-Club is represented by counsel of record in these Chapter 11 cases, service of this Order shall only be made via the Court's CM/ECF system in accordance with D. Conn. L. Bankr. R. 2002-1(a), 9036-1 and Appendix A, upon G-Club and all parties who have filed appearances in these Chapter 11 cases or have otherwise consented to electronic service.

Dated at Bridgeport, Connecticut this 9th day of June, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut