**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Ezra Sutton, hereby certify that I am over the age of eighteen years old and employed by Paul Hastings LLP.

On June 7, 2023, the Court's *Order Holding G-Club US Operations LLC, G-Club US Operations, Inc., G-Fashion LLC, GNews LLC, New York MOS Himalaya LLC, Crane Advisory Group LLC, and Maywind Trading LLC* [ECF No. 1892] (the "Contempt Order") was filed electronically using the Court's case management/electronic case files ("CM/ECF") system. Parties may access the Contempt Order via the CM/ECF system.

On June 7, 2023, in compliance with the Contempt Order, I caused copies of the Contempt Order to be served on G-Club US Operations LLC, G-Club US Operations, Inc., G-Fashion LLC, GNews LLC, New York MOS Himalaya LLC, Crane Advisory Group LLC, and Maywind Trading LLC by UPS overnight delivery on the parties listed on the attached service list:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated: June 12, 2023

*/s/ Ezra Sutton*
Ezra Sutton

...

## Service List

| Discovery party | Address(es) |
|---|---|
| G CLUB US OPERATIONS INC. | G Club US Operations Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE<br><br>G Club US Operations Inc.<br>590 Madison Avenue<br>New York, NY 10022<br><br>G CLUB US OPERATIONS INC.<br>800 N HARPER AVE<br>LOS ANGELES, CA 90046 |
| G CLUB US OPERATIONS LLC | G Club US Operations LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| G FASHION LLC | G Fashion LLC<br>CT Corporation System<br>361 San Francisco Street, 4th Floor<br>San Juan, PR 00901<br><br>G Fashion LLC<br>PO Box 9022946<br>San Juan, PR 00902 |
| GNEWS LLC | Gnews LLC<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road,<br>Tatnall Building Ste 104<br>Wilmington, DE 19810 |
| New York MOS Himalaya LLC | New York MOS Himalaya LLC<br>40 Brompton Road<br>Great Neck, NY 11021<br><br>New York MOS Himalaya LLC<br>c/o A Registered Agent, Inc.<br>8 The Green, Ste. A<br>Dover, DE 19901 |

| Discovery party | Address(es) |
|---|---|
| Crane Advisory Group LLC | Crane Advisory Group LLC<br>c/o United States Corporation Agents, Inc.<br>7014 13th Avenue<br>Suite 202<br>Brooklyn, NY, 11228<br><br>Crane Advisory Group LLC<br>One World Trade Center<br>85th Floor<br>New York, NY 10007 |
| Maywind Trading LLC | Maywind Trading LLC<br>12810 N Cave Creek Rd.<br>Apt 206<br>Phoenix, AZ, 85022<br><br>Maywind Trading LLC<br>c/o Legalinc Corporate Services Inc.<br>200 E Randolph ST<br>Ste 5100<br>Chicago, IL 60601<br><br>Maywind Trading LLC<br>3341 S Wallace St., Apt B<br>Chicago IL 60616 |