**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
 :
In re: : Chapter 11
 :
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
 :
Debtors. : (Jointly Administered)
 :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Ezra Sutton, hereby certify that I am over the age of eighteen years old and employed by Paul Hastings LLP.

On June 7, 2023, the Court's *Order Holding GTV Media, Inc., Saraca Media Group, Inc. and Attorney Aaron A. Mitchell in Contempt of Court* [ECF No. 1893] (the "Contempt Order") was filed electronically using the Court's case management/electronic case files ("CM/ECF") system. Parties may access the Contempt Order via the CM/ECF system.

On June 7, 2023, in compliance with the Contempt Order, I caused copies of the Contempt Order to be served on GTV Media, Inc., Saraca Media Group, Inc. and Attorney Aaron A. Mitchell by UPS overnight delivery on the parties listed on the attached service list:

In addition, on June 7, 2023, in compliance with the Contempt Order, I served a copy of the Contempt Order via electronic mail to Attorney Aaron A. Mitchell at aaron@lmesq.com.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated: June 12, 2023

                      */s/ Ezra Sutton*
                      Ezra Sutton

**Service List**

| Party | Address(es) |
|---|---|
| Aaron Mitchell, Esq. | Aaron Mitchell<br>Lawall & Mitchell, LLC<br>55 Madison Avenue<br>4th Floor<br>Morristown, NJ 07960<br><br>Aaron Mitchell<br>Lawall & Mitchell, LLC<br>99 Church Street<br>4th Floor<br>White Plains, NY 10601 |
| GTV Media Group, Inc. | GTV Media Group, Inc.<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road, Tatnall Building Ste 104<br>Wilmington, DE 19810<br><br>GTV Media Group, Inc.<br>c/o Aaron Mitchell, Esq.<br>Lawall & Mitchell, LLC<br>55 Madison Avenue<br>4th Floor<br>Morristown, NJ 07960 |
| Saraca Media Group Inc. | Saraca Media Group, Inc.<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road, Tatnall Building Ste 104<br>Wilmington, DE 19810<br><br>Saraca Media Group, Inc.<br>c/o Aaron Mitchell, Esq.<br>Lawall & Mitchell, LLC<br>55 Madison Avenue<br>4th Floor<br>Morristown, NJ 07960 |