## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| HO WAN KWOK, | : | Case No. 22-50073 (JAM) |
| Debtor. | : | |

### MOTION TO WITHDRAW AS ATTORNEY

Pursuant to D. Conn. L. R. Civ. P. 7(e), made applicable to this proceeding by Local Bankr. R. 9083-4, the undersigned attorney respectfully moves to withdraw his appearance in the above-captioned case on behalf of Hudson Diamond NY LLC ("HK USA"). In support hereof, the undersigned states as follows:

1. On June 1, 2023, the undersigned filed a notice of appearance on behalf of Hudson Diamond Holdings and Hudson Diamond NY LLC. At the time, the undersigned believed that Mei Guo was the sole member of both Hudson Diamond entities.

2. Mei Guo is the sole member of Hudson Diamond Holdings, LLC.

3. In an effort to comply with subpoenas served on the Hudson Diamond Entities, the undersigned contacted Hodgson Russ LLP, the law firm that filed the Articles of Organization for Hudson Diamond NY LLC. As a result, the undersigned has learned that Mei Guo is not the sole member of Hudson Diamond NY LLC.

4. The undersigned does not represent any member of Hudson Diamond NY LLC. Thus, the undersigned filed a notice of appearance of Hudson Diamond NY LLC based on an honest mistake of fact.

5. Because the undersigned filed a notice of appearance based on a mistake of fact

and does not have authority from an authorized representative of Hudson Diamond NY LLC, the undersigned respectfully requests the Court's permission to withdraw his appearance on behalf of Hudson Diamond NY LLC.

WHEREFORE, the undersigned attorney respectfully moves this Court for permission to withdraw his appearance on behalf of Hudson Diamond NY LLC in the above-captioned case and for such other and further relief as this Court deems just and proper.

Dated this 13th day of June, 2023, at Bridgeport, Connecticut.

Respectfully submitted,

/s/ Aaron A. Romney
Aaron A. Romney (ct28144)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone: 203-368-4234
Email: aromney@zeislaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Aaron A. Romney