| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| | **TRANSCRIPT ORDER** | DUE DATE: |

*Please Read Instructions:*

| 1. NAME<br>James Moriarty | 2. PHONE NUMBER<br>(203) 368-4234 | 3. DATE<br>6/13/2023 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>jmoriarty@zeislaw.com | 5. CITY<br>Bridgeport | 6. STATE<br>CT | 7. ZIP CODE<br>06604 |
| 8. CASE NUMBER<br>22-50073 | 9. JUDGE<br>Julie A. Manning | DATES OF PROCEEDINGS | |
| | | 10. FROM 6/13/2023 | 11. TO 6/13/2023 |
| 12. CASE NAME<br>Ho Wan Kwok and Genever Holdings Corporation | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Bridgeport | 14. STATE Connecticut |

15. ORDER FOR

| [ ] APPEAL | [ ] CRIMINAL | [ ] CRIMINAL JUSTICE ACT | [X] BANKRUPTCY |
|---|---|---|---|
| [ ] NON-APPEAL | [ ] CIVIL | [ ] IN FORMA PAUPERIS | [ ] OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | 6/13/2023 - Hearing |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [X] | [ ] | NO. OF COPIES 1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE<br>/s/ James Moriarty | PROCESSED BY<br>Nashae Morgan | |
| 19. DATE<br>6/13/2023 | PHONE NUMBER<br>203-579-5808 | |
| TRANSCRIPT TO BE PREPARED BY<br>Fiore Reporting and Transcription | COURT ADDRESS<br>915 Lafayette Blvd.,<br>Bridgeport, CT 06604 | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

### Honorable Julie A. Manning

### Tuesday June 13, 2023

| | | |
|---|---|---|
| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** #1453; Motion for Order to Show Cause Why Debtor, Mei Guo, and HK (USA) Should Not Be Held in Contempt of Court for Failure to Comply with Order Compelling Compliance with Rule 2004 Subpoenas and Sanctioned for Such Contempt Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

| | | |
|---|---|---|
| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** #1649; Motion for a Limited Stay of Order Granting in Part Motion to Compel Compliance with Rule 2004 Subpoena Filed by Dylan Kletter on behalf of Ho Wan Kwok, Debtor

| | | |
|---|---|---|
| 01:00 PM | 22-05003 | HK International Funds Investments (USA) Limited, v. Despins |

Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings LLC

**Matter:** 227; Motion to Stay Pending Appeal filed by Lee Vartan on behalf of Mei Guo, HK International Funds Investments (USA) Limited, LLC, Counter-Defendants.

| | | |
|---|---|---|
| 01:00 PM | 23-05012 | U.S. Bank National Association, as escrow agent v. HK International Funds Investments (USA) Limited, |

Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings LLC

**Matter:** #11; (HY) Status Conference

# Attorneys that appeared at the June 13, 2023 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604

**Eric A. Henzy**
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604

**William R. Baldiga**
Brown, Rudnik, Freed & Gesmer
One Financial Center
Boston, MA 02111

**Latonia C. Williams**
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103