## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 22-50073 (JAM) |
| HO WAN KWOK, *et al.*,[1] | (Jointly Administered) |
| Debtors. | Re: ECF Nos. 1805, 1896, 1903 |

### ORDER CONTINUING HEARING ON MOTION TO HOLD HUDSON DIAMOND NY LLC AND HUDSON DIAMOND HOLDING LLC IN CIVIL CONTEMPT AND REQUIRING ATTORNEYS AARON ROMNEY AND LEE VARTAN TO APPEAR AND SHOW CAUSE WHY THE MOTION TO WITHDRAW AS COUNSEL SHOULD BE GRANTED

On June 6, 2023, a hearing was held on the Motion for Entry of Order Holding Hudson Diamond NY LLC and Hudson Diamond Holding LLC in Civil Contempt for Failing to Respond to Rule 2004 Subpoenas (the "Contempt Motion"), ECF No. 1805, filed by Mr. Luc A. Despins, in his capacity as Chapter 11 trustee (the "Trustee") for the bankruptcy estate of Mr. Ho Wan Kwok.  During the hearing, the Trustee and counsel for Hudson Diamond NY LLC ("Hudson Diamond NY") and Hudson Diamond Holding LLC ("Hudson Diamond Holding," and together, collectively, the "Hudson Diamond Entities") represented on the record that they had reached an agreement to adjourn the hearing on the Contempt Motion.  Following the hearing, on June 8, 2023, the Court entered the Consent Order Regarding Contempt Motion (the "Consent Order"). (ECF No. 1896.)

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Pursuant to the Consent Order, the Hudson Diamond Entities were to comply with the Trustee's subpoenas on or before June 15, 2023, and the hearing on the Contempt Motion as it relates to the Hudson Diamond Entities was adjourned to June 26, 2023 at 3:00 p.m.

On June 13, 2023, Attorney Romney filed a Motion to Withdraw as Attorney (the "Motion to Withdraw"), seeking to withdraw his appearance for Hudson Diamond NY and stating that he had incorrectly believed that Ms. Mei Guo – Mr. Kwok's daughter – was the sole member of Hudson Diamond NY and that this error was discovered in his attempt to comply with the Trustee's subpoena.  (ECF No. 1903.)  The Motion to Withdraw implicates the Consent Order.

Accordingly, it is hereby

**ORDERED:**  Because of a scheduling conflict, the hearing on the Contempt Motion, ECF No. 1805, as it relates to the Hudson Diamond Entities currently scheduled for June 26, 2023 at 3:00 p.m. is continued to June 29, 2023 at 10:00 a.m. in the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT; and it is further

**ORDERED:**  A hearing on the Motion to Withdraw, ECF No. 1903, shall be held on June 29, 2023 at 10:00 a.m. in the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT; and it is further

**ORDERED:**  Attorneys Aaron Romney and Lee Vartan are to personally appear on June 29, 2023 at the hearing on the Motion to Withdraw and show cause as to why the Motion to Withdraw should be granted; and it is further

**ORDERED:**  The Office of the United States Trustee (the "U.S. Trustee") shall file a response or objection to the Motion to Withdraw on or before June 23, 2023; and it is further

**ORDERED:**  The Trustee shall file any response or objection to the Motion to Withdraw on or before June 23, 2023; and it is further

**ORDERED:**  Attorney Romney shall file any reply in support of the Motion to Withdraw on or before June 27, 2023; and it is further

**ORDERED:**  Attorney Romney shall serve this Order on Attorney Vartan, the Trustee, the U.S. Trustee, and the Hudson Diamond Entities at or before 2:00 p.m. on June 16, 2023 and file a certificate of service evidencing compliance with this Order on or before June 19, 2023.

Dated at Bridgeport, Connecticut this 15th day of June, 2023.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut