**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

----------------------------------x
:
In re:                            :    Chapter 11
                                  :
HO WAN KWOK, *et al.*,[1]         :    Case No. 22-50073 (JAM)
                                  :
Debtors.                          :    (Jointly Administered)
                                  :
----------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 15, 2023, notice of the Court's Order Continuing Hearing on Motion to Hold Hudson Diamond NY LLC and Hudson Diamon Holdings LLC in Civil Contempt and Requiring Attorneys Aaron Romney and Lee Vartan to Appear and Show Cause Why the Motion to Withdraw as Counsel Should be Granted, ECF No. 1909, was sent by e-mail to all parties by operation of the Court's electronic filing system ("CM/ECF"). These recipients are specifically set forth below. Parties may access the Served Documents through the Court's CM/ECF system.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated: June 19, 2023
       Bridgeport, Connecticut

THE DEBTOR,
HO WAN KWOK

By: */s/ Aaron A. Romney*
Aaron A. Romney (ct28144)
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5485
Email: aromney@zeislaw.com

## PARTIES THAT RECEIVED ELECTRONIC NOTICE VIA EM/ECF

Laura Aronsson on behalf of plaintiff and 20 largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Tristan G. Axelrod on behalf of Creditors Brown Rudnick LLP and Verdolino & Lowey, P.C.
taxelrod@brownrudnick.com

William Baldiga on behalf of Debtor and Defendant Ho Wan Kwok and Creditor Brown Rudnick LLP
wbaldiga@brownrudnick.com

Kellianne Baranowsky on behalf of Interested Party Baker Hostetler
kbaranowsky@gs-lawfirm.com, aevans@gs-lawfirm.com; kbaranowsky@ecf.courtdrive.com

Daniel D. Barnes on behalf of Interested Parties HK International Funds Investments (USA) Limited, LLC and Mei Guo.
dbarnes@csglaw.com

Douglass E. Barron on behalf of Chapter 11 Trustee, Plaintiff and Counter-Claimant Luc A. Despins and on behalf of Debtor and Plaintiff Genever Holdings LLC
douglassbarron@paulhastings.com, ezrasutton@paulhastings.com; alexbongartz@paulhastings.com; kristincatalano@paulhastings.com

Nicholas A. Bassett on behalf of Chapter 11 Trustee, Counter-Claimant and Plaintiff Luc A. Despins and on behalf of Plaintiff Genever Holdings LLC
nicholasbassett@paulhastings.com, jonathonkosciewicz@paulhastings.com; lucdespins@paulhastings.com; alexbongartz@paulhastings.com; ezrasutton@paulhastings.com; douglassbarron@paulhastings.com; ecf.frg@paulhastings.com; aviluft@paulhastings.com

Patricia B. Bergamasco on behalf of Interested Parties HK International Funds Investments (USA) Limited, LLC and Mei Guo
Pbergamasco@csglaw.com

Stephen A. Best on behalf of Debtor Ho Wan Kwok sbest@brownrudnick.com

Patrick M. Birney on behalf of Plaintiff and 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com, ctrivigno@rc.com

G. Alexander Bongartz on behalf of Chapter 11 Trustee and Plaintiff Luc A. Despins and on behalf of Plaintiff Genever Holdings LLC
alexbongartz@paulhastings.com

Carollynn H.G. Callari on behalf of 20 Largest Creditors Rui Ma, Weican Meng, and Zheng Wu
ccallari@callaripartners.com

Daniel Cantor on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
dcantor@omm.com

John L. Cesaroni on behalf of Debtor and Defendant Ho Wan Kwok, Interested Party, Plaintiff and Counter-Defendant HK International Funds Investments (USA) Limited, LLC and Interested Party and Counter-Defendant Mei Guo jcesaroni@zeislaw.com

