UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------x

**SUPPLEMENT TO TRUSTEE'S MOTION, PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 363, BANKRUPTCY RULES 2002, 6004(c), AND 9014, AND LOCAL RULES 6004-1 AND 6004-2, SEEKING ENTRY OF ORDER: (I) AUTHORIZING AND APPROVING SALE OF THE LADY MAY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES, (II) AUTHORIZING AND APPROVING PURCHASE AND SALE AGREEMENT, AND (III) GRANTING RELATED RELIEF REGARDING REDUCTION IN PURCHASE PRICE**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), by and through his undersigned counsel, hereby files this supplement (the "Supplement") to the *Trustee's Motion, Pursuant to Bankruptcy Code Sections 105 and 363, Bankruptcy Rules 2002, 6004(c), and 9014, and Local Rules 6004-1 and 6004-2, Seeking Entry of Order: (I) Authorizing and Approving Sale of the Lady May Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing and Approving Purchase and Sale Agreement, and (III) Granting Related Relief* (the "Sale Motion")[2] [Docket

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined herein shall having the meanings set forth in the Sale Motion.

No. 1858] regarding a reduction in the Purchase Price for the Lady May. In support of this Supplement, the Trustee respectfully states as follows:

## SUPPLEMENT

1. As described in the Sale Motion, prior to the date for the Buyer to accept or reject the Lady May (*i.e.*, June 20, 2023), the Buyer may conduct a survey of the Lady May, and, in the event that such survey uncovers defects that "affect the operational integrity of the Lady May or her machinery or her systems or renders the Lady May unseaworthy," the Buyer may reject the Lady May. PSA § 3. The Sale Motion further noted that the Trustee would update the Court and parties in interest regarding the results of such survey, including whether the Buyer chose to reject the Lady May or whether the parties were able to agree to a modification of the Purchase Price to address any such defects.

2. The survey conducted by the Buyer has revealed certain defects, which, in the opinion of the Buyer, arguably affect the operational integrity of the Lady May or her machinery or her systems. If the Buyer were to reject the Lady May in accordance with the terms of the PSA, the PSA would terminate and the Trustee would have to return the Deposit to the Buyer. To avoid that outcome, the Trustee has engaged in negotiations with the Buyer regarding an adjustment to the Purchase Price. These negotiations resulted in an agreed-upon reduction of the Purchase Price by $850,000, *i.e.*, from $24,000,000 to $23,150,000. This reduction has been documented in a second addendum to the PSA, a copy of which is attached hereto as **Exhibit A**.

3. At the hearing on the Sale Motion, the Trustee will further explain the circumstances that resulted in the agreed-upon Purchase Price reduction and will provide evidence supporting the reasonableness of such reduction in light of the issues uncovered during the survey.

## **NOTICE**

4.This Supplement is being served upon (i) the Office of the United States Trustee for the District of Connecticut, (ii) the Buyer, (iii) counsel for the Debtor, (iv) the Committee, (v) all entities and individuals, if any, known to have expressed to Edmiston an interest in purchasing the Lady May, and (vi) all parties who have requested notice in the Debtor's case pursuant to Bankruptcy Rule 2002.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Trustee respectfully requests the Sale Motion be granted, as modified by this Supplement and the Second Addendum.

Dated: June 19, 2023

By: /s/ G. Alexander Bongartz

G. Alexander Bongartz (admitted *pro hac vice*)
Douglass Barron (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
alexbongartz@paulhastings.com
douglassbarron@paulhastings.com

and

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

and

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                           :     Chapter 11
                                                                      :
HO WAN KWOK, *et al.*,[1]                          :     Case No. 22-50073 (JAM)
                                                                      :
        Debtors.                                              :     (Jointly Administered)
                                                                      :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 19, 2023, the foregoing Supplement was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  In addition, the Supplement was sent by e-mail on all entities and individuals known to have expressed to Edmiston an interest in purchasing the Lady May.  Parties may access this filing through the Court's CM/ECF system.

Dated:    June 19, 2023                              By: */s/ G. Alexander Bongartz*
              New York, New York                    G. Alexander Bongartz (admitted *pro hac vice*)
                                                                      PAUL HASTINGS LLP
                                                                      200 Park Avenue
                                                                      New York, New York 10166
                                                                      (212) 318-6079
                                                                      alexbongartz@paulhastings.com

                                                                      *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## Exhibit A

**Second Addendum to PSA**

**Second Addendum to Purchase and Sale Agreement for Brokerage Vessel, executed on May 30, 2023, Between (i) Luc A. Despins, as the Chapter 11 Trustee for the Estate of Ho Wan Kwok and (ii) Herb Chambers Yachting, LLC (the "Second Addendum")**

Capitalized terms used but not defined herein have the meanings set forth in the Purchase and Sale Agreement for Brokerage Vessel, executed on May 30, 2023, with respect to the Lady May (together with the first addendum thereto, dated as of the same date, the "PSA").

1. The PSA is hereby modified by replacing the amount of the Purchase Price, *i.e.*, $24,000,000, with the amount of $23,150,000. For the avoidance of doubt, the balance of the Purchase Price (less the Deposit of $4,800,000) is $18,350,000.

2. The Buyer hereby accepts the Vessel in accordance with Section 3 of the PSA.

3. Except as set forth in this Second Addendum, the terms of the PSA (including as modified by the first addendum, dated as of May 30, 2023) shall remain unaltered.

Seller
By: *[signature] Luc Despins as trustee*
Name: Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok
Date: 6/19/2023

Buyer
By: *[signature]*
Name: Herb Chambers Yachting, LLC
Title: Member
Date: 6.19.2023