UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In Re. Ho Wan Kwok

Debtor(s)

Case No. 22-50073

Lead Case No. 22-50073

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/31/2023          Petition Date: 02/15/2022

Months Pending: 16                           Industry Classification: 0 0 0 0

Reporting Method:        Accrual Basis ○     Cash Basis ◉

Debtor's Full-Time Employees (current):                              0

Debtor's Full-Time Employees (as of date of order for relief):       0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Luc A. Despins
Signature of Responsible Party

06/21/2023
Date

Luc A. Despins, in his capacity as Chapter 11 Trustee
Printed Name of Responsible Party

Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name: Ho Wan Kwok     Case No. 22-50073

| | Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Cash balance beginning of month | $3,430,409 | |
| b. | Total receipts (net of transfers between accounts) | $5,303,544 | $9,475,190 |
| c. | Total disbursements (net of transfers between accounts) | $357,738 | $1,098,954 |
| d. | Cash balance end of month (a+b-c) | $8,376,215 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $12,757 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $357,738 | $1,111,711 |

| | Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|---:|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory   (Book ○   Market ○   Other ⦿  (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $76,696 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $76,696 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $76,696 |
| o. | Ending equity/net worth (e-n) | $-76,696 |

| | Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| | Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)             2

Debtor's Name  Ho Wan Kwok                                                               Case No.  22-50073

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $76,696 | $76,696 | $76,696 | $76,696 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Neubert, Pepe & Monteith, P.C | Local Counsel | $13,064 | $13,064 | $13,064 | $13,064 |
| ii | Paul Hastings LLP (counsel to d | Lead Counsel | $63,632 | $63,632 | $63,632 | $63,632 |
| iii | Brown Rudnick (counsel to Ho | Lead Counsel | $0 | $0 | $0 | $0 |
| iv | Pullman & Comley (counsel to | Lead Counsel | $0 | $0 | $0 | $0 |
| v | Coleman Worldwide Advisors L | Other | $0 | $0 | $0 | $0 |
| vi | Dundon Advisors (UCC financi | Financial Professional | $0 | $0 | $0 | $0 |
| vii | Verdolino & Lowey, PC (finan | Financial Professional | $0 | $0 | $0 | $0 |
| viii | Harney Westwood & Riegels LP | Other | $0 | $0 | $0 | $0 |
| ix | Paul Wright | Other | $0 | $0 | $0 | $0 |
| x | Pallas Partners LLP | Other | $0 | $0 | $0 | $0 |
| xi | Edmiston and Company Limited | Other | $0 | $0 | $0 | $0 |
| xii | Engineering Operations and Cer | Other | $0 | $0 | $0 | $0 |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Ho Wan Kwok                                            Case No. 22-50073

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxviii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |

Debtor's Name  Ho Wan Kwok                                      Case No.  22-50073

|       |      |      |      |      |      |      |
|-------|------|------|------|------|------|------|
| lxxix |      |      |      |      |      |      |
| lxxx  |      |      |      |      |      |      |
| lxxxi |      |      |      |      |      |      |
| lxxxii|      |      |      |      |      |      |
| lxxxii|      |      |      |      |      |      |
| lxxxiv|      |      |      |      |      |      |
| lxxxv |      |      |      |      |      |      |
| lxxxvi|      |      |      |      |      |      |
| lxxxvi|      |      |      |      |      |      |
| lxxxvi|      |      |      |      |      |      |
| lxxxix|      |      |      |      |      |      |
| xc    |      |      |      |      |      |      |
| xci   |      |      |      |      |      |      |
| xcii  |      |      |      |      |      |      |
| xciii |      |      |      |      |      |      |
| xciv  |      |      |      |      |      |      |
| xcv   |      |      |      |      |      |      |
| xcvi  |      |      |      |      |      |      |
| xcvii |      |      |      |      |      |      |
| xcviii|      |      |      |      |      |      |
| xcix  |      |      |      |      |      |      |
| c     |      |      |      |      |      |      |
| ci    |      |      |      |      |      |      |

