UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT (BRIDGEPORT)

| | | |
|---|---|---|
| _____ | ) | |
| In re: | ) | |
| | ) | |
| HO WAN KWOK, et. al. | ) | CASE NO.  22-50073 JAM |
| | ) | CHAPTER 11 |
| Debtor | ) | JUNE 21, 2023 |
| _____ | ) | |

### **APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE, that the undersigned is appearing as counsel for

NODAL PARTNERS, LLC, an interested party in the above-captioned case, and requests

that all notices given or required to be given in this case and all papers served in this case

be given to and served upon the undersigned at the office, post office address and

telephone number set forth below.  The foregoing request includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint or

demand, whether formal or informal, whether written or oral, and whether transmitted or

conveyed by hand-delivery, mail delivery, telephone, telegraph, telex or otherwise, which

affects the Debtor or their property.

INTERESTED PARTY:
NODAL PARTNERS,LLC


By_____/s/_____
    ROSS G. FINGOLD
    STOKESBURY & FINGOLD, LLC
    10 Waterside Drive, Suite 204
    Farmington, CT 06032
    (860)606-1709
    rfingold@lawssf.com
    Fed Bar #CT05452

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on the 21st day of June, 2023 in accordance with Rules 7004(a), 9014 F.R. Bankr. P., I served a copy of the foregoing Appearance by electronic mail and US Mail, postage pre-paid, to those parties not receiving electronic mail.


_____s/s_____
ROSS G. FINGOLD