# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| HO WAN KWOK, et al., | ) Case No. 22-50073 (JAM) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors.[1] | ) |
|  | ) |

## FEE APPLICATION COVERSHEET

| | |
|---|---|
| Interim Application of: | Epiq Corporate Restructuring, LLC |
| Time Period: | From: December 1, 2022   To: February 28, 2023 |
| Date of Entry of Retention Order: | January 5, 2023, effective as of December 1, 2022 [Docket No. 1298] |

**Amounts Requested**
Fees: $178,227.00
Expenses: $11,673.79
Total: $189,900.79

**Reductions:**
Voluntary Fee Reductions: Not applicable
Voluntary Expense Reductions: Not applicable

**Fees Previously Requested (Sanctions):**
Requested Fees: $0.00
Awarded Fees: $0.00
Paid Fees: $0.00

**Retainer Request:**
None.

**Expenses Previously Requested:**
Requested Expenses: $0.00
Awarded Expenses: $0.00
Paid Expenses: $0.00

**Expense Detail:**
Retainer Received: Not applicable

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## FEE REQUESTS TO DATE

| Date Submitted/ Docket No. | Period Covered | Requested Fees | Requested Expenses | Fees Awarded and Paid; Court Order | Expenses Awarded and Paid; Court Order | Amount Owing |
|---|---|---|---|---|---|---|
| None. | | | | | | |

## HOURS AND RATES PER PROFESSIONAL

| Name of Professional Individual | Position with the Applicant | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Angharad Bowdler | Director/V.P. Consulting | $195.00 | 0.40 | $78.00 |
| Bridget Gallerie | Director/V.P. Consulting | $195.00 | 1.20 | $234.00 |
| Kathryn Mailloux | Director/V.P. Consulting | $195.00 | 21.80 | $4,251.00 |
| Kevin Streseman | Director/V.P. Consulting | $195.00 | 2.20 | $429.00 |
| Thomas Vazquez | Solicitation Consultant | $195.00 | 0.50 | $97.50 |
| Regina Amporfro | Senior Consultant II | $185.00 | 120.00 | $22,200.00 |
| Tim Conklin | Senior Consultant II | $185.00 | 64.90 | $12,006.50 |
| Bashu Joseph | Senior Consultant II | $185.00 | 4.60 | $851.00 |
| Lance Mulhern | Director of Case Management II | $185.00 | 8.70 | $1,609.50 |
| Quincy Vazquez | Senior Consultant II | $185.00 | 1.00 | $185.00 |
| Jacob Baez | Senior Consultant I | $175.00 | 3.80 | $665.00 |
| Dexter Campbell | Senior Consultant I | $175.00 | 26.00 | $4,550.00 |
| Kathleen Chadwick | Senior Consultant I | $175.00 | 0.10 | $17.50 |
| Andre Gibbs | Senior Consultant I | $175.00 | 8.90 | $1,557.50 |
| Kimberly Greenbaum | Senior Consultant I | $175.00 | 1.30 | $227.50 |
| Rafi Iqbal | Senior Consultant I | $175.00 | 20.70 | $3,622.50 |
| Sandhya Obulareddygari | Senior Consultant I | $175.00 | 15.50 | $2,712.50 |
| Shivam Patel | Senior Consultant I | $175.00 | 10.80 | $1,890.00 |
| Charles Safko | Senior Consultant I | $175.00 | 1.30 | $227.50 |
| Paul Sheffron | Senior Consultant I | $175.00 | 10.80 | $1,890.00 |
| Jesse Steichen | Senior Consultant I | $175.00 | 32.20 | $5,635.00 |
| Scott Sussman | Senior Consultant I | $175.00 | 8.90 | $1,557.50 |
| Debra Reyes | Senior Case Manager III | $165.00 | 0.40 | $66.00 |
| David Rodriguez | Senior Case Manager III | $165.00 | 2.30 | $379.50 |

