## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok *et al.*,[1]<br><br>                Debtors. | Chapter 11 Case No.<br><br>22-50073 (JAM)<br><br>Jointly Administered |

### NOTICE OF WITHDRAWAL OF OBJECTION TO GENEVER HOLDINGS LLC'S APPLICATION FOR AUTHORIZATION TO RETAIN AFFILIATED ADJUSTMENT GROUP, LTD. AS PUBLIC ADJUSTER

TO THE HONORABLE JULIE A. MANNING,
UNITED STATES BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE** that Pacific Alliance Asia Opportunity Fund L.P. ("PAX"), by and through its undersigned counsel, hereby withdraws its Objection, filed on May 19, 2023 [ECF No. 1810], to the *Application of Genever Holdings LLC for Authorization to Retain and Employ Affiliated Adjustment Group, Ltd. as Public Adjuster* [ECF No. 1749].

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) ("Kwok" or the "Individual Debtor"), Genever Holdings Corporation ("Genever BVI"), and Genever Holdings LLC (last four digits of tax identification number: 8202) ("Genever (US)"). The mailing address for the Trustee, Genever BVI, and Genever US is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated: June 21, 2023
Hartford, Connecticut

**Pacific Alliance Asia Opportunity Fund L.P.**

*By*: */s/ Patrick M. Birney*
Patrick M. Birney (CT No. 19875)
Annecca H. Smith (CT No. 31148)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8275
Facsimile: (860) 275-8299
E-mail: pbirney@rc.com
        asmith@rc.com

-and-

Peter Friedman (admitted *pro hac vice*)
Stuart M. Sarnoff (admitted *pro hac vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email:  pfriedman@omm.com
        ssarnoff@omm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2023, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties in interest may access this filing through the Court's CM/ECF System.

/s/   *Patrick M. Birney*
Patrick M. Birney