UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re                                                                                    Chapter 11

HO WAN KWOK                                                                  Case No. 22-50073 (JAM)
a/k/a WENGUI GUO
a/k/a MILES GUO,

        Debtor.

**UNITED STATES TRUSTEE'S *UNOPPOSED* MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE/OBJECTION TO
FIRST INTERIM FEE APPLICATION OF PAUL HASTINGS, LLP (ECF 1831) AND
FIRST INTERIM FEE APPLICATION OF NEUBERT PEPE & MONTEITH, PC (ECF 1851)**

      William K. Harrington, the United States Trustee for Region 2 ("United States Trustee"), through counsel, respectfully moves an extension of time to 5:00 p.m. on Tuesday, June 27 2023 to respond and/or object to the First Interim Fee Application of Paul Hastings, LLP (ECF 1831) ("PH Application") and the First Interim Fee Application of Neubert Pepe & Monteith, PC (ECF 1851) ("NPM Application", and together collectively with the PH Application, the "Fee Applications"). The United States Trustee seeks this extension to respond and/or object to the Fee Applications with the consent of both firms.

      The Fee Applications are currently scheduled for a hearing on June 29, 2023. ECF 1836 and 1855. The deadline to respond to the PH Application is currently June 23, 2023. ECF 1836. The deadline to respond to the NPM Application is currently June 26, 2023. ECF 1855. The United States seeks an extension of time to June 27, 2023 at 5:00 pm to respond and/or object to the Fee Applications.

      In support of this motion, the United States Trustee advises that he has raised concerns with both firms regarding the Fee Applications. The United States Trustee is currently engaged

1

in active discussions with both firms to try to achieve a consensual resolution of those concerns, and such discussions may obviate the need to file objections. Additional time to continue discussions would be productive and provide the opportunity to reach a consensual resolution.

**WHEREFORE** the United States Trustee, with the consent of both firms, seeks an extension of time to June 27, 2023 at 5:00 pm to respond and/or object to the Fee Applications.

Dated: June 22, 2023  
    New Haven, Connecticut

Respectfully submitted,  
WILLIAM K. HARRINGTON  
UNITED STATES TRUSTEE FOR REGION 2

By:   /s/ Holley L. Claiborn  
      Holley L. Claiborn  
      Trial Attorney  
      Office of the United States Trustee  
      Giaimo Federal Building, Room 302  
      150 Court Street  
      New Haven, CT 06510  
      Holley.L.Claiborn@usdoj.gov  
      Federal Bar No.: ct17216 (Connecticut)  
      (203) 773-2210

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| HO WAN KWOK<br>a/k/a WENGUI GUO<br>a/k/a MILES GUO, | Case No. 22-50073 (JAM) |
| Debtor. | |

*PROPOSED*
**ORDER GRANTING UNITED STATES TRUSTEE'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/OBJECTION TO
FIRST INTERIM FEE APPLICATION OF PAUL HASTINGS, LLP (ECF 1831) AND
FIRST INTERIM FEE APPLICATION OF NEUBERT PEPE & MONTEITH, PC (ECF 1851)**

The United States Trustee having moved for an extension of time to 5:00 p.m. on Tuesday, June 27 2023 to respond and/or object to the First Interim Fee Application of Paul Hastings, LLP (ECF 1831) ("PH Application") and the First Interim Fee Application of Neubert Pepe & Monteith, PC (ECF 1851) ("NPM Application", and together collectively with the PH Application, the "Fee Applications"), and the Court having considered the relief requested and found cause to approve same, it is hereby

**ORDERED** that the deadline for the United States Trustee to file his response and/or objection to the Fee Applications is extended until 5:00 p.m. on June 27, 2023.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing was served on all appearing parties via the Court's CM/ECF filing system.

                      By:    /s/ Holley L. Claiborn
                                  Holley L. Claiborn