UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**[PROPOSED] ORDER GRANTING CROSS-MOTION OF HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC AND MEI GUO TO ADJOURN THE HEARING ON THE SALE MOTION**

THIS MATTER having come before the Court upon the filing of a Cross-Motion by HK International Funds Investments (USA) Limited, LLC and Mei Guo, to adjourn the hearing on the Motion of Luc A. Despins, Chapter 11 Trustee, Pursuant to Bankruptcy Code Sections 105 and 363, Bankruptcy Rules 2002, 6004(c), and 9014, and Local Rules 6604-1 and 6004-2, Seeking Entry of an Order: (i) Authorizing and Approving Sale of the *Lady May* Free and Clear of Liens, Claims, Interests, and Encumbrances; (ii) Authorizing and Approving Purchase and Sale Agreement, and (iii) Granting Related Relief (the "Sale Motion"), and for good cause shown,

IT IS, on this _____ day of June, 2023:

ORDERED, that the Cross-Motion be, and hereby is granted; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2

ORDERED that the hearing on the Sale Motion is adjourned to _____, 2023 at _____ \_.m., at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604.

4895-3464-8683.v1