**Exhibit 1**





< Back to search



| 2014 | 151' 8" (46.22m) |
|------|------------------|
| Year | Length |



## LADY MAY 2014 151' 8" FEADSHIP Motor Yacht

### Newport United States $26,500,000 USD

The 2014 151' 8" FEADSHIP Motor Yacht LADY MAY is a yacht for sale located in Newport, Rhode Island, United States.

⏚ YATCO

She is a stunning example of the finest Feadship quality on a sporty 46m Dubois aluminum hull with an immaculate RWD interior.

In light of multiple offers received to date, the bankruptcy court appointed trustee (who owns the Lady May) has determined to invite any and all interested parties to present their final and best offers by Tuesday May 30th at 5:00 p.m. (ET). Offers must comply with certain conditions, including a minimum purchase price of $20 million.

All offers are subject to bankruptcy court approval.

Please contact Dirk Johnson for further details, including offer conditions.

LADY MAY is one of the most outstanding yachts of her size ever built. Built by Feadship with naval architecture by Dubois and interior styling by RWD, LADY MAY is a true leader in her class. The combination of this impressive team resulted in the yacht winning a

+ Read more

---

**GET MORE INFORMATION ON THIS LISTING**

First Name*

Last Name*

Email Address*

Phone Number

Message*

**MESSAGE BROKER**

**Dirk Johnson**

Edmiston & Company Newport

| CALL | EMAIL |
|------|-------|

---

LENGTH
151' 8" (46.22m)

BUILDER
FEADSHIP

ASKING PRICE
$26,500,000 USD

BUILT
2014

BEAM
29' 7" (9m)

DRAFT
7' 3" (2.2m)

MAX SPEED
19 Knots

CRUISING SPEED
15 Knots



DISPLACEMENT
776027.16 Lbs

LOCATION
Newport, Rhode Island, USA



VIEW ALL PHOTOS

## Full Specifications



DETAILED DESCRIPTION                                                    +

REQUEST BROCHURE



**Listing Marketed by**

Dirk Johnson
Edmiston & Company Newport
2 Marina Plaza, Goat Island Newport, Rhode Island, 02840 USA

**I'm interested in LADY MAY**

First Name*                                    Last Name*

Email*

Phone Number

I'm interested in Listing Name...



## Broker's Other Yachts for Sale



NEW LISTING

**2017 METALSHIPS & DOCKS 193' 7"**
MAYBE

Barcelona,   Catalonia,   Spain

**$27,388,689**

Contact

⚓ YATCO





**2002 PALMER JOHNSON 167' 9"**
HELIOS 2

Fort Lauderdale,   Florida,   United States

$15,900,000

Contact



**2014 FEADSHIP 151' 8"**
LADY MAY

Newport,   Rhode Island,   United States

$26,500,000

⊕ YATCO



**2009 BURGER 151' 3"**
NADAN

The Bahamas
**$22,500,000**

Contact



**1991 FEADSHIP 119' 8"**
LADY VICTORIA

