**Exhibit 2**



1 / 9

### 2014 Feadship LADY MAY  |  46m

**$26,500,000 (£20,812,145)**
Price Drop: £4,138,202 (31 May)

United States

### — BASICS

| | |
|---|---|
| Year: | 2014 |
| Make: | Feadship |
| Class: | Motor Yacht |
| Length: | 46.22m |
| Fuel Type: | Diesel |
| Hull Material: | Aluminium |
| Offered By: | Edmiston Monaco |

### — DESCRIPTION

2014 Feadship

In light of multiple offers received to date, the bankruptcy court appointed trustee (who owns the Lady May) has determined to invite any and all interested parties to present their final and best offers by Tuesday May 30th at 5:00 pm (ET). Offers must comply with certain conditions, including a minimum purchase price of $20 million.

Delivered by the renowned Feadship de Vries yard in 2014, LADY MAY shines on the water thanks to her dazzling silver paintwork and unprecedented use of glass, with her tall vertical bow and daring whaleback sheer adding to her presence.

— CONTACT INFORMATION

Please contact Jamie Edmiston at +377 (0)93 30 54 44

+ OTHER DETAILS

### Disclaimer

The Company offers the details of this vessel in good faith but cannot guarantee or warrant the accuracy of this information nor warrant the condition of the vessel. A buyer should instruct his agents, or his surveyors, to investigate such details as the buyer desires validated. This vessel is offered subject to prior sale, price change, or withdrawal without notice.

+ FEATURES

*Electrical Equipment*

| | |
|---|---|
| Generator: | ✓ |

*Electronics*

| | |
|---|---|
| Radar: | ✓ |
| Wind Speed and Direction: | ✓ |
| Computer: | ✓ |
| TV Set: | ✓ |
| Navigation Centre: | ✓ |
| DVD Player: | ✓ |
| Autopilot: | ✓ |
| Radio: | ✓ |
| Compas: | ✓ |
| GPS: | ✓ |
| VHF: | ✓ |

*Inside Equipment*

| | |
|---|---|
| Stern Thruster: | ✓ |
| Dishwasher: | ✓ |
| Bow Thruster: | ✓ |
| Washing Machine: | ✓ |
| Oven: | ✓ |

| | |
|---|---|
| Microwave Oven: | ✓ |
| Air Conditioning: | ✓ |
| Heating: | ✓ |
| Hot Water: | ✓ |
| Refrigerator: | ✓ |
| Fresh Water Maker: | ✓ |
| Deep Freezer: | ✓ |

## + PROPULSION

### Engine 1

| | |
|---|---|
| Engine Make: | CAT |
| Engine Model: | C32 ACERT |
| Total Power: | 1900.23hp |
| Fuel Type: | Diesel |

### Engine 2

| | |
|---|---|
| Engine Make: | CAT |
| Engine Model: | C32 ACERT |
| Total Power: | 1900.23hp |
| Fuel Type: | Diesel |

## + SPECIFICATIONS

### Speed & Distance

| | |
|---|---|
| Cruising Speed: | 15kn |
| Max Speed: | 19kn |
| Range: | 3000nm |

### Dimensions

| | |
|---|---|
| Length Overall: | 46.22m |
| Max Draft: | 2.2m |
| Beam: | 9m |

### Tanks

Fresh Water Tank:
Fuel Tank:
Holding Tank:

### Accommodations

| | |
|---|---|
| Cabins: | 5 |
| Heads: | 10 |