**Exhibit 3**

MENU

EDMISTON

CONTACT



...    YACHTS FOR SALE    LADY MAY

46.22M 152 FT    |    FEADSHIP    |    2014 / 2019    |    10 GUESTS    |    5 CABINS    |    8 CREW

OVERVIEW        PHOTOS        SPECIFICATION        TENDERS & TOYS        PDF        BROCHURE        PRICE        ENQUIRE            SAVE YACHT            COMPARE

Overview

# Lady May yacht for sale

A sleek and innovative yacht from Feadship, with naval architecture by Dubois and interior styling from Redman Whiteley Dixon, LADY MAY is a class apart from any other yacht her size.

Featuring a modern, near-vertical bow and whaleback sheer, this 46m luxury yacht was a winner at the 2015 World Superyacht Awards, in the categories of exterior design, naval architecture and interior design.

In 2019, LADY MAY underwent a comprehensive refit that included a full repaint and successful completion of her 5-year Lloyd's survey.

LADY MAY boasts an unprecedented use of glass, with sliding doors and windows on the flybridge and main deck facilitating a wide range of outdoor/indoor scenarios. A radically different mast design, a rotating floor in the main lounge and an exceptionally large refrigeration capacity all add to her allure.

Within, white marble, stainless steel trim, Macassar ebony cabinets and bleached oak joinery create a modern, sophisticated and calming interior. Natural light is maximised throughout the interior

READ MORE

AT A GLANCE

Feadship pedigree
Award winning design by Dubois and RWD
Extensive use of glass for panoramic views throughout the vessel
Magnificent bar extending from main salon onto aft deck
Expansive views in owner's suite on main deck
Partially enclosed and air conditioned sundeck
Committed seller



Photos

# Photo Gallery

Latest photos of Lady May

  

2 / 19

Specification

| 10 | 5 | 8 |
|---|---|---|
| Guests | Cabins | Crew |

| | |
|---|---|
| LENGTH | 46.22M / 152 FT |
| BEAM | 9M / 30 FT |
| DRAFT | 2.20M / 7 FT |

| | |
|---|---|
| GROSS TONNAGE | 406 |
| GUESTS | 10 |
| CABINS | 5 |
| CONFIGURATION | 1 OWNER,  2 TWIN |
| | 2 DOUBLE |
| CREW | 8 |
| BUILDER | FEADSHIP |
| EXTERIOR DESIGNER | DUBOIS NAVAL ARCHITECTS |
| INTERIOR DESIGNER | REDMAN WHITELEY DIXON |
| YEAR | 2014 | 2019 REFITTED |
| CONSTRUCTION | ALUMINIUM |
| ENGINES | 2 X CATERPILLAR (1,900HP) |
| CRUISING SPEED | 15 KNOTS |

Brochure Request

Make Enquiry

Tenders & Toys

# Tenders & Toys

Williams diesel jet 625 260hp

Price

# Price

**$26,500,000** USD

**NOT FOR SALE TO US RESIDENTS IN US WATERS**

Advertising of the above vessel in either printed publications on the internet or in any other medium is not permitted without prior permission from the Owner via the Central Agent.
All particulars are given in good faith and are believed to be correct but cannot be guaranteed.

Enquire

# Interested in this yacht?

CONTACT:

DIRK JOHNSON

Yacht Broker

+1 401 965 9189

BROKER INFO >

NEWPORT OFFICE >

First Name*:

Last Name*:

Email Address*:

▾    Telephone*:

Your message*:

Send Enquiry

MONTE CARLO
+377 93 30 54 44

LONDON
+44 20 7495 5151

NEW YORK
+1 212 792 5370

MEXICO CITY
+52 555 280 9574

NEWPORT
+1 401 619 2200

VIEW ALL
OUR OFFICES >

PRESS AND MEDIA  /  LEGAL  /  PRIVACY  /
SITEMAP  /  RSS  /  EN
© 2018 EDMISTON  /  ALL RIGHTS RESERVED

" "