**Exhibit 4**



# Lady May - New CA for sale

Lady May | 2014/2019 | 46m | Feadship | 10 guests | 8 crew | 5 cabins | 15 knots cruising

*East Coast, USA - Asking $ 26 500 000*

Download brochure



*A sleek and innovative yacht from Feadship, Lady May is a class apart from any other yacht her size, and is offered for sale with Edmiston serving as her court appointed Central Agent*

LADY MAY boasts an unprecedented use of glass, with sliding doors and windows on the flybridge and main deck facilitating a wide range of outdoor/indoor scenarios. A radically different mast design, a rotating floor in the main lounge and an exceptionally large refrigeration capacity all add to her allure.

Within, white marble, stainless steel trim, Macassar ebony cabinets and bleached oak joinery create a modern, sophisticated and calming interior. Natural light is maximised throughout the interior of the vessel, culminating in the stunning views from the owner's

suite.

Perfect for entertaining thanks to her vast one-level, fully air-conditioned upper bridge, LADY MAY will offer her new owner an unmatched on-water experience, whether on deck or inside.Her Bahamas-friendly shallow draft means there are few waters she cannot access.

In 2019, LADY MAY underwent a comprehensive refit that included a full repaint and successful completion of her 5-year Lloyd's survey.

Lady May is offered under court order and any transaction is subject to court approval.

## Key features

- *Feadship pedigree*
- *Award winning design by Dubois and RWD*
- *Extensive use of glass for panoramic views throughout the vessel*
- *Magnificent bar extending from main salon onto aft deck*
- *Expansive views in owner's suite on main deck*
- *Partially enclosed and air conditioned sundeck*
- *Committed seller*

*Not for sale to US residents whilst in US waters.

Also please note - Lady May II, a Windy 52 blackbird, is also available as a separate listing.

View web page



**Broker**
Dirk Johnson

**Office**
Newport

**Telephone**
+1 401 965 9189

**Email**
daj@edmiston.com

Charter    Buy    Sell    Build    Manage



Click here to unsubscribe.