**Exhibit 5**



# Lady May – Now in Newport, RI

Lady May | 2014/2019 | 46m | Feadship | 10 guests | 8 crew | 5 cabins | 15 knots cruising

*Newport, RI, USA - Asking $ 26 500 000*

Download brochure



*46m Lady May is a state-of-the-art yacht that blends design and performance seamlessly, perfect for entertaining or relaxing. Now located in Newport, Rhode Island, she has entered into the FTZ for sale under court order.*

LADY MAY boasts an unprecedented use of glass, with sliding doors and windows on the flybridge and main deck facilitating a wide range of outdoor/indoor scenarios. A radically different mast design, a rotating floor in the main lounge and an exceptionally large refrigeration capacity all add to her allure.

Within, white marble, stainless steel trim, Macassar ebony cabinets and bleached oak

joinery create a modern, sophisticated and calming interior. Natural light is maximised throughout the interior of the vessel, culminating in the stunning views from the owner's suite.

Perfect for entertaining thanks to her vast one-level, fully air-conditioned upper bridge, LADY MAY will offer her new owner an unmatched on-water experience, whether on deck or inside.Her Bahamas-friendly shallow draft means there are few waters she cannot access.

In 2019, LADY MAY underwent a comprehensive refit that included a full repaint and successful completion of her 5-year Lloyd's survey.

Lady May is offered under court order and any transaction is subject to court approval.

---

## Key features

- *Feadship pedigree*
- *Award winning design by Dubois and RWD*
- *Extensive use of glass for panoramic views throughout the vessel*
- *Magnificent bar extending from main salon onto aft deck*
- *Expansive views in owner's suite on main deck*
- *Partially enclosed and air conditioned sundeck*
- *Committed seller*

Also please note - Lady May II, a Windy 52 blackbird, is also available as a separate listing.

View web page

---



**Broker**
Dirk Johnson

**Office**
Newport

**Telephone**
+1 401 965 9189

**Email**
daj@edmiston.com

---

Charter    Buy    Sell    Build    Manage



EDMISTON

Click here to unsubscribe.