## Exhibit 6



# Lady May – Now enrolled in the FTZ in Newport, RI

Lady May | 2014/2019 | 46m | Feadship | 10 guests | 8 crew | 5 cabins | 15 knots cruising

*Newport, RI, USA – Asking $ 26 500 000*

Download brochure



*46m Lady May is now in Newport RI enrolled in the FTZ and is available for inspection on short notice.*

She is a stunning example of the finest Feadship quality on a sporty 46m Dubois aluminum hull with an immaculate RWD interior.

**In light of multiple offers received to date, the bankruptcy court appointed trustee (who owns the Lady May) has determined to invite any and all interested parties to present their final and best offers by <u>Tuesday May 30th at 5:00 pm (ET)</u>.** Offers must comply with certain conditions, including a minimum purchase price of $20 million.

comply with certain conditions, including a minimum purchase price of $20 million.

All offers are subject to bankruptcy court approval.

Please contact Dirk Johnson for further details, including offer conditions.

---

## Key features

- *Feadship pedigree*
- *Award winning design by Dubois and RWD*
- *Extensive use of glass for panoramic views throughout the vessel*
- *Magnificent bar extending from main salon onto aft deck*
- *Expansive views in owner's suite on main deck*
- *Partially enclosed and air conditioned sundeck*
- *Committed seller*

Also please note - Lady May II, a Windy 52 blackbird, is also available as a separate listing.

<div style="border:1px solid red; padding:1em; text-align:center; width:30%;">

View web page

</div>

---



**Broker**
Dirk Johnson

**Office**
Newport

**Telephone**
+1 401 965 9189

**Email**
daj@edmiston.com

---

Charter    Buy    Sell    Build    Manage



Click here to unsubscribe.