**Exhibit 7**

Click **here** if you are having trouble viewing this message.



*Sales Yachts*     *Charter Yachts*     *News*     *Contact Us*

# Market Overview

*Edmiston brokers' give their expert opinions on the market right now*

## Sales

SAMADHI 61m – New to the Edmiston fleet

LADY A 55m – Iconic Bannenberg design

SEA FALCON II 47m – New to the Edmiston fleet

KISS 47m - €2M price reduction confirmed

LADY MAY 46m – Award-winning design

SOSA 38m – New to the Edmiston fleet

## Charter

PHOENIX 2 90m – 1930s-style opulence

DAR 90m – Next-level luxury and privacy

SUNRAYS 85m – Incredible amenities

M'BRACE 74m – Head-turning yacht

ANDREA 74m – Private Master terrace

RESILIENCE 65m – Pool & Jacuzzi

# Sales yachts: new and noteworthy opportunities



Samadhi | 61m | Feadship | 2006/2023
€42,500,000



Lady A | 55m | Nishii Zosen-Sterling | 1986/2023
€11,500,000 EU VAT paid

Meticulously maintained and having completed a major refit in May 2023, this pedigree Feadship is pristine. Her timeless Remi Tessier interiors will appeal to most tastes and broker Robert Shepherd says "her impressive list of amenities includes an elevator connecting all decks, an enclosed sun deck gym, and a 2022 Vanquish VQ45 chase boat."

This iconic Jon Bannenberg design was rebuilt in 2018 at a cost of €12m and boasts a redesigned and refitted interior. With masses of volume, an intelligent layout, recently overhauled engines, and huge exterior decks, broker Simon Goldsworthy says "she's one of the most distinctive yachts on the water". EU VAT fully paid in Malta.





Sea Falcon II | 47m | Puglia | 1993/2022
€7,900,000
*Having had her engine room overhauled in 2017 and her five-year class survey completed in 2022, this full displacement yacht with steel hull and aluminium superstructure has been well maintained throughout her ownership. Broker James Lloyd says says "she will be a great purchase for her new owner" and she has a range of 5,000nm.*

Kiss | 47m | Feadship, De Vries | 2015/2022
€27,500,000 EU VAT paid
*Offered in immaculate condition, broker Alex Busher describes KISS as "efficently engineered, with distinguished good looks and luxurious accommodation, which is well suited to families." Her amenities include a rooftop-style sun deck and a generous beach platform, while her second €2m price reduction this year makes her one of the best deals to be made in 2023.*





Lady May | 46m | Feadship | 2014/2019
$26,500,000
*With award-winning design by Dubois and RWD that includes extensive use of glass offering panoramic views throughout, a partially enclosed air-conditioned sun deck, and a magnificent bar extending from the main salon to the aft deck, broker Dirk Johnson says that "LADY MAY is one of the most outstanding yachts of her size ever built".*

Sosa | 38m | Sanlorenzo | 2018/2023
€13,500,000 EU VAT paid
*Having completed her five-year special surveys, and with extended warranty on the engines until 2025, broker Hans Van Doornmalen says SOSA is "fully loaded" with extras such as an outdoor cinema and fold-down balcony. Her contemporary interiors are easy to personalise, and she is MCA compliant and suitable for use in the USA. Easy to inspect in the south of France.*

**View the full sales fleet**

# +60m charter yachts with summer availability in the Mediterranean



Phoenix 2 | 90m | Lürssen | 2010/2019
€1,150,000 per week
*Available from 14 August in the East Med or 16 August in the West Med, "this Art Deco-inspired yacht is the height of on-the-water opulence" says broker Matthew Gant. It comes with every conceivable amenity, including both indoor and outdoor cinemas, three pools, a wellness centre, and an eye-watering array of toys.*



Dar | 90m | Oceanco | 2018
€1,200,000 per week
*Available from 13 August in the West Med, this luxury yacht with a dedicated Master deck with ocean views, a spa, and sea-view gym is perfect for charter guests looking for the utmost discretion. Broker Anne Lebernicheux says "her specially designed glazing ensures guests can enjoy their holiday away from prying eyes."*



Sunrays | 86m | Oceanco | 2010/2018
€1,150,000 per week
*Available from 4 to 12 August in Naples, SUNRAYS has the kind of features other yachts can only dream about, including an outstanding Master suite, a sun deck with semi-enclosed bar, three Jacuzzis, plus a pool. In addition, broker Charlotte Hanlon says "the lavish spa and lounge can convert into a home cinema."*



M'Brace | 74m | Abeking & Rasmussen | 2018
POA
*Available for charter in the West Med this August, "M'BRACE is one of the most head-turning yachts afloat today" according to broker Robert Shepherd. She's won many awards for her design and comes with unimpeachable Northern European credentials, flexible accommodation, a jaw-dropping pool and a split-level sun deck.*



Andrea | 74m | CRN | 2017
from €890,000 per week



Resilience | 65m | ISA | 2021
from €600,000 per week

*Available from 18 August in the South of France, ANDREA's amenities include a private terrace, indoor and outdoor cinema, sun deck Jacuzzi, glass-bottomed pool, and an enormous fold-out beach club, which all give her huge charter appeal. In fact, she ticks so many boxes, broker Charles Carveles says "she really has everything."*

*Available from 23 August to 7 September, this exquisite yacht was new to charter last season and comes with a raft of amenities. Broker Hannah Wolstenholme says "her pool, Jacuzzi, vast beach club and cinema under the stars, plus Master suite with fold-down balconies, will keep even the most demanding of guests satisfied."*

**View the full charter fleet**

## Company news



**Edmiston and Gulfstream at EBACE**
*Early May, Edmiston was appointed the UK and Channel Islands sales representative for US aircraft designer and developer Gulfstream, which shares our commitment to sustainability and is one of the biggest names in the aerospace world. This week, Edmiston is with Gulfstream at EBACE in Geneva, followed by the Monaco Grand Prix. To find out more, please contact us.*





Sales    Charter    Management    New Build

Click **here** if you don't wish to receive these messages in the future.