**Exhibit 8**





## 46m Feadship motor yacht Lady May for sale with Edmiston

4 May 2023 • Written by Nick Jeffery

The 46.2-metre motor yacht *Lady May* is now listed for sale by Dirk Johnson of Edmiston after a change of central agency.

Built of aluminium by Feadship in the Netherlands in 2014, *Lady May* was refitted in 2019, which included a full repaint. Her elegant exterior is by the late Ed Dubois, sporting a near-vertical bow and gently-sweeping sheer, while her contemporary, clean interior is from RWD (formerly Redman Whiteley Dixon).



*Lady May* is asking $26,500,000.

Accommodation is for a party of 10 in five cabins, with "expansive views" from the owner's main deck cabin, thanks in part to an area of glass in the bulwarks. Two twin and two double cabins are found on the lower deck. The broker described *Lady May* as "a class apart from any other yacht of her size", with a "radically different mast design" that enhances her sporty look.



The broker also pointed out the rotating saloon sole as one of *Lady May's* standout features, and that the vessel has "exceptionally large refrigeration capacity". A bar extends from the main saloon out onto the aft deck. White marble, stainless steel trim, Macassar ebony cabinets and bleached oak create a modern, "calming" interior.



Twin 1,900hp Caterpillar diesel engines give the 406GT yacht for sale a cruising speed of 15 knots.



Boatpro is the world's leading superyacht market intelligence platform

Lady May is asking $26,500,000. She is offered "under court order" and any transaction is subject to court approval.

**MORE ABOUT THIS YACHT**



**LADY MAY**
Feadship
46.22 m · 2014

POWERED BY **BOAT**

Feadship Motor Yacht Lady May for Sale

Lady May: Inside the 46m Feadship superyacht


Gallery: Inside the Feadship superyacht for sale Lady May


Top brokers react to the Fort Lauderdale International Boat Show 2017


January 2014 superyacht market report

**SIMILAR YACHTS FOR SALE**

**DRIZZLE**
Feadship ·
68.77 m · 12 guests ·
€69,000,000



**SAMADHI**
Feadship ·
60.96 m · 10 guests ·
€42,500,000

**SUBSCRIBE TO NEWSLETTERS**

84m Feadship Project 710 spotted en route to sea trials

$600k price drop on 33m Benetti yacht Cool Breeze

46m Lürssen motor yacht Lucy III sold

$1M price drop on Ocean Alexander motor yacht Fourth Down

€300K price drop on Wally sailing yacht Inti Cube

Further €500K price drop on 36m Admiral Cinquanta-50

## Most popular

| 93m Mayan Queen IV rescues at least 100 migrants after boat sinks in Greece | Stewardess dies after fall on board superyacht in Nice | 90m Lürssen yacht Norn arrives in London | Akula: Rossinavi launches 59m explorer yacht |

## From our partners

New details revealed: Heesen's brand-new XV67 crossover explorer

5 questions with Giovanna Vitelli: Azimut | Benetti chair on its highly-customisable superyacht range

Designer insight: Team reveal the key decisions behind the revolutionary ISA GT70

Co-own a brand new 40m Benetti this summer

Why the 24m wallywhy150 is out of this world

Simpson Marine: How the heritage firm is at the forefront of yachting in the Asia-Pacific

## Sponsored listings

**CHECKMATE**
Benetti · 44.2 m · 12 guests
$16,500,000

**KAHALANI**
Feadship · 55.05 m · 11 guests
€42,500,000

**TASIA**
Westport · 40 m · 11 guests
$12,900,000

**KHALILAH**
Palmer Johnson · 49.5 m · 11 guests
€24,900,000

**ACACIA**
Sunseeker · 39.93 m · 10 guests
$12,995,000

**WIDER 210**
Wider · 64.01 m · 14 guests
€62,400,000



