**Exhibit 9**





8 images >

# LADY MAY

Built by Feadship

| LENGTH | TOP SPEED | GT | CREW | DELIVERED | BEAM | GUESTS |
|---|---|---|---|---|---|---|
| 46.22 m | 19 kn | 406 | 8 | 2014 | 9 m | 10 |

LADY MAY is a 46.22 m Motor Yacht, built in Netherlands by Feadship and delivered in 2014.

Her top speed is 19.0 kn, her cruising speed is 15.0 kn, and she boasts a maximum cruising range of 2000.0 nm at 16.5 kn, with power coming from two Caterpillar diesel engines. She can accommodate up to 10 guests in 5 staterooms, with 8 crew members waiting on their every need. She has a gross tonnage of 406.0 GT and a 9.0 m beam.

She was designed by Dubois Naval Architects, who also completed the naval architecture. Dubois Naval Architects has designed 77 yachts and created the naval architecture for 72 yachts.

Her interior was designed by RWD, who has 60 other superyacht interiors designed in the BOAT Pro database - she is built with a Teak deck, a Aluminium hull, and Aluminium superstructure.

6/22/23, 12:51 PM                          LADY MAY yacht (Feadship, 46.22m, 2014)

LADY MAY is in the top 30% by LOA in the world. She is one of 494 motor yachts in the 45-50m size range, and, compared to similarly sized motor yachts, her top speed is 0.19 kn above the average.

LADY MAY is currently sailing under the Cayman Islands flag, the 2nd most popular flag state for superyachts with a total of 1300 yachts registered. She is currently located at the superyacht marina Safe Harbor Newport Shipyard, in United States of America, where she has been located for 6 days. For more information regarding LADY MAY's movements, find out more about BOAT Pro AIS.

## SPECIFICATIONS

| | |
|---|---|
| Name:<br>LADY MAY | Previous Names:<br>COMO |
| Yacht Type:<br>Motor Yacht | Yacht Subtype:<br>Semi-displacement |
| Builder:<br>Feadship | Naval Architect:<br>Dubois Naval Architects |
| Exterior Designer:<br>Dubois Naval Architects | Interior Designer:<br>RWD |

The data for LADY MAY is taken from BOATPro, the world's leading market intelligence platform, which delivers real-time, accurate and reliable superyacht data. To access our pioneering fleet tracker, brokerage market insight, reports and much more get in touch with the BOATPro team.

FIND OUT MORE

REQUEST A DEMO

POWERED BY **BOAT** Pro



**YACHT FEATURED IN**



46m Feadship motor yacht Lady May for sale with Edmiston

Lady May: Inside the 46m Feadship superyacht

Gallery: Inside the Feadship superyacht for sale Lady May

Feadship Motor Yacht Lady May for Sale

Top brokers react to the Fort Lauderdale International Boat Show 2017

Como yacht video

January 2014 superyacht market report

## Yachts like this

OBSIDIAN

Feadship · 84.2 m · 2023

NEVER ENOUGH

Feadship · 42.67 m · 1992

DOJO

Feadship · 45.85 m · 1981

FEADSHIP 823

Feadship · 67.4 m · 2023

PROJECT SAKURA

Feadship · 71.76 m · 2025

DIAMARE

Feadship · 46.7 m · 1997

### Sponsored listings

WIDER 210

ACACIA

KHALILAH

Wider · €62,400,000 · 64.01 m · 14 guests

Sunseeker · $12,995,000 · 39.93 m · 10 guests

Palmer Johnson · €24,900,000 · 49.5 m · 11 guests





## BOAT
International

### More from BOAT International

About Us
Advertising & Media Kit
Contact Us
Careers
Terms of Use
Cookie Policy
Privacy Policy
Site Map

Yachts
Market Intel
Yachts For Sale
Charter
Destinations
Boat Life
Virtual Boat Show
Boat Presents

Events
Boat Business
Boat Pro
Shop

Follow us on

Subscribe

Sign up to our newsletters

Sign up to BOAT International email newsletters to get the latest superyacht news, business analysis, exclusive event invitations, and more.

SIGN UP

BACK TO TOP

Boat International Media Ltd © 2008 – 2022.
Content presented under the "BOAT Presents" logo is an advertising feature and Boat International Limited has been paid to include this content.