**<u>Exhibit 10</u>**



# SUPERYACHT TIMES

Log In    Create Account

News    Yachts ⌄    Yachts for Sale ⌄    Business ⌄    Market ⌄    Design & Interior ⌄    How to Build It ⌄    Events ⌄    | YachtEye    SYT iQ    |







+26

## Lady May Yacht    FOR SALE    ★ PREMIUM

Ex: Como

46.22 m (151'6" )  |  406 GT  |  Feadship  |  2014  |  $26,500,000 (€24,187,610)

**Request Brochure**    **Request Full Specs**    **Request Deck Plans**

Overview    Photos    News & Events    Sales Info

## Lady May Yacht Overview

### About Lady May Yacht

Lady May is a motor yacht with an overall length of 46.22 m. The yacht's builder is Feadship from The Netherlands, who launched Lady May in 2014. The superyacht has a beam of 9 m, a draught of 2.2 m and a volume of 406 GT.

Lady May features exterior design by Dubois Naval Architects Ltd. and interior design by RWD. Up to 10 guests can be accommodated on board the superyacht, Lady May, and she also has accommodation for 8 crew members, including the ship's captain. Lady May has an aluminium hull and an aluminium superstructure. She is powered by 2 Caterpillar Inc engines, which give her a top speed of 19 kn. The yacht carries 51,000 litres of fuel on board.

In the world rankings for largest yachts, the superyacht, Lady May, is listed at number 1359. She is the 131st-largest yacht built by Feadship. Lady May's owner is

shown in SYT iQ and is exclusively available to subscribers. On SuperYacht Times, we have 31 photos of the yacht, Lady May, and she is featured in 25 yacht news articles.

Lady May is for sale at an asking price of $26,500,000 , and can be purchased via Edmiston. There are currently 1,741 yachts for sale in the world. It is not yet known whether or not Lady May has a superyacht infotainment system by YachtEye.

---

### Lady May Yacht is for sale

## $26,500,000
€24,187,610



Edmiston

**Contact Broker**

Lady May yacht owner, broker or captain, use the Update Sales Info link to report any changes in the sales information. Update sales info

ADVERTISEMENT



---

### Lady May Yacht Exterior

All Exterior Photos ›

Lady May is a 46.22 m motor yacht with a volume of 406 GT. The exterior architecture was designed by Dubois Naval Architects Ltd..

**EXTERIOR DESIGNER**
Dubois Naval Architects Ltd.




## Lady May Yacht Interior

All Interior Photos ›

Lady May is a 46.22 m motor yacht with a volume of 406 GT. The interior architecture was designed by RWD.

**INTERIOR DESIGNER**

RWD




## Lady May Yacht Specifications

**DIMENSIONS**

| | |
|---|---|
| OVERALL LENGTH | 46.22 m |
| BEAM | 9.0 m |
| DRAUGHT MAX. | 2.2 m |
| GROSS TONNAGE | 406 |

**BUILD**

| | |
|---|---|
| BUILDER | |

Feadship

| | |
|---|---|
| **PORT** | Aalsmeer |
| **COUNTRY** | Netherlands |
| **YEAR** | 2014 |

**MATERIAL**

| | |
|---|---|
| **HULL** | Aluminium |
| **SUPERSTRUCTURE** | Aluminium |

**DESIGN**

| | |
|---|---|
| **NAVAL** | Dubois Naval Architects Ltd. |
| **EXTERIOR** | Dubois Naval Architects Ltd. |
| **INTERIOR** | RWD |

**VESSEL DETAILS**

| | |
|---|---|
| **PREVIOUS NAMES** | Como |
| **TYPE** | Motor |
| **SUBTYPES** | Flybridge |
| **CLASS** | Lloyd's Register |
| **HULL TYPE** | Mono Hull |
| **HULL CONFIGURATION** | Semi-displacement |
| **NUMBER OF DECKS** | N/A |

**ACCOMMODATION**

| | |
|---|---|
| **NUMBER OF GUESTS** | 10 |
| **NUMBER OF CREW** | 8 |
| **CREW CABINS** | 4 |

**PERFORMANCE & CAPABILITIES**

| | |
|---|---|
| **MAX. SPEED** | 19.0 kn |
| **CRUISE SPEED** | 15.0 kn |
| **SPEED/RANGE** | 14.0/3000 n/M |
| **FUEL CAPACITY** | 51,000 L |
| **WATER CAPACITY** | 16,000 L |

**PROPULSION**

| TYPE | Propellers |
|------|------------|
| COUNT | 2 |

**ENGINES**

| MANUFACTURER | Caterpillar Inc |
|--------------|-----------------|
| MODEL | C32 |
| TYPE | Diesel |
| POWER | 1,417 kW \| 1,900 HP |
| COUNT | 2 |
| TOTAL POWER OUTPUT | 1,417 kW \| 1,900 HP |

**Request Full Specs**

---

## Contact Broker

**ASKING PRICE**

# $26,500,000

€24,187,610

Lady May yacht owner, broker or captain, use the Update Sales Info link to report any changes in the sales information. **Update sales info**

**LISTED BY**



**Edmiston**

📞 Call Broker

### Send enquiry

**RECIPIENT**



Edmiston

**FULL NAME**

E.g. Jane Doe

**WORK EMAIL**

e.g. jane.doe@domain.com

**ENQUIRY**

E.g. Hello, could you please send me more information about the yacht Carinthia VII?

**Send enquiry**



Loading...

**SUPERYACHT TIMES**

### Newsletter

email@superyachttimes.com

Subscribe

### Follow Us

### Shop

Visit the SuperYacht Times online shop to view and order the latest market reports and newspaper issues.

Go to SYT shop

**Yachts** See All ›

Sailing Yachts
Motor Yachts

**By Shipyard**
Feadship
Benetti
Azimut
Lürssen
Sanlorenzo
Westport
Heesen
SilverYachts

**By Type**
Explorer
Sport Fishermen
Flybridge
Trawler
Sport

**For Sale** See All ›

Sailing Yachts
Motor Yachts

**By Shipyard**
Feadship
Benetti
Azimut
Lürssen
Sanlorenzo
Westport
Heesen
SilverYachts

**By Type**
Explorer
Sport Fishermen
Flybridge
Trawler
Sport

**SYT Products**

YachtEye
SYT 3D
SYT iQ
Market Reports

About | Team | Careers | Contact | Disclaimer | Terms & Conditions | Privacy Policy

© SuperYacht Times B.V. // All rights reserved.