**<u>Exhibit 11</u>**


