**Exhibit 12**

       

**Edmiston**
12,911 followers

+ Follow

View full page

**Edmiston**
12,911 followers
1mo • Edited • 🌐

+ Follow

We are delighted to welcome previous World Superyacht Award winner, Lady May, to our sales fleet.

This 46m **Feadship** is a class apart from any other yacht her size, with naval architecture by Dubois and interior styling from Redman Whiteley Dixon. She is newly for sale through Edmiston.

Get in touch to speak with one of our brokers.

https://lnkd.in/e7XuhNDq

#edmiston #yachtsales #yachtlife #superyacht #superyachtindustry






68    1 repost

**Reactions**

Congrats…   I think this is…   I'd be happy to…   Great to hear…

