**Exhibit 14**



# Lady May

MARKETING REPORT 2023

JUNE 2023





# Contents

*1. Introduction ...............................................................................1*

*2. Lady May Marketing Activity 2023 ............................... 2*

THIS DOCUMENT IS STRICTLY PRIVATE, CONFIDENTIAL AND PERSONAL TO ITS RECIPIENTS AND SHOULD NOT BE COPIED, DISTRIBUTED OR REPRODUCED IN WHOLE OR IN PART, NOR PASSED TO ANY THIRD PARTY.



# 1. Introduction

This report provides you with a summary of the marketing activities undertaken to promote Lady May since launch with Edmiston in 2023.

After two unprecedented years for the yacht industry, the sales market in 2023 has shown signs that the boom in sales of 2021 into 2022 has begun to cool. Whilst demand is still strong for high value pedigree yachts, we see similarities in sales between Q1 of 2023 with those of 2018 and 2019. A strong indicator of the brokerage market rebalancing.

Whilst the sales market has been buoyant, the brokerage sector is subject to peaks and troughs, influenced by a diverse range of factors from economic to geo-political. Ultimately, the key drivers of sales are price, condition, and location coupled with clever marketing.

We continue the sales marketing campaign of Lady May and actively canvas the market for potential buyers, both within our own network as well as through our colleague brokers in the industry and will keep you fully updated.

Kind Regards

Dirk Johnson

EDMISTON

# 2. Lady May Marketing Activity 2023

# Digital Marketing
*Direct Client Email Marketing*



## Market Overview

*Lady May featured in the Market Overview monthly mailer once so far in 2023. This is distributed to 10,000 clients and prospects. This includes a small selection of brokerage CA's that have a special deal, last minute availability, new itinerary or similar.*



### Edmiston Brokers' Market Overview, May 2023
*25/05/2023*

**19,178**   Listed Recipients

**44.40%**   **Interacted**
**3,431**   Interactions



### Interacted

**43.70%**   **Open Rate**
**3,377**   Unique Opens
**6,382**   Total Opens



# Digital Advertising
*Direct Client & Business-to-Business Marketing*



*Edmiston.com ranks highly on search engines amongst our competition and is an effective tool in promoting Lady May, with monthly website traffic averaging 30,000 per month.*

## Webpage

*Lady May has a dedicated webpage on the Edmiston.com domain, complete with large format images, editorial multi-media options and features.*

*Total page views for 2023: 399*





# Digital Marketing
*Business-to-Business Email Marketing*



*In order to connect Lady May with our network of industry brokers, we do the following:*

## Edmiston Email Marketing

### Single & Multi Yacht Mailers
These are sent on an ad-hoc basis for New Central Agency Yachts, sales updates, location updates, price reductions and yachting events.

LADY MAY has been featured in the following mailers since her launch in April 2023. Examples below:

- Lady May - New CA for sale (28/04/2023)

- Lady May - Now in Newport, RI (18/05/2023)

- Lady May - Now enrolled in the FTZ in Newport, RI (24/05/2023)

### Monthly Updates
Circulated monthly, this digital mailer features our full fleet of yachts for sale and includes relevant updates for that month.

LADY MAY has featured in one Monthly Updates since her launch in April 2023, the most recent can be found here.

## Yacht World & Yatco
LADY MAY is included on Yatco and Yacht World, which are online B2B search facilities that centralise brokerage yacht information for the yacht industry.



## Lady May - New CA for sale
*28/04/2023*



**1,846**  Listed Recipients

**48.54%**  Interacted
**464**  Interactions

### Interacted

**5.65%**  Click Rate
**72**  Unique clicks
**131**  Total Clicks

**48.54%**  Open Rate
**464**  Unique Opens
**1,857**  Total Opens

# Digital Marketing
*Business-to-Business Email Marketing*



## Lady May - Now in Newport, RI
*18/05/2023*

## Lady May - Now enrolled in the FTZ in Newport, RI
*24/05/2023*





**1,853** Listed Recipients

**44.38%** Interacted
**426** Interactions

Interacted

**1.67%** Click Rate
**26** Unique clicks
**49** Total Clicks

**44.06%** Open Rate
**426** Unique Opens
**1,017** Total Opens





**1,857** Listed Recipients

**45.44%** Interacted
**438** Interactions

Interacted

**1.35%** Click Rate
**25** Unique clicks
**34** Total Clicks

**45.33%** Open Rate
**437** Unique Opens
**1,038** Total Opens

# Social Media Marketing



*As part of our social media strategy, Lady May is covered across our multi-channel social network. Each platform provides a different service with specific content created for each.*

