**Exhibit 15**

# LETTER OF INTENT

Friday 19th May 2023

Luc A Despins,
As chapter 11 trustee for the estate of Ho Wan Kwok.
c/o Paul Hastings LLP
200 Park Avenue
New York, New York
10166

Dear Sirs,

**Purchase of 46.22m Feadship LADY MAY**

On behalf of our client, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ hereafter "the buyer", we are instructed to make the following offer for the purchase of the 46.22m Feadship LADY MAY. This offer is subject to the following conditions:

1) Purchase Price USD 19,000,000 (nineteen million United States Dollars)

2) Subject to mutually agreed formal MoA to be executed by both buyer and seller no later than Wednesday, May 31st 2023.

3) Subject to standard MYBA terms

4) Subject to a satisfactory sea trial and condition survey acceptable to the buyer. Sea trial and condition survey to be completed within 21 days following execution of the mutually agreed formal MoA.

5) Subject to mutually agreed inventory of all onboard and ashore items belonging to the yacht excluding the personal effects of the owner and crew.

6) Subject to the yacht being delivered at closing free of all debts, maritime liens and encumbrances.

7) Closing to take place within 7 days following buyer's acceptance of required condition survey, sea trial and inventory.

8) Upon execution of this LOI, the Seller warrants the exclusivity of this yacht to the Buyer until Wednesday, May 31st 2023, and agrees to exclusively work with the Buyer towards a formal MoA until such date.

9) Upon execution of this LOI, the Buyer shall transfer a 10% deposit to the stakeholder account of its appointed maritime lawyer or its broker, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at its discretion.

10) This letter of intent and the mutually acceptable formal contract are to be subject to a confidentiality clause to be agreed between the Buyer and Seller.

11) This letter of intent shall automatically expire on Tuesday, May 23rd 2023, 18h00 EST.

12) This letter of intent shall be governed by and construed with in accordance with the laws of England and Wales and any dispute or claim arising out of, relating to, or in connection with this Agreement shall be submitted to the jurisdiction of the Courts of England.

I confirm that our client is well known to us and passes all KYC and other associated compliance rules.

We would be grateful of your prompt response to this offer.

Yours sincerely,



Signed by the Buyer.

Accepted By Seller:

Name:

Name:

Date:

Date:

