## Exhibit 19

## LETTER OF INTENT

Date: May 12, 2023

█████████████████████

**RE: M/Y Lady May COBR # 745195**

To Luc A Despins
As Chapter 11 Trustee for the Estate of Ho Wan Kwok:

As per my inspection of Lady May, I ████████ hereby make the following offer for purchase of Lady May subject to the following conditions:

1) Purchase Price Twenty Million Dollars ($20,000,000)

2.    If accepted, a deposit of 10% of the agreed price will be wired within 3 business days to the escrow account of Edmiston and Company (details to be provided)

3)    Offer acceptance is subject to approval of the Court.

4)    Subject to mutually agreed formal contract to be executed by both Buyer and Seller no later than May 31, 2023.

5)    Subject to satisfactory sea trial and condition survey acceptable to the buyer. Sea trial and condition survey to be completed within 14 days of execution of mutually agreed formal contract as per Clause 4. Acceptance/rejection within 7 days of survey completion.

6)    Subject to mutually agreed inventory of all onboard and ashore items belonging to the yacht excluding the personal effects of the owner and crew.

7)    Closing to take place no later than June 30, 2023.

8)    Subject to yacht being delivered at closing free of all debts, maritime liens and encumbrances.

9)    This letter of intent and the mutually acceptable formal contract are to be the subject of a confidentiality clause to be agreed between the Buyer and Seller.

END OF OFFER.

████████████████████████████

Accepted By Seller:

_____