**Exhibit 21**

# LETTER OF INTENT

  Luc A. Despins, as the Chapter 11 Trustee for the estate of Ho Wan Kwok (the "Seller"), and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (the "Buyer"), hereby confirm their intent to enter into a Vessel Purchase Agreement for the Buyer's purchase of "Lady May" a 2014/2019 44.25m "Feadship" motor yacht bearing British Official Number 745195 and her tenders and inventory (the "Vessel") at a price of $18,000,000.00 (Eighteen Million Dollars).  With the execution by the Seller and Buyer of this Letter of Intent the Buyer will send an earnest money deposit of $1,800,000.00 (One Million Eight Hundred Thousand Dollars) (the "Deposit"), to the Law Offices of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (the "Escrow Agent") within three business days.

  This offer is subject to the conclusion of a Vessel Purchase Agreement acceptable to both parties.  The parties agree, in good faith, to use their best endeavors to come to an agreement on the contract terms and sign a Vessel Purchase Agreement by May 12, 2023 (the "Contract Date").  For the avoidance of doubt, the parties agree that the terms shall include without limitation, that the Buyer will complete its due diligence withing three weeks of signing the Vessel Purchase Agreement, and the Buyer will receive a court order noting that the Vessel is conveyed free and clear of any claims. If the parties fail to enter into a Vessel Purchase Agreement by the Contract Date, or the Buyer's earnest money deposit is not received by the Escrow Agent by May 12, 2023, 5:00 p.m. EST the Seller may discontinue negotiations and put the Vessel back on the market for sale to other individuals or entities.

  If the parties proceed to a Vessel Purchase Agreement, the Escrow Agent will apply the Deposit as part of the contract price.  If the parties cannot come to contract terms, the Escrow Agent will return the Deposit to the Buyer, in full, immediately upon the Buyer's written request.

  Signatures may be transmitted via emailed pdf copies, with the Seller and Buyer agreeing that emailed signatures shall serve the same as originals.

  This Letter of Intent shall be governed by and construed and enforced in accordance with the laws of the State of Florida.  The venue of any action arising from this Agreement shall lie exclusively in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, and both parties shall submit to the jurisdiction of such court.

Agreed:

| Buyer: ▮▮▮▮▮▮▮▮▮▮▮▮ | Luc A. Despins, as the Chapter 11 Trustee for the estate of Ho Wan Kwok |
|---|---|
| By: ▮▮▮▮▮▮▮▮▮▮▮▮ | By: _____ |
|  | Its: _____ |
| Dated: May __9__, 2023 | Dated: May _____, 2023 |