## Exhibit 22

**Bongartz, Alex**

| | |
|---|---|
| **From:** | Dirk Johnson <DAJ@Edmiston.com> |
| **Sent:** | Monday, May 22, 2023 6:01 PM |
| **To:** | Despins, Luc A.; Bongartz, Alex |
| **Subject:** | [EXT] Offer 1 increased $20M |

**--- External Email ---**

Dear Luc,

███████████ has increased his offer to $20,000,000. His terms are in line with all the other offers and until we settle on a price there is no reason to fine tunes dates. He is prepared to move quickly and I will send him our proposed term sheet as soon as it is approved by the Judge.

Dirk

