**Exhibit 28**

## Second Addendum to Purchase and Sale Agreement for Brokerage Vessel, executed on May 30, 2023, Between (i) Luc A. Despins, as the Chapter 11 Trustee for the Estate of Ho Wan Kwok and (ii) Herb Chambers Yachting, LLC (the "Second Addendum")

Capitalized terms used but not defined herein have the meanings set forth in the Purchase and Sale Agreement for Brokerage Vessel, executed on May 30, 2023, with respect to the Lady May (together with the first addendum thereto, dated as of the same date, the "PSA").

1. The PSA is hereby modified by replacing the amount of the Purchase Price, *i.e.*, $24,000,000, with the amount of $23,150,000. For the avoidance of doubt, the balance of the Purchase Price (less the Deposit of $4,800,000) is $18,350,000.

2. The Buyer hereby accepts the Vessel in accordance with Section 3 of the PSA.

3. Except as set forth in this Second Addendum, the terms of the PSA (including as modified by the first addendum, dated as of May 30, 2023) shall remain unaltered.

Seller

By: *[signature] Luc Despins as trustee*

Name: Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok

Date: 6/19/2023

Buyer

By: *[signature]*

Name: Herb Chambers Yachting, LLC

Title: Member

Date: 6·19·2023