


**PRIORITY MAIL®**

JENNY LI
PERSON
3185 W SERENE AVE
LAS VEGAS NV  89139-8122

0.50 oz

RDC 04

U.S. POSTAGE
$16.35
PM
89128
Date of sale
06/21/23
02    6W  SSK
9818900384

EXPECTED DELIVERY DAY: 06/23/23

SHIP TO:



PIETRO  CICOLINI
UNITED STATES BANKRUPTCY COURT
915 LAFAYETTE BL
BRIDGEPORT CT 06604

**USPS SIGNATURE® TRACKING NBR**



9510 8066 3606 3172 3442 82





Ms. Jenny Li
3185 W Serene Ave
Las Vegas, NV 89139

FILED
2023 JUN 23 A 10: 17
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

Mr. Pietro Cicolini
Clerk of Court
United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604
Re: In re: Ho Wan Kwok, et al. Debtor(s)