UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 22, 2023, *HK International Funds Investments (USA) Limited, LLC's and Mei Guo's (a) Objection to Trustee's Emergency Motion for Order Quashing Subpoenas and Denying Them Discovery in Connection With the Trustee's Motion to Sell the Lady May ("Sale Motion"), and (b) Cross-Motion to Adjourn the Hearing on the Sale Motion, together with a proposed form of Order Granting Cross-Motion to Adjourn the Hearing on the Sale Motion,* was filed electronically.

Notice of this filing has been sent by e-mail to each party designated as an "ECF Party" on the annexed Service List by operation of the Court's electronic filing system ("CM/ECF"), or by United States first-class mail to all other parties on the annexed service list who are unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access the documents through the Court's CM/ECF system.

With respect to the Notice Parties, as defined in Local Bankr. R. 2004-1, the following parties will receive notice of this filing by CM/ECF: (i) the Debtor; (ii) the Chapter 11 Trustee;

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

(iii) the United States Trustee; (iv) any official committee; and (v) any party that has filed a notice of appearance in the case; provided, however, that parties appearing in the case who are unable to receive electronic notice were served via U.S. Mail as set forth above.

The undersigned hereby certifies that the foregoing constitutes service upon all of the Notice Parties.

Dated:  June 23, 2023
     Roseland, New Jersey

*/s/ Sam Della Fera, Jr.*
Sam Della Fera, Jr. (admitted *pro hac vice*)
sdellafera@csglaw.com
Lee Vartan (admitted *pro hac vice*)
lvartan@csglaw.com
Melissa F. Wernick (admitted *pro hac vice*)
mwernick@csglaw.com
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
*Attorneys for Mei Guo and HK International Funds Investments (USA) Limited, LLC*

and

Aaron A. Romney (ct28144)
aromney@zeislaw.com
James M. Moriarty (ct21876)
jmoriarty@zeislaw.com
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone:  (203) 368-4234
Facsimile:  (203) 368-5485
*Local Counsel for Mei Guo and HK International Funds Investments (USA) Limited, LLC*

*In re Ho Wan Kwok*
Chapter 11 – Case No. 22-50073 (JAM)

**SERVICE LIST**

Holley L. Claiborn, Esq. (ECF Party)
Steven E. Mackey, Esq.
**OFFICE OF THE UNITED STATES TRUSTEE**
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
*Attorneys for the United States Trustee*

Richard C. Morrissey, Esq.
**OFFICE OF THE UNITED STATES TRUSTEE**
201 Varick Street, Room 1006
New York, NY 10014

John L. Cesaroni, Esq. (ECF Party)
Christopher Blau, Esq. (ECF Party)
Eric A. Henzy, Esq. (ECF Party)
Stephen M. Kindseth, Esq. (ECF Party)
James M. Moriarty, Esq. (ECF Party)
Aaron Romney, Esq. (ECF Party)
**ZEISLER & ZEISLER PC**
10 Middle Street, 15th Floor
Bridgeport, CT 06604
*Local Counsel for Mei Guo and HK International Funds Investments (USA) Limited, LLC*

Ho Wan Kwok
373 Taconic Road
Greenwich, CT 06831
*Debtor*

Aaron A. Mitchell, Esq. (ECF Party)
**LAWALL & MITCHELL, LLC**
55 Madison Avenue, Suite 400
Morristown, NJ 07960
*Attorneys for Debtor, Ho Wan Kwok*

Luc A. Despins, Esq, (ECF Party)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
*Chapter 11 Trustee for Debtor*

Douglas S. Skalka, Esq. (ECF Party)
James C. Graham, Esq. (ECF Party)
Patrick R. Linsey, Esq. (ECF Party)
Lucas Bennett Rocklin, Esq. (ECF Party)
Nancy Bohan Kinsella, Esq. (ECF Party)
**NEUBERT, PEPE & MONTIETH, P.C.**
195 Church Street, 13th Floor
New Haven, CT 06510
*Local Counsel for Luc A. Despins, Chapter 11 Trustee*

