UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**RESERVATION OF RIGHTS IN CONNECTION WITH PAUL HASTINGS LLP'S INTERIM FEE APPLICATION, PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a), 328, 330 AND 331, BANKRUPTCY RULE 2016, AND LOCAL RULE 2016-1, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM JULY 8, 2022 THROUGH FEBRUARY 28, 2023**

HK International Funds Investments (USA) Limited LLC ("HK USA") and Mei Guo ("Guo," and together with HK USA, the "HK Parties"), by and through their undersigned counsel, hereby submit this Reservation of Rights in connection with the *Interim Fee Application of Paul Hastings LLP, Pursuant to Bankruptcy Code Sections 105(a), 328, 330 and 331, Bankruptcy Rule 2016, and Local Rule 2016-1, for Compensation and Reimbursement of Expenses for Period from July 8, 2022 through February 28, 2023* [Docket No. 1831] (the "Interim Fee Application").

1. On May 30, 2023, Paul Hastings LLP ("Paul Hastings") filed the Interim Fee Application seeking the allowance and payment of fees for professional services in the extraordinary amount of $12,326.802.00, and reimbursement of expenses in the amount of $348,813.54.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2.      Objections to the Interim Fee Application are due on or before June 23, 2023, at 4:00 p.m.

3.      The HK Parties have serious concerns about the magnitude and reasonableness of the fees sought in the Interim Fee Application, as should the Court. Given the interim nature of the relief requested, however, the HK Parties are not formally objecting to the Interim Fee Application at this time. Notwithstanding, the HK Parties reserve all of their rights to object to any subsequent interim fee applications, as well as to the final fee application, of Paul Hastings.

| | |
|---|---|
| Dated:  June 23, 2023<br>Roseland, New Jersey | */s/ Lee Vartan*<br>Lee Vartan (admitted p*ro hac vice*)<br>lvartan@csglaw.com<br>Sam Della Fera, Jr. (admitted p*ro hac vice*)<br>sdellafera@csglaw.com<br>Melissa F. Wernick (admitted p*ro hac vice*)<br>mwernick@csglaw.com<br>**CHIESA SHAHINIAN & GIANTOMASI PC**<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>Telephone: (973) 325-1500<br>Facsimile: (973) 325-1501<br>*Attorneys for HK International Funds Investments (USA) Limited, LLC and Mei Guo*<br><br>Aaron A. Romney (ct28144)<br>aromney@zeislaw.com<br>James M. Moriarty (ct21876)<br>jmoriarty@zeislaw.com<br>**ZEISLER & ZEISLER PC**<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06604<br>Telephone:  (203) 368-4234<br>Facsimile:  (203) 368-5485<br>*Local Counsel for HK International Funds Investments (USA) Limited, LLC and Mei Guo* |

## CERTIFICATION OF SERVICE

I hereby certify that on this 23rd day of June 2023, a copy of the foregoing *Reservation of Rights in Connection With the Interim Fee Application of Paul Hastings LLP, Pursuant to Bankruptcy Code Sections 105(a), 328, 330 and 331, Bankruptcy Rule 2016, and Local Rule 2016-1, for Compensation and Reimbursement of Expenses for Period from July 8, 2022 through February 28, 2023* was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: June 23, 2023  
Roseland, New Jersey

/s/ Lee Vartan  
Lee Vartan (admitted p*ro hac vice*)  
New York State Bar No. 4288296  
lvartan@csglaw.com  
Sam Della Fera, Jr. (admitted p*ro hac vice*)  
New Jersey State Bar No. 023701992  
sdellafera@csglaw.com  
Melissa F. Wernick (admitted p*ro hac vice*)  
New Jersey State Bar No. 033642010  
mwernick@csglaw.com  

**CHIESA SHAHINIAN & GIANTOMASI PC**  
105 Eisenhower Parkway  
Roseland, NJ 07068  
Telephone: (973) 325-1500  
Facsimile: (973) 325-1501  
*Attorneys for HK International Funds Investments (USA) Limited, LLC and Mei Guo*

> Aaron A. Romney (ct28144)
> aromney@zeislaw.com
> James M. Moriarty (ct21876)
> jmoriarty@zeislaw.com
> **ZEISLER & ZEISLER PC**
> 10 Middle Street, 15th Floor
> Bridgeport, CT 06604
> Telephone: (203) 368-4234
> Facsimile: (203) 368-5485
> *Local Counsel for HK International Funds*
> *Investments (USA) Limited, LLC and Mei Guo*

4856-2511-7804.v1