**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x
: 
In re:                                              :    Chapter 11
                                                    :
HO WAN KWOK, *et al.*,[1]                           :    Case No. 22-50073 (JAM)
                                                    :
            Debtors.                                :    (Jointly Administered)
                                                    :
------------------------------------------------------------x

**CERTIFICATE OF SERVICE REGARDING 9019 MOTION AND**
**MOTION TO EXPEDITE AND LIMIT SERVICE**

On June 23, 2023, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), filed his *Motion, Pursuant to Bankruptcy Rule 9019, Regarding Settlement with Assignee Of HCHK Entities Under New York Court Assignment Proceedings* [Main Case Docket No. 1936; Adv. Proc. Docket No. 25] (the "9019 Motion")[2] and his *Motion of Chapter 11 Trustee (i) to Expedite Hearing on, and (ii) to Limit Service of, Chapter 11 Trustee's Motion, Pursuant To Bankruptcy Rule 9019, Regarding Settlement with Assignee of HCHK Entities Under New York Court Assignment Proceedings* [Main Case Docket No. 1937; Adv. Proc. Docket No. 26] (the "Motion to Expedite and Limit Service" and, together with the 9019 Motion, the "Motions") in both in the above captioned chapter 11 cases (the "Chapter 11 Cases") and in *Despins v. HCHK Technologies, Inc.*

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]  Capitalized terms used but not otherwise defined herein have the meanings set forth in the 9019 Motion.

*et al.*, Adv. Proceeding Case No. 23-05013 (the "Adversary Proceeding").  The Motions may all be accessed via CM/ECF.

Notice of the filing of the Motions in the Chapter 11 Cases was sent by e-mail to all parties to the Chapter 11 Cases by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[3]

Additionally, today, June 23, 2023, I caused the Motions to be served on all Defendants to the Adversary Proceeding and certain other parties bound by the TRO by first-class mail and/or by UPS overnight delivery to the addresses, including the last known addresses, for all such parties as set forth on the attached **Exhibit A**.[4]

In addition, today, June 23, 2023, I caused the Motions to be sent by e-mail to counsel to all Defendants to the above-captioned adversary proceeding (other than Holy City Hong Kong Ventures, Ltd. ("Holy City"), the British Virgin Islands corporation nominally owned by Yvette Wang)[5] and certain other parties bound by the TRO.[6]

*[THE REST OF THIS PAGE IS INTENTIONALLY BLANK.]*

---

[3] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

[4] Defendant Holy City Hong Kong Ventures, Ltd. was served via first-class mail only.

[5] The Trustee is unaware as to the identify of Holy City's counsel, if any.  As set forth in Exhibit A, Holy City was notified via U.S. Mail and Ms. Wang's counsel was notified via email.

[6] Additionally, the 9019 Motion will be served upon the Assignment Proceeding Notice Parties upon its approval by the Court pursuant to the entry of the proposed order to the Motion to Expedite and Limit Service.

Dated:    June 23, 2023                          LUC A. DESPINS,
            New Haven, Connecticut      CHAPTER 11 TRUSTEE

                                                     <u>*/s/ Douglass Barron*</u>
                                                     Douglass Barron
                                                     douglassbarron@paulhastings.com
                                                     PAUL HASTINGS LLP
                                                     200 Park Avenue
                                                     New York, New York 10166
                                                     (212) 318-6690

                                                     *Counsel for the Chapter 11 Trustee*

**Exhibit A**

**(Addresses Served via First-Class U.S. Mail and/or UPS overnight delivery)**

| |
|---|
| Brian W. Hofmeister (as Assignee for the Benefit Of Creditors)<br>3131 Princeton Pike<br>Building 5, Suite 110<br>Lawrenceville, NJ 08648 |
| Brian w. Hofmeister (as Assignee for the Benefit Of Creditors)<br>c/o Cole Schotz P.C.<br>1325 Avenue of the Americas<br>19th Floor<br>New York. NY 10019<br>Attn: Ryan T. Jareck. Esq. |
| HCHK Technologies, Inc.,<br>HCHK Property Management, Inc., and<br>Lexington Property and Staffing, Inc.<br>c/o McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue, 2nd Floor<br>Roseland, New Jersey 07068<br>Attn: Sari B. Placona, Esq. |
| ATTN: Officer, Managing or General Agent<br>HCHK Property Management, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 1980 |
| ATTN: Officer, Managing or General Agent<br>HCHK Technologies, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| ATTN: Officer, Managing or General Agent<br>Lexington Property and Staffing, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Yanping "Yvette" Wang<br>c/o Lipman Law PLLC<br>New York, US<br>147 W. 25th St.<br>12th Fl<br>New York, New York 10001<br>Attn: Alex Lipman |
| Yanping "Yvette" Wang<br>c/o ChaudhryLaw PLLC<br>147 West 25th Street<br>Ste 12th Floor<br>New York, NY 10001<br>Attn: Priya Chaudhry |

| |
|---|
| Yanping Wang (Register No. 49116-510)<br>MDC Brooklyn<br>Metropolitan Detention Center<br>P.O. Box 329002<br>Brooklyn, NY  11232<br>(Marked "LEGAL MAIL") |
| Anthony DiBattista<br>45 Park Hill Dr.<br>Hopewell Junction, NY 12533 |
| Anthony DiBattista<br>c/o Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY  10017<br>Attn: Jeremy H. Temkin |
| G-News Operations, LLC<br>c/o Norris McLaughlin P.A.<br>400 Crossing Blvd, 8th Floor, P.O. Box 5933<br>Bridgewater, New Jersey 08807<br>Attn: Melissa Pena, Esq. |
| ATTN: Officer, Managing or General Agent<br>G News Operations, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| G-News Operations, LLC<br>One Gateway Center<br>Suite 2600<br>Newark, New Jersey 07102<br>Attn: Irene Feng |
| ATTN: Officer, Managing or General Agent<br>Holy City Hong Kong Ventures Ltd<br>c/o Intershore Chambers<br>P.O. Box 4342<br>Road Town<br>Tortola<br>British Virgin Islands VG1110 |