

GREENSBORO NC 270
PIEDMONT TRIAD AREA
22 JUN 2023 PM 2

Pietro Cicolini
Clerk of Court
United States Bankruptcy Court
District of Connecticut
915 Lafayette B1
Bridgeport, CT 06604

YUANLIN LIU
192 PENDLETON DR
AMHERST VA 24521