NING ZHAO

Al Shamsi Building 2, King Faisal St

Umm Al Quwain, United Arab Emirates, 999041

June 6, 2023

Mr. Pietro Cicolini

United States Boulevard

Bridgeport, CT 06604

Re: In re: Ho Wan Kwok, et al. Debtor(s)

Dear Mr. Cicolini,

I am writing as a creditor in the above-referenced case. I am deeply concerned about the proposed private sale by the debtor, Mr. Ho Wan Kwok, and I hereby file my objection to this proposed action.

I would like to emphasize that my objection is rooted in the fact that Mr. Kwok has failed to return a significant amount of money he has dishonestly acquired from me. I firmly believe that his attempt to conduct a private sale under the present circumstances raises substantial questions of fairness and equity that should be addressed by the court.

I respectfully request that the court reviews this proposed private sale carefully and that it considers this strong objection in light of the circumstances. I insist that this private sale should not be allowed unless and until Mr. Kwok makes full restitution of the funds that he improperly obtained from me and thousands of other creditors.

It is of paramount importance that the Bankruptcy Court, in its role as arbiter of both law and equity, ensures that all proceedings are conducted in a manner that is fair and just to all parties involved. I trust that the court will duly consider this objection and will prevent any further advancement of this private sale until my concerns have been adequately addressed.

Thank you for your attention to this matter. I am prepared to provide further information or evidence in support of my objection if required. Please do not hesitate to contact me if there are any queries or clarifications needed.

Sincerely,

NING ZHAO
+971504185076
Putizh5@gmail.com

**1- The process of being deceived into investing in GTV**
In the summer of 2019, I donated $300 to Guo Wengui's legal foundation through Ms. He Shaojian. He said that he would establish a new China, a truly democratic country ruled by law, and called on everyone to follow him and call each other comrades-in-arms.
In February 2020, I arrived in Japan under the lobbying of He Shaojian, and under her guidance, I watched and actively followed Guo Wengui's live broadcast and other publicity.
Beginning in March 2020, Guo Wengui publicized his GTV series of various investment projects through live broadcasts and various text announcements, and promised that all participating investors will get high returns.
Since April 2020, Guo Wengui has continuously promoted GTV private equity investment projects through webcasts, and has repeatedly promised that the investment funds will be remitted to an account in the United States. The laws of the United States are very sound and fair, and all investment funds will be supervised by the US financial system, which is absolutely safe , You can invest with confidence, and at the same time, Mr. Bannon, the think tank representative of President Trump. and Americans such as Kyle Bass support the investment project, which makes me believe that this investment has been recognized and supported by the United States.
In May 2020, He Shaojian has been in private contact with Guo Wengui. According to her, she has a close relationship and can contact him at any time. I contacted Guo Wengui through the recommendation of Ms. He Shaojian and participated in the private equity investment of GTV. The total investment is $370,015. There is also a $10,010 farm loan project investment.
The amounts are:
1-Remittance of $138,644.98 on May 18, 2020, the amount is the number received by GTV, and the handling fee has been deducted
2-Remittance of $109,985.2 on May 22, 2020, the number is the number received by GTV, and the handling fee has been deducted
3-Remittance of $121,410 on May 26, 2020, this amount is not the number received by GTV, no handling fee is deducted
On November 30, 2020, participate in the $100, 10 loan project investment, and remit the money to the American account provided by the Connecticut farm in the United States.


