This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022. All rights reserved.

**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Ning Zhao
2611 Summer Ranch Dr Katy Jr.
TX 77494

TO: Pietro Cicolini
Clerk of Court
United States Bankruptcy Court
District of Connecticut
915 Lafayette Bl
Bridgeport, CT 06604

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL

Retail

US POSTAGE PAID
**$9.65**
Origin: 77441
06/22/23
4833450441-04

PRIORITY MAIL®

0 Lb 2.60 Oz

RDC 04

C025

EXPECTED DELIVERY DAY: 06/24/23

915 LAFAYETTE BLVD
BRIDGEPORT CT 06604-4706

USPS TRACKING® #

9505 5128 4936 3173 6984 22

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP