**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, : Case No. 22-50073 (JAM)
: 
Debtor. :
: 
---------------------------------------------------------------x

**CHAPTER 11 TRUSTEE'S MOTION TO PERMIT BUYER'S COUNSEL TO PARTICIPATE IN SALE HEARING VIA REMOTE APPEARANCE**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Luc A. Despins, in his capacity as trustee in the above-captioned case filed under chapter 11 of Title 11 of the United States Code (the "Trustee"), respectfully moves (the "Motion") for permission for counsel for the proposed buyer of the Lady May, Herb Chambers Yachting, LLC (the "Buyer"), to appear remotely at the hearing (the "Hearing") scheduled to commence June 27, 2023 on the Trustee's *Motion, Pursuant to Bankruptcy Code Sections 105 and 363, Bankruptcy Rules 2002, 6004(C), and 9014, and Local Rules 6004-1 and 6004 2, Seeking Entry Of Order: (I) Authorizing and Approving Sale of the Lady May Free and Clear Of Liens, Claims, Interests, and Encumbrances, (II) Authorizing and Approving Purchase and Sale Agreement, and (III) Granting Related Relief* [ECF No. 1858] (the "Sale Motion"). In support of this Motion, the Trustee respectfully states the following:

1. The Buyer is represented by Robbie T. Boone of Alley, Maass, Rogers & Lindsay, P.A. (the "Buyer's Counsel"), a law firm based in Palm Beach, Florida.

2. The Buyer's Counsel is unable to attend the Hearing on the Sale Motion, because his flight (on the afternoon of June 26, 2023) was cancelled, and his airline could not

-2-

reaccommodate him in time to attend the Hearing. The Buyer's Counsel learned that his flight was cancelled after arriving at Miami International Airport and American Airlines advised him that the next available flight was not until the evening of June 27, 2023. *See* "Flight Cancellations And Delays Cause Gridlock Across East Coast—6,500 Flights Affected," *Forbes* (June 26, 2023) *available at* https://www.forbes.com/sites/mollybohannon/2023/06/26/flight-cancellations-and-delays-cause-gridlock-across-east-coast-6500-flights-affected/?sh=2301d75c377b.

3. The Trustee believes that it would be helpful for the Buyer's Counsel to be available to answer any questions that the Court may have at the Hearing on the Sale Motion. Accordingly, the Trustee respectfully requests that the Buyer's Counsel be permitted to participate in the Hearing via the Court's ZOOM.Gov platform.

*[THE REST OF THIS PAGE IS INTENTIONALLY BLANK.]*

-3-

WHEREFORE, the Court should permit the Buyer's Counsel to attend the Hearing on the Sale Motion via remote appearance and grant such further relief as is just and proper.

Dated: June 26, 2023                      LUC A. DESPINS,
       New Haven, Connecticut          CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

       *and*

    Nicholas A. Bassett (*pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | CHAPTER 11 |
| HO WAN KWOK, | CASE NO. 22-50073 (JAM) |
| Debtor. | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 26, 2023 the foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated: June 26, 2023  LUC A. DESPINS,
New Haven, Connecticut  CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com