ct260                                                                                                                                          12/2022

# United States Bankruptcy Court
# District of Connecticut



In re:

    Ho Wan Kwok

    Genever Holdings LLC

    Debtor *

Case Number: 22-50073

Chapter: 11

## ORDER GRANTING REQUEST TO APPEAR REMOTELY

    Attorney Robbie T. Boone having filed a Motion to Appear Remotely, ECF No. 1948, in connection with the Motion to Sell, ECF No. 1858, it appearing that the relief requested in the Motion to Appear Remotely should be granted for cause shown; it is hereby

    **ORDERED:** Attorney Robbie T. Boone is authorized to attend the hearing on the Motion to Sell, ECF No. 1858, currently scheduled to be heard on June 27, 2023 at 12:00 PM via ZoomGov; and it is further

    **ORDERED:** Attorney Robbie T. Boone shall e-mail the Courtroom Deputy at CalendarConnect_BPT@ctb.uscourts.gov to obtain the ZoomGov connection information.

Dated: June 27, 2023

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.