## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 6/27/2023 |
| Case: 22–50073 | Form ID: pdfdoc2 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty      Patrick R. Linsey      plinsey@npmlaw.com

TOTAL: 1