## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

```
-------------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
HO WAN KWOK, et al.,                                :    Case No. 22-50073 (JAM)
                         Debtors.                   :
                                                    :    (Jointly Administered)
                                                    :
                                                    :
                                                    :
                                                    :
-------------------------------------------------------------------x
                                                    :
LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE          :
ESTATE OF HO WAN KWOK,                              :
                                                    :
                         Plaintiff,                 :
                                                    :    Adv. Pro No. 23-05013 (JAM)
       v.                                           :
                                                    :
HCHK TECHNOLOGIES, INC., HCHK PROPERTY              :
MANAGEMENT, INC., LEXINGTON PROPERTY                :
AND STAFFING, INC., HOLY CITY HONG KONG             :
VENTURES, LTD., ANTHONY DIBATTISTA,                 :
YVETTE WANG, AND BRIAN W. HOFMEISTER, AS            :
ASSIGNEE FOR THE BENEFIT OF CREDITORS,              :
                                                    :
                         Defendants.                :
                                                    :
                                                    :
-------------------------------------------------------------------x
```

## MOTION FOR ADMISSION *PRO HAC VICE* OF RYAN T. JARECK, ESQ.

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the United States District

Court for the District of Connecticut, the undersigned, a member of the Bar of this Court,

respectfully moves that the Court admit Ryan T. Jareck, a member of the Bar of the State of New

Jersey and the State of New York, to represent Brian W. Hofmeister, as the assignee for the benefit

of creditors of HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington

Property and Staffing, Inc., and in accordance with Local Rule 83.1(d), I represent that:

1.      The primary office of Attorney Jareck is: Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601. Attorney Jareck's telephone number is 201-525-6278 and his email address is rjareck@coleschotz.com.

2.      Attorney Jareck is a member in good standing of all states and jurisdictions set forth in his affidavit, attached as **Exhibit A**.

3.      To the best of my knowledge and belief, Attorney Jareck is a member in good standing of the courts listed in his affidavit and he has not been denied admission or disciplined by this Court; no disciplinary proceedings are pending against his; and he has not been denied admission or disciplined by any other court.

4.      The undersigned respectfully requests that, pursuant to D. Conn. L. Civ. R. 83.1(d), in the event that this motion is granted, she be excused from attendance at proceedings.  In accordance with D. Conn. L. Civ. R. 83.1(c), the undersigned agrees to accept service on behalf of  Mr. Jareck.

Date:      June 27, 2023
           South Windsor, Connecticut

**LAW OFFICES OF BONNIE C. MANGAN, P.C.**

By: _____
       Bonnie C. Mangan, Esq. (CT No. 03759)
       1050 Sullivan Avenue, A3
       South Windsor, CT 06074
       Telephone: (860) 644-4204
       Email: bonnie.mangan@manganlaw.com

66012/0001-45634224

## **CERTIFICATION**

I hereby certify that the foregoing Motion for Admission of Visiting Attorney was filed electronically on June 27, 2023, and therefore will be sent by email to those receiving email notices from the Court's electronic filing system.

Bonnie C. Mangan, Esq. (CT No. 03759)

## **EXHIBIT A**

### **AFFIDAVIT OF RYAN T. JARECK, ESQ.**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------------x
In re:                                                  :    Chapter 11
                                                        :
HO WAN KWOK, *et al.*,                                  :    Case No. 22-50073 (JAM)
                              Debtors.                   :
                                                        :    (Jointly Administered)
                                                        :
                                                        :
                                                        :
------------------------------------------------------------------x
                                                        :
LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE              :
ESTATE OF HO WAN KWOK,                                  :
                                                        :
                              Plaintiff,                 :
                                                        :    Adv. Pro No. 23-05013 (JAM)
        v.                                              :
                                                        :
HCHK TECHNOLOGIES, INC., HCHK PROPERTY                  :
MANAGEMENT, INC., LEXINGTON PROPERTY                    :
AND STAFFING, INC., HOLY CITY HONG KONG                 :
VENTURES, LTD., ANTHONY DIBATTISTA,                     :
YVETTE WANG, AND BRIAN W. HOFMEISTER, AS                :
ASSIGNEE FOR THE BENEFIT OF CREDITORS,                  :
                                                        :
                              Defendants.                :
                                                        :
                                                        :
------------------------------------------------------------------x

**DECLARATION OF RYAN T. JARECK, ESQ. IN SUPPORT**
**OF MOTION FOR ADMISSION *PRO HAC VICE***

RYAN T. JARECK, ESQ., being duly sworn, states:

1.      I submit this Affidavit in support of the motion for my admission as a visiting

attorney as counsel to Brian W. Hofmeister, as the assignee for the benefit of creditors of HCHK

Technologies, Inc., HCHK Property Management, Inc., and Lexington Property and Staffing, Inc.

