**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>RE: ECF No. 1936 |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>                Plaintiff,<br>v.<br><br>HCHK TECHNOLOGIES, INC.,<br>HCHK PROPERTY MANAGEMENT, INC.,<br>LEXINGTON PROPERTY AND STAFFING, INC.,<br>HOLY CITY HONG KONG VENTURES, LTD.,<br>ANTHONY DIBATTISTA, YVETTE WANG,<br>and BRIAN HOFMEISTER (in his capacity as assignee),<br><br>                Defendants. | (Jointly Administered)<br><br>Adv. Proceeding No. 23-05013 (JAM) |

**ORDER GRANTING MOTION TO EXPEDITE, (I) SCHEDULING EXPEDITED HEARING, AND (II) LIMITING SERVICE OF NOTICE OF CHAPTER 11 TRUSTEE'S MOTION, PURSUANT TO BANKRUPTCY RULE 9019, REGARDING SETTLEMENT WITH ASSIGNEE OF HCHK ENTITIES UNDER NEW YORK COURT <u>ASSIGNMENT PROCEEDINGS</u>**

The Court having considered the motion (the "<u>Motion</u>") seeking (I) expedited

consideration of the *Chapter 11 Trustee's Motion, Pursuant to Bankruptcy Rule 9019,*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Regarding Settlement with Assignee of HCHK Entities Under New York Court Assignment Proceedings* (the "9019 Motion"),[2] and (II) to limit service of the 9019 Motion to the Notice Parties, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408(2) and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the estate, its creditors, and other parties in interest; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be given; and upon all of the proceedings had before this Court; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED THAT

1. The Motion is granted as set forth herein.

2. A hearing on the 9019 Motion shall be held on July 11, 2023 at 1:00 p.m. at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604.

3. The deadline to object to the 9019 Motion shall be July 5, 2023 at 5:00 p.m.

4. Any reply to an objection to the 9019 Motion shall be filed by 5:00 p.m. on July 7, 2023.

5. The 9019 Motion only needs to be served upon:

---

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the 9019 Motion.

    i.    the United States Trustee;

    ii.    the Assignee;

    iii.    the Debtor;

    iv.    the official committee of unsecured creditors;

    v.    the Defendants;

    vi.    all parties who receive notice in these chapter 11 cases by operation of the Court's electronic filing ("CM/ECF") system;

    vii.    any party who requested notice in these chapter 11 cases, but is unable to accept electronic filing as indicated on the Notice of Electronic Filing; and

    viii.    the Assignment Proceedings Notice Parties, utilizing the Settlement Motion Notice.

6.    The form of Settlement Motion Notice attached as **Exhibit B** to the Motion is hereby approved.

7.    The Trustee shall file a certificate of service demonstrating compliance with this Order at or before 5:00 p.m. on June 30, 2023.

8.    The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

    Dated at Bridgeport, Connecticut this 28th day of June, 2023.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut