Gmail                                           旭日 <xiaominghesheng@gmail.com>

**Xiaoming Liu**
1 封邮件

FILED

旭日 <xiaominghesheng@gmail.com>
收件人：xiaominghesheng@gmail.com

2023 JUN 28  A 10: 36

2023年6月16日 09:33

Xiaoming Liu

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

5-16-50 Nemotomachi, Tajimi City, Gifu Prefecture, Japan

〒5070065

June 6, 2023
Mr. Pietro Cicolini
Clerk of Court
United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604
Re: In re: Ho Wan Kwok, et al. Debtor(s)
Dear Mr. Cicolini,
I am writing as a creditor in the above-referenced case. I am deeply concerned about the proposed private sale by the debtor, Mr. Ho Wan Kwok, and I hereby file my objection to this proposed action.
I would like to emphasize that my objection is rooted in the fact that Mr. Kwok has failed to return a significant amount of money he has dishonestly acquired from me. I firmly believe that his attempt to conduct a private sale under the present circumstances raises substantial questions of fairness and equity that should be addressed by the court.
I respectfully request that the court reviews this proposed private sale carefully and that it considers this strong objection in light of the circumstances. I insist that this private sale should not be allowed unless and until Mr. Kwok makes full restitution of the funds that he improperly obtained from me and thousands of other creditors.
It is of paramount importance that the Bankruptcy Court, in its role as arbiter of both law and equity, ensures that all proceedings are conducted in a manner that is fair and just to all parties involved. I trust that the court will duly consider this objection and will prevent any further advancement of this private sale until my concerns have been adequately addressed.
Thank you for your attention to this matter. I am prepared to provide further information or evidence in support of my objection if required. Please do not hesitate to contact me if there are any queries or clarifications needed.
Sincerely,

Xiaoming Liu

819080737897

xiaominghesheng@gmail.com