**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
                                           :

In re:                                :        Chapter 11

HO WAN KWOK, *et al.*,        :        Case No. 22-50073 (JAM)

        Debtors.[1]                :        Jointly Administered

------------------------------------------------------x   Re: ECF No. 1870

**ORDER (A) GRANTING APPLICATION OF GENEVER HOLDINGS LLC FOR
ENTRY OF ORDER, PURSUANT TO BANKRUPTCY CODE SECTIONS 327(e), 328(a),
AND 329(a), BANKRUPTCY RULES 2014 AND 2016, AND LOCAL BANKRUPTCY
RULES 2014-1 AND 2016-1, AUTHORIZING AND APPROVING RETENTION AND
EMPLOYMENT OF SAXE DOERNBERGER & VITA, P.C.
AS SPECIAL INSURANCE COVERAGE COUNSEL**

Upon the application (the "Application")[2] of Genever Holdings LLC ("Genever (US)") in the above-captioned chapter 11 case (the "Chapter 11 Case"), (a) for authority to retain and employ Saxe Doernberger & Vita, P.C. ("SDV") as special insurance coverage counsel to Genever (US), effective as of May 11, 2023, pursuant to sections 327(e), 328(a), and 329(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Connecticut (the "Local Bankruptcy Rules"), all as more fully set forth in the Application; and

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined have the meanings set forth in the Application or the Clifford Declaration.

upon consideration of the Application and the Clifford Declaration; and this Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District Court for the District of Connecticut; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that (i) the relief requested in the Application is in the best interest of Genever (US)'s estate, its creditors, and all parties-in-interest, (ii) the legal and factual bases set forth in the Application and the Clifford Declaration, and the record of any hearing on the Application before this Court establish just cause for the relief granted herein, (iii) SDV is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code, and (iv) SDV and its employees do not hold or represent an interest adverse to Genever (US)'s estate; and due and sufficient notice of the Application having been given under the particular circumstances; and it appearing that no other or further notice need be given; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, and after the hearing held on June 29, 2023, it is hereby ORDERED THAT:

1. The Application is granted as set forth herein.

2. Genever (US) is authorized to retain and employ SDV as its special insurance coverage counsel pursuant to sections 327(e), 328(a), and 329(a) of the Bankruptcy Code, effective as of May 11, 2023, on the terms set forth in the Application and the Clifford Declaration.

3. SDV is authorized to act as Genever (US)'s special insurance coverage counsel and to perform those services described in the Application.

4. The estate of Genever (US) shall be responsible for SDV's compensation and reimbursement of expenses with respect to the engagement.

5. The allowance of any compensation to be paid to SDV shall be determined in accordance with the procedures set forth in sections 329 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

6. Allowance of any compensation for SDV shall be limited to the extent of services actually performed, and expenses actually incurred, as special insurance coverage counsel for Genever (US).

7. SDV shall provide no less than ten business days' notice to Genever (US), the United States Trustee, and counsel to any official committee before any increases in the rates it charges are implemented and shall file such notice with the Court.

8. Genever (US) is authorized and empowered to take all actions necessary to effectuate the relief granted in this Order.

9. The requirements of the Local Bankruptcy Rules are satisfied by the contents of the Application.

10. To the extent the Application and Clifford Declaration are inconsistent with this Order, the terms of this Order shall govern.

11. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 29th day of June, 2023.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut