**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------- x
:
In re:                                                               : Chapter 11
                                                                     :
HO WAN KWOK, *et al.*,                                               : Case No. 22-50073 (JAM)
                                                                     :
    Debtors.⁸                                                        : Jointly Administered
                                                                     :
---------------------------------------------------------------- x   Re: ECF No. 1851

**ORDER GRANTING**
**APPLICATION OF NEUBERT, PEPE & MONTEITH, P.C., FOR INTERIM**
**ALLOWANCE OF COMPENSATION AS LOCAL AND CONFLICTS**
**COUNSEL TO THE CHAPTER 11 TRUSTEE AND AS COUNSEL TO**
**DEBTORS GENEVER HOLDINGS CORPORATON AND GENEVER HOLDINGS LLC**

Pursuant to 11 U.S.C. §§ 328, 330 and 331, and upon consideration of the Application (the "Application") of Neubert, Pepe & Monteith, P.C. ("NPM") as counsel to the Trustee andthe Genever Debtors for interim allowance of compensation and reimbursement of expenses from the Petition Date through February 28, 2023; and sufficient notice having been given; and a hearing having been held on June 29, 2023 and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

1. ORDERED that the Application is granted and compensation in the amount of $551,718.50 is awarded to NPM, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full; it is further

---

⁸ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

⁹ Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

2. ORDERED that the Debtors' estates are directed to pay the NPM the fees allowed in paragraph 1 above in the aggregate amount of $551,718.50 within fourteen days of the date of this Order; it is further

3. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

4. ORDERED that, pursuant to an order dated March 10, 2023 [ECF No. 1537] and an Order dated April 23, 2023 [ECF No. 1693], Mei Guo, HK International Funds Investments (USA) Limited, LLC, Attorney Lee Vartan, and the law firm Chiesa Shahinian & Giantomasi PC (collectively "HK Parties") are jointly and severally obligated to pay Paul Hastings, LLP legal fees in the sum of $83,370.26 and the obligation to pay these legal fees remains outstanding, subject to an appeal. Payment of these fees, in full or in part, by one or any of the HK Parties shall result in a credit in favor of the Debtor's estate toward fees billed and awarded to Paul Hastings, LLP in future fee applications; and it is further

5. ORDERED that the Trustee and NPM are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

6. ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

7. ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Dated at Bridgeport, Connecticut this 29th day of June, 2023.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut