**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-----------------------------------------------------------------x
                                          :

In re:                                 :     Chapter 11
                                         :

HO WAN KWOK, *et al.*,[1]          :     Case No. 22-50073 (JAM)
                                         :

              Debtors.      :     (Jointly Administered)
                                         :

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE REGARDING 9019 MOTION AND ORDER

On June 23, 2023, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), filed his *Motion, Pursuant to Bankruptcy Rule 9019, Regarding Settlement with Assignee Of HCHK Entities Under New York Court Assignment Proceedings* [Main Case Docket No. 1936; Adv. Proc. Docket No. 25] (the "9019 Motion")[2] and his *Motion of Chapter 11 Trustee (i) to Expedite Hearing on, and (ii) to Limit Service of, Chapter 11 Trustee's Motion, Pursuant To Bankruptcy Rule 9019, Regarding Settlement with Assignee of HCHK Entities Under New York Court Assignment Proceedings* [Main Case Docket No. 1937; Adv. Proc. Docket No. 26] (the "Motion to Expedite and Limit Service").  On June 28, 2023, the Court entered its *Order Granting Motion to Expedite, (i) Scheduling Expedited Hearing, and (ii) Limiting Service of Notice of Chapter 11 Trustee's Motion, Pursuant To Bankruptcy Rule 9019, Regarding Settlement with Assignee of HCHK*

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms used but not otherwise defined herein have the meanings set forth in the 9019 Motion.

*Entities under New York Court Assignment Proceedings* [Main Case Docket No. 1956; Adv. Proc. Docket No. 35] (the "Order"). The 9019 Motion and Order may all be accessed via CM/ECF.

Notice of the filing of the 9019 Motion and the Order in the above captioned chapter 11 cases (the "Chapter 11 Cases") was sent by email by operation of the Court's case management/electronic case files system ("CM/ECF") to all appearing parties in the Chapter 11 Cases (including the Debtor, the U.S. Trustee, and the official committee of unsecured creditors) or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[3]

In addition, I caused—on June 23, 2023, as to the 9019 Motion, and on June 28, 2023, as to the Order—the documents to be served on all Defendants to the Adversary Proceeding and to Shih Hsin Yu, as purported creditor of the HCHK Entities, by first-class mail and/or by UPS overnight delivery to the addresses, including the last known addresses, for all such parties as set forth on the attached **Exhibit A**.[4]

In addition, on June 23, 2023, as to the 9019 Motion, and on June 28, 2023, as to the Order, I caused these documents to be sent by e-mail to counsel to all Defendants to the above-captioned adversary proceeding (other than Holy City Hong Kong Ventures, Ltd. ("Holy City"), the British Virgin Islands corporation nominally owned by Yvette Wang)[5] and to counsel for Shih Hsin Yu, as set forth on the attached **Exhibit B**.

---

[3]  To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

[4]  Shih Hsin Yu was mailed the 9019 Motion on June 28, 2023.

[5]  The Trustee is unaware as to the identify of Holy City's counsel, if any. As set forth in Exhibit A, Holy City was notified via U.S. Mail and, as set forth in Exhibit B, Ms. Wang's counsel was notified via email.

In addition, on June 26, 2023, as to the 9019 Motion, and on June 29, 2023, as to the Order, counsel for the Trustee in the British Virgin Islands, Harney Westwood & Riegels LP, caused defendant Holy City Hong Kong Ventures, Ltd., to be served with these documents by personal service on its registered agent: Intershore Chambers, P.O. Box 4342, Road Town, Tortola, British Virgin Islands VG1110

Finally, on June 30, 2023, the Assignee caused notice of the 9019 Motion to be provided through the filing by the Assignee in the New York Court of a notice with respect to the 9019 Motion prepared by the Assignee (the "Settlement Motion Notice") and the service of the Settlement Motion Notice on the Assignment Proceedings Notice Parties, as set forth in the certificate of service attached hereto as **Exhibit C**.

*[The Rest of This Page is Intentionally Blank.]*

Dated:    June 30, 2023          LUC A. DESPINS,
          New Haven, Connecticut    CHAPTER 11 TRUSTEE

By: */s/ Douglass Barron*
    Douglass Barron (*pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    douglassbarron@paulhasings.com

## **Exhibit A**

**(Addresses Served via First-Class U.S. Mail and/or UPS overnight delivery)**

Brian W. Hofmeister (as Assignee for the Benefit Of Creditors)
3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, NJ 08648

Brian w. Hofmeister (as Assignee for the Benefit Of Creditors)
c/o Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York. NY 10019
Attn: Ryan T. Jareck. Esq.

HCHK Technologies, Inc.,
HCHK Property Management, Inc., and
Lexington Property and Staffing, Inc.
c/o McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, New Jersey 07068
Attn: Sari B. Placona, Esq.

