UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK *et al.*,[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered)<br><br>ECF No. 1969 |

**ORDER FURTHER EXTENDING TIME TO RESPOND TO (I) FIRST OMNIBUS OBJECTION OF CHAPTER 11 TRUSTEE, GENEVER HOLDINGS CORPORATION, AND GENEVER HOLDINGS LLC (SEEKING EXPUNGEMENT AND DISALLOWANCE OF PROOFS OF CLAIM FILED BY BRAVO LUCK LIMITED BASED ON LACK OF EVIDENTIARY SUPPORT (DOCKET NO. 1842); (II) FIRST OMNIBUS OBJECTION OF CHAPTER 11 TRUSTEE, GENEVER HOLDINGS CORPORATION, AND GENEVER HOLDINGS LLC (SEEKING EXPUNGEMENT AND DISALLOWANCE OF PROOFS OF CLAIM FILED BY BRAVO LUCK LIMITED BASED ON LACK OF EVIDENTIARY SUPPORT) (DOCKET NO. 252); AND (III) FIRST OMNIBUS OBJECTION OF CHAPTER 11 TRUSTEE, GENEVER HOLDINGS CORPORATION, AND GENEVER HOLDINGS LLC (SEEKING EXPUNGEMENT AND DISALLOWANCE OF PROOFS OF CLAIM FILED BY BRAVO LUCK LIMITED BASED ON LACK OF EVIDENTIARY SUPPORT) (DOCKET NO. 24)**

Upon the motion (the "Motion") of Bravo Luck Limited for entry of an order (this "Order") further extending the time to respond to the (i) *First Omnibus Objection of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC (Seeking Expungement and Disallowance of Proofs of Claim Filed by Bravo Luck Limited Based on Lack of Evidentiary Support)* (In re Ho Wan Kwok, Case No. 22-50073, Docket No. 1842) (the "Kwok Claims Objection"); (ii) *First Omnibus Objection of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC (Seeking Expungement and Disallowance of Proofs of Claim Filed by*

---

[2] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

5

159400672v3

*Bravo Luck Limited Based on Lack of Evidentiary Support)* (In re Genever Holdings LLC, Case No. 22-50592, Docket No, 252) (the "Genever US Claims Objection"); and (iii) *First Omnibus Objection of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC (Seeking Expungement and Disallowance of Proofs of Claim Filed by Bravo Luck Limited Based on Lack of Evidentiary Support)* (In re Genever Holdings Corporation, Case No. 22-50542, Docket No. 24) (the "Genever BVI Claims Objection" and collectively with the Kwok Claims Objection and the Genever US Claims Objection, the "Claims Objections") and the Court having reviewed the Motion; and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (d) good and sufficient notice of the Motion having been given; and no other or further notice being required; and the Court having determined that the relief sought in the Motion is in the best interest of Bravo Luck Limited, the plaintiffs, the estates, their creditors, and all parties in interest, therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth in this Order.

2. The time for Bravo Luck Limited to respond to the Claims Objections is hereby extended to through and including July 7, 2023.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 5th day of July, 2023.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut

159400672v3