**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                         :

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

**NOTICE OF FILING OF THIRD INVOICE OF ENGINEERING OPERATIONS AND CERTIFICATION SERVICES, LLC FOR INSPECTION SERVICES**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Chapter 11 Trustee's Motion to Retain Engineering Operations and Certification Services, LLC to Inspect Lady May Yacht* [Docket No. 1285] and the *Order Granting Chapter 11 Trustee's Motion to Expand Scope of Retention of Engineering Operations and Certification Services, LLC to Include Consultation Services Related to Operation and Maintenance of the Lady May* [Docket No. 1748] (collectively, the "EOCS Retention Order"),[2] attached hereto as **Exhibit A** is EOCS's invoice, dated July 1, 2023 (the "Invoice"), related to monitoring the survey of the Lady May conducted by the buyer of the Lady May (during the month of June 2023).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the EOCS Retention Order, (a) parties in interest have fourteen (14) days from the date of this Notice to object to the Invoice

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the EOCS Retention Order.

and (b) if no timely objections to the Invoice are filed with the Court, the Trustee is authorized to pay the Invoice without further Court order.

| | |
|---|---|
| Dated: July 5, 2023<br>New Haven, Connecticut | LUC A. DESPINS,<br>CHAPTER 11 TRUSTEE |

By: */s/ G. Alexander Bongartz*

G. Alexander Bongartz (admitted *pro hac vice*)
Avram E. Luft (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com
alexbongartz@paulhastings.com

and

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

and

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                                : Chapter 11
                                                                         :
HO WAN KWOK, *et al.*,[1]                              : Case No. 22-50073 (JAM)
                                                                         :
          Debtors.                                     : (Jointly Administered)
                                                                         :
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 5, 2023, the foregoing Notice, and all declarations, exhibits and attachments thereto, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:    July 5, 2023
             New Haven, Connecticut

                                         By: */s/ G. Alexander Bongartz*
                                             G. Alexander Bongartz (admitted *pro hac vice*)
                                             PAUL HASTINGS LLP
                                             200 Park Avenue
                                             New York, New York 10166
                                             (212) 318-6079
                                             alexbongartz@paulhastings.com

                                             *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**<u>Exhibit A</u>**

**Invoice**



# INVOICE

PO BOX 67
Mystic, CT 06355    USA

Date: July 1, 2023
**Invoice for E23-3**

AMOUNT DUE: **$4,125.**⁰⁰

WEB: **WWW.EOCS.US**
PHONE: 860 857 1798

**TO:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
c/o Luc Despins,

**FOR:**
My Lady May (IMO 1012359)
Yacht Services, Survey Surveillance

| DESCRIPTION | HOURS | RATES/HR | AMOUNT DUE |
|---|---|---|---|
| Surveillance June 13 | 7 | $ 200.⁰⁰ | $ 1,400.⁰⁰ |
| Surveillance June 14 | 7 | $ 200.⁰⁰ | $ 1,400.⁰⁰ |
| Travel June 13, 14 | 4 | $ 75.⁰⁰ | $ 300.⁰⁰ |
| Court Stand By June 27 | 4 | $ 200.⁰⁰ | $ 800.⁰⁰ |
| Travel June 27 | 3 | $ 75.⁰⁰ | $ 225.⁰⁰ |
| TOTAL | | | $ 4,125.⁰⁰ |

Make all checks payable to:
*Dexter White*
*PO Box 67*
*Mystic, CT 06355    USA*

*Thank you for your business!*
*A Veteran Owned Business*