**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| Ho Wan Kwok, | : Case No. 22-50073 |
| Debtor. | : |

**CERTIFICATION OF SERVICE**

I Irve J. Goldman, herby certify that on the 26th day of June, 2023, I caused a true and correct copy of the Notice of Hearing [Doc. No. 1927] and First Interim Application for Compensation for Pullman & Comley, LLC, Certification of Irve J. Goldman, Esq., Exhibit A and proposed order [Doc. No. 1917] to be served on all parties who have filed notices of appearance as listed on Exhibit A via the Court's CM/ECF electronic filing system ("CM/ECF") and on all parties listed on Exhibit B via first class postage prepaid regular mail.

Dated: Bridgeport, Connecticut
July 5, 2022

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HO WAN KWOK**

By: */s/Irve J. Goldman*
Irve J. Goldman
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601-7006
(203) 330-2213
igoldman@pullcom.com
Its Attorneys

ACTIVE/83201.1/IJG/11146319v1