# EXHIBIT B



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Pacific Alliance Asia Opportunity
c/o O'Melveney & Myers LLP
Attn: Stuart Sarnoff, Esq.
7 Times Square
New York, NY 10065

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Golden Spring New York
Attn: Max Krasner
162 E. 64th Street
New York, NY 10605



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Rui Ma, Yan Lan and Wu Zheng,
Weican Meng and Boxun, Inc.
c/o Arkin Solbakken, LLP
Attn: Robert C. Angelillo
900 Third Ave, 18th Floor
New York, NY 10022

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Cheng Jian Wu Jian She
Qu, Nan Tong Si Jian
Jian Gong, Yua Hua Zhuang Shi,
Yue Hua Zhu Shi, Xiong Xian Wei Ye
c/o Kevin Kerveng Tung, PC
136-20 38th Avenue, Suite 3D&3F
Flushing, NY 11354

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Ning Ye, Guo Baosheng,
Yan Zhao and Cheng Jian Wu Jian She
and Gaosheng Guo
c/o Law Office of Ning Ye, Esq.
135-11 Eighth Ave, Suite 1A
Flushing, NY 11354

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Liehong Zhuang/Xiao Yan Zhu
c/o Trexler & Zhang, LLP
224 West 35th St, 11th and 12th Floor
New York, NY 10001



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Samuel Nunberg
c/o Nesenoff & Miltenberg, LLP
363 Seventh Ave, 5th Floor
New York, NY 10001

Lamp Capital, LLC
Attn: Bernardo Engiquez
667 Madison Ave
New York, NY 10065



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
4125 Kissena Blvd, Suite 112
Flushing, NY 11355

Huizen Wang
c/o Girodano Halleran Ciesla PC
1250 Broadway 36th Floor
New York, NY 10010



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Laura Aronsson
Mia N. Gonzalez
O'Melveny & Myers, LLP
7 Times Square
New York, NY 10036

Kenneth Aulet, Tristan G. Axelrod,
William Baldiga
Andrew M. Carty
Brown Rudnick LLP
Seven Times Square
New York, NY 10036



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Kellianne Baranowsky
Lawrence S. Grossman
Green & Sklarz LLC
One Audubon St, 3rd Floor
New Haven, CT 06511



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Daniel D. Barnes
Sam Della Fera, Jr.
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Douglas E. Barron
G. Alexander Bongartz
Luc A. Despins
Avram Emmanuel Luft
Paul Hastings LLP
200 Park Ave
New York, NY 10166



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Nicholas A. Bassett
Paul Hastings LLP
2050 M. Street NW
Washington, DC 20036



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Patricia B. Bergamasco
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Stephen A. Best
Brown Rudnick LLP
601 Thirteenth St NW Suite 600
Washington, DC 20005



850 Main Street  
P.O. Box 7006  
Bridgeport, CT  06601-7006

Patrick M. Birney  
Robinson & Cole LLP  
280 Trumbull St  
Hartford, CT 06103



850 Main Street  
P.O. Box 7006  
Bridgeport, CT  06601-7006

Christopher H. Blau  
290 Airpark Blvd  
Suite 4  
Chico, CA 95973



850 Main Street  
P.O. Box 7006  
Bridgeport, CT  06601-7006

Trevor L. Bradley  
Robinson & Cole LLP  
1055 Washington Blvd.  
Stamford, CT 06901



850 Main Street  
P.O. Box 7006  
Bridgeport, CT  06601-7006

Carollynn H.G. Callari and  
David S. Forsh  
Law Firm of Callari Partners, LLC  
One Rockefeller Plaza, 10th Floor  
New York, NY 10020



850 Main Street  
P.O. Box 7006  
Bridgeport, CT  06601-7006

John L. Cesaroni  
Eric A. Henzy  
Stephen M. Kindseth  
Zeisler & Zeisler PC  
10 Middle St  
15th Floor  
Bridgeport, CT 06604

850 Main Street  
P.O. Box 7006  
Bridgeport, CT  06601-7006

Scott M. Charmoy  
Charmoy & Charmoy  
1465 Post Road East  
Suite 100  
Westport, CT 06880



