Dear Mr Cicolini I am writing as a creditor in the above-referenced case. I am deeply concerned about the proposed private sale by the debtor, Mr. Ho Wan Kwok, and I hereby file my objection to this proposed action. I would like to emphasize that my objection is rooted in the fact that Mr. Kwok has failed to return a significant amount of money he has dishonestly acquired from me. I firmly believe that his attempt to conduct a private sale under the present circumstances raises substantial questions of fairness and equity that should be addressed by the court. I respectfully request that the court reviews this proposed private sale carefully and that it considers this strong objection in light of the circumstances. I insist that this private sale should not be allowed unless and until Mr. Kwok makes full restitution of the funds that he improperly obtained from me and thousands of other creditors. It is of paramount importance that the Bankruptcy Court, in its role as arbiter of both law and equity, ensures that all proceedings are conducted in a manner that is fair and just to all parties involved. I trust that the court will duly consider this objection and will prevent any further advancement of this private sale until my concerns have been adequately addressed. Thank you for your attention to this matter. I am prepared to provide further information or evidence in support of my objection if required. Please do not hesitate to contact me if there are any queries or clarifications needed. Sincerely, Ph:702-824-0383

alaojesusss@hotmail.com

YANG Junzheng

28 Residence les Jardins de Plaisance

97122 Baie-Mahault

Ph: +590 691268 1111

France

20/06/23