

LETTRE RECO INTER R1

IP **6,55 EUR

LA POSTE

FRANCE

RK 53 103 379 8 FR

RK 53 103 379 8 FR

Mr. Pietro Cicolini

Clerk of Court
United States Bankruptcy Court

District of Connecticut

915 Lafayette Boulevard

Bridgeport, CT 06604

In re: Ho Wan Kwok, et al. Debtor(s)