

PIETRO CICOLINI

RAY SCREEN COURT, UNITED STATES
IN BANKRUPTCY COURT
COMPLETED DISTRICT of CONNECTICUT
915 LAFAYETTE B1
BRIDGEPORT, CT 06604