**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re:                                                              :    Chapter 11
                                                                          :
HO WAN KWOK, *et al.*,[1]                              :    Case No. 22-50073 (JAM)
                                                                          :
    Debtors.                                                        :    (Jointly Administered)
                                                                          :
---------------------------------------------------------x

### STATEMENT AND RESERVATION OF RIGHTS OF CHAPTER 11 TRUSTEE REGARDING COURT'S ORDER DATED JUNE 15, 2023 [DOCKET NO. 1909] AND COURT'S ORDER DATED JUNE 20, 2023 [DOCKET NO. 1914]

Luc A. Despins, in his capacity as the Chapter 11 Trustee (the "Trustee") appointed in the above-captioned chapter 11 case (the "Case") of Ho Wan Kwok (the "Debtor"), by and through his undersigned counsel, submits this statement in response to the Court's June 15, 2023 *Order Continuing Hearing on Motion to Hold Hudson Diamond NY, LLC and Hudson Diamond Holdings, LLC in Civil Contempt and Requiring Attorneys Aaron Romney and Lee Vartan to Appear and Show Cause Why The Motion to Withdraw as Counsel Should Be Granted* [Docket No. 1909] ("Hudson Order"), the Court's June 20, 2023 order in connection with the Hudson Order [Docket No. 1914] (the "Continuance Order"), and to William K. Harrington, the United States Trustee for Region 2 ("U.S. Trustee") *Statement Regarding Court's Order Dated June 15, 2023 [ECF 1909]* [Docket No. 1971] (the "U.S. Trustee Statement").[2]

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the U.S. Trustee Statement.

## STATEMENT

1. On June 13, 2023, Attorney Aaron Romney of Zeisler & Zeisler, P.C. ("Attorney Romney") filed a motion to withdraw as counsel (the "Motion to Withdraw") to Hudson Diamond NY, LLC ("Hudson NY"). *See* Docket No. 1903. In response, on July 3, 2023, the U.S. Trustee filed the U.S. Trustee Statement, requesting that Attorney Romney and Attorney Lee Vartan of Chiesa Shahinian & Giantomasi PC ("Attorney Vartan", and together with Attorney Romney, "Hudson Diamond Counsel") provide certain information to the Court, the U.S. Trustee and the Trustee, to assist them in evaluating and determining whether it is appropriate to permit Attorney Romney to withdraw from his representation of Hudson NY and to address the role of Attorney Vartan as counsel to Hudson NY and Hudson Holdings. *See* U.S. Trustee Statement at 7.

2. In response to the U.S. Trustee Statement, Attorney Romney has communicated to the U.S. Trustee and counsel for the Trustee that he and Mr. Vartan will provide the requested information, and that Hudson Diamond Counsel is still assessing the available information to fully inform what their position is with regard to the Motion to Withdraw.

3. In light of the forthcoming supplemental information from Hudson Diamond Counsel, and their ongoing assessment of their position with regard to the relief they are seeking, the Trustee reserves his rights to offer his position on the Motion to Withdraw until Hudson Diamond Counsel has presented all of its information. Regardless of who will represent Hudson NY on an ongoing basis however, the Trustee notes that it is imperative that Hudson NY immediately comply with its subpoena.

Dated:   July 5, 2023                         LUC A. DESPINS,
         New Haven, Connecticut               CHAPTER 11 TRUSTEE

                                              By: */s/ Avram E. Luft*

Avram E. Luft *(admitted pro hac vice)*
Douglass Barron (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com

    *and*

Nicholas A. Bassett *(admitted pro hac vice)*
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

    *and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalk@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                                         :    Chapter 11
                                                               :
HO WAN KWOK, *et al.*,[1]                                      :    Case No. 22-50073 (JAM)
                                                               :
        Debtors.                                               :    (Jointly Administered)
                                                               :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 5, 2023, the foregoing Statement was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:   July 5, 2023                      LUC A. DESPINS,
         New Haven, Connecticut            CHAPTER 11 TRUSTEE

                                           By: */s/ Avram E. Luft*
                                               Avram E. Luft *(admitted pro hac vice)*
                                               PAUL HASTINGS LLP
                                               200 Park Avenue
                                               New York, New York 10166
                                               (212) 318-6079
                                               aviluft@paulhastings.com

                                           *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).