**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                        :

In re:                                :         Chapter 11
                                          :

HO WAN KWOK, *et al.*,[1]          :         Case No. 22-50073 (JAM)
                                        :

          Debtors.              :         (Jointly Administered)
                                          :
---------------------------------------------------------x

**<u>NOTICE OF FILING OF CLOSING STATEMENT</u>**

**PLEASE TAKE NOTICE** that, pursuant to the Court's June 27, 2023 *Order, Pursuant to Bankruptcy Code Sections 105 and 363, Bankruptcy Rules 2002 and 6004(c) and Local Rules 6004-1 and 6004-2, (i) Authorizing and Approving Sale of the Lady May Free and Clear of Liens, Claims, Interests, and Encumbrances, (ii) Authorizing and Approving Purchase and Sale Agreement, and (iii) Granting Related Relief* [Docket No. 1953] (the "<u>Sales Order</u>"), Luc A. Despins, in his capacity as the Chapter 11 Trustee (the "<u>Trustee</u>") appointed in the above-captioned chapter 11 case (the "<u>Case</u>") of Ho Wan Kwok (the "<u>Debtor</u>"), by and through his undersigned counsel, hereby files a copy of the closing statement (attached hereto as **<u>Exhibit A</u>**) with respect to the sale of the Lady May[2] on June 30, 2023.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms used but not otherwise defined herein have the meanings set forth in the Sales Order.

Dated: July 7, 2023                    LUC A. DESPINS

                                      CHAPTER 11 TRUSTEE


By: */s/ G. Alexander Bongartz*

    G. Alexander Bongartz (admitted *pro hac vice*)
    Douglass Barron (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    alexbongartz@paulhastings.com
    douglassbarron@paulhastings.com

       *and*

    Nicholas A. Bassett (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

       *and*

    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

    *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
--------------------------------------------------------x
                                            :
In re:                                      :   Chapter 11
                                            :
HO WAN KWOK, et al.,¹                       :   Case No. 22-50073 (JAM)
                                            :
                Debtors.                    :   (Jointly Administered)
                                            :
--------------------------------------------------------x
```

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 7, 2023, the foregoing Notice, and all declarations, exhibits and attachments thereto, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated: July 7, 2023

LUC A. DESPINS
CHAPTER 11 TRUSTEE

By: */s/ G. Alexander Bongartz*
    G. Alexander Bongartz (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    alexbongartz@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

# **EXHIBIT A**

## **Closing Statement**

**Closing Statement**

**SELLER**: Luc A. Despins, as Chapter 11 Trustee for the Estate of Ho Wan Kwok

**BUYER**: Excellence Maritime, Ltd.[1]

**VESSEL**: Lady May, a 2014 Feadship 44.25 meter motor yacht, British official number 745195, and its tenders and inventory (as detailed in the PSA)

**CLOSING DATE**: June 30, 2023

---

| | |
|---|---|
| Purchase Price:[2] | $23,150,000.00 |
| Deposit:[3] | (4,800,000.00) |
| Sales Tax:[4] | EXEMPT |
| Amount Paid by Buyer at Closing:[5] | $18,350,000.00 |
| Broker Commission Paid by Seller:[6] | ($1,157,500.00) |
| Net Proceeds from Sale: | $21,992,500.00 |

---

[1]   Assignee of Herb Chambers Yachting LLC.

[2]   Purchase Price reflects the agreed-upon reduction of $850,000.00 following the completion of the survey.

[3]   Buyer deposited $4,800,000.00 (or 20% of the original Purchase Price of $24 million) with Seller on May 31, 2023.

[4]   The Lady May was delivered and title was transferred to the Buyer in international waters off the coast of Rhode Island on June 30, 2023.

[5]   The amount paid by Buyer at Closing was the difference between the Purchase Price ($23,150,000.00) and the Deposit ($4,800,000.00).

[6]   The broker commission, *i.e.*, 5% of the Purchase Price ($23,150,000.00), was paid by the Seller to Edmiston following the Closing from the proceeds of the Sale.