**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------------x
: 
In re:                                                      :   Chapter 11
                                                            :
HO WAN KWOK, *et al.*,[1]                                   :   Case No. 22-50073 (JAM)
                                                            :
               Debtors.                                     :   (Jointly Administered)
                                                            :
------------------------------------------------------------x
                                                            :
LUC A. DESPINS, CHAPTER 11                                  :
TRUSTEE,                                                    :
                                                            :   Adv. Proceeding No. 23-05013 (JAM)
               Plaintiff,                                   :
v.                                                          :
                                                            :
                                                            :
HCHK TECHNOLOGIES, INC.,                                    :
HCHK PROPERTY MANAGEMENT, INC.,                             :
LEXINGTON PROPERTY AND STAFFING, INC.,                      :
HOLY CITY HONG KONG VENTURES, LTD.,                         :
ANTHONY DIBATTISTA, YVETTE WANG,                            :
and BRIAN HOFMEISTER (in his capacity                       :
as assignee),                                               :
                                                            :
               Defendants.                                  :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 7, 2023, the *Omnibus Reply Of Chapter 11 Trustee (i) In Support Of Motion, Pursuant To Bankruptcy Rule 9019, Regarding Settlement With Assignee Of HCHK Entities Under New York Court Assignment Proceedings, and (ii) In Response*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*To Objections* [Main Case Docket No. [1987], Adv. Proc. Docket No. [45] was filed electronically in the above captioned chapter 11 cases (the "Chapter 11 Cases") and in the Adversary Proceeding. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's case management/electronic case files system ("CM/ECF") or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2]  Parties may access this filing through CM/ECF.

In addition, on July 7, 2023, I caused the foregoing to be served on all Defendants to the Adversary Proceeding and certain other parties by first-class mail and/or by UPS overnight delivery to the addresses, including the last known addresses, for all such parties as set forth on the attached **Exhibit 1**.[3]

In addition, on July 10, 2023, I caused the foregoing to be sent by e-mail to counsel to all Defendants to the Adversary Proceeding (other than Holy City Hong Kong Ventures, Ltd.) and certain other parties, as set forth on the attached **Exhibit 2**.

In addition, on or before July 10, 2023 counsel for the Trustee in the British Virgin Islands, Harney Westwood & Riegels LP, caused defendant Holy City Hong Kong Ventures, Ltd., to be served with these documents by personal service on its registered agent: Intershore Chambers, P.O. Box 4342, Road Town, Tortola, British Virgin Islands VG1110.

---

[2] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

[3] To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

Dated:  July 10, 2023  LUC A. DESPINS,
        New Haven, Connecticut  CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
   Patrick R. Linsey (ct29437)
   NEUBERT, PEPE & MONTEITH, P.C.
   195 Church Street, 13th Floor
   New Haven, Connecticut 06510
   (203) 781-2847
   plinsey@npmlaw.com

**Exhibit A**

**(Addresses Served via First-Class U.S. Mail and/or UPS overnight delivery)**

| |
|---|
| Brian W. Hofmeister (as Assignee for the Benefit Of Creditors)<br>3131 Princeton Pike<br>Building 5, Suite 110<br>Lawrenceville, NJ 08648 |
| Brian w. Hofmeister (as Assignee for the Benefit Of Creditors)<br>c/o Cole Schotz P.C.<br>1325 Avenue of the Americas<br>19th Floor<br>New York. NY 10019<br>Attn: Ryan T. Jareck. Esq. |
| HCHK Technologies, Inc.,<br>HCHK Property Management, Inc., and<br>Lexington Property and Staffing, Inc.<br>c/o McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue, 2nd Floor<br>Roseland, New Jersey 07068<br>Attn: Sari B. Placona, Esq. |
| ATTN: Officer, Managing or General Agent<br>HCHK Property Management, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 1980 |
| ATTN: Officer, Managing or General Agent<br>HCHK Technologies, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| ATTN: Officer, Managing or General Agent<br>Lexington Property and Staffing, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Yanping "Yvette" Wang<br>c/o Lipman Law PLLC<br>New York, US<br>147 W. 25th St.<br>12th Fl<br>New York, New York 10001<br>Attn: Alex Lipman |
| Yanping "Yvette" Wang<br>c/o ChaudhryLaw PLLC<br>147 West 25th Street<br>Ste 12th Floor<br>New York, NY 10001<br>Attn: Priya Chaudhry |

| |
|---|
| Yanping Wang (Register No. 49116-510)<br>MDC Brooklyn<br>Metropolitan Detention Center<br>P.O. Box 329002<br>Brooklyn, NY  11232<br>(Marked "LEGAL MAIL") |
| Anthony DiBattista<br>45 Park Hill Dr.<br>Hopewell Junction, NY 12533 |
| Anthony DiBattista<br>c/o Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY  10017<br>Attn: Jeremy H. Temkin |
| ATTN: Officer, Managing or General Agent<br>Holy City Hong Kong Ventures Ltd<br>c/o Intershore Chambers<br>P.O. Box 4342<br>Road Town<br>Tortola<br>British Virgin Islands VG1110 |
| Joshua I. Sherman, Esq.<br>10 Mohawk Drive<br>Livingston, NJ 07039 |

**<u>Exhibit 2</u>**

**(Parties' Counsel Served via Email)**

| Party | Counsel | Emails |
|---|---|---|
| Brian Hofmeister (as assignee) and HCHK Entities | Cole Schotz P.C.; McManimon, Scotland & Baumann, LLC | wusatine@coleschotz.com; rjareck@coleschotz.com; mtsukerman@coleschotz.com; splacona@msbnj.com; asodono@msbnj.com; |
| Yvette Wang | ChaudhryLaw PLLC (criminal counsel) | priya@chaudhrylaw.com; |
| | Lipman Law PLLC (civil counsel) | alexlipman@lipmanpllc.com |
| Anthony DiBattista | Morvillo Abramowitz Grand Iason & Anello PC | jtemkin@maglaw.com; rmoss@maglaw.com; |
| Other Parties: | | |
| Joshua I. Sherman, Esq. | N/A | joshua@joshuaisherman.com |