UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

## MOTION TO WITHDRAW APPEARANCE AS SPECIAL (CRIMINAL DEFENSE) COUNSEL

Pursuant to D. Conn. L. Civ. R. 7(e), made applicable to the above-captioned proceeding by Local Rule 9083-4 of the Local Rules of the United States Bankruptcy Court of the District of Connecticut, Brown Rudnick LLP, in its capacity as special (criminal defense) counsel for debtor Ho Wan Kwok (the "Debtor"), respectfully requests to be permitted to withdraw as special counsel in this case. The law firm Zeisler & Zeisler, P.C. remains in this case as primary counsel for the Debtor, as indicated by Zeisler & Zeisler, P.C.'s Notices of Appearance filed for the Debtor at Docket Nos. 550, 551, 552, and 553 on July 14, 2022, and at Docket No. 574 on July 20, 2022.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that the Court grant leave to withdraw Brown Rudnick LLP's appearances as special (criminal defense) counsel) in the above-captioned case.

Dated: July 13, 2023

                                           By: */s/ William R. Baldiga*
                                                 William R. Baldiga (NY-4813846)
                                                 BROWN RUDNICK LLP
                                                 Seven Times Square
                                                 New York, NY 10036
                                                 Tel: (212) 209-4942
                                                 Email: wbaldiga@brownrudnick.com

Stephen R. Cook
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Tel: (949) 440-0215
Email: scook@brownrudnick.com

Stephen A. Best
BROWN RUDNICK LLP
601 Thirteenth Street, NW, Suite 600
Washington, DC 20005
Tel: (202) 536-1737
Email: sbest@brownrudnick.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

### CERTIFICATE OF SERVICE

    I, William R. Baldiga, hereby certify that on the 13th day of July, 2023, a copy of the foregoing has been filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                By: */s/ William R. Baldiga*
                      William R. Baldiga (NY-4813846)
                      BROWN RUDNICK LLP
                      Seven Times Square
                      New York, NY 10036
                      Tel: (212) 209-4942
                      Email: wbaldiga@brownrudnick.com

65078688 v1-WorkSiteUS-039463/0001