**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions:*

| | | |
|---|---|---|
| 1. NAME: Patrick M. Birney | 2. PHONE NUMBER: (860) 275-8275 | 3. DATE: 7/11/2023 |
| 4. DELIVERY ADDRESS OR EMAIL: pbirney@rc.com | 5. CITY: Hartford | 6. STATE: CT  7. ZIP CODE: 06103 |
| 8. CASE NUMBER: 22-50073 | 9. JUDGE: Judge Julie A. Manning | DATES OF PROCEEDINGS  10. FROM: 7/11/2023  11. TO: 7/11/2023 |
| 12. CASE NAME: Ho Wan Kwok | LOCATION OF PROCEEDINGS  13. CITY: Bridgeport | 14. STATE: Connecticut |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Hearings | 7/11/2023 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES 1 | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

| | |
|---|---|
| 18. SIGNATURE: /s/ Patrick M. Birney | PROCESSED BY: Lorenzo M. Whitmore |
| 19. DATE: 7/11/2023 | PHONE NUMBER: 203-579-5808 |
| TRANSCRIPT TO BE PREPARED BY: Fiore Reporting and Transcription | COURT ADDRESS: 915 Lafayette Blvd. Bridgeport, CT 06604 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

### Honorable Julie A. Manning

### Tuesday July 11 2023

| | | |
|---|---|---|
| 12:30 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** #1749; Application to Employ Affiliated Adjustment Group, Ltd. as Public Adjuster Filed by Patrick R. Linsey on behalf of Genever Holdings LLC, Debtor

| | | |
|---|---|---|
| 12:30 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** #1805; Motion to Compel Compliance with Rule 2004 Subpoenas (Second Omnibus) (insofar as it relates to the Hudson Diamond Entities) Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

| | | |
|---|---|---|
| 12:30 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** #1903; Motion to Withdraw as Attorney Filed by Aaron Romney on behalf of Hudson Diamond NY LLC, Interested Party

| | | |
|---|---|---|
| 12:30 PM | 23-05012 | U.S. Bank National Association, as escrow agent v. HK International Funds Investments (USA) Limited, |

Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings LLC

**Matter:** #28; Motion For Summary Judgment Filed by Patrick R. Linsey on behalf of Despins, Luc A., Chapter 11 Trustee, Cross-Claimant

| | | |
|---|---|---|
| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** #1936; Motion to Compromise Controversy with Brian W. Hofmeister as Assignee for the Benefit of Creditors of HCHK Entities Under New York Court Assignment Proceedings Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

| | | |
|---|---|---|
| 01:00 PM | 23-05013 | Despins v. HCHK Technologies, Inc. et al |

Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings LLC

**Matter:** #25; **Motion to Compromise Controversy with Brian W. Hofmeister as Assignee for the Benefit of Creditors of HCHK Entities Under New York Court Assignment Proceedings, 3131 Princeton Pike Building 5, Suite 110 Lawrenceville, NJ 08648 Filed by Patrick R. Linsey on behalf of Luc A. Despins, Plaintiff.**

## Parties that Appeared at the July 11, 2023 Hearing

**Luc A. Despins** Paul
Hastings LLP 200
Park Avenue
New York, NY 10166

**Nicholas A. Bassett** Paul
Hastings, LLP 2050 M
Street NW Washington,
DC 20036

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C. 195
Church St
13th Fl
New Haven, CT 06510

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604

**James M. Moriarty**
Zeisler & Zeisler,P.C.
10 Middle Street
Bridgeport, CT 06604

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604

**Eric A. Henzy**
Zeisler & Zeisler,P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052