**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 14, 2023, *Bravo Luck Limited's Third Motion on Consent for Extension of Time to Respond to (I) First Omnibus Objection of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC (Seeking Expungement and Disallowance of Proofs of Claim Filed By Bravo Luck Limited Based on Lack of Evidentiary Support (Docket No. 1842); (II) First Omnibus Objection of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC (Seeking Expungement and Disallowance of Proofs of Claim Filed By Bravo Luck Limited Based on Lack Of Evidentiary Support) (Docket No. 252); and (III) First Omnibus Objection of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC (Seeking Expungement and Disallowance of Proofs of Claim Filed By Bravo Luck Limited Based on Lack of Evidentiary Support) (Docket No. 24)* was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by United States first class mail, postage prepaid, to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

A. Electronic Notice Via CM/ECF Service List

| | |
|---|---|
| Douglass E. Barron | douglassbarron@paulhastings.com;  ezrasutton@paulhastings.com;  alexbongartz@paulhastings.com; kristincatalano@paulhastings.com |
| Nicholas A. Bassett | nicholasbassett@paulhastings.com; jonathonkosciewicz@paulhastings.com; lucdespins@paulhastings.com; alexbongartz@paulhastings.com; ezrasutton@paulhastings.com; douglassbarron@paulhastings.com; ecf.frg@paulhastings.com; aviluft@paulhastings.com |
| Patrick R. Linsey | plinsey@npmlaw.com;  sdobson@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Avram Emmanuel Luft | aviluft@paulhastings.com |
| Douglas S. Skalka | dskalka@npmlaw.com; smowery@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |

3

160026306v1

B.    <u>United States First Class Mail, Postage Prepaid, Service List</u>

Genever Holdings LLC  
c/o J. Ted Donovan  
Goldberg Weprin Finkel Goldstein LLP  
1501 Broadway  
22nd Floor  
New York, NY 10036  

Qiang Guo  
5 Princess Gate, G3  
London, SW7 1QJ  
United Kingdom  

Douglass Barron, Esq.  
Paul Hastings LLP  
200 Park Ave.  
New York, NY 10166  

                                                */s/ Francis J. Lawall*  
                                                Francis J. Lawall (admitted *pro hac vice*)

160026306v1