**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 22-50073 (JAM) |
| HO WAN KWOK, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors.[1] | ) | Re: ECF No. 1805 |

**ORDER GRANTING IN PART MOTION FOR ENTRY OF**
**ORDER HOLDING HUDSON DIAMOND NY LLC IN CIVIL CONTEMPT OF COURT**

Before the Court is the May 18, 2023 Motion for Entry of Order Holding Hudson Diamond NY LLC in Civil Contempt for Failing to Respond to Rule 2004 Subpoenas (the "Contempt Motion") filed by Mr. Luc A. Despins, in his capacity as Chapter 11 trustee (the "Trustee") for the bankruptcy estate of Mr. Ho Wan Kwok. (ECF No. 1805[2].) The Court grants the Contempt Motion insofar as it relates to Hudson Diamond NY LLC.

A hearing was held on the Contempt Motion on June 6, 2023. During the hearing, the Trustee and counsel for Hudson Diamond NY LLC and Hudson Diamond Holding LLC (collectively, the "Hudson Diamond Entities") read into the record a stipulation regarding the Hudson Diamond Entities' compliance with the Rule 2004 subpoenas served on them. Following the hearing, on June 8, 2023, the Court entered the Consent Order Regarding Contempt Motion (the "Consent Order"). (ECF No. 1896.) Pursuant to the Consent Order, the

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Various pleadings and orders discussed in this memorandum of decision were omnibus in nature. For the sake of clarity, the titles of pleadings and orders are set forth herein only as they concern Hudson Diamond NY LLC.

Hudson Diamond Entities were to comply with the Trustee's subpoenas on or before June 15, 2023.

On June 13, 2023, Attorney Romney filed a Motion to Withdraw as Attorney (the "Motion to Withdraw"), seeking to withdraw his appearance for Hudson Diamond NY LLC and stating that he had incorrectly believed that Ms. Mei Guo – Mr. Kwok's daughter – was the sole member of Hudson Diamond NY LLC and that this error was discovered in his attempt to comply with the Trustee's subpoena. (ECF No. 1903.) The Motion to Withdraw implicates the Consent Order.

On July 11, 2023, a hearing was held on the Motion to Withdraw. During the hearing, Attorney Romney indicated that Hudson Diamond NY LLC did not comply with the terms of the Consent Order and has not produced any documents responsive to the Rule 2004 subpoena. He further indicated that he did not believe he was in a position to oppose entry of an order holding Hudson Diamond NY LLC in contempt of court.

Given the issues raised by the Motion to Withdraw and its impact on the Contempt Motion as against Hudson Diamond NY, LLC, it is necessary to review the service of the Rule 2004 subpoena, Contempt Motion, and the Motion to Withdraw on Hudson Diamond NY LLC. On December 2, 2022, the Court entered the Second Supplemental Rule 2004 Order authorizing in pertinent part the Rule 2004 subpoena directed to Hudson Diamond NY LLC. (ECF No. 1184.) On December 7, 2022, Hudson Diamond NY LLC was served with the Rule 2004 subpoena at Hudson Diamond NY LLC, c/o Corporate Creations Network Inc., 600 Mamaroneck Ave, #400, Harrison, NY 10528 via personal service on an agent authorized to accept service on Hudson Diamond NY LLC's behalf at that address. (ECF No. 1805 Decl. of Avi Luft Ex. C-6.) On May 24, 2023, Hudson Diamond NY LLC was served with the Contempt

Motion and the Notice of Hearing regarding the Contempt Motion via UPS overnight delivery at Hudson Diamond NY LLC, 140 Pearl Street, Suite 100, Buffalo, NY 14202-4014, and at Hudson Diamond NY LLC, c/o Corporate Creations Network Inc., 600 Mamaroneck Ave, #400, Harrison, NY 10528.  (ECF No. 1826.)  On June 20, 2023, Hudson Diamond NY LLC was served with the orders scheduling a hearing on the Motion to Withdraw via FedEx overnight mail at Hudson Diamond NY LLC, c/o Corporate Creations Network, Inc., 600 Mamaroneck Avenue, #400, Harrison, NY 10528.  (ECF No. 1915.)

Hudson Diamond NY LLC has neither complied with nor objected to the Rule 2004 subpoena.  Except through Attorney Romney and Attorney Vartan who now contend they never had authority to represent it and to enter into the Consent Order, Hudson Diamond NY LLC has not appeared in Court in relation to the Contempt Motion or the Motion to Withdraw.  Therefore, pursuant to Fed. R. Civ. P. 45(g), made applicable by Fed. R. Bankr. P. 9016, the Court finds Hudson Diamond NY LLC in contempt for failure to comply with or respond to the Rule 2004 subpoena.  The failure to excuse its lack of response to the Rule 2004 subpoena in response to the Contempt Motion supports a finding of contempt under the Federal Rules of Civil Procedure.

Accordingly, it is hereby

**ORDERED:**  Hudson Diamond NY LLC is held to be in civil contempt of Court; and it is further

**ORDERED:**  Hudson Diamond NY LLC may purge itself of contempt by complying with the Rule 2004 subpoena.  Should Hudson Diamond NY LLC fail to purge itself of contempt by August 11, 2023, the Trustee may move for sanctions against Hudson Diamond NY LLC; and it is further

**ORDERED:** The Trustee shall serve this Order upon Hudson Diamond NY LLC on or before July 18, 2023, and file a certificate of service demonstrating such service on or before July 19, 2023.

Dated at Bridgeport, Connecticut this 17th day of July, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut