# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                  :   Chapter 11
:
HO WAN KWOK, *et al.*,[1]               :   Case No. 22-50073 (JAM)
:
Debtors.                                :   (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 17, 2023, the *Order Granting in Part Motion for Entry of Order Holding Hudson Diamond NY LLC in Civil Contempt of Court* [ECF No. 2009] (the "Contempt Order") was filed electronically using the Court's case management/electronic case files system ("CM/ECF"). Notice of the foregoing was sent electronically via CM/ECF when filed to all appearing parties able to receive electronic notice in the above-captioned jointly administered chapter 11 cases and may be viewed via CM/ECF. In addition, the undersigned caused the Contempt Order to be sent on July 17, 2023, by FedEx overnight delivery to Hudson Diamond NY LLC as follows:

    Hudson Diamond NY LCC
    140 PEARL ST STE 100
    Buffalo, NY 14202-4014

    Hudson Diamond NY LCC
    c/o Corporate Creations Network Inc.
    600 Mamaroneck Ave

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Aaron A. Romney, Esq.
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604

Lee Vartan
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068

Dated:   July 17, 2023                    LUC DESPINS, as appointed Chapter 11 Trustee
         New Haven, Connecticut           for HO WON KWOK

                                          By: */s/ Patrick R. Linsey*
                                              Patrick R. Linsey (ct29437)
                                              NEUBERT, PEPE & MONTEITH, P.C.
                                              195 Church Street, 13th Floor
                                              New Haven, Connecticut 06510
                                              (203) 781-2847
                                              plinsey@npmlaw.com