AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions:*

| | | |
|---|---|---|
| 1. NAME<br>Patrick M. Birney | 2. PHONE NUMBER<br>(860) 275-8275 | 3. DATE<br>7/11/2023 |
| 4. DELIVERY ADDRESS OR EMAIL<br>pbirney@rc.com | 5. CITY<br>Hartford | 6. STATE CT  7. ZIP CODE 06103 |
| 8. CASE NUMBER 22-50073 | 9. JUDGE Judge Julie A. Manning | DATES OF PROCEEDINGS<br>10. FROM 7/11/2023  11. TO 7/11/2023 |
| 12. CASE NAME<br>Ho Wan Kwok | | LOCATION OF PROCEEDINGS<br>13. CITY Bridgeport  14. STATE Connecticut |

15. ORDER FOR
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Hearings | 7/11/2023 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES 1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL  0.00

| | |
|---|---|
| 18. SIGNATURE<br>/s/ Patrick M. Birney | PROCESSED BY |
| 19. DATE<br>7/11/2023 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**  COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

Honorable Julie A. Manning

Tuesday July 18, 2023

_____

12:00 PM 22-50073 Ho Wan Kwok and Genever Holdings LLC

    Ch: 11

**Matter:** #1917;  Interim Application for Compensation for Pullman & Comley, LLC, Creditor Comm. Aty, Fee: $504,742.50, Expenses: $709.53. Filed by Pullman & Comley, LLC, Attorney

12:00 PM 22-50073 Ho Wan Kwok and Genever Holdings LLC

    Ch: 11

**Matter**:  #1921; Interim Application for Compensation for Epiq Corporate Restructuring, LLC, Other Professional, Fee: $178,227.00, Expenses: $11,673.79. Filed by Epiq Corporate Restructuring, LLC, Claims/Noticing Agent

12:30 PM 22-50073 Ho Wan Kwok and Genever Holdings LLC

    Ch: 11

**Matter:**  #1893; Order Requiring GTV Media, Inc., Saraca Media Group, Inc. And Attorney Aaron A. Mitchell To Appear And Show Cause Why GTV Media, Inc. And Saraca Media Group, Inc. Should Not Be Held In Civil Contempt Of Court

01:30 PM 22-5003  HK International Funds Investments (USA) Limited, v. Despins

    Lead Case:  22-50073 Ho Wan Kwok and Genever Holdings LLC

**Matter**:  Pretrial Conference

_____

01:30 PM 22-5008  Despins, Luc A., Chapter 11 Trustee v. Guo

    Lead Case:  22-50073 Ho Wan Kwok and Genever Holdings LLC

**Matter:**  Pretrial Conference

02:00  PM 22-50073 Ho Wan Kwok and Genever Holdings LLC

      Ch: 11

**Matter**:  #2004; Revised Proposed Order Filed by Douglass E. Barron on behalf of Luc A. Despins Chapter 11 Trustee (RE: 1936)

---

01:30 PM 23-5013  Despins v. HCHK Technologies, Inc. et al

      Lead Case:  22-50073 Ho Wan Kwok and Genever Holdings LLC

**Matter:**  #55; Revised Proposed Order Filed by Douglass E. Barron on behalf of Luc A. Despins Chapter 11 Trustee (RE: 25)

**Parties that appeared at the July 18, 2023 hearing:**

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166


**Avram Emmanuel Luft**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166


**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510


**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510


**Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604

**Ryan T. Jareck**
Cole Schotz, P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601

**Jeffrey M. Sklarz**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511

**Melissa Rose McClammy**
Pastore LLC
4 High Ridge Park
Ste Third Floor
Stamford, CT 06905

**Joshua I. Sherman**
10 Mohawk Drive
Livingston, NJ 07039

**Deirdre A. O'Connor**
**Epiq Corporate Restructuring, LLC**
777 Third Avenue
12th Floor
New York, NY 10017

**Aaron A Mitchell**
Lawall & Mitchell, LLC
55 Madison Ave
Suite 400
Morristown, NJ 07960