UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.* | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## [PROPOSED] ORDER GRANTING MOTION OF BROWN RUDNICK LLP TO WITHDRAW APPEARANCE AS SPECIAL (CRIMINAL DEFENSE) COUNSEL

UPON CONSIDERATION OF the Motion to Withdraw Appearance as Special (Criminal Defense) Counsel filed on July 13, 2023 [Docket No. 1997], and good cause having been shown, including the fact that the law firm of Zeisler & Zeisler P.C. continues to represent debtor Ho Wan Kwok generally in this chapter 11 case, and Zeisler & Zeisler P.C. will have ready access to the debtor's criminal defense counsel for guidance and advice as the need may arise, it is by the Court,

ORDERED, that the Motion is GRANTED.

Dated _____, 2023.

                                                                                                                                                                    _____
                                                                                                                                                                    Julie A. Manning
                                                                                                                                                                   United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: <br><br> HO WAN KWOK, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-50073 (JAM) |

## CERTIFICATE OF SERVICE

I, William R. Baldiga, hereby certify that on the 20th day of July, 2023, a copy of the foregoing has been filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ William R. Baldiga*
William R. Baldiga (NY-4813846)
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Tel: (212) 209-4942
Email: wbaldiga@brownrudnick.com