**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
                                                                              :

In re:                                             :        Chapter 11

HO WAN KWOK, *et al.*,[1]                :        Case No. 22-50073 (JAM)

        Debtors.                   :        (Jointly Administered)

------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 21, 2023, the *Application of Chapter 11 Trustee for Entry of Order (I) Approving Retention of the Bohonnon Law Firm, LLC, as Special Maritime Closing Counsel to the Trustee Effective as of June 14, 2023, (II) for the Allowance and Payment of Fees for the Period June 14, 2023, through June 30, 2023, in the amount of $3,831.75 and (III) Granting Related Relief* [ECF No. 2025] (the "Bohonnon Application"), and, on July 24, 2023, the *Notice of Hearing* with respect to the Bohonnon Application [ECF No. 2027] (together, collectively, the "Served Documents") were filed electronically using the Court's case management/electronic case files system ("CM/ECF"). Electronic notice was provided automatically via CM/ECF at the time that the Served Documents were filed to all appearing parties eligible to receive electronic notice and the Served Documents may be viewed via CM/ECF. Additionally, on July 24, 2023, the undersigned caused the Served Documents to be sent via first-class U.S. Mail to the recipients set forth on **Exhibit A** appended hereto, which

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

includes all parties appearing and unable to accept electronic notice in the above-captioned chapter 11 cases and all of the "Notice Parties" pursuant to the Court's *Order Limiting Service of Notice for Applications Seeking Compensation of Fees or Reimbursement of Expenses* [ECF No. 1611] to the extent not served via CM/ECF.

Dated:     July 24, 2023
           New Haven, Connecticut

> By: */s/ Patrick R. Linsey*
> Patrick R. Linsey (ct29437)
> NEUBERT, PEPE & MONTEITH, P.C.
> 195 Church Street, 13th Floor
> New Haven, Connecticut 06510
> (203) 781-2847
> plinsey@npmlaw.com

## Exhibit A

Cheng Jian Wu Jian She
Gaosheng Guo
Yan Zhao
c/o Ning Ye, Esq.
Law office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354

Hong Qi Qu
Nan Tong Si Jian
Jian Gong
Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Liehong Zhuang
Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler & Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Suite 112
Flushing, NY 11355

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

Golden Spring New York Ltd.
162 E. 64th Street
New York, NY 10065-7478

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153

Chao-Chih Chiu
Huizhen Wang
Yunxia Wu
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606

Edward Moss
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Kevin J. Nash
J. Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036

Diana Perez
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Stuart Sarnoff
O'Melveny & Myers LLP
7 Times Square
33rd Floor
New York, NY 10036

Daniel Shamah
O'Melveny & Myers, LLP
7 Times Square
New York, NY 10036

Douglas E. Spelfogel
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Derek L. Wright
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Yongbing Zhang
223 West Jackson Bl;vd. #1012
Chicago, IL 60606