# Exhibit 6

*This Exhibit has been filed under seal.*