## Exhibit 7

*This Exhibit has been filed under seal.*