**<u>Exhibit 8</u>**

*This Exhibit has been filed under seal.*