## **Exhibit 12**

*This Exhibit has been filed under seal.*