## **Exhibit 18**

*This Exhibit has been filed under seal.*