## Exhibit 19

*This Exhibit has been filed under seal.*