## Exhibit 20

*This Exhibit has been filed under seal.*