## Exhibit 21

*This Exhibit has been filed under seal.*