**Exhibit 22**

*This Exhibit has been filed under seal.*