**Exhibit 23**

*This Exhibit has been filed under seal.*