**Exhibit 24**

*This Exhibit has been filed under seal.*