## Exhibit 25

*This Exhibit has been filed under seal.*