## <u>Exhibit 26</u>

*This Exhibit has been filed under seal.*