**Exhibit 27**

*This Exhibit has been filed under seal.*