## Exhibit 31

*This Exhibit has been filed under seal.*