## Exhibit 32

*This Exhibit has been filed under seal.*