## Exhibit 33

*This Exhibit has been filed under seal.*