## Exhibit 34

*This Exhibit has been filed under seal.*