## Exhibit 36

*This Exhibit has been filed under seal.*