## Exhibit 37

*This Exhibit has been filed under seal.*