## Exhibit 38

Case 22-50073   Doc 2032-38   Filed 07/25/23   Entered 07/25/23 13:27:53   Page 2 of
4

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

PACIFIC ALLIANCE ASIA OPPORTUNITY
FUND L.P.,

*Plaintiff*,

-against-

KWOK HO WAN *a/k/a* KWOK HO *a/k/a* GWO
WEN GUI *a/k/a* GUO WENGUI *a/k/a* GUO
WEN-GUI *a/k/a* WAN GUE HAOYUN *a/k/a*
MILES KWOK *a/k/a* HAOYUN GUO,

*Defendant*.

Index No. 652077/2017

Hon. Barry R. Ostrager
IAS Part 61

Motion Sequence No. 003

**AFFIDAVIT OF
YAN PING WANG**

STATE OF NEW YORK ) 
) ss.:
COUNTY OF NEW YORK )

YAN PING WANG, being duly sworn, deposes and says that:

1.      I am the President of Golden Spring (New York) Ltd., and in that capacity

serve as an administrator for the interests of the defendant, sued herein as Kwok Ho Wan, *a/k/a*

Kwok Ho, *a/k/a* Gwo Wen Gui, *a/k/a* Guo Wengui, *a/k/a* Guo Wen-Gui, *a/k/a* Wan Gue

Haoyun, *a/k/a* Miles Kwok, *a/k/a* Haoyun Guo ("Mr. Kwok"), and his family.  I submit this

affidavit in opposition to the application of plaintiff Pacific Alliance Asia Opportunity Fund L.P.

("PAX") seeking an attachment of real property located on the eighteenth floor of the Sherri

Netherland Hotel, 781 Fifth Avenue, New York County, City and State of New York ("the

Apartment").

2.      Mr. Kwok's ownership interest in the Apartment, through a limited

liability company, is not in real property.  Rather, it consists of an ownership interest in certain

shares of The Sherry-Netherland, Inc., a cooperative housing association and owner of the

Sherry-Netherland Hotel, and the assignment of a proprietary lease agreement for Unit 18 (the

"Proprietary Lease Agreement"). The funds used to purchase the Apartment came from family

and third-party funding unrelated to the loan at issue in this action.

3.  The shares of The Sherry-Netherland, Inc., and therefore the Apartment

itself, are not owned by Mr. Kwok individually. Genever Holdings LLC, a domestic limited

liability company ("Genever USA") is both the owner of the shares in The Sherry-Netherland,

Inc. and the holder of the Proprietary Lease Agreement.

4.  Genever USA is owned by Genever Holdings Corporation, a corporation

organized and existing under the laws of the British Virgin Islands ("Genever BVI"). Mr. Kwok

is the sole shareholder of Genever BVI. Annexed hereto as Exhibit A is a true and correct copy

of the register of members of Genever BVI confirming that Mr. Kwok is its sole shareholder.

5.  Pursuant to a pledge and security agreement entered into in or about May

2015, all of the shares of Genever BVI have been pledged as collateral to a third party Roscalitar

2, an exempted company incorporated in the Cayman Islands. Roscalitar 2 is not owned by Mr.

Kwok. Annexed hereto as Exhibit B is a true and correct copy of a certificate of registration of

charge confirming that the assets of Genever BVI, which by virtue of its ownership of Genever

USA include the Apartment, were pledged to Roscalitar 2 in or about May 2015.

6.  Annexed hereto as Exhibit C are three property acceptance confirmation

notes for the three (3) apartments which were the subject of the settlement deeds entered by the

parties. These documents, which demonstrate that possession of the apartments was delivered to

Case 22-50073    Doc 2032-38    Filed 07/25/23    Entered 07/25/23 13:27:53    Page 4 of
4

and accepted by the PAX entities on or about November 14, 2013, were provided by Savills, the

property management company.

_____

YAN PING WANG

Sworn to before me this
15th day of May, 2018

_____
Notary Public

*Amy K. Hawk*
*Notary Public, State of New York*
*No. 01HA6192626*
*Qualified in Queens County*
*Commission Expires Sept. 2, 20 20*