## Exhibit 46

*This Exhibit has been filed under seal.*