**Exhibit 47**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------X

In Re:

HO WAN KWOK, Chapter 11 Case No. 22-50073 (JAM)

Debtor.

---------------------------------------X

REMOTE VIDEOTAPED DEPOSITION OF HO WAN KWOK

Thursday, March 2, 2023

Reported by:
Angela M. Shaw-Crockett, CCR, CRR, RMR, CSR
Job 222883

March 2, 2023

10:28 a.m.

REMOTE VIDEOTAPED DEPOSITION OF HO WAN KWOK, before Angela M. Shaw-Crockett, a Certified Court Reporter, Certified Realtime Reporter, Registered Merit Reporter and Notary Public of the States of New York, New Jersey, and Connecticut.

R E M O T E A P P E A R A N C E S:

PAUL HASTINGS LLP
Attorneys for TRUSTEE
200 Park Avenue
New York, New York 10166

BY: AVRAM LUFT, ESQ.
DOUGLASS BARRON, ESQ.
WILL FARMER, ESQ.

CHIESA SHAHINIAN & GIANTOMASI PC
Attorneys for HK INTERNATIONAL
MEI GUO
One Boland Drive
West Orange, New Jersey 07052
BY: PATRICIA BERGAMASCO, ESQ.

ZEISLER & ZEISLER P.C.
Attorneys for HK INTERNATIONAL
MEI GUO
10 Middle Street
Bridgeport, Connecticut 06604
BY: AARON ROMNEY, ESQ.

ALSO PRESENT: Matthew Chin-Quee, The Videographer
Luyi Song, Law Clerk, Paul Hastings
Jingyi Wang, Mandarin Interpreter
Una Wilkinson, Mandarin Check Interpreter

** ** **

THE VIDEOGRAPHER: Good morning. My name is Matthew Chin-Quee. I'm a legal videographer in association with TSG Reporting. I won't be in the same room with the witness. I'll record the deposition remotely. The reporter, Angie Shaw-Crockett also will not be in the same room and will swear the witness remotely.

Do parties stipulate to the validity of the video recording and remote swearing and that it will be admissible in the courtroom as if it had been taken following Rule 30 of the Federal Rules of Civil Procedures and the state's rules where the case is pending?

MR. LUFT: This is Avi Luft on behalf of the Chapter 11 trustee, and we agree.

MR. ROMNEY: Yes, Aaron Romney, Zeisler & Zeisler on behalf of the debtor, the witness. We agree.

MS. BERGAMASCO: Patricia Bergamasco on behalf of Mei Guo and HK International.

THE VIDEOGRAPHER: Thank you.

This is the --

MR. LUFT: You agree?

MS. BERGAMASCO: Yes. My apologies.

THE VIDEOGRAPHER: Thank you.

This is the start of tape number 1 of the videotaped deposition of Ho Wan Kwok in the matter In Re: Ho Wan Kwok in the United States Bankruptcy Court District of Connecticut Bridgeport Division, number 22-50073 (JAM). The parties have agreed to appear remotely on March 2, 2023, at approximately 10:28 a.m.

My name is Matthew Chin-Quee from TSG Reporting, and I'm the legal video specialist. The court reporter is Angie Shaw-Crockett, in association with TSG Reporting.

Will all counsel please introduce yourself.

MR. LUFT: Hi. This is Avi Luft of Paul Hastings. I represent the Chapter 11 trustee in, in Re: Ho Wan Kwok. Along with me are my colleagues Douglass Barron, Will Farmer, and Luyi Song, who is a law clerk.

MR. ROMNEY: Aaron Romney, Zeisler & Zeisler. I represent the Debtor Mr. Kwok in the main bankruptcy case. Also representing him in his capacity as a witness

today in this adversary proceeding. I do also have an appearance on behalf of Mei Guo and HKI USA in this adversary proceeding.

MS. BERGAMASCO: This is Patricia Bergamasco from Zeisler & Zeisler, representing Mei Guo and HK International USA in the adversary proceeding.

THE VIDEOGRAPHER: Thank you.

Will the court reporter please swear in the Interpreter and the witness.

J I N G Y I W A N G,

having been first duly sworn by a Notary Public within and for the State of New York, translated the questions from English to Mandarin and the answers from Mandarin to English under oath as follows:

Ho Wan Kwok, having been called as a witness, having been first duly sworn (through an Interpreter), was examined and testified as follows:

THE WITNESS: Thank you.

THE INTERPRETER: And just a note from the Interpreter. The Interpreter has received the link, and the realtime is now working.

MR. LUFT: Great.

EXAMINATION

BY MR. LUFT:

Q. Good morning, Mr. Kwok. How are you?

A. I'm very well, Counsel. How are you this morning?

Q. I'm well. Thank you for asking.

Before we start, I'm going to read through the terms that counsel has agreed to with regard to this remote deposition today. There are multiple, so I think what I will do, I will pause after each one so that the Interpreter has an opportunity to just translate it. I'm not looking for an answer, I'm just more just stating what they are. But I think that will be easier.

Trustee has agreed to take the debtor's deposition remotely today based on the following agreements agreed to by debtor's counsel, on his behalf: First, HK USA and Ms. Mei Guo no longer intend to call the debtor to offer testimony on their behalf and have removed him from their list of intended hearing witnesses.

The taking of this deposition remotely is based on the understanding that other than questions

regarding Mr. Kwok's name, his address, and identifying who his family members are, it is the debtor's intention to assert his Fifth Amendment rights to any questions posed at this deposition.

If the debtor attempts to assert -- to not -- excuse me. Let me strike that.

If the debtor attempts to not assert his Fifth Amendment rights and, instead, answer the questions, this is a breach of the agreement to conduct his deposition remotely, and his deposition will immediately be taken in person. Both sides are clear that deciding to not answer a question by asserting his Fifth Amendment rights is not an option for the debtor to consider at this time.

The remote deposition is being offered in good faith because the debtor requested it, not because of need or the trustee's acknowledgment that a remote deposition of the debtor is appropriate here or going forward. And any attempt to substantively answer and not assert his Fifth Amendment rights is a breach of this agreement.

I'm sorry. We're going to need to go off the record. My computer just crashed. I apologize.

THE VIDEOGRAPHER: We're going off the

record at 10:37 a.m.

(Recess.)

THE VIDEOGRAPHER: We're back on the record at 10:45 a.m.

MR. LUFT: I will keep going with the stipulations. Sorry for the technical issue.

The debtor must be physically within the jurisdiction of the court, meaning within 100 miles of the court, when the deposition is taken. No one other than the debtor's interpreter and his attorney from Zeisler & Zeisler may be in the room with the debtor when he is deposed. The debtor may not communicate with anyone other than his counsel from Zeisler & Zeisler when the deposition is on the record.

The debtor's interpreter is not to communicate with the debtor while we are on the record. The only interpreter is the official one, Ms. Jingyi Wang. The debtor's interpreter is there to help the debtor communicate with Zeisler & Zeisler on breaks and to advise Zeisler & Zeisler regarding the translation while the deposition is ongoing. The debtor's

H. Kwok

interpreter is not to speak on the record.

The debtor is to have access to no devices that can send or receive messages while the deposition is on the record. The debtor is not to send or read messages during the deposition while it is on the record.

Are we -- all counsel, are we all still in agreement as to these stipulated agreements?

MR. ROMNEY: Yes. That's correct. The only qualification I would say is, to the extent I need to say something on the record that requires the debtor to understand Ms. Wilkinson -- to the extent I need to communicate with the debtor, it will be through Ms. Wilkinson.

MR. LUFT: Mr. Romney, while we're on the record, I'd ask that you use Ms. Wang to speak to the debtor. To extent you need to speak to him about privilege, let's go off the record, in which case, you can use Ms. Wilkinson however you need to, to speak to him.

MR. ROMNEY: Sure. I think that's generally correct. To the extent that, like in a typical setting, where I would say something

H. Kwok

to a client on the record without taking a break to determine if a break is necessary, it may need to be through Ms. Wilkinson, but I'm not anticipating any issues.

MR. LUFT: Fine.

And Ms. Bergamasco, you remain in agreement to these terms?

MS. BERGAMASCO: Can you repeat that?

MR. LUFT: Just confirming that your firm remains in agreement to the terms that have been agreed upon that I have just set forth.

MS. BERGAMASCO: Yes.

MR. LUFT: Great.

BY MR. LUFT:

Q. Mr. Kwok, you have been extremely patient. Thank you for that.

Mr. Kwok, can I ask you to state your name and your residence for the record?

A. My Chinese name is Kwok Ho Wan. My address is on the Fifth Avenue in New York. It's the Sherry-Netherlands, but I can't remember the exact number. It's either 768 or 769.

Q. And Mr. Kwok, are you in that address right now?

H. Kwok

A. Yes.

Q. Okay. Mr. Kwok, I know you've been deposed before, but I just want to go over some basic ground rules just so we are on the same page; is that okay?

A. Okay.

Q. Mr. Kwok, do you understand that you're testifying under oath today?

A. Yes, I understand.

Q. And by that, all your -- any testimony you offer must be truthful.

Do you understand that?

A. Yes, I understand.

Q. Is there any reason that you cannot offer truthful testimony today?

A. No.

Q. Mr. Kwok, can we have an agreement that if any of my questions are not clear to you, you will ask me -- you will let me know and ask me to clarify?

A. Okay. Thank you very much.

Q. Mr. Kwok, if you don't tell me that something is unclear, could we have an agreement that I can assume that you understand my question?

H. Kwok

A. Okay. That's fine.

Q. Mr. Kwok, is anyone in the room with you today?

A. My attorney and the Interpreter, Una.

Q. Is your attorney Mr. Romney?

A. I only know him by Aaron. I'm not sure about his other name.

MR. LUFT: Mr. Romney, that is you, correct?

MR. ROMNEY: Yes, it is me, Avi. Aaron Romney.

BY MR. LUFT:

Q. And your interpreter is Una Wilkinson, correct?

A. Yes.

Q. Is there anyone else in the room with you today?

A. No.

Q. Mr. Kwok, what is the name of your daughter?

A. Kwok Mei.

Q. And what is the name of your son?

A. Kwok Qiang.

Q. Does he sometimes also go by the name

Mileson Kwok?

A. Yes.

Q. And what is name of your wife?

A. Yu Chang Chu.

Q. Mr. Kwok, did you do anything to prepare for your deposition today?

A. No.

Q. Did you meet with counsel to prepare for your deposition today?

A. No.

Q. Did you review any documents in preparation for your deposition today?

A. No.

Q. Did you review anything to refresh your recollection for your deposition today?

A. No.

Q. At this point, Mr. Kwok, we're going to shift to the substantive part of your deposition to which I understand it is your intention to plead the Fifth.

I ask that you just let me finish asking my question and allow the translator to fully translate it before you make any such assertion, okay?

A. Okay.

Q. Mr. Kwok, at all times since the Lady May was purchased on February 23, 2015, by Hong Kong International Funds Investments Limited, which I will also refer to as "HK International," you have been the beneficial owner of the Lady May, correct?

A. I assert the Fifth.

Q. At all times since the Lady May was purchased on February 23, 2015, by HK International, you, the debtor, have been the equitable owner of the Lady May, correct?

A. I plead the Fifth.

Q. At all times since the Lady May was purchased on February 23, 2015, by HK International, you have controlled the Lady May?

A. The Fifth.

Q. At all times since the Lady May was purchased on February 23, 2015, by Hong Kong International, you have been the legal owner of the Lady May?

THE WITNESS: Ms. Wang, what is the question? Is that the question whether I am?

MR. LUFT: Yes.

BY MR. LUFT:

Q. Is my statement correct?

A. The Fifth.

Q. Mr. Kwok, you do not need Mei Guo's permission to board the Lady May, correct?

A. The Fifth.

Q. Mr. Kwok, you do not need to ask Mei Guo's permission to use the Lady May, correct?

A. The Fifth.

Q. Mr. Kwok, you do not need to ask Mei Guo's permission to direct the crew of the Lady May to navigate the Lady May from location to location, correct?

A. The Fifth.

Q. Mr. Kwok, at all times since the establishment of Hong Kong International Funds Investment Limited, you have been its beneficial owner, correct?

A. The Fifth.

Q. Mr. Kwok, at all times since the establishment of HK International, you have been its equitable owner, correct?

A. The Fifth.

Q. Mr. Kwok, at all times since the

establishment of HK International, you have controlled HK International, correct?

A. The Fifth.

Q. Mr. Kwok, at all times since the establishment of HK International, you have been its legal owner, correct?

A. The Fifth.

Q. Mr. Kwok, at all times since the establishment of HK International, it has been -- it has been your alter ego, correct?

THE INTERPRETER: Counsel, could you please explain "alter ego"?

MR. LUFT: Just translate the term. It's a legal term.

THE INTERPRETER: I've got the legal term.

MR. LUFT: Okay.

THE WITNESS: The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, you're familiar with an entity called "HK International Funds Investment USA Limited," or I may refer to it as "HK USA," correct?

A. The Fifth.

Q. Mr. Kwok, at all times since the establishment of HK USA, you have been its

H. Kwok

beneficial owner, correct?

A. The Fifth.

Q. Mr. Kwok, at all times since the establishment of HK USA, you have been its equitable owner, correct?

A. The Fifth.

Q. Mr. Kwok, at all times since the establishment of HK USA, you have controlled it, correct?

A. The Fifth.

Q. Mr. Kwok, at all times since the establishment of HK USA, you have been its legal owner, correct?

A. The Fifth.

Q. Mr. Kwok, at all times since the establishment of HK USA, it has been your alter ego, correct?

A. The Fifth.

Q. Mr. Kwok, you know an individual named Natasha Qu, correct?

A. The Fifth.

Q. Mr. Kwok, the transfer of HK International to Natasha Qu was done to hide your assets from your creditors, correct?

H. Kwok

A. The Fifth.

Q. Mr. Kwok, you directed Natasha Qu to execute a declaration of trust, governing your shares in Hong Kong International on or about October 10, 2014, correct?

A. The Fifth.

MR. LUFT: At this point, I'd ask the court reporter to mark as Kwok PJR Deposition Exhibit 1, a copy of the declaration of trust made on the 10th day of October 2014, as well as the certified translation we have of it.

I'll ask my colleague, Mr. Farmer, to post that if possible.

(Kwok PJR Exhibit 1 was received and marked for identification, as of this date.)

BY MR. LUFT:

Q. Mr. Kwok, take a minute to review the Exhibit 1.

MR. ROMNEY: Avi, may be the formatting of the screen. I don't see Bates numbers on there.

Have these been produced in connection with the PJR proceeding?

MR. LUFT: There is no Bates number. We

H. Kwok

have offered to produce it to you.

MR. ROMNEY: I'm sorry. I'm not sure what you're referring to.

THE WITNESS: I'm done reading it.

BY MR. LUFT:

Q. Mr. Kwok, is this a true and correct copy of the Declaration of Trust you entered into with Natasha Kwok [sic] on October 10 -- Natasha Qu, on October 10, 2014, relating to your shares of Hong Kong International?

MR. ROMNEY: Object to the form of the question.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, the signed copy of Exhibit 1, the Declaration of Trust, dated October 10, 2014, was given to your counsel Stevenson, Wong & Co. for them to retain on your behalf, correct?

A. The Fifth.

Q. Mr. Kwok, pursuant to the terms of the Declaration of Trust, even after Hong Kong International was transferred by you to Natasha Qu, you still retained control and beneficial ownership of Hong Kong International and its assets, including

H. Kwok

the Lady May, correct?

MR. ROMNEY: Objection to form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, the Lady May was purchased on your behalf, correct?

A. The Fifth.

Q. Mr. Kwok, the Lady May was purchased for you to control and beneficially own, correct?

A. The Fifth.

Q. Mr. Kwok, all of the funds used to purchase the Lady May were funds you owned and controlled, correct?

A. The Fifth.

Q. Mr. Kwok, you funded the purchase of the Lady May on February 23, 2015, with funds you exclusively controlled to an entity named Bravo Luck, correct?

A. The Fifth.

Q. Mr. Kwok, Bravo Luck is an entity that you at all times have had exclusive control over, correct?

A. The Fifth.

Q. Mr. Kwok, at all times, you have had

H. Kwok

exclusive control over the assets of Bravo Luck, correct?

A. The Fifth.

Q. Mr. Kwok, none of the funds used to purchase the Lady May belonged to your son, Mileson Kwok, correct?

A. The Fifth.

Q. Mr. Kwok, you had the Lady May purchased by Hong Kong International for your own use, correct?

A. The Fifth.

Q. Mr. Kwok, you directed Hong Kong International to purchase the Lady May with your own assets to attempt to obscure your ownership of the Lady May, correct?

