**Exhibit 53**

| From: | Anthony DiBattista |
|---|---|
| To: | Tang, Darren |
| Cc: | Max Krasner; Kantor, Andrew |
| Subject: | RE: HCHK 2022 BANK Statements Needed |
| Date: | Friday, January 20, 2023 2:09:01 AM |

Anthony DiBattista

347-933-3819

On Fri, Jan 20, 2023 at 1:49 AM, Tang, Darren <Darren.Tang@marcumllp.com> wrote:

> Hi Anthony,
>
> The investment funding has just been updated into HCHK New.
>
> Best,
> **Darren Tang**
> Intern
> 730 Third Avenue
> New York, NY 10017
> P: (212) 485-5578
> Darren.Tang@marcumllp.com







**From:** Anthony DiBattista <anthony.dibattista@protonmail.com>
**Sent:** Wednesday, January 18, 2023 11:31 PM
**To:** Tang, Darren <Darren.Tang@marcumllp.com>
**Cc:** Max Krasner <maxk@hchkprop.com>; Kantor, Andrew <Andrew.Kantor@marcumllp.com>
**Subject:** RE: HCHK 2022 BANK Statements Needed

Please makew sure investment funding allocated on the bal Sheet.

attached files.

Anthony DiBattista

347-933-3819

------- Original Message -------
On Wednesday, January 18th, 2023 at 7:56 PM, Tang, Darren < Darren.Tang@marcumllp.com> wrote:

> Hi Anthony,
>
> I downloaded the seacoast and CC's. I will start on recording and reconciling those.
>
> 8054 and 7039 we have as closed from the bank statements.
>
> For 8015 and 8017 could you try uploading or have Alda upload to MFT?
> The email system doesn't allow zip files to be sent to us.
>
> MFT: https://myportal.marcumllp.com/human.aspx
> User: HCHK01
>
> PW: 45$3@Cpo
>
> Also nice to meet you Max, I work under Andrew.
>
> Thank you!
>
> Best,
> **Darren Tang**
> Intern
> 730 Third Avenue
> New York, NY 10017
> P: (212) 485-5578
> Darren.Tang@marcumllp.com







**From:** Anthony DiBattista <anthony.dibattista@protonmail.com>
**Sent:** Wednesday, January 18, 2023 3:14 AM
**To:** Tang, Darren <Darren.Tang@marcumllp.com>; Max Krasner <maxk@hchkprop.com>; Kantor, Andrew <Andrew.Kantor@marcumllp.com>
**Subject:** Re: HCHK 2022 BANK Statements Needed

@Darren ,

I sent over more stuff . Some items are not HCHK and should be identifed as correct business.

the CC was closed.

Capital CC - The finance dept needs to justify missing documents. Why items never reconciled. This acct was closed .

@Andrew , please meet Max . He will help me moving foward. I CC him .


Anthony DiBattista

347-933-3819

------- Original Message -------
On Tuesday, January 17th, 2023 at 9:52 PM, Alda Bajrami < aldab@hchktech.com> wrote:

> Hi Darren,
>
> I've gone ahead and uploaded all 2022 credit card statements for AMEX in the portal. Please see my notes below for the others you have requested.
>
> | | |
> |---|---|
> | 0063 | Anthony |
> | 0625 | Anthony |
> | 0633 | Anthony |
> | 4401 | Anthony |
> | 8015 | Anthony |
> | 8017 | Anthony |
> | 8054 | Anthony |
> | 0740 | Anthony |
> | IDB 7980 | Anthony – but, I believe this was closed on 12/22/2021 |
> | IDB 7884 | Anthony |
> | Seacoast 5031 | Anthony |
> | Seacoast 5211 | Anthony |
> | Seacoast 5301 | Anthony |
> | TD 5014 | Anthony |
> | TD 5155 | Anthony |
> | TD 5163 | Anthony |
> | TD 5171 | Anthony |
> | TD 5395 | Anthony |
> | AMEX CC 2000 | Uploaded in the portal |
> | AMEX CC 2059 | Uploaded in the portal |
> | AMEX CC 3065 | Uploaded in the portal |
> | CAPITAL ONE CC 5386 | This CC was opened by our previous CFO, but he never gave us statements before his departure. CC was paid off and closed on 2/18/2022 |
> | IDB VISA CC 3216 | Anthony |
>
> Best,
>
> Alda Bajrami
> Senior Staff Accountant
> HCHK Technologies, Inc.
> Phone: (347) 583-9341
> Email: aldab@hchktech.com
>
> ---
>
> **From:** "Tang, Darren" <Darren.Tang@marcumllp.com>
> **Date:** Tuesday, January 17, 2023 at 12:06 PM
> **To:** Alda Bajrami <aldab@hchktech.com>
> **Cc:** Max Krasner <maxk@hchkprop.com>
> **Subject:** RE: HCHK 2022 BANK Statements Needed
>
> Hi Alda,
>
> Here is the full list we need for 2022:
>
> - 0063
> - 0625
> - 0633
> - 4401
> - 8015
> - 8017
> - 8054
> - 0740
> - IDB 7980
> - IDB 7884
> - Seacoast 5031
> - Seacoast 5211
> - Seacoast 5301
> - TD 5014
> - TD 5155
> - TD 5163
> - TD 5171
> - TD 5395
> - AMEX CC 2000
> - AMEX CC 2059
> - AMEX CC 3065
> - CAPITAL ONE CC 5386

