## Exhibit 54

*This Exhibit has been filed under seal.*