**Exhibit 56**

## HUDSON DIAMOND HOLDING LLC

## CONSENT OF SOLE MEMBER WITHOUT A MEETING

The undersigned, being the sole member of Hudson Diamond Holding LLC, a Delaware limited liability company (the "Company"), does hereby consent that a special meeting be dispensed with, for the purposes hereof, and does hereby take the following actions by written consent, pursuant to the provisions of Section 18-302(d) of the Delaware Limited Liability Company Act:

Adoption of the following resolutions:

| | |
|---|---|
| Resignation of Officer | **RESOLVED,** that Daniel T. Podhaskie resigned as the President and Signing Officer of the Company effective as of December 4, 2020. |
| Acceptance of Resignation | **RESOLVED**, that effective as of December 4, 2020, the resignation Daniel T. Podhaskie of as the President and Signing Officer of the Company is hereby accepted. |
| Election of Officers | **RESOLVED**, that the following persons shall serve as the officers of the Company in the positions set forth opposite their names below until the next meeting of the members and until their successors have been duly elected and have qualified, or until their earlier resignation, death or removal:<br><br>Yanping (Yvette) Wang – President and Bank Account Signing Officer<br>Max Krasner – Vice President |
| Facsimile or Electronic Signature | **RESOLVED**, that this consent may be executed by the sole member using a facsimile or other form of electronic signature, in which case the Company is entitled to rely on such signature as conclusive evidence that this consent has been duly executed by such member. |

**IN WITNESS WHEREOF**, this Consent of Sole Member Without a Meeting was executed on December 4, 2020.

1/4/2021

_____

Mei Guo

087058.00000 Business 20440730v1