**Exhibit 59**

*PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. vs.*
*KWOK HO WAN, et al*

---

*YAN PING WANG*
*October 11, 2018*

---



**ELLEN GRAUER**
COURT REPORTING CO. LLC

126 East 56th Street, Fifth Floor  New York, New York 10022
P:  212-750-6434   F:  212-750-1097
www.ellengrauer.com

*Original File 248522.TXT*
*Min-U-Script® with Word Index*

1   SUPREME COURT OF THE STATE OF NEW YORK

2   COUNTY OF NEW YORK
    ------------------------------------------------x
3   PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.,

4                           Plaintiffs,

5        -against-

6   KWOK HO WAN, a/k/a KWOK HO, a/k/a GWO WEN GUI,
    a/k/a GUO WENGUI, a/k/a GUO WEN-GUI, a/k/a WAN
7   GUE HAOYUN, a/k/a MILES KWOK, a/k/a HAOYUN GUY,

8                           Defendants.

9   Index No.: 652077/2017
    ------------------------------------------------x
10

11                          7 Times Square
                            New York, New York
12
                            October 11, 2018
13                          10:15 a.m.

14

15          Videotaped Deposition of YAN PING WANG,

16   before Shari Cohen, a Notary Public of the State

17   of New York.

18

19

20

21

22

23          ELLEN GRAUER COURT REPORTING CO., LLC
                126 East 56th Street, 5th Floor
24                 New York, New York 10022
                        212-750-6434
25                      REF:   248522

```
 1   A P P E A R A N C E S:

 2

 3   O'MELVENY & MYERS LLP

 4   Attorneys for Plaintiff

 5        7 Times Square

 6        New York, New York  10036

 7   BY:  EDWARD MOSS, ESQ.

 8        STUART SANDOFF, ESQ.

 9        LUK MIRE, ESQ.

10        PHONE  212-728-5671

11        EMAIL  emoss@omm.com

12

13

14   HODGSON RUSS

15   Attorneys for Defendant

16        605 Third Avenue

17        New York, New York  10158

18   BY:  JILLIAN MARIE SEARLES, ESQ.

19        PHONE  646-218-7591

20        EMAIL  jsearles@hodgsonruss.com

21

22

23   ALSO PRESENT:

24        DAN MACOM, Videographer

25
```

```
 1    ------------------ I N D E X -------------------

 2    WITNESS                   EXAMINATION BY         PAGE

 3    YAN PING WANG          MR. MOSS                     6

 4

 5

 6    ---------------- E X H I B I T S ----------------

 7    EXHIBIT           DESCRIPTION              FOR I.D.

 8    Exhibit 1         Subpoena                      47

 9    Exhibit 2         Affidavit                     55

10    Exhibit 3         Trademark                     58

11    Exhibit 4         E-Mail                        63

12    Exhibit 5         Defendant's Responses and     81

13                      Objections to Plaintiff's

14                      Amended First Set of

15                      Interrogatories

16    Exhibit 6         E-Mail                        93

17    Exhibit 7         E-Mail                        97

18    Exhibit 8         E-Mail                       105

19    Exhibit 9         E-Mail                       110

20

21

22              (EXHIBITS TO BE PRODUCED)

23

24

25
```

```
 1                    S T I P U L A T I O N S

 2

 3        IT IS HEREBY STIPULATED AND AGREED by and

 4   between the attorneys for the respective parties

 5   herein, that the filing, and sealing of the

 6   within deposition be waived.

 7        IT IS FURTHER STIPULATED AND AGREED that

 8   all objections, except as to the form of the

 9   question, shall be reserved to the time of the

10   trial.

11        IT IS FURTHER STIPULATED AND AGREED that

12   the within deposition may be sworn to and signed

13   before any officer authorized to administer an

14   oath with the same force and effect as if signed

15   and sworn to before the Court.

16        IT IS FURTHER STIPULATED AND AGREED that

17   a copy of the within deposition shall be

18   furnished to counsel for the Defendant.

19

20

21                        -oOo-

22

23

24

25
```

```
1              P R O C E E D I N G S

2                   THE VIDEOGRAPHER: This is the

3         videotaped deposition of Ms. Yan Ping

4         Wang taken by the plaintiff in the

5         matter of Pacific Alliance Asia

6         Opportunity Fund L.P. versus Wan, et

7         al. in the Supreme Court of the State

8         of New York, the County of New York

9         and the index number is 652077/2017.

10                  This deposition is being held

11        at the offices of O'Melveny & Myers

12        and today is October 11, 2018.

13                  My name is Dan Macom.  I'm

14        from Ellen Grauer, a U.S. Legal

15        Support Company.  Our court reporter

16        today is Ms. Shari Cohen also with

17        Ellen Grauer, a U.S. Legal Support

18        Company.

19                  We are now on the record.  The

20        time is 10:15 a.m.  I ask if all

21        counsel can state their appearances

22        for the record and after which our

23        court reporter will swear in the

24        witness.

25                  MR. MOSS: Edward Moss from
```

```
 1          O'Melveny & Myers for plaintiff
 2          Pacific Alliance.
 3                MR. SARNOFF: Stuart Sarnoff,
 4          O'Melveny & Myers for plaintiff
 5          Pacific Alliance.
 6                MR. MIRE: David Luk Mire,
 7          O'Melveny & Myers for plaintiff
 8          Pacific Alliance.
 9                MS. SEARLES: Jillian Searles
10          of Hodgson Ross for defendant Kwok Ho
11          Wan.
12   Y A N   P I N G   W A N G, called as a witness,
13          having been duly sworn by the Notary
14          Public, was examined and testified as
15          follows:
16
17   EXAMINATION BY
18   MR. MOSS:
19          Q.    Good morning.
20          A.    Good morning.
21          Q.    We met earlier.  My name is
22   Edward Moss.  I'm with the law firm of
23   O'Melveny & Myers and we are here
24   representing the plaintiff Pacific Alliance
25   in this lawsuit today.  I noticed Ms. Searles
```

```
 1                    WANG
 2   said she was representing the defendant.  Is
 3   Ms. Searles also representing you as a
 4   witness today?  Is she your lawyer?
 5          A.    My lawyer who?
 6          Q.    Are you represented by a lawyer
 7   here today?
 8          A.    Yes.
 9          Q.    Who is your lawyer?
10          A.    Jillian.
11          Q.    When did you engage Ms.
12   Searles?
13          A.    I don't remember.  Should be
14   January of this year, yes.
15          Q.    In what connection?  What is
16   the scope of her engagement with you?
17          A.    Scope about this case I
18   believe, yeah.
19          Q.    Who's paying her fees for her
20   representation of you personally?
21          A.    For me personally, the company.
22          Q.    Who is the company?
23          A.    Golden Spring New York.
24          Q.    Have you ever been deposed
25   before?
```

```
 1                      WANG
 2        A.    Yes.
 3        Q.    How many times?
 4        A.    This is the second time.
 5        Q.    What case were you deposed in
 6   for the first time?
 7        A.    The first time is an
 8   arbitration, yes.
 9        Q.    Who were the parties to the
10   arbitration?
11        A.    The parties; what do you mean
12   parties?
13        Q.    Who was suing who in the
14   arbitration, does that help?
15        A.    It's about a -- not suit, it's
16   arbitration I believe, yeah.
17        Q.    Who was complaining against
18   whom in the arbitration?
19        A.    Okay, that is a law firm
20   complain to Mr. Kwok.
21        Q.    Which law firm?
22        A.    David Boies.
23        Q.    When was that?
24        A.    You mean my deposition?
25        Q.    When did Boies Schiller begin
```

```
1                          WANG
2   the arbitration against Mr. Kwok?
3          A.    Should be -- I don't remember
4   that clearly.  In the beginning of this year.
5          Q.    What was their complaint?
6          A.    It's about their performance
7   and the legal fee I believe.
8          Q.    Were they asking Mr. Kwok to
9   pay legal fees that he had not paid?
10         A.    Yes.
11         Q.    Was Mr. Kwok deposed in that
12  lawsuit -- in that arbitration do you know?
13         A.    You mean himself?
14         Q.    Yes.
15         A.    Yes.
16         Q.    Who deposed you, did David
17  Boies depose you?
18         A.    Me, right, no, it's another law
19  firm I believe represent Boies Schiller.
20         Q.    Who was the law firm?
21         A.    I don't remember the name of
22  the law firm.
23         Q.    How much was Boies Schiller
24  claiming was owed to them?
25         A.    It's about like 400 or 500 --
```

```
1                         WANG
2    four or 500,000.
3           Q.    Is that arbitration still on
4    going?
5           A.    It's finished I believe.
6           Q.    Do you know what the result
7    was?
8           A.    I don't know yet.  The lawyers
9    are handling it.
10           Q.    Did the arbitration panel issue
11    a decision do you know?
12           A.    No, I don't know for that.
13           Q.    Other than that deposition or
14    that arbitration, you have not been deposed
15    before other than today?
16           A.    Correct.
17           Q.    You understand you are
18    testifying under oath?
19           A.    Yes.
20           Q.    And I'm sure you know, but I'll
21    quickly go over what the rules are.  I'll be
22    asking the questions, you will be answering
23    the questions.  If you don't understand the
24    question, sometimes I don't ask the best
25    questions, please let me know and I'll try to
```

```
 1                         WANG

 2    ask a better question.  If you do answer a

 3    question, I will assume that you understood

 4    the question and that you answered it to the

 5    best of your ability; is that fair?

 6         A.    Yes.

 7         Q.    Please give verbal answers, not

 8    shakes or nods of the head so the court

 9    reporter can take down your answers, do you

10    understand that?

11         A.    Yes.

12         Q.    You are allowed to nod your

13    head and say yes, that's fine, as long as

14    there is a verbal answer included?

15         A.    Yes.

16         Q.    I will try my best to wait for

17    you to finish your answer before I start my

18    next question.  Please try to wait for me to

19    finish my question before you start your

20    answer so that the court reporter can have a

21    clean record, okay?

22         A.    Okay.

23         Q.    Thank you.  Your counsel will

24    make I'm sure objections.  Those objections

25    are for the record and you are to please
```

```
 1                      WANG
 2   answer my question even if there is an
 3   objection unless your counsel instructs you
 4   not to answer and you choose to follow that
 5   instruction, okay?
 6           A.    Yes.
 7           Q.    Are you taking any drugs or
 8   medication or anything else that would impair
 9   your ability to testify truthfully today?
10           A.    No.
11           Q.    Is there any other reason you
12   cannot provide truthful testimony today?
13           A.    No.
14           Q.    Is English your first or second
15   language?
16           A.    Second.
17           Q.    I'll represent that we have
18   spoken to Ms. Searles about this and she told
19   us that we did not need a translator here
20   today, that you are comfortable doing this in
21   English.  You are comfortable doing these
22   proceedings in English?
23           A.    Yes, I'll try my best.
24           Q.    Do you believe you need a
25   translator to proceed with this deposition?
```

```
1                           WANG
2          A.    I'm fine.
3          Q.    You understand you're
4    testifying here both in your personal
5    capacity and also as a corporate
6    representative for Golden Spring New York?
7          A.    Yes.
8          Q.    Did you do anything to prepare
9    for your deposition?
10         A.    Yes.
11         Q.    Did you meet with counsel?
12         A.    Yes.
13         Q.    When did you meet with counsel?
14         A.    Last week I believe, yeah.
15         Q.    Was that Ms. Searles?
16         A.    Yes.
17         Q.    In person?
18         A.    Yes.
19         Q.    How long did you meet?
20         A.    An hour, an hour-and-a-half.
21         Q.    Was anyone else present in the
22   room besides you and Ms. Searles?
23         A.    My other counsel Mr. Mark
24   Harmon.
25         Q.    Mr. Harmon?
```

```
 1                        WANG
 2          A.     Yes, Mr. Harmon.
 3          Q.     Anyone else?
 4          A.     No.
 5          Q.     Did they show you documents
 6   during that session?
 7          A.     Yes.
 8          Q.     Did any of those documents
 9   refresh your recollection as to past events?
10          A.     Sorry, what is question
11   refresh?
12          Q.     Did any of those documents make
13   you remember something that you had known
14   previously, but that you had forgotten?
15          A.     No, I don't remember that.
16          Q.     Did you review any documents on
17   your own outside the meeting with counsel to
18   prepare for the deposition?
19          A.     No, I don't have time.
20          Q.     Did you speak to anyone else
21   besides counsel about your deposition here
22   today?
23          A.     Mr. Kwok.
24          Q.     When did you speak to Mr. Kwok
25   about your deposition?
```

