**Exhibit 60**

| | |
|---|---|
| **Message** | |
| **From**: | Louise Camuto [louise@louisecamuto.com] |
| **Sent**: | 7/12/2019 9:25:25 AM |
| **To**: | Yvette Wang [yvettew@gsnyus.com] |
| **CC**: | Max Krasner [maxk@gsnyus.com]; Karin Maistrello [karinm@gsnyus.com] |
| **Subject**: | Re: Chateau Ridge |

Dear Yvette,

I am so happy to hear your response and we can communicate directly this way to get this done quickly.

I am happy to move forward at great speed and even though I have lived here for 20 years and my husband a few more- since we are leaving most of the furniture I think it may go faster than expected to move out, but I need to let you know that I have a trip planned to Europe from this Sunday July 14-July 27th.

That will give me 3 days to move out by the 30th. Given we would plan to close July 30th. Is this confirmed?

That will definitely be a bit tight.
But I think I can do it. I may need a few days cushion.

Also, you have inspection left to do. Please advise the soonest you can have this done. The closing will very much depend on this. I can't start to move any thing until we are signed. I did that the last time at great effort, and it would not be wise for me to do it again. So until we are signed I will sit tight.

The total of the sale is 14 million which is 12 for the house and 2 for the lots.
Since the house payment will go to a Housing Trust, there will be a split for the furniture I am leaving, so two checks will be cut to justify the leaving of the collection. I have to calculate this sum as soon as possible so we can move forward to signing, but it should make little difference to you.

I am so glad Miles will enjoy the fabulous urns that are, as you know, quite rare and valuable. They make the room!

Thank him for the chairs, and I will leave Miles the cabinet on the third floor and keep the one on the second floor instead. The third floor cabinet is a beautiful renaissance cabinet with exquisite ivory inlays, it goes beautifully with the house and holds the presence of the room.

Thank you - and Miles, and please keep the communication flowing. I would be happy to come visit him one day when he is all settled in. I dream of the beautiful things he must have to complete the house. Interiors are my passion and the home deserves to look done and complete. With the 600 lots waiting in storage that should be done in no time at all. I am excited to move forward!

Warmest regards,

Louise

LOUISE CAMUTO
917.626.6759

On Jul 11, 2019, at 22:50, Yvette Wang <yvettew@gsnyus.com> wrote:

Dear Louise,

Thank you for getting back to Miles, kindly forgive him as he does better with oral English than written.

Miles said he exactly shares the same love as you to this fabulous home, he would even hope you could come back in the future, share the beautiful stories about this place with him, believe there are a lot.

Miles said he appreciates you agree to leave the urns, he does love them very much; in the same spirit of cooperation, he would like you to keep the set of four blue chairs, plus he even prefers you to choose the cabinet which you like the most.

Golden Spring NY Ltd, as a family office based in Manhattan, we take care of Miles' and his family's business, projects and assets in the US. GSNY will directly employ/contract Peter and James with the salary as you advised. Kindly you could let them contact Max (copied here), or let us have their contacts so we can arrange their contracts accordingly. We trust their loyalty and love to this home and they will continue to care it.

On behalf of Miles, thank you again for having this beautiful home to him, all the best.

**Yvette Wang**
**Golden Spring (New York) Ltd.**
**President**
162 E 64th Street, New York, NY 10065
Direct: 917-499-4266

---

**From:** Max Krasner
**Sent:** Thursday, July 11, 2019 7:08:44 PM
**To:** Yvette Wang; Karin Maistrello
**Subject:** Fwd: Chateau Ridge

The owner is agreeing to give up the urns, but she is asking if she can keep the 2 blue chairs because they are a full set and she really wants them.
She will also share 1 of 2 cabinets that the client likes, he can choose between the two.
Also, she is sharing payroll information of the House managers.

Kind regards,
Max


Sent from my iPhone

Begin forwarded message:

HR0026128

**From:** "MARY E. DOWDLE" <irishsong1@aol.com>
**Date:** July 11, 2019 at 6:47:09 PM EDT
**To:** Max <maxk@gsnyus.com>
**Subject: Fwd: Chateau Ridge**

> **From:** Louise Camuto <louise@louisecamuto.com>
> **Date:** July 11, 2019 at 6:31:33 PM EDT
> **To:** "Mary Muffin E. Dowdle" <irishsong1@aol.com>
> **Subject: Chateau Ridge**
>
> Dear Miles,
> Thank you for getting back to me. I look forward to concluding and having you move into this amazing place which we love so much and you seem to love it as much as we do.
>
> You have asked that I leave the urns on stands in the living room (the great room). Knowing how much you love them, and in the spirit of cooperation, I would like you to have these. In return you would allow me to keep the set of blue chairs which have always been mine so I can keep the set of four together.
>
> Secondly, you have asked for two cabinets or armoires- one is at the top of the main stairs outside the second floor sitting or media room. The other is the cabinet in the 3rd floor sitting area outside the gym. I would be willing to share one of them with you and you can choose which one.
>
> The two wonderful men who work so well on the estate are Peter Liszka and James Herrera. Peter has a salary of $85,000.00 and lives in the staff wing with his lovely wife and two quiet and respectful children. James lives in Stamford, so he comes to work daily and his salary is $65,000.00.
>
> They work very well together and are wonderfully efficient and care a lot about this place. Please let me know if you are interested in assuming this to your payroll as well.
>
> All my very best,
>
> Louise Camuto
>
>
> LOUISE CAMUTO
> 917.626.6759

HR0026130