**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re<br><br>HO WAN KWOK, *et al.*<br><br>Debtors. | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered)<br>Re: ECF No. 1997 |

### ORDER GRANTING MOTION OF BROWN RUDNICK LLP TO WITHDRAW APPEARANCE AS SPECIAL (CRIMINAL DEFENSE) COUNSEL

UPON CONSIDERATION OF the Motion to Withdraw Appearance as Special (Criminal Defense) Counsel filed on July 13, 2023 [Docket No. 1997], and good cause having been shown, including the fact that the law firm of Zeisler & Zeisler P.C. continues to represent debtor Ho Wan Kwok generally in this chapter 11 case, and Zeisler & Zeisler P.C. will have ready access to the debtor's criminal defense counsel for guidance and advice as the need may arise, it is by the Court,

ORDERED, that the Motion is GRANTED.

Dated at Bridgeport, Connecticut this 25th day of July, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut