**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**BRAVO LUCK LIMITED'S FIFTH MOTION *ON CONSENT* FOR EXTENSION OF TIME TO RESPOND TO (I) FIRST OMNIBUS OBJECTION OF CHAPTER 11 TRUSTEE, GENEVER HOLDINGS CORPORATION, AND GENEVER HOLDINGS LLC (SEEKING EXPUNGEMENT AND DISALLOWANCE OF PROOFS OF CLAIM FILED BY BRAVO LUCK LIMITED BASED ON LACK OF EVIDENTIARY SUPPORT (DOCKET NO. 1842); (II) FIRST OMNIBUS OBJECTION OF CHAPTER 11 TRUSTEE, GENEVER HOLDINGS CORPORATION, AND GENEVER HOLDINGS LLC (SEEKING EXPUNGEMENT AND DISALLOWANCE OF PROOFS OF CLAIM FILED BY BRAVO LUCK LIMITED BASED ON LACK OF EVIDENTIARY SUPPORT) (DOCKET NO. 252); AND (III) FIRST OMNIBUS OBJECTION OF CHAPTER 11 TRUSTEE, GENEVER HOLDINGS CORPORATION, AND GENEVER HOLDINGS LLC (SEEKING EXPUNGEMENT AND DISALLOWANCE OF PROOFS OF CLAIM FILED BY BRAVO LUCK LIMITED BASED ON LACK OF EVIDENTIARY SUPPORT) (DOCKET NO. 24)**

Bravo Luck Limited ("Bravo Luck"), by and through its undersigned counsel, pursuant to D. Conn. L. Civ. R. 7(b) and L. Bankr. R. 7007-1, hereby moves solely on its own behalf for a further extension of time to respond to the (i) *First Omnibus Objection of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC (Seeking Expungement and Disallowance of Proofs of Claim Filed by Bravo Luck Limited Based on Lack of Evidentiary Support)* (In re Ho Wan Kwok, Case No. 22-50073, Docket No. 1842) (the "Kwok Claims Objection"); (ii) *First Omnibus Objection of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

160984006v1

*(Seeking Expungement and Disallowance of Proofs of Claim Filed by Bravo Luck Limited Based on Lack of Evidentiary Support) (In re Genever Holdings LLC,* Case No. 22-50592, Docket No, 252) (the "<u>Genever US Claims Objection</u>"); and (iii) *First Omnibus Objection of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC (Seeking Expungement and Disallowance of Proofs of Claim Filed by Bravo Luck Limited Based on Lack of Evidentiary Support)* (In re Genever Holdings Corporation, Case No. 22-50542, Docket No. 24) (the "<u>Genever BVI Claims Objection</u>" and collectively with the Kwok Claims Objection and the Genever US Claims Objection, the "<u>Claims Objections</u>") through and including August 4, 2023.

The Debtors have informed Bravo Luck that they consent to the granting of the relief requested herein, but they reserve all rights as to the Claims Objections. This is Bravo Luck's fifth request for an extension of time to respond to the Claims Objections.

WHEREFORE, Bravo Luck respectfully requests that the Court enter the proposed order attached hereto as **<u>Exhibit A</u>**, extending the time for Bravo Luck to respond to the Claims Objections through and including August 4, 2023.

*[Remainder of Page Intentionally Left Blank]*

160984006v1

Dated:  July 28, 2023

*/s/ Francis J. Lawall*
Francis J. Lawall, Esq.
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4481
francis.lawall@troutman.com

and

David M. S. Shaiken (ct02297)
Shipman, Shaiken & Schwefel, LLC
433 South Main Street, Suite 319
West Hartford, CT 06110
Telephone: (860) 606-1703
Fax: (866) 431-3248
david@shipmanlawct.com

*Counsel for Bravo Luck Limited*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 28, 2023, *Bravo Luck Limited's Fifth Motion on Consent for Extension of Time to Respond to (I) First Omnibus Objection of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC (Seeking Expungement and Disallowance of Proofs of Claim Filed By Bravo Luck Limited Based on Lack of Evidentiary Support (Docket No. 1842); (II) First Omnibus Objection of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC (Seeking Expungement and Disallowance of Proofs of Claim Filed By Bravo Luck Limited Based on Lack Of Evidentiary Support) (Docket No. 252); and (III) First Omnibus Objection of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC (Seeking Expungement and Disallowance of Proofs of Claim Filed By Bravo Luck Limited Based on Lack of Evidentiary Support) (Docket No. 24)* was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by United States first class mail, postage prepaid, to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

A.  Electronic Notice Via CM/ECF Service List

| Douglass E. Barron | douglassbarron@paulhastings.com;  ezrasutton@paulhastings.com; alexbongartz@paulhastings.com; kristincatalano@paulhastings.com |
|---|---|
| Nicholas A. Bassett | nicholasbassett@paulhastings.com; jonathonkosciewicz@paulhastings.com; lucdespins@paulhastings.com; alexbongartz@paulhastings.com; ezrasutton@paulhastings.com; douglassbarron@paulhastings.com; ecf.frg@paulhastings.com; aviluft@paulhastings.com |
| Patrick R. Linsey | plinsey@npmlaw.com;  sdobson@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Avram Emmanuel Luft | aviluft@paulhastings.com |
| Douglas S. Skalka | dskalka@npmlaw.com; smowery@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |

B. <u>United States First Class Mail, Postage Prepaid, Service List</u>

Genever Holdings LLC
c/o J. Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036

Qiang Guo
5 Princess Gate, G3
London, SW7 1QJ
United Kingdom

Douglass Barron, Esq.
Paul Hastings LLP
200 Park Ave.
New York, NY 10166

                                              */s/ Francis J. Lawall*
                                              Francis J. Lawall (admitted *pro hac vice*)