**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                                    :        Chapter 11
                                                                              :
HO WAN KWOK, *et al.*,[1]                                      :        Case No. 22-50073 (JAM)
                                                                              :
                        Debtors.                                    :        (Jointly Administered)
                                                                              :
---------------------------------------------------------x

**CHAPTER 11 TRUSTEE'S MOTION FOR CERTAIN COUNSEL TO APPEAR REMOTELY AT AUGUST 15, 2023 HEARING**

Pursuant to section 105(a) of Title 11 of the United States Code (such title, hereinafter, the "Bankruptcy Code") and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Luc A. Despins, as chapter 11 trustee (the "Trustee") for the individual debtor in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), respectfully moves (the "Motion") for permission for certain of his counsel to appear remotely in all proceedings scheduled for August 15, 2023 in the above-captioned chapter 11 case and related adversary proceedings. In support of the Motion, the Trustee respectfully states the following:

1. Various matters are scheduled to be heard on August 15, 2023, at noon and 12:30 p.m., in the above-captioned chapter 11 case and related adversary proceedings. These include the *Motion of Chapter 11 Trustee for Entry of Order Compelling UBS AG to Comply with Rule 2004 Subpoena* [ECF No. 1362] (the "Motion to Compel").

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

-2-

      2.      Undersigned counsel has a previously planned vacation out of state the week of August 14, 2023. Undersigned counsel would appreciate the opportunity to participate remotely in the hearing scheduled for August 15, because his firm is responsible for the Motion to Compel as conflicts counsel and he has knowledge regarding the history of the Motion to Compel and negotiations with UBS AG regarding same.

      3.      Other counsel for the Trustee and/or the Trustee himself will attend the August 15 hearing in person.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

-3-

WHEREFORE, the Court should grant this Motion, permit undersigned counsel to participate in the August 15, 2023, hearing remotely, and grant such other and further relief as is just and proper.

Dated: August 1, 2023  
      New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*  
    Patrick R. Linsey (ct29437)  
    NEUBERT, PEPE & MONTEITH, P.C.  
    195 Church Street, 13th Floor  
    New Haven, Connecticut 06510  
    (203) 781-2847  
    plinsey@npmlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                  :   Chapter 11
                                        :
HO WAN KWOK, *et al.*,[1]               :   Case No. 22-50073 (JAM)
                                        :
        Debtors.                        :   (Jointly Administered)
                                        :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 1, 2023, the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing pursuant to the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated: August 1, 2023          LUC A. DESPINS,
       New Haven, Connecticut  CHAPTER 11 TRUSTEE

                               By:   */s/ Patrick R. Linsey*
                                     Patrick R. Linsey (ct29437)
                                     NEUBERT, PEPE & MONTEITH, P.C.
                                     195 Church Street, 13th Floor
                                     New Haven, Connecticut 06510
                                     (203) 781-2847
                                     plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                    :    Chapter 11
                                                          :
HO WAN KWOK, *et al.*,[1]                                 :    Case No. 22-50073 (JAM)
                                                          :
           Debtors.                                       :    (Jointly Administered)
                                                          :
---------------------------------------------------------x

**[PROPOSED] ORDER GRANTING**
**CHAPTER 11 TRUSTEE'S MOTION FOR CERTAIN COUNSEL TO APPEAR**
**REMOTELY AT AUGUST 15, 2023 HEARING**

Upon the motion (the "Motion") of Luc A. Despins, as chapter 11 trustee (the "Trustee") for the individual debtor in the above-captioned chapter 11 cases (the "Chapter 11 Cases") for permission for certain of the Trustee's counsel to participate remotely in proceedings on August 15, 2023, sufficient notice having been provided, and good cause appearing therefore, it is hereby

1.  ORDERED that the Motion is granted as set forth herein; and it is further

2.  ORDERED that Patrick R. Linsey may participate in the hearing of matters scheduled for August 15, 2023 in these Chapter 11 Cases and related adversary proceedings via the Court's Zoom.gov platform, by contacting the Clerk's Office for instructions to connect to the ZoomGov remote conference by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).