**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
---------------------------------------------------------x

**MOTION, SEEKING ENTRY OF ORDER
REGARDING SERVICE OF SECOND INTERIM FEE APPLICATION OF
PAUL HASTINGS LLP FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR PERIOD FROM MARCH 1, 2023 THROUGH JUNE 30, 2023**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), and Paul Hastings LLP ("Paul Hastings"), hereby file this motion (the "Motion") seeking entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), for the Court to allow Paul Hastings to serve hard copies of the *Second Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the Period from March 1, 2023 through June 30, 2023* (the "Second Interim Fee Application"), without including the related monthly fee statements (but advising parties in interest that the electronic version of the monthly fee statements can be viewed, free of charge, on the electronic docket maintained by Epiq Corporate Restructuring).

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District Court for the District of Connecticut. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2. Venue in the District of Connecticut is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

3. On May 31, 2023, the Court entered the *Order Regarding Service of Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for Period from July 8, 2022 through February 28, 2023* [Docket No. 1835], which allowed Paul Hastings to serve hard copies of Paul Hastings' first interim fee application [Docket No. 1831] (the "First Interim Fee Application") without including the related monthly fee statements but advising parties in interest that the electronic version of these monthly fee statements can be viewed, free of charge, on the electronic docket maintained by Epiq Corporate Restructuring. The Court found good cause for such relief in light of the substantial page count of the First Interim Fee Application, including more than 1,200 pages of Paul Hastings' fee statements attached as Exhibit E to the First Interim Fee Application.

4. By this Motion, the Trustee and Paul Hastings seek the ***same relief*** with respect to service of hard copies of the Second Interim Fee Application as the Court previously granted with respect to the First Interim Fee Application—namely, that Paul Hastings be allowed to

serve hard copies of the Second Interim Fee Application without including the related monthly fee statements.[2]

5. Similar to the First Interim Fee Application, the page count of the Second Interim Fee Application is substantial, including more than 900 pages of monthly fee statements attached as Exhibit F to the Second Interim Fee Application (the "<u>Monthly Fee Statements</u>"). Given the cost of serving hard copies of the entirety of the Second Interim Fee Application on the notice parties entitled to hard copy service, the Trustee and Paul Hastings submit that it is in the best interest of the estate to allow Paul Hastings to serve hard copies of the Second Interim Fee Application without including the Monthly Fee Statements. To be clear, in lieu of the Monthly Fee Statements, the cover sheet for Exhibit F will advise parties in interest that the electronic version of the Monthly Fee Statements can be viewed, free of charge, on the electronic docket maintained by Epiq Corporate Restructuring.

6. The Trustee and Paul Hastings respectfully submit that the relief sought in this Motion is appropriate under the circumstances.

[*Remainder of page intentionally left blank.*]

---

[2] For the avoidance of doubt, the Second Interim Fee Application has already been served electronically through ECF.

WHEREFORE, for the foregoing reasons, the Trustee and Paul Hastings request that the Court enter an order granting the relief requested in this Motion and such other relief as is just and proper.

Dated: August 4, 2023
      New Haven, Connecticut

By: *Patrick R. Linsey*
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

    *and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

    *and*

Avram E. Luft (admitted *pro hac vice*)
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,³ : Case No. 22-50073 (JAM)
:
　　　　Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 4, 2023, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:　　August 4, 2023
　　　　　New Haven, Connecticut

　　　　　　　　　　　　　　　　　　　By: *Patrick R. Linsey*
　　　　　　　　　　　　　　　　　　　Douglas S. Skalka (ct00616)
　　　　　　　　　　　　　　　　　　　Patrick R. Linsey (ct29437)
　　　　　　　　　　　　　　　　　　　Neubert, Pepe & Monteith, P.C.
　　　　　　　　　　　　　　　　　　　195 Church Street, 13th Floor
　　　　　　　　　　　　　　　　　　　New Haven, Connecticut 06510
　　　　　　　　　　　　　　　　　　　(203) 781-2847
　　　　　　　　　　　　　　　　　　　dskalka@npmlaw.com
　　　　　　　　　　　　　　　　　　　plinsey@npmlaw.com

　　　　　　　　　　　　　　　　　　　*Counsel for the Chapter 11 Trustee*

---

[3] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**<u>Exhibit 1</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re:                                             :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                          :    Case No. 22-50073 (JAM)
:
  Debtors.                                         :    (Jointly Administered)
:
------------------------------------------------------x

**ORDER REGARDING SERVICE OF SECOND INTERIM FEE APPLICATION OF PAUL HASTINGS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM MARCH 1, 2023 THROUGH JUNE 30, 2023**

Upon the motion (the "Motion")[2] of Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), and Paul Hastings LLP ("Paul Hastings") for entry of an order (this "Order"), allowing Paul Hastings to serve hard copies of the *Second Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the Period from March 1, 2023 through June 30, 2023* [Docket No. ___] (the "Second Interim Fee Application"), all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut (as amended); and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]  Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Motion.

the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408(2) and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the estate, its creditors, and other parties in interest; and due and sufficient notice of the Motion having been given under the particular circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Paul Hastings shall serve the Second Interim Fee Application on the Notice Parties in accordance with the Order Limiting Service,[3] except that Paul Hastings may serve hard copies of the Second Interim Fee Application without including the Monthly Fee Statements, provided that the following notation is included on the cover sheet for Exhibit F to the Second Interim Fee Application: "The Monthly Fee Statements may be viewed, free of charge, at https://dm.epiq11.com/case/kwoktrustee/dockets under Docket No. _____."

3. Notwithstanding the foregoing, hard copies of the complete Second Interim Fee Application, including the Monthly Fee Statements, shall be served on the United States Trustee.

4. Entry of this Order is without prejudice to the Trustee and Paul Hastings' right to seek further modifications to procedures relating to interim fee and expense reimbursement applications.

5. Trustee and Paul Hastings are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

---

[3] See Order Limiting Service of Notice for Application Seeking Compensation of Fees or Reimbursement of Expenses [Docket No. 1611] (the "Order Limiting Notice").