# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>RE: ECF No. 2046<br><br>(Jointly Administered) |

**ORDER GRANTING SIXTH MOTION TO EXTEND TIME TO RESPOND TO (I) FIRST OMNIBUS OBJECTION OF CHAPTER 11 TRUSTEE, GENEVER HOLDINGS CORPORATION, AND GENEVER HOLDINGS LLC (SEEKING EXPUNGEMENT AND DISALLOWANCE OF PROOFS OF CLAIM FILED BY BRAVO LUCK LIMITED BASED ON LACK OF EVIDENTIARY SUPPORT ([DOCKET NO. 1842](#)); (II) FIRST OMNIBUS OBJECTION OF CHAPTER 11 TRUSTEE, GENEVER HOLDINGS CORPORATION, AND GENEVER HOLDINGS LLC (SEEKING EXPUNGEMENT AND DISALLOWANCE OF PROOFS OF CLAIM FILED BY BRAVO LUCK LIMITED BASED ON LACK OF EVIDENTIARY SUPPORT) ([DOCKET NO. 252](#)); AND (III) FIRST OMNIBUS OBJECTION OF CHAPTER 11 TRUSTEE, GENEVER HOLDINGS CORPORATION, AND GENEVER HOLDINGS LLC (SEEKING EXPUNGEMENT AND DISALLOWANCE OF PROOFS OF CLAIM FILED BY BRAVO LUCK LIMITED BASED ON LACK OF EVIDENTIARY SUPPORT) ([DOCKET NO. 24](#))**

Upon the sixth motion (the "Motion") of Bravo Luck Limited for entry of an order (this "Order") further extending the time to respond to the (i) *First Omnibus Objection of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC (Seeking Expungement and Disallowance of Proofs of Claim Filed by Bravo Luck Limited Based on Lack of Evidentiary Support)* (In re Ho Wan Kwok, Case No. 22-50073, Docket No. 1842) (the "Kwok Claims Objection"); (ii) *First Omnibus Objection of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC (Seeking Expungement and Disallowance of Proofs of Claim Filed by*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Bravo Luck Limited Based on Lack of Evidentiary Support)* (In re Genever Holdings LLC, Case No. 22-50592, Docket No. 252) (the "Genever US Claims Objection"); and (iii) *First Omnibus Objection of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC (Seeking Expungement and Disallowance of Proofs of Claim Filed by Bravo Luck Limited Based on Lack of Evidentiary Support)* (In re Genever Holdings Corporation, Case No. 22-50542, Docket No. 24) (the "Genever BVI Claims Objection" and collectively with the Kwok Claims Objection and the Genever US Claims Objection, the "Claims Objections") and the Court having reviewed the Motion; and based upon the consent of the parties, therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth in this Order.

2. The time for Bravo Luck Limited to respond to the Claims Objections is hereby extended generally until the Court considers any forthcoming or filed settlement motion(s) related to the adversary proceeding at Adv. Proceeding No. 22-05027 or the parties inform the Court that no such settlement motion is forthcoming, at which time the Court will set new deadlines.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

    Dated at Bridgeport, Connecticut this 7th day of August, 2023.



*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut