# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
August 7, 2023

In re:
Ho Wan Kwok

Genever Holdings Corporation
Debtor*

Case Number: 22−50073
Chapter: 11

### NOTICE OF HEARING

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **August 22, 2023** at **01:00 PM** to consider and act upon the following matter(s):

> **Application of Genever Holdings LLC for Entry of Order, Pursuant to Bankruptcy Code Sections 327(e), 328(a), and 329(a), Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014−1 and 2016−1, Authorizing and Approving Retention and Employment of O'Sullivan Mccormack Jensen & Bliss PC as Special Insurance Coverage Counsel, in Replacement of Saxe Doernberger & Vita, P.C. Filed by Luc A. Despins on behalf of Genever Holdings LLC, Debtor. (Re: Doc #2042)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non−evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above−mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above−referenced matter and may enter an order granting that relief.

**OBJECTION(S) TO THE MOTION SHALL BE FILED ON OR BEFORE: August 18, 2023** before 4:00 p.m. Untimely objections may not be considered.

Dated: August 7, 2023

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut

Tel. (203) 579−5808
VCIS* (866) 222−8029

915 Lafayette Boulevard
Bridgeport, CT 06604

\* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – rms