**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                         :   Chapter 11
In re:                                                   :
                                                         :   Case No. 22-50073 (JAM)
HO WAN KWOK, *et al.*,                                   :
                                                         :
      Debtors.[1]                                        :
---------------------------------------------------------x   RE: ECF No. 2050
                                                         :
LUC A. DESPINS, Chapter 11 Trustee, *et al.*             :   (Jointly Administered)
                                                         :
      Plaintiffs,                                        :
                                                         :
v.                                                       :   Adv. Proc. No. 22-05027[2]
                                                         :
BRAVO LUCK LIMITED, *et. al.*,                           :
                                                         :
      Defendant.                                         :
---------------------------------------------------------x

**ORDER LIMITING SERVICE OF NOTICE OF MOTION OF CHAPTER 11
TRUSTEE, GENEVER HOLDINGS LLC, AND GENEVER HOLDINGS
CORPORATION, PURSUANT TO BANKRUPTCY RULE 9019, REGARDING
SETTLEMENT WITH BRAVO LUCK LIMITED AND
MILESON GUO (A/K/A QIANG GUO AND/OR GUO QIANG)**

The Court having considered the motion (the "Motion") seeking to limit service of the

*Motion of Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation,*

*Pursuant to Bankruptcy Rule 9019, Regarding Settlement with Bravo Luck Limited and*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Consolidated under Adv. Proc. No. 22-05027 are the adversary proceedings styled: (a) *Luc A. Despins, Chapter 11 Trustee v. Bravo Luck Limited and Qiang Guo* (Adv. Proc. No. 22-05027), (b) *Genever Holdings LLC v. Bravo Luck Limited* (Adv. Proc. No. 22-05030), and (c) *Genever Holdings Corporation v. Bravo Luck Limited* (Adv. Proc. No. 22-05035).

*Mileson Guo (a/k/a Qiang Guo and/or Guo Qiang)* (the "9019 Motion")³ to the Notice Parties, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408(2) and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the estate, its creditors, and other parties in interest; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be given; and upon all of the proceedings had before this Court; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT

1. The Motion is granted as set forth herein.
2. The 9019 Motion only needs to be served upon:
   i. the United States Trustee;
   ii. the Individual Debtor;
   iii. the official committee of unsecured creditors;
   iv. the Defendants;
   v. all parties who receive notice in these chapter 11 cases by operation of the Court's electronic filing ("CM/ECF") system; and

---

³ Capitalized terms used but not otherwise defined herein have the meanings set forth in the 9019 Motion.

      vi.    any party who requested notice in these chapter 11 cases, but is unable to accept electronic filing as indicated on the Notice of Electronic Filing.

3. The Plaintiffs are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 7th day of August, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut