**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 22-50073 (JAM)
HO WAN KWOK, *et al.*,[1] :
: RE: ECF No. 2052
Debtors. :
: (Jointly Administered)
---------------------------------------------------------x

### ORDER REGARDING SERVICE OF SECOND INTERIM FEE APPLICATION OF PAUL HASTINGS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM MARCH 1, 2023 THROUGH JUNE 30, 2023

Upon the motion (the "Motion")[2] of Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), and Paul Hastings LLP ("Paul Hastings") for entry of an order (this "Order"), allowing Paul Hastings to serve hard copies of the *Second Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the Period from March 1, 2023 through June 30, 2023* [Docket No. 2051] (the "Second Interim Fee Application"), all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after review of the motion, it is hereby ORDERED:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Motion.

1. The Motion is granted as set forth herein.

2. Paul Hastings shall serve the Second Interim Fee Application on the Notice Parties in accordance with the Order Limiting Service,[3] except that Paul Hastings may serve hard copies of the Second Interim Fee Application without including the Monthly Fee Statements, provided that the following notation is included on the cover sheet for Exhibit F to the Second Interim Fee Application: "The Monthly Fee Statements may be viewed, free of charge, at https://dm.epiq11.com/case/kwoktrustee/dockets under Docket No. 2051."

3. Notwithstanding the foregoing, hard copies of the complete Second Interim Fee Application, including the Monthly Fee Statements, shall be served on the United States Trustee.

4. Entry of this Order is without prejudice to the Trustee and Paul Hastings' right to seek further modifications to procedures relating to interim fee and expense reimbursement applications.

5. Trustee and Paul Hastings are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

---

[3] *See Order Limiting Service of Notice for Application Seeking Compensation of Fees or Reimbursement of Expenses* [Docket No. 1611] (the "Order Limiting Notice").

Dated at Bridgeport, Connecticut this 7th day of August, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut