**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
:  Chapter 11
In re: :
: Case No. 22-50073 (JAM)
HO WAN KWOK, *et al.*, :
: (Jointly Administered)
Debtors.[1] :
------------------------------------------------------x
:
LUC A. DESPINS, Chapter 11 Trustee, *et al.* :  Adv. Proc. No. 22-05027[2]
:
Plaintiffs, :
:
v. :
:
BRAVO LUCK LIMITED, *et. al.*, :
:
Defendant. :
------------------------------------------------------x

**CERTIFICATE OF SERVICE REGARDING 9019 MOTION, MOTION TO LIMIT
SERVICE, AND HEARING NOTICES**

On August 4, 2023, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee")

appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), filed

his *Motion of Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation,*

*Pursuant to Bankruptcy Rule 9019, Regarding Settlement with Bravo Luck Limited and Mileson*

*Guo (a/k/a Qiang Guo and/or Guo Qiang)* [Main Case Docket No. 2049; Adv. Proc. Docket No.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Consolidated under Adv. Proc. No. 22-05027 are the adversary proceedings styled: (a) *Luc A. Despins, Chapter 11 Trustee v. Bravo Luck Limited and Qiang Guo* (Adv. Proc. No. 22-05027), (b) *Genever Holdings LLC v. Bravo Luck Limited* (Adv. Proc. No. 22-05030), and (c) *Genever Holdings Corporation v. Bravo Luck Limited* (Adv. Proc. No. 22-05035).

111] (the "9019 Motion")[3] and his *Motion of Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation to Limit Service of Motion of Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation, Pursuant to Bankruptcy Rule 9019, Regarding Settlement with Bravo Luck Limited and Mileson Guo (a/k/a Qiang Guo and/or Guo Qiang)* [Main Case Docket No. 2050; Adv. Proc. Docket No. 112] (the "Motion to Limit Service" and, together with the 9019 Motion, the "Motions") in both in the above captioned chapter 11 cases (the "Chapter 11 Cases") and in *Despins v. Bravo Luck Limited, et al.*, Adv. Proceeding Case No. 22-05027 (the "Adversary Proceeding"). The Motions may all be accessed via the Court's case management/electronic case files ("CM/ECF") system.

On August 7, 2023, the Court entered a Notice of Hearing with respect to the 9019 Motion [Main Case Docket No. 2061; Adv. Proc. Docket No. 115] (collectively, the "Notice of Hearing" and, together with the 9019 Motion, collectively, the "Served Documents"), which Notice of Hearing was filed on the docket in the Chapter 11 Cases and the Adversary Proceeding and may be accessed via CM/ECF.

Notice of the filing of the Motions and the Notice of Hearing in the Chapter 11 Cases and Adversary Proceeding was sent by e-mail to all appearing parties to the Chapter 11 Cases and the Adversary Proceeding by operation of the Court's electronic filing ("CM/ECF") system, or by U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing on August 4, 2023 (as to the Motions) and on August 8, 2023 (as to the Hearing Notice).[4]

---

[3]   Capitalized terms used but not otherwise defined herein have the meanings set forth in the 9019 Motion.

[4]   To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

In addition, the Motions and the Notice of Hearing were sent to non-appearing defendant Qiang Guo's last known address, *i.e.*, 5 Princess Gate, G3 London, United Kingdom and to Berkeley Rowe, 5 Merchant Square London W2 1AY, United Kingdom, prior to 4 p.m. on August 7, 2023. In addition, the Served Documents were further served on Qiang Guo in the United Kingdom as set forth on the Certificate of Service attached hereto as **Exhibit A**.

*[THE REST OF THIS PAGE IS INTENTIONALLY BLANK.]*

Dated: August 8, 2023　　　　LUC A. DESPINS,
　　　　　New Haven, Connecticut　　CHAPTER 11 TRUSTEE

　　　　　　　　　　　　　　　　　By: */s/ Patrick R. Linsey*
　　　　　　　　　　　　　　　　　　　Douglas S. Skalka (ct00616)
　　　　　　　　　　　　　　　　　　　Patrick R. Linsey (ct29437)
　　　　　　　　　　　　　　　　　　　NEUBERT, PEPE & MONTEITH, P.C.
　　　　　　　　　　　　　　　　　　　195 Church Street, 13th Floor
　　　　　　　　　　　　　　　　　　　New Haven, Connecticut 06510
　　　　　　　　　　　　　　　　　　　(203) 781-2847
　　　　　　　　　　　　　　　　　　　dskalka@npmlaw.com
　　　　　　　　　　　　　　　　　　　plinsey@npmlaw.com

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

-----------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, et al.,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
-----------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 8, 2023, the following documents have been served on Qiang Guo, via personal delivery to the concierge at his residence located at Flat 6, 5 Princes Gate, London, SW7 1QJ, United Kingdom (the "**Documents**"):

1. the Notice of Hearing dated 7 August 2023 in relation to the Chapter 11 Proceedings (case no.22-50073);

2. the Notice of Hearing dated 7 August 2023 in relation to the Chapter 11 Proceedings and the adversary proceedings (adversary proceeding no. 22-05027);

3. the Motion of Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation, pursuant to Bankruptcy Rule 9019, Regarding Settlement with Bravo Luck Limited and Mileson Guo (a.k.a. Giang Guo and/or Guo Qiang) (case no.22-50073); and

4. the Motion of Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation, pursuant to Bankruptcy Rule 9019, Regarding Settlement with Bravo Luck Limited and Mileson Guo (a.k.a. Giang Guo and/or Guo Qiang) (adversary proceeding no. 22-05027).

A copy of the Documents will be sent simultaneously via postal delivery to the same address using United Kingdom Royal Mail.

Dated: August 8, 2023

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

London, United Kingdom

By: /s/ Delphine Zhuang

Name: Delphine Zhuang

Business Address: Paul Hastings (Europe) LLP
100 Bishopsgate
London, EC2N 4AG
United Kingdom