# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

### TRANSMITTAL FORM TO DISTRICT COURT REGARDING
### APPEALS AND RELATED DOCUMENTS

Debtor(s) Name: Ho Wan Kwok and Genever Holdings LLC

Case No.: 22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☑ Motion for Leave to Appeal (only)

   If indicated below, the Notice of Appeal is attached:
   ☑ Notice of Appeal attached ECF No. 2072

2. ☐ Notice of Appeal (only)   ECF No.:

3. ☐ Related documents as indicated below:
   ☐ Designation of items designated by the Appellant
   ☐ Designation of items designated by the Appellee
   ☐ Cross Appeal
   ☐ Amended Appeal
   ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)
   ☐ Transcripts
   ☐ Other

4. Other applicable information:

Filing Fee: ☒ Paid  ☐ Not Paid

| | |
|---|---|
| Appellant's Name: | Ho Wan Kwok |
| Appellant's Attorney: | Eric Henzy, Stephen Kindseth, Aaron Romney, James Moriarty, John Cesaroni<br>Zeisler & Zeisler PC<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06604<br><br>Aaron Mitchell<br>Lawall & Mitchell, LLC<br>55 Madison Ave, Suite 400<br>Morristown, NJ 07960 |
| Appellee's Name: | Luc Despins, Chapter 11 Trustee |
| Appellee's Attorney: | Douglas Skalka, James Graham, Patrick Linsey, Lucas Rocklin<br>Neubert, Pepe & Monteith, PC<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br><br>Nicholas Bassett<br>Paul Hastings LLP<br>2050 M Street NW<br>Washington, DC 20036<br><br>Avram Luft, Douglass Barron, G. Alexander Bongartz<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166 |

<u>Interested Party:</u>

By: /s/ Zahra Adam-Zeini        Date: August 9, 2023
Deputy Clerk, U.S. Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name: Ho Wan Kwok and Genever Holdings LLC

Bankruptcy Case No.: 22-50073

Adversary Case No.:

Previous Civil No.:

Previous Miscellaneous No.:

Transmittal dated: August 9, 2023

**To the Bankruptcy Court:**

**The following number has been assigned:**

☐ Civil No. Assigned　　_____

☐ Miscellaneous No. Assigned　　_____

☐ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By: _____　　　　　　　　Date:
　　　Deputy Clerk, U.S. District Court