UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
: 
In re:                                               :    Chapter 11
:
HO WAN KWOK, *et al.*,                  :    Case No. 22-50073 (JAM)
:
Debtors.¹                            :    Jointly Administered
:
---------------------------------------------------------x

### NOTICE OF CHANGE IN HOURLY RATES OF PAUL HASTINGS LLP, COUNSEL TO CHAPTER 11 TRUSTEE

**PLEASE TAKE NOTICE** that, on August 2, 2022, the Bankruptcy Court for the District of Connecticut (the "Court") entered the *Order Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Counsel to Chapter 11 Trustee, Effective as of Petition Date* [Docket No. 668] and, on January 24, 2023, the Court entered the *Order, Pursuant to Bankruptcy Code Sections 327, 328, and 330 and Bankruptcy Rules 2014 and 2016, Authorizing and Approving Retention and Employment of Paul Hastings LLP as Counsel to Genever Debtors* [Docket No. 1376] (together, the "Retention Orders").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention Orders, Paul Hastings LLP, as counsel to (a) Luc A. Despins, as chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, (b) Genever Holdings LLC, and (c) Genever Holdings Corporation, hereby provides notice of the following adjusted hourly rates, effective September 1, 2023:

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

| Timekeeper Category | U.S. Hourly Rate Range (pre-September 1, 2023) | U.S. Hourly Rate Range (post-September 1, 2023) |
|---|---|---|
| Partners | $1,400 - $2,075 | $1,440 - $2,215 |
| Of Counsel | $1,400 - $2,000 | $1,390 - $2,060 |
| Associates | $800 - $1,320 | $800 - $1,360 |
| Paraprofessionals | $275 - $600 | $265 - $600 |

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding the foregoing, the current hourly rate of the Trustee (at a reduced rate of $1,860 per hour)[2] will ***not*** increase to his standard, firm-wide hourly rate that would otherwise be in effect as of September 1, 2023 (namely $2,035 per hour), but instead his rate will increase only to $1,975 per hour, effective September 1, 2023.

Dated: August 10, 2023
New Haven, Connecticut

                                    LUC A. DESPINS, CHAPTER 11 TRUSTEE

                                    By: */s/ G. Alexander Bongartz*
                                    G. Alexander Bongartz (*pro hac vice*)
                                    Douglass Barron (*pro hac vice*)
                                    PAUL HASTINGS LLP
                                    200 Park Avenue
                                    New York, New York 10166
                                    (212) 318-6000
                                    alexbongartz@paulhastings.com
                                    douglassbarron@paulhastings.com

                                            *and*

                                    Nicholas A. Bassett *(pro hac vice)*
                                    PAUL HASTINGS LLP
                                    2050 M Street NW
                                    Washington, D.C., 20036
                                    (202) 551-1902
                                    nicholasbassett@paulhastings.com

                                            *and*

                                    Douglas S. Skalka (ct00616)

---

[2] As per the *Notice of Change in Hourly Rates of Paul Hastings LLP, Counsel to Chapter 11 Trustee* [Docket No. 1251], Paul Hastings previously agreed ***not*** to increase the Trustee's hourly rate on January 1, 2023 (thus keeping it at $1,860).

Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                              :     Chapter 11
                                                    :
HO WAN KWOK, *et al.*,                              :     Case No. 22-50073 (JAM)
                                                    :
            Debtors.[1]                             :     Jointly Administered
                                                    :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2023, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:    August 10, 2023
          New Haven, Connecticut

                                    By: */s/ G. Alexander Bongartz*
                                    G. Alexander Bongartz (pro hac vice)
                                    PAUL HASTINGS LLP
                                    200 Park Avenue
                                    New York, New York 10166
                                    (212) 318-6000
                                    alexbongartz@paulhastings.com

                                    *Counsel for the Chapter 11 Trustee, Genever*
                                     *Holdings LLC, and Genever Holdings Corporation*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).