**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**CONSENTED TO MOTION OF CHAPTER 11 TRUSTEE TO ADJOURN HEARING
ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING
UBS AG TO COMPLY WITH RULE 2004 SUBPOENA**

Luc A. Despins, in his capacity as chapter 11 trustee (the "Trustee") in the above-captioned chapter 11 case of Ho Wan Kwok, upon the consent of UBS AG ("UBS" and, together with the Trustee, collectively, the "Parties"), hereby respectfully moves to adjourn the hearing on the *Motion of Chapter 11 Trustee for Entry of Order Compelling UBS AG to Comply with Rule 2004 Subpoena* [ECF No. 1362] (the "Motion"), pursuant to the terms set forth in the proposed *Consent Order Adjourning August 15, 2023 Hearing on Motion to Compel* attached hereto as **Exhibit A** (the "Proposed Consent Order").  As set forth in the Proposed Consent Order, the Parties have made further progress toward a consensual resolution of the Motion, which is expected to include substantial compliance during the proposed adjournment period, subject to ongoing negotiations by the Parties.  The Parties are available to attend a hearing on the Motion in early October, and request that the hearing be scheduled on a date during that period that is convenient to the Court.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

WHEREFORE, the Trustee respectfully requests that the Court adjourn the hearing on the

Motion pursuant to the Proposed Consent Order and grant such other relief as is just and proper.

Dated:  August 13, 2023                                        LUC A. DESPINS,
            New Haven, Connecticut                        CHAPTER 11 TRUSTEE

                                                                       */s/ Patrick R. Linsey*
                                                                       Patrick R. Linsey (ct29437)
                                                                       NEUBERT, PEPE & MONTEITH, P.C.
                                                                       195 Church Street, 13th Floor
                                                                       New Haven, Connecticut 06510
                                                                       (203) 781-2847
                                                                       plinsey@npmlaw.com

                                                                       *Counsel for the Chapter 11 Trustee*

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 13, 2023, the foregoing was electronically filed.  Notice of this filing was sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing ("CM/ECF") system.  Parties may access this filing through the Court's CM/ECF system.

Dated: August 13, 2023
      New Haven, Connecticut

LUC A. DESPINS,
CHAPTER 11 TRUSTEE

*/s/ Patrick R. Linsey*
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

3

# EXHIBIT A

## (PROPOSED CONSENT ORDER)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**[PROPOSED] CONSENT ORDER ADJOURNING HEARING ON MOTION OF**
**CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING**
**UBS AG TO COMPLY WITH RULE 2004 SUBPOENA**

WHEREAS, on January 23, 2023, Luc A. Despins, in his capacity as chapter 11 trustee (the "Trustee") in the above-captioned chapter 11 case of the debtor Ho Wan Kwok, filed the Motion of Chapter 11 Trustee for Entry of Order Compelling UBS AG ("UBS AG" and, with the Trustee, the "Parties") to Comply with Rule 2004 Subpoena [ECF No. 1362] (the "Motion") to enforce a subpoena that the Trustee issued to UBS pursuant to Fed. R. Bankr. P. 2004 (the "Subpoena").

WHEREAS, on January 30, 2023, UBS filed its objection to the Motion [ECF No. 1407] (the "Objection"), along with declarations in support of the Objection [ECF Nos. 1408–1411, 1413].

WHEREAS, on January 31, 2023, the Trustee filed a reply in further support of the Motion [ECF No. 1416].

WHEREAS, at a hearing on January 31, 2023, based on representations by the Parties that they had made progress toward a potential consensual resolution of the Motion, the Motion was continued to March 7, 2023 [ECF No. 1422].

WHEREAS, at a hearing on March 7, 2023, based on representations by the Parties that they had made further progress toward a potential consensual resolution of the Motion, the Motion was continued to April 18, 2023 [ECF No. 1526].

WHEREAS, at a hearing on April 18, 2023, based on representations by the Parties that they had made further progress toward a potential consensual resolution of the Motion, the Motion was continued to May 2, 2023 [ECF No. 1677].

WHEREAS, at a hearing on May 2, 2023, based on representations by the Parties that they had made further progress toward a potential consensual resolution of the Motion, the Motion was continued to May 30, 2023 [ECF No. 1743].

WHEREAS, on May 15, 2023, the Court ordered the May 30, 2023 hearing on the Motion adjourned to June 6, 2023 due to a scheduling conflict [ECF No. 1793].

WHEREAS, based on representations by counsel for UBS that counsel for UBS was unavailable to attend a hearing on June 6, 2023 due to previously scheduled business travel, that the Parties were engaged in good-faith discussions with the goal of reaching a consensual resolution of the Motion that would avoid the need for a hearing, and that the Trustee consented to an adjournment, on June 2, 2023, the Court ordered the June 6, 2023 hearing on the Motion adjourned to July 11, 2023 [ECF No. 1857].

WHEREAS, pursuant to the *Consent Order Adjourning Hearing on Motion of Chapter 11 Trustee for Entry of Order Compelling UBS AG to Comply with Rule 2004 Subpoena* [ECF No. 2010] entered July 17, 2023, the Court further adjourned the hearing on the Motion to August 15, 2023.

WHEREAS, the Parties have made further progress toward a consensual resolution of the Motion and are engaged in good-faith discussions with the goal of reaching a consensual resolution of the Motion that would avoid the need for a hearing. Pursuant to these discussions, UBS used search terms and custodians proposed by the Trustee to collect electronically stored information (the "ESI") and is presently engaged in review of the ESI (the "Review") in advance of anticipated production.

WHEREAS, the scope of the Review, including but not limited to the universe of ESI UBS collected that UBS ultimately will review for potential production, remains subject to further negotiation by the Parties.

WHEREAS, UBS reserves its right to seek full or partial reimbursement of its costs to complete the Review and production, and the Trustee reserves the right to dispute any such request for reimbursement of costs.

WHEREAS, the Parties seek additional time for UBS to undertake production of responsive, non-privileged ESI, subject to objections and responses previously served by UBS in response to the Subpoena, during which time the Parties intend to continue to discuss any issues concerning the Subpoena and document production in compliance with same.

NOW, it is hereby ORDERED that UBS shall commence production of responsive, non-privileged ESI, subject to the objections and responses previously served by UBS in response to the Subpoena, on or before August 22, 2023, and shall make best efforts to complete production by September 30, 2023, and UBS shall provide the Trustee with a privilege log in a form that complies with D. Conn. Local R. 26(e).

NOW, it is hereby ORDERED that the hearing on the Motion is continued to October __, 2023, at the United States Bankruptcy Court, 915 Lafayette Boulevard, in Bridgeport, Connecticut (the "Continued Hearing").

NOW, it is hereby ORDERED that the Parties have reserved their respective rights to address any disputes that may arise with respect to the Subpoena and/or the Motion at the Continued Hearing or to request a hearing in advance of the Continued Hearing to address any such disputes.

Signed this __ day of _____, 2023

_____
Hon. Julie A. Manning
United States Bankruptcy Judge