**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>                           Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered)<br><br>**Re: ECF 2081** |

**CONSENT ORDER ADJOURNING HEARING ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING UBS AG TO COMPLY WITH RULE 2004 SUBPOENA**

      WHEREAS, on January 23, 2023, Luc A. Despins, in his capacity as chapter 11 trustee (the "Trustee") in the above-captioned chapter 11 case of the debtor Ho Wan Kwok, filed the Motion of Chapter 11 Trustee for Entry of Order Compelling UBS AG ("UBS AG" and, with the Trustee, the "Parties") to Comply with Rule 2004 Subpoena [ECF No. 1362] (the "Motion") to enforce a subpoena that the Trustee issued to UBS pursuant to Fed. R. Bankr. P. 2004 (the "Subpoena").

      WHEREAS, on January 30, 2023, UBS filed its objection to the Motion [ECF No. 1407] (the "Objection"), along with declarations in support of the Objection [ECF Nos. 1408–1411, 1413].

      WHEREAS, on January 31, 2023, the Trustee filed a reply in further support of the Motion [ECF No. 1416].

      WHEREAS, at a hearing on January 31, 2023, based on representations by the Parties that they had made progress toward a potential consensual resolution of the Motion, the Motion was continued to March 7, 2023 [ECF No. 1422].

      WHEREAS, at a hearing on March 7, 2023, based on representations by the Parties that they had made further progress toward a potential consensual resolution of the Motion, the Motion was continued to April 18, 2023 [ECF No. 1526].

      WHEREAS, at a hearing on April 18, 2023, based on representations by the Parties that they had made further progress toward a potential consensual resolution of the Motion, the Motion was continued to May 2, 2023 [ECF No. 1677].

      WHEREAS, at a hearing on May 2, 2023, based on representations by the Parties that they had made further progress toward a potential consensual resolution of the Motion, the Motion was continued to May 30, 2023 [ECF No. 1743].

WHEREAS, on May 15, 2023, the Court ordered the May 30, 2023 hearing on the Motion adjourned to June 6, 2023 due to a scheduling conflict [ECF No. 1793].

WHEREAS, based on representations by counsel for UBS that counsel for UBS was unavailable to attend a hearing on June 6, 2023 due to previously scheduled business travel, that the Parties were engaged in good-faith discussions with the goal of reaching a consensual resolution of the Motion that would avoid the need for a hearing, and that the Trustee consented to an adjournment, on June 2, 2023, the Court ordered the June 6, 2023 hearing on the Motion adjourned to July 11, 2023 [ECF No. 1857].

WHEREAS, pursuant to the *Consent Order Adjourning Hearing on Motion of Chapter 11 Trustee for Entry of Order Compelling UBS AG to Comply with Rule 2004 Subpoena* [ECF No. 2010] entered July 17, 2023, the Court further adjourned the hearing on the Motion to August 15, 2023.

WHEREAS, the Parties have made further progress toward a consensual resolution of the Motion and are engaged in good-faith discussions with the goal of reaching a consensual resolution of the Motion that would avoid the need for a hearing. Pursuant to these discussions, UBS used search terms and custodians proposed by the Trustee to collect electronically stored information (the "ESI") and is presently engaged in review of the ESI (the "Review") in advance of anticipated production.

WHEREAS, the scope of the Review, including but not limited to the universe of ESI UBS collected that UBS ultimately will review for potential production, remains subject to further negotiation by the Parties.

WHEREAS, UBS reserves its right to seek full or partial reimbursement of its costs to complete the Review and production, and the Trustee reserves the right to dispute any such request for reimbursement of costs.

WHEREAS, the Parties seek additional time for UBS to undertake production of responsive, non-privileged ESI, subject to objections and responses previously served by UBS in response to the Subpoena, during which time the Parties intend to continue to discuss any issues concerning the Subpoena and document production in compliance with same.

NOW, it is hereby ORDERED that UBS shall commence production of responsive, non-privileged ESI, subject to the objections and responses previously served by UBS in response to the Subpoena, on or before August 22, 2023, and shall make best efforts to complete production by September 30, 2023, and UBS shall provide the Trustee with a privilege log in a form that complies with D. Conn. Local R. 26(e).

NOW, it is hereby ORDERED that the hearing on the Motion is continued to 1:00 PM on October 17, 2023 at the United States Bankruptcy Court, 915 Lafayette Boulevard, in Bridgeport, Connecticut (the "Continued Hearing").

NOW, it is hereby ORDERED that the Parties have reserved their respective rights to address any disputes that may arise with respect to the Subpoena and/or the Motion at the Continued Hearing or to request a hearing in advance of the Continued Hearing to address any such disputes.

Dated at Bridgeport, Connecticut this 14th day of August, 2023.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut