**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

The following documents were filed on the dates set forth below using the Court's case management/electronic case files system ("CM/ECF"):

- The Motion of Chapter 11 Trustee and Genever Debtors, Pursuant to Bankruptcy Code Section 331, for Order Permitting Paul Hastings LLP and Neubert, Pepe & Monteith, P.C. to File Second Interim Fee Applications Less Than 120 Days After Filing First Interim Fee Applications [ECF No. 2065] (the "Motion") on August 4, 2023; and

- The Notice of Hearing with respect to the Motion [ECF No. 2069] (together with the Motion, collectively, the "Served Documents") on August 8, 2023.

Notice of the Served Documents was sent automatically via electronic mail by operation of CM/ECF on the date that each was filed to all parties appearing in the above-captioned chapter 11 case able to receive electronic notice. In addition, I caused the manual service parties appearing

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

in the above-captioned chapter 11 case, as set forth on the attached **Exhibit A**, to be sent copies of the Served Documents via U.S. Mail on or before August 9, 2023.

Dated August 14, 2023 at New Haven, Connecticut.

                                              By: */s/ Patrick R. Linsey*
                                                    Douglas S. Skalka (ct00616)
                                                    Patrick R. Linsey (ct29437)
                                                    NEUBERT, PEPE & MONTEITH, P.C.
                                                    195 Church Street, 13th Floor
                                                    New Haven, Connecticut 06510
                                                    (203) 821-2000
                                                    plinsey@npmlaw.com

## **EXHIBIT A**

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Epiq Corporate Restructuring, LLC
777 Third Avenue
12th Floor
New York, NY 10017

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Huizhen Wang, Yunxia Wu, Keyi Zilkie &
Chao-Chih Chiu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Yongbing Zhang
223 West Jackson Bl;vd. #1012
Chicago, IL 60606

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694