UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
       Debtor. : (Jointly Administered)
---------------------------------------------------------x
: 
LUC A. DESPINS, Chapter 11 Trustee, : Adv. Proceeding No. 23-05017
: 
       Plaintiff, :
: 
v. :
: 
TAURUS FUND LLC, :
SCOTT BARNETT, as trustee of TAURUS :
FUND LLC, and :
TAURUS MANAGEMENT LLC, as trustee :
of TAURUS FUND LLC, :
: 
       Defendants. :
---------------------------------------------------------x

**CERTIFICATE OF SERVICE REGARDING 9019 MOTION AND
MOTION TO LIMIT SERVICE**

On August 14, 2023, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), filed his *Motion of Chapter 11 Trustee, Pursuant to Bankruptcy Rule 9019, For*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Approval of Settlement with United States of America* [Main Case Docket No. 2083; Adv. Proc. Docket No. 24] (the "9019 Motion"), as well as his *Motion of Chapter 11 Trustee to Limit Service of Chapter 11 Trustee's Motion, Pursuant to Bankruptcy Rule 9019, for Approval of Settlement with United States of America* [Main Case Docket No. 2085; Adv. Proc. ECF No. 28] (the "Motion to Limit Service" and, together with the 9019 Motion, the "Motions") in both the Chapter 11 Case and the above-captioned adversary proceeding (the "Adversary Proceeding"). The Motions may all be accessed via the Court's electronic filing ("CM/ECF") system.

Notice of the filings of the Motions was sent by e-mail to all appearing parties in the Chapter 11 Case by operation of CM/ECF system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2]

Additionally, on August 14, 2023, I caused the Motions to be served by first-class mail and by UPS overnight delivery on (i) Taurus Fund LLC ("Taurus Fund") to its registered agent: GG International, 6628 Sky Pointe Dr. Ste 129, Las Vegas, NV 89131, which is the only known address of Taurus Fund; (ii) Taurus Fund Management LLC ("Taurus Management") to its last known address at 6628 Sky Pointe Dr. Ste 129, Las Vegas, NV 89131, and to its registered agent: Corporation Service Company, 110 E. Broadway St, Hobbs, New Mexico 88240, (iii) Scott Barnett to his known addresses, including the last known addresses, at 6628 Sky Pointe Dr. Ste 129, Las Vegas, NV 89131 and 218 Elsie Ave, Merrick, NY 11566-3022. Addresses of all defendants on which the Summons and the Complaint are served are set forth in the attached **Exhibit A**.

---

[2] To the extent the foregoing was filed outside regular business hours, service by mail or recipients unable or not qualified to accept electronic notice was made on the next business day.

Additionally, on August 14, 2023, I caused the Motions to be sent by e-mail to counsel to Taurus Fund and Taurus Management, and on August 15, 2023, I caused the Motions to be sent by e-mail to the United States Attorney's Office for the Southern District of New York in its capacity as representative of the United States of America.

Dated: August 15, 2023        LUC A. DESPINS,

New Haven, Connecticut        CHAPTER 11 TRUSTEE

/s/ *Douglass Barron*
Douglass Barron
douglassbarron@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6690

*Counsel for the Chapter 11 Trustee*

## Exhibit A

**(Addresses Served via First-Class U.S. Mail and UPS overnight delivery)**

| **Taurus Fund LLC** | c/o GG International<br>6628 Sky Pointe Dr. Ste 129,<br>Las Vegas, NV 89131 |
|---|---|
| **Taurus Management LLC** | c/o Corporation Service Company<br>110 E. Broadway St.<br>Hobbs, New Mexico 88240 |
| | 6628 Sky Pointe Dr. Ste 129-1071<br>Las Vegas, NV 89131 |
| **Scott Barnett** | 6628 Sky Pointe Dr. Ste 129-1071<br>Las Vegas, NV 89131 |
| | 218 Elsie Ave<br>Merrick, NY 11566-3022 |