AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Patrick M. Birney | 2. PHONE NUMBER<br>(860) 275-8275 | 3. DATE<br>8/15/2023 |
| 4. DELIVERY ADDRESS OR EMAIL<br>pbirney@rc.com | 5. CITY<br>Hartford | 6. STATE CT    7. ZIP CODE 06103 |
| 8. CASE NUMBER 22-50073    9. JUDGE Judge Julie A. Manning | DATES OF PROCEEDINGS<br>10. FROM 8/15/2023 | 11. TO 8/15/2023 |
| 12. CASE NAME<br>Ho Wan Kwok | LOCATION OF PROCEEDINGS<br>13. CITY Bridgeport | 14. STATE Connecticut |

15. ORDER FOR

☐ APPEAL ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☒ BANKRUPTCY
☐ NON-APPEAL ☐ CIVIL ☐ IN FORMA PAUPERIS ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Hearings | 8/15/2023 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES 1 | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL    0.00

| | |
|---|---|
| 18. SIGNATURE<br>/s/ Patrick M. Birney | PROCESSED BY<br>Nashae Morgan |
| 19. DATE<br>8/15/2023 | PHONE NUMBER<br>203-579-5808 |
| TRANSCRIPT TO BE PREPARED BY<br>Fiore Reporting and Transcription | COURT ADDRESS<br>915 Lafayette Boulevard<br>Bridgeport, CT 06604 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Tuesday August 15, 2023

| | | |
|---|---|---|
| 12:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |

Lead Case: 23-05017 Despins et al v. Taurus Fund LLC et al

**Matter:** **HYB #1362; Motion to Compel Compliance with Bk. Rule 2004 Subpoena by UBS AG Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee**

---

| | | |
|---|---|---|
| 12:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |

Lead Case: 23-05017 Despins et al v. Taurus Fund LLC et al

**Matter:** **#2025; Joint Retention & Interim Fee Application Filed by Douglas S. Skalka on behalf of Luc A. Despins, Chapter 11 Trustee**

---

| | | |
|---|---|---|
| 12:00 PM | 23-05002 | Genever Holdings LLC et al v. Kwok et al |

Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings LLC

**Matter:** **Pretrial Conference #1; Complaint**

---

| | | |
|---|---|---|
| 12:00 PM | 23-05013 | Despins et al v. HCHK Technologies, Inc. et al |

Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings LLC

**Matter:** **Pretrial Conference #1; Complaint**

| | | |
|---|---|---|
| 12:30 PM | 22-05003 | HK International Funds Investments (USA) Limited, v. Despins |
| | | Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings LLC |

**Matter:** **#253 Continued Pretrial Conference**

---

| | | |
|---|---|---|
| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |
| | | Lead Case: 23-05017 Despins et al v. Taurus Fund LLC et al |

**Matter:** **#2002; Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals Filed by Patrick R. Linsey on behalf of Luc A. Despins, Genever Holdings Corporation, Genever Holdings LLC, Chapter 11 Trustee, Debtors**

---

| | | |
|---|---|---|
| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |
| | | Lead Case: 23-05017 Despins et al v. Taurus Fund LLC et al |

**Matter:** **#2065; Motion for Order Authorizing Trustee's and Genever Debtors' Counsel to File Second Interim Fee Applications Less Than 120 Days After Filing First Interim Fee Applications Filed by Patrick R. Linsey on behalf of Luc A. Despins, Genever Holdings Corporation, Genever Holdings LLC, Chapter 11 Trustee, Debtors**

# **Attorneys that appeared at the August 15, 2023 Hearing**

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166


**Avram Emmanuel Luft**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166


**Douglas S. Skalka**
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510


**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601


**Steven E. Mackey**
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510


**Joseph Pastore** – on behalf of HCHK Technologies, Inc. and HCHK Property Management, Inc. *(Interested Parties)*