**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
In re:

HO WAN KWOK, *et al.*,

    Debtors.[1]

------------------------------------------------------x

Chapter 11

Case No. 22-50073 (JAM)

Jointly Administered

Re: ECF No. 2025

### ORDER APPROVING (I) RETENTION OF THE BOHONNON LAW FIRM, LLC, AS SPECIAL MARITIME CLOSING COUNSEL TO THE TRUSTEE EFFECTIVE AS OF JUNE 14, 2023, AND (II) FOR THE ALLOWANCE AND PAYMENT OF FEES FOR THE PERIOD JUNE 14, 2023, THROUGH JUNE 30, 2023, IN THE AMOUNT OF $3,831.75 AND (III) GRANTING RELATED RELIEF

Upon the application (the "Application") of Luc Despins, in his capacity as the Chapter 11 trustee (the "Trustee" or "Movant") appointed in the Chapter 11 case of Ho Wan Kwok (the "Debtor") for entry of an order (this "Order") (a) approving the retention of The Bohonnon Law Firm, LLC ("Bohonnon") as special maritime closing counsel effective as of June 14, 2023, under sections 105(a) and 327 of the Bankruptcy Code, and (b) for the allowance of fees for services rendered by Bohonnon from the period commencing June 14, 2023 through and including June 30, 2023 (the "Compensation Period"); and (c) authorizing the Trustee to pay any allowed fees to Bohonnon; and it appearing that Bohonnon does not hold an interest adverse to the Debtors or the estates respecting the matters upon which it is to be engaged; and good and

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

sufficient notice of the Application having been given, and after a hearing held on August 15, 2023; and no other or further notice being required; and it appearing that (i) the employment of Bohonnon is in the best interest of the Debtors' estates and creditors; and sufficient cause appearing therefor and (ii) in the absence of any objection to the Application with respect to compensation of Bohonnon for services rendered to the estate;

IT IS HEREBY ORDERED THAT:

1. The Application is approved as set forth in this Order.

2. The Trustee is are authorized to retain Bohonnon, and Bohonnon is retained as special maritime closing counsel, effective as of June 14, 2023, to represent the Trustee in accordance with 11 U.S.C. Section 327, in connection with the sale of the *Lady May* and the *Lady May II*.

3. The Application for compensation is approved and the fees in the amount of $3,831.75, are awarded as compensation to Bohonnon subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full.

4. The Trustee, on behalf of the Debtor's estate, is authorized to pay the awarded compensation to Bohonnon.

Dated at Bridgeport, Connecticut this 18th day of August, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut