**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
In re:
:  Chapter 11
:
:  Case No. 22-50073 (JAM)
HO WAN KWOK, *et al.*,[1]
:
:  (Jointly Administered)
Debtors.
:
:  Re: ECF No. 2065
------------------------------------------------------x

**ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 331, PERMITTING PAUL HASTINGS LLP AND NEUBERT, PEPE & MONTEITH, P.C. TO FILE SECOND INTERIM FEE APPLICATIONS LESS THAN 120 DAYS AFTER FILING FIRST INTERIM FEE APPLICATIONS**

Upon the motion (the "Motion")[2] of Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), Genever Holdings Corporation ("Genever (BVI)"), and Genever Holdings LLC ("Genever (US)" and, together with Genever (BVI), the "Genever Debtors" and, together with the Trustee, the "Movants") for entry of an order (this "Order") permitting the filing of Paul Hastings' and NPM's second interim fee applications less than 120 days after the filing of their first interim fee applications, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Motion.

having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408(2) and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the estate, its creditors, and other parties in interest; and due and sufficient notice of the Motion having been given under the particular circumstances; and after hearing held on August 15, 2023; after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Notwithstanding anything to the contrary in section 331 of the Bankruptcy Code, the filing of Paul Hastings' Second Interim Fee Application and NPM's Second Interim Fee Application on August 4, 2023 is permitted.

3. Paul Hastings and NPM are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 18th day of August, 2023.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut