# Exhibit 1

| | |
|---|---|
| From: | Barron, Douglass E. |
| To: | CourtroomDeputy_Bridgeport@ctb.uscourts.gov |
| Cc: | Christopher J. Major; Austin D. Kim; Despins, Luc A.; Bassett, Nicholas; Luft, Avi E.; Patrick Linsey |
| Subject: | Luc A. Despins, Chapter 11 Trustee v. Greenwich Land, LLC, et al., Adv. Proc. No. 23-05005 (JAM) – Proposed Litigation Schedule |
| Date: | Thursday, June 1, 2023 9:17:37 PM |
| Attachments: | image001.png |

**[External Email - Use Caution]**

To the Courtroom Deputy of the Honorable Julie A. Manning:

Per the Court's direction, please find below the Trustee's proposed litigation schedule for *Luc A. Despins, Chapter 11 Trustee v. Greenwich Land, LLC, et al.*, Adv. Proc. No. 23-05005 (JAM), described to the Court on the record at the May 30th hearing.

- **May 31, 2023** – initial disclosures due
- **June 30, 2023** – deadline for completion of fact discovery
- **July 12, 2023** – deadline to file summary judgment motions
- **July 26, 2023** – deadline to object to summary judgment motions
- **August 3, 2023** – deadline to reply to objections to summary judgment motions
- **September 6, 2023** – deadline for pre-trail conference and filing of pre-trial motions
- **Week of September 11, 2023** – trial date

Consistent with the Trustee's proposed schedule, the Trustee served his initial disclosures on the Defendants' counsel on May 31, 2023 via an email.

The Trustee would also like to inform the Court that in light of the Defendants' stated concern that the location of the Confidential Declarant referenced in the Complaint may necessitate additional time being built into the schedule to accommodate a foreign deposition, the Trustee will agree not to reference the Confidential Declaration, nor seek to use the declarant's testimony in establishing his case, thus obviating the need for their deposition and any additional time to accommodate such a deposition.

Thank you,



**Douglass Barron** | **Associate** | **Financial Restructuring Group**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6690 | Main: +1.212.318.6000 | Fax: +1.212.230.7690 | douglassbarron@paulhastings.com | www.paulhastings.com

******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.