# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF  CONNECTICUT

### BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In Re. Ho Wan Kwok | § | Case No.  22-50073 |
| | § | |
| | § | Lead Case No.  22-50073 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2023          Petition Date: 02/15/2022

Months Pending: 18          Industry Classification: 0 0 0 0

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Luc A. Despins
Signature of Responsible Party

Luc A. Despins, in his capacity as Chapter 11 Trustee
Printed Name of Responsible Party

08/21/2023
Date

Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Ho Wan Kwok                                          Case No.  22-50073

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $45,553,901 | |
| b.   Total receipts (net of transfers between accounts) | $71 | $60,748,289 |
| c.   Total disbursements (net of transfers between accounts) | $709,188 | $15,903,484 |
| d.   Cash balance end of month (a+b+c) | $44,844,785 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $12,757 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $709,188 | $15,916,241 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.   Accounts receivable (total net of allowance) | $0 | |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.   Inventory    (Book ○   Market ○   Other ⦿   (attach explanation)) | $0 | |
| d    Total current assets | $0 | |
| e.   Total assets | $0 | |
| f.   Postpetition payables (excluding taxes) | $0 | |
| g.   Postpetition payables past due (excluding taxes) | $0 | |
| h.   Postpetition taxes payable | $0 | |
| i.   Postpetition taxes past due | $0 | |
| j.   Total postpetition debt (f+h) | $0 | |
| k.   Prepetition secured debt | $0 | |
| l.   Prepetition priority debt | $0 | |
| m.   Prepetition unsecured debt | $0 | |
| n.   Total liabilities (debt) (j+k+l+m) | $0 | |
| o.   Ending equity/net worth (e-n) | $0 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $23,150,000 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $1,157,500 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $21,992,500 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $0 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $0 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $173,047 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $0 | $0 |

Debtor's Name  Ho Wan Kwok

Case No.  22-50073

## Part 5:  Professional Fees and Expenses

|  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | $694,005 | $14,605,535 | $694,005 | $14,605,535 |
|  | *Itemized Breakdown by Firm* |  |  |  |  |
|  | Firm Name | Role |  |  |  |
| i | Neubert, Pepe & Monteith, P.C | Local Counsel | $0 | $564,783 | $0 | $564,783 |
| ii | Paul Hastings LLP (counsel to d | Lead Counsel | $0 | $12,189,247 | $0 | $12,189,247 |
| iii | Brown Rudnick (counsel to Ho | Lead Counsel | $0 | $0 | $0 | $0 |
| iv | Pullman & Comley, LLC (coun | Lead Counsel | $504,105 | $504,105 | $504,105 | $504,105 |
| v | Coleman Worldwide Advisors I | Other | $0 | $0 | $0 | $0 |
| vi | Dundon Advisors (UCC financi | Financial Professional | $0 | $0 | $0 | $0 |
| vii | Verdolino & Lowey, PC (financ | Financial Professional | $0 | $0 | $0 | $0 |
| viii | Harney Westwood & Riegels L | Other | $0 | $0 | $0 | $0 |
| ix | Paul Wright | Other | $0 | $0 | $0 | $0 |
| x | Pallas Partners LLP | Other | $0 | $0 | $0 | $0 |
| xi | Edmiston and Company Limited | Other | $0 | $1,157,500 | $0 | $1,157,500 |
| xii | Engineering Operations and Cer | Other | $0 | $0 | $0 | $0 |
| xiii | Epiq Corporate Restructuring, L | Other | $189,901 | $189,901 | $189,901 | $189,901 |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |

Debtor's Name  Ho Wan Kwok                                    Case No.  22-50073

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Ho Wan Kwok                                                                 Case No.  22-50073

| | |
|---|---|
| lxxix | |
| lxxx | |
| lxxxi | |
| lxxxii | |
| lxxxiii | |
| lxxxiv | |
| lxxxv | |
| lxxxvi | |
| lxxxvii | |
| lxxxviii | |
| lxxxix | |
| xc | |
| xci | |
| xcii | |
| xciii | |
| xciv | |
| xcv | |
| xcvi | |
| xcvii | |
| xcviii | |
| xcix | |
| c | |
| ci | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Baker Hostetler LLP | Other | $0 | $0 | $0 | $0 |
| ii | Clayman & Rosenberg LLP | Other | $0 | $0 | $0 | $0 |
| iii | Ganfer Shore Leeds & Zauderer | Other | $0 | $0 | $0 | $0 |
| iv | Harcus Parker Ltd. | Other | $0 | $0 | $0 | $0 |
| v | LALIVE SA | Other | $0 | $0 | $0 | $0 |
| vi | Lawall & Mitchell, LLC | Other | $0 | $0 | $0 | $0 |
| vii | Petrillo Klein & Boxer LLP | Other | $0 | $0 | $0 | $0 |
| viii | Schulman Bhattacharya, LLC | Other | $0 | $0 | $0 | $0 |
| ix | The Casper Firm | Other | $0 | $0 | $0 | $0 |
| x | The Francis Firm PLLC | Other | $0 | $0 | $0 | $0 |
| xi | VX Cerda & Associates | Other | $0 | $0 | $0 | $0 |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Ho Wan Kwok                                    Case No.  22-50073

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Ho Wan Kwok                                     Case No. 22-50073

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                                     7

Debtor's Name  Ho Wan Kwok                                                                 Case No.  22-50073

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ | |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ | |
| i. | Do you have:  Worker's compensation insurance? | Yes ○  No ◉ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ◉ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉ | (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ◉ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉  No ○ | |

Debtor's Name  Ho Wan Kwok                                      Case No.  22-50073

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**
28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Luc A. Despins                                             Luc A. Despins, in his capacity as Chapter 11 Trustee
_____                                    _____
Signature of Responsible Party                                 Printed Name of Responsible Party

Chapter 11 Trustee                                             08/21/2023
_____                                    _____
Title                                                          Date

Debtor's Name  Ho Wan Kwok                                    Case No.  22-50073



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  Ho Wan Kwok

Case No.  22-50073



Bankruptcy1to50



Bankruptcy51to100



NonBankrutcy1to50



NonBankrutcy51to100

Debtor's Name  Ho Wan Kwok                                    Case No.  22-50073



PageThree



PageFour

| In re | Ho Wan Kwok | Case No. | 22-50073 (JAM) |
|---|---|---|---|
| | Debtor | Reporting Period: | 7/1/2023 - 7/31/2023 |

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS**
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending
cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was
filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes
the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must
be attached for each account.  [See  MOR-1 (CON'T)]

| | | Current Month | Cumulative July 8, 2022 to Date |
|---|---|---|---|
| | | Actual | Actual |
| **Cash - Beginning of Month** | | | |
| **RECEIPTS** | | | |
| Recovered Funds (Remainder of funds paid in connection with sale of Lady May) | | $ - | $ 23,321,645.75 |
| Clark Hill Settlement | | $ - | $ 499,000.00 |
| Retainer Refund (Kercsmar Collins & O'Hara / Lewis Roca) | | $ - | $ 4,544.00 |
| Yacht Repair Escrow | | $ - | $ 4,000,000.00 |
| Adversary Proceeding Interpleader Funds | | $ - | $ 32,923,028.42 |
| Refund from AIG | | $ 71.25 | $ 71.25 |
| Bank Account Interest | | $ 173,046.53 | $ 173,046.53 |
| **Total Receipts** | | $ 173,117.78 | $ 60,921,335.95 |
| **DISBURSEMENTS** | | | |
| **ORDINARY ITEMS:** | | | |
| Bank Fees | | $ 2,326.55 | $ 7,680.08 |
| Fees paid to International Surety Ltd for surety bond increase | | $ - | $ 27,747.00 |
| Fees paid with respect to Yacht repair invoices out of the Yacht Repair Escrow | | $ - | $ 576,895.09 |
| Fees paid with respect to Miller Advertising Agency Inc. (English Court Publication Notice) | | $ - | $ 21,140.60 |
| Fees paid with respect to Dexter White Invoice | | $ 4,125.00 | $ 16,235.00 |
| Fees paid with respect to Bridgeport Harbor Marina out of the Yacht Repair Escrow | | $ - | $ 18,137.64 |
| Fees paid with respect to Safe Harbor out of the Yacht Repair Escrow | | $ - | $ 148,287.04 |
| Fees paid with respect to Yatchtzoo for operating expenses out of the Yacht Repair Escrow | | $ - | $ 431,604.00 |
| Fees paid with respect to Harneys Corporate Services Limited | | $ - | $ 1,665.00 |
| Disbursement paid to JP Reynolds Company Inc. for FTZ Indemnity Bond Charge | | $ - | $ 5,970.00 |
| Disbursement paid to James Pizzaruso for pay roll in connection with sale of Lady May | | $ - | $ 31,026.98 |
| Disbursement paid to AIG for insurance policy premium | | $ 8,731.00 | $ 8,731.00 |
| **Total Ordinary Disbursements** | | $ 15,182.55 | $ 1,295,119.43 |
| **REORGANIZATION ITEMS:** | | | |
| Professional Fees | | | |
| Fees paid with respect to Neubert, Pepe & Monteith PC | | $ - | $ 564,782.54 |
| Fees paid with respect to Paul Hastings LLP | | $ - | $ 12,189,247.29 |
| Broker fees paid with respect to Edmiston and Company Limited | | $ - | $ 1,157,500.00 |
| Fees paid with respect to Pullman & Comley, LLC | | $ 504,104.53 | $ 504,104.53 |
| Fees paid with respect to Epiq Corporate Restructuring LLC | | $ 189,900.79 | $ 189,900.79 |
| U. S. Trustee Fees | | $ - | $ 2,829.43 |
| Other Reorganization Expenses *(attach schedule)* | | $ - | $ - |
| **Total Reorganization Items** | | $ 694,005.32 | $ 14,608,364.58 |
| **Total Disbursements**  *(Ordinary  +  Reorganization)* | | $ 709,187.87 | $ 15,903,484.01 |
| **Net Cash Flow**  *(Total Receipts  -  Total Disbursements)* | | $ (536,070.09) | $ 45,017,851.94 |
| **Cash - End of Month**  *(Must equal reconciled bank statement)* | | $ 45,017,831.34 | $ 45,017,831.34 |
| **Third Party Disbursements on Behalf of the Estate** | | | |
| None | | $ - | $ 12,757.00 |

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS** | $ | 709,187.87 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $ | - |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ | 709,187.87 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                        :
In re:                                  :    Chapter 11
                                        :
HO WAN KWOK,                            :    Case No. 22-50073 (JAM)
                                        :
              Debtor.                   :
                                        :
-------------------------------------------------------x
```

**ATTACHMENT TO MONTHLY OPERATING REPORT**
**FOR THE PERIOD JULY 1, 2023 THROUGH JULY 31, 2023**

This attachment is incorporated into and made a part of the Monthly Operating Report ("<u>MOR</u>") of Chapter 11 Trustee Luc A. Despins.

**General Disclaimers**

1. The MOR is presented on a form promulgated in 2021 by the Executive Office of the United States Trustee. This form in many instances requires inserting a number for a line item even if the line item does not apply. The form also does not allow for the insertion of explanations or asterisks next to answers. Accordingly, as presented, certain responses may be inapplicable or incomplete. Following guidance from the United States Trustee's office, this attachment is being filed as an integral part of the MOR.

2. On July 8, 2022, the Bankruptcy Court signed an order approving the appointment of Luc A. Despins, Esq. as Chapter 11 Trustee (the "<u>Trustee</u>"). <u>The information in this MOR is based only on information beginning on the date of the Trustee's appointment and only on bank accounts within the Trustee's control.</u>[1]

3. The Trustee reserves the rights to amend, modify or supplement this MOR or update it in future MORs.

**Specific Responses**

       <u>Part 1 Responses</u>

4. As noted above, this information is limited to cash receipts and disbursements since the Trustee was appointed and with respect to accounts under the Trustee's control.

---

[1] The Trustee is currently investigating the Debtor's assets and financial affairs (with respect to which investigation the Debtor has not cooperated).

Part 2 Responses

5. To the extent this section is applicable (the Debtor is an individual), the Trustee has insufficient information to complete this section. The Trustee's counsel is currently reviewing the over 1,200 proofs of claim filed in connection with the claims bar date, which occurred on February 17, 2023.

6. The Trustee is aware of certain professional fees and expenses that have arisen in connection with services provided by the Trustee's professionals. As of the end of the reporting period, certain interim applications for reimbursement of expenses have been approved by the Court, including $63,631.75 as set forth in the *Order Approving Interim Application of Chapter 11 Trustee and His Counsel, Paul Hastings LLP, for Reimbursement of Expenses*, entered on May 3, 2023 [Docket No. 1747], $13,064.04 as set forth in the *Order Approving Interim Application of Neubert, Pepe & Monteith, P.C., for Reimbursement of Expenses*, entered on May 5, 2023 [Docket No. 1769]; $12,125,615.55 as set forth in the *Order Approving First Interim Fee Application of Paul Hastings LLP, for Compensation and Reimbursement of Expenses for the Period from July 8, 2022 through February 28, 2023*, entered June 29, 2023 [Docket No. 1964]; $551,718.50 as set forth in the *Order Granting Application of Neubert, Pepe & Monteith, P.C., for Interim Allowance of Compensation as Local Counsel and Conflicts Counsel to Debtors Genever Holdings Corporation and Genever Holdings LLC*, entered June 29, 2023 [Docket No. 1966]; $1,157,500.00 as set forth in the *Order, Pursuant to Bankruptcy Code Sections 105 and 363, Bankruptcy Rules 2002 and 6004(c) and Local Rules 6004-1 and 6004-2, (I) Authorizing and Approving Sale of the Lady May Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing and Approving Purchase and Sale Agreement, and (III) Granting Related Relief* [Docket No. 1953]; $189,900.79 as set forth in the *Order Approving First Interim Fee Application of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent for Allowance of Compensation for Services Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period from December 1, 2022 through February 28, 2023* [Docket No. 2015]; and $504,104.53 as set forth in the *Order Approving First Interim Fee Application of Pullman & Comley, LLC as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from March 29, 2022 through April 30, 2023* [Docket No. 2021].

Part 3 Responses

7. On June 27, 2023, the Bankruptcy Court entered an order authorizing and approving the sale of the Lady May [Docket No. 1953].

Part 4 Responses

8. To the extent this section is applicable (the Debtor is an individual), the Trustee has insufficient information to complete this section.

Part 5 Responses

9. As of the end of the reporting period, certain interim applications for reimbursement of expenses have been approved by the Court, including $63,631.75 as set forth in the *Order Approving Interim Application of Chapter 11 Trustee and His Counsel, Paul Hastings LLP, for Reimbursement of Expenses*, entered on May 3, 2023 [Docket No. 1747], and $13,064.04 as set forth in the *Order Approving Interim Application of Neubert, Pepe & Monteith, P.C., for Reimbursement of Expenses*, entered on May 5, 2023 [Docket No. 1769]; $12,125,615.55 as set forth in the *Order Approving First Interim Fee Application of Paul Hastings LLP, for Compensation and Reimbursement of Expenses for the Period from July 8, 2022 through February 28, 2023*, entered June 29, 2023 [Docket No. 1964]; $551,718.50 as set forth in the *Order Granting Application of Neubert, Pepe & Monteith, P.C., for Interim Allowance of Compensation as Local Counsel and Conflicts Counsel to Debtors Genever Holdings Corporation and Genever Holdings LLC*, entered June 29, 2023 [Docket No. 1966]; $1,157,500.00 as set forth in the *Order, Pursuant to Bankruptcy Code Sections 105 and 363, Bankruptcy Rules 2002 and 6004(c) and Local Rules 6004-1 and 6004-2, (I) Authorizing and Approving Sale of the Lady May Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Authorizing and Approving Purchase and Sale Agreement, and (III) Granting Related Relief* [Docket No. 1953]; $189,900.79 as set forth in the *Order Approving First Interim Fee Application of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent for Allowance of Compensation for Services Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period from December 1, 2022 through February 28, 2023* [Docket No. 2015]; and $504,104.53 as set forth in the *Order Approving First Interim Fee Application of Pullman & Comley, LLC as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from March 29, 2022 through April 30, 2023* [Docket No. 2021].

10. The Trustee is aware of a number of professional firms that have provided services to the official committee of unsecured creditors or the Debtor (prior to the appointment of the Trustee) but that have not at this time had their retentions approved by the Court. The Trustee includes such professional firms (of which he is aware) in this part of the MOR out of an abundance of caution but reserves all his rights with respect to the retention and/or payment of fees with respect to such professional firms. The Trustee also notes that the Debtor may have employed professionals (prior to the appointment of the Trustee) of which the Trustee is not aware.

Part 6 Responses

11. The Trustee is not aware of any postpetition taxes that have accrued during the time period since the Trustee's appointment.

Part 7 Responses

12. The Trustee notes that the Debtor filed a chapter 11 plan on April 20, 2022 [Docket No. 197] (the "April 2022 Plan") with respect to which no disclosure statement was filed or approved.

Part 8 Responses

13.  The Trustee has insufficient information to respond to Part 8.

4

Direct inquiries to:
888 761-3967

 **EAST WEST BANK** / 50

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page  1  of  3
STARTING DATE: July 01, 2023
ENDING DATE: July 31, 2023
Total days in statement period: 31

( 1)

BK EST/HO WAN KWOK DEBTOR
LUC A DESPINS, CH11 TRUSTEE
CASE #22-50073
C/O PAUL HASTINGS LLP
200 PARK AVE
NEW YORK NY  10166-0005

Our Online Banking & Mobile App are available at your convenience. You can perform many banking transactions from the comfort of your home without having to visit a branch. Visit digital.eastwestbank.com or call 833.468.8356 for details.

## Standard Business Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $45,553,901.43 |
| Enclosures | 1 | Total additions (1) | 71.25 |
| Low balance | $844,784.81 | Total subtractions (9) | 44,709,187.87 |
| Average balance | $4,117,305.57 | Ending balance | $844,784.81 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 07-26 | Pre-Auth Credit | AIGRSCIA WEB RFD 230726 602209257 | 71.25 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1160 | 07-28 | 4,125.00 | | | |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 07-03 | Transfer Debit | TR TO XXX8816 | 44,000,000.00 |
| 07-06 | Debit Memo | FIDUCIARY MAINTENA NCE | 25.00 |
| 07-06 | Debit Memo | FIDUCIARY COLLATER AL | 2,221.55 |
| 07-17 | Preauth Debit | AIGRSCIA WEB PMT 230717 | 8,731.00 |
| 07-20 | Outgoing Wire | EPIQ CORPORATE RES TRUCTURING LLC | 189,900.79 |
| 07-20 | Service Charge | OUTGOING WIRE | 40.00 |
| 07-20 | Outgoing Wire | PULLMAN & COMLEY L LC | 504,104.53 |
| 07-20 | Service Charge | OUTGOING WIRE | 40.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 45,553,901.43 | 07-17 | 1,542,923.88 | 07-28 | 844,784.81 |
| 07-03 | 1,553,901.43 | 07-20 | 848,838.56 | | |
| 07-06 | 1,551,654.88 | 07-26 | 848,909.81 | | |

3738      rev 11–20



9300 Flair Dr., 1St FL
El Monte, CA. 91731

BK EST/HO WAN KWOK DEBTOR

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



3739    rev 11-22



07/28/2023        1160        $4,125.00



07/28/2023        1160        $4,125.00

Direct inquiries to:
888 761-3967

 **EAST WEST BANK** / 50

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: July 01, 2023
ENDING DATE: July 31, 2023
Total days in statement period: 31

( 0)

BK EST/HO WAN KWOK DEBTOR
LUC A DESPINS, CH11 TRUSTEE
CASE #22-50073
C/O PAUL HASTINGS LLP
200 PARK AVE
NEW YORK NY  10166-0005

Our Online Banking & Mobile App are
available at your convenience. You can
perform many banking transactions from
the comfort of your home without having
to visit a branch. Visit
digital.eastwestbank.com or call
833.468.8356 for details.

---

## Trustee-Non Vendor MMA

| | | | | |
|---|---|---|---|---|
| Account number | | Beginning balance | | $0.00 |
| Low balance | $44,000,000.00 | Total additions | ( 2) | 44,173,046.53 |
| Average balance | $41,161,290.32 | Total subtractions | ( 0) | 0.00 |
| Interest paid year to date | $173,046.53 | Ending balance | | $44,173,046.53 |

---

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 07-03 | Transfer Credit | TR FROM XXX8263 | 44,000,000.00 |
| | 07-31 | Interest Credit | | 173,046.53 |

---

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 0.00 | 07-03 | 44,000,000.00 | 07-31 | 44,173,046.53 |

---

**INTEREST INFORMATION**

| | | | |
|---|---|---|---|
| Annual percentage yield earned | 5.06% | Interest-bearing days | 31 |
| Average balance for APY | $41,161,290.32 | Interest earned | $173,046.53 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |