UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM) |

### ORDER GRANTING *PRO HAC VICE* ADMISSION TO MELISSA F. WERNICK, ESQ.

A Motion for Admission *Pro Hac Vice* (the "Motion") was filed on August 22, 2023, by a member of the bar of this Court on behalf of Melissa F. Wernick, Esq., attorney for interested party Hudson Diamond Holdings, LLC in the above-captioned case and related proceedings, and the Motion having satisfied the requirements of D. Conn. L. Civ. R. 83.1(c), as incorporated herein by L. Bankr. R. 1001-1(b),

IT IS HEREBY ORDERED that Melissa F. Wernick, Esq., is hereby admitted *pro hac vice* to practice in the United States Bankruptcy Court for the District of Connecticut in connection with the above-captioned case and related proceedings.