UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re: <br><br> HO WAN KWOK, <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-50073 (JAM) |

## ORDER GRANTING *PRO HAC VICE* ADMISSION TO LEE VARTAN, ESQ.

A Motion for Admission *Pro Hac Vice* (the "Motion") was filed on August 22, 2023, by a member of the bar of this Court on behalf of Lee Vartan, Esq., attorney for interested party Hudson Diamond Holdings, LLC in the above-captioned case and related proceedings, and the Motion having satisfied the requirements of D. Conn. L. Civ. R. 83.1(c), as incorporated herein by L. Bankr. R. 1001-1(b),

IT IS HEREBY ORDERED that Lee Vartan, Esq., is hereby admitted *pro hac vice* to practice in the United States Bankruptcy Court for the District of Connecticut in connection with the above-captioned case and related proceedings.