**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No: 22-50073 (JAM) |

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED**

Pursuant to Fed. R. Bankr. P. 8009(a), the appellant and debtor Ho Wan Kwok, (the "Debtor"), by his undersigned attorneys, Zeisler & Zeisler, P.C., respectfully submits his designation of items to be included in the record on appeal and his statement of issues to be presented in connection with his appeal of the United States Bankruptcy Court's July 26, 2023, Memorandum of Decision and Order Holding Individual Debtor in Contempt of Court and Denying Motion for Stay of Order Compelling Production (ECF No. 2035).

**I.     Designation of Items to be Included in the Record on Appeal[1]**

1. July 26, 2023, Memorandum of Decision and Order Holding Individual Debtor in Contempt of Court and Denying Motion for Stay of Order Compelling Production (ECF No. 2035).

2. July 28, 2022, Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to the Debtor [Doc. No. 636].

---

[1] The Debtor reserves the right to supplement this designation of items to include "any order granting leave to appeal," Fed. R. Bankr. P. 8009(a)(4), as no such order has been issued to date.

3. July 28, 2022, Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Various Legal and Financial Advisors to the Debtor [Doc. No. 637].

4. July 28, 2022, Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Various Entities and Individuals Affiliated with the Debtor [Doc. No. 638].

5. August 5, 2022, Debtor's Limited Objection to Rule 2004 Motions [Doc. No. 703].

6. August 10, 2022, Chapter 11 Trustee's Reply in Support of Motions for Entry of Orders Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Examinations of Debtor, Debtor's Legal and Financial Advisors, and Various Entities and Individuals Affiliated With Debtor, and for Production of Documents [Doc. No. 724].

7. August 16, 2022, Order Granting Chapter 11 Trustee's Application For Rule 2004 Discovery With Respect to Various Legal and Financial Advisors to the Debtor [Doc. No. 756].

8. October 28, 2022, Motion of Chapter 11 Trustee for Entry of Order Compelling Individual Debtor, [and Others] to Comply with Rule 2004 Subpoenas. [Doc. No. 1046].

9. November 14, 2022 Joint Objection of the [Individual] Debtor, Mei Guo, and HK International Funds Investments (USA) Limited, LLC to Chapter 11 Trustee's Motion to Compel Compliance with Rule 2004 Subpoenas [Doc. No. 1090].

10. Transcript of November 30, 2022, hearing before the Hon. Julie A. Manning [Doc. No. 1220].

11. January 20, 2023 order Granting in Part Motion to Compel Compliance with Rule 2004 Subpoenas [Doc. No. 1353].

12. February 7, 2023, Declaration of Mr. Ho Wan Kwok Concerning Invocation of Fifth Amendment Privilege in Regard to Rule 2004 Discovery [Exhibit A to Doc. No. 1444].

13. February 10, 2023, Motion of Chapter 11 Trustee For Order to Show Cause Why Debtor … Should not be Held in Contempt of Court for Failure to Comply with Order Compelling Compliance with Rule 2004 Subpoenas and Sanctioned for Such Conduct [Doc. No. 1453].

14. March 15, 2023, indictment in *United States v. Ho Wan Kwok et al.*, Southern District of New York Case Number S1 23 Cr. 118 (AT).

15. March 29, 2023, superseding indictment in *United States v. Ho Wan Kwok et al.*, Southern District of New York Case Number S1 23 Cr. 118 (AT).

16. April 10, 2023, Objection to the Chapter 11 Trustee's Motion for Order to Show Cause Why Debtor Should not be Held in Contempt [Doc. No. 1650].

17. April 10, 2023, Motion for Limited Stay of Order Granting in Part Motion to Compel Compliance with Rule 2004 Subpoena [Doc. No.1649].

18. April 17, 2023, Response to Debtor's Objection to Trustee's Motion for Order to Show Cause Why Debtor Should Not Be Held In Contempt [Doc. No. 1670].

19. April 19, 2023, Objection to Debtor's Motion for Limited Stay of Order Granting in Part Motion to Compel Compliance with Rule 2004 Subpoena [Doc. No. 1680].

20. Transcript of April 20, 2023, hearing before the Hon. Julie A. Manning [Doc. Nos. 1686, 1719].

21. Transcript of April 27, 2023, hearing before the Hon. Julie A. Manning [Doc. Nos. 1715, 1754].

22. Transcript of June 13, 2023, hearing before the Hon. Julie A. Manning [Doc. Nos. 1905, 1929].

23. August 9, 2023, Notice of Appeal to District Court [Doc. No. 2072].

24. August 9, 2023, Individual Debtor's Motion for Leave to File Appeal of Order Holding Individual Debtor in Contempt of Court and Denying Motion for Stay of Order Compelling Production [Doc. No. 2073].

**II.    Statement of Issues To Be Presented**

1.    Whether the Bankruptcy Court erred in holding the Debtor in contempt because the Required Records exception to the Act of Production Doctrine applies in this case.

Dated at Bridgeport, Connecticut, this 23rd day of August, 2023.

>THE DEBTOR,
>HO WAN KWOK
>
>By:/s/ *James M. Moriarty*
>Eric Henzy (ct12849)
>James M. Moriarty (ct21876)
>Zeisler & Zeisler, P.C.
>10 Middle Street, 15th Floor
>Bridgeport, Connecticut 06604
>Telephone: (203) 368-4234
>Facsimile: (203) 368-5487
>Email: ehenzy@zeislaw.com
>Jmoriarty@zeislaw.com
>His Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2023, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ James M. Moriarty*
Eric Henzy (ct21876)