Form ntcflgtrbk

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

| | |
|---|---|
| In Re: Ho Wan Kwok and Genever Holdings LLC Debtor(s) | Case No.: 22–50073 |

### NOTICE REGARDING THE FILING OF A TRANSCRIPT
### AND IMPORTANT DEADLINES FOR REDACTION AND RESTRICTION

A transcript of the proceeding held on August 15, 2023 was filed on August 23, 2023. The following deadlines apply:

The parties have until seven (7) calendar days from the date of filing of the transcript to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 21 days from the Notice of Intent to Request Redaction.

If a request for redaction is filed, the redacted transcript is due 31 days from the date of filing the request for redaction.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 90 calendar days from the date of filing of the transcript unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

Dated: August 24, 2023

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form ntctrbk – lw