UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
                                                  :

In re:                                       :        Chapter 11
                                                  :
HO WAN KWOK, *et al.*,[1]             :        Case No. 22-50073 (JAM)
                                                  :
        Debtors.                    :        (Jointly Administered)
                                                  :
------------------------------------------------------x   RE: ECF No. 2111

**ORDER LIMITING SERVICE OF NOTICE AND SERVICE OF JOINT MOTION OF
CHAPTER 11 TRUSTEE AND DEBTORS GENEVER US AND GENEVER BVI FOR
ENTRY OF FINAL ORDER (I) AUTHORIZING CHAPTER 11 TRUSTEE TO EXTEND
FINANCING PURSUANT TO BANKRUPTCY CODE SECTION 363, (II)
AUTHORIZING GENEVER US TO OBTAIN POST-PETITION FINANCING
PURSUANT TO BANKRUPTCY CODE SECTION 364, (III) GRANTING NON-
PRIMING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE
CLAIM, (IV) MODIFYING AUTOMATIC STAY, AND (V) GRANTING RELATED
RELIEF AND SCHEDULING HEARING ON MOTION TO EXTEND FINANCING**

       The Court having considered the motion (the "Motion") seeking to limit service of *Joint Motion of Chapter 11 Trustee and Debtors Genever US and Genever BVI for Entry of Final Order (I) Authorizing Chapter 11 Trustee to Extend Financing Pursuant to Bankruptcy Code Section 363, (II) Authorizing Genever US to Obtain Post-Petition Financing Pursuant to Bankruptcy Code Section 364, (III) Granting Non-Priming Liens and Providing Superpriority Administrative Expense Claim, (IV) Modifying Automatic Stay, and (V) Granting Related Relief* to the Notice Parties, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut; and this Court having

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408(2) and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the estate, its creditors, and other parties in interest; and the relief requested is consistent with Rule 2002; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be given; and upon all of the proceedings had before this Court; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Trustee must serve this order and the Motion to Extend financing (the"DIP Motion", ECF No. 2110) only on:

   i. the Office of the United States Trustee for the District of Connecticut;

   ii. counsel for the Individual Debtor;

   iii. the Committee;

   AIG;

   iv. all parties who have requested notice in the Chapter 11 Cases pursuant to Bankruptcy Rule 2002;

   v. all parties who receive notice in these chapter 11 cases by operation of the Court's electronic filing ("CM/ECF") system;

   vi. any party who requested notice in these chapter 11 cases, but is unable to accept electronic filing as indicated on the Notice of Electronic Filing.

3. A hearing on the DIP Motion shall be held on September 12, 2023 at 2:00 p.m.in the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT.

4. On or before August 28, 2023, the Trustee shall file a certificate of service demonstrating compliance with this order.

5. The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 24th day of August, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut