**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

--------------------------------------------------------x
                                 :

In re:                         :    Chapter 11
                                  :

HO WAN KWOK, *et al.*,       :    Case No. 22-50073 (JAM)
                                  :

          Debtors.[1]      :    Jointly Administered
                                  :
--------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

On August 18, 2023, the Court's *Order Granting Motion to Hold GTV Media Group, Inc. and Saraca Media, Inc. in Civil Contempt for Failure to Comply with Rule 2004 Subpoenas* [ECF No. 2093] (the "<u>Contempt Order</u>") was filed electronically using the Court's case management/electronic case files ("<u>CM/ECF</u>") system. Parties may access the Contempt Order via the CM/ECF system.

On August 21, 2023, in compliance with the Contempt Order, the Contempt Order was served on both GTV Media Group, Inc. and Saraca Media Group, Inc. c/o Corporate Creations Network Inc. at 3411 Silverside Road, Tatnall Building Ste. 104 Wilmington, DE 19810, by a process server who personally delivered and left the Contempt Order with Pamela Larossa, who informed the process server that she is an agent authorized by appointment to receive service at that address. A Certificate of Service, prepared and signed by the process server, describing that service effort, is attached hereto as **<u>Exhibit A</u>**.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) (the "<u>Debtor</u>") and Genever Holdings Corporation (the "<u>Genever BVI Debtor</u>"). The mailing address for the Trustee and the Genever BVI Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Also, on August 21, 2023, in compliance with the Contempt Order, the Contempt Order was served on both GTV Media Group, Inc. and Saraca Media Group, Inc. c/o Aaron Mitchell, Esq. at Lawall & Mitchell, LLC, 55 Madison Avenue 4th Floor Morristown, NJ 07960, by a process server who personally delivered and left the Contempt Order with Jessica Cuon, who informed the process server that she is authorized to accept service at that address. A Certificate of Service, prepared and signed by the process server, describing that service effort, is attached hereto as **Exhibit B**.

Dated: August 24, 2023                              LUC A. DESPINS,

New Haven, Connecticut                          CHAPTER 11 TRUSTEE

*/s/ Avram E. Luft*
Avram E. Luft
aviluft@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6690

*Counsel for the Chapter 11 Trustee*

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                               :

In re:                        :    Chapter 11
                               :

HO WAN KWOK, *et al.*,         :    Case No. 22-50073 (JAM)
                               :

         Debtors.[1]       :    Jointly Administered
                               :
---------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, GILBERT DEL VALLE, hereby certify that I am over the age of eighteen years old and employed by Metro Attorney Service Inc.

On August 18, 2023, the Court's *Order Granting Motion to Hold GTV Media Group, Inc. and Saraca Media, Inc. in Civil Contempt for Failure to Comply with Rule 2004 Subpoenas* [ECF No. 2093] (the "Contempt Order") was filed electronically using the Court's case management/electronic case files ("CM/ECF") system. Parties may access the Contempt Order via the CM/ECF system.

On August 21, 2023, in compliance with the Contempt Order, I caused copies of the Contempt Order to be served on both GTV Media, Inc. and Saraca Media Group, Inc. c/o Corporate Creations Network Inc. at 3411 Silverside Road, Tatnall Building Ste. 104 Wilmington, De 19810, by personally delivering and leaving the same with Pamela Larossa, who informed me that she is an agent authorized by appointment to receive service at that address.

                                         8/21/23
                               GILBERT DEL VALLE

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) (the "Debtor") and Genever Holdings Corporation (the "Genever BVI Debtor"). The mailing address for the Trustee and the Genever BVI Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                            :
In re:                                      :     Chapter 11
                                            :
HO WAN KWOK, *et al.*,                      :     Case No. 22-50073 (JAM)
                                            :
                    Debtors.[1]             :     Jointly Administered
                                            :
-------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, JOHN D'ARANEO, hereby certify that I am over the age of eighteen years old and employed by

Metro Attorney Service Inc.

On August 18, 2023, the Court's *Order Granting Motion to Hold GTV Media Group, Inc. and Saraca*

*Media, Inc. in Civil Contempt for Failure to Comply with Rule 2004 Subpoenas* [ECF No. 2093] (the

"Contempt Order") was filed electronically using the Court's case management/electronic case files

("CM/ECF") system. Parties may access the Contempt Order via the CM/ECF system.

On August 21, 2023, in compliance with the Contempt Order, I caused copies of the Contempt Order to

be served on Aaron Mitchell, counsel for both GTV Media, Inc. and Saraca Media Group, Inc. at 55 Madison

Avenue 4th Floor Morristown, NJ 07960, by personally delivering and leaving the same with Jessica Cuon, who

informed me that she is authorized by appointment to receive service at that address.

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) (the "Debtor") and Genever Holdings Corporation (the "Genever BVI Debtor"). The mailing address for the Trustee and the Genever BVI Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).