**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                            :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]        :    Case No. 22-50073 (JAM)
:
Debtor.                                 :    (Jointly Administered)
---------------------------------------------------------x

**NOTICE OF FILING OF EXHIBITS IN CONNECTION WITH HEARING ON TRUSTEE'S MOTION FOR ENTRY OF ORDER HOLDING HUDSON DIAMOND HOLDING LLC IN CIVIL CONTEMPT FOR FAILING TO RESPOND TO RULE 2004 SUBPOENAS**

**PLEASE TAKE NOTICE** that, on August 22, 2023, a hearing was held on the *Motion for Entry of Order Holding Hudson Diamond LLC in Civil Contempt for Failing to Respond to Rule 2004 Subpoenas* [Docket No. 1805], filed by Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), pursuant to the *Order Requiring Mei Guo to Appear and Show Cause Why Hudson Diamond Holding LLC Should Not Be Held in Contempt of Court* [Docket No. 2036].

**PLEASE TAKE FURTHER NOTICE** that, on August 23, 2023, the Court entered an order directing the Trustee to file certain exhibits that the Trustee moved into evidence and that were admitted by the Court (each a "Trustee Exhibit," and collectively, the "Trustee Exhibits") during the aforementioned hearing (the "First Order") [Docket No. 2107].

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**PLEASE TAKE FURTHER NOTICE** that, also on August 23, 2023, the Court entered an order permitting the Trustee to file Trustee Exhibits 6, 7, and 8 under seal (the "Second Order," and together with the First Order, the "Orders") [Docket No. 2108].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Orders, the Trustee submits herewith Trustee Exhibits 1, 2, 3, 4, and 5, and separately submits, under seal, Trustee Exhibits 6, 7, and 8.

*[THE REST OF THIS PAGE IS INTENTIONALLY BLANK.]*

Dated: August 24, 2023

New Haven, Connecticut

LUC A. DESPINS,

CHAPTER 11 TRUSTEE

By: */s/ Avram E. Luft*

Avram E. Luft (admitted *pro hac vice*)
Douglass Barron (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com
douglassbarron@paulhastings.com

    *and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

    *and*

Patrick R. Linsey (ct29437)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*