# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| HO WAN KWOK, ET AL,[1] | Case No. 22-50073 (JAM) |
| | Jointly Administered |
| Debtors. | |

## MOTION FOR REMOTE APPEARANCE AT AUGUST 29, 2023 HEARINGS

William K. Harrington, United States Trustee for Region 2 ("United States Trustee") respectfully requests the Court's permission to have his undersigned counsel, Attorney Holley Claiborn, participate remotely by Zoom at the hearings scheduled for 2:00 pm on August 29, 2023 on various matters ("Hearings"). This request is made because Attorney Claiborn is attending a hearing in the Hartford Division in the morning that day which may last into the early afternoon[2] and thus may not allow for sufficient time to travel from Hartford to Bridgeport to arrive in time for the scheduled start time of 2:00 pm for the Hearings. Should sufficient travel time permit Attorney Claiborn to attend in person, Attorney Claiborn will do so. To assure her ability to attend the Hearings, remote participation is respectfully requested.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok as well as numerous other aliases) (last four digits of tax identification number: 9595; case number 22-50073), Genever Holdings LLC (last four digits of tax identification number: 8202; case number 22-50592) and Genever Holdings Corporation (case number 22-50542).

[2] A disclosure statement hearing in *In re Norwich Roman Catholic Diocesan Corporation*, Case No. 21-20687.

WHEREFORE, the United States Trustee respectfully requests that Attorney Claiborn be authorized to participate in the Hearing on August 29, 2023 by Zoom.

Dated: August 25, 2023
      New Haven, CT

Respectfully submitted,
WILLIAM K. HARRINGTON
United States Trustee for Region 2

By:   /s/ Holley L. Claiborn
      Holley L. Claiborn
      Trial Attorney
      Office of the United States Trustee
      Giaimo Federal Building, Room 302
      150 Court Street
      New Haven, CT 06510
      Holley.L.Claiborn@usdoj.gov
      (203) 773-2210
      Federal Bar No.: ct17216 (Connecticut)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| HO WAN KWOK, ET AL[1] | Case No. 22-50073 (JAM) |
| | Jointly Administered |
| Debtors. | |

## ORDER GRANTING REMOTE APPEARANCE AT AUGUST 29, 2023 HEARINGS

William K. Harrington, United States Trustee for Region 2 ("United States Trustee,") having filed a motion to appear remotely on Zoom at the hearings on various matters scheduled for 2:00 pm on August 29, 2023 ("Hearings"), and upon good cause being shown;

IT IS HEREBY ORDERED that the motion to appear remotely is GRANTED and the United States Trustee, through his counsel, is permitted to participate via Zoom at the Hearings.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok as well as numerous other aliases) (last four digits of tax identification number: 9595; case number 22-50073), Genever Holdings LLC (last four digits of tax identification number: 8202; case number 22-50592) and Genever Holdings Corporation (case number 22-50542).

**CERTIFICATE OF SERVICE**

    This certifies that a copy of the foregoing was served via the Electronic Case Filing System maintained by this Court on August 25, 2023.

/s/ Holley L. Claiborn
Holley L. Claiborn