ct260                                                                         8/2023

# United States Bankruptcy Court
## District of Connecticut



In re:

    Ho Wan Kwok

                                                                       Case Number: 22-50073

                                                                       Chapter: 11

    Debtor *

## ORDER GRANTING REQUEST TO APPEAR REMOTELY

        Holley L. Claiborn on behalf of U. S. Trustee having filed a Motion to Appear Remotely, ECF No. 2128, in connection with Motion to Compromise, Motion for Examination, Motion for Approval of Settlement and Status Conference, ECF No. 2049, 2079, 2083 and 2127, it appearing that the relief requested in the Motion to Appear Remotely should be granted for cause shown; it is hereby

        **ORDERED:** Holley L. Claiborn on behalf of U. S. Trustee is authorized to attend the hearing on Motion to Compromise, Motion for Examination, Motion for Approval of Settlement and Status Conference, ECF No. 2049, 2079, 2083 and 2127, currently scheduled to be heard on August 29, 2023 at 2:00 PM via ZoomGov; and it is further

        **ORDERED:** Holley L. Claiborn on behalf of U. S. Trustee shall e-mail the Courtroom Deputy at CalendarConnect_BPT@ctb.uscourts.gov to obtain the ZoomGov connection information.

Dated: August 25, 2023                                                                               BY THE COURT

                                                                                                   *Julie A. Manning*
                                                                          United States Bankruptcy Judge
                                                                               District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.