UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

**EXHIBIT LIST FOR LUC. A DESPINS, CHAPTER 11 TRUSTEE**

IN RE:

Ho Wan Kwok, et al.
    DEBTORS

CHAPTER 11

CASE No.: 22-50073 (JAM)

(Jointly Administered)

TRIAL DATE(S): August 22, 2023

ECF No.: 1805 and 2036

**EXHIBITS SUBMITTED BY:** Luc A. Despins, Chapter 11 Trustee

**ATTORNEY:** Avram Luft

| EXHIBIT # | DESCRIPTION | ID/FULL | SUBMIT DATE |
|---|---|---|---|
| 1 | Subpoena for Rule 2004 Examination | Full | 08/22/2023 |
| 2 | Declaration of Mei Guo, as Sole Member of Hudson Diamond Holdings LLC in Response to the Court's July 28, 2023 Order | Full | 08/22/2023 |
| 3 | Hudson Diamond NY LLC Consent of Sole Member Without a Meeting | Full | 08/22/2023 |
| 4 | Exclusive Right to Represent Buyer Agreement | Full | 08/22/2023 |
| 5 | Declaration of Aaron A. Romney Regarding Motion to Withdraw as Counsel for Hudson Diamond NY, LLC | Full | 08/22/2023 |
| 6 | Sealed Exhibit | Full | 08/22/2023 |
| 7 | Sealed Exhibit | Full | 08/22/2023 |
| 8 | Sealed Exhibit | Full | 08/22/2023 |

APPEAL FILED ON _____ .
CHECKED EXHIBITS HAVE BEEN SUBMITTED TO DISTRICT COURT ON _____ .COPIES OF THE EXHIBITS HAVE BEEN RETAINED BY THE BANKRUPTCY COURT