**Exhibit 4**

CASE NO. 22-50073

IN RE: Ho Wan Kwok and Genever Holdings LLC

VS. _____

Trustee's EXHIBIT 4

DATE _____ IDEN.

DATE Aug. 22, 2023 admitted in full  EVID.

BY L. Whitmore
Deputy Clerk

AO 386



**RESIDENTIAL BROKERAGE**

# Exclusive Right to Represent Buyer Agreement
### *Connecticut*

BUYER(S): _Hudson Diamond_ ("Buyer")

BUYER'S ADDRESS: _____

TODAY'S DATE: _1/13/19_

Buyer hereby agrees to retain Coldwell Banker Residential Brokerage ("Coldwell Banker") and its designated Licensee(s) as Buyer's sole and exclusive agent for the purpose of assisting Buyer in finding, negotiating and purchasing property satisfactory to Buyer. In that regard, Buyer and Coldwell Banker hereby agree as follows:

1. **TERM:** This Agreement shall be effective from the date written above until and including _____ ("Expiration Date"), unless otherwise extended in writing by Coldwell Banker and Buyer.

2. **SERVICES:** Coldwell Banker shall use reasonable efforts, as agent for Buyer, to locate a suitable property acceptable to Buyer, to assist Buyer in negotiating the purchase of the property, and to help Buyer complete the transaction. Coldwell Banker will work in Buyer's best interests and owes Buyer the fiduciary duties of an agent, including accounting, care and competence, confidentiality, diligence, disclosure, fairness, good faith, honesty, loyalty and obedience. Some of these duties will be altered if a Dual Agency situation arises, as described herein. Both parties understand and agree that, as of the date of this Agreement, Buyer is seeking properties in the following geographical areas (please indicate entire state, specific county(ies), city(ies), town(s), locale(s) or other relevant region(s)):
~~GREENWICH, CT~~ _SEE EXHIBIT A, ATTACHED HERETO._

Buyer may modify this list of geographical areas from time to time and Buyer specifically understands and agrees that the foregoing will automatically be amended to include any property in any geographical area in which Coldwell Banker shows Buyer properties, regardless of whether such geographical area appears on the list written above. In the event that Buyer wishes to search for properties outside the foregoing geographical area, Coldwell Banker may refer Buyer to an appropriate Coldwell Banker office and/or agent.

3. **SCOPE OF COLDWELL BANKER'S REPRESENTATION:** Buyer acknowledges that Coldwell Banker is being retained solely as a real estate broker and <u>not</u> as an attorney, tax advisor, lender, appraiser, surveyor, structural engineer, home inspector, property manager and/or other professional service provider. *Buyer is advised to seek professional advice concerning: (1) legal and tax matters, and (2) the condition, use and/or improvement potential of any property in which Buyer may be interested or of any neighboring real property.* In the event that Coldwell Banker provides Buyer with names or sources for such advice and assistance, Buyer acknowledges and agrees that Coldwell Banker does so as an accommodation only and that Coldwell Banker does not warrant or guaranty such services and/or providers. Coldwell Banker shall have no obligation to seek an extension to any date or deadline set forth in any written agreement between Buyer and a seller, nor to seek the termination of any written agreement between Buyer and a seller unless Buyer, in a timely manner, explicitly requests in writing that Coldwell Banker seek such extension and/or termination. Coldwell Banker is authorized to disclose financial information about Buyer to a seller or a seller's agent to the extent necessary to establish Buyer's financial qualifications.

4. ~~**COMPENSATION:** Buyer agrees to pay to~~ Coldwell Banker a fee for professional services ("Commission") ~~equal to~~ _0_ % of the gross purchase price if Buyer or any person or entity acting on Buyer's behalf purchases, options, exchanges or trades (each a "purchase" hereunder) any property, through the efforts of anyone, including Buyer, where an agreement to purchase the property was entered into during the Term of this Agreement and/or, in the case of a property to which Buyer was introduced by Coldwell Banker during the Term hereof, such agreement to purchase was entered into within ~~six (6) months~~ after the termination of this Agreement or any extension(s) or renewal(s) thereof. *Coldwell Banker will, whenever feasible, seek compensation from a seller and/or a seller's agent; but, advises Buyer that such compensation: (1) is not always offered, and (2) may not be equal to the Commission called for hereunder.* If Buyer pays ~~any~~ portion of the Commission in advance, or if a seller and/or a seller's agent pays any portion of the Commission, all ~~such~~ payments will be credited in full against the amount due under this Agreement. Buyer shall be obligated to pay any ~~difference~~ between the Commission amount owed by Buyer and any amount that may be paid by a seller and/or a seller's agent, unless otherwise specifically agreed to in writing by Coldwell Banker. Buyer agrees that Coldwell Banker may ~~retain~~ any compensation offered by a seller and/or a seller's agent in excess of the Commission recited herein. All Commissions payable hereunder are due no later than the closing date, including when the closing occurs after the Expiration Date ~~of this Agreement.~~

**EXCLUSIVE RIGHT TO REPRESENT BUYER AGREEMENT**   **Page 1 of 4**   **Buyer's Initials** _____

Coldwell Banker® is a registered trademark of Coldwell Banker LLC. Operated by NRT New England LLC, a subsidiary of NRT LLC.
An Equal Opportunity Company   Equal Housing Opportunity   © 2000 NRT LLC. Revised January 19, 2011
Coldwell Banker Residential Brokerage - Greenwich, Old Greenwich, CT 00000   Phone: (203)637-4581   Fax: (203)618-8925   MILES GUO
Emile de Neree   Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

GREE002323

5. ~~RENTALS: If Buyer enters into any agreement, whether written or oral, to rent or lease any property during the Term of this~~ Agreement and/or, in the case of a property to which Buyer was introduced by Coldwell Banker, enters into any such agreement within *six (6) months* after termination or expiration of this Agreement, then Buyer will pay to Coldwell Banker compensation equal to one (1) month's rent for said property, such payment due and owing to Coldwell Banker on the earlier of the date on which Buyer signs such rental agreement or the date on which Buyer takes occupancy of said property. If Buyer enters into a rental agreement with an option to purchase or if Buyer actually purchases said property within one (1) year of entering into such rental agreement, then, upon the closing of any such purchase and transfer of title, Buyer will also owe to Coldwell Banker a Commission as set forth ~~in the Compensation provisions of this Agreement.~~

6. **BUYER'S OBLIGATIONS:** (a) Buyer will cooperate with Coldwell Banker: (1) by providing all information necessary to evaluate Buyer's needs and qualifications, including personal, financial and confidential information, and (2) in scheduling appointments for showings. (b) Buyer will pay for all out-of-pocket expenses authorized by Buyer, including inspections, surveys, appraisals, title searches, engineering studies, soil, water, air and other tests, etc. (c) Buyer shall refer to Buyer's attorney and/or tax advisor, the Town/City building inspector, the appropriate government agency and/or the owner/seller, as may be appropriate, all questions concerning the following: contractual obligations; environmental hazards; flood zones; legal title to and/or lawsuits affecting a property; liens, encumbrances, municipal and/or private assessments/betterments; taxes, tax assessments, tax considerations and/or proposals; inspection and/or engineering reports; permits, zoning and/or building code compliance; encroachments, easements and/or similar matters; neighborhood nuisances; location of boundary lines, facts that a survey would disclose, disparities in square footage and/or lot size between a seller's representations, tax assessor's cards, etc., and/or location of property or any improvement thereon; legal descriptions and/or an appraisal; fees, rents, assessments, etc., for condominiums, homeowner associations, planned developments and the like; psychologically impacted properties and/or the residence of any convicted person (including, but not limited to, registered sexual offenders.) In particular, Buyer acknowledges that Coldwell Banker will not obtain information regarding sexual offenders, but Coldwell Banker advises buyers concerned about such issues that they may obtain information regarding registered sexual offenders by contacting the local police department and/or by accessing the state sexual offender registry online via the web portal at www.ct.gov/dps. (d) Buyer will be responsible to monitor any date and/or deadline set forth in any written agreement between Buyer and a seller and Buyer shall be responsible to take any appropriate action in relation thereto in a timely manner. (e) Buyer will not deal directly with any other broker, agent or licensee during the term of this Agreement. Buyer will notify other brokers, agents or licensees at first contact that Buyer is being exclusively represented by Coldwell Banker. Buyer will disclose to Coldwell Banker any past and/or current contacts for any real property or with any other real estate broker, agent or licensee. (f) Buyer is hereby notified that the Department of Environmental Protection is required, pursuant to Section 22a-134f of the Connecticut General Statutes, to furnish lists of hazardous waste facilities located within a Town/City to the Town/City Clerk's office; and, that Buyer should refer to these lists and the Department of Environmental Protection for information and/or environmental questions concerning any property in which Buyer is interested and the lands surrounding any such property. (g) Buyer is notified that a list of local properties upon which hunting or shooting sports regularly take place may be available at the Town/City Clerk's office. (h) Buyer is notified that information concerning environmental matters on a property and/or surrounding properties is available from the federal Environmental Protection Agency, the National Response Center, the Department of Defense and third-party providers.

7. **NATURE OF COLDWELL BANKER'S REPRESENTATION:**

    **A. Designated Agency.** As authorized by Connecticut law, Coldwell Banker has adopted a policy of designating a specific Associate (or Associates) to represent each Seller client as a Designated Seller's Agent and each Buyer client as a Designated Buyer's Agent. A Designated Agent will owe the client fiduciary duties such as loyalty, reasonable care, disclosure, obedience to lawful instruction, accounting for funds and the obligation not to reveal, without the client's prior consent, confidential information obtained from the client to other real estate salespersons or brokers, including other Coldwell Banker Associates, except the Office Manager or Designating Broker, for the purpose of seeking advice or assistance for the client's benefit. If the Office Manager or Designating Broker is consulted in this manner, such person will not reveal such information to other Coldwell Banker Associates or to any other customers or clients. The Coldwell Banker Associate(s) appointed to act as your Designated Buyer's Agent(s) is/are:

    EMILE P DE NEREE

    *Print Name of Coldwell Banker Designated Buyer's Agent(s) and License Number(s)*

    Should the Designated Agent(s) named above be unable to fulfill the terms of this Agreement, then another Designated Agent may be chosen during the term of your Agreement with Coldwell Banker. Appointment of another Designated Agent as a new or additional agent does not relieve any prior Designated Agent of the duty not to disclose confidential information. Coldwell Banker may be representing both Seller and Buyer in connection with the same transaction. In the event that a Coldwell Banker Designated Agent represents the Seller in a transaction with you and your Designated Buyer's Agent, both parties will receive and be asked to sign a Dual Agency/Designated Agency Disclosure Notice and Consent Agreement form confirming that this fact has been disclosed to both parties.

**EXCLUSIVE RIGHT TO REPRESENT BUYER AGREEMENT**   Page 2 of 4   Buyer's Initials _____



Coldwell Banker® is a registered trademark of Coldwell Banker LLC  Operated by NRT New England LLC, a subsidiary of NRT LLC
An Equal Opportunity Company   Equal Housing Opportunity   © 2000 NRT LLC  Revised January 19, 2011
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com     MILES GUO

**B. Dual Agency.** In the event that the same individual Coldwell Banker Associate represents both Seller as a Designated Seller's Agent and Buyer as a Designated Buyer's Agent in the same transaction, then this will create what is referred to as Dual Agency. In a Dual Agency situation, the individual Associate does not and cannot represent either Buyer or Seller exclusively, and neither Buyer nor Seller can expect that individual Associate's undivided loyalty. A Dual Agent is authorized to assist Buyer and Seller in such a transaction; but, shall be neutral with regard to any conflicting interest of Buyer and Seller. A Dual Agent may not disclose to either Buyer or Seller any personal, financial or confidential information of the other party except as authorized by either party or required by law. A Dual Agent will not have the ability to satisfy fully the fiduciary duties of a Designated Agent, but will still owe to both parties the duty to account for funds. A Dual Agent may not disclose, unless otherwise instructed by the respective party: (1) to Buyer (Tenant) that Seller (Landlord) will accept less than the asking or listed price; (2) to Seller (Landlord) that Buyer (Tenant) can pay a price greater than the price submitted in a written offer to Seller (Landlord), unless otherwise instructed to do so in writing by Buyer (Tenant); (3) the motivation of either Buyer or Seller (or Tenant or Landlord) for selling, buying or leasing the Property; and (4) that Buyer or Seller (or Tenant or Landlord) will agree to financing (or rental) terms other than those offered. Such confidential information may not be disclosed by a Dual Agent, except: (1) if disclosure is expressly authorized by the party whose information is to be disclosed; (2) if such disclosure is required by law; (3) if such disclosure is intended to prevent illegal conduct; or (4) if such disclosure is necessary to prosecute a claim against a person represented or to defend a claim against the broker or salesperson. This duty of confidentiality shall continue after termination of the brokerage relationship. In the event that a Dual Agency situation does arise, Buyer and Seller will be asked to sign a Notification and Consent to Dual Agency form to confirm their consent to Dual Agency. If a Dual Agency situation arises and both Seller and Buyer consent, the individual agent may work as a Dual Agent subject to the limitations set forth above. In the event that a Dual Agency situation arises and either Seller or Buyer does not consent to Dual Agency, then the Office Manager or Designating Broker will designate another Coldwell Banker Associate to represent one of the parties as that party's Designated Agent. In this case, each Designated Agent will offer to each party full Designated Agency representation, as set forth above, with the exception that the original Designated Agent will not disclose to either party any confidential information that such agent may have gained about the other.

8. **COVERING AGENTS:** From time to time it may be necessary for a Coldwell Banker licensee other than the Designated Buyer's Agent to "cover for" the Designated Buyer's Agent, for instance to accompany a showing of the Property, attend a walk through or home inspection, etc., in place of and/or on behalf of the Designated Buyer's Agent. Unless otherwise agreed, Buyer hereby acknowledges and agrees that, in such circumstance, any such "covering" Coldwell Banker licensee shall be acting as a Facilitator and not as a designated agent of Buyer.

9. **DISCLOSURE REGARDING NON-CONFIDENTIALITY:** Pursuant to Standard of Practice 1-13(5) of the National Association of REALTORS® Code of Ethics, all REALTORS® are required to inform all buyer clients of "the possibility that sellers or sellers' representatives may not treat the existence, terms or conditions of offers as confidential unless confidentiality is required by law, regulation or by any confidentiality agreement between the parties". Should a buyer desire such a confidentiality agreement, Buyer must consult independent legal counsel for assistance in that regard, as Article 13 of the REALTOR® Code of Ethics also prohibits REALTORS® from providing such uniquely legal services to their customers or clients. However, nothing in the foregoing alters or undermines Coldwell Banker's ability to protect Buyer's confidential information as discussed elsewhere in this Agreement.

10. **DEPOSIT DISBURSAL and DISPUTES:** It is Coldwell Banker's policy to require mutual written direction from buyers and sellers regarding disbursal of earnest money deposits held in escrow by Coldwell Banker. In the event of a dispute between a buyer and a seller regarding rightful ownership of any such a deposit, Coldwell Banker will retain all disputed funds in its escrow/trust account until Coldwell Banker receives notification that the dispute has been resolved either by mutual agreement of the parties or by an order of a court or arbitrator of competent jurisdiction. Upon mutual agreement of the parties involved in any lawsuit regarding a deposit, Coldwell Banker will transfer any disputed funds to the presiding court, but Coldwell Banker will *not* institute a legal action (e.g., "interpleader") to resolve such a dispute. In the event that Coldwell Banker, in its capacity as escrow agent, is made a party to any lawsuit regarding an escrow deposit then Coldwell Banker shall be entitled to recover reasonable attorney's fees and costs associated with the defense of said lawsuit, which fees and costs shall be deducted from the escrow deposit if buyer is the prevailing party.

11. **STATEMENTS REQUIRED BY LAW and/or THE NATIONAL ASSOCIATION of REALTORS'® CODE OF ETHICS:**

    A. This Agreement is subject to the Connecticut General Statutes prohibiting discrimination in commercial and residential real estate transactions (Connecticut General Statutes Title 46a, Chapter 814c). It is unlawful under Federal and/or State Fair Housing Law to discriminate on the basis of race, color, creed, religion, national origin, ethnicity, ancestry, sex (gender), marital status, age, sexual orientation, learning disability, physical or mental handicap, disability, disorder or retardation (including, but not limited to, blindness or deafness), familial status (families with children under age 18) and lawful source of income in the acquiring or disposition of real property.

    B. **NOTICE: THE AMOUNT OR RATE OF REAL ESTATE BROKER COMPENSATION IS NOT FIXED BY LAW; IT IS SET BY EACH BROKER INDIVIDUALLY AND MAY BE NEGOTIABLE BETWEEN YOU AND THE BROKER.**

**EXCLUSIVE RIGHT TO REPRESENT BUYER AGREEMENT**   Page 3 of 4   Buyer's Initials _____

Coldwell Banker® is a registered trademark of Coldwell Banker LLC. Operated by NRT New England LLC, a subsidiary of NRT LLC
An Equal Opportunity Company    Equal Housing Opportunity    © 2000 NRT LLC   Revised January 19, 2011

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com    MILES GUO

GREE002325

C. The real estate broker may be entitled to certain lien rights pursuant to subsection (d) of Section 20-325a of the Connecticut General Statutes.

D. Federal law requires the Owner(s) of "target property", which is generally defined as property constructed prior to 1978, to: (1) disclose the presence of lead-based paint or lead-based paint hazards, and (2) furnish any records, reports, inspections or other documents in the Owner's possession concerning these items.

E. **OTHER BUYERS:** It is understood and agreed that Coldwell Banker may represent other buyers who may be interested in the same or similar properties. In such a situation, Coldwell Banker will not disclose to either buyer client the terms of another buyer client's offer.

12. **GENERAL TERMS OF AGREEMENT:** This document represents the entire agreement between Coldwell Banker and Buyer and supersedes any other agreement of any nature or type, whether oral or written, which may be in existence between the parties on the date of execution of this Agreement. This Agreement shall not be modified unless said modification is in writing and signed by all parties to be bound by any such modification; verbal modifications shall not be enforceable. This Agreement cannot be assigned by Buyer. This Agreement shall bind the respective officers, directors, agents, attorneys, executors, administrators, distributees, successors, heirs and assigns, as the case may be, of Coldwell Banker and Buyer. Buyer agrees to indemnify and hold Coldwell Banker harmless from and against all loss, cost and/or expense including, but not limited to, reasonable attorney's fees, in connection with Buyer's breach of any term or condition of this Agreement. This Agreement shall be governed by the laws of the State of Connecticut.

13. **ELECTRONIC SIGNATURES:** Coldwell Banker and Buyer agree that they may use an electronic record, including facsimile or e-mail, to make and keep this Agreement; and, both parties intend that such a faxed or e-mailed agreement containing either the original or copies of the parties' signatures shall constitute a binding agreement. Either Coldwell Banker or Buyer has the right to withdraw consent to have a record of this Agreement provided or made available to them in electronic form; but, such withdrawal of consent shall not act to withdraw consent to this Agreement having being made or provided in electronic form. If checked below, Buyer consents to the use of such electronic record and wishes to use the following for purposes of this paragraph:

☐ Facsimile Number(s): _____

☐ E-mail Address(es): _____

Each party will promptly inform the other of any change in facsimile number and/or e-mail address.

14. **ADDITIONAL TERMS AND CONDITIONS:**
_____
_____

15. **BUYER'S CONTACT INFORMATION:**

Contact Telephone: _____ E-Mail Address(es): _____

NOTE: This is a legal document that creates binding obligations. If not understood, consult an attorney.

BY SIGNING BELOW, Buyer and Coldwell Banker acknowledge that they have read and understand the entire Agreement, including the provisions relating to Designated Agency and Dual Agency, and Buyer and Coldwell Banker agree to said provisions.

**Buyer**
Print Name: Hudson Diamond

Date: 11/13/19

**Buyer**
Print Name: _____
Date: _____

**Coldwell Banker Residential Brokerage**
By: _____
Print Name: **EMILE P DE NEREE**

Office Address: _____
Date: _____

**EXCLUSIVE RIGHT TO REPRESENT BUYER AGREEMENT**   Page 4 of 4

Coldwell Banker® is a registered trademark of Coldwell Banker LLC Operated by NRT New England LLC, a subsidiary of NRT LLC
An Equal Opportunity Company    Equal Housing Opportunity    © 2000 NRT LLC Revised January 19, 2011
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com    MILES GUO

GREE002326