**Exhibit 8**

This exhibit has been filed under seal.

CASE NO. 22-50073

IN RE: Ho Wan Kwok and Genever Holdings LLC

VS.

Trustee's EXHIBIT 7-Sealed

DATE _____ IDEN.

DATE Aug. 22, 2023 admitted in full EVID.

BY L. Whitmore
Deputy Clerk

AO 386