**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>       Debtor. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**STATEMENT OF PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. REGARDING OPINION AND ORDER ENTERED BY UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF NEW YORK DISMISSING CLAIMS ASSERTED AGAINST O'MELVENY & MYERS LLP AND STUART M. SARNOFF**

   1. Counsel for Pacific Asia Alliance Opportunity Fund L.P. ("PAX") in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor") previously advised the Court that, on January 18, 2023, an individual associated with the Individual Debtor (the "Plaintiff") commenced a lawsuit in the United States District Court for the Southern District of New York against O'Melveny & Myers LLP ("OMM") and one of its partners, Mr. Sarnoff, alleging that they violated the Foreign Agents Registration Act by failing to register as agents of the People's Republic of China or the Chinese Communist Party and that they conspired with the Chinese government, the New York City Police Department, and others to violate Plaintiff's Constitutional rights. OMM and Mr. Sarnoff moved to dismiss Plaintiff's complaint and sought sanctions against Plaintiff and his counsel under Rule 11(b) of the Federal Rules of Civil Procedure.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2.      On July 17, 2023, Judge Liman entered an opinion and order (1) dismissing the Plaintiff's complaint as to OMM and Mr. Sarnoff with prejudice and (2) retaining jurisdiction to address Defendants' motion for sanctions.  Attached hereto as **Exhibit A** is a copy of the opinion and order [23-cv-00343 (LJL), ECF No. 57].

3.      On August 22, 2023, following an evidentiary hearing, Judge Liman determined that "[t]he Complaint's allegations and claims against [] Defendants are legally frivolous and factually flawed," and that "the Complaint was filed not to redress any injury [to] Plaintiff . . . or to obtain judicial relief, but to harass [] Defendants because of their representation of a client in litigation against [Miles] Kwok and to deter others from doing the same."  Judge Liman then awarded sanctions in the form of (i) reasonable attorneys' fees and costs to be borne by Plaintiff and Plaintiff's counsel; (ii) a $2,500 fine to be paid to the Court by each one of Plaintiff's counsel; (iii) an order to strike the allegations against the Defendants from Plaintiff's Amended Complaint; and (iv) an order directing Plaintiff and both of his counsel "to file a copy of [the Order] in all future actions opened by them for a period of one year."  Attached hereto as **Exhibit B** is a copy of the opinion and order [23-cv-00343 (LJL), ECF No. 72].

*[Signature on following page]*

<table>
<tr><td>Dated: August 25, 2023<br>Hartford, Connecticut</td><td>**Pacific Alliance Asia Opportunity Fund L.P.**<br><br>*By:* /s/ *Patrick M. Birney*<br>Patrick M. Birney (CT No. 19875)<br>Annecca H. Smith (CT No. 31148)<br>**ROBINSON & COLE LLP**<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-8275<br>Facsimile: (860) 275-8299<br>E-mail: pbirney@rc.com<br>       asmith@rc.com<br><br>-and-<br><br>Peter Friedman (admitted *pro hac vice*)<br>Stuart M. Sarnoff (admitted *pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>Email: pfriedman@omm.com<br>      ssarnoff@omm.com</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2023, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties receiving notice by operation of the court's electronic filing system. Parties in interest may access this filing through the Court's CM/ECF System.

                                                */s/ Patrick M. Birney*
                                                Patrick M. Birney