**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

## WITNESS LIST FOR HUDSON DIAMOND HOLDING LLC

IN RE:

Ho Wan Kwok, et al.
    DEBTOR.

CHAPTER 11

CASE No.:  22-50073 (JAM)

(Jointly Administered)

TRIAL DATE(S): August 22, 2023

ECF Nos. 1805 and 2036

**Witness(s) for Hudson Diamond Holding LLC**

| Witness Name and Address | Direct | Cross | Redirect |
|---|---|---|---|
| Mei Guo | (Submitted Ms. Guo's Declaration, ECF No. 2092 as direct testimony) | Avram E. Luft | Melissa F. Wernick |

APPEAL FILED ON _____ .
CHECKED EXHIBITS HAVE BEEN SUBMITTED TO DISTRICT COURT ON _____ .COPIES OF THE EXHIBITS HAVE BEEN RETAINED BY THE BANKRUPTCY COURT