**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
In re:                                          :     Chapter 11
                                                :
HO WAN KWOK, *et al.*,              :     Case No. 22-50073 (JAM)
                Debtors.[1]      :
------------------------------------------------------:     Jointly Administered
                                              x

## MOTION FOR LEAVE TO FILE REDACTED INVOICES WITH SAXE DOERNBERGER AND VITA P.C.'S FINAL FEE APPLICATION

Pursuant to Local Bankruptcy Rule 2016-1, Saxe Doernberger & Vita P.C. ("SDV") respectfully moves the Court for leave to file redacted invoices with SDV's final fee application.

On June 29, 2023, the Court granted Genever Holdings LLC's ("Genever (US)") application to retain SDV as special insurance coverage counsel [Docket No. 1963], effective May 11, 2023 (the "Retention Order"). As special insurance coverage counsel on behalf of Genever (US), SDV initiated and prosecuted coverage litigation via an adversary proceeding [Adv. Proceeding No. 5:23-05007] (the "Adversary Proceeding") against AIG Property Casualty Company ("AIG"). Through the Adversary Proceeding, Genever (US) seeks to (1) enjoin AIG from cancelling Genever (US)'s first- and third-party insurance policies, and (2) recover insurance benefits under those policies for its March 15, 2023 fire-related losses. The Adversary Proceeding is still ongoing.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Pursuant to Local Bankruptcy Rule 2016-1(b), "[a]pplications for allowance of compensation and reimbursement of expenses shall, at a minimum . . . [c]omply with the Court's Guidelines for Allowance of Compensation and Expenses of Professionals (Appendix D) . . . ." Paragraph B of Appendix D to the Local Bankruptcy Rules provides:

> If an applicant believes that there is a need to omit any information or description of services as privileged or confidential, the applicant must first get the approval of the court; provided, however, that if such a request is granted, the court may require that any application also contain a set of unredacted time records for *in camera* inspection.

SDV's invoices being submitted as part of its Fee Application contain entries pertaining to research, arguments, and strategies that are privileged and/or confidential. The disclosure of that privileged and/or confidential information could cause harm to Genever (US) since the Adversary Proceeding is ongoing.

Accordingly, SDV respectfully requests the Court grant leave to file redacted invoices with SDV's final fee application.

Dated: August 25, 2023  
Trumbull, Connecticut

*Respectfully submitted,*  
SAXE DOERNBERGER & VITA, P.C.

By: */s/ Brian J. Clifford*  
Brian J. Clifford (ct30442)  
Janie Reilly Eddy (ct31143)  
Saxe Doernberger & Vita  
35 Nutmeg Drive, Suite 140  
Trumbull, CT 06611  
(203) 287-2100  
bclifford@sdvlaw.com  
jeddy@sdvlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
HO WAN KWOK, *et al.*,                              :    Case No. 22-50073 (JAM)
            Debtors.²          :
---------------------------------------------------:    Jointly Administered
                                                    x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 25, 2023, the foregoing Motion was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned adversary proceeding by operation of the Court's electronic filing ("CM/ECF") system. Parties may access this filing through the Court's CM/ECF system.

*Respectfully submitted,*
GENEVER HOLDINGS LLC

By: */s/ Brian J. Clifford*
Brian J. Clifford (ct30442)
Janie Reilly Eddy (ct31143)
Saxe Doernberger & Vita
35 Nutmeg Drive, Suite 140
Trumbull, CT 06611
(203) 287-2100
bclifford@sdvlaw.com
jeddy@sdvlaw.com

---

² The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).