UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | : | |
|---|---|---|
| In re | : | (Chapter 11) |
| | : | |
| HO WAN KWOK; | : | CASE NO. 22-50073-JAM |
| GENEVER HOLDINGS CORPORATION; | : | |
| and GENEVER HOLDINGS LLC, | : | |
| | : | (JOINTLY ADMINISTERED) |
| Debtors. | : | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel for The Sherry-Netherland, Inc. in the above-referenced jointly administered bankruptcy case. Pursuant to Sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, undersigned counsel requests that all notices given or required to be given in this case or in any proceeding herein, and all papers served or required to be served in this case or in any proceeding herein, to be given to and served on the following:

Rachel Snow Kindseth – ct17634
Murtha Cullina LLP
265 Church Street
New Haven, CT 06510
Telephone:  203.772.7700
Facsimile:  203.772.7723
rkindseth@murthalaw.com

/s/ Rachel Snow Kindseth
Rachel Snow Kindseth – ct17634
rkindseth@murthalaw.com
Murtha Cullina LLP
265 Church Street
New Haven, CT 06510
Telephone:  203.772.7700
Facsimile:  203.772.7723

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2023 a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Rachel Snow Kindseth
Rachel Snow Kindseth – ct17634