## NOTES TO THE JULY 2023 OPERATING REPORT

**PART 2:  ASSET AND LIABILITY STATUS:**

| | | |
|---|---|---|
| d. | Total current assets: | Unknown |
| e. | Total assets: | Unknown |

The Debtor's only known asset is its interest in Genever Holdings LLC, and the value of this interest is unknown.

**PART 5(a):  PAYMENTS TO INSIDERS AND PROFESSIONALS:**

In accordance with the Court's order dated June 29, 2023, a payment of $33,432.50 was made to Neubert, Pepe & Monteith P.C. for its approved fees from the estate of Ho Wan Kwok, case number 22-50073.