AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME: Patrick M. Birney | 2. PHONE NUMBER: (860) 275-8275 | 3. DATE: 8/30/2023 |
| 4. DELIVERY ADDRESS OR EMAIL: pbirney@rc.com | 5. CITY: Hartford | 6. STATE: CT / 7. ZIP CODE: 06103 |
| 8. CASE NUMBER: 22-50073 | 9. JUDGE: Judge Julie A. Manning | DATES OF PROCEEDINGS |
| | | 10. FROM 8/29/2023 — 11. TO 8/29/2023 |
| 12. CASE NAME: Ho Wan Kwok | LOCATION OF PROCEEDINGS | |
| | 13. CITY: Bridgeport | 14. STATE: Connecticut |

15. ORDER FOR
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Hearing | 8/29/2023 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES: 1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /s/ Patrick M. Birney

PROCESSED BY: Lorenzo M. Whitmore

19. DATE: 8/30/2023

PHONE NUMBER: 203-579-5808

TRANSCRIPT TO BE PREPARED BY: Fiore Reporting and Transcription

COURT ADDRESS: 915 Lafayette Blvd., Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Tuesday August 29 2023

---

| | | |
|---|---|---|
| 02:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |

Lead Case: 23-05017 Despins et al v. Taurus Fund LLC et al

**Matter:** **#2049; (HY) Motion to Compromise Controversy with Bravo Luck Limited and Mileson Guo a/k/a Qiang Guo and/or Guo Qiang, P.O. Box 957, Offshore Incorporations Centre, Road Town, Tortola, British Virgin Islands (Bravo Luck Ltd); 5 Princess Gate, G3, London, United Kingdom (Qiang Guo) Filed by Patrick R. Linsey on behalf of Luc A. Despins, Genever Holdings Corporation, Genever Holdings LLC, Chapter 11 Trustee, Debtors.**

---

| | | |
|---|---|---|
| 02:00 PM | 22-05027 | Despins et al v. Bravo Luck Limited et al |

Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings LLC

**Matter:** **#111; (HY) Motion to Compromise Controversy with Bravo Luck Limited and Mileson Guo a/k/a Qiang Guo and/or Guo Qiang, P.O. Box 957, Offshore Incorporations Centre, Road Town, Tortola, British Virgin Islands (Bravo Luck Ltd); 5 Princess Gate, G3, London, United Kingdom (Qiang Guo) .**

---

| | | |
|---|---|---|
| 02:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |

Lead Case: 23-05017 Despins et al v. Taurus Fund LLC et al

**Matter:** **#2083; (HY) Motion of Chapter 11 Trustee, Pursuant to Bankruptcy Rule 9019, for Approval of Settlement with United States of America**

| 02:00 PM | 23-05017 | Despins et al v. Taurus Fund LLC et al |
|---|---|---|

Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings LLC

**Matter:** **#24; (HY) Motion of Chapter 11 Trustee, Pursuant to Bankruptcy Rule 9019, for Approval of Settlement with United States of America Filed by Douglass E. Barron on behalf of Luc A. Despins, Plaintiff**

| 02:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |
|---|---|---|

Lead Case: 23-05017 Despins et al v. Taurus Fund LLC et al

**Matter:** **#2079; (HY) Motion for 2004 Examination of Additional Entities and Individuals Affiliated with Debtor and Relevant Banks(Sixth Omnibus) Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee**

| 02:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |
|---|---|---|

Lead Case: 23-05017 Despins et al v. Taurus Fund LLC et al

**Matter: #2127; (HY) Order Scheduling Status Conference**

# Parties that appeared for the hearing held on August 29, 2023

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 1016

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Francis J. Lawall**
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
18th & Arch Street
Philidelphia, PA 19103-2799


**Christopher J. Major**
Meister Seelig & Fein LLP
125 Park Avenue
7th Floor
New York, NY 10017

**Michael T. Conway**
Lazare Potter Giacovas & Moyle LLP
747 Third Ave., 16th Floor
Fifth Floor
New York, NY 10017