**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                              :    Chapter 11
:
HO WAN KWOK, *et al*.,[1]                              :    Case No. 22-50073 (JAM)
:
           Debtors.                                     :    (Jointly Administered)
:
---------------------------------------------------------x

**EMERGENCY MOTION TO EXPEDITE
HEARING ON MOTION OF CHAPTER 11 TRUSTEE,
UNDER 11 U.S.C. §§ 105(A) AND 362, TO ENJOIN DEBTOR'S PROSECUTION OF
MOTION IN CRIMINAL CASE FOR ORDER STAYING CHAPTER 11 CASES AND
ASSOCIATED ADVERSARY PROCEEDINGS**

Luc A. Despins, as chapter 11 trustee (the "Trustee") for the estate of Ho Wan Kwok (the "Debtor"), pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby moves (the "Motion to Expedite") this Court for entry of an order scheduling an expedited hearing on the *Emergency Motion of Chapter 11 Trustee, Under 11 U.S.C. §§ 105(a) and 362, to Enjoin Debtor's Motion in Criminal Case for Order Staying These Chapter 11 Cases and Associated Adversary Proceedings* (the "Stay Violation Motion").[2] In support of this Motion to Expedite, the Trustee respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the Motion for Discovery.

1

## JURISDICTION AND VENUE

1. The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut (as amended). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief sought by this Motion to Expedite is Bankruptcy Rule 9006(c)(1).

## BRIEF BACKGROUND

4. On August 30, 2023, the Debtor filed his *Motion for an Order and Writ Staying Bankruptcy Cases or in the Alternative for Other Relief* [Criminal Case ECF No. 129] (the "Stay Motion")[3] filed in the criminal case pending against him in the United States District Court for the Southern District of New York [Case No. 1:23-cr-00118-AT] (the "Criminal Court" and the case, the "Criminal Case") seeking to stay the above-captioned chapter 11 cases and all related adversary proceedings. As such, the Stay Motion is an unprecedented assault on this Court's exclusive jurisdiction over the administration of these chapter 11 cases and property of the estate. It is also a blatant, flagrant, and willful violation of the automatic stay.

5. As such, the Trustee has filed the Stay Violation Motion, to enjoin the Debtor's prosecution of the Stay Motion in the Criminal Case in violation of the automatic stay.

## REQUESTED RELIEF

6. The Court should hear and determine the Trustee's Stay Violation on an expedited basis in light of imminent proceedings in the Criminal Case

---

[3] The Stay Motion can be found at Ex. A and Ex. B to the Trustee's *Notice Of Debtor's Motion In Criminal Case For An Order Staying These Chapter 11 Cases And Associated Adversary Proceedings* [Docket No. 2158].

7. The Criminal Court has instructed that the United States government (the "Government") file any response to the Stay Motion by September 21, 2023. The Criminal Court has not expressly permitted any other parties, such as the Trustee, to respond, although the Trustee will request the opportunity to do so if necessary.

8. The Trustee seeks to avoid incurring unnecessary expense by being forced to appear and litigate in the Criminal Case. While the Trustee has reserved his rights to pursue sanctions on account of the violation of the automatic stay, the fact that the Debtor is the primary perpetrator of this misconduct may pose challenges to any efforts to make the Debtor's estate (the "Estate") financially whole.

9. Therefore, it is imperative that this Court hear and determine the Stay Violation Motion well in advance of the response deadline in the Criminal Case.

10. The Court should schedule a hearing on the Stay Violation Motion for September 6, 2023, at 2 p.m.[4]—when there is another hearing scheduled related to these chapter 11 cases—and order that any objection to the Stay Violation Motion be filed by 5 p.m. on September 5, 2023.

## BASIS FOR RELIEF REQUESTED

11. Pursuant to Bankruptcy Rule 9006(c)(1), the Court may reduce the notice period when requested by motion where cause is demonstrated. Cause exists to consider and determine the Motion for Discovery on an expedited basis.

12. The requested relief will not prejudice the Debtor, whose counsel should be familiar with the relevant issues from having prepared and filed the Stay Motion. By contrast, the prejudice to the Estate of bearing the expense of the Trustee's litigation in the Criminal Case is manifest.

---

[4] In the event the Court does not schedule a hearing for September 6, 2023, the Trustee notes that neither the Trustee nor his lead counsel would be available for a hearing from September 7-11, 2023.

## **NO PREVIOUS REQUEST**

13. No previous request for the relief sought herein has been made by the Trustee to this or any other court.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Trustee respectfully requests that the Court grant this Motion, schedule an expedited hearing on the Stay Violation Motion, and grant such other and further relief as is just and proper.

Dated: September 1, 2023  LUC A. DESPINS, CHAPTER 11 TRUSTEE
New Haven, Connecticut

By: */s/ Patrick R. Linsey*
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Avram E. Luft (admitted *pro hac vice*)
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee*

# **EXHIBIT 1**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
: 
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------x

**[PROPOSED] ORDER SCHEDULING EXPEDITED**
**HEARING ON EMERGENCY MOTION OF CHAPTER 11 TRUSTEE,**
**UNDER 11 U.S.C. §§ 105(A) AND 362, TO ENJOIN DEBTOR'S PROSECUTION OF**
**MOTION IN CRIMINAL CASE FOR ORDER STAYING CHAPTER 11 CASES AND**
**ASSOCIATED ADVERSARY PROCEEDINGS**

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the *Emergency Motion of Chapter 11 Trustee to Enjoin Debtor's Motion in Emergency Motion of Chapter 11 Trustee, Under 11 U.S.C. §§ 105(a) and 362, to Enjoin Debtor's Motion in Criminal Case for Order Staying These Chapter 11 Cases and Associated Adversary Proceedings* (the "Stay Violation Motion"); and good cause appearing for the relief sought in the Motion to Expedite, it is hereby

ORDERED, that a hearing on the Stay Violation Motion shall be held on [_____] [___], 2023 at [__]:00 a./p.m. (ET) at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604 (the "Hearing"); and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

ORDERED, that the deadline to object to the Stay Violation Motion shall be [_____] [___], 2023 at [__]:00 a./p.m. (ET); and it is further

ORDERED, that the Trustee may address any arguments raised in such objections at the Hearing; and it is further

ORDERED, that a copy of this Order and the Stay Violation Motion shall be served on the Debtor, the United States Trustee, the Official Committee of Unsecured Creditors, and all parties appearing and eligible to accept electronic notice in the above-captioned chapter 11 cases and the Trustee shall file a certificate of service in advance of the Hearing.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                   :
In re:                                             :    Chapter 11
                                                   :
HO WAN KWOK, *et al.*,[1]                          :    Case No. 22-50073 (JAM)
                                                   :
         Debtors.                                  :    (Jointly Administered)
                                                   :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 1, 2023, the foregoing Motion to Expedite, and all declarations, exhibits and attachments thereto, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 cases eligible to receive electronic notice by operation of the Court's electronic filing ("CM/ECF") system, including the Debtor and the United States Trustee. Parties may access this filing through the Court's CM/ECF system.

Dated: September 1, 2023
       New Haven, Connecticut

                                        By: */s/ Patrick R. Linsey*
                                            Douglas S. Skalka (ct00616)
                                            Patrick R. Linsey (ct29437)
                                            NEUBERT, PEPE & MONTEITH, P.C.
                                            195 Church Street, 13th Floor
                                            New Haven, Connecticut 06510
                                            (203) 821-2000
                                            plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).