**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
                                               :
In re:                                      :        Chapter 11

HO WAN KWOK, *et al.*,[1]           :        Case No. 22-50073 (JAM)

        Debtors.                 :        (Jointly Administered)
------------------------------------------------------x

**REPLY IN SUPPORT OF EMERGENCY MOTION TO EXPEDITE
HEARING ON MOTION OF CHAPTER 11 TRUSTEE,
UNDER 11 U.S.C. §§ 105(A) AND 362, TO ENJOIN DEBTOR'S PROSECUTION OF
MOTION IN CRIMINAL CASE FOR ORDER STAYING CHAPTER 11 CASES AND
ASSOCIATED ADVERSARY PROCEEDINGS**

Luc A. Despins, as chapter 11 trustee (the "Trustee") for the estate of Ho Wan Kwok (the "Debtor"), pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby submits this reply (the "Reply") in support of his *Emergency Motion to Expedite Hearing on Motion of Chapter 11 Trustee, Under 11 U.S.C. §§ 105(a) and 362, to Enjoin Debtor's Prosecution of Motion in Criminal Case for Order Staying Chapter 11 Cases and Associated Adversary Proceedings* [ECF No. 2161] (the "Motion to Expedite"), and in response to the Debtor's *Objection* thereto [ECF No. 2164] (the "Objection").

The Trustee has filed an amended version of his *Stay Violation Motion* [ECF No. 2165] confirming that the Stay Violation Motion applies to both the Stay Motion filed by the Debtor and the letter filed by Yanping Wang ("Ms. Wang") joining the Debtor's Stay Motion [Criminal Case

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

1

ECF No. 135] (the "Joinder").  The schedule for objection and argument requested in the Motion to Expedite remains appropriate.  The Debtor is intimately familiar with proceedings in these chapter 11 cases.  Moreover, one must assume that, before the Debtor filed his extensive Stay Motion, his counsel had already researched the legal issues that his motion plainly implicates.  Therefore, the Debtor's statement that more time is needed rings hollow.  The content of Ms. Wang's Joinder, and the fact that she is represented in the Criminal Case by the same law firm that represents the Debtor's daughter and HK International Funds Investments (USA) Limited, LLC in these chapter 11 cases, suggests that she is similarly up to speed.[2]

The Trustee's request that his Stay Violation Motion be heard and determined promptly is well founded.  It is hardly novel to seek emergency relief to address a willful, ongoing violation of the automatic stay.  It is imperative that this Court act swiftly to prevent the Trustee from being dragged into proceedings in the Debtor's Criminal Case, which threatens to waste the estate's resources and, more seriously, to imperil this Court's exclusive jurisdiction.[3]  By seeking to abrogate this Court's exclusive jurisdiction in violation of the automatic stay ***without any prior notice to the Trustee or this Court***, the Debtor (and now Ms. Wang) have created the very circumstances that necessitate expedited consideration of the Stay Violation Motion.

The Court should grant the Motion to Expedite and overrule the Debtor's Objection thereto.

[*Remainder of page intentionally left blank.*]

---

[2] In addition to serving appearing parties in these chapter 11 cases, on September 1, 2023, the Trustee also served criminal defense counsel for the Debtor and Ms. Wang (as they are identified on the certificate of service appended hereto) with the original Stay Violation Motion and the Motion to Expedite via email.

[3] To preserve the estate's rights, on September 3, 2023, the Trustee submitted a letter to the Criminal Court (copying other appearing counsel).  The Trustee's letter requested permission to respond to the Debtor's Stay Motion in the Criminal Case if this Court has not granted the Trustee's Stay Violation Motion by the Criminal Court's September 21 objection deadline.  The Debtor further responded earlier today by filing a letter in the Criminal Case that, among other things, effectively welcomed the Trustee's involvement in the Criminal Case for the purpose of determining this Court's jurisdiction.  The Debtor's strategy to abrogate this Court's exclusive jurisdiction and to foment illusory conflicts between the bankruptcy cases and criminal proceedings—all to prevent the Trustee from carrying out his duties—is as transparent as it is improper.

Dated: September 4, 2023          LUC A. DESPINS, CHAPTER 11 TRUSTEE
      New Haven, Connecticut

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

      *and*

    Nicholas A. Bassett (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

      *and*

    Avram E. Luft (admitted *pro hac vice*)
    G. Alexander Bongartz (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com
    alexbongartz@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 4, 2023, the foregoing was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 cases eligible to receive electronic notice by operation of the Court's electronic filing ("CM/ECF") system, including the Debtor and the United States Trustee. Parties may access this filing through the Court's CM/ECF system.

In addition, undersigned counsel hereby certifies that on September 4, 2023, the foregoing was sent via electronic mail to counsel to the Debtor and Ms. Wang in the Criminal Case as follows:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Sidharda Kamaraju (skamaraju@pyrorcashman.com)
Matthew S. Barkan (mbarkan@pyrorcashman.com)
Daniel J. Pohlman (dpohlman@pyrorcashman.com)
John M. Kilgard (jkilgard@pyrorcashman.com)
Clare P. Tilton (ctilton@pyrorcashman.com)
Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569

*Counsel to the Debtor in the Criminal Case*

Emil Bove (ebove@csglaw.com)
Chiesa Shahinian & Giantomasi PC
11 Times Square, 34th Floor
New York, NY 10036

    *and*

Alex Lipman (alexlipman@lipmanpllc.com)
Lipman Law PLLC
147 W. 25th St.
12th Fl
New York, NY 10001

*Counsel to Ms. Wang in the Criminal Case*

Dated:  September 4, 2023
        New Haven, Connecticut

                By: */s/ Patrick R. Linsey*
                    Douglas S. Skalka (ct00616)
                    Patrick R. Linsey (ct29437)
                    NEUBERT, PEPE & MONTEITH, P.C.
                    195 Church Street, 13th Floor
                    New Haven, Connecticut 06510
                    (203) 821-2000
                    plinsey@npmlaw.com