UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | | |
|---|---|---|
| In re | : | (Chapter 11) |
| | : | |
| HO WAN KWOK; | : | CASE NO. 22-50073-JAM |
| GENEVER HOLDINGS CORPORATION; | : | |
| and GENEVER HOLDINGS LLC, | : | |
| | : | (JOINTLY ADMINISTERED) |
| Debtors. | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## OF ATTORNEY RACHEL SNOW KINDSETH

    I, Rachel Snow Kindseth, hereby withdraw my appearance for Sherry

Netherland, Inc. filed on August 29, 2023, (ECF No. 2147) in the above-referenced

jointly administered matters.  Sherry Netherland, Inc. continues to be represented by

Murtha Cullina LLP.


    /s/ Rachel Snow Kindseth
    Rachel Snow Kindseth – ct17634
    rkindseth@murthalaw.com
    Murtha Cullina LLP
    265 Church Street
    New Haven, CT 06510
    Telephone:  203.772.7700
    Facsimile:  203.772.7723

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2023 a copy of foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Rachel Snow Kindseth
Rachel Snow Kindseth – ct17634