**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                  :
In re:                                            :   Chapter 11
                                                  :
HO WAN KWOK, *et al.*,[1]                         :   Case No. 22-50073 (JAM)
                                                  :
         Debtors.                                 :   (Jointly Administered)
                                                  :
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 1, 2023, the *Application of Chapter 11 Trustee for Entry of Order Pursuant to Bankruptcy Code Sections 327 and 330, Bankruptcy Rules 2014 and 2016 and Local Bankruptcy Rules 2014-1 and 2016-1 Authorizing and Approving Retention and Appointment of Kroll, LLC as Forensic Investigators, Effective as of August 2, 2023* [ECF No. 2162] (the "Kroll Application"), and, on September 5, 2023, the *Notice of Hearing* with respect to the Kroll Application [ECF No. 2167] (together, collectively, the "Served Documents") were filed electronically using the Court's case management/electronic case files system ("CM/ECF"). Electronic notice was provided automatically via CM/ECF at the time that the Served Documents were filed to all appearing parties eligible to receive electronic notice and the Served Documents may be viewed via CM/ECF. Additionally, on September 5, 2023, the undersigned caused the Served Documents to be sent via first-class U.S. Mail to the recipients set forth on **Exhibit A** appended hereto, which includes all parties appearing and unable to accept

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

electronic notice in the above-captioned chapter 11 cases to the extent not served via CM/ECF through other appearing counsel.

Dated:   September 7, 2023
         New Haven, Connecticut

                                        By: */s/ Patrick R. Linsey*
                                            Patrick R. Linsey (ct29437)
                                            NEUBERT, PEPE & MONTEITH, P.C.
                                            195 Church Street, 13th Floor
                                            New Haven, Connecticut 06510
                                            (203) 781-2847
                                            plinsey@npmlaw.com

**Exhibit A**

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Epiq Corporate Restructuring, LLC
777 Third Avenue
12th Floor
New York, NY 10017

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Huizhen Wang, Yunxia Wu, Keyi Zilkie & Chao-Chih Chiu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Yongbing Zhang
223 West Jackson Bl;vd. #1012
Chicago, IL 60606

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694