**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
HO WAN KWOK *et al*.,                                   :    Case No. 22-50073 (JAM)
                                                        :
            Debtors.[1]                                 :    Jointly Administered
                                                        :
-------------------------------------------------------x

**NOTICE OF FILING OF REVISED PROPOSED**
**ORDER APPROVING SECOND INTERIM FEE APPLICATION**
**OF PAUL HASTINGS LLP, FOR COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIOD FROM MARCH 1, 2023 THROUGH JUNE 30, 2023**

**PLEASE TAKE NOTICE** that, on August 4, 2023, Paul Hastings LLP (the

"Applicant") filed the *Second Interim Fee Application of Paul Hastings LLP for Compensation*

*and Reimbursement of Expenses for the Period from March 1, 2023 through June 30, 2023*

[Docket No. 2051] (the "Second Interim Fee Application").[2]

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a revised

proposed order granting the Second Interim Fee Application.  The proposed order has been

revised to resolve informal comments received from the United States Trustee.  In addition, at

the request of HK USA, the Applicant has revised paragraph 1 of the proposed order to add the

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Second Interim Fee Application.

same language included in the order granting Paul Hastings' first interim fee application.  *See*

Docket No. 1964.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit 2** is a redline

version of the revised proposed order marked to show the changes that have been made to the

version attached to the Second Interim Fee Application.


Dated:        September 11, 2023
              New York, New York

                                        By: */s/ G. Alexander Bongartz*
                                        Avram E. Luft (admitted *pro hac vice*)
                                        G. Alexander Bongartz (admitted *pro hac vice*)
                                        PAUL HASTINGS LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 318-6079
                                        aviluft@paulhastings.com
                                        alexbongartz@paulhastings.com

                                            *and*

                                        Nicholas A. Bassett (admitted *pro hac vice*)
                                        PAUL HASTINGS LLP
                                        2050 M Street NW
                                        Washington, D.C., 20036
                                        (202) 551-1902
                                        nicholasbassett@paulhastings.com

                                            *and*

                                        Douglas S. Skalka (ct00616)
                                        Patrick R. Linsey (ct29437)
                                        NEUBERT, PEPE & MONTEITH, P.C.
                                        195 Church Street, 13th Floor
                                        New Haven, Connecticut 06510
                                        (203) 781-2847
                                        dskalka@npmlaw.com
                                        plinsey@npmlaw.com

                                        *Counsel for the Chapter 11 Trustee, Genever
                                        Holdings LLC, and Genever Holdings
                                        Corporation*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
HO WAN KWOK, *et al.*,[1]                               :    Case No. 22-50073 (JAM)
                                                        :
            Debtors.                                    :    (Jointly Administered)
                                                        :
-------------------------------------------------------x

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on September 11, 2023, the foregoing Notice was

electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned

chapter 11 case by operation of the Court's electronic filing ("<u>CM/ECF</u>") system or by mail to

anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties

may access this filing through the Court's CM/ECF system.

Dated:      September 11, 2023
            New York, New York

                                    By: */s/ G. Alexander Bongartz*
                                    G. Alexander Bongartz (admitted pro hac vice)
                                    PAUL HASTINGS LLP
                                    200 Park Avenue
                                    New York, New York 10166
                                    (212) 318-6079
                                    alexbongartz@paulhastings.com

                                    *Counsel for the Chapter 11 Trustee, Genever*
                                    *Holdings LLC, and Genever Holdings*
                                    *Corporation*

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## <u>Exhibit 1</u>

**Revised Proposed Order (clean)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
                                                              :
In re:                                                        :  Chapter 11
                                                              :
HO WAN KWOK, *et al.*,                                        :  Case No. 22-50073 (JAM)
                                                              :
          Debtors.[1]                                         :  Jointly Administered
                                                              :
---------------------------------------------------------------x

**ORDER APPROVING SECOND INTERIM FEE APPLICATION OF PAUL HASTINGS**
**LLP, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE**
**PERIOD FROM MARCH 1, 2023 THROUGH JUNE 30, 2023**

Pursuant to 11 U.S.C. §§ 328, 330 and 331, Paul Hastings LLP (the "Applicant") filed the

*Second Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of*

*Expenses for the Period from March 1, 2023 through June 30, 2023* on August 4, 2023 (the

"Application"). After notice and a hearing, and no objection to the Application having been filed

by the Office of the United States Trustee, and in the absence of any other objection to the

Application; it is hereby

1.      ORDERED that the Application is granted and compensation in the amount of

$7,982,720.00, and reimbursement of expenses in the amount of $213,914.83, are awarded to

Paul Hastings, subject to final adjustment and disgorgement in the event all administrative

expenses are not paid in full or as provided in the order approving the sale of the Lady May

[ECF No. 1953]; it is further

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The
mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul
Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho
Wan Kwok (solely for purposes of notices and communications).

2.       ORDERED that nothing herein modifies the Retention Order; it is further

3.       ORDERED that the Debtors' estates are directed to pay the Trustee and Paul Hastings (a) 80% of the fees (*i.e.*, $6,386,176.00) and (b) 100% of the expense reimbursements (*i.e.*, $213,914.83) allowed in paragraph 1 above in the aggregate amount of $6,600,090.83 within fourteen days of the date of this Order, and the remaining 20% of the fees allowed in paragraph 1 above in the amount of $1,596,544.00 shall be held back by the Debtors' estates pending further order of this Court; it is further

4.       ORDERED that, pursuant to an order dated March 10, 2023 [ECF No. 1537] and an Order dated April 23, 2023 [ECF No. 1693], Mei Guo, HK International Funds Investments (USA) Limited, LLC, Attorney Lee Vartan, and the law firm Chiesa Shahinian & Giantomasi PC (collectively "HK Parties") are jointly and severally obligated to pay Paul Hastings, LLP legal fees in the sum of $83,370.26 (a portion of which relates to the Fee Period).  The HK Parties' obligation to pay these legal fees remains outstanding, subject to an appeal.  Payment of these fees, to the extent related to the Fee Period, by one or any of the HK Parties shall result in a credit in favor of the Debtor's estate toward fees billed and awarded to Paul Hastings, LLP in future fee applications; and it is further

5.       ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

6.       ORDERED that the Trustee and Paul Hastings are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

7.       ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

8.     ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

**<u>Exhibit 2</u>**

**Revised Proposed Order (redline)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
------------------------------------------------------------x
                                                   :
In re:                                             :   Chapter 11
                                                   :
HO WAN KWOK, et al.,                               :   Case No. 22-50073 (JAM)
                                                   :
            Debtors.¹                              :   Jointly Administered
                                                   :
------------------------------------------------------------x
```

**ORDER APPROVING SECOND INTERIM FEE APPLICATION OF PAUL HASTINGS
LLP, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
<u>PERIOD FROM MARCH 1, 2023 THROUGH JUNE 30, 2023</u>**

Pursuant to 11 U.S.C. §§ 328, 330 and 331, Paul Hastings LLP (the "<u>Applicant</u>") filed the

*Second Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of*

*Expenses for the Period from March 1, 2023 through June 30, 2023* on August 4, 2023 (the

"<u>Application</u>").  After notice and a hearing, and no objection to the Application having been filed

by the Office of the United States Trustee, and in the absence of any other objection to the

Application; it is hereby

1.      ORDERED that the Application is granted and compensation in the amount of

$~~8,037,720.00~~7,982,720.00, and reimbursement of expenses in the amount of $213,914.83, are

awarded to Paul Hastings, subject to final adjustment and disgorgement in the event all

administrative expenses are not paid in full <u>or as provided in the order approving the sale of the</u>

<u>Lady May [ECF No. 1953]</u>; it is further

---

¹       The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
        Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings
        LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing
        address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP,
        200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely
        for purposes of notices and communications).

2.       ORDERED that nothing herein modifies the Retention Order; it is further

3.       ORDERED that the Debtors' estates are directed to pay the Trustee and Paul Hastings (a) 80% of the fees (*i.e.*, $~~6,430,176.00~~6,386,176.00) and (b) 100% of the expense reimbursements (*i.e.*, $213,914.83) allowed in paragraph 1 above in the aggregate amount of $~~6,644,090.83~~6,600,090.83 within fourteen days of the date of this Order, and the remaining 20% of the fees allowed in paragraph 1 above in the amount of $~~1,607,544.00~~1,596,544.00 shall be held back by the Debtors' estates pending further order of this Court; it is further

4.       ORDERED that, pursuant to an order dated March 10, 2023 [ECF No. 1537] and an Order dated April 23, 2023 [ECF No. 1693], Mei Guo, HK International Funds Investments (USA) Limited, LLC, Attorney Lee Vartan, and the law firm Chiesa Shahinian & Giantomasi PC (collectively "HK Parties") are jointly and severally obligated to pay Paul Hastings, LLP legal fees in the sum of $83,370.26 (a portion of which relates to the Fee Period).  The HK Parties' obligation to pay these legal fees remains outstanding, subject to an appeal.  Payment of these fees, to the extent related to the Fee Period, by one or any of the HK Parties shall result in a credit in favor of the Debtor's estate toward fees billed and awarded to Paul Hastings, LLP in future fee applications; and it is further

5.       ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

6.       ORDERED that the Trustee and Paul Hastings are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

7.       ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

8.      ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).