**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                           :    Chapter 11
                                                 :
HO WAN KWOK, *et al*.,[1]                        :    Case No. 22-50073 (JAM)
                                                 :
            Debtors.                             :    (Jointly Administered)
                                                 :
---------------------------------------------------------x

**NOTICE OF FILING REVISED PROPOSED ORDER APPROVING SECOND INTERIM APPLICATION OF NEUBERT, PEPE & MONTEITH, P.C., FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS LOCAL AND CONFLICTS COUNSEL TO THE CHAPTER 11 TRUSTEE AND AS COUNSEL TO DEBTORS GENEVER HOLDINGS CORPORATION AND GENEVER HOLDINGS LLC**

**PLEASE TAKE NOTICE** that, on August 4, 2023, Neubert, Pepe & Monteith, P.C. (the "Applicant") filed the *Second Interim Application of Neubert, Pepe & Monteith, P.C. for Allowance of Compensation and Reimbursement of Expenses as Local and Conflicts Counsel to the Chapter 11 Trustee and as Counsel to the Debtors Genever Holdings Corporation and Genever Holdings LLC* [ECF No. 2053] (the "Second Interim Fee Application").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a revised proposed order granting the Second Interim Fee Application. At the request of HK USA, the Applicant has revised paragraph 1 of the proposed order to add language referring to the order approving the sale of the Lady May [ECF No. 1953].

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2** is a redline version of the revised proposed order marked to show the changes that have been made to the version attached to the Second Interim Fee Application.

| | |
|---|---|
| Dated: September 11, 2023<br>New Haven, Connecticut | NEUBERT, PEPE & MONTEITH, P.C.<br><br>By: */s/ Patrick R. Linsey*<br>Douglas S. Skalka (ct00616)<br>Patrick R. Linsey (ct29437)<br>NEUBERT, PEPE & MONTEITH, P.C.<br>195 Church Street, 13th Floor<br>New Haven, Connecticut 06510<br>(203) 781-2847<br>plinsey@npmlaw.com |

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                      :

In re:                                     :      Chapter 11

HO WAN KWOK, *et al.*,[1]      :      Case No. 22-50073 (JAM)

         Debtors.             :      (Jointly Administered)

---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 11, 2023, the foregoing, and all attachments thereto, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:    September 11, 2023
           New Haven, Connecticut      By: */s/ Patrick R. Linsey*
                                                              Douglas S. Skalka (ct00616)
                                                              Patrick R. Linsey (ct29437)
                                                              NEUBERT, PEPE & MONTEITH, P.C.
                                                              195 Church Street, 13th Floor
                                                              New Haven, Connecticut 06510
                                                              (203) 781-2847
                                                              dskalka@npmlaw.com
                                                              plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

# Exhibit 1

**(Revised Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re:                                                        : Chapter 11
                                                              :
HO WAN KWOK, *et al*.,                                        : Case No. 22-50073 (JAM)
                                                              :
  Debtors.[1]                                                 : Jointly Administered
                                                              :
---------------------------------------------------------------x

**[REVISED PROPOSED] ORDER GRANTING**
**APPLICATION OF NEUBERT, PEPE & MONTEITH, P.C., FOR SECOND INTERIM**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS**
**LOCAL AND CONFLICTS COUNSEL TO THE CHAPTER 11 TRUSTEE AND AS**
**COUNSEL TO DEBTORS GENEVER HOLDINGS CORPORATION AND GENEVER**
**HOLDINGS LLC**

Upon consideration of the Application (the "Application") of Neubert, Pepe & Monteith, P.C. ("NPM") as counsel to the Trustee[2] and the Genever Debtors for second interim allowance of compensation and reimbursement of expenses from March 1, 2023 through June 30, 2023; and sufficient notice having been given; and a hearing having been held on _____ and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

1. ORDERED that the Application is granted and compensation in the amount of $357,587.50 and reimbursement of expenses in the amount of $10,402.59 is awarded to NPM,

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full or as provided in the order approving the sale of the Lady May [ECF No. 1953]; it is further

2. ORDERED that the Debtors' estates are directed to pay the NPM (a) 80% of the fees (*i.e.*, $286,070.00) and (b) 100% of the expense reimbursements (*i.e.*, $10,402.59) allowed in paragraph 1 above in the aggregate amount of $296,472.59 within fourteen days of the date of this Order, and the remaining 20% of the fees allowed in paragraph 1 above in the amount of $71,517.50 shall be held back by the Debtors' estates pending further order of this Court; it is further

3. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

4. ORDERED that the Trustee and NPM are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

5. ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

6. ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

**Exhibit 2**

**(Redline Revised Proposed Order)**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------------x
                                                                :
In re:                                                          : Chapter 11
                                                                :
HO WAN KWOK, *et al.*,                                          : Case No. 22-50073 (JAM)
                                                                :
      Debtors.[1]                                              : Jointly Administered
                                                                :
---------------------------------------------------------------x

**[REVISED PROPOSED] ORDER GRANTING
APPLICATION OF NEUBERT, PEPE & MONTEITH, P.C., FOR SECOND INTERIM
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
LOCAL AND CONFLICTS COUNSEL TO THE CHAPTER 11 TRUSTEE AND AS
COUNSEL TO DEBTORS GENEVER HOLDINGS CORPORATION AND GENEVER
HOLDINGS LLC**

Upon consideration of the Application (the "Application") of Neubert, Pepe & Monteith, P.C. ("NPM") as counsel to the Trustee[2] and the Genever Debtors for second interim allowance of compensation and reimbursement of expenses from March 1, 2023 through June 30, 2023; and sufficient notice having been given; and a hearing having been held on _____ and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

7.     ORDERED that the Application is granted and compensation in the amount of $357,587.50 and reimbursement of expenses in the amount of $10,402.59 is awarded to NPM,

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full or as provided in the order approving the sale of the Lady May [ECF No. 1953]; it is further

8. ORDERED that the Debtors' estates are directed to pay the NPM (a) 80% of the fees (*i.e.*, $286,070.00) and (b) 100% of the expense reimbursements (*i.e.*, $10,402.59) allowed in paragraph 1 above in the aggregate amount of $296,472.59 within fourteen days of the date of this Order, and the remaining 20% of the fees allowed in paragraph 1 above in the amount of $71,517.50 shall be held back by the Debtors' estates pending further order of this Court; it is further

9. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

10. ORDERED that the Trustee and NPM are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

11. ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

12. ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).