**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-----------------------------------------------------------x
In re:

HO WAN KWOK, *et al.*,

       Debtors.[1]

-----------------------------------------------------------x

Chapter 11

Case No. 22-50073

(JAM) Jointly Administered

Re: ECF No. 2051

## ORDER APPROVING SECOND INTERIM FEE APPLICATION OF PAUL HASTINGS LLP, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2023 THROUGH JUNE 30, 2023

Pursuant to 11 U.S.C. §§ 328, 330 and 331, Paul Hastings LLP (the "Applicant") filed the *Second Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the Period from March 1, 2023 through June 30, 2023* on August 4, 2023 (the "Application"). After notice and a hearing held on September 12, 2023, and no objection to the Application having been filed by the Office of the United States Trustee, and in the absence of any other objection to the Application; it is hereby

1.    ORDERED that the Application is granted and compensation in the amount of $7,982,720.00, and reimbursement of expenses in the amount of $213,914.83, are awarded to Paul Hastings, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full or as provided in the order approving the sale of the Lady May [ECF No. 1953]; it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2. ORDERED that nothing herein modifies the Retention Order; it is further

3. ORDERED that the Debtors' estates are directed to pay the Trustee and Paul Hastings (a) 80% of the fees (*i.e.*, $6,386,176.00) and (b) 100% of the expense reimbursements (*i.e.*, $213,914.83) allowed in paragraph 1 above in the aggregate amount of $6,600,090.83 within fourteen days of the date of this Order, and the remaining 20% of the fees allowed in paragraph 1 above in the amount of $1,596,544.00 shall be held back by the Debtors' estates pending further order of this Court; it is further

4. ORDERED that, pursuant to an order dated March 10, 2023 [ECF No. 1537] and an Order dated April 23, 2023 [ECF No. 1693], Mei Guo, HK International Funds Investments (USA) Limited, LLC, Attorney Lee Vartan, and the law firm Chiesa Shahinian & Giantomasi PC (collectively "HK Parties") are jointly and severally obligated to pay Paul Hastings, LLP legal fees in the sum of $83,370.26 (a portion of which relates to the Fee Period). The HK Parties' obligation to pay these legal fees remains outstanding, subject to an appeal. Payment of these fees, to the extent related to the Fee Period, by one or any of the HK Parties shall result in a credit in favor of the Debtor's estate toward fees billed and awarded to Paul Hastings, LLP in future fee applications; and it is further

5. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

6. ORDERED that the Trustee and Paul Hastings are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

7. ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

8. ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Dated at Bridgeport, Connecticut this 12th day of September, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut