| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS  TRANSCRIPT ORDER | | FOR COURT USE ONLY  DUE DATE: |
|---|---|---|---|
| *Read Instructions on Back.* | | | |
| 1. NAME  James Moriarty | 2. PHONE NUMBER  (203) 368-4234 | | 3. DATE  September 13, 2023 |
| 4. MAILING ADDRESS  Zeisler & Zeisler P.C. - 10 Middle Street, 15th Floor | 5. CITY  Bridgeport | 6. STATE  CT | 7. ZIP CODE  06604 |
| 8. CASE NUMBER  22-50073 | 9. JUDICIAL OFFICIAL  Julie A. Manning | DATES OF PROCEEDINGS | |
| | | 10. FROM  9/12/23 | 11. TO  9/12/23 |
| 12. CASE NAME  Ho Wan Kwok and Genever Holdings Corporation | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY  Bridgeport | 14. STATE  Connecticut |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | 9/12/23 Hearing |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [ ] | NO. OF COPIES  1 | | |
| HOURLY | [x] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE  *[signature]*

19. DATE  September 13, 2023

ESTIMATE TOTAL

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)    ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY

ORIGINAL - COURT COPY