**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.*[1] | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors. | : | |
| | : | |

**INDIVIDUAL DEBTOR'S MOTION FOR EXTENSION OF TIME TO OBJECT**
**TO EMERGENCY MOTION OF CHAPTER 11 TRUSTEE UNDER**
**11 U.S.C. §§ 105(A) AND 362, TO ENJOIN INDIVIDUAL DEBTOR'S**
**PROSECUTION OF MOTION IN CRIMINAL CASE FOR ORDER STAYING**
<u>**CHAPTER 11 CASES AND ASSOCIATED ADVERSARY PROCEEDINGS**</u>

Pursuant to D. Conn. L. Civ. R. 7(b), made applicable to this Adversary Proceeding by Local Bankr. R. 1001-1(b), the individual debtor, Ho Wan Kwok (the "Individual Debtor"), by and through his undersigned counsel, Zeisler & Zeisler, P.C., respectfully moves for an extension of time from September 22, 2023, to a to be determined date following the Criminal Court's ruling on the Individual Debtor's pending Motion for Stay, all as defined herein, to file his Objection to the Chapter 11 Trustee's (the "Trustee") September 1, 2023, Motion of Chapter 11 Trustee, Under 11 U.S.C. §§ 105(A) and 362, to Enjoin Debtor's Prosecution of Motion in Criminal Case for Order Staying Chapter 11 Cases and Associated Adversary Proceedings (the "Motion to Enjoin") and the Joinder to the Motion to Enjoin filed by the Official Committee of Unsecured Creditors, (the

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

"Committee"), and Pacific Alliance Asia Opportunity Fund L.P., ("PAX"). As good cause for the granting of the requested extension of time the Individual Debtor states:

1.      As this Court is aware, the Individual Debtor has been charged with multiple violations of federal criminal law in a superseding indictment filed in the United States District Court for the Southern District of New York (the "Criminal Court"). *See USA v. Kwok*, 23-cr-118 (SDNY). The Individual Debtor has been denied bail and remains incarcerated while he awaits trial.

2.      On August 30, 2023, the Individual Debtor, through his criminal counsel, filed a Motion to Stay Bankruptcy Cases (the "Motion to Stay") with the Criminal Court.

3.      On September 1, 2023, the Trustee filed the Motion to Enjoin and an Emergency Motion to Expedite Hearing on [the Motion to Enjoin] (the "Motion to Expedite", Docket Index ("D.I") 2161).

4.      On September 4, 2023, the Individual Debtor filed his Objection to the Motion to Expedite (D. I. 2164).

5.      On September 7, 2023, the Committee and PAX filed their Joint Statement and Joinder . . . In Support of the [Motion to Enjoin] ((the "Joinder") D.I. 2177).

6.      On September 12, 2023, this Court entered an order (the "September 12 Order") denying the Motion to Expedite and stating that "[a] hearing on the Motion, [to Enjoin] (ECF [2160]), if any, will be scheduled after the Criminal Court acts on the Motion to Stay filed by the Individual Debtor." (D.I. 2195).

7.      The September 12 Order does not deny or stay the Motion to Enjoin, or address the time within which the Individual Debtor is required to file an objection to the Motion to Enjoin. Thus, pursuant to D. Conn. L. Civ. R. 7(a)(2), made applicable to this Adversary Proceeding by

Local Bankr. R. 1001-1(b), the Individual Debtor's objection to the Motion to Enjoin, and the related Joinder, is due on September 22, 2023, 21-days from the filing of the Motion to Enjoin.

8. Pursuant to the September 12 Order, the Motion to Enjoin will not be heard, if at all, until the Criminal Court acts on the Motion to Stay. The decision on the Motion to Stay by the Criminal Court could moot, or substantially alter the relief sought by, the Motion to Enjoin. The Individual Debtor should not be required to file an objection to the Motion to Enjoin or address the Joinder until the Criminal Court adjudicates the Motion to Stay and the parties have a full understanding of whether the Motion to Enjoin has been mooted and/or substantially narrowed by the Criminal Court's decision.

9. The Individual Debtor thus moves for an extension of time to file an objection to the Motion to Enjoin and the Joinder to a to be determined date following the Criminal Court's ruling on the Motion for Stay.

10. This is the Individual Debtor's first request for extension of time with respect to the foregoing time limitation.

11. Undersigned counsel for the Individual Debtor inquired of counsel for the Trustee, the Committee, and PAX regarding their respective position on the requested extension of time, and each consents to the granting of the requested extension.

WHEREFORE, the Individual Debtor respectfully moves for entry of an order extending his time to object to the Motion to Enjoin and the Joinder to a to be determined date following the Criminal Court's ruling on the Motion for Stay.

THE DEBTOR,
HO WAN KWOK
By:     */s/ James M. Moriarty*
Eric Henzy (ct12849)
James M. Moriarty (ct21876)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th floor
Bridgeport, CT  06605
Telephone: (203) 368-4234
Facsimile: (203) 368-5485
Email: ehenzy@zeislaw.com
        jmoriarty@zeislaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 19th day of September, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:     */s/ James M. Moriarty*
James M. Moriarty (ct21876)