# EXHIBIT A

## **Monthly Fee Statement Summary**

| Name | Title | Bar Admission | Rate | Hours | Amount |
|------|-------|---------------|------|-------|--------|
| Irve J. Goldman | Partner | 1984 | $580 | 8.1 | $4,698.00 |
| Jonathan A. Kaplan | Partner | 2005 | $440 | 15.1 | $6,644.00 |
| Kristin B. Mayhew | Partner | 1995 | $575 | 13.5 | $7,762.50 |

Blended Hourly Rate:      $520.56

Total Hours      36.7

Total Fees      $19,104.50

ACTIVE/83201.1/KMAYHEW/11308569v1