# **EXHIBIT B**

## **SUMMARY OF COMPENSATION BY PROJECT CATEGORY**

2

| **PROJECT CATEGORY** | **HOURS BILLED** | **AMOUNT** |
|---|---|---|
| Case Administration (B110) | 14.5 | $7,680.50 |
| Meetings and Communications With Creditors | .70 | $308.00 |
| Fee/Employment Applications (B160) | 6.0 | $3,099.00 |
| DIP Financing (B230) | 1.2 | $609.00 |
| Asset Analysis & Recovery (B120) | 14.3 | $7,408.00 |
| **TOTALS:** | **36.7** | **$19,104.50** |

ACTIVE/83201.1/KMAYHEW/11309339v1