# EXHIBIT C

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

September 14, 2023
**Invoice #** 413963
**Matter #** 083201.0001

Re:    Case Administration

For services rendered through August 31, 2023

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/07/23 | Kaplan | Review monthly operating reports for Genever Holdings USA (0.2); review court orders/hearing dates on limiting notice, fee application hearing and objection deadlines, Trustee's motion to permit fee application in shorter frequency (0.3) | 0.50 | 440.00 | 220.00 |
| 08/09/23 | Mayhew | Review Notice of Appeal and Judge Manning's opinion re Debtor's contempt of Bankruptcy Court order | 0.40 | 575.00 | 230.00 |
| 08/09/23 | Kaplan | Review Notice of Appeal/Motion for Leave to Appeal Order Holding Debtor in Contempt | 0.40 | 440.00 | 176.00 |
| 08/11/23 | Kaplan | Review Supplemental Motion for Contempt filed against GTV/Saraca | 0.30 | 440.00 | 132.00 |
| 08/11/23 | Mayhew | Correspondence to and from I. Goldman re 8/14 hearing | 0.20 | 575.00 | 115.00 |
| 08/14/23 | Mayhew | Review Chapter 11 Trustee's motion to adjourn hearing re UBS motion to compel | 0.10 | 575.00 | 57.50 |
| 08/14/23 | Mayhew | Review hearings calendar for 8/15/23 | 0.10 | 575.00 | 57.50 |
| 08/14/23 | Mayhew | Prepare for 8/15 hearing | 0.80 | 575.00 | 460.00 |
| 08/15/23 | Mayhew | Prepare for hearing | 0.30 | 575.00 | 172.50 |
| 08/18/23 | Mayhew | Draft correspondence to Committee re status of proceeding and draft motions | 0.40 | 575.00 | 230.00 |
| 08/18/23 | Kaplan | Review order granting Motion to Hold GTV/Saraca in Civil Contempt | 0.20 | 440.00 | 88.00 |
| 08/18/23 | Kaplan | Review objection filed by Hing Chi | 0.40 | 440.00 | 176.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Ngok/Greenwich Land to Trustee's Motion for 2004 Exam | | | |
| 08/21/23 | Mayhew | Conference with I. Goldman re hearing on motion to compel Hudson Diamond Holding to comply with subpoena | 0.30 | 575.00 | 172.50 |
| 08/21/23 | Mayhew | Prepare for hearing | 0.30 | 575.00 | 172.50 |
| 08/21/23 | Goldman | Review OSC re contempt as to Mei Guo and Hudson Diamond Holding and confer with Kristin Mayhew re same and attendance at 8/22 hearing | 0.40 | 580.00 | 232.00 |
| 08/22/23 | Mayhew | Attend evidentiary hearing on Trustee's motion to hold Mei Guo in contempt | 5.00 | 575.00 | 2875.00 |
| 08/23/23 | Kaplan | Review scheduling order regarding filing exhibits and sealing of exhibits | 0.20 | 440.00 | 88.00 |
| 08/24/23 | Kaplan | Review Memorandum of Decision and Order Granting Motion for Preliminary Injunction regarding Taurus Fund/Mahwah Mansion and related order for Attorney Conway to confirm if he represents Mr. Barrett | 0.20 | 440.00 | 88.00 |
| 08/25/23 | Kaplan | Review monthly operating reports for Genever Holding Co. | 0.30 | 440.00 | 132.00 |
| 08/25/23 | Kaplan | Review letter that Corporate Services Network is no longer agent of service for Saraca | 0.10 | 440.00 | 44.00 |
| 08/25/23 | Kaplan | Review PAX's statement regarding dismissal and SDNY decisions regarding same | 0.60 | 440.00 | 264.00 |
| 08/25/23 | Kaplan | Review witness and exhibit list from Hudson Diamond Holdings hearing | 0.40 | 440.00 | 176.00 |
| 08/25/23 | Kaplan | Review Trustee's reply to objections to sixth Omnibus motion for 2004 Exams | 0.30 | 440.00 | 132.00 |
| 08/29/23 | Mayhew | Review Taurus' Fund response to PI order | 0.10 | 575.00 | 57.50 |
| 08/30/23 | Kaplan | Review Genever Holding Corp. monthly operating report July 2023 | 0.20 | 440.00 | 88.00 |
| 08/31/23 | Kaplan | Review Notice of Debtor's motion in criminal case to stay bankruptcy action | 0.80 | 440.00 | 352.00 |
| 08/31/23 | Mayhew | Review correspondence from Chapter 11 Trustee and respond | 0.20 | 575.00 | 115.00 |
| 08/31/23 | Mayhew | Review (i) Chapter 11 Trustee's motion to modify PI as to Mahwah Mansion; and (ii) Trustee's Notice of Debtor's filing in criminal action to stay bankruptcy court proceedings | 0.50 | 575.00 | 287.50 |
| 08/31/23 | Goldman | Telephone conference with Luc Despins re debtor motion to stay Chapter 11 case filed in criminal | 0.50 | 580.00 | 290.00 |

| Date | Professional | | Hours | Rate | Amount |
|------|--------------|---|-------|------|--------|
| | | actions (.2); locate/provide case decisions holding non-bankruptcy courts as governmental units are subject to automatic stay (.3) | | | |
| | **Fees** | | | | **$7,680.50** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|--------------|-------|-------|------|--------|
| Irve J. Goldman | Partner | 0.90 | 580.00 | 522.00 |
| Jonathan A. Kaplan | Partner | 4.90 | 440.00 | 2,156.00 |
| Kristin B. Mayhew | Partner | 8.70 | 575.00 | 5,002.50 |
| **Fees** | | | | **$7,680.50** |

| | |
|---|---|
| **Total Fees** | **$7,680.50** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$7,680.50** |
| **Unpaid Balance from Previous Invoices** | **$15,857.60** |
| **Total Due** | **$23,538.10** |

# PULLMAN & COMLEY
### ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok  
Attn: Samuel Nunberg, Chairman  
600 South Dixie Highway, Suite 455  
West Palm Beach, FL 33401

September 14, 2023  
Invoice # 413963  
Matter # 083201.0001

Re:     Case Administration

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---|
| **Total Fees** | **$7,680.50** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$7,680.50** |
| **Unpaid Balance from Previous Invoices** | **$15,857.60** |
| **Total Due** | **$23,538.10** |

Remittance Address:

850 Main Street  
P.O. Box 7006  
Bridgeport, CT  06601-7006  
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

REMITTANCE

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com     Bridgeport     Hartford     Springfield     Stamford     Waterbury     Westport     White Plains

**Pullman & Comley**
ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok  
Attn: Samuel Nunberg, Chairman  
600 South Dixie Highway, Suite 455  
West Palm Beach, FL 33401

September 14, 2023  
**Invoice #** 413964  
**Matter #** 083201.0002

**Re:** **Meetings and Communications with Creditors**

For services rendered through August 31, 2023

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/14/23 | Kaplan | Email with committee regarding update on status of items, Motion to Approve Settlement with USAO/Mahwah Mansion | 0.50 | 440.00 | 220.00 |
| 08/18/23 | Kaplan | Review email update from Ms. Mayhew to committee on DIP Loan/DIP Order, remediation of Sherry-Netherland Hotel and other court events | 0.20 | 440.00 | 88.00 |
| | | **Fees** | | | **$308.00** |

**Professional Summary**

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jonathan A. Kaplan | Partner | 0.70 | 440.00 | 308.00 |
| | **Fees** | | | **$308.00** |

| | |
|---|---|
| **Total Fees** | **$308.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$308.00** |
| **Unpaid Balance from Previous Invoices** | **$528.00** |
| **Total Due** | **$836.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

**PULLMAN & COMLEY**
ATTORNEYS AT LAW

| | |
|---|---|
| Official Committee of Unsecured Creditors of Ho Wan Kwok<br>Attn: Samuel Nunberg, Chairman<br>600 South Dixie Highway, Suite 455<br>West Palm Beach, FL 33401 | September 14, 2023<br>Invoice # 413964<br>Matter # 083201.0002 |

Re:   Meetings and Communications with Creditors

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---:|
| **Total Fees** | **$308.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$308.00** |
| **Unpaid Balance from Previous Invoices** | **$528.00** |
| **Total Due** | **$836.00** |

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

# PULLMAN & COMLEY
### ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

September 14, 2023
**Invoice #** 413965
**Matter #** 083201.0003

Re:     Fee/Employment Applications

For services rendered through August 31, 2023

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/02/23 | Mayhew | Review correspondence from H. Claiborn, US Trustee, re monthly compensation procedures motion | 0.10 | 575.00 | 57.50 |
| 08/03/23 | Mayhew | Review correspondence from A. Bongartz re monthly fee compensation protocol | 0.10 | 575.00 | 57.50 |
| 08/03/23 | Mayhew | Review correspondence from H. Claiborn re monthly fee statement protocols | 0.10 | 575.00 | 57.50 |
| 08/04/23 | Mayhew | Review application to employ O'Sullivan McCormack as special insurance counsel | 0.20 | 575.00 | 115.00 |
| 08/04/23 | Kaplan | Review Application to Employ O'Sullivan McCormack Jensen & Bliss, PC as Special Insurance Coverage Counsel | 0.20 | 440.00 | 88.00 |
| 08/04/23 | Kaplan | Trustee/Paul Hastings 2nd Interim Fee Application (0.7); Neubert, Pepe & Monteith's 2nd Interim Fee Application (0.3) | 1.00 | 440.00 | 440.00 |
| 08/07/23 | Mayhew | Review notices of hearing re (1) Bravo Luck 9019; (2) motion on interim compensation procedures; and (3) motion to retain special insurance counsel | 0.30 | 575.00 | 172.50 |
| 08/11/23 | Mayhew | Review US Trustee's statement of no objection as to Trustee's application to employ insurance counsel | 0.10 | 575.00 | 57.50 |
| 08/15/23 | Mayhew | Attend hearing before Judge Manning on: (i) Trustee's motion to retain | 2.50 | 575.00 | 1437.50 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com      Bridgeport      Hartford      Springfield      Stamford      Waterbury      Westport      White Plains

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | maritime counsel; (ii) Trustee's motion to approve interim compensation procedure; and (iii) Trustee's motion to file fee application sooner than 120 days | | | |
| 08/18/23 | Kaplan | Review order setting interim compensation procedures | 0.30 | 440.00 | 132.00 |
| 08/18/23 | Kaplan | Review order granting Trustee/Paul Hastings/Neubert Pepe & Monteith permission to file second interim application | 0.20 | 440.00 | 88.00 |
| 08/25/23 | Kaplan | Review request to submit a redacted version of Saxe Doerberger and Vita's fee application and invoices | 0.10 | 440.00 | 44.00 |
| 08/31/23 | Kaplan | Review competing proposed orders to address motion to approve settlement agreement with US Attorney's Office | 0.30 | 440.00 | 132.00 |
| 08/31/23 | Kaplan | Review application for compensation by Saxe Doernberger and Via PC | 0.50 | 440.00 | 220.00 |

**Fees** $3,099.00

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jonathan A. Kaplan | Partner | 2.60 | 440.00 | 1,144.00 |
| Kristin B. Mayhew | Partner | 3.40 | 575.00 | 1,955.00 |

**Fees** $3,099.00

**Total Fees** $3,099.00
**Total Disbursements** $0.00

**Total Due This Invoice** $3,099.00

**Unpaid Balance from Previous Invoices** $19,654.00

**Total Due** $22,753.00

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok  
Attn: Samuel Nunberg, Chairman  
600 South Dixie Highway, Suite 455  
West Palm Beach, FL 33401

September 14, 2023  
Invoice # 413965  
Matter # 083201.0003

Re:   Fee/Employment Applications

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---|
| **Total Fees** | $3,099.00 |
| **Total Disbursements** | $0.00 |
| **Total Due This Invoice** | $3,099.00 |
| **Unpaid Balance from Previous Invoices** | $19,654.00 |
| **Total Due** | $22,753.00 |

Remittance Address:

850 Main Street  
P.O. Box 7006  
Bridgeport, CT  06601-7006  
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com   Bridgeport   Hartford   Springfield   Stamford   Waterbury   Westport   White Plains

# PULLMAN & COMLEY
### ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok  
Attn: Samuel Nunberg, Chairman  
600 South Dixie Highway, Suite 455  
West Palm Beach, FL 33401

September 14, 2023  
**Invoice #** 413966  
**Matter #** 083201.0004

**Re:** DIP Financing

For services rendered through August 31, 2023

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/18/23 | Mayhew | Review Chapter 11 Trustee's draft DIP motion and draft motion to retain necessary professionals to re mediate the Sherry-Netherland | 0.60 | 575.00 | 345.00 |
| 08/23/23 | Kaplan | Review Motion to Borrow, Motion for Order, and Motions to Limit Notices related to Genever entities/Sherry Netherlands repairs | 0.60 | 440.00 | 264.00 |
| | | **Fees** | | | **$609.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jonathan A. Kaplan | Partner | 0.60 | 440.00 | 264.00 |
| Kristin B. Mayhew | Partner | 0.60 | 575.00 | 345.00 |
| **Fees** | | | | **$609.00** |

| | |
|---|---|
| **Total Fees** | **$609.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$609.00** |
| **Unpaid Balance from Previous Invoices** | **$132.00** |
| **Total Due** | **$741.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok  
Attn: Samuel Nunberg, Chairman  
600 South Dixie Highway, Suite 455  
West Palm Beach, FL 33401

September 14, 2023  
Invoice # 413966  
Matter # 083201.0004

Re:     DIP Financing

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---:|
| **Total Fees** | **$609.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$609.00** |
| **Unpaid Balance from Previous Invoices** | **$132.00** |
| **Total Due** | **$741.00** |

Remittance Address:

850 Main Street  
P.O. Box 7006  
Bridgeport, CT  06601-7006  
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

**PULLMAN & COMLEY**
ATTORNEYS AT LAW

| | |
|---|---|
| Official Committee of Unsecured Creditors of Ho Wan Kwok<br>Attn: Samuel Nunberg, Chairman<br>600 South Dixie Highway, Suite 455<br>West Palm Beach, FL 33401 | September 14, 2023<br>**Invoice #** 413967<br>**Matter #** 083201.0005 |

Re:    Asset Analysis and Recovery

For services rendered through August 31, 2023

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/23 | Kaplan | Review proposed motion to modify scheduling order in inter pleader matter; exchange emails with Mr. Linsey, Mr. Moriarty and P & C Team regarding same | 0.30 | 440.00 | 132.00 |
| 08/04/23 | Mayhew | Review correspondence from J. Kaplan re potential stipulation between the DOJ and the Trustee re NJ mansion | 0.10 | 575.00 | 57.50 |
| 08/04/23 | Kaplan | Review adversary proceeding (0.6); email with committee res complaint and temporary restraining order v. Taurus Fund, et al (0.2); review monthly operating statements for Genever Holding Corporation for May/June 2023 (0.2); review revised proposed order setting interim compensation procedures (0.1) | 1.30 | 440.00 | 572.00 |
| 08/04/23 | Kaplan | Review Trustee's motion to approve settlement agreement with Qiang Guo and Bravo Luck | 0.50 | 440.00 | 220.00 |
| 08/07/23 | Mayhew | Review Trustee's 9019 motion with Bravo Luck and motion to shorten and limit notice | 0.50 | 575.00 | 287.50 |
| 08/11/23 | Kaplan | Review sixth omnibus motion for 2004 examination | 0.40 | 440.00 | 176.00 |
| 08/11/23 | Kaplan | Review request for status conference and order denying status conference, Trustee to proceed with evidence on preliminary injunction v. Taurus Fund, LLC | 0.20 | 440.00 | 88.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/14/23 | Kaplan | Review Motion to Approve Settlement/Stipulation with US Attorney's Office regarding Mahwah Mansion, Motion to Limit Notice | 0.60 | 440.00 | 264.00 |
| 08/14/23 | Kaplan | Review Motion to Continue/Adjourn Hearing Related to UBS Subpoena Compliance | 0.10 | 440.00 | 44.00 |
| 08/14/23 | Kaplan | Review exhibit list/exhibits for hearing on Trustee's Motion for Preliminary Injunction Against Taurus Fund/Scott Barnett/Mahwah Mansion | 0.60 | 440.00 | 264.00 |
| 08/15/23 | Kaplan | Review Order extending temporary restraining order with respect to Mahwah Mansion | 0.20 | 440.00 | 88.00 |
| 08/18/23 | Kaplan | Review declaration of Mei Guo regarding Hudson Diamond Holding, LLC | 0.20 | 440.00 | 88.00 |
| 08/21/23 | Mayhew | Review correspondence from A. Bongartz re motion to remediate Sherry-Netherland and respond | 0.20 | 575.00 | 115.00 |
| 08/21/23 | Kaplan | Review Taurus Fund Response to TRO/property at Mahwah Mansion | 0.20 | 440.00 | 88.00 |
| 08/22/23 | Goldman | Receipt/review of emails and redlined motion from Alex Bongatz re motion to authorize payment of remediation expenses and draft and transmit email response | 0.50 | 580.00 | 290.00 |
| 08/22/23 | Goldman | Review of and make comments to trustee draft motion to authorize remediation process for Sherry Netherland and transmit to trustee and counsel | 1.70 | 580.00 | 986.00 |
| 08/25/23 | Kaplan | Review order scheduling status conference on Remediation Motion | 0.10 | 440.00 | 44.00 |
| 08/25/23 | Kaplan | Review Taurus Fund's Objection to Motion to Approve Settlement Agreement | 0.50 | 440.00 | 220.00 |
| 08/28/23 | Kaplan | Review response from MR. Conway re attempting to secure insurance on Mahwah property | 0.20 | 440.00 | 88.00 |
| 08/29/23 | Goldman | Review of trustee motion for approval of settlement with US DOJ and Taurus objection thereto in preparation for hearing (1.3); locate decisions/authority re government's right of criminal forfeiture and relation back (.5); review of trustee's sixth omnibus motion for Rule 2004 examinations and Greenwich Land objection thereto in preparation for hearing (1.0); telephone conference with Luc Despins re | 5.00 | 580.00 | 2900.00 |

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | motions and objections on for hearing at 2 pm (.2); attend hearing on motions and confer with trustee and counsel after hearing (2.0) | | | |
| 08/30/23 | Kaplan | Review order on Motion to Approve Settlement with Bravo Luck/Miles Kwok | 0.20 | 440.00 | 88.00 |
| 08/31/23 | Kaplan | Review Emergency Motion to Amend Preliminary Injunction regarding Mahwah Property/no insurance; review order granting emergency motion | 0.50 | 440.00 | 220.00 |
| 08/31/23 | Kaplan | Review response of Michael Conway on behalf of Taurus Fund regarding insurance | 0.20 | 440.00 | 88.00 |

**Fees** $7,408.00

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Irve J. Goldman | Partner | 7.20 | 580.00 | 4,176.00 |
| Jonathan A. Kaplan | Partner | 6.30 | 440.00 | 2,772.00 |
| Kristin B. Mayhew | Partner | 0.80 | 575.00 | 460.00 |

**Fees** $7,408.00

| | |
|---|---|
| **Total Fees** | $7,408.00 |
| **Total Disbursements** | $0.00 |
| **Total Due This Invoice** | **$7,408.00** |
| **Unpaid Balance from Previous Invoices** | $32,933.00 |
| **Total Due** | $40,341.00 |

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok  
Attn: Samuel Nunberg, Chairman  
600 South Dixie Highway, Suite 455  
West Palm Beach, FL 33401

September 14, 2023  
Invoice # 413967  
Matter # 083201.0005

Re:     Asset Analysis and Recovery

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---:|
| **Total Fees** | $7,408.00 |
| **Total Disbursements** | $0.00 |
| **Total Due This Invoice** | **$7,408.00** |
| **Unpaid Balance from Previous Invoices** | $32,933.00 |
| **Total Due** | $40,341.00 |

Remittance Address:

850 Main Street  
P.O. Box 7006  
Bridgeport, CT  06601-7006  
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com     Bridgeport     Hartford     Springfield     Stamford     Waterbury     Westport     White Plains