**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------------x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
HO WAN KWOK, *et al.*,                                       :  Case No. 22-50073 (JAM)
                                                             :
          Debtors.[1]                                        :  Jointly Administered
                                                             :
-------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF EPIQ CORPORATE RESTRUCTURING, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] Epiq Corporate Restructuring, LLC ("*Epiq*") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Claims and Noticing Agent to (a) Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), (b) Genever Holdings Corporation ("Genever (BVI)"), and (c) Genever Holdings LLC ("Genever (US)" and, together with Genever (BVI), the "Genever Debtors"), for the period from August 1, 2023 through and including August 31, 2023 (the "Fee Period").  By this Monthly Fee Statement, Epiq respectfully requests

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $1,044.00 and $337.90, respectively.

## SERVICES RENDERED AND EXPENSES INCURRED

1.     Attached hereto as Exhibit A is a timekeeper summary that includes the name, title, department, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each Epiq individual who provided services during the Fee Period.  The rates charged by Epiq for services rendered to the Debtors are the same rates that Epiq charges generally for professional services rendered to its non-bankruptcy clients.

2.     Attached hereto as Exhibit B is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

3.     Attached hereto as Exhibit C is the time detail of Epiq for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

4.     Notice of this Monthly Fee Statement will be given by email on the Notice Parties:  (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut

06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific

Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York,

New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff

(ssarnoff@omm.com) (collectively, the "Notice Parties").

     5.     Objections to this Monthly Fee Statement, if any, must be filed with the Court and

served upon (i) Epiq and (ii) the Notice Parties by email no later than **October 11, 2023 at 4:00**

**p.m. (prevailing Eastern Time) (the "Objection Deadline"),** setting forth the nature of the

objection and the specific amount of fees or expenses at issue.

     6.     If no objections to this Monthly Fee Statement are filed and received by the

Objection Deadline, the estates shall promptly pay Paul Hastings 80% of the fees and 100% of

the expenses identified in this Monthly Fee Statement.

     7.     To the extent that an objection to this Monthly Fee Statement is filed and received

on or before the Objection Deadline, the estates shall withhold payment of that portion of this

Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the

fees and expenses in the percentages set forth above.  To the extent such an objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing.

Dated: September 20, 2023

                               By:*/s/Kate Mailloux*
                                  Kate Mailloux
                                  Senior Consulting Director
                                  Epiq Corporate Restructuring, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------x
           :
In re:          :    Chapter 11
           :
HO WAN KWOK, *et al.*,[1]    :    Case No. 22-50073 (JAM)
           :
      Debtors.    :    (Jointly Administered)
           :
---------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 20, 2023, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated:    September 20, 2023        By: *G. Alexander Bongartz*
        New York, New York          G. Alexander Bongartz (admitted *pro hac vice*)
                             PAUL HASTINGS LLP
                             200 Park Avenue
                             New York, New York 10166
                             (212) 318-6000
                             alexbongartz@paulhastings.com

                             *Counsel for the Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## EXHIBIT A

### HOURS AND RATES PER TIMEKEEPER

| Name of Professional Individual | Position with the Applicant | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Regina Amporfro | Senior Consultant II | 0.50 | $185.00 | $92.50 |
| Geoff Zahm | Senior Case Manager II | 5.00 | $160.00 | $800.00 |
| Jesse Steichen | Senior Consultant I | 0.40 | $175.00 | $70.00 |
| Joel Ramos Ochoa | Case Manager II | 0.50 | $125.00 | $62.50 |
| Gustavo Ruiz | Case Manager II | 0.40 | $125.00 | $50.00 |
| Michael Boost | Case Manager I | 0.20 | $100.00 | $20.00 |
| Debra Daniels | Case Manager I | 0.30 | $100.00 | $30.00 |
| Andrew Hruza | Case Manager I | 0.80 | $100.00 | $80.00 |
| Elizabeth Hull | Case Manager I | 0.20 | $100.00 | $20.00 |
| Chanpisey Man | Case Manager I | 0.80 | $100.00 | $80.00 |
| **TOTAL** | | **9.10** | | **$1,305.00** |

## <u>EXHIBIT B</u>

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

| Expenses Category | Total Expenses |
|---|---|
| CA100 Database Maintenance | $260.50 |
| OS200 Electronic Imaging | $36.40 |
| RE800 Court Docket Services | $41.00 |
| **TOTAL** | **$337.90** |

**<u>EXHIBIT C</u>**

**TIME AND EXPENSE DETAIL**

| MATTER NUMBER: 130 | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Matter Description: Creditor Calls/Requests | | | | | | | |
| Name | Date | Position | Matter Description | Detail | Hours Billed | Hourly Rate | Compensation |
| Chanpisey Man | 8/2/2023 | Case Manager I | 130 Creditor Calls/Requests | PROCESS CLAIMANT CORRESPONDENCE | 0.10 | $100.00 | $10.00 |
| Geoff Zahm | 8/7/2023 | Senior Case Manager II | 130 Creditor Calls/Requests | REVIEW CREDITOR CORRESPONDENCE | 0.50 | $160.00 | $80.00 |
| Geoff Zahm | 8/8/2023 | Senior Case Manager II | 130 Creditor Calls/Requests | REVIEW CREDITOR CORRESPONDENCE | 0.50 | $160.00 | $80.00 |
| Geoff Zahm | 8/8/2023 | Senior Case Manager II | 130 Creditor Calls/Requests | CREDITOR CORRESPONDENCE | 0.50 | $160.00 | $80.00 |
| Geoff Zahm | 8/9/2023 | Senior Case Manager II | 130 Creditor Calls/Requests | REVIEW AND RESPOND TO CREDITOR INQUIRIES | 0.50 | $160.00 | $80.00 |
| Geoff Zahm | 8/10/2023 | Senior Case Manager II | 130 Creditor Calls/Requests | REVIEW AND RESPOND TO CREDITOR INQUIRIES | 0.50 | $160.00 | $80.00 |
| Geoff Zahm | 8/11/2023 | Senior Case Manager II | 130 Creditor Calls/Requests | REVIEW AND RESPOND TO CREDITOR INQUIRIES | 0.50 | $160.00 | $80.00 |
| Chanpisey Man | 8/18/2023 | Case Manager I | 130 Creditor Calls/Requests | PROCESS CLAIMANT CORRESPONDENCE | 0.30 | $100.00 | $30.00 |
| Geoff Zahm | 8/21/2023 | Senior Case Manager II | 130 Creditor Calls/Requests | REVIEW AND RESPOND TO CREDITOR INQUIRIES | 0.50 | $160.00 | $80.00 |
| Chanpisey Man | 8/22/2023 | Case Manager I | 130 Creditor Calls/Requests | PROCESS CLAIMANT CORRESPONDENCE | 0.10 | $100.00 | $10.00 |
| Chanpisey Man | 8/24/2023 | Case Manager I | 130 Creditor Calls/Requests | PROCESS CLAIMANT CORRESPONDENCE | 0.10 | $100.00 | $10.00 |
| Geoff Zahm | 8/28/2023 | Senior Case Manager II | 130 Creditor Calls/Requests | REVIEW AND RESPOND TO CREDITOR INQUIRIES | 0.50 | $160.00 | $80.00 |
| Chanpisey Man | 8/30/2023 | Case Manager I | 130 Creditor Calls/Requests | PROCESS CLAIMANT CORRESPONDENCE | 0.20 | $100.00 | $20.00 |
| Geoff Zahm | 8/31/2023 | Senior Case Manager II | 130 Creditor Calls/Requests | REVIEW AND RESPOND TO CREDITOR INQUIRIES | 0.50 | $160.00 | $80.00 |
| | | | | **TOTAL** | **5.30** | | **$800.00** |

| | | | | | MATTER NUMBER: 195 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Matter Description: Claims - Other | | | |
| Name | Date | Position | Matter Description | Detail | Hours Billed | Hourly Rate | Compensation | |
| Joel Ramos Ochoa | 8/2/2023 | Case Manager II | 195 Claims - Other | REVIEW COURT CLAIMS DOCKET, PULL AND PREPARE COURT FILED CLAIMS FOR PROCESSING; UPDATE TRACKERS AS APPROPRIATE. | 0.10 | $125.00 | $12.50 | |
| Joel Ramos Ochoa | 8/3/2023 | Case Manager II | 195 Claims - Other | REVIEW AND TRACK INCOMING CLAIMS AND CREDITOR CORRESPONDENCE | 0.10 | $125.00 | $12.50 | |
| Joel Ramos Ochoa | 8/9/2023 | Case Manager II | 195 Claims - Other | REVIEW COURT CLAIMS DOCKET, PULL AND PREPARE COURT FILED CLAIMS FOR PROCESSING; UPDATE TRACKERS AS APPROPRIATE. | 0.10 | $125.00 | $12.50 | |
| Joel Ramos Ochoa | 8/15/2023 | Case Manager II | 195 Claims - Other | REVIEW COURT CLAIMS DOCKET, PULL AND PREPARE COURT FILED CLAIMS FOR PROCESSING; UPDATE TRACKERS AS APPROPRIATE. | 0.10 | $125.00 | $12.50 | |
| Jesse Steichen | 8/21/2023 | Senior Consultant I | 195 Claims - Other | CONFIRM SCANNED IMAGES | 0.20 | $175.00 | $35.00 | |
| Gustavo Ruiz | 8/21/2023 | Case Manager II | 195 Claims - Other | REVIEW AND TRACK INCOMING CLAIMS AND CREDITOR CORRESPONDENCE | 0.20 | $125.00 | $25.00 | |
| Gustavo Ruiz | 8/23/2023 | Case Manager II | 195 Claims - Other | REVIEW AND TRACK INCOMING CLAIMS AND CREDITOR CORRESPONDENCE | 0.10 | $125.00 | $12.50 | |
| Gustavo Ruiz | 8/25/2023 | Case Manager II | 195 Claims - Other | REVIEW AND TRACK INCOMING CLAIMS AND CREDITOR CORRESPONDENCE | 0.10 | $125.00 | $12.50 | |
| Jesse Steichen | 8/31/2023 | Senior Consultant I | 195 Claims - Other | CONFIRM SCANNED IMAGES | 0.20 | $175.00 | $35.00 | |
| Joel Ramos Ochoa | 8/31/2023 | Case Manager II | 195 Claims - Other | REVIEW AND TRACK INCOMING CLAIMS AND CREDITOR CORRESPONDENCE | 0.10 | $125.00 | $12.50 | |
| | | | | **TOTAL** | **1.30** | | **$182.50** | |

| | MATTER NUMBER: 205 | | | | | |
|---|---|---|---|---|---|---|
| | Matter Description: Set Up Mailing/Noticing | | | | | |

| Name | Date | Position | Matter Description | Detail | Hours Billed | Hourly Rate | Compensation |
|---|---|---|---|---|---|---|---|
| Andrew Hruza | 8/1/2023 | Case Manager I | 205 Set Up Mailing/Noticing | PROCESS RETURNED MAIL - UNDELIVERABLES | 0.10 | $100.00 | $10.00 |
| Andrew Hruza | 8/4/2023 | Case Manager I | 205 Set Up Mailing/Noticing | PROCESS RETURNED MAIL - UNDELIVERABLES | 0.30 | $100.00 | $30.00 |
| Debra Daniels | 8/4/2023 | Case Manager I | 205 Set Up Mailing/Noticing | PROCESS RETURNED MAIL - UNDELIVERABLES | 0.10 | $100.00 | $10.00 |
| Andrew Hruza | 8/10/2023 | Case Manager I | 205 Set Up Mailing/Noticing | PROCESS RETURNED MAIL - UNDELIVERABLES | 0.10 | $100.00 | $10.00 |
| Elizabeth Hull | 8/16/2023 | Case Manager I | 205 Set Up Mailing/Noticing | PROCESS RETURNED MAIL - UNDELIVERABLES | 0.10 | $100.00 | $10.00 |
| Andrew Hruza | 8/18/2023 | Case Manager I | 205 Set Up Mailing/Noticing | PROCESS RETURNED MAIL - UNDELIVERABLES | 0.10 | $100.00 | $10.00 |
| Debra Daniels | 8/18/2023 | Case Manager I | 205 Set Up Mailing/Noticing | PROCESS RETURNED MAIL - UNDELIVERABLES | 0.10 | $100.00 | $10.00 |
| Michael Boost | 8/24/2023 | Case Manager I | 205 Set Up Mailing/Noticing | PROCESS RETURNED MAIL - UNDELIVERABLES | 0.10 | $100.00 | $10.00 |
| Michael Boost | 8/30/2023 | Case Manager I | 205 Set Up Mailing/Noticing | PROCESS RETURNED MAIL - UNDELIVERABLES | 0.10 | $100.00 | $10.00 |
| Elizabeth Hull | 8/30/2023 | Case Manager I | 205 Set Up Mailing/Noticing | PROCESS RETURNED MAIL - UNDELIVERABLES | 0.10 | $100.00 | $10.00 |
| Geoff Zahm | 8/31/2023 | Senior Case Manager II | 205 Set Up Mailing/Noticing | UPDATE SERVICE LISTS | 0.50 | $160.00 | $80.00 |
| Andrew Hruza | 8/31/2023 | Case Manager I | 205 Set Up Mailing/Noticing | PROCESS RETURNED MAIL - UNDELIVERABLES | 0.20 | $100.00 | $20.00 |
| Debra Daniels | 8/31/2023 | Case Manager I | 205 Set Up Mailing/Noticing | PROCESS RETURNED MAIL - UNDELIVERABLES | 0.10 | $100.00 | $10.00 |
| | | | | **TOTAL** | **2.00** | | **$230.00** |

| | | | MATTER NUMBER: 642 | | | | | |
| | | | Matter Description: Fee Application Preparation | | | | | |
| **Name** | **Date** | **Position** | **Matter Description** | **Detail** | **Hours Billed** | **Hourly Rate** | **Compensation** |
| Regina Amporfro | 8/25/2023 | Senior Consultant II | 642 Fee Application Preparation | FINALIZE FEE APPLICATION | 0.50 | $185.00 | $92.50 |
| | | | | **TOTAL** | **0.50** | | **$92.50** |