UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>           Debtor. | Chapter 11<br><br>Case No: 22-50073 (JAM) |

**FIFTH SUPPLEMENTAL STATEMENT RE:
DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that my firm, Zeisler & Zeisler, P.C. (the "Firm"), received the following additional payments as compensation paid to the Firm for services rendered on behalf of the debtor, Ho Wan Kwok (the "Debtor"), in connection with the bankruptcy case:

   | Date: | Amount: |
   |---|---|
   | August 1, 2023[1] | $ 46,307.39 |

2. The source of compensation paid to the Firm was:

   \_\_\_\_\_ Debtor     _x_ Other (specify):    Jingrui Brennan[2]
                                                                       7919 Glenties Ln.
                                                                       Sunland, CA 91040-3313

3. The source of compensation to be paid to the Firm is:

   _x_ Debtor     _x_ Other (specify): Qiang Guo (Debtor's son)
   (not from property
   of the bankruptcy
   estate)

4. _x_ The Firm has not agreed to share the above compensation from the Debtor with any persons unless they are employees of the Firm.

---

[1] The payment was received and deposited into the Firm's IOLTA account on July 28, 2023. The Firm transferred the funds from the IOLTA account and received payment on August 1, 2023.
[2] Upon information and belief, Jingrui Brennan is a supporter of the Debtor's political cause/movement.

____ The Firm has agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. The Firm and I have agreed to represent the Debtor (who is no longer debtor-in-possession) in connection with (i) the above captioned bankruptcy case and certain appeals of orders entered therein, and (ii) in defense of certain adversary proceedings commenced against the Debtor.

6. By agreement with the Debtor, the above-disclosed fee does not include the following services: any services other than those specifically identified in paragraph 5 including, but not limited to, any other adversary proceeding(s) commenced in the bankruptcy case.

## **CERTIFICATION**

As of the date hereof, I certify that the foregoing is a complete statement of any agreement or agreement for payment to me and the Firm for the representation of the Debtor in this Chapter 11 case.

Dated: September 21, 2023, at Bridgeport, Connecticut

By: */s/ Stephen M. Kindseth*
Stephen M. Kindseth (ct14640)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06605
Tel. 203-368-4234
Email: skindseth@zeislaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system – including, in particular, counsel for the United States Trustee as required by Fed. R. Bankr. P. 2016(b) – or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                            */s/ Stephen M. Kindseth*
                                                                            Stephen M. Kindseth (ct14640)