**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.¹ : Jointly Administered
:
:
---------------------------------------------------------------x

**SUPPLEMENT TO (A) MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023 AND (B) MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023**

Paul Hastings LLP ("Paul Hastings") hereby files this supplement (the "Supplement") to (a) the *Monthly Fee Statement of Paul Hastings LLP for Compensation and Reimbursement of Expenses for Period from July 1, 2023 through July 31,* 2023, dated September 7, 2023 [Docket No. 2180] (the "July 2023 Fee Statement") and (b) the *Monthly Fee Statement of Paul Hastings LLP for Compensation and Reimbursement of Expenses for Period from August 1, 2023 through July 31, 2023*, dated September 20, 2023 [Docket No. 2218] (the "August 2023 Fee Statement").

Paul Hastings files this Supplement to inform the Court and parties in interest that Paul Hastings is not, at this time, seeking payment of the fees with respect to Matter ID 00021, namely the amounts of (i) $72,316.80 (*i.e.*, 80% of $90,396.00) for the month of July 2023 and (ii) $29,289.60 (*i.e.*, 80% of $36,612.00) for the month of August 2023. Accordingly, after

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

taking into account the foregoing adjustment, for the month of July 2023, Paul Hastings requests payment of an amount of $1,389,424.80 in fees (*i.e.*, 80% of $1,736,781.00) and $116,812.50 in expenses (which amount is unchanged from the July 2023 Fee Statement), and, for the month of August 2023, Paul Hastings requests payment of an amount of $1,621,148.20 in fees (80% of $2,026,435.25) and $29,325.07 in expenses (which amount is unchanged from the August 2023 Fee Statement). For the avoidance of doubt, nothing herein extends the applicable deadlines to object to July 2023 Fee Statement or the August 2023 Fee Statement.

The Trustee will seek payment of the fees with respect to Matter ID 00021 at a later date.

[*Remainder of page intentionally left blank.*]

Dated: September 22, 2023
      New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com

    *and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

    *and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                    :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                 :    Case No. 22-50073 (JAM)
:
Debtors.                        :    (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 21, 2023, the foregoing supplemental statement was electronically filed. Parties may access this filing through the Court's CM/ECF system.

Dated:  September 22, 2023          By: */s/ G. Alexander Bongartz*
        New York, New York              G. Alexander Bongartz (admitted *pro hac vice*)
                                        PAUL HASTINGS LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 318-6000
                                        alexbongartz@paulhastings.com

                                        *Counsel for the Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).