UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 22-50073 (JAM) |
| HO WAN KWOK, *et al.*, | : | Jointly Administered |
| Debtors.[1] | : | RE: ECF No. 2156 |

---

## ORDER GRANTING FINAL APPLICATION OF SAXE, DOERNBERGER & VITA, P.C., FOR ALLOWANCE OF COMPENSATION AS SPECIAL INSURANCE COVERAGE COUNSEL ONLY TO DEBTOR GENEVER HOLDINGS LLC

Upon review of the Final Application (the "Application") of Saxe, Doernberger & Vita, P.C. ("SDV") as counsel to Genever Holdings LLC ("Genever (US)") for allowance of compensation and reimbursement of expenses from the Petition Date[2] through August 21, 2023; and sufficient notice has been given; and a hearing having been held on September 27, 2023; and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby

**ORDERED:** The Application is granted and compensation in the amount of $236,452.00 is awarded to SDV, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2    Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

1

**ORDERED:** The estate of Genever (US) is directed to pay SDV the fees allowed in paragraph 1 above in the aggregate amount of $236,452.00 within five (5) days after entry of the Debtor in Possession Financing Order; and it is further

**ORDERED:** This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated at Bridgeport, Connecticut this 27th day of September, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut