**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                        :

In re:                          :     Chapter 11
                                          :

HO WAN KWOK, *et al.*,[1]      :     Case No. 22-50073 (JAM)
                                          :

          Debtors.           :     (Jointly Administered)
                                          :
-------------------------------------------------------x

**NOTICE OF FILING OF FIRST INVOICE OF ACHESON DOYLE PARTNERS**
**ARCHITECTS, P.C. FOR ARCHITECTURAL SERVICES**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Order"),[2] attached hereto as **Exhibit A** is Acheson Doyle's invoice, dated September 27, 2023 (the "Invoice"), related to reviewing the site conditions and scope of deficiencies at the Sherry Netherland Apartment (during the month of August 2023).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Remediation Order, (a) parties in interest have fourteen (14) days from the date of this Notice to object to the Invoice

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Remediation Order.

and (b) if no timely objections to the Invoice are filed with the Court, Genever Holdings LLC is authorized to pay the Invoice without further Court order.

Dated:    September 28, 2023          GENEVER HOLDINGS LLC
          New York, New York

                                      By: */s/ G. Alexander Bongartz*

                                      G. Alexander Bongartz (admitted *pro hac vice*)
                                      Avram E. Luft (admitted *pro hac vice*)
                                      PAUL HASTINGS LLP
                                      200 Park Avenue
                                      New York, New York 10166
                                      (212) 318-6079
                                      aviluft@paulhastings.com
                                      alexbongartz@paulhastings.com

                                          *and*

                                      Nicholas A. Bassett (admitted *pro hac vice*)
                                      PAUL HASTINGS LLP
                                      2050 M Street NW
                                      Washington, D.C., 20036
                                      (202) 551-1902
                                      nicholasbassett@paulhastings.com

                                          *and*

                                      Douglas S. Skalka (ct00616)
                                      Patrick R. Linsey (ct29437)
                                      NEUBERT, PEPE & MONTEITH, P.C.
                                      195 Church Street, 13th Floor
                                      New Haven, Connecticut 06510
                                      (203) 781-2847
                                      dskalka@npmlaw.com
                                      plinsey@npmlaw.com

                                      *Counsel for Genever Holdings LLC*

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
------------------------------------------------------x
                                                      :
In re:                                                :    Chapter 11
                                                      :
HO WAN KWOK, et al.,¹                                 :    Case No. 22-50073 (JAM)
                                                      :
              Debtors.                                :    (Jointly Administered)
                                                      :
------------------------------------------------------x
```

### <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 28, 2023, the foregoing Notice was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("<u>CM/ECF</u>") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated:     September 28, 2023
           New York, New York

                            By: */s/ G. Alexander Bongartz*
                               G. Alexander Bongartz (admitted *pro hac vice*)
                               PAUL HASTINGS LLP
                               200 Park Avenue
                               New York, New York 10166
                               (212) 318-6079
                               alexbongartz@paulhastings.com

                               *Counsel for Genever Holdings LLC*

---

¹  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## Exhibit A

**Invoice**

| Invoice |
|---------|

# Acheson Doyle PARTNERS

**Acheson Doyle Partners Architects, P.C.**
**226 West 26th Street, 5th Floor**
**New York, NY 10001-6700**
**Tel:  212-414-4500**
**info@adparchitects.com**

August 31, 2023
Project No:        52302.10
Invoice No:        24397

Genever Holdings LLC
c/o Luc A. Despins, as Chapter 11 Trustee for the
Estate of Ho Wan Kwok
Paul Hastings LLP
200 Park Avenue
New York, NY  10166

Project          52302.10          The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY -  Genever
                                   Holdings LLC Apt 1801 - Apartment Stabilization Project

Invoice to: G. Alexander Bongartz, Paul Hastings LLP *alexbongartz@paulhastings.com*

**Professional Services from August 01, 2023 to August 31, 2023**

Phase            01               Scope of Work Item A: Condition Report

**Fee is billed hourly, not to exceed $35,000**

- Project Administration (August 2023):
  Attend walk-throughs at Apt. 1801; photos to document Apt. 1801 site conditions; review scope of deficiencies

**Professional Personnel**

|                      | **Hours** | **Rate** | **Amount** |          |
|----------------------|-----------|----------|------------|----------|
| Principal            |           |          |            |          |
|   Acheson, David | 8.00      | 400.00   | 3,200.00   |          |
| Project Manager      |           |          |            |          |
|   Snyder, Brendon | .50       | 320.00   | 160.00     |          |
|     Totals | 8.50  |          | 3,360.00   |          |
| **Total Labor**      |           |          |            | **3,360.00** |
|                      |           |          | **Total this Phase** | **$3,360.00** |

Phase            RE               Reimbursable Expenses
**Unit Billing**

|                      |           |          |            |          |
|----------------------|-----------|----------|------------|----------|
| In House Printing (BW & Color) |           |          | 18.96      |          |
| **Total Units**      | 1.1 times | 18.96    |            | 20.86    |
|                      |           | **Total this Phase** |            | **$20.86** |
|                      |           | **Total Due This Invoice** |          | **$3,380.86** |

Thank you for your prompt payment.

| Project | 52302.10 | S/N- Genever Holdings LLC Apt 1801 | Invoice | 24397 |

# Billing Backup

Wednesday, September 27, 2023

Acheson Doyle Partners Architects, P.C.          Invoice 24397 Dated 8/31/2023                    10:46:52 AM

Project          52302.10                    The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY -  Genever
                                             Holdings LLC Apt 1801 - Apartment Stabilization Project

Phase          01                    Scope of Work Item A: Condition Report

**Total this Phase**          **$3,360.00**

Phase          RE                    Reimbursable Expenses

**Unit Billing**

  In House Printing (BW & Color)                                        18.96
                    **Total Units**                    **1.1 times**    **18.96**    **20.86**

**Total this Phase**          **$20.86**

**Total this Project**          **$3,380.86**

**Total this Report**          **$3,380.86**

# Print Activity Report

**Project Summary - Internal**

08/01/2023 to 08/31/2023

### 52302.10

**Standard Pricing**

**SN Inc. - 781 Fifth Avenue - Genever Holdings LLC Apt 1801 - Apartment Stabilization Pro**

| Description | Qty. × (Cost) / Charge | Cost | Charge |
|---|---|---:|---:|
| Canon iR ADV C5560i : Letter | 79 × (0.24) / 0.24 ea. | 18.96 | 18.96 |
| **Totals For : 52302.10 - SN Inc. - 781 Fifth Avenue - Genever Holdings LLC Apt 1801 - Ap** | | **$18.96** | **$18.96** |



Printed on 9/1/2023