AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Patrick R. Linsey | 2. PHONE NUMBER<br>(203) 821-2000 | 3. DATE<br>9/28/2023 |
| 4. DELIVERY ADDRESS OR EMAIL<br>Neubert, Pepe & Monteith, P.C., 195 Church Street | 5. CITY<br>New Haven | 6. STATE CT  7. ZIP CODE 06510 |
| 8. CASE NUMBER 22-50073  9. JUDGE Manning | DATES OF PROCEEDINGS<br>10. FROM 9/27/2023 | 11. TO 9/27/2023 |
| 12. CASE NAME<br>Ho Wan Kwok | LOCATION OF PROCEEDINGS<br>13. CITY Bridgeport | 14. STATE CT |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify)<br>Entire hearing | 9/27/2023 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [x] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE /s/Patrick R. Linsey

PROCESSED BY: Lorenzo M. Whitmore

19. DATE 9/28/2023

PHONE NUMBER: 203-579-5808

TRANSCRIPT TO BE PREPARED BY: Access Transcripts

COURT ADDRESS: 915 Lafayette Blvd. Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Wednesday September 27 2023

---

| 02:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** #2156; (ZG) Final Application for Compensation for Saxe Doernberger & Vita,P.C., Other Professional, Fee: $230,840.00, Expenses: $5,612.00. Filed by Saxe Doernberger & Vita,P.C., Attorney.

---

| 02:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** #2162; (ZG) Application to Employ Kroll, LLC as Forensic Investigators Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

# **Attorneys that appeared at the September 27, 2023 Hearing**

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Brian J Clifford**
Saxe Doernberger & Vita, P.C.
35 Nutmeg Drive
Suite 140
Trumbull, CT 06611

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

**Steven E. Mackey**
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Alan Pfeifer**
*Kroll, LLC*