**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                            :

In re:                                      :      Chapter 11
                                            :

HO WAN KWOK *et al.*,            :      Case No. 22-50073 (JAM)
                                            :

          Debtors.[1]                :      Jointly Administered
                                            :

                                                 RE: ECF No. 2248

**ORDER LIMITING SERVICE OF NOTICE OF MOTION OF CHAPTER 11 TRUSTEE,
PURSUANT TO BANKRUPTCY RULE 9019, REGARDING
SETTLEMENT WITH CASPER FIRM**

The Court having considered the motion (the "Motion") seeking to limit service of the *Motion of Chapter 11 Trustee, Pursuant to Bankruptcy Rule 9019, Regarding Settlement with Casper Firm* (the "9019 Motion")[2] to the Notice Parties, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408(2) and 1409; and after due deliberation and sufficient cause appearing to grant the relief requested by the motion, it is hereby ORDERED THAT

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the 9019 Motion.

1. The Motion is granted as set forth herein.

2. The 9019 Motion only needs to be served upon:

   i. the United States Trustee;

   ii. the Debtor;

   iii. the official committee of unsecured creditors;

   iv. the Casper Firm;

   v. all parties who receive notice in these chapter 11 cases by operation of the Court's electronic filing ("CM/ECF") system; and

   vi. any party who requested notice in these chapter 11 cases, but is unable to accept electronic filing as indicated on the Notice of Electronic Filing.

3. The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 10th day of October, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut