**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------x
:
In re:                           :    CHAPTER 11
:
HO WAN KWOK, *et al.*,[1]        :    CASE NO. 22-50073 (JAM)
:
          Debtors.               :    Jointly Administered
---------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned certifies that (i) on October 6, 2023, the *Motion of Chapter 11 Trustee, Pursuant to Bankruptcy Rule 9019, Regarding Settlement with Casper Firm* [ECF No. 2247] (the "9019 Motion") was filed by Luc A. Despins, as Chapter 11 Trustee for the debtor Ho Wan Kwok (the "Trustee) in the above-captioned jointly administered chapter 11 cases (collectively, the "Chapter 11 Case"), using the Court's case management/electronic case files system ("CM/ECF"); and (ii) on October 10, 2023, the Court's *Notice of Hearing* regarding the 9019 Motion [ECF No. 2250] (the "Hearing Notice" and, together with the 9019 Motion, the "Served Documents") was filed via CM/ECF. Notice of the Served Documents was sent on the date of filing via electronic mail automatically via CM/ECF to all parties appearing in the Chapter 11 Case that are able to receive electronic notice or, on or before the date following the date of filing via U.S. Mail, to the parties set forth on the attached **Exhibit A**.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated:  October 12, 2023  LUC A. DESPINS,
        New Haven, Connecticut  CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

**EXHIBIT A**

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042

Huizhen Wang, Yunxia Wu, Keyi Zilkie, and Chao-Chih Chiu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Epiq Corporate Restructuring, LLC
777 Third Avenue
12th Floor
New York, NY 10017

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

2

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Yongbing Zhang
223 West Jackson Bl;vd. #1012
Chicago, IL 60606

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694