AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions:*

| # | Field | Value |
|---|---|---|
| 1. | NAME | Patrick M. Birney |
| 2. | PHONE NUMBER | (860) 275-8275 |
| 3. | DATE | 10/17/2023 |
| 4. | DELIVERY ADDRESS OR EMAIL | pbirney@rc.com |
| 5. | CITY | Hartford |
| 6. | STATE | CT |
| 7. | ZIP CODE | 06103 |
| 8. | CASE NUMBER | 22-50073 |
| 9. | JUDGE | Judge Julie A. Manning |
| 10. | FROM | 10/17/2023 |
| 11. | TO | 10/17/2023 |
| 12. | CASE NAME | Ho Wan Kwok |
| 13. | CITY | Bridgeport |
| 14. | STATE | Connecticut |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Hearing | 10/17/2023 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES 1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /s/ Patrick M. Birney

PROCESSED BY: Lorenzo M. Whitmore

19. DATE: 10/17/2023

PHONE NUMBER: 203-579-5808

TRANSCRIPT TO BE PREPARED BY
Fiore Reporting and Transcription

COURT ADDRESS
915 Lafayette Blvd.
Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Tuesday October 17 2023

---

| 02:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** #1362; (ZG) Motion to Compel Compliance with Bk. Rule 2004 Subpoena by UBS AG Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

---

| 02:00 PM | 23-05007 | Genever Holdings LLC v. AIG Property Casualty Company |

**Matter:** #56; (ZG) Order Regarding Pretrial Conference

---

| 02:00 PM | 23-05017 | Despins et al v. Taurus Fund LLC et al |

**Matter:** #68; (ZG) Order Regarding Pretrial Conference

---

| 02:00 PM | 23-05018 | Despins, Luc A., Chapter 11 Trustee v. Golden Spring (New York) LTD et al |

**Matter:** # 19; (ZG) Order Regarding Pretrial Conference

# Parties That Appeared at the October 17, 2023 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Avram Emmanuel Luft**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601

**Lisa Fried**
Herbert Smith Freehills New York LLP
450 Lexington Avenue
14th Floor
New York, NY 10017

**John Frederick O'Connor, Jr**
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

**Michael T. McCormack**
O'Sullivan McCormack Jensen & Bliss PC
180 Glastonbury Boulevard
Suite 210
Glastonbury, CT 06033

**Michael P. Thompson**
Gordon & Rees LLP
Gordon Rees Scully Mansukhani
95 Glastonbury Boulevard
Suite 206
Glastonbury, CT 06033

**Michael T. Conway**
Lazare Potter Giacovas & Moyle LLP
747 Third Ave., 16th Floor
Fifth Floor
New York, NY 10017