## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 (JAM) |
| | : Jointly Administered |
| Debtor.[1] | : |
| | : |
| | : |

## SECOND MONTHLY FEE STATEMENT OF PULLMAN & COMLEY, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"), Pullman & Comley, LLC ("P&C") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), for the period from September 1, 2023 through and including September 30, 2023 (the "Fee Period"). By this Monthly Fee Statement, P&C respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $26,102.00 and $0.00, respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a timekeeper summary that includes the name, title, bar admission year, hourly billing rate, aggregate hours, and amount of fees earned for each P&C individual who provided services during the Fee Period. The rates charged by P&C for services rendered to the Committee are the same rates that P&C charges generally for professional services rendered to its non-bankruptcy clients.

2.      Attached hereto as **Exhibit B** is a summary of P&C's services rendered and compensation sought for the Fee Period organized by Task Code Summary.

3.      Attached hereto as **Exhibit C** are P&C's fee statements for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

4.      Notice of this Monthly Fee Statement will be given by email on the Notice Parties:  (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (iii) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (iv) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (v) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (vi) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman

(pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

5.      Objections to this Monthly Fee Statement, if any, must be filed by the Notice Parties with the Court and served upon (i) P&C and (ii) the Notice Parties by email no later than **October 30, 2023 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6.      If no objections to this Monthly Fee Statement are filed by the Objection Deadline, the estates shall promptly pay P&C 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

7.      To the extent that an objection to this Monthly Fee Statement is filed on or before the Objection Deadline, the estates shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: Bridgeport, Connecticut          Respectfully submitted,
       October 20, 2023

                                        **PULLMAN & COMLEY, LLC**

                                        */s/Irve J. Goldman*
                                        Irve J. Goldman, Esq. (ct02404)
                                        Kristin B. Mayhew, Esq. (ct20896)
                                        850 Main Street, 8th Floor
                                        P.O. Box 7006
                                        Bridgeport, CT 06601-7006
                                        Telephone: (203) 330-2200
                                        jgoldman@pullman.com
                                        kmayhew@pullcom.com

                                        *Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATION OF SERVICE

I, Irve J. Goldman, herby certify that on the 20th day of October, 2023, a true and correct copy of the foregoing was filed with the Court and served upon all parties that have filed a notice of appearance and request for notice electronically via the Court's CM/ECF electronic filing system.

*/s/Irve J. Goldman*
Irve J. Goldman, Esq. (ct02404)

- 4 -

ACTIVE/83201.1/IJG/11378312v1