# EXHIBIT A

## Monthly Fee Statement Summary

| Name | Title | Bar Admission | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Irve J. Goldman | Partner | 1984 | $580 | 23.4 | $13,572.00 |
| Jonathan A. Kaplan | Partner | 2005 | $440 | 20.7 | $9,108.00 |
| Kristin B. Mayhew | Partner | 1995 | $575 | 17.3 | $9,947.50 |

|  |  |
|---|---|
| Blended Hourly Rate: | $520.56 |
| Total Hours | 61.4 |
| Total Fees | $32,627.50 |

ACTIVE/83201.1/IJG/11378800v1