# **EXHIBIT B**

## **SUMMARY OF COMPENSATION BY PROJECT CATEGORY**

2

| **PROJECT CATEGORY** | **HOURS BILLED** | **AMOUNT** |
|---|---|---|
| Case Administration (B110) | 32.1 | $18,116.50 |
| Meetings and Communications With Creditors | 1.2 | $ 555.00 |
| Fee/Employment Applications (B160) | 20.0 | $ 9,703.00 |
| DIP Financing (B230) | 2.20 | $ 1,205.50 |
| Asset Analysis & Recovery (B120) | 5.90 | $ 3,047.50 |
| **TOTALS:** | **61.4** | **$32,627.50** |

ACTIVE/83201.1/IJG/11378831v1