# EXHIBIT C

**PULLMAN & COMLEY**
ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok  
Attn: Samuel Nunberg, Chairman  
600 South Dixie Highway, Suite 455  
West Palm Beach, FL 33401

October 18, 2023  
**Invoice #** 415775  
**Matter #** 083201.0001

**Re:    Case Administration**

For services rendered through September 30, 2023

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/23 | Goldman | Review of Kwok motion to stay bankruptcy proceedings (1.7); locate/review case authorities to use in opposition (1.3); conference call with Peter Friedman and Stuart Sarnoff re issues/strategy in responding to Kwok motion (.4); draft and transmit email to Committee re motion (.2) | 3.60 | 580.00 | 2088.00 |
| 09/01/23 | Goldman | Locate and review additional case authorities to use in support of trustee's emergency motion to enjoin Kwok motion in criminal case to stay bankruptcy proceedings (1.5) and review of debtor objection to trustee's motion for expedited hearing on his motion to enjoin (.3) | 1.80 | 580.00 | 1044.00 |
| 09/01/23 | Kaplan | Review Trustee's motion to enjoin debtor from prosecuting stay motion in criminal court | 0.60 | 440.00 | 264.00 |
| 09/05/23 | Mayhew | Review Chapter 11 Trustee's emergency motion to enjoin Debtor from prosecuting stay motion in criminal court and related pleadings | 0.40 | 575.00 | 230.00 |
| 09/05/23 | Mayhew | Review correspondence from J. Kaplan re update on pending matters and respond | 0.10 | 575.00 | 57.50 |
| 09/05/23 | Mayhew | Review Committee's draft joinder in emergency motion to enjoin Debtor's motion for stay and respond to I. Goldman re same | 0.30 | 575.00 | 172.50 |
| 09/05/23 | Mayhew | Review edits made by PAX to | 0.10 | 575.00 | 57.50 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Committee's joinder to Trustee's motion to enjoin Debtor | | | |
| 09/05/23 | Goldman | Draft joint stipulation and joinder of Committee and PAX in support of emergency motions of trustee to enjoin Kwok motion to stay bankruptcy proceedings (4.5); receipt, review of and incorporate PAX revisions and additions (.5) | 5.00 | 580.00 | 2900.00 |
| 09/05/23 | Kaplan | Review Debtor's Objection to Motion for Expedited Hearing on Emergency Motion to Enjoin, review Trustee's reply and Trustee's amended motion to address Ms. Wang's joinder in criminal case | 0.70 | 440.00 | 308.00 |
| 09/05/23 | Kaplan | Exchange emails with Mr. Goldman, Trustee, PAX regarding joinder to Trustee's Emergency Motion for Injunction Against Motion to Stay in criminal case | 0.40 | 440.00 | 176.00 |
| 09/06/23 | Kaplan | Emails related to joinder to Trustee's emergency motion | 0.30 | 440.00 | 132.00 |
| 09/06/23 | Goldman | Review of further revisions by PAX to joinder in trustee motion to enjoin debtor stay motion, and make additional minor revisions | 0.50 | 580.00 | 290.00 |
| 09/06/23 | Goldman | Receipt/review of comments from Luc Despins and team re draft of Committee/PAX joinder in motion to enjoin Kwok stay motion (.2); review of case cited in trustee comments and re-review case cites in joinder (1.0); locate/review case authorities re purpose of automatic stay to prevent interference with orderly case administration; add to joinder and otherwise revise joinder to accommodate trustee comments (1.8) | 3.00 | 580.00 | 1740.00 |
| 09/07/23 | Goldman | Make revisions to joinder in trustee motion to enjoin to incorporate PAX comments and exchange of emails with trustee and Peter Friedman re timing of filing | 0.30 | 580.00 | 174.00 |
| 09/07/23 | Goldman | Receipt/review of suggested revisions to joint statement/joinder from trustee counsel, incorporate into pleading (.6); proof read and forward to PAX attorneys for final approval before filing (.4); review and incorporate additional comments from Stuart Sarnoff (.2) | 1.20 | 580.00 | 696.00 |
| 09/07/23 | Kaplan | Review monthly operating report of Genever Holding for October 2022 | 0.30 | 440.00 | 132.00 |

Case Administration

Invoice No.: 415775
October 18, 2023
Page 3

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/07/23 | Mayhew | Review Judge Manning opinion re summary judgment | 0.30 | 575.00 | 172.50 |
| 09/11/23 | Mayhew | Review correspondence from Trustee's counsel, A. Bongartz and S. Meza regarding DIP loan issues | 0.30 | 575.00 | 172.50 |
| 09/12/23 | Mayhew | Review correspondence from Mr. Goldman regarding motion to enjoin and respond | 0.10 | 575.00 | 57.50 |
| 09/12/23 | Mayhew | Review Judge Manning's order denying motion to expedite hearing | 0.10 | 575.00 | 57.50 |
| 09/12/23 | Kaplan | Review order on emergency Motion for Injunction | 0.20 | 440.00 | 88.00 |
| 09/15/23 | Goldman | Check criminal docket for activity (.2); exchange of emails with Peter Friedman re filing of opposition to Kwok stay motion (.2); telephone conference with Luc Despins re opposition to Kwok stay motion (.2); prepare letter requesting permission from Judge Torres to file opposition papers (.3) | 0.90 | 580.00 | 522.00 |
| 09/19/23 | Mayhew | Review I. Goldman correspondence to Judge Torres overseeing criminal action | 0.10 | 575.00 | 57.50 |
| 09/19/23 | Mayhew | Correspondence to E. Grant re 341 meeting and hearing to approve Debtors' bidding procedures | 0.50 | 575.00 | 287.50 |
| 09/19/23 | Mayhew | Prepare for hearing on Chapter 11 Trustee's motion to remediate | 0.60 | 575.00 | 345.00 |
| 09/19/23 | Mayhew | Review Debtor's motion to extend time to respond to Chapter 11 Trustee's emergency motion to enjoin Debtor from prosecuting motion to stay bankruptcy proceeding | 0.10 | 575.00 | 57.50 |
| 09/19/23 | Kaplan | Review order authorizing six supplemental omnibus motion for rule 2004 examination | 0.20 | 440.00 | 88.00 |
| 09/19/23 | Kaplan | Review Debtor's motion to extend time to respond to Emergency Motion to Enjoin Debtor's Prosecution of Motion to Stay in criminal case | 0.20 | 440.00 | 88.00 |
| 09/20/23 | Mayhew | Review correspondence from L. Despins and I. Goldman re conference call and respond | 0.10 | 575.00 | 57.50 |
| 09/20/23 | Mayhew | Review cases construing the All Writs Act | 0.40 | 575.00 | 230.00 |
| 09/20/23 | Mayhew | Conference call with L. Despins and I. Goldman re Debtor's motion to stay bankruptcy proceeding | 0.10 | 575.00 | 57.50 |
| 09/20/23 | Mayhew | Draft Committee Joinder to objection to | 1.10 | 575.00 | 632.50 |

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Debtor's motion to stay Chapter 11 proceeding | | | |
| 09/20/23 | Mayhew | Correspondence to and from L. Despins and I. Goldman re joinder | 0.20 | 575.00 | 115.00 |
| 09/20/23 | Mayhew | Review Debtor's motion to stay and revise joinder to objection to stay motion | 1.10 | 575.00 | 632.50 |
| 09/20/23 | Goldman | Conference call with Luc Despins and Kristin Mayhew re Committee support/joinder for opposition to stay motion (.3); discuss content of joinder/opposition with Kristin Mayhew (.2) | 0.30 | 580.00 | 174.00 |
| 09/21/23 | Goldman | Review and make revisions to brief in support of denial of Kwok stay motions (.8) and confer with Kristin Mayhew re revisions (.3) | 1.10 | 580.00 | 638.00 |
| 09/21/23 | Mayhew | Review Chapter 11 Trustee's objection to Debtor's motion to stay and draft and review Committee's joinder | 2.00 | 575.00 | 1150.00 |
| 09/21/23 | Mayhew | Conference with I. Goldman re draft joinder | 0.20 | 575.00 | 115.00 |
| 09/21/23 | Mayhew | Draft and revise Committee's joinder to Chapter 11 Trustee's objection to Debtor's motion to stay bankruptcy case | 1.20 | 575.00 | 690.00 |
| 09/21/23 | Mayhew | Circulate draft joinder to Chapter 11 Trustee and PAX and revise draft accordingly | 0.60 | 575.00 | 345.00 |
| 09/22/23 | Mayhew | Review Government's opposition to Debtor's motion to stay bankruptcy proceeding | 0.40 | 575.00 | 230.00 |
| 09/22/23 | Goldman | Review of letter briefs of government and Sherry Netherland in opposition/response to Kwok motion for stay of bankruptcy proceedings | 0.50 | 580.00 | 290.00 |
| 09/25/23 | Mayhew | Review objection filed by Sherry Netherland to Kwok motion to stay bankruptcy fled in criminal action | 0.20 | 575.00 | 115.00 |
| 09/27/23 | Mayhew | Review notice filed by Chapter 11 Trustee regarding stay pleadings filed in the SDNY criminal action | 0.10 | 575.00 | 57.50 |
| 09/29/23 | Kaplan | Review G. Club's objection to proposed order/trustee's memorandum challenging privilege assertions | 0.30 | 440.00 | 132.00 |
| | | **Fees** | | | **$18,116.50** |

## Professional Summary

| **Professional** | **Title** | **Hours** | **Rate** | **Amount** |
|---|---|---:|---:|---:|
| Irve J. Goldman | Partner | 18.20 | 580.00 | 10,556.00 |
| Jonathan A. Kaplan | Partner | 3.20 | 440.00 | 1,408.00 |
| Kristin B. Mayhew | Partner | 10.70 | 575.00 | 6,152.50 |
| **Fees** | | | | **$18,116.50** |

| | |
|---|---:|
| **Total Fees** | **$18,116.50** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$18,116.50** |
| **Unpaid Balance from Previous Invoices** | **$23,538.10** |
| **Total Due** | **$41,654.60** |

# PULLMAN & COMLEY
### ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok  
Attn: Samuel Nunberg, Chairman  
600 South Dixie Highway, Suite 455  
West Palm Beach, FL 33401

October 18, 2023  
Invoice # 415775  
Matter # 083201.0001

Re:    Case Administration

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---|
| **Total Fees** | **$18,116.50** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$18,116.50** |
| **Unpaid Balance from Previous Invoices** | **$23,538.10** |
| **Total Due** | **$41,654.60** |

Remittance Address:

850 Main Street  
P.O. Box 7006  
Bridgeport, CT  06601-7006  
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

# PULLMAN & COMLEY
### ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok
Attn: Samuel Nunberg, Chairman
600 South Dixie Highway, Suite 455
West Palm Beach, FL 33401

October 18, 2023
**Invoice #** 415776
**Matter #** 083201.0002

**Re:**  **Meetings and Communications with Creditors**

For services rendered through September 30, 2023

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/23 | Kaplan | Email exchange with committee as to Motion to Stay in criminal matter and Motion to Enjoin in bankruptcy, as well as communications with trustee | 0.20 | 440.00 | 88.00 |
| 09/05/23 | Kaplan | Exchange emails with committee regarding no objection to second interim fee applications of Trustee's counsel | 0.30 | 440.00 | 132.00 |
| 09/07/23 | Kaplan | Email from Mr. Ning Ye and other committee members | 0.30 | 440.00 | 132.00 |
| 09/12/23 | Kaplan | Review email exchange with committee concerning hearing on 9/12, including orders on application for compensation, approving DIP financing/remediation of Sherry Netherlands, and refraining from ruling on emergency Motion for Injunction | 0.20 | 440.00 | 88.00 |
| 09/22/23 | Mayhew | Correspondence to Committee re: Kwok say motion | 0.20 | 575.00 | 115.00 |

**Fees**  **$555.00**

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jonathan A. Kaplan | Partner | 1.00 | 440.00 | 440.00 |
| Kristin B. Mayhew | Partner | 0.20 | 575.00 | 115.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

Case 22-50073  Doc 2269-3  Filed 10/20/23  Entered 10/20/23 15:31:08  Page 9 of 20
Meetings and Communications with Creditors

Invoice No.: 415776
October 18, 2023
Page 2

| | |
|---|---|
| **Fees** | **$555.00** |
| **Total Fees** | **$555.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$555.00** |
| **Unpaid Balance from Previous Invoices** | **$836.00** |
| **Total Due** | **$1,391.00** |

**PULLMAN & COMLEY**
ATTORNEYS AT LAW

| | |
|---|---|
| Official Committee of Unsecured Creditors of Ho Wan Kwok<br>Attn: Samuel Nunberg, Chairman<br>600 South Dixie Highway, Suite 455<br>West Palm Beach, FL 33401 | October 18, 2023<br>Invoice # 415776<br>Matter # 083201.0002 |

Re:   Meetings and Communications with Creditors

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---:|
| **Total Fees** | **$555.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$555.00** |
| **Unpaid Balance from Previous Invoices** | **$836.00** |
| **Total Due** | **$1,391.00** |

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com   Bridgeport   Hartford   Springfield   Stamford   Waterbury   Westport   White Plains



| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors of Ho Wan Kwok | | | | | October 18, 2023 |
| Attn: Samuel Nunberg, Chairman | | | | | **Invoice #** 415777 |
| 600 South Dixie Highway, Suite 455 | | | | | **Matter #** 083201.0003 |
| West Palm Beach, FL 33401 | | | | | |

**Re:     Fee/Employment Applications**

For services rendered through September 30, 2023

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/23 | Kaplan | Review application to employ Kroll as forensic investigators | 0.40 | 440.00 | 176.00 |
| 09/05/23 | Mayhew | Review correspondence from I. Goldman and C. Callari re PH and NPM fee applications | 0.10 | 575.00 | 57.50 |
| 09/05/23 | Goldman | Review of second interim fee applications of Paul Hastings and Neubert Pepe (1.2); telephone conferences with Peter Friedman re PAX and US Trustee position on fee applications (.3); telephone conference with Carollynn Callari re fee applications (.2); draft and transmit email to Committee re same (.2) | 1.70 | 580.00 | 986.00 |
| 09/05/23 | Kaplan | Review second interim fee applications of Paul Hastings and Neubert Pepe & Monteith | 1.50 | 440.00 | 660.00 |
| 09/07/23 | Kaplan | Review NPM interim compensation fee application - July 2023 | 1.10 | 440.00 | 484.00 |
| 09/08/23 | Kaplan | Review Harney, Westwood & Reigels Feel Application | 1.00 | 440.00 | 440.00 |
| 09/08/23 | Kaplan | Review Paul Hastings fee application - July 2023 | 1.50 | 440.00 | 660.00 |
| 09/08/23 | Kaplan | Review Epiq fee application - March - July 2023 | 1.00 | 440.00 | 440.00 |
| 09/08/23 | Goldman | Receipt/review and respond to email of Mr. Ye re zero effect of Kwok motion to stay bankruptcy proceedings if successful | 0.30 | 580.00 | 174.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com     Bridgeport     Hartford     Springfield     Stamford     Waterbury     Westport     White Plains

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/11/23 | Kaplan | Revised order approving Paul Hastings' second fee application | 0.30 | 440.00 | 132.00 |
| 09/11/23 | Kaplan | Revised proposed order approving Neubert Pepe's second fee application | 0.30 | 440.00 | 132.00 |
| 09/12/23 | Mayhew | Prepare for hearing on DIP motion and fee applications | 0.50 | 575.00 | 287.50 |
| 09/12/23 | Mayhew | Attend Zoom hearing before Judge Manning on DIP Financing Motion and fee application of Paul Hastings and Neubert Pepe & Montieth | 1.00 | 575.00 | 575.00 |
| 09/12/23 | Kaplan | Review order approving Paul Hastings and Neubert Pepe & Monteith's second interim fee application | 0.20 | 440.00 | 88.00 |
| 09/18/23 | Mayhew | Review correspondence from I. Goldman re P&C monthly fee statement and obtain invoices and review same | 0.40 | 575.00 | 230.00 |
| 09/18/23 | Mayhew | Conference with I. Goldman re fee statement | 0.10 | 575.00 | 57.50 |
| 09/19/23 | Mayhew | Review correspondence from J. Kaplan re Saxe Doernberger fee application | 0.10 | 575.00 | 57.50 |
| 09/19/23 | Mayhew | Begin preparing monthly fee statement | 0.20 | 575.00 | 115.00 |
| 09/19/23 | Mayhew | Attention to calculation of August fee statement | 0.20 | 575.00 | 115.00 |
| 09/19/23 | Mayhew | Draft and revise P&C's monthly fee statement for August | 0.50 | 575.00 | 287.50 |
| 09/19/23 | Mayhew | Draft Exhibit B to Fee Statement | 0.30 | 575.00 | 172.50 |
| 09/19/23 | Kaplan | Review fee application of SVD - Sherry Netherlands Insurance Litigation | 0.80 | 440.00 | 352.00 |
| 09/20/23 | Mayhew | Correspondence to I. Goldman re monthly fee statement | 0.10 | 575.00 | 57.50 |
| 09/20/23 | Mayhew | Revise P&C monthly fee statement | 0.20 | 575.00 | 115.00 |
| 09/20/23 | Mayhew | Finalize monthly fee statement for filing | 0.30 | 575.00 | 172.50 |
| 09/21/23 | Kaplan | Review August 2023 Fee Statement of Paul Hastings | 0.50 | 440.00 | 220.00 |
| 09/21/23 | Kaplan | Review August 2023 Fee Statement of Epiq | 0.50 | 440.00 | 220.00 |
| 09/21/23 | Kaplan | Review August 2023 Fee Statement of Neubert Pepe Monteith | 0.50 | 440.00 | 220.00 |
| 09/25/23 | Mayhew | Review scheduling order for fee applications | 0.10 | 575.00 | 57.50 |
| 09/27/23 | Kaplan | Review fee statement of Epic for March to July 2023 | 0.70 | 440.00 | 308.00 |
| 09/27/23 | Kaplan | Review fee statement of Paul Hasting for July 2023 | 1.50 | 440.00 | 660.00 |

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/27/23 | Kaplan | Review fee statement of Neubert Pepe & Monteith for July 2023 | 0.70 | 440.00 | 308.00 |
| 09/27/23 | Kaplan | Review fee statement of BVI Counsel for March to July 2023 | 0.70 | 440.00 | 308.00 |
| 09/27/23 | Goldman | Review Jon Kaplan email summarizing monthly fee statements (.2); check with Luc Despins re Trustee position and get back to Jon Kaplan with instructions re communicating with committee (.2) | 0.40 | 580.00 | 232.00 |
| 09/28/23 | Mayhew | Review correspondence from J. Kaplan to Committee re fee statement | 0.10 | 575.00 | 57.50 |
| 09/28/23 | Kaplan | Notice of first invoice from Doyle Partners Architects | 0.20 | 440.00 | 88.00 |

**Fees** $9,703.00

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Irve J. Goldman | Partner | 2.40 | 580.00 | 1,392.00 |
| Jonathan A. Kaplan | Partner | 13.40 | 440.00 | 5,896.00 |
| Kristin B. Mayhew | Partner | 4.20 | 575.00 | 2,415.00 |

**Fees** $9,703.00

**Total Fees** $9,703.00
**Total Disbursements** $0.00

**Total Due This Invoice** $9,703.00

**Unpaid Balance from Previous Invoices** $22,753.00

**Total Due** $32,456.00

# PULLMAN & COMLEY
### ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok  
Attn: Samuel Nunberg, Chairman  
600 South Dixie Highway, Suite 455  
West Palm Beach, FL 33401

October 18, 2023  
Invoice # 415777  
Matter # 083201.0003

Re:     Fee/Employment Applications

**Kindly reference this invoice number on your check and return this page with your payment.**

|  |  |
|---|---|
| **Total Fees** | **$9,703.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$9,703.00** |
| **Unpaid Balance from Previous Invoices** | **$22,753.00** |
| **Total Due** | **$32,456.00** |

Remittance Address:

850 Main Street  
P.O. Box 7006  
Bridgeport, CT  06601-7006  
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com       Bridgeport       Hartford       Springfield       Stamford       Waterbury       Westport       White Plains

**PULLMAN & COMLEY**
ATTORNEYS AT LAW

| | |
|---|---|
| Official Committee of Unsecured Creditors of Ho Wan Kwok<br>Attn: Samuel Nunberg, Chairman<br>600 South Dixie Highway, Suite 455<br>West Palm Beach, FL 33401 | October 18, 2023<br>**Invoice #** 415778<br>**Matter #** 083201.0004 |

**Re:    DIP Financing**

For services rendered through September 30, 2023

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/11/23 | Kaplan | Revised proposed DIP Order for Sherry Netherland repairs | 0.30 | 440.00 | 132.00 |
| 09/11/23 | Goldman | Review of revised proposed DIP order and underlying motion and draft and transmit email to Luc Despins and Doug Barrows re clarifying points | 1.30 | 580.00 | 754.00 |
| 09/11/23 | Goldman | Receipt/review of responses to my questions in DIP financing from Alex Bongartz and draft/transmit reply with additional question | 0.30 | 580.00 | 174.00 |
| 09/12/23 | Kaplan | Review order approving DIP Motion for Remediation to Sherry Netherlands | 0.20 | 440.00 | 88.00 |
| 09/12/23 | Mayhew | Correspondence to Mr. Goldman and Mr. Kaplan regarding hearing on DIP motion | 0.10 | 575.00 | 57.50 |
| | | **Fees** | | | **$1,205.50** |

**Professional Summary**

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Irve J. Goldman | Partner | 1.60 | 580.00 | 928.00 |
| Jonathan A. Kaplan | Partner | 0.50 | 440.00 | 220.00 |
| Kristin B. Mayhew | Partner | 0.10 | 575.00 | 57.50 |
| | **Fees** | | | **$1,205.50** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

|  |  |
|---|---:|
| **Total Fees** | **$1,205.50** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$1,205.50** |
| **Unpaid Balance from Previous Invoices** | **$741.00** |
| **Total Due** | **$1,946.50** |

**PULLMAN & COMLEY**
ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok  
Attn: Samuel Nunberg, Chairman  
600 South Dixie Highway, Suite 455  
West Palm Beach, FL 33401

October 18, 2023  
Invoice # 415778  
Matter # 083201.0004

Re:    DIP Financing

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---:|
| **Total Fees** | **$1,205.50** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$1,205.50** |
| **Unpaid Balance from Previous Invoices** | **$741.00** |
| **Total Due** | **$1,946.50** |

Remittance Address:

850 Main Street  
P.O. Box 7006  
Bridgeport, CT  06601-7006  
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains



Official Committee of Unsecured Creditors of Ho Wan Kwok  
Attn: Samuel Nunberg, Chairman  
600 South Dixie Highway, Suite 455  
West Palm Beach, FL 33401

October 18, 2023  
**Invoice #** 415779  
**Matter #** 083201.0005

**Re:**   **Asset Analysis and Recovery**

For services rendered through September 30, 2023

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/23 | Kaplan | Review update from Taurus Fund regarding agreement with security firm | 0.20 | 440.00 | 88.00 |
| 09/06/23 | Kaplan | Review Answer to Complaint by Taurus Fund, et al. | 0.50 | 440.00 | 220.00 |
| 09/06/23 | Kaplan | Review response of Taurus Fund regarding security services declaration | 0.30 | 440.00 | 132.00 |
| 09/07/23 | Kaplan | Review order granting summary judgment in Trustee's favor in the US Bank Escrow Funds adversary proceedings | 0.70 | 440.00 | 308.00 |
| 09/08/23 | Kaplan | Review supplemental statement regarding remediation of sherry netherlands, including asbestos related work and revised order | 0.30 | 440.00 | 132.00 |
| 09/14/23 | Kaplan | Review Notice of Appeal by HK USA regarding summary judgment order | 0.20 | 440.00 | 88.00 |
| 09/18/23 | Mayhew | Conference with I. Goldman re hearing on motion to remediate Sherry Netherland | 0.10 | 575.00 | 57.50 |
| 09/19/23 | Mayhew | Review correspondence from I. Goldman re hearing on Sherry-Netherland remediation motion and respond | 0.10 | 575.00 | 57.50 |
| 09/19/23 | Mayhew | Travel to and from Bridgeport Bankruptcy Court and attend hearing on Chapter 11 Trustee's motion to remediate Sherry-Netherland apartment | 1.50 | 575.00 | 862.50 |
| 09/19/23 | Goldman | Review of prior emails with Paul | 1.20 | 580.00 | 696.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Hastings re remediation motion and prior marked draft to incorporate any comments (.8); draft/transmit email to Kristin Mayhew re issues addressed and reporting to Court at hearing concerning resolution of issues (.4) | | | |
| 09/19/23 | Kaplan | Review order authorizing remediation of Sherry Netherland | 0.20 | 440.00 | 88.00 |
| 09/20/23 | Mayhew | Review Judge Dooley's decision denying motion for stay pending appeal of HK USA alter ego decision | 0.10 | 575.00 | 57.50 |
| 09/26/23 | Mayhew | Review objection by G Club Operations to supplemental order approving settlement with Assignee HCHK | 0.20 | 575.00 | 115.00 |
| 09/26/23 | Mayhew | Review correspondence from L. Despins re possible sale of the Lady May II | 0.10 | 575.00 | 57.50 |
| 09/27/23 | Kaplan | Review G Club's opposition to proposed supplemental order regarding settlement with assignee of HCHK Entities | 0.20 | 440.00 | 88.00 |

**Fees** $3,047.50

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Irve J. Goldman | Partner | 1.20 | 580.00 | 696.00 |
| Jonathan A. Kaplan | Partner | 2.60 | 440.00 | 1,144.00 |
| Kristin B. Mayhew | Partner | 2.10 | 575.00 | 1,207.50 |

**Fees** $3,047.50

**Total Fees** $3,047.50
**Total Disbursements** $0.00

**Total Due This Invoice** $3,047.50

**Unpaid Balance from Previous Invoices** $40,341.00

**Total Due** $43,388.50

# PULLMAN & COMLEY
### ATTORNEYS AT LAW

Official Committee of Unsecured Creditors of Ho Wan Kwok  
Attn: Samuel Nunberg, Chairman  
600 South Dixie Highway, Suite 455  
West Palm Beach, FL 33401

October 18, 2023  
Invoice # 415779  
Matter # 083201.0005

Re:     Asset Analysis and Recovery

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---:|
| **Total Fees** | **$3,047.50** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$3,047.50** |
| **Unpaid Balance from Previous Invoices** | **$40,341.00** |
| **Total Due** | **$43,388.50** |

Remittance Address:

850 Main Street  
P.O. Box 7006  
Bridgeport, CT  06601-7006  
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains