**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------------x
                                                               :
In re:                                                         : Chapter 11
                                                               :
HO WAN KWOK, *et al.*,                                         : Case No. 22-50073 (JAM)
                                                               :
        Debtors.[1]                                  : Jointly Administered
                                                               :
---------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF O'SULLIVAN MCCORMACK JENSEN & BLISS
PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD
<u>FROM JULY 27, 2023 THROUGH AUGUST 31, 2023</u>**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "<u>Interim Compensation Order</u>"),[2] O'Sullivan McCormack Jensen & Bliss PC ("OMJB") hereby submits this monthly statement (the "<u>Monthly Fee Statement</u>") seeking compensation for services rendered and reimbursement of expenses incurred as Special Insurance Counsel to Genever Holdings LLC ("<u>Genever (US)</u>"), for the period from July 27, 2023, shortly after OMJB was retained as Special Insurance Counsel in replacement of Saxe Doernberger & Vita, PC, through and including August 31, 2023 (the "<u>Fee Period</u>"). By this Monthly Fee Statement, OMJB respectfully requests payment of 80% of all fees and 100% of all

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $78,500.00 and $1,748.56, respectively.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as Exhibit A is a timekeeper summary that includes the name, title, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each OMJB individual who provided services during the Fee Period. The rates charged by OMJB for services rendered to Genever (US) are the same rates that OMJB charges generally for professional services rendered to its non-bankruptcy clients.

2. Attached hereto as Exhibit B is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

3. Attached hereto as Exhibit C is the fee statement of OMJB for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

4. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut

06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

5.  Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Special Insurance Counsel to Genever (US), O'Sullivan McCormack Jensen & Bliss PC (Attn: Michael T. McCormack (mmccormack@omjblaw.com) (ii) the Notice Parties by email no later than **November 10, 2023 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6.  If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, Genever (US) shall promptly pay OMJB 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

7.  To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: October 20, 2023
       Glastonbury, Connecticut

By: */s/Michael T. McCormack*
Michael T. McCormack (ct13799)
Timothy P. Jensen (ct18888)
Amy E. Markim (ct27974)
O'Sullivan McCormack Jensen & Bliss PC
180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033

Tel: 860-258-1993
Fax: 860-258-1991
mmccormack@omjblaw.com
tjensen@omjblaw.com
amarkim@omjblaw.com

*Special Insurance Coverage Counsel for*
*Debtor-In-Possession Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

--------------------------------------------------------x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
HO WAN KWOK, *et al.*,[1]                               :   Case No. 22-50073 (JAM)
                                                        :
        Debtors.                                        :   (Jointly Administered)
                                                        :
--------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 20, 2023, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

Dated: October 20, 2023
      New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**EXHIBIT A**

### HOURS AND RATES PER TIMEKEEPER

| Name | Bar Date | Hourly Rate Billed | Hours Billed | Total Fees Billed |
|---|---|---|---|---|
| Timothy P. Jensen, Shareholder | 1997 | $450.00 | 99.7 | $44,865.00 |
| Amy Markim, Shareholder, | 2008 | $350.00 | 65.5 | $22,925.00 |
| Michael McCormack, Shareholder | 1993 | $400.00 | 46.7 | $18,680.00 |
| Michelle Seery, Counsel | 1989 | $300.00 | 27.1 | $8,130.00 |
| Melissa Gambardella, Paralegal | | $125.00 | 28.2 | $3,525.00 |
| **Total** | | | | **$98,125.00** |

**EXHIBIT B**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

| Expense Category | Amount |
|---|---:|
| PACER – Month of July | $12.50 |
| PACER – Month of August | $268.70 |
| Copying – Month of August | $101.60 |
| Westlaw – Month of August | $1,365.76 |
| **TOTAL** | **$1,748.56** |

## **EXHIBIT C**

**TIME AND EXPENSE DETAIL**



180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 27021
Date: 09/25/2023

Genever Holdings LLC
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

**Services**

| Date | Attorney | Activity | Time | Rate | Total |
|---|---|---|---|---|---|
| 07/27/2023 | MTM | Telephone conference with Luc Despins re status and strategy re coverage litigation | 0.70 | $400.00 | $280.00 |
| 07/30/2023 | MTM | Draft application re Genever Holdings retention of OMJB as special counsel and draft declaration of Michael McCormack in support of application | 1.70 | $400.00 | $680.00 |
| 07/31/2023 | MTM | Revise and supplement special counsel retention and application for approval of same (.4); email correspondence to Attny Despins re draft documents (.1); email communications with Saxe Doernberger and Attny Despins re document and file transfer issues (.3); review of revised special counsel retention application (.2) | 1.00 | $400.00 | $400.00 |
| 07/31/2023 | MTM | Review and analysis of Genever Holdings interested parties document re conflicts review | 0.20 | $400.00 | $80.00 |
| 07/31/2023 | MTM | Review case background information | 0.50 | $400.00 | $200.00 |
| 07/31/2023 | MTM | Review of revised draft application to retain OMJB; attention to conflict issues | 0.30 | $400.00 | $120.00 |
| 07/31/2023 | TPJ | Review case background information | 0.50 | $450.00 | $225.00 |
| 07/31/2023 | MTM | Review of revised draft application to retain OMJB; attention to conflict search issues | 0.30 | $400.00 | $120.00 |
| 08/01/2023 | MTM | Attention to issues re deadline re opposition to AIG motion to file appeal; review court docket re same | 0.30 | $400.00 | $120.00 |
| 08/01/2023 | AM | Review/analyze adversary complaint and decision re: preliminary injunction (1.3); conference with L. Despins, M. McCormack, and T. Jensen re: overview and next steps (1.3); strategy conference with M. McCormack and T. Jensen (1.0). | 3.60 | $350.00 | $1,260.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/2023 | MTM | Review of complaint, answer, defenses, and AIG Motion for Leave to Appeal received from Saxe Doernberger re factual and legal issues (1.5); conference with L. Despins re status and strategy re AIG adversary proceeding (1.2); attention to issues re motion for summary judgment; discovery and opposition to motion to file appeal (.3) | 3.00 | $400.00 | $1,200.00 |
| 08/01/2023 | MTM | Review of amended application for retention of counsel and order re same; attention to conflict issues re relationships re interested parties | 0.30 | $400.00 | $120.00 |
| 08/01/2023 | AM | Analysis of policies. | 1.30 | $350.00 | $455.00 |
| 08/01/2023 | MTM | Email communications with Attny Bongartz re retention application and interested party conflict review | 0.10 | $400.00 | $40.00 |
| 08/01/2023 | MBG | Compare list of SVD documents to files sent to confirm all were received; email to SDV re missing document; begin review of and downloading docket in Adversary Proceeding. . | 1.70 | $125.00 | $212.50 |
| 08/01/2023 | TPJ | Review and analysis of background documents and communications re same | 2.80 | $450.00 | $1,260.00 |
| 08/02/2023 | AM | Continued analysis of policies; review of discovery requests and draft motion to compel. | 3.50 | $350.00 | $1,225.00 |
| 08/02/2023 | MTM | Revise McCormack declaration in support of application re retention as special counsel | 0.20 | $400.00 | $80.00 |
| 08/02/2023 | MTM | Telephone conferences and email communications with Attny Despins re application for retention and opposition to AIG motion to file interlocutory appeal | 0.60 | $400.00 | $240.00 |
| 08/02/2023 | MBG | Further review and downloading pleadings from Adversary Proceeding docket. | 2.70 | $125.00 | $337.50 |
| 08/02/2023 | TPJ | Outlining projects and deadlines (1.3). Communications re declaration and related filings (.4). Reviewing background information (2.1). | 3.80 | $450.00 | $1,710.00 |
| 08/03/2023 | MTM | Revise and supplement special counsel declaration | 0.30 | $400.00 | $120.00 |
| 08/03/2023 | AM | Document review and analysis. | 4.20 | $350.00 | $1,470.00 |
| 08/03/2023 | MBG | Download Adv. Pro. pleadings; begin drafting AEM, MTM and TPJ appearances for Adv. Pro. and Appeal cases. | 1.20 | $125.00 | $150.00 |
| 08/03/2023 | TPJ | Continue reading background documents related to preliminary injunction and appeal of same (2.3). Communications with LD re strategy for opposing motion for leave to appeal (.5). Background legal research re appealing preliminary injunction from bankruptcy court (2.9). | 5.70 | $450.00 | $2,565.00 |
| 08/04/2023 | MTM | Attention to final revisions re special counsel declaration; email correspondence with Alex Bongartz re same | 0.10 | $400.00 | $40.00 |
| 08/04/2023 | AM | Review/analyze bankruptcy court requirements and policies. | 1.90 | $350.00 | $665.00 |
| 08/04/2023 | TPJ | Continue analysis of opposing motion for leave to appeal preliminary injunction ruling (1.5). Legal research re appealing order (.5). Outlining arguments to oppose motion (.6). Attend to appearance (.2). | 2.80 | $450.00 | $1,260.00 |
| 08/05/2023 | TPJ | Outlining arguments supporting opposition to motion for leave to appeal order. | 2.10 | $450.00 | $945.00 |
| 08/06/2023 | TPJ | Review and analysis of cases (1.5). Drafting opposition brief to motion for leave to appeal (1.5). | 3.00 | $450.00 | $1,350.00 |
| 08/07/2023 | MTM | Review of Luc Despins notes re summary judgment and Rule 56 | 0.50 | $400.00 | $200.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | statement of facts; brief review of drafts of motions for summary judgment and Rule 56 statements; email communications with Attny Despins re same | | | |
| 08/07/2023 | TPJ | Drafting opposition brief to motion for leave to appeal. | 7.70 | $450.00 | $3,465.00 |
| 08/08/2023 | MTM | Telephone conference with John O'Connor re Genever holdings representation, status of discovery and response to motion to appeal | 0.10 | $400.00 | $40.00 |
| 08/08/2023 | MTM | Review of Rule 56 statement of fact and motion for summary judgment and Attny Despins comments and revisions re same (.9); review of preliminary injunction pleadings and exhibits in preparation re summary judgment proceeding (.7) | 1.60 | $400.00 | $640.00 |
| 08/08/2023 | AM | Revise/supplement opposition to motion for leave to appeal. | 2.50 | $350.00 | $875.00 |
| 08/08/2023 | MTM | Review and revise draft brief in opposition to motion to appeal interlocutory order | 0.60 | $400.00 | $240.00 |
| 08/08/2023 | MBG | Begin review of Rule 56 Statement of Undisputed Facts and Memorandum of Law in support of Motion for Summary Judgment and incorporating requested revisions to same. | 1.70 | $125.00 | $212.50 |
| 08/08/2023 | TPJ | Continue drafting opposition brief to motion for leave to appeal order (1.1). Communications with AM re brief and pending projects (1). | 2.10 | $450.00 | $945.00 |
| 08/09/2023 | MTM | Analysis and strategy re cancellation and reinstatement issues re excess liability policies | 0.80 | $400.00 | $320.00 |
| 08/09/2023 | TPJ | Continue drafting and revising opposition brief (6). Finalize and file brief(1). Reviewing hearing transcript(1). | 8.00 | $450.00 | $3,600.00 |
| 08/09/2023 | AM | Confer with M. McCormack re: policy cancellation/reinstatement/excess policy status. | 0.60 | $350.00 | $210.00 |
| 08/10/2023 | AM | Confer with T. Jensen re: policy cancellation/reinstatement. | 0.60 | $350.00 | $210.00 |
| 08/10/2023 | TPJ | Communications with AM re excess policy and strategy re same (.3). Communications re strategy and discovery (.3). Outlining discovery (2). | 2.60 | $450.00 | $1,170.00 |
| 08/10/2023 | MTM | Attention to discovery issues re AIG and Genever document production; email communications with Attny Eddy re same | 0.50 | $400.00 | $200.00 |
| 08/10/2023 | MTM | Telephone conference with L. Despins re discovery and summary judgment issues | 0.20 | $400.00 | $80.00 |
| 08/11/2023 | AM | Analysis of MSJ; conference with Luc and MTM and TPJ re: discovery and msj; analyze and collect documents responsive to discovery; analyze hearing from preliminary injunction hearing. | 8.30 | $350.00 | $2,905.00 |
| 08/11/2023 | MTM | Review of draft brief re motion for summary judgment and draft statement of facts; attention to evidentiary support documents re statement of facts | 0.80 | $400.00 | $320.00 |
| 08/11/2023 | MTM | Telephone conference with Luc Despins re discovery and strategy re summary judgment (1.2); analysis and strategy re motion for summary judgment (.3) | 1.50 | $400.00 | $600.00 |
| 08/11/2023 | MTM | Review and analysis of communications re AIG request for documents and examination under oath issues | 0.20 | $400.00 | $80.00 |
| 08/11/2023 | MTM | Conference with A. Markim re AIG requests for documents and examination under oath | 0.20 | $400.00 | $80.00 |
| 08/11/2023 | MBG | Review of Statement of Undisputed Facts and begin collating exhibits referenced in same. | 0.70 | $125.00 | $87.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/11/2023 | TPJ | Reviewing discovery requests and responses, preliminary injunction documents (2.3). Call with LD re projects and strategy (.5). Communications with LD and internally re MSJ, discovery and strategy. (2.7) | 5.50 | $450.00 | $2,475.00 |
| 08/12/2023 | TPJ | Continue reviewing discovery responses and documents from injunction hearing. | 2.20 | $450.00 | $990.00 |
| 08/13/2023 | TPJ | Reviewing, commenting on, draft memorandum in support of summary judgment | 1.60 | $450.00 | $720.00 |
| 08/14/2023 | AM | Attention to summary judgment and discovery. | 4.40 | $350.00 | $1,540.00 |
| 08/14/2023 | MBG | Draft Responses to AIG's requests for production directed to Genever Holdings. | 0.60 | $125.00 | $75.00 |
| 08/14/2023 | MBG | Further review of SUF in support of MSJ to collate exhibits referenced therein from SDV documents and modify exhibits | 0.90 | $125.00 | $112.50 |
| 08/14/2023 | TPJ | Continue reviewing and commenting on draft memo in support of summary judgment | 2.00 | $450.00 | $900.00 |
| 08/15/2023 | AM | Legal research for msj: REDACTED REDACTED | 4.20 | $350.00 | $1,470.00 |
| 08/15/2023 | TPJ | Drafting discovery responses to AIG RFP (1). Continue review of summary judgment brief (1). Legal research re REDACTED under NY and federal law (2) | 4.00 | $450.00 | $1,800.00 |
| 08/16/2023 | TPJ | Drafting requests for production to AIG (2). Review AIG privilege log for purposes of deficiency letter (1.2). Research re REDACTED (.7). | 3.90 | $450.00 | $1,755.00 |
| 08/16/2023 | MBG | Begin review and index of AIG document production | 1.40 | $125.00 | $175.00 |
| 08/17/2023 | MBG | Further review and index of AIG document production | 2.10 | $125.00 | $262.50 |
| 08/17/2023 | TPJ | Continue working on draft discovery requests to AIG (2.9). Continue work on draft summary judgment memorandum(1.1). Review decision on motion to appeal (.3). Reviewing documents and emails sent by LD (2). | 6.30 | $450.00 | $2,835.00 |
| 08/18/2023 | MTM | Review of order denying motion to file appeal | 0.20 | $400.00 | $80.00 |
| 08/18/2023 | TPJ | Reviewing AIG document production (2). Reviewing documents from LD (.8). Reviewing documents to produce to AIG(1.1). | 3.90 | $450.00 | $1,755.00 |
| 08/18/2023 | MBG | Further review and index of AIG document production. | 0.80 | $125.00 | $100.00 |
| 08/18/2023 | MBG | Collate documents of interest from AIG document production into review folder. | 0.70 | $125.00 | $87.50 |
| 08/21/2023 | MTM | Review of email communications re repairs and mitigation issues; status of insurer repair payments | 0.30 | $400.00 | $120.00 |
| 08/21/2023 | MTM | Review of court order re interim fee applications and approval procedures re same | 0.20 | $400.00 | $80.00 |
| 08/21/2023 | AM | Attention to summary judgment (3.7); call with Luc, TPJ, MTM (.7); meeting with TPJ and MTM (.5). | 4.90 | $350.00 | $1,715.00 |
| 08/21/2023 | MTM | Conference with L. Despins, T. Jensen & A. Markim re discovery and coverage issues | 0.70 | $400.00 | $280.00 |
| 08/21/2023 | MTM | Review of policies re duty to cooperate issues raised by Attny O'Connor (.5) ; analysis and strategy re potential motion for summary judgment and | 1.00 | $400.00 | $400.00 |

|            |     | AIG defenses to same re coverage (.5)                                                                                                                                                                                                                                                                                                                                      |      |          |           |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|-----------|
| 08/21/2023 | MTM | Review of pertinent documents from AIG production re preparation for discovery and summary judgment against AIG (.8); revise and supplement draft requests for production to AIG (.9).                                                                                                                                                                                     | 1.70 | $400.00  | $680.00   |
| 08/21/2023 | MBG | Further review and index of AIG document production.                                                                                                                                                                                                                                                                                                                       | 1.80 | $125.00  | $225.00   |
| 08/21/2023 | TPJ | Communications re strategy and discovery (1.2). Analysis re REDACTED REDACT... (1.7). Reviewing documents from LD(1.3).                                                                                                                                                                                                                                                    | 4.20 | $450.00  | $1,890.00 |
| 08/22/2023 | AM  | Work on msj and discovery.                                                                                                                                                                                                                                                                                                                                                 | 8.20 | $350.00  | $2,870.00 |
| 08/22/2023 | MTM | Review of email from Attny O'Connor and proposed amended answer; email correspondence with Luc Despins re same                                                                                                                                                                                                                                                             | 0.20 | $400.00  | $80.00    |
| 08/22/2023 | MTM | Review of homeowner policies re replacement cost coverage payments and deductible issues; analysis of occurrence issues re AIG requests for information per conditions of policy (1.0); review of liability and excess policy language re intentional act and occurrence language and AIG requests for information under the policy (.4); conference with Luc Despins re AIG requests for information and examination under oath (.4) | 1.80 | $400.00  | $720.00   |
| 08/22/2023 | MTM | Review bankruptcy order re approval of OMJB as special insurance coverage counsel                                                                                                                                                                                                                                                                                          | 0.10 | $400.00  | $40.00    |
| 08/22/2023 | MTM | Review and analysis of cases re AIG request to amend answer to withdraw admissions (.8); review and analysis of New York cases re all risk policy REDACTED and declaratory judgment coverage issues re motion for summary judgment (.7); revise and supplement statement of facts and supporting documents re property loss coverage claim (2.2) | 3.70 | $400.00  | $1,480.00 |
| 08/22/2023 | MBG | Further review and index of AIG document production.                                                                                                                                                                                                                                                                                                                       | 3.10 | $125.00  | $387.50   |
| 08/22/2023 | TPJ | Attend to discovery compliance with requests for production (1). Communications with AM re compliance(.3).                                                                                                                                                                                                                                                                 | 1.30 | $450.00  | $585.00   |
| 08/23/2023 | MTM | Review of portions of preliminary injunction hearing transcript re REDACTED REDACTED                                                                                                                                                                                                                                                                                       | 0.50 | $400.00  | $200.00   |
| 08/23/2023 | MBG | Complete review and index of AIG document production.                                                                                                                                                                                                                                                                                                                      | 4.20 | $125.00  | $525.00   |
| 08/23/2023 | AM  | Attention to written discovery.                                                                                                                                                                                                                                                                                                                                            | 7.20 | $350.00  | $2,520.00 |
| 08/23/2023 | TPJ | Review and revise memorandum in support of summary judgment(2.5). Review statement of facts(1). Communications with AM re projects and strategy(.5). Drafting deficiency letter(1).                                                                                                                                                                                        | 5.00 | $450.00  | $2,250.00 |
| 08/24/2023 | MTM | Analysis re REDACTED REDACTED                                                                                                                                                                                                                                                                                                                                              | 0.60 | $400.00  | $240.00   |
| 08/24/2023 | MMS | Email communications regarding research issue involving REDACTED REDACTED (.2); begin legal research; lengthy conference with Atty Markim; conference with Attys Markim and McCormack;                                                                                                                                                                                     | 6.30 | $300.00  | $1,890.00 |
| 08/24/2023 | AM  | Conference with M. Seery re: legal research re: REDACTED and REDACTED continue revising/supplementing discovery requests to AIG.                                                                                                                                                                                                                                           | 3.30 | $350.00  | $1,155.00 |
| 08/24/2023 | MTM | Email correspondence to Attny O'Connor re discovery and pleading issues                                                                                                                                                                                                                                                                                                    | 0.20 | $400.00  | $80.00    |
| 08/24/2023 | TPJ | Continue to work on summary judgment brief and attend to discovery matters.                                                                                                                                                                                                                                                                                                | 2.20 | $450.00  | $990.00   |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/24/2023 | MTM | Email communications with L. Despins re AIG proposed answer (.2);Email communications with Attny O'Connor re AIG motion to depose Kwok and proposed amended answer (.2) | 0.40 | $400.00 | $160.00 |
| 08/24/2023 | MTM | Continue drafting and revising brief in support of motion for summary judgment re declaratory relief; review of transcripts and documentary evidence in support of same | 3.20 | $400.00 | $1,280.00 |
| 08/24/2023 | MTM | Analysis and attention to discovery issues; email communications with Attny Despins re same | 0.20 | $400.00 | $80.00 |
| 08/25/2023 | TPJ | Communications re documents and privilege and analysis re same (1). Review additional documents (.6). Attend to identifying subpoenas and related issues(1.5). | 3.10 | $450.00 | $1,395.00 |
| 08/25/2023 | AM | Review documents for production in response to AIG discovery requests. | 5.70 | $350.00 | $1,995.00 |
| 08/25/2023 | AM | Conference with L. Despins, T. Jensen, and M. McCormack re: discovery and policy matters. | 0.70 | $350.00 | $245.00 |
| 08/25/2023 | MBG | Research procedures for file FOIA requests on NYPD, NYFD and FBI and advise TPJ of same. | 0.20 | $125.00 | $25.00 |
| 08/25/2023 | MBG | Revise and finalize 2nd Requests for Production directed to AIG and Genever Responses to AIG Requests for Production. | 0.80 | $125.00 | $100.00 |
| 08/25/2023 | MTM | Conference with A. Markim, T. Jensen and L. Despins re status and strategy re discovery and motion for summary judgment (.6); attention to discovery issues and document production issues (.4) | 1.00 | $400.00 | $400.00 |
| 08/25/2023 | MTM | Email communications with Attny O'Connor re privilege log and discovery issues | 0.20 | $400.00 | $80.00 |
| 08/25/2023 | MTM | Revise and supplement Rule 56 statement of facts re motion for summary judgment | 1.30 | $400.00 | $520.00 |
| 08/25/2023 | MTM | Revise and supplement draft brief re motion for summary judgment re declaratory relief | 3.60 | $400.00 | $1,440.00 |
| 08/28/2023 | MMS | Continue legal research and analysis regarding whether interest on reconstruction loan is recoverable; internal communication with Amy (.1); begin drafting discussion memo (7.4) | 7.50 | $300.00 | $2,250.00 |
| 08/28/2023 | MTM | Continue draft and revising of statement of facts re summary judgment (2.4); review reservation of rights letters from Mr. Despins (.3); Attention to discovery and document production issues re reservation of rights letter (.3) | 3.00 | $400.00 | $1,200.00 |
| 08/28/2023 | AM | Conference with T. Jensen re: outstanding policy interpretation research, discovery, and summary judgment. | 0.40 | $350.00 | $140.00 |
| 08/28/2023 | MTM | Attention to privilege log and file transfer issues from Saxe Doernberger re missing discovery documents; email correspondence with Attn Clifford re same | 0.30 | $400.00 | $120.00 |
| 08/28/2023 | TPJ | Identifying and drafting requests for subpoenas (3). Communications with AM and MTM re strategy (.5). Analysis of REDACTED (1.3). | 4.80 | $450.00 | $2,160.00 |
| 08/28/2023 | MBG | Further review of Statement of Facts in support of Motion for Summary Judgment to identify exhibits referenced therein and their corresponding Docket No. | 1.90 | $125.00 | $237.50 |
| 08/29/2023 | MMS | Complete lengthy discussion memorandum regarding REDACTED REDACTED | 4.10 | $300.00 | $1,230.00 |

| Date | | Description | | Rate | |
|---|---|---|---|---|---|
| 08/29/2023 | MTM | Review and analysis of L. Despins comments to summary judgment brief; revise and supplement same (.9); review of Wolfson agency emails re application issues (.3) | 1.20 | $400.00 | $480.00 |
| 08/29/2023 | TPJ | Continue research and analysis REDACTED (2.9). Review potentially privileged documents(.6). Review and comment on current summary judgment draft(1.3). | 4.80 | $450.00 | $2,160.00 |
| 08/29/2023 | MBG | Further review of MSJ SUF for exhibits ECF identifications; further review and revisions to exhibits to same. | 1.50 | $125.00 | $187.50 |
| 08/30/2023 | MTM | Review of legal research memorandum re REDACTED REDACTED | 0.30 | $400.00 | $120.00 |
| 08/30/2023 | MMS | Continue legal research regarding REDACTED, including at summary judgment | 4.70 | $300.00 | $1,410.00 |
| 08/30/2023 | MTM | Conference with L. Despins re motion for summary judgment and document discovery issues | 0.70 | $400.00 | $280.00 |
| 08/30/2023 | MTM | Conference with T. Jensen re summary judgment and discovery issues (.4); analysis and strategy re adverse inference issues re REDACTED REDACTED(.3) | 0.70 | $400.00 | $280.00 |
| 08/30/2023 | MBG | Confer with MTM re revised exhibits to MSJ and additional exhibits reference in MSJ | 0.20 | $125.00 | $25.00 |
| 08/30/2023 | MTM | Review and revise draft statement of facts; review of bankruptcy documents re evidentiary support re statement of facts | 1.60 | $400.00 | $640.00 |
| 08/30/2023 | TPJ | Review and comment on current summary judgment draft brief; pull documents for possible use in brief; conference with MTM re same | 1.00 | $450.00 | $450.00 |
| 08/30/2023 | MTM | Review and analysis of of bankruptcy court docket and pleadings re exhibits for motion for summary judgment (1.2) | 1.20 | $400.00 | $480.00 |
| 08/31/2023 | MMS | Continue working on analysis regarding REDACTED REDACTED | 4.50 | $300.00 | $1,350.00 |
| 08/31/2023 | TPJ | Continue work on REDACTED .8). Drafting document requests to Pure, FM Global and Wolfson (2). | 2.80 | $450.00 | $1,260.00 |
| | | | **Services Subtotal** | | **$98,125.00** |

## Expenses

| Type | Date | Activity | Total |
|---|---|---|---|
| Expense | 07/31/2023 | PACER: Month of July | $12.50 |
| Expense | 08/31/2023 | PACER: Month of August | $268.70 |
| Expense | 08/31/2023 | Copying: Month of August | $101.60 |
| Expense | 08/31/2023 | Westlaw: Month of August | $1,365.76 |
| | | **Expenses Subtotal** | **$1,748.56** |

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Timothy Jensen | 99.7 | $450.00 | $44,865.00 |

| | | 65.5 | $350.00 | $22,925.00 |
|---|---|---|---|---|
| Amy Markim | | | | |
| Michael McCormack | | 46.7 | $400.00 | $18,680.00 |
| Michelle Seery | | 27.1 | $300.00 | $8,130.00 |
| Melissa Gambardella | | 28.2 | $125.00 | $3,525.00 |
| | | | **Invoice Subtotal** | **$99,873.56** |
| | | | **Invoice Total** | **$99,873.56** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27021 | 09/25/2023 | $99,873.56 | $0.00 | $99,873.56 |
| | | | **Balance Due on All Invoices** | **$99,873.56** |
| | | | **TOTAL AMOUNT DUE** | **$99,873.56** |

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC    Tax ID# *REDACTED*

Payment is due upon receipt.