**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
                                                               :
In re:                                                         :  Chapter 11
                                                               :
HO WAN KWOK, *et al.*,                                         :  Case No. 22-50073 (JAM)
                                                               :
            Debtors.[1]                                        :  Jointly Administered
                                                               :
---------------------------------------------------------------x

### MONTHLY FEE STATEMENT OF O'SULLIVAN MCCORMACK JENSEN & BLISS PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] O'Sullivan McCormack Jensen & Bliss PC ("OMJB") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Special Insurance Counsel to Genever Holdings LLC ("Genever (US)"), for the period from September 1, 2023 through and including September 30, 2023 (the "Fee Period"). By this Monthly Fee Statement, OMJB respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $27,360.00 and $1,174.76, respectively.

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as Exhibit A is a timekeeper summary that includes the name, title, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each OMJB individual who provided services during the Fee Period.  The rates charged by OMJB for services rendered to Genever (US) are the same rates that OMJB charges generally for professional services rendered to its non-bankruptcy clients.

2.      Attached hereto as Exhibit B is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

3.      Attached hereto as Exhibit C is the fee statement of OMJB for services provided during the Fee Period.

## NOTICE AND OBJECTION PROCEDURES

4.      Notice of this Monthly Fee Statement will be given by email on the Notice Parties:  (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York,

2

New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

5.       Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Special Insurance Counsel to Genever Holdings LLC, O'Sullivan McCormack Jensen & Bliss PC (Attn: Michael T. McCormack (mmccormack@omjblaw.com) (ii) the Notice Parties by email no later than **November 10, 2023 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6.       If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, Genever (US) shall promptly pay OMJB 80% of the fees and 100% of the expenses identified in this Monthly Fee Statement.

7.       To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estates shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: October 20, 2023
         Glastonbury, Connecticut

By:     /s/Michael T. McCormack
         Michael T. McCormack (ct13799)
         Timothy P. Jensen (ct18888)
         Amy E. Markim (ct27974)
         O'Sullivan McCormack Jensen & Bliss PC
         180 Glastonbury Boulevard, Suite 210
         Glastonbury, CT 06033
         Tel: 860-258-1993
         Fax: 860-258-1991
         mmccormack@omjblaw.com

tjensen@omjblaw.com
amarkim@omjblaw.com

*Special Insurance Coverage Counsel for*
*Debtor-In-Possession Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                             :

In re:                      :     Chapter 11
                             :

HO WAN KWOK, *et al.*,[1]    :     Case No. 22-50073 (JAM)
                             :

         Debtors.       :     (Jointly Administered)
                             :

-------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on October 20, 2023, the foregoing Monthly Fee

Statement was electronically filed.  In addition, a copy of the Monthly Fee Statement was served

by email on the Notice Parties.  Parties may access this filing through the Court's CM/ECF

system.

Dated: October 20, 2023
     New York, New York         By: */s/ G. Alexander Bongartz*
                                  G. Alexander Bongartz (admitted *pro hac vice*)
                                PAUL HASTINGS LLP
                                200 Park Avenue
                                New York, New York 10166
                                (212) 318-6000
                                alexbongartz@paulhastings.com

                                *Counsel for the Chapter 11 Trustee, Genever*
                                *Holdings Corporation, and Genever Holdings*
                                *LLC*

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## <u>EXHIBIT A</u>

### HOURS AND RATES PER TIMEKEEPER

| Name | Bar Date | Hourly Rate Billed | Hours Billed | Total Fees Billed |
|---|---|---|---|---|
| Timothy Jensen | 1997 | $450.00 | 15.2 | $6,840.00 |
| Amy Markim | 2008 | $350.00 | 16.2 | $5,670.00 |
| Michael McCormack | 1993 | $400.00 | 37.4 | $14,960.00 |
| Michelle Seery | 1989 | $300.00 | 17.1 | $5,130.00 |
| Melissa Gambardella | | $125.00 | 12.8 | $1,600.00 |
| **Total** | | | | **$34,200.00** |

## EXHIBIT B

### SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Expense Category | Amount |
|---|---|
| Fees Advanced for Logikcull Invoice – eDiscovery Program | $277.25 |
| Fees Advanced to Marshal Timothy Bennett | $379.24 |
| Copying – Month of September | $21.80 |
| PACER – Month of September | $18.60 |
| Westlaw – Month of September | $477.87 |
| **TOTAL** | **$1,174.76** |

## EXHIBIT C

**TIME AND EXPENSE DETAIL**



180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 27098
Date: 10/11/2023

Genever Holdings LLC
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

### Services

| Date | Attorney | Activity | Time | Rate | Total |
|------|----------|----------|------|------|-------|
| 09/01/2023 | MTM | Analysis and strategy re ⟨REDACTED⟩ issues | 0.20 | $400.00 | $80.00 |
| 09/01/2023 | MTM | Drafting of supplemental discovery to AIG and Wolfson re communications with L. Despins and research re ⟨REDACTED⟩ REDACTED | 0.80 | $400.00 | $320.00 |
| 09/01/2023 | MMS | Continue working on analysis and memorandum regarding potential REDACTED | 5.60 | $300.00 | $1,680.00 |
| 09/01/2023 | MTM | Revise and supplement draft statement of facts re motion for summary judgment; review of pleadings and bankruptcy documents re evidentiary support for various statements of fact (4.4); draft email to Mr. Despins re Rule 56 Statement of Facts and document requests (.3) | 4.50 | $400.00 | $1,800.00 |
| 09/01/2023 | TPJ | Revisions to document requests; communications re ⟨REDACTED⟩ REDACTED | 1.90 | $450.00 | $855.00 |
| 09/04/2023 | MMS | Complete research and memorandum regarding ⟨REDACTED⟩ REDACTED email to team re same | 7.80 | $300.00 | $2,340.00 |
| 09/05/2023 | TPJ | Analysis of issues re ⟨REDACTED⟩ | 0.50 | $450.00 | $225.00 |
| 09/06/2023 | MTM | Review of L. Despins comments re Rule 56 statement of facts; | 0.20 | $400.00 | $80.00 |
| 09/08/2023 | MMS | Attention to Atty Jensen email, and work on preparing subpoenas duces tecum to four insurers, including search for companies and service addresses; in-house communications re same | 3.70 | $300.00 | $1,110.00 |
| 09/08/2023 | TPJ | Attend to 3d party document subpoenas. | 0.50 | $450.00 | $225.00 |
| 09/12/2023 | MTM | Telephone conference with L. Despins and T. Jensen re status and strategy (.6); email communications with L. Despins re third party claim issues (.1) | 0.70 | $400.00 | $280.00 |

| 09/12/2023 | MTM | Review and analysis of legal memoranda summaries re _REDACTED_ _REDACTED_ | 0.50 | $400.00 | $200.00 |
| 09/12/2023 | AM | Review/analyze research memorand are: _REDACTED_ _REDACTED_ | 0.70 | $350.00 | $245.00 |
| 09/12/2023 | TPJ | Revise document requests for subpoenas; communications with LD re status and discovery | 1.30 | $450.00 | $585.00 |
| 09/14/2023 | AM | Review documents for responsiveness to discovery requests. | 4.80 | $350.00 | $1,680.00 |
| 09/14/2023 | TPJ | Attend to discovery matters and communications re same; attend to preparation of rule 26f | 2.90 | $450.00 | $1,305.00 |
| 09/15/2023 | MTM | Review of subpoenas and attention to service of process issues re insurance department as agent for insurers | 0.40 | $400.00 | $160.00 |
| 09/15/2023 | AM | Continued review of documents for responsiveness to discovery requests. | 1.10 | $350.00 | $385.00 |
| 09/15/2023 | TPJ | Revise 3d set of requests for production; drafting rule 26f report; attend to discovery status and communications re same | 3.10 | $450.00 | $1,395.00 |
| 09/15/2023 | MBG | Confer with TPJ re subpoenas for service on FM Global, Pure Specialty, Chubb and Wolfson; revisions to same; telcon with marshal Bennett arranging for service; cover letter to Attorney O'Connor enclosing copies of subpoenas and 3rd Request for Production to AIG; revise and finalize RFPs to AIG and attention to electronic service of same. | 1.50 | $125.00 | $187.50 |
| 09/17/2023 | TPJ | Continue drafting and revising rule 26f report; incorporate statement of facts into draft | 1.50 | $450.00 | $675.00 |
| 09/18/2023 | AM | Review and analysis of Millman and Cyganowksi emails. | 2.90 | $350.00 | $1,015.00 |
| 09/18/2023 | TPJ | Communications with AM re _REDACTED_ and application to docs; continue drafting rule 26f report | 3.00 | $450.00 | $1,350.00 |
| 09/18/2023 | AM | Conference with L. Despins re: document production and _REDACTED_ _REDACTED_ applicability. | 0.30 | $350.00 | $105.00 |
| 09/18/2023 | MBG | Telcons with Marshal Bennett re issues with service of Wolfson Brokerage subpoena on Insurance Commissioner | 0.40 | $125.00 | $50.00 |
| 09/18/2023 | MBG | Begin indexing Genever document production to date. | 2.20 | $125.00 | $275.00 |
| 09/18/2023 | MTM | Work on statement of undisputed facts re motion for summary judgment and brief in support of same | 1.20 | $400.00 | $480.00 |
| 09/19/2023 | MTM | Review of Genever bankruptcy motions seeking permission to hire and pursue repairs to building | 0.30 | $400.00 | $120.00 |
| 09/19/2023 | MTM | Revise and supplement brief in support of motion for summary judgment with attention to revising and condensing re bankruptcy court page limitations | 3.40 | $400.00 | $1,360.00 |
| 09/19/2023 | MBG | Further index of Genever document production. | 0.40 | $125.00 | $50.00 |
| 09/20/2023 | MTM | Work on motion for summary judgment brief | 1.60 | $400.00 | $640.00 |
| 09/20/2023 | AM | Review/revise summary judgment brief. | 0.80 | $350.00 | $280.00 |
| 09/20/2023 | AM | Meeting with L. Despins and M. McCormack re: document production/ privilege. | 0.20 | $350.00 | $70.00 |
| 09/20/2023 | MTM | Continued revising and supplementing brief re summary judgment re page limitation issues and analysis of cases | 1.40 | $400.00 | $560.00 |

| 09/20/2023 | MTM | Conference with A. Markim re summary judgment issues and discovery issues; agency analysis (.5); conference with L. Despins and A. Markim re document production (.3) | 0.80 | $400.00 | $320.00 |
|---|---|---|---|---|---|
| 09/21/2023 | MTM | Revise and edit draft brief re summary judgment | 2.30 | $400.00 | $920.00 |
| 09/21/2023 | AM | Attention to review of documents for responsiveness to discovery requests. | 0.70 | $350.00 | $245.00 |
| 09/21/2023 | MBG | Further review of Genever MSJ and SUF and attention to review of evidentiary citations in each, further revisions to exhibits to same. | 1.80 | $125.00 | $225.00 |
| 09/22/2023 | MBG | Further review of and revisions to Memorandum of Law and Statement of Facts in Support of Motion for Summary Judgment; review and analysis of evidentiary citations in MOL to SUF statements; draft MTM declaration and begin collating exhibits for same. | 3.10 | $125.00 | $387.50 |
| 09/22/2023 | MTM | Review of repair estimates and bankruptcy court order re authority to proceed with repairs to building; draft lengthy letter to J. O'Connor re demand for payment of court-authorized repairs and response to AIG request for information and EUO under policy | 2.70 | $400.00 | $1,080.00 |
| 09/22/2023 | MTM | Review of revised draft of statement of facts and brief in support of motion for summary judgment, email correspondence to L. Despins re same | 0.60 | $400.00 | $240.00 |
| 09/23/2023 | MTM | Revise and supplement brief in support of motion for summary judgment and Rule 56 statement of fact re evidentiary citations to record and msj evidence in support of msj | 4.90 | $400.00 | $1,960.00 |
| 09/24/2023 | MTM | Review and analysis of Genever corporate documents and share transfer documents re preparation of affidavits for summary judgment; draft affidavit of Luc Despins in support of motion for summary judgment with reference to relevant exhibits; review, analysis and coordination of all exhibits for Despins affidavit | 3.20 | $400.00 | $1,280.00 |
| 09/24/2023 | MTM | Review of injunction hearing transcript re AIG testimony for evidentiary support re msj; draft McCormack affidavit of exhibit re motion for summary judgment; review and analysis of record evidence from injunction hearing and identify and prepare exhibits for motion for summary judgment | 3.00 | $400.00 | $1,200.00 |
| 09/25/2023 | AM | Review documents for responsiveness and privilege. | 4.50 | $350.00 | $1,575.00 |
| 09/27/2023 | MTM | Conference with L. Despins re motion for summary judgment and REDACTED expert issues (.4); attention to document production issues and email correspondence to Attny O'Connor re same and Rule 26 Report (.4); Review of REDACTED issues and email correspondence to L. Despins re same (.4). | 1.20 | $400.00 | $480.00 |
| 09/27/2023 | TPJ | Communications with MTM and AM re status and MSJ | 0.20 | $450.00 | $90.00 |
| 09/28/2023 | MBG | Further review and revisions to Memorandum of Law in Support of MSJ and Statement of Undisputed Facts; attention to revisions to references to Statement of Undisputed Facts in Memorandum re evidentiary citations; review and revise Despins and MTM Affidavits and Exhibits in Support of same. | 3.40 | $125.00 | $425.00 |
| 09/28/2023 | TPJ | Internal conferences re strategy, status and REDACTED | 0.30 | $450.00 | $135.00 |
| 09/29/2023 | AM | Meeting with J. O'Connor re: privilege, 26(f) planning, AIG privilege log, and subpoenas. | 0.20 | $350.00 | $70.00 |
| 09/29/2023 | MTM | Call with John O'Connor re common interest issues and document production | 0.20 | $400.00 | $80.00 |

| 09/29/2023 | MTM | Telephone conference with REDACTED re REDACTED | 0.30 | $400.00 | $120.00 |
| 09/29/2023 | MTM | Brief preliminary review of file materials from REDACTED | 0.40 | $400.00 | $160.00 |
| 09/29/2023 | MTM | Review and revise final draft of memorandum of law and statement of facts re summary judgment; affidavits in support of motion for summary judgment with exhibits (1.8); draft motion for summary judgment (.5); email correspondence to Attny Despins re summary judgment documents (.3) | 2.60 | $400.00 | $1,040.00 |

| | | **Services Subtotal** | **$34,200.00** |

## Expenses

| Type | Date | Activity | Total |
|---|---|---|---|
| Expense | 09/08/2023 | Fees advanced to Logikcull INV 151500 8-31-2023 | $277.25 |
| Expense | 09/27/2023 | Fees advanced to Timothy J Bennett invoice 9-18-2023 | $379.24 |
| Expense | 09/30/2023 | Copying: Month of September | $21.80 |
| Expense | 09/30/2023 | PACER: Month of September | $18.60 |
| Expense | 09/30/2023 | Westlaw: Month of September | $477.87 |

| | | **Expenses Subtotal** | **$1,174.76** |

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Timothy Jensen | 15.2 | $450.00 | $6,840.00 |
| Amy Markim | 16.2 | $350.00 | $5,670.00 |
| Michael McCormack | 37.4 | $400.00 | $14,960.00 |
| Michelle Seery | 17.1 | $300.00 | $5,130.00 |
| Melissa Gambardella | 12.8 | $125.00 | $1,600.00 |

| | **Invoice Subtotal** | **$35,374.76** |
| | **Invoice Total** | **$35,374.76** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27021 | 09/25/2023 | $99,873.56 | $0.00 | $99,873.56 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

| 27098 | 10/11/2023 | $35,374.76 | $0.00 | $35,374.76 |
|---|---|---|---|---|

| | | | **Balance Due on All Invoices** | **$135,248.32** |
|---|---|---|---|---|
| | | | **TOTAL AMOUNT DUE** | **$135,248.32** |

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC       Tax ID# *REDACTED*

Payment is due upon receipt.