**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                :

In re:                         :     Chapter 11
                                :

HO WAN KWOK *et al.*,      :     Case No. 22-50073 (JAM)
                                :

          Debtors.[1]      :     Jointly Administered
                                :

---------------------------------------------------------x

**NOTICE OF FILING BY CHAPTER 11 TRUSTEE OF UNITED
STATES DEPARTMENT OF JUSTICE'S OPPOSITION TO DEBTOR'S
MOTION IN CRIMINAL CASE FOR ORDER COMPELLING DISCOVERY
OF COMMUNICATIONS AND DOCUMENTS EXCHANGED WITH
CHAPTER 11 TRUSTEE**

       Luc A. Despins, as chapter 11 trustee (the "Trustee") for Ho Wan Kwok (the "Debtor"),

hereby provides notice that, on Thursday, October 19, 2023, the United States Department of

Justice (the "Government") filed its memorandum of law in opposition (the "Government's

Opposition") to the Debtor's motion in the Criminal Case[2] seeking, pursuant to Federal Rule of

Criminal Procedures 16, an order compelling production of all communications and documents

exchange between the Government and (i) the Trustee and his agents and (ii) the Securities and

Exchange Commission concerning the subject matter of the superseding indictment filed in the

Criminal Case.  A copy of the Government's Opposition is attached hereto as **Exhibit 1**.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    The "Criminal Case" refers to the criminal case pending against the Debtor in the United States District Court for the Southern District of New York [Case No. 1:23-cr-00118-AT].

Among other things, the Trustee wishes to highlight pages 19 through 25 of the Government's Opposition, which sets forth the Government's argument in opposition to the Debtor's request to compel discovery of communications between the Government and the Trustee.

Dated:  October 22, 2023
        New York, New York

By: */s/ G. Alexander Bongartz*

Avram E. Luft (admitted *pro hac vice*)
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com
alexbongartz@paulhastings.com

*and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                    :
In re:                              :    Chapter 11
                                    :
HO WAN KWOK, et al.,[1]             :    Case No. 22-50073 (JAM)
                                    :
              Debtors.              :    (Jointly Administered)
                                    :
-------------------------------------------------------x
```

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2023, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:    October 22, 2023
          New York, New York

                                    By: */s/ G. Alexander Bongartz*
                                    G. Alexander Bongartz (admitted *pro hac vice*)
                                    PAUL HASTINGS LLP
                                    200 Park Avenue
                                    New York, New York 10166
                                    (212) 318-6079
                                    alexbongartz@paulhastings.com

                                    *Counsel for the Chapter 11 Trustee*

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).