UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                                    :   Chapter 11
                                                          :
HO WAN KWOK, *et al.*,[1]                                 :   Case No. 22-50073 (JAM)
                                                          :
     Debtors.                                             :   (Jointly Administered)

RE: ECF No. 2257

# ORDER REGARDING SERVICE OF INTERIM FEE APPLICATION OF PAUL HASTINGS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon the motion (the "Motion")[2] of Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Individual Debtor"), and Paul Hastings LLP ("Paul Hastings") for entry of an order (this "Order"), regarding service of hard copies of the *Third Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the Period from March 1, 2023 through June 30, 2023*, ECF No. 2256, (the "Third Interim Fee Application") and Paul Hastings' future interim fee applications, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Motion.

pursuant to 28 U.S.C. §§ 1408(2) and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the estate, its creditors, and other parties in interest; and due and sufficient notice of the Motion having been given under the particular circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Paul Hastings shall serve the Third Interim Fee Application and its future interim fee applications on the Notice Parties in accordance with the Order Limiting Service,[3] except that Paul Hastings may serve hard copies of the Third Interim Fee Application and its future interim fee applications without including the corresponding monthly fee statements, provided that the following notation is included on the cover sheet for Exhibit F to the fee applications: "The monthly fee statements may be viewed, free of charge, at https://dm.epiq11.com/case/kwoktrustee/dockets under Docket No. _____."

3. Notwithstanding the foregoing, hard copies of the complete Third Interim Fee Application and Paul Hastings' future interim fee applications, including the monthly fee statements, shall be served on the United States Trustee.

4. Entry of this Order is without prejudice to the Trustee and Paul Hastings' right to seek further modifications to procedures relating to interim fee and expense reimbursement applications.

5. Trustee and Paul Hastings are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

---

[3] *See Order Limiting Service of Notice for Application Seeking Compensation of Fees or Reimbursement of Expenses* [Docket No. 1611] (the "Order Limiting Notice").

6.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 23rd day of October, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut