# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

| | | |
|---|---|---|
| LUC A. DESPINS, CHAPTER 11 | : | |
| TRUSTEE, | : | |
| | : | Adv. Proceeding No. 23-05017 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| TAURUS FUND LLC, | : | |
| SCOTT BARNETT, as trustee of TAURUS FUND | : | |
| LLC, and | : | |
| TAURUS MANAGEMENT LLC, as trustee of | : | |
| TAURUS FUND LLC, | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------:

| | | |
|---|---|---|
| | x | |
| LUC A. DESPINS, CHAPTER 11 | : | |
| TRUSTEE, | : | |
| | : | |
| Plaintiff, | : | Adv. Proceeding No. 23-05005 |
| v. | : | |
| | : | |
| GREENWICH LAND, LLC and | : | |
| HING CHI NGOK, | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**EMERGENCY MOTION OF CHAPTER 11 TRUSTEE FOR STATUS CONFERENCE
TO DISCUSS PRESERVATION OF PROPERTY OF ESTATE**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor") respectfully requests an emergency status conference at the Court's earliest convenience to discuss the preservation of property of the estate.[2]  In support of this request, the Trustee respectfully states as follows:

**PRELIMINARY STATEMENT**

1.       It has become clear throughout the first nineteen months of these chapter 11 cases that the Debtor and those associated with him have little to no regard for this Court's orders or for the requirements of the Bankruptcy Code.  Consistent with this disturbing trend, the Trustee has made certain recent discoveries in his investigation regarding the potential dissipation of estate assets at the Debtor's mansion located at 675 Ramapo Valley Road, Mahwah, New Jersey 07430 (the "Mahwah Mansion") that require the Court's immediate attention.

2.       Specifically, as discussed below, the Trustee has obtained photographic evidence, and has learned through his tours of the Debtor's properties, that the Debtor or those associated with him have moved artwork, furniture, and antiques from the Debtor's former Sherry Netherland residence, which the estate owns, to the Mahwah Mansion that is the subject of the Trustee's pending adversary proceeding [Adv. Proc. No. 23-05017] (the "Mahwah Adversary Proceeding").  In some cases, it appears that items have disappeared altogether from the Mahwah Mansion in direct violation of the automatic stay.

---

[2]    The Trustee's Emergency Motion herein is filed in the main consolidated case and concurrently in the adversary proceeding against Greenwich Land, LLC and Hing Chi Ngok [Adv. Proc. 23-05005] and in the Mahwah Adversary Proceeding [Adv. Proc. No. 23-05017].

3.      The Trustee respectfully requests an emergency status conference to address this apparent wanton disregard for the Bankruptcy Code and to discuss steps that may be taken to prevent the further dissipation of valuable estate assets.

## BACKGROUND

4.      On August 15, 2023, the Court entered its *Order Extending Temporary Restraining Order* [Adv. Proc. Doc. No. 34] (the "Mahwah TRO Order"), requiring, among things, that the defendants in the Mahwah Adversary Proceeding (the "Mahwah Defendants") identify to the Trustee and to the Court (i) any and all property and assets of Taurus Fund, and (ii) any and all personalty and/or fixtures located in or on the Mahwah Mansion.

5.      On August 20, 2023, the Mahwah Defendants filed their response regarding the Mahwah TRO Order, together with a list of assets of Taurus Fund LLC and a list of fixtures added to the Mahwah Mansion (the "Defendants' Item List").

6.      On August 24, 2023, the Court entered its *Memorandum of Decision and Order Granting in Part Motion for Preliminary Injunction* [Adv. Proc. Doc. No. 47] (the "Mahwah PI Order").

7.      Pursuant to the Mahwah PI Order, on September 1, 2023, the Trustee and his counsel conducted a thorough tour of the Mahwah Mansion with three professionals from Kroll, LLC to inspect and document the conditions of the premises and the personal property and fixtures located in or on the Mahwah Mansion.  The Trustee's team took extensive pictures and videos of the conditions of the Mahwah Mansion.

8.      Since completing the tour, the Trustee and his counsel have been comparing their observations, as well as additional images available in the public domain, to the Defendants' Item List to determine (i) whether all items included in the Defendants' Item List are still located

in the Mahwah Mansion, (ii) whether there are items currently located in the Mahwah Mansion

that are not included in the Defendants' Item List, and (iii) whether there were items previously

located in the Mahwah Mansion that are not included in the Defendants' Item List.

9.      The Trustee's conclusions from this analysis are highly concerning.  As shown in

the images attached hereto as Exhibit A:

a.   numerous pieces of furniture, art work, and antiques have been (i) removed from

the Debtor's residence in the Sherry Netherland, which, pursuant to this Court's

*Order Granting, Pursuant to Bankruptcy Rule 9019, Motion of Chapter 11*

*Trustee, Genever Holdings LLC, and Genever Holdings Corporation Regarding*

*Settlemenyt with Bravo Luck Limtiesd and Mileson Guo* [Adv. Proc. No. 22-

05027, Doc No. 118], is unquestionably owned by Genever Holdings, LLC and

thus by the Debtor's estate, and (ii) moved to the Mahwah Mansion;

b.   many of these pieces of furniture, art work, and antiques were first moved to the

property located at 373 Taconic Road, Greenwich, Connecticut, which is one of

the Debtor's residences purportedly held by Greenwich Land, LLC (the "Taconic

Property"), before being moved to the Mahwah Mansion; and

c.   several of the items moved to the Mahwah Mansion have subsequently

disappeared from the Mahwah Mansion.  This "disappearance" would have

occurred ***after the Debtor's arrest on March 15, 2023 and prior to the Trustee's***

***tour on September 1, 2023***.

## RELIEF REQUESTED

10.      The Trustee respectfully requests a status conference at the Court's earliest

convenience to discuss the removal and relocation of the furniture, art work, and antiques from

properties associated with the Debtor, including the Mahwah Mansion, in apparent violation of the automatic stay.

11.    At the conference, the Trustee intends to seek guidance from the Court regarding potential relief to preserve and protect estate assets, such as:

      a.    requiring the manager and/or owner of Taurus Fund LLC to appear before the Court to explain the discrepancy between the Defendants' Item List and the actual items on the premises as documented by the Trustee, particularly the items that seem to have disappeared from the Mahwah Mansion;

      b.    authorizing the Trustee to conduct an immediate video tour of the Taconic Property to document items that are on the premises and to document the condition of the premises; and

      c.    directing the Trustee to take steps regarding assets that are property of the estate, but located on properties that are not, at this time, property of the estate.

12.    The Trustee thus respectfully requests that the Court enter the proposed order attached hereto scheduling an immediate status conference.

*[REMINDER OF THIS PAGE IS INTENTIONALLY BLANK]*

Dated: October 23, 2023          LUC A. DESPINS, CHAPTER 11 TRUSTEE
      New York, New York


By: */s/ Nicholas A. Bassett*
    Nicholas A. Bassett (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

      *and*

    Avram E. Luft (admitted *pro hac vice*)
    G. Alexander Bongartz (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com
    alexbongartz@paulhastings.com

      *and*

    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com
    *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x

| | |
|---|---|
| In re: | : |
| | : |
| HO WAN KWOK, *et al.*,[1] | : |
| | : |
| Debtors. | : |
| | : |

: Chapter 11

: Case No. 22-50073 (JAM)

: (Jointly Administered)

------------------------------------------------------------x

LUC A. DESPINS, CHAPTER 11
TRUSTEE,                                                    :

                                                                    :    Adv. Proceeding No. 23-05017

            Plaintiff,                                       :

v.                                                                 :

                                                                    :

TAURUS FUND LLC,                                   :
SCOTT BARNETT, as trustee of TAURUS FUND  :
LLC, and                                                      :
TAURUS MANAGEMENT LLC, as trustee of  :
TAURUS FUND LLC,                                  :

                                                                    :

            Defendants.                                   :

--------------------------------------------------------:
                                                                    x

LUC A. DESPINS, CHAPTER 11
TRUSTEE,                                                    :

                                                                    :

            Plaintiff,                                       :    Adv. Proceeding No. 23-05005

v.                                                                 :

                                                                    :

GREENWICH LAND, LLC and                     :
HING CHI NGOK,                                      :

                                                                    :

            Defendants.                                   :

------------------------------------------------------------x

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on October 23, 2023, the foregoing Motion was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case and the above-captioned adversary proceedings by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.[2]  Parties may access this filing through the Court's CM/ECF system

Dated: October 23, 2023
      New York, New York

By: */s/ Nicholas A. Bassett*
Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

---

[2]    To the extent that the foregoing was filed outside regular business hours, service by mail on recipients unable or not qualified to accept electronic notice was made on the next business day.

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-----------------------------------------------------------------x
                                          :

In re:                                  :    Chapter 11
                                            :

HO WAN KWOK, *et al.*,[1]           :    Case No. 22-50073 (JAM)
                                           :

                Debtors.        :    (Jointly Administered)
                                           :

-----------------------------------------------------------------x
                                          :

LUC A. DESPINS, CHAPTER 11     :
TRUSTEE,                      :
                                          :    Adv. Proceeding No. 23-05017
                      Plaintiff,      :
v.                             :
                                          :

TAURUS FUND LLC,            :
SCOTT BARNETT, as trustee of TAURUS FUND  :
LLC, and                      :
TAURUS MANAGEMENT LLC, as trustee of    :
TAURUS FUND LLC,            :
                                          :
                    Defendants.     :

-----------------------------------------------------------------:
                                          x

LUC A. DESPINS, CHAPTER 11     :
TRUSTEE,                      :
                                          :
                      Plaintiff,      :    Adv. Proceeding No. 23-05005
v.                             :
                                          :

GREENWICH LAND, LLC and      :
HING CHI NGOK,             :
                                          :
                    Defendants.     :

-----------------------------------------------------------------x

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**[PROPOSED] ORDER GRANTING CHAPTER 11 TRUSTEE'S EMERGENCY MOTION FOR STATUS CONFERENCE TO DISCUSS <u>PRESERVATION OF PROPERTY OF ESTATE</u>**

UPON CONSIDERATION OF the Emergency Motion of Chapter 11 Trustee Luc A. Despins (the "<u>Trustee</u>") requesting an emergency status conference to discuss the preservation of property of the estate, and good cause having been shown, the relief provided in that Order being narrowly tailored to serve the foregoing purposes, it is by the Court, hereby

ORDERED, that the Emergency Motion is granted as set forth herein; and it is further

ORDERED, that an emergency status conference is scheduled at October [____], 2023, 10:00 AM; and it is further

ORDERED, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that the Trustee is authorized to take all actions necessary to effectuate the relief granted herein; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2023

_____
Julie A. Manning,
United States Bankruptcy Judge

2

**EXHIBIT A**

# Key Dates

- **February 19, 2020**: Closing of Purchase of 373 Taconic Road, Greenwich, CT

- **October 12, 2020**: Genever Holdings LLC's Chapter 11 Filing Date

- **December 16, 2021**: Closing of Purchase of the Mahwah Mansion

- **February 15, 2022**: Debtor's Chapter 11 Filing Date

## <u>Tabs 1-15</u>

**Furniture, Artwork, and Antiques Moved**

**from the Sherry Netherland to the Mahwah Mansion**

TAB 1

# Sherry Netherland – May 2, 2019[1]





2019年5月2日：毛泽东，邓小平，妈祖．给我托梦了．人民大会堂委内瑞拉，台湾香港要出大事儿．郭台铭的梦是假的，哈哈哈哈，一切都是刚刚开始。

郭文贵
458K subscribers    **Subscribe**

👍 1.8K   👎   ↰ Share   ⤓ Download   ☰+ Save   ···

---

[1] Kwok May 2, 2019 livestream at https://www.youtube.com/watch?v=wAfO_HyKGdk, posted on the account Guo Wengui. Last accessed 10/22/2023.

TAB 2

# Sherry Netherland – May 12, 2019[2]



Item 2-1
Decoration

Item 2-2
Orange Lego Car

5月12日：母亲才是我们的国．父母才是我们的家！我们的家！愿中国所有的母亲，不要把自己的儿女送给共产党这个非法组织！任何一个加入共产党的家庭都有可能将受到全世界的制裁，未来无法到世界各地上学！



郭文贵
458K subscribers

Subscribe

1.6K    Share    Save    ...

---

[2] Kwok May 12, 2019 livestream at https://www.youtube.com/watch?v=MwlPUlmehzU, posted on the account Guo Wengui. Last accessed 10/22/2023.

**TAB 3**

# Sherry Netherland – November 23, 2017[3]



文贵感恩节报平安视频 🙏🙏🙏

郭文贵
457K subscribers     **Subscribe**

👍 2.1K   👎   ↪ Share   ⬇ Download   ✂ Clip   ≣+ Save   ⋯

149,170 views  Nov 23, 2017

---

[3] Kwok November 23, 2017 livestream at https://www.youtube.com/watch?v=cRTODtnLAhE, posted by the account Guo Wengui.  Last accessed 10/22/2023.

**TAB 4**

# Sherry Netherland – April 9, 2019[4]



Item 4-1
Painting



---

[4] Kwok Apr. 9, 2019 livestream at https://www.youtube.com/watch?v=q1S5RZNij1k, posted by account Guo Wengui. Last accessed 10/22/2023.

TAB 5

# Sherry Netherland – January 18, 2020[5]



Item 5-1-1
Blue Vase

Item 5-1-2
Blue Vase



2020年1月18日郭先生直播谈刘鹤招待会删除预示了什么，爆料革命击中了中共的所有要害，中美贸易，新疆，香港，蛇鼠一窝无处逃窜。第二期贸易协议更加艰难，灭共时间表不变

郭文贵
457K subscribers

152,721 views  Jan 18, 2020

---

[5] Kwok January 18, 2020 livestream at https://www.youtube.com/watch?v=tYFK5zlr8QQ, posted by account Guo Wengui. Last accessed 10/22/2023.

TAB 6

# Sherry Netherland – June 15, 2017[6]



---

[6] Kwok Jun. 5, 2017 livestream at https://www.youtube.com/watch?v=0FuE0uSN4C8, posted by account Guo Wengui. Last accessed 10/22/2023.

**TAB 7**

# Sherry Netherland – February 24, 2019[7]





---

[7] Kwok Feb. 24, 2019 livestream at https://www.youtube.com/watch?v=wUIbwiwjCJU, posted by account Guo Wengui. Last accessed 10/22/2023.

**TAB 8**

# Sherry Netherland – April 4, 2022 [Items Missing from Sherry][8]



2022年4月4日 文贵Gettr：衷心的感谢，战友们在过去几个小时，将我们的新的两个在苹果iTunes刚刚发布的《锁链梦》《灭共的雪》歌曲．在全球很多国家打榜第一名和第二名，一切都已经开始！

 

郭文贵
458K subscribers

651    Share    Save

---

[8] Kwok Apr. 4, 2022 livestream at https://www.youtube.com/watch?v=4swLwNgt-YU, posted by account Guo Wengui.  Last accessed 10/22/2023.

TAB 9

# Mahwah Mansion – April 12, 2023 [Painting in Tabs 1, 2 and Vase, Now Located in Mahwah][9]



Item 1-1 Chinese Painting

Items 9-1 Golden Antique Clock

Item 5-1 Blue Vase

[9] Apr. 12, 2023 Mahwah Video Tour at https://gettr.com/streaming/p2e8f16c734, at 26:00-26:07.  Admitted into evidence by this Court at the August 14, 2023 hearing regarding Trustee's motion for preliminary injunction in the Mahwah Adversary Proceeding.

TAB 10

## Mahwah Mansion – April 12, 2023 [Calligraphy in Tab 14 and Vase, Now Located in Mahwah][10]



Item 21-1
Calligraphy

Item 5-1
Blue Vase

---

[10] Apr. 12, 2023 Mahwah Video Tour at https://gettr.com/streaming/p2e8f16c734, at 26:39 – 34:50.  Admitted into evidence by this Court at the August 14, 2023 hearing regarding Trustee's motion for preliminary injunction in the Mahwah Adversary Proceeding.

TAB 11

## Mahwah Mansion – September 1, 2023 [Painting and Antiques Now Missing From Mahwah][11]



---

[11] Picture was a screenshot from the video taken during the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

TAB 12

**Mahwah Mansion – September 1, 2023 [Calligraphy + Vase in Tab 6 Now Missing from Mahwah]**[12]



---

[12] Picture was a screenshot from the video taken during the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

TAB 13

# Mahwah Mansion – September 1, 2023 [Items from Sherry Now Located in Mahwah][13]











[13] All pictures were taken during the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

TAB 14

## Mahwah Mansion – September 1, 2023 [Items from Sherry Now Located in Mahwah][14]







---

[14] All pictures were taken during the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

TAB 15

# Mahwah Mansion - September 1, 2023 [Items from Sherry Now Located in Mahwah][15]



Item 7-1
Painting



Item 1-7 Vase



Item 7-2
Ironman



Item 6-1
Painting

Item 17-1
Bears



Item 1-8
Shelf



Item 3-2
Chair

[15] All pictures were taken during the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

## Tabs 16-27

**Furniture, Artwork, and Antiques Moved from**

**Location to Be Determined to the Mahwah Mansion**

TAB 16

# [Location to be Determined]– April 4, 2018 (Prior to Purchase of 373 Taconic Road and of Mahwah Mansion)[16]



---

[16] Kwok Apr. 4, 2018 livestream at https://www.youtube.com/watch?v=f7cAgnt9X5Q, posted by account Guo Wengui. Last accessed 10/22/2023.

**TAB 17**

# [Location to be Determined]– June 4, 2018 (Prior to Purchase of 373 Taconic Road and of Mahwah Mansion)[17]



6月4日．袁红冰与习近平拍女人屁股．砖拍李克强全是吹象乂……！

郭文贵
457K subscribers

Subscribe

1.2K    Share    Download    Save

82,834 views  Jun 4, 2018

---

[17] Kwok Jun. 4, 2018 livestream at https://www.youtube.com/watch?v=73TiA888Z6o, posted by account Guo Wengui. Last accessed 10/22/2023.

TAB 18

# [Location to be Determined]– June 5, 2018 (Prior to Purchase of 373 Taconic Road and of Mahwah Mansion)[18]



Item 18-1
Painting

---

[18] Kwok Jun. 5, 2018 livestream at https://www.youtube.com/watch?v=2KphN9aZFXs, posted by account Guo Wengui. Last accessed 10/22/2023.

**TAB 19**

# [Location to be Determined]– April 2, 2018 (Prior to Purchase of 373 Taconic Road and of Mahwah Mansion)[19]



---

[19] Kwok Apr. 2, 2018 livestream at https://www.youtube.com/watch?v=6QL8SgA_ZfE, posted by account Guo Wengui.  Last accessed 10/22/2023.

**TAB 20**

## [Location To Be Determined] – May 26, 2019 (Prior to Purchase of 373 Taconic Road and Mahwah Mansion)[20]



Item 20-1
Calligraphy

5月26日：2020年的6月4日……将是新中国的国庆日！！

郭文贵
457K subscribers                    Subscribe

1.9K        Share      Download

142,265 views  May 26, 2019

---

[20] Kwok May 26, 2019 livestream at https://www.youtube.com/watch?v=7EAk7NjDVBo, posted by account Guo Wengui.  Last accessed 10/22/2023.

**TAB 21**

# [Location To Be Determined] – April 13, 2019 (Prior to Purchase of 373 Taconic Road and Mahwah Mansion)[21]



4月13日文贵直播：什么叫蓝通？为什么刘鹤将遣返爆料战友等21人作为中美贸易交易的条件！



郭文贵
458K subscribers

---

[21] Kwok Apr. 13, 2019 livestream at https://www.youtube.com/watch?v=QHQrwq15VbM, posted on the account Guo Wengui. Last accessed 10/22/2023.

TAB 22

**[Location To Be Determined] – October 28, 2019 (Prior to Purchase of 373 Taconic Road and Mahwah Mansion)[22]**



---

[22] Kwok Oct. 28, 2019 livestream at https://www.youtube.com/watch?v=OSDT39JU3KI, posted by account Guo Wengui.  Last accessed 10/22/2023.

TAB 23

# Mahwah Mansion – September 1, 2023[Items in Tab 16 Now Located in Mahwah] [23]



Item 16-1
Painting



Item 16-2
Pink sofa



Item 16-3
Grey sofa

[23] All pictures were taken during the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

TAB 24

# Mahwah Mansion - September 1, 2023 [Items in Tabs 16, 17 Now in Located Mahwah][24]



Item 16-4
Black
Cabinet



Item 17-2 Black
Console



Item 6-1
Painting

Item 17-1
Bears

---

[24] All pictures were taken during the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

TAB 25

# Mahwah Mansion - September 1, 2023 [Items in Tabs 18, 20 Now Located in Mahwah][25]



Item 18-1
Painting



Item 20-1
Painting

---

[25] All pictures were taken during the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

TAB 26

# Mahwah – September 1, 2023 [Items in Tabs 19, 21, 22 Now Located in Mahwah][26]



Item 22-1 Calligraph



Item 21-2 Blue Desk



Item 19-1 Black Cabinet

---

[26] All pictures were taken during the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

TAB 10

## Mahwah Mansion – April 12, 2023 [Calligraphy in Tab 21 and Vase, Now Located in Mahwah][27]



Item 21-1
Calligraphy

Item 5-1
Blue Vase

---

[27] Apr. 12, 2023 Mahwah Video Tour at https://gettr.com/streaming/p2e8f16c734, at 26:39 – 34:50.  Admitted into evidence by this Court at the August 14, 2023 hearing regarding Trustee's motion for preliminary injunction in the Mahwah Adversary Proceeding.

**TAB 12**

**Mahwah Mansion – September 1, 2023 [Calligraphy in Tab 21 + Vase Now Missing from Mahwah][28]**



[28] Picture was a screenshot from the video taken during the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

# <u>Tabs 27-46</u>

## Furniture, Artwork, and Antiques Moved from

## 373 Taconic Road, Greenwich, CT to the Mahwah Mansion

TAB 27

# 373 Taconic Road Property in Greenwich, CT – March 16, 2020[29]



2020年3月16日郭文贵先生直播谈参与爆料革命的战友们将来是世界上 最受尊敬的人

郭文贵
457K subscribers

240,321 views  Mar 16, 2020

---

[29] Kwok Mar. 16, 2020 livestream at https://www.youtube.com/watch?v=ySkCJ-tvFCI, posted by account Guo Wengui.  In the video, Kwok boasted that he bought this chair for 160,000 pounds.  Last accessed 10/22/2023.

TAB 28

# 373 Taconic Road Property in Greenwich, CT – March 27, 2020[30]



2020年3月27日郭文贵先生测试GTV直播： 一切美好再也回不到今天了

 郭文贵
458K subscribers    Subscribe



---

[30] Kwok Mar. 27, 2020 livestream at https://www.youtube.com/watch?v=sHw8EDSo22w, posted by account Guo Wengui. Last accessed 10/21/2023. In the Mar. 16, 2020 video, Kwok said he bought a set of 6 chairs (item 2-1), each costs 5,600 pounds.

TAB 29

# 373 Taconic Road Property in Greenwich, CT – May 16, 2020[31]



2020年5月16日：GTV 直播

 郭文贵
458K subscribers
Subscribe

👍 2.7K  👎  ➡ Share  ⬇ Download  ≡+ Save  •••

---

[31] Kwok May 16, 2020 livestream at https://www.youtube.com/watch?v=3PpxmHZ_5fU, posted by account Guo Wengui.  Last accessed 10/22/2023.

TAB 30

# 373 Taconic Road Property in Greenwich, CT – December 27, 2020[32]



TAB 31

# 373 Taconic Road Property in Greenwich, CT – February 26, 2021 [Items in Tabs 20, 21 Now Located in Taconic Property][33]



2021年2月26号 文贵直播：新中国联邦的战友们元宵节最快乐！金灿荣的讲话印证了中共的灭白计划，武统台湾计划；北京两会背后，习王江的斗争

郭文贵
457K subscribers

107,963 views  Feb 26, 2021

---

[33] Kwok Feb. 26, 2021 livestream at https://www.youtube.com/watch?v=NZiLOK10foI, posted by account Guo Wengui.  Last accessed 10/22/2023.

**TAB 32**

# 373 Taconic Road Property in Greenwich, CT – January 2, 2022[34]



2022年1月2日 文贵Gettr：尊敬的战友们好，万分感谢在国内战友发来的各种关于昨天元旦节大直播的信息，有一些战友的问题无法一一回复，我在这里一并回答，一切都已经开始！



郭文贵
457K subscribers                    Subscribe

👍 638    👎    ↪ Share    ⬇ Download    ☰+ Save    ···

33,577 views  Jan 2, 2022   #郭文贵 #爆料革命 #新中国联邦

---

[34] Kwok Jan. 2, 2022 livestream at https://www.youtube.com/watch?v=fm07DVzfAzU, posted by account Guo Wengui.  Last accessed 10/22/2023.

36

TAB 33

# 373 Taconic Road Property in Greenwich, CT – February 10, 2022[35]
## [Missing Items from Tab 28]



2022年2月10日 文贵Gettr：哎敬的战友们好，你们健身了吗？传播真相了吗？共产党正在北京进行的绑架冬奥会的一系列的无法律．无规则的无底线的行为．都将给中国人在世界上带来无法挽回的负面影响……

 郭文贵
458K subscribers

 Subscribe

👍 593  👎 | ↗ Share | ⊕ Save | ⋯

---

[35] Kwok Feb. 10. 2022 livestream at https://www.youtube.com/watch?v=HBFdRnZPnMM, posted by account Guo Wengui.  Last accessed 10/22/2023.

TAB 34

## Mahwah Mansion – April 15, 2023 [Calligraphy from Taconic Property Now Located in Mahwah][36]



Item 32-1
Calligraphy

---

[36] Apr. 15, 2023 Mahwah Second Video Tour at https://gettr.com/streaming/p2ehu86252d, at 18:35-18:45.  Last accessed 10/22/2023.

TAB 35

# Mahwah Mansion – September 1, 2023 [Calligraphy from Taconic Property Now Missing from Mahwah][37]



Item 32-1
Calligraphy Missing

---

[37] All pictures were taken during the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

TAB 36

# Mahwah – September 1, 2023 [Items from Taconic Property Now Located in Mahwah][38]



Item 32-3
Green Sofa



Item 32-2
Cabinet

---

[38] All pictures were taken during the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

**TAB 37**

# Mahwah – September 1, 2023 [Items from Taconic Property Now Located in Mahwah][39]



Item 32-4
Coffee Table



Item 27-1
Chair

---

[39] All pictures were taken during the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

TAB 38

# Mahwah – September 1, 2023 [Items from Taconic Property Now Located in Mahwah][40]



Item 28-1
Chairs



Item 28-2
Wooden Table



Item 1-7 Vase

---

[40] All pictures were taken during the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

TAB 39

# Mahwah – September 1, 2023 [Items from Taconic Property Now Located in Mahwah][41]



Item 29-3
Wall Fixture



Item 29-1
Chair



Item 29-2
Chairs

---

[41] All pictures were taken during the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

TAB 40

# Mahwah – September 1, 2023 [Items from Taconic Property Now Located in Mahwah][42]



Item 30-1
Lantern



Item 30-2
Chair



Item 30-3
Painting

---

[42] All pictures were taken during the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

TAB 41

# 373 Taconic Road Property in Greenwich, CT – Motorcycles[43]





---

[43] Item 41-1 is a screenshot of an NFSCTV post on Sep. 18, 2021 of Kwok riding the Lamborghini motorcycle at 373 Taconic Road, Greenwich, CT at https://gettr.com/post/pbhcb35bfd. Last accessed 10/22/2023. Item 41-2 is a screenshot from a Gettr post on May 28, 2022 of Kwok riding a Harley-Davidson motorcycle at 373 Taconic Road, Greenwich, CT at https://gettr.com/post/p1bpjbwdbe3. Last accessed 10/22/2023.

TAB 42

# 373 Taconic Road Property in Greenwich, CT – Motorcycles[44]



Item 42-1
Red Harley-Davidson

---

[44] Item 42-1 is a screenshot from Kwok's music video, H-Coin to the Moon, posted on Kwok's Youtube account on Nov. 1, 2021 at https://www.youtube.com/watch?v=vgof8s0ahxE. Last accessed 10/22/2023.

TAB 43

# Mahwah Mansion – September 1, 2023 [Motorcycles at Taconic Property Now Located in Mahwah][45]



Five (5) motorcycles in the garage

---

[45] Picture was taken in connection with the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

TAB 44

# Mahwah Mansion – September 1, 2023 [Motorcycles at Taconic Property Now Located in Mahwah] [46]



Item 41-1 Lamborghini Motorcycle



Item 41-2 Green Harley-Davidson

---

[46] Pictures were taken in connection with the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

TAB 45

## Mahwah Mansion – September 1, 2023 [Items at Taconic Property Now Located in Mahwah][47]



Item 42-1
Red Harley-
Davidson

---

[47] Picture was taken in connection with the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

TAB 46

## Mahwah Mansion – September 1, 2023 [Motorcycles Now Located in Mahwah][48]



Item 46-1
Black
Harley-
Davidson



Item 46-2
Black BMW

---

[48] Pictures were taken in connection with the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

## Tabs 47-48

**Other Items Previously Shown to Be in the Mahwah Mansion But Appeared to Have Been Missing and Not Included in Taurus Fund's Item List**

TAB 47

# Mahwah Mansion – [Date Unknown, Prior to September 1, 2023][49]



Item 47-1
Electronic
Massage Chair

---

[49] *See* video at https://twitter.com/Percy43508644/status/1706331520124789219.  In the video, core Kwok associates including Qidong Xia, Xuebing Wang, and Yongping Yan toured the fitness studio in the Mahwah Mansion. Last accessed 10/22/2023.

TAB 48

## Mahwah Mansion – September 1, 2023 [Chair from Tab 47 Now Missing from Mahwah][50]



Item 47-1
Massage Chair
Missing

---

[50] Picture was taken during the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

# Tabs 49-63

## Other Items Located in the Mahwah Mansion
## But Are Not Included in Taurus Fund's Item List[51]

---

[51] All pictures herein were taken during the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

**Tab 49**



Item 49-1
TV



Item 49-2
TV



Item 49-3
TV



Item 49-4
TV



Item 49-5
TV



Item 49-6
TV

**Tab 50**



Item 50-1
TV



Item 50-2
TV



Item 50-3
TV



Item 50-4
TV

**Tab 51**



Item 51-1
Sofa set



Item 51-2
Dresser set



Item 51-3
Sofa set



Item 51-4
Sofas



Item 51-5
Sofa



Item 51-6
Sofas

**Tab 52**



Item 52-1
Sofa



Item 52-2
Chair



Item 52-3
Sofas



Item 52-4
Spa bed



Item 52-5
Chair



Item 52-6
Sofa

**Tab 53**



Item 53-1
Sofa



Item 53-2
Chairs



Item 53-3
Chair



Item 53-4
Sofas



Item 53-5
Sofa set



Item 53-6
Bed

59

**Tab 54**



Item 54-1
Ferrari + table



Item 54-2
C3PO Figure



Item 54-3 star
wars figure



Item 54-3-1
Décor Bowl



Item 54-4
Lego toy

Item 54-3-2
Décor Bowl



Item 54-5
Small Statue

**Tab 55**



Item 55- 1 Figure

Item 55-3 Figure

Item 55-2 Lego



Item 55-4 Lego Titanic



Item 55-5 Lego star wars



Item 55-6 Lego



Item 55-7 Lego toys

**Tab 56**



Item 56-1
Legos



Item 56-2
Lego



Item 56-3
Lego



Item 56-4
Statue



Item 56-5
Statue

**Tab 57**



Item 57-1
Decor



Item 57-2
Buddha
Statue



Item 57-3
Buddha
Statue



Item 57-4
Decor

63

**Tab 58**



Item 58-1
8 pieces
of
antiques



Item 58-2
10 pieces
of
antiques

Tab 59



Item 59-1
Painting



Item 59-2
Painting

Tab 60



Item 60-1
Painting



Item 60-2
Art

**Tab 61**



Item 61-1
Art



Item 61-2
Art



Item 61-3
Art

**Tab 62**



Item 62-1
Canon
Camera



Item 62-2
Cable
crossover
machine

Item 62-3
elliptical
machine

Item 62-4
treadmill



Item 62-5
Canon
Camera



Item 62-6
sit-up
bench



Item 60-7
mini
fridge

**Tab 63**



Item 63-1
Billiard
Table



Item 63-2
LG studio
styler