# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>RE: ECF No. 2277<br><br>(Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>                    Plaintiff,<br>v.<br><br>TAURUS FUND LLC,<br>SCOTT BARNETT, as trustee of TAURUS FUND LLC, and<br>TAURUS MANAGEMENT LLC, as trustee of TAURUS FUND LLC,<br><br>                  Defendants. | Adv. Proceeding No. 23-05017 |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>                  Plaintiff,<br>v.<br><br>GREENWICH LAND, LLC and<br>HING CHI NGOK,<br><br>                  Defendants. | Adv. Proceeding No. 23-05005 |

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

### ORDER GRANTING CHAPTER 11 TRUSTEE'S EMERGENCY MOTION FOR STATUS CONFERENCE TO DISCUSS PRESERVATION OF PROPERTY OF ESTATE

UPON CONSIDERATION OF the Emergency Motion of Chapter 11 Trustee Luc A. Despins (the "Trustee") requesting an emergency status conference to discuss the preservation of property of the estate, and good cause having been shown, the relief provided in that Order being narrowly tailored to serve the foregoing purposes, it is by the Court, hereby

ORDERED, that the Emergency Motion is granted as set forth herein; and it is further

ORDERED, that an emergency status conference is scheduled at October 24, 2023, 2:00 PM; and it is further

ORDERED, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that the Trustee is authorized to take all actions necessary to effectuate the relief granted herein; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated at Bridgeport, Connecticut this 23rd day of October, 2023.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut