AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| | |
|---|---|
| 1. NAME: Patrick M. Birney | 2. PHONE NUMBER: (860) 275-8275 |
| | 3. DATE: 10/24/2023 |
| 4. DELIVERY ADDRESS OR EMAIL: pbirney@rc.com | 5. CITY: Hartford |
| | 6. STATE: CT  7. ZIP CODE: 06103 |
| 8. CASE NUMBER: 22-50073 | 9. JUDGE: Judge Julie A. Manning |
| | DATES OF PROCEEDINGS |
| | 10. FROM: 10/24/2023  11. TO: 10/24/2023 |
| 12. CASE NAME: Ho Wan Kwok | LOCATION OF PROCEEDINGS |
| | 13. CITY: Bridgeport  14. STATE: Connecticut |

15. ORDER FOR
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Hearing | 10/24/2023 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES: 1 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /s/ Patrick M. Birney

PROCESSED BY: Lorenzo M. Whitmore

19. DATE: 10/24/2023

PHONE NUMBER: 203-579-5808

TRANSCRIPT TO BE PREPARED BY: Fiore Reporting and Transcription

COURT ADDRESS: 915 Lafayette Blvd. Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

## Tuesday October 24 2023

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |
|---|---|---|

**Matter:** **#2270; (ZG) Order Scheduling Hearing Regarding G Club Documents**

| 01:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |
|---|---|---|

**Matter:** **#2279; (ZG) Order Granting Chapter 11 Trustee's Emergency Motion for Status Conference to Discuss Preservation of Property of Estate and Ordering Certain Counsel to Appear at Status Conference.**

| 01:00 PM | 23-05005 | Despins, Luc A., Chapter 11 Trustee v. Greenwich Land, LLC et al |
|---|---|---|

**Matter:** **#90; (ZG) Order Granting Chapter 11 Trustee's Emergency Motion for Status Conference to Discuss Preservation of Property of Estate and Ordering Certain Counsel to Appear at Status Conference.**

| 01:00 PM | 23-05008 | Despins, Luc A., Chapter 11 Trustee v. Guo |
|---|---|---|

**Matter:** **#32; (ZG) Motion to Compel**

| 01:00 PM | 23-05013 | Despins et al v. HCHK Technologies, Inc. et al |

**Matter:  #157; (ZG) Order Scheduling Hearing Regarding G Club Documents**

| 01:00 PM | 23-05017 | Despins et al v. Taurus Fund LLC et al |

**Matter: # 71; (ZG) Order Granting Chapter 11 Trustee's Emergency Motion for Status Conference to Discuss Preservation of Property of Estate and Ordering Certain Counsel to Appear at Status Conference.**

# Parties that Appeared at the hearing on October 24, 2023

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Avram Emmanuel Luft**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Douglas S. Skalka**
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510

**Jeffrey M. Sklarz**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511

**Carolina A Fornos**
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

**Christopher J. Major**
Meister Seelig & Fein LLP
125 Park Avenue
7th Floor
New York, NY 10017

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

**Melissa I Falk Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604

**Eric A. Henzy**
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604

**Jonathan Kaplan**
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103

**Paul Fenaroli**
Pastore LLC
4 High Ridge Park, 3rd Floor
Stamford, CT 06905

**Michael T. Conway**
Lazare Potter Giacovas & Moyle LLP
747 Third Ave., 16th Floor
Fifth Floor
New York, NY 10017