UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
                        Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x
:
LUC A. DESPINS, CHAPTER 11 :
TRUSTEE, :
:
                         : Adv. Proceeding No. 23-05017
                      Plaintiff, :
v. :
:
:
TAURUS FUND LLC, :
SCOTT BARNETT, as trustee of TAURUS FUND :
LLC, and :
TAURUS MANAGEMENT LLC, as trustee of :
TAURUS FUND LLC, :
:
                      Defendants. :
---------------------------------------------------------------x

**JOINT REPORT OF CHAPTER 11 TRUSTEE AND TAURUS FUND LLC, SCOTT BARNETT, AND TAURUS MANAGEMENT LLC REGARDING PERSONALTY AND FIXTURES IN OR ON MAHWAH MANSION**

Luc A. Despins, in his capacity as the Chapter 11 trustee (the "Trustee") for the estate of Ho Wan Kwok (the "Debtor"), and as plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), by and through his undersigned counsel, and defendants Taurus Fund

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

1

LLC, Scott Barnett, and Taurus Management LLC (the "Defendants," and together with the Trustee, collectively, the "Parties"), hereby submit this joint report (the "Joint Report") in response to the Court's order at the status conference on October 24, 2023 directing the Parties to meet and confer regarding the personalty and fixtures located in or on the premises at 675 Ramapo Valley Road, Mahwah, New Jersey (the "Mahwah Mansion"). The Parties respectfully state the following:

1. On August 15, 2023, the Court entered its *Order Extending Temporary Restraining Order* [Adv. Proc. Doc. No. 34] (the "Mahwah TRO Order"), requiring, among things, that the Defendants identify to the Trustee and to the Court (i) any and all property and assets of Taurus Fund, and (ii) any and all personalty and/or fixtures located in or on the Mahwah Mansion.

2. On August 20, 2023, the Defendants filed their response regarding the Mahwah TRO Order, together with a list of assets of Taurus Fund LLC and a list of fixtures added to the Mahwah Mansion (the "Defendants' Item List").

3. On August 24, 2023, the Court entered its *Memorandum of Decision and Order Granting in Part Motion for Preliminary Injunction* [Adv. Proc. Doc. No. 47] (the "Mahwah PI Order").

4. Pursuant to the Mahwah PI Order, on September 1, 2023, the Trustee and his counsel conducted a tour of the Mahwah Mansion with professionals from Kroll, LLC to inspect and document the conditions of the premises and the personal property and fixtures located in or on the Mahwah Mansion.

5. On October 23, 2023, the Trustee filed an *Emergency Motion for Status Conference to Discuss Preservation of Property of Estate* [Adv. Proc. Doc. No. 70] (the

"Emergency Motion"), attaching as an exhibit his preliminary findings regarding the conditions of the premises, and personal property and fixtures located in or on the Mahwah Mansion.

6. On October 23, 2023, the Court entered its *Order Granting the Trustee's Emergency Motion* [Adv. Proc. Doc. No. 71], ordering counsel for Taurus Fund LLC and counsel for Greenwich Land, LLC to appear at the status conference.

7. On October 24, 2023, the Court held the emergency status conference, which was attended by the Trustee and counsel for the Defendants. The Court directed the Parties to meet and confer, specifically regarding all personalty and fixtures located in or on the Mahwah Mansion that were questioned at the status conference concerning the Trustee's *Emergency Motion for Status Conference to Discuss Preservation of Property of Estate,* including furniture, art work, and antiques that were previously shown to be in the Mahwah Mansion prior to the Trustee's tour on September 1, 2023 but were missing from the Mahwah Mansion on September 1, 2023 (the "Missing Items").

8. On October 25, 2023, the Parties met and conferred, and agreed to a protocol on how to proceed with identifying the personalty and fixtures located in or on the Mahwah Mansion. Specifically, the Parties agreed that:

   a. the Trustee and his counsel shall provide to counsel for Taurus Fund LLC a list of items with pictures which identify and number certain furniture, art work, and antiques in or on the Mahwah Mansion (the "Trustee's Item List");

   b. counsel for Taurus Fund LLC shall review the Trustee's Item List with relevant personnel from Taurus Fund LLC and inform the Trustee whether the items on the list are owned by Taurus Fund LLC; and Taurus Fund LLC shall provide a sworn statement to that effect, which verifies the conclusions stated in the

   proposed report annexed hereto as **Exhibit A**.

 c. Taurus Fund LLC shall also provide a sworn statement with respect to the Defendants' Item List;

 d. both sworn statements by the Defendants referenced in paragraphs 8(b) and 8(c) shall be provided to the Trustee and to the Court by October 31, 2023, pursuant to the Court's order on October 24, 2023 [Adv. Proc. No. 72]; and

 e. should counsel for Taurus Fund LLC feel that an on-site inspection at the Mahwah Mansion is needed to identify certain items, the Trustee will provide written authorization for such counsel to access the Mahwah Mansion in the presence of the Trustee's counsel and professionals from Kroll, LLC.

9. On October 25, 2023, following the Parties' meet and confer, counsel for the Trustee has provided the Trustee's Item List to counsel for Taurus Fund LLC after which the parties agreed to the form of **Exhibit A**.

10. Regarding the Missing Items, the Trustee and counsel for Taurus Fund LLC disagree on how to proceed. The Trustee believes that the photographic evidence from the Emergency Motion shows that the Missing Items were clearly located in the Mahwah Mansion and that Taurus Fund LLC, as the titleholder of the Mahwah Mansion, should be required, through testimony, to identify and/or clarify the ownership of the Missing Items and explain their disappearance from the premises. Counsel for Defendants indicated that because these items which were not owned by Taurus Fund LLC and were not subject to its control, but rather were placed in the Mahwah Mansion under the watch of the manager of the Mahwah Mansion, he would assist in determining who the appropriate party was, presumably the relevant Day Manager at the Mahwah Mansion, so that the Trustee could determine what happened to these

Missing Items. Counsel for Defendants has already begun its inquiry into this issue and will include in its verified response (which will be filed with the Court by October 31, 2023) what information it has uncovered.

Dated: October 26, 2023
New York, New York

By: */s/ Nicholas A. Bassett*
Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*and*

Avram E. Luft (admitted *pro hac vice*)
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee*

LAZARE POTTER GIACOVAS & MOYLE LLP

/s/ Michael T. Conway
Michael T. Conway
747 Third Avenue, Sixteenth Floor
New York, New York 10017
Telephone: (917) 242-1587
mconway@lpgmlaw.com

*Counsel for Defendants*

## Exhibit A.

**Sample Model**

**Sample Response Sheet**

I, _____, making the statements herein under penalty of perjury, make the following response to the Trustee's Item List.

| Trustee Item List No. | Owned by Taurus Fund (Yes/No) | Comments |
|---|---|---|
| 1-1 | [Yes/No] | • if claimed to be owned by Taurus Fund, identify which item it corresponds to on the Defendants' Item List |
| 1-2 | [Yes/No] | • if claimed to be owned by Taurus Fund, identify which item it corresponds to on the Defendants' Item List |
| 1-3 | [Yes/No] | • if claimed to be owned by Taurus Fund, identify which item it corresponds to on the Defendants' Item List |
| 1-4 | [Yes/No] | • if claimed to be owned by Taurus Fund, identify which item it corresponds to on the Defendants' Item List |
| 1-5 | [Yes/No] | • if claimed to be owned by Taurus Fund, identify which item it corresponds to on the Defendants' Item List |
| 1-6 | [Yes/No] | • if claimed to be owned by Taurus Fund, identify which |

|  |  | item it corresponds to on the Defendants' Item List |
|---|---|---|
| […] |  |  |

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Date: October [•], 2023

_____

Name:

TAB 1

# Mahwah Mansion – September 1, 2023[1]







---

[1] All pictures were taken during the Trustee's walkthrough at the Mahwah Mansion on September 1, 2023.

1

TAB 2

# Mahwah Mansion – September 1, 2023





2