**Exhibit 1**

# Delaware

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "LAMP CAPITAL LLC", FILED IN THIS OFFICE ON THE EIGHTH DAY OF SEPTEMBER, A.D. 2020, AT 3:26 O`CLOCK P.M.

*Jeffrey W. Bullock, Secretary of State*

3613661  8100                                    Authentication: 203616520
SR# 20207158166                                  Date: 09-08-20
You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:26 PM 09/08/2020
FILED 03:26 PM 09/08/2020
SR 20207158166 - File Number 3613661

# CERTIFICATE OF FORMATION

## OF

## LAMP CAPITAL LLC

Under Section 18-201 of the
Delaware Limited Liability Company Act

1. The name of the limited liability company is Lamp Capital LLC (the "Company").

2. The address of the registered office of the Company in the State of Delaware and the name and address of the registered agent of the Company required to be maintained at such address are as follows:

**REGISTERED AGENT**

Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building #104
Wilmington, DE 19810

**REGISTERED OFFICE**

3411 Silverside Road
Tatnall Building #104
Wilmington, DE 19810

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Formation this 4th day of September 2020.

Name: Valerie E. Stevens
Title: Organizer

000161.01351 Business 20114594v1