**Exhibit 2**

```
N.Y.S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS    ALBANY, NY 12231-0001

CERTIFICATE OF AUTHORITY UNDER SEC. 805 OF THE LIMITED LIABILITY COMPANY LAW
================================================================================
ENTITY NAME: LAMP CAPITAL LLC

DOCUMENT TYPE: APPLICATION FOR AUTHORITY (FOR LLC)          COUNTY: NEWY

================================================================================
FILED:09/11/2020  DURATION:*********  CASH#:200911000438 FILM #:200911000424
                                      DOS ID:5833522

    FILER:                                              EXIST DATE
    ------                                              ----------
    COURTNEY L. SCANLON                                 09/11/2020
    C/O HODGSON RUSS LLP
    140 PEARL STREET, SUITE 100
    BUFFALO, NY 14202

    ADDRESS FOR PROCESS:
    --------------------
    THE LLC
    667 MADISON AVENUE
    NEW YORK, NY 10065

    REGISTERED AGENT:
    -----------------
```



```
The limited liability company is required to file a Biennial Statement with
the Department of State every two years pursuant to Limited Liability
Company Law Section 301. Notification that the biennial statement is due
will only be made via email. Please go to www.email.ebiennial.dos.ny.gov
to provide an email address to receive an email notification when the
Biennial Statement is due.


================================================================================
SERVICE COMPANY: SPI CORPORATE SOLUTIONS INC.             SERVICE CODE: MT


FEES          285.00                          PAYMENTS              285.00
              ------                                                ------
FILING        250.00                          CASH                    0.00
TAX             0.00                          CHECK                   0.00
CERT            0.00                          CHARGE                  0.00
COPIES         10.00                          DRAWDOWN              285.00
HANDLING       25.00                          OPAL                    0.00
                                              REFUND                  0.00
================================================================================
                                                          DOS-1025 (04/2007)
```

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on September 14, 2020.

Brendan C. Hughes
Executive Deputy Secretary of State

Rev. 06/13

200911000 424

# APPLICATION FOR AUTHORITY

## OF

Lamp Capital LLC

Under Section 802 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

Lamp Capital LLC

If the name does not contain a required word or abbreviation pursuant to Section 204 of the Limited Liability Company Law, the following word or abbreviation is added to the name for use in this state:

If the name of the limited liability company is unavailable, the fictitious name under which it will do business in New York is:

**SECOND:** The jurisdiction of organization of the limited liability company is:
DELAWARE

The date of its organization is: September 8, 2020

**THIRD:** The county within this state in which the office, or if more than one office, the principal office of the limited liability company is to be located is:
NEW YORK

**FOURTH:** The secretary of state is designated as agent of the limited liability company upon whom process against it may be served. The post office address within this state to which the secretary of state shall mail a copy of any process against him or her is:

667 Madison Avenue, New York, NY 10065

**FIFTH:** The name and street address within this state of the registered agent of the limited liability company upon whom and at which process against the limited liability company can be served is:

**SIXTH:** The address of the office required to be maintained in the jurisdiction of formation by the laws of that jurisdiction or, if not so required, the address of the principal office of the limited liability company is:
c/o Corporate Creations Network Inc.
3411 Silverside Road, Tatnall Building #104, Wilmington, DE 19810

**SEVENTH:** The limited liability company is in existence in its jurisdiction of formation at the time of the filing of this application.

EIGHTH:    ( Complete the applicable statement )

☒ The name and address of the authorized officer in the jurisdiction of formation where a copy of the articles of organization of the limited liability company is filed is (e.g. Secretary of State):
Delaware Secretary of State: Division of Corporations - John G. Townsend Bldg.
401 Federal St., Ste. 4, Dover, DE 19901

☐ No public filing of the limited liability company's articles of organization is required by the laws of the jurisdiction of formation. The limited liability company shall provide, upon request, a copy thereof with all amendments thereof. The name and post office address of the person responsible for providing such copies is:

_____

_____

Name and Capacity of Signer

Daniel T. Podhaskie, Authorized Person

FILED: NEW YORK COUNTY CLERK 11/05/2021 05:06 PM                INDEX NO. 652077/2017
NYSCEF DOC. NO. 925    Case 22-50073    Doc 2292-2    Filed 10/26/23    Entered 10/26/23 20:46:12    Page 5 of 7    RECEIVED NYSCEF: 11/05/2021

# Delaware

The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "LAMP CAPITAL LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TENTH DAY OF SEPTEMBER, A.D. 2020.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "LAMP CAPITAL LLC" WAS FORMED ON THE EIGHTH DAY OF SEPTEMBER, A.D. 2020.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN ASSESSED TO DATE.

*Jeffrey W. Bullock, Secretary of State*

Authentication: 203633746
Date: 09-10-20

3613661  8300
SR# 20207211538
You may verify this certificate online at corp.delaware.gov/authver.shtml

424.

# Application for Authority

## of

**Lamp Capital LLC**
(Entity Name)

Under Section 802 of the Limited Liability Company Law

DRAWDOWN
ACCT# MJ

Filed by:

Courtney L. Scanlon - c/o Hodgson Russ LLP
(Name)

140 Pearl Street, Suite 100
(Mailing address)

Buffalo, NY 14202
(City, State and ZIP code)



/CC
STATE OF NEW YORK
DEPARTMENT OF STATE

FILED  SEP 1 1 2020

TAX $
BY:

2020 SEP 11 AM 11:52

NY079 - 1/28/2019 Wolters Kluwer Online

438