**Exhibit 6**

Case 22-50073    Doc 2292-6    Filed 10/26/23    Entered 10/26/23 20:46:12    Page 1 of 4

# Account Agreement

Date: 09/10/2020

**Institution Name & Address**
Lamp Capital LLC
667 Madson Ave 4th Floor
New York, NY 10065

**Internal Use**
Account Title & Address

Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer Information space on page 2.
☐ If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: _____

## Owner/Signer Information 1

| | |
|---|---|
| Name | Daniel Podhaskie |
| Relationship | President |
| Address | 17-22 215th STREET BAYSIDE, NY 11360 |
| Mailing Address (if different) | |
| Gov't Issued Photo ID (type, number, state, issue date, exp. date) | NY DL 258 318 341 |
| Other ID (description, details) | |
| Employer | Lamp Capital LLC |
| Previous Financial Inst. | Newly Established Company |
| E-Mail | |
| Work Phone | +1-917-941-9698 |
| Home Phone | |
| Mobile Phone | |
| Birth Date | [redacted] 1984 |
| SSN/TIN | [redacted] 8073 |

### Signature(s)

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☐ Terms & Conditions  ☐ Truth in Savings  ☐ Funds Availability
☐ Electronic Fund Transfers  ☐ Privacy  ☐ Substitute Checks
☐ Common Features  ☐ _____

☐ Authorized Signer (See Owner/Signer Information for Authorized Signer Designation(s).)

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1): [ X /s/ Daniel Podhaskie ]
I.D. # [redacted] 8341  D.O.B. [redacted] 1984

(2): [ X ]
I.D. # _____  D.O.B. _____

(3): [ X ]
I.D. # _____  D.O.B. _____

(4): [ X ]
I.D. # _____  D.O.B. _____

## Ownership of Account

The specified ownership will remain the same for all accounts.
☒ Individual
☐ Joint with Survivorship (not as tenants in common)
☐ Joint with No Survivorship (as tenants in common)
☐ Sole Proprietorship or Single Member LLC  ☐ Partnership
☒ LLC-enter tax classification  (☒ C Corp  ☐ S Corp  ☐ Partnership)
☐ C Corporation  ☐ S Corporation  ☐ _____
☐ Trust-Separate Agreement Dated: _____
☐

## Beneficiary Designation

(Check appropriate ownership above.)
☐ Revocable Trust  ☐ Pay-On-Death (P.O.D.)
☐

**Beneficiary Name(s), Address(es), and SSN(s)**
(Check appropriate beneficiary designation above.)

**ACCOUNT CLOSED**
DATE: 12-21-20

Signature Card-NJ
Bankers Systems™ VMP®
Wolters Kluwer Financial Services ©2015

MPMP-LAZ-NJ 3/16/2015
Page 1 of 2

# Account Agreement

Date: 09/15/2020

## Institution Name & Address

The Bank of Princeton

2999 Princeton Pike
Lawrenceville NJ 08648,

## Internal Use

### Account Title & Address

Lamp Capital LLC
Daniel Podhaskie

667 Madson Ave 4Th Floor
New York        NY  10065

Enter **Non-Individual Owner Information** on page 2. There is additional **Owner/Signer Information** space on page 2.

☐ If checked, this is a temporary account agreement.
Number of signatures required for withdrawal:  1  .

## Owner/Signer Information 1

| Field | Value |
|---|---|
| Name | Daniel Podhaskie |
| Relationship | |
| Address | 20945 26Th Ave 2K, Bayside, New York 11360 |
| Mailing Address (if different) | |
| Gov't Issued Photo ID (type, number, state, issue date, exp. date) | Ny Drivers License   258318341   ████984   11/13/2021 |
| Other ID (description, details) | Ny Other Attorney Photo License  11/13/2020 |
| Employer | Occupation:  Attorney |
| Previous Financial Inst. | |
| E-Mail | N/A |
| Work Phone | |
| Home Phone | (917) 941-9698 |
| Mobile Phone | |
| Birth Date | ████1984 |
| SSN/TIN | █████6926 |

## Signature(s)

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms & Conditions    ☒ Truth in Savings    ☒ Funds Availability
☒ Electronic Fund Transfers    ☒ Privacy    ☒ Substitute Checks
☐ Common Features    ☐ _____

☐ Authorized Signer (See Owner/Signer Information for Authorized Signer Designation(s).)

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

## Ownership of Account

The specified ownership will remain the same for all accounts.
☐ Individual
☐ Joint with Survivorship (not as tenants in common)
☐ Joint with No Survivorship (as tenants in common)
☐ Sole Proprietorship or Single Member LLC    ☐ Partnership
☐ LLC-enter tax classification  (☐ C Corp  ☐ S Corp  ☐ Partnership)
☐ C Corporation  ☐ S Corporation  ☐ _____
☐ Trust-Separate Agreement Dated: _____
☒ LIMITED LIBILITY COMPANY

## Beneficiary Designation

(Check appropriate ownership above.)
☐ Revocable Trust    ☐ Pay-On-Death (P.O.D.)
☐ _____

### Beneficiary Name(s), Address(es), and SSN(s)

(Check appropriate beneficiary designation above.)

(1):  [ X
       Daniel Podhaskie ]
I.D. # _____  D.O.B. _____

(2):  [ X ]
I.D. # _____  D.O.B. _____

(3):  [ X ]
I.D. # _____  D.O.B. _____

(4):  [ X ]
I.D. # _____  D.O.B. _____

## Owner/Signer Information 2

| Field | Value |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Gov't Issued Photo ID (type, number, state, issue date, exp. date) | |
| Other ID (description, details) | |
| Employer | Occupation: |
| Previous Financial Inst. | |
| E-Mail | |
| Work Phone | |
| Home Phone: | Mobile Phone: |
| Birth Date: | SSN/TIN: |

## Owner/Signer Information 3

| Field | Value |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Gov't Issued Photo ID (type, number, state, issue date, exp. date) | |
| Other ID (description, details) | |
| Employer | Occupation: |
| Previous Financial Inst. | |
| E-Mail | |
| Work Phone | |
| Home Phone: | Mobile Phone: |
| Birth Date: | SSN/TIN: |

## Owner/Signer Information 4

| Field | Value |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Gov't Issued Photo ID (type, number, state, issue date, exp. date) | |
| Other ID (description, details) | |
| Employer | Occupation: |
| Previous Financial Inst. | |
| E-Mail | |
| Work Phone | |
| Home Phone: | Mobile Phone: |
| Birth Date: | SSN/TIN: |

**Important Account Opening Information.** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

## Non-Individual Owner Information

| Field | Value |
|---|---|
| Name | Lamp |
| State/Country & Date of Organization | |
| Nature of Business | |
| Address | 667 Madson Ave 4th Floor, New York, New York 10065 |
| Mailing Address (if different) | |
| Authorization/Resolution Date | |
| Previous Financial Inst. | |
| E-Mail | |
| Phone | B: (917) 941-9698   H: |
| EIN: 85-2948073 | Mobile Phone: |

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Wise Business Checking | 0389 | $ 0.00<br>☐ Cash   ☒ Check<br>☐ _____ |
| | | $ _____<br>☐ Cash   ☐ Check<br>☐ _____ |
| | | $ _____<br>☐ Cash   ☐ Check<br>☐ _____ |

## Services Requested

☐ ATM    ☐ Debit/Check Cards (No. Requested: _____ )
☐ _____    ☐ _____
☐ _____    ☐ _____

## Backup Withholding Certifications

(If not a "U.S. Person", certify foreign status separately)

☐ By signing signature field (1) on this document, I certify under penalties of the statements made in this section are true and that I am a U.S. citizen or other U.S. person (as defined in the instructions).

☒ **Taxpayer I.D. Number - TIN:** 85-2948073
The Taxpayer Identification Number (TIN) shown is my correct taxpayer identification number.

☐ **Backup Withholding.** I am not subject to backup withholding either not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients.** I am an exempt recipient under the Internal Regulations. Exempt payee code (if any) _____

**FATCA Code.** The FATCA code entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

## Other Terms/Information

Date Opened: 09/15/2020