## Exhibit 8

This exhibit has been filed under seal.