**Exhibit 10**

To the Members of:

Hudson Diamond Holding LLC (the "Company")

      I, Daniel T. Podhaskie, hereby resign as the President and Signing Officer of the Company, effective as of December 4, 2020.

Dated as of January 4, 2021

_____
Daniel T. Podhaskie

HR0039239
HR0039239