**Exhibit 12**

To the Members of:

Hudson Diamond NY LLC (the "Company")

    I, Daniel T. Podhaskie, hereby resign as the President and Signing Officer of the Company, effective as of December 4, 2020.

Dated as of January 4, 2021

                                              Daniel T. Podhaskie

087058.00000 Business 20440444v1