**Exhibit 13**

1

2  UNITED STATES BANKRUPTCY COURT

3  DISTRICT OF CONNECTICUT

4  BRIDGEPORT DIVISION

5  ----------------------------------------X

6  In Re:

7        HO WAN KWOK,

8              Debtor.

Chapter 11
Case No.
22-50073 (JAM)

9  ----------------------------------------X

10

11        REMOTE VIDEOTAPED DEPOSITION OF HO WAN KWOK

12              Thursday, March 2, 2023

13

14

15

16  Reported by:

17  Angela M. Shaw-Crockett, CCR, CRR, RMR, CSR

18  Job 222883

19

20

21

   22

23

24

25

Page 2

1
2
3     March 2, 2023
4     10:28 a.m.
5
6   REMOTE VIDEOTAPED DEPOSITION OF HO WAN KWOK,
7   before Angela M. Shaw-Crockett, a Certified Court
8   Reporter, Certified Realtime Reporter, Registered
9   Merit Reporter and Notary Public of the States of
10  New York, New Jersey, and Connecticut.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1              H. Kwok
2   R E M O T E   A P P E A R A N C E S:
3   PAUL HASTINGS LLP
        Attorneys for TRUSTEE
4       200 Park Avenue
        New York, New York  10166
5
    BY:  AVRAM LUFT, ESQ.
6       DOUGLASS BARRON, ESQ.
        WILL FARMER, ESQ.
7
8   CHIESA SHAHINIAN & GIANTOMASI PC
        Attorneys for HK INTERNATIONAL
9       MEI GUO
        One Boland Drive
10      West Orange, New Jersey 07052
11  BY:  PATRICIA BERGAMASCO, ESQ.
12
13  ZEISLER & ZEISLER P.C.
        Attorneys for HK INTERNATIONAL
14      MEI GUO
        10 Middle Street
15      Bridgeport, Connecticut  06604
16  BY:  AARON ROMNEY, ESQ.
17
18  ALSO PRESENT:  Matthew Chin-Quee, The Videographer
19         Luyi Song, Law Clerk, Paul Hastings
20         Jingyi Wang, Mandarin Interpreter
21         Una Wilkinson, Mandarin Check Interpreter
22      **      **      **
23
24
25

Page 4

1              H. Kwok
2      THE VIDEOGRAPHER:  Good morning.  My name
3   is Matthew Chin-Quee.  I'm a legal videographer
4   in association with TSG Reporting.  I won't be
5   in the same room with the witness.  I'll record
6   the deposition remotely.  The reporter,
7   Angie Shaw-Crockett also will not be in the
8   same room and will swear the witness remotely.
9      Do parties stipulate to the validity of
10  the video recording and remote swearing and
11  that it will be admissible in the courtroom as
12  if it had been taken following Rule 30 of the
13  Federal Rules of Civil Procedures and the
14  state's rules where the case is pending?
15      MR. LUFT:  This is Avi Luft on behalf of
16  the Chapter 11 trustee, and we agree.
17      MR. ROMNEY:  Yes, Aaron Romney,
18  Zeisler & Zeisler on behalf of the debtor, the
19  witness.  We agree.
20      MS. BERGAMASCO:  Patricia Bergamasco on
21  behalf of Mei Guo and HK International.
22      THE VIDEOGRAPHER:  Thank you.
23  This is the --
24      MR. LUFT:  You agree?
25      MS. BERGAMASCO:  Yes.  My apologies.

Page 5

1              H. Kwok
2      THE VIDEOGRAPHER:  Thank you.
3      This is the start of tape number 1 of the
4   videotaped deposition of Ho Wan Kwok in the
5   matter In Re: Ho Wan Kwok in the United States
6   Bankruptcy Court District of Connecticut
7   Bridgeport Division, number 22-50073 (JAM).
8   The parties have agreed to appear remotely on
9   March 2, 2023, at approximately 10:28 a.m.
10     My name is Matthew Chin-Quee from
11  TSG Reporting, and I'm the legal video
12  specialist.  The court reporter is
13  Angie Shaw-Crockett, in association with
14  TSG Reporting.
15     Will all counsel please introduce
16  yourself.
17     MR. LUFT:  Hi.  This is Avi Luft of
18  Paul Hastings.  I represent the Chapter 11
19  trustee in, in Re: Ho Wan Kwok.  Along with me
20  are my colleagues Douglass Barron, Will Farmer,
21  and Luyi Song, who is a law clerk.
22     MR. ROMNEY:  Aaron Romney,
23  Zeisler & Zeisler.  I represent the Debtor
24  Mr. Kwok in the main bankruptcy case.  Also
25  representing him in his capacity as a witness

Page 6

H. Kwok

1  H. Kwok
2  today in this adversary proceeding. I do also
3  have an appearance on behalf of Mei Guo and
4  HKI USA in this adversary proceeding.
5      MS. BERGAMASCO: This is Patricia
6  Bergamasco from Zeisler & Zeisler, representing
7  Mei Guo and HK International USA in the
8  adversary proceeding.
9      THE VIDEOGRAPHER: Thank you.
10     Will the court reporter please swear in
11  the Interpreter and the witness.
12 JINGYI WANG,
13     having been first duly sworn by a Notary
14     Public within and for the State of New York,
15     translated the questions from
16     English to Mandarin and the answers
17     from Mandarin to English under oath as
18     follows:
19  Ho Wan Kwok, having been called as a witness, having been
20  first duly sworn (through an Interpreter), was examined and
21  testified as follows:
22     THE WITNESS: Thank you.
23     THE INTERPRETER: And just a note from the
24  Interpreter. The Interpreter has received the
25  link, and the realtime is now working.

Page 7

H. Kwok

1  H. Kwok
2      MR. LUFT: Great.
3  EXAMINATION
4  BY MR. LUFT:
5      Q. Good morning, Mr. Kwok. How are you?
6      A. I'm very well, Counsel. How are you this
7  morning?
8      Q. I'm well. Thank you for asking.
9      Before we start, I'm going to read through
10  the terms that counsel has agreed to with regard to
11  this remote deposition today. There are multiple,
12  so I think what I will do, I will pause after each
13  one so that the Interpreter has an opportunity to
14  just translate it. I'm not looking for an answer,
15  I'm just more just stating what they are. But I
16  think that will be easier.
17     Trustee has agreed to take the debtor's
18  deposition remotely today based on the following
19  agreements agreed to by debtor's counsel, on his
20  behalf: First, HK USA and Ms. Mei Guo no longer
21  intend to call the debtor to offer testimony on
22  their behalf and have removed him from their list of
23  intended hearing witnesses.
24     The taking of this deposition remotely is
25  based on the understanding that other than questions

Page 8

H. Kwok

1  H. Kwok
2  regarding Mr. Kwok's name, his address, and
3  identifying who his family members are, it is the
4  debtor's intention to assert his Fifth Amendment
5  rights to any questions posed at this deposition.
6      If the debtor attempts to assert -- to
7  not -- excuse me. Let me strike that.
8      If the debtor attempts to not assert his
9  Fifth Amendment rights and, instead, answer the
10  questions, this is a breach of the agreement to
11  conduct his deposition remotely, and his deposition
12  will immediately be taken in person. Both sides are
13  clear that deciding to not answer a question by
14  asserting his Fifth Amendment rights is not an
15  option for the debtor to consider at this time.
16     The remote deposition is being offered in
17  good faith because the debtor requested it, not
18  because of need or the trustee's acknowledgment that
19  a remote deposition of the debtor is appropriate
20  here or going forward. And any attempt to
21  substantively answer and not assert his Fifth
22  Amendment rights is a breach of this agreement.
23     I'm sorry. We're going to need to go off
24  the record. My computer just crashed. I apologize.
25     THE VIDEOGRAPHER: We're going off the

Page 9

H. Kwok

1  H. Kwok
2  record at 10:37 a.m.
3     (Recess.)
4     THE VIDEOGRAPHER: We're back on the
5  record at 10:45 a.m.
6     MR. LUFT: I will keep going with the
7  stipulations. Sorry for the technical issue.
8     The debtor must be physically within the
9  jurisdiction of the court, meaning within
10  100 miles of the court, when the deposition is
11  taken. No one other than the debtor's
12  interpreter and his attorney from
13  Zeisler & Zeisler may be in the room with the
14  debtor when he is deposed. The debtor may not
15  communicate with anyone other than his counsel
16  from Zeisler & Zeisler when the deposition is
17  on the record.
18     The debtor's interpreter is not to
19  communicate with the debtor while we are on the
20  record. The only interpreter is the official
21  one, Ms. Jingyi Wang. The debtor's interpreter
22  is there to help the debtor communicate with
23  Zeisler & Zeisler on breaks and to advise
24  Zeisler & Zeisler regarding the translation
25  while the deposition is ongoing. The debtor's

Page 10

H. Kwok

1    interpreter is not to speak on the record.
2        The debtor is to have access to no devices
3    that can send or receive messages while the
4    deposition is on the record.  The debtor is not
5    to send or read messages during the deposition
6    while it is on the record.
7        Are we -- all counsel, are we all still in
8    agreement as to these stipulated agreements?
9        MR. ROMNEY:  Yes.  That's correct.  The
10   only qualification I would say is, to the
11   extent I need to say something on the record
12   that requires the debtor to understand
13   Ms. Wilkinson -- to the extent I need to
14   communicate with the debtor, it will be through
15   Ms. Wilkinson.
16       MR. LUFT:  Mr. Romney, while we're on the
17   record, I'd ask that you use Ms. Wang to speak
18   to the debtor.  To extent you need to speak to
19   him about privilege, let's go off the record,
20   in which case, you can use Ms. Wilkinson
21   however you need to, to speak to him.
22       MR. ROMNEY:  Sure.  I think that's
23   generally correct.  To the extent that, like in
24   a typical setting, where I would say something

Page 11

H. Kwok

1    to a client on the record without taking a
2    break to determine if a break is necessary, it
3    may need to be through Ms. Wilkinson, but I'm
4    not anticipating any issues.
5        MR. LUFT:  Fine.
6        And Ms. Bergamasco, you remain in
7    agreement to these terms?
8        MS. BERGAMASCO:  Can you repeat that?
9        MR. LUFT:  Just confirming that your firm
10   remains in agreement to the terms that have
11   been agreed upon that I have just set forth.
12       MS. BERGAMASCO:  Yes.
13       MR. LUFT:  Great.
14   BY MR. LUFT:
15       Q.  Mr. Kwok, you have been extremely patient.
16   Thank you for that.
17       Mr. Kwok, can I ask you to state your name
18   and your residence for the record?
19       A.  My Chinese name is Kwok Ho Wan.  My
20   address is on the Fifth Avenue in New York.  It's
21   the Sherry-Netherlands, but I can't remember the
22   exact number.  It's either 768 or 769.
23       Q.  And Mr. Kwok, are you in that address
24   right now?

Page 12

H. Kwok

1        A.  Yes.
2        Q.  Okay.  Mr. Kwok, I know you've been
3    deposed before, but I just want to go over some
4    basic ground rules just so we are on the same page;
5    is that okay?
6        A.  Okay.
7        Q.  Mr. Kwok, do you understand that you're
8    testifying under oath today?
9        A.  Yes, I understand.
10       Q.  And by that, all your -- any testimony you
11   offer must be truthful.
12       Do you understand that?
13       A.  Yes, I understand.
14       Q.  Is there any reason that you cannot offer
15   truthful testimony today?
16       A.  No.
17       Q.  Mr. Kwok, can we have an agreement that if
18   any of my questions are not clear to you, you will
19   ask me -- you will let me know and ask me to
20   clarify?
21       A.  Okay.  Thank you very much.
22       Q.  Mr. Kwok, if you don't tell me that
23   something is unclear, could we have an agreement
24   that I can assume that you understand my question?

Page 13

H. Kwok

1        A.  Okay.  That's fine.
2        Q.  Mr. Kwok, is anyone in the room with you
3    today?
4        A.  My attorney and the Interpreter, Una.
5        Q.  Is your attorney Mr. Romney?
6        A.  I only know him by Aaron.  I'm not sure
7    about his other name.
8        MR. LUFT:  Mr. Romney, that is you,
9    correct?
10       MR. ROMNEY:  Yes, it is me, Avi.  Aaron
11   Romney.
12   BY MR. LUFT:
13       Q.  And your interpreter is Una Wilkinson,
14   correct?
15       A.  Yes.
16       Q.  Is there anyone else in the room with you
17   today?
18       A.  No.
19       Q.  Mr. Kwok, what is the name of your
20   daughter?
21       A.  Kwok Mei.
22       Q.  And what is the name of your son?
23       A.  Kwok Qiang.
24       Q.  Does he sometimes also go by the name

Page 14

H. Kwok

1    Mileson Kwok?
2    A. Yes.
3    Q. And what is name of your wife?
4    A. Yu Chang Chu.
5    Q. Mr. Kwok, did you do anything to prepare
6    for your deposition today?
7    A. No.
8    Q. Did you meet with counsel to prepare for
9    your deposition today?
10   A. No.
11   Q. Did you review any documents in
12   preparation for your deposition today?
13   A. No.
14   Q. Did you review anything to refresh your
15   recollection for your deposition today?
16   A. No.
17   Q. At this point, Mr. Kwok, we're going to
18   shift to the substantive part of your deposition to
19   which I understand it is your intention to plead the
20   Fifth.
21   I ask that you just let me finish asking
22   my question and allow the translator to fully
23   translate it before you make any such assertion,
24   okay?

Page 15

H. Kwok

1    A. Okay.
2    Q. Mr. Kwok, at all times since the Lady May
3    was purchased on February 23, 2015, by Hong Kong
4    International Funds Investments Limited, which I
5    will also refer to as "HK International," you have
6    been the beneficial owner of the Lady May, correct?
7    A. I assert the Fifth.
8    Q. At all times since the Lady May was
9    purchased on February 23, 2015, by HK International,
10   you, the debtor, have been the equitable owner of
11   the Lady May, correct?
12   A. I plead the Fifth.
13   Q. At all times since the Lady May was
14   purchased on February 23, 2015, by HK International,
15   you have controlled the Lady May?
16   A. The Fifth.
17   Q. At all times since the Lady May was
18   purchased on February 23, 2015, by Hong Kong
19   International, you have been the legal owner of the
20   Lady May?
21   THE WITNESS: Ms. Wang, what is the
22   question? Is that the question whether I am?
23   MR. LUFT: Yes.

Page 16

H. Kwok

1    BY MR. LUFT:
2    Q. Is my statement correct?
3    A. The Fifth.
4    Q. Mr. Kwok, you do not need Mei Guo's
5    permission to board the Lady May, correct?
6    A. The Fifth.
7    Q. Mr. Kwok, you do not need to ask Mei Guo's
8    permission to use the Lady May, correct?
9    A. The Fifth.
10   Q. Mr. Kwok, you do not need to ask Mei Guo's
11   permission to direct the crew of the Lady May to
12   navigate the Lady May from location to location,
13   correct?
14   A. The Fifth.
15   Q. Mr. Kwok, at all times since the
16   establishment of Hong Kong International Funds
17   Investment Limited, you have been its beneficial
18   owner, correct?
19   A. The Fifth.
20   Q. Mr. Kwok, at all times since the
21   establishment of HK International, you have been its
22   equitable owner, correct?
23   A. The Fifth.
24   Q. Mr. Kwok, at all times since the

Page 17

H. Kwok

1    establishment of HK International, you have
2    controlled HK International, correct?
3    A. The Fifth.
4    Q. Mr. Kwok, at all times since the
5    establishment of HK International, you have been its
6    legal owner, correct?
7    A. The Fifth.
8    Q. Mr. Kwok, at all times since the
9    establishment of HK International, it has been -- it
10   has been your alter ego, correct?
11   THE INTERPRETER: Counsel, could you
12   please explain "alter ego"?
13   MR. LUFT: Just translate the term. It's
14   a legal term.
15   THE INTERPRETER: I've got the legal term.
16   MR. LUFT: Okay.
17   THE WITNESS: The Fifth.
18   BY MR. LUFT:
19   Q. Mr. Kwok, you're familiar with an entity
20   called "HK International Funds Investment USA
21   Limited," or I may refer to it as "HK USA," correct?
22   A. The Fifth.
23   Q. Mr. Kwok, at all times since the
24   establishment of HK USA, you have been its

Page 18

1    H. Kwok
2    beneficial owner, correct?
3    A.  The Fifth.
4    Q.  Mr. Kwok, at all times since the
5    establishment of HK USA, you have been its equitable
6    owner, correct?
7    A.  The Fifth.
8    Q.  Mr. Kwok, at all times since the
9    establishment of HK USA, you have controlled it,
10   correct?
11   A.  The Fifth.
12   Q.  Mr. Kwok, at all times since the
13   establishment of HK USA, you have been its legal
14   owner, correct?
15   A.  The Fifth.
16   Q.  Mr. Kwok, at all times since the
17   establishment of HK USA, it has been your alter ego,
18   correct?
19   A.  The Fifth.
20   Q.  Mr. Kwok, you know an individual named
21   Natasha Qu, correct?
22   A.  The Fifth.
23   Q.  Mr. Kwok, the transfer of HK International
24   to Natasha Qu was done to hide your assets from your
25   creditors, correct?

Page 19

1    H. Kwok
2    A.  The Fifth.
3    Q.  Mr. Kwok, you directed Natasha Qu to
4    execute a declaration of trust, governing your
5    shares in Hong Kong International on or about
6    October 10, 2014, correct?
7    A.  The Fifth.
8    MR. LUFT:  At this point, I'd ask the
9    court reporter to mark as Kwok PJR Deposition
10   Exhibit 1, a copy of the declaration of trust
11   made on the 10th day of October 2014, as well
12   as the certified translation we have of it.
13   I'll ask my colleague, Mr. Farmer, to post
14   that if possible.
15   (Kwok PJR Exhibit 1 was received and
16   marked for identification, as of this date.)
17   BY MR. LUFT:
18   Q.  Mr. Kwok, take a minute to review the
19   Exhibit 1.
20   MR. ROMNEY:  Avi, may be the formatting of
21   the screen.  I don't see Bates numbers on
22   there.
23   Have these been produced in connection
24   with the PJR proceeding?
25   MR. LUFT:  There is no Bates number.  We

Page 20

1    H. Kwok
2    have offered to produce it to you.
3    MR. ROMNEY:  I'm sorry.  I'm not sure what
4    you're referring to.
5    THE WITNESS:  I'm done reading it.
6    BY MR. LUFT:
7    Q.  Mr. Kwok, is this a true and correct copy
8    of the Declaration of Trust you entered into with
9    Natasha Kwok [sic] on October 10 -- Natasha Qu, on
10   October 10, 2014, relating to your shares of Hong
11   Kong International?
12   MR. ROMNEY:  Object to the form of the
13   question.
14   A.  The Fifth.
15   BY MR. LUFT:
16   Q.  Mr. Kwok, the signed copy of Exhibit 1,
17   the Declaration of Trust, dated October 10, 2014,
18   was given to your counsel Stevenson, Wong & Co. for
19   them to retain on your behalf, correct?
20   A.  The Fifth.
21   Q.  Mr. Kwok, pursuant to the terms of the
22   Declaration of Trust, even after Hong Kong
23   International was transferred by you to Natasha Qu,
24   you still retained control and beneficial ownership
25   of Hong Kong International and its assets, including

Page 21

1    H. Kwok
2    the Lady May, correct?
3    MR. ROMNEY:  Objection to form.
4    A.  The Fifth.
5    BY MR. LUFT:
6    Q.  Mr. Kwok, the Lady May was purchased on
7    your behalf, correct?
8    A.  The Fifth.
9    Q.  Mr. Kwok, the Lady May was purchased for
10   you to control and beneficially own, correct?
11   A.  The Fifth.
12   Q.  Mr. Kwok, all of the funds used to
13   purchase the Lady May were funds you owned and
14   controlled, correct?
15   A.  The Fifth.
16   Q.  Mr. Kwok, you funded the purchase of the
17   Lady May on February 23, 2015, with funds you
18   exclusively controlled to an entity named Bravo
19   Luck, correct?
20   A.  The Fifth.
21   Q.  Mr. Kwok, Bravo Luck is an entity that you
22   at all times have had exclusive control over,
23   correct?
24   A.  The Fifth.
25   Q.  Mr. Kwok, at all times, you have had

Page 22

```
1           H. Kwok
2  exclusive control over the assets of Bravo Luck,
3  correct?
4     A. The Fifth.
5     Q. Mr. Kwok, none of the funds used to
6  purchase the Lady May belonged to your son, Mileson
7  Kwok, correct?
8     A. The Fifth.
9     Q. Mr. Kwok, you had the Lady May purchased
10 by Hong Kong International for your own use,
11 correct?
12    A. The Fifth.
13    Q. Mr. Kwok, you directed Hong Kong
14 International to purchase the Lady May with your own
15 assets to attempt to obscure your ownership of the
16 Lady May, correct?
17    A. The Fifth.
18    Q. For clarity, when I refer to Bravo Luck,
19 you understand I'm referring to Bravo Luck Limited,
20 correct?
21    A. The Fifth.
22    Q. Mr. Kwok, you directed Hong Kong
23 International to purchase the Lady May with funds
24 you owned to shield the Lady May from your
25 creditors, correct?
```

Page 23

```
1           H. Kwok
2     A. The Fifth.
3     Q. Mr. Kwok, you directed Ms. Qu to transfer
4  her purported ownership in Hong Kong International
5  to Mei Guo for the consideration of one Hong Kong
6  dollar on June 27, 2017, correct?
7     A. The Fifth.
8     Q. Mr. Kwok, you directed the transfer on
9  June 27, 2017, of Ms. Qu's purported ownership of
10 HK International to Mei Guo for the consideration of
11 one Hong Kong dollar in an attempt to obscure your
12 ownership of the Lady May, correct?
13    A. The Fifth.
14    Q. Mr. Kwok, you directed the transfer on
15 June 27, 2017, of Ms. Qu's purported ownership of HK
16 International to Mei Guo for the consideration of
17 one Hong Kong dollar to try to shield the Lady May
18 from your creditors, correct?
19    A. The Fifth.
20    Q. Mr. Kwok, the transfer on June 27, 2017,
21 of Ms. Qu's purported ownership of HK International
22 to Mei Guo did not change the fact that you remained
23 in control of and the beneficial owner
24 of HK International, correct?
25        MR. ROMNEY: Object to the form.
```

Page 24

```
1           H. Kwok
2     A. The Fifth.
3  BY MR. LUFT:
4     Q. Let me just break that up, because there
5  was an objection.
6        The transfer on June 27, 2017, of Ms. Qu's
7  purported ownership of HK International to Mei Guo
8  did not change the fact that you remained in control
9  of HK International following that transfer,
10 correct?
11    A. The Fifth.
12    Q. Mr. Kwok, the transfer on June 27, 2017,
13 of Ms. Qu's purported ownership of HK International
14 to Mei Guo did not change the fact that you remained
15 the beneficial owner of Hong Kong International
16 after that transfer, correct?
17        MR. ROMNEY: Object to the form.
18    A. The Fifth.
19 BY MR. LUFT:
20    Q. Mr. Kwok, the transfer on June 27, 2017,
21 of Ms. Qu's purported ownership of HK International
22 to Mei Guo did not change the fact that you remained
23 in control of the Lady May both before and after the
24 transfer, correct?
25        MR. ROMNEY: Object to the form.
```

Page 25

```
1           H. Kwok
2     A. The Fifth.
3  BY MR. LUFT:
4     Q. Mr. Kwok, the transfer on June 27, 2017,
5  of Ms. Qu's purported ownership of HK International
6  to Mei Guo did not change the fact that you remained
7  the beneficial owner of the Lady May both before and
8  after the transfer, correct?
9        MR. ROMNEY: Object to the form.
10    A. The Fifth.
11 BY MR. LUFT:
12    Q. Mr. Kwok, you -- and by that, I mean
13 yourself or through your agents -- directed the
14 formation of HK International Funds Investments USA
15 Limited on September 11, 2018, correct?
16    A. The Fifth.
17    Q. Mr. Kwok, the Lady May was transferred to
18 HK USA in an attempt to obscure your ownership of
19 the Lady May, correct?
20        MR. ROMNEY: Object to the form.
21    A. The Fifth.
22 BY MR. LUFT:
23    Q. Mr. Kwok, the Lady May was transferred to
24 HK USA at your direction in an attempt to shield it
25 from your creditor, correct?
```

Page 26

1          H. Kwok
2      A.  The Fifth.
3      Q.  Mr. Kwok, you have used the entities
4  Golden Spring and Lamp Capital to pay the expenses
5  of the Lady May, correct?
6          MR. ROMNEY:  Object to the form.
7      A.  The Fifth.
8  BY MR. LUFT:
9      Q.  Mr. Kwok, you are the owner of
10  Golden Spring, correct?
11          MR. ROMNEY:  Object to the form.
12      A.  The Fifth.
13  BY MR. LUFT:
14      Q.  Mr. Kwok, all assets owned by Golden
15  Spring belong to you, correct?
16          MR. ROMNEY:  Object to the form.
17      A.  The Fifth.
18  BY MR. LUFT:
19      Q.  Mr. Kwok, you control Golden Springs
20  Limited, correct?
21      A.  The Fifth.
22      Q.  Mr. Kwok, you have control of all assets
23  of Golden Spring, correct?
24      A.  The Fifth.
25      Q.  Mr. Kwok, all expenses related to the

Page 27

1          H. Kwok
2  Lady May paid by Golden Spring New York Limited,
3  which I've been referring to as "Golden Spring,"
4  were paid with funds you control, correct?
5      A.  The Fifth.
6      Q.  Mr. Kwok, all expenses related to the
7  Lady May paid by Golden Spring were paid with funds
8  you owned, correct?
9          MR. ROMNEY:  Object to the form.
10      A.  The Fifth.
11  BY MR. LUFT:
12      Q.  Mr. Kwok, all expenses related to the
13  Lady May paid by Golden Spring were paid at your
14  direction, correct?
15      A.  The Fifth.
16      Q.  Mr. Kwok, none of the expenses paid by
17  Golden Spring for the Lady May were paid for with
18  assets belonging to Mileson Kwok, correct?
19          MR. ROMNEY:  Object to the form.
20      A.  The Fifth.
21  BY MR. LUFT:
22      Q.  Mr. Kwok, you are the equitable owner of
23  Lamp Capital, correct?
24      A.  The Fifth.
25      Q.  Mr. Kwok, you are the beneficial owner of

Page 28

1          H. Kwok
2  Lamp Capital, correct?
3      A.  The Fifth.
4      Q.  Mr. Kwok, you're the equitable owner of
5  Golden Spring, correct?
6      A.  The Fifth.
7      Q.  Mr. Kwok, you are the beneficial owner of
8  Golden Spring, correct?
9      A.  The Fifth.
10      Q.  Mr. Kwok, you have exclusive control over
11  Lamp Capital, correct?
12      A.  The Fifth.
13      Q.  Mr. Kwok, all expenses related to the
14  Lady May paid by Lamp Capital LLC were paid with
15  assets you controlled, correct?
16      A.  The Fifth.
17      Q.  Mr. Kwok, all expenses related to the
18  Lady May paid by Lamp Capital LLC were paid with
19  assets that you owned, correct?
20          MR. ROMNEY:  Object to the form.
21      A.  The Fifth.
22  BY MR. LUFT:
23      Q.  Mr. Kwok, all expenses related to the
24  Lady May paid by Lamp Capital LLC were paid at your
25  direction, correct?

Page 29

1          H. Kwok
2      A.  The Fifth.
3      Q.  Mr. Kwok, none of the expenses paid by
4  Lamp Capital related to the Lady May were paid with
5  assets belonging to Mileson Kwok?
6          MR. ROMNEY:  Object to the form.
7      A.  The Fifth.
8  BY MR. LUFT:
9      Q.  Mr. Kwok, none of the assets of
10  Lamp Capital belong to Mr. Kwok -- Mr. Mileson Kwok,
11  correct?
12          MR. ROMNEY:  Object to the form.
13      A.  The Fifth.
14  BY MR. LUFT:
15      Q.  Mr. Kwok, you have exclusive control over
16  the assets of Lamp Capital, correct?
17      A.  The Fifth.
18      Q.  Mr. Kwok, your son Mileson Kwok has no
19  control over the assets of Lamp Capital, correct?
20      A.  The Fifth.
21      Q.  Mr. Kwok, your son Mileson Kwok has no
22  control over the assets of Golden Spring, correct?
23          MR. ROMNEY:  Object to the form.
24      A.  The Fifth.
25

Page 30

H. Kwok

1
2  BY MR. LUFT:
3      Q.  Mr. Kwok, you asked Yvette Wang to take
4  actions on your behalf related to the Lady May and
5  HK USA and HK International, correct?
6          MR. ROMNEY:  Object to the form.
7      A.  The Fifth.
8  BY MR. LUFT:
9      Q.  Mr. Kwok, you asked Max Krasner to take
10  actions related to the Lady May, HK International,
11  and HK USA on your behalf, correct?
12         MR. ROMNEY:  Objection.
13     A.  The Fifth.
14  BY MR. LUFT:
15     Q.  Mr. Kwok, all actions taken by Yvette Wang
16  relating to the Lady May are taken at your
17  direction, correct?
18         MR. ROMNEY:  Object to the form.
19     A.  The Fifth.
20  BY MR. LUFT:
21     Q.  Mr. Kwok, all actions taken by Yvette Wang
22  related to the Lady May are taken on your behalf,
23  correct?
24     A.  The Fifth.
25         MR. ROMNEY:  Object to the form.

Page 31

H. Kwok

1
2  BY MR. LUFT:
3      Q.  Mr. Kwok, all actions taken by Max Krasner
4  that relate to the Lady May are taken at your
5  direction, correct?
6      A.  The Fifth.
7      Q.  Mr. Kwok, all actions taken by Max Krasner
8  related to the Lady May are taken on your behalf,
9  correct?
10         MR. ROMNEY:  Object to the form.
11     A.  The Fifth.
12  BY MR. LUFT:
13     Q.  Mr. Kwok, all actions taken by Yvette Wang
14  relating to HK International are taken at your
15  direction, correct?
16     A.  The Fifth.
17     Q.  Mr. Kwok, all actions taken by Yvette Wang
18  relating to HK USA are taken at your direction,
19  correct?
20         MR. ROMNEY:  Object to the form.
21     A.  The Fifth.
22  BY MR. LUFT:
23     Q.  Mr. Kwok, all actions taken by Yvette Wang
24  relating to HK International are taken on your
25  behalf, correct?

Page 32

H. Kwok

1
2          MR. ROMNEY:  Object to the form.
3      A.  The Fifth.
4  BY MR. LUFT:
5      Q.  Mr. Kwok, all actions taken by Yvette Wang
6  relating to HK USA are taken on your behalf,
7  correct?
8          MR. ROMNEY:  Object to the form.
9      A.  The Fifth.
10  BY MR. LUFT:
11     Q.  Mr. Kwok, all actions taken by Max Krasner
12  as related to HK International are taken at your
13  direction, correct?
14         MR. ROMNEY:  Objection to form.
15     A.  The Fifth.
16  BY MR. LUFT:
17     Q.  Mr. Kwok, all actions taken by Max Krasner
18  as related to HK USA are taken at your direction,
19  correct?
20         MR. ROMNEY:  Object to the form.
21     A.  The Fifth.
22  BY MR. LUFT:
23     Q.  Mr. Kwok, all actions taken by Max Krasner
24  as related to HK International are taken on your
25  behalf, correct?

Page 33

H. Kwok

1
2          MR. ROMNEY:  Object to the form.
3      A.  The Fifth.
4  BY MR. LUFT:
5      Q.  Mr. Kwok, all actions taken by Max Krasner
6  as related to HK USA are taken on your behalf,
7  correct?
8          MR. ROMNEY:  Object to form.
9      A.  The Fifth.
10  BY MR. LUFT:
11     Q.  Mr. Kwok, Yvette Wang is currently your
12  employee, correct?
13     A.  The Fifth.
14     Q.  Mr. Kwok, Ms. Wang has been your employee
15  since at least 2015 and up through the present,
16  correct?
17     A.  The Fifth.
18     Q.  Mr. Kwok, Ms. Wang, since at least 2015
19  through the present, has acted as your agent,
20  correct?
21     A.  The Fifth.
22     Q.  Mr. Kwok, Ms. Wang currently acts as your
23  agent, correct?
24     A.  The Fifth.
25     Q.  Mr. Kwok, you know the current location of

Page 34

1        H. Kwok
2    Ms. Wang, correct?
3        A.  The Fifth.
4        Q.  Mr. Kwok, at what location does Ms. Wang
5    currently reside?
6        A.  The Fifth.
7        Q.  Mr. Kwok, Max Krasner is currently your
8    employee, correct?
9        A.  The Fifth.
10       Q.  Mr. Kwok, at all times Mr. Krasner has had
11   any involvement with the Lady May, he has been your
12   employee, correct?
13       A.  The Fifth.
14       Q.  Mr. Kwok, at all times that you've had
15   involvement with Mr. Krasner, he has acted as your
16   agent, correct?
17       A.  The Fifth.
18       Q.  Mr. Kwok, Mr. Krasner currently acts as
19   your agent, correct?
20       A.  The Fifth.
21       Q.  Mr. Kwok, you have Mr. Krasner's current
22   contact information, including his address and his
23   phone number, correct?
24       A.  The Fifth.
25       Q.  Mr. Kwok, what is Mr. Krasner's current

Page 35

1        H. Kwok
2    home address?
3        A.  The Fifth.
4        Q.  Mr. Kwok, what is Mr. Krasner's current
5    phone number?
6        A.  The Fifth.
7        Q.  Mr. Kwok, you know how to get in touch
8    with Ms. Yvette Wang, correct?
9        A.  The Fifth.
10       Q.  Mr. Kwok, you have not shared that
11   information with the trustee, correct?
12       A.  The Fifth.
13       MR. ROMNEY:  Could the Interpreter ask the
14   witness if he needs a break.
15   BY MR. LUFT:
16       Q.  Mr. Kwok, you know how to get in touch
17   with Mr. Krasner, correct?
18       MR. ROMNEY:  Avi, could you not hear what
19   I just placed on the record.
20       MR. LUFT:  I did not hear you, Aaron.
21   Sorry.
22       MR. ROMNEY:  Oh, I'm sorry.  I had asked
23   if the Interpreter could ask the witness if he
24   needs a break.
25       THE INTERPRETER:  Oh, okay.

Page 36

1        H. Kwok
2        (Complies.)
3        THE WITNESS:  Yes.  It's quite tiring.  I
4    need a break.
5        MR. LUFT:  Okay.  Aaron, I have like two
6    more questions just to finish this.  Could we
7    just do that, and then we'll take a break?
8        THE WITNESS:  Okay.
9    BY MR. LUFT:
10       Q.  Mr. Kwok, you know the contact
11   information, including address and phone number, of
12   Mr. Krasner currently, correct?
13       A.  The Fifth.
14       Q.  Mr. Kwok, you have not shared this
15   information with the trustee, correct?
16       A.  The Fifth.
17       MR. LUFT:  Aaron, if you want to take a
18   break now, that's fine.  How long would you
19   like?
20       MR. ROMNEY:  How long do you want?  Five,
21   ten minutes?
22       THE WITNESS:  Ten minutes.
23       MR. ROMNEY:  Ten minutes?
24       MR. LUFT:  Sure.
25       THE VIDEOGRAPHER:  We're going off the

Page 37

1        H. Kwok
2    record at 11:47 a.m.
3        (Recess.)
4        THE VIDEOGRAPHER:  We're back on the
5    record at 12:05 p.m.
6    BY MR. LUFT:
7        Q.  Mr. Kwok, you have ultimate authority with
8    respect to the movements of the Lady May, correct?
9        A.  The Fifth.
10       Q.  Mr. Kwok, you have ultimate control over
11   where the crew of the Lady May sails the yacht,
12   correct?
13       A.  The Fifth.
14       Q.  Mr. Kwok, you gave instructions for the
15   Lady May to be sailed from New York to Florida in
16   2020, correct?
17       A.  The Fifth.
18       Q.  Mr. Kwok, the Lady May was sailed from
19   New York to Florida in the fall of 2020 because you
20   directed that it be done so, correct?
21       A.  The Fifth.
22       Q.  Mr. Kwok, you gave instructions for the
23   Lady May to be sailed from Florida to the Bahamas in
24   the fall of 2020, correct?
25       A.  The Fifth.

Page 38

1          H. Kwok
2     Q.   Mr. Kwok, the Lady May was sailed from
3   Florida to the Bahamas in the fall of 2020 because
4   you instructed the crew for it to do so, correct?
5     A.   The Fifth.
6     Q.   Mr. Kwok, you instructed the Lady May to
7   be sailed to Europe in 2021, correct?
8     A.   The Fifth.
9     Q.   Mr. Kwok, the reason the Lady May was
10  sailed to Europe in 2021 was because you gave
11  instructions for that to happen, correct?
12         MR. ROMNEY:  Object to the form.
13    A.   The Fifth.
14  BY MR. LUFT:
15    Q.   Mr. Kwok, you gave directions for the
16  Lady May to be sailed to Europe to keep the Lady May
17  out of the hands of your creditors, correct?
18    A.   The Fifth.
19    Q.   Mr. Kwok, the Lady May remained in Europe
20  until you authorized it to return to the
21  United States, correct?
22    A.   The Fifth.
23    Q.   Mr. Kwok, you're the only person who had
24  the authority to order the Lady May to return to the
25  United States, correct?

Page 39

1          H. Kwok
2     A.   The Fifth.
3     Q.   Mr. Kwok, when you directed the Lady May
4   to sail to Europe in 2021, you and your daughter,
5   Mei Guo, were aware that doing so would violate
6   Ostrager's order and cause you to incur contempt
7   fees, correct?
8         MR. ROMNEY:  Object to the form.
9     A.   The Fifth.
10  BY MR. LUFT:
11    Q.   Mr. Kwok, the Lady May was returned to
12  Connecticut waters in 2022 only because you directed
13  that to happen, correct?
14    A.   The Fifth.
15    Q.   Mr. Kwok, you're familiar with an
16  individual named William Je?
17    A.   The Fifth.
18    Q.   Mr. Kwok, William Je is a close family
19  friend, correct?
20    A.   The Fifth.
21    Q.   Mr. Kwok, Mr. Je is referred to by your
22  daughter as "Uncle William," correct?
23    A.   The Fifth.
24    Q.   Mr. Kwok, Mr. Je acts as an agent,
25  correct?

Page 40

1          H. Kwok
2     A.   The Fifth.
3     Q.   Mr. Kwok, Mr. Je is currently acting as
4   your agent in your business dealings, correct?
5     A.   The Fifth.
6     Q.   Mr. Kwok, in April of 2022, Mr. Je -- any
7   actions Mr. Je took in relation to the Lady May were
8   as your agent, correct?
9     A.   The Fifth.
10    Q.   Mr. Kwok, any actions Mr. Je takes in
11  connection with business dealings are taken at your
12  direction, correct?
13         MR. ROMNEY:  Object to the form.
14    A.   The Fifth.
15  BY MR. LUFT:
16    Q.   Mr. Kwok, with regard to any business
17  dealings involving you and Mr. Je, Mr. Je is under
18  your control, correct?
19    A.   The Fifth.
20    Q.   Mr. Kwok, Mr. Je acts at your direction to
21  generate funds for you through the use of the
22  Himalaya Farms, correct?
23    A.   The Fifth.
24    Q.   Mr. Kwok, any assets purportedly under the
25  control of William Je are actually assets under your

Page 41

1          H. Kwok
2   control, correct?
3         MR. ROMNEY:  Object to the form.
4     A.   The Fifth.
5   BY MR. LUFT:
6     Q.   Mr. Kwok, any entities purportedly under
7   the control of William Je are actually entities
8   under your control, correct?
9         MR. ROMNEY:  Object to the form.
10    A.   The Fifth.
11  BY MR. LUFT:
12    Q.   Mr. Kwok, the loan agreement dated
13  April 19, 2022, between Himalaya International
14  Financial Group Limited as lender and HK USA as
15  borrower was arranged at your request, correct?
16    A.   The Fifth.
17    Q.   Mr. Kwok, you control Himalaya
18  International Financial Group Limited, correct?
19         THE WITNESS:  I want to speak with my
20  attorney now.
21         MR. LUFT:  Okay.
22         MR. ROMNEY:  Take five.
23         MR. LUFT:  Okay.
24         THE VIDEOGRAPHER:  We're going off the
25  record at 12:17 p.m.

Page 42

H. Kwok

1
2    (Recess.)
3        THE VIDEOGRAPHER: We're back on the
4    record at 12:24 p.m.
5 BY MR. LUFT:
6    Q. Mr. Kwok, you are the beneficial owner of
7 Himalaya International Financial Group Limited,
8 correct?
9    A. The Fifth.
10    Q. Mr. Kwok, all assets of Himalaya
11 International Financial Group Limited are under your
12 control, correct?
13    A. The Fifth.
14    Q. Mr. Kwok, the $37 million of funds
15 Himalaya International Financial Group loaned to
16 HK USA were funds that you owned and controlled,
17 correct?
18    A. The Fifth.
19    Q. Mr. Kwok, you control the $37 million that
20 was put in escrow by HK USA in connection with this
21 Chapter 11 case, correct?
22    A. The Fifth.
23    Q. Mr. Kwok, any repayment by HK USA of the
24 principal $37 million on account of the purported
25 $37 million loan from Himalaya International

Page 43

H. Kwok

1
2 Financial Group Limited will be made to entities
3 that you control, correct?
4        MR. ROMNEY: Object to the form.
5    A. The Fifth.
6 BY MR. LUFT:
7    Q. Mr. Kwok, any payment of interest by
8 HK USA on account of the purported $37 million loan
9 from Himalaya International Financial Group Limited
10 will be paid to an entity that you control, correct?
11        MR. ROMNEY: Object to the form.
12    A. The Fifth.
13 BY MR. LUFT:
14    Q. Mr. Kwok, at the February 7, 2022,
15 evidentiary hearing before Justice Ostrager of the
16 Supreme Court of the State of New York, your
17 interest was for the Court to find HK USA to be the
18 beneficial owner and to have control of the
19 Lady May, correct?
20        MR. ROMNEY: Object to the question.
21        THE INTERPRETER: I didn't catch. Someone
22    mentioned something after the question.
23        MR. ROMNEY: Could we have the question
24    read back.
25        MR. LUFT: Could we get it translated, and

Page 44

H. Kwok

1
2    then it can be read back.
3        THE INTERPRETER: (Complies.)
4        MR. ROMNEY: Could we hear the question
5    read back before?
6        (The last question was read back by the
7    Reporter.)
8        MR. ROMNEY: Object to the form.
9    A. The Fifth.
10 BY MR. LUFT:
11    Q. Mr. Kwok, counsel for HK USA and Mei Guo
12 appeared at the February 7, 2022, evidentiary
13 hearing, correct?
14    A. The Fifth.
15    Q. Mr. Kwok, counsel for HK USA and Mei Guo
16 helped present your defense at the February 7, 2022,
17 hearing, correct?
18        MR. ROMNEY: Object to the form.
19    A. The Fifth.
20 BY MR. LUFT:
21    Q. Mr. Kwok, counsel for HK USA and Mei Guo
22 worked with your counsel at the February 7, 2022,
23 hearing to prepare for and present your case,
24 correct?
25        MR. ROMNEY: Object to the form.

Page 45

H. Kwok

1
2    A. The Fifth.
3 BY MR. LUFT:
4    Q. Mr. Kwok, you directed your counsel for
5 the February 7, 2022, evidentiary hearing to enter
6 into a common interest agreement with HK USA and
7 Mei Guo in connection with that hearing, correct?
8        MR. ROMNEY: I'm going to direct the
9    witness not to answer based on the
10    attorney-client privilege.
11        MR. LUFT: Mr. Romney, you know that is
12    pre-petition, and thus, any common interest
13    belongs to the trustee, correct?
14        MR. ROMNEY: Can the reporter read the
15    question, please -- read back the question.
16        (The last question was read back by the
17    Reporter.)
18        MR. ROMNEY: You can answer.
19    A. The Fifth.
20 BY MR. LUFT:
21    Q. Mr. Kwok, HK USA and Mei Guo shared
22 identical interests to you in the court finding
23 HK USA was the beneficial owner and had control over
24 the Lady May for the February 7, 2022, evidentiary
25 hearing before Justice Ostrager, correct?

Page 46

1        H. Kwok
2        MR. ROMNEY: Object to the form.
3     A.  The Fifth.
4 BY MR. LUFT:
5     Q.  Mr. Kwok, schedules you had filed in
6 connection with your Chapter 11 filing should have
7 included your beneficial ownership of the Lady May
8 as an asset of your estate, correct?
9        MR. ROMNEY: Object to the form.
10    A.  The Fifth.
11 BY MR. LUFT:
12    Q.  Mr. Kwok, the schedules you filed in
13 connection with the Chapter 11 filing should have
14 included your beneficial ownership of HK USA as an
15 asset of the estate, correct?
16       MR. ROMNEY: Object to the form.
17    A.  The Fifth.
18 BY MR. LUFT:
19    Q.  Mr. Kwok, any assets of Golden Spring and
20 Lamp Capital that have been used to pay the
21 Lady May's expenses, including any legal fees
22 related to it, should have been declared as assets
23 of the estate on your schedules for your Chapter 11
24 filing, correct?
25       MR. ROMNEY: Object to the form.

Page 47

1        H. Kwok
2     A.  The Fifth.
3 BY MR. LUFT:
4     Q.  Mr. Kwok, all assets held by Golden Spring
5 are really assets of your estate, correct?
6     A.  The Fifth.
7     Q.  Mr. Kwok, all assets held by Lamp Capital
8 are really assets of your estate, correct?
9     A.  The Fifth.
10    Q.  Mr. Kwok, all assets held in the name of
11 your son Mileson Kwok are really assets of your
12 estate, correct?
13    A.  The Fifth.
14    Q.  Mr. Kwok, all assets held in the name of
15 your daughter Mei Guo are really assets of your
16 estate, correct?
17       MR. ROMNEY: Object to the form.
18    A.  The Fifth.
19 BY MR. LUFT:
20    Q.  Mr. Kwok, all assets held in the name of
21 your wife Hing Chi Ngok are actually assets of your
22 estate, correct?
23       MR. ROMNEY: Object to the form.
24    A.  The Fifth.
25

Page 48

1        H. Kwok
2 BY MR. LUFT:
3     Q.  Mr. Kwok, you have directed that numerous
4 offshore companies, whether located in the BVI, Hong
5 Kong, and elsewhere, be set up for purposes of
6 holding your assets, correct?
7     A.  The Fifth.
8     Q.  Mr. Kwok, you have had these offshore
9 companies set up in the name of your children, your
10 wife, and your business associates, correct?
11    A.  The Fifth.
12    Q.  Mr. Kwok, regardless of whether any of
13 these entities are listed in the name of your wife,
14 your daughter, your son, Ms. Wang, Mr. Krasner, or
15 any of your other business associates, in fact, you
16 own and control each of these offshore entities,
17 correct?
18       MR. ROMNEY: Object to the form.
19    A.  The Fifth.
20 BY MR. LUFT:
21    Q.  Mr. Kwok, the reason you had these
22 offshore entities set up was to obscure your
23 ownership of the assets that they held, correct?
24       MR. ROMNEY: Object to the form.
25    A.  The Fifth.

Page 49

1        H. Kwok
2 BY MR. LUFT:
3     Q.  Mr. Kwok, the reason you had these
4 offshore entities set up and placed assets in them
5 is to attempt to hide your assets from your
6 creditors, correct?
7     A.  The Fifth.
8     Q.  Mr. Kwok, all entities for which your
9 daughter Mei Guo is a member, director, or principal
10 are actually beneficially owned and controlled by
11 you, correct?
12       MR. ROMNEY: Object to form.
13    A.  The Fifth.
14 BY MR. LUFT:
15    Q.  Mr. Kwok, HK USA, HK International,
16 Eastern Profit Corporation Limited, Whitecroft Shore
17 Limited, Anton Development Limited, Anton
18 Development USA Limited LLC, GM27 LLC, Loss Draft
19 LLC, Gypsy May Productions LLC, Gypsy May Food
20 Service LLC, Hudson Diamond Holdings LLC, Hudson
21 Diamond New York LLC, Allied Capital Global Limited,
22 Creative Apex Investment Limited, Crystal Breeze
23 Investments Limited, Elite Well Global Limited,
24 Globalist International Limited, Infinite Increased
25 Limited, Infinium Developments Limited, Noble Fame

Page 50

1          H. Kwok
2    Global Limited, Rosy Acme Ventures Limited, Leading
3    Shine New York Limited, and Leading Shine Limited
4    are all assets held in the name of your daughter but
5    that you actually own and control, correct?
6          MR. ROMNEY: Object to the form.
7          A. The Fifth.
8    BY MR. LUFT:
9          Q. Mr. Kwok, all assets held in the name of
10   Mei Guo were purchased with funds exclusively owned
11   and controlled by you, correct?
12         MR. ROMNEY: Could the reporter read that
13   back before the witness answers.
14         (The last question was read back by the
15   Reporter.)
16         A. The Fifth.
17   BY MR. LUFT:
18         Q. Mr. Kwok, all assets held in the name of
19   Mei Guo are exclusively owned and controlled by you,
20   correct?
21         MR. ROMNEY: Object to the form.
22         A. The Fifth.
23   BY MR. LUFT:
24         Q. Mr. Kwok, between 2015 and today, no funds
25   used to pay any expenses related to you, including

Page 51

1          H. Kwok
2    but not limited to living costs and legal expenses,
3    were provided by Mei Guo and any entity she owns or
4    controls?
5          MR. ROMNEY: I apologize. Could we have
6    that one read back as well. I'm sorry.
7          (The last question was read back by the
8    Reporter.)
9          MR. ROMNEY: Object to the form.
10         A. The Fifth.
11   BY MR. LUFT:
12         Q. Mr. Kwok, between 2015 and today, no funds
13   used to pay any expenses related to you, including
14   but not limited to living costs and legal expenses,
15   were provided by any family members of yours
16   residing in China, correct?
17         MR. ROMNEY: Object to the form.
18         A. The Fifth.
19   BY MR. LUFT:
20         Q. Mr. Kwok, Mei Guo has no source of income
21   other than from entities that you own and control,
22   correct?
23         MR. ROMNEY: Object to the form.
24         A. The Fifth.
25

Page 52

1          H. Kwok
2    BY MR. LUFT:
3          Q. Mr. Kwok, any funds Mei Guo receives from
4    any entity you own and control are gifts from you to
5    her, correct?
6          MR. ROMNEY: Object to the form.
7          A. The Fifth.
8    BY MR. LUFT:
9          Q. Mr. Kwok, any funds that Mei Guo and any
10   entities in her name received from any entity you
11   own and control remain funds under your control even
12   after being transferred to Ms. Guo, correct?
13         A. The Fifth.
14         Q. Mr. Kwok, Mei Guo has never been the CEO
15   of Pangu Plaza, correct?
16         MR. ROMNEY: Object to the form.
17         A. The Fifth.
18   BY MR. LUFT:
19         Q. Mr. Kwok, Mileson Kwok has no source of
20   income other from entities -- other than from
21   entities that you own and control, correct?
22         A. The Fifth.
23         Q. Mr. Kwok, any funds that Mileson Kwok and
24   any entities in his name received from any entity
25   you own and control remain funds under your control

Page 53

1          H. Kwok
2    even after being transferred to Mileson Kwok,
3    correct?
4          MR. ROMNEY: Object to the form.
5          A. The Fifth.
6    BY MR. LUFT:
7          Q. Mr. Kwok, any funds Mileson Kwok receives
8    from any entity you own and control are gifts from
9    you, correct?
10         MR. ROMNEY: Object to the form.
11         A. The Fifth.
12   BY MR. LUFT:
13         Q. Mr. Kwok, between 2015 and today, no funds
14   used to pay any expenses related to you, including
15   but not limited to living costs and legal expenses,
16   were provided by Mileson Kwok and any entity he owns
17   and controls?
18         MR. ROMNEY: Object to the form.
19         A. The Fifth.
20   BY MR. LUFT:
21         Q. Mr. Kwok, all entities for which your son
22   Mileson Kwok is named as a member, director or
23   principal are actually beneficially owned and
24   controlled by you, correct?
25         MR. ROMNEY: Object to the form.

Page 54

1           H. Kwok
2     A. The Fifth.
3  BY MR. LUFT:
4     Q. Mr. Kwok, Golden Spring New York Limited,
5  Lamp Capital LLC, Bravo Luck Limited, Infinity
6  Treasury Management, Inc., Saraca Media Group, Inc.,
7  K Legacy Limited, Well Origin Limited, ACA Hong Kong
8  Investment Holdings Group Limited, and
9  Powerwell Flowable Limited are all entities held in
10  the name of your son Miles Kwok, but, in fact, are
11  owned and controlled by you, correct?
12         MR. ROMNEY: Object to the form.
13     A. The Fifth.
14  BY MR. LUFT:
15     Q. Mr. Kwok, the entity known as Kingdom Rich
16  Limited is owned and controlled by you, not your
17  son, correct?
18     A. The Fifth.
19     Q. Mr. Kwok, all assets held in the name of
20  your son Mileson Kwok were purchased with funds
21  owned and controlled by you, correct?
22         MR. ROMNEY: Object to the form.
23     A. The Fifth.
24  BY MR. LUFT:
25     Q. Mr. Kwok, all assets held in the name of

Page 55

1           H. Kwok
2  your son Mileson Kwok are, in fact, owned and
3  controlled by you, correct?
4         MR. ROMNEY: Object to form.
5     A. The Fifth.
6  BY MR. LUFT:
7     Q. Mr. Kwok, this includes the residence at
8  5 Princess Gate, London, correct?
9     A. The Fifth.
10     Q. Mr. Kwok, you own and control your son
11  Mileson Kwok's collection of cars, correct?
12     A. The Fifth.
13         MR. ROMNEY: Avi, we're getting pretty far
14  afield of the issues in this adversary
15  proceeding. I've been giving quite a bit of
16  leeway, but I am going to have to start
17  directing the witness not to answer, and we'll
18  move for a protective order if we have to.
19         I don't believe there's any allegations
20  concerning cars in the counterclaims that we're
21  here discussing today.
22         MR. LUFT: I disagree, I think. But I
23  have a couple of wrap-up questions right here,
24  and then I think we'll -- my next set of
25  questions, I think you'll see -- I don't think

Page 56

1           H. Kwok
2  there will be any dispute between us as to
3  their relevance.
4  BY MR. LUFT:
5     Q. Mr. Kwok, no assets held in the name of
6  your son Mileson Kwok are owned or controlled by any
7  of your -- his family members other than you,
8  correct?
9         MR. ROMNEY: Object to the form.
10     A. The Fifth.
11  BY MR. LUFT:
12     Q. Mr. Kwok, no assets held in the name of
13  your son Mileson Kwok were purchased with funds
14  owned or controlled by any of its family members
15  other than you, correct?
16         MR. ROMNEY: Object to the form.
17     A. The Fifth.
18  BY MR. LUFT:
19     Q. Mr. Kwok, on October 3, 2006, you
20  incorporated a Hong Kong entity named Hong Kong
21  International Funds Limited, which we've been
22  referring to as HK International, correct?
23     A. The Fifth.
24     Q. Mr. Kwok, at that time, all assets of Hong
25  Kong International belonged to you, correct?

Page 57

1           H. Kwok
2         MR. ROMNEY: Object to the form.
3     A. The Fifth.
4  BY MR. LUFT:
5     Q. Mr. Kwok, you were Hong Kong
6  International's sole shareholder and director up to
7  and through October 10, 2014, correct?
8     A. The Fifth.
9     Q. Mr. Kwok, in October 2014, Natasha Qu,
10  also known as Qu Guo Jiao was your financial
11  manager, correct?
12     A. The Fifth.
13     Q. And Ms. Qu handled your financial affairs
14  at that time, correct?
15     A. The Fifth.
16     Q. Mr. Kwok, at that time Ms. Qu was your
17  employee and acted as your agent on all matters
18  relating to your finances, correct?
19         MR. ROMNEY: Object to the form.
20     A. The Fifth.
21  BY MR. LUFT:
22     Q. Mr. Kwok, the Declaration of Trust that
23  was entered into between you and Ms. Qu, which has
24  been marked as Exhibit 1, identified Ms. Qu as the
25  trustee and you as the beneficiary, correct?

Page 58

H. Kwok

2    MR. ROMNEY: Object to the form.

3    A.  The Fifth.

4   BY MR. LUFT:

5    Q.  Mr. Kwok, that Declaration of Trust which
6   has been marked as Exhibit 1, which I'll refer to as
7   "HK International Declaration of Trust," was entered
8   into with Ms. Qu – sorry – that was entered into
9   with Ms. Qu, authorized and requested Ms. Qu to hold
10  your main shares in Hong Kong International,
11  correct?

12    MR. LUFT: I'm going to strike that
13    question, because I don't think it came across
14    clearly.

15  BY MR. LUFT:

16    Q.  Mr. Kwok, pursuant to the Hong Kong
17  International Declaration of Trust you entered into
18  with Ms. Qu, you authorized and requested Ms. Qu to
19  hold in your name shares in Hong Kong International,
20  correct?

21    A.  The Fifth.

22    Q.  Mr. Kwok, the Hong Kong International
23  Declaration of Trust that you entered into with
24  Ms. Qu provides that the shares you transferred to
25  Ms. Qu do not belong to Ms. Qu, but to you, as the

Page 59

H. Kwok

2   beneficiary under the agreement, correct?

3    MR. ROMNEY: Object to the form.

4    A.  The Fifth.

5   BY MR. LUFT:

6    Q.  Mr. Kwok, the HK International Declaration
7   of Trust that you entered into with Ms. Qu provides
8   that Ms. Qu would hold the shares in Hong Kong
9   International that you transferred to her as nominee
10  and in trust for you, correct?

11    A.  The Fifth.

12    Q.  Mr. Kwok, pursuant to the HK International
13  Declaration of Trust that you entered into with
14  Ms. Qu, Ms. Qu was to exercise the rights in
15  connection with the HK International shares that you
16  transferred to her solely at your direction,
17  correct?

18    MR. ROMNEY: Object to the form.

19    A.  The Fifth.

20  BY MR. LUFT:

21    Q.  Mr. Kwok, even after October 10, 2014, you
22  continued to beneficially own HK International
23  pursuant to the undisclosed HK International
24  Declaration of Trust, correct?

25    MR. ROMNEY: Object to the form.  Also,

Page 60

H. Kwok

2   asked and answered.

3    THE WITNESS:  Asked and answered.  Okay.

4    A.  The Fifth.

5   BY MR. LUFT:

6    Q.  Mr. Kwok, after October 10, 2014, you
7   continued to control HK International, correct?

8    MR. ROMNEY: Objection.  Asked and
9    answered.

10    A.  I'm quite confused.  You're asking the
11  same questions.  Every time, the same questions
12  again and again.

13  BY MR. LUFT:

14    Q.  Mr. Kwok, I don't believe I am.  Your
15  counsel is free to raise an asked-and-answered
16  objection, even though it is not an appropriate
17  objection at a deposition.  With that said, he's
18  free to raise it, but I still will need you to
19  answer the question.

20    A.  The Fifth.

21    Q.  Mr. Kwok, on February 23, 2015,
22  HK International purchased the Lady May for
23  EUR 28 million from Apsley Yacht Limited at your
24  direction, correct?

25    MR. ROMNEY: Object to the form.

Page 61

H. Kwok

2    A.  The Fifth.

3   BY MR. LUFT:

4    Q.  Mr. Kwok, in February 2015, you
5   exclusively beneficially owned and controlled
6   Bravo Luck Limited, correct?

7    MR. ROMNEY: Objection.

8    A.  The Fifth.

9   BY MR. LUFT:

10    Q.  Mr. Kwok, today you still beneficially own
11  and control Bravo Luck Limited, correct?

12    A.  The Fifth.

13    Q.  Mr. Kwok, on February 23, 2015, Bravo Luck
14  Limited transferred, at your direction, funds from a
15  Bravo Luck bank account at UBS that you exclusively
16  control, correct?

17    MR. ROMNEY: Object to the form.

18    A.  The Fifth.

19    MR. LUFT: I'm going to ask that the court
20    reporter mark as Kwok PJR Deposition Exhibit 2,
21    document bearing the Bates stamp UBS00137
22    through 156.

23    Will, that's tab 190, if you could put it
24    up.

25    (Kwok PJR Exhibit 2 was received and

Page 62

1          H. Kwok
2    marked for identification, as of this date.)
3    BY MR. LUFT:
4        Q.  Mr. Kwok, do you recognize this document?
5          MR. ROMNEY:  Could you make that larger?
6        A.  The Fifth.
7    BY MR. LUFT:
8        Q.  Mr. Kwok, this is a 2015 UBS bank
9    statement for Bravo Luck showing funds that you
10   beneficially owned and controlled in that account,
11   correct?
12       A.  The Fifth.
13       Q.  Mr. Kwok, the funds held by -- in that
14   Bravo Luck account on your behalf at UBS came from
15   Eastern Profit Corporation in the amount of
16   370 million and Hong Kong International in the
17   amount of 150 million, both entities that you owned
18   and controlled, correct?
19          MR. ROMNEY:  Object to the form.
20       A.  The Fifth.
21          MR. LUFT:  I'll ask the court reporter to
22   mark, as Kwok PJR Deposition Exhibit 3, a
23   document Bates-stamped UBS02746.
24          (Kwok PJR Exhibit 3 was received and
25   marked for identification, as of this date.)

Page 63

1          H. Kwok
2    BY MR. LUFT:
3        Q.  This shows the UBS wire transfer of
4    25 million for purposes of purchasing the Lady May?
5          MR. ROMNEY:  Is that a question?  I didn't
6    know if you were talking.
7          MR. LUFT:  I'm just setting it up.  I will
8    ask him a question once he can see it, Aaron.
9          MR. ROMNEY:  Yeah, yeah.  That's -- I just
10   wanted clarification.  Thank you.
11          MR. LUFT:  Fine.  I didn't want to ask him
12   the question before he could see the document.
13          MR. ROMNEY:  Yep.
14          Could you make that a bit bigger, please.
15          Thank you.
16   BY MR. LUFT:
17       Q.  Mr. Kwok, first of all, if we scroll down,
18   do you recognize the signature on the document?
19       A.  The Fifth.
20       Q.  Mr. Kwok, that's your signature, correct?
21       A.  The Fifth.
22       Q.  Mr. Kwok, this is a UBS wire transfer
23   document showing the transfer of $25 million of
24   funds from the UBS bank account we just saw a
25   statement for in Exhibit 2 that were used for

Page 64

1          H. Kwok
2    purchases of acquiring the Lady May for you,
3    correct?
4        A.  The Fifth.
5          MR. ROMNEY:  Avi, has this Exhibit 2 been
6    produced to the parties in this adversary
7    proceeding?
8          MR. LUFT:  I'll have to get back to you on
9    that.
10          MR. ROMNEY:  Okay.  Thank you.
11   BY MR. LUFT:
12       Q.  Mr. Kwok, you had exclusive control over
13   the UBS bank account that we have been discussing,
14   correct?
15       A.  The Fifth.
16       Q.  Mr. Kwok, your son Mileson Kwok had no
17   involvement in any transaction relating to
18   HK International's acquisition of the Lady May,
19   correct?
20       A.  The Fifth.
21          MR. LUFT:  Aaron, it is 1:22.  Do you guys
22   want to take a lunch break?  Do you want to
23   keep going?
24          I'm also conscious of the court reporter
25   and the videographer -- and the translator.

Page 65

1          H. Kwok
2    Sorry, Jingyi.
3          MR. ROMNEY:  What's your over/under on
4    what you've got left for the day?
5          (A discussion was held off the record.)
6          THE VIDEOGRAPHER:  We're going off the
7    record at 1:22 p.m.
8          (At 1:22 p.m. a luncheon recess was
9    taken.)
10          (At 2:00 p.m. the deposition resumes.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 66

1        H. Kwok
2  ***************************************
3      A F T E R N O O N   S E S S I O N
4  ***************************************
5        THE VIDEOGRAPHER:  We're back on the
6  record at 2:00 p.m.
7  BY MR. LUFT:
8     Q.  Good afternoon, Mr. Kwok.
9     A.  Good afternoon.
10     Q.  Mr. Kwok, you're familiar with the
11  proposed Chapter 11 plan that was submitted in your
12  Chapter 11 case, correct?
13     A.  The Fifth.
14     Q.  Mr. Kwok, you're aware that under the plan
15  proposed and put forth by your counsel at
16  Brown Rudnick, there was a reference to there being
17  a quote-unquote "boat contribution," correct?
18     A.  The Fifth.
19     Q.  Mr. Kwok, under the plan for the boat
20  contribution, that provided for the Lady May to be
21  contributed to a creditor trust, correct?
22     A.  The Fifth.
23     Q.  Mr. Kwok, at the time the Chapter 11 plan
24  was proposed, including the boat contribution, you
25  were the beneficial owner and controlled the

Page 67

1        H. Kwok
2  Lady May, correct?
3     A.  The Fifth.
4     Q.  Mr. Kwok, the boat contribution under the
5  proposed plan was not actually a contribution to be
6  made by HK USA because your estate already
7  beneficially owned and controlled the Lady May,
8  correct?
9        MR. ROMNEY:  Object to the form.
10     A.  The Fifth.
11  BY MR. LUFT:
12     Q.  Mr. Kwok, you're aware that HK USA filed
13  an adversary proceeding against you claiming
14  ownership of the Lady May, correct?
15     A.  The Fifth.
16     Q.  Mr. Kwok, you're aware that that adversary
17  proceeding was filed by HK USA so that the Lady May
18  would be treated as a contribution by HK USA and
19  your daughter Mei Guo for purposes of justifying
20  them receiving a release under the plan, correct?
21        MR. ROMNEY:  Object to the form.
22     A.  The Fifth.
23  BY MR. LUFT:
24     Q.  Mr. Kwok, the plan to file the adversary
25  proceeding simultaneous with the boat contribution

Page 68

1        H. Kwok
2  under the plan was a joint plan arrived at by your
3  counsel as well as counsel for HK USA, correct?
4     A.  The Fifth.
5     Q.  Mr. Kwok, you were represented by a man
6  named Aaron Mitchell for purposes of these
7  proceedings, correct?
8     A.  The Fifth.
9     Q.  Mr. Mitchell was simultaneously serving as
10  counsel to HK USA and Mei Guo, correct?
11        MR. ROMNEY:  Object to the form.
12     A.  The Fifth.
13  BY MR. LUFT:
14     Q.  For purposes of representing you for your
15  Chapter 11 proceeding and HK USA and Mei Guo in
16  connection with the Chapter 11 proceeding in the
17  adversary action, you believe there to be no
18  conflict of interest for Mr. Mitchell because you
19  beneficially owned and controlled both your estate
20  and HK USA and the Lady May, correct?
21     A.  The Fifth.
22        MR. LUFT:  I'm going to ask that Kwok
23  PJR Deposition Exhibit 4 -- let me strike that.
24        I'm going to ask that ECF299 -- which is
25  the stipulated order compelling

Page 69

1        H. Kwok
2  HK International Funds Investments (USA)
3  Limited, LLC to transport and deliver that
4  Certain Yacht, the "Lady May" -- be marked as
5  Kwok PJR Deposition Exhibit No. 4, and that it
6  be shown to the witness.
7        (Kwok PJR Exhibit 4 was received and
8  marked for identification, as of this date.)
9  BY MR. LUFT:
10     Q.  Mr. Kwok, through your counsel, you've
11  agreed to be bound by this order, correct?
12     A.  I don't understand the English.
13     Q.  My question is did you direct your counsel
14  to agree that you'd be bound by this stipulated
15  order which has been marked as Exhibit 4?
16     A.  The Fifth.
17     Q.  Mr. Kwok, you directed counsel for HK USA
18  to agree to be bound by this agreement, correct?
19     A.  The Fifth.
20     Q.  Mr. Kwok, as the beneficial owner and the
21  person in control of HK USA, you instructed your
22  daughter to agree to be bound by this agreement,
23  correct?
24     A.  The Fifth.
25     Q.  Mr. Kwok, you agreed for William Je to

Page 70

1          H. Kwok
2 send $37 million to be posted as a bond on April 13,
3 2022, correct?
4     A.  The Fifth.
5     Q.  Mr. Kwok, the loan agreement between
6 Mr. Je's -- let me strike that.
7          Mr. Kwok, the loan agreement between
8 Himalaya Capital and HK USA, both entities that you
9 own and control, was agreed to on April 19, 2022,
10 correct?
11          MR. ROMNEY:  Object to the form.
12     A.  The Fifth.
13 BY MR. LUFT:
14     Q.  Mr. Kwok, you directed both HK USA and
15 Himalaya Capital to enter into the $37 million loan
16 agreement, correct?
17     A.  The Fifth.
18     Q.  Mr. Kwok, sorry.  I have been referring to
19 them as "Himalaya International Capital."  What I
20 meant was Himalaya International Financial Group
21 Limited.
22          Does that correction change any of your
23 answers?
24          MR. ROMNEY:  Objection.
25     A.  The Fifth.

Page 71

1          H. Kwok
2 BY MR. LUFT:
3     Q.  For clarity, Mr. Kwok, you owned and
4 controlled Himalaya International Financial Group in
5 April 2022, correct?
6          MR. ROMNEY:  Asked and answered.
7     A.  The Fifth.
8 BY MR. LUFT:
9     Q.  Mr. Kwok, the terms set out in Exhibit 4,
10 which is the stipulated order compelling
11 HK International Funds Investments to transport and
12 deliver the Lady May, were irrelevant to your
13 decision to have Himalaya International Financial
14 Group loan $37 million to HK USA, correct?
15          MR. ROMNEY:  Object to the form.
16     A.  The Fifth.
17 BY MR. LUFT:
18     Q.  Mr. Kwok, you would have had -- sorry.
19 Let me strike that.
20          Mr. Kwok, HK USA entered into the
21 $37 million loan with Himalaya International Financial
22 Financial Group Limited at your direction regardless
23 of any terms that were to be agreed to regarding the
24 stipulated order compelling the return of the
25 Lady May, correct?

Page 72

1          H. Kwok
2     A.  The Fifth.
3          MR. ROMNEY:  Could I have that question
4 read back?
5          THE WITNESS:  Sorry.  I think I had --
6 perhaps I had something bad for lunch.  I'm
7 feeling uncomfortable and I need to use the
8 bathroom and it might take a while.
9          MR. LUFT:  Mr. Kwok, that's fine.  Take
10 care of whatever needs that you have and I will
11 be here when you get back.
12          THE VIDEOGRAPHER:  We're going off the
13 record at 2:18 p.m.
14          (Recess.)
15          THE VIDEOGRAPHER:  We're back on the
16 record at 2:27 p.m.
17 BY MR. LUFT:
18     Q.  Mr. Kwok, prior to Himalaya International
19 Financial Group Limited, the party -- the entity
20 that was going to loan HK USA the $37 million was
21 ACA Capital Group Limited, correct?
22     A.  The Fifth.
23     Q.  Mr. Kwok, you're the exclusive beneficial
24 owner of ACA Capital Group Limited, correct?
25     A.  The Fifth.

Page 73

1          H. Kwok
2     Q.  Mr. Kwok, you have exclusive control over
3 ACA Capital Group Limited, correct?
4     A.  The Fifth.
5     Q.  Mr. Kwok, you're the beneficial owner of
6 all assets of ACA Capital Group Limited, correct?
7     A.  The Fifth.
8     Q.  And Mr. Kwok, you have exclusive control
9 over the assets of ACA Capital Group Limited,
10 correct?
11     A.  The Fifth.
12     Q.  Mr. Kwok, you have exclusive control over
13 Saraca Media Group Limited, correct?
14     A.  The Fifth.
15     Q.  Mr. Kwok, you have exclusive beneficial
16 ownership of Saraca Media Group, correct?
17          Mr. Kwok, you have exclusive beneficial --
18 you're the exclusive beneficial owner of
19 Saraca Media Group, correct?
20     A.  The Fifth.
21     Q.  Mr. Kwok, the reason you had $37 million
22 sent over to post as a bond was so that you could
23 stay out of jail, correct?
24          MR. ROMNEY:  Object to the form.
25     A.  The Fifth.

Page 74

1        H. Kwok
2   BY MR. LUFT:
3        Q.   Mr. Kwok, because you're motivated by
4   staying out of jail, you would have had the
5   $37 million sent over to post as a bond regardless
6   of any terms associated with its return or how it
7   would be handled once the Lady May arrived, correct?
8        MR. ROMNEY:  Object to the form.
9        A.   The Fifth.
10       MR. LUFT:  Mr. Kwok, I want to show you
11  what I'll mark as an exhibit, a video from Vice
12  that I'll ask my colleague to play.  It will be
13  marked as Exhibit 5.
14       (Kwok PJR Exhibit 5 was received and
15  marked for identification, as of this date.)
16       THE WITNESS:  Is there a question?
17       MR. LUFT:  I'm sorry, Mr. Kwok, there was
18  not.  There was not any audio.  Once I can get
19  it to play, I'll ask you a question.
20       Anyone hear sound?
21       MR. ROMNEY:  We do not hear any sound.
22       MR. FARMER:  Sound issue.  Sorry.
23       MR. LUFT:  Take your time, Will.
24       THE WITNESS:  There's no sound.
25       MR. FARMER:  In that case, we may need to

Page 75

1        H. Kwok
2   return to this exhibit and I'll investigate how
3   to adjust the audio.
4        MR. LUFT:  Why don't we play it through
5   once without the sound and we will do what we
6   can do and, Will, you can work on it.
7        Will, could you play Exhibit 5.
8        MR. FARMER:  (Complies.)
9        (Video played without audio.)
10  BY MR. LUFT:
11       Q.   Mr. Kwok, do you recognize that you are
12  one of the people in that video?
13       A.   The Fifth.
14       Q.   Mr. Kwok, while we could not hear the
15  audio, under the subtitles there were repeated
16  references by you saying -- referring to "my yacht,"
17  correct?
18       A.   The Fifth.
19       Q.   And Mr. Kwok, the yacht you were referring
20  to when you told the interviewer from Vice News
21  about "my yacht" was the Lady May, correct?
22       A.   The Fifth.
23       Q.   Mr. Kwok, Exhibit 5 appears to be a true
24  and accurate copy of your interview with Vice News,
25  correct?

Page 76

1        H. Kwok
2        A.   The Fifth.
3        MR. LUFT:  Will, could I ask you to put up
4   the next video.  And we'll mark it as
5   Exhibit 6.
6        (Kwok PJR Exhibit 6 was received and
7   marked for identification, as of this date.)
8        (Video played with audio.)
9   BY MR. LUFT:
10       Q.   Mr. Kwok, you are the person speaking in
11  the video that is Exhibit 6, correct?
12       A.   The Fifth.
13       Q.   Mr. Kwok, you were aboard the Lady May at
14  the time of the video, correct?
15       A.   The Fifth.
16       Q.   Mr. Kwok, this video was created in
17  November of 2022, correct?
18       A.   The Fifth.
19       Q.   Mr. Kwok, this video was posted on Vetter
20  (phonetic) social media network you own and control,
21  correct?
22       A.   The Fifth.
23       Q.   Mr. Kwok, the video that has been marked
24  as Exhibit 6 is a true and accurate copy of you
25  speaking on the deck of the Lady May in November of

Page 77

1        H. Kwok
2   2022, correct?
3        A.   The Fifth.
4        MR. LUFT:  Will, could I ask you to play
5   the next video, which we'll mark as Kwok
6   PJR Deposition Exhibit No. 7.
7        (Kwok PJR Exhibit 7 was received and
8   marked for identification, as of this date.)
9        (Video played with audio.)
10  BY MR. LUFT:
11       Q.   Mr. Kwok, the person speaking in that
12  video is you, correct?
13       A.   The Fifth.
14       Q.   And in the video, Mr. Kwok, that's a true
15  and accurate copy of an interview you gave,
16  Mr. Kwok?
17       A.   The Fifth.
18       Q.   Mr. Kwok, in the video you talk about
19  selling the Lady May, correct?
20       A.   The Fifth.
21       Q.   Mr. Kwok, in the video you talk about how
22  when you purchased the Lady May in 2015, it was
23  delivered to Miami at that time, correct?
24       A.   The Fifth.
25       Q.   Mr. Kwok, the Lady May has been in the

Page 78

H. Kwok

1
2 United States since 2015, correct?
3   A.   The Fifth.
4   Q.   Mr. Kwok, you have been in the
5 United States the entire time that the Lady May has
6 been in the United States, correct?
7   Let me strike that.
8   Mr. Kwok, you have been residing in the
9 United States since 2015, correct?
10   A.   The Fifth.
11   Q.   Mr. Kwok, your daughter Mei Guo did not
12 come to the United States until 2017, correct?
13   MR. ROMNEY:   Object to the form.
14   A.   The Fifth.
15 BY MR. LUFT:
16   Q.   Mr. Kwok, when the Lady May was purchased
17 in 2015, it was not delivered to the location where
18 Mei Guo was living but, in fact, was delivered to
19 the United States where you were living, correct?
20   A.   The Fifth.
21   Q.   Mr. Kwok, between the time the boat was
22 delivered to Miami in 2015 and June of 2017, you
23 used -- you boarded and sailed on the Lady May
24 frequently, correct?
25   A.   The Fifth.

Page 79

H. Kwok

1
2   Q.   Mr. Kwok, at no time during this period
3 did your daughter, Mei Guo, ever step foot on the
4 Lady May, correct?
5   A.   The Fifth.
6   Q.   Mr. Kwok, your use of the Lady May between
7 2015 and June 2017 is no different than your use of
8 the Lady May from June 2017 until the present,
9 correct?
10   MR. ROMNEY:   Object to the form.
11   A.   The Fifth.
12   THE WITNESS:   Ms. Wang, I need to go to
13 the bathroom again. I'm feeling uncomfortable.
14   MR. LUFT:   Let's take a break so that you
15 can do so.
16   THE WITNESS:   I'm really sorry.
17   MR. LUFT:   No. Please, take care of
18 yourself.
19   THE VIDEOGRAPHER:   We're going off the
20 record at 2:49 p.m.
21   (Recess.)
22   THE VIDEOGRAPHER:   We're back on the
23 record at 2:54 p.m.
24 BY MR. LUFT:
25   Q.   Mr. Kwok, I'm going to ask my colleague to

Page 80

H. Kwok

1
2 put back up Exhibit 5, which I'm told now we have
3 audio for.
4   MR. FARMER:   One moment.
5   (Video played with audio.)
6 BY MR. LUFT:
7   Q.   Mr. Kwok, now that you could hear the
8 audio of that video, do you agree that that is a
9 true and accurate copy of the interview that you
10 gave with Vice News?
11   A.   The Fifth.
12   Q.   Mr. Kwok, you heard in that video which is
13 Exhibit 5 multiple references to "my yacht,"
14 correct?
15   A.   The Fifth.
16   Q.   And Mr. Kwok, the yacht that you were
17 referencing in Exhibit 5 repeatedly as "my yacht" is
18 the Lady May, correct?
19   A.   The Fifth.
20   MR. LUFT:   I'll ask my colleague, Will
21 Farmer, to post the next video, which we'll
22 mark as Exhibit 8 for this deposition.
23   (Kwok PJR Exhibit 8 was received and
24 marked for identification, as of this date.)
25   (Video played with audio.)

Page 81

H. Kwok

1
2 BY MR. LUFT:
3   Q.   Mr. Kwok, you see yourself in the top
4 left-hand corner of that call -- the video of that
5 call, with the name Miles under you?
6   A.   The Fifth.
7   Q.   Mr. Kwok, this is a true and accurate copy
8 of a call that you conducted, correct?
9   A.   The Fifth.
10   Q.   Mr. Kwok, on that call, you were telling
11 participants that if they had any questions, they
12 should reach out to William Je, correct?
13   A.   The Fifth.
14   Q.   And Mr. Kwok, in this video of the call
15 you conducted, you were telling the participants
16 that if they had questions relating to transferring
17 funds to entities you own and control, they should
18 speak to your agent, William Je, correct?
19   A.   The Fifth.
20   MR. LUFT:   Will, could you please -- I'll
21 ask you to mark as Exhibit 9, the next exhibit,
22 which, I believe, is a Tweet dated
23 May 10, 2017.
24   (Kwok PJR Exhibit 9 was received and
25 marked for identification, as of this date.)

Page 82

1          H. Kwok
2 BY MR. LUFT:
3     Q.   Mr. Kwok, do you recognize yourself in
4 this exhibit?
5     A.   The Fifth.
6     Q.   Mr. Kwok, this is a true and accurate copy
7 of the Tweet you posted, correct?
8     A.   The Fifth.
9     Q.   And in this Tweet, Mr. Kwok, from May 10,
10 2017, you state that you're posting photos of "the
11 yacht I gave to my daughter and named after her,"
12 correct?
13    A.   The Fifth.
14    Q.   Mr. Kwok, in this Tweet you also wrote
15 that "I bought the Lady May for EUR 41 million,"
16 correct?
17    A.   The Fifth.
18    Q.   Mr. Kwok, you see below it, if we could
19 scroll down, there's another Tweet from August 27,
20 2017.
21         Do you see that Mr. Kwok?
22    A.   Ms. Wang, what is the question?
23    Q.   Whether you see the Tweet from
24 August 27, 2017 below the one where that is a
25 picture of you?

Page 83

1          H. Kwok
2     A.   The Fifth.
3     Q.   Do you see -- and this is a true and
4 accurate copy of the Tweets you posted on August 27,
5 2017, Mr. Kwok?
6     A.   The Fifth.
7     Q.   Mr. Kwok, in this Tweet you refer to the
8 Lady May as "my ship," correct?
9     A.   The Fifth.
10    Q.   And you wrote those words, correct, Mr.
11 Kwok?
12    A.   The Fifth.
13    Q.   Mr. Kwok, in this Tweet you also write
14 "This was two years ago, when I was in Miami, when I
15 had just signed the most important investment
16 contract of my life," exclamation point.
17         Do you see that?
18    A.   The Fifth.
19    Q.   Mr. Kwok, who did you sign the most
20 important investment contract of your life with?
21    A.   The Fifth.
22    Q.   Mr. Kwok, you signed that investment
23 contract on your own behalf, not acting as anyone
24 else's agent, correct?
25    A.   The Fifth.

Page 84

1          H. Kwok
2     Q.   Mr. Kwok, what did you do with the assets
3 you received from signing that investment contract?
4     A.   The Fifth.
5     Q.   Mr. Kwok, you own and control an entity
6 called "HCHK Property Management Inc.," correct?
7     A.   The Fifth.
8     Q.   Mr. Kwok, and for the record, when
9 referencing the video exhibits I've shown you today,
10 your answers would not change if I was describing
11 the videos as true and correct recordings as opposed
12 to true and correct copies, correct?
13    A.   In this one, what's the question?
14    Q.   When referencing the video exhibits we've
15 looked at today, meaning Exhibits 5, 6, 7, and 8, I
16 asked you if they were true and correct copies.
17         And what I want to know is, your answers
18 would not change if I also asked you the same
19 question as to whether they're true and accurate
20 recordings of those videos, correct?
21    A.   The Fifth.
22    Q.   Mr. Kwok, you own and control a property
23 called "HCHK Technologies Inc.," correct?
24         THE INTERPRETER:  HCHK Technologies, Inc.,
25 is that the company's name?

Page 85

1          H. Kwok
2         MR. LUFT:  Yes, ma'am.
3     A.   The Fifth.
4 BY MR. LUFT:
5     Q.   Mr. Kwok, a man named Elliot Dordick is
6 affiliated with HCHK Technologies, Inc., and HCHK
7 Property Management, Inc., correct?
8     A.   The Fifth.
9     Q.   Mr. Kwok, all actions and statements made
10 and taken by Mr. Dordick in relation to the
11 Chapter 11 trustee in this case, (indiscernible),
12 have been done at your direction and under your
13 control?
14         MR. ROMNEY:  I'm going to object.  Again,
15 we seem to be getting pretty far outside the
16 scope of anything in this adversary proceeding.
17         Go ahead an answer this one, but absent an
18 offer of proof, I'm going to start instructing
19 the witness not to answer to this line.
20         Go ahead.
21    A.   The Fifth.
22 BY MR. LUFT:
23    Q.   Mr. Kwok, in addition to the Lady May, you
24 also own and control a second boat named the
25 Lady May II, correct?

Page 86

H. Kwok

1
2    A.   The Fifth.
3    Q.   The Lady May II, like the Lady May, is
4    also an asset of your estate, correct?
5        MR. ROMNEY:   Object to the form.
6    A.   The Fifth.
7    BY MR. LUFT:
8    Q.   Mr. Kwok, where is the Lady May II
9    currently located?
10    A.   The Fifth.
11    Q.   Mr. Kwok, Daniel Podhaskie served as your
12    counsel previously, correct?
13    A.   The Fifth.
14    Q.   Mr. Podhaskie was your employee, correct?
15    A.   The Fifth.
16    Q.   Mr. Kwok, Mr. Podhaskie has acted as your
17    agent, correct?
18    A.   The Fifth.
19    Q.   Mr. Kwok, all actions Mr. Podhaskie took
20    as counsel to Golden Spring were, in fact, actions
21    taken at your direction and for your benefit,
22    correct?
23    A.   The Fifth.
24    Q.   Mr. Kwok, all actions taken by Daniel
25    Podhaskie relating to Golden Spring, Leading Shine

Page 87

H. Kwok

1
2    Limited, Saraca Media Group, Greenwich Land LLC,
3    Rule of Law Society, and the Sherry-Netherland
4    apartment were all taken at your direction, correct?
5    A.   The Fifth.
6    Q.   Mr. Kwok, Anthony D'Battista is also an
7    employee of yours, correct?
8    A.   The Fifth.
9    Q.   Mr. D'Battista acts as your agent in
10    connection with his work related to all the G
11    entities in Saraca Media, correct?
12        (Reporter clarification.)
13    BY MR. LUFT:
14    Q.   Mr. Kwok, Mr. D'Battista acts as your
15    agent and under your direction in connection with
16    all of his activities related to the G entities, by
17    which I mean, G Fashion G Music G Club, Getter, as
18    well as Saraca Media, correct?
19    A.   The Fifth.
20    Q.   Mr. Kwok, you know who Fiona Yu is,
21    correct?
22    A.   The Fifth.
23    Q.   You directed Fiona Yu to speak as your
24    agent in connection with seeking legal advice
25    related to hiding the Lady May from your creditors

Page 88

H. Kwok

1
2    when she discussed this with your counsel, Hodgson
3    Russ, correct?
4    A.   The Fifth.
5    Q.   Mr. Kwok, similarly, Ms. Yu took all
6    actions related to ACA Capital Group Limited at your
7    direction, correct?
8    A.   The Fifth.
9    Q.   And Mr. Kwok, you installed Fiona Yu as
10    the company secretary of ACA Capital Group Limited,
11    an entity you own and control, correct?
12    A.   The Fifth.
13    Q.   Mr. Kwok, Karen Maistrello is another
14    person who acts as your agent in connection with
15    your business transactions, correct?
16    A.   The Fifth.
17        MR. LUFT:  And for the record, Maistrello
18    is spelled M-A-I-S-T-R-E-L-L-O.
19        THE WITNESS:  Do I need to answer?
20        MR. LUFT:  No.  I'm just providing that
21    information to the Court Reporter, Mr. Kwok.
22    There's nothing for you to do.
23    BY MR. LUFT:
24    Q.   Mr. Kwok, Ms. Maistrello was an employee
25    of yours, correct?

Page 89

H. Kwok

1
2    A.   The Fifth.
3    Q.   Mr. Kwok, you're aware of a man named Han
4    Chunguang?
5    A.   The Fifth.
6    Q.   Mr. Kwok, Eastern Profit Limited is an
7    entity in the name of your daughter Mei Guo,
8    correct?
9    A.   The Fifth.
10    Q.   And Mr. Kwok, all actions taken by
11    Mr. Chunguang as relate to Eastern Profit are taken
12    at your direction, correct?
13        MR. ROMNEY:   Object to the form.
14    A.   The Fifth.
15    BY MR. LUFT:
16    Q.   Mr. Kwok, Mr. Chunguang acts as your agent
17    in connection with all endeavors related to any
18    entities related to you, correct?
19        MR. ROMNEY:  I'm going to object.  We're,
20    once again, getting pretty far afield of the
21    relatively narrow allegations back and forth in
22    the HK adversary proceeding.
23    I disagree.  This is another
24    entity in the name of Ms. Guo.
25        MR. ROMNEY:  Another entity?

Page 90

H. Kwok

1       H. Kwok
2    MR. LUFT: Right. Consistent with a
3  pattern and practice of activities.
4    MR. ROMNEY: You can answer the question.
5  I guess, getting pretty far afield, I have not
6  yet directed the witness not to answer a
7  question. Based on relevance, I'm telling you
8  we're getting pretty close on this one.
9    Go ahead.
10  A. The Fifth.
11 BY MR. LUFT:
12  Q. And I apologize to Mr. Han. I'm told Han
13 is his last name.
14    Mr. Kwok, you understood who I was
15 referring to when I said Han Chunguang, that Han is
16 the last name?
17  A. The Fifth.
18  Q. And with that clarification, Mr. Kwok,
19 would that change any of the answers you've
20 previously given with regard to Mr. Han Chunguang?
21  A. The Fifth.
22  Q. Ms. Kwok, the Lady May was not the only
23 one of -- is not the only vehicle you owned and
24 controlled that you put in the name of your
25 daughter, correct?

Page 91

H. Kwok

1    MR. ROMNEY: Object to the form.
2  A. The Fifth.
3 BY MR. LUFT:
4  Q. Mr. Kwok, you, as a beneficial owner
5 and -- control Whitecroft Shores Limited, which is a
6 BVI corporation in the name of your daughter?
7    MR. ROMNEY: The audio got muffled on that
8 one.
9    MR. LUFT: Sure. I'm happy to ask it
10 again.
11 BY MR. LUFT:
12  Q. Mr. Kwok, you beneficially owned and
13 controlled Whitecroft Shore Limited, a BVI
14 corporation that is listed in the name of your
15 daughter Mei Guo, correct?
16    MR. ROMNEY: Object to the form.
17  A. The Fifth.
18 BY MR. LUFT:
19  Q. Mr. Kwok, you placed your asset Bombardier
20 Global XRS with the -- a plane, with the serial
21 number 9189, into Whitecroft Shore Limited, correct?
22  A. The Fifth.
23  Q. Mr. Kwok, despite this plane being listed
24 under the name of Whitecroft Shore Limited at all


Page 92

H. Kwok

1       H. Kwok
2 times, you were the beneficial owner and controlled
3 that plane, correct?
4  A. The Fifth.
5  Q. Mr. Kwok, you're similarly the beneficial
6 owner and control an airbus, ACJ319, correct?
7  A. The Fifth.
8  Q. Mr. Kwok, all funds used to purchase the
9 Bombardier Global XRS and airbus ACJ319 belong to
10 you, correct?
11  A. The Fifth.
12    MR. ROMNEY: Avi, I do think we need to
13 start moving on. I get your point and
14 understand your point. You're trying to prove
15 some sort of course of conduct. I'm not saying
16 I agree with it, but I understand the concept
17 that you're doing. But I think delving into
18 multiple layers that are of multiple entities
19 in questions that are nearly identical is
20 becoming extremely redundant, going outside the
21 rule -- of the scope of Rule 26, and getting to
22 the point of harassment-like behavior.
23    And I'm not saying that to be
24 disrespectful; I'm just saying that so we can
25 all move on with our lives after today or move

Page 93

H. Kwok

1       H. Kwok
2 on with our lives today, because this is
3 getting extremely far outside the scope.
4    MR. LUFT: Okay. I hear your point. I
5 don't agree with you. That said, I think you
6 understand the point I'm trying to make and why
7 I think that's pertinent.
8    I will try to move through. I don't think
9 there's very much more, and I'll try to move
10 through it quickly.
11    MR. ROMNEY: Thank you.
12    MR. LUFT: Okay.
13    MR. ROMNEY: All right.
14    MR. LUFT: Just a couple more entities and
15 a couple more people, and I think we'll be
16 okay.
17 BY MR. LUFT:
18  Q. Mr. Kwok, you're familiar with a person
19 named Zhang Wei, correct?
20  A. The Fifth.
21  Q. Mr. Kwok, any actions taken by Zhang Wei
22 related to any assets or entities related to you are
23 taken at your direction and under your control,
24 correct?
25    MR. ROMNEY: Object to the form.

Page 94

1          H. Kwok
2     A.  The Fifth.
3  BY MR. LUFT:
4     Q.  Mr. Kwok, Zhang Wei was never the owner of
5  Genever Holdings LLC, correct?
6         (Reporter clarification.)
7  BY MR. LUFT:
8     Q.  Zhang Wei was never the owner of Genever,
9  G-E-N-E-V-E-R, Holdings LLC, correct?
10        MR. ROMNEY:  Object to the question.  It
11  is related to another ongoing proceeding to
12  which Ms. Guo and HKI are already obviously
13  parties.  It's outside the scope of this
14  adversary proceeding.
15  BY MR. LUFT:
16    Q.  You can answer, Mr. Kwok.
17    A.  The Fifth.
18    Q.  Mr. Kwok, we talked about Bravo Luck
19  Limited earlier.
20        Mr. Zhang Wei never was the owner of
21  Bravo Luck Limited, correct?
22    A.  The Fifth.
23    Q.  Last question with regard to this and I'll
24  move on.
25        Mr. Zhang Wei was never the owner of

Page 95

1          H. Kwok
2  Genever Holdings Corporation, correct?
3     A.  The Fifth.
4     Q.  Mr. Kwok, you're the beneficial owner and
5  control Greenwich Land LLC, correct?
6         MR. ROMNEY:  I'm going to object and
7  direct the witness not to answer.  That is --
8  that entity doesn't relate to any party in this
9  adversary proceeding at all.
10        MR. LUFT:  So, Aaron, let me lay more of a
11  foundation and then, hopefully, you'll
12  understand, okay?
13        MR. ROMNEY:  Okay.
14  BY MR. LUFT:
15    Q.  Mr. Kwok, Max Krasner and Yvette Wang both
16  took actions related to the Lady May in connection
17  with their roles on your behalf with Golden Spring,
18  correct?
19        MR. ROMNEY:  Object to the form.
20    A.  The Fifth.
21  BY MR. LUFT:
22    Q.  Mr. Kwok, Mr. Krasner and Ms. Wang also
23  hold, at the same time, positions with Greenwich
24  Land LLC, correct?
25        THE WITNESS:  Sorry.  I need to go to the

Page 96

1          H. Kwok
2  bathroom again.  My belly is making some noises
3  again.
4         MR. LUFT:  Okay.  Mr. Kwok, I just need
5  you to answer this question because we can't
6  take a break while a question is pending, but
7  then I'll let you take a break.
8     A.  I've just answered this, the Fifth.
9         MR. LUFT:  Okay.  Let's take a break so
10  you can go to the bathroom.
11        THE VIDEOGRAPHER:  We're going off the
12  record at 3:37 p.m.
13        (Recess.)
14        THE VIDEOGRAPHER:  We're back on the
15  record at 3:43 p.m.
16  BY MR. LUFT:
17    Q.  Mr. Kwok, I'm going to ask you again, you
18  are the beneficial owner and control Greenwich Land
19  LLC, correct?
20    A.  The Fifth.
21    Q.  Okay.  Mr. Kwok, I'm going to ask that the
22  document --
23        MR. LUFT:  Will, if you could mark as Kwok
24  PJR Deposition Exhibit 10 -- Will, if you could
25  put up a document titled "Declaration of Trust

Page 97

1          H. Kwok
2  and Agreement."  That's at tab 211.
3         (Kwok PJR Exhibit 10 was received and
4  marked for identification, as of this date.)
5         MR. LUFT:  Will, if you go to the last
6  page.
7  BY MR. LUFT:
8     Q.  Mr. Kwok, do you recognize this document?
9     A.  The Fifth.
10    Q.  Mr. Kwok, do you see your signature on
11  this page -- on the last page?
12    A.  The Fifth.
13    Q.  Mr. Kwok, this trust agreement, which
14  is -- purported trust agreement, which has been
15  marked as Exhibit 10, did not exist as of March 6,
16  2015, when closing occurred for the purchase of the
17  Sherry-Netherland apartment, correct?
18        MR. ROMNEY:  I'm going to object.  This
19  document, again, is the subject of a dispute.
20  It's directly at issue in another adversary
21  proceeding to which the parties are not here.
22  I don't see any significance or any relevance
23  whatsoever to this document to HK USA or
24  Ms. Guo.
25        MR. LUFT:  Well, the entity that entered

Page 98

H. Kwok

1     H. Kwok
2     into Bravo Luck Limited is the same entity that
3     purportedly funded the purchase of the Lady May
4     and the Sherry-Netherland apartment. I think
5     it's directly relevant. I'm happy not to spend
6     a lot of time on it, but I would like an answer
7     to my question.
8     A.   The Fifth.
9          MR. LUFT:  Mr. Kwok, why don't we take a
10    five-minute break. I may be done. So let me
11    just check my notes. Is that okay?
12         THE VIDEOGRAPHER:  We're going off the
13    record at 3:47 p.m.
14         (Recess.)
15         THE VIDEOGRAPHER:  We're back on the
16    record at 3:54 p.m.
17         MR. LUFT:  Mr. Kwok, your counsel and I
18    have discussed the idea that if the Court is
19    amenable, that in lieu of you giving live
20    testimony at the PJR hearing, that we can use
21    this deposition transcript. I hope the Court
22    will agree to that.
23    BY MR. LUFT:
24    Q.   But let me just ask, if for whatever
25    reason you were to have to give live testimony at

Page 99

H. Kwok

1     H. Kwok
2     this hearing and were asked the identical questions
3     that you were asked today, would you give the same
4     answers to them?
5          MR. ROMNEY:  Am I correct that the
6     question assumes the absence of an objection or
7     an objection that was not sustained?
8          Is that a fair qualification on the
9     question?
10         MR. LUFT:  My question assumes no waiver
11    of your right to object to any questions that
12    you objected to today.
13         MR. LUFT:  Thank you.
14         THE INTERPRETER:  The witness said "yes"
15    just now. That didn't get interpreted.
16         MR. LUFT:  Okay.
17    BY MR. LUFT:
18    Q.   Just so we're clear Mr. Kwok, your answer
19    to my question is "yes"?
20    A.   Yes.
21         MR. LUFT:  Mr. Kwok, I have no further
22    questions for you at this time. I thank you
23    very much for the time you've given us today.
24         MR. ROMNEY:  Thank you. I have no
25    questions for the witness.

Page 100

H. Kwok

1     H. Kwok
2          THE WITNESS:  I wanted to take this
3     opportunity to also thank you -- say thank you
4     to everybody here today. I'm sorry that
5     because I was feeling uncomfortable, so I
6     wasted quite a bit of everybody's time.
7          But I want to say thank you for all the
8     professional questions, and I also want to
9     extend my thanks to you, the Interpreters,
10    including Ms. Wang and Luyi, as well as the
11    Court Reporter and all of the counsels present
12    today as well as our videographer.
13         And I also want to say hello, please, to
14    pass on my greetings to the trust and Mr. Luc.
15         MR. LUFT:  I will definitely pass those
16    greetings along, Mr. Kwok, and I will echo your
17    thanks to the Court Reporter, the videographer
18    and the translator, who all did a tremendous
19    job today. Thank you.
20         THE VIDEOGRAPHER:  This marks the end of
21    the deposition. We're going off the record at
22    3:59 p.m.
23         (Deposition continues - Next page)
24
25

Page 101

1
2          MR. LUFT:  Standing order.
3          MR. ROMNEY:  We'll take a copy but no
4     rough.
5          MS. SONG:  Same thing.
6          MR. ROMNEY:  We will also ask for a copy
7     of the video as well.
8
9          (Time noted:  3:59 p.m.)
10
11
12         _____
13         HO WAN KWOK
14
15    Subscribed and sworn to
16    before me this    day
17    of      2023.
18    _____
19
20
21
22
23
24
25

Page 102

```
1
2        CERTIFICATE
3
4   STATE OF CONNECTICUT )
5             : ss
6        I, Angela M. Shaw-Crockett, a Certified Court
7   Reporter, Registered Merit Reporter and Notary Public within
8   and for the States of New York, New Jersey and Connecticut,
9   do hereby certify:
10        That HO WAN KWOK, the witness whose deposition is
11  hereinbefore set forth, was duly sworn by me and that such
12  deposition is a true record of the testimony given by such
13  witness.
14        I further certify that I am not related to any of
15  the parties to this action by blood or marriage and that I
16  am in no way interested in the outcome of this matter.
17        In witness whereof, I have hereunto set my hand
18  this 2nd day of March, 2023.
19
20   ---------------------------------------
         ANGELA M. SHAW-CROCKETT, CCR, CRR, RMR, CSR
21       LICENSE NO. XI00218400
22
23
24
25
```

Page 103

```
1
2              C O N T E N T S
3   MR. LUFT                        7
4             E X H I B I T S
5        (Retained by the court reporter)
6   DEPOSITION     EXHIBIT            PAGE
7   Exhibit 1  Declaration of Trust          19
8   Exhibit 2  UBS Account Statement, Bravo Luck   62
             Ltd., Bates UBS00137
9
    Exhibit 3  Wire Transfer, 15 March 2015, Bates  63
10            UBS02746
11  Exhibit 4  Stipulated Order              69
12  Exhibit 5  Video from Vice              74
13  Exhibit 6  Video                     76
14  Exhibit 7  Video                     77
15  Exhibit 8  Video                     80
16  Exhibit 9  Tweet, dated May 10, 2017         82
17  Exhibit 10  Declaration of Trust and Agreement   97
18
19
20
21
22
23
24
25
```

Page 104

```
1
2   NAME OF CASE:  In Re: Ho Wan Kwok
3   DATE OF DEPOSITION:  March 2, 2023
4   NAME OF WITNESS:  Ho Wan Kwok
5   Reason Codes:
6     1. To clarify the record.
      2. To conform to the facts.
7     3. To correct transcription errors.
8   Page _____ Line _____ Reason _____
    From _____ to _____
9
10  Page _____ Line _____ Reason _____
    From _____ to _____
11
12  Page _____ Line _____ Reason _____
    From _____ to _____
13
14  Page _____ Line _____ Reason _____
    From _____ to _____
15
16  Page _____ Line _____ Reason _____
    From _____ to _____
17
18  Page _____ Line _____ Reason _____
    From _____ to _____
19
20  Page _____ Line _____ Reason _____
    From _____ to _____
21
22  Page _____ Line _____ Reason _____
    From _____ to _____
23
24       _____
         HO WAN KWOK
25
```

**$**

**$25** 63:23

**$37** 42:14,19,24,25
43:8 70:2,15 71:14,
21 72:20 73:21 74:5

**1**

**1** 5:3 19:10,15,19
20:16 57:24 58:6

**10** 19:6 20:9,10,17
57:7 59:21 60:6
81:23 82:9 96:24
97:3,15

**100** 9:10

**10:28** 5:9

**10:37** 9:2

**10:45** 9:5

**10th** 19:11

**11** 4:16 5:18 25:15
42:21 46:6,13,23
66:11,12,23 68:15,16
85:11

**11:47** 37:2

**12:05** 37:5

**12:17** 41:25

**12:24** 42:4

**13** 70:2

**150** 62:17

**156** 61:22

**19** 41:13 70:9

**190** 61:23

**1:22** 64:21 65:7,8

**2**

**2** 5:9 61:20,25 63:25
64:5

**2006** 56:19

**2014** 19:6,11 20:10,
17 57:7,9 59:21 60:6

**2015** 15:4,10,15,19
21:17 33:15,18 50:24
51:12 53:13 60:21
61:4,13 62:8 77:22
78:2,9,17,22 79:7
97:16

**2017** 23:6,9,15,20
24:6,12,20 25:4
78:12,22 79:7,8
81:23 82:10,20,24
83:5

**2018** 25:15

**2020** 37:16,19,24
38:3

**2021** 38:7,10 39:4

**2022** 39:12 40:6
41:13 43:14 44:12,
16,22 45:5,24 70:3,9
71:5 76:17 77:2

**2023** 5:9

**211** 97:2

**22-50073** 5:7

**23** 15:4,10,15,19
21:17 60:21 61:13

**25** 63:4

**26** 92:21

**27** 23:6,9,15,20 24:6,
12,20 25:4 82:19,24
83:4

**28** 60:23

**2:00** 65:10 66:6

**2:18** 72:13

**2:27** 72:16

**2:49** 79:20

**2:54** 79:23

**3**

**3** 56:19 62:22,24

**30** 4:12

**370** 62:16

**3:37** 96:12

**3:43** 96:15

**3:47** 98:13

**3:54** 98:16

**3:59** 100:22

**4**

**4** 68:23 69:5,7,15 71:9

**41** 82:15

**5**

**5** 55:8 74:13,14 75:7,
23 80:2,13,17 84:15

**6**

**6** 76:5,6,11,24 84:15
97:15

**7**

**7** 43:14 44:12,16,22
45:5,24 77:6,7 84:15

**768** 11:23

**769** 11:23

**8**

**8** 80:22,23 84:15

**9**

**9** 81:21,24

**9189** 91:22

**A**

**a.m.** 5:9 9:2,5 37:2

**Aaron** 4:17 5:22
13:7,11 35:20 36:5,
17 63:8 64:21 68:6
95:10

**aboard** 76:13

**absence** 99:6

**absent** 85:17

**ACA** 54:7 72:21,24
73:3,6,9 88:6,10

**access** 10:3

**account** 42:24 43:8
61:15 62:10,14 63:24
64:13

**accurate** 75:24
76:24 77:15 80:9
81:7 82:6 83:4 84:19

**ACJ319** 92:6,9

**acknowledgment**
8:18

**Acme** 50:2

**acquiring** 64:2

**acquisition** 64:18

**acted** 33:19 34:15
57:17 86:16

**acting** 40:3 83:23

**action** 68:17

**actions** 30:4,10,15,
21 31:3,7,13,17,23
32:5,11,17,23 33:5
40:7,10 85:9 86:19,
20,24 88:6 89:10
93:21 95:16

**activities** 87:16 90:3

**acts** 33:22 34:18
39:24 40:20 87:9,14
88:14 89:16

**addition** 85:23

**address** 8:2 11:21,
24 34:22 35:2 36:11

**adjust** 75:3

**admissible** 4:11

**adversary** 6:2,4,8
55:14 64:6 67:13,16,
24 68:17 85:16 89:22
94:14 95:9 97:20

**advice** 87:24

**advise** 9:23

**affairs** 57:13

**affiliated** 85:6

**afield** 55:14 89:20

**90:5**

**afternoon** 66:8,9

**agent** 33:19,23
34:16,19 39:24 40:4,
8 57:17 81:18 83:24
86:17 87:9,15,24
88:14 89:16

**agents** 25:13

**agree** 4:16,19,24
69:14,18,22 80:8
92:16 93:5 98:22

**agreed** 5:8 7:10,17,
19 11:12 69:11,25
70:9 71:23

**agreement** 8:10,22
10:9 11:8,11 12:18,
24 41:12 45:6 59:2
69:18,22 70:5,7,16
97:2,13,14

**agreements** 7:19
10:9

**ahead** 85:17,20 90:9

**airbus** 92:6,9

**allegations** 55:19
89:21

**Allied** 49:21

**alter** 17:11,13 18:17

**amenable** 98:19

**Amendment** 8:4,9,
14,22

**amount** 62:15,17

**Angie** 4:7 5:13

**answers** 6:16 50:13
70:23 84:10,17 90:19
99:4

**Anthony** 87:6

**anticipating** 11:5

**Anton** 49:17

**apartment** 87:4
97:17 98:4

**Apex** 49:22

**apologies** 4:25

**apologize** 8:24 51:5

90:12

**appearance** 6:3

**appeared** 44:12

**appears** 75:23

**approximately** 5:9

**April** 40:6 41:13 70:2, 9 71:5

**Apsley** 60:23

**arranged** 41:15

**arrived** 68:2 74:7

**asked-and-answered** 60:15

**assert** 8:4,6,8,21 15:8

**asserting** 8:14

**assertion** 14:24

**asset** 46:8,15 86:4 91:20

**assets** 18:24 20:25 22:2,15 26:14,22 27:18 28:15,19 29:5, 9,16,19,22 40:24,25 42:10 46:19,22 47:4, 5,7,8,10,11,14,15,20, 21 48:6,23 49:4,5 50:4,9,18 54:19,25 56:5,12,24 73:6,9 84:2 93:22

**associates** 48:10,15

**association** 4:4 5:13

**assume** 12:25

**assumes** 99:6,10

**attempt** 8:20 22:15 23:11 25:18,24 49:5

**attempts** 8:6,8

**attorney** 9:12 13:5,6 41:20

**attorney-client** 45:10

**audio** 74:18 75:3,9, 15 76:8 77:9 80:3,5, 8,25 91:8

**August** 82:19,24

83:4

**authority** 37:7 38:24

**authorized** 38:20 58:9,18

**Avenue** 11:21

**Avi** 4:15 5:17 13:11 19:20 35:18 55:13 64:5 92:12

**aware** 39:5 66:14 67:12,16 89:3

---

**B**

**back** 9:4 37:4 42:3 43:24 44:2,5,6 45:15, 16 50:13,14 51:6,7 64:8 66:5 72:4,11,15 79:22 80:2 89:21 96:14 98:15

**bad** 72:6

**Bahamas** 37:23 38:3

**bank** 61:15 62:8 63:24 64:13

**bankruptcy** 5:6,24

**Barron** 5:20

**based** 7:18,25 45:9 90:7

**basic** 12:5

**Bates** 19:21,25 61:21

**Bates-stamped** 62:23

**bathroom** 72:8 79:13 96:2,10

**bearing** 61:21

**behalf** 4:15,18,21 6:3 7:20,22 20:19 21:7 30:4,11,22 31:8,25 32:6,25 33:6 62:14 83:23 95:17

**behavior** 92:22

**belly** 96:2

**belong** 26:15 29:10 58:25 92:9

**belonged** 22:6 56:25

**belonging** 27:18 29:5

**belongs** 45:13

**beneficial** 15:7 16:18 18:2 20:24 23:23 24:15 25:7 27:25 28:7 42:6 43:18 45:23 46:7,14 66:25 69:20 72:23 73:5,15,17,18 91:5 92:2,5 95:4 96:18

**beneficially** 21:10 49:10 53:23 59:22 61:5,10 62:10 67:7 68:19 91:13

**beneficiary** 57:25 59:2

**benefit** 86:21

**Bergamasco** 4:20, 25 6:5,6 11:7,9,13

**bigger** 63:14

**bit** 55:15 63:14 100:6

**board** 16:6

**boarded** 78:23

**boat** 66:17,19,24 67:4,25 78:21 85:24

**Bombardier** 91:20 92:9

**bond** 70:2 73:22 74:5

**borrower** 41:15

**bought** 82:15

**bound** 69:11,14,18, 22

**Bravo** 21:18,21 22:2, 18,19 54:5 61:6,11, 13,15 62:9,14 94:18, 21 98:2

**breach** 8:10,22

**break** 11:3 24:4 35:14,24 36:4,7,18 64:22 79:14 96:6,7,9 98:10

**breaks** 9:23

**Breeze** 49:22

**Bridgeport** 5:7

**Brown** 66:16

**business** 40:4,11,16 48:10,15 88:15

**BVI** 48:4 91:7,14

---

**C**

**call** 7:21 81:4,5,8,10, 14

**called** 6:19 17:21 84:6,23

**capacity** 5:25

**Capital** 26:4 27:23 28:2,11,14,18,24 29:4,10,16,19 46:20 47:7 49:21 54:5 70:8, 15,19 72:21,24 73:3, 6,9 88:6,10

**care** 72:10 79:17

**cars** 55:11,20

**case** 4:14 5:24 10:21 42:21 44:23 66:12 74:25 85:11

**catch** 43:21

**CEO** 52:14

**certified** 19:12

**Chang** 14:5

**change** 23:22 24:8, 14,22 25:6 70:22 84:10,18 90:19

**Chapter** 4:16 5:18 42:21 46:6,13,23 66:11,12,23 68:15,16 85:11

**check** 98:11

**Chi** 47:21

**children** 48:9

**Chin-quee** 4:3 5:10

**China** 51:16

**Chinese** 11:20

**Chu** 14:5

**Chunguang** 89:4,11,

16 90:15,20

**Civil** 4:13

**claiming** 67:13

**clarification** 63:10 87:12 90:18 94:6

**clarify** 12:21

**clarity** 22:18 71:3

**clear** 8:13 12:19 99:18

**clerk** 5:21

**client** 11:2

**close** 39:18 90:8

**closing** 97:16

**Club** 87:17

**colleague** 19:13 74:12 79:25 80:20

**colleagues** 5:20

**collection** 55:11

**common** 45:6,12

**communicate** 9:15, 19,22 10:15

**companies** 48:4,9

**company** 88:10

**company's** 84:25

**compelling** 68:25 71:10,24

**Complies** 36:2 44:3 75:8

**computer** 8:24

**concept** 92:16

**conduct** 8:11 92:15

**conducted** 81:8,15

**confirming** 11:10

**conflict** 68:18

**confused** 60:10

**Connecticut** 5:6 39:12

**connection** 19:23 40:11 42:20 45:7 46:6,13 59:15 68:16

Index: conscious..earlier

87:10,15,24 88:14
89:17 95:16

**conscious** 64:24

**consideration** 23:5,
10,16

**Consistent** 90:2

**contact** 34:22 36:10

**contempt** 39:6

**continued** 59:22
60:7

**continues** 100:23

**contract** 83:16,20,23
84:3

**contributed** 66:21

**contribution** 66:17,
20,24 67:4,5,18,25

**control** 20:24 21:10,
22 22:2 23:23 24:8,
23 26:19,22 27:4
28:10 29:15,19,22
37:10 40:18,25 41:2,
7,8,17 42:12,19 43:3,
10,18 45:23 48:16
50:5 51:21 52:4,11,
21,25 53:8 55:10
60:7 61:11,16 64:12
69:21 70:9 73:2,8,12
76:20 81:17 84:5,22
85:13,24 88:11 91:6
92:6 93:23 95:5
96:18

**controlled** 15:16
17:3 18:9 21:14,18
28:15 42:16 49:10
50:11,19 53:24
54:11,16,21 55:3
56:6,14 61:5 62:10,
18 66:25 67:7 68:19
71:4 90:24 91:14
92:2

**controls** 51:4 53:17

**copies** 84:12,16

**copy** 19:10 20:7,16
75:24 76:24 77:15
80:9 81:7 82:6 83:4

**corner** 81:4

**corporation** 49:16

62:15 91:7,15 95:2

**correct** 10:10,24
13:10,15 15:7,12
16:3,6,9,14,19,23
17:3,7,11,22 18:2,6,
10,14,18,21,25 19:6
20:7,19 21:2,7,10,14,
19,23 22:3,7,11,16,
20,25 23:6,12,18,24
24:10,16,24 25:8,15,
19,25 26:5,10,15,20,
23 27:4,8,14,18,23
28:2,5,8,11,15,19,25
29:11,16,19,22 30:5,
11,17,23 31:5,9,15,
19,25 32:7,13,19,25
33:7,12,16,20,23
34:2,8,12,16,19,23
35:8,11,17 36:12,15
37:8,12,16,20,24
38:4,7,11,17,21,25
39:7,13,19,22,25
40:4,8,12,18,22 41:2,
8,15,18 42:8,12,17,
21 43:3,10,19 44:13,
17,24 45:7,13,25
46:8,15,24 47:5,8,12,
16,22 48:6,10,17,23
49:6,11 50:5,11,20
51:16,22 52:5,12,15,
21 53:3,9,24 54:11,
17,21 55:3,8,11 56:8,
15,22,25 57:7,11,14,
18,25 58:11,20 59:2,
10,17,24 60:7,24
61:6,11,16 62:11,18
63:20 64:3,14,19
66:12,17,21 67:2,8,
14,20 68:3,7,10,20
69:11,18,23 70:3,10,
16 71:5,14,25 72:21,
24 73:3,6,10,13,16,
19,23 74:7 75:17,21,
25 76:11,14,17,21
77:2,12,19,23 78:2,6,
9,12,19,24 79:4,9
80:14,18 81:8,12,18
82:7,12,16 83:8,10,
24 84:6,11,12,16,20,
23 85:7,25 86:4,12,
14,17,22 87:4,7,11,
18,21 88:3,7,11,15,
25 89:8,12,18 90:25
91:16,22 92:3,6,10
93:19,24 94:5,9,21
95:2,5,18,24 96:19

97:17 99:5

**correction** 70:22

**costs** 51:2,14 53:15

**counsel** 5:15 7:6,10,
19 9:15 10:8 14:9
17:12 20:18 44:11,
15,21,22 45:4 60:15
66:15 68:3,10 69:10,
13,17 86:12,20 88:2
98:17

**counsels** 100:11

**counterclaims**
55:20

**couple** 55:23 93:14,
15

**court** 5:6,12 6:10 9:9,
10 19:9 43:16,17
45:22 61:19 62:21
64:24 88:21 98:18,21
100:11,17

**courtroom** 4:11

**crashed** 8:24

**created** 76:16

**Creative** 49:22

**creditor** 25:25 66:21

**creditors** 18:25
22:25 23:18 38:17
49:6 87:25

**crew** 16:12 37:11
38:4

**Crystal** 49:22

**current** 33:25 34:21,
25 35:4

---

**D**

**D'BATTISTA** 87:6,9,
14

**Daniel** 86:11,24

**date** 19:16 62:2,25
69:8 74:15 76:7 77:8
80:24 81:25 97:4

**dated** 20:17 41:12
81:22

**daughter** 13:21 39:4,
22 47:15 48:14 49:9
50:4 67:19 69:22
78:11 79:3 82:11
89:7 90:25 91:7,16

**day** 19:11 65:4

**dealings** 40:4,11,17

**debtor** 4:18 5:23
7:21 8:6,8,15,17,19
9:8,14,19,22 10:3,5,
13,15,19 15:11

**debtor's** 7:17,19 8:4
9:11,18,21,25

**deciding** 8:13

**decision** 71:13

**deck** 76:25

**declaration** 19:4,10
20:8,17,22 57:22
58:5,7,17,23 59:6,13,
24 96:25

**declared** 46:22

**defense** 44:16

**deliver** 69:3 71:12

**delivered** 77:23
78:17,18,22

**delving** 92:17

**deposed** 9:14 12:4

**deposition** 4:6 5:4
7:11,18,24 8:5,11,16,
19 9:10,16,25 10:5,6
14:7,10,13,16,19
19:9 60:17 61:20
62:22 65:10 68:23
69:5 77:6 80:22
96:24 98:21 100:21,
23

**describing** 84:10

**determine** 11:3

**Development** 49:17,
18

**Developments**
49:25

**devices** 10:3

**Diamond** 49:20,21

**direct** 16:12 45:8
69:13 95:7

**directed** 19:3 22:13,
22 23:3,8,14 25:13
37:20 39:3,12 45:4
48:3 69:17 70:14
87:23 90:6

**directing** 55:17

**direction** 25:24
27:14 28:25 30:17
31:5,15,18 32:13,18
40:12,20 59:16 60:24
61:14 71:22 85:12
86:21 87:4,15 88:7
89:12 93:23

**directions** 38:15

**directly** 97:20 98:5

**director** 49:9 53:22
57:6

**disagree** 55:22
89:23

**discussed** 88:2
98:18

**discussing** 55:21
64:13

**discussion** 65:5

**dispute** 56:2 97:19

**disrespectful** 92:24

**District** 5:6

**Division** 5:7

**document** 61:21
62:4,23 63:12,18,23
96:22,25 97:8,19,23

**documents** 14:12

**dollar** 23:6,11,17

**Dordick** 85:5,10

**Douglass** 5:20

**Draft** 49:18

**duly** 6:13,20

---

**E**

**earlier** 94:19

**easier** 7:16

**Eastern** 49:16 62:15 89:6,11

**ECF299** 68:24

**echo** 100:16

**ego** 17:11,13 18:17

**Elite** 49:23

**Elliot** 85:5

**else's** 83:24

**employee** 33:12,14 34:8,12 57:17 86:14 87:7 88:24

**end** 100:20

**endeavors** 89:17

**English** 6:16,17 69:12

**enter** 45:5 70:15

**entered** 20:8 57:23 58:7,8,17,23 59:7,13 71:20 97:25

**entire** 78:5

**entities** 26:3 41:6,7 43:2 48:13,16,22 49:4,8 51:21 52:10, 20,21,24 53:21 54:9 62:17 70:8 81:17 87:11,16 89:18 92:18 93:14,22

**entity** 17:20 21:18,21 43:10 51:3 52:4,10, 24 53:8,16 54:15 56:20 72:19 84:5 88:11 89:7,24,25 95:8 97:25 98:2

**equitable** 15:11 16:23 18:5 27:22 28:4

**escrow** 42:20

**establishment** 16:17,22 17:2,6,10, 25 18:5,9,13,17

**estate** 46:8,15,23 47:5,8,12,16,22 67:6 68:19 86:4

**EUR** 60:23 82:15

**Europe** 38:7,10,16, 19 39:4

**everybody's** 100:6

**evidentiary** 43:15 44:12 45:5,24

**exact** 11:23

**EXAMINATION** 7:3

**examined** 6:20

**exclamation** 83:16

**exclusive** 21:22 22:2 28:10 29:15 64:12 72:23 73:2,8,12,15, 17,18

**exclusively** 21:18 50:10,19 61:5,15

**excuse** 8:7

**execute** 19:4

**exercise** 59:14

**exhibit** 19:10,15,19 20:16 57:24 58:6 61:20,25 62:22,24 63:25 64:5 68:23 69:5,7,15 71:9 74:11, 13,14 75:2,7,23 76:5, 6,11,24 77:6,7 80:2, 13,17,22,23 81:21,24 82:4 96:24 97:3,15

**exhibits** 84:9,14,15

**exist** 97:15

**expenses** 26:4,25 27:6,12,16 28:13,17, 23 29:3 46:21 50:25 51:2,13,14 53:14,15

**explain** 17:13

**extend** 100:9

**extent** 10:12,14,19, 24

**extremely** 11:16 92:20 93:3

**F**

**fact** 23:22 24:8,14,22 25:6 48:15 54:10 55:2 78:18 86:20

**fair** 99:8

**faith** 8:17

**fall** 37:19,24 38:3

**Fame** 49:25

**familiar** 17:20 39:15 66:10 93:18

**family** 8:3 39:18 51:15 56:7,14

**Farmer** 5:20 19:13 74:22,25 75:8 80:4, 21

**Farms** 40:22

**Fashion** 87:17

**February** 15:4,10,15, 19 21:17 43:14 44:12,16,22 45:5,24 60:21 61:4,13

**Federal** 4:13

**feeling** 72:7 79:13 100:5

**fees** 39:7 46:21

**file** 67:24

**filed** 46:5,12 67:12,17

**filing** 46:6,13,24

**finances** 57:18

**financial** 41:14,18 42:7,11,15 43:2,9 57:10,13 70:20 71:4, 13,22 72:19

**find** 43:17

**finding** 45:22

**fine** 11:6 13:2 36:18 63:11 72:9

**finish** 14:22 36:6

**Fiona** 87:20,23 88:9

**firm** 11:10

**five-minute** 98:10

**Florida** 37:15,19,23 38:3

**Flowable** 54:9

**Food** 49:19

**foot** 79:3

**form** 20:12 21:3 23:25 24:17,25 25:9, 20 26:6,11,16 27:9, 19 28:20 29:6,12,23 30:6,18,25 31:10,20 32:2,8,14,20 33:2,8 38:12 39:8 40:13 41:3,9 43:4,11 44:8, 18,25 46:2,9,16,25 47:17,23 48:18,24 49:12 50:6,21 51:9, 17,23 52:6,16 53:4, 10,18,25 54:12,22 55:4 56:9,16 57:2,19 58:2 59:3,18,25 60:25 61:17 62:19 67:9,21 68:11 70:11 71:15 73:24 74:8 78:13 79:10 86:5 89:13 91:2,17 93:25 95:19

**formation** 25:14

**formatting** 19:20

**forward** 8:20

**foundation** 95:11

**free** 60:15,18

**frequently** 78:24

**friend** 39:19

**fully** 14:23

**funded** 21:16 98:3

**funds** 15:5 16:17 17:21 21:12,13,17 22:5,23 25:14 27:4,7 40:21 42:14,16 50:10,24 51:12 52:3, 9,11,23,25 53:7,13 54:20 56:13,21 61:14 62:9,13 63:24 69:2 71:11 81:17 92:8

**G**

**G-E-N-E-V-E-R** 94:9

**Gate** 55:8

**gave** 37:14,22 38:10, 15 77:15 80:10 82:11

**generally** 10:24

**generate** 40:21

**Genever** 94:5,8 95:2

**Getter** 87:17

**gifts** 52:4 53:8

**give** 98:25 99:3

**giving** 55:15 98:19

**Global** 49:21,23 50:2 91:21 92:9

**Globalist** 49:24

**GM27** 49:18

**Golden** 26:4,10,14, 19,23 27:2,3,7,13,17 28:5,8 29:22 46:19 47:4 54:4 86:20,25 95:17

**good** 4:2 7:5 8:17 66:8,9

**governing** 19:4

**Great** 7:2 11:14

**Greenwich** 87:2 95:5,23 96:18

**ground** 12:5

**Group** 41:14,18 42:7, 11,15 43:2,9 54:6,8 70:20 71:4,14,22 72:19,21,24 73:3,6,9, 13,16,19 87:2 88:6, 10

**guess** 90:5

**Guo** 4:21 6:3,7 7:20 23:5,10,16,22 24:7, 14,22 25:6 39:5 44:11,15,21 45:7,21 47:15 49:9 50:10,19 51:3,20 52:3,9,12,14 57:10 67:19 68:10,15 78:11,18 79:3 89:7, 24 91:16 94:12 97:24

**Guo's** 16:5,8,11

**guys** 64:21

**Gypsy** 49:19

## H

**Han** 89:3 90:12,15,20

**handled** 57:13 74:7

**hands** 38:17

**happen** 38:11 39:13

**happy** 91:10 98:5

**harassment-like** 92:22

**Hastings** 5:18

**HCHK** 84:6,23,24 85:6

**hear** 35:18,20 44:4 74:20,21 75:14 80:7 93:4

**heard** 80:12

**hearing** 7:23 43:15 44:13,17,23 45:5,7, 25 98:20 99:2

**held** 47:4,7,10,14,20 48:23 50:4,9,18 54:9, 19,25 56:5,12 62:13 65:5

**helped** 44:16

**hide** 18:24 49:5

**hiding** 87:25

**Himalaya** 40:22 41:13,17 42:7,10,15, 25 43:9 70:8,15,19, 20 71:4,13,21 72:18

**Hing** 47:21

**HK** 4:21 6:7 7:20 15:6,10,15 16:22 17:2,3,6,10,21,22,25 18:5,9,13,17,23 23:10,15,21,24 24:7, 9,13,21 25:5,14,18, 24 30:5,10,11 31:14, 18,24 32:6,12,18,24 33:6 41:14 42:16,20, 23 43:8,17 44:11,15, 21 45:6,21,23 46:14 49:15 56:22 58:7 59:6,12,15,22,23 60:7,22 64:18 67:6, 12,17,18 68:3,10,15,

20 69:2,17,21 70:8, 14 71:11,14,20 72:20 89:22 97:23

**HKI** 6:4 94:12

**Ho** 5:4,5,19 6:19 11:20

**Hodgson** 88:2

**hold** 58:9,19 59:8 95:23

**holding** 48:6

**Holdings** 49:20 54:8 94:5,9 95:2

**home** 35:2

**Hong** 15:4,19 16:17 19:5 20:10,22,25 22:10,13,22 23:4,5, 11,17 24:15 48:4 54:7 56:20,24 57:5 58:10,16,19,22 59:8 62:16

**hope** 98:21

**Hudson** 49:20

## I

**idea** 98:18

**identical** 45:22 92:19 99:2

**identification** 19:16 62:2,25 69:8 74:15 76:7 77:8 80:24 81:25 97:4

**identified** 57:24

**identifying** 8:3

**II** 85:25 86:3,8

**immediately** 8:12

**important** 83:15,20

**included** 46:7,14

**includes** 55:7

**including** 20:25 34:22 36:11 46:21 50:25 51:13 53:14 66:24 100:10

**income** 51:20 52:20

**incorporated** 56:20

**Increased** 49:24

**incur** 39:6

**indiscernible** 85:11

**individual** 18:20 39:16

**Infinite** 49:24

**Infinity** 54:5

**Infinium** 49:25

**information** 34:22 35:11 36:11,15 88:21

**installed** 88:9

**instructed** 38:4,6 69:21

**instructing** 85:18

**instructions** 37:14, 22 38:11

**intend** 7:21

**intended** 7:23

**intention** 8:4 14:20

**interest** 43:7,17 45:6,12 68:18

**interests** 45:22

**International** 4:21 6:7 15:5,6,10,15,20 16:17,22 17:2,3,6,10, 21 18:23 19:5 20:11, 23,25 22:10,14,23 23:4,10,16,21,24 24:7,9,13,15,21 25:5, 14 30:5,10 31:14,24 32:12,24 41:13,18 42:7,11,15,25 43:9 49:15,24 56:21,22,25 58:7,10,17,19,22 59:6,9,12,15,22,23 60:7,22 62:16 69:2 70:19,20 71:4,11,13, 21 72:18

**International's** 57:6 64:18

**interpreted** 99:15

**interpreter** 6:11,20, 23,24 7:13 9:12,18, 20,21 10:2 13:5,14

**17**:12,16 35:13,23,25 43:21 44:3 84:24 99:14

**Interpreters** 100:9

**interview** 75:24 77:15 80:9

**interviewer** 75:20

**introduce** 5:15

**investigate** 75:2

**investment** 16:18 17:21 49:22 54:8 83:15,20,22 84:3

**Investments** 15:5 25:14 49:23 69:2 71:11

**involvement** 34:11, 15 64:17

**involving** 40:17

**irrelevant** 71:12

**issue** 9:7 74:22 97:20

**issues** 11:5 55:14

## J

**jail** 73:23 74:4

**JAM** 5:7

**Je** 39:16,18,21,24 40:3,6,7,10,17,20,25 41:7 69:25 81:12,18

**Je's** 70:6

**Jiao** 57:10

**Jingyi** 9:21 65:2

**job** 100:19

**joint** 68:2

**June** 23:6,9,15,20 24:6,12,20 25:4 78:22 79:7,8

**jurisdiction** 9:9

**Justice** 43:15 45:25

**justifying** 67:19

## K

**Karen** 88:13

**Kingdom** 54:15

**Kong** 15:4,19 16:17 19:5 20:11,22,25 22:10,13,22 23:4,5, 11,17 24:15 48:5 54:7 56:20,25 57:5 58:10,16,19,22 59:8 62:16

**Krasner** 30:9 31:3,7 32:11,17,23 33:5 34:7,10,15,18 35:17 36:12 48:14 95:15,22

**Krasner's** 34:21,25 35:4

**kwok** 4:1 5:1,4,5,19, 24 6:1,19 7:1,5 8:1 9:1 10:1 11:1,16,18, 20,24 12:1,3,8,18,23 13:1,3,20,22,24 14:1, 2,6,18 15:1,3 16:1,5, 8,11,16,21,25 17:1,5, 9,20,24 18:1,4,8,12, 16,20,23 19:1,3,9,15, 18 20:1,7,9,16,21 21:1,6,9,12,16,21,25 22:1,5,7,9,13,22 23:1,3,8,14,20 24:1, 12,20 25:1,4,12,17, 23 26:1,3,9,14,19,22, 25 27:1,6,12,16,18, 22,25 28:1,4,7,10,13, 17,23 29:1,3,5,9,10, 15,18,21 30:1,3,9,15, 21 31:1,3,7,13,17,23 32:1,5,11,17,23 33:1, 5,11,14,18,22,25 34:1,4,7,10,14,18,21, 25 35:1,4,7,10,16 36:1,10,14 37:1,7,10, 14,18,22 38:1,2,6,9, 15,19,23 39:1,3,11, 15,18,21,24 40:1,3,6, 10,16,20,24 41:1,6, 12,17 42:1,6,10,14, 19,23 43:1,7,14 44:1, 11,15,21 45:1,4,21 46:1,5,12,19 47:1,4, 7,10,11,14,20 48:1,3, 8,12,21 49:1,3,8,15

Index: Kwok's..million

50:1,9,18,24 51:1,12, 20 52:1,3,9,14,19,23 53:1,2,7,13,16,21,22 54:1,4,10,15,19,20, 25 55:1,2,7,10 56:1, 5,6,12,13,19,24 57:1, 5,9,16,22 58:1,5,16, 22 59:1,6,12,21 60:1, 6,14,21 61:1,4,10,13, 20,25 62:1,4,8,13,22, 24 63:1,17,20,22 64:1,12,16 65:1 66:1, 8,10,14,19,23 67:1,4, 12,16,24 68:1,5,22 69:1,5,7,10,17,20,25 70:1,5,7,14,18 71:1, 3,9,18,20 72:1,9,18, 23 73:1,2,5,8,12,15, 17,21 74:1,3,10,14, 17 75:1,11,14,19,23 76:1,6,10,13,16,19, 23 77:1,5,7,11,14,16, 18,21,25 78:1,4,8,11, 16,21 79:1,2,6,25 80:1,7,12,16,23 81:1, 3,7,10,14,24 82:1,3, 6,9,14,18,24 83:1,5, 7,11,13,19,22 84:1,2, 5,8,22 85:1,5,9,23 86:1,8,11,16,19,24 87:1,6,14,20 88:1,5, 9,13,21,24 89:1,3,6, 10,16 90:1,14,18,22 91:1,5,13,20,24 92:1, 5,8 93:1,18,21 94:1, 4,16,18 95:1,4,15,22 96:1,4,17,21,23 97:1, 3,8,10,13 98:1,9,17 99:1,18,21 100:1,16

**Kwok's** 8:2 55:11

## L

**Lady** 15:3,7,9,12,14, 16,18,21 16:6,9,12, 13 21:2,6,9,13,17 22:6,9,14,16,23,24 23:12,17 24:23 25:7, 17,19,23 26:5 27:2,7, 13,17 28:14,18,24 29:4 30:4,10,16,22 31:4,8 34:11 37:8,11, 15,18,23 38:2,6,9,16, 19,24 39:3,11 40:7 43:19 45:24 46:7,21

60:22 63:4 64:2,18 66:20 67:2,7,14,17 68:20 69:4 71:12,25 74:7 75:21 76:13,25 77:19,22,25 78:5,16, 23 79:4,6,8 80:18 82:15 83:8 85:23,25 86:3,8 87:25 90:22 95:16 98:3

**Lamp** 26:4 27:23 28:2,11,14,18,24 29:4,10,16,19 46:20 47:7 54:5

**Land** 87:2 95:5,24 96:18

**larger** 62:5

**law** 5:21 87:3

**lay** 95:10

**layers** 92:18

**Leading** 50:2,3 86:25

**leeway** 55:16

**left** 65:4

**left-hand** 81:4

**Legacy** 54:7

**legal** 4:3 5:11 15:20 17:7,15,16 18:13 46:21 51:2,14 53:15 87:24

**lender** 41:14

**lieu** 98:19

**life** 83:16,20

**limited** 15:5 16:18 17:22 22:19 25:15 26:20 27:2 41:14,18 42:7,11 43:2,9 49:16, 17,18,21,22,23,24,25 50:2,3 51:2,14 53:15 54:4,5,7,8,9,16 56:21 60:23 61:6,11,14 69:3 70:21 71:22 72:19,21,24 73:3,6,9, 13 87:2 88:6,10 89:6 91:6,14,22,25 94:19, 21 98:2

**link** 6:25

**list** 7:22

**listed** 48:13 91:15,24

**live** 98:19,25

**lives** 92:25 93:2

**living** 51:2,14 53:15 78:18,19

**LLC** 28:14,18,24 49:18,19,20,21 54:5 69:3 87:2 94:5,9 95:5,24 96:19

**loan** 41:12 42:25 43:8 70:5,7,15 71:14,21 72:20

**loaned** 42:15

**located** 48:4 86:9

**location** 16:13 33:25 34:4 78:17

**London** 55:8

**long** 36:18,20

**longer** 7:20

**looked** 84:15

**Loss** 49:18

**lot** 98:6

**Luc** 100:14

**Luck** 21:19,21 22:2, 18,19 54:5 61:6,11, 13,15 62:9,14 94:18, 21 98:2

**Luft** 4:15,24 5:17 7:2, 4 9:6 10:17 11:6,10, 14,15 13:9,13 15:24 16:2 17:14,17,19 19:8,17,25 20:6,15 21:5 24:3,19 25:3,11, 22 26:8,13,18 27:11, 21 28:22 29:8,14 30:2,8,14,20 31:2,12, 22 32:4,10,16,22 33:4,10 35:15,20 36:5,9,17,24 37:6 38:14 39:10 40:15 41:5,11,21,23 42:5 43:6,13,25 44:10,20 45:3,11,20 46:4,11, 18 47:3,19 48:2,20 49:2,14 50:8,17,23 51:11,19 52:2,8,18

53:6,12,20 54:3,14, 24 55:6,22 56:4,11, 18 57:4,21 58:4,12, 15 59:5,20 60:5,13 61:3,9,19 62:3,7,21 63:2,7,11,16 64:8,11, 21 66:7 67:11,23 68:13,22 69:9 70:13 71:2,8,17 72:9,17 74:2,10,17,23 75:4, 10 76:3,9 77:4,10 78:15 79:14,17,24 80:6,20 81:2,20 82:2 85:2,4,22 86:7 87:13 88:17,20,23 89:15,23 90:2,11 91:4,10,12, 19 93:4,12,14,17 94:3,7,15 95:10,14, 21 96:4,9,16,23 97:5, 7,25 98:9,17,23 99:10,16,17,21 100:15

**lunch** 64:22 72:6

**luncheon** 65:8

**Luyi** 5:21 100:10

## M

**M-A-I-S-T-R-E-L-L-O** 88:18

**made** 19:11 43:2 67:6 85:9

**main** 5:24 58:10

**Maistrello** 88:13,17, 24

**make** 14:24 62:5 63:14 93:6

**making** 96:2

**man** 68:5 85:5 89:3

**Management** 54:6 84:6 85:7

**manager** 57:11

**Mandarin** 6:16,17

**March** 5:9 97:15

**mark** 19:9 61:20 62:22 74:11 76:4 77:5 80:22 81:21 96:23

**marked** 19:16 57:24 58:6 62:2,25 69:4,8, 15 74:13,15 76:7,23 77:8 80:24 81:25 97:4,15

**marks** 100:20

**matter** 5:5

**matters** 57:17

**Matthew** 4:3 5:10

**Max** 30:9 31:3,7 32:11,17,23 33:5 34:7 95:15

**May's** 46:21

**meaning** 9:9 84:15

**meant** 70:20

**media** 54:6 73:13,16, 19 76:20 87:2,11,18

**meet** 14:9

**Mei** 4:21 6:3,7 7:20 13:22 16:5,8,11 23:5, 10,16,22 24:7,14,22 25:6 35:4 44:11,15, 21 45:7,21 47:15 49:9 50:10,19 51:3, 20 52:3,9,14 67:19 68:10,15 78:11,18 79:3 89:7 91:16

**member** 49:9 53:22

**members** 8:3 51:15 56:7,14

**mentioned** 43:22

**messages** 10:4,6

**Miami** 77:23 78:22 83:14

**miles** 9:10 54:10 81:5

**Mileson** 14:2 22:6 27:18 29:5,10,18,21 47:11 52:19,23 53:2, 7,16,22 54:5 55:2, 11 56:6,13 64:16

**million** 42:14,19,24, 25 43:8 60:23 62:16, 17 63:4,23 70:2,15 71:14,21 72:20 73:21 74:5 82:15

minute 19:18

minutes 36:21,22,23

Mitchell 68:6,9,18

moment 80:4

morning 4:2 7:5,7

motivated 74:3

move 55:18 92:25 93:8,9 94:24

movements 37:8

moving 92:13

muffled 91:8

multiple 7:11 80:13 92:18

Music 87:17

**N**

named 18:20 21:18 39:16 53:22 56:20 68:6 82:11 85:5,24 89:3 93:19

narrow 89:21

Natasha 18:21,24 19:3 20:9,23 57:9

navigate 16:13

network 76:20

News 75:20,24 80:10

Ngok 47:21

Noble 49:25

noises 96:2

nominee 59:9

Notary 6:13

note 6:23

notes 98:11

November 76:17,25

number 5:3,7 11:23 19:25 34:23 35:5 36:11 91:22

numbers 19:21

numerous 48:3

**O**

oath 6:17 12:9

object 20:12 23:25 24:17,25 25:9,20 26:6,11,16 27:9,19 28:20 29:6,12,23 30:6,18,25 31:10,20 32:2,8,20 33:2,8 38:12 39:8 40:13 41:3,9 43:4,11,20 44:8,18,25 46:2,9,16, 25 47:17,23 48:18,24 49:12 50:6,21 51:9, 17,23 52:6,16 53:4, 10,18,25 54:12,22 55:4 56:9,16 57:2,19 58:2 59:3,18,25 60:25 61:17 62:19 67:9,21 68:11 70:11 71:15 73:24 74:8 78:13 79:10 85:14 86:5 89:13,19 91:2, 17 93:25 94:10 95:6, 19 97:18 99:11

objected 99:12

objection 21:3 24:5 30:12 32:14 60:8,16, 17 61:7 70:24 99:6,7

obscure 22:15 23:11 25:18 48:22

occurred 97:16

October 19:6,11 20:9,10,17 56:19 57:7,9 59:21 60:6

offer 7:21 12:12,15 85:18

offered 8:16 20:2

official 9:20

offshore 48:4,8,16, 22 49:4

ongoing 9:25 94:11

opportunity 7:13 100:3

opposed 84:11

option 8:15

order 38:24 39:6 55:18 68:25 69:11,15 71:10,24

Origin 54:7

Ostrager 43:15 45:25

Ostrager's 39:6

over/under 65:3

owned 21:13 22:24 26:14 27:8 28:19 42:16 49:10 50:10,19 53:23 54:11,16,21 55:2 56:6,14 61:5 62:10,17 67:7 68:19 71:3 90:23 91:13

owner 15:7,11,20 16:19,23 17:7 18:2,6, 14 23:23 24:15 25:7 26:9 27:22,25 28:4,7 42:6 43:18 45:23 66:25 69:20 72:24 73:5,18 91:5 92:2,6 94:4,8,20,25 95:4 96:18

ownership 20:24 22:15 23:4,9,12,15, 21 24:7,13,21 25:5, 18 46:7,14 48:23 67:14 73:16

owns 51:3 53:16

**P**

p.m. 37:5 41:25 42:4 65:7,8,10 66:6 72:13, 16 79:20,23 96:12,15 98:13,16 100:22

paid 27:2,4,7,13,16, 17 28:14,18,24 29:3, 4 43:10

Pangu 52:15

part 14:19

participants 81:11, 15

parties 4:9 5:8 64:6 94:13 97:21

party 72:19 95:8

pass 100:14,15

patient 11:16

Patricia 4:20 6:5

pattern 90:3

Paul 5:18

pause 7:12

pay 26:4 46:20 50:25 51:13 53:14

payment 43:7

pending 4:14 96:6

people 75:12 93:15

period 79:2

permission 16:6,9, 12

person 8:12 38:23 69:21 76:10 77:11 88:14 93:18

pertinent 93:7

phone 34:23 35:5 36:11

phonetic 76:20

photos 82:10

physically 9:8

picture 82:25

PJR 19:9,15,24 61:20,25 62:22,24 68:23 69:5,7 74:14 76:6 77:6,7 80:23 81:24 96:24 97:3 98:20

plan 66:11,14,19,23 67:5,20,24 68:2

plane 91:21,24 92:3

play 74:12,19 75:4,7 77:4

played 75:9 76:8 77:9 80:5,25

Plaza 52:15

plead 14:20 15:13

Podhaskie 86:11,14, 16,19,25

point 14:18 19:8 83:16 92:13,14,22 93:4,6

posed 8:5

positions 95:23

post 19:13 73:22 74:5 80:21

posted 70:2 76:19 82:7 83:4

posting 82:10

Powerwell 54:9

practice 90:3

pre-petition 45:12

preparation 14:13

prepare 14:6,9 44:23

present 33:15,19 44:16,23 79:8 100:11

pretty 55:13 85:15 89:20 90:5,8

previously 86:12 90:20

Princess 55:8

principal 42:24 49:9 53:23

prior 72:18

privilege 10:20 45:10

Procedures 4:13

proceeding 6:2,4,8 19:24 55:15 64:7 67:13,17,25 68:15,16 85:16 89:22 94:11,14 95:9 97:21

proceedings 68:7

produce 20:2

produced 19:23 64:6

Productions 49:19

professional 100:8

Profit 49:16 62:15 89:6,11

proof 85:18

**property** 84:6,22 85:7

**proposed** 66:11,15, 24 67:5

**protective** 55:18

**prove** 92:14

**provided** 51:3,15 53:16 66:20

**providing** 88:20

**Public** 6:14

**purchase** 21:13,16 22:6,14,23 92:8 97:16 98:3

**purchased** 15:4,10, 15,19 21:6,9 22:9 50:10 54:20 56:13 60:22 77:22 78:16

**purchases** 64:2

**purchasing** 63:4

**purported** 23:4,9,15, 21 24:7,13,21 25:5 42:24 43:8 97:14

**purportedly** 40:24 41:6 98:3

**purposes** 48:5 63:4 67:19 68:6,14

**pursuant** 20:21 58:16 59:12,23

**put** 42:20 61:23 66:15 76:3 80:2 90:24 96:25

**Q**

**Qiang** 13:24

**Qu** 18:21,24 19:3 20:9,23 23:3 57:9,10, 13,16,23,24 58:8,9, 18,24,25 59:7,8,14

**Qu's** 23:9,15,21 24:6, 13,21 25:5

**qualification** 10:11 99:8

**question** 8:13 12:25 14:23 15:23 20:13

43:20,22,23 44:4,6 45:15,16 50:14 51:7 58:13 60:19 63:5,8, 12 69:13 72:3 74:16, 19 82:22 84:13,19 90:4,7 94:10,23 96:5, 6 98:7 99:6,9,10,19

**questions** 6:15 7:25 8:5,10 12:19 36:6 55:23,25 60:11 81:11,16 92:19 99:2, 11,22,25 100:8

**quickly** 93:10

**quote-unquote** 66:17

**R**

**raise** 60:15,18

**reach** 81:12

**read** 7:9 10:6 43:24 44:2,5,6 45:14,15,16 50:12,14 51:6,7 72:4

**reading** 20:5

**realtime** 6:25

**reason** 12:15 38:9 48:21 49:3 73:21 98:25

**receive** 10:4

**received** 6:24 19:15 52:10,24 61:25 62:24 69:7 74:14 76:6 77:7 80:23 81:24 84:3 97:3

**receives** 52:3 53:7

**receiving** 67:20

**recess** 9:3 37:3 42:2 65:8 72:14 79:21 96:13 98:14

**recognize** 62:4 63:18 75:11 82:3 97:8

**recollection** 14:16

**record** 4:5 8:24 9:2, 5,17,20 10:2,5,7,12, 18,20 11:2,19 35:19 37:2,5 41:25 42:4

65:5,7 66:6 72:13,16 79:20,23 84:8 88:17 96:12,15 98:13,16 100:21

**recording** 4:10

**recordings** 84:11,20

**redundant** 92:20

**refer** 15:6 17:22 22:18 58:6 83:7

**reference** 66:16

**references** 75:16 80:13

**referencing** 80:17 84:9,14

**referred** 39:21

**referring** 20:4 22:19 27:3 56:22 70:18 75:16,19 90:15

**refresh** 14:15

**regard** 7:10 40:16 90:20 94:23

**relate** 31:4 89:11 95:8

**related** 26:25 27:6,12 28:13,17,23 29:4 30:4,10,22 31:8 32:12,18,24 33:6 46:22 50:25 51:13 53:14 87:10,16,25 88:6 89:17,18 93:22 94:11 95:16

**relating** 20:10 30:16 31:14,18,24 32:6 57:18 64:17 81:16 86:25

**relation** 40:7 85:10

**release** 67:20

**relevance** 56:3 90:7 97:22

**relevant** 98:5

**remain** 11:7 52:11,25

**remained** 23:22 24:8,14,22 25:6 38:19

**remains** 11:11

**remember** 11:22

**remote** 4:10 7:11 8:16,19

**remotely** 4:6,8 5:8 7:18,24 8:11

**removed** 7:22

**repayment** 42:23

**repeat** 11:9

**repeated** 75:15

**repeatedly** 80:17

**reporter** 4:6 5:12 6:10 19:9 44:7 45:14, 17 50:12,15 51:8 61:20 62:21 64:24 87:12 88:21 94:6 100:11,17

**Reporting** 4:4 5:11, 14

**represent** 5:18,23

**represented** 68:5

**representing** 5:25 6:6 68:14

**request** 41:15

**requested** 8:17 58:9, 18

**requires** 10:13

**reside** 34:5

**residence** 11:19 55:7

**residing** 51:16 78:8

**respect** 37:8

**resumes** 65:10

**retain** 20:19

**retained** 20:24

**return** 38:20,24 71:24 74:6 75:2

**returned** 39:11

**review** 14:12,15 19:18

**Rich** 54:15

**rights** 8:5,9,14,22 59:14

**roles** 95:17

**Romney** 4:17 5:22 10:10,17,23 13:6,9, 11,12 19:20 20:3,12 21:3 23:25 24:17,25 25:9,20 26:6,11,16 27:9,19 28:20 29:6, 12,23 30:6,12,18,25 31:10,20 32:2,8,14, 20 33:2,8 35:13,18, 22 36:20,23 38:12 39:8 40:13 41:3,9,22 43:4,11,20,23 44:4,8, 18,25 45:8,11,14,18 46:2,9,16,25 47:17, 23 48:18,24 49:12 50:6,12,21 51:5,9,17, 23 52:6,16 53:4,10, 18,25 54:12,22 55:4, 13 56:9,16 57:2,19 58:2 59:3,18,25 60:8, 25 61:7,17 62:5,19 63:5,9,13 64:5,10 65:3 67:9,21 68:11 70:11,24 71:6,15 72:3 73:24 74:8,21 78:13 79:10 85:14 86:5 89:13,19,25 90:4 91:2,8,17 92:12 93:11,13,25 94:10 95:6,13,19 97:18 99:5,13,24

**room** 4:5,8 9:13 13:3, 17

**Rosy** 50:2

**Rudnick** 66:16

**rule** 4:12 87:3 92:21

**rules** 4:13,14 12:5

**Russ** 88:3

**S**

**sail** 39:4

**sailed** 37:15,18,23 38:2,7,10,16 78:23

**sails** 37:11

**Saraca** 54:6 73:13, 16,19 87:2,11,18

**schedules** 46:5,12, 23

**scope** 85:16 92:21 93:3 94:13

**screen** 19:21

**scroll** 63:17 82:19

**secretary** 88:10

**seeking** 87:24

**selling** 77:19

**send** 10:4,6 70:2

**September** 25:15

**serial** 91:21

**served** 86:11

**Service** 49:20

**serving** 68:9

**set** 11:12 48:5,9,22 49:4 55:24 71:9

**setting** 10:25 63:7

**shared** 35:10 36:14 45:21

**shareholder** 57:6

**shares** 19:5 20:10 58:10,19,24 59:8,15

**Shaw-crockett** 4:7 5:13

**Sherry-netherland** 87:3 97:17 98:4

**Sherry-netherlands** 11:22

**shield** 22:24 23:17 25:24

**shift** 14:19

**Shine** 50:3 86:25

**ship** 83:8

**Shore** 49:16 91:14, 22,25

**Shores** 91:6

**show** 74:10

**showing** 62:9 63:23

**shown** 69:6 84:9

**shows** 63:3

**sic** 20:9

**sides** 8:12

**sign** 83:19

**signature** 63:18,20 97:10

**signed** 20:16 83:15, 22

**significance** 97:22

**signing** 84:3

**similarly** 88:5 92:5

**simultaneous** 67:25

**simultaneously** 68:9

**social** 76:20

**Society** 87:3

**sole** 57:6

**solely** 59:16

**son** 13:23 22:6 29:18, 21 47:11 48:14 53:21 54:10,17,20 55:2,10 56:6,13 64:16

**Song** 5:21

**sort** 92:15

**sound** 74:20,21,22, 24 75:5

**source** 51:20 52:19

**speak** 10:2,18,19,22 41:19 81:18 87:23

**speaking** 76:10,25 77:11

**specialist** 5:12

**spelled** 88:18

**spend** 98:5

**Spring** 26:4,10,15,23 27:2,3,7,13,17 28:5,8 29:22 46:19 47:4 54:4 86:20,25 95:17

**Springs** 26:19

**stamp** 61:21

**start** 5:3 7:9 55:16 85:18 92:13

**state** 6:14 11:18 43:16 82:10

**state's** 4:14

**statement** 16:3 62:9 63:25

**statements** 85:9

**States** 5:5 38:21,25 78:2,5,6,9,12,19

**stating** 7:15

**stay** 73:23

**staying** 74:4

**step** 79:3

**Stevenson** 20:18

**stipulate** 4:9

**stipulated** 10:9 68:25 69:14 71:10,24

**stipulations** 9:7

**strike** 8:7 58:12 68:23 70:6 71:19 78:7

**subject** 97:19

**submitted** 66:11

**substantive** 14:19

**substantively** 8:21

**subtitles** 75:15

**Supreme** 43:16

**sustained** 99:7

**swear** 4:8 6:10

**swearing** 4:10

**sworn** 6:13,20

---

**T**

**tab** 61:23 97:2

**takes** 40:10

**taking** 7:24 11:2

**talk** 77:18,21

**talked** 94:18

**talking** 63:6

**tape** 5:3

**technical** 9:7

**Technologies** 84:23,24 85:6

**telling** 81:10,15 90:7

**ten** 36:21,22,23

**term** 17:14,15,16

**terms** 7:10 11:8,11 20:21 71:9,23 74:6

**testified** 6:21

**testifying** 12:9

**testimony** 7:21 12:11,16 98:20,25

**time** 8:15 56:24 57:14,16 60:11 66:23 74:23 76:14 77:23 78:5,21 79:2 95:23 98:6 99:22,23 100:6

**times** 15:3,9,14,18 16:16,21,25 17:5,9, 24 18:4,8,12,16 21:22,25 34:10,14 92:2

**tiring** 36:3

**titled** 96:25

**today** 6:2 7:11,18 12:9,16 13:4,18 14:7, 10,13,16 50:24 51:12 53:13 55:21 61:10 84:9,15 92:25 93:2 99:3,12,23 100:4,12, 19

**told** 75:20 80:2 90:12

**top** 81:3

**touch** 35:7,16

**transaction** 64:17

**transactions** 88:15

**transcript** 98:21

**transfer** 18:23 23:3, 8,14,20 24:6,9,12,16, 20,24 25:4,8 63:3,22, 23

**transferred** 20:23 25:17,23 52:12 53:2 58:24 59:9,16 61:14

**transferring** 81:16

**translate** 7:14 14:24 17:14

**translated** 6:15 43:25

**translation** 9:24 19:12

**translator** 14:23 64:25 100:18

**transport** 69:3 71:11

**Treasury** 54:6

**treated** 67:18

**tremendous** 100:18

**true** 20:7 75:23 76:24 77:14 80:9 81:7 82:6 83:3 84:11,12,16,19

**trust** 19:4,10 20:8,17, 22 57:22 58:5,7,17, 23 59:7,10,13,24 66:21 96:25 97:13,14 100:14

**trustee** 4:16 5:19 7:17 35:11 36:15 45:13 57:25 85:11

**trustee's** 8:18

**truthful** 12:12,16

**TSG** 4:4 5:11,14

**Tweet** 81:22 82:7,9, 14,19,23 83:7,13

**Tweets** 83:4

**typical** 10:25

---

**U**

**UBS** 61:15 62:8,14 63:3,22,24 64:13

**UBS00137** 61:21

**UBS02746** 62:23

**ultimate** 37:7,10

**Una** 13:5,14

**Uncle** 39:22

**unclear** 12:24

**uncomfortable** 72:7 79:13 100:5

**understand** 10:13 12:8,10,13,14,25 14:20 22:19 69:12 92:14,16 93:6 95:12

**understanding** 7:25

**understood** 90:14

**undisclosed** 59:23

**United** 5:5 38:21,25 78:2,5,6,9,12,19

**USA** 6:4,7 7:20 17:21,22,25 18:5,9, 13,17 25:14,18,24 30:5,11 31:18 32:6, 18 33:6 41:14 42:16, 20,23 43:8,17 44:11, 15,21 45:6,21,23 46:14 49:15,18 67:6, 12,17,18 68:3,10,15, 20 69:2,17,21 70:8, 14 71:14,20 72:20 97:23

---

**V**

**validity** 4:9

**vehicle** 90:23

**Ventures** 50:2

**Vetter** 76:19

**Vice** 74:11 75:20,24 80:10

**video** 4:10 5:11 74:11 75:9,12 76:4,8, 11,14,16,19,23 77:5, 9,12,14,18,21 80:5,8, 12,21,25 81:4,14 84:9,14

**videos** 84:11,20

**violate** 39:5

---

**W**

**waiver** 99:10

**Wan** 5:4,5,19 6:19 11:20

**Wang** 9:21 10:18 15:22 30:3,15,21 31:13,17,23 32:5

33:11,14,18,22 34:2, 4 35:8 48:14 79:12 82:22 95:15,22 100:10

**wanted** 63:10 100:2

**wasted** 100:6

**waters** 39:12

**Wei** 93:19,21 94:4,8, 20,25

**whatsoever** 97:23

**Whitecroft** 49:16 91:6,14,22,25

**wife** 14:4 47:21 48:10,13

**Wilkinson** 10:14,16, 21 11:4 13:14

**William** 39:16,18,22 40:25 41:7 69:25 81:12,18

**wire** 63:3,22

**witnesses** 7:23

**Wong** 20:18

**words** 83:10

**work** 75:6 87:10

**worked** 44:22

**working** 6:25

**wrap-up** 55:23

**write** 83:13

**wrote** 82:14 83:10

---

**X**

**XRS** 91:21 92:9

---

**Y**

**yacht** 37:11 60:23 69:4 75:16,19,21 80:13,16,17 82:11

**years** 83:14

**York** 6:14 11:21 27:2 37:15,19 43:16 49:21 50:3 54:4

**Yu** 14:5 87:20,23 88:5,9

**Yvette** 30:3,15,21 31:13,17,23 32:5 33:11 35:8 95:15

---

**Z**

**Zeisler** 4:18 5:23 6:6 9:13,16,23,24

**Zhang** 93:19,21 94:4, 8,20,25