**Exhibit 29**

Gtv Media Group Inc.

1. Entity Overview

2. Location Information

3. Similar Entities

4. Dataset Information

# Gtv Media Group Inc.

**address:** 162 East 64th Street, New York, NY 10065, United States
*Gtv Media Group Inc.* (DOS# 5739847) is a business entity registered with State of New York, Department of State (NYSDOS) (https://opengovny.com/corporation). The business filing date is *April 20, 2020*.

| name, address, city | Search |

## Entity Overview

**Gtv Media Group Inc.** is a business entity registered with the State of New York, Department of State (NYSDOS). The corporation number is #5739847. The business address is 162 East 64th Street, New York, NY 10065, United States. The corporation type is *foreign business corporation*. The business status is *active*.

## Business Entity Informatoin

| | |
|---:|---|
| **DOS ID** | 5739847 |
| **Current Entity Name** | GTV MEDIA GROUP INC. |
| **County** | New York |
| **Jurisdiction** | Delaware, United States |
| **Law Section** | 1304 BCL - BUSINESS CORPORATION LAW |

| | |
|---|---|
| **Entity Type** | FOREIGN BUSINESS CORPORATION |
| **Entity Status** | Active |
| **Statement Status** | CURRENT |
| **Initial DOS Filing Date** | 2020-04-20 |
| **Initial Filing Effectiv Date** | 2020-04-20 |
| **Foreign Formation Date** | 2020-04-17 |
| **Next Statement Due Date** | 2022-04-30 |
| **DOS Process Name** | THE CORPORATION |
| **DOS Process Address** | 162 East 64th Street<br>New York (https://opengovny.com/corporation?city=New+York)<br>NY 10065 (https://opengovny.com/corporation?zip=10065)<br>United States |

# Location Information

| | |
|---|---|
| **Street Address** | 162 EAST 64TH STREET |
| **City** | NEW YORK |
| **State** | NY |
| **Zip Code** | 10065 |
| **Country** | United States |

```
Google Maps Platform rejected your request. This IP, site or
mobile application is not authorized to use this API key.
Request received from IP address 216.241.254.30, with
referer: https://opengovny.com/
```

## Businesses in the same location

| Business Name | Address | Registered Agent Name | Initial DOS Filing Date |
|---|---|---|---|
| Sushi 64, LLC (https://opengovny.com/corporation/3208549) | 162 East 64th Street, New York, NY 10022 | | 2005-05-23 |
| Saraca Media Group Inc. (https://opengovny.com/corporation/5359725) | 162 East 64th Street, New York, NY 10065 | | 2018-06-14 |
| Hudson Diamond Ny LLC (https://opengovny.com/corporation/5350757) | 162 East 64th Street, New York, NY 10065 | | 2018-05-31 |
| Korn & Katz, L.p. (https://opengovny.com/corporation/1789580) | 162 East 64th Street, New York, NY 10021 | | 1994-01-24 |
| Hamilton Capital Holdings Inc. (https://opengovny.com/corporation/5303061) | 162 East 64th Street, New York, NY 10065 | | 2018-03-13 |
| Gfashion Media Group Inc. (https://opengovny.com/corporation/5764804) | 162 East 64th Street, New York, NY 10065 | | 2020-06-10 |
| Wwmg Holdings, Inc. (https://opengovny.com/corporation/2156662) | 162 East 64th Street, New York, NY 10021 | | 1997-06-25 |
| Ai Group Holdings Inc. (https://opengovny.com/corporation/5302862) | 162 East 64th Street, New York, NY 10065 | | 2018-03-13 |
| General Business Corp. (https://opengovny.com/corporation/1389114) | 162 East 64th Street, New York, NY 10021 | | 1989-10-27 |

## Businesses in the same zip code

| Business Name | Address | Registered Agent Name | Initial DOS Filing Date |
|---|---|---|---|
| Od26 LLC (https://opengovny.com/corporation/6529856) | 340 East 64th Street, Unit 14K, New York, NY 10065 | | 2022-07-05 |
| Pax Atlantica LLC (https://opengovny.com/corporation/6517435) | 116 E 66th St, 12A, New York, NY 10065 | United States Corporation Agents, Inc. | 2022-06-21 |

| | | | |
|---|---|---|---|
| 2334 Ocean LLC (https://opengovny.com/corporation/6529409) | 158 E 61st Street, New York, NY 10065 | | 2022-07-05 |
| Colby Kossoy Mental Health Counseling PLLC (https://opengovny.com/corporation/6524870) | 254 east 68th st., apt. 7e, New York, NY 10065 | | 2022-06-29 |
| Urban Wheely Technologies, Inc. (https://opengovny.com/corporation/6527891) | 420 east 64th street - #w4d, New York, NY 10065 | | 2022-06-30 |
| Jdj Albertines LLC (https://opengovny.com/corporation/6513400) | 301 east 64th street, #10g, New York, NY 10065 | | 2022-06-15 |
| Wingspan Capital, LLC (https://opengovny.com/corporation/6514473) | 667 madison ave, 5th floor, New York, NY 10065 | | 2022-06-16 |
| Urban Shelter LLC (https://opengovny.com/corporation/6519903) | 18 east 67th street, apt. 4a, New York, NY 10065 | | 2022-06-23 |
| Elite Eyelash Extensions Studio LLC (https://opengovny.com/corporation/6520191) | 767 Lexington Avenue, 3rd Floor Room 303, New York, NY 10065 | Maria Rosa Zamora Saeteros | 2022-06-24 |
| Venn Prop 1 LLC (https://opengovny.com/corporation/6529295) | 223 E 61st St., Apt 1D, New York, NY 10065 | Curtiss Michael Venn | 2022-07-05 |

Find all businesses in the same zip code (https://opengovny.com/corporation?zip=10065)

# Similar Entities

## Businesses with similar names

| Business Name | Address | Registered Agent Name | Initial DOS Filing Date |
|---|---|---|---|
| Rmd Media, LLC (https://opengovny.com/corporation/5012777) | 12 Monaton Dr, Huntington Station, NY 11746 | Ryan Derousseau | 2016-09-22 |
| Ii Media, LLC (https://opengovny.com/corporation/2612436) | C/O Jonathan Rosen, Po Box 2220, Amagansett, NY 11930-2220 | | 2001-03-05 |
| Ad Media, LLC (https://opengovny.com/corporation/5883944) | 54 San Rafael Ct, East Amherst, NY 14051 | | 2020-11-23 |

| | | | |
|---|---|---|---|
| R.a.m. Media LLC (https://opengovny.com/corporation/6239842) | 90 State Street, Suite 700, Office 40, Albany, NY 12207 | Registered Agents Inc. | 2021-08-10 |
| Cvg Media LLC (https://opengovny.com/corporation/5881974) | 94 Central Ave, Apt 3l, Brooklyn, NY 11206 | | 2020-11-19 |
| Media Media Group LLC (https://opengovny.com/corporation/3273754) | 424 W. 110 St. #22b, New York, NY 10025 | | 2005-10-27 |
| Jc Media Grp Inc (https://opengovny.com/corporation/5882213) | 480 6th Ave #241, New York, NY 10011 | | 2020-11-19 |
| X.el Media, LLC (https://opengovny.com/corporation/5889456) | 12 Belvidere St, #3f, Brooklyn, NY 11206 | Eleanor White | 2020-12-03 |
| Nyc Media IIi LLC (https://opengovny.com/corporation/4639923) | Attention:richard T. Walsh Esq, 11 Hillside Avenue, Williston Park, NY 11596 | | 2014-09-22 |
| Mpw Media Inc. (https://opengovny.com/corporation/3405166) | 12 1/2 East Park Row, Clinton, NY 13323 | | 2006-08-25 |

# Provide Additional Information

If you wish to provide additional information about Gtv Media Group Inc., please fill in the form below. Please note that the information provided here will be posted publicly on this page. Please do not leave any private information here. If you have privacy or any other concerns about the information on this page, please use this link to the contact form (https://opengovny.com/contact?url=https%3A%2F%2Fopengovny.com%2Fcorporation%2F5739847).

**Name**

| Business Name |
|---|

**Address**

| Address |
|---|

**Telephone**

| Telephone |
|---|

**Website**

| Website |
|---|

**Public Email**

Email

**Description**

Description, profile, or other details

Submit

# Dataset Information

This dataset includes 3 million business entities and corporations registered with New York State Department of State (NYSDOS). The Department of State keeps a record of every filing for every incorporated business in the state of New York. Each business entity is registered with IDOS ID, business legal name, type, filing date, registered agent name, office address, etc.

name, address, city    Search

| | |
|---|---|
| **Data Provider** | State of New York, Department of State (NYSDOS) |
| **Jurisdiction** | State of New York |

# Trending Searches

rob raffael email masonic home utica ny (https://opengovny.com/adult-care-facility/AF0079A)
adam brown whatsapp number and email address please (https://opengovny.com/corporation/4900662)
weigang meng latham watkins (https://opengovny.com/attorney/5732946)
inky dinky worldwide (https://opengovny.com/corporation/2371281)
902 half moon bay drive croton-on-hudson phone repair (https://opengovny.com/corporation/4404542)
"jason harrison" and "home address" (https://opengovny.com/attorney/1784644)
dino r dirienzo esq (https://opengovny.com/attorney/2733186)
saskia valencia. esq./ brooklyn defender services (https://opengovny.com/attorney/5417829)
bx auto concept corp website (https://opengovny.com/corporation/5956818)
speedway carrier circle (https://opengovny.com/liquor-license/2212443)
glens falls ny roller hockey (https://opengovny.com/corporation/2000445)

kent katter ny developer (https://opengovny.com/corporation/5534781)
design rental properties troy ny (https://opengovny.com/corporation/5960485)
leighann thompson (https://opengovny.com/place/ChIJ0Z18Va7NYocR6ahpBaZZ8PU)
annette malpica self insurer association 2021 (https://opengovny.com/attorney/3902590)
hau nguyen "waterford ny" (https://opengovny.com/food-service-inspection/854474)
cappy weiner esq (https://opengovny.com/attorney/2206217)
gtv media group inc (https://opengovny.com/corporation/5739847)
13470 international parkway jacksonville florida pond permit (https://opengovny.com/place/ChIJI3VhwqSv5YgRsLPPaB4edmA)
rachel bob lawyer baltimore md (https://opengovny.com/attorney/4348264)
ny attorney statu shawn creedon (https://opengovny.com/attorney/4165247)
annette malpica and cancer (https://opengovny.com/attorney/3902590)
streetyoh (https://opengovny.com/attorney/5635222)
48 bakertown rd suite 302-c monroe ny 10950 (https://opengovny.com/corporation/4847508)
custom contracting and decking (https://opengovny.com/corporation/5821413)
danny wrubling with dalan management 134 w 25th st new york ny 10001 us (https://opengovny.com/real-estate-license/31WR1024557)
eileen fox lawyer nyc (https://opengovny.com/attorney/1905264)
lisa peters west babylon (https://opengovny.com/corporation/4743069)
347 w broadway apt 7 new york ny owner (https://opengovny.com/corporation/5429990)
retailometer (https://opengovny.com/corporation/3700750)

**OPENGOVNY** (https://opengovny.com/)  ·
Contact Us (https://opengovny.com/contact?url=https%3A%2F%2Fopengovny.com%2Fcorporation%2F5739847)