## Exhibit 32



# CHAR500

**NYS Annual Filing for Charitable Organizations**
www.CharitiesNYS.com

Send with fee and attachments to:
NYS Office of the Attorney General
Charities Bureau Registration Section
28 Liberty Street
New York, NY 10005

## 2019
Open to Public
Inspection

## 1. General Information

For Fiscal Year Beginning (mm/dd/yyyy) __1__ / __1__ / **2019** and Ending (mm/dd/yyyy) __12__ / __31__ / __2019__

**Check if Applicable:**
- [X] Address Change
- [ ] Name Change
- [ ] Initial Filing
- [ ] Final Filing
- [ ] Amended Filing
- [ ] Reg ID Pending

**Name of Organization:**
Rule of Law Society IV Inc.

**Mailing Address:**
162 East 64th Street

**City / State / Zip:**
New York, NY 10085

**Website:**
www.rolsociety.org

**Employer Identification Number (EIN):**
83-3252944

**NY Registration Number:**
47-16-53

**Telephone:**
917-242-8069

**Email:**
erica@labyrinthinc.com

Check your organization's registration category:
- [ ] 7A only
- [ ] EPTL only
- [X] DUAL (7A & EPTL)
- [ ] EXEMPT*

Confirm your Registration Category in the Charities Registry at www.CharitiesNYS.com.

## 2. Certification

See instructions for certification requirements. Improper certification is a violation of law that may be subject to penalties. The certification requires two signatories.

*We certify under penalties of perjury that we reviewed this report, including all attachments, and to the best of our knowledge and belief, they are true, correct and complete in accordance with the laws of the State of New York applicable to this report.*

President or Authorized Officer:   Signature _____   An Hong, President   DEC 18 /20
Print Name and Title   Date

Chief Financial Officer or Treasurer:   Signature _____   Ross Heinemeyer, Director of Finance and Operations/Treasurer   12/11 /20
Print Name and Title   Date

## 3. Annual Reporting Exemption

Check the exemption(s) that apply to your filing. If your organization is claiming an exemption under one category (7A or EPTL only filers) or both categories (DUAL filers) that apply to your registration, complete only parts 1, 2, and 3, and submit the certified Char500. No fee, schedules, or additional attachments are required. If you cannot claim an exemption or are a DUAL filer that claims only one exemption, you must file applicable schedules and attachments and pay applicable fees.

- [ ] **3a. 7A filing exemption:** Total contributions from NY State including residents, foundations, government agencies, etc. did not exceed $25,000 **and** the organization did not engage a professional fund raiser (PFR) or fund raising counsel (FRC) to solicit contributions during the fiscal year.

- [ ] **3b. EPTL filing exemption:** Gross receipts did not exceed $25,000 and the market value of assets did not exceed $25,000 at any time during the fiscal year.

## 4. Schedules and Attachments

See the following page for a checklist of schedules and attachments to complete your filing.

- [ ] Yes [X] No   **4a.** Did your organization use a professional fund raiser, fund raising counsel or commercial co-venturer for fund raising activity in NY State? If yes, complete Schedule 4a.

- [ ] Yes [X] No   **4b.** Did the organization receive government grants? If yes, complete Schedule 4b.

## 5. Fee

See the checklist on the next page to calculate your fee(s). Indicate fee(s) you are submitting here:

**7A filing fee:**
$ 25

**EPTL filing fee:**
$ 250

**Total fee:**
$ 275

Make a single check or money order payable to:
**"Department of Law"**

CHAR500 Annual Filing for Charitable Organizations (Updated January 2020)

*The "Exempt" category refers to an organization's NYS registration status. It does not refer to its IRS tax designation.

Page 1

# CHAR500

**Annual Filing Checklist**

Simply submit the certified CHAR500 with no fee, schedule, or additional attachments IF:
- Your organization is registered as 7A only and you marked the 7A filing exemption in Part 3.
- Your organization is registered as EPTL only and you marked the EPTL filing exemption in Part 3.
- Your organization is registered as DUAL and you marked <u>both</u> the 7A and EPTL filing exemption in Part 3.

## Checklist of Schedules and Attachments

Check the schedules you must submit with your CHAR500 as described in Part 4:

- ☐ If you answered "yes" in Part 4a, submit Schedule 4a: Professional Fund Raisers (PFR), Fund Raising Counsel (FRC), Commercial Co-Venturers (CCV)

- ☐ If you answered "yes" in Part 4b, submit Schedule 4b: Government Grants

Check the financial attachments you must submit with your CHAR500:

- ☒ IRS Form 990, 990-EZ, or 990-PF, and 990-T if applicable

- ☒ All additional IRS Form 990 Schedules, including Schedule B (Schedule of Contributors). Schedule B of public charities is exempt from disclosure and will not be available for public review.

- ☐ Our organization was eligible for and filed an IRS 990-N e-postcard. Our revenue exceeded $25,000 and/or our assets exceeded $25,000 in the filing year. We have included an IRS Form 990-EZ for state purposes only.

If you are a 7A only or DUAL filer, submit the applicable independent Certified Public Accountant's Review or Audit Report:

- ☐ Review Report if you received total revenue and support greater than $250,000 and up to $750,000.

- ☒ Audit Report if you received total revenue and support greater than $750,000

- ☐ No Review Report or Audit Report is required because total revenue and support is less than $250,000

- ☐ We are a DUAL filer and checked box 3a, no Review Report or Audit Report is required

## Calculate Your Fee

For 7A and DUAL filers, calculate the 7A fee:

- ☐ $0, if you checked the 7A exemption in Part 3a

- ☒ $25, if you did not check the 7A exemption in Part 3a

For EPTL and DUAL filers, calculate the EPTL fee:

- ☐ $0, if you checked the EPTL exemption in Part 3b

- ☐ $25, if the NET WORTH is less than $50,000

- ☐ $50, if the NET WORTH is $50,000 or more but less than $250,000

- ☐ $100, if the NET WORTH is $250,000 or more but less than $1,000,000

- ☒ $250, if the NET WORTH is $1,000,000 or more but less than $10,000,000

- ☐ $750, if the NET WORTH is $10,000,000 or more but less than $50,000,000

- ☐ $1500, if the NET WORTH is $50,000,000 or more

## Send Your Filing

Send your CHAR500, all schedules and attachments, and total fee to:

NYS Office of the Attorney General
Charities Bureau Registration Section
28 Liberty Street
New York, NY 10005

*Need Assistance?*
Visit:  www.CharitiesNYS.com
Call:   (212) 416-8401
Email:  Charities.Bureau@ag.ny.gov

*Is my Registration Category 7A, EPTL, DUAL or EXEMPT?*
Organizations are assigned a Registration Category upon registration with the NY Charities Bureau:

**7A** filers are registered to solicit contributions in New York under Article 7-A of the Executive Law ("7A")

**EPTL** filers are registered under the Estates, Powers & Trusts Law ("EPTL") because they hold assets and/or conduct activites for charitable purposes in NY.

**DUAL** filers are registered under both 7A and EPTL.

**EXEMPT** filers have registered with the NY Charities Bureau and meet conditions in **Schedule E - Registration Exemption for Charitable Organizations**. These organizations are not required to file annual financial reports but may do so voluntarily.

Confirm your Registration Category and learn more about NY law at www.CharitiesNYS.com.

*Where do I find my organization's NET WORTH?*
NET WORTH for fee purposes is calculated on:
- IRS From 990 Part I, line 22
- IRS Form 990 EZ Part I line 21
- IRS Form 990 PF, calculate the difference between Total Assets at Fair Market Value (Part II, line 16(c)) and Total Liabilities (Part II, line 23(b)).

# Rule of Law Society IV Inc.

162 East 64th Street
New York, NY 10065
917-242-8069

ORGANIZATION

Rule of Law Society IV Inc. was incorporated as a nonprofit corporation in the state of Delaware on January 17, 2019.

Rule of Law Society IV Inc. was granted an exemption from income tax under §501(c)(4) of the Internal Revenue Code in a letter dated August 19, 2019.

PURPOSE OF THE ORGANIZATION

Rule of Law Society IV Inc. was organized for the purpose of promoting social welfare and the rule of law in China and across the world.

GENERAL PURPOSE FOR WHICH CONTRIBUTIONS WILL BE USED

Contributions will be used for programs promoting the rule of law internationally.

# Rule of Law Society IV Inc.
162 East 64th Street
New York, NY 10065
917-242-8069

## Officers, Directors, Trustees, and Key Employees

William Gertz                                          Director

Ross Heinemeyer                     Director of Finance and Operations/Treasurer

An Hong                                                President

Sara Wei Lihong Lafranz                                Director

Dinggang Wang                                          Chair

**All individuals listed can be contacted at the address listed above**

# Rule of Law Society IV Inc.

162 East 64th Street
New York, NY 10065
917-242-8069

## Other States Registered:

| State | Registration Number |
|---|---|
| Alabama | AL19-244 |
| California | CT0266727 |
| Connecticut | CHR.0062823 |
| District of Columbia | 400220000184 |
| Hawaii | |
| Kansas | 530-131-2 |
| Maine | CO13473 |
| Maryland | 44721 |
| Massachusetts | 064749 |
| Minnesota | |
| Nevada | E0261072019-7 |
| New Hampshire | 32127 |
| New Jersey | CH-41977-00 |
| New Mexico | |
| New York | 47-16-53 |
| North Carolina | EX007764 |
| North Dakota | 0002889656 |
| Oklahoma | 4312783983 |
| Oregon | 55841 |
| Pennsylvania | 115246 |
| Rhode Island | CO.9902692 |
| South Carolina | P49046 |
| Utah | 11405330-CHAR |
| Washington | 2002392 |
| Wisconsin | 19311-800 |

EXTENDED TO NOVEMBER 16, 2020

| Form **990** | | **Return of Organization Exempt From Income Tax** | | OMB No. 1545-0047 |
|---|---|---|---|---|
| (Rev. January 2020) | | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations) | | **2019** |
| Department of the Treasury Internal Revenue Service | | ▶ Do not enter social security numbers on this form as it may be made public. ▶ Go to www.irs.gov/Form990 for instructions and the latest information. | | Open to Public Inspection |

**A** For the 2019 calendar year, or tax year beginning **JAN 17, 2019** and ending **DEC 31, 2019**

| B Check if applicable: | C Name of organization | | D Employer Identification number |
|---|---|---|---|
| [ ] Address change | **RULE OF LAW SOCIETY IV, INC.** | | |
| [ ] Name change | Doing business as | | **83-3252944** |
| [X] Initial return | Number and street (or P.O. box if mail is not delivered to street address) **162 EAST 64 STREET 3RD FLOOR** | Room/suite | E Telephone number **917-242-8069** |
| [ ] Final return/terminated | City or town, state or province, country, and ZIP or foreign postal code **NEW YORK, NY 10065** | | G Gross receipts $ **2,255,391.** |
| [ ] Amended return | F Name and address of principal officer: **DINGGANG WANG** | | H(a) Is this a group return for subordinates? [ ] Yes [X] No |
| [ ] Application pending | **SAME AS C ABOVE** | | H(b) Are all subordinates included? [ ] Yes [ ] No |

**I** Tax-exempt status: [ ] 501(c)(3) [X] 501(c) ( **4** ) ◄ (insert no.) [ ] 4947(a)(1) or [ ] 527    If "No," attach a list. (see instructions)

**J** Website: ▶ **ROLSOCIETY.ORG**    H(c) Group exemption number ▶

**K** Form of organization: [X] Corporation [ ] Trust [ ] Association [ ] Other ▶    **L** Year of formation: **2019** **M** State of legal domicile: **DE**

## Part I | Summary

| | | | |
|---|---|---|---|
| **1** | Briefly describe the organization's mission or most significant activities: **TO EXPOSE CORRUPTION, OBSTRUCTION, ILLEGALITY, BRUTALITY, FALSE IMPRISONMENT, EXCESSIVE** | | |
| **2** | Check this box ▶ [ ] if the organization discontinued its operations or disposed of more than 25% of its net assets. | | |
| **3** | Number of voting members of the governing body (Part VI, line 1a) | **3** | **5** |
| **4** | Number of independent voting members of the governing body (Part VI, line 1b) | **4** | **3** |
| **5** | Total number of individuals employed in calendar year 2019 (Part V, line 2a) | **5** | **0** |
| **6** | Total number of volunteers (estimate if necessary) | **6** | **10** |
| **7a** | Total unrelated business revenue from Part VIII, column (C), line 12 | **7a** | **0.** |
| **b** | Net unrelated business taxable income from Form 990-T, line 39 | **7b** | **0.** |

| | | Prior Year | Current Year |
|---|---|---|---|
| **8** | Contributions and grants (Part VIII, line 1h) | | **2,255,296.** |
| **9** | Program service revenue (Part VIII, line 2g) | | **0.** |
| **10** | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | | **95.** |
| **11** | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | | **0.** |
| **12** | Total revenue - add lines 8 through 11 (must equal Part VIII, column (A), line 12) | | **2,255,391.** |
| **13** | Grants and similar amounts paid (Part IX, column (A), lines 1-3) | | **0.** |
| **14** | Benefits paid to or for members (Part IX, column (A), line 4) | | **0.** |
| **15** | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | | **49,583.** |
| **16a** | Professional fundraising fees (Part IX, column (A), line 11e) | | **0.** |
| **b** | Total fundraising expenses (Part IX, column (D), line 25) ▶ **2,591.** | | |
| **17** | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | | **345,557.** |
| **18** | Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | | **395,140.** |
| **19** | Revenue less expenses. Subtract line 18 from line 12 | | **1,860,251.** |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **20** | Total assets (Part X, line 16) | | **1,869,657.** |
| **21** | Total liabilities (Part X, line 26) | | **9,406.** |
| **22** | Net assets or fund balances. Subtract line 21 from line 20 | | **1,860,251.** |

## Part II | Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | Signature of officer *Dinggang Wang* | Date **11/14/2020** |
|---|---|---|
| | **DINGGANG WANG, CHAIR** Type or print name and title | |

| | Print/Type preparer's name | Preparer's signature | Date | Check [ ] if self-employed | PTIN |
|---|---|---|---|---|---|
| Paid Preparer Use Only | **MINDY KAMEN** | **MINDY KAMEN** | **11/13/20** | | **P01384460** |
| | Firm's name ▶ **JANOVER LLC** | | | Firm's EIN ▶ **11-3258497** | |
| | Firm's address ▶ **100 QUENTIN ROOSEVELT BLVD.** **GARDEN CITY, NY 11530** | | | Phone no. **516-542-6300** | |

May the IRS discuss this return with the preparer shown above? (see instructions) [X] Yes [ ] No

932001 01-20-20   LHA **For Paperwork Reduction Act Notice, see the separate instructions.**    Form **990** (2019)

**SEE SCHEDULE O FOR ORGANIZATION MISSION STATEMENT CONTINUATION**

Form 990 (2019)  RULE OF LAW SOCIETY IV, INC.  83-3252944  Page **2**

| Part III | Statement of Program Service Accomplishments |

Check if Schedule O contains a response or note to any line in this Part III ............................................................. ☐

1   Briefly describe the organization's mission:
    TO EXPOSE CORRUPTION, OBSTRUCTION, ILLEGALITY, BRUTALITY, FALSE
    IMPRISONMENT, EXCESSIVE SENTENCING, HARASSMENT, AND INHUMANITY
    PERVASIVE IN THE POLITICAL, LEGAL, BUSINESS AND FINANCIAL SYSTEMS OF
    CHINA.

2   Did the organization undertake any significant program services during the year which were not listed on the
    prior Form 990 or 990-EZ? ................................................................................................................................ ☐ Yes ☒ No
    If "Yes," describe these new services on Schedule O.

3   Did the organization cease conducting, or make significant changes in how it conducts, any program services? .................. ☐ Yes ☒ No
    If "Yes," describe these changes on Schedule O.

4   Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses.
    Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and
    revenue, if any, for each program service reported.

4a  (Code: _____ ) (Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )
    NONE IN CURRENT YEAR

4b  (Code: _____ ) (Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

4c  (Code: _____ ) (Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

4d  Other program services (Describe on Schedule O.)
    (Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

4e  Total program service expenses ▶ _____

Form **990** (2019)

932002 01-20-20

Form 990 (2019)     RULE OF LAW SOCIETY IV, INC.                          83-3252944          Page **3**

**Part IV | Checklist of Required Schedules**

|  |  |  | Yes | No |
|---|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* | **1** | | X |
| 2 | Is the organization required to complete *Schedule B, Schedule of Contributors*? | **2** | X | |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | X |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | | |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* | **5** | | X |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* | **6** | | X |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* | **7** | | X |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* | **8** | | X |
| 9 | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* | **9** | | X |
| 10 | Did the organization, directly or through a related organization, hold assets in donor-restricted endowments or in quasi endowments? *If "Yes," complete Schedule D, Part V* | **10** | | X |
| 11 | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | | |
| a | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI* | **11a** | | X |
| b | Did the organization report an amount for investments - other securities in Part X, line 12, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* | **11b** | | X |
| c | Did the organization report an amount for investments - program related in Part X, line 13, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* | **11c** | | X |
| d | Did the organization report an amount for other assets in Part X, line 15, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* | **11d** | | X |
| e | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | X | |
| f | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | X | |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* | **12a** | X | |
| b | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | | X |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | X |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | X |
| b | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | **14b** | | X |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | | X |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | **16** | | X |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I* | **17** | | X |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* | **18** | | X |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | **19** | | X |
| 20a | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | **20a** | | X |
| b | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | **21** | | X |

932003 01-20-20                                                                                   Form **990** (2019)

Form 990 (2019)  RULE OF LAW SOCIETY IV, INC.                                    83-3252944          Page **4**

## Part IV | Checklist of Required Schedules *(continued)*

| | | Yes | No |
|---|---|---|---|
| **22** Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* | **22** | | X |
| **23** Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* | **23** | | X |
| **24a** Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* | **24a** | | X |
| **b** Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? | **24b** | | |
| **c** Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? | **24c** | | |
| **d** Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? | **24d** | | |
| **25a** **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* | **25a** | | X |
| **b** Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* | **25b** | | X |
| **26** Did the organization report any amount on Part X, line 5 or 22, for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* | **26** | | X |
| **27** Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* | **27** | | X |
| **28** Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions, for applicable filing thresholds, conditions, and exceptions): | | | |
| **a** A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* | **28a** | | X |
| **b** A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* | **28b** | | X |
| **c** A 35% controlled entity of one or more individuals and/or organizations described in lines 28a or 28b? *If "Yes," complete Schedule L, Part IV* | **28c** | | X |
| **29** Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* | **29** | X | |
| **30** Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* | **30** | | X |
| **31** Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | X |
| **32** Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* | **32** | | X |
| **33** Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* | **33** | | X |
| **34** Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* | **34** | X | |
| **35a** Did the organization have a controlled entity within the meaning of section 512(b)(13)? | **35a** | | X |
| **b** If "Yes" to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* | **35b** | | |
| **36** **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* | **36** | | |
| **37** Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | **37** | | X |
| **38** Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note:** All Form 990 filers are required to complete Schedule O | **38** | X | |

## Part V | Statements Regarding Other IRS Filings and Tax Compliance

Check if Schedule O contains a response or note to any line in this Part V ............................................. ☐

| | | | Yes | No |
|---|---|---|---|---|
| **1a** Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable | **1a** | 0 | | |
| **b** Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable | **1b** | 0 | | |
| **c** Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? | | **1c** | | |

932004 01-20-20                                                                       Form **990** (2019)

Form 990 (2019)          RULE OF LAW SOCIETY IV, INC.                    83-3252944     Page **5**

| Part V | Statements Regarding Other IRS Filings and Tax Compliance *(continued)* |
|---|---|

|  |  |  | Yes | No |
|---|---|---|---|---|
| **2a** Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return | 2a | 0 | | |
| **b** If at least one is reported on line 2a, did the organization file all required federal employment tax returns? | | 2b | | |
| **Note:** If the sum of lines 1a and 2a is greater than 250, you may be required to *e-file* (see instructions) | | | | |
| **3a** Did the organization have unrelated business gross income of $1,000 or more during the year? | | 3a | | X |
| **b** If "Yes," has it filed a Form 990-T for this year? *If "No" to line 3b, provide an explanation on Schedule O* | | 3b | | |
| **4a** At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | | 4a | | X |
| **b** If "Yes," enter the name of the foreign country ▶ | | | | |
| See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | |
| **5a** Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? | | 5a | | X |
| **b** Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | 5b | | X |
| **c** If "Yes" to line 5a or 5b, did the organization file Form 8886-T? | | 5c | | |
| **6a** Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? | | 6a | | X |
| **b** If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? | | 6b | | |
| **7** **Organizations that may receive deductible contributions under section 170(c).** | | | | |
| **a** Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? | | 7a | | X |
| **b** If "Yes," did the organization notify the donor of the value of the goods or services provided? | | 7b | | |
| **c** Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? | | 7c | | X |
| **d** If "Yes," indicate the number of Forms 8282 filed during the year | 7d | | | |
| **e** Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | | 7e | | X |
| **f** Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | | 7f | | X |
| **g** If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? | | 7g | | |
| **h** If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? | | 7h | | |
| **8** **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? | | 8 | | |
| **9** **Sponsoring organizations maintaining donor advised funds.** | | | | |
| **a** Did the sponsoring organization make any taxable distributions under section 4966? | | 9a | | |
| **b** Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? | | 9b | | |
| **10** **Section 501(c)(7) organizations.** Enter: | | | | |
| **a** Initiation fees and capital contributions included on Part VIII, line 12 | 10a | | | |
| **b** Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | 10b | | | |
| **11** **Section 501(c)(12) organizations.** Enter: | | | | |
| **a** Gross income from members or shareholders | 11a | | | |
| **b** Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.) | 11b | | | |
| **12a** **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | 12a | | |
| **b** If "Yes," enter the amount of tax-exempt interest received or accrued during the year | 12b | | | |
| **13** **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | |
| **a** Is the organization licensed to issue qualified health plans in more than one state? | | 13a | | |
| **Note:** See the instructions for additional information the organization must report on Schedule O. | | | | |
| **b** Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans | 13b | | | |
| **c** Enter the amount of reserves on hand | 13c | | | |
| **14a** Did the organization receive any payments for indoor tanning services during the tax year? | | 14a | | X |
| **b** If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation on Schedule O* | | 14b | | |
| **15** Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? | | 15 | | X |
| If "Yes," see instructions and file Form 4720, Schedule N. | | | | |
| **16** Is the organization an educational institution subject to the section 4968 excise tax on net investment income? | | 16 | | X |
| If "Yes," complete Form 4720, Schedule O. | | | | |

Form **990** (2019)

932005 01-20-20

Form 990 (2019)   RULE OF LAW SOCIETY IV, INC.   83-3252944   Page **6**

| **Part VI** | **Governance, Management, and Disclosure** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes on Schedule O. See instructions.* |

Check if Schedule O contains a response or note to any line in this Part VI ................................................................. ☒

## Section A. Governing Body and Management

|  |  |  | Yes | No |
|---|---|---|---|---|
| 1a Enter the number of voting members of the governing body at the end of the tax year ............ 1a | **5** |  |  |  |
| If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain on Schedule O. |  |  |  |  |
| b Enter the number of voting members included on line 1a, above, who are independent ............ 1b | **3** |  |  |  |
| 2 Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? ................................................................. | 2 |  |  | X |
| 3 Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, trustees, or key employees to a management company or other person? ................ | 3 |  |  | X |
| 4 Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? ............ | 4 |  |  | X |
| 5 Did the organization become aware during the year of a significant diversion of the organization's assets? ............ | 5 |  |  | X |
| 6 Did the organization have members or stockholders? ................................................................. | 6 |  |  | X |
| 7a Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? ................................................................. | 7a |  |  | X |
| b Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? ................................................................. | 7b |  |  | X |
| 8 Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: |  |  |  |  |
| a The governing body? ................................................................. | 8a |  | X |  |
| b Each committee with authority to act on behalf of the governing body? ................................ | 8b |  | X |  |
| 9 Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses on Schedule O* ................ | 9 |  |  | X |

## Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|  |  |  | Yes | No |
|---|---|---|---|---|
| 10a Did the organization have local chapters, branches, or affiliates? ................................ | 10a |  |  | X |
| b If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? ................ | 10b |  |  |  |
| 11a Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? | 11a |  |  | X |
| b Describe in Schedule O the process, if any, used by the organization to review this Form 990. |  |  |  |  |
| 12a Did the organization have a written conflict of interest policy? *If "No," go to line 13* ................ | 12a |  | X |  |
| b Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? ............ | 12b |  | X |  |
| c Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe in Schedule O how this was done* ................................................................. | 12c |  |  | X |
| 13 Did the organization have a written whistleblower policy? ................................................................. | 13 |  |  | X |
| 14 Did the organization have a written document retention and destruction policy? ................................ | 14 |  |  | X |
| 15 Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? |  |  |  |  |
| a The organization's CEO, Executive Director, or top management official ................................ | 15a |  |  | X |
| b Other officers or key employees of the organization ................................................................. | 15b |  |  | X |
| If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions). |  |  |  |  |
| 16a Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? ................................................................. | 16a |  |  | X |
| b If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? ................................................................. | 16b |  |  |  |

## Section C. Disclosure

17 List the states with which a copy of this Form 990 is required to be filed ▶ NY, CA

18 Section 6104 requires an organization to make its Forms 1023 (1024 or 1024-A, if applicable), 990, and 990-T (Section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.
☐ Own website   ☐ Another's website   ☒ Upon request   ☐ Other *(explain on Schedule O)*

19 Describe on Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.

20 State the name, address, and telephone number of the person who possesses the organization's books and records ▶
ROSS HEINEMEYER - 917-242-8069
162 EAST 64 STREET, NEW YORK, NY   10065

932006 01-20-20

Form **990** (2019)

Form 990 (2019)  RULE OF LAW SOCIETY IV, INC.                           83-3252944  Page **7**

| Part VII | Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |

Check if Schedule O contains a response or note to any line in this Part VII ............................................. ☐

Section A.  Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See instructions for the order in which to list the persons above.

☒ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below line) | (C)<br>Position<br>(do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) KARIN MAISTRELLO | 8.00 | | | | | | | | | |
| PRESIDENT, TREASURER, DIRECTOR | 0.00 | X | | X | | | | 0. | 0. | 0. |
| (2) WILLIAM GERTZ | 1.00 | | | | | | | | | |
| DIRECTOR | 0.00 | X | | | | | | 0. | 0. | 0. |
| (3) LIHONG WEI LAFRENZ | 1.00 | | | | | | | | | |
| DIRECTOR | 0.00 | X | | | | | | 0. | 0. | 0. |
| (4) STEVE BANNON | 5.00 | | | | | | | | | |
| CHAIR, DIRECTOR | 0.00 | X | | | | | | 0. | 0. | 0. |
| (5) JENNIFER MERCURIO | 20.00 | | | | | | | | | |
| SECRETARY, GENERAL COUNSEL, DIRECTOR | 20.00 | X | | X | | | | 0. | 0. | 0. |

932007 01-20-20

Form **990** (2019)

Form 990 (2019)  RULE OF LAW SOCIETY IV, INC.  83-3252944  Page **8**

| Part VII | Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)* |

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below line) | (C)<br>Position<br>(do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| **1b Subtotal** ▶ | | | | | | | | | 0. | 0. | 0. |
| **c Total from continuation sheets to Part VII, Section A** ▶ | | | | | | | | | 0. | 0. | 0. |
| **d Total (add lines 1b and 1c)** ▶ | | | | | | | | | 0. | 0. | 0. |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ **0**

| | | | Yes | No |
|---|---|---|---|---|
| **3** | Did the organization list any **former** officer, director, trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* | **3** | | X |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* | **4** | | X |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* | **5** | | X |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address   NONE | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ **0**

Form **990** (2019)

932008 01-20-20

Form 990 (2019)    RULE OF LAW SOCIETY IV, INC.                          83-3252944    Page **9**

| Part VIII | Statement of Revenue |

Check if Schedule O contains a response or note to any line in this Part VIII ............................ ☐

| | | | | **(A)** Total revenue | **(B)** Related or exempt function revenue | **(C)** Unrelated business revenue | **(D)** Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | 1 a | Federated campaigns ............... | 1a | | | | |
| | b | Membership dues ................. | 1b | | | | |
| | c | Fundraising events ................. | 1c | | | | |
| | d | Related organizations ............ | 1d | | | | |
| | e | Government grants (contributions) | 1e | | | | |
| | f | All other contributions, gifts, grants, and similar amounts not included above ... | 1f | 2,255,296. | | | |
| | g | Noncash contributions included in lines 1a-1f | 1g $ | 209,583. | | | |
| | h | **Total. Add lines 1a-1f** ......................... ▶ | | 2,255,296. | | | |
| | | | **Business Code** | | | | |
| **Program Service Revenue** | 2 a | | | | | | |
| | b | | | | | | |
| | c | | | | | | |
| | d | | | | | | |
| | e | | | | | | |
| | f | All other program service revenue ............. | | | | | |
| | g | **Total. Add lines 2a-2f** ......................... ▶ | | | | | |
| **Other Revenue** | 3 | Investment income (including dividends, interest, and other similar amounts) ......................... ▶ | | 95. | | | 95. |
| | 4 | Income from investment of tax-exempt bond proceeds ▶ | | | | | |
| | 5 | Royalties ......................... ▶ | | | | | |
| | | | **(i) Real** | **(ii) Personal** | | | | |
| | 6 a | Gross rents ......... | 6a | | | | | |
| | b | Less: rental expenses ... | 6b | | | | | |
| | c | Rental income or (loss) | 6c | | | | | |
| | d | Net rental income or (loss) ......................... ▶ | | | | | |
| | | | **(i) Securities** | **(ii) Other** | | | | |
| | 7 a | Gross amount from sales of assets other than inventory | 7a | | | | | |
| | b | Less: cost or other basis and sales expenses ........ | 7b | | | | | |
| | c | Gain or (loss) ........ | 7c | | | | | |
| | d | Net gain or (loss) ......................... ▶ | | | | | |
| | 8 a | Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 ......................... | 8a | | | | | |
| | b | Less: direct expenses ......................... | 8b | | | | | |
| | c | Net income or (loss) from fundraising events ......... ▶ | | | | | |
| | 9 a | Gross income from gaming activities. See Part IV, line 19 ......................... | 9a | | | | | |
| | b | Less: direct expenses ......................... | 9b | | | | | |
| | c | Net income or (loss) from gaming activities ......... ▶ | | | | | |
| | 10 a | Gross sales of inventory, less returns and allowances ......................... | 10a | | | | | |
| | b | Less: cost of goods sold ......................... | 10b | | | | | |
| | c | Net income or (loss) from sales of inventory ......... ▶ | | | | | |
| | | | **Business Code** | | | | | |
| **Miscellaneous Revenue** | 11 a | | | | | | |
| | b | | | | | | |
| | c | | | | | | |
| | d | All other revenue ......................... | | | | | |
| | e | **Total. Add lines 11a-11d** ......................... ▶ | | | | | |
| | 12 | **Total revenue. See instructions** ......................... ▶ | | 2,255,391. | 0. | 0. | 95. |

932009 01-20-20                                                          Form **990** (2019)

Form 990 (2019)   RULE OF LAW SOCIETY IV, INC.   83-3252944   Page **10**

| Part IX | Statement of Functional Expenses |

*Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).*

Check if Schedule O contains a response or note to any line in this Part IX ......................................................

| | *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | (A)<br>Total expenses | (B)<br>Program service<br>expenses | (C)<br>Management and<br>general expenses | (D)<br>Fundraising<br>expenses |
|---|---|---|---|---|---|
| 1 | Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 ... | | | | |
| 2 | Grants and other assistance to domestic individuals. See Part IV, line 22 .................... | | | | |
| 3 | Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16 ........ | | | | |
| 4 | Benefits paid to or for members ...................... | | | | |
| 5 | Compensation of current officers, directors, trustees, and key employees ...................... | | | | |
| 6 | Compensation not included above to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) ........ | | | | |
| 7 | Other salaries and wages ................. | 49,583. | | 47,104. | 2,479. |
| 8 | Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | | | | |
| 9 | Other employee benefits .............................. | | | | |
| 10 | Payroll taxes ................................................ | | | | |
| 11 | Fees for services (nonemployees): | | | | |
| a | Management ............................................... | | | | |
| b | Legal ........................................................... | 104,234. | | 104,234. | |
| c | Accounting .................................................. | | | | |
| d | Lobbying ..................................................... | | | | |
| e | Professional fundraising services. See Part IV, line 17 | | | | |
| f | Investment management fees ......................... | | | | |
| g | Other. (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Sch O.) | | | | |
| 12 | Advertising and promotion ........................... | | | | |
| 13 | Office expenses ........................................... | 10,176. | | 10,064. | 112. |
| 14 | Information technology .................................. | | | | |
| 15 | Royalties ..................................................... | | | | |
| 16 | Occupancy .................................................. | 160,000. | | 160,000. | |
| 17 | Travel .......................................................... | | | | |
| 18 | Payments of travel or entertainment expenses for any federal, state, or local public officials ... | | | | |
| 19 | Conferences, conventions, and meetings ...... | | | | |
| 20 | Interest ....................................................... | | | | |
| 21 | Payments to affiliates .................................. | | | | |
| 22 | Depreciation, depletion, and amortization ..... | | | | |
| 23 | Insurance .................................................... | 21,887. | | 21,887. | |
| 24 | Other expenses. Itemize expenses not covered above (List miscellaneous expenses on line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| a | BANK FEES | 45,757. | | 45,757. | |
| b | BUSINESS REGISTRATION | 2,925. | | 2,925. | |
| c | OTHER EXPENSES | 578. | | 578. | |
| d | | | | | |
| e | All other expenses | | | | |
| 25 | Total functional expenses. Add lines 1 through 24e | 395,140. | 0. | 392,549. | 2,591. |
| 26 | Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720) | | | | |

932010 01-20-20

Form **990** (2019)

Form 990 (2019)  RULE OF LAW SOCIETY IV, INC.  83-3252944  Page **11**

## Part X  Balance Sheet

Check if Schedule O contains a response or note to any line in this Part X .................................................... ☐

| | | | | **(A)** Beginning of year | | **(B)** End of year |
|---|---|---|---|---|---|---|
| **Assets** | 1 | Cash - non-interest-bearing | 1 | | | 1,863,407. |
| | 2 | Savings and temporary cash investments | 2 | | | |
| | 3 | Pledges and grants receivable, net | 3 | | | |
| | 4 | Accounts receivable, net | 4 | | | |
| | 5 | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | 5 | | | |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) | 6 | | | |
| | 7 | Notes and loans receivable, net | 7 | | | |
| | 8 | Inventories for sale or use | 8 | | | |
| | 9 | Prepaid expenses and deferred charges | 9 | | | 5,523. |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D ......... 10a | | | | |
| | b | Less: accumulated depreciation .............. 10b | 10c | | | |
| | 11 | Investments - publicly traded securities | 11 | | | |
| | 12 | Investments - other securities. See Part IV, line 11 | 12 | | | |
| | 13 | Investments - program-related. See Part IV, line 11 | 13 | | | |
| | 14 | Intangible assets | 14 | | | |
| | 15 | Other assets. See Part IV, line 11 | 15 | 0. | | 727. |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 33) | 16 | 0. | | 1,869,657. |
| **Liabilities** | 17 | Accounts payable and accrued expenses | 17 | | | 2,668. |
| | 18 | Grants payable | 18 | | | |
| | 19 | Deferred revenue | 19 | | | |
| | 20 | Tax-exempt bond liabilities | 20 | | | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D | 21 | | | |
| | 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | 22 | | | |
| | 23 | Secured mortgages and notes payable to unrelated third parties | 23 | | | |
| | 24 | Unsecured notes and loans payable to unrelated third parties | 24 | | | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D | 25 | 0. | | 6,738. |
| | 26 | **Total liabilities.** Add lines 17 through 25 | 26 | 0. | | 9,406. |
| **Net Assets or Fund Balances** | | Organizations that follow FASB ASC 958, check here ▶ ☒ and complete lines 27, 28, 32, and 33. | | | | |
| | 27 | Net assets without donor restrictions | 27 | | | 1,860,251. |
| | 28 | Net assets with donor restrictions | 28 | | | |
| | | Organizations that do not follow FASB ASC 958, check here ▶ ☐ and complete lines 29 through 33. | | | | |
| | 29 | Capital stock or trust principal, or current funds | 29 | | | |
| | 30 | Paid-in or capital surplus, or land, building, or equipment fund | 30 | | | |
| | 31 | Retained earnings, endowment, accumulated income, or other funds | 31 | | | |
| | 32 | Total net assets or fund balances | 32 | 0. | | 1,860,251. |
| | 33 | Total liabilities and net assets/fund balances | 33 | 0. | | 1,869,657. |

Form **990** (2019)

16261113 785547 313170910                    2019.05000 RULE OF LAW SOCIETY IV, I 31317091

Form 990 (2019)      RULE OF LAW SOCIETY IV, INC.                              83-3252944   Page **12**

| Part XI | Reconciliation of Net Assets |
|---|---|

Check if Schedule O contains a response or note to any line in this Part XI ................................................ ☐

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) .................................................... | **1** | 2,255,391. |
| 2 | Total expenses (must equal Part IX, column (A), line 25) .................................................... | **2** | 395,140. |
| 3 | Revenue less expenses. Subtract line 2 from line 1 ........................................................ | **3** | 1,860,251. |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) ............... | **4** | 0. |
| 5 | Net unrealized gains (losses) on investments ................................................................ | **5** | |
| 6 | Donated services and use of facilities ........................................................................ | **6** | |
| 7 | Investment expenses ............................................................................................ | **7** | |
| 8 | Prior period adjustments ....................................................................................... | **8** | |
| 9 | Other changes in net assets or fund balances (explain on Schedule O) .................................. | **9** | 0. |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) ..... | **10** | 1,860,251. |

| Part XII | Financial Statements and Reporting |
|---|---|

Check if Schedule O contains a response or note to any line in this Part XII .............................................. ☒

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990:  ☐ Cash  ☒ Accrual  ☐ Other _____ | | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O. | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? ............. | 2a | | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | | |
| | ☐ Separate basis   ☐ Consolidated basis   ☐ Both consolidated and separate basis | | | |
| b | Were the organization's financial statements audited by an independent accountant? ....................... | 2b | X | |
| | If "Yes," check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | | |
| | ☒ Separate basis   ☐ Consolidated basis   ☐ Both consolidated and separate basis | | | |
| c | If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? ............. | 2c | X | |
| | If the organization changed either its oversight process or selection process during the tax year, explain on Schedule O. | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? ......................................................................... | 3a | | X |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why on Schedule O and describe any steps taken to undergo such audits .................. | 3b | | |

Form **990** (2019)

16261113 785547 313170910                    2019.05000 RULE OF LAW SOCIETY IV, I 31317091

| SCHEDULE D | **Supplemental Financial Statements** | OMB No. 1545-0047 |
|---|---|---|
| (Form 990) | ▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b. | **2019** |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 990. ▶Go to www.irs.gov/Form990 for instructions and the latest information. | Open to Public Inspection |

| Name of the organization | Employer identification number |
|---|---|
| RULE OF LAW SOCIETY IV, INC. | 83-3252944 |

**Part I** | **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.** Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | (a) Donor advised funds | (b) Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year | | |
| 2 | Aggregate value of contributions to (during year) | | |
| 3 | Aggregate value of grants from (during year) | | |
| 4 | Aggregate value at end of year | | |

5 Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control? ☐ Yes ☐ No

6 Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit? ☐ Yes ☐ No

**Part II** | **Conservation Easements.** Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1 Purpose(s) of conservation easements held by the organization (check all that apply).
☐ Preservation of land for public use (for example, recreation or education)  ☐ Preservation of a historically important land area
☐ Protection of natural habitat  ☐ Preservation of a certified historic structure
☐ Preservation of open space

2 Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year.

| | | Held at the End of the Tax Year |
|---|---|---|
| a | Total number of conservation easements | 2a |
| b | Total acreage restricted by conservation easements | 2b |
| c | Number of conservation easements on a certified historic structure included in (a) | 2c |
| d | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register | 2d |

3 Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ▶ _____

4 Number of states where property subject to conservation easement is located ▶ _____

5 Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds? ☐ Yes ☐ No

6 Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ _____

7 Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ $ _____

8 Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)? ☐ Yes ☐ No

9 In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements.

**Part III** | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.** Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1a If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide in Part XIII the text of the footnote to its financial statements that describes these items.

b If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items:

(i) Revenue included on Form 990, Part VIII, line 1 ▶ $ _____

(ii) Assets included in Form 990, Part X ▶ $ _____

2 If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under FASB ASC 958 relating to these items:

a Revenue included on Form 990, Part VIII, line 1 ▶ $ _____

b Assets included in Form 990, Part X ▶ $ _____

LHA **For Paperwork Reduction Act Notice, see the Instructions for Form 990.**   Schedule D (Form 990) 2019

932051 10-02-19

Schedule D (Form 990) 2019      RULE OF LAW SOCIETY IV, INC.      83-3252944  Page **2**

## Part III  Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets *(continued)*

**3**  Using the organization's acquisition, accession, and other records, check any of the following that make significant use of its
collection items (check all that apply):

**a** ☐ Public exhibition  **d** ☐ Loan or exchange program

**b** ☐ Scholarly research  **e** ☐ Other _____

**c** ☐ Preservation for future generations

**4**  Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5**  During the year, did the organization solicit or receive donations of art, historical treasures, or other similar assets
to be sold to raise funds rather than to be maintained as part of the organization's collection? .................  ☐ Yes  ☐ No

## Part IV  Escrow and Custodial Arrangements. Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a**  Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included
on Form 990, Part X? ............................................................................................................  ☐ Yes  ☐ No

**b**  If "Yes," explain the arrangement in Part XIII and complete the following table:

| | | Amount |
|---|---|---|
| **c** Beginning balance ................................................ | 1c | |
| **d** Additions during the year ....................................... | 1d | |
| **e** Distributions during the year .................................. | 1e | |
| **f** Ending balance .................................................... | 1f | |

**2a**  Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability?  ............  ☐ Yes  ☐ No

**b**  If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided on Part XIII  ..................... ☐

## Part V  Endowment Funds. Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

| | (a) Current year | (b) Prior year | (c) Two years back | (d) Three years back | (e) Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance ........ | | | | | |
| **b** Contributions ....................... | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships ............. | | | | | |
| **e** Other expenditures for facilities and programs ...................... | | | | | |
| **f** Administrative expenses ........... | | | | | |
| **g** End of year balance ................ | | | | | |

**2**  Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a**  Board designated or quasi-endowment ▶ _____ %

**b**  Permanent endowment ▶ _____ %

**c**  Term endowment ▶ _____ %

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a**  Are there endowment funds not in the possession of the organization that are held and administered for the organization
by:

| | | Yes | No |
|---|---|---|---|
| (i) Unrelated organizations ................................................................................................ | 3a(i) | | |
| (ii) Related organizations ................................................................................................. | 3a(ii) | | |
| **b** If "Yes" on line 3a(ii), are the related organizations listed as required on Schedule R? ................................. | 3b | | |

**4**  Describe in Part XIII the intended uses of the organization's endowment funds.

## Part VI  Land, Buildings, and Equipment.

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | (a) Cost or other basis (investment) | (b) Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| **1a** Land ....................................... | | | | |
| **b** Buildings ................................. | | | | |
| **c** Leasehold improvements ............... | | | | |
| **d** Equipment ................................ | | | | |
| **e** Other ...................................... | | | | |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10c.)* ................ ▶ | | | | 0. |

Schedule D (Form 990) 2019

932052  10-02-19

Schedule D (Form 990) 2019      RULE OF LAW SOCIETY IV, INC.                83-3252944   Page **3**

## Part VII | Investments - Other Securities.

Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives ..................................... | | |
| (2) Closely held equity interests ..................... | | |
| (3) Other | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| **Total.** (Col. (b) must equal Form 990, Part X, col. (B) line 12.) ▶ | | |

## Part VIII | Investments - Program Related.

Complete if the organization answered "Yes" on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| **Total.** (Col. (b) must equal Form 990, Part X, col. (B) line 13.) ▶ | | |

## Part IX | Other Assets.

Complete if the organization answered "Yes" on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| **Total.** *(Column (b) must equal Form 990, Part X, col. (B) line 15.)* ................................................ ▶ | |

## Part X | Other Liabilities.

Complete if the organization answered "Yes" on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| 1. (a) Description of liability | (b) Book value |
|---|---|
| (1) Federal income taxes | |
| (2) DUE TO AFFILIATE | 6,738. |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | 6,738. |
| **Total.** *(Column (b) must equal Form 990, Part X, col. (B) line 25.)* ........................................ ▶ | |

2. Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FASB ASC 740. Check here if the text of the footnote has been provided in Part XIII ... [X]

Schedule D (Form 990) 2019

932053  10-02-19

Schedule D (Form 990) 2019    RULE OF LAW SOCIETY IV, INC.       83-3252944   Page **4**

| **Part XI** | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.** | | | | |
|---|---|---|---|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, line 12a. | | | | |
| 1 | Total revenue, gains, and other support per audited financial statements | | | **1** | 2,255,391. |
| 2 | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | | |
| a | Net unrealized gains (losses) on investments | 2a | | | |
| b | Donated services and use of facilities | 2b | | | |
| c | Recoveries of prior year grants | 2c | | | |
| d | Other (Describe in Part XIII.) | 2d | | | |
| e | Add lines 2a through 2d | | | **2e** | 0. |
| 3 | Subtract line 2e from line 1 | | | **3** | 2,255,391. |
| 4 | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | 4a | | | |
| b | Other (Describe in Part XIII.) | 4b | | | |
| c | Add lines 4a and 4b | | | **4c** | 0. |
| 5 | Total revenue. Add lines 3 and 4c. *(This must equal Form 990, Part I, line 12.)* | | | **5** | 2,255,391. |

| **Part XII** | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** | | | | |
|---|---|---|---|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, line 12a. | | | | |
| 1 | Total expenses and losses per audited financial statements | | | **1** | 395,140. |
| 2 | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | | |
| a | Donated services and use of facilities | 2a | | | |
| b | Prior year adjustments | 2b | | | |
| c | Other losses | 2c | | | |
| d | Other (Describe in Part XIII.) | 2d | | | |
| e | Add lines 2a through 2d | | | **2e** | 0. |
| 3 | Subtract line 2e from line 1 | | | **3** | 395,140. |
| 4 | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | 4a | | | |
| b | Other (Describe in Part XIII.) | 4b | | | |
| c | Add lines 4a and 4b | | | **4c** | 0. |
| 5 | Total expenses. Add lines 3 and 4c. *(This must equal Form 990, Part I, line 18.)* | | | **5** | 395,140. |

| **Part XIII** | **Supplemental Information.** |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.


PART X, LINE 2:

THE ORGANIZATION EVALUATES UNCERTAIN INCOME TAX POSITIONS TAKEN OR

EXPECTED TO BE TAKEN IN THE INFORMATIONAL RETURN FOR RECOGNITION IN ITS

FINANCIAL STATEMENTS.  THE ORGANIZATION WAS NOT REQUIRED TO RECOGNIZE ANY

AMOUNTS FROM UNCERTAIN TAX POSITIONS DURING THE PERIOD OF INCEPTION

(JANUARY 17, 2019) TO DECEMBER 31, 2019.  THE ORGANIZATION'S CONCLUSIONS

REGARDING UNCERTAIN TAX POSITIONS MAY BE SUBJECT TO REVIEW AND ADJUSTMENT

AT A LATER DATE BASED UPON ONGOING ANALYSES OF TAX LAWS, REGULATIONS AND

INTERPRETATIONS THEREOF, AS WELL AS OTHER FACTORS.  GENERALLY, FEDERAL,

STATE AND LOCAL AUTHORITIES MAY EXAMINE THE ORGANIZATION'S INFORMATIONAL

RETURNS FOR THREE YEARS FROM THE DATE OF FILING.

| SCHEDULE M<br>(Form 990) | **Noncash Contributions** | OMB No. 1545-0047<br>**2019** |
|---|---|---|

| Department of the Treasury<br>Internal Revenue Service | ▶ Complete if the organizations answered "Yes" on Form 990, Part IV, lines 29 or 30.<br>▶ Attach to Form 990.<br>▶ Go to www.irs.gov/Form990 for instructions and the latest information. | Open to Public<br>Inspection |

| Name of the organization | Employer identification number |
|---|---|
| RULE OF LAW SOCIETY IV, INC. | 83-3252944 |

## Part I   Types of Property

| | | (a)<br>Check if<br>applicable | (b)<br>Number of<br>contributions or<br>items contributed | (c)<br>Noncash contribution<br>amounts reported on<br>Form 990, Part VIII, line 1g | (d)<br>Method of determining<br>noncash contribution amounts |
|---|---|---|---|---|---|
| 1 | Art - Works of art | | | | |
| 2 | Art - Historical treasures | | | | |
| 3 | Art - Fractional interests | | | | |
| 4 | Books and publications | | | | |
| 5 | Clothing and household goods | | | | |
| 6 | Cars and other vehicles | | | | |
| 7 | Boats and planes | | | | |
| 8 | Intellectual property | | | | |
| 9 | Securities - Publicly traded | | | | |
| 10 | Securities - Closely held stock | | | | |
| 11 | Securities - Partnership, LLC, or<br>trust interests | | | | |
| 12 | Securities - Miscellaneous | | | | |
| 13 | Qualified conservation contribution -<br>Historic structures | | | | |
| 14 | Qualified conservation contribution - Other | | | | |
| 15 | Real estate - Residential | | | | |
| 16 | Real estate - Commercial | | | | |
| 17 | Real estate - Other | | | | |
| 18 | Collectibles | | | | |
| 19 | Food inventory | | | | |
| 20 | Drugs and medical supplies | | | | |
| 21 | Taxidermy | | | | |
| 22 | Historical artifacts | | | | |
| 23 | Scientific specimens | | | | |
| 24 | Archeological artifacts | | | | |
| 25 | Other ▶ ( RENT ) | X | 1 | 160,000. | FAIR MARKET VALUE |
| 26 | Other ▶ ( PERSONNEL ) | X | 1 | 49,583. | FAIR MARKET VALUE |
| 27 | Other ▶ ( ) | | | | |
| 28 | Other ▶ ( ) | | | | |
| 29 | Number of Forms 8283 received by the organization during the tax year for contributions<br>for which the organization completed Form 8283, Part IV, Donee Acknowledgement ......... | 29 | | | |

| | | | Yes | No |
|---|---|---|---|---|
| 30a | During the year, did the organization receive by contribution any property reported in Part I, lines 1 through 28, that it must hold for at least three years from the date of the initial contribution, and which isn't required to be used for exempt purposes for the entire holding period? | 30a | | X |
| b | If "Yes," describe the arrangement in Part II. | | | |
| 31 | Does the organization have a gift acceptance policy that requires the review of any nonstandard contributions? | 31 | | X |
| 32a | Does the organization hire or use third parties or related organizations to solicit, process, or sell noncash contributions? | 32a | | X |
| b | If "Yes," describe in Part II. | | | |
| 33 | If the organization didn't report an amount in column (c) for a type of property for which column (a) is checked, describe in Part II. | | | |

LHA    **For Paperwork Reduction Act Notice, see the Instructions for Form 990.**          Schedule M (Form 990) 2019

16261113 785547 313170910          2019.05000 RULE OF LAW SOCIETY IV, I 31317091

Schedule M (Form 990) 2019   RULE OF LAW SOCIETY IV, INC.                    83-3252944   Page **2**

| **Part II** | **Supplemental Information.** Provide the information required by Part I, lines 30b, 32b, and 33, and whether the organization is reporting in Part I, column (b), the number of contributions, the number of items received, or a combination of both. Also complete this part for any additional information. |

SCHEDULE M, PART I, COLUMN (B):

THE ORGANIZATION REPORTS IN PART 1, COLUMN (B), THE DONATED RENT AND

PERSONNEL FOR THE YEAR 2019.

932142 09-27-19                                                    Schedule M (Form 990) 2019

SCHEDULE O
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

**Supplemental Information to Form 990 or 990-EZ**
Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
▶ Attach to Form 990 or 990-EZ.
▶ Go to www.irs.gov/Form990 for the latest information.

OMB No. 1545-0047

**2019**

Open to Public
Inspection

| Name of the organization | Employer Identification number |
|---|---|
| RULE OF LAW SOCIETY IV, INC. | 83-3252944 |

FORM 990, PART I, LINE 1, DESCRIPTION OF ORGANIZATION MISSION:

SENTENCING, HARASSMENT, AND INHUMANITY PERVASIVE IN THE POLITICAL,

LEGAL, BUSINESS AND FINANCIAL SYSTEMS OF CHINA.


FORM 990, PART VI, SECTION B, LINE 11B:

THE FORM 990 WAS REVIEWED BY THE BOARD OF DIRECTORS.


FORM 990, PART VI, SECTION C, LINE 19:

ALL GOVERNING DOCUMENTS, CONFLICT OF INTEREST POLICY, FINANCIAL STATEMENTS,

AND TAX DOCUMENTS OF THE ORGANIZATION ARE AVAILABLE FOR PUBLIC INSPECTION

AT THE ORGANIZATION'S OFFICE.


FORM 990, PART XII, LINE 2C

INITIAL FILING OF THE FORM 990.

**LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**   Schedule O (Form 990 or 990-EZ) (2019)
932211 09-06-19

16261113 785547 313170910          2019.05000 RULE OF LAW SOCIETY IV, I 31317091

**SCHEDULE R**
**(Form 990)**

OMB No. 1545-0047

# 2019

Department of the Treasury
Internal Revenue Service

## Related Organizations and Unrelated Partnerships

▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 33, 34, 35b, 36, or 37.
▶ Attach to Form 990.
▶ Go to www.irs.gov/Form990 for instructions and the latest information.

Open to Public
Inspection

Name of the organization
RULE OF LAW SOCIETY IV, INC.

Employer identification number
83-3252944

**Part I** Identification of Disregarded Entities. Complete if the organization answered "Yes" on Form 990, Part IV, line 33.

| (a) Name, address, and EIN (if applicable) of disregarded entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Total income | (e) End-of-year assets | (f) Direct controlling entity |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Part II** Identification of Related Tax-Exempt Organizations. Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related tax-exempt organizations during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Exempt Code section | (e) Public charity status (if section 501(c)(3)) | (f) Direct controlling entity | (g) Section 512(b)(13) controlled entity? | |
|---|---|---|---|---|---|---|---|
| | | | | | | Yes | No |
| RULE OF LAW FOUNDATION III, INC. - 83-3252663, 162 EAST 64 STREET, NEW YORK, NY 10065 | TO EXPOSE CORRUPTION | DELAWARE | 501(C)(3) | LINE 7 | | | X |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.

Schedule R (Form 990) 2019

932161 09-10-19   LHA

Schedule R (Form 990) 2019   RULE OF LAW SOCIETY IV, INC.   83-3252944   Page **2**

## Part III   Identification of Related Organizations Taxable as a Partnership. Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a partnership during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Predominant income (related, unrelated, excluded from tax under sections 512-514) | (f) Share of total income | (g) Share of end-of-year assets | (h) Disproportionate allocations? Yes / No | (i) Code V-UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? Yes / No | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

## Part IV   Identification of Related Organizations Taxable as a Corporation or Trust. Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a corporation or trust during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Type of entity (C corp, S corp, or trust) | (f) Share of total income | (g) Share of end-of-year assets | (h) Percentage ownership | (i) Section 512(b)(13) controlled entity? Yes / No |
|---|---|---|---|---|---|---|---|---|
| SARACA MEDIA GROUP - 35-2631430 162 EAST 64 STREET NEW YORK, NY 10065 | MEDIA COMPANY | DE | N/A | C CORP | | 0. | .00% | No X |
| GOLDEN SPRING (NEW YORK) LTD. - 47-3408224 162 EAST 64 STREET NEW YORK, NY 10065 | FAMILY OFFICE | DE | N/A | C CORP | | 0. | .00% | No X |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

932162 09-10-19

Schedule R (Form 990) 2019

Schedule R (Form 990) 2019    RULE OF LAW SOCIETY IV, INC.    83-3252944    **Page 3**

**Part V**    **Transactions With Related Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, 35b, or 36.

**Note:** Complete line 1 if any entity is listed in Parts II, III, or IV of this schedule.

| | | Yes | No |
|---|---|---|---|
| **1** During the tax year, did the organization engage in any of the following transactions with one or more related organizations listed in Parts II-IV? | | | |
| **a** Receipt of (i) interest, (ii) annuities, (iii) royalties, or (iv) rent from a controlled entity | 1a | | X |
| **b** Gift, grant, or capital contribution to related organization(s) | 1b | | X |
| **c** Gift, grant, or capital contribution from related organization(s) | 1c | | X |
| **d** Loans or loan guarantees to or for related organization(s) | 1d | | X |
| **e** Loans or loan guarantees by related organization(s) | 1e | | X |
| | | | |
| **f** Dividends from related organization(s) | 1f | | X |
| **g** Sale of assets to related organization(s) | 1g | | X |
| **h** Purchase of assets from related organization(s) | 1h | | X |
| **i** Exchange of assets with related organization(s) | 1i | | X |
| **j** Lease of facilities, equipment, or other assets to related organization(s) | 1j | | X |
| | | | |
| **k** Lease of facilities, equipment, or other assets from related organization(s) | 1k | X | |
| **l** Performance of services or membership or fundraising solicitations for related organization(s) | 1l | | X |
| **m** Performance of services or membership or fundraising solicitations by related organization(s) | 1m | | X |
| **n** Sharing of facilities, equipment, mailing lists, or other assets with related organization(s) | 1n | | X |
| **o** Sharing of paid employees with related organization(s) | 1o | X | |
| | | | |
| **p** Reimbursement paid to related organization(s) for expenses | 1p | X | |
| **q** Reimbursement paid by related organization(s) for expenses | 1q | X | |
| | | | |
| **r** Other transfer of cash or property to related organization(s) | 1r | | X |
| **s** Other transfer of cash or property from related organization(s) | 1s | | X |

**2** If the answer to any of the above is "Yes," see the instructions for information on who must complete this line, including covered relationships and transaction thresholds.

| (a) Name of related organization | (b) Transaction type (a-s) | (c) Amount involved | (d) Method of determining amount involved |
|---|---|---|---|
| **(1)** | | | |
| **(2)** | | | |
| **(3)** | | | |
| **(4)** | | | |
| **(5)** | | | |
| **(6)** | | | |

932163 09-10-19    **Schedule R (Form 990) 2019**

Schedule R (Form 990) 2019    RULE OF LAW SOCIETY IV, INC.    83-3252944    Page **4**

**Part VI** Unrelated Organizations Taxable as a Partnership. Complete if the organization answered "Yes" on Form 990, Part IV, line 37.

Provide the following information for each entity taxed as a partnership through which the organization conducted more than five percent of its activities (measured by total assets or gross revenue) that was not a related organization. See instructions regarding exclusion for certain investment partnerships.

| (a) Name, address, and EIN of entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Predominant income (related, unrelated, excluded from tax under sections 512-514) | (e) Are all partners sec. 501(c)(3) orgs.? | | (f) Share of total income | (g) Share of end-of-year assets | (h) Dispropor- tionate allocations? | | (i) Code V-UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? | | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Yes | No | | | Yes | No | | Yes | No | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

932164 09-10-19    Schedule R (Form 990) 2019

# RULE OF LAW SOCIETY IV, INC.

## Financial Statements

## December 31, 2019



# RULE OF LAW SOCIETY IV INC.

## Table of Contents

**Independent Auditors' Report** dated November 13, 2020

| **Financial Statements** | **Page** |
|---|---|
| Statement of Financial Position | 1 |
| Statement of Activities | 2 |
| Statement of Cash Flows | 3 |
| Notes to the Financial Statements | 4 – 8 |



<u>**Independent Auditors' Report**</u>

To the Board and the Members of Rule of Law Society IV, Inc.:

We have audited the accompanying financial statements of Rule of Law Society IV, Inc. (the "Organization") which comprise the statements of financial position as of December 31, 2019, and the related statements of activities and cash flows from inception (January 17, 2019) to December 31, 2019, and the related notes to the financial statements.

***Management's Responsibility for the Financial Statements***

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

***Auditors' Responsibility***

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our qualified audit opinion.

NEW YORK CITY • 485 Madison Avenue, 9th Floor, New York, New York 10022 • Tel: 212.792.6300
LONG ISLAND • 100 Quentin Roosevelt Blvd., Suite 516, Garden City, New York 11530 • Tel: 516.542.6300

JANOVER LLC • A LIMITED LIABILITY COMPANY
www.janoverllc.com

**Independent Auditors' Report**
**Page Two**

*Basis for Qualified Opinion*

As explained in Note 7 to the financial statements, accounting principles generally accepted in the United States of America requires all not-for-profits to segregate net assets for donor-imposed restrictions. Management did not determine which of the donations received were restricted net assets as of December 31, 2019 and believes all the donations received are without restrictions. The required disclosures for net asset classification and nature of restrictions are not included.  Management is unable to determine the effect of this departure on the accompanying financial statements.

*Qualified Opinion*

In our opinion, except for the effects of the matter described in the Basis for Qualified Opinion paragraph, the financial statements referred to above present fairly, in all material respects, the financial position of Rule of Law Society IV, Inc.. as of December 31, 2019, and the changes in its net assets and its cash flows from inception (January 17, 2019) to December 31, 2019 in accordance with accounting principles generally accepted in the United States of America.

*Jonover LLC*

Garden City, New York
November 13, 2020

# RULE OF LAW SOCIETY IV INC.

## Statement of Financial Position

*December 31, 2019*

**Assets**

| | | |
|---|---|---:|
| Cash and cash equivalents | $ | 1,863,407 |
| Prepaid expenses | | 5,523 |
| Due from affiliate | | 600 |
| Other assets | | 127 |
| | $ | 1,869,657 |

**Liabilities and Net Assets**

| | | |
|---|---|---:|
| Liabilities: | | |
| Accounts payable and accrued expenses | $ | 2,668 |
| Due to affiliate | | 6,738 |
| | | 9,406 |
| Net assets | | 1,860,251 |
| | $ | 1,869,657 |

# RULE OF LAW SOCIETY IV INC.

## Statement of Activities

*From inception (January 17, 2019) to December 31, 2019*

|  | Without Donor Restrictions |
|---|---|
| **Revenue and support:** |  |
| Donations | $  2,045,413 |
| In-kind contributions | 209,583 |
| Miscellaneous | 395 |
| **Total revenue and support** | 2,255,391 |
| **Expenses:** |  |
| Supporting services: |  |
| Fundraising | 2,591 |
| Management and general | 392,549 |
| **Total expenses** | 395,140 |
| **Change in net assets** | 1,860,251 |
| **Net assets - beginning of period** | - |
| **Net assets - end of period** | $  1,860,251 |

*The accompanying notes are an integral part of the financial statements.*

2

# RULE OF LAW SOCIETY IV INC.

## Statement of Cash Flows

*From inception (January 17, 2019) to December 31, 2019*

| | | |
|---|---:|---:|
| **Cash flows from operating activities:** | | |
| Change in net assets | $ | 1,860,251 |
| Adjustments to reconcile change in net assets to net cash provided by (used in) operating activities: | | |
| Changes in operating assets: | | |
| Prepaid expenses | | (5,523) |
| Due from affiliate | | (600) |
| Other assets | | (127) |
| Accounts payable and accrued expenses | | 2,668 |
| Due to affiliate | | 6,738 |
| **Net cash provided by operating activities** | | 1,863,407 |
| | | |
| **Net increase in cash and cash equivalents** | | 1,863,407 |
| | | |
| **Cash and cash equivalents - beginning of period** | | - |
| | | |
| **Cash and cash equivalents- end of period** | $ | 1,863,407 |

*The accompanying notes are an integral part of the financial statements.*

3

# RULE OF LAW SOCIETY IV INC.

## Notes to Financial Statements

*December 31, 2019*

1. **Organization**

   Rule of Law Society IV, Inc. (the "Organization") was incorporated on January 17, 2019 under the laws of the State of Delaware and is a nonprofit organization that is designated exclusively for the promotion of social welfare in accordance within the meaning of section 501(c)(4) of the Internal Revenue Code ("IRC"). The Organization was formed to expose corruption, obstruction, illegality, brutality, false imprisonment, excessive sentencing, harassment, and inhumanity pervasive in the political, legal, business and financial systems of China. For the period from inception (January 17, 2019) to December 31, 2019, the Organization received contributions but did not incur any expenses for any of their programs.

2. **Summary of Significant Accounting Policies**

   ***Basis of accounting*** – The financial statements have been prepared on the accrual basis of accounting in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP").

   ***Cash and cash equivalents*** – The Organization considers cash and cash equivalents to include all cash and short-term, highly liquid investments that are readily convertible to known amounts of cash and have original maturities of three months or less and are stated at cost, which approximates fair value.

   ***Net assets*** – Net assets, revenues, gains, and losses are classified based on the existence or absence of donor or grantor imposed restrictions. Accordingly, net assets and changes therein are classified and reported as follows:

   Net assets without donor restrictions – Net assets available for use in general operations and not subject to donor restrictions.

   Net assets with donor restrictions – Net assets subject to donor-imposed restrictions. Some donor-imposed restrictions are temporary in nature, such as those that will be met by the passage of time or other events specified by the donor. Other donor-imposed restrictions are perpetual in nature, where the donor stipulates that resources be maintained in perpetuity.

# RULE OF LAW SOCIETY IV INC.

## Notes to Financial Statements

*December 31, 2019*

2. **Summary of Significant Accounting Policies** *(continued)*

***Revenue and revenue recognition*** – The Organization's primary source of revenue are charitable contributions that are given throughout the year. Contributions received are recorded as net assets with donor restrictions or net assets without donor restrictions depending on the existence or nature of any donor restrictions. All contributions are considered to be without donor restrictions unless specifically restricted by the donor or subject to legal restrictions. Organization records contributions in the with donor restriction class of net assets if they are received with donor stipulations that limit their use through either purpose or time restrictions or both. When donor restrictions expire – that is, when the purpose restriction is fulfilled or the time restriction expires – net assets with donor restrictions are reclassified to net assets without donor restrictions and reported in the statements of activities as net assets released from restrictions. It is Organization's policy to record donor-restricted contributions received and expended in the same accounting period as contributions with donor restrictions and as net assets released from restrictions.

***Donated goods or services*** – Contribution of donated noncash assets are recorded at their fair value in the period received. In addition, the Organization generally pays for services requiring specific expertise. However, the Organization recognizes in the financial statements donated services, which require specific expertise or enhance non-financial assets, at their fair values. During the year ended December 31, 2019, the Organization recorded $160,000 of donated goods for rent for the Organization's office space. The Organization received personnel services and recognized the value of the service rendered based on the direct personnel cost incurred or the fair value of the service provided. During the year ended December 31, 2019, the Organization recorded $49,583 of the donated personnel services.

***Functional allocation of expenses*** – The financial statements present the natural classification detail of expenses that are attributable to program services and one or more supporting functions. Those expenses include payroll and office expenses. As disclosed in Note 5, payroll expense are allocated based on estimates of time and effort and office expenses are allocated based upon estimates of time and cost.

***Income taxes*** – The Organization is a not-for-profit organization as described in Section 501(c)(4) of the IRC and is exempt from filing federal and state income tax returns on its exempt activities. Accordingly, the accompanying financial statements make no provision for income taxes. The IRC subjects the Organization to an excise tax on net investment income.

The Organization evaluates uncertain income tax positions it takes or expects to take in the informational return for recognition in its financial statements. The Organization was not required to recognize any amounts from uncertain tax positions during the period from inception (January 17, 2019) to December 31, 2019. The Organization's conclusions regarding uncertain tax positions may be subject to review and adjustment at a later date based upon ongoing analyses of tax laws, regulations, and interpretations thereof, as well as other factors. Generally, federal, state, and local authorities may examine the Organization's informational returns for three years from the date of filing.

# RULE OF LAW SOCIETY IV INC.

## Notes to Financial Statements
*December 31, 2019*

2. **Summary of Significant Accounting Policies** *(continued)*

*Use of estimates* – The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires the Organization's management to make estimates and assumptions that affect the reported amounts of assets and liabilities and the disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues, support and expenses during the reporting periods. Actual results could differ from those estimates.

3. **Related Party Transactions**

*Due to affiliated entity* – An affiliated entity paid expenses on behalf of the Organization. As of December 31, 2019, the amount payable to the affiliated entity was $6,738. This amount is non-interest bearing and is expected to be repaid in the next fiscal year.

*Due from affiliated entity* – The Organization paid expenses on behalf of an affiliated entity. As of December 31, 2019, the amount receivable from the affiliated entity was $600. This amount is non-interest bearing and is expected to be received in the next fiscal year.

4. **Liquidity and Availability**

Financial assets available for general expenditure, that is, without donor restrictions limiting their use, within one year of the balance sheet date, comprise of cash and cash equivalents in the amount of $1,863,407.

As part of its liquidity management plan, the Organization maintains cash in excess of daily requirements in a savings account.

# RULE OF LAW SOCIETY IV INC.

## Notes to Financial Statements
*December 31, 2019*

### 5. Functional Expense Analysis

Expenses by their function from inception (January 17, 2019) to December 31, 2019 are as follows:

| | Program Services | | Supporting Services Fundraising | | Management and General | | Total Expenses |
|---|---|---|---|---|---|---|---|
| Rent | $ - | $ | - | $ | 160,000 | $ | 160,000 |
| Payroll | - | | 2,479 | | 47,104 | | 49,583 |
| Service fees | - | | - | | 45,757 | | 45,757 |
| Legal | - | | - | | 104,234 | | 104,234 |
| Insurance | - | | - | | 21,887 | | 21,887 |
| Office expense | - | | 112 | | 10,064 | | 10,176 |
| Business registration | - | | - | | 2,925 | | 2,925 |
| Other expenses | - | | - | | 578 | | 578 |
| Total expenses | $ - | $ | 2,591 | $ | 392,549 | $ | 395,140 |

### 6. Concentrations of Credit Risk

***Concentration of cash*** – The Organization maintains cash balances with a financial institution, which at times, may exceed the limits of Federal Deposit Insurance Corporation of $250,000 per depositor, per financial institution. At December 31, 2019, the Organization had $1,613,407 in excess of the FDIC insured limit. The Organization has not experienced any losses to date as a result of this policy.

***Litigation*** – The Organization is, from time to time due to the nature of their industry, a party to litigation arising from the ordinary course of its business. Although there are certain legal matters currently outstanding, management believes the outcome of such matters will not have a material adverse effect upon the financial statements of the Organization.

### 7. Departure from Accounting Principles Generally Accepted in the United States of America

Accounting principles generally accepted in the United States of America requires all not-for-profits to segregate net assets for donor-imposed restrictions. Management did not determine which of the donations received were restricted net assets as of December 31, 2019 and believes all the donations received are without restrictions. The required disclosures for net asset classification and nature of restrictions are not included. Management is unable to determine the effect of this departure on the financial statements.

# RULE OF LAW SOCIETY IV INC.

## Notes to Financial Statements

*December 31, 2019*

8. **Subsequent Events**

Management has evaluated subsequent events through November 13, 2020, the date these financial statements were available to be issued. There were no material subsequent events that required recognition or additional disclosure in these financial statements, except as noted below.

Subsequent to year end, an outbreak of a respiratory illness caused by a novel coronavirus, COVID-19, the Coronavirus Disease, which was identified in Wuhan, Hubei Province, China, spread to the United States. Economic uncertainty from the impact of this pandemic outbreak and its consequences could have negative implications for both the global and US economies. The COVID-19 outbreak in the United States has caused disruption through mandated and voluntary closings in various industries. A recession or severe market reaction to any of the foregoing could have a material effect on our contributors and their financial ability to make contributions. The long term effect, if any, is not currently determinable as of the date of these financial statements.

Effective January 1, 2020, the Organization signed a month-to-month lease agreement for $20,000 per month with an affiliated entity. The lease can be terminated with 60 days' notice.

In July 2020, the Organization purchased a plot of land to serve as a basis to build the Organization's primary headquarters. After further consideration by the Board, it was determined to cease plans to construct a primary headquarters, and sell the plot of land, and concentrate their efforts on the programs supported by the Organization. As of the date of these financial statements, the land was still in possession of the Organization.

COPY OF WITHIN PAPER
RECEIVED

DEC 1 4 2020

NYS OFFICE OF THE ATTORNEY GENERAL
CHARITIES BUREAU

*See independent auditors' report.*

8