**Exhibit 33**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, | Case No:  22-50073 (JAM) |
| Debtor. | |

## DEBTOR'S SWORN DECLARATION
## REGARDING RESPONSES TO PARTICULAR QUESTIONS

I, Ho Wan Kwok, hereby swear and declare as follows:

1. Produce all responsive documents in your control which are in the custody or possession of Daniel Podhaskie.

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

2. State that you have control over Daniel Podhaskie.

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

3. Produce all responsive documents in your control which are in the custody or possession of Jason Miller.

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

4. State that you have control over Jason Miller.

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

5. Produce all responsive documents in your control which are in the custody or possession of Steve Bannon.

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

6.       State that you have control over Steve Bannon.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

7.       Produce all responsive documents in your control which are in the custody or possession of Karin Maistrello.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

8.       State that you have control over Karin Maistrello.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

9.       Produce all responsive documents in your control which are in the custody or possession of Melissa Francis.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

10.      State that you have control over Melissa Francis.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

11.      Produce all responsive documents in your control which are in the custody or possession of William Gertz.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

12.      State that you have control over William Gertz.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

13.      Produce all responsive documents in your control which are in the custody or possession of Arethusa Forsyth.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

14.      State that you have control over Arethusa Forsyth.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

15.     Produce all responsive documents in your control which are in the custody or possession of Glenn Mellor.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

16.     State that you have control over Glenn Mellor.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

17.     Produce all responsive documents in your control which are in the custody or possession of Jennifer Mercurio.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

18.     State that you have control over Jennifer Mercurio.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

19.     Produce all responsive documents in your control which are in the custody or possession of Eduardo Eurnekian.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

20.     State that you have control over Eduardo Eurnekian.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

21.     Produce all responsive documents in your control which are in the custody or possession of Han Chunguang (a/k/a 韩春光).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

22.     State that you have control over Han Chunguang (a/k/a 韩春光).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

23.     Produce all responsive documents in your control which are in the custody or possession of Qu Guojiao (a/k/a Qu Guo Jiao, 屈国姣).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

24.     State that you have control over Qu Guojiao (a/k/a Qu Guo Jiao, 屈国姣).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

25.     Produce all responsive documents in your control which are in the custody or possession of Guo Lijie (a/k/a 郭丽杰).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

26.     State that you have control over Guo Lijie (a/k/a 郭丽杰).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

27.     Produce all responsive documents in your control which are in the custody or possession of Zhang Wei (a/k/a 张伟).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

28.     State that you have control over Zhang Wei (a/k/a 张伟).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

29.     Produce all responsive documents in your control which are in the custody or possession of Lihong Wei Lafrenz (a/k/a Sara Wei, 魏丽红).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

30.     State that you have control over Lihong Wei Lafrenz (a/k/a Sara Wei, 魏丽红).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

31.    Produce all responsive documents in your control which are in the custody or possession of Hao Haidong (a/k/a 郝海东).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

32.    State that you have control over Hao Haidong (a/k/a 郝海东).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

33.    Produce all responsive documents in your control which are in the custody or possession of Ross Heinemeyer.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

34.    State that you have control over Ross Heinemeyer.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

35.    Produce all responsive documents in your control which are in the custody or possession of Max Krasner.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

36.    State that you have control over Max Krasner.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

37.    Produce all responsive documents in your control which are in the custody or possession of Kyle Bass.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

38.    State that you have control over Kyle Bass.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

39.  Produce all responsive documents in your control which are in the custody or possession of Ya Li (a/k/a 李娅).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

40.  State that you have control over Ya Li (a/k/a 李娅).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

41.  Produce all responsive documents in your control which are in the custody or possession of Dinggang Wang (a/k/a 王定刚).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

42.  State that you have control over Dinggang Wang (a/k/a 王定刚).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

43.  Produce all responsive documents in your control which are in the custody or possession of An Hong (a/k/a 安红).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

44.  State that you have control over An Hong (a/k/a 安红).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

45.  Produce all responsive documents in your control which are in the custody or possession of Yvette Wang (a/k/a Yanping Wang, Yan Ping Wang, 王雁平).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

46.  State that you have control over Yvette Wang (a/k/a Yanping Wang, Yan Ping Wang, 王雁平).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

47.   Produce all responsive documents in your control which are in the custody or possession of Fiona Yu.

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

48.   State that you have control over Fiona Yu.

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

49.   Produce all responsive documents in your control which are in the custody or possession of Je Kin Ming (a/k/a William Je, Yu Jianming, 余建明).

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

50.   State that you have control over Je Kin Ming (a/k/a William Je, Yu Jianming, 余建明).

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

51.   Produce all responsive documents in your control which are in the custody or possession of Yaz Qingua.

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

52.   State that you have control over Yaz Qingua.

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

53.   Produce all responsive documents in your control which are in the custody or possession of Lao Jiang (a/k/a Jiang Yunfu, Jiang Yunfu Be, 姜云浮).

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

54.   State that you have control over Lao Jiang (a/k/a Jiang Yunfu, Jiang Yunfu Be, 姜云浮).

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

55.    Produce all responsive documents in your control which are in the custody or
       possession of 7 Nod Hill LLC.

       **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States
       Constitution and decline to answer.

56.    State that you have control over 7 Nod Hill LLC.

       **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States
       Constitution and decline to answer.

57.    Produce all responsive documents in your control which are in the custody or
       possession of AAGV Limited.

       **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States
       Constitution and decline to answer.

58.    State that you have control over AAGV Limited.

       **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States
       Constitution and decline to answer.

59.    Produce all responsive documents in your control which are in the custody or
       possession of ACA Investment Management Limited.

       **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States
       Constitution and decline to answer.

60.    State that you have control over ACA Investment Management Limited.

       **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States
       Constitution and decline to answer.

61.    Produce all responsive documents in your control which are in the custody or
       possession of ACA Capital Group Limited.

       **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States
       Constitution and decline to answer.

62.    State that you have control over ACA Capital Group Limited.

       **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States
       Constitution and decline to answer.

63.    Produce all responsive documents in your control which are in the custody or
       possession of AI Group Holdings Inc.

       **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States
       Constitution and decline to answer.

64.     State that you have control over AI Group Holdings Inc.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

65.     Produce all responsive documents in your control which are in the custody or possession of Alfa Global Ventures Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

66.     State that you have control over Alfa Global Ventures Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

67.     Produce all responsive documents in your control which are in the custody or possession of Alfonso Global Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

68.     State that you have control over Alfonso Global Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

69.     Produce all responsive documents in your control which are in the custody or possession of Allied Capital Global Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

70.     State that you have control over Allied Capital Global Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

71.     Produce all responsive documents in your control which are in the custody or possession of Alpine Fiduciaries SA.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

72.     State that you have control over Alpine Fiduciaries SA.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

73.    Produce all responsive documents in your control which are in the custody or possession of Anton Development Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

74.    State that you have control over Anton Development Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

75.    Produce all responsive documents in your control which are in the custody or possession of Assets Sino Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

76.    State that you have control over Assets Sino Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

77.    Produce all responsive documents in your control which are in the custody or possession of Auspicious Coast Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

78.    State that you have control over Auspicious Coast Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

79.    Produce all responsive documents in your control which are in the custody or possession of Beijing Pangu Investment Co.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

80.    State that you have control over Beijing Pangu Investment Co.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

81.    Produce all responsive documents in your control which are in the custody or possession of Beijing Pangu Investment Co. Ltd.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

82.    State that you have control over Beijing Pangu Investment Co. Ltd.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

83.    Produce all responsive documents in your control which are in the custody or possession of Beijing Pangu Investment Inc.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

84.    State that you have control over Beijing Pangu Investment Inc.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

85.    Produce all responsive documents in your control which are in the custody or possession of Beijing Zenith Holdings Company Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

86.    State that you have control over Beijing Zenith Holdings Company Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

87.    Produce all responsive documents in your control which are in the custody or possession of Bravo Luck Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

88.    State that you have control over Bravo Luck Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

89.    Produce all responsive documents in your control which are in the custody or possession of BSA Strategic Fund I.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

90.    State that you have control over BSA Strategic Fund I.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

91.     Produce all responsive documents in your control which are in the custody or possession of China Golden Spring (Hong Kong) Limited.

        **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

92.     State that you have control over China Golden Spring (Hong Kong) Limited.

        **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

93.     Produce all responsive documents in your control which are in the custody or possession of Chuang Xin Limited.

        **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

94.     State that you have control over Chuang Xin Limited.

        **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

95.     Produce all responsive documents in your control which are in the custody or possession of Crane Advisory Group LLC.

        **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

96.     State that you have control over Crane Advisory Group LLC.

        **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

97.     Produce all responsive documents in your control which are in the custody or possession of Creative Apex Investments Limited.

        **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

98.     State that you have control over Creative Apex Investments Limited.

        **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

99.     Produce all responsive documents in your control which are in the custody or possession of Crystal Breeze Investments Limited.

        **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

100.    State that you have control over Crystal Breeze Investments Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

101.    Produce all responsive documents in your control which are in the custody or possession of Eastern Profit Corporation Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

102.    State that you have control over Eastern Profit Corporation Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

103.    Produce all responsive documents in your control which are in the custody or possession of Elite Well Global Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

104.    State that you have control over Elite Well Global Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

105.    Produce all responsive documents in your control which are in the custody or possession of Empire Growth Holdings.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

106.    State that you have control over Empire Growth Holdings.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

107.    Produce all responsive documents in your control which are in the custody or possession of G Club Operations LLC.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

108.    State that you have control over G Club Operations LLC.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

109.    Produce all responsive documents in your control which are in the custody or possession of G Fashion LLC.

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

110.    State that you have control over G Fashion LLC.

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

111.    Produce all responsive documents in your control which are in the custody or possession of G News LLC.

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

112.    State that you have control over G News LLC.

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

113.    Produce all responsive documents in your control which are in the custody or possession of GETTR USA.

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

114.    State that you have control over GETTR USA.

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

115.    Produce all responsive documents in your control which are in the custody or possession of GFASHION MEDIA GROUP INC.

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

116.    State that you have control over GFASHION MEDIA GROUP INC.

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

117.    Produce all responsive documents in your control which are in the custody or possession of GFNY, Inc.

   **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

118.    State that you have control over GFNY, Inc.

    **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

119.    Produce all responsive documents in your control which are in the custody or possession of Globalist International Limited.

    **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

120.    State that you have control over Globalist International Limited.

    **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

121.    Produce all responsive documents in your control which are in the custody or possession of GNews Media Group Inc.

    **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

122.    State that you have control over GNews Media Group Inc.

    **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

123.    Produce all responsive documents in your control which are in the custody or possession of Golden Spring (New York) Ltd.

    **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

124.    State that you have control over Golden Spring (New York) Ltd.

    **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

125.    Produce all responsive documents in your control which are in the custody or possession of Greenwich Land LLC.

    **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

126.    State that you have control over Greenwich Land LLC.

    **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

127.    Produce all responsive documents in your control which are in the custody or possession of Guo Media.

    **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

128.    State that you have control over Guo Media.

    **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

129.    Produce all responsive documents in your control which are in the custody or possession of GTV Media Group, Inc.

    **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

130.    State that you have control over GTV Media Group, Inc.

    **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

131.    Produce all responsive documents in your control which are in the custody or possession of Hamilton Capital Holdings Inc.

    **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

132.    State that you have control over Hamilton Capital Holdings Inc.

    **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

133.    Produce all responsive documents in your control which are in the custody or possession of Head Win Group Limited.

    **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

134.    State that you have control over Head Win Group Limited.

    **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

135.    Produce all responsive documents in your control which are in the custody or possession of Henan Yuda.

    **HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

136.     State that you have control over Henan Yuda.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

137.     Produce all responsive documents in your control which are in the custody or possession of Himalaya Embassy.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

138.     State that you have control over Himalaya Embassy.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

139.     Produce all responsive documents in your control which are in the custody or possession of Himalaya Federal Reserve.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

140.     State that you have control over Himalaya Federal Reserve.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

141.     Produce all responsive documents in your control which are in the custody or possession of Himalaya Supervisory Organization.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

142.     State that you have control over Himalaya Supervisory Organization.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

143.     Produce all responsive documents in your control which are in the custody or possession of HK International Funds Investments (USA) Limited LLC.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

144.     State that you have control over HK International Funds Investments (USA) Limited LLC.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

145.    Produce all responsive documents in your control which are in the custody or possession of Hong Kong International Funds Investments Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

146.    State that you have control over Hong Kong International Funds Investments Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

147.    Produce all responsive documents in your control which are in the custody or possession of Infinite Increase Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

148.    State that you have control over Infinite Increase Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

149.    Produce all responsive documents in your control which are in the custody or possession of Infinitum Developments Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

150.    State that you have control over Infinitum Developments Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

151.    Produce all responsive documents in your control which are in the custody or possession of Insight Phoenix Fund.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

152.    State that you have control over Insight Phoenix Fund.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

153.    Produce all responsive documents in your control which are in the custody or possession of Lamp Capital LLC.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

154.    State that you have control over Lamp Capital LLC.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

155.    Produce all responsive documents in your control which are in the custody or possession of Leading Shine Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

156.    State that you have control over Leading Shine Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

157.    Produce all responsive documents in your control which are in the custody or possession of Leading Shine NY Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

158.    State that you have control over Leading Shine NY Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

159.    Produce all responsive documents in your control which are in the custody or possession of Long Gate Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

160.    State that you have control over Long Gate Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

161.    Produce all responsive documents in your control which are in the custody or possession of Next Tycoon Investments Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

162.    State that you have control over Next Tycoon Investments Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

163.   Produce all responsive documents in your control which are in the custody or possession of New Federal State of China (a/k/a NFSC).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

164.   State that you have control over New Federal State of China (a/k/a NFSC).

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

165.   Produce all responsive documents in your control which are in the custody or possession of Noble Fame Global Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

166.   State that you have control over Noble Fame Global Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

167.   Produce all responsive documents in your control which are in the custody or possession of Rosy Acme Ventures Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

168.   State that you have control over Rosy Acme Ventures Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

169.   Produce all responsive documents in your control which are in the custody or possession of Rule of Law Foundation III, Inc.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

170.   State that you have control over Rule of Law Foundation III, Inc.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

171.   Produce all responsive documents in your control which are in the custody or possession of Rule of Law Foundation IV, Inc.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

172.    State that you have control over Rule of Law Foundation IV, Inc.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

173.    Produce all responsive documents in your control which are in the custody or possession of Rule of Law Fund.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

174.    State that you have control over Rule of Law Fund.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

175.    Produce all responsive documents in your control which are in the custody or possession of Rule of Law Society.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

176.    State that you have control over Rule of Law Society.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

177.    Produce all responsive documents in your control which are in the custody or possession of Rule of Law Society IV, Inc.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

178.    State that you have control over Rule of Law Society IV, Inc.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

179.    Produce all responsive documents in your control which are in the custody or possession of G-Translators PTY LTD.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

180.    State that you have control over G-Translators PTY LTD.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

181.  Produce all responsive documents in your control which are in the custody or possession of Saraca Media Group, Inc.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

182.  State that you have control over Saraca Media Group, Inc.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

183.  Produce all responsive documents in your control which are in the custody or possession of Shiny Ace Ltd.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

184.  State that you have control over Shiny Ace Ltd.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

185.  Produce all responsive documents in your control which are in the custody or possession of Shiny Times Holdings Ltd.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

186.  State that you have control over Shiny Times Holdings Ltd.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

187.  Produce all responsive documents in your control which are in the custody or possession of Spirit Charter Investment Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

188.  State that you have control over Spirit Charter Investment Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

189.  Produce all responsive documents in your control which are in the custody or possession of Stevenson, Wong & Co.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

190.    State that you have control over Stevenson, Wong & Co.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

191.    Produce all responsive documents in your control which are in the custody or possession of Voice of Guo Media, Inc.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

192.    State that you have control over Voice of Guo Media, Inc.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

193.    Produce all responsive documents in your control which are in the custody or possession of Well Origin Ltd.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

194.    State that you have control over Well Origin Ltd.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

195.    Produce all responsive documents in your control which are in the custody or possession of World Century Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

196.    State that you have control over World Century Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

197.    Produce all responsive documents in your control which are in the custody or possession of Worldwide Opportunity Holdings Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

198.    State that you have control over Worldwide Opportunity Holdings Limited.

**HWK RESPONSE**:  I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

199. Produce all responsive documents in your control which are in the custody or possession of Whitecroft Shore Limited.

**HWK RESPONSE**: I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

200. State that you have control over Whitecroft Shore Limited.

**HWK RESPONSE**: I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

201. Produce all responsive documents in your control which are in the custody or possession of ZIBA Limited.

**HWK RESPONSE**: I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

202. State that you have control over ZIBA Limited.

**HWK RESPONSE**: I assert my Fifth Amendment rights under the United States Constitution and decline to answer.

I hereby swear that the foregoing is my truthful response to each of the questions set forth above.

Dated: May 11, 2023

_____
Ho Wan Kwok

65027679 v1-WorkSiteUS-039463/0001