## **Exhibit 35**

This exhibit has been filed under seal.