**Exhibit 37**

# HUDSON DIAMOND HOLDING LLC

## CONSENT OF SOLE MEMBER WITHOUT A MEETING

The undersigned, being the sole member of Hudson Diamond Holding LLC, a Delaware limited liability company (the "Company"), does hereby consent that a special meeting be dispensed with, for the purposes hereof, and does hereby take the following actions by written consent, pursuant to the provisions of Section 18-302(d) of the Delaware Limited Liability Company Act:

Adoption of the following resolutions:

| | |
|---|---|
| Resignation of Officer | **RESOLVED,** that Yanping (Yvette) Wang resigned as the President and Signing Officer of the Company effective as of August 28, 2020. |
| Acceptance of Resignation | **RESOLVED,** that effective as of August 28, 2020, the resignation of Yanping (Yvette) Wang as the President and Signing Officer of the Company is hereby accepted. |
| Election of Officers | **RESOLVED,** that the following persons shall serve as the officers of the Company in the positions set forth opposite their names below until the next meeting of the members and until their successors have been duly elected and have qualified, or until their earlier resignation, death or removal: <br><br> Daniel T. Podhaskie – President and Bank Account Signing Officer |
| Facsimile or Electronic Signature | **RESOLVED,** that this consent may be executed by the sole member using a facsimile or other form of electronic signature, in which case the Company is entitled to rely on such signature as conclusive evidence that this consent has been duly executed by such member. |

**IN WITNESS WHEREOF,** this Consent of Sole Member Without a Meeting was executed on August 31, 2020.

_/s/ Mei Guo_     08-31-2020
Mei Guo

087058.00000 Business 20092452v1

## HUDSON DIAMOND NY LLC

### CONSENT OF SOLE MEMBER WITHOUT A MEETING

The undersigned, being the sole member of Hudson Diamond NY LLC, a New York limited liability company (the "Company"), does hereby consent that a meeting of the members of the Company be dispensed with, for the purposes hereof, and does hereby take the following action by written consent, pursuant to the provisions of Sections 407 of the New York Limited Liability Company Law:

Adoption of the following resolutions:

| | |
|---|---|
| Resignation of Officer | RESOLVED, that Yanping (Yvette) Wang resigned as the President and Signing Officer of the Company effective as of August 28, 2020. |
| Acceptance of Resignation | RESOLVED, that effective as of August 28, 2020, the resignation of Yanping (Yvette) Wang as the President and Signing Officer of the Company is hereby accepted. |
| Election of Officers | RESOLVED, that the following persons shall serve as the officers of the Company in the positions set forth opposite their names below until the next meeting of the members and until their successors have been duly elected and have qualified, or until their earlier resignation, death or removal:<br><br>Daniel T. Podhaskie – President and Bank Account Signing Officer |
| Facsimile or Electronic Signature | RESOLVED, that this consent may be executed by the sole member using a facsimile or other form of electronic signature, in which case the Company is entitled to rely on such signature as conclusive evidence that this consent has been duly executed by such member. |

IN WITNESS WHEREOF, this Consent of Sole Member Without a Meeting was executed on August 31, 2020.

HUDSON DIAMOND HOLDING LLC

By:_____
Mei Guo, sole member      08-31-2020

087058.00000 Business 20092447v1