## Exhibit 40

This exhibit has been filed under seal.