# Exhibit 41

This exhibit has been filed under seal.

Case 22-50073   Doc 2292-41   Filed 10/26/23   Entered 10/26/23 20:46:12   Page 1 of 1