**Exhibit 46**

EXHIBIT 5

**From:** Margaret Conboy
**Sent:** Tuesday, January 22, 2019 3:43:30 PM
**To:** Robert Mowbray
**Subject:** Re: Title and Municipal Search
**Sensitivity:** Normal
**Attachments:**
image001.png ;image002.jpg ;image003.jpg ;

---

Hi Bob,

I would like you to do the searches because this is a high end property on the water - the Chinese billionaire has an accepted offer! Thanks!

Margaret

Sent from my iPhone

On Jan 22, 2019, at 3:20 PM, Robert Mowbray <mowbraytitle@gmail.com> wrote:

Thank you Margaret

On Tue, Jan 22, 2019 at 2:58 PM Margaret Conboy <mconboy@wbamct.com> wrote:

Hi Kristi,

Can you order a full title and municipal search for 140 Wallacks Drive, Caritas Island, Stamford – the current owner is Caritas Investment LTD PNSP and John A. Morgan – It is a private island off of Stamford.

Please let me know if you have any questions  - thank you!

Margaret

**Margaret E. Conboy**

<image001.png>

(203) 862-2412  Direct
(203) 869-1951  Fax
mconboy@wbamct.com

WBAM_002663

Whitman Breed Abbott & Morgan LLC | 500 W. Putnam Avenue, Greenwich, Connecticut 06830 | www.wbamct.com

<image002.jpg>

This electronic message contains information which may be privileged, confidential or otherwise protected from disclosure. The information contained herein is intended to be for the addressee only. If you are not the addressee, any disclosure, copying, distribution or use of the contents of this message (including any attachments) is prohibited. If you have received this electronic message in error, please notify the sender immediately and destroy the original message and all copies.

ANY STATEMENTS REGARDING FEDERAL TAX LAW CONTAINED HEREIN ARE NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSES OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW OR TO MARKET ANY ENTITY, INVESTMENT PLAN OR ARRANGEMENT.

image001.png

WBAM_002665

WBAM_002666

image002.jpg

WBAM_002667



WBAM_002668

image003.jpg

WBAM_002669



WE DO NOT **WBAM_002670**R REQUEST CHANGES TO WIRING INSTRUCTIONS VIA EMAIL OR FA... Always call to verify.

**From:** Robert Mowbray
**Sent:** Tuesday, January 22, 2019 3:46:14 PM
**To:** Margaret Conboy
**Subject:** Re: Title and Municipal Search
**Sensitivity:** Normal

---

Hi Margaret,

Thank You. We will check it carefully!

On Tue, Jan 22, 2019 at 3:43 PM Margaret Conboy <mconboy@wbamct.com> wrote:

Hi Bob,

I would like you to do the searches because this is a high end property on the water - the Chinese billionaire has an accepted offer! Thanks!

Margaret

Sent from my iPhone

On Jan 22, 2019, at 3:20 PM, Robert Mowbray <mowbraytitle@gmail.com> wrote:

Thank you Margaret

On Tue, Jan 22, 2019 at 2:58 PM Margaret Conboy <mconboy@wbamct.com> wrote:

Hi Kristi,

Can you order a full title and municipal search for 140 Wallacks Drive, Caritas Island, Stamford – the current owner is Caritas Investment LTD PNSP and John A. Morgan – It is a private island off of Stamford.

Please let me know if you have any questions - thank you!

Margaret

**Margaret E. Conboy**

<image001.png>

(203) 862-2412 Direct
(203) 869-1951 Fax
mconboy@wbamct.com

Whitman Breed Abbott & Morgan LLC │ 500 W. Putnam Avenue, Greenwich, Connecticut 06830 │ www.wbamct.com

<image002.jpg>

This electronic message contains information which may be privileged, confidential or otherwise protected from disclosure. The information

contained herein is intended to be for the addressee only. If you are not the addressee, any disclosure, copying, distribution or use of the contents of this message (including any attachments) is prohibited. If you have received this electronic message in error, please notify the sender immediately and destroy the original message and all copies.

ANY STATEMENTS REGARDING FEDERAL TAX LAW CONTAINED HEREIN ARE NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSES OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW OR TO MARKET ANY ENTITY, INVESTMENT PLAN OR ARRANGEMENT.

<image003.jpg>

WBAM_002672