## **Exhibit 51**

This exhibit has been filed under seal.