## **Exhibit 52**

This exhibit has been filed under seal.