Scott M. Charmoy on behalf of Attorney Charmoy & Charmoy, LLC
scottcharmoy@charmoy.com, ecf-3ae5beb98d9b@ecf.pacerpro.com;
charmoysr97992@notify.bestcase.com

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
holley.l.claiborn@usdoj.gov

Joanna J. Cline on behalf of Defendant and Interested Party Bravo Luck Limited
joanna.cline@troutman.com

Stephen R. Cook on behalf of Debtor Ho Wan Kwok
scook@brownrudnick.com

Keith N. Costa on behalf of Interested Party Leonard Scudder
kcosta@otterbourg.com, kcosta@otterbourg.com; awilliams@otterbourg.com

Samuel Bryant Davidoff on behalf of Interested Party Williams & Connolly LLP
sdavidoff@wc.com

Sam Della Fera, Jr on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC and on behalf of Interested Party Mei Guo
sdellafera@csglaw.com

Luc A. Despins and on behalf of Chapter 11 Trustee Luc A. Despins
lucdespins@paulhastings.com, matlaskowski@paulhastings.com;
davidmohamed@paulhastings.com

Melissa I Falk Wernick on behalf of Counter-Defendant, Interested Party and Plaintiff HK International Funds Investments (USA) Limited, LLC, and on behalf of Counter-Defendant and Interested party Mei Guo
mwernick@csglaw.com

Sam Della Fera, Jr. on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC, Interested Party Mei Guo and Interested Party RCI Bridgeport, LLC
sdellafera@csglaw.com

David S. Forsh on behalf of 20 Largest Creditor Rui Ma, Largest Creditor Weican Meng and Creditor Zheng Wu
dforsh@callaripartners.com

Richard N Freeth on behalf of Interested Party Himalaya Investment LLC and Interested Party Jiaming Liu
rfreeth@freethfirm.com

Lisa Fried on behalf of Interested Party UBS AG
lisa.fried@hsf.com

Peter Friedman on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. and on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Taruna Garg on behalf of Creditor The Sherry-Netherland, Inc.
tgarg@murthalaw.com, mgarcia@murthalaw.com

Irve J. Goldman on behalf of Creditor Committee Official Committee of Unsecured Creditors and on behalf of Creditor Committee Pullman & Comley, LLC
igoldman@pullcom.com, rmccoy@pullcom.com

Mia N. Gonzalez on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. and on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

Marc Gottridge on behalf of Interested Party UBS AG
marc.gottridge@hsf.com

James C. Graham on behalf of Chapter 11 Trustee Luc A. Despins, on behalf of Defendant Luc A. Despins, and on behalf of Trustee Luc A. Despins
jgraham@npmlaw.com, sgibbons@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net

Lawrence S. Grossman on behalf of Interested Party Baker Hostetler
LGrossman@gs-lawfirm.com, aevans@gs-lawfirm.com; ngolino@gs-lawfirm.com; lawrencegrossman@ecf.courtdrive.com; mbuckanavage@gs-lawfirm.com; eross@gs-lawfirm.com

David V. Harbach, II on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P. and on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

James J. Healy on behalf of Interested Party Williams & Connolly LLP
jhealy@cmdhlaw.com

Jeffrey Hellman on behalf of Defendant Ho Wan Kwok
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Eric A. Henzy on behalf of Debtor and Defendant Ho Wan Kwok, and Interested Party HK International Funds Investments (USA) Limited, LLC
ehenzy@zeislaw.com, cjervey@zeislaw.com

David G. Jordan on behalf of Plaintiff Genever Holdings LLC
djordan@sdvlaw.com, kryan@sdvlaw.com

Jonathan Kaplan on behalf of Creditor Committee Official Committee of Unsecured Creditors
jkaplan@pullcom.com, prulewicz@pullcom.com; rmccoy@pullcom.com

Austin D Kim on behalf of Defendants and Interested Parties Greenwich Land, LLC and Hing Chi Ngok
adk@msf-law.com

Stephen M. Kindseth on behalf of Debtor and Defendant Ho Wan Kwok and Interested Parties HK International Funds Investments (USA) Limited, LLC and Mei Guo
skindseth@zeislaw.com, cjervey@zeislaw.com

Nancy Bohan Kinsella on behalf of Plaintiff-Intervenor Luc A. Despins
nkinsella@npmlaw.com, moshea@npmlaw.com;smowery@npmlaw.com; npm.bankruptcy@gmail.com

Julie A Lavoie on behalf of Creditor The Sherry-Netherland, Inc.
jlavoie@murthalaw.com

Francis J. Lawall on behalf of Defendant and Interested Party Bravo Luck Limited
francis.lawall@troutman.com, susan.henry@troutman.com; marcy.smith@troutman.com

Andrew V. Layden on behalf of Interested Party BakerHostetler
alayden@bakerlaw.com

Patrick R. Linsey on behalf of Chapter 11 Trustee, Counter-Claimant, Defendant Luc A. Despins, on behalf of Debtor Genever Holdings Corporation, on behalf of Debtor Genever Holdings LLC, on behalf of Debtor's attorney Paul Hastings LLP, on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee, on behalf of Plaintiff Genever Holdings Corporation, on behalf of Plaintiff Genever Holdings LLC, on behalf of Plaintiff Luc A. Despins, on behalf of Plaintiff-Intervenor Luc A. Despins, and on behalf of Trustee Luc A. Despins
plinsey@npmlaw.com, sdobson@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net

Avram Emmanuel Luft on behalf of Chapter 11 Trustee Luc A. Despins, on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee, on behalf of Plaintiff Genever Holdings Corporation, on behalf of Plaintiff Genever Holdings LLC, and on behalf of Plaintiff Luc A. Despins
aviluft@paulhastings.com

Christopher J. Major on behalf of Defendant and Interested Party Greenwich Land, and on behalf of Defendant and Interested Party Hing Chi Ngok
cjm@msf-law.com

Bonnie C. Mangan on behalf of Requested Notice Bonnie C. Mangan
bonnie.mangan@manganlaw.com, becky.avery@manganlaw.com

Kristin B. Mayhew on behalf of 20 Largest Creditor Rui Ma, on behalf of 20 Largest Creditor Weican Meng, on behalf of Creditor Committee Official Committee of Unsecured Creditors, on behalf of Creditor and Plaintiff Zheng Wu, on behalf of Plaintiff Boxun Inc., on behalf of

Plaintiff Rui Ma, on behalf of Plaintiff Weican (Watson) Meng, on behalf of Plaintiff Yang Lan, and on behalf of Plaintiff Zheng Wu
kmayhew@pullcom.com, kwarshauer@mdmc-law.com; bdangelo@mdmc-law.com

Marcy J. McLaughlin Smith on behalf of Defendant and Interested Party Bravo Luck Limited
marcy.smith@troutman.com

Danielle L. Merola on behalf of Interested Party Baker Hostetler
dmerola@bakerlaw.com

Sherry J. Millman on behalf of Creditor The Sherry-Netherland, Inc.
smillman@stroock.com

Aaron A Mitchell on behalf of Debtor Ho Wan Kwok, on behalf of Debtor's attorney Lawall & Mitchell, LLC, and on behalf of Defendant Ho Wan Kwok
aaron@lmesq.com

James M. Moriarty on behalf of Counter-Defendant and Interested Party HK International Funds Investments (USA) Limited, LLC, on behalf of Counter-Defendant and Interested Party Mei Guo, on behalf of Debtor and Defendant Ho Wan Kwok, and on behalf of Plaintiff HK International Funds Investments (USA) Limited, LLC
jmoriarty@zeislaw.com, cgregory@zeislaw.com

Sara Pahlavan on behalf of 20 Largest Creditor Pacific Alliance Asia Opportunity Fund L.P., Interested Party HCHK Property Management, Inc., Interested Party HCHK Technologies, Inc., Interested Party Lexington Property and Staffing, Inc.
spahlavan@omm.com; splacona@msbnj.com

Patrick N. Petrocelli on behalf of Creditor The Sherry-Netherland, Inc.
ppetrocelli@stroock.com

Lucas Bennett Rocklin on behalf of Chapter 11 Trustee Luc A. Despins
lrocklin@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net

Aaron Romney on behalf of Counter-Defendant, Interested Party and Plaintiff HK International Funds Investments (USA) Limited, LLC, on behalf of Counter-Defendant and Interested Party Mei Guo, and on behalf of Debtor and Defendant Ho Wan Kwok
aromney@zeislaw.com, swenthen@zeislaw.com

Scott D. Rosen on behalf of Attorney Cohn Birnbaum & Shea, P.C.
srosen@cb-shea.com, msullivan@cbshealaw.com; moshea@cbshealaw.com

Thomas J. Sansone on behalf of Attorney Michael S. Weinstein, on behalf of Creditor and Plaintiff Chong Shen Raphanella, on behalf of Creditor and Plaintiff Rong Zhang, and on behalf of Creditor and Plaintiff Xiaodan Wang
tsansone@carmodylaw.com

Stuart M. Sarnoff on behalf of 20 Largest Creditor and Plaintiff Pacific Alliance Asia

Opportunity Fund L.P.
ssarnoff@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com

David M.S. Shaiken on behalf of Defendant and Interested Party Bravo Luck Limited
david@shipmanlawct.com

Douglas S. Skalka on behalf of Chapter 11 Trustee, Counter-Claimant, Defendant, Plaintiff, and Plaintiff-Intervenor Luc A. Despins, on behalf of Debtor Genever Holdings Corporation, on behalf of Debtor and Plaintiff Genever Holdings LLC, and on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee
dskalka@npmlaw.com, smowery@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net

Jeffrey M. Sklarz on behalf of Interested Party Baker Hostetler
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com; mbuckanavage@gs-lawfirm.com; eross@gs-lawfirm.com; jsklarz@ecf.courtdrive.com

Annecca H. Smith on behalf of 20 Largest Creditor and Plaintiff Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Anthony Sodono, III on behalf of Interested Party HCHK Property Management, Inc., Interested Party HCHK Technologies, Inc., and on behalf of Interested Party Lexington Property and Staffing, Inc.
asodono@msbnj.com

John Troy on behalf of Interested Party Troy Law, PLLC
johntroy@troypllc.com

Tiffany Troy on behalf of Creditor Troy Law, PLLC
troylegalpllc@gmail.com, troylaw@troypllc.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Lee Vartan on behalf of Attorney Lee Vartan, on behalf of Counter-Defendant HK International Funds Investments (USA) Limited, LLC, on behalf of Counter-Defendant and Interested Party Mei Guo, on behalf of Interested Party Chiesa Shahinian & Giantomasi PC, on behalf of Interested Party and Plaintiff HK International Funds Investments (USA) Limited, LLC
 lvartan@csglaw.com

Stephen G. Walko on behalf of Interested Party Ivey,
Barnum & O'Mara LLC swalko@ibolaw.com

Michael S. Weinstein on behalf of Creditor Chong Shen Raphanella, Creditor Rong Zhang and on behalf of Creditor Xiaodan Wang mweinstein@golenbock.com

Melissa F. Wernick on behalf of Interested Party HK International Funds Investments (USA) Limited, LLC and Interested Party Mei Guo
mwernick@csglaw.com

Jay Marshall Wolman on behalf of Creditor and Plaintiff Logan Cheng
jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Peter J. Zarella on behalf of 20 Largest Creditor Rui Ma, on behalf of 20 Largest Creditor Weican Meng and on behalf of Creditor Zheng Wu
pzarella@mdmc-law.com