|      |       |       |       | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|------|-------|-------|-------|------|------|------|------|
| b.   | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $0 | $0 | $0 | $0 |
|      | *Itemized Breakdown by Firm* | | | | | | |
|      |       | Firm Name | Role | | | | |
|      | i     | Baker Hostetler LLP | Other | $0 | $0 | $0 | $0 |
|      | ii    | Clayman & Rosenberg LLP | Other | $0 | $0 | $0 | $0 |
|      | iii   | Ganfer Shore Leeds & Zauderer | Other | $0 | $0 | $0 | $0 |
|      | iv    | Harcus Parker Ltd. | Other | $0 | $0 | $0 | $0 |
|      | v     | LALIVE SA | Other | $0 | $0 | $0 | $0 |
|      | vi    | Lawall & Mitchell, LLC | Other | $0 | $0 | $0 | $0 |
|      | vii   | Petrillo Klein & Boxer LLP | Other | $0 | $0 | $0 | $0 |
|      | viii  | Schulman Bhattacharya, LLC | Other | $0 | $0 | $0 | $0 |
|      | ix    | The Casper Firm | Other | $0 | $0 | $0 | $0 |
|      | x     | The Francis Firm PLLC | Other | $0 | $0 | $0 | $0 |
|      | xi    | VX Cerda & Associates | Other | $0 | $0 | $0 | $0 |
|      | xii   |       |       |      |      |      |      |
|      | xiii  |       |       |      |      |      |      |
|      | xiv   |       |       |      |      |      |      |

Debtor's Name  Ho Wan Kwok                                                      Case No.  22-50073

| | | | | | | |
|---|---|---|---|---|---|---|
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxviii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |

Debtor's Name  Ho Wan Kwok                                          Case No.  22-50073

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                               7

Debtor's Name Ho Wan Kwok　　　　　　　　　　　　　　　　　　　　　　　　Case No. 22-50073

|    |    |    |    |    |    |    |
|----|----|----|----|----|----|----|
|    | xcix |    |    |    |    |    |
|    | c    |    |    |    |    |    |
| c. | All professional fees and expenses (debtor & committees) | $0 | $0 | $0 | $0 |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○  No ● |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● |
| i. | Do you have: Worker's compensation insurance? | Yes ○  No ● |
|    | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
|    | Casualty/property insurance? | Yes ○  No ● |
|    | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
|    | General liability insurance? | Yes ○  No ● |
|    | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ |

Debtor's Name: Ho Wan Kwok                                                                                           Case No. 22-50073

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**


/s/ Luc A. Despins                                                                    Luc A. Despins, in his capacity as Chapter 11 Trustee
Signature of Responsible Party                                            Printed Name of Responsible Party

Chapter 11 Trustee                                                              06/21/2023
Title                                                                                        Date

Debtor's Name: Ho Wan Kwok   Case No. 22-50073


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Debtor's Name  Ho Wan Kwok        Case No.  22-50073


Bankruptcy1to50


Bankruptcy51to100


NonBankruptcy1to50


NonBankruptcy51to100

Debtor's Name  Ho Wan Kwok                                          Case No.  22-50073


PageThree


PageFour

| In re Ho Wan Kwok | Case No. 22-50073 (JAM) |
|---|---|
| Debtor | Reporting Period: 5/1/2023 - 5/31/2023 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | Current Month Actual | Cumulative July 8, 2022 to Date Actual |
|---|---:|---:|
| **Cash - Beginning of Month** | | |
| **RECEIPTS** | | |
| Recovered Funds (Deposit paid in connection with pending sale of Lady May) | $ 4,800,000.00 | $ 4,971,645.75 |
| Clark Hill Settlement | $ 499,000.00 | $ 499,000.00 |
| Retainer Refund (Kercsmar Collins & O'Hara / Lewis Roca) | $ 4,544.00 | $ 4,544.00 |
| Yacht Repair Escrow | $ - | $ 4,000,000.00 |
| **Total Receipts** | $ 5,303,544.00 | $ 9,475,189.75 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Bank Fees | $ 842.34 | $ 4,466.61 |
| Fees paid to International Surety Ltd for surety bond increase | $ - | $ 27,747.00 |
| Fees paid with respect to Yacht repair invoices out of the Yacht Repair Escrow | $ - | $ 576,895.09 |
| Fees paid with respect to Miller Advertising Agency Inc. (English Court Publication Notice) | $ - | $ 21,140.60 |
| Fees paid with respect to Dexter White Starboard Diesel Engine Assessment and Ship Sea Trials | $ - | $ 9,710.00 |
| Fees paid with respect to Bridgeport Harbor Marina out of the Yacht Repair Escrow | $ - | $ 18,137.64 |
| Fees paid with respect to Safe Harbor out of the Yacht Repair Escrow | $ 22,800.00 | $ 104,952.00 |
| Fees paid with respect to Yatchtzoo for operating expenses out of the Yacht Repair Escrow | $ 248,745.00 | $ 248,745.00 |
| Fees paid with respect to Harneys Corporate Services Limited | $ 1,665.00 | $ 1,665.00 |
| Fees paid with respect to JP Reynolds Company Inc. for FTZ Indemnity Bond Charge | $ 5,970.00 | $ 5,970.00 |
| **Total Ordinary Disbursements** | $ 280,022.34 | $ 1,019,428.94 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| Fees paid with respect to Neubert, Pepe & Monteith PC | $ 13,064.04 | $ 13,064.04 |
| Fees paid with respect to Paul Hastings LLP | $ 63,631.75 | $ 63,631.75 |
| U. S. Trustee Fees | $ 1,020.00 | $ 2,829.43 |
| Other Reorganization Expenses *(attach schedule)* | $ - | $ - |
| **Total Reorganization Items** | $ 77,715.79 | $ 79,525.22 |
| **Total Disbursements** *(Ordinary + Reorganization)* | $ 357,738.13 | $ 1,098,954.16 |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | $ 4,945,805.87 | $ 8,376,235.59 |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | $ 8,376,214.99 | $ 8,376,214.99 |
| **Third Party Disbursements on Behalf of the Estate** | | |
| None | $ - | $ 12,757.00 |

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| **TOTAL DISBURSEMENTS** | $ 357,738.13 |
|---|---:|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $ - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ 357,738.13 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                    :    Chapter 11
:
HO WAN KWOK,                              :    Case No. 22-50073 (JAM)
:
Debtor.                          :
:
---------------------------------------------------------x

**ATTACHMENT TO MONTHLY OPERATING REPORT
FOR THE PERIOD MAY 1, 2023 THROUGH MAY 31, 2023**

This attachment is incorporated into and made a part of the Monthly Operating Report ("MOR") of Chapter 11 Trustee Luc A. Despins.

**General Disclaimers**

1. The MOR is presented on a form promulgated in 2021 by the Executive Office of the United States Trustee. This form in many instances requires inserting a number for a line item even if the line item does not apply. The form also does not allow for the insertion of explanations or asterisks next to answers. Accordingly, as presented, certain responses may be inapplicable or incomplete. Following guidance from the United States Trustee's office, this attachment is being filed as an integral part of the MOR.

2. On July 8, 2022, the Bankruptcy Court signed an order approving the appointment of Luc A. Despins, Esq. as Chapter 11 Trustee (the "Trustee"). The information in this MOR is based only on information beginning on the date of the Trustee's appointment and only on bank accounts within the Trustee's control.[1]

3. The Trustee reserves the rights to amend, modify or supplement this MOR or update it in future MORs.

**Specific Responses**

Part 1 Responses

4. As noted above, this information is limited to cash receipts and disbursements since the Trustee was appointed and with respect to accounts under the Trustee's control. This amount includes $4 million received by the Trustee as escrow agent solely for the

---

[1] The Trustee is currently investigating the Debtor's assets and financial affairs (with respect to which investigation the Debtor has not cooperated).

1

purpose of securing the completion of the service, maintenance, and repairs required to be performed to restore the Lady May to good working order, as set forth in the *Consent Order Granting HK International Funds Investments (USA) Limited, LLC's Motion for Order Establishing Repair Reserve for the Lady May*, entered on October 7, 2022 [Docket No. 930], from which amount $985,949.09 has been disbursed.

Part 2 Responses

5. To the extent this section is applicable (the Debtor is an individual), the Trustee has insufficient information to complete this section. The Trustee's counsel is currently reviewing the over 1,200 proofs of claim filed in connection with the claims bar date, which occurred on February 17, 2023.

6. The Trustee is aware of certain professional fees and expenses that have arisen in connection with services provided by the Trustee's professionals. As of the end of the reporting period, certain interim applications for reimbursement of expenses have been approved by the Court, including $63,631.75 as set forth in the *Order Approving Interim Application of Chapter 11 Trustee and His Counsel, Paul Hastings LLP, for Reimbursement of Expenses*, entered on May 3, 2023 [Docket No. 1747], and $13,064.04 as set forth in the *Order Approving Interim Application of Neubert, Pepe & Monteith, P.C., for Reimbursement of Expenses*, entered on May 5, 2023 [Docket No. 1769].

Part 3 Responses

7. On June 2, 2023, the Trustee filed a motion seeking authorization to sell the Lady May, which motion is currently pending.

Part 4 Responses

8. To the extent this section is applicable (the Debtor is an individual), the Trustee has insufficient information to complete this section.

Part 5 Responses

9. As of the end of the reporting period, certain interim applications for reimbursement of expenses have been approved by the Court, including $63,631.75 as set forth in the *Order Approving Interim Application of Chapter 11 Trustee and His Counsel, Paul Hastings LLP, for Reimbursement of Expenses*, entered on May 3, 2023 [Docket No. 1747], and $13,064.04 as set forth in the *Order Approving Interim Application of Neubert, Pepe & Monteith, P.C., for Reimbursement of Expenses*, entered on May 5, 2023 [Docket No. 1769].

10. The Trustee is aware of a number of professional firms that have provided services to the official committee of unsecured creditors or the Debtor (prior to the appointment of the Trustee) but that have not at this time had their retentions approved by the Court. The Trustee includes such professional firms (of which he is aware) in this part of the MOR

out of an abundance of caution but reserves all his rights with respect to the retention and/or payment of fees with respect to such professional firms. The Trustee also notes that the Debtor may have employed professionals (prior to the appointment of the Trustee) of which the Trustee is not aware.

Part 6 Responses

11. The Trustee is not aware of any postpetition taxes that have accrued during the time period since the Trustee's appointment.

Part 7 Responses

12. The Trustee notes that the Debtor filed a chapter 11 plan on April 20, 2022 [Docket No. 197] (the "April 2022 Plan") with respect to which no disclosure statement was filed or approved.

Part 8 Responses

13. The Trustee has insufficient information to respond to Part 8.



9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page   1   of   2
STARTING DATE: May 01, 2023
ENDING DATE: May 31, 2023
Total days in statement period: 31

( 0)

BK EST/HO WAN KWOK DEBTOR
LUC A DESPINS, CH11 TRUSTEE
CASE #22-50073
C/O PAUL HASTINGS LLP
200 PARK AVE
NEW YORK NY  10166-0005

Protecting the security of your account and personal information is our top priority. Learn about online security practices and ways to protect yourself from cybercrime at eastwestbank.com in the "Cybersecurity Protection" section.

## Standard Business Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $3,430,409.12 |
| Low balance | $3,073,720.99 | Total additions            ( 4) | 5,303,544.00 |
| Average balance | $3,499,078.74 | Total subtractions       ( 18) | 357,738.13 |
| | | Ending balance | $8,376,214.99 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 05-19 | Wire Trans-IN | CONTINENTAL CASUAL TY COMPANY | 249,500.00 |
| | 05-19 | Wire Trans-IN | MENDES MOUNT LLP | 249,500.00 |
| | 05-19 | Deposit | | 4,544.00 |
| | 05-31 | Wire Trans-IN | HERBERT G CHAMBERS | 4,800,000.00 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 05-04 | Outgoing Wire | YACHTZOO YACHT MAN AGEMENT LLC | 248,745.00 |
| 05-04 | Service Charge | OUTGOING WIRE | 40.00 |
| 05-04 | Debit Memo | FIDUCIARY MAINTENA NCE | 25.00 |
| 05-04 | Debit Memo | FIDUCIARY COLLATER AL | 537.34 |
| 05-05 | Intl Wire Xfer | HARNEYS CORPORATE SERVICES LIMITED | 1,665.00 |
| 05-05 | Service Charge | INTL WIRE XFER | 50.00 |
| 05-09 | Outgoing Wire | NEUBERT, PEPE & MO NTEITH P C | 13,064.04 |
| 05-09 | Service Charge | OUTGOING WIRE | 40.00 |
| 05-09 | Outgoing Wire | PAUL HASTINGS LLP | 63,631.75 |
| 05-09 | Service Charge | OUTGOING WIRE | 40.00 |
| 05-17 | Outgoing Wire | JP REYNOLDS COMPAN Y INC | 5,970.00 |
| 05-17 | Service Charge | OUTGOING WIRE | 40.00 |
| 05-18 | Outgoing Wire | SHM NEWPORT SHIPYA RD LLC | 22,800.00 |
| 05-18 | Service Charge | OUTGOING WIRE | 40.00 |
| 05-19 | Service Charge | WIRE TRANS-IN | 10.00 |
| 05-19 | Service Charge | WIRE TRANS-IN | 10.00 |
| 05-19 | Preauth Debit | QUARTERLY FEE PAYMENT 230519 0000 | 1,020.00 |
| 05-31 | Service Charge | WIRE TRANS-IN | 10.00 |

3738    rev 11-20



9300 Flair Dr., 1St FL
El Monte, CA. 91731

ACCOUNT STATEMENT
Page 2 of 2
STARTING DATE: May 01, 2023
ENDING DATE: May 31, 2023

BK EST/HO WAN KWOK DEBTOR

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 3,430,409.12 | 05-09 | 3,102,570.99 | 05-19 | 3,576,224.99 |
| 05-04 | 3,181,061.78 | 05-17 | 3,096,560.99 | 05-31 | 8,376,214.99 |
| 05-05 | 3,179,346.78 | 05-18 | 3,073,720.99 | | |

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



3739    rev 11-22



Date:05/19/2023 Account: [REDACTED] Amount:$4,544.00 Serial:0 DAccount: [REDACTED] DAmount:454400



Date:05/19/2023 Account [REDACTED] Amount:$4,544.00 Serial:5308 DAccount: [REDACTED] DAmount:454400