| Name of Professional Individual | Position with the Applicant | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nancy Rodriguez | Senior Case Manager III | $165.00 | 3.00 | $495.00 |
| Hugo Suarez | Senior Case Manager III | $165.00 | 0.50 | $82.50 |
| Nadia Alazri | Senior Case Manager II | $160.00 | 54.20 | $8,672.00 |
| Rosalyn Demattia | Senior Case Manager II | $160.00 | 7.30 | $1,168.00 |
| Katherine Fong | Senior Case Manager II | $160.00 | 2.00 | $320.00 |
| Amayrany Gutierrez | Senior Case Manager II | $160.00 | 1.50 | $240.00 |
| Konstantina Haidopoulos | Senior Case Manager II | $160.00 | 1.10 | $176.00 |
| Forrest Houku | Senior Case Manager II | $160.00 | 3.00 | $480.00 |
| Benjamin Johnson | Senior Case Manager II | $160.00 | 14.10 | $2,256.00 |
| Jack Lawrence | Senior Case Manager II | $160.00 | 5.50 | $880.00 |
| Amy Lewis | Senior Case Manager II | $160.00 | 2.00 | $320.00 |
| David Mejia | Senior Case Manager II | $160.00 | 9.30 | $1,488.00 |
| Diana Mirkovic | Senior Case Manager II | $160.00 | 1.80 | $288.00 |
| Lonny Nabavi | Senior Case Manager II | $160.00 | 0.80 | $128.00 |
| Arnold Nguyen | Senior Case Manager II | $160.00 | 0.50 | $80.00 |
| Arnold Nguyen | Senior Case Manager II | $160.00 | 0.50 | $80.00 |
| Kameron Nguyen | Senior Case Manager II | $160.00 | 3.60 | $576.00 |
| Jennifer Noble | Senior Case Manager II | $160.00 | 28.50 | $4,560.00 |
| Tony Persaud | Senior Case Manager II | $160.00 | 9.00 | $1,440.00 |
| Sena Sengun | Senior Case Manager II | $160.00 | 2.80 | $448.00 |
| Andrea Speelman | Senior Case Manager II | $160.00 | 14.10 | $2,256.00 |
| Tiffany Taveras | Senior Case Manager II | $160.00 | 1.50 | $240.00 |
| Geoff Zahm | Senior Case Manager II | $160.00 | 133.90 | $21,424.00 |
| Karen Zenteno Garcia | Case Manager II | $125.00 | 87.00 | $10,875.00 |
| Danette Gerth | Case Manager II | $125.00 | 79.40 | $9,925.00 |
| Amy Henault | Case Manager II | $125.00 | 15.20 | $1,900.00 |
| Jesse Hills | Case Manager II | $125.00 | 0.50 | $62.50 |

| Name of Professional Individual | Position with the Applicant | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Renee Ito | Case Manager II | $125.00 | 10.20 | $1,275.00 |
| Montserrat Juan | Case Manager II | $125.00 | 25.50 | $3,187.50 |
| Nicole Mackenzie | Case Manager II | $125.00 | 0.80 | $100.00 |
| Tammy Strakal | Case Manager II | $125.00 | 154.10 | $19,262.50 |
| Matthew Adams | Case Manager I | $100.00 | 0.40 | $40.00 |
| Bashair Alnaisani | Case Manager I | $100.00 | 1.50 | $150.00 |
| Sarah Alnaisani | Case Manager I | $100.00 | 3.60 | $360.00 |
| Safanah Alsammarraie | Case Manager I | $100.00 | 3.00 | $300.00 |
| Alma Andrade | Case Manager I | $100.00 | 8.00 | $800.00 |
| Adam Angle | Case Manager I | $100.00 | 10.60 | $1,060.00 |
| Nicole Beck | Case Manager I | $100.00 | 7.90 | $790.00 |
| Kayla Berger | Case Manager I | $100.00 | 3.70 | $370.00 |
| Michael Boost | Case Manager I | $100.00 | 0.50 | $50.00 |
| Dinh Bui | Case Manager I | $100.00 | 3.80 | $380.00 |
| Tammera Cannon | Case Manager I | $100.00 | 6.30 | $630.00 |
| Debra Daniels | Case Manager I | $100.00 | 0.10 | $10.00 |
| Viridiana Diaz | Case Manager I | $100.00 | 32.00 | $3,100.00 |
| Adriana Mendoza Duran | Case Manager I | $100.00 | 4.70 | $470.00 |
| Yennifer Sosa Gonzalez | Case Manager I | $100.00 | 2.10 | $210.00 |
| Amy Hayes | Case Manager I | $100.00 | 12.60 | $1,260.00 |
| Andrew Hruza | Case Manager I | $100.00 | 0.10 | $10.00 |
| Kimberly Kehm | Case Manager I | $100.00 | 0.40 | $40.00 |
| Chanpisey Man | Case Manager I | $100.00 | 22.10 | $2,210.00 |
| Joseph Digman-Mcnassar | Case Manager I | $100.00 | 1.00 | $100.00 |
| Joel Ramos Ochoa | Case Manager I | $100.00 | 1.00 | $100.00 |
| Donnelle Parker | Case Manager I | $100.00 | 3.80 | $380.00 |
| Rawaa Rowayed | Case Manager I | $100.00 | 2.00 | $200.00 |

| Name of Professional Individual | Position with the Applicant | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Joann Shaw | Case Manager I | $100.00 | 1.70 | $170.00 |
| Debra Sherman | Case Manager I | $100.00 | 0.80 | $80.00 |
| Jane Tan | Case Manager I | $100.00 | 0.20 | $20.00 |
| Katrina Wade | Case Manager I | $100.00 | 1.80 | $180.00 |
| Paul Larrier | Case Manager I | $75.00 / $100.00 | 33.50 | $3,212.50 |
| **Total:** | | **$178,227.00** | **1,210.20** | |
| **Blended Rate:** | | | **$141.27** | |

**EXPENSE SUMMARY**

| Expenses Category | Total Expenses |
|---|---|
| CA100 Database Maintenance | $463.30 |
| NO100 Noticing | $866.76 |
| NO100T Noticing - In state | $1,150.68 |
| OS120 Claim Acknowledgement | $1.85 |
| OS200 Electronic Imaging | $3,850.00 |
| OS223 Envelope - #10 | $14.75 |
| OS224 Envelope - 6X9 | $4.65 |
| OS225 Envelope - 9x12 | $160.50 |
| OS821 Voice Recorded Message | $0.15 |
| RE100 Postage | $2,888.17 |
| RE800 Court Docket Services | $2,077.80 |
| Tax | $195.18 |
| **TOTAL** | **$11,673.79** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HO WAN KWOK, et al., | ) | Case No. 22-50073 (JAM) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | |

**FIRST INTERIM FEE APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC AS CLAIMS AND NOTICING AGENT FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH FEBRUARY 28, 2023**

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order (I) Approving Retention and Appointment of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent, Effective as of December 1, 2022, and (II) Granting Related Relief,* dated January 5, 2023 [D.I. 1298] (the "Retention Order"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Connecticut (the "Local Bankruptcy Rules"), Epiq Corporate Restructuring, LLC claims and noticing agent for the above-captioned debtors (collectively, the "Debtors"), hereby files this first interim fee application (this "Application") for: (i) compensation in the amount of $178,227.00 for the reasonable and necessary professional services Epiq rendered to the Debtors

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

from December 1, 2022 through February 28, 2023 (the "Compensation Period"); and (ii) reimbursement for the actual and necessary expenses that Epiq incurred, in the amount of $11,673.79 during the Compensation Period.

In support of the Application, Epiq respectfully states as follows:

**Jurisdiction and Venue**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue in the Court is proper pursuant to 28 U.S.C. § 1408.

3.      The bases for the relief requested herein are sections 328, 330, 331 and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1.

**Background**

**I.      Individual Debtor's Chapter 11 Case**

4.      On February 15, 2022 (the "Petition Date"), the Individual Debtor filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

5.      On March 21, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") in the Chapter 11 Case. No examiner has been appointed in the Chapter 11 Cases.

6.      On June 15, 2022, the Court entered a memorandum of decision and order [Docket No. 465] (the "Trustee Order") directing the United States Trustee to appoint a chapter 11 trustee in the Chapter 11 Case of Ho Wan Kwok. Pursuant to the Trustee Order, the United States Trustee selected Luc A. Despins as the Trustee. On July 8, 2022, the Court entered an order granting the appointment of Luc A. Despins as the Trustee in the Chapter 11 Case of Ho Wan Kwok.

7.     By order entered January 5, 2023, the Court authorized Epiq's retention as claims and noticing agent in these chapter 11 cases [Docket No. 1298] (the "Retention Order"). The Retention Order authorizes Epiq to be compensated on an hourly basis and reimbursed for actual and necessary out-of-pocket expenses pursuant to sections 328 and 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such orders as the Court may direct.

## II.     Genever (BVI)'s Chapter 11 Case

8.     On October 11, 2022, Genever (BVI) filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court.

9.     No trustee or official committee of unsecured creditors has been appointed in Genever (BVI)'s chapter 11 case.

10.     On October 14, 2022, the Court entered an order granting joint administration of the Individual Debtor's chapter 11 case and Genever (BVI)'s chapter 11 case [Docket No. 970].

11.     On November 17, 2022, the Court granted the Trustee's application to retain Epiq as the claims and noting agent in the Genever (BVI) chapter 11 case, effective as of December 1, 2022, [Docket No. 1298].

## III.     Genever (US)'s Chapter 11 Case

12.     On October 12, 2020, Genever (US) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "SDNY Bankruptcy Court"), thereby commencing case number 20-12411 (JLG) (the "SDNY Bankruptcy Case").

13.     On November 3, 2022, the SDNY Bankruptcy Court entered an order [Docket No. 225 in Case No. 22-50592] transferring the venue of the SDNY Bankruptcy Case to this Court, which assigned it Case Number 22-50592.  On November 21, 2022, the Court entered an

order granting joint administration of the Genever (US) Debtor's chapter 11 case with the jointly administered cases of the Individual Debtor and the Genever (BVI) Debtor's chapter 11 case [Docket No. 1141].

14.    On January 5, 2023, the Court granted the Trustee's application to retain Epiq as claims and noticing agent in the Genever (US) chapter 11 case, effective as of December 1, 2022 [Docket No. 1298].

## IV.    Bar Date Motion

15.    On November 16, 2022, the Court held a hearing (the "Hearing") on the Supplemental Motion of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim; (II) Approving Form of Notice of Bar Dates; and (III) Granting Related Relief [Docket No. 1072] (the "Supplemental Bar Date Motion"). At the conclusion of the Hearing on the Supplemental Bar Date Motion, the Court granted the Supplemental Bar Date Motion with certain modification discussed by the Trustee on the record at the Hearing.

16.    On December 2, 2022, the Trustee filed an addendum to the Supplemental Bar Date Motion [Docket No. 1191] (the "Addendum") requesting, among other things, that the Court approve procedures to allow individual creditors to submit proofs of claim on a confidential basis without publicly disclosing their names and contact information.  On January 5, 2023, the court entered an order [Docket No. 1297] (the "Bar Date Order") setting the deadlines for filing proofs of claim and authorizing Epiq to redact names, contacts and other confidential information from proofs of claim.

## Summary of Professional Services

17.    Pursuant to, and consistent with, the relevant requirements of the Local Bankruptcy Rules (the "Guidelines"), as applicable, the following exhibits are attached hereto:

a.  **Exhibit A** contains a certification by the undersigned regarding compliance with the Guidelines (the "Certification");

b.  **Exhibit B** contains a list of Epiq's project categories and the total billed to each category during the Compensation Period;

c.  **Exhibit C** contains a billing summary for the Compensation Period that includes the name of each professional for whose work compensation is sought, the aggregate time expended by each professional and the corresponding hourly billing rate at Epiq's current billing rates and an indication of the individual amounts requested as part of this Application;

d.  **Exhibit D** contains the time detail for the Compensation Period;

e.  **Exhibit E** consists of Epiq's records of expenses incurred during the Compensation Period in the rendition of the professional services to the Debtors and their estates; and

f.  **Exhibit F** contains the proposed order requesting approval of this Application.

18.    To provide a meaningful summary of services rendered on behalf of the Debtors and their estates for the Compensation Period, Epiq has established, in accordance with its internal billing procedures, the following matter numbers in connection with these cases:

| Matter No. | Matter Description |
|---|---|
| 130 | Creditor Calls/Requests |
| 195 | Claims – Other |
| 205 | Set Up Mailing/Noticing |
| 220 | Affidavits |
| 230 | Website Posting |
| 395 | Case Management Services |

19.    The following is a summary, by matter, of the most significant professional services rendered by Epiq as claims and noticing agent during the Compensation Period.  This summary is organized in accordance with Epiq's internal system of matter numbers.[2]

---

[2]    This summary of services rendered during the Compensation Period is not intended to be a detailed or exhaustive description of the work performed by Epiq, but, rather, is intended to highlight certain key areas
(continued on next page)

### A. Creditor Calls/Requests (Matter #130)

Total Fees:        $1,447.00
Total Hours:       9.00

20.    This category includes all matters related to correspondence with creditors, including email and telephone communication regarding critical information and updates in the case relevant to creditors and the Committee.

### B. Claims - Other (Matter #195)

Total Fees:        $120,261.50
Total Hours:       863.00

21.    Time in this category was spent in the processing of claims forms and redaction of such forms as required by the Bar Date Order filed in these cases (prior to entry of the order authorizing Epiq to exclude all attachment from confidential proofs of claim).3  This included the manual review of confidential claim forms including all exhibits to redact names, addresses, emails, telephone numbers and such details as account numbers and wire details.

### C. Set Up Mailing/Noticing (Matter #205)

Total Fees:        $39,839.50
Total Hours:       241.60

22.    The services provided in this category include the (i) confirmation with counsel regarding service of the bar date mailing to more than 1,000 creditors (ii) organization of schedule and matrix data in connection with the same, (iii) preparation of e-mail blast files, and

---

where Epiq provided services to the Debtors during the Compensation Period.  A summary description of the work performed, categorized by project code, and those day-to-day services and the time expended in performing such services, are set forth in the exhibits attached.

3       In light of the court's February 28, 2023 order [ECF No. 1486] authorizing Epiq to exclude attachments from confidential proofs of claim, no further time was spent on redacting proofs of claim.

(iv) general organization and oversight of mailing documents to the creditor population in these Chapter 11 Cases.

### D. Affidavits (Matter #220)

Total Fees:        $4,492.00
Total Hours:       27.40

23.     The services provided in this category include the documentation of service such as the date certain parties were served, the documents they received, and the method of service.

### E. Website Posting/Noticing (Matter #230)

Total Fees:        $8,066.50
Total Hours:       46.50

24.     The services provided in this category include the (i) preparation of website for posting of relevant information relevant to creditors, (ii) coordination of updates to the website and docket, and (iii) audit of website updates.

### F. Case Management Services (Matter #395)

Total Fees:        $4,120.00
Total Hours:       22.70

25.     The services provided in this category include general organization, general case management oversight, and customer account oversight.

### Reasonable and Necessary Services Rendered by Epiq

26.     The foregoing professional services rendered by Epiq on behalf of the Debtors during the Compensation Period were reasonable, necessary and appropriate to the administration of the Debtors' bankruptcy cases and related matters.

27.     Epiq is one of the country's leading Chapter 11 administrators, with experience in noticing, claims administration, solicitation, balloting and facilitating other administrative aspects of bankruptcy cases.   As a specialist in claims management, consulting and legal administration services, Epiq provides comprehensive solutions to a wide variety of administrative issues for bankruptcy cases, and has substantial experience in matters of this size and complexity.   Overall, Epiq brings to these Chapter 11 cases a particularly high level of skill and knowledge, which inured to the benefit of the Debtors and all stakeholders.

28.     During the Compensation Period, Epiq consulted and assisted with various items related to the mailing of bar date materials, processed confidential claim forms and reviewed such forms to redact confidential information as required by the bar date order entered in these chapter 11 cases.   To this end, as set forth in detail in **Exhibit C** of the Application, numerous Epiq professionals expended time rendering services on behalf of the Debtors and their estates.

29.     During the Compensation Period, Epiq's hourly billing rates for the professionals responsible for managing these Chapter 11 cases ranged from $75.00 to $195.00.   Allowance of compensation in the amount requested would result in a blended hourly billing rate for professionals of approximately $147.27 (based on 1,210.20 recorded hours at Epiq's regular billing rates in effect at the time of the performance of services).   The hourly rates and corresponding rate structure utilized by Epiq in these cases are generally equivalent to the hourly rates and corresponding rate structure predominantly used by Epiq for comparable matters, whether in Chapter 11 or otherwise, regardless of whether a fee application is required.

**Epiq's Requested Compensation and Reimbursement Should be Allowed**

30.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.   Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses."   Section 330 of the Bankruptcy Code also sets forth the criteria for the award of such compensation and reimbursement:

31.     In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including:

1.  the time spent on such services;

2.  the rates charged for such services;

3.  whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

4.  whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

5.  whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

32.     In the instant case, Epiq respectfully submits that the services for which it seeks compensation in the Application were necessary for and beneficial to the Debtors and their estates and were rendered to protect and preserve the Debtors' estates.  Epiq respectfully submits

that the services rendered were performed economically, effectively and efficiently and that the results obtained to date have benefited all stakeholders in the cases.  In addition, pursuant to the terms of Epiq's retention, Epiq agreed to receive payment in these cases only in the event that funds were recovered by the Trustee for the estate.  Upon recovery of the funds Epiq agreed to receive payment of all accrued fees and costs at the time assets are converted to funds on a pari passu basis with other retained professionals in the chapter 11 cases.  Epiq further submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Debtors, their estates and all parties in interest.

33.     Epiq's professionals spent a total of 1,210.20 hours during the Compensation Period, which services have a fair market value of $178,227.00.  As demonstrated by the Application and all of the exhibits submitted in support hereof, Epiq spent its time economically and without unnecessary duplication.  In addition, the work conducted was carefully assigned to appropriate professionals according to the experience and level of expertise required for each particular task.  In summary, the services rendered by Epiq were necessary and beneficial to the Debtors and their estates, and were consistently performed in a timely manner commensurate with the complexity, importance, novelty and nature of the issues involved.

34.     Accordingly, Epiq respectfully submits that approval of the compensation and expense reimbursement sought herein is warranted.

**No Prior Request**

35.     No prior application for the relief requested herein has been made to this or any other court.

WHEREFORE, Epiq requests that it be allowed reimbursement for its fees and expenses incurred during the Compensation Period in the total amount of $189,900.79 consisting of (a) $178,227.00 for reasonable and necessary professional services rendered by Epiq and (b) $11,673.79 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated: June 21, 2023                    /s/Kate Mailloux
                                        Kate Mailloux
                                        Senior Consulting Director
                                        Epiq Corporate Restructuring, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HO WAN KWOK, et al., | ) Case No. 22-50073 (JAM) |
| | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 21, 2023, the foregoing Application was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2] In addition, to the extent not covered by the foregoing, copies of the Application were served on the twenty (20) largest creditors in the Debtors' chapter 11 cases. Parties may access this filing through the Court's CM/ECF system.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

Dated:     June 21, 2023
             New Haven, Connecticut

By: */s/ Patrick R. Linsey*
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

## EXHIBIT A

**Certification**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HO WAN KWOK, et al., | ) | Case No. 22-50073 (JAM) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF THE FIRST INTERIM FEE APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC AS CLAIMS AND NOTICING AGENT FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH FEBRUARY 28, 2023**

A.     I am a Senior Director for the applicant firm, Epiq Corporate Restructuring, LLC ("Epiq"), located at 777 Third Avenue, 12th Floor, New York, New York 10017. I am the lead administrative advisor from Epiq working on the above-captioned chapter 11 cases.

B.     I have personally performed many of the services rendered by Epiq, as administrative advisor to the Debtors, and am familiar with all other work performed on behalf of the Debtors by the employees in the firm.

C.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

D.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Connecticut and believe that the Application complies with Rule 2016-2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: June 21, 2023

Respectfully submitted,
/s/ Kate Mailloux
Kate Mailloux
Senior Consulting Director
Epiq Corporate Restructuring, LLC

**EXHIBIT B**

**Summary of Expenses Billed by Subject Matter for the Compensation Period**

| Project Category | Total Hours Billed | Total Fees Requested |
|---|---|---|
| 130 Creditor Calls/Requests | 9.00 | $1,447.50 |
| 195 Claims - Other | 863.00 | $120,261.50 |
| 205 Set Up Mailing/Noticing | 241.60 | $39,839.50 |
| 220 Affidavits | 27.40 | $4,492.00 |
| 230 Website Posting/Noticing | 46.50 | $8,066.50 |
| 395 Case Management Services - Other | 22.70 | $4,120.00 |
| **TOTALS** | **1,210.20** | **$178,227.00** |

**EXHIBIT C**

**Summary of Hours Billed by Professionals During the Compensation Period**
**December 1, 2022 Through February 28, 2023**

| Name of Professional Individual | Position with the Applicant | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Angharad Bowdler | Director/V.P. Consulting | $195.00 | 0.40 | $78.00 |
| Bridget Gallerie | Director/V.P. Consulting | $195.00 | 1.20 | $234.00 |
| Kathryn Mailloux | Director/V.P. Consulting | $195.00 | 21.80 | $4,251.00 |
| Kevin Streseman | Director/V.P. Consulting | $195.00 | 2.20 | $429.00 |
| Thomas Vazquez | Solicitation Consultant | $195.00 | 0.50 | $97.50 |
| Regina Amporfro | Senior Consultant II | $185.00 | 120.00 | $22,200.00 |
| Tim Conklin | Senior Consultant II | $185.00 | 64.90 | $12,006.50 |
| Bashu Joseph | Senior Consultant II | $185.00 | 4.60 | $851.00 |
| Lance Mulhern | Director of Case Management II | $185.00 | 8.70 | $1,609.50 |
| Quincy Vazquez | Senior Consultant II | $185.00 | 1.00 | $185.00 |
| Jacob Baez | Senior Consultant I | $175.00 | 3.80 | $665.00 |
| Dexter Campbell | Senior Consultant I | $175.00 | 26.00 | $4,550.00 |
| Kathleen Chadwick | Senior Consultant I | $175.00 | 0.10 | $17.50 |
| Andre Gibbs | Senior Consultant I | $175.00 | 8.90 | $1,557.50 |
| Kimberly Greenbaum | Senior Consultant I | $175.00 | 1.30 | $227.50 |
| Rafi Iqbal | Senior Consultant I | $175.00 | 20.70 | $3,622.50 |
| Sandhya Obulareddygari | Senior Consultant I | $175.00 | 15.50 | $2,712.50 |
| Shivam Patel | Senior Consultant I | $175.00 | 10.80 | $1,890.00 |
| Charles Safko | Senior Consultant I | $175.00 | 1.30 | $227.50 |
| Paul Sheffron | Senior Consultant I | $175.00 | 10.80 | $1,890.00 |
| Jesse Steichen | Senior Consultant I | $175.00 | 32.20 | $5,635.00 |
| Scott Sussman | Senior Consultant I | $175.00 | 8.90 | $1,557.50 |
| Debra Reyes | Senior Case Manager III | $165.00 | 0.40 | $66.00 |
| David Rodriguez | Senior Case Manager III | $165.00 | 2.30 | $379.50 |

| Name of Professional Individual | Position with the Applicant | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nancy Rodriguez | Senior Case Manager III | $165.00 | 3.00 | $495.00 |
| Hugo Suarez | Senior Case Manager III | $165.00 | 0.50 | $82.50 |
| Nadia Alazri | Senior Case Manager II | $160.00 | 54.20 | $8,672.00 |
| Rosalyn Demattia | Senior Case Manager II | $160.00 | 7.30 | $1,168.00 |
| Katherine Fong | Senior Case Manager II | $160.00 | 2.00 | $320.00 |
| Amayrany Gutierrez | Senior Case Manager II | $160.00 | 1.50 | $240.00 |
| Konstantina Haidopoulos | Senior Case Manager II | $160.00 | 1.10 | $176.00 |
| Forrest Houku | Senior Case Manager II | $160.00 | 3.00 | $480.00 |
| Benjamin Johnson | Senior Case Manager II | $160.00 | 14.10 | $2,256.00 |
| Jack Lawrence | Senior Case Manager II | $160.00 | 5.50 | $880.00 |
| Amy Lewis | Senior Case Manager II | $160.00 | 2.00 | $320.00 |
| David Mejia | Senior Case Manager II | $160.00 | 9.30 | $1,488.00 |
| Diana Mirkovic | Senior Case Manager II | $160.00 | 1.80 | $288.00 |
| Lonny Nabavi | Senior Case Manager II | $160.00 | 0.80 | $128.00 |
| Arnold Nguyen | Senior Case Manager II | $160.00 | 0.50 | $80.00 |
| Arnold Nguyen | Senior Case Manager II | $160.00 | 0.50 | $80.00 |
| Kameron Nguyen | Senior Case Manager II | $160.00 | 3.60 | $576.00 |
| Jennifer Noble | Senior Case Manager II | $160.00 | 28.50 | $4,560.00 |
| Tony Persaud | Senior Case Manager II | $160.00 | 9.00 | $1,440.00 |
| Sena Sengun | Senior Case Manager II | $160.00 | 2.80 | $448.00 |
| Andrea Speelman | Senior Case Manager II | $160.00 | 14.10 | $2,256.00 |
| Tiffany Taveras | Senior Case Manager II | $160.00 | 1.50 | $240.00 |
| Geoff Zahm | Senior Case Manager II | $160.00 | 133.90 | $21,424.00 |
| Karen Zenteno Garcia | Case Manager II | $125.00 | 87.00 | $10,875.00 |
| Danette Gerth | Case Manager II | $125.00 | 79.40 | $9,925.00 |
| Amy Henault | Case Manager II | $125.00 | 15.20 | $1,900.00 |
| Jesse Hills | Case Manager II | $125.00 | 0.50 | $62.50 |

| Name of Professional Individual | Position with the Applicant | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Renee Ito | Case Manager II | $125.00 | 10.20 | $1,275.00 |
| Montserrat Juan | Case Manager II | $125.00 | 25.50 | $3,187.50 |
| Nicole Mackenzie | Case Manager II | $125.00 | 0.80 | $100.00 |
| Tammy Strakal | Case Manager II | $125.00 | 154.10 | $19,262.50 |
| Matthew Adams | Case Manager I | $100.00 | 0.40 | $40.00 |
| Bashair Alnaisani | Case Manager I | $100.00 | 1.50 | $150.00 |
| Sarah Alnaisani | Case Manager I | $100.00 | 3.60 | $360.00 |
| Safanah Alsammarraie | Case Manager I | $100.00 | 3.00 | $300.00 |
| Alma Andrade | Case Manager I | $100.00 | 8.00 | $800.00 |
| Adam Angle | Case Manager I | $100.00 | 10.60 | $1,060.00 |
| Nicole Beck | Case Manager I | $100.00 | 7.90 | $790.00 |
| Kayla Berger | Case Manager I | $100.00 | 3.70 | $370.00 |
| Michael Boost | Case Manager I | $100.00 | 0.50 | $50.00 |
| Dinh Bui | Case Manager I | $100.00 | 3.80 | $380.00 |
| Tammera Cannon | Case Manager I | $100.00 | 6.30 | $630.00 |
| Debra Daniels | Case Manager I | $100.00 | 0.10 | $10.00 |
| Viridiana Diaz | Case Manager I | $100.00 | 32.00 | $3,100.00 |
| Adriana Mendoza Duran | Case Manager I | $100.00 | 4.70 | $470.00 |
| Yennifer Sosa Gonzalez | Case Manager I | $100.00 | 2.10 | $210.00 |
| Amy Hayes | Case Manager I | $100.00 | 12.60 | $1,260.00 |
| Andrew Hruza | Case Manager I | $100.00 | 0.10 | $10.00 |
| Kimberly Kehm | Case Manager I | $100.00 | 0.40 | $40.00 |
| Chanpisey Man | Case Manager I | $100.00 | 22.10 | $2,210.00 |
| Joseph Digman-Mcnassar | Case Manager I | $100.00 | 1.00 | $100.00 |
| Joel Ramos Ochoa | Case Manager I | $100.00 | 1.00 | $100.00 |
| Donnelle Parker | Case Manager I | $100.00 | 3.80 | $380.00 |
| Rawaa Rowayed | Case Manager I | $100.00 | 2.00 | $200.00 |

| Name of Professional Individual | Position with the Applicant | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Joann Shaw | Case Manager I | $100.00 | 1.70 | $170.00 |
| Debra Sherman | Case Manager I | $100.00 | 0.80 | $80.00 |
| Jane Tan | Case Manager I | $100.00 | 0.20 | $20.00 |
| Katrina Wade | Case Manager I | $100.00 | 1.80 | $180.00 |
| Paul Larrier | Case Manager I | $75.00 / $100.00 | 33.50 | $3,212.50 |
| **Total:** | | **$178,227.00** | **1,210.20** | |
| **Blended Rate:** | | | **$141.27** | |

## **EXHIBIT D**

**EXHIBIT E**

**Summary of Actual and Necessary Epiq Corporate Restructuring, LLC
Expenses for the Compensation Period December 1, 2022 Through February 28, 2023**

| Expenses Category | Total Expenses |
|---|---|
| CA100 Database Maintenance | $463.30 |
| NO100 Noticing | $866.76 |
| NO100T Noticing - In state | $1,150.68 |
| OS120 Claim Acknowledgement | $1.85 |
| OS200 Electronic Imaging | $3,850.00 |
| OS223 Envelope - #10 | $14.75 |
| OS224 Envelope - 6X9 | $4.65 |
| OS225 Envelope - 9x12 | $160.50 |
| OS821 Voice Recorded Message | $0.15 |
| RE100 Postage | $2,888.17 |
| RE800 Court Docket Services | $2,077.80 |
| Tax | $195.18 |
| **TOTAL** | **$11,673.79** |

## **EXHIBIT F**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HO WAN KWOK, et al., | ) | Case No. 22-50073 (JAM) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. [1] | ) | |
| | ) | |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF EPIQ CORPORATE
RESTRUCTURING, LLC AS CLAIMS AND NOTICING AGENT FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT
OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD
FROM DECEMBER 1, 2022 THROUGH FEBRUARY 28, 2023**

This matter coming before this Court on the First Interim Fee Application of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent for Allowance of Compensation for Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period from December 1, 2022 through February 28, 2023 (the "Application,")[2] of Epiq Corporate Restructuring, LLC ("Epiq") pursuant to sections 330(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for an order (this "Order") (i) approving and allowing, on an interim basis, the aggregate sum of $184,987.22, including (a) compensation in the amount of $178,227.00 and (b) reimbursement of actual and necessary expenses in the sum of $11,673.79, incurred by Epiq from December 1, 2022, through February 28, 2023 (the "Compensation Period"); (ii) directing payment of the difference between (a) $189,900.79 and (b) any interim

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined in this Order shall have the meanings given to them in the Application.

payments made to Epiq with respect to the Compensation Period; and (iii) granting related relief all as further described in the Application; and upon consideration of the Application, and the Court having jurisdiction over this matter pursuant 28 U.S.C. §§ 157 and 1334, and notice of the Application was adequate under the circumstances and no further or other notice of the Application is required; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED, as set forth in this Order.

2. Epiq is allowed, on an interim basis, compensation for services rendered during the Compensation Period in the aggregate sum of $189,900.79, including (a) compensation in the amount of $178,227.00 and (b) reimbursement of actual and necessary expenses in the sum of $11,673.79.

3. The Debtors are hereby authorized and directed to pay Epiq the difference between (a) $189,900.79 and (b) any interim payments made to Epiq with respect to the Compensation Period.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.