*Instagram – 81.7K followers*

*Facebook – 8.7K followers*

*LinkedIn – 11.2K subscribers*

*YouTube –1.3K followers*

### We are delighted to welcome previous World Superyacht Award winner, Lady May, to our sales fleet
*29/04/2023*

### We are delighted to welcome previous World Superyacht Award winner, Lady May, to our sales fleet
*29/04/2023*





*Instagram | Carousel*
Reach **4,837**

Impressions **5,931**

Engagements **260**

*LinkedIn | Post*
Impressions **3,042**

Engagements **638**

Engagement Rate **21%**

# Advertising



## Online Advertising

**Boatinternational.com & Superyachttimes.com online listings**

As part of Edmiston's commitment to Lady May, she has featured on the brokerage listing page of Boat International and Superyacht Times, extending the reach to potential buyers.



## Luxury Lifestyle & Yacht Publications

*Lady May featured in the following digital and print publications:*

### Boat International US

June Issue - Half page

July Issue - Half page





# Advertising

### *Heliport*
As title sponsors of the London Heliport, we use this platform to strategically advertise throughout. LADY MAY features in branded collateral that is deployed throughout.

### *FBO Terminal*
LADY MAY features in branded collateral that is deployed across East Hamptons and Cabo St Lucas private aviation terminals throughout the year.

### *Farnborough Airport*
Edmiston has teamed up with Europe's leading private jet airport, Farnborough, to provide a fully immersive experience for guests travelling through the airport.

We use this platform to strategically advertise throughout with selected marketing material. LADY MAY features in branded collateral that is deployed throughout.

# Edmiston Publications

### *Bespoke Yacht Literature*
As part of our marketing campaign for LADY MAY, we create branded and white-labelled electronic collateral, with the option to print if required, to promote the yacht to potential buyers.

# PR & Editorial



## 46m Feadship motor yacht Lady May for sale with Edmiston

*Boat International Online*
*04/05/2023*



## Lady May 2014 151' 8" Feadship Motor Yacht

*Yatco.com*
*03/05/2023*



*Please click on the URL to view the view feature*

# Statistics Explained



## Sector Benchmarking

*To give you an understanding of how the digital activities for your yacht are performing, we have benchmarked the most comparable sector averages for 2022.*

## Email Marketing

| *Sector Benchmark* | *CTR* | *Open Rates* |
|---|---|---|
| Advertising and Marketing | 2.04% | 17.38% |
| Retail | 2.25% | 18.39% |
| Media | 4.62% | 22.15% |
| Real Estate & Design | 1.77% | 19.17% |
| Travel | 2.25% | 20.44% |
| Average (all services) | 2.58% | 19.51% |

*Click-through rate (CTR)*
Click-through rate is the ratio of users who click on a specific link to the number of total users who view a page, email, or advertisement.

*Open rate*
This number shows what percentage of your audience opens the emails you send them.

## Social Media Marketing

| *Sector Benchmark* | *Average Engagement Rate* |
|---|---|
| Influencer / Public Figure | 5.77% |
| Media | 5.55% |
| Travel | 4.94% |
| Consumer Brands | 4.39% |
| Food & Beverage | 4.13% |
| Shopping & Retail | 2.80% |

*Email marketing statistics provided by Mail Chimp, updated on 17/06/2022
**Social media statistics provided by Sprout Social, updated 17/06/2022



EDMISTON

**LONDON**
*Lombard Wharf,*
*12 Lombard Road, London,*
*SW11 3GN, UK*

**MONTE CARLO**
*27 Boulevard Albert 1er,*
*Monaco,*
*MC 98000*

**NEW YORK**
*1325 Avenue of the Americas,*
*27th Floor, New York,*
*NY 10019, USA*

**MIAMI**
*Suite 500, 1111 Lincoln Rd,*
*Miami Beach,*
*FL 33139, USA.*

**NEWPORT**
*Two Marina Plaza,*
*Goat Island, Newport,*
*Rhode Island 02840, USA*

**MEXICO CITY**
*Ahumada Villalon 36, Lomas Virreyes,*
*Miguel Hidalgo 11000,*
*CDMX, México*

**SAN JOSE DEL CABO**
*Villa Valentina, Kilómetro 31.5,*
*México 1, Zona Hotelera,*
*23405 San José del Cabo, B.C.S.*

EDMISTON.COM