Douglass E. Barron, Esq. (ECF Party)
G. Alexander Bongartz, Esq. (ECF Party)
Avram Emmanuel Luft, Esq. (ECF Party)
Gabriel Sasson, Esq.
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
*Attorneys for Luc A. Despins, Chapter 11 Trustee*

Nicholas A. Bassett, Esq. (ECF Party)
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, DC 20036
*Attorneys for Luc A. Despins, Chapter 11 Trustee*

J. Ted Donovan, Esq.
Kevin J. Nash, Esq.
**GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP**
1501 Broadway 22nd Floor
New York, NY 10036
*Attorneys for Debtor Genever Holdings LLC*

Tristan G. Axelrod, Esq. (ECF Party)
William R. Baldiga, Esq. (ECF Party)
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111

Christopher A. Lilly, Esq.
**TROY GOULD PC**
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
*Attorneys for Chao-Chih Chiu, Huizhen Wang, Yunxia Wu, and Keyi Zilkie*

Gregory A. Coleman
**COLEMAN WORLDWIDE ADVISORS, LLC**
P O Box 2839
New York, NY 10008-2839

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606

Stuart M. Sarnoff, Esq. (ECF Party)
Diana Perez, Esq.
Edward Moss, Esq.
Daniel Shamah, Esq.
Laura S. Aronsson, Esq. (ECF Party)
Daniel L. Cantor, Esq. (ECF Party)
Mia N. Gonzalez, Esq. (ECF Party)
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
*Attorneys for Creditor Pacific Alliance Asia Opportunity Fund L.P.*

Sara Pahlavan, Esq. (ECF Party)
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
*Attorneys for Pacific Alliance Asia Opportunity Fund L.P.*

David V. Harbach II, Esq. (ECF Party)
Peter M. Friedman, Esq. (ECF Party)
**O'MELVENY & MYERS LLP**
1625 Eye Street NW
Washington, DC 20006
*Attorneys for Pacific Alliance Asia Opportunity Fund L.P.*

Derek L. Wright, Esq.
Douglas E. Spelfogel, Esq.
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, NY 10020-1001
*Attorneys for Creditor Pacific Alliance Asia Opportunity Fund L.P.*

Patrick M. Birney, Esq. (ECF Party)
Annecca H. Smith, Esq. (ECF Party)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103-3597
*Attorneys for Pacific Alliance Asia Opportunity Fund, L.P., Creditor*

Alissa M. Nann, Esq.
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016
*Attorneys for Creditor Pacific Alliance Asia Opportunity Fund L.P.*

**GENEVER HOLDINGS LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520

Francis J. Lawall, Esq. (ECF Party)
**PEPPER HAMILTON LLP**
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799
*Attorneys for Interested Party Bravo Luck Limited*

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Epiq Corporate Restructuring, LLC
777 Third Avenue, 12th Floor
New York, NY 10017

Yongbing Zhang
223 West Jackson Boulevard, #1012
Chicago, IL 60606

Peter J. Zarella, Esq. (ECF Party)
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
One State Street, 14th Floor
Hartford, CT 06103-3102
*Attorneys for Zheng Wu, Rui Ma, Weican Meng, Creditors*

Carollynn H.G. Callari, Esq. (ECF Party)
**CALLARI PARTNERS, LLC**
One Rockefeller Plaza 10th Floor
New York, New York 10020
*Attorneys for Rui Ma and Zheng Wu*

Samuel B. Davidoff, Esq. (ECF Party)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, D.C. 20024
*Attorneys for Williams & Connolly LLP, Interested Party*

Taruna Garg, Esq. (ECF Party)
**MURTHA CULLINA LLP**
107 Elm Street
Stamford, CT 06902
*Attorneys for Creditor The Sherry-Netherland, Inc.*

Evan S. Goldstein, Esq.
**UPDIKE, KELLY & SPELLACY, P.C.**
Goodwin Square
225 Asylum Street, 20th Floor
Hartford, CT 06103
*Attorneys for Hing Chi Ngok and Greenwich Land, LLC*

James J. Healy, Esq. (ECF Party)
**COWDERY &  MURPHY, LLC**
280 Trumbull Street, 22nd Floor
Hartford, CT 06103
*Attorneys for Williams & Connolly LLP*

Jeffrey Hellman, Esq. (ECF Party)
**LAW OFFICES OF JEFFREY HELLMAN, LLC**
195 Church Street, 10th Floor
New Haven, CT 06510
*Attorneys for Ho Wan Kwok*

Jonathan Kaplan, Esq. (ECF Party)
**PULLMAN & COMLEY, LLC**
90 State House Square
Hartford, CT 06103
*Attorneys for the Official Committee of Unsecured Creditors*

Irve J. Goldman, Esq. (ECF Party)
Kristin B. Mayhew, Esq. (ECF Party)
**PULLMAN & COMLEY, LLC**
850 Main Street, 8th Floor
Bridgeport, CT 06604
*Attorneys for the Official Committee of Unsecured Creditors*

Andrew V. Layden, Esq. (ECF Party)
Danielle L. Merola, Esq. (ECF Party)
**BAKERHOSTETLER**
200 South Orange Avenue, Suite 2300
Orlando, FL 32801

Sherry J. Millman, Esq. (ECF Party)
Patrick N. Petrocelli, Esq. (ECF Party)
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, NY 10038
*Attorneys for Creditor The-Sherry-Netherland, Inc.*

Scott D. Rosen, Esq. (ECF Party)
Timothy D. Miltenberger, Esq.
**COHN BIRNBAUM & SHEA P.C.**
100 Pearl Street, 12th Floor
Hartford, CT 06103
*Attorneys for Golden Spring (New York), Ltd., Interested Party*

Thomas J. Sansone, Esq. (ECF Party)
**CARMODY TORRANCE SANDAK & HENNESSEY LLP**
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
*Attorneys for Rong Zhang, Xiaodan Wang and Chong Shen Raphanella, Creditors*

4887-9345-6236.v1

Tiffany Troy, Esq. (ECF Party)
**TROY LAW PLLC**
41-25 Kissena Boulevard, Suite 103
Flushing, NY 11355
*Attorneys for Jia Yang Li, Jian Fan, Qiqhua Fan and Troy Law PLLC, Creditors*

John Troy, Esq. (ECF Party)
**TROY LAW, PLLC**
41-25 Kissena Boulevard, Suite 103
Flushing, NY 11355
*Attorneys for Troy Law, PLLC, Interested Party*

Michael S. Weinstein, Esq. (ECF Party)
**GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP**
771 Third Avenue
New York, NY 10017
*Attorneys for Rong Zhang, Xiaodan Wang and Chong Shen Raphanella, Creditors*

Jay M. Wolman, Esq. (ECF Party)
**RANDAZZA LEGAL GROUP, PLLC**
100 Pearl Street, 14th Floor
Hartford, CT 06103
*Attorneys for Logan Cheng, Creditor*

Jeffrey M. Sklarz, Esq. (ECF Party)
Lawrence S. Grossman, Esq. (ECF Party)
Kellianne Baranowsky, Esq. (ECF Party)
**GREEN & SKLARZ LLC**
One Audubon Street, Third Floor
New Haven, CT 06511
*Attorneys for BakerHostetler, Interested Party and G-Club Operations LLC, Interested Party*

Scott M. Charmoy, Esq. (ECF Party)
**CHARMOY & CHARMOY, LLC**
1465 Post Road East, Suite 100
Westport, CT 06880
*Attorneys for HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property and Staffing, Inc.*

David M. S. Shaiken, Esq. (ECF Party)
**SHIPMAN, SHAIKEN & SCHWEFEL, LLC**
Corporate Center West
433 South Main Street, Suite 319
West Hartford, CT 06110
*Attorneys for Bravo Luck Limited*

Stephen G. Walko, Esq. (ECF Party)
**IVEY, BARNUM & O'MARA, LLC**
170 Mason Street
Greenwich, CT 06830
*Interested Party*

Marcy J. McLaughlin Smith, Esq. (ECF Party)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
*Attorneys for Bravo Luck Limited*

Francis J. Lawall, Esq. (ECF Party)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
*Attorneys for Bravo Luck Limited*

Julie A. Lavoie, Esq. (ECF Party)
**MURTHA CULLINA LLP**
280 Trumbull Street
Hartford, CT 06103
*Attorneys for The Sherry-Netherland, Inc.*

Anthony Sodono III, Esq. (ECF Party)
Sari B. Placona, Esq. (ECF Party)
**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, NJ 07068
*Attorneys for HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property and Staffing, Inc.*

Bonnie C. Mangan, Esq. (ECF Party)
**LAW OFFICES OF BONNIE C. MANGAN, P.C.**
1050 Sullivan Avenue, A3
South Windsor, CT 06074
*Local Counsel for HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property and Staffing, Inc.*

Lisa J. Fried, Esq. (ECF Party)
Marc J. Gottridge, Esq. (ECF Party)
**HERBERT SMITH FREEHILLS NEW YORK LLP**
450 Lexington Avenue
New York, NY 10017
*Attorneys for UBS AG*

Keith N. Costa, Esq. (ECF Party)
**BARCLAY DAMON LLP**
545 Long Wharf Drive, 9th Fl.
New Haven, CT 06511
*Attorneys for Leonard S. D. Scudder*

Christopher J. Major, Esq. (ECF Party)
Austin D. Kim, Esq. (ECF Party)
**MEISTER SEELIG & FEIN PLLC**
125 Park Avenue, 7th Floor
New York, NY 10017
*Attorneys for Hing Chi Ngok and Greenwich Land, LLC*

Joanna J. Cline, Esq. (ECF Party)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
*Attorneys for Bravo Luck Limited*

Stephen R. Cook, Esq. (ECF Party)
**BROWN RUDNICK LLP**
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
*Special (Criminal Defense) Counsel for Ho Wan Kwok*

Stephen A. Best, Esq. (ECF Party)
**BROWN RUDNICK LLP**
601 Thirteenth Street NW, Suite 600
Washington, DC 20005
*Special (Criminal Defense) Counsel for Ho Wan Kwok*

Trevor Bradley, Esq. (ECF Party)
**ROBINSON & COLE LLP**
1055 Washington Boulevard
Stamford, CT 06901
*Attorneys for Pacific Alliance Asia Opportunity Fund, LP*

Carolina Fornos, Esq. (ECF Party)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
31 West 52nd Street
New York, NY 10019
*Attorneys for G|Club Operations, LLC*

Ross G. Fingold, Esq. (ECF Party)
**STOKESBURY & FINGOLD, LLC**
10 Waterside Drive, Suite 204
Farmington, CT 06032
*Attorneys for Interested Party, Nodal Partners, LLC*

Sabato P. Fiano, Esq. (ECF Party)
**ZELDES, NEEDLE & COOPER, P.C.**
100 Lafayette Boulevard, 7th Floor
Bridgeport, CT 06604
Attorneys for RCI Bridgeport, LLC

David S. Forsh, Esq. (ECF Party)
**CALLARI PARTNERS, LLC**
One Rockefeller Plaza, 10th Floor
New York, NY 10020
*Attorneys for Creditor Weican Meng and Zheng Wu*

Richard N Freeth, Esq. (ECF Party)
**FREETH & ASSOCIATES, LLC**
260 Madison Avenue 8th Floor
New York, NY 10016
*Attorneys for Himalaya Investment LLC and Jiaming Liu*

Kathleen M. LaManna, :Esq. (ECF Party)
Latonia C. Williams, Esq. (ECF Party)
**SHIPMAN & GOODWIN LLP**
942 Main Street
Hartford, CT 06103
*Attorneys for U.S. Bank National Association, as escrow agent*