**2- Reasons for being deceived into human trafficking**
From May to December 2020, because I participated in GTV investment, I was led to continuously follow up the various live broadcasts and announcements released by Guo Wengui and his organization (farms around the world) on Gate, and listen to their introduction of various investment projects The progress of the project, the layout of the project around the world, and future planning. During this period, if anyone doubts it, they will be characterized as being sent by the Chinese Communist Party to sabotage. In short, Guo Wengui and his gang use their network platform, Gate, 24 hours a day. Continue to promote investment attraction and call on member states to slander the United States President Biden and support Trump's re-election took almost all of my time for half a year.
He Shaojian said many times in 2020 that Guo Wengui would arrange for her to go to the United States, saying that Guo Wengui had already arranged everything and set her up anytime.
From August to November 2020. 1- Guo Wengui repeatedly called on everyone to leave China as soon as possible in the GTV live broadcast. The CCP is about to start a war and internal liquidation is about to begin. We all invested in GTV and downloaded and watched Guo Wengui's GTV platform. We They are all the targets of the CCP's liquidation. and we need to escape to a safer place.
2- At the same time, Luther kept creating a tense atmosphere in the program, saying that the CCP will liquidate all anti-communist dissidents at any time. and that the CCP will launch a war at any time, reminding everyone to leave China as soon as possible, and even offering to go to Turkey from Guangzhou, China, and then transfer to It is also said that many people have successfully escaped from China.
3- They continue to spread fear, saying that the Chinese government is about to start cracking down on dissidents. Those of us who participate in investment and watch GTV will not be able to escape. and will be persecuted by the CCP.
**3- The process of being deceived into human trafficking**
In October 2020. He Shaojian told us that in view of the imminent chaos in the world and the CCP's imminent liquidation of dissidents at home and abroad. Guo Wengui is already arranging

will persecute us.
In the Bahamas, people live two lives, the language barrier, the Chinese passports of the 7 of us do not have EU visas or US visas, our return trip can only find places where Chinese passports are visa-free to stay and transit, and it is difficult to go back to Asia. Later, with the help of my friends in the United States and Japan, I arranged the route and booked the ticket. I went from the Bahamas to Cuba first. Because of the epidemic, there were very few flights from the Bahamas to Cuba. I didn't leave the Bahamas until March 29. After being quarantined in Cuba until April 1 arrived in the United Arab Emirates on the 12th. The trip cost a lot, and I was intimidated by Guo Wengui and He Shaojian. I was terrified all the way, and I was really worried about being persecuted by them with my children.

After we landed in the UAE, we made separate arrangements. Currently, my daughter and I are staying in the UAE with an adult lady. My underage daughter and I have been in great difficulty and danger, because I have complete evidence of their human trafficking in my hands. Guo Wengui and him His subordinates have been trying to find me and intimidate me, trying to destroy me and the evidence I have. Their threats have caused great danger and harm to us. We are wandering in other countries. My daughter cannot go to school and has been dropping out. I have a channel to contact the FBI.

We are very grateful to the US FBI and SEC for helping us deal with this fraud case.

I will provide the template of the equity pledge loan agreement that Xia Qidong tricked me into signing.
Email me if you need any other evidence.thank you very much.

**1-被骗投资GTV的过程**
我在2019年夏季，通过何少检女士对郭文贵的法制基金捐款$300美元，他说要成立新中国，一个真正的民主、法治国家，号召大家跟随他并互称战友。
2020年2月我在何少检的游说下到达日本，并且在她的引导下，收看并积极跟随郭文贵的直播等宣传。
2020年3月开始，郭文贵通过大直播和各种文字公告宣传他打造的GTV系列各种投资项目，并承诺让所有参与投资者得到高额回报，。
2020年4-5月，我通过苹果手机店投资了苹果币大约$2500美元。
2020年4月起，郭文贵通过网络直播不间断宣传GTV私募投资项目，并一再承诺投资款是美元汇到美国的账户，美国的法律非常健全公正，所有投资款会得到美国金融的监管，绝对安全，可以放心投资，同时还有川普总统的智囊代表班农先生以及凯尔巴斯等美国人支持该投资项目，让我相信这个投资是得到了美国的认可和支持。

权作抵押借款$3万美元本身就不公平，另外如果我发生任何意外，股权就完全归长岛哥所有，这个对我很不安全，郭文贵立即严厉告诫我长岛哥是全联盟的代表，是他最信任的战友，我只好回复我会好好考虑。

2021年2月24日，也就是我跟郭文贵提出股权抵押借款质疑之后，郭文贵在直播中不点名骂我，有些人蹬鼻子上脸等恶言，从此我如梦初醒，一年来我陷入了一个巨大的诈骗组织，他们把我们骗上飞机骗到巴哈马，不让我们带手机和银行卡，就是想逼迫我们走投无路，去跟他们签抵押借款协议？但是我不敢说，因为郭文贵曾经说过他们在巴哈马有人有战友，所以我们不能在巴哈马久留，必须想办法逃离巴哈马，非常担心郭文贵和长岛哥迫害我们。

在巴哈马，人地两生，语言不通，我们7人的中国护照都没有欧盟签证和美国签证，我们的返回行程只能找寻中国护照可以免签的地方停留、转机，艰难辗转才能回到亚洲，后来我通过美国、日本朋友的帮助，安排路线并订票，先从巴哈马到古巴，因为疫情关系，巴哈马到古巴的航班非常少，直到3月29日才离开巴哈马，经过在古巴隔离直到4月12日才到达阿联酋，此行花费巨大，并且受到郭文贵和何少检的恐吓，一路担惊受怕，带着孩子真的很担心被他们迫害。

我们落地阿联酋之后，各自安排，目前我和女儿和一个成年女士留在阿联酋，我和未成年的女儿一直处在重重困难和危险之中，因为我手中有他们人口贩卖的完整证据，郭文贵和他的手下一直在试图找到我并恐吓我，试图毁灭我以及我掌握的证据，他们的威胁对我们造成了极大的危险和伤害，我们流浪他国，女儿不能上学，一直辍学中，我紧急请求给我一个联系FBI的渠道。非常感谢美国FBI及SEC帮助我们处理这个诈骗案件。

Attn: FBI
To Whom It May Concern
I have some very **IMPORTANT EVIDENCE** that I would like pass on to the FBI.
The evidence I will present points directly to these four criminals:
**Mr Wengui Guo 郭文贵** (aka 'Miles Kwok', 'Ho Wan Kwok', refers as 'GUO' hereafter). – Master mind of G-Series investment(including (1) Rule of Law Foundation, (2) Rule of Law Society, (3) GTV Private Placement, (4) G-Clubs, (5) Himalaya Exchange; and (6) Himalaya Global Farms) NFSC
**Ms. WANG YAN PING 王雁平**-
GTV,SARACA, Gclub Gfashion, New York Jinquan, director of Legal Fund and other companies
**Mr Xia Qidong 夏其东**–
The CEO of The Rule of Law Foundation,
The secretary general of Himalayan Farm Federation Committee
The Director of Himalaya New York MOS
**Shaojian He 何少检(Candy)** –
Italian head of Guo Wengui fraud organization.

I am a victim of the GTV Guo Wengui'Global Scam and gangster organization. This evidence will testify against Guo Wengui and under his leading of GTV, NFSC gangster involved
* **Human trafficking**
* **Investment scam**
* **Participation in interference in the US election**
This includes the participating in a smearing campaign against Joe Biden to help Trump win the election.
I am a victim of Guo Wengui's GTV global scam gangster organization. For more than three years, my underage daughter and I have been in great difficulty and danger, because I have complete evidence of their human trafficking in my hands. Guo Wengui and his men have been in Trying to find me and intimidate me, trying to destroy me and the evidence I have, their threats have caused great danger and harm to us, we are in a foreign country, my daughter cannot go to school, and has been dropping out of school, I urgently ask for a contact FBI channels. I have handed over the evidence I have to an American citizen for temporary storage. She can submit evidence at any time. Her email address i

我是GTV郭文贵全球骗局黑社会组织的受害者。这份证据将指证郭文贵以及在他的带领下GTV，NCFS黑帮涉案
* 投资骗局
* 人口贩卖，
* 参与干涉美国大选

我是郭文贵全球骗局黑社会组织的受害者，三年多来，我和未成年的女儿一直处在重重困难和危险之中，因为我手中有他们人口贩卖的完整证据，郭文贵和他的手下一直在试图找到我并恐吓我，试图毁灭我以及我掌握的证据，他们的威胁对我们造成了极大的危险和伤害，我们流浪他国，女儿不能上学，一直辍学中，我紧急请求给我一个联系FBI的渠道。我已经将我掌握的证据交给了一位美国公民暂时保管，她随时可以提交证据，她的邮箱是                                    。
以下是我被人口贩卖的具体时间和过程，文件我签字后请美国朋友打印邮寄到您的办公室，请尽快回复我，非常感谢。

受害人签字：NING ZHAO   26/4
邮箱：putizh5@gmail.com