I am fully competent to testify as to the matters herein and have personal knowledge of the facts herein. All information in this Affidavit is true and correct to the best of my knowledge.

2.      I am an attorney in the law firm of Cole Schotz P.C., practicing primarily out of the firm's office located at Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601. My telephone number is 201-525-6278 and my office email is rjareck@coleschotz.com.

3.      Pursuant to Local Rule of the United States District Court for the District of Connecticut 83.1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the Bars of the State of New Jersey (Bar No. 011762008) and the State of New York (Bar No. 4656955). I am also admitted to practice before the United States District Court for the District of New Jersey, the United States District Court for the Eastern District of New York and the United States Court for the Southern District of New York.

4.      I have no pending disciplinary complaints, and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

5.      I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case and I also certify that I am generally familiar with this Court's Local Rules and have reviewed the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6.      I designate my sponsoring attorney, Bonnie C. Mangan, Esq (Connecticut Juris No. 309469) as my agent for service of process at the following address: 1050 Sullivan Avenue, A3, South Windsor, CT 06074.

I further certify that the fee of $200 has been paid to the Clerk's Office of the United States District Court of the District of Connecticut prior to the filing of this motion and that the court will receive a certificate of good standing from the State of New Jersey within 60 days of admission.

I declare under penalty of perjury that the foregoing is true and accurate.

June 27, 2023

Ryan T. Jareck, Esq.
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601
Telephone: 201-525-6278
Email: rjareck@coleschotz.com

66012/ 34223

## EXHIBIT B

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------------------x

In re:                                                          :   Chapter 11
                                                              :

HO WAN KWOK, *et al.*,                          :   Case No. 22-50073 (JAM)
                      Debtors.          :
                                                          :   (Jointly Administered)
                                                          :
                                                          :
                                                          :

------------------------------------------------------------------------x

LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE   :
ESTATE OF HO WAN KWOK,                          :
                                                          :
                            Plaintiff,          :
                                                          :   Adv. Pro No. 23-05013 (JAM)
      v.                                            :
                                                          :
HCHK TECHNOLOGIES, INC., HCHK PROPERTY     :
MANAGEMENT, INC., LEXINGTON PROPERTY       :
AND STAFFING, INC., HOLY CITY HONG KONG     :
VENTURES, LTD., ANTHONY DIBATTISTA,         :
YVETTE WANG, AND BRIAN W. HOFMEISTER, AS   :
ASSIGNEE FOR THE BENEFIT OF CREDITORS,     :
                                                          :
                          Defendants.          :
                                                          :
                                                          :

------------------------------------------------------------------------x

## ORDER ADMITTING RYAN T. JARECK, ESQ. *PRO HAC VICE*

On this __ day of _____, 2023, came on for consideration the Motion for Admission of Visiting Attorney (the "Motion"), filed by a member of the bar of this Court on behalf of Ryan T Jareck, Esq., attorney for Brian W. Hofmeister, as the assignee for the benefit of creditors of HCHK Technologies, Inc., HCHK Property Management, Inc., and Lexington Property and Staffing, Inc., in the above-entitled case.

The Court, having determined no reason for denying the application, and therefore accordingly, grants the relief requested in the Motion.

IT IS HEREBY ORDERED, that Ryan T. Jareck, Esq. is hereby admitted to practice in the U.S. District Court for the District of Connecticut in connection with the above-referenced case, and with respect to this case, he shall have all the rights, privileges and responsibilities of a member of the bar of this Court, and it is

FURTHER ORDERED  that, pursuant to D. Conn. L. Civ. R. 83.1(d), Mr. Jareck's sponsoring attorney shall be excused from attendance at proceedings; and it is

FURTHER ORDERED,  that in accordance with D. Conn. Local Civ. R. 83.1(c), as incorporated by D. Conn. L. B. R. 1001-1 and 9083-3, all notices directed to Attorney Jareck can be served by directing same to the offices of Bonnie C. Mangan, Esq., 1050 Sullivan Avenue, A3, South Windsor, CT 06074.

Signed this [  ] day of _____, 2023

_____
Hon. United States Bankruptcy Judge