ATTN: Officer, Managing or General Agent
HCHK Property Management, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 1980

ATTN: Officer, Managing or General Agent
HCHK Technologies, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

ATTN: Officer, Managing or General Agent
Lexington Property and Staffing, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Yanping "Yvette" Wang
c/o Lipman Law PLLC
New York, US
147 W. 25th St.
12th Fl
New York, New York 10001
Attn: Alex Lipman

Yanping "Yvette" Wang
c/o ChaudhryLaw PLLC
147 West 25th Street
Ste 12th Floor
New York, NY 10001
Attn: Priya Chaudhry

| |
|---|
| Yanping Wang (Register No. 49116-510)<br>MDC Brooklyn<br>Metropolitan Detention Center<br>P.O. Box 329002<br>Brooklyn, NY  11232<br>(Marked "LEGAL MAIL") |
| Anthony DiBattista<br>45 Park Hill Dr.<br>Hopewell Junction, NY 12533 |
| Anthony DiBattista<br>c/o Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY  10017<br>Attn: Jeremy H. Temkin |
| G-News Operations, LLC<br>c/o Norris McLaughlin P.A.<br>400 Crossing Blvd, 8th Floor, P.O. Box 5933<br>Bridgewater, New Jersey 08807<br>Attn: Melissa Pena, Esq. |
| ATTN: Officer, Managing or General Agent<br>G News Operations, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| ATTN: Officer, Managing or General Agent<br>Holy City Hong Kong Ventures Ltd<br>c/o Intershore Chambers<br>P.O. Box 4342<br>Road Town<br>Tortola<br>British Virgin Islands VG1110 |
| Shih Hsin Yu<br>c/o Pastore LLC<br>4 High Ridge Park<br>3rd Fl.<br>Stamford, CT 06905<br>Attn: Tyler W. Rutherford |

## Exhibit B

**(Parties' Counsel Served via Email)**

| Party | Counsel | Emails |
|---|---|---|
| Brian Hofmeister (as Assignee) and HCHK Entities | Cole Schotz P.C.; McManimon, Scotland & Baumann, LLC | wusatine@coleschotz.com; rjareck@coleschotz.com; mtsukerman@coleschotz.com; splacona@msbnj.com; asodono@msbnj.com; |
| Yvette Wang | ChaudhryLaw PLLC (criminal counsel)<br><br>Lipman Law PLLC (civil counsel) | priya@chaudhrylaw.com;<br><br><br>alexlipman@lipmanpllc.com |
| Anthony DiBattista | Morvillo Abramowitz Grand Iason & Anello PC | jtemkin@maglaw.com; rmoss@maglaw.com; |
| Other Parties: | | |
| G-News Operations, LLC | Norris McLaughlin P.A. | mapena@norris-law.com |
| Shih Hsin Yu (as purported creditor of HCHK Entities) | Pastore LLC | trutherford@pastore.net; JPastore@pastore.net; mmcclammy@pastore.net; |

**Exhibit C**

**(Certificate of Service of Assignment Proceedings Notice Parties)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------------x

In re:                                                             :    Chapter 11
                                                                   :
HO WAN KWOK, *et al.*,                                             :    Case No. 22-50073 (JAM)
                                          Debtors.                 :
                                                                   :    (Jointly Administered)
                                                                   :
                                                                   :
                                                                   :
---------------------------------------------------------------------x
                                                                   :
LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE                         :
ESTATE OF HO WAN KWOK,                                             :
                                                                   :
                                          Plaintiff,               :
                                                                   :    Adv. Pro No. 23-05013 (JAM)
                  v.                                               :
                                                                   :
HCHK TECHNOLOGIES, INC., HCHK PROPERTY                             :
MANAGEMENT, INC., LEXINGTON PROPERTY                               :
AND STAFFING, INC., HOLY CITY HONG KONG                            :
VENTURES, LTD., ANTHONY DIBATTISTA,                                :
YVETTE WANG, AND BRIAN W. HOFMEISTER, AS                           :
ASSIGNEE FOR THE BENEFIT OF CREDITORS,                             :
                                                                   :
                                          Defendants.              :
                                                                   :
                                                                   :
---------------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

I, SUHAILAH SALLIE, hereby certify:

I am employed as a paralegal with the law firm of Cole Schotz P.C., proposed counsel to

Brian W. Hofmeister, as assignee for the benefit of creditors of HCHK Technologies, Inc.,

HCHK Property Management, Inc., and Lexington Property and Staffing, Inc. (collectively, the

"**Assignors**") in connection with their assignment for the benefit of creditor proceedings pending

before the Supreme Court of the State of New York, County of New York (the "**NYS Court**"),

under Index Nos. 510008/2023, 510006/2023, and 510007/2023, respectively (the "**Assignment Proceedings**").

On June 30, 2023, this office caused true copies of the following pleadings to be filed on the docket in each Assignor's case in the NYS Court and served upon all parties in interest in the Assignment Proceedings, including, but not limited to, the Assignors and all creditors, secured, general or otherwise, of the assigned estates by email (where known), and by first class mail to each party's last known address (where available) by placing the pleadings in a sealed envelope, with postage prepaid therein, in a depository of the United States Postal Service in the State of New York:

1. Notice of Assignee's Settlement with Chapter 11 Trustee under HCHK Property Management Inc. v. Hofmeister, Brian W. - *Index No. 510006/2023*;
2. Notice of Assignee's Settlement with Chapter 11 Trustee under Lexington Property and Staffing Inc. v. Hofmeister, Brian W. - *Index No. 510007/2023*; and
3. Notice of Assignee's Settlement with Chapter 11 Trustee under HCHK Technologies, Inc. v. Hofmeister, Brian W. - *Index No. 510008/2023*.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: June 30, 2023

   */s/ Suhailah Sallie*
   Suhailah Sallie

66012/0001-45671154