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Holly L. Claiborn
Steven E. Mackey
Office of the US Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Joanna J. Cline
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza
1313 N. Market Street
Suite 5100
Wilmington, DE 19899



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Stephen R. Cook
Brown Rudnick LLP
2211 Michelson Drive 7th Floor
Irvine, CA 92612



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Keith N. Costa
Barclay Damon LLP
1270 Avenue of the Americas
Suite 501
New York, NY 10020



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Samuel Bryant Davidoff
Williams & Connolly LLP
680 Maine Ave, S.W.
Washington, DC 20024

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Sam Della Fera, Jr.
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

J. Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Melissa I. Falk Wernick
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Ross G. Fingold
Stokesbury, Shipman & Fingold
10 Waterside Drive
Suite 204
Farmington, CT 06032



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Carolina A. Fornos
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd St
New York, NY 10019



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Richard N. Freeth
260 Madison Ave
8th Floor
New York, NY 10016



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Lisa Fried
Herbert Smith Freehills New York LLP
450 Lexington Ave
14th Floor
New York, NY 10017


850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Pullman & Comley
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Peter Friedman
David V. Harbach, II
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006

Taruna Garg
Murtha Cullina LLP
107 Elm Street
Four Stamford Plaza
Suite 1101
Stamford, CT 06902


850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006


850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Evan S. Goldstein
Updike, Kelly & Spellacy, PC
Goodwin Square
225 Asylum St
Ste 20th Floor
Hartford, CT 06103

Marc Gottridge
Herbert Smith Freehills New York LLP
450 Lexington Avenue
14th Floor
New York, NY 10017


850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Pullman & Comley
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

James C. Graham
Patrick R. Linsey
Neubert Pepe & Monteith PC
195 Church St, 13th Floor
New Haven, CT 06510

James J. Healy
Cowdery, Murphy, Dannehy & Healy, LLC
280 Trumbull Street
Hartford, CT 06103



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Jeffrey L. Jonas
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Austin D. Kim
Christopher J. Major
Meister Seeling & Fein PLLC
125 Park Ave
New York, NY 10017



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Dylan Kletter
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103

Julie A. Lavoie
Murtha Cullina
280 Trumbull Street
Ste 12th Floor
Hartford, CT 06103



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Francis J. Lawall
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103

Andrew V. Layden
BakerHostetler
200 South Orange Avenue
Suite 2300
Orlando, FL 32801



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Bonnie C. Mangan
The Law Office of Bonnie C. Mangan PC
1050 Sullivan Avenue, Suite A3
Westview Office Park
South Windsor, CT 06074



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Washington, DE 19801



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Danielle L. Merola
BakerHostetler
200 South Orange Avenue
Suite 2300
Orlando, FL 32801



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Sherry J. Millman
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Timothy D. Miltenberger
Cohn Birnbaum & Shea PC
CityPlace II, 15th Floor
185 Asylum Street
Hartford, CT 06103

Pullman & Comley ATTORNEYS
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Rui Ma and Zheng ("Bruno") Wu and Weican "Watson" Meng and Boxun Inc.
c/o Carollynn H.G. Callari
Callari Partners, LLC
100 Somerset Corp Blvd
Suite 206
Bridgewater, NJ 08807



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Xiqiu Bob Fu, Ph.D.
4719 Bishops Castle Drive
Midland, TX 79705

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Logan Cheng
c/o Jay M. Wolman
Randazza Legal Group PLLC
100 Perl St, 14th Floor
Hartford, CT 06103



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Baker & Hostetler, LLP
Attn: Andre Layden
200 S. Orange Avenue Suite 2300
Orlando, FL 32801



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Bravo Luck Limited
Attn: Officer, Gen or Mang Agent
PO Box 957
Off Shore Incorporations Centre Road Town
Tortola
BRITISH VIRGIN ISLANDS

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Romer Debbas LLP
Attn: Officer, Gen or Mang Agent
275 Madison Avenue Suite 801
New York, NY 10016



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

The Sherry Netherland
Attn: Officer, Gen or Mang Agent
781 5th Avenue
New York, NY 10022



850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Pullman
&COMLEY LLC
ATTORNEYS
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Pullman
&COMLEY LLC
ATTORNEYS
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Pullman
&COMLEY LLC
ATTORNEYS
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006