A. The Fifth.

Q. For clarity, when I refer to Bravo Luck, you understand I'm referring to Bravo Luck Limited, correct?

A. The Fifth.

Q. Mr. Kwok, you directed Hong Kong International to purchase the Lady May with funds you owned to shield the Lady May from your creditors, correct?

H. Kwok

A. The Fifth.

Q. Mr. Kwok, you directed Ms. Qu to transfer her purported ownership in Hong Kong International to Mei Guo for the consideration of one Hong Kong dollar on June 27, 2017, correct?

A. The Fifth.

Q. Mr. Kwok, you directed the transfer on June 27, 2017, of Ms. Qu's purported ownership of HK International to Mei Guo for the consideration of one Hong Kong dollar in an attempt to obscure your ownership of the Lady May, correct?

A. The Fifth.

Q. Mr. Kwok, you directed the transfer on June 27, 2017, of Ms. Qu's purported ownership of HK International to Mei Guo for the consideration of one Hong Kong dollar to try to shield the Lady May from your creditors, correct?

A. The Fifth.

Q. Mr. Kwok, the transfer on June 27, 2017, of Ms. Qu's purported ownership of HK International to Mei Guo did not change the fact that you remained in control of and the beneficial owner of HK International, correct?

MR. ROMNEY: Object to the form.

H. Kwok

A. The Fifth.

BY MR. LUFT:

Q. Let me just break that up, because there was an objection.

The transfer on June 27, 2017, of Ms. Qu's purported ownership of HK International to Mei Guo did not change the fact that you remained in control of HK International following that transfer, correct?

A. The Fifth.

Q. Mr. Kwok, the transfer on June 27, 2017, of Ms. Qu's purported ownership of HK International to Mei Guo did not change the fact that you remained the beneficial owner of Hong Kong International after that transfer, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, the transfer on June 27, 2017, of Ms. Qu's purported ownership of HK International to Mei Guo did not change the fact that you remained in control of the Lady May both before and after the transfer, correct?

MR. ROMNEY: Object to the form.

H. Kwok

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, the transfer on June 27, 2017, of Ms. Qu's purported ownership of HK International to Mei Guo did not change the fact that you remained the beneficial owner of the Lady May both before and after the transfer, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, you -- and by that, I mean yourself or through your agents -- directed the formation of HK International Funds Investments USA Limited on September 11, 2018, correct?

A. The Fifth.

Q. Mr. Kwok, the Lady May was transferred to HK USA in an attempt to obscure your ownership of the Lady May, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, the Lady May was transferred to HK USA at your direction in an attempt to shield it from your creditor, correct?

H. Kwok

A. The Fifth.
Q. Mr. Kwok, you have used the entities Golden Spring and Lamp Capital to pay the expenses of the Lady May, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, you are the owner of Golden Spring, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, all assets owned by Golden Spring belong to you, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, you control Golden Springs Limited, correct?
A. The Fifth.
Q. Mr. Kwok, you have control of all assets of Golden Spring, correct?
A. The Fifth.
Q. Mr. Kwok, all expenses related to the

H. Kwok

Lady May paid by Golden Spring New York Limited, which I've been referring to as "Golden Spring," were paid with funds you control, correct?
A. The Fifth.
Q. Mr. Kwok, all expenses related to the Lady May paid by Golden Spring were paid with funds you owned, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, all expenses related to the Lady May paid by Golden Spring were paid at your direction, correct?
A. The Fifth.
Q. Mr. Kwok, none of the expenses paid by Golden Spring for the Lady May were paid for with assets belonging to Mileson Kwok, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, you are the equitable owner of Lamp Capital, correct?
A. The Fifth.
Q. Mr. Kwok, you are the beneficial owner of

H. Kwok

Lamp Capital, correct?
A. The Fifth.
Q. Mr. Kwok, you're the equitable owner of Golden Spring, correct?
A. The Fifth.
Q. Mr. Kwok, you are the beneficial owner of Golden Spring, correct?
A. The Fifth.
Q. Mr. Kwok, you have exclusive control over Lamp Capital, correct?
A. The Fifth.
Q. Mr. Kwok, all expenses related to the Lady May paid by Lamp Capital LLC were paid with assets you controlled, correct?
A. The Fifth.
Q. Mr. Kwok, all expenses related to the Lady May paid by Lamp Capital LLC were paid with assets that you owned, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, all expenses related to the Lady May paid by Lamp Capital LLC were paid at your direction, correct?

H. Kwok

A. The Fifth.
Q. Mr. Kwok, none of the expenses paid by Lamp Capital related to the Lady May were paid with assets belonging to Mileson Kwok?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, none of the assets of Lamp Capital belong to Mr. Kwok -- Mr. Mileson Kwok, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, you have exclusive control over the assets of Lamp Capital, correct?
A. The Fifth.
Q. Mr. Kwok, your son Mileson Kwok has no control over the assets of Lamp Capital, correct?
A. The Fifth.
Q. Mr. Kwok, your son Mileson Kwok has no control over the assets of Golden Spring, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, you asked Yvette Wang to take actions on your behalf related to the Lady May and HK USA and HK International, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, you asked Max Krasner to take actions related to the Lady May, HK International, and HK USA on your behalf, correct?

MR. ROMNEY: Objection.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, all actions taken by Yvette Wang relating to the Lady May are taken at your direction, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, all actions taken by Yvette Wang related to the Lady May are taken on your behalf, correct?

A. The Fifth.

MR. ROMNEY: Object to the form.

BY MR. LUFT:

Q. Mr. Kwok, all actions taken by Max Krasner that relate to the Lady May are taken at your direction, correct?

A. The Fifth.

Q. Mr. Kwok, all actions taken by Max Krasner related to the Lady May are taken on your behalf, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, all actions taken by Yvette Wang relating to HK International are taken at your direction, correct?

A. The Fifth.

Q. Mr. Kwok, all actions taken by Yvette Wang relating to HK USA are taken at your direction, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, all actions taken by Yvette Wang relating to HK International are taken on your behalf, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, all actions taken by Yvette Wang relating to HK USA are taken on your behalf, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, all actions taken by Max Krasner as related to HK International are taken at your direction, correct?

MR. ROMNEY: Objection to form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, all actions taken by Max Krasner as related to HK USA are taken at your direction, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, all actions taken by Max Krasner as related to HK International are taken on your behalf, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, all actions taken by Max Krasner as related to HK USA are taken on your behalf, correct?

MR. ROMNEY: Object to form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, Yvette Wang is currently your employee, correct?

A. The Fifth.

Q. Mr. Kwok, Ms. Wang has been your employee since at least 2015 and up through the present, correct?

A. The Fifth.

Q. Mr. Kwok, Ms. Wang, since at least 2015 through the present, has acted as your agent, correct?

A. The Fifth.

Q. Mr. Kwok, Ms. Wang currently acts as your agent, correct?

A. The Fifth.

Q. Mr. Kwok, you know the current location of

H. Kwok

Ms. Wang, correct?

A. The Fifth.

Q. Mr. Kwok, at what location does Ms. Wang currently reside?

A. The Fifth.

Q. Mr. Kwok, Max Krasner is currently your employee, correct?

A. The Fifth.

Q. Mr. Kwok, at all times Mr. Krasner has had any involvement with the Lady May, he has been your employee, correct?

A. The Fifth.

Q. Mr. Kwok, at all times that you've had involvement with Mr. Krasner, he has acted as your agent, correct?

A. The Fifth.

Q. Mr. Kwok, Mr. Krasner currently acts as your agent, correct?

A. The Fifth.

Q. Mr. Kwok, you have Mr. Krasner's current contact information, including his address and his phone number, correct?

A. The Fifth.

Q. Mr. Kwok, what is Mr. Krasner's current

H. Kwok

home address?

A. The Fifth.

Q. Mr. Kwok, what is Mr. Krasner's current phone number?

A. The Fifth.

Q. Mr. Kwok, you know how to get in touch with Ms. Yvette Wang, correct?

A. The Fifth.

Q. Mr. Kwok, you have not shared that information with the trustee, correct?

A. The Fifth.

MR. ROMNEY: Could the Interpreter ask the witness if he needs a break.

BY MR. LUFT:

Q. Mr. Kwok, you know how to get in touch with Mr. Krasner, correct?

MR. ROMNEY: Avi, could you not hear what I just placed on the record.

MR. LUFT: I did not hear you, Aaron. Sorry.

MR. ROMNEY: Oh, I'm sorry. I had asked if the Interpreter could ask the witness if he needs a break.

THE INTERPRETER: Oh, okay.

H. Kwok

(Complies.)

THE WITNESS: Yes. It's quite tiring. I need a break.

MR. LUFT: Okay. Aaron, I have like two more questions just to finish this. Could we just do that, and then we'll take a break?

THE WITNESS: Okay.

BY MR. LUFT:

Q. Mr. Kwok, you know the contact information, including address and phone number, of Mr. Krasner currently, correct?

A. The Fifth.

Q. Mr. Kwok, you have not shared this information with the trustee, correct?

A. The Fifth.

MR. LUFT: Aaron, if you want to take a break now, that's fine. How long would you like?

MR. ROMNEY: How long do you want? Five, ten minutes?

THE WITNESS: Ten minutes.

MR. ROMNEY: Ten minutes?

MR. LUFT: Sure.

THE VIDEOGRAPHER: We're going off the

H. Kwok

record at 11:47 a.m.

(Recess.)

THE VIDEOGRAPHER: We're back on the record at 12:05 p.m.

BY MR. LUFT:

Q. Mr. Kwok, you have ultimate authority with respect to the movements of the Lady May, correct?

A. The Fifth.

Q. Mr. Kwok, you have ultimate control over where the crew of the Lady May sails the yacht, correct?

A. The Fifth.

Q. Mr. Kwok, you gave instructions for the Lady May to be sailed from New York to Florida in 2020, correct?

A. The Fifth.

Q. Mr. Kwok, the Lady May was sailed from New York to Florida in the fall of 2020 because you directed that it be done so, correct?

A. The Fifth.

Q. Mr. Kwok, you gave instructions for the Lady May to be sailed from Florida to the Bahamas in the fall of 2020, correct?

A. The Fifth.

H. Kwok

Q. Mr. Kwok, the Lady May was sailed from Florida to the Bahamas in the fall of 2020 because you instructed the crew for it to do so, correct?
A. The Fifth.
Q. Mr. Kwok, you instructed the Lady May to be sailed to Europe in 2021, correct?
A. The Fifth.
Q. Mr. Kwok, the reason the Lady May was sailed to Europe in 2021 was because you gave instructions for that to happen, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, you gave directions for the Lady May to be sailed to Europe to keep the Lady May out of the hands of your creditors, correct?
A. The Fifth.
Q. Mr. Kwok, the Lady May remained in Europe until you authorized it to return to the United States, correct?
A. The Fifth.
Q. Mr. Kwok, you're the only person who had the authority to order the Lady May to return to the United States, correct?

H. Kwok

A. The Fifth.
Q. Mr. Kwok, when you directed the Lady May to sail to Europe in 2021, you and your daughter, Mei Guo, were aware that doing so would violate Ostrager's order and cause you to incur contempt fees, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, the Lady May was returned to Connecticut waters in 2022 only because you directed that to happen, correct?
A. The Fifth.
Q. Mr. Kwok, you're familiar with an individual named William Je?
A. The Fifth.
Q. Mr. Kwok, William Je is a close family friend, correct?
A. The Fifth.
Q. Mr. Kwok, Mr. Je is referred to by your daughter as "Uncle William," correct?
A. The Fifth.
Q. Mr. Kwok, Mr. Je acts as an agent, correct?

H. Kwok

A. The Fifth.
Q. Mr. Kwok, Mr. Je is currently acting as your agent in your business dealings, correct?
A. The Fifth.
Q. Mr. Kwok, in April of 2022, Mr. Je -- any actions Mr. Je took in relation to the Lady May were as your agent, correct?
A. The Fifth.
Q. Mr. Kwok, any actions Mr. Je takes in connection with business dealings are taken at your direction, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, with regard to any business dealings involving you and Mr. Je, Mr. Je is under your control, correct?
A. The Fifth.
Q. Mr. Kwok, Mr. Je acts at your direction to generate funds for you through the use of the Himalaya Farms, correct?
A. The Fifth.
Q. Mr. Kwok, any assets purportedly under the control of William Je are actually assets under your

H. Kwok

control, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, any entities purportedly under the control of William Je are actually entities under your control, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, the loan agreement dated April 19, 2022, between Himalaya International Financial Group Limited as lender and HK USA as borrower was arranged at your request, correct?
A. The Fifth.
Q. Mr. Kwok, you control Himalaya International Financial Group Limited, correct?
THE WITNESS: I want to speak with my attorney now.
MR. LUFT: Okay.
MR. ROMNEY: Take five.
MR. LUFT: Okay.
THE VIDEOGRAPHER: We're going off the record at 12:17 p.m.

H. Kwok

(Recess.)

THE VIDEOGRAPHER: We're back on the record at 12:24 p.m.

BY MR. LUFT:

Q. Mr. Kwok, you are the beneficial owner of Himalaya International Financial Group Limited, correct?

A. The Fifth.

Q. Mr. Kwok, all assets of Himalaya International Financial Group Limited are under your control, correct?

A. The Fifth.

Q. Mr. Kwok, the $37 million of funds Himalaya International Financial Group loaned to HK USA were funds that you owned and controlled, correct?

A. The Fifth.

Q. Mr. Kwok, you control the $37 million that was put in escrow by HK USA in connection with this Chapter 11 case, correct?

A. The Fifth.

Q. Mr. Kwok, any repayment by HK USA of the principal $37 million on account of the purported $37 million loan from Himalaya International

H. Kwok

Financial Group Limited will be made to entities that you control, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, any payment of interest by HK USA on account of the purported $37 million loan from Himalaya International Financial Group Limited will be paid to an entity that you control, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, at the February 7, 2022, evidentiary hearing before Justice Ostrager of the Supreme Court of the State of New York, your interest was for the Court to find HK USA to be the beneficial owner and to have control of the Lady May, correct?

MR. ROMNEY: Object to the question.

THE INTERPRETER: I didn't catch. Someone mentioned something after the question.

MR. ROMNEY: Could we have the question read back.

MR. LUFT: Could we get it translated, and

H. Kwok

then it can be read back.

THE INTERPRETER: (Complies.)

MR. ROMNEY: Could we hear the question read back before?

(The last question was read back by the Reporter.)

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, counsel for HK USA and Mei Guo appeared at the February 7, 2022, evidentiary hearing, correct?

A. The Fifth.

Q. Mr. Kwok, counsel for HK USA and Mei Guo helped present your defense at the February 7, 2022, hearing, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, counsel for HK USA and Mei Guo worked with your counsel at the February 7, 2022, hearing to prepare for and present your case, correct?

MR. ROMNEY: Object to the form.

H. Kwok

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, you directed your counsel for the February 7, 2022, evidentiary hearing to enter into a common interest agreement with HK USA and Mei Guo in connection with that hearing, correct?

MR. ROMNEY: I'm going to direct the witness not to answer based on the attorney-client privilege.

MR. LUFT: Mr. Romney, you know that is pre-petition, and thus, any common interest belongs to the trustee, correct?

MR. ROMNEY: Can the reporter read the question, please -- read back the question.

(The last question was read back by the Reporter.)

MR. ROMNEY: You can answer.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, HK USA and Mei Guo shared identical interests to you in the court finding HK USA was the beneficial owner and had control over the Lady May for the February 7, 2022, evidentiary hearing before Justice Ostrager, correct?

H. Kwok

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, schedules you had filed in connection with your Chapter 11 filing should have included your beneficial ownership of the Lady May as an asset of your estate, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, the schedules you filed in connection with the Chapter 11 filing should have included your beneficial ownership of HK USA as an asset of the estate, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, any assets of Golden Spring and Lamp Capital that have been used to pay the Lady May's expenses, including any legal fees related to it, should have been declared as assets of the estate on your schedules for your Chapter 11 filing, correct?

MR. ROMNEY: Object to the form.

H. Kwok

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, all assets held by Golden Spring are really assets of your estate, correct?

A. The Fifth.

Q. Mr. Kwok, all assets held by Lamp Capital are really assets of your estate, correct?

A. The Fifth.

Q. Mr. Kwok, all assets held in the name of your son Mileson Kwok are really assets of your estate, correct?

A. The Fifth.

Q. Mr. Kwok, all assets held in the name of your daughter Mei Guo are really assets of your estate, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, all assets held in the name of your wife Hing Chi Ngok are actually assets of your estate, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

H. Kwok

BY MR. LUFT:

Q. Mr. Kwok, you have directed that numerous offshore companies, whether located in the BVI, Hong Kong, and elsewhere, be set up for purposes of holding your assets, correct?

A. The Fifth.

Q. Mr. Kwok, you have had these offshore companies set up in the name of your children, your wife, and your business associates, correct?

A. The Fifth.

Q. Mr. Kwok, regardless of whether any of these entities are listed in the name of your wife, your daughter, your son, Ms. Wang, Mr. Krasner, or any of your other business associates, in fact, you own and control each of these offshore entities, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, the reason you had these offshore entities set up was to obscure your ownership of the assets that they held, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

H. Kwok

BY MR. LUFT:

Q. Mr. Kwok, the reason you had these offshore entities set up and placed assets in them is to attempt to hide your assets from your creditors, correct?

A. The Fifth.

Q. Mr. Kwok, all entities for which your daughter Mei Guo is a member, director, or principal are actually beneficially owned and controlled by you, correct?

MR. ROMNEY: Object to form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, HK USA, HK International, Eastern Profit Corporation Limited, Whitecroft Shore Limited, Anton Development Limited, Anton Development USA Limited LLC, GM27 LLC, Loss Draft LLC, Gypsy May Productions LLC, Gypsy May Food Service LLC, Hudson Diamond Holdings LLC, Hudson Diamond New York LLC, Allied Capital Global Limited, Creative Apex Investment Limited, Crystal Breeze Investments Limited, Elite Well Global Limited, Globalist International Limited, Infinite Increased Limited, Infinium Developments Limited, Noble Fame

Global Limited, Rosy Acme Ventures Limited, Leading Shine New York Limited, and Leading Shine Limited are all assets held in the name of your daughter but that you actually own and control, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, all assets held in the name of Mei Guo were purchased with funds exclusively owned and controlled by you, correct?

MR. ROMNEY: Could the reporter read that back before the witness answers.

(The last question was read back by the Reporter.)

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, all assets held in the name of Mei Guo are exclusively owned and controlled by you, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, between 2015 and today, no funds used to pay any expenses related to you, including

but not limited to living costs and legal expenses, were provided by Mei Guo and any entity she owns or controls?

MR. ROMNEY: I apologize. Could we have that one read back as well. I'm sorry.

(The last question was read back by the Reporter.)

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, between 2015 and today, no funds used to pay any expenses related to you, including but not limited to living costs and legal expenses, were provided by any family members of yours residing in China, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, Mei Guo has no source of income other than from entities that you own and control, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, any funds Mei Guo receives from any entity you own and control are gifts from you to her, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, any funds that Mei Guo and any entities in her name received from any entity you own and control remain funds under your control even after being transferred to Ms. Guo, correct?

A. The Fifth.

Q. Mr. Kwok, Mei Guo has never been the CEO of Pangu Plaza, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, Mileson Kwok has no source of income other from entities -- other than from entities that you own and control, correct?

A. The Fifth.

Q. Mr. Kwok, any funds that Mileson Kwok and any entities in his name received from any entity you own and control remain funds under your control

even after being transferred to Mileson Kwok, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, any funds Mileson Kwok receives from any entity you own and control are gifts from you, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, between 2015 and today, no funds used to pay any expenses related to you, including but not limited to living costs and legal expenses, were provided by Mileson Kwok and any entity he owns and controls?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, all entities for which your son Mileson Kwok is named as a member, director or principal are actually beneficially owned and controlled by you, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, Golden Spring New York Limited, Lamp Capital LLC, Bravo Luck Limited, Infinity Treasury Management, Inc., Saraca Media Group, Inc., K Legacy Limited, Well Origin Limited, ACA Hong Kong Investment Holdings Group Limited, and Powerwell Flowable Limited are all entities held in the name of your son Miles Kwok, but, in fact, are owned and controlled by you, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, the entity known as Kingdom Rich Limited is owned and controlled by you, not your son, correct?
A. The Fifth.
Q. Mr. Kwok, all assets held in the name of your son Mileson Kwok were purchased with funds owned and controlled by you, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, all assets held in the name of

your son Mileson Kwok are, in fact, owned and controlled by you, correct?
MR. ROMNEY: Object to form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, this includes the residence at 5 Princess Gate, London, correct?
A. The Fifth.
Q. Mr. Kwok, you own and control your son Mileson Kwok's collection of cars, correct?
A. The Fifth.
MR. ROMNEY: Avi, we're getting pretty far afield of the issues in this adversary proceeding. I've been giving quite a bit of leeway, but I am going to have to start directing the witness not to answer, and we'll move for a protective order if we have to.
I don't believe there's any allegations concerning cars in the counterclaims that we're here discussing today.
MR. LUFT: I disagree, I think. But I have a couple of wrap-up questions right here, and then I think we'll -- my next set of questions, I think you'll see -- I don't think

there will be any dispute between us as to their relevance.
BY MR. LUFT:
Q. Mr. Kwok, no assets held in the name of your son Mileson Kwok are owned or controlled by any of your -- his family members other than you, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, no assets held in the name of your son Mileson Kwok were purchased with funds owned or controlled by any of its family members other than you, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, on October 3, 2006, you incorporated a Hong Kong entity named Hong Kong International Funds Limited, which we've been referring to as HK International, correct?
A. The Fifth.
Q. Mr. Kwok, at that time, all assets of Hong Kong International belonged to you, correct?

MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, you were Hong Kong International's sole shareholder and director up to and through October 10, 2014, correct?
A. The Fifth.
Q. Mr. Kwok, in October 2014, Natasha Qu, also known as Qu Guo Jiao was your financial manager, correct?
A. The Fifth.
Q. And Ms. Qu handled your financial affairs at that time, correct?
A. The Fifth.
Q. Mr. Kwok, at that time Ms. Qu was your employee and acted as your agent on all matters relating to your finances, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, the Declaration of Trust that was entered into between you and Ms. Qu, which has been marked as Exhibit 1, identified Ms. Qu as the trustee and you as the beneficiary, correct?

H. Kwok

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, that Declaration of Trust which has been marked as Exhibit 1, which I'll refer to as "HK International Declaration of Trust," was entered into with Ms. Qu -- sorry -- that was entered into with Ms. Qu, authorized and requested Ms. Qu to hold your main shares in Hong Kong International, correct?

MR. LUFT: I'm going to strike that question, because I don't think it came across clearly.

BY MR. LUFT:

Q. Mr. Kwok, pursuant to the Hong Kong International Declaration of Trust you entered into with Ms. Qu, you authorized and requested Ms. Qu to hold in your name shares in Hong Kong International, correct?

A. The Fifth.

Q. Mr. Kwok, the Hong Kong International Declaration of Trust that you entered into with Ms. Qu provides that the shares you transferred to Ms. Qu do not belong to Ms. Qu, but to you, as the

H. Kwok

beneficiary under the agreement, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, the HK International Declaration of Trust that you entered into with Ms. Qu provides that Ms. Qu would hold the shares in Hong Kong International that you transferred to her as nominee and in trust for you, correct?

A. The Fifth.

Q. Mr. Kwok, pursuant to the HK International Declaration of Trust that you entered into with Ms. Qu, Ms. Qu was to exercise the rights in connection with the HK International shares that you transferred to her solely at your direction, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, even after October 10, 2014, you continued to beneficially own HK International pursuant to the undisclosed HK International Declaration of Trust, correct?

MR. ROMNEY: Object to the form. Also,

H. Kwok

asked and answered.

THE WITNESS: Asked and answered. Okay.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, after October 10, 2014, you continued to control HK International, correct?

MR. ROMNEY: Objection. Asked and answered.

A. I'm quite confused. You're asking the same questions. Every time, the same questions again and again.

BY MR. LUFT:

Q. Mr. Kwok, I don't believe I am. Your counsel is free to raise an asked-and-answered objection, even though it is not an appropriate objection at a deposition. With that said, he's free to raise it, but I still will need you to answer the question.

A. The Fifth.

Q. Mr. Kwok, on February 23, 2015, HK International purchased the Lady May for EUR 28 million from Apsley Yacht Limited at your direction, correct?

MR. ROMNEY: Object to the form.

H. Kwok

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, in February 2015, you exclusively beneficially owned and controlled Bravo Luck Limited, correct?

MR. ROMNEY: Objection.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, today you still beneficially own and control Bravo Luck Limited, correct?

A. The Fifth.

Q. Mr. Kwok, on February 23, 2015, Bravo Luck Limited transferred, at your direction, funds from a Bravo Luck bank account at UBS that you exclusively control, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

MR. LUFT: I'm going to ask that the court reporter mark as Kwok PJR Deposition Exhibit 2, document bearing the Bates stamp UBS00137 through 156.

Will, that's tab 190, if you could put it up.

(Kwok PJR Exhibit 2 was received and

marked for identification, as of this date.)
BY MR. LUFT:
Q. Mr. Kwok, do you recognize this document?
MR. ROMNEY: Could you make that larger?
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, this is a 2015 UBS bank statement for Bravo Luck showing funds that you beneficially owned and controlled in that account, correct?
A. The Fifth.
Q. Mr. Kwok, the funds held by -- in that Bravo Luck account on your behalf at UBS came from Eastern Profit Corporation in the amount of 370 million and Hong Kong International in the amount of 150 million, both entities that you owned and controlled, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
MR. LUFT: I'll ask the court reporter to mark, as Kwok PJR Deposition Exhibit 3, a document Bates-stamped UBS02746.
(Kwok PJR Exhibit 3 was received and marked for identification, as of this date.)

BY MR. LUFT:
Q. This shows the UBS wire transfer of 25 million for purposes of purchasing the Lady May?
MR. ROMNEY: Is that a question? I didn't know if you were talking.
MR. LUFT: I'm just setting it up. I will ask him a question once he can see it, Aaron.
MR. ROMNEY: Yeah, yeah. That's -- I just wanted clarification. Thank you.
MR. LUFT: Fine. I didn't want to ask him the question before he could see the document.
MR. ROMNEY: Yep.
Could you make that a bit bigger, please.
Thank you.
BY MR. LUFT:
Q. Mr. Kwok, first of all, if we scroll down, do you recognize the signature on the document?
A. The Fifth.
Q. Mr. Kwok, that's your signature, correct?
A. The Fifth.
Q. Mr. Kwok, this is a UBS wire transfer document showing the transfer of $25 million of funds from the UBS bank account we just saw a statement for in Exhibit 2 that were used for

purchases of acquiring the Lady May for you, correct?
A. The Fifth.
MR. ROMNEY: Avi, has this Exhibit 2 been produced to the parties in this adversary proceeding?
MR. LUFT: I'll have to get back to you on that.
MR. ROMNEY: Okay. Thank you.
BY MR. LUFT:
Q. Mr. Kwok, you had exclusive control over the UBS bank account that we have been discussing, correct?
A. The Fifth.
Q. Mr. Kwok, your son Mileson Kwok had no involvement in any transaction relating to HK International's acquisition of the Lady May, correct?
A. The Fifth.
MR. LUFT: Aaron, it is 1:22. Do you guys want to take a lunch break? Do you want to keep going?
I'm also conscious of the court reporter and the videographer -- and the translator.

Sorry, Jingyi.
MR. ROMNEY: What's your over/under on what you've got left for the day?
(A discussion was held off the record.)
THE VIDEOGRAPHER: We're going off the record at 1:22 p.m.
(At 1:22 p.m. a luncheon recess was taken.)
(At 2:00 p.m. the deposition resumes.)

H. Kwok

************************************************

A F T E R N O O N S E S S I O N

************************************************

THE VIDEOGRAPHER: We're back on the record at 2:00 p.m.

BY MR. LUFT:

Q. Good afternoon, Mr. Kwok.

A. Good afternoon.

Q. Mr. Kwok, you're familiar with the proposed Chapter 11 plan that was submitted in your Chapter 11 case, correct?

A. The Fifth.

Q. Mr. Kwok, you're aware that under the plan proposed and put forth by your counsel at Brown Rudnick, there was a reference to there being a quote-unquote "boat contribution," correct?

A. The Fifth.

Q. Mr. Kwok, under the plan for the boat contribution, that provided for the Lady May to be contributed to a creditor trust, correct?

A. The Fifth.

Q. Mr. Kwok, at the time the Chapter 11 plan was proposed, including the boat contribution, you were the beneficial owner and controlled the

H. Kwok

Lady May, correct?

A. The Fifth.

Q. Mr. Kwok, the boat contribution under the proposed plan was not actually a contribution to be made by HK USA because your estate already beneficially owned and controlled the Lady May, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, you're aware that HK USA filed an adversary proceeding against you claiming ownership of the Lady May, correct?

A. The Fifth.

Q. Mr. Kwok, you're aware that that adversary proceeding was filed by HK USA so that the Lady May would be treated as a contribution by HK USA and your daughter Mei Guo for purposes of justifying them receiving a release under the plan, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, the plan to file the adversary proceeding simultaneous with the boat contribution

H. Kwok

under the plan was a joint plan arrived at by your counsel as well as counsel for HK USA, correct?

A. The Fifth.

Q. Mr. Kwok, you were represented by a man named Aaron Mitchell for purposes of these proceedings, correct?

A. The Fifth.

Q. Mr. Mitchell was simultaneously serving as counsel to HK USA and Mei Guo, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. For purposes of representing you for your Chapter 11 proceeding and HK USA and Mei Guo in connection with the Chapter 11 proceeding in the adversary action, you believe there to be no conflict of interest for Mr. Mitchell because you beneficially owned and controlled both your estate and HK USA and the Lady May, correct?

A. The Fifth.

MR. LUFT: I'm going to ask that Kwok PJR Deposition Exhibit 4 -- let me strike that.

I'm going to ask that ECF299 -- which is the stipulated order compelling

H. Kwok

HK International Funds Investments (USA) Limited, LLC to transport and deliver that Certain Yacht, the "Lady May" -- be marked as Kwok PJR Deposition Exhibit No. 4, and that it be shown to the witness.

(Kwok PJR Exhibit 4 was received and marked for identification, as of this date.)

BY MR. LUFT:

Q. Mr. Kwok, through your counsel, you've agreed to be bound by this order, correct?

A. I don't understand the English.

Q. My question is did you direct your counsel to agree that you'd be bound by this stipulated order which has been marked as Exhibit 4?

A. The Fifth.

Q. Mr. Kwok, you directed counsel for HK USA to agree to be bound by this agreement, correct?

A. The Fifth.

Q. Mr. Kwok, as the beneficial owner and the person in control of HK USA, you instructed your daughter to agree to be bound by this agreement, correct?

A. The Fifth.

Q. Mr. Kwok, you agreed for William Je to

H. Kwok

send $37 million to be posted as a bond on April 13, 2022, correct?

A. The Fifth.

Q. Mr. Kwok, the loan agreement between Mr. Je's -- let me strike that.

Mr. Kwok, the loan agreement between Himalaya Capital and HK USA, both entities that you own and control, was agreed to on April 19, 2022, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, you directed both HK USA and Himalaya Capital to enter into the $37 million loan agreement, correct?

A. The Fifth.

Q. Mr. Kwok, sorry. I have been referring to them as "Himalaya International Capital." What I meant was Himalaya International Financial Group Limited.

Does that correction change any of your answers?

MR. ROMNEY: Objection.

A. The Fifth.

H. Kwok

BY MR. LUFT:

Q. For clarity, Mr. Kwok, you owned and controlled Himalaya International Financial Group in April 2022, correct?

MR. ROMNEY: Asked and answered.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, the terms set out in Exhibit 4, which is the stipulated order compelling HK International Funds Investments to transport and deliver the Lady May, were irrelevant to your decision to have Himalaya International Financial Group loan $37 million to HK USA, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, you would have had -- sorry. Let me strike that.

Mr. Kwok, HK USA entered into the $37 million loan with Himalaya International Financial Group Limited at your direction regardless of any terms that were to be agreed to regarding the stipulated order compelling the return of the Lady May, correct?

H. Kwok

A. The Fifth.

MR. ROMNEY: Could I have that question read back?

THE WITNESS: Sorry. I think I had -- perhaps I had something bad for lunch. I'm feeling uncomfortable and I need to use the bathroom and it might take a while.

MR. LUFT: Mr. Kwok, that's fine. Take care of whatever needs that you have and I will be here when you get back.

THE VIDEOGRAPHER: We're going off the record at 2:18 p.m.

(Recess.)

THE VIDEOGRAPHER: We're back on the record at 2:27 p.m.

BY MR. LUFT:

Q. Mr. Kwok, prior to Himalaya International Financial Group Limited, the party -- the entity that was going to loan HK USA the $37 million was ACA Capital Group Limited, correct?

A. The Fifth.

Q. Mr. Kwok, you're the exclusive beneficial owner of ACA Capital Group Limited, correct?

A. The Fifth.

H. Kwok

Q. Mr. Kwok, you have exclusive control over ACA Capital Group Limited, correct?

A. The Fifth.

Q. Mr. Kwok, you're the beneficial owner of all assets of ACA Capital Group Limited, correct?

A. The Fifth.

Q. And Mr. Kwok, you have exclusive control over the assets of ACA Capital Group Limited, correct?

A. The Fifth.

Q. Mr. Kwok, you have exclusive control over Saraca Media Group Limited, correct?

A. The Fifth.

Q. Mr. Kwok, you have exclusive beneficial ownership of Saraca Media Group, correct?

Mr. Kwok, you have exclusive beneficial -- you're the exclusive beneficial owner of Saraca Media Group, correct?

A. The Fifth.

Q. Mr. Kwok, the reason you had $37 million sent over to post as a bond was so that you could stay out of jail, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, because you're motivated by staying out of jail, you would have had the $37 million sent over to post as a bond regardless of any terms associated with its return or how it would be handled once the Lady May arrived, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

MR. LUFT: Mr. Kwok, I want to show you what I'll mark as an exhibit, a video from Vice that I'll ask my colleague to play. It will be marked as Exhibit 5.

(Kwok PJR Exhibit 5 was received and marked for identification, as of this date.)

THE WITNESS: Is there a question?

MR. LUFT: I'm sorry, Mr. Kwok, there was not. There was not any audio. Once I can get it to play, I'll ask you a question.

Anyone hear sound?

MR. ROMNEY: We do not hear any sound.

MR. FARMER: Sound issue. Sorry.

MR. LUFT: Take your time, Will.

THE WITNESS: There's no sound.

MR. FARMER: In that case, we may need to

return to this exhibit and I'll investigate how to adjust the audio.

MR. LUFT: Why don't we play it through once without the sound and we will do what we can do and, Will, you can work on it.

Will, could you play Exhibit 5.

MR. FARMER: (Complies.)

(Video played without audio.)

BY MR. LUFT:

Q. Mr. Kwok, do you recognize that you are one of the people in that video?

A. The Fifth.

Q. Mr. Kwok, while we could not hear the audio, under the subtitles there were repeated references by you saying -- referring to "my yacht," correct?

A. The Fifth.

Q. And Mr. Kwok, the yacht you were referring to when you told the interviewer from Vice News about "my yacht" was the Lady May, correct?

A. The Fifth.

Q. Mr. Kwok, Exhibit 5 appears to be a true and accurate copy of your interview with Vice News, correct?

A. The Fifth.

MR. LUFT: Will, could I ask you to put up the next video. And we'll mark it as Exhibit 6.

(Kwok PJR Exhibit 6 was received and marked for identification, as of this date.)

(Video played with audio.)

BY MR. LUFT:

Q. Mr. Kwok, you are the person speaking in the video that is Exhibit 6, correct?

A. The Fifth.

Q. Mr. Kwok, you were aboard the Lady May at the time of the video, correct?

A. The Fifth.

Q. Mr. Kwok, this video was created in November of 2022, correct?

A. The Fifth.

Q. Mr. Kwok, this video was posted on Vetter (phonetic) social media network you own and control, correct?

A. The Fifth.

Q. Mr. Kwok, the video that has been marked as Exhibit 6 is a true and accurate copy of you speaking on the deck of the Lady May in November of

2022, correct?

A. The Fifth.

MR. LUFT: Will, could I ask you to play the next video, which we'll mark as Kwok PJR Deposition Exhibit No. 7.

(Kwok PJR Exhibit 7 was received and marked for identification, as of this date.)

(Video played with audio.)

BY MR. LUFT:

Q. Mr. Kwok, the person speaking in that video is you, correct?

A. The Fifth.

Q. And in the video, Mr. Kwok, that's a true and accurate copy of an interview you gave, Mr. Kwok?

A. The Fifth.

Q. Mr. Kwok, in the video you talk about selling the Lady May, correct?

A. The Fifth.

Q. Mr. Kwok, in the video you talk about how when you purchased the Lady May in 2015, it was delivered to Miami at that time, correct?

A. The Fifth.

Q. Mr. Kwok, the Lady May has been in the

United States since 2015, correct?
A. The Fifth.
Q. Mr. Kwok, you have been in the United States the entire time that the Lady May has been in the United States, correct?
Let me strike that.
Mr. Kwok, you have been residing in the United States since 2015, correct?
A. The Fifth.
Q. Mr. Kwok, your daughter Mei Guo did not come to the United States until 2017, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, when the Lady May was purchased in 2015, it was not delivered to the location where Mei Guo was living but, in fact, was delivered to the United States where you were living, correct?
A. The Fifth.
Q. Mr. Kwok, between the time the boat was delivered to Miami in 2015 and June of 2017, you used -- you boarded and sailed on the Lady May frequently, correct?
A. The Fifth.

Q. Mr. Kwok, at no time during this period did your daughter, Mei Guo, ever step foot on the Lady May, correct?
A. The Fifth.
Q. Mr. Kwok, your use of the Lady May between 2015 and June 2017 is no different than your use of the Lady May from June 2017 until the present, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
THE WITNESS: Ms. Wang, I need to go to the bathroom again. I'm feeling uncomfortable.
MR. LUFT: Let's take a break so that you can do so.
THE WITNESS: I'm really sorry.
MR. LUFT: No. Please, take care of yourself.
THE VIDEOGRAPHER: We're going off the record at 2:49 p.m.
(Recess.)
THE VIDEOGRAPHER: We're back on the record at 2:54 p.m.
BY MR. LUFT:
Q. Mr. Kwok, I'm going to ask my colleague to

put back up Exhibit 5, which I'm told now we have audio for.
MR. FARMER: One moment.
(Video played with audio.)
BY MR. LUFT:
Q. Mr. Kwok, now that you could hear the audio of that video, do you agree that that is a true and accurate copy of the interview that you gave with Vice News?
A. The Fifth.
Q. Mr. Kwok, you heard in that video which is Exhibit 5 multiple references to "my yacht," correct?
A. The Fifth.
Q. And Mr. Kwok, the yacht that you were referencing in Exhibit 5 repeatedly as "my yacht" is the Lady May, correct?
A. The Fifth.
MR. LUFT: I'll ask my colleague, Will Farmer, to post the next video, which we'll mark as Exhibit 8 for this deposition.
(Kwok PJR Exhibit 8 was received and marked for identification, as of this date.)
(Video played with audio.)

BY MR. LUFT:
Q. Mr. Kwok, you see yourself in the top left-hand corner of that call -- the video of that call, with the name Miles under you?
A. The Fifth.
Q. Mr. Kwok, this is a true and accurate copy of a call that you conducted, correct?
A. The Fifth.
Q. Mr. Kwok, on that call, you were telling participants that if they had any questions, they should reach out to William Je, correct?
A. The Fifth.
Q. And Mr. Kwok, in this video of the call you conducted, you were telling the participants that if they had questions relating to transferring funds to entities you own and control, they should speak to your agent, William Je, correct?
A. The Fifth.
MR. LUFT: Will, could you please -- I'll ask you to mark as Exhibit 9, the next exhibit, which, I believe, is a Tweet dated May 10, 2017.
(Kwok PJR Exhibit 9 was received and marked for identification, as of this date.)

H. Kwok

BY MR. LUFT:

Q. Mr. Kwok, do you recognize yourself in this exhibit?

A. The Fifth.

Q. Mr. Kwok, this is a true and accurate copy of the Tweet you posted, correct?

A. The Fifth.

Q. And in this Tweet, Mr. Kwok, from May 10, 2017, you state that you're posting photos of "the yacht I gave to my daughter and named after her," correct?

A. The Fifth.

Q. Mr. Kwok, in this Tweet you also wrote that "I bought the Lady May for EUR 41 million," correct?

A. The Fifth.

Q. Mr. Kwok, you see below it, if we could scroll down, there's another Tweet from August 27, 2017.

Do you see that Mr. Kwok?

A. Ms. Wang, what is the question?

Q. Whether you see the Tweet from August 27, 2017 below the one where that is a picture of you?

H. Kwok

A. The Fifth.

Q. Do you see -- and this is a true and accurate copy of the Tweets you posted on August 27, 2017, Mr. Kwok?

A. The Fifth.

Q. Mr. Kwok, in this Tweet you refer to the Lady May as "my ship," correct?

A. The Fifth.

Q. And you wrote those words, correct, Mr. Kwok?

A. The Fifth.

Q. Mr. Kwok, in this Tweet you also write "This was two years ago, when I was in Miami, when I had just signed the most important investment contract of my life," exclamation point.

Do you see that?

A. The Fifth.

Q. Mr. Kwok, who did you sign the most important investment contract of your life with?

A. The Fifth.

Q. Mr. Kwok, you signed that investment contract on your own behalf, not acting as anyone else's agent, correct?

A. The Fifth.

H. Kwok

Q. Mr. Kwok, what did you do with the assets you received from signing that investment contract?

A. The Fifth.

Q. Mr. Kwok, you own and control an entity called "HCHK Property Management Inc.," correct?

A. The Fifth.

Q. Mr. Kwok, and for the record, when referencing the video exhibits I've shown you today, your answers would not change if I was describing the videos as true and correct recordings as opposed to true and correct copies, correct?

A. In this one, what's the question?

Q. When referencing the video exhibits we've looked at today, meaning Exhibits 5, 6, 7, and 8, I asked you if they were true and correct copies.

And what I want to know is, your answers would not change if I also asked you the same question as to whether they're true and accurate recordings of those videos, correct?

A. The Fifth.

Q. Mr. Kwok, you own and control a property called "HCHK Technologies Inc.," correct?

THE INTERPRETER: HCHK Technologies, Inc., is that the company's name?

H. Kwok

MR. LUFT: Yes, ma'am.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, a man named Elliot Dordick is affiliated with HCHK Technologies, Inc., and HCHK Property Management, Inc., correct?

A. The Fifth.

Q. Mr. Kwok, all actions and statements made and taken by Mr. Dordick in relation to the Chapter 11 trustee in this case, (indiscernible), have been done at your direction and under your control?

MR. ROMNEY: I'm going to object. Again, we seem to be getting pretty far outside the scope of anything in this adversary proceeding.

Go ahead an answer this one, but absent an offer of proof, I'm going to start instructing the witness not to answer to this line.

Go ahead.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, in addition to the Lady May, you also own and control a second boat named the Lady May II, correct?

H. Kwok

A. The Fifth.
Q. The Lady May II, like the Lady May, is also an asset of your estate, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, where is the Lady May II currently located?
A. The Fifth.
Q. Mr. Kwok, Daniel Podhaskie served as your counsel previously, correct?
A. The Fifth.
Q. Mr. Podhaskie was your employee, correct?
A. The Fifth.
Q. Mr. Kwok, Mr. Podhaskie has acted as your agent, correct?
A. The Fifth.
Q. Mr. Kwok, all actions Mr. Podhaskie took as counsel to Golden Spring were, in fact, actions taken at your direction and for your benefit, correct?
A. The Fifth.
Q. Mr. Kwok, all actions taken by Daniel Podhaskie relating to Golden Spring, Leading Shine

H. Kwok

Limited, Saraca Media Group, Greenwich Land LLC, Rule of Law Society, and the Sherry-Netherland apartment were all taken at your direction, correct?
A. The Fifth.
Q. Mr. Kwok, Anthony D'Battista is also an employee of yours, correct?
A. The Fifth.
Q. Mr. D'Battista acts as your agent in connection with his work related to all the G entities in Saraca Media, correct?
(Reporter clarification.)
BY MR. LUFT:
Q. Mr. Kwok, Mr. D'Battista acts as your agent and under your direction in connection with all of his activities related to the G entities, by which I mean, G Fashion G Music G Club, Getter, as well as Saraca Media, correct?
A. The Fifth.
Q. Mr. Kwok, you know who Fiona Yu is, correct?
A. The Fifth.
Q. You directed Fiona Yu to speak as your agent in connection with seeking legal advice related to hiding the Lady May from your creditors

H. Kwok

when she discussed this with your counsel, Hodgson Russ, correct?
A. The Fifth.
Q. Mr. Kwok, similarly, Ms. Yu took all actions related to ACA Capital Group Limited at your direction, correct?
A. The Fifth.
Q. And Mr. Kwok, you installed Fiona Yu as the company secretary of ACA Capital Group Limited, an entity you own and control, correct?
A. The Fifth.
Q. Mr. Kwok, Karen Maistrello is another person who acts as your agent in connection with your business transactions, correct?
A. The Fifth.
MR. LUFT: And for the record, Maistrello is spelled M-A-I-S-T-R-E-L-L-O.
THE WITNESS: Do I need to answer?
MR. LUFT: No. I'm just providing that information to the Court Reporter, Mr. Kwok. There's nothing for you to do.
BY MR. LUFT:
Q. Mr. Kwok, Ms. Maistrello was an employee of yours, correct?

H. Kwok

A. The Fifth.
Q. Mr. Kwok, you're aware of a man named Han Chunguang?
A. The Fifth.
Q. Mr. Kwok, Eastern Profit Limited is an entity in the name of your daughter Mei Guo, correct?
A. The Fifth.
Q. And Mr. Kwok, all actions taken by Mr. Chunguang as relate to Eastern Profit are taken at your direction, correct?
MR. ROMNEY: Object to the form.
A. The Fifth.
BY MR. LUFT:
Q. Mr. Kwok, Mr. Chunguang acts as your agent in connection with all endeavors related to any entities related to you, correct?
MR. ROMNEY: I'm going to object. We're, once again, getting pretty far afield of the relatively narrow allegations back and forth in the HK adversary proceeding.
MR. LUFT: I disagree. This is another entity in the name of Ms. Guo.
MR. ROMNEY: Another entity?

MR. LUFT: Right. Consistent with a pattern and practice of activities.

MR. ROMNEY: You can answer the question. I guess, getting pretty far afield, I have not yet directed the witness not to answer a question. Based on relevance, I'm telling you we're getting pretty close on this one.

Go ahead.

A. The Fifth.

BY MR. LUFT:

Q. And I apologize to Mr. Han. I'm told Han is his last name.

Mr. Kwok, you understood who I was referring to when I said Han Chunguang, that Han is the last name?

A. The Fifth.

Q. And with that clarification, Mr. Kwok, would that change any of the answers you've previously given with regard to Mr. Han Chunguang?

A. The Fifth.

Q. Ms. Kwok, the Lady May was not the only one of -- is not the only vehicle you owned and controlled that you put in the name of your daughter, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, you, as a beneficial owner and -- control Whitecroft Shores Limited, which is a BVI corporation in the name of your daughter?

MR. ROMNEY: The audio got muffled on that one.

MR. LUFT: Sure. I'm happy to ask it again.

BY MR. LUFT:

Q. Mr. Kwok, you beneficially owned and controlled Whitecroft Shore Limited, a BVI corporation that is listed in the name of your daughter Mei Guo, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, you placed your asset Bombardier Global XRS with the -- a plane, with the serial number 9189, into Whitecroft Shore Limited, correct?

A. The Fifth.

Q. Mr. Kwok, despite this plane being listed under the name of Whitecroft Shore Limited at all

times, you were the beneficial owner and controlled that plane, correct?

A. The Fifth.

Q. Mr. Kwok, you're similarly the beneficial owner and control an airbus, ACJ319, correct?

A. The Fifth.

Q. Mr. Kwok, all funds used to purchase the Bombardier Global XRS and airbus ACJ319 belong to you, correct?

A. The Fifth.

MR. ROMNEY: Avi, I do think we need to start moving on. I get your point and understand your point. You're trying to prove some sort of course of conduct. I'm not saying I agree with it, but I understand the concept that you're doing. But I think delving into multiple layers that are of multiple entities in questions that are nearly identical is becoming extremely redundant, going outside the rule -- of the scope of Rule 26, and getting to the point of harassment-like behavior.

And I'm not saying that to be disrespectful; I'm just saying that so we can all move on with our lives after today or move

on with our lives today, because this is getting extremely far outside the scope.

MR. LUFT: Okay. I hear your point. I don't agree with you. That said, I think you understand the point I'm trying to make and why I think that's pertinent.

I will try to move through. I don't think there's very much more, and I'll try to move through it quickly.

MR. ROMNEY: Thank you.

MR. LUFT: Okay.

MR. ROMNEY: All right.

MR. LUFT: Just a couple more entities and a couple more people, and I think we'll be okay.

BY MR. LUFT:

Q. Mr. Kwok, you're familiar with a person named Zhang Wei, correct?

A. The Fifth.

Q. Mr. Kwok, any actions taken by Zhang Wei related to any assets or entities related to you are taken at your direction and under your control, correct?

MR. ROMNEY: Object to the form.

H. Kwok

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, Zhang Wei was never the owner of Genever Holdings LLC, correct?

(Reporter clarification.)

BY MR. LUFT:

Q. Zhang Wei was never the owner of Genever, G-E-N-E-V-E-R, Holdings LLC, correct?

MR. ROMNEY: Object to the question. It is related to another ongoing proceeding to which Ms. Guo and HKI are already obviously parties. It's outside the scope of this adversary proceeding.

BY MR. LUFT:

Q. You can answer, Mr. Kwok.

A. The Fifth.

Q. Mr. Kwok, we talked about Bravo Luck Limited earlier.

Mr. Zhang Wei never was the owner of Bravo Luck Limited, correct?

A. The Fifth.

Q. Last question with regard to this and I'll move on.

Mr. Zhang Wei was never the owner of

H. Kwok

Genever Holdings Corporation, correct?

A. The Fifth.

Q. Mr. Kwok, you're the beneficial owner and control Greenwich Land LLC, correct?

MR. ROMNEY: I'm going to object and direct the witness not to answer. That is -- that entity doesn't relate to any party in this adversary proceeding at all.

MR. LUFT: So, Aaron, let me lay more of a foundation and then, hopefully, you'll understand, okay?

MR. ROMNEY: Okay.

BY MR. LUFT:

Q. Mr. Kwok, Max Krasner and Yvette Wang both took actions related to the Lady May in connection with their roles on your behalf with Golden Spring, correct?

MR. ROMNEY: Object to the form.

A. The Fifth.

BY MR. LUFT:

Q. Mr. Kwok, Mr. Krasner and Ms. Wang also hold, at the same time, positions with Greenwich Land LLC, correct?

THE WITNESS: Sorry. I need to go to the

H. Kwok

bathroom again. My belly is making some noises again.

MR. LUFT: Okay. Mr. Kwok, I just need you to answer this question because we can't take a break while a question is pending, but then I'll let you take a break.

A. I've just answered this, the Fifth.

MR. LUFT: Okay. Let's take a break so you can go to the bathroom.

THE VIDEOGRAPHER: We're going off the record at 3:37 p.m.

(Recess.)

THE VIDEOGRAPHER: We're back on the record at 3:43 p.m.

BY MR. LUFT:

Q. Mr. Kwok, I'm going to ask you again, you are the beneficial owner and control Greenwich Land LLC, correct?

A. The Fifth.

Q. Okay. Mr. Kwok, I'm going to ask that the document --

MR. LUFT: Will, if you could mark as Kwok PJR Deposition Exhibit 10 -- Will, if you could put up a document titled "Declaration of Trust

H. Kwok

and Agreement." That's at tab 211.

(Kwok PJR Exhibit 10 was received and marked for identification, as of this date.)

MR. LUFT: Will, if you go to the last page.

BY MR. LUFT:

Q. Mr. Kwok, do you recognize this document?

A. The Fifth.

Q. Mr. Kwok, do you see your signature on this page -- on the last page?

A. The Fifth.

Q. Mr. Kwok, this trust agreement, which is -- purported trust agreement, which has been marked as Exhibit 10, did not exist as of March 6, 2015, when closing occurred for the purchase of the Sherry-Netherland apartment, correct?

MR. ROMNEY: I'm going to object. This document, again, is the subject of a dispute. It's directly at issue in another adversary proceeding to which the parties are not here. I don't see any significance or any relevance whatsoever to this document to HK USA or Ms. Guo.

MR. LUFT: Well, the entity that entered

H. Kwok

into Bravo Luck Limited is the same entity that purportedly funded the purchase of the Lady May and the Sherry-Netherland apartment. I think it's directly relevant. I'm happy not to spend a lot of time on it, but I would like an answer to my question.

A. The Fifth.

MR. LUFT: Mr. Kwok, why don't we take a five-minute break. I may be done. So let me just check my notes. Is that okay?

THE VIDEOGRAPHER: We're going off the record at 3:47 p.m.

(Recess.)

THE VIDEOGRAPHER: We're back on the record at 3:54 p.m.

MR. LUFT: Mr. Kwok, your counsel and I have discussed the idea that if the Court is amenable, that in lieu of you giving live testimony at the PJR hearing, that we can use this deposition transcript. I hope the Court will agree to that.

BY MR. LUFT:

Q. But let me just ask, if for whatever reason you were to have to give live testimony at

H. Kwok

this hearing and were asked the identical questions that you were asked today, would you give the same answers to them?

MR. ROMNEY: Am I correct that the question assumes the absence of an objection or an objection that was not sustained?

Is that a fair qualification on the question?

MR. LUFT: My question assumes no waiver of your right to object to any questions that you objected to today.

MR. ROMNEY: Thank you.

THE INTERPRETER: The witness said "yes" just now. That didn't get interpreted.

MR. LUFT: Okay.

BY MR. LUFT:

Q. Just so we're clear Mr. Kwok, your answer to my question is "yes"?

A. Yes.

MR. LUFT: Mr. Kwok, I have no further questions for you at this time. I thank you very much for the time you've given us today.

MR. ROMNEY: Thank you. I have no questions for the witness.

H. Kwok

THE WITNESS: I wanted to take this opportunity to also thank you -- say thank you to everybody here today. I'm sorry that because I was feeling uncomfortable, so I wasted quite a bit of everybody's time.

But I want to say thank you for all the professional questions, and I also want to extend my thanks to you, the Interpreters, including Ms. Wang and Luyi, as well as the Court Reporter and all of the counsels present today as well as our videographer.

And I also want to say hello, please, to pass on my greetings to the trust and Mr. Luc.

MR. LUFT: I will definitely pass those greetings along, Mr. Kwok, and I will echo your thanks to the Court Reporter, the videographer and the translator, who all did a tremendous job today. Thank you.

THE VIDEOGRAPHER: This marks the end of the deposition. We're going off the record at 3:59 p.m.

(Deposition continues - Next page)

MR. LUFT: Standing order.

MR. ROMNEY: We'll take a copy but no rough.

MS. SONG: Same thing.

MR. ROMNEY: We will also ask for a copy of the video as well.

(Time noted: 3:59 p.m.)

____________________________

HO WAN KWOK

Subscribed and sworn to before me this day of 2023.

_______________________

CERTIFICATE

STATE OF CONNECTICUT )
: ss

I, Angela M. Shaw-Crockett, a Certified Court Reporter, Registered Merit Reporter and Notary Public within and for the States of New York, New Jersey and Connecticut, do hereby certify:

That HO WAN KWOK, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

In witness whereof, I have hereunto set my hand this 2nd day of March, 2023.

---------------------------------------

ANGELA M. SHAW-CROCKETT, CCR, CRR, RMR, CSR
LICENSE NO. XI00218400

C O N T E N T S

MR. LUFT 7

E X H I B I T S

(Retained by the court reporter)

| DEPOSITION | EXHIBIT | PAGE |
|---|---|---|
| Exhibit 1 | Declaration of Trust | 19 |
| Exhibit 2 | UBS Account Statement, Bravo Luck Ltd., Bates UBS00137 | 62 |
| Exhibit 3 | Wire Transfer, 15 March 2015, Bates UBS02746 | 63 |
| Exhibit 4 | Stipulated Order | 69 |
| Exhibit 5 | Video from Vice | 74 |
| Exhibit 6 | Video | 76 |
| Exhibit 7 | Video | 77 |
| Exhibit 8 | Video | 80 |
| Exhibit 9 | Tweet, dated May 10, 2017 | 82 |
| Exhibit 10 | Declaration of Trust and Agreement | 97 |

NAME OF CASE: In Re: Ho Wan Kwok
DATE OF DEPOSITION: March 2, 2023
NAME OF WITNESS: Ho Wan Kwok
Reason Codes:
1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.

Page _______ Line ________ Reason _________
From ______________________ to ___________________________

Page _______ Line ________ Reason _________
From ______________________ to ___________________________

Page _______ Line ________ Reason _________
From ______________________ to ___________________________

Page _______ Line ________ Reason _________
From ______________________ to ___________________________

Page _______ Line ________ Reason _________
From ______________________ to ___________________________

Page _______ Line ________ Reason _________
From ______________________ to ___________________________

Page _______ Line ________ Reason _________
From ______________________ to ___________________________

Page _______ Line ________ Reason _________
From ______________________ to ___________________________

__________________________________
HO WAN KWOK

**$**

**$25** 63:23

**$37** 42:14,19,24,25 43:8 70:2,15 71:14, 21 72:20 73:21 74:5

**1**

**1** 5:3 19:10,15,19 20:16 57:24 58:6

**10** 19:6 20:9,10,17 57:7 59:21 60:6 81:23 82:9 96:24 97:3,15

**100** 9:10

**10:28** 5:9

**10:37** 9:2

**10:45** 9:5

**10th** 19:11

**11** 4:16 5:18 25:15 42:21 46:6,13,23 66:11,12,23 68:15,16 85:11

**11:47** 37:2

**12:05** 37:5

**12:17** 41:25

**12:24** 42:4

**13** 70:2

**150** 62:17

**156** 61:22

**19** 41:13 70:9

**190** 61:23

**1:22** 64:21 65:7,8

**2**

**2** 5:9 61:20,25 63:25 64:5

**2006** 56:19

**2014** 19:6,11 20:10, 17 57:7,9 59:21 60:6

**2015** 15:4,10,15,19 21:17 33:15,18 50:24 51:12 53:13 60:21 61:4,13 62:8 77:22 78:2,9,17,22 79:7 97:16

**2017** 23:6,9,15,20 24:6,12,20 25:4 78:12,22 79:7,8 81:23 82:10,20,24 83:5

**2018** 25:15

**2020** 37:16,19,24 38:3

**2021** 38:7,10 39:4

**2022** 39:12 40:6 41:13 43:14 44:12, 16,22 45:5,24 70:3,9 71:5 76:17 77:2

**2023** 5:9

**211** 97:2

**22-50073** 5:7

**23** 15:4,10,15,19 21:17 60:21 61:13

**25** 63:4

**26** 92:21

**27** 23:6,9,15,20 24:6, 12,20 25:4 82:19,24 83:4

**28** 60:23

**2:00** 65:10 66:6

**2:18** 72:13

**2:27** 72:16

**2:49** 79:20

**2:54** 79:23

**3**

**3** 56:19 62:22,24

**30** 4:12

**370** 62:16

**3:37** 96:12

**3:43** 96:15

**3:47** 98:13

**3:54** 98:16

**3:59** 100:22

**4**

**4** 68:23 69:5,7,15 71:9

**41** 82:15

**5**

**5** 55:8 74:13,14 75:7, 23 80:2,13,17 84:15

**6**

**6** 76:5,6,11,24 84:15 97:15

**7**

**7** 43:14 44:12,16,22 45:5,24 77:6,7 84:15

**768** 11:23

**769** 11:23

**8**

**8** 80:22,23 84:15

**9**

**9** 81:21,24

**9189** 91:22

**A**

**a.m.** 5:9 9:2,5 37:2

**Aaron** 4:17 5:22 13:7,11 35:20 36:5, 17 63:8 64:21 68:6 95:10

**aboard** 76:13

**absence** 99:6

**absent** 85:17

**ACA** 54:7 72:21,24 73:3,6,9 88:6,10

**access** 10:3

**account** 42:24 43:8 61:15 62:10,14 63:24 64:13

**accurate** 75:24 76:24 77:15 80:9 81:7 82:6 83:4 84:19

**ACJ319** 92:6,9

**acknowledgment** 8:18

**Acme** 50:2

**acquiring** 64:2

**acquisition** 64:18

**acted** 33:19 34:15 57:17 86:16

**acting** 40:3 83:23

**action** 68:17

**actions** 30:4,10,15, 21 31:3,7,13,17,23 32:5,11,17,23 33:5 40:7,10 85:9 86:19, 20,24 88:6 89:10 93:21 95:16

**activities** 87:16 90:3

**acts** 33:22 34:18 39:24 40:20 87:9,14 88:14 89:16

**addition** 85:23

**address** 8:2 11:21, 24 34:22 35:2 36:11

**adjust** 75:3

**admissible** 4:11

**adversary** 6:2,4,8 55:14 64:6 67:13,16, 24 68:17 85:16 89:22 94:14 95:9 97:20

**advice** 87:24

**advise** 9:23

**affairs** 57:13

**affiliated** 85:6

**afield** 55:14 89:20

90:5

**afternoon** 66:8,9

**agent** 33:19,23 34:16,19 39:24 40:4, 8 57:17 81:18 83:24 86:17 87:9,15,24 88:14 89:16

**agents** 25:13

**agree** 4:16,19,24 69:14,18,22 80:8 92:16 93:5 98:22

**agreed** 5:8 7:10,17, 19 11:12 69:11,25 70:9 71:23

**agreement** 8:10,22 10:9 11:8,11 12:18, 24 41:12 45:6 59:2 69:18,22 70:5,7,16 97:2,13,14

**agreements** 7:19 10:9

**ahead** 85:17,20 90:9

**airbus** 92:6,9

**allegations** 55:19 89:21

**Allied** 49:21

**alter** 17:11,13 18:17

**amenable** 98:19

**Amendment** 8:4,9, 14,22

**amount** 62:15,17

**Angie** 4:7 5:13

**answers** 6:16 50:13 70:23 84:10,17 90:19 99:4

**Anthony** 87:6

**anticipating** 11:5

**Anton** 49:17

**apartment** 87:4 97:17 98:4

**Apex** 49:22

**apologies** 4:25

**apologize** 8:24 51:5

90:12

**appearance** 6:3

**appeared** 44:12

**appears** 75:23

**approximately** 5:9

**April** 40:6 41:13 70:2, 9 71:5

**Apsley** 60:23

**arranged** 41:15

**arrived** 68:2 74:7

**asked-and-answered** 60:15

**assert** 8:4,6,8,21 15:8

**asserting** 8:14

**assertion** 14:24

**asset** 46:8,15 86:4 91:20

**assets** 18:24 20:25 22:2,15 26:14,22 27:18 28:15,19 29:5, 9,16,19,22 40:24,25 42:10 46:19,22 47:4, 5,7,8,10,11,14,15,20, 21 48:6,23 49:4,5 50:4,9,18 54:19,25 56:5,12,24 73:6,9 84:2 93:22

**associates** 48:10,15

**association** 4:4 5:13

**assume** 12:25

**assumes** 99:6,10

**attempt** 8:20 22:15 23:11 25:18,24 49:5

**attempts** 8:6,8

**attorney** 9:12 13:5,6 41:20

**attorney-client** 45:10

**audio** 74:18 75:3,9, 15 76:8 77:9 80:3,5, 8,25 91:8

**August** 82:19,24

83:4

**authority** 37:7 38:24

**authorized** 38:20 58:9,18

**Avenue** 11:21

**Avi** 4:15 5:17 13:11 19:20 35:18 55:13 64:5 92:12

**aware** 39:5 66:14 67:12,16 89:3

**B**

**back** 9:4 37:4 42:3 43:24 44:2,5,6 45:15, 16 50:13,14 51:6,7 64:8 66:5 72:4,11,15 79:22 80:2 89:21 96:14 98:15

**bad** 72:6

**Bahamas** 37:23 38:3

**bank** 61:15 62:8 63:24 64:13

**bankruptcy** 5:6,24

**Barron** 5:20

**based** 7:18,25 45:9 90:7

**basic** 12:5

**Bates** 19:21,25 61:21

**Bates-stamped** 62:23

**bathroom** 72:8 79:13 96:2,10

**bearing** 61:21

**behalf** 4:15,18,21 6:3 7:20,22 20:19 21:7 30:4,11,22 31:8,25 32:6,25 33:6 62:14 83:23 95:17

**behavior** 92:22

**belly** 96:2

**belong** 26:15 29:10 58:25 92:9

**belonged** 22:6 56:25

**belonging** 27:18 29:5

**belongs** 45:13

**beneficial** 15:7 16:18 18:2 20:24 23:23 24:15 25:7 27:25 28:7 42:6 43:18 45:23 46:7,14 66:25 69:20 72:23 73:5,15,17,18 91:5 92:2,5 95:4 96:18

**beneficially** 21:10 49:10 53:23 59:22 61:5,10 62:10 67:7 68:19 91:13

**beneficiary** 57:25 59:2

**benefit** 86:21

**Bergamasco** 4:20, 25 6:5,6 11:7,9,13

**bigger** 63:14

**bit** 55:15 63:14 100:6

**board** 16:6

**boarded** 78:23

**boat** 66:17,19,24 67:4,25 78:21 85:24

**Bombardier** 91:20 92:9

**bond** 70:2 73:22 74:5

**borrower** 41:15

**bought** 82:15

**bound** 69:11,14,18, 22

**Bravo** 21:18,21 22:2, 18,19 54:5 61:6,11, 13,15 62:9,14 94:18, 21 98:2

**breach** 8:10,22

**break** 11:3 24:4 35:14,24 36:4,7,18 64:22 79:14 96:6,7,9 98:10

**breaks** 9:23

**Breeze** 49:22

**Bridgeport** 5:7

**Brown** 66:16

**business** 40:4,11,16 48:10,15 88:15

**BVI** 48:4 91:7,14

**C**

**call** 7:21 81:4,5,8,10, 14

**called** 6:19 17:21 84:6,23

**capacity** 5:25

**Capital** 26:4 27:23 28:2,11,14,18,24 29:4,10,16,19 46:20 47:7 49:21 54:5 70:8, 15,19 72:21,24 73:3, 6,9 88:6,10

**care** 72:10 79:17

**cars** 55:11,20

**case** 4:14 5:24 10:21 42:21 44:23 66:12 74:25 85:11

**catch** 43:21

**CEO** 52:14

**certified** 19:12

**Chang** 14:5

**change** 23:22 24:8, 14,22 25:6 70:22 84:10,18 90:19

**Chapter** 4:16 5:18 42:21 46:6,13,23 66:11,12,23 68:15,16 85:11

**check** 98:11

**Chi** 47:21

**children** 48:9

**Chin-quee** 4:3 5:10

**China** 51:16

**Chinese** 11:20

**Chu** 14:5

**Chunguang** 89:4,11, 16 90:15,20

**Civil** 4:13

**claiming** 67:13

**clarification** 63:10 87:12 90:18 94:6

**clarify** 12:21

**clarity** 22:18 71:3

**clear** 8:13 12:19 99:18

**clerk** 5:21

**client** 11:2

**close** 39:18 90:8

**closing** 97:16

**Club** 87:17

**colleague** 19:13 74:12 79:25 80:20

**colleagues** 5:20

**collection** 55:11

**common** 45:6,12

**communicate** 9:15, 19,22 10:15

**companies** 48:4,9

**company** 88:10

**company's** 84:25

**compelling** 68:25 71:10,24

**Complies** 36:2 44:3 75:8

**computer** 8:24

**concept** 92:16

**conduct** 8:11 92:15

**conducted** 81:8,15

**confirming** 11:10

**conflict** 68:18

**confused** 60:10

**Connecticut** 5:6 39:12

**connection** 19:23 40:11 42:20 45:7 46:6,13 59:15 68:16

87:10,15,24 88:14 89:17 95:16

**conscious** 64:24

**consideration** 23:5, 10,16

**Consistent** 90:2

**contact** 34:22 36:10

**contempt** 39:6

**continued** 59:22 60:7

**continues** 100:23

**contract** 83:16,20,23 84:3

**contributed** 66:21

**contribution** 66:17, 20,24 67:4,5,18,25

**control** 20:24 21:10, 22 22:2 23:23 24:8, 23 26:19,22 27:4 28:10 29:15,19,22 37:10 40:18,25 41:2, 7,8,17 42:12,19 43:3, 10,18 45:23 48:16 50:5 51:21 52:4,11, 21,25 53:8 55:10 60:7 61:11,16 64:12 69:21 70:9 73:2,8,12 76:20 81:17 84:5,22 85:13,24 88:11 91:6 92:6 93:23 95:5 96:18

**controlled** 15:16 17:3 18:9 21:14,18 28:15 42:16 49:10 50:11,19 53:24 54:11,16,21 55:3 56:6,14 61:5 62:10, 18 66:25 67:7 68:19 71:4 90:24 91:14 92:2

**controls** 51:4 53:17

**copies** 84:12,16

**copy** 19:10 20:7,16 75:24 76:24 77:15 80:9 81:7 82:6 83:4

**corner** 81:4

**corporation** 49:16 62:15 91:7,15 95:2

**correct** 10:10,24 13:10,15 15:7,12 16:3,6,9,14,19,23 17:3,7,11,22 18:2,6, 10,14,18,21,25 19:6 20:7,19 21:2,7,10,14, 19,23 22:3,7,11,16, 20,25 23:6,12,18,24 24:10,16,24 25:8,15, 19,25 26:5,10,15,20, 23 27:4,8,14,18,23 28:2,5,8,11,15,19,25 29:11,16,19,22 30:5, 11,17,23 31:5,9,15, 19,25 32:7,13,19,25 33:7,12,16,20,23 34:2,8,12,16,19,23 35:8,11,17 36:12,15 37:8,12,16,20,24 38:4,7,11,17,21,25 39:7,13,19,22,25 40:4,8,12,18,22 41:2, 8,15,18 42:8,12,17, 21 43:3,10,19 44:13, 17,24 45:7,13,25 46:8,15,24 47:5,8,12, 16,22 48:6,10,17,23 49:6,11 50:5,11,20 51:16,22 52:5,12,15, 21 53:3,9,24 54:11, 17,21 55:3,8,11 56:8, 15,22,25 57:7,11,14, 18,25 58:11,20 59:2, 10,17,24 60:7,24 61:6,11,16 62:11,18 63:20 64:3,14,19 66:12,17,21 67:2,8, 14,20 68:3,7,10,20 69:11,18,23 70:3,10, 16 71:5,14,25 72:21, 24 73:3,6,10,13,16, 19,23 74:7 75:17,21, 25 76:11,14,17,21 77:2,12,19,23 78:2,6, 9,12,19,24 79:4,9 80:14,18 81:8,12,18 82:7,12,16 83:8,10, 24 84:6,11,12,16,20, 23 85:7,25 86:4,12, 14,17,22 87:4,7,11, 18,21 88:3,7,11,15, 25 89:8,12,18 90:25 91:16,22 92:3,6,10 93:19,24 94:5,9,21 95:2,5,18,24 96:19 97:17 99:5

**correction** 70:22

**costs** 51:2,14 53:15

**counsel** 5:15 7:6,10, 19 9:15 10:8 14:9 17:12 20:18 44:11, 15,21,22 45:4 60:15 66:15 68:3,10 69:10, 13,17 86:12,20 88:2 98:17

**counsels** 100:11

**counterclaims** 55:20

**couple** 55:23 93:14, 15

**court** 5:6,12 6:10 9:9, 10 19:9 43:16,17 45:22 61:19 62:21 64:24 88:21 98:18,21 100:11,17

**courtroom** 4:11

**crashed** 8:24

**created** 76:16

**Creative** 49:22

**creditor** 25:25 66:21

**creditors** 18:25 22:25 23:18 38:17 49:6 87:25

**crew** 16:12 37:11 38:4

**Crystal** 49:22

**current** 33:25 34:21, 25 35:4

**D**

**D'BATTISTA** 87:6,9, 14

**Daniel** 86:11,24

**date** 19:16 62:2,25 69:8 74:15 76:7 77:8 80:24 81:25 97:4

**dated** 20:17 41:12 81:22

**daughter** 13:21 39:4, 22 47:15 48:14 49:9 50:4 67:19 69:22 78:11 79:3 82:11 89:7 90:25 91:7,16

**day** 19:11 65:4

**dealings** 40:4,11,17

**debtor** 4:18 5:23 7:21 8:6,8,15,17,19 9:8,14,19,22 10:3,5, 13,15,19 15:11

**debtor's** 7:17,19 8:4 9:11,18,21,25

**deciding** 8:13

**decision** 71:13

**deck** 76:25

**declaration** 19:4,10 20:8,17,22 57:22 58:5,7,17,23 59:6,13, 24 96:25

**declared** 46:22

**defense** 44:16

**deliver** 69:3 71:12

**delivered** 77:23 78:17,18,22

**delving** 92:17

**deposed** 9:14 12:4

**deposition** 4:6 5:4 7:11,18,24 8:5,11,16, 19 9:10,16,25 10:5,6 14:7,10,13,16,19 19:9 60:17 61:20 62:22 65:10 68:23 69:5 77:6 80:22 96:24 98:21 100:21, 23

**describing** 84:10

**determine** 11:3

**Development** 49:17, 18

**Developments** 49:25

**devices** 10:3

**Diamond** 49:20,21

**direct** 16:12 45:8 69:13 95:7

**directed** 19:3 22:13, 22 23:3,8,14 25:13 37:20 39:3,12 45:4 48:3 69:17 70:14 87:23 90:6

**directing** 55:17

**direction** 25:24 27:14 28:25 30:17 31:5,15,18 32:13,18 40:12,20 59:16 60:24 61:14 71:22 85:12 86:21 87:4,15 88:7 89:12 93:23

**directions** 38:15

**directly** 97:20 98:5

**director** 49:9 53:22 57:6

**disagree** 55:22 89:23

**discussed** 88:2 98:18

**discussing** 55:21 64:13

**discussion** 65:5

**dispute** 56:2 97:19

**disrespectful** 92:24

**District** 5:6

**Division** 5:7

**document** 61:21 62:4,23 63:12,18,23 96:22,25 97:8,19,23

**documents** 14:12

**dollar** 23:6,11,17

**Dordick** 85:5,10

**Douglass** 5:20

**Draft** 49:18

**duly** 6:13,20

**E**

**earlier** 94:19

**easier** 7:16

**Eastern** 49:16 62:15 89:6,11

**ECF299** 68:24

**echo** 100:16

**ego** 17:11,13 18:17

**Elite** 49:23

**Elliot** 85:5

**else's** 83:24

**employee** 33:12,14 34:8,12 57:17 86:14 87:7 88:24

**end** 100:20

**endeavors** 89:17

**English** 6:16,17 69:12

**enter** 45:5 70:15

**entered** 20:8 57:23 58:7,8,17,23 59:7,13 71:20 97:25

**entire** 78:5

**entities** 26:3 41:6,7 43:2 48:13,16,22 49:4,8 51:21 52:10, 20,21,24 53:21 54:9 62:17 70:8 81:17 87:11,16 89:18 92:18 93:14,22

**entity** 17:20 21:18,21 43:10 51:3 52:4,10, 24 53:8,16 54:15 56:20 72:19 84:5 88:11 89:7,24,25 95:8 97:25 98:2

**equitable** 15:11 16:23 18:5 27:22 28:4

**escrow** 42:20

**establishment** 16:17,22 17:2,6,10, 25 18:5,9,13,17

**estate** 46:8,15,23 47:5,8,12,16,22 67:6 68:19 86:4

**EUR** 60:23 82:15

**Europe** 38:7,10,16, 19 39:4

**everybody's** 100:6

**evidentiary** 43:15 44:12 45:5,24

**exact** 11:23

**EXAMINATION** 7:3

**examined** 6:20

**exclamation** 83:16

**exclusive** 21:22 22:2 28:10 29:15 64:12 72:23 73:2,8,12,15, 17,18

**exclusively** 21:18 50:10,19 61:5,15

**excuse** 8:7

**execute** 19:4

**exercise** 59:14

**exhibit** 19:10,15,19 20:16 57:24 58:6 61:20,25 62:22,24 63:25 64:5 68:23 69:5,7,15 71:9 74:11, 13,14 75:2,7,23 76:5, 6,11,24 77:6,7 80:2, 13,17,22,23 81:21,24 82:4 96:24 97:3,15

**exhibits** 84:9,14,15

**exist** 97:15

**expenses** 26:4,25 27:6,12,16 28:13,17, 23 29:3 46:21 50:25 51:2,13,14 53:14,15

**explain** 17:13

**extend** 100:9

**extent** 10:12,14,19, 24

**extremely** 11:16 92:20 93:3

**F**

**fact** 23:22 24:8,14,22 25:6 48:15 54:10 55:2 78:18 86:20

**fair** 99:8

**faith** 8:17

**fall** 37:19,24 38:3

**Fame** 49:25

**familiar** 17:20 39:15 66:10 93:18

**family** 8:3 39:18 51:15 56:7,14

**Farmer** 5:20 19:13 74:22,25 75:8 80:4, 21

**Farms** 40:22

**Fashion** 87:17

**February** 15:4,10,15, 19 21:17 43:14 44:12,16,22 45:5,24 60:21 61:4,13

**Federal** 4:13

**feeling** 72:7 79:13 100:5

**fees** 39:7 46:21

**file** 67:24

**filed** 46:5,12 67:12,17

**filing** 46:6,13,24

**finances** 57:18

**financial** 41:14,18 42:7,11,15 43:2,9 57:10,13 70:20 71:4, 13,22 72:19

**find** 43:17

**finding** 45:22

**fine** 11:6 13:2 36:18 63:11 72:9

**finish** 14:22 36:6

**Fiona** 87:20,23 88:9

**firm** 11:10

**five-minute** 98:10

**Florida** 37:15,19,23 38:3

**Flowable** 54:9

**Food** 49:19

**foot** 79:3

**form** 20:12 21:3 23:25 24:17,25 25:9, 20 26:6,11,16 27:9, 19 28:20 29:6,12,23 30:6,18,25 31:10,20 32:2,8,14,20 33:2,8 38:12 39:8 40:13 41:3,9 43:4,11 44:8, 18,25 46:2,9,16,25 47:17,23 48:18,24 49:12 50:6,21 51:9, 17,23 52:6,16 53:4, 10,18,25 54:12,22 55:4 56:9,16 57:2,19 58:2 59:3,18,25 60:25 61:17 62:19 67:9,21 68:11 70:11 71:15 73:24 74:8 78:13 79:10 86:5 89:13 91:2,17 93:25 95:19

**formation** 25:14

**formatting** 19:20

**forward** 8:20

**foundation** 95:11

**free** 60:15,18

**frequently** 78:24

**friend** 39:19

**fully** 14:23

**funded** 21:16 98:3

**funds** 15:5 16:17 17:21 21:12,13,17 22:5,23 25:14 27:4,7 40:21 42:14,16 50:10,24 51:12 52:3, 9,11,23,25 53:7,13 54:20 56:13,21 61:14 62:9,13 63:24 69:2 71:11 81:17 92:8

**G**

**G-E-N-E-V-E-R** 94:9

**Gate** 55:8

**gave** 37:14,22 38:10, 15 77:15 80:10 82:11

**generally** 10:24

**generate** 40:21

**Genever** 94:5,8 95:2

**Getter** 87:17

**gifts** 52:4 53:8

**give** 98:25 99:3

**giving** 55:15 98:19

**Global** 49:21,23 50:2 91:21 92:9

**Globalist** 49:24

**GM27** 49:18

**Golden** 26:4,10,14, 19,23 27:2,3,7,13,17 28:5,8 29:22 46:19 47:4 54:4 86:20,25 95:17

**good** 4:2 7:5 8:17 66:8,9

**governing** 19:4

**Great** 7:2 11:14

**Greenwich** 87:2 95:5,23 96:18

**ground** 12:5

**Group** 41:14,18 42:7, 11,15 43:2,9 54:6,8 70:20 71:4,14,22 72:19,21,24 73:3,6,9, 13,16,19 87:2 88:6, 10

**guess** 90:5

**Guo** 4:21 6:3,7 7:20 23:5,10,16,22 24:7, 14,22 25:6 39:5 44:11,15,21 45:7,21 47:15 49:9 50:10,19 51:3,20 52:3,9,12,14 57:10 67:19 68:10,15 78:11,18 79:3 89:7, 24 91:16 94:12 97:24

**Guo's** 16:5,8,11

**guys** 64:21

**Gypsy** 49:19

**H**

**Han** 89:3 90:12,15,20
**handled** 57:13 74:7
**hands** 38:17
**happen** 38:11 39:13
**happy** 91:10 98:5
**harassment-like** 92:22
**Hastings** 5:18
**HCHK** 84:6,23,24 85:6
**hear** 35:18,20 44:4 74:20,21 75:14 80:7 93:4
**heard** 80:12
**hearing** 7:23 43:15 44:13,17,23 45:5,7, 25 98:20 99:2
**held** 47:4,7,10,14,20 48:23 50:4,9,18 54:9, 19,25 56:5,12 62:13 65:5
**helped** 44:16
**hide** 18:24 49:5
**hiding** 87:25
**Himalaya** 40:22 41:13,17 42:7,10,15, 25 43:9 70:8,15,19, 20 71:4,13,21 72:18
**Hing** 47:21
**HK** 4:21 6:7 7:20 15:6,10,15 16:22 17:2,3,6,10,21,22,25 18:5,9,13,17,23 23:10,15,21,24 24:7, 9,13,21 25:5,14,18, 24 30:5,10,11 31:14, 18,24 32:6,12,18,24 33:6 41:14 42:16,20, 23 43:8,17 44:11,15, 21 45:6,21,23 46:14 49:15 56:22 58:7 59:6,12,15,22,23 60:7,22 64:18 67:6, 12,17,18 68:3,10,15, 20 69:2,17,21 70:8, 14 71:11,14,20 72:20 89:22 97:23
**HKI** 6:4 94:12
**Ho** 5:4,5,19 6:19 11:20
**Hodgson** 88:2
**hold** 58:9,19 59:8 95:23
**holding** 48:6
**Holdings** 49:20 54:8 94:5,9 95:2
**home** 35:2
**Hong** 15:4,19 16:17 19:5 20:10,22,25 22:10,13,22 23:4,5, 11,17 24:15 48:4 54:7 56:20,24 57:5 58:10,16,19,22 59:8 62:16
**hope** 98:21
**Hudson** 49:20

**I**

**idea** 98:18
**identical** 45:22 92:19 99:2
**identification** 19:16 62:2,25 69:8 74:15 76:7 77:8 80:24 81:25 97:4
**identified** 57:24
**identifying** 8:3
**II** 85:25 86:3,8
**immediately** 8:12
**important** 83:15,20
**included** 46:7,14
**includes** 55:7
**including** 20:25 34:22 36:11 46:21 50:25 51:13 53:14 66:24 100:10
**income** 51:20 52:20
**incorporated** 56:20
**Increased** 49:24
**incur** 39:6
**indiscernible** 85:11
**individual** 18:20 39:16
**Infinite** 49:24
**Infinity** 54:5
**Infinium** 49:25
**information** 34:22 35:11 36:11,15 88:21
**installed** 88:9
**instructed** 38:4,6 69:21
**instructing** 85:18
**instructions** 37:14, 22 38:11
**intend** 7:21
**intended** 7:23
**intention** 8:4 14:20
**interest** 43:7,17 45:6,12 68:18
**interests** 45:22
**International** 4:21 6:7 15:5,6,10,15,20 16:17,22 17:2,3,6,10, 21 18:23 19:5 20:11, 23,25 22:10,14,23 23:4,10,16,21,24 24:7,9,13,15,21 25:5, 14 30:5,10 31:14,24 32:12,24 41:13,18 42:7,11,15,25 43:9 49:15,24 56:21,22,25 58:7,10,17,19,22 59:6,9,12,15,22,23 60:7,22 62:16 69:2 70:19,20 71:4,11,13, 21 72:18
**International's** 57:6 64:18
**interpreted** 99:15
**interpreter** 6:11,20, 23,24 7:13 9:12,18, 20,21 10:2 13:5,14 17:12,16 35:13,23,25 43:21 44:3 84:24 99:14
**Interpreters** 100:9
**interview** 75:24 77:15 80:9
**interviewer** 75:20
**introduce** 5:15
**investigate** 75:2
**investment** 16:18 17:21 49:22 54:8 83:15,20,22 84:3
**Investments** 15:5 25:14 49:23 69:2 71:11
**involvement** 34:11, 15 64:17
**involving** 40:17
**irrelevant** 71:12
**issue** 9:7 74:22 97:20
**issues** 11:5 55:14

**J**

**jail** 73:23 74:4
**JAM** 5:7
**Je** 39:16,18,21,24 40:3,6,7,10,17,20,25 41:7 69:25 81:12,18
**Je's** 70:6
**Jiao** 57:10
**Jingyi** 9:21 65:2
**job** 100:19
**joint** 68:2
**June** 23:6,9,15,20 24:6,12,20 25:4 78:22 79:7,8
**jurisdiction** 9:9
**Justice** 43:15 45:25
**justifying** 67:19

**K**

**Karen** 88:13
**Kingdom** 54:15
**Kong** 15:4,19 16:17 19:5 20:11,22,25 22:10,13,22 23:4,5, 11,17 24:15 48:5 54:7 56:20,25 57:5 58:10,16,19,22 59:8 62:16
**Krasner** 30:9 31:3,7 32:11,17,23 33:5 34:7,10,15,18 35:17 36:12 48:14 95:15,22
**Krasner's** 34:21,25 35:4
**kwok** 4:1 5:1,4,5,19, 24 6:1,19 7:1,5 8:1 9:1 10:1 11:1,16,18, 20,24 12:1,3,8,18,23 13:1,3,20,22,24 14:1, 2,6,18 15:1,3 16:1,5, 8,11,16,21,25 17:1,5, 9,20,24 18:1,4,8,12, 16,20,23 19:1,3,9,15, 18 20:1,7,9,16,21 21:1,6,9,12,16,21,25 22:1,5,7,9,13,22 23:1,3,8,14,20 24:1, 12,20 25:1,4,12,17, 23 26:1,3,9,14,19,22, 25 27:1,6,12,16,18, 22,25 28:1,4,7,10,13, 17,23 29:1,3,5,9,10, 15,18,21 30:1,3,9,15, 21 31:1,3,7,13,17,23 32:1,5,11,17,23 33:1, 5,11,14,18,22,25 34:1,4,7,10,14,18,21, 25 35:1,4,7,10,16 36:1,10,14 37:1,7,10, 14,18,22 38:1,2,6,9, 15,19,23 39:1,3,11, 15,18,21,24 40:1,3,6, 10,16,20,24 41:1,6, 12,17 42:1,6,10,14, 19,23 43:1,7,14 44:1, 11,15,21 45:1,4,21 46:1,5,12,19 47:1,4, 7,10,11,14,20 48:1,3, 8,12,21 49:1,3,8,15

50:1,9,18,24 51:1,12, 20 52:1,3,9,14,19,23 53:1,2,7,13,16,21,22 54:1,4,10,15,19,20, 25 55:1,2,7,10 56:1, 5,6,12,13,19,24 57:1, 5,9,16,22 58:1,5,16, 22 59:1,6,12,21 60:1, 6,14,21 61:1,4,10,13, 20,25 62:1,4,8,13,22, 24 63:1,17,20,22 64:1,12,16 65:1 66:1, 8,10,14,19,23 67:1,4, 12,16,24 68:1,5,22 69:1,5,7,10,17,20,25 70:1,5,7,14,18 71:1, 3,9,18,20 72:1,9,18, 23 73:1,2,5,8,12,15, 17,21 74:1,3,10,14, 17 75:1,11,14,19,23 76:1,6,10,13,16,19, 23 77:1,5,7,11,14,16, 18,21,25 78:1,4,8,11, 16,21 79:1,2,6,25 80:1,7,12,16,23 81:1, 3,7,10,14,24 82:1,3, 6,9,14,18,21 83:1,5, 7,11,13,19,22 84:1,2, 5,8,22 85:1,5,9,23 86:1,8,11,16,19,24 87:1,6,14,20 88:1,5, 9,13,21,24 89:1,3,6, 10,16 90:1,14,18,22 91:1,5,13,20,24 92:1, 5,8 93:1,18,21 94:1, 4,16,18 95:1,4,15,22 96:1,4,17,21,23 97:1, 3,8,10,13 98:1,9,17 99:1,18,21 100:1,16

**Kwok's** 8:2 55:11

## L

**Lady** 15:3,7,9,12,14, 16,18,21 16:6,9,12, 13 21:2,6,9,13,17 22:6,9,14,16,23,24 23:12,17 24:23 25:7, 17,19,23 26:5 27:2,7, 13,17 28:14,18,24 29:4 30:4,10,16,22 31:4,8 34:11 37:8,11, 15,18,23 38:2,6,9,16, 19,24 39:3,11 40:7 43:19 45:24 46:7,21 60:22 63:4 64:2,18 66:20 67:2,7,14,17 68:20 69:4 71:12,25 74:7 75:21 76:13,25 77:19,22,25 78:5,16, 23 79:4,6,8 80:18 82:15 83:8 85:23,25 86:3,8 87:25 90:22 95:16 98:3

**Lamp** 26:4 27:23 28:2,11,14,18,24 29:4,10,16,19 46:20 47:7 54:5

**Land** 87:2 95:5,24 96:18

**larger** 62:5

**law** 5:21 87:3

**lay** 95:10

**layers** 92:18

**Leading** 50:2,3 86:25

**leeway** 55:16

**left** 65:4

**left-hand** 81:4

**Legacy** 54:7

**legal** 4:3 5:11 15:20 17:7,15,16 18:13 46:21 51:2,14 53:15 87:24

**lender** 41:14

**lieu** 98:19

**life** 83:16,20

**limited** 15:5 16:18 17:22 22:19 25:15 26:20 27:2 41:14,18 42:7,11 43:2,9 49:16, 17,18,21,22,23,24,25 50:2,3 51:2,14 53:15 54:4,5,7,8,9,16 56:21 60:23 61:6,11,14 69:3 70:21 71:22 72:19,21,24 73:3,6,9, 13 87:2 88:6,10 89:6 91:6,14,22,25 94:19, 21 98:2

**link** 6:25

**list** 7:22

**listed** 48:13 91:15,24

**live** 98:19,25

**lives** 92:25 93:2

**living** 51:2,14 53:15 78:18,19

**LLC** 28:14,18,24 49:18,19,20,21 54:5 69:3 87:2 94:5,9 95:5,24 96:19

**loan** 41:12 42:25 43:8 70:5,7,15 71:14,21 72:20

**loaned** 42:15

**located** 48:4 86:9

**location** 16:13 33:25 34:4 78:17

**London** 55:8

**long** 36:18,20

**longer** 7:20

**looked** 84:15

**Loss** 49:18

**lot** 98:6

**Luc** 100:14

**Luck** 21:19,21 22:2, 18,19 54:5 61:6,11, 13,15 62:9,14 94:18, 21 98:2

**Luft** 4:15,24 5:17 7:2, 4 9:6 10:17 11:6,10, 14,15 13:9,13 15:24 16:2 17:14,17,19 19:8,17,25 20:6,15 21:5 24:3,19 25:3,11, 22 26:8,13,18 27:11, 21 28:22 29:8,14 30:2,8,14,20 31:2,12, 22 32:4,10,16,22 33:4,10 35:15,20 36:5,9,17,24 37:6 38:14 39:10 40:15 41:5,11,21,23 42:5 43:6,13,25 44:10,20 45:3,11,20 46:4,11, 18 47:3,19 48:2,20 49:2,14 50:8,17,23 51:11,19 52:2,8,18 53:6,12,20 54:3,14, 24 55:6,22 56:4,11, 18 57:4,21 58:4,12, 15 59:5,20 60:5,13 61:3,9,19 62:3,7,21 63:2,7,11,16 64:8,11, 21 66:7 67:11,23 68:13,22 69:9 70:13 71:2,8,17 72:9,17 74:2,10,17,23 75:4, 10 76:3,9 77:4,10 78:15 79:14,17,24 80:6,20 81:2,20 82:2 85:2,4,22 86:7 87:13 88:17,20,23 89:15,23 90:2,11 91:4,10,12, 19 93:4,12,14,17 94:3,7,15 95:10,14, 21 96:4,9,16,23 97:5, 7,25 98:9,17,23 99:10,16,17,21 100:15

**lunch** 64:22 72:6

**luncheon** 65:8

**Luyi** 5:21 100:10

## M

**M-A-I-S-T-R-E-L-L-O** 88:18

**made** 19:11 43:2 67:6 85:9

**main** 5:24 58:10

**Maistrello** 88:13,17, 24

**make** 14:24 62:5 63:14 93:6

**making** 96:2

**man** 68:5 85:5 89:3

**Management** 54:6 84:6 85:7

**manager** 57:11

**Mandarin** 6:16,17

**March** 5:9 97:15

**mark** 19:9 61:20 62:22 74:11 76:4 77:5 80:22 81:21 96:23

**marked** 19:16 57:24 58:6 62:2,25 69:4,8, 15 74:13,15 76:7,23 77:8 80:24 81:25 97:4,15

**marks** 100:20

**matter** 5:5

**matters** 57:17

**Matthew** 4:3 5:10

**Max** 30:9 31:3,7 32:11,17,23 33:5 34:7 95:15

**May's** 46:21

**meaning** 9:9 84:15

**meant** 70:20

**media** 54:6 73:13,16, 19 76:20 87:2,11,18

**meet** 14:9

**Mei** 4:21 6:3,7 7:20 13:22 16:5,8,11 23:5, 10,16,22 24:7,14,22 25:6 39:5 44:11,15, 21 45:7,21 47:15 49:9 50:10,19 51:3, 20 52:3,9,14 67:19 68:10,15 78:11,18 79:3 89:7 91:16

**member** 49:9 53:22

**members** 8:3 51:15 56:7,14

**mentioned** 43:22

**messages** 10:4,6

**Miami** 77:23 78:22 83:14

**miles** 9:10 54:10 81:5

**Mileson** 14:2 22:6 27:18 29:5,10,18,21 47:11 52:19,23 53:2, 7,16,22 54:20 55:2, 11 56:6,13 64:16

**million** 42:14,19,24, 25 43:8 60:23 62:16, 17 63:4,23 70:2,15 71:14,21 72:20 73:21 74:5 82:15

**minute** 19:18

**minutes** 36:21,22,23

**Mitchell** 68:6,9,18

**moment** 80:4

**morning** 4:2 7:5,7

**motivated** 74:3

**move** 55:18 92:25 93:8,9 94:24

**movements** 37:8

**moving** 92:13

**muffled** 91:8

**multiple** 7:11 80:13 92:18

**Music** 87:17

**N**

**named** 18:20 21:18 39:16 53:22 56:20 68:6 82:11 85:5,24 89:3 93:19

**narrow** 89:21

**Natasha** 18:21,24 19:3 20:9,23 57:9

**navigate** 16:13

**network** 76:20

**News** 75:20,24 80:10

**Ngok** 47:21

**Noble** 49:25

**noises** 96:2

**nominee** 59:9

**Notary** 6:13

**note** 6:23

**notes** 98:11

**November** 76:17,25

**number** 5:3,7 11:23 19:25 34:23 35:5 36:11 91:22

**numbers** 19:21

**numerous** 48:3

**O**

**oath** 6:17 12:9

**object** 20:12 23:25 24:17,25 25:9,20 26:6,11,16 27:9,19 28:20 29:6,12,23 30:6,18,25 31:10,20 32:2,8,20 33:2,8 38:12 39:8 40:13 41:3,9 43:4,11,20 44:8,18,25 46:2,9,16, 25 47:17,23 48:18,24 49:12 50:6,21 51:9, 17,23 52:6,16 53:4, 10,18,25 54:12,22 55:4 56:9,16 57:2,19 58:2 59:3,18,25 60:25 61:17 62:19 67:9,21 68:11 70:11 71:15 73:24 74:8 78:13 79:10 85:14 86:5 89:13,19 91:2, 17 93:25 94:10 95:6, 19 97:18 99:11

**objected** 99:12

**objection** 21:3 24:5 30:12 32:14 60:8,16, 17 61:7 70:24 99:6,7

**obscure** 22:15 23:11 25:18 48:22

**occurred** 97:16

**October** 19:6,11 20:9,10,17 56:19 57:7,9 59:21 60:6

**offer** 7:21 12:12,15 85:18

**offered** 8:16 20:2

**official** 9:20

**offshore** 48:4,8,16, 22 49:4

**ongoing** 9:25 94:11

**opportunity** 7:13 100:3

**opposed** 84:11

**option** 8:15

**order** 38:24 39:6 55:18 68:25 69:11,15 71:10,24

**Origin** 54:7

**Ostrager** 43:15 45:25

**Ostrager's** 39:6

**over/under** 65:3

**owned** 21:13 22:24 26:14 27:8 28:19 42:16 49:10 50:10,19 53:23 54:11,16,21 55:2 56:6,14 61:5 62:10,17 67:7 68:19 71:3 90:23 91:13

**owner** 15:7,11,20 16:19,23 17:7 18:2,6, 14 23:23 24:15 25:7 26:9 27:22,25 28:4,7 42:6 43:18 45:23 66:25 69:20 72:24 73:5,18 91:5 92:2,6 94:4,8,20,25 95:4 96:18

**ownership** 20:24 22:15 23:4,9,12,15, 21 24:7,13,21 25:5, 18 46:7,14 48:23 67:14 73:16

**owns** 51:3 53:16

**P**

**p.m.** 37:5 41:25 42:4 65:7,8,10 66:6 72:13, 16 79:20,23 96:12,15 98:13,16 100:22

**paid** 27:2,4,7,13,16, 17 28:14,18,24 29:3, 4 43:10

**Pangu** 52:15

**part** 14:19

**participants** 81:11, 15

**parties** 4:9 5:8 64:6 94:13 97:21

**party** 72:19 95:8

**pass** 100:14,15

**patient** 11:16

**Patricia** 4:20 6:5

**pattern** 90:3

**Paul** 5:18

**pause** 7:12

**pay** 26:4 46:20 50:25 51:13 53:14

**payment** 43:7

**pending** 4:14 96:6

**people** 75:12 93:15

**period** 79:2

**permission** 16:6,9, 12

**person** 8:12 38:23 69:21 76:10 77:11 88:14 93:18

**pertinent** 93:7

**phone** 34:23 35:5 36:11

**phonetic** 76:20

**photos** 82:10

**physically** 9:8

**picture** 82:25

**PJR** 19:9,15,24 61:20,25 62:22,24 68:23 69:5,7 74:14 76:6 77:6,7 80:23 81:24 96:24 97:3 98:20

**plan** 66:11,14,19,23 67:5,20,24 68:2

**plane** 91:21,24 92:3

**play** 74:12,19 75:4,7 77:4

**played** 75:9 76:8 77:9 80:5,25

**Plaza** 52:15

**plead** 14:20 15:13

**Podhaskie** 86:11,14, 16,19,25

**point** 14:18 19:8 83:16 92:13,14,22 93:4,6

**posed** 8:5

**positions** 95:23

**post** 19:13 73:22 74:5 80:21

**posted** 70:2 76:19 82:7 83:4

**posting** 82:10

**Powerwell** 54:9

**practice** 90:3

**pre-petition** 45:12

**preparation** 14:13

**prepare** 14:6,9 44:23

**present** 33:15,19 44:16,23 79:8 100:11

**pretty** 55:13 85:15 89:20 90:5,8

**previously** 86:12 90:20

**Princess** 55:8

**principal** 42:24 49:9 53:23

**prior** 72:18

**privilege** 10:20 45:10

**Procedures** 4:13

**proceeding** 6:2,4,8 19:24 55:15 64:7 67:13,17,25 68:15,16 85:16 89:22 94:11,14 95:9 97:21

**proceedings** 68:7

**produce** 20:2

**produced** 19:23 64:6

**Productions** 49:19

**professional** 100:8

**Profit** 49:16 62:15 89:6,11

**proof** 85:18

**property** 84:6,22 85:7

**proposed** 66:11,15, 24 67:5

**protective** 55:18

**prove** 92:14

**provided** 51:3,15 53:16 66:20

**providing** 88:20

**Public** 6:14

**purchase** 21:13,16 22:6,14,23 92:8 97:16 98:3

**purchased** 15:4,10, 15,19 21:6,9 22:9 50:10 54:20 56:13 60:22 77:22 78:16

**purchases** 64:2

**purchasing** 63:4

**purported** 23:4,9,15, 21 24:7,13,21 25:5 42:24 43:8 97:14

**purportedly** 40:24 41:6 98:3

**purposes** 48:5 63:4 67:19 68:6,14

**pursuant** 20:21 58:16 59:12,23

**put** 42:20 61:23 66:15 76:3 80:2 90:24 96:25

**Q**

**Qiang** 13:24

**Qu** 18:21,24 19:3 20:9,23 23:3 57:9,10, 13,16,23,24 58:8,9, 18,24,25 59:7,8,14

**Qu's** 23:9,15,21 24:6, 13,21 25:5

**qualification** 10:11 99:8

**question** 8:13 12:25 14:23 15:23 20:13

43:20,22,23 44:4,6 45:15,16 50:14 51:7 58:13 60:19 63:5,8, 12 69:13 72:3 74:16, 19 82:22 84:13,19 90:4,7 94:10,23 96:5, 6 98:7 99:6,9,10,19

**questions** 6:15 7:25 8:5,10 12:19 36:6 55:23,25 60:11 81:11,16 92:19 99:2, 11,22,25 100:8

**quickly** 93:10

**quote-unquote** 66:17

**R**

**raise** 60:15,18

**reach** 81:12

**read** 7:9 10:6 43:24 44:2,5,6 45:14,15,16 50:12,14 51:6,7 72:4

**reading** 20:5

**realtime** 6:25

**reason** 12:15 38:9 48:21 49:3 73:21 98:25

**receive** 10:4

**received** 6:24 19:15 52:10,24 61:25 62:24 69:7 74:14 76:6 77:7 80:23 81:24 84:3 97:3

**receives** 52:3 53:7

**receiving** 67:20

**recess** 9:3 37:3 42:2 65:8 72:14 79:21 96:13 98:14

**recognize** 62:4 63:18 75:11 82:3 97:8

**recollection** 14:16

**record** 4:5 8:24 9:2, 5,17,20 10:2,5,7,12, 18,20 11:2,19 35:19 37:2,5 41:25 42:4

65:5,7 66:6 72:13,16 79:20,23 84:8 88:17 96:12,15 98:13,16 100:21

**recording** 4:10

**recordings** 84:11,20

**redundant** 92:20

**refer** 15:6 17:22 22:18 58:6 83:7

**reference** 66:16

**references** 75:16 80:13

**referencing** 80:17 84:9,14

**referred** 39:21

**referring** 20:4 22:19 27:3 56:22 70:18 75:16,19 90:15

**refresh** 14:15

**regard** 7:10 40:16 90:20 94:23

**relate** 31:4 89:11 95:8

**related** 26:25 27:6,12 28:13,17,23 29:4 30:4,10,22 31:8 32:12,18,24 33:6 46:22 50:25 51:13 53:14 87:10,16,25 88:6 89:17,18 93:22 94:11 95:16

**relating** 20:10 30:16 31:14,18,24 32:6 57:18 64:17 81:16 86:25

**relation** 40:7 85:10

**release** 67:20

**relevance** 56:3 90:7 97:22

**relevant** 98:5

**remain** 11:7 52:11,25

**remained** 23:22 24:8,14,22 25:6 38:19

**remains** 11:11

**remember** 11:22

**remote** 4:10 7:11 8:16,19

**remotely** 4:6,8 5:8 7:18,24 8:11

**removed** 7:22

**repayment** 42:23

**repeat** 11:9

**repeated** 75:15

**repeatedly** 80:17

**reporter** 4:6 5:12 6:10 19:9 44:7 45:14, 17 50:12,15 51:8 61:20 62:21 64:24 87:12 88:21 94:6 100:11,17

**Reporting** 4:4 5:11, 14

**represent** 5:18,23

**represented** 68:5

**representing** 5:25 6:6 68:14

**request** 41:15

**requested** 8:17 58:9, 18

**requires** 10:13

**reside** 34:5

**residence** 11:19 55:7

**residing** 51:16 78:8

**respect** 37:8

**resumes** 65:10

**retain** 20:19

**retained** 20:24

**return** 38:20,24 71:24 74:6 75:2

**returned** 39:11

**review** 14:12,15 19:18

**Rich** 54:15

**rights** 8:5,9,14,22 59:14

**roles** 95:17

**Romney** 4:17 5:22 10:10,17,23 13:6,9, 11,12 19:20 20:3,12 21:3 23:25 24:17,25 25:9,20 26:6,11,16 27:9,19 28:20 29:6, 12,23 30:6,12,18,25 31:10,20 32:2,8,14, 20 33:2,8 35:13,18, 22 36:20,23 38:12 39:8 40:13 41:3,9,22 43:4,11,20,23 44:4,8, 18,25 45:8,11,14,18 46:2,9,16,25 47:17, 23 48:18,24 49:12 50:6,12,21 51:5,9,17, 23 52:6,16 53:4,10, 18,25 54:12,22 55:4, 13 56:9,16 57:2,19 58:2 59:3,18,25 60:8, 25 61:7,17 62:5,19 63:5,9,13 64:5,10 65:3 67:9,21 68:11 70:11,24 71:6,15 72:3 73:24 74:8,21 78:13 79:10 85:14 86:5 89:13,19,25 90:4 91:2,8,17 92:12 93:11,13,25 94:10 95:6,13,19 97:18 99:5,13,24

**room** 4:5,8 9:13 13:3, 17

**Rosy** 50:2

**Rudnick** 66:16

**rule** 4:12 87:3 92:21

**rules** 4:13,14 12:5

**Russ** 88:3

**S**

**sail** 39:4

**sailed** 37:15,18,23 38:2,7,10,16 78:23

**sails** 37:11

**Saraca** 54:6 73:13, 16,19 87:2,11,18

**schedules** 46:5,12, 23

**scope** 85:16 92:21 93:3 94:13

**screen** 19:21

**scroll** 63:17 82:19

**secretary** 88:10

**seeking** 87:24

**selling** 77:19

**send** 10:4,6 70:2

**September** 25:15

**serial** 91:21

**served** 86:11

**Service** 49:20

**serving** 68:9

**set** 11:12 48:5,9,22 49:4 55:24 71:9

**setting** 10:25 63:7

**shared** 35:10 36:14 45:21

**shareholder** 57:6

**shares** 19:5 20:10 58:10,19,24 59:8,15

**Shaw-crockett** 4:7 5:13

**Sherry-netherland** 87:3 97:17 98:4

**Sherry-netherlands** 11:22

**shield** 22:24 23:17 25:24

**shift** 14:19

**Shine** 50:3 86:25

**ship** 83:8

**Shore** 49:16 91:14, 22,25

**Shores** 91:6

**show** 74:10

**showing** 62:9 63:23

**shown** 69:6 84:9

**shows** 63:3

**sic** 20:9

**sides** 8:12

**sign** 83:19

**signature** 63:18,20 97:10

**signed** 20:16 83:15, 22

**significance** 97:22

**signing** 84:3

**similarly** 88:5 92:5

**simultaneous** 67:25

**simultaneously** 68:9

**social** 76:20

**Society** 87:3

**sole** 57:6

**solely** 59:16

**son** 13:23 22:6 29:18, 21 47:11 48:14 53:21 54:10,17,20 55:2,10 56:6,13 64:16

**Song** 5:21

**sort** 92:15

**sound** 74:20,21,22, 24 75:5

**source** 51:20 52:19

**speak** 10:2,18,19,22 41:19 81:18 87:23

**speaking** 76:10,25 77:11

**specialist** 5:12

**spelled** 88:18

**spend** 98:5

**Spring** 26:4,10,15,23 27:2,3,7,13,17 28:5,8 29:22 46:19 47:4 54:4 86:20,25 95:17

**Springs** 26:19

**stamp** 61:21

**start** 5:3 7:9 55:16 85:18 92:13

**state** 6:14 11:18 43:16 82:10

**state's** 4:14

**statement** 16:3 62:9 63:25

**statements** 85:9

**States** 5:5 38:21,25 78:2,5,6,9,12,19

**stating** 7:15

**stay** 73:23

**staying** 74:4

**step** 79:3

**Stevenson** 20:18

**stipulate** 4:9

**stipulated** 10:9 68:25 69:14 71:10,24

**stipulations** 9:7

**strike** 8:7 58:12 68:23 70:6 71:19 78:7

**subject** 97:19

**submitted** 66:11

**substantive** 14:19

**substantively** 8:21

**subtitles** 75:15

**Supreme** 43:16

**sustained** 99:7

**swear** 4:8 6:10

**swearing** 4:10

**sworn** 6:13,20

**T**

**tab** 61:23 97:2

**takes** 40:10

**taking** 7:24 11:2

**talk** 77:18,21

**talked** 94:18

**talking** 63:6

**tape** 5:3

**technical** 9:7

**Technologies** 84:23,24 85:6

**telling** 81:10,15 90:7

**ten** 36:21,22,23

**term** 17:14,15,16

**terms** 7:10 11:8,11 20:21 71:9,23 74:6

**testified** 6:21

**testifying** 12:9

**testimony** 7:21 12:11,16 98:20,25

**time** 8:15 56:24 57:14,16 60:11 66:23 74:23 76:14 77:23 78:5,21 79:2 95:23 98:6 99:22,23 100:6

**times** 15:3,9,14,18 16:16,21,25 17:5,9, 24 18:4,8,12,16 21:22,25 34:10,14 92:2

**tiring** 36:3

**titled** 96:25

**today** 6:2 7:11,18 12:9,16 13:4,18 14:7, 10,13,16 50:24 51:12 53:13 55:21 61:10 84:9,15 92:25 93:2 99:3,12,23 100:4,12, 19

**told** 75:20 80:2 90:12

**top** 81:3

**touch** 35:7,16

**transaction** 64:17

**transactions** 88:15

**transcript** 98:21

**transfer** 18:23 23:3, 8,14,20 24:6,9,12,16, 20,24 25:4,8 63:3,22, 23

**transferred** 20:23 25:17,23 52:12 53:2 58:24 59:9,16 61:14

**transferring** 81:16

**translate** 7:14 14:24 17:14

**translated** 6:15 43:25

**translation** 9:24 19:12

**translator** 14:23 64:25 100:18

**transport** 69:3 71:11

**Treasury** 54:6

**treated** 67:18

**tremendous** 100:18

**true** 20:7 75:23 76:24 77:14 80:9 81:7 82:6 83:3 84:11,12,16,19

**trust** 19:4,10 20:8,17, 22 57:22 58:5,7,17, 23 59:7,10,13,24 66:21 96:25 97:13,14 100:14

**trustee** 4:16 5:19 7:17 35:11 36:15 45:13 57:25 85:11

**trustee's** 8:18

**truthful** 12:12,16

**TSG** 4:4 5:11,14

**Tweet** 81:22 82:7,9, 14,19,23 83:7,13

**Tweets** 83:4

**typical** 10:25

**U**

**UBS** 61:15 62:8,14 63:3,22,24 64:13

**UBS00137** 61:21

**UBS02746** 62:23

**ultimate** 37:7,10

**Una** 13:5,14

**Uncle** 39:22

**unclear** 12:24

**uncomfortable** 72:7 79:13 100:5

**understand** 10:13 12:8,10,13,14,25 14:20 22:19 69:12 92:14,16 93:6 95:12

**understanding** 7:25

**understood** 90:14

**undisclosed** 59:23

**United** 5:5 38:21,25 78:2,5,6,9,12,19

**USA** 6:4,7 7:20 17:21,22,25 18:5,9, 13,17 25:14,18,24 30:5,11 31:18 32:6, 18 33:6 41:14 42:16, 20,23 43:8,17 44:11, 15,21 45:6,21,23 46:14 49:15,18 67:6, 12,17,18 68:3,10,15, 20 69:2,17,21 70:8, 14 71:14,20 72:20 97:23

**V**

**validity** 4:9

**vehicle** 90:23

**Ventures** 50:2

**Vetter** 76:19

**Vice** 74:11 75:20,24 80:10

**video** 4:10 5:11 74:11 75:9,12 76:4,8, 11,14,16,19,23 77:5, 9,12,14,18,21 80:5,8, 12,21,25 81:4,14 84:9,14

**videos** 84:11,20

**violate** 39:5

**W**

**waiver** 99:10

**Wan** 5:4,5,19 6:19 11:20

**Wang** 9:21 10:18 15:22 30:3,15,21 31:13,17,23 32:5 33:11,14,18,22 34:2, 4 35:8 48:14 79:12 82:22 95:15,22 100:10

**wanted** 63:10 100:2

**wasted** 100:6

**waters** 39:12

**Wei** 93:19,21 94:4,8, 20,25

**whatsoever** 97:23

**Whitecroft** 49:16 91:6,14,22,25

**wife** 14:4 47:21 48:10,13

**Wilkinson** 10:14,16, 21 11:4 13:14

**William** 39:16,18,22 40:25 41:7 69:25 81:12,18

**wire** 63:3,22

**witnesses** 7:23

**Wong** 20:18

**words** 83:10

**work** 75:6 87:10

**worked** 44:22

**working** 6:25

**wrap-up** 55:23

**write** 83:13

**wrote** 82:14 83:10

**X**

**XRS** 91:21 92:9

**Y**

**yacht** 37:11 60:23 69:4 75:16,19,21 80:13,16,17 82:11

**years** 83:14

**York** 6:14 11:21 27:2 37:15,19 43:16 49:21 50:3 54:4

**Yu** 14:5 87:20,23 88:5,9

**Yvette** 30:3,15,21 31:13,17,23 32:5 33:11 35:8 95:15

**Z**

**Zeisler** 4:18 5:23 6:6 9:13,16,23,24

**Zhang** 93:19,21 94:4, 8,20,25