IDB VISA CC 3216

Thank you,
**Darren Tang**
Intern
730 Third Avenue
New York, NY 10017
P: (212) 485-5578
Darren.Tang@marcumllp.com





**From:** Alda Bajrami <aldab@hchktech.com>
**Sent:** Tuesday, January 17, 2023 11:50 AM
**To:** Tang, Darren <Darren.Tang@marcumllp.com>
**Cc:** Max Krasner <maxk@hchkprop.com>
**Subject:** Re: HCHK 2022 BANK Statements Needed

Hi Darren,

Yes, of course. Do you have a list of what is missing? I can upload what I have onto the portal/send via email.

Best,

Alda Bajrami
Senior Staff Accountant
HCHK Technologies, Inc.
Phone: (347) 583-9341
Email: aldab@hchktech.com

**From:** "Tang, Darren" <Darren.Tang@marcumllp.com>
**Date:** Tuesday, January 17, 2023 at 11:26 AM
**To:** Alda Bajrami <aldab@hchktech.com>
**Cc:** Max Krasner <maxk@hchkprop.com>
**Subject:** RE: HCHK 2022 BANK Statements Needed

Hi Alda,

Thank you – I just got them downloaded and will begin updating now.
Can you send the other bank / credit card statements so we can book activity?

Best,
**Darren Tang**
Intern
730 Third Avenue
New York, NY 10017
P: (212) 485-5578
Darren.Tang@marcumllp.com







**From:** Alda Bajrami <aldab@hchktech.com>
**Sent:** Monday, January 16, 2023 1:12 PM
**To:** Tang, Darren <Darren.Tang@marcumllp.com>
**Cc:** Max Krasner <maxk@hchkprop.com>
**Subject:** Re: HCHK 2022 BANK Statements Needed

Hi Darren,

Thanks for the link. I have uploaded the December 2022 M&T statements as requested. Please let me know if there is anything else needed.

Best,

Alda Bajrami
Senior Staff Accountant
HCHK Technologies, Inc.
Phone: (347) 583-9341
Email: aldab@hchktech.com

**From:** "Tang, Darren" <Darren.Tang@marcumllp.com>
**Date:** Monday, January 16, 2023 at 1:05 PM
**To:** Alda Bajrami <aldab@hchktech.com>
**Cc:** Max Krasner <maxk@hchkprop.com>
**Subject:** RE: HCHK 2022 BANK Statements Needed

Hi Alda,

Here is the site: https://myportal.marcumllp.com/human.aspx?ep=!EP!Y3aTZGrD0_STJ39hZtDvBAzhT55B!7NmWcnuFH276NG5cuUrkEcbBQi4XL_faiRNT5q3Djn5t3cFJGydDPSIIbMKUspdT6b!YEs1knb2E2aw_E6M6szKp1Q3SrYRQTkfD_VHo5PRS87rreXEDufl1OpdrOm89!dke6iCdP00SHLssToHirw4TKyAh04nOHFXRVugI4GVkSSCwb8$$

Best,
**Darren Tang**
Intern

730 Third Avenue
New York, NY 10017
P: (212) 485-5578
Darren.Tang@marcumllp.com







**From:** Alda Bajrami <aldab@hchktech.com>
**Sent:** Monday, January 16, 2023 12:08 PM
**To:** Tang, Darren <Darren.Tang@marcumllp.com>
**Cc:** Max Krasner <maxk@hchkprop.com>
**Subject:** Re: HCHK 2022 BANK Statements Needed

External Email: aldab@hchktech.com

Hi Darren,

Hope all is well! Can you forward the link to the site? I can upload the December 2022 M&T bank statements as requested.

Best,

Alda Bajrami
Senior Staff Accountant
HCHK Technologies, Inc.
Phone: (347) 583-9341
Email: aldab@hchktech.com

**From:** Max Krasner <maxk@hchkprop.com>
**Date:** Monday, January 16, 2023 at 11:59 AM
**To:** Alda Bajrami <aldab@hchktech.com>
**Subject:** FW: HCHK 2022 BANK Statements Needed

Hi Alda,

Please see below and upload all statements that you have.

Kind regards,

Max Krasner
Direct: 917-704-8035

**From:** Anthony DiBattista <anthonydLex@protonmail.com>
**Date:** Monday, January 16, 2023 at 11:52 AM
**To:** Max Krasner <maxk@hchkprop.com>
**Subject:** Fw: HCHK 2022 BANK Statements Needed

Regards,
Anthony DiBattista

------- Forwarded Message -------
From: Tang, Darren <Darren.Tang@marcumllp.com>
Date: On Monday, January 16th, 2023 at 8:50 PM
Subject: HCHK 2022 BANK Statements Needed
To: Alexandros Hadjicharalambous <alexh@hchktech.com>, Anthony DiBattista <anthonydLex@protonmail.com>
CC: Kantor, Andrew <Andrew.Kantor@marcumllp.com>

> Hi Alex,
>
> The MFT site password changed, the new login information is:
>
> User: HCHK01
> PW: 45$3@Cpo
>
> The previous documents you sent have all been booked and reconciled.
> We are missing December Statements from the batch sent for:
>
> - 2200 M&T
> - 5640 M&T
> - 2176 M&T
> - 2168 M&T
>
> Could you upload the full 2022 statements for:
>
> - 0063

- 0625
- 0633
- 4401
- 8015
- 8017
- 8054
- 0740
- IDB 7980
- IDB 7884
- Seacoast 5031
- Seacoast 5211
- Seacoast 5301
- TD 5014
- TD 5155
- TD 5163
- TD 5171
- TD 5395
- AMEX CC 2000
- AMEX CC 2059
- AMEX CC 3065
- CAPITAL ONE CC 5386
- IDB VISA CC 3216

We will get this done for you as soon as possible.
Thank you

Best,
**Darren Tang**
Intern
730 Third Avenue
New York, NY 10017
P: (212) 485-5578
Darren.Tang@marcumllp.com







**CONFIDENTIALITY NOTICE:**
The information transmitted, including this message and any attachments, is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by individuals or entities other than the intended recipient is strictly prohibited, and all liability arising therefrom is disclaimed. If you have received this in error, please notify Marcum immediately by telephone at (631) 414-4000 or (212) 485-5500 and delete the information. Marcum LLP is a New York limited liability partnership. This communication may come from Marcum LLP or any of its subsidiaries.

**DISCLAIMER:**
This communication has been prepared for informational purposes only and is not intended to constitute advertising or solicitation and should not be used or interpreted as tax or professional advice, unless otherwise stated. The content of this communication is limited to the matters specifically addressed herein and is not intended to address other potential tax consequences or the potential application of tax penalties to this or any other matter. Those seeking tax or professional advice should contact a member of our firm. Transmission of this information is not intended to create, and receipt does not constitute, any client-firm relationship. Personal or confidential information should not be sent to Marcum without first communicating directly with a member of our firm about establishing a client relationship.

**CONFIDENTIALITY NOTICE:**
The information transmitted, including this message and any attachments, is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by individuals or entities other than the intended recipient is strictly prohibited, and all liability arising therefrom is disclaime d. If you have received this in error, please notify Marcum immediately by telephone at (631) 414-4000 or (212) 485-5500 and delete the information. Marcum LLP is a New York limited liability partnership. This communication may come from Marcum LLP or any of its subsidiaries.

**DISCLAIMER:**
This communication has been prepared for informational purposes only and is not intended to constitute advertising or solicitation and should not be used or interpreted as tax or professional advice, unless otherwise stated. The content of this communication is limited to the matters specifically addressed herein and is not intended to address other potential tax consequences or the potential application of tax penalties to this or any other matter. Those seeking tax or professional advice s hould contact a member of our firm. Transmission of this information is not intended to create, and receipt does not constitute, any client-firm relationship. Personal or confidential information should not be sent to Marcum without first communicating directly with a member of our firm about establishing a client relationship.

**CONFIDENTIALITY NOTICE:**
The information transmitted, including this message and any attachments, is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by individuals or entities other than the intended recipient is strictly prohibited, and all liability arising therefrom is disclaime d. If you have received this in error, please notify Marcum immediately by telephone at (631) 414-4000 or (212) 485-5500 and delete the information. Marcum LLP is a New York limited liability partnership. This communication may come from Marcum LLP or any of its subsidiaries.

**DISCLAIMER:**
This communication has been prepared for informational purposes only and is not intended to constitute advertising or solicitation and should not be used or interpreted as tax or professional advice, unless otherwise stated. The content of this communication is limited to the matters specifically addressed herein and is not intended to address other potential tax consequences or the potential application of tax penalties to this or any other matter. Those seeking tax or professional advice s hould contact a member of our firm. Transmission of this information is not intended to create, and receipt does not constitute, any client-firm relationship. Personal or confidential information should not be sent to Marcum without first communicating directly with a member of our firm about establishing a client relationship.

**CONFIDENTIALITY NOTICE:**
The information transmitted, including this message and any attachments, is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by individuals or entities other than the intended recipient is strictly prohibited, and all liability arising therefrom is disclaime d. If you have received this in error, please notify Marcum immediately by telephone at (631) 414-4000 or (212) 485-5500 and delete the information. Marcum LLP is a New York limited liability partnership. This communication may come from Marcum LLP or any of its subsidiaries.

**DISCLAIMER:**
This communication has been prepared for informational purposes only and is not intended to constitute advertising or solicitation and should not be used or interpreted as tax or professional advice, unless otherwise stated. The content of this communication is limited to the matters specifically addressed herein and is not intended to address other potential tax consequences or the potential application of tax penalties to this or any other matter. Those seeking tax or professional advice s hould contact a member of our firm. Transmission of this information is not intended to create, and receipt does not constitute, any client-firm relationship. Personal or confidential information should not be sent to Marcum without first communicating directly with a member of our firm about establishing a client relationship.

**CONFIDENTIALITY NOTICE:**
The information transmitted, including this message and any attachments, is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by individuals or entities other than the intended recipient is strictly prohibited, and all liability arising therefrom is disclaimed. If you ha ve received this in error, please notify Marcum immediately by telephone at (631) 414-4000 or (212) 485-5500 and delete the information. Marcum LLP is a New York limited liability partnership. This communication may come from Marcum LLP or any of its subsidiaries.

**DISCLAIMER:**
This communication has been prepared for informational purposes only and is not intended to constitute advertising or solicitation and should not be used or interpreted as tax or professional advice, unless otherwise stated. The content of this commun ication is limited to the matters specifically addressed herein and is not intended to address other potential tax consequences or the potential application of tax penalties to this or any other matter. Those seeking tax or professional advice should contact a member of ou r firm. Transmission of this information is not intended to create, and receipt does not constitute, any client-firm relationship. Personal or confidential information should not be sent to Marcum without first communicating directly with a member of our firm about establish ing a client relationship.

**CONFIDENTIALITY NOTICE:**
The information transmitted, including this message and any attachments, is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by individuals or entities other than the intended recipient is strictly prohibited, and all liability arising therefrom is disclaimed. If you have received this in error, please notify Marcum immediately by telephone at (631) 414-4000 or (212) 485-5500 and delete the information. Marcum LLP is a New York limited liability partnership. This communication may come from Marcum LLP or any of its subsidiaries.

**DISCLAIMER:**
This communication has been prepared for informational purposes only and is not intended to constitute advertising or solicitation and should not be used or interpreted as tax or professional advice, unless otherwise stated. The content of this commun ication is limited to the matters specifically addressed herein and is not intended to address other potential tax consequences or the potential application of tax penalties to this or any other matter. Those seeking tax or professional advice should contact a member of our firm. Tran smission of this information is not intended to create, and receipt does not constitute, any client-firm relationship. Personal or confidential information should not be sent to Marcum without first communicating directly with a member of our firm about establishing a client relationship.