|    | WANG |
|----|------|

1                        WANG
2          A.    Last week.
3          Q.    Was counsel present during that
4    conversation with Mr. Kwok?
5          A.    No.
6          Q.    Was that conversation with Mr.
7    Kwok in person or on the phone?
8          A.    In person I remember.
9          Q.    Was that conversation after Mr.
10   Kwok had been deposed?
11         A.    When he was deposed.  I don't
12   remember that clearly.  It was a very casual
13   situation.
14         Q.    What did you and Mr. Kwok
15   discuss about your deposition?
16         A.    When I was told I will be
17   deposed then I told him.  That's it.
18         Q.    Did Mr. Kwok tell you anything
19   about the substance of his testimony?
20         A.    No.
21         Q.    Did you read the transcript of
22   Mr. Kwok's deposition?
23         A.    No.
24         Q.    Did you read the transcript of
25   Mr. Ullman's deposition?

```
 1                        WANG
 2          A.    No.
 3          Q.    Did you talk to anybody else
 4    besides counsel and Mr. Kwok about your
 5    deposition?
 6          A.    No.
 7          Q.    Today when you were sworn in
 8    you gave the name Yvette Wang, W-A-N-G; is
 9    that correct?
10          A.    Yes.
11          Q.    You also go by other names?
12          A.    Yes.
13          Q.    Is one of them Yan Ping Wang?
14          A.    Yes.
15          Q.    Is one of them Yvette Wong,
16    W-O-N-G?
17          A.    It's yes, that happen before.
18    It's a mistake.  It's not mistake because
19    Cantonese they pronounce my family name
20    W-O-N-G and Mandarin is W-A-N-G.
21          Q.    Understood.  How about Yvette
22    Y-U or Y-U-E?
23          A.    No, that's not my family name.
24          Q.    Have you ever been associated
25    with the name Yvette Yu?
```

```
 1                    WANG
 2         A.    I use that name.  I use that
 3    Yue before, yes.
 4         Q.    You used the name Yvette Yue
 5    before?
 6         A.    No, I use that to register an
 7    e-mail, yeah.
 8         Q.    What is the significance of
 9    Yue?
10         A.    Because I was hacked my e-mail
11    before so I was thinking maybe use -- by the
12    way Yue is my mom's name so I use my mom's
13    name just to avoid to be hacked again.
14         Q.    When were you hacked?
15         A.    Last year.
16         Q.    In the last year?
17         A.    Yes.
18         Q.    2018?
19         A.    No, I believe 2017.
20         Q.    When in 2017?
21         A.    Start from May, April, May,
22    yes.  I don't remember that clearly.  Should
23    be April or May.
24         Q.    Are you currently employed by
25    Golden Spring?
```

```
 1                         WANG
 2         A.    Yes.
 3         Q.    What is your title?
 4         A.    President.
 5         Q.    Are you also the CEO?
 6         A.    I think it's no difference the
 7    two names.  It's the same.
 8         Q.    When did you start working for
 9    Golden Spring?
10         A.    February of this year.
11         Q.    February of 2018?
12         A.    Yes.
13         Q.    I said Golden Spring.  I
14    understand there is a Golden Spring Hong Kong
15    and a Golden Spring New York; is that
16    correct?
17         A.    Yes.
18         Q.    Can we agree for purposes of
19    today at least that since you are here on
20    behalf of the New York entity, that when I
21    refer to Golden Spring, I mean New York and
22    when I say Golden Spring Hong Kong, I mean
23    Golden Spring Hong Kong?
24         A.    Yes.
25         Q.    When you answered the question
```

```
 1                        WANG

 2    before about your current position, you

 3    understood that I meant Golden Spring New

 4    York?

 5           A.    I believe so, yes.

 6           Q.    How did it come to be that you

 7    were hired at Golden Spring in February of

 8    2018?

 9           A.    How?  What is the question? I

10    don't quite understand.

11           Q.    How did you end up at Golden

12    Spring?

13           A.    I was instructed by China

14    Golden Spring to handle this New York Golden

15    Spring.

16           Q.    When you say China Golden

17    Spring, do you mean Hong Kong?

18           A.    Yes.

19           Q.    Were you prior to February 2018

20    an employee of Golden Spring Hong Kong?

21           A.    Before 2018 February?

22           Q.    Let me try again.  At any point

23    were you an employee of Golden Spring Hong

24    Kong?

25           A.    Any point before Golden Spring
```

```
1                         WANG
2    New York it was Golden Spring Hong Kong, yes.
3            Q.    When did you become an employee
4    of Golden Spring Hong Kong?
5            A.    2015.
6            Q.    What was your title at Golden
7    Spring Hong Kong when you were hired in 2015?
8            A.    I was a manager.  I was the
9    manager, sorry.
10           Q.    What business is Golden Spring
11   Hong Kong in?
12           A.    Family office.
13           Q.    Whose family?
14           A.    The Guo family.
15           Q.    Mr. Kwok's family?
16           A.    Yes.
17           Q.    How did it come to be that you
18   started working at Golden Spring Hong Kong in
19   2015?
20           A.    How you mean the reason?
21           Q.    How did you end up at Golden
22   Spring Hong Kong?
23           A.    I came from Beijing in 2015 and
24   then the Guo family, the whole family, they
25   want me because of my language and background
```

```
 1                        WANG
 2   and education so they want me to handle the
 3   Hong Kong company by then.
 4          Q.    You moved from Beijing to Hong
 5   Kong in 2015?
 6          A.    Yes.
 7          Q.    When?
 8          A.    September 2015.
 9          Q.    How did you meet the Guo family
10   when you ended up in Hong Kong in September
11   of 2015?
12          A.    I worked in Beijing at their
13   company's organization.
14          Q.    When did you first start
15   working for Mr. Kwok's companies in Beijing?
16          A.    You mean the Guo family company
17   in Beijing?
18          Q.    Yes.
19          A.    2009.
20          Q.    Before 2009 did you do any work
21   at all for the Guo family?
22          A.    No.
23          Q.    How did you meet the Guo family
24   and come to start working for them in 2009?
25          A.    Wow, long time ago.  I was
```

```
 1                         WANG

 2   introduced to the Beijing company and then I

 3   was interviewed and then I was hired.

 4          Q.    Who introduced you?

 5          A.    I remember a friend, kind of

 6   like friend, yes, a friend of mine.

 7          Q.    What was your friend's name?

 8          A.    Should be Lucy.

 9          Q.    Lucy -- how did Lucy know the

10   Guo family?

11          A.    I don't know.

12          Q.    You said you started working

13   for the Beijing company in 2009.  Which

14   company are you referring to?

15          A.    Beijing Pangu.

16          Q.    P-A-N-G-U?

17          A.    Yes.

18          Q.    What business is Beijing Pangu

19   in?

20          A.    It's a real estate development

21   company.

22          Q.    Who owns Beijing Pangu?

23          A.    I heard it's Guo family.

24          Q.    Mr. Kwok's family owns Beijing

25   Pangu?
```

```
 1                        WANG
 2          A.    Guo family, yes.
 3          Q.    You say Guo family and I'm
 4   saying Mr. Kwok's family.  Is there a
 5   difference between those two to you?
 6          A.    It should be same because Kwok
 7   is the Cantonese interpretation of Guo so the
 8   same words but different pronunciation.
 9          Q.    Kwok K-W-O-K and Guo G-U-O are
10   the same?
11          A.    Yes.
12          Q.    When you are referring to the
13   Guo family owning Beijing Pangu, you mean Mr.
14   Kwok's family owns Beijing Pangu?
15          A.    Yes.
16          Q.    Mr. Kwok has an ownership
17   interest in Beijing Pangu?
18          A.    Ownership, no, I don't think
19   so.
20          Q.    Who in Mr. Kwok's family owns
21   Beijing Pangu?
22          A.    I don't know.
23          Q.    Do you know whether or not Mr.
24   Kwok owns part of Beijing Pangu?
25          A.    Himself?
```

```
 1                        WANG
 2          Q.    Yes.
 3          A.    No.
 4          Q.    How is it owned by the family?
 5          A.    I don't know.
 6          Q.    You don't know which family
 7   members own it?
 8          A.    I don't know.
 9          Q.    Your testimony is that people
10   in Mr. Kwok's family other than Mr. Kwok own
11   Beijing Pangu?
12          A.    Correct.
13          Q.    You don't know who?
14          A.    I don't know.
15          Q.    How do you know Mr. Kwok
16   doesn't own it?
17          A.    He told me.
18          Q.    When did he tell you that?
19          A.    When I started I believe.
20          Q.    Who interviewed you when you
21   interviewed at Beijing Pangu?
22          A.    The HR department.
23          Q.    Did Mr. Kwok interview you?
24          A.    No.
25          Q.    Did Mr. Kwok have any
```

```
1                       WANG
2    day-to-day responsibilities for Beijing
3    Pangu?
4            A.    I don't know.
5            Q.    You worked there, right?
6            A.    Yes.
7            Q.    Did you come across Mr. Kwok
8    when you worked there?
9            A.    Yes, I met him in there.
10           Q.    Did he have an office there?
11           A.    No.
12           Q.    In what context did you meet
13   him there?
14           A.    Like he came to the company,
15   then I translate for him, then he left, then
16   I kind of like stand by for him.  I was his
17   translator by then.
18           Q.    Was he an officer or employee
19   of Beijing Pangu?
20           A.    Sorry, what's the question?
21           Q.    Was he an employee of Beijing
22   Pangu?
23           A.    No.
24           Q.    Was he officer or director of
25   Beijing Pangu?
```

```
 1                        WANG
 2          A.    No.
 3          Q.    What was he doing there?
 4          A.    I was a translator and by then
 5    I handle his like his foreigner guest then I
 6    did translation for them and then when
 7    there's no need, there is no foreigner
 8    visiting him, then I was not needed so then I
 9    went back to my office so I don't know what
10    is his activity, you know, without me being
11    there.
12          Q.    So somebody would come to have
13    a business meeting with Mr. Kwok in English
14    and you would translate?
15          A.    Yes, I translate.
16          Q.    Did they discuss Beijing Pangu
17    business?
18          A.    Not really, not really.
19          Q.    What was discussed when you
20    would translate in those meetings?
21          A.    Like design.  I remember like
22    the furniture design or the house design, you
23    know, designer from other country.
24          Q.    Furniture design for the
25    Beijing Pangu offices?
```

```
 1                    WANG
 2        A.    I don't know whether it's for
 3   Beijing Pangu, but design the furniture, that
 4   kind of stuff.
 5        Q.    Did you work for Beijing Pangu
 6   from 2009 all the way until you moved to Hong
 7   Kong in September 2015?
 8        A.    No, I took a break in the
 9   middle.
10        Q.    When did you take a break?
11        A.    2012.
12        Q.    2012 until when?
13        A.    Until 2015, beginning of 2015.
14        Q.    You worked for Beijing Pangu
15   from 2009 to 2012?
16        A.    2009, yes.
17        Q.    Generally what did you do when
18   you worked there between 2009 and 2012?
19        A.    Basically I was a translator.
20        Q.    Did you do anything else
21   besides that?
22        A.    No.
23        Q.    Did you do any personal work
24   for Mr. Kwok other than translating between
25   2009 and 2012 when you were working for
```

```
 1                        WANG
 2   Beijing Pangu?
 3          A.    No, mainly about translation,
 4   written, oral.  Oral written translation.
 5          Q.    Did you ever meet any other
 6   member of the Kwok or Guo family when you
 7   were working for Beijing Pangu?
 8          A.    Yes, I did.
 9          Q.    Which ones?
10          A.    I remember like his brothers
11   and his nephews a couple of them.
12          Q.    Were they owners of Beijing
13   Pangu?
14          A.    I don't know.
15          Q.    Who made decisions at Beijing
16   Pangu?
17          A.    What decisions?
18          Q.    In terms of Beijing Pangu
19   invested in real estate, right?
20          A.    Yes.
21          Q.    Beijing Pangu created -- it
22   developed real estate in China, right?
23          A.    Yes.
24          Q.    Who were the business people
25   who were making those decisions about what to
```

```
 1                        WANG
 2  invest in and what to build?
 3         A.    I don't know.
 4         Q.    Did Mr. Kwok have any
 5  involvement in that?
 6         A.    I don't know.
 7         Q.    You just had an office and
 8  whenever they asked you to translate
 9  something you went into a room and
10  translated; that was the extent of your job?
11         A.    Yes.
12         Q.    Why did you leave in 2012 to
13  take a break?
14         A.    I was pregnant and I give birth
15  to my son.
16         Q.    You took off between 2012 and
17  2015?
18         A.    Beginning 2015, yes.
19         Q.    Did you do any work for Mr.
20  Kwok during that time?
21         A.    No.
22         Q.    Between 2009 and '12 when you
23  were at Beijing Pangu, did you do any work
24  for Mr. Kwok other than translating?
25         A.    Translation.  Only translation.
```

```
 1                        WANG
 2          Q.    You said early 2015.  Did you
 3   go back to work at Beijing Pangu in early
 4   2015?
 5          A.    No, I was off like only for my
 6   son.
 7          Q.    So did you have any other job
 8   after 2012 but before you moved to Hong Kong?
 9          A.    No.
10          Q.    Then you moved to Hong Kong in
11   2015 to work in September of 2015 to work for
12   Golden Spring Hong Kong?
13          A.    Yes.
14          Q.    Were you asked by someone to
15   move to Hong Kong or did you move there for
16   personal -- for your own reasons?
17          A.    Company informed me I need to
18   go to Hong Kong and help there.
19          Q.    Which company?
20          A.    The Beijing Pangu.
21          Q.    Who informed you?
22          A.    The HR department.  I don't
23   remember who, but I was informed by HR.
24          Q.    So Beijing Pangu's HR
25   department informed you that they wanted you
```

```
 1                        WANG
 2    to go to Hong Kong to work for Hong Kong
 3    Golden Spring?
 4           A.    They said they needed help by
 5    then because there is many English involved
 6    in there so I went there.
 7           Q.    But did they ask you to go work
 8    for Golden Spring Hong Kong specifically?
 9           A.    Yes.
10           Q.    What did you understand the
11    relationship to be between Beijing Pangu and
12    Golden Spring Hong Kong?
13           A.    You mean by understanding?
14           Q.    Yeah.
15           A.    They belong to the family,
16    yeah.
17           Q.    Mr. Kwok's family?
18           A.    The Guo family.
19           Q.    Both companies belong to Mr.
20    Kwok's family; that was your understanding?
21           A.    I don't know really the
22    relationship, but that is my guess.
23           Q.    Did you have any contact with
24    Mr. Kwok between 2012 and 2015 when you were
25    off from work?
```

```
 1                        WANG
 2          A.    Yes, we did.
 3          Q.    What was the nature of that
 4    contact?
 5          A.    Like hello, how are you. Then I
 6    told him -- I send him my son's photo.  He
 7    said congratulations like social.
 8          Q.    Any business conversations?
 9          A.    No.
10          Q.    With whom did you work at Hong
11    Kong Golden Spring when you got there in
12    September 2015?
13          A.    You mean who is the leader or
14    who is my colleague by then?
15          Q.    Let's start with who was the
16    leader?
17          A.    The leader by then, there is no
18    general manager in there by then.
19          Q.    Who was the most senior person
20    at Golden Spring Hong Kong?
21          A.    Golden Spring Hong Kong they
22    have a financial manager by then and two or
23    three like secretary, assistant, yeah.
24          Q.    By that time Mr. Kwok was
25    already in New York when you moved to Hong
```

```
 1                          WANG
 2     Kong to work for Golden Spring Hong Kong in
 3     September 2015?
 4              A.    Yes.
 5              Q.    Who did you report to at Golden
 6     Spring Hong Kong?
 7                   MS. SEARLES: I'm going to
 8              object here.  I let you go through her
 9              background to find out her employment
10              history, but Golden Spring Hong Kong
11              is not at all part of what we agreed
12              to do for attachment proceedings.
13              It's not part of what we've laid out
14              as the categories that we would allow
15              testimony to go into so I'm going to
16              direct her to not answer questions
17              about Golden Spring Hong Kong.  If you
18              have questions about the apartment or
19              any of the other things we've agreed
20              to, but just to continue to ask her
21              about a company that has nothing to do
22              with this case or the attachment
23              issues is just not relevant and it's
24              not what we agreed to.
25                   MR. MOSS: When you say we, you
```

```
1                          WANG

2         mean it's not what you've unilaterally

3         determined is the scope of discovery?

4               MS. SEARLES: Yes and you and I

5         have had multiple conversations and

6         you were well aware that if you went

7         out of these areas that we would

8         object and we would direct not to

9         answer so I'm just going forward with

10        that.

11              MR. MOSS: I'm certainly aware

12        of your position on improper

13        objections and instructions.

14        Q.    Who did you report to at Golden

15   Spring Hong Kong?

16              MS. SEARLES: Same objection.

17              MR. MOSS: You are instructing

18        her not to answer?

19              MS. SEARLES: Yes, I'm

20        instructing you not to answer.

21        Q.    What was your job at Golden

22   Spring Hong Kong?

23              MS. SEARLES: Same objection.

24        I'm instructing you not to answer.

25        Q.    Were you a translator at Golden
```

```
 1                      WANG
 2    Spring Hong Kong?
 3              MS. SEARLES: Same objection.
 4         Instructing you not to answer and I
 5         believe that was already asked and
 6         answered.
 7         Q.    Are you going to choose to
 8    follow your counsel's instructions?
 9         A.    Yes.
10         Q.    You said in February of 2018
11    you came to work for Golden Spring New York?
12         A.    Yes.
13         Q.    Did somebody ask you to move to
14    New York?
15         A.    Golden Spring Hong Kong ask me.
16         Q.    Who asked you?
17         A.    The owner, director, owner. I
18    don't know the precise name.
19         Q.    Who was that person?
20         A.    The family -- one of the family
21    members.
22         Q.    Which one?
23         A.    I don't know his precise number
24    because they have many people. Then the HR
25    told me that I should go to New York to help.
```

```
                              WANG
 1
 2           Q.     So you knew that that direction
 3    was coming from a family member of Mr. Kwok,
 4    you just don't know which family member?
 5           A.     Correct.
 6           Q.     Did they tell you why they
 7    wanted you to move to New York?
 8           A.     No.
 9           Q.     Did you ask?
10           A.     I don't.  I didn't.
11           Q.     They just asked you to move
12    from Hong Kong to New York and you just said
13    yes, sure, I'll go?
14           A.     Yes.
15           Q.     Did they tell you what your
16    role was going to be at Golden Spring New
17    York?
18           A.     They said manage, still manage.
19           Q.     Were you the manager at Golden
20    Spring Hong Kong?
21           A.     Yes.
22           Q.     Was there anyone more senior to
23    you?
24           A.     Yes.
25           Q.     Who were those people?
```

```
 1                          WANG
 2          A.    Senior than me, I never meet
 3     her.
 4          Q.    So there was one person more
 5     senior to you at Golden Spring Hong Kong, it
 6     was a female, but you never met her?
 7          A.    Correct.
 8          Q.    How many employees did Golden
 9     Spring Hong Kong have?
10               MS. SEARLES: Objection. We are
11          going back into the same area that we
12          just discussed.  This has nothing to
13          do with Golden Spring Hong Kong at all
14          and I'm going to direct you not to
15          answer.
16               MR. MOSS: You don't have to
17          make a speech every time. You can just
18          instruct her if you want to get out of
19          here faster. It's up to you.
20               MS. SEARLES: I don't think I'm
21          making a speech every time, but I
22          clearly feel the need to repeat myself
23          because we are going back into the
24          exact same territory that I just
25          discussed.
```

```
 1                        WANG
 2              MR. MOSS: That you
 3         unilaterally think is outside the
 4         scope and I don't.  You're right.
 5         Q.    As manager of Golden Spring
 6    Hong Kong, did you do anything other than
 7    translate?
 8              MS. SEARLES: Objection.
 9         Directing you not to answer.
10         Q.    Did you ever serve in any non
11    translator role in your jobs at Beijing Pangu
12    or Hong Kong Golden Spring?
13         A.    What's that?
14         Q.    Did you ever perform any job
15    other than translator at Beijing Pangu or
16    Hong Kong Golden Spring?
17         A.    Beijing Pangu translator.
18         Q.    How about Hong Kong Golden
19    Spring?
20         A.    Yes.
21         Q.    What were your duties and
22    responsibilities as the manager of Golden
23    Spring Hong Kong?
24              MS. SEARLES: Objection.  I'll
25         direct the witness not to answer.
```

```
 1                        WANG
 2          Q.    What title did you get when you
 3    came to Golden Spring New York in February
 4    2018?
 5          A.    Title, manager.
 6          Q.    What were the duties and
 7    responsibilities of you as manager?  What
 8    were your duties and responsibilities as
 9    manager?
10          A.    Maintain like the office
11    running.
12          Q.    What did that involve?
13          A.    Like build a team and then work
14    together with the team, yeah.
15          Q.    When was Golden Spring New York
16    formed?
17          A.    When, right?
18          Q.    When?
19          A.    2015.
20          Q.    Before you got to Golden Spring
21    New York in February of 2018, who worked for
22    Golden Spring?  Did it have any employees
23    before you got there?
24          A.    I don't know.
25          Q.    Can you identify one person who
```

```
 1                        WANG
 2   worked at Golden Spring New York before
 3   February 2018?
 4        A.    I don't know them.
 5        Q.    You don't know if there are any
 6   people or you just can't name them?
 7        A.    I remember there was a driver I
 8   met, a chauffeur, a Korean gentleman, yes.
 9        Q.    You believe he was an employee
10   of Golden Spring before February 2018?
11        A.    February 2018, that was he told
12   me by then.
13        Q.    You met a chauffeur who told
14   you that he was an employee of Golden Spring
15   New York?
16        A.    Yes.
17        Q.    When was that?
18        A.    When I came to New York he pick
19   me up in airport.
20        Q.    So other than a chauffeur, you
21   cannot identify any employees of Golden
22   Spring New York who were employees before
23   February of 2018?
24        A.    Correct.
25        Q.    You said your job was to build
```

```
 1                        WANG
 2    the team.  How many people did you hire?
 3          A.     Seven or eight.
 4          Q.     What business was Golden Spring
 5    New York in when you started working for it
 6    in February of 2018?
 7          A.     Family office.
 8          Q.     Mr. Kwok's family?
 9          A.     Guo family.
10          Q.     Mr. Kwok is Mr. Guo, right?
11          A.     Yes.
12          Q.     So when I say Mr. Kwok's family
13    and you say Guo family, I will ask you again
14    is there a difference?
15          A.     It's different.
16          Q.     Why is it different?
17          A.     Because Guo family I heard they
18    have more than 100 family member and only --
19    I believe only Mr. Kwok he use Kwok so when I
20    say Guo, that means the whole family, not his
21    family.  Not his personal family.
22          Q.     What do you mean it means the
23    whole family and not his personal family?
24          A.     The whole family including his
25    brothers, like nephews, niece and the whole
```

```
 1                       WANG
 2   Guo G-U-O family and himself is Kwok.
 3           Q.    So during your whole time since
 4   2009 working for this family, how many family
 5   members have you met besides Mr. Kwok?
 6           A.    I don't remember.  A lot.
 7           Q.    A lot?
 8           A.    Yeah.
 9           Q.    Can you name any of them?
10           A.    Brothers, his brothers.
11           Q.    Anyone else?
12           A.    As I just said a niece and a
13   nephew, the family member in like single
14   family.
15           Q.    Can you remember the name of
16   any person you met who was in the Guo family
17   besides Mr. Kwok?
18           A.    I believe, for example, like
19   his elder brother number five and number six
20   elder brother, yeah.
21           Q.    Do you have a name?
22           A.    I'm a little bit confused.
23   Should be like Guo Wen Gui.
24           Q.    Who is that?
25           A.    He's either number five or
```

```
1                         WANG
2    number six brother, yeah.
3            Q.    What business -- so Golden
4    Spring you said is a family office Golden
5    Family New York.  Can you tell me more about
6    what it does?
7            A.    More.  What do you mean more?
8    What do you want to know?  I don't understand
9    this question.
10           Q.    What does Golden Spring do?
11           A.    Okay, like prepare for the new
12   project and trying to work the project when
13   it was in the very, very beginning.
14           Q.    What types of projects?
15           A.    Like website.
16           Q.    What types of websites?
17           A.    It's kind of like social media
18   website.
19           Q.    Is it Mr. Kwok's social media?
20           A.    I don't understand. What do you
21   mean Mr. Kwok's social media?
22           Q.    Mr. Kwok has a YouTube channel?
23           A.    Yes.
24           Q.    Is that one of the projects
25   that Golden Spring works on?
```

```
 1                          WANG
 2          A.    Not really.
 3          Q.    What do you mean not really?
 4   Can you answer it yes or no?
 5          A.    Yes.
 6          Q.    Golden Spring New York, one of
 7   its projects is Mr. Kwok's YouTube channel?
 8          A.    He has a YouTube channel that's
 9   a yes and he manage his YouTube by himself.
10          Q.    So what social media and
11   website projects does Golden Spring work on?
12          A.    What social media, it's a
13   social media platform that can let people
14   communicate like post a photo or post radio
15   of that.
16          Q.    Golden Spring New York runs its
17   own social media platform?
18          A.    No.
19          Q.    So what does it do?  I'm not
20   understanding what it does?
21          A.    Golden Spring help to start
22   this social media platform.
23          Q.    Golden Spring is currently in
24   the process of developing a social media
25   platform?
```

```
 1                      WANG
 2         A.    Yes.
 3         Q.    Like a competitor to Facebook
 4  or Instagram?
 5         A.    Yes.
 6         Q.    Any other business?
 7         A.    For now, no.
 8         Q.    Whose idea was it to come up
 9  with the -- to start a social media platform?
10         A.    I don't know.
11         Q.    Is Mr. Kwok involved in this
12  project?
13         A.    Involved, what do you mean
14  involved?
15         Q.    Have you ever heard the word
16  involved before?
17         A.    I know this word.  If you say
18  involved that he has one of the user account
19  on this social media platform.
20         Q.    The social media platform is
21  already up and running?
22         A.    Yes.
23         Q.    What's the platform's name?
24         A.    It's called Guo.media, the
25  family name.
```

```
 1                        WANG
 2         Q.    Mr. Kwok's name Guo, right?
 3         A.    G-U-O, the family name.
 4         Q.    How many users does this
 5   platform have?
 6         A.    A lot.
 7         Q.    Thousands?
 8         A.    I don't remember the precise
 9   numbers.  It changes like every day.
10         Q.    What do you do as manager other
11   than build the team and supervise?
12         A.    My job like if there is a bug
13   happen and we sit down with the engineer and
14   explain to them because I myself use it as
15   one of a user as well.
16         Q.    Do you serve as an
17   administrator for the interests of Mr. Kwok?
18         A.    You mean the paper say in
19   there?
20         Q.    I'm asking you whether or not
21   you serve as an administrator for Mr. Kwok's
22   interests?
23         A.    Yes.
24         Q.    What does that mean?
25         A.    Translator, assistant.
```

```
1                        WANG
2          Q.    Anything else?
3          A.    No.
4                MR. MOSS: Exhibit 1.
5                (Exhibit 1, Subpoena, marked
6          for Identification.)
7          Q.    You have been handed Exhibit 1
8    which is a Subpoena to Golden Spring New York
9    Ltd. dated July 13, 2018 served by my client
10   and I'll direct -- take as long as you need
11   to look at the document, but I'll direct your
12   attention to page 4, Exhibit A which has a
13   list of deposition topics.  Do you see that?
14         A.    Yes.
15         Q.    Have you ever seen this
16   document before?
17         A.    Let me read this.
18         Q.    Sure.
19         A.    Yes, I receive this.
20         Q.    I want to go through the
21   topics, the deposition topics and I just want
22   to understand which ones you are here to
23   testify about today?
24         A.    Yes.
25         Q.    Number one is the formation and
```

```
 1                           WANG

 2   business purpose of Golden Spring New York

 3   Ltd.  Are you here to testify about that

 4   today?

 5         A.    Yes.

 6         Q.    Who formed Golden Spring New

 7   York?

 8         A.    I don't know.

 9         Q.    What did you do to prepare

10   yourself to testify on the formation and

11   business purpose of Golden Spring New York

12   Ltd?

13         A.    Sorry, what is the question, my

14   preparation?

15         Q.    What did you do to prepare

16   yourself on topic one if you don't even know

17   who formed the company?

18         A.    Because the formation happen in

19   2015 and I was instructed to manage this

20   office from beginning of this year so I don't

21   know what happened before me.

22         Q.    So my question is a little bit

23   different.  You understand as a 30(b)(6)

24   corporate representative that you have an

25   obligation to educate yourself about the
```

```
 1                      WANG
 2   topics on which you are here to testify.  Do
 3   you know that?
 4           A.    I don't know that.
 5           Q.    No one told you that?
 6           A.    I don't remember.
 7           Q.    You didn't do anything to
 8   educate yourself on the formation and
 9   business purpose of Golden Spring New York
10   Ltd?
11               MS. SEARLES: I'm going to
12           object again because as you're well
13           aware multiple of these topics are
14           outside of the scope of what we've
15           agreed to.
16               MR. MOSS: Is this topic
17           outside the scope of what you agreed
18           to?
19               MS. SEARLES: Yes, if you look
20           back at our correspondence, this is
21           one of the topics.  I've let you go
22           into background, but this is not a
23           topic that is listed.
24               MR. MOSS: Okay.
25           Q.    Number two, Ms. Wang, the
```

```
1                        WANG

2    corporate and organization structure of

3    Golden Spring New York Ltd.

4              MR. MOSS: First I'll ask I

5         guess, Ms. Searles, is this a topic

6         that you think is in the scope of

7         discovery?

8              MS. SEARLES: Not in the scope

9         of the attachment discovery.

10        Q.    Ms. Wang, have you done

11   anything to educate yourself about the

12   corporate and organization structure of

13   Golden Spring New York Ltd?

14             MS. SEARLES: Objection.

15        Direct the witness not to answer.

16        Q.    Number three, the assets of

17   Golden Spring New York including but not

18   limited to the assets administered, owned,

19   controlled, pledged or transferred, did you

20   do anything to educate yourself on this

21   topic?

22             MS. SEARLES: Objection. Direct

23        you not to answer.  This is outside

24        the scope.

25        Q.    Number four is Golden Spring
```

```
 1                        WANG
 2   New York's relationship to Miles Kwok and any
 3   entities directly or indirectly controlled by
 4   him including but not limited to Geneva and
 5   Shiny Times and Beijing Pangu.  Did you do
 6   anything to educate yourself to testify on
 7   this topic number four?
 8                MS. SEARLES: Objection.  It's
 9           outside the scope.
10                MR. MOSS: Are you directing
11           her not to answer the question?
12                MS. SEARLES: Directing her not
13           to answer, yes.
14           Q.    Number five we agreed is
15   outside the scope so I'm not going to ask you
16   about that.  Number six, the 2015 purchase of
17   the residence.  Did you do anything to
18   educate yourself on this topic?
19           A.    No.
20           Q.    You have no personal knowledge
21   at all about the 2015 purchase of the
22   residence because that happened in New York
23   and you were on leave in Beijing at the time,
24   right?
25           A.    Yes.
```

```
 1                        WANG
 2         Q.    You didn't do anything to
 3   educate yourself on that, right?
 4         A.    No.
 5         Q.    Did anyone explain to you that
 6   you had a duty to do that as a 30(b)(6)
 7   witness?
 8         A.    I don't remember that.
 9         Q.    You don't remember anyone
10   giving you that instruction?
11         A.    No, I don't remember.
12         Q.    Number seven, any efforts to
13   sell or transfer the residence.  Did you do
14   anything to educate yourself on that issue?
15         A.    No.
16         Q.    Do you have personal knowledge
17   about efforts to sell or transfer the
18   residence?
19         A.    No.
20         Q.    Number eight, any actual or
21   potential pledge of the assets of Geneva
22   Holdings, LLC or Geneva Holdings Corporation
23   BVI including but not limited to any actual
24   or potential pledge of the residence.  Did
25   you do anything to educate yourself on topic
```

```
 1                         WANG
 2   eight?
 3         A.    No.
 4         Q.    Do you have any personal
 5   knowledge about the issues in topic eight?
 6         A.    No.
 7         Q.    Number nine, the termination of
 8   any pledge of the assets of Geneva Holdings
 9   LLC or Geneva Holdings Corporation BVI
10   including but not limited to any pledge of
11   the residence.  Did you do anything to
12   educate yourself on topic nine?
13         A.    No.
14         Q.    You have no personal knowledge
15   about anything in topic nine, right?
16         A.    No.
17         Q.    You don't have any personal
18   knowledge, correct?
19         A.    No.
20         Q.    I'm correct?
21         A.    Sorry, you are correct.
22         Q.    Thank you.  You see topic
23   number ten the Affidavit of Yan Ping Wang
24   submitted as president of Golden Spring in
25   the above captioned action, do you see that?
```

```
1                          WANG
2          A.    Yes.
3          Q.    I assume you have personal
4     knowledge of the Affidavit because you
5     submitted it, right?
6          A.    Yes.
7          Q.    You know you submitted the
8     Affidavit, correct?
9          A.    Yes.
10              MR. MOSS: Now is a good time
11         for a quick break; is that okay with
12         you?
13              THE WITNESS:  Yes.
14              THE VIDEOGRAPHER: We are now
15         off the record.  The time is 11:10
16         a.m.
17              (Recess taken.)
18              THE VIDEOGRAPHER: This is tape
19         two of the deposition of Ms. Yan Ping
20         Wang. We are now back on the record.
21         The time is 11:22 a.m.
22         Q.    Ms. Wang, do you know that
23    Golden Spring was incorporated in March 2015
24    in Delaware and registered to do business in
25    New York?
```

```
 1                        WANG
 2          A.    I heard about this.
 3          Q.    From who?
 4          A.    From the corporation attorney.
 5          Q.    I don't want to get into any --
 6   I'm not going to ask you about conversations
 7   you had with Ms. Searles or Mr. Harmon and I
 8   also don't want to know about conversations
 9   you had with anyone who was acting as a
10   lawyer for Golden Spring so just that's a
11   privilege issue and I don't want to get into
12   that, okay?
13          A.    Okay.
14          Q.    But thank you for testifying.
15   If you want to move to strike it you can.  Do
16   you understand that Mr. Kwok set up Golden
17   Spring New York in April 2015 by transferring
18   funds from one of his own accounts to a bank
19   account in New York?
20          A.    I don't know this.
21                MR. MOSS: Exhibit 2.
22                (Exhibit 2, Affidavit, marked
23          for Identification.)
24          Q.    You have been handed Exhibit 2.
25   It's an Affidavit submitted in the Supreme
```

```
 1                          WANG

 2    Court of the State of New York in a case

 3    called Ace Decades Holdings Limited v. UBS

 4    and it's signed by Mr. Kwok.  Have you ever

 5    seen this document before?

 6              A.    No.

 7              Q.    I would like to direct your

 8    attention to page -- there are no page

 9    numbers.  To paragraph 36.  Do you see it

10    says in April 2015 Mr. Wong, Ms. Fu and Ms.

11    Lam assisted me with setting up Golden Spring

12    New York by transferring funds from one of my

13    accounts at UBS to Golden Spring New York's

14    JP Morgan Chase Bank account in New York.  Do

15    you see that?

16              A.    Yes, I see that.

17              Q.    If you take a look on the

18    second to last page, do you see that there is

19    a -- it says I swear the foregoing is true

20    and correct and there is a signature of Kwok

21    Ho Wan, it's on the Chinese version it says.

22    Do you see that?

23              A.    Which page?

24              Q.    Yes, right there.  You see it

25    says I swear that the foregoing is true and
```

```
 1                      WANG
 2   correct?
 3          A.    Yes.
 4          Q.    It says the signature of Kwok
 5   Ho Wan is on the original version in Chinese,
 6   do you see that?
 7          A.    I see this page, yes.
 8          Q.    Paragraph 36 about Mr. Kwok
 9   setting up Golden Spring by transferring
10   funds from one of his own accounts, do you
11   have any reason to doubt that that's true?
12          A.    I don't know this.
13          Q.    Do you think Mr. Kwok was lying
14   in his Affidavit?
15          A.    No.
16               MS. SEARLES: Objection.
17          Again, this is outside the scope.  I'm
18          going to direct her not to answer.  I
19          don't see how this is relevant to the
20          attachment issues.
21          Q.    Do you have any reason to doubt
22   that Mr. Kwok actually did as he testifies in
23   his Affidavit set up Golden Spring New York
24   with his own money?
25               MS. SEARLES: Objection.  Same
```

```
 1                        WANG

 2           objection.  Direct the witness not to

 3           answer.

 4           Q.    Did Golden Spring apply for

 5    the trademark Miles Kwok?

 6                 MS. SEARLES: Objection.  It's

 7           outside the scope.  I'm going to

 8           direct you not to answer.

 9                 MR. MOSS: Great.  Keep doing

10           it.

11                 MS. SEARLES: There is no need

12           to be sarcastic.

13                 MR. MOSS: I'm not being

14           sarcastic, Jillian.  It's completely

15           improper.

16                 MS. SEARLES: We had this

17           discussion beforehand.  We had the

18           opportunity to go to court.  I told

19           you what would happen.  We chose not

20           to go to court.  It is what it is.

21                 MR. MOSS: Exhibit 3.

22                 (Exhibit 3, Trademark, marked

23           for Identification.)

24           Q.    You have been handed Exhibit 3

25    which is a trademark.  It's a printout from a
```

```
 1                          WANG
 2    trademark search of the U.S. Patent &
 3    Trademark Office website relating to the word
 4    mark Miles Kwok that's owned by the applicant
 5    Golden Spring New York.  Do you see that?
 6              A.    Yes.
 7              Q.    Have you ever seen this
 8    document before?
 9              A.    No.
10              Q.    Did you know Golden Spring New
11    York owned the trademark Miles Kwok?
12              A.    I don't know.
13              Q.    This application -- do you have
14    any understanding why Golden Spring owns the
15    trademark Miles Kwok?
16              A.    I don't know.
17              Q.    Who was making decisions for
18    Golden Spring in June of 2017?
19              A.    I don't know.
20              Q.    You don't know of any employee
21    of Golden Spring who existed at that time
22    other than the chauffeur, right?
23              A.    You're right.
24              Q.    We can move on from that
25    document.  Does Mileson Kwok -- let me start
```

```
 1                    WANG
 2  again. Do you know Mileson Kwok?
 3          A.    Yes.
 4          Q.    Is that Mr. Kwok's son?
 5          A.    Yes.
 6          Q.    Have you ever met him in
 7  person?
 8          A.    Yes.
 9          Q.    Does he have any role at Golden
10  Spring?
11          A.    I don't know.
12          Q.    You never interacted with him
13  in regard to any Golden Spring business?
14          A.    No.
15          Q.    Have you ever interacted with
16  Mr. Kwok in connection with any Golden Spring
17  business?
18          A.    No.
19          Q.    Do you make business decisions
20  for Golden Spring?
21          A.    No.
22          Q.    Who does?
23          A.    The mother company.  I'm not
24  quite clear about that.
25          Q.    When you say the mother
```

```
 1                      WANG
 2   company, you mean Golden Spring Hong Kong?
 3        A.    Yes.
 4        Q.    But you are not quite clear on
 5   who makes business decisions for the company
 6   of which you are a president?
 7        A.    No.
 8        Q.    You are in fact the highest
 9   ranking person at Golden Spring New York,
10   right?
11        A.    Yes.
12        Q.    Does Golden Spring have a
13   physical office?
14        A.    Yes.
15        Q.    Is it at 800 Fifth Avenue?
16        A.    Yes.
17        Q.    Has that always been the office
18   since you started working for Golden Spring
19   in February 2018?
20        A.    Yes.
21        Q.    Are you involved at all in --
22   strike that.  Does Golden Spring have a lease
23   for those offices?
24        A.    Yes.
25        Q.    Is the company the leasing
```

```
 1                      WANG

 2    agent or the leasing company called Urbana

 3    Properties, does that sound right to you?

 4         A.    Yes.

 5         Q.    Do you have any involvement

 6    with them?

 7         A.    No.

 8         Q.    Do you recall a situation in

 9    which Golden Spring ignored an outstanding

10    request from Urbana Properties for an overdue

11    balance to be paid?

12              MS. SEARLES: Objection.

13         Direct the witness not to answer.

14         Again, we are going well outside the

15         scope.

16         Q.    Are you going to choose to

17    follow that instruction too?

18         A.     Yes.

19         Q.    Do you know who Karin

20    Maistrello is?

21         A.    I don't remember.

22         Q.    Is she --

23         A.    Karin M-A-S, yes, I know.

24         Q.    Who is she?

25         A.    She's the employee of Golden
```

```
 1                         WANG
 2   Spring New York.
 3         Q.    What does she do?
 4         A.    Translator.
 5         Q.    Is she a full-time employee?
 6         A.    Yes.
 7         Q.    Who does she translate for?
 8         A.    The Guo media, the website.
 9         Q.    What does she translate?
10         A.    Like the button because it's
11   bilingual website so she needs to correct
12   that.
13               MR. MOSS: Exhibit 4.
14               (Exhibit 4, E-Mail, marked
15         for Identification.)
16         Q.    You have been handed Exhibit 4
17   which is an e-mail exchange between you and
18   Kathy Sloane from Friday, May 12, 2017.  Do
19   you see that?
20         A.    Yes, I see this.
21         Q.    This relates to the lease for
22   Golden Spring at 800 Fifth Avenue and also
23   the potential sale of the Sherry-Netherland
24   apartment, do you see that?
25         A.    Yes, the subject is about this.
```

```
 1                        WANG
 2           Q.    About those two things, right?
 3           A.    Correct.
 4           Q.    You were in Hong Kong at the
 5   time in May 2017?
 6           A.    I don't remember.  I was
 7   traveling.  Yes, I should be in Hong Kong.
 8           Q.    You were not an employee of
 9   Golden Spring New York, but rather you were
10   an employee of Golden Spring Hong Kong,
11   right?
12           A.    Yes.
13           Q.    You were working still on the
14   800 Fifth Avenue lease for Golden Spring New
15   York?
16           A.    I was copied on this issue.
17           Q.    You were not copied, you were
18   being sent -- you were the only recipient of
19   this e-mail, right?
20           A.    Yes.
21           Q.    Do you know who Kathy Sloane
22   is?
23           A.    Yes.
24           Q.    You were dealing with Ms.
25   Sloane on both the Golden Spring lease and
```

```
 1                     WANG
 2    the Sherry-Netherland potential sale, right?
 3          A.    Yes.
 4          Q.    Why were you dealing with a
 5    lease for Golden Spring New York if you
 6    didn't work for Golden Spring New York at the
 7    time?
 8          A.    Because Golden Spring New York
 9    is owned by Golden Spring Hong Kong.
10          Q.    Why weren't people at Golden
11    Spring New York dealing with this issue?
12          A.    I don't know.
13          Q.    Because there were no employees
14    besides the chauffeur?
15          A.    I guess.
16          Q.    Do you remember this issue that
17    Ms. Sloane apparently had to convince Urbana
18    Properties to do business with Golden Spring?
19          A.    This is from e-mail seems like.
20          Q.    I can read the e-mail too.  I'm
21    asking whether or not you remember it?
22          A.    I don't know.
23          Q.    Do you remember Urbana
24    Properties felt that they were being taken
25    advantage of because Golden Spring was not
```

```
 1                        WANG
 2   paying their bills and they were off shore
 3   and could not be reached?
 4          A.    I don't know about this.
 5          Q.    You have no recollection of
 6   this e-mail or this situation?
 7          A.    No.
 8          Q.    Do you recall generally that
 9   Golden Spring didn't pay certain bills on
10   time?
11          A.    Sorry, what's the question?
12          Q.    Do you recall generally that
13   Golden Spring did not pay certain bills on
14   time?
15          A.    I don't know.
16          Q.    You don't know one way or the
17   other if that's true?
18          A.    Since I'm here there is no that
19   kind of situation.  Before me I don't know.
20          Q.    Here it references Peggy?
21          A.    Yes.
22          Q.    Who is Peggy?
23          A.    She's the employee of Hong Kong
24   Golden Spring.
25          Q.    What does she do?
```

```
 1                    WANG
 2        A.    Administration.
 3        Q.    What does that mean?
 4        A.    The office of the admin work.
 5        Q.    You see at the top here of this
 6   e-mail is from Kathy Sloane to you
 7   Yvettewong7@Gmail.com, do you see that?
 8        A.    Yes, I saw this.
 9        Q.    Do you still have that e-mail
10   address?
11        A.    No.
12        Q.    Was that e-mail address hacked?
13        A.    Correct.
14        Q.    How many of your e-mail
15   addresses were hacked?
16        A.    A couple of them.
17        Q.    How many e-mail addresses do
18   you have?
19        A.    Four or five.
20        Q.    Why?
21        A.    Because I was hacked, always
22   hacked.
23        Q.    But at any given time you'd
24   only have one e-mail address?
25        A.    Only one, I don't remember
```

```
 1                         WANG
 2    that.
 3           Q.     When was Yvettewong7@Gmail
 4    hacked?
 5           A.     The last half year of 2017.
 6           Q.     At the end of 2017?
 7           A.     The last half after June of
 8    2017.
 9           Q.     The second half?
10           A.     Yes, the second half.  My
11    language, I'm sorry.
12           Q.     How did you learn that it was
13    hacked?
14           A.     I lost my access.
15           Q.     Did you ever try to recover
16    this particular e-mail address
17    YvetteWong7@Gmail.com?
18           A.     I tried to recover my Gmails.
19    I don't remember if this one is included.  It
20    should be included.
21           Q.     When did you do that?
22           A.     After I was hacked.
23           Q.     What happened?
24           A.     I didn't recover that.
25           Q.     Why not?
```

```
 1                        WANG
 2           A.    I don't know.  The Google
 3      doesn't give me that like a way or channel.
 4           Q.    Google told you that it was not
 5      possible?
 6           A.    No. I mean I applied my lost
 7      password via their online, you know, there is
 8      a procedure like you use another e-mail and
 9      try to recover this one.  They will send you
10      kind of like a verification code, but I never
11      received any verification code.
12           Q.    Did you follow up when you
13      didn't receive a verification code?
14           A.    What do you mean follow up?
15           Q.    If you didn't receive a
16      verification code, did you contact Google and
17      say why not, I need my verification code?
18           A.    No, I didn't.
19           Q.    Did you make any effort to
20      restore your hacked e-mails in the last few
21      months?
22           A.    You mean from now?
23           Q.    Since June of this year have
24      you made any efforts to restore your lost
25      e-mails?
```

```
1                         WANG
2          A.    The last e-mail which I was
3     hacked before, right?
4          Q.    Right.
5          A.    I didn't.
6          Q.    Are you sure one way or the
7     other whether or not you tried to restore
8     this Yvettewong7@gmail.com?
9          A.    You mean did I try again?
10         Q.    Sorry.  You testified that
11    right after you were hacked some time in
12    2017, late 2017 you tried to restore some of
13    your Gmails, right?
14         A.    Yes, correct.
15         Q.    Are you sure that this
16    Yvettewong7@gmail address was one of the ones
17    you tried to restore?
18         A.    Yes.
19         Q.    Because you weren't sure a few
20    minutes ago?
21         A.    I'm not sure, yes.
22         Q.    So you're not sure?
23         A.    I'm sure it's one of them.
24         Q.    What made you become sure in
25    the last few minutes?
```

```
 1                         WANG
 2         A.    Because this is one of my
 3    Gmail.  I recall I tried all my Gmail by
 4    then.
 5         Q.    Have you used a Gmail address
 6    since you were hacked at the end of 2017?
 7         A.    No.
 8         Q.    What e-mail address do you use
 9    now?
10         A.    The company e-mail.
11         Q.    What's that?
12         A.    It's Gsny.com.
13         Q.    Gsny.com?
14         A.    Yes.
15         Q.    Do you know whether or not that
16    e-mail address was searched in connection
17    with this case to try to find documents
18    relating to this case?
19         A.    Sorry, do you mean did I try to
20    search?
21         Q.    Yeah, the GS -- let me take a
22    step back.  You understand that in July of
23    this year we sent document requests to the
24    other side to you to collect documents for
25    this case?
```

```
1                        WANG
2          A.    My attorney told me.
3          Q.    At that time you did not try to
4     restore your Gmail account, right?
5          A.    No, I didn't.
6          Q.    My question is whether or not
7     you searched your Gsny.com e-mail address in
8     response to our requests?
9          A.    I did.
10         Q.    You personally conducted the
11    search?
12         A.    Yes.
13         Q.    Did you find any documents?
14         A.    No.
15         Q.    You didn't find a single
16    document relating to the apartment?
17         A.    No.
18         Q.    Do you still communicate with
19    Ms. Sloane by e-mail about the apartment?
20         A.    No.
21         Q.    When did you stop?
22         A.    I don't remember.
23         Q.    Do you use an e-mail address
24    called Gkoffice@protonmail.com?
25         A.    Correct.
```

```
 1                    WANG
 2         Q.    What's that?
 3         A.    That's before Gsny.com.
 4         Q.    That's a company e-mail address
 5  before?
 6         A.    No, Proton is not company
 7  e-mail.  It's just like Google, but I was
 8  told it's safer so I give up Google.
 9         Q.    Was your Proton mail account
10  ever hacked?
11         A.    For now, no.
12         Q.    No, so far it has not been
13  hacked?
14         A.    No.
15         Q.    That's a good thing.  Did you
16  search your Proton mail, your
17  Gkoffice@protonmail.com e-mail address to
18  respond to requests of ours in this case?
19         A.    I did.
20         Q.    Did you find any documents?
21         A.    No.
22         Q.    Is it your practice to delete
23  e-mails?
24         A.    What do you mean my practice to
25  delete e-mails?
```

```
 1                        WANG
 2           Q.    Do you clean out your inbox?
 3    Do you delete e-mails?
 4           A.    No.
 5           Q.    You save all your e-mails?
 6           A.    Correct.
 7           Q.    If you sent an e-mail from your
 8    Protonmail.com e-mail address to Kathy
 9    Sloane, that would still be in your e-mails?
10           A.    Should be.
11           Q.    How about your Golden Spring
12    Gsny e-mail account, is it your practice to
13    delete e-mails from that account?
14           A.    No.
15           Q.    So if you sent e-mails from
16    that account, they should still be in there,
17    right?
18           A.    Correct.
19           Q.    Because that has not been
20    hacked either, has it?
21           A.    Not for now.
22           Q.    Have you heard of a company
23    called Geneva?
24           A.    Geneva, yes, I heard.
25           Q.    Have you heard that there are
```

```
 1                         WANG
 2    two Geneva Holdings LLC and Geneva Holdings
 3    Corporation BVI?
 4            A.    I'm not quite clear about that,
 5    but I heard Geneva.
 6            Q.    What's your understanding of
 7    what Geneva is?
 8            A.    I heard Geneva owns the Sherry.
 9            Q.    Owns the apartment?
10            A.    Yes, owns the apartment.
11            Q.    Who did you hear that from?
12            A.    From Mr. Kwok.
13            Q.    Mr. Kwok told you that?
14            A.    Yes.
15            Q.    When did Mr. Kwok tell you
16    that?
17            A.    I don't remember that.  Long
18    time ago.  I don't remember that.
19            Q.    You don't draw any distinction
20    between the two Geneva entities; you just
21    think of it all as Geneva?
22            A.    Correct.
23            Q.    Do you know if Golden Spring
24    has any relationship to Shiny Times?  Strike
25    that.
```

```
 1                         WANG
 2              Have you ever heard of a
 3   company called Shiny Times?
 4         A.    Yes.
 5         Q.    Does Golden Spring have any
 6   relationship to Shiny Times?
 7         A.    I don't know.
 8         Q.    Does Geneva have any
 9   relationship to Shiny Times?
10         A.    I don't know.
11         Q.    Is the first time you ever
12   heard about Geneva when Mr. Kwok told you
13   about it?
14         A.    Correct.
15         Q.    Has anyone else ever discussed
16   Geneva with you other than what you may have
17   discussed with counsel?
18         A.    No.
19         Q.    Have you ever reviewed any of
20   the documents setting up Geneva, the
21   corporate formation documents?
22         A.    No.
23         Q.    Can you tell me everyone you
24   can think of who has knowledge of information
25   relating to the formation of Geneva?
```

```
 1                       WANG

 2          A.     Mr. Kwok.

 3          Q.     Anyone else?

 4          A.     No, I don't know.

 5          Q.     Because he set it up?

 6          A.     I don't know.

 7          Q.     Did he ever tell you who set it

 8    up?

 9          A.     No.

10          Q.     He just told you that it owns

11    the apartment?

12          A.     Yes.

13          Q.     You understand that Mr. Kwok

14    ultimately owns the apartment because he owns

15    Geneva?

16          A.     I'm not quite clear about that.

17          Q.     You are not sure who owns

18    Geneva?

19          A.     Yes.

20          Q.     Could you tell me everyone you

21    know who has knowledge -- strike that. You

22    understand that the Sherry-Netherland

23    residence was purchased in 2015?

24          A.     I heard about that.

25          Q.     Who told you about that?
```

```
1                          WANG
2          A.     Mr. Kwok.
3          Q.     What did he tell you?
4          A.     I don't remember.  It's a long
5   time ago.
6          Q.     Who do you think of as the
7   owner of the apartment?
8          A.     I don't know because I never
9   see any paper in front of me so I don't know.
10  It's all I heard from him, but I don't know.
11         Q.     Do you think he owns it?
12         A.     I don't know.  I cannot guess.
13         Q.     Who would have knowledge of
14  information relating to the purchase of the
15  residence in 2015 by Geneva?
16         A.     I don't know.
17         Q.     Would Mr. Kwok have that
18  knowledge?
19         A.     That would be my guess.
20         Q.     Can you identify anyone else
21  who is acting on behalf of Geneva to purchase
22  the residence?
23         A.     I don't know them.
24         Q.     How about Kathy Sloane; would
25  she have knowledge about the purchase of the
```

```
 1                        WANG
 2   residence?
 3         A.    I heard she was the broker.
 4         Q.    Have you ever heard anything
 5   about the residence at the Sherry-Netherland
 6   being on the market?
 7         A.    I heard that.
 8         Q.    Is it still on the market?
 9         A.    I don't know.  I didn't check.
10         Q.    Who told you it was on the
11   market?
12         A.    Mr. Kwok.  I don't remember.  I
13   don't remember.
14         Q.    Did you ever have any
15   discussions with anyone other than Mr. Kwok
16   about the residence being on the market?
17         A.    No.
18         Q.    Who has knowledge of
19   information relating to the potential sale of
20   the apartment?
21         A.    I don't know.
22         Q.    Mr. Kwok does, right?
23         A.    That would be my guess.
24         Q.    Anyone else you could think of?
25         A.    No, I don't know.
```

WANG

1

2          Q.    We talked a little bit earlier

3    -- I had asked you about any pledges.  You

4    don't have any personal knowledge about any

5    pledges of the apartment?

6          A.    No, I don't know that.

7          Q.    Do you know who would have that

8    knowledge?

9          A.    I don't know.

10         Q.    Do you know whether or not the

11   apartment has been pledged at all; you just

12   don't know?

13         A.    I don't know that.

14         Q.    Have you ever had any

15   discussions with anyone about pledging the

16   apartment?

17         A.    No.

18         Q.    Did you tell Mr. Kwok that the

19   apartment had been pledged?

20         A.    No.

21         Q.    Because you have no idea if

22   it's been pledged or not, right?

23         A.    Correct.

24         Q.    Have you ever heard anything

25   about pledges of Geneva?

```
 1                          WANG
 2          A.     No.
 3          Q.     You never told Mr. Kwok that
 4   Geneva was pledged?
 5          A.     No.
 6          Q.     He never told you that it was
 7   pledged?
 8          A.     No.
 9          Q.     You never had any discussion
10   with Mr. Kwok about pledges?
11          A.     No.
12          Q.     Can you identify for me anyone
13   who would have knowledge about any potential
14   pledge of the residence?
15          A.     I don't know.
16                 MR. MOSS: Exhibit 5.
17                 (Exhibit 5, Defendant's
18          Responses and Objections to
19          Plaintiffs' Amended First Set of
20          Interrogatories, marked
21          for Identification.)
22          Q.     You have been handed Exhibit 5
23   which is a document entitled -- you see there
24   is a bold title on the right Defendant's
25   Responses and Objections to Plaintiffs'
```

```
 1                        WANG
 2   Amended First Set of Interrogatories, do you
 3   see that?
 4            A.    Yes, I see this.
 5            Q.    I'll represent to you that
 6   these are questions, written questions that
 7   we sent to your lawyers that we asked for
 8   answers to, okay?
 9            A.    Okay.
10            Q.    Take a minute to look through
11   this document if you would and it's quite a
12   long document so take your time and my
13   question is just whether or not you have ever
14   seen this document before?
15            A.    Yes, I saw this before.
16            Q.    When did you see it?
17            A.    I don't remember.  This year.
18   Beginning of this year.  I don't remember.
19   This year. For sure this year.
20            Q.    In what context did you see it?
21            A.    What context, what do you mean?
22            Q.    Let me ask you a better
23   question.
24            A.    Sorry, my language.
25            Q.    No, it was a bad question. Have
```

```
 1                         WANG
 2    you ever read this whole document?
 3           A.    I don't remember this.
 4           Q.    Let me see if I can clarify.  I
 5    think you testified that you have seen this
 6    document?
 7           A.    Yes, I see this, yes.
 8           Q.    So my question is have you ever
 9    read the document?
10           A.    Yes, I read.
11           Q.    When was that?
12           A.    Middle of this year or
13    beginning this year.
14           Q.    Did you provide any information
15    in response to this document?  That's a bad
16    question.
17                 Did you provide any of the
18    information in this document?
19           A.    No.
20           Q.    Do you know who did?
21           A.    Mr. Kwok.
22           Q.    How do you know that?
23           A.    Because I remember I translated
24    for him explain -- translated.
25           Q.    Did you do a written
```

```
 1                        WANG
 2   translation into characters for him or did
 3   you read it to him?
 4        A.    I don't remember that clearly.
 5   I definitely did oral, but written I don't
 6   remember clearly.
 7        Q.    How long did it take you to
 8   read this whole document to him?
 9        A.    An hour.
10        Q.    Did Mr. Kwok have any comments
11   on the document?
12        A.    I don't remember that clearly.
13        Q.    Did Mr. Kwok tell you that he
14   thought you were leaving some people off of
15   the list, that people should be added to the
16   document that were not added?
17        A.    No.
18        Q.    Did Mr. Kwok understand that he
19   was swearing under oath, under penalty of
20   perjury when he signed this document?
21        A.    Yes, I believe so.
22        Q.    You discussed that with him?
23        A.    No, I didn't discuss, but
24   common sense that he should tell the truth,
25   right.
```

```
1                        WANG
2            Q.    If you could take a look on
3    page 24, the very last page?
4            A.    Yes.
5            Q.    Is that Mr. Kwok's signature?
6            A.    Yes.
7            Q.    Thank you.  We can move on from
8    that document.
9            A.    Okay.
10           Q.    I want to turn a little more to
11   the apartment so we talked about earlier you
12   had nothing to do with the 2015 purchase of
13   the apartment, right?
14           A.    No.
15           Q.    You have no idea where the
16   money came from to purchase the apartment?
17           A.    I don't know.
18           Q.    No one ever told you?
19           A.    No.
20           Q.    You don't know whose idea it
21   was to purchase the apartment?
22           A.    I don't know.
23           Q.    You don't even know if Mr. Kwok
24   owns it or not, right?
25           A.    Correct.
```

```
 1                      WANG
 2          Q.    Are you aware that the
 3   apartment was put on the market to be sold in
 4   October of 2015?
 5          A.    October 2015, I don't know.
 6          Q.    Do you know that at some point
 7   it was put on the market?
 8          A.    I heard about that.
 9          Q.    From whom?
10          A.    Mr. Kwok.
11          Q.    When did he tell you that?
12          A.    I don't remember.
13          Q.    Does October of 2015 sound
14   right to you about when the apartment was put
15   on the market?
16          A.    I really don't remember.
17          Q.    You had no role I assume in
18   putting the apartment on the market?
19          A.    No.
20          Q.    Have you had any role in trying
21   to help facilitate the sale of the apartment?
22          A.    No.
23          Q.    Do you talk to Ms. Sloane about
24   the sale of the apartment?
25          A.    No.
```

1                          WANG

2          Q.    Do you talk to Ms. Sloane about

3    potential bidders for the apartment?

4          A.    I don't remember that.

5          Q.    You ever talk to Ms. Sloane

6    about whether or not there would be a

7    co-broker on the apartment?

8          A.    Co-broker.

9          Q.    Like another broker in addition

10   to Ms. Sloane?

11         A.    Yes.

12         Q.    So you have had some

13   discussions with Ms. Sloane about selling the

14   apartment?

15         A.    I was instructed by Mr. Kwok to

16   translate and pass the message.

17         Q.    What was the message?

18         A.    Like Kathy will show people the

19   apartment, the time.

20         Q.    Mr. Kwok instructed you to pass

21   messages to Kathy Sloane about showing the

22   apartment to prospective purchasers?

23         A.    No, I don't remember that

24   clearly.  It's Kathy reach out to me and said

25   she would like to show the apartment and then

```
 1                         WANG
 2    I pass the message to Mr. Kwok and then
 3    reply.
 4          Q.    Did you communicate often with
 5    Ms. Sloane about the apartment?
 6          A.    Often you mean?
 7          Q.    Often, frequently?
 8          A.    No.
 9          Q.    You send e-mails with her about
10    the apartment?
11          A.    I believe yes.
12          Q.    Do you understand that the
13    apartment, the price of the apartment was
14    lowered in June of 2016 from 85 million to 78
15    million?
16          A.    I don't remember that clearly.
17          Q.    Do you remember that the
18    apartment was put on the market for 85
19    million?
20          A.    I don't remember that.  I never
21    check what is that.
22          Q.    Do you generally remember that
23    over the course of time the price has been
24    lowered a couple of times?
25          A.    I heard about that.
```

```
 1                        WANG
 2         Q.    Who told you about that?
 3         A.    Kathy.
 4         Q.    It was Mr. Kwok's decision to
 5   lower the price?
 6         A.    I don't know.
 7         Q.    Who else's decision could it
 8   have been?
 9         A.    I don't know.
10         Q.    Can you think of anyone else
11   who has the decision making authority over
12   the apartment?
13         A.    No, I don't know.
14         Q.    As far as you know, as far as
15   you're concerned you take directions relating
16   to the apartment from Mr. Kwok?
17         A.    Yeah because I translate them.
18         Q.    As far as you know, Mr. Kwok is
19   the decision maker with respect to the
20   apartment?
21         A.    I don't know.  That would be my
22   guess if you ask me -- if you force me to
23   answer that would be my guess, but I don't
24   know.
25         Q.    You have taken direction from
```

```
 1                    WANG
 2  Mr. Kwok relating to the apartment, right?
 3         A.    Yes.
 4         Q.    You have never taken direction
 5  from anybody else relating to the apartment,
 6  right?
 7         A.    No.
 8         Q.    You have never heard about
 9  anyone else making any decisions relating to
10  the apartment besides Mr. Kwok, right?
11         A.    Mr. Kwok mention the family,
12  but I don't know who, yeah.
13         Q.    What did he say?
14         A.    I don't remember that clearly.
15         Q.    When he mentioned family, what
16  did he say?
17         A.    I don't remember that clearly.
18  Kind of like family sort of don't want to
19  lower the price that way, but Kathy was
20  trying to tell the family or Mr. Kwok to
21  lower the price.
22         Q.    When you say Kathy was trying
23  to tell the family, to your knowledge has Ms.
24  Sloane ever spoken to anyone in Mr. Kwok's
25  family?
```

```
 1                         WANG
 2          A.    I don't know.
 3          Q.    You have never been present
 4   when Ms. Sloane has spoken to anyone else in
 5   Mr. Kwok's family?
 6          A.    No.
 7          Q.    You cannot identify anyone in
 8   Mr. Kwok's family who has spoken to Ms.
 9   Sloane other than Mr. Kwok himself?
10          A.    Correct.
11          Q.    Are you aware that in June of
12   2016 there was an attempt to transfer
13   ownership of the apartment to Mr. Kwok's son?
14          A.    Which year?
15          Q.    2016?
16          A.    I don't know.
17          Q.    Let me ask a better question.
18   Were you ever involved or heard about any
19   attempts to transfer ownership of the
20   apartment to Mr. Kwok's son?
21          A.    I don't know this.
22          Q.    Did you ever hear anything
23   about an attempt to transfer ownership of the
24   apartment to anyone?
25          A.    No.
```

```
 1                      WANG
 2          Q.    Other than --
 3          A.    I don't know.
 4          Q.    Other than trying to sell it of
 5   course, right?
 6          A.    No, I don't know this.
 7          Q.    Do you know someone named Yong,
 8   Y-O-N-G?
 9          A.    Yes.
10          Q.    Who is Yong?
11          A.    I heard she's an employee of a
12   company.
13          Q.    Of one of Mr. Kwok's companies?
14          A.    I don't know which one.
15          Q.    But of one of Mr. Kwok's
16   company's as opposed to somebody else's
17   company, right?
18          A.    I don't know.
19          Q.    When you said I heard she's an
20   employee of a company, what did you mean?
21          A.    He come from Beijing like me.
22          Q.    Did you believe that he worked
23   for Mr. Kwok?
24          A.    I don't know.
25          Q.    Do you think he worked for Mr.
```

```
 1                      WANG
 2   Kwok's family?
 3          A.    Yes.
 4          Q.    Have you ever met him in
 5   person?
 6          A.    I met her a couple of times.
 7          Q.    You have gone back and forth a
 8   few times between him and her?
 9          A.    Sorry, it's my language.  Her.
10          Q.    Yong is a woman?
11          A.    Yes.
12          Q.    Female?
13          A.    Correct.
14               MR. MOSS: Exhibit 6.
15               (Exhibit 6, E-Mail, marked
16          for Identification.)
17          Q.    You have been handed Exhibit 6
18   which is an e-mail chain involving Yong,
19   Michael Ullman and Helen Manis.  We talked
20   about Yong.  Do you know who Michael Ullman
21   is?
22          A.    He is the manager of Sherry.
23          Q.    Have you dealt with Mr.
24   Ullman?
25          A.    Dealt with, yes.
```

```
 1                         WANG
 2          Q.    Have you ever met him in
 3   person?
 4          A.    Yes.
 5          Q.    What types of issues do you
 6   deal with Mr. Ullman on?
 7          A.    Like the repair, maintenance,
 8   yeah.
 9          Q.    What about Helen Manis, have
10   you ever heard that name?
11          A.    No, I don't know this person.
12          Q.    So if I could turn your
13   attention to the very last page of the
14   document?
15          A.    Okay.
16          Q.    You see it says Dear Mr.
17   Ullman, I have forwarded your letter to our
18   lawyer regarding to the transfer of the
19   apartment to Mileson, do you see that?
20          A.    Yes, I see this.
21          Q.    This is from Yong, do you see
22   that?
23          A.    Yes, I see this.
24          Q.    Did Yong have responsibility
25   for dealing with the Sherry-Netherland on Mr.
```

```
 1                        WANG
 2   Kwok's behalf?
 3        A.    I don't know.  That would be my
 4   guess yes because of the e-mail here.
 5        Q.    When it says the transfer of
 6   the apartment to Mileson, Mileson is Mr.
 7   Kwok's son, right?
 8        A.    Correct.
 9        Q.    Does this refresh your
10   recollection at all about a potential
11   transfer of the apartment to Mr. Kwok's son?
12        A.    You mean refresh my memory?
13        Q.    Yes.
14        A.    No, I had no idea about this.
15        Q.    You never had any discussions
16   about it?
17        A.    No.
18        Q.    If you look at the next e-mail
19   if you turn the page you see there's a June
20   26, 2016 --
21        A.    Sorry, which page?
22        Q.    Page SN 0022.
23        A.    Okay.
24        Q.    Do you see at the bottom of
25   that page from Helen Manis it says Dear Mr.
```

```
 1                        WANG
 2   Ullman, thank you for your e-mail, do you see
 3   where I'm reading?
 4          A.    Yes.
 5          Q.    The property is currently owned
 6   by an LLC that's ultimately beneficially
 7   owned by Mr. Kwok, do you see that?
 8          A.    I see this.
 9          Q.    You don't know whether or not
10   that's true, right?
11          A.    I don't know.
12          Q.    It says as you know, we want to
13   undertake some restructuring in relation to
14   the property so that the ultimate beneficial
15   ownership will pass to his son, do you see
16   that?
17          A.    Yes.
18          Q.    Does that refresh your
19   recollection about a restructuring to pass
20   the apartment to Mr. Kwok's son?
21          A.    I never heard about this.
22          Q.    You ever hear anything about
23   putting the apartment in a trust for Mr.
24   Kwok's son?
25          A.    No, I never heard about this.
```

```
 1                       WANG
 2          Q.    Did Mr. Kwok ever instruct you
 3    to try to add his son as a contact person for
 4    the apartment?
 5          A.    Yes.
 6          Q.     When was that?
 7          A.    What's the question so you ask
 8    the reason or process?  I don't know your
 9    question.  I don't understand your question.
10          Q.    Sure, no problem.  The question
11    was when, at what time?
12          A.    I don't remember.  I don't
13    remember that.
14          Q.    Mr. Kwok was the one who gave
15    you that instruction?
16          A.    Correct.
17          Q.    Did you discuss that issue with
18    Mr. Ullman in person or just over e-mail?
19          A.    Just e-mail, a message e-mail.
20          Q.    Did you discuss that with Ms.
21    Sloane?
22          A.    Sloane, no.
23                MR. MOSS: Exhibit 7.
24                (Exhibit 7, E-Mail, marked
25          for Identification.)
```

```
 1                        WANG
 2            Q.    You have been handed Exhibit 7
 3   which is an e-mail chain produced by the
 4   Sherry-Netherland between you and Mr. Ullman,
 5   do you see that?
 6            A.    Yes.
 7            Q.    This e-mail address is
 8   Yvette.yue423@Gmail.com.  Is this when you
 9   changed your Gmail address to Yvette Ua
10   because the Yvette Wong e-mail address we
11   looked at earlier had been hacked by this
12   point?
13            A.    Correct.
14            Q.    Did this Gmail address get
15   hacked also?
16            A.    Correct.
17            Q.    I'd like to just direct your
18   attention to your e-mail on the page SN
19   00284, sorry, 0284, it's the last page, do
20   you see that?
21            A.    Yes.
22            Q.    This is an e-mail you write on
23   June 12, 2017 at 3:46 a.m., do you see that?
24            A.    Yes.
25            Q.    You were in Hong Kong at the
```

```
 1                    WANG
 2   time?
 3        A.    I don't remember.  I was
 4   traveling a lot.
 5        Q.    This is before you moved to New
 6   York?
 7        A.    Correct.
 8        Q.    You say thank you very much
 9   again for your time last week regarding a
10   couple of issues we discussed. Kindly please
11   see my reply as below.  Do you see that?
12        A.    I saw this.
13        Q.    Did you meet with Mr. Ullman in
14   person or did you talk to him on the phone?
15        A.    Both.
16        Q.    When you say here thank you
17   very much for your time last week, do you
18   know if that meeting or that time last week
19   was in person or on the phone?
20        A.    I don't remember that.
21        Q.    Did you ever meet -- you moved
22   here in February 2018, right?
23        A.    Correct.
24        Q.    Did you ever meet with Mr.
25   Ullman before you moved here?
```

```
 1                        WANG
 2         A.    I don't remember.  I don't
 3   remember that.
 4         Q.    When you say you don't remember
 5   that, do you think you did meet with him or
 6   you did not meet with him before you moved
 7   here?
 8         A.    Meet with him.
 9         Q.    Before you moved here?
10         A.    Correct.
11         Q.    Let me try it again.  Do you
12   believe that you met with Mr. Ullman in
13   person before you moved to New York in
14   February 2018?
15         A.    Yes.
16         Q.    When do you think you met with
17   him in person?
18         A.    I met with him for a terrace
19   case in which year, 2016.
20         Q.    This is the lawsuit that Mr.
21   Kwok filed against the Sherry-Netherland, is
22   that what you're referring to?
23         A.    Yes.
24         Q.    A lawsuit relating to a leak or
25   maintenance of his apartment?
```

```
 1                         WANG
 2          A.    Correct.
 3          Q.     Under what circumstances did
 4    you meet with Mr. Ullman regarding that
 5    lawsuit?
 6          A.    Mr. Kwok told me to talk with
 7    Mr. Ullman about send contractor to the
 8    terrace without telling the owner.
 9          Q.    So let's look at this e-mail.
10    You see here point five I was told that our
11    contact person to Sherry is my principal
12    himself. Again for the convenience of family,
13    could we change this person to be my
14    principal son, do you see that?
15          A.    I see this.
16          Q.    That was you -- and by
17    principal you meant Mr. Kwok?
18          A.    Correct.
19          Q.    You were conveying Mr. Kwok's
20    instruction to change the contact person for
21    the residence from Mr. Kwok to his son?
22          A.    Yes.
23          Q.    Do you know whether or not Mr.
24    Kwok's son ever had any ownership of the
25    apartment?
```

```
 1                    WANG
 2        A.    I don't know.
 3        Q.    You don't know who owns the
 4   apartment and you also don't know who owns
 5   Geneva, right?
 6        A.    Correct.
 7        Q.    You don't know who owns Geneva
 8   New York or Geneva BVI?
 9        A.    I don't know.
10             MS. SEARLES: How long do you
11        think you might be before we are at a
12        breaking spot?
13             MR. MOSS: Let's break.
14             THE VIDEOGRAPHER: We are now
15        off the record.  The time is 12:23
16        p.m.
17             (Luncheon recess taken at
18        12:23 p.m.)
19
20
21
22
23
24
25
```

```
 1                        WANG

 2           A F T E R N O O N   S E S S I O N

 3               (Time Noted: 1:28 p.m.)

 4

 5   Y A N   P I N G   W A N G, resumed and

 6           testified as follows:

 7

 8   CONTINUED EXAMINATION

 9   BY MR. MOSS:

10               THE VIDEOGRAPHER: This is tape

11           three of the deposition of Ms. Yan

12           Ping Wang.  We are back on the record

13           at 1:28 p.m.

14           Q.    We are back from lunch.  Good

15   afternoon.  As a yes or no question, did you

16   discuss this case with your counsel during

17   the lunch break?

18           A.    No.

19           Q.    As a yes or no question, did

20   you discuss the substance of your testimony

21   with your counsel during the lunch break?

22           A.    No.

23           Q.    Did your counsel show you any

24   documents during the lunch break?

25           A.    No.
```

```
 1                        WANG
 2          Q.    You testified earlier that you
 3    didn't know anything about any pledges of the
 4    apartment, do you remember that testimony?
 5          A.    Correct.
 6          Q.    Your counsel has represented
 7    that your side doesn't have any documents
 8    relating to the pledges, I'll tell you that.
 9    My question for you is do you have any
10    documents relating to the pledges?
11          A.    No.
12          Q.    I take it you have never seen
13    any documents relating to the pledges?
14          A.    Correct.
15          Q.    Did you submit an Affidavit in
16    this case in response to our last attachment
17    motion?
18          A.    I did.
19          Q.    Your name is Yan Ping Wang,
20    right?
21          A.    Yes.
22          Q.    You signed that Affidavit?
23          A.    Yes.
24          Q.    Do you recall that in 2016
25    there was a $60 million offer made on the
```

```
 1                        WANG
 2    Sherry-Netherland apartment?
 3            A.    I don't remember that.
 4                  MR. MOSS: Exhibit 8.
 5                  (Exhibit 8, E-Mail, marked
 6         for Identification.)
 7            Q.    You have been handed Exhibit 8
 8    which is an e-mail from -- it's an e-mail
 9    chain. The top e-mail is from Yvette Wong to
10    Kathy Sloane November 10, 2016, do you see
11    that?
12            A.    Yes.
13            Q.    You are Yvette Wong?
14            A.    Yes.
15            Q.    Yvette.yue423@gmail was your
16    e-mail address?
17            A.    Correct.
18            Q.    Do you have any doubt that you
19    sent or received these e-mails?
20            A.    No.
21            Q.    Do you see at the bottom Ms.
22    Sloane writes Dear Yvette, I'm speechless
23    over the results of the election.  Please
24    read this to Miles at your earliest
25    convenience.  I look forward to communicating
```

```
 1                      WANG
 2   with you soon.  Do you see that?
 3           A.    Yes.
 4           Q.    There is a note below it that
 5   says Dear Miles, do you see that?
 6           A.    Yes.
 7           Q.    It says I've been giving a lot
 8   of thought to the offer that and it's
 9   redacted that blank has put forward for your
10   apartment at the Sherry-Netherland and then
11   below it says the next redaction Mr. Blank
12   does not seem willing to bend on his number
13   of 60 million at this point.  Do you see
14   that?
15           A.    Correct, I see this.
16           Q.    Does that refresh your
17   recollection that there was an offer for $60
18   million for the apartment in or around
19   November 2016?
20           A.    Yes.
21           Q.    Did you in fact read this
22   e-mail to Mr. Kwok?
23           A.    I did.
24           Q.    Mr. Kwok knew about the offer,
25   right?
```

                         WANG

1

2         A.    Correct.

3         Q.    You in fact responded on Mr.

4    Kwok's behalf, right, Dear Kathy, my boss

5    asked me to pass his message to you, do you

6    see this?

7         A.    I see this.

8         Q.    Your boss is Mr. Kwok?

9         A.    In here, yes.

10        Q.    When you were referring to your

11   boss in the first sentence of your e-mail,

12   you were referring to Mr. Kwok, right?

13        A.    Yes.

14        Q.    You see at the end of the

15   e-mail that Kathy Sloane writes to you on the

16   second page.  On the second page you see it

17   says at the very end thank you again for

18   Mileson's text. I really appreciate your

19   sensitivity in the face of blank, do you see

20   that?

21        A.    Yes.

22        Q.    Do you know what that text

23   said?

24        A.    No, I don't know.

25        Q.    Did you ever see it?

```
 1                       WANG
 2          A.    No.
 3          Q.    Do you know whether or not
 4    Mileson Kwok's text messages were searched in
 5    connection with this lawsuit?
 6          A.    I don't know.
 7          Q.    You testified earlier that you
 8    searched some of your e-mails for this
 9    lawsuit, right?
10          A.    Yes.
11          Q.    Did you search anyone else's
12    e-mails within Golden Spring or Geneva or
13    anyone else affiliated with those companies
14    or with Mr. Kwok?
15          A.    No.
16          Q.    Do you know whether or not
17    anyone else's documents besides yours were
18    searched?
19          A.    I don't know.
20          Q.    You don't have any knowledge
21    that Mr. Kwok's documents were searched,
22    right?
23          A.    No.
24          Q.    You see also in this e-mail,
25    the Dear Miles e-mail on the first page, in
```

WANG

the middle right before that $60 million

thing that I just read it says I'm sensitive

to the fact that you have already made a very

significant concession when you agreed to

counter at 67 million. You are negotiating in

good faith. Do you see that?

     A.   Yes, I see this.

     Q.   Does this refresh your

recollection that Mr. Kwok actually countered

the $60 million offer?

     A.   I don't know.

     Q.   You don't have any reason to

doubt what Ms. Sloane was writing here,

right?

     A.   Correct, the writing is here.

     Q.   You don't have any information

that's contrary to the fact that Mr. Kwok

countered at 60 million, right?

     A.   I don't know about this.

     Q.   Why don't you look at the top

e-mail. You say my boss asked me to pass his

message on to you.  Based on 67 million, if

you mention or discuss with him any other

terms, make any other try to lower down the

```
 1                        WANG
 2   number he really could not be your friend
 3   anymore. Please don't hurt him. Do you see
 4   that?
 5         A.    Yes.
 6         Q.    Does that refresh your
 7   recollection that Mr. Kwok indeed came down
 8   to $67 million and countered the $67 million
 9   offer?
10         A.    I don't know about this.
11         Q.    You wrote it, right?
12         A.    I just translate his language
13   and put it in English.
14         Q.    So this Dear Kathy e-mail is
15   from Mr. Kwok?  He said the words and you
16   just translated it?
17         A.    I translated it from his words.
18         Q.    Okay.
19               MR. MOSS: Let's mark this.
20               (Exhibit 9, E-Mail, marked
21         for Identification.)
22         Q.    You have been handed Exhibit 9
23   which is an e-mail from Kathy Sloane to
24   Victoriavic768@gmail.com.  Subject is
25   extension agreement.  Attachment Geneva
```

```
1                        WANG
2    Holdings LLC exclusive extension
3    agreement.pdf.  Do you see that?
4           A.    Yes, I see this.
5           Q.    You see Ms. Sloane writes Dear
6    Miles, do you see that?
7           A.    Yes.
8           Q.    Do you understand Ms. Sloane to
9    be referring to Mr. Kwok?
10          A.    Sorry, I didn't get that.
11          Q.    Did you understand that Mrs.
12   Sloane was referring to Mr. Kwok when she
13   wrote Dear Miles?
14          A.    I understand, yes.
15          Q.    Have you ever seen -- do you
16   know what this e-mail address is
17   Victoriavic768@gmail.com?
18          A.    I don't know this e-mail.
19          Q.    Is that Mr. Kwok's e-mail
20   address?
21          A.    I don't know.
22          Q.    You have never used this e-mail
23   address before?
24          A.    No.
25          Q.    Could you think of anyone
```

```
                              WANG
 1
 2    besides Mr. Kwok that Ms. Sloane might have
 3    been writing to when she writes Dear Miles
 4    about the Geneva and the Sherry-Netherland
 5    apartment?
 6          A.    I don't know.
 7          Q.    Have you ever e-mailed -- have
 8    you ever sent an e-mail to this e-mail
 9    address?
10          A.    No.
11          Q.    Do you know that Mr. Kwok uses
12    e-mail?
13          A.    Used this e-mail you mean?
14          Q.    Yeah, I can ask you that.  Do
15    you know whether Mr. Kwok used this e-mail
16    address?
17          A.    I don't know.
18          Q.    Do you know generally that Mr.
19    Kwok uses e-mail?
20          A.    I believe not because he cannot
21    write in English at all.  He cannot read at
22    all.
23          Q.    You have no idea whose e-mail
24    address this is?
25          A.    I don't know this e-mail
```

```
 1                      WANG
 2   address.
 3          Q.    Do you know whether or not this
 4   e-mail address was searched in connection
 5   with this lawsuit?
 6          A.    Sorry, what is the question?
 7          Q.    Do you know whether or not this
 8   e-mail address Victoriavic768 was searched in
 9   connection with this lawsuit?
10          A.    I don't know.
11          Q.    Have you ever heard of a man
12   named William Je, J-E?
13          A.    Yes.
14          Q.    Who is that?
15          A.    He's a Hong Kong guy.
16          Q.    Can you tell me anything else
17   about him?
18          A.    What do you want to know?  I
19   don't understand the question.
20          Q.    Who does he work for?
21          A.    I heard that he's a fund
22   manager from Hong Kong.
23          Q.    Who did you hear that from?
24          A.    From Mr. Kwok.
25          Q.    Does Mr. Je work for Mr. Kwok?
```

```
 1                      WANG
 2          A.    I don't know this.
 3          Q.    Do you know who he works for?
 4          A.    I don't know.
 5          Q.    When you say he's a fund
 6   manager, do you know what fund he manages?
 7          A.    I don't know this.
 8          Q.    Do you know where the money
 9   comes from that's in the fund that he
10   manages?
11          A.    I don't know.
12          Q.    Do you know if Mr. Je works for
13   Mr. Kwok?
14          A.    I don't know.
15          Q.    Do you know if he manages funds
16   for Mr. Kwok?
17          A.    I don't know this.
18          Q.    In what connection have you
19   dealt with him?
20          A.    I saw him in Hong Kong, yes.
21          Q.    When?
22          A.    2016.
23          Q.    Is that the only time you ever
24   met him in person?
25          A.    Yes.
```

```
 1                        WANG
 2           Q.    What was the purpose of your
 3    meeting him?
 4           A.    Purpose, social.
 5           Q.    Who was there?
 6           A.    Him and me.
 7           Q.    Just the two of you?
 8           A.    Yes.
 9           Q.    What did you discuss?
10           A.    We had lunch, yeah.
11           Q.    Did you discuss Mr. Kwok?
12           A.    No, not really.
13           Q.    What do you mean not really?
14           A.    That means no.
15           Q.    Do you remember what you did
16    discuss?
17           A.    I don't remember that clearly.
18    Just social.
19           Q.    How did it come to be that you
20    met with him?
21           A.    I came to Hong Kong, then Mr.
22    Kwok introduce him to me because he's a Hong
23    Kong guy and kind of like he said Yvette, if
24    you need help, Mr. Je might be able to help
25    you like that way.
```

```
 1                      WANG
 2          Q.    Did he say what kind of help?
 3          A.    No, that's why I said social.
 4   It was very general.
 5          Q.    I think we covered this, but I
 6   just want to make sure.  I think you
 7   testified earlier and correct me if I'm wrong
 8   that you have never seen documents relating
 9   to the formation or corporate structure of
10   the Geneva entities, right?
11          A.    No.
12          Q.    That includes both the Geneva
13   New York entity and the Geneva BVI entity,
14   right?
15          A.    You're right.
16          Q.    You didn't even know that there
17   were two different entities; you always
18   thought of it just as Geneva, right?
19          A.    Correct.
20               MR. MOSS: Let's take a break.
21               THE VIDEOGRAPHER: Let's go off
22          the record.  The time is 1:43 p.m.
23               (Recess taken.)
24               THE VIDEOGRAPHER: We are now
25          back on the record.  The time is 1:47
```

```
 1                         WANG
 2         p.m.
 3         Q.    I think you testified earlier,
 4   but I just want to make sure that you don't
 5   have any knowledge of any pledges of Geneva,
 6   right?
 7         A.    You're right.
 8         Q.    And I take it based on the
 9   representations that you don't have any
10   documents relating to any pledges of Geneva,
11   right?
12         A.    Correct.
13         Q.    I take it also that you have
14   never seen any documents relating to any
15   pledges of Geneva; is that right?
16         A.    Correct.
17               MR. MOSS: We have nothing
18          further for you at this time.  I
19          don't know if Ms. Searles has any
20          questions.  If she does, we may ask
21          some additional questions, but if she
22          doesn't, we are done. Thank you for
23          your time.
24               THE WITNESS: Thank you.
25               MS. SEARLES: Yes, I have no
```

1                    WANG

2          questions.

3                THE VIDEOGRAPHER: This

4          concludes today's deposition.  We are

5          now going off the record.  The time is

6          1:48 p.m.

7                (Time noted: 1:48 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              A C K N O W L E D G M E N T

 2

 3    STATE OF            )

 4                        :ss

 5    COUNTY OF           )

 6

 7              I, YAN PING WANG, hereby certify that

 8    I have read the transcript of my testimony taken

 9    under oath in my deposition; that the transcript

10    is a true, complete and correct record of my

11    testimony, and that the answers on the record as

12    given by me are true and correct.

13

14

15              _____

16                       YAN PING WANG

17

18

19    Signed and subscribed to before me,

20    this     day of                , 2018.

21

22

23    _____

24    Notary Public, State of _____

25
```

```
1                C E R T I F I C A T E

2

3   STATE OF NEW YORK      )

4                          ) ss.:

5   COUNTY OF NEW YORK     )

6

7           I, SHARI COHEN, a Notary Public within

8   and for the State of New York, do hereby certify:

9           That YAN PING WANG, the witness whose

10  deposition is hereinbefore set forth, was duly

11  sworn by me and that such deposition is a true

12  record of the testimony given by such witness.

13          I further certify that I am not

14  related to any of the parties to this action by

15  blood or marriage; and that I am in no way

16  interested in the outcome of this matter.

17          IN WITNESS WHEREOF, I have hereunto

18  set my hand this 16th day of October, 2018.

19

20

21

22

23

24  _____

25  SHARI COHEN
```

```
1              *** ERRATA SHEET ***

2       ELLEN GRAUER COURT REPORTING CO., LLC
           126 East 56th Street, Fifth Floor
3              New York, New York 10022
                    212-750-6434
4

5   NAME OF CASE:  Pacific Alliance v Kwok
    DATE OF DEPOSITION:  October 11, 2018
6   NAME OF WITNESS:  YAN PING WANG

7   PAGE  LINE  FROM        TO         REASON

8   _____|_____|_____|_____|_____

9   _____|_____|_____|_____|_____

10  _____|_____|_____|_____|_____

11  _____|_____|_____|_____|_____

12  _____|_____|_____|_____|_____

13  _____|_____|_____|_____|_____

14  _____|_____|_____|_____|_____

15  _____|_____|_____|_____|_____

16  _____|_____|_____|_____|_____

17  _____|_____|_____|_____|_____

18  _____|_____|_____|_____|_____

19  _____|_____|_____|_____|_____

20  _____|_____|_____|_____|_____

21                        _____

22  Subscribed and sworn before me

23  this ____ day of _____, 2018.

24  _____    _____

25  (Notary Public)    My Commission Expires:
```

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. vs.
KWOK HO WAN, et al

YAN PING WANG
October 11, 2018

## $

**$60 (4)**
104:25;106:17;
109:2,11

**$67 (2)**
110:8,8

## A

**ability (2)**
11:5;12:9

**able (1)**
115:24

**above (1)**
53:25

**access (1)**
68:14

**account (8)**
45:18;55:19;56:14;
72:4;73:9;74:12,13,
16

**accounts (3)**
55:18;56:13;57:10

**Ace (1)**
56:3

**across (1)**
25:7

**acting (2)**
55:9;78:21

**action (1)**
53:25

**activity (1)**
26:10

**actual (2)**
52:20,23

**actually (2)**
57:22;109:10

**add (1)**
97:3

**added (2)**
84:15,16

**addition (1)**
87:9

**additional (1)**
117:21

**address (27)**
67:10,12,24;68:16;
70:16;71:5,8,16;72:7,
23;73:4,17;74:8;98:7,
9,10,14;105:16;
111:16,20,23;112:9,
16,24;113:2,4,8

**addresses (2)**
67:15,17

**admin (1)**
67:4

**administer (1)**
4:13

**administered (1)**
50:18

**Administration (1)**

67:2

**administrator (2)**
46:17,21

**advantage (1)**
65:25

**Affidavit (9)**
53:23;54:4,8;55:22,
25;57:14,23;104:15,
22

**affiliated (1)**
108:13

**afternoon (1)**
103:15

**again (12)**
17:13;19:22;41:13;
49:12;57:17;60:2;
62:14;70:9;99:9;
100:11;101:12;
107:17

**against (3)**
8:17;9:2;100:21

**agent (1)**
62:2

**ago (4)**
21:25;70:20;75:18;
78:5

**agree (1)**
18:18

**AGREED (11)**
4:3,7,11,16;33:11,
19,24;49:15,17;
51:14;109:5

**agreement (1)**
110:25

**agreementpdf (1)**
111:3

**airport (1)**
40:19

**al (1)**
5:7

**Alliance (5)**
5:5;6:2,5,8,24

**allow (1)**
33:14

**allowed (1)**
11:12

**always (3)**
61:17;67:21;116:17

**Amended (2)**
81:19;82:2

**answered (3)**
11:4;18:25;35:6

**anymore (1)**
110:3

**apartment (57)**
33:18;63:24;72:16,
19;75:9,10;77:11,14;
78:7;79:20;80:5,11,
16,19;85:11,13,16,21;
86:3,14,18,21,24;
87:3,7,14,19,22,25;
88:5,10,13,13,18;
89:12,16,20;90:2,5,

10;91:13,20,24;
94:19;95:6,11;96:20,
23;97:4;100:25;
101:25;102:4;104:4;
105:2;106:10,18;
112:5

**apparently (1)**
65:17

**appearances (1)**
5:21

**applicant (1)**
59:4

**application (1)**
59:13

**applied (1)**
69:6

**apply (1)**
58:4

**appreciate (1)**
107:18

**April (4)**
17:21,23;55:17;
56:10

**arbitration (10)**
8:8,10,14,16,18;9:2,
12;10:3,10,14

**area (1)**
37:11

**areas (1)**
34:7

**around (1)**
106:18

**Asia (1)**
5:5

**assets (4)**
50:16,18;52:21;
53:8

**assistant (2)**
32:23;46:25

**assisted (1)**
56:11

**associated (1)**
16:24

**assume (3)**
11:3;54:3;86:17

**attachment (6)**
33:12,22;50:9;
57:20;104:16;110:25

**attempt (2)**
91:12,23

**attempts (1)**
91:19

**attention (4)**
47:12;56:8;94:13;
98:18

**attorney (2)**
55:4;72:2

**attorneys (1)**
4:4

**authority (1)**
89:11

**authorized (1)**
4:13

**Avenue (3)**
61:15;63:22;64:14

**avoid (1)**
17:13

**aware (5)**
34:6,11;49:13;86:2;
91:11

## B

**back (11)**
26:9;30:3;37:11,23;
49:20;54:20;71:22;
93:7;103:12,14;
116:25

**background (3)**
20:25;33:9;49:22

**bad (2)**
82:25;83:15

**balance (1)**
62:11

**bank (2)**
55:18;56:14

**Based (2)**
109:23;117:8

**Basically (1)**
27:19

**become (2)**
20:3;70:24

**beforehand (1)**
58:17

**begin (1)**
8:25

**beginning (7)**
9:4;27:13;29:18;
43:13;48:20;82:18;
83:13

**behalf (4)**
18:20;78:21;95:2;
107:4

**Beijing (44)**
20:23;21:4,12,15,
17;22:2,13,15,18,22,
24;23:13,14,17,21,24;
24:11,21;25:2,19,21,
25;26:16,25;27:3,5,
14;28:2,7,12,15,18,
21;29:23;30:3,20,24;
31:11;38:11,15,17;
51:5,23;92:21

**belong (2)**
31:15,19

**below (3)**
99:11;106:4,11

**bend (1)**
106:12

**beneficial (1)**
96:14

**beneficially (1)**
96:6

**besides (10)**
13:22;14:21;16:4;
27:21;42:5,17;65:14;

90:10;108:17;112:2

**best (4)**
10:24;11:5,16;
12:23

**better (3)**
11:2;82:22;91:17

**bidders (1)**
87:3

**bilingual (1)**
63:11

**bills (1)**
66:2,9,13

**birth (1)**
29:14

**bit (3)**
42:22;48:22;80:2

**blank (3)**
106:9,11;107:19

**Boies (5)**
8:22,25;9:17,19,23

**bold (1)**
81:24

**boss (4)**
107:4,8,11;109:22

**both (5)**
13:4;31:19;64:25;
99:15;116:12

**bottom (2)**
95:24;105:21

**break (9)**
27:8,10;29:13;
54:11;102:13;103:17,
21,24;116:20

**breaking (1)**
102:12

**broker (2)**
79:3;87:9

**brother (3)**
42:19,20;43:2

**brothers (4)**
28:10;41:25;42:10,
10

**bug (1)**
46:12

**build (4)**
29:2;39:13;40:25;
46:11

**business (18)**
20:10;22:18;26:13,
17;28:24;32:8;41:4;
43:3;45:6;48:2,11;
49:9;54:24;60:13,17,
19;61:5;65:18

**button (1)**
63:10

**BVI (5)**
52:23;53:9;75:3;
102:8;116:13

## C

**called (7)**
6:12;45:24;56:3;

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. vs.
KWOK HO WAN, et al

YAN PING WANG
October 11, 2018

62:2;72:24;74:23;
76:3
came (8)
20:23;25:14;35:11;
39:3;40:18;85:16;
110:7;115:21
can (23)
5:21;11:9,20;18:18;
37:17;39:25;42:9,15;
43:5;44:4,13;55:15;
59:24;65:20;76:23,
24;78:20;81:12;83:4;
85:7;89:10;112:14;
113:16
Cantonese (2)
16:19;23:7
capacity (1)
13:5
captioned (1)
53:25
case (11)
7:17;8:5;33:22;
56:2;71:17,18,25;
73:18;100:19;103:16;
104:16
casual (1)
15:12
categories (1)
33:14
CEO (1)
18:5
certain (2)
66:9,13
certainly (1)
34:11
certify (1)
119:7
chain (3)
93:18;98:3;105:9
change (2)
101:13,20
changed (1)
98:9
changes (1)
46:9
channel (4)
43:22;44:7,8;69:3
characters (1)
84:2
Chase (1)
56:14
chauffeur (5)
40:8,13,20;59:22;
65:14
check (2)
79:9;88:21
China (3)
19:13,16;28:22
Chinese (2)
56:21;57:5
choose (3)
12:4;35:7;62:16
chose (1)

58:19
circumstances (1)
101:3
claiming (1)
9:24
clarify (1)
83:4
clean (2)
11:21;74:2
clear (4)
60:24;61:4;75:4;
77:16
clearly (12)
9:4;15:12;17:22;
37:22;84:4,6,12;
87:24;88:16;90:14,
17;115:17
client (1)
47:9
co-broker (2)
87:7,8
code (5)
69:10,11,13,16,17
Cohen (1)
5:16
colleague (1)
32:14
collect (1)
71:24
comfortable (2)
12:20,21
coming (1)
36:3
comments (1)
84:10
common (1)
84:24
communicate (3)
44:14;72:18;88:4
communicating (1)
105:25
companies (4)
21:15;31:19;92:13;
108:13
Company (28)
5:15,18;7:21,22;
21:3,16;22:2,13,14,
21;25:14;30:17,19;
33:21;48:17;60:23;
61:2,5,25;62:2;71:10;
73:4,6;74:22;76:3;
92:12,17,20
company's (2)
21:13;92:16
competitor (1)
45:3
complain (1)
8:20
complaining (1)
8:17
complaint (1)
9:5
complete (1)

119:10
completely (1)
58:14
concerned (1)
89:15
concession (1)
109:5
concludes (1)
118:4
conducted (1)
72:10
confused (1)
42:22
congratulations (1)
32:7
connection (7)
7:15;60:16;71:16;
108:5;113:4,9;114:18
contact (6)
31:23;32:4;69:16;
97:3;101:11,20
context (3)
25:12;82:20,21
continue (1)
33:20
CONTINUED (1)
103:8
contractor (1)
101:7
contrary (1)
109:18
controlled (2)
50:19;51:3
convenience (1)
101:12;105:25
conversation (3)
15:4,6,9
conversations (4)
32:8;34:5;55:6,8
conveying (1)
101:19
convince (1)
65:17
copied (2)
64:16,17
copy (1)
4:17
corporate (6)
13:5;48:24;50:2,12;
76:21;116:9
Corporation (4)
52:22;53:9;55:4;
75:3
correspondence (1)
49:20
counsel (16)
4:18;5:21;11:23;
12:3;13:11,13,23;
14:17,21;15:3;16:4;
76:17;103:16,21,23;
104:6
counsel's (1)
35:8

counter (1)
109:6
countered (3)
109:10,19;110:8
country (1)
26:23
County (2)
5:8;119:5
couple (5)
28:11;67:16;88:24;
93:6;99:10
course (2)
88:23;92:5
Court (7)
4:15;5:7,15,23;
11:8,20;56:2;58:18,
20
covered (1)
116:5
created (1)
28:21
current (1)
19:2
currently (3)
17:24;44:23;96:5

## D

Dan (1)
5:13
dated (1)
47:9
David (3)
6:6;8:22;9:16
day (2)
46:9;119:20
day-to-day (1)
25:2
deal (1)
94:6
dealing (4)
64:24;65:4,11;
94:25
dealt (3)
93:23,25;114:19
Dear (10)
94:16;95:25;
105:22;106:5;107:4;
108:25;110:14;111:5,
13;112:3
Decades (1)
56:3
decision (5)
10:11;89:4,7,11,19
decisions (7)
28:15,17,25;59:17;
60:19;61:5;90:9
Defendant (3)
4:18;6:10;7:2
Defendant's (2)
81:17,24
definitely (1)
84:5

Delaware (1)
54:24
delete (6)
73:22,25;74:3,13
department (3)
24:22;30:22,25
depose (1)
9:17
deposed (8)
7:24;8:5;9:11,16;
10:14;15:10,11,17
deposition (22)
4:6,12,17;5:3,10;
8:24;10:13;12:25;
13:9;14:18,21,25;
15:15,22,25;16:5;
47:13,21;54:19;
103:11;118:4;119:9
design (5)
26:21,22,22,24;
27:3
designer (1)
26:23
determined (1)
34:3
developed (1)
28:22
developing (1)
44:24
development (1)
22:20
difference (3)
18:6;23:5;41:14
different (5)
23:8;41:15,16;
48:23;116:17
direct (14)
33:16;34:8;37:14;
38:25;47:10,11;
50:15,22;56:7;57:18;
58:2,8;62:13;98:17
Directing (3)
38:9;51:10,12
direction (3)
36:2;89:25;90:4
directions (1)
89:15
directly (1)
51:3
director (2)
25:24;35:17
discovery (3)
34:3;50:7,9
discuss (11)
15:15;26:16;84:23;
97:17,20;103:16,20;
109:24;115:9,11,16
discussed (7)
26:19;37:12,25;
76:15,17;84:22;99:10
discussion (2)
58:17;81:9
discussions (4)

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. vs.
KWOK HO WAN, et al

YAN PING WANG
October 11, 2018

79:15;80:15;87:13;
95:15

**distinction (1)**
75:19

**document (22)**
47:11,16;56:5;59:8,
25;71:23;72:16;
81:23;82:11,12,14;
83:2,6,9,15,18;84:8,
11,16,20;85:8;94:14

**documents (19)**
14:5,8,12,16;71:17,
24;72:13;73:20;
76:20,21;103:24;
104:7,10,13;108:17,
21;116:8;117:10,14

**done (2)**
50:10;117:22

**doubt (4)**
57:11,21;105:18;
109:14

**down (4)**
11:9;46:13;109:25;
110:7

**draw (1)**
75:19

**driver (1)**
40:7

**drugs (1)**
12:7

**duly (1)**
6:13

**during (7)**
14:6;15:3;29:20;
42:3;103:16,21,24

**duties (3)**
38:21;39:6,8

**duty (1)**
52:6

**E**

**earlier (8)**
6:21;80:2;85:11;
98:11;104:2;108:7;
116:7;117:3

**earliest (1)**
105:24

**early (2)**
30:2,3

**educate (10)**
48:25;49:8;50:11,
20;51:6,18;52:3,14,
25;53:12

**education (1)**
21:2

**Edward (2)**
5:25;6:22

**effect (1)**
4:14

**effort (1)**
69:19

**efforts (3)**

52:12,17;69:24

**eight (4)**
41:3;52:20;53:2,5

**either (2)**
42:25;74:20

**elder (2)**
42:19,20

**election (1)**
105:23

**Ellen (2)**
5:14,17

**else (18)**
12:8;13:21;14:3,20;
16:3;27:20;42:11;
47:2;76:15;77:3;
78:20;79:24;89:10;
90:5,9;91:4;108:13;
113:16

**else's (4)**
89:7;92:16;108:11,
17

**e-mail (72)**
17:7,10;63:14,17;
64:19;65:19,20;66:6;
67:6,9,12,14,17,24;
68:16;69:8;70:2;71:8,
10,16;72:7,19,23;
73:4,7,17;74:7,8,12;
93:15,18;95:4,18;
96:2;97:18,19,19,24;
98:3,7,10,18,22;
101:9;105:5,8,8,9,16;
106:22;107:11,15;
108:24,25;109:22;
110:14,20,23;111:16,
18,19,22;112:8,8,12,
13,15,19,23,25;113:4,
8

**e-mailed (1)**
112:7

**e-mails (13)**
69:20,25;73:23,25;
74:3,5,9,13,15;88:9;
105:19;108:8,12

**employed (1)**
17:24

**employee (15)**
19:20,23;20:3;
25:18,21;40:9,14;
59:20;62:25;63:5;
64:8,10;66:23;92:11,
20

**employees (5)**
37:8;39:22;40:21,
22;65:13

**employment (1)**
33:9

**end (6)**
19:11;20:21;68:6;
71:6;107:14,17

**ended (1)**
21:10

**engage (1)**

7:11

**engagement (1)**
7:16

**engineer (1)**
46:13

**English (7)**
12:14,21,22;26:13;
31:5;110:13;112:21

**entities (4)**
51:3;75:20;116:10,
17

**entitled (1)**
81:23

**entity (3)**
18:20;116:13,13

**estate (3)**
22:20;28:19,22

**et (1)**
5:6

**even (4)**
12:2;48:16;85:23;
116:16

**events (1)**
14:9

**everyone (2)**
76:23;77:20

**exact (1)**
37:24

**EXAMINATION (2)**
6:17;103:8

**examined (1)**
6:14

**example (1)**
42:18

**except (1)**
4:8

**exchange (1)**
63:17

**exclusive (1)**
111:2

**Exhibit (27)**
47:4,5,7,12;55:21,
22,24;58:21,22,24;
63:13,14,16;81:16,17,
22;93:14,15,17;97:23,
24;98:2;105:4,5,7;
110:20,22

**existed (1)**
59:21

**explain (3)**
46:14;52:5;83:24

**extension (2)**
110:25;111:2

**extent (1)**
29:10

**F**

**face (1)**
107:19

**Facebook (1)**
45:3

**facilitate (1)**

86:21

**fact (5)**
61:8;106:21;107:3;
109:4,18

**fair (1)**
11:5

**faith (1)**
109:7

**family (66)**
16:19,23;20:12,13,
14,15,24,24;21:9,16,
21,23;22:10,23,24;
23:2,3,4,13,14,20;
24:4,6,10;28:6;31:15,
17,18,20;30:35:20,20;
36:3,4;41:7,8,9,12,13,
17,18,20,21,21,23,23,
24;42:2,4,4,13,14,16;
43:4,5;45:25;46:3;
90:11,15,18,20,23,25;
91:5,8;93:2;101:12

**far (4)**
73:12;89:14,14,18

**faster (1)**
37:19

**February (16)**
18:10,11;19:7,19,
21;35:10;39:3,21;
40:3,10,11,23;41:6;
61:19;99:22;100:14

**fee (1)**
9:7

**feel (1)**
37:22

**fees (2)**
7:19;9:9

**felt (1)**
65:24

**female (2)**
37:6;93:12

**few (4)**
69:20;70:19,25;
93:8

**Fifth (3)**
61:15;63:22;64:14

**filed (1)**
100:21

**filing (1)**
4:5

**financial (1)**
32:22

**find (5)**
33:9;71:17;72:13,
15;73:20

**fine (2)**
11:13;13:2

**finish (2)**
11:17,19

**finished (1)**
10:5

**firm (6)**
6:22;8:19,21;9:19,
20,22

**first (10)**
8:6,7;12:14;21:14;
50:4;76:11;81:19;
82:1;107:11;108:25

**five (5)**
42:19,25;51:14;
67:19;101:10

**follow (5)**
12:4;35:8;62:17;
69:12,14

**follows (2)**
6:15;103:6

**force (2)**
4:14;89:22

**foregoing (2)**
56:19,25

**foreigner (1)**
26:5,7

**forgotten (1)**
14:14

**form (1)**
4:8

**formation (7)**
47:25;48:10,18;
49:8;76:21,25;116:9

**formed (1)**
39:16;48:6,17

**forth (1)**
93:7

**forward (3)**
34:9;105:25;106:9

**forwarded (1)**
94:17

**four (4)**
10:2;50:25;51:7;
67:19

**frequently (1)**
88:7

**Friday (1)**
63:18

**friend (1)**
22:5,6,6;110:2

**friend's (1)**
22:7

**front (1)**
78:9

**Fu (1)**
56:10

**full-time (1)**
63:5

**Fund (5)**
5:6;113:21;114:5,6,
9

**funds (4)**
55:18;56:12;57:10;
114:15

**furnished (1)**
4:18

**furniture (3)**
26:22,24;27:3

**FURTHER (4)**
4:7,11,16;117:18

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. vs.
KWOK HO WAN, et al

YAN PING WANG
October 11, 2018

## G

**gave (2)**
16:8;97:14
**general (2)**
32:18;116:4
**Generally (5)**
27:17;66:8,12;
88:22;112:18
**Geneva (38)**
51:4;52:21,22;53:8,
9;74:23,24;75:2,2,5,7,
8,20,21;76:8,12,16,
20,25;77:15,18;78:15,
21;80:25;81:4;102:5,
7,8;108:12;110:25;
112:4;116:10,12,13,
18;117:5,10,15
**gentleman (1)**
40:8
**given (2)**
67:23;119:12
**giving (2)**
52:10;106:7
**Gkoffice@protonmailcom (2)**
72:24;73:17
**Gmail (6)**
71:3,3,5;72:4;98:9,
14
**Gmails (2)**
68:18;70:13
**Golden (122)**
7:23;13:6;17:25;
18:9,13,14,15,21,22,
23;19:3,7,11,14,14,
16,20,23,25;20:2,4,6,
10,18,21;30:12;31:3,
8,12;32:11,20,21;
33:2,5,10,17;34:14,
21,25;35:11,15;36:16,
19;37:5,8,13;38:5,12,
16,18,22;39:3,15,20,
22;40:2,10,14,21;
41:4;43:3,4,10,25;
44:6,11,16,21,23;
47:8;48:2,6,11;49:9;
50:3,13,17,25;53:24;
54:23;55:10,16;
56:11,13;57:9,23;
58:4;59:5,10,14,18,
21;60:9,13,16,20;
61:2,9,12,18,22;62:9,
25;63:22;64:9,10,14,
25;65:5,6,8,9,10,18,
25;66:9,13,24;74:11;
75:23;76:5;108:12
**Good (6)**
6:19,20;54:10;
73:15;103:14;109:7
**Google (5)**
69:2,4,16;73:7,8
**Grauer (2)**

5:14,17
**Great (1)**
58:9
**GS (1)**
71:21
**Gsny (1)**
74:12
**Gsnycom (4)**
71:12,13;72:7;73:3
**guess (9)**
31:22;50:5;65:15;
78:12,19;79:23;
89:22,23;95:4
**guest (1)**
26:5
**Gui (1)**
42:23
**Guo (25)**
20:14,24;21:9,16,
21,23;22:10,23;23:2,
3,7,9,13;28:6;31:18;
41:9,10,13,17,20;
42:2,16,23;46:2;63:8
**G-U-O (3)**
23:9;42:2;46:3
**Guomedia (1)**
45:24
**guy (2)**
113:15;115:23

## H

**hacked (19)**
17:10,13,14;67:12,
15,21,22;68:4,13,22;
69:20;70:3,11;71:6;
73:10,13;74:20;
98:11,15
**half (4)**
68:5,7,9,10
**handed (9)**
47:7;55:24;58:24;
63:16;81:22;93:17;
98:2;105:7;110:22
**handle (3)**
19:14;21:2;26:5
**handling (1)**
10:9
**happen (4)**
16:17;46:13;48:18;
58:19
**happened (3)**
48:21;51:22;68:23
**Harmon (4)**
13:24,25;14:2;55:7
**head (2)**
11:8,13
**hear (4)**
75:11;91:22;96:22;
113:23
**heard (28)**
22:23;41:17;45:15;
55:2;74:22,24,25;

75:5,8;76:2,12;77:24;
78:10;79:3,4,7;80:24;
86:8;88:25;90:8;
91:18;92:11,19;
94:10;96:21,25;
113:11,21
**held (1)**
5:10
**Helen (3)**
93:19;94:9;95:25
**hello (1)**
32:5
**help (9)**
8:14;30:18;31:4;
35:25;44:21;86:21;
115:24,24;116:2
**HEREBY (2)**
4:3;119:7
**herein (1)**
4:5
**highest (1)**
61:8
**himself (6)**
9:13;23:25;42:2;
44:9;91:9;101:12
**hire (1)**
41:2
**hired (3)**
19:7;20:7;22:3
**history (1)**
33:10
**Ho (3)**
6:10;56:21;57:5
**Hodgson (1)**
6:10
**Holdings (8)**
52:22,22;53:8,9;
56:3;75:2,2;111:2
**Hong (59)**
18:14,22,23;19:17,
20,23;20:2,4,7,11,18,
22;21:3,4,10;27:6;
30:8,10,12,15,18;
31:2,2,8,12;32:10,20,
21,25;33:2,6,10,17;
34:15,22;35:2,15;
36:12,20;37:5,9,13;
38:6,12,16,18,23;
61:2;64:4,7,10;65:9;
66:23;98:25;113:15,
22;114:20;115:21,22
**hour (2)**
13:20;84:9
**hour-and-a-half (1)**
13:20
**house (1)**
26:22
**HR (5)**
24:22;30:22,23,24;
35:24
**hurt (1)**
110:3

## I

**idea (6)**
45:8;80:21;85:15,
20;95:14;112:23
**Identification (9)**
47:6;55:23;58:23;
63:15;81:21;93:16;
97:25;105:6;110:21
**identify (5)**
39:25;40:21;78:20;
81:12;91:7
**ignored (1)**
62:9
**impair (1)**
12:8
**improper (2)**
34:12;58:15
**inbox (1)**
74:2
**included (3)**
11:14;68:19,20
**includes (1)**
116:12
**including (5)**
41:24;50:17;51:4;
52:23;53:10
**incorporated (1)**
54:23
**indeed (1)**
110:7
**index (1)**
5:9
**indirectly (1)**
51:3
**information (6)**
76:24;78:14;79:19;
83:14,18;109:17
**informed (4)**
30:17,21,23,25
**Instagram (1)**
45:4
**instruct (2)**
37:18;97:2
**instructed (4)**
19:13;48:19;87:15,
20
**instructing (4)**
34:17,20,24;35:4
**instruction (5)**
12:5;52:10;62:17;
97:15;101:20
**instructions (2)**
34:13;35:8
**instructs (1)**
12:3
**interacted (2)**
60:12,15
**interest (1)**
23:17
**interests (2)**
46:17,22

interpretation (1)
23:7
**Interrogatories (2)**
81:20;82:2
**interview (1)**
24:23
**interviewed (3)**
22:3;24:20,21
**into (8)**
29:9;33:15;37:11,
23;49:22;55:5,11;
84:2
**introduce (1)**
115:22
**introduced (2)**
22:2,4
**invest (1)**
29:2
**invested (1)**
28:19
**involve (1)**
39:12
**involved (8)**
31:5;45:11,13,14,
16,18;61:21;91:18
**involvement (2)**
29:5;62:5
**involving (1)**
93:18
**issue (7)**
10:10;52:14;55:11;
64:16;65:11,16;97:17
**issues (5)**
33:23;53:5;57:20;
94:5;99:10

## J

**January (1)**
7:14
**Je (2)**
113:12,25;114:12;
115:24
**J-E (1)**
113:12
**Jillian (3)**
6:9;7:10;58:14
**job (6)**
29:10;30:7;34:21;
38:14;40:25;46:12
**jobs (1)**
38:11
**JP (1)**
56:14
**July (2)**
47:9;71:22
**June (7)**
59:18;68:7;69:23;
88:14;91:11;95:19;
98:23

## K

Case 22-50073    Doc 2032-59    Filed 07/25/23    Entered 07/25/23 13:27:53    Page 128
of 133
PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. vs.
KWOK HO WAN, et al

YAN PING WANG
October 11, 2018

**Karin (2)**
62:19,23
**Kathy (16)**
63:18;64:21;67:6;
74:8;78:24;87:18,21,
24;89:3;90:19,22;
105:10;107:4,15;
110:14,23
**Keep (1)**
58:9
**kind (9)**
22:5;25:16;27:4;
43:17;66:19;69:10;
90:18;115:23;116:2
**Kindly (1)**
99:10
**knew (2)**
36:2;106:24
**knowledge (18)**
51:20;52:16;53:5,
14,18;54:4;76:24;
77:21;78:13,18,25;
79:18;80:4,8;81:13;
90:23;108:20;117:5
**known (1)**
14:13
**Kong (59)**
18:14,22,23;19:17,
20,24;20:2,4,7,11,18,
22;21:3,5,10;27:7;
30:8,10,12,15,18;
31:2,2,8,12;32:11,20,
21;33:2,2,6,10,17;
34:15,22;35:2,15;
36:12,20;37:5,9,13;
38:6,12,16,18,23;
61:2;64:4,7,10;65:9;
66:23;98:25;113:15,
22;114:20;115:21,23
**Korean (1)**
40:8
**Kwok (114)**
6:10;8:20;9:2,8,11;
14:23,24;15:4,7,10,
14,18;16:4;23:6,9,16,
24;24:10,15,23,25;
25:7;26:13;27:24;
28:6;29:4,20,24;
31:24;32:24;36:3;
41:10,19,19;42:2,5,
17;43:22;45:11;
46:17;51:2;55:16;
56:4,20;57:4,8,13,22;
58:5;59:4,11,15,25;
60:2,16;75:12,13,15;
76:12;77:2,13;78:2,
17;79:12,15,22;
80:18;81:3,10;83:21;
84:10,13,18;85:23;
86:10;87:15,20;88:2;
89:16,18;90:2,10,11,
20;91:9;92:23;96:7;
97:2,14;100:21;

101:6,17,21;106:22,
24;107:8,12;108:14;
109:10,18;110:7,15;
111:9,12;112:2,11,15,
19;113:24,25;114:13,
16;115:11,22
**K-W-O-K (1)**
23:9
**Kwok's (39)**
15:22;20:15;21:15;
22:24;23:4,14,20;
24:10;31:17,20;41:8,
12;43:19,21;44:7;
46:2,21;60:4;85:5;
89:4;90:24;91:5,8,13,
20;92:13,15;93:2;
95:2,7,11;96:20,24;
101:19,24;107:4;
108:4,21;111:19

**L**

**laid (1)**
33:13
**Lam (1)**
56:11
**language (6)**
12:15;20:25;68:11;
82:24;93:9;110:12
**Last (17)**
13:14;15:2;17:15,
16;56:18;68:5,7;
69:20;70:2,25;85:3;
94:13;98:19;99:9,17,
18;104:16
**late (1)**
70:12
**law (6)**
6:22;8:19,21;9:18,
20,22
**lawsuit (9)**
6:25;9:12;100:20,
24;101:5;108:5,9;
113:5,9
**lawyer (6)**
7:4,5,6,9;55:10;
94:18
**lawyers (2)**
10:8;82:7
**leader (3)**
32:13,16,17
**leak (1)**
100:24
**learn (1)**
68:12
**lease (5)**
61:22;63:21;64:14,
25;65:5
**leasing (2)**
61:25;62:2
**least (1)**
18:19
**leave (2)**

29:12;51:23
**leaving (1)**
84:14
**left (1)**
25:15
**Legal (4)**
5:14,17;9:7,9
**letter (1)**
94:17
**limited (5)**
50:18;51:4;52:23;
53:10;56:3
**list (2)**
47:13;84:15
**listed (1)**
49:23
**little (4)**
42:22;48:22;80:2;
85:10
**LLC (5)**
52:22;53:9;75:2;
96:6;111:2
**long (9)**
11:13;13:19;21:25;
47:10;75:17;78:4;
82:12;84:7;102:10
**look (9)**
47:11;49:19;56:17;
82:10;85:2;95:18;
101:9;105:25;109:21
**looked (1)**
98:11
**lost (3)**
68:14;69:6,24
**lot (5)**
42:6,7;46:6;99:4;
106:7
**lower (4)**
89:5;90:19,21;
109:25
**lowered (2)**
88:14,24
**LP (1)**
5:6
**Ltd (6)**
47:9;48:3,12;49:10;
50:3,13
**Lucy (3)**
22:8,9,9
**Luk (1)**
6:6
**lunch (5)**
103:14,17,21,24;
115:10
**Luncheon (1)**
102:17
**lying (1)**
57:13

**M**

**Macom (1)**
5:13

**mail (2)**
73:9,16
**mainly (1)**
28:3
**Maintain (1)**
39:10
**maintenance (2)**
94:7;100:25
**Maistrello (1)**
62:20
**maker (1)**
89:19
**makes (1)**
61:5
**making (5)**
28:25;37:21;59:17;
89:11;90:9
**man (1)**
113:11
**manage (4)**
36:18,18;44:9;
48:19
**manager (14)**
20:8;9;32:18,22;
36:19;38:5,22;39:5,7,
9;46:10;93:22;
113:22;114:6
**manages (3)**
114:6,10,15
**Mandarin (1)**
16:20
**Manis (3)**
93:19;94:9;95:25
**many (9)**
8:3;31:5;35:24;
37:8;41:2;42:4;46:4;
67:14,17
**March (1)**
54:23
**Mark (3)**
13:23;59:4;110:19
**marked (9)**
47:5;55:22;58:22;
63:14;81:20;93:15;
97:24;105:5;110:20
**market (9)**
79:6,8,11,16;86:3,7,
15,18;88:18
**M-A-S (1)**
62:23
**matter (1)**
5:5
**may (8)**
4:12;17:21,21,23;
63:18;64:5;76:16;
117:20
**maybe (1)**
17:11
**mean (33)**
8:11,24;9:13;18:21,
22;19:17;20:20;
21:16;23:13;31:13;
32:13;34:2;41:22;

43:7,21;44:3;45:13;
46:18,24;61:2;67:3;
69:6,14,22;70:9;
71:19;73:24;82:21;
88:6;92:20;95:12;
112:13;115:13
**means (3)**
41:20,22;115:14
**meant (2)**
19:3;101:17
**media (13)**
43:17,19,21;44:10,
12,13,17,22,24;45:9,
19,20;63:8
**medication (1)**
12:8
**meet (15)**
13:11,13,19;21:9,
23;25:12;28:5;37:2;
99:13,21,24;100:5,6,
8;101:4
**meeting (4)**
14:17;26:13;99:18;
115:3
**meetings (1)**
26:20
**member (5)**
28:6;36:3,4;41:18;
42:13
**members (3)**
24:7;35:21;42:5
**memory (1)**
95:12
**mention (2)**
90:11;109:24
**mentioned (1)**
90:15
**message (6)**
87:16,17;88:2;
97:19;107:5;109:23
**messages (2)**
87:21;108:4
**met (16)**
6:21;25:9;37:6;
40:8,13;42:5,16;60:6;
93:4,6;94:2;100:12,
16,18;114:24;115:20
**Michael (2)**
93:19,20
**middle (3)**
27:9;83:12;109:2
**might (3)**
102:11;112:2;
115:24
**Miles (11)**
51:2;58:5;59:4,11,
15;105:24;106:5;
108:25;111:6,13;
112:3
**Mileson (6)**
59:25;60:2;94:19;
95:6,6;108:4
**Mileson's (1)**

Case 22-50073   Doc 2032-59   Filed 07/25/23   Entered 07/25/23 13:27:53   Page 129
of 133

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. vs.
KWOK HO WAN, et al

YAN PING WANG
October 11, 2018

107:18

**million (13)**
88:14,15,19;
104:25;106:13,18;
109:2,6,11,19,23;
110:8,8

**mine (1)**
22:6

**minute (1)**
82:10

**minutes (2)**
70:20,25

**MIRE (2)**
6:6,6

**mistake (2)**
16:18,18

**mom's (2)**
17:12,12

**money (3)**
57:24;85:16;114:8

**months (1)**
69:21

**more (7)**
36:22;37:4;41:18;
43:5,7,7;85:10

**Morgan (1)**
56:14

**morning (2)**
6:19,20

**MOSS (29)**
5:25,25;6:18,22;
33:25;34:11,17;
37:16;38:2;47:4;
49:16,24;50:4;51:10;
54:10;55:21;58:9,13,
21;63:13;81:16;
93:14;97:23;102:13;
103:9;105:4;110:19;
116:20;117:17

**most (1)**
32:19

**mother (2)**
60:23,25

**motion (1)**
104:17

**move (8)**
30:15,15;35:13;
36:7,11;55:15;59:24;
85:7

**moved (11)**
21:4;27:6;30:8,10;
32:25;99:5,21,25;
100:6,9,13

**Mrs (1)**
111:11

**much (3)**
9:23;99:8,17

**multiple (2)**
34:5;49:13

**Myers (5)**
5:11;6:1,4,7,23

**myself (2)**
37:22;46:14

## N

**name (23)**
5:13;6:21;9:21;
16:8,19,23,25;17:2,4,
12,13;22:7;35:18;
40:6;42:9,15,21;
45:23,25;46:2,3;
94:10;104:19

**named (2)**
92:7;113:12

**names (2)**
16:11;18:7

**nature (1)**
32:3

**need (9)**
12:19,24;26:7;
30:17;37:22;47:10;
58:11;69:17;115:24

**needed (2)**
26:8;31:4

**needs (1)**
63:11

**negotiating (1)**
109:6

**nephew (1)**
42:13

**nephews (2)**
28:11;41:25

**New (61)**
5:8,8;7:23;13:6;
18:15,20,21;19:3,14;
20:2;32:25;35:11,14,
25;36:7,12,16;39:3,
15,21;40:2,15,18,22;
41:5;43:5,11;44:6,16;
47:8;48:2,6,11;49:9;
50:3,13,17;51:2,22;
54:25;55:17,19;56:2,
12,13,14;57:23;59:5,
10;61:9;63:2;64:9,14;
65:5,6,8,11;99:5;
100:13;102:8;116:13

**next (3)**
11:18;95:18;106:11

**niece (2)**
41:25;42:12

**nine (3)**
53:7,12,15

**nod (1)**
11:12

**nods (1)**
11:8

**non (1)**
38:10

**Notary (2)**
6:13;119:24

**note (1)**
106:4

**Noted (2)**
103:3;118:7

**noticed (1)**
6:25

**November (2)**
105:10;106:19

**number (19)**
5:9;35:23;42:19,19,
25;43:2;47:25;49:25;
50:16,25;51:7,14,16;
52:12,20;53:7,23;
106:12;110:2

**numbers (2)**
46:9;56:9

## O

**oath (4)**
4:14;10:18;84:19;
119:9

**object (3)**
33:8;34:8;49:12

**objection (15)**
12:3;34:16,23;35:3;
37:10;38:8,24;50:14,
22;51:8;57:16,25;
58:2,6;62:12

**objections (6)**
4:8;11:24,24;34:13;
81:18,25

**obligation (1)**
48:25

**October (4)**
5:12;86:4,5,13

**off (9)**
29:16;30:5;31:25;
54:15;66:2;84:14;
102:15;116:21;118:5

**offer (6)**
104:25;106:8,17,
24;109:11;110:9

**office (12)**
20:12;25:10;26:9;
29:7;39:10;41:7;43:4;
48:20;59:3;61:13,17;
67:4

**officer (3)**
4:13;25:18,24

**offices (3)**
5:11;26:25;61:23

**often (3)**
88:4,6,7

**O'Melveny (5)**
5:11;6:1,4,7,23

**one (31)**
16:13,15;35:20,22;
37:4;39:25;43:24;
44:6;45:18;46:15;
47:25;48:16;49:5,21;
55:18;56:12;57:10;
66:16;67:24,25;
68:19;69:9;70:6,16,
23;71:2;85:18;92:13,
14,15;97:14

**ones (3)**
28:9;47:22;70:16

**online (1)**
69:7

**Only (8)**
29:25;30:5;41:18,
19;64:18;67:24,25;
114:23

**oOo- (1)**
4:21

**Opportunity (2)**
5:6;58:18

**opposed (1)**
92:16

**oral (3)**
28:4,4;84:5

**organization (3)**
21:13;50:2,12

**original (1)**
57:5

**ours (1)**
73:18

**out (6)**
33:9,13;34:7;37:18;
74:2;87:24

**outside (10)**
14:17;38:3;49:14,
17;50:23;51:9,15;
57:17;58:7;62:14

**outstanding (1)**
62:9

**over (5)**
10:21;88:23;89:11;
97:18;105:23

**overdue (1)**
62:10

**owed (1)**
9:24

**own (9)**
14:17;24:7,10,16;
30:16;44:17;55:18;
57:10,24

**owned (7)**
24:4;50:18;59:4,11;
65:9;96:5,7

**owner (4)**
35:17,17;78:7;
101:8

**owners (1)**
28:12

**ownership (7)**
23:16,18;91:13,19,
23;96:15;101:24

**owning (1)**
23:13

**owns (18)**
22:22,24;23:14,20,
24;59:14;75:8,9,10;
77:10,14,14,17;78:11;
85:24;102:3,4,7

## P

**Pacific (5)**
5:5;6:2,5,8,24

**page (18)**
47:12;56:8,8,18,23;
57:7;85:3,3;94:13;
95:19,21,22,25;98:18,
19;107:16,16;108:25

**paid (2)**
9:9;62:11

**panel (1)**
10:10

**Pangu (34)**
22:15,18,22,25;
23:13,14,17,21,24;
24:11,21;25:3,19,22,
25;26:16,25;27:3,5,
14;28:2,7,13,16,18,
21;29:23;30:3,20;
31:11;38:11,15,17;
51:5

**P-A-N-G-U (1)**
22:16

**Pangu's (1)**
30:24

**paper (2)**
46:18;78:9

**paragraph (2)**
56:9;57:8

**part (3)**
23:24;33:11,13

**particular (1)**
68:16

**parties (4)**
4:4;8:9,11,12

**pass (7)**
87:16,20;88:2;
96:15,19;107:5;
109:22

**password (1)**
69:7

**past (1)**
14:9

**Patent (1)**
59:2

**pay (3)**
9:9;66:9,13

**paying (2)**
7:19;66:2

**Peggy (3)**
66:20,22

**penalty (1)**
84:19

**people (11)**
24:9;28:24;35:24;
36:25;40:6;41:2;
44:13;65:10;84:14,
15;87:18

**perform (1)**
38:14

**performance (1)**
9:6

**perjury (1)**
84:20

**person (23)**
13:17;15:7,8;32:19;

Case 22-50073    Doc 2032-59    Filed 07/25/23    Entered 07/25/23 13:27:53    Page 130
of 133

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. vs.
KWOK HO WAN, et al

YAN PING WANG
October 11, 2018

35:19;37:4;39:25;
42:16;60:7;61:9;93:5;
94:3,11;97:3,18;
99:14,19;100:13,17;
101:11,13,20;114:24

**personal (12)**
13:4;27:23;30:16;
41:21,23;51:20;
52:16;53:4,14,17;
54:3;80:4

**personally (3)**
7:20,21;72:10

**phone (3)**
15:7;99:14,19

**photo (2)**
32:6;44:14

**physical (1)**
61:13

**pick (1)**
40:18

**Ping (8)**
5:3;16:13;53:23;
54:19;103:12;104:19;
119:7,16

**plaintiff (5)**
5:4;6:1,4,7,24

**Plaintiffs' (2)**
81:19,25

**platform (8)**
44:13,17,22,25;
45:9,19,20;46:5

**platform's (1)**
45:23

**please (7)**
10:25;11:7,18,25;
99:10;105:23;110:3

**pledge (5)**
52:21,24;53:8,10;
81:14

**pledged (6)**
50:19;80:11,19,22;
81:4,7

**pledges (11)**
80:3,5,25;81:10;
104:3,8,10,13;117:5,
10,15

**pledging (1)**
80:15

**pm (8)**
102:16,18;103:3,
13;116:22;117:2;
118:6,7

**point (6)**
19:22,25;86:6;
98:12;101:10;106:13

**position (2)**
19:2;34:12

**possible (1)**
69:5

**post (2)**
44:14,14

**potential (8)**
52:21,24;63:23;

65:2;79:19;81:13;
87:3;95:10

**practice (3)**
73:22,24;74:12

**precise (3)**
35:18,23;46:8

**pregnant (1)**
29:14

**preparation (1)**
48:14

**prepare (5)**
13:8;14:18;43:11;
48:9,15

**present (3)**
13:21;15:3;91:3

**President (3)**
18:4;53:24;61:6

**previously (1)**
14:14

**price (5)**
88:13,23;89:5;
90:19,21

**principal (3)**
101:11,14,17

**printout (1)**
58:25

**prior (1)**
19:19

**privilege (1)**
55:11

**problem (1)**
97:10

**procedure (1)**
69:8

**proceed (1)**
12:25

**proceedings (2)**
12:22;33:12

**process (2)**
44:24;97:8

**produced (1)**
98:3

**project (3)**
43:12,12;45:12

**projects (4)**
43:14,24;44:7,11

**pronounce (1)**
16:19

**pronunciation (1)**
23:8

**Properties (4)**
62:3,10;65:18,24

**property (2)**
96:5,14

**prospective (1)**
87:22

**Proton (3)**
73:6,9,16

**Protonmailcom (1)**
74:8

**provide (3)**
12:12;83:14,17

**Public (2)**

6:14;119:24

**purchase (8)**
51:16,21;78:14,21,
25;85:12,16,21

**purchased (1)**
77:23

**purchasers (1)**
87:22

**purpose (5)**
48:2,11;49:9;115:2,
4

**purposes (1)**
18:18

**put (6)**
86:3,7,14;88:18;
106:9;110:13

**putting (2)**
86:18;96:23

---

## Q

**quick (1)**
54:11

**quickly (1)**
10:21

**quite (6)**
19:10;60:24;61:4;
75:4;77:16;82:11

---

## R

**radio (1)**
44:14

**ranking (1)**
61:9

**rather (1)**
64:9

**reach (1)**
87:24

**reached (1)**
66:3

**read (14)**
15:21,24;47:17;
65:20;83:2,9,10;84:3,
8;105:24;106:21;
109:3;112:21;119:8

**reading (1)**
96:3

**real (3)**
22:20;28:19,22

**really (10)**
26:18,18;31:21;
44:2,3;86:16;107:18;
110:2;115:12,13

**reason (6)**
12:11;20:20;57:11,
21;97:8;109:13

**reasons (1)**
30:16

**recall (5)**
62:8;66:8,12;71:3;
104:24

**receive (3)**

47:19;69:13,15

**received (2)**
69:11;105:19

**Recess (3)**
54:17;102:17;
116:23

**recipient (1)**
64:18

**recollection (7)**
14:9;66:5;95:10;
96:19;106:17;109:10;
110:7

**record (13)**
5:19,22;11:21,25;
54:15,20;102:15;
103:12;116:22,25;
118:5;119:10,11

**recover (4)**
68:15,18,24;69:9

**redacted (1)**
106:9

**redaction (1)**
106:11

**refer (1)**
18:21

**references (1)**
66:20

**referring (7)**
22:14;23:12;
100:22;107:10,12;
111:9,12

**refresh (8)**
14:9,11;95:9,12;
96:18;106:16;109:9;
110:6

**regard (1)**
60:13

**regarding (3)**
94:18;99:9;101:4

**register (1)**
17:6

**registered (1)**
54:24

**relates (1)**
63:21

**relating (17)**
59:3;71:18;72:16;
76:25;78:14;79:19;
89:15;90:2,5,9;
100:24;104:8,10,13;
116:8;117:10,14

**relation (1)**
96:13

**relationship (6)**
31:11,22;51:2;
75:24;76:6,9

**relevant (2)**
33:23;57:19

**remember (61)**
7:13;9:3,21;14:13,
15;15:8,12;17:22;
22:5;26:21;28:10;
30:23;40:7;42:6,15;

46:8;49:6;52:8,9,11;
62:21;64:6;65:16,21,
23;67:25;68:19;
72:22;75:17,18;78:4;
79:12,13;82:17,18;
83:3,23;84:4,6,12;
86:12,16;87:4,23;
88:16,17,20,22;90:14,
17;97:12,13;99:3,20;
100:2,3,4;104:4;
105:3;115:15,17

**repair (1)**
94:7

**repeat (1)**
37:22

**reply (2)**
88:3;99:11

**report (2)**
33:5;34:14

**reporter (4)**
5:15,23;11:9,20

**represent (3)**
9:19;12:17;82:5

**representation (1)**
7:20

**representations (1)**
117:9

**representative (2)**
13:6;48:24

**represented (2)**
7:6;104:6

**representing (3)**
6:24;7:2,3

**request (1)**
62:10

**requests (3)**
71:23;72:8;73:18

**reserved (1)**
4:9

**residence (14)**
51:17,22;52:13,18,
24;53:11;77:23;
78:15,22;79:2,5,16;
81:14;101:21

**respect (1)**
89:19

**respective (1)**
4:4

**respond (1)**
73:18

**responded (1)**
107:3

**response (3)**
72:8;83:15;104:16

**Responses (2)**
81:18,25

**responsibilities (4)**
25:2;38:22;39:7,8

**responsibility (1)**
94:24

**restore (5)**
69:20,24;70:7,12,
17;72:4

Case 22-50073   Doc 2032-59   Filed 07/25/23   Entered 07/25/23 13:27:53   Page 131
of 133

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. vs.
KWOK HO WAN, et al

YAN PING WANG
October 11, 2018

**restructuring (2)**
96:13,19

**result (1)**
10:6

**results (1)**
105:23

**resumed (1)**
103:5

**review (1)**
14:16

**reviewed (1)**
76:19

**right (61)**
9:18;25:5;28:19,22;
38:4;39:17;41:10;
46:2;51:24;52:3;
53:15;54:5;56:24;
59:22,23;61:10;62:3;
64:2,11,19;65:2;70:3,
4,11,13;72:4;74:17;
79:22;80:22;81:24;
84:25;85:13,24;
86:14;90:2,6,10;92:5,
17;95:7;96:10;99:22;
102:5;104:20;106:25;
107:4,12;108:9,22;
109:2,15,19;110:11;
116:10,14,15,18;
117:6,7,11,15

**role (5)**
36:16;38:11;60:9;
86:17,20

**room (2)**
13:22;29:9

**Ross (1)**
6:10

**rules (1)**
10:21

**running (2)**
39:11;45:21

**runs (1)**
44:16

---

# S

**safer (1)**
73:8

**sale (5)**
63:23;65:2;79:19;
86:21,24

**same (11)**
4:14;18:7;23:6,8,
10;34:16,23;35:3;
37:11,24;57:25

**sarcastic (2)**
58:12,14

**Sarnoff (2)**
6:3,3

**save (1)**
74:5

**saw (4)**
67:8;82:15;99:12;
114:20

**saying (1)**
23:4

**Schiller (3)**
8:25;9:19,23

**scope (14)**
7:16,17;34:3;38:4;
49:14,17;50:6,8,24;
51:9,15;57:17;58:7;
62:15

**sealing (1)**
4:5

**search (5)**
59:2;71:20;72:11;
73:16;108:11

**searched (8)**
71:16;72:7;108:4,8,
18,21;113:4,8

**SEARLES (36)**
6:9,9,25;7:3,12;
12:18;13:15,22;33:7;
34:4,16,19,23;35:3;
37:10,20;38:8,24;
49:11,19;50:5,8,14,
22;51:8,12;55:7;
57:16,25;58:6,11,16;
62:12;102:10;117:19,
25

**second (8)**
8:4;12:14,16;56:18;
68:9,10;107:16,16

**secretary (1)**
32:23

**seem (1)**
106:12

**seems (1)**
65:19

**sell (3)**
52:13,17;92:4

**selling (1)**
87:13

**send (4)**
32:6;69:9;88:9;
101:7

**senior (4)**
32:19;36:22;37:2,5

**sense (1)**
84:24

**sensitive (1)**
109:3

**sensitivity (1)**
107:19

**sent (7)**
64:18;71:23;74:7,
15;82:7;105:19;112:8

**sentence (1)**
107:11

**September (6)**
21:8,10;27:7;30:11;
32:12;33:3

**serve (3)**
38:10;46:16,21

**served (1)**
47:9

**session (1)**
14:6

**set (6)**
55:16;57:23;77:5,7;
81:19;82:2

**setting (3)**
56:11;57:9;76:20

**Seven (2)**
41:3;52:12

**shakes (1)**
11:8

**shall (2)**
4:9,17

**Shari (1)**
5:16

**Sherry (3)**
75:8;93:22;101:11

**Sherry-Netherland (10)**
63:23;65:2;77:22;
79:5;94:25;98:4;
100:21;105:2;106:10;
112:4

**Shiny (5)**
51:5;75:24;76:3,6,9

**shore (1)**
66:2

**show (4)**
14:5;87:18,25;
103:23

**showing (1)**
87:21

**side (2)**
71:24;104:7

**signature (1)**
56:20;57:4;85:5

**signed (6)**
4:12,14;56:4;84:20;
104:22;119:19

**significance (1)**
17:8

**significant (1)**
109:5

**single (2)**
42:13;72:15

**sit (1)**
46:13

**situation (4)**
15:13;62:8;66:6,19

**six (3)**
42:19;43:2;51:16

**Sloane (29)**
63:18;64:21,25;
65:17;67:6;72:19;
74:9;78:24;86:23;
87:2,5,10,13,21;88:5;
90:24;91:4,9;97:21,
22;105:10,22;107:15;
109:14;110:23;111:5,
8,12;112:2

**SN (2)**
95:22;98:18

**social (16)**
32:7;43:17,19,21;

**sold (1)**
86:3

**somebody (3)**
26:12;35:13;92:16

**someone (2)**
30:14;92:7

**sometimes (1)**
10:24

**son (14)**
29:15;30:6;60:4;
91:13,20;95:7,11;
96:15,20,24;97:3;
101:14,21,24

**son's (1)**
32:6

**soon (1)**
106:2

**Sorry (15)**
14:10;20:9;25:20;
48:13;53:21;66:11;
68:11;70:10;71:19;
82:24;93:9;95:21;
98:19;111:10;113:6

**sort (1)**
90:18

**sound (2)**
62:3;86:13

**speak (2)**
14:20,24

**specifically (1)**
31:8

**speech (2)**
37:17,21

**speechless (1)**
105:22

**spoken (4)**
12:18;90:24;91:4,8

**spot (1)**
102:12

**Spring (121)**
7:23;13:6;17:25;
18:9,13,14,15,21,22,
23;19:3,7,12,14,15,
17,20,23,25;20:2,4,7,
10,18,22;30:12;31:3,
8,12;32:11,20,21;
33:2,6,10,17;34:15,
22;35:2,11,15;36:16,
20;37:5,9,13;38:5,12,
16,19,23;39:3,15,20,
22;40:2,10,14,22;
41:4;43:4,10,25;44:6,
11,16,21,23;47:8;
48:2,6,11;49:9;50:3,
13,17,25;53:24;
54:23;55:10,17;
56:11,13;57:9,23;
58:4;59:5,10,14,18,
21;60:10,13,16,20;
61:2,9,12,18,22;62:9;

**restructuring (2)**
63:2,22;64:9,10,14,
25;65:5,6,8,9,11,18,
25;66:9,13,24;74:11;
75:23;76:5;108:12

**ss (1)**
119:4

**stand (1)**
25:16

**start (10)**
11:17,19;17:21;
18:8;21:14,24;32:15;
44:21;45:9;59:25

**started (5)**
20:18;22:12;24:19;
41:5;61:18

**State (5)**
5:7;21;56:2;119:3,
24

**step (1)**
71:22

**still (8)**
10:3;36:18;64:13;
67:9;72:18;74:9,16;
79:8

**STIPULATED (4)**
4:3,7,11,16

**stop (1)**
72:21

**strike (4)**
55:15;61:22;75:24;
77:21

**structure (3)**
50:2,12;116:9

**Stuart (1)**
6:3

**stuff (1)**
27:4

**subject (2)**
63:25;110:24

**submit (1)**
104:15

**submitted (4)**
53:24;54:5,7;55:25

**Subpoena (2)**
47:5,8

**subscribed (1)**
119:19

**substance (2)**
15:19;103:20

**suing (1)**
8:13

**suit (1)**
8:15

**supervise (1)**
46:11

**Support (2)**
5:15,17

**Supreme (2)**
5:7;55:25

**sure (16)**
10:20;11:24;36:13;
47:18;70:6,15,19,21,
22,23,24;77:17;

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. vs.
KWOK HO WAN, et al

YAN PING WANG
October 11, 2018

82:19;97:10;116:6;
117:4
**swear (3)**
5:23;56:19,25
**swearing (1)**
84:19
**sworn (4)**
4:12,15;6:13;16:7

**T**

**talk (6)**
16:3;86:23;87:2,5;
99:14;101:6
**talked (3)**
80:2;85:11;93:19
**tape (2)**
54:18;103:10
**team (4)**
39:13,14;41:2;
46:11
**telling (1)**
101:8
**ten (1)**
53:23
**termination (1)**
53:7
**terms (2)**
28:18;109:25
**terrace (2)**
100:18;101:8
**territory (1)**
37:24
**testified (8)**
6:14;70:10;83:5;
103:6;104:2;108:7;
116:7;117:3
**testifies (1)**
57:22
**testify (6)**
12:9;47:23;48:3,10;
49:2;51:6
**testifying (3)**
10:18;13:4;55:14
**testimony (8)**
12:12;15:19;24:9;
33:15;103:20;104:4;
119:8,11
**thinking (1)**
17:11
**thought (3)**
84:14;106:8;116:18
**Thousands (1)**
46:7
**three (3)**
32:23;50:16;103:11
**times (9)**
8:3;51:5;75:24;
76:3,6,9;88:24;93:6,8
**title (5)**
18:3;20:6;39:2,5;
81:24
**today (14)**

5:12,16;6:25;7:4,7;
10:15;12:9,12,20;
14:22;16:7;18:19;
47:23;48:4
**today's (1)**
118:4
**together (1)**
39:14
**told (24)**
12:18;15:16,17;
24:17;32:6;35:25;
40:11,13;49:5;58:18;
69:4;72:2;73:8;75:13;
76:12;77:10,25;
79:10;81:3,6;85:18;
89:2;101:6,10
**took (2)**
27:8;29:16
**top (3)**
67:5;105:9;109:21
**topic (12)**
48:16;49:16,23;
50:5,21;51:7,18;
52:25;53:5,12,15,22
**topics (6)**
47:13,21,21;49:2,
13,21
**trademark (7)**
58:5,22,25;59:2,3,
11,15
**transcript (4)**
15:21,24;119:8,9
**transfer (8)**
52:13,17;91:12,19,
23;94:18;95:5,11
**transferred (1)**
50:19
**transferring (1)**
55:17;56:12;57:9
**translate (11)**
25:15;26:14,15,20;
29:8;38:7;63:7,9;
87:16;89:17;110:12
**translated (5)**
29:10;83:23,24;
110:16,17
**translating (2)**
27:24;29:24
**translation (6)**
26:6;28:3,4;29:25,
25;84:2
**translator (11)**
12:19,25;25:17;
26:4;27:19;34:25;
38:11,15,17;46:25;
63:4
**traveling (2)**
64:7;99:4
**trial (1)**
4:10
**tried (5)**
68:18;70:7,12,17;
71:3

**true (7)**
56:19,25;57:11;
66:17;96:10;119:10,
12
**trust (1)**
96:23
**truth (1)**
84:24
**truthful (1)**
12:12
**truthfully (1)**
12:9
**try (14)**
10:25;11:16,18;
12:23;19:22;68:15;
69:9;70:9;71:17,19;
72:3;97:3;100:11;
109:25
**trying (5)**
43:12;86:20;90:20,
22;92:4
**turn (3)**
85:10;94:12;95:19
**two (10)**
18:7;23:5;32:22;
49:25;54:19;64:2;
75:2,20;115:7;116:17
**types (3)**
43:14,16;94:5

**U**

**Ua (1)**
98:9
**UBS (2)**
56:3,13
**Ullman (13)**
93:19,20,24;94:6,
17;96:2;97:18;98:4;
99:13,25;100:12;
101:4,7
**Ullman's (1)**
15:25
**ultimate (1)**
96:14
**ultimately (2)**
77:14;96:6
**under (5)**
10:18;84:19,19;
101:3;119:9
**understood (3)**
11:3;16:21;19:3
**undertake (1)**
96:13
**unilaterally (2)**
34:2;38:3
**unless (1)**
12:3
**up (17)**
19:11;20:21;21:10;
37:19;40:19;45:8,21;
55:16;56:11;57:9,23;
69:12,14;73:8;76:20;

77:5,8
**Urbana (4)**
62:2,10;65:17,23
**use (10)**
17:2,2,6,11,12;
41:19;46:14;69:8;
71:8;72:23
**used (5)**
17:4;71:5;111:22;
112:13,15
**user (2)**
45:18;46:15
**users (1)**
46:4
**uses (2)**
112:11,19

**V**

**verbal (2)**
11:7,14
**verification (5)**
69:10,11,13,16,17
**version (2)**
56:21;57:5
**versus (1)**
5:6
**via (1)**
69:7
**Victoriavic768 (1)**
113:8
**Victoriavic768@gmailcom (2)**
110:24;111:17
**VIDEOGRAPHER (8)**
5:2;54:14,18;
102:14;103:10;
116:21,24;118:3
**videotaped (1)**
5:3
**visiting (1)**
26:8

**W**

**wait (2)**
11:16,18
**waived (1)**
4:6
**Wan (4)**
5:6;6:11;56:21;
57:5
**Wang (124)**
5:4;7:1;8:1;9:1;
10:1;11:1;12:1;13:1;
14:1;15:1;16:1,8,13;
17:1;18:1;19:1;20:1;
21:1;22:1;23:1;24:1;
25:1;26:1;27:1;28:1;
29:1;30:1;31:1;32:1;
33:1;34:1;35:1;36:1;
37:1;38:1;39:1;40:1;
41:1;42:1;43:1;44:1;
45:1;46:1;47:1;48:1;

49:1,25;50:1,10;51:1;
52:1;53:1,23;54:1,20,
22;55:1;56:1;57:1;
58:1;59:1;60:1;61:1;
62:1;63:1;64:1;65:1;
66:1;67:1;68:1;69:1;
70:1;71:1;72:1;73:1;
74:1;75:1;76:1;77:1;
78:1;79:1;80:1;81:1;
82:1;83:1;84:1;85:1;
86:1;87:1;88:1;89:1;
90:1;91:1;92:1;93:1;
94:1;95:1;96:1;97:1;
98:1;99:1;100:1;
101:1;102:1;103:1,
12;104:1,19;105:1;
106:1;107:1;108:1;
109:1;110:1;111:1;
112:1;113:1;114:1;
115:1;116:1;117:1;
118:1;119:7,16
**W-A-N-G (2)**
16:8,20
**way (7)**
17:12;27:6;66:16;
69:3;70:6;90:19;
115:25
**website (6)**
43:15,18;44:11;
59:3;63:8,11
**websites (1)**
43:16
**week (5)**
13:14;15:2;99:9,17,
18
**Wen (1)**
42:23
**weren't (2)**
65:10;70:19
**what's (8)**
25:20;38:13;45:23;
66:11;71:11;73:2;
75:6;97:7
**whenever (1)**
29:8
**whole (8)**
20:24;41:20,23,24,
25;42:3;83:2;84:8
**Who's (1)**
7:19
**Whose (3)**
20:13;45:8;85:20;
112:23
**William (1)**
113:12
**willing (1)**
106:12
**within (4)**
4:6,12,17;108:12
**without (2)**
26:10;101:8
**witness (10)**
5:24;6:12;7:4;

Case 22-50073    Doc 2032-59    Filed 07/25/23    Entered 07/25/23 13:27:53    Page 133
of 133

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. vs.
KWOK HO WAN, et al

YAN PING WANG
October 11, 2018

38:25;50:15;52:7;
54:13;58:2;62:13;
117:24
**woman (1)**
93:10
**Wong (5)**
16:15;56:10;98:10;
105:9,13
**W-O-N-G (2)**
16:16,20
**word (3)**
45:15,17;59:3
**words (3)**
23:8;110:15,17
**work (21)**
21:20;27:5,23;
29:19,23;30:3,11,11;
31:2,7,25;32:10;33:2;
35:11;39:13;43:12;
44:11;65:6;67:4;
113:20,25
**worked (9)**
21:12;25:5,8;27:14,
18;39:21;40:2;92:22,
25
**working (11)**
18:8;20:18;21:15,
24;22:12;27:25;28:7;
41:5;42:4;61:18;
64:13
**works (3)**
43:25;114:3,12
**Wow (1)**
21:25
**write (2)**
98:22;112:21
**writes (4)**
105:22;107:15;
111:5;112:3
**writing (3)**
109:14,16;112:3
**written (5)**
28:4,4;82:6;83:25;
84:5
**wrong (1)**
116:7
**wrote (2)**
110:11;111:13

**Y**

**Yan (8)**
5:3;16:13;53:23;
54:19;103:11;104:19;
119:7,16
**year (17)**
7:14;9:4;17:15,16;
18:10;48:20;68:5;
69:23;71:23;82:17,
18,19,19;83:12,13;
91:14;100:19
**Yong (7)**
92:7,10;93:10,18,

20;94:21,24
**Y-O-N-G (1)**
92:8
**York (58)**
5:8,8;7:23;13:6;
18:15,20,21;19:4,14;
20:2;32:25;35:11,14,
25;36:7,12,17;39:3,
15,21;40:2,15,18,22;
41:5;43:5;44:6,16;
47:8;48:2,7,11;49:9;
50:3,13,17;51:22;
54:25;55:17,19;56:2,
12,14;57:23;59:5,11;
61:9;63:2;64:9,15;
65:5,6,8,11;99:6;
100:13;102:8;116:13
**York's (2)**
51:2;56:13
**YouTube (4)**
43:22;44:7,8,9
**Yu (1)**
16:25
**Y-U (1)**
16:22
**Yue (4)**
17:3,4,9,12
**Y-U-E (1)**
16:22
**Yvette (11)**
16:8,15,21,25;17:4;
98:9,10;105:9,13,22;
115:23
**Yvettewong7@Gmail (2)**
68:3;70:16
**Yvettewong7@Gmailcom (3)**
67:7;68:17;70:8
**Yvetteyue423@gmail (1)**
105:15
**Yvetteyue423@Gmailcom (1)**
98:8

**0**

**0022 (1)**
95:22
**00284 (1)**
98:19
**0284 (1)**
98:19

**1**

**1 (3)**
47:4,5,7
**1:28 (2)**
103:3,13
**1:43 (1)**
116:22
**1:47 (1)**
116:25
**1:48 (2)**
118:6,7

**10 (1)**
105:10
**10:15 (1)**
5:20
**100 (1)**
41:18
**11 (1)**
5:12
**11:10 (1)**
54:15
**11:22 (1)**
54:21
**12 (3)**
29:22;63:18;98:23
**12:23 (2)**
102:15,18
**13 (1)**
47:9

**2**

**2 (3)**
55:21,22,24
**2009 (11)**
21:19,20,24;22:13;
27:6,15,16,18,25;
29:22;42:4
**2012 (9)**
27:11,12,15,18,25;
29:12,16;30:8;31:24
**2015 (32)**
20:5,7,19,23;21:5,8,
11;27:7,13,13;29:17,
18;30:2,4,11,11;
31:24;32:12;33:3;
39:19;48:19;51:16,
21;54:23;55:17;
56:10;77:23;78:15;
85:12;86:4,5,13
**2016 (9)**
88:14;91:12,15;
95:20;100:19;104:24;
105:10;106:19;
114:22
**2017 (12)**
17:19,20;59:18;
63:18;64:5;68:5,6,8;
70:12,12;71:6;98:23
**2018 (19)**
5:12;17:18;18:11;
19:8,19,21;35:10;
39:4,21;40:3,10,11,
23;41:6;47:9;61:19;
99:22;100:14;119:20
**24 (1)**
85:3
**26 (1)**
95:20

**3**

**3 (3)**
58:21,22,24

**3:46 (1)**
98:23
**30b6 (2)**
48:23;52:6
**36 (2)**
56:9;57:8

**4**

**4 (4)**
47:12;63:13,14,16
**400 (1)**
9:25

**5**

**5 (3)**
81:16,17,22
**500 (1)**
9:25
**500,000 (1)**
10:2

**6**

**6 (3)**
93:14,15,17
**60 (2)**
106:13;109:19
**652077/2017 (1)**
5:9
**67 (2)**
109:6,23

**7**

**7 (3)**
97:23,24;98:2
**78 (1)**
88:14

**8**

**8 (3)**
105:4,5,7
**800 (3)**
61:15;63:22;64:14
**85 (2)**
88:14,18

**9**

**9 (2)**
110:20,22