**Exhibit 53**

**EXHIBIT B**

**Exhibit 21**

**Page 1**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

HO WAN KWOK, ET AL.
                Debtors.    Chapter 11
                            Case No. 22-50073 (JAM)

LUC A. DESPINS, CHAPTER 11 TRUSTEE
                Plaintiff,
V.                          Adversary Proceeding
                            No. 23-05005
GREENWICH LAND, LLC and
HING CHI NGOK,
                Defendants.

CONTAINS HIGHLY CONFIDENTIAL PORTIONS

      Deposition of HING CHI NGOK, taken in accordance
with the Connecticut Practice Book at the law offices
of Meister, Seelig & Fein, LLP, 1 Landmark Square,
Stamford, Connecticut, before Deborah Gentile, RPR, a
Registered Professional Reporter and Notary Public,
in and for the State of Connecticut on September 11,
2023, at 10:22 a.m.

                    DEBORAH GENTILE, RPR

**Page 2**

A P P E A R A N C E S :

ON BEHALF OF THE PLAINTIFF LUC A. DESPINS,
CHAPTER 11 TRUSTEE:
AVIRAM LUFT, ESQUIRE
Paul Hastings
200 Park Avenue
New York, New York 10166
Tel:  +1.212.318.6079
Fax:  +1.212.303.7079
Email:aviluft@paulhastings.com

LUYI SONG, ESQUIRE
Paul Hastings
200 Park Avenue
New York, New York 10166
Tel:  +1.212.318.6937
Fax:  +1.212.752.2612
Email:luyisong@paulhastings.com

DOUGLASS BARRON
Paul Hastings
200 Park Avenue
New York, New York 10166
Tel:  +1.212.318.6690
Fax:  +1.212.230.7690
Email:douglassbarron@paulhastings.com

ON BEHALF OF THE DEFENDANTS, MS. GUO and
GREENWICH LAND, LLC:
CHRISTOPHER MAJOR, ESQUIRE
Meister, Seelig & Fein, PLLC
125 Park Avenue, 7th Floor
New York, New York 10017
Tel:  212.655.3579
Email:cjm@msf-law.com

**Page 3**

A P P E A R A N C E S (C O N T ' D) :

ON BEHALF OF THE DEFENDANT, MS. GUO:

ZACH INTRATER, ESQUIRE
Brafman & Associates, P.C.
256 5th Ave 2nd Floor,
New York, New York 10001
Tel:  212.750.7800
Email:Zintrater@braflaw.com

ALSO PRESENT:

DEBBIE O'TOOLE, VIDEOGRAPHER
ECHO LIM, MANDARIN INTERPRETER
████████████████████████

**Page 4**

S T I P U L A T I O N S

      IT IS HEREBY STIPULATED AND AGREED by and
between counsel representing the parties that each
party reserves the right to make specific objections
at the trial of the case to each and every question
asked and of the answers given thereto by the
deponent, reserving the right to move to strike out
where applicable, except as to such objections as
are directed to the form of the question.
      IT IS FURTHER STIPULATED AND AGREED by and
between counsel representing the respective parties
that proof of the official authority of the Notary
Public before whom this deposition is taken is
waived.
      IT IS FURTHER STIPULATED AND AGREED by and
between counsel representing the respective parties
that the reading and signing of this deposition by
the deponent is not waived.
      IT IS FURTHER STIPULATED AND AGREED by and
between counsel representing parties that all
defects, if any, as to the notice of the taking of
the deposition are waived.
      Filing of the Notice of Deposition with
the original transcript is waived.



Page 5

1    VIDEOGRAPHER:  This is Tape No. 1 to the
2  videotaped deposition of Hing Chi Ngok in the
3  matter of Despins, Kwok (sic) v. Greenwich
4  Land, et al., being heard before the United
5  States Bankruptcy Court, District of
6  Connecticut, Bridgeport Division, Case
7  No. 22-50073.
8    This deposition is being held at Meister
9  Seelig & Fein on 9/11/2023 at 10:22 a.m.  My
10  name is Debbie O'Toole.  I'm the videographer.
11  The court reporter is Debbie Gentile.
12    Counsel, will you please introduce
13  yourselves and affiliations?  And the witness
14  will be sworn.
15    MR. LUFT:  Good morning.  My name is
16  Avi Luft.  I'm with the law firm of
17  Paul Hastings.  I represent the Chapter 11
18  trustee, Luc A. Despins.  With me are my
19  colleagues, Doug Barron and Luyi Song.
20    MR. MAJOR:  Good morning.  Chris Major,
21  Meister Seelig & Fein.  We represent the
22  defendants in this adversary proceeding,
23  Ms. Guo and Greenwich Land, LLC, and we're
24  representing the witness in this deposition.
25    MR. INTRATER:  Good morning.

Page 6

1  Zach Intrater, Brafman & Associates.  I
2  represent Ms. Guo in this deposition.
3    COURT REPORTER:  Usual stips?
4    MR. LUFT:  I don't know what they are, so
5  we're going to just go until we figure it out.
6    MR. MAJOR:  Well, I'd like to, just for --
7  so we can get through this deposition, I'd like
8  to have a stipulation that all objections
9  except as to the form of the question are
10  reserved.  This way we don't have to hash out
11  every potential objection.
12    MR. LUFT:  That's fine.  That's my
13  understanding of the rules anyway.  My point
14  was not that there were none, just it's what
15  they are.
16    MR. MAJOR:  Okay.
17    MR. LUFT:  And --
18    COURT REPORTER:  Please raise your
19  right --
20    MR. LUFT:  Sorry.
21    Just so it's clear for the record, this
22  deposition is of Ms. Hing Chi Ngok and of
23  Greenwich Land.  So it's both defendants.
24
25

Page 7

1    ECHO LIM, having first been duly
2  sworn, interpreted as follows:
3    HING CHI NGOK, having first been duly
4  sworn, was deposed and testified as follows:
5
6    DIRECT EXAMINATION
7  BY MR. LUFT:
8    Q   Good morning, Ms. Ngok.  How are you?
9    A   Good.  Thank you.
10    Q   Ms. Ngok, I wanted to confirm that you
11  understood you're appearing both as an individual
12  deponent today and as the corporate representative
13  for Greenwich Land, correct?
14    A   Yes.
15    MR. LUFT:  And I'll ask the court reporter
16  to mark as Exhibit 1 a Chapter -- a copy of the
17  Chapter 11 trustee's notice of deposition to
18  Hing Chi Ngok.
19    (Exhibit 1 was marked for I.D.)
20    (A discussion was held off the
21  stenographic record.)
22    THE WITNESS:  I am not able to read this.
23  BY MR. LUFT:
24    Q   I understand.
25    Ms. Ngok, I've handed you what is a copy

Page 8

1  of the Chapter 11's notice of deposition to Hing Chi
2  Ngok.  Have you ever seen this document before?
3    MR. MAJOR:  Objection to form.
4    THE WITNESS:  I am not able to recognize
5  it.  I cannot read English and I don't
6  understand the content of this document.
7  BY MR. LUFT:
8    Q   Okay.
9    MR. LUFT:  I'm going to mark as Ngok
10  Deposition Exhibit 2 a copy of the Chapter 11
11  trustee's notice of deposition of Greenwich
12  Land, LLC, pursuant to Federal Rule of Civil
13  Procedure 30(b)(6).
14    (Exhibit 2 was marked for I.D.)
15  BY MR. LUFT:
16    Q   Ms. Ngok, I've handed you what has been
17  marked as Exhibit 2, which is a copy of the notice
18  of deposition for Greenwich Land, LLC.  Have you
19  ever seen this document before?
20    MR. MAJOR:  Objection to form.
21    THE WITNESS:  I do not know what you mean.
22    INTERPRETER:  Can the interpreter
23  reinterpret the question?  That's what Ms. Ngok
24  is requesting.
25    MR. LUFT:  Okay.  My only question is





**Page 9**

1 whether she has seen this document before.

2 (Interpreter speaking Mandarin.)

3 MR. MAJOR: Objection to form.

4 THE WITNESS: I don't understand this

5 document.

6 BY MR. LUFT:

7 Q Ms. Ngok, were you provided a translation

8 of the notice of deposition by your counsel setting

9 out in Chinese what the deposition topics were for

10 today's deposition on behalf of Greenwich Land, LLC?

11 MR. MAJOR: Objection to form. Instruct

12 the witness not to answer on the grounds of

13 privilege.

14 THE WITNESS: Okay.

15 BY MR. LUFT:

16 Q Are you going to follow your counsel's

17 instruction?

18 A Correct.

19 Q Ms. Ngok, are you prepared to testify on

20 the 17 topics listed in the Greenwich Land

21 deposition notice?

22 A Yes.

23 Q Okay. You can put that aside.

24 Ms. Ngok, as you know, I took your

25 deposition on January 5, 2023, correct?

**Page 10**

1 A In January, yes. I remember.

2 Q The rules are the same for this

3 deposition. But if you'll indulge me, I'll just go

4 over a couple of them, okay?

5 A Yes, please.

6 Q Ms. Ngok, you understand that you're

7 testifying under oath today?

8 A Of course.

9 Q You understand that means you have to

10 testify truthfully?

11 A Correct.

12 Q And you understand that you may not omit

13 information that you know that is called for by the

14 question, correct?

15 A Of course.

**Page 11**

13 BY MR. LUFT:

14 Q Ms. Ngok, I am going to ask you a series

15 of questions, just like I did last time. If for any

16 reason you do not understand my question, will you

17 let me know?

18 A Okay.

19 Q If for -- and if -- can we have an

20 agreement that if you do not tell me that you don't

21 understand my question, then I can assume you did

22 understand it?

23 MR. MAJOR: Objection to form.

24 THE WITNESS: I don't quite understand

25 what you mean by that. Can you explain?

**Page 12**

1 BY MR. LUFT:

2 Q Sure. If for -- if I ask you a question

3 and you don't tell me that you don't understand it,

4 is it fair for me to assume that you do understand

5 it?

6 A No. If I didn't understand a question,

7 you can't assume that I understand a question.

8 Q Thank you. That's not what I was saying,

9 so this is a perfect example. Let's start again.

10 If you don't understand my question, will

11 you tell me?

12 A I will not. If I don't understand your

13 question, I will not tell you, because I didn't

14 understand.

15 Q Will you tell me that you don't understand

16 my question?

17 A Yes, of course.

18 Q And if I ask you a question and you do not

19 tell me that you don't understand, can I assume that

20 you do understand my question?

21 MR. MAJOR: Objection to form.

22 THE WITNESS: Of course. That works.

23 BY MR. LUFT:

24 Q Great. Okay.

25 Ms. Ngok, as we've discussed, you're



Page 13

1  appearing on behalf of yourself and for the entity
2  Greenwich Land today?
3      A   Yes.
4      Q   If in answering a question your answer
5  would differ from what -- your answer as an
6  individual, as opposed to your answer on behalf of
7  Greenwich Land, will you let me know?
8      A   Yes.
9      Q   Ms. Ngok, what did you do to prepare for
10 your deposition today?
11     A   I did.  I prepared with my attorneys.
12     Q   And who are your attorneys today?
13         THE WITNESS:  I'm sorry, Gentlemen.  I
14 can't pronounce your names.
15         But these two gentlemen sitting right here
16 (indicating).
17 BY MR. LUFT:
18     Q   Mr. Major and --
19         MR. LUFT:  Intrater?  Is that...
20         MR. INTRATER:  That's great.  Perfect.
21         THE WITNESS:  I'm sorry.  I don't have any
22 mental note of any English name.  Sorry about
23 that.
24         MR. LUFT:  That's fine.
25         For the record can we agree that she has

Page 14

1      pointed to Mr. Major and Mr. Intrater as her
2  counsel who she met with?
3          MR. MAJOR:  Yes.
4          MR. LUFT:  Okay.
5          THE WITNESS:  (In English) Sorry about
6  that.
7          MR. LUFT:  That's okay.
8          THE WITNESS:  Okay.
9  BY MR. LUFT:
10     Q   How many times did you meet with them in
11 preparation for this deposition?
12     A   Twice.
13     Q   When did you meet with them?
14     A   I can't remember specifically when, but it
15 happens within a month.
16     Q   How long did you meet with them?
17     A   It could range from one to two hours or
18 two to three hours.
19     Q   When you met with your attorney,
20 Mr. Intrater or Mr. Major, was there anyone else
21 present?
22     A   Interpreters -- interpreter.
23         INTERPRETER:  Sorry.
24 BY MR. LUFT:

Page 15

[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
8      Q   Other than Mr. Major and Mr. Intrater,
9  have you discussed this deposition with anyone else?
10         MR. MAJOR:  Objection to form.
11         THE WITNESS:  No.
12 BY MR. LUFT:
13     Q   Other than Mr. Intrater and Mr. Major,
14 have you discussed this case with anyone else?
15         MR. MAJOR:  Objection to form.
16         THE WITNESS:  No.
17 BY MR. LUFT:
18     Q   In preparing for this deposition, did you
19 review any documents?
20     A   I did.
21     Q   What documents did you review?
22     A   The same documents I review for the last
23 deposition.
24     Q   Can you remind me what documents those
25 were?

Page 16

1      A   Some -- something like some sort of bank
2  documents.  But to be very frank with you, I don't
3  even understand them.
4      Q   Do you recall what bank documents they
5  were?
6      A   I can't remember.
7      Q   Other than preparing for this deposition,
8  had you ever seen these bank documents before?
9      A   No.
10     Q   Were they bank documents related to your
11 personal bank accounts?
12         MR. MAJOR:  Objection to form.
13         THE WITNESS:  No.
14 BY MR. LUFT:
15     Q   Were they bank accounts related to
16 Greenwich Land's bank accounts?
17         MR. MAJOR:  Objection to form.
18         THE WITNESS:  They are not statements.  I
19 don't know what they are.  I am not even -- I'm
20 not able to tell what they are.
21 BY MR. LUFT:
22     Q   Can you give me your best description of
23 those bank documents?
24     A   Okay.  I don't know if they are even a
25 document -- they are even a document.  I have seen



Page 17

them. I can't recall. I can't tell the content of it.

Q But they were documents that you looked at to prepare for this deposition?

MR. MAJOR: Objection to form.

THE WITNESS: Correct.

MR. LUFT: Mr. Major, I don't believe we've received any bank documents. Have they been -- the documents the witness is referring to, have they been produced to us?

MR. MAJOR: I don't know what documents the witness is specifically referring to, but we have produced bank records to you, specifically from The Bank of Princeton. I know that my firm handled that production. I know the law firm of Updike, Kelly & Spellacy, I believe, produced some bank records to you in advance of the just closed Rule 2004 exam. I assume that's what the witness is referring to, but I don't know.

MR. LUFT: Okay. I'll just ask that on a break you confer with her, and if there are documents that we haven't received yet, if you just let us know and produce them, okay?

MR. MAJOR: Yes. And I do not think there

Page 18

are documents that we have that you don't have yet, but I will certainly triple-check that during a break.

MR. LUFT: Terrific.

BY MR. LUFT:

Q Other than the documents you've referred to as the "bank documents," are there any other documents you looked at to prepare for this deposition?

A There must be some, but I can't remember what they are.

Q When was the last time you reviewed these documents?

A Probably approximately three weeks ago, but I don't remember specifically when.

Q Okay. Ms. Ngok, when I deposed you in January, you were represented by a different lawyer from a different law firm, correct?

A Correct.

Q And that was Mr. Goldstein from the Updike Kelly firm, correct?

A I don't remember.

Q Who made the decision at Greenwich Land to change counsel from Updike Kelly to Mr. Major's firm?

Page 19

MR. MAJOR: Objection to form. Instruct the witness not to answer on the grounds of privilege.

MR. LUFT: On what grounds can that be privileged? I'm asking just the name of who's the person who made the decision.

MR. MAJOR: The decision that you're referring to -- first of all, you're presupposing that the decision was the decision of Greenwich Land. But the contemplation of hiring or separating from counsel is privileged.

MR. LUFT: I'm not asking about the content; I just want to know who was the person who made the decision. That's not privileged. It doesn't call for legal advice or anything else.

MR. MAJOR: The decision of either hiring or separating from counsel is a privileged matter.

MR. LUFT: Correct, but the person who -- the name of the person who decided that is not privileged.

MR. MAJOR: To the extent it -- the question necessarily calls for discussions with

Page 20

counsel.

MR. LUFT: No, it just calls for the name, the name of the person. She is here as Greenwich Land's representative; I'm free to ask her who's the person who made the decision. That's not a privileged question.

MR. MAJOR: You can ask questions about decisions that Greenwich Land made on other matters, but not on counsel.

MR. LUFT: Okay. I disagree with you, I think you're obstructing, and you haven't given me any explanation why the name of an individual calls for the provision of legal advice.

BY MR. LUFT:

Q Ms. Ngok, are you going to follow your counsel's instruction?

A Correct.

Q Ms. Ngok, were you the person who made the decision to replace Updike Kelly with Mr. Major's firm?

MR. MAJOR: Objection to form. Instruct the witness not to answer on the grounds of privilege.



Page 21

BY MR. LUFT:

2     Q    Ms. Ngok, are you going to follow your

3 counsel's direction?

4     A    Correct.

5     Q    Ms. Ngok, I'm going to ask the court

6 reporter to mark as Ngok Deposition Exhibit 3 a copy

7 of defendant Greenwich Land, LLC's supplemental

8 responses and objections to the first set of

9 interrogatories by plaintiff Luc Despins, the

10 Chapter 11 trustee.

11       (Exhibit 3 was marked for I.D.)

12 BY MR. LUFT:

13     Q    Ms. Ngok --

14       (A discussion was held off the

15       stenographic record.)

16 BY MR. LUFT:

17     Q    Ms. Ngok, I've put in front of you as

18 marked as Exhibit 3 a document titled "Defendant

19 Greenwich Land, LLC's Supplemental Responses and

20 Objections to the First Set of Interrogatories by

21 Plaintiff Luc Despins," the Chapter 11 trustee. Do

22 you see that?

23       MR. MAJOR: Objection to form.

24       THE WITNESS: Yes, I see it.

25

Page 22

BY MR. LUFT:

2     Q    If you turn to the last page of the

3 document, you'll see a signature line for Greenwich

4 Land. It says by Hing Chi Ngok, "Title: Sole

5 Member."

6       INTERPRETER: Sorry.

7       THE WITNESS: Yes.

8 BY MR. LUFT:

9     Q    Do you see that, Ms. Ngok?

10     A    I see it.

11     Q    And whose signature is that?

12     A    It looks like my signature, but I cannot

13 be certain that it is mine.

14     Q    The date of this document is September 9,

15 2023, two days ago.

16     A    Two days ago?

17     Q    Yes.

18       Do you recall signing responses --

19 interrogatory responses two days ago?

20     A    I believe so.

21     Q    And the document indicates that you were

22 provided a translation of this English document into

23 Mandarin; is that correct?

24     A    Correct.

25     Q    Did you read that Mandarin translation

Page 23

before you signed the supplemental responses to the

2 interrogatories?

3     A    I did.

4     Q    And before signing did you agree that all

5 the information included in the document was

6 accurate and true?

7       MR. MAJOR: Objection to form.

8       THE WITNESS: I believe so.

9 BY MR. LUFT:

10     Q    Ms. Guo, if we look at response to

11 Interrogatory No. 1 --

12       INTERPRETER: Ms. -- did you say,

13     "Ms. Guo"?

14       MR. LUFT: Sorry. Ms. Ngok.

15       INTERPRETER: Sorry. Okay.

16       THE WITNESS: Okay.

17 BY MR. LUFT:

18     Q    -- there's a sentence that says "Greenwich

19 Land's sole purpose is to own a residential property

20 in Greenwich, Connecticut."

21     A    Correct.

22     Q    Is that true?

23     A    Correct.

24     Q    So when you say "Greenwich Land's sole

25 purpose is to own a residential property in

Page 24

Greenwich, Connecticut," what do you mean?

2       MR. MAJOR: Objection to form.

3       THE WITNESS: I don't understand this

4     question. Can you please clarify?

5 BY MR. LUFT:

6     Q    My question is simply there's a statement

7 in the interrogatory, and I just want to understand

8 what Greenwich Land meant by that statement.

9       MR. MAJOR: Objection to form.

10       THE WITNESS: Can you please tell me which

11     statement?

12 BY MR. LUFT:

13     Q    Sure. It is on the response to

14 Interrogatory No. 1. There's a sentence that says

15 "Greenwich Land's sole purpose is to own a

16 residential property in Greenwich, Connecticut."

17     A    Correct.

18     Q    And my under -- my question is what does

19 Greenwich Land mean by that statement?

20       MR. MAJOR: Objection to form.

21       THE WITNESS: I don't know what you mean

22     by that. This company owns properties, isn't

23     it?

████████████

████████████████████████





**Page 25**

[text redacted]

**Page 26**

1  INTERPRETER: Just give me a second.
2  MR. LUFT: Sure.
3  MR. MAJOR: Objection to form.
4  THE WITNESS: I wouldn't call it an
5  operation per se; I only know that it owns two
6  properties.
7  BY MR. LUFT:
8  Q   Does it currently own two properties or it
9  owned two properties?
10  A   It owned, in past tense, two properties.
11  But right now there's only one.

[text redacted]

16  Q   And the property that previously was owned
17  in the name of Greenwich Land but that it sold is
18  33 Ferncliff Road, correct?
19  A   Correct.
20  Q   Other than the ownership of those two
21  properties, has Greenwich Land -- does Greenwich
22  Land serve any other business purpose?
23  A   No.
24  Q   And other than in connection with the
25  ownership of those two properties, does Greenwich

**Page 27**

1  Land engage in any financial transactions?
2  A   I do not know.
3  Q   Okay.  You can put the documents aside.
4  MR. LUFT:  Do you need some water?
5  INTERPRETER:  I'm good.  I have some.
6  MR. LUFT:  You sure?
7  INTERPRETER:  Thank you.  Thanks.
8  BY MR. LUFT:
9  Q   Ms. Ngok, did you collect documents in
10  connection with requests made for the trustee for
11  documents from you and Greenwich Land?
12  A   I don't remember.
13  Q   Did anyone else collect documents on
14  behalf of Greenwich Land other than yourself?
15  A   I do not know.
16  Q   Does Greenwich Land keep its financial
17  records in any particular location?
18  A   I do not know.
19  Q   Do you have online access to Greenwich
20  Land's bank accounts?
21  A   I do not know, and I never did -- I never
22  did.
23  Q   Does Greenwich Land receive hard copies of
24  its monthly bank statements?
25  A   I've never received any.

**Page 28**

1  Q   Who at Greenwich --
2  A   I've never received one.
3  INTERPRETER:  Sorry.
4  BY MR. LUFT:
5  Q   Who at Greenwich Land received bank
6  statements for Greenwich Land's bank accounts?
7  A   I'm not sure.
8  Q   Currently what banks does Greenwich Land
9  have a bank account open with?
10  A   I don't know.
11  Q   Are there any banks that Greenwich Land
12  had a bank account with but no longer has one with
13  today?
14  A   I'm not sure about that.
15  Q   Is there anyone currently at Greenwich
16  Land who would know the answer to those questions
17  regarding the bank accounts?
18  MR. MAJOR:  Objection to form.
19  THE WITNESS:  I don't know.
20  BY MR. LUFT:
21  Q   Who currently has the right to spend
22  money -- let me strike that.
23  What individuals currently have the right
24  to spend money on behalf of Greenwich Land?
25  MR. MAJOR:  Objection to form.



Page 29

1    THE WITNESS:  I don't know about that too.
2  BY MR. LUFT:
3    Q    Since Greenwich Land has been founded,
4  who -- what individuals have had the right to spend
5  money on behalf of Greenwich -- or let me strike
6  that.
7        Since Greenwich Land has been founded,
8  what individuals have had the right to spend money
9  from Greenwich Land accounts?
10       MR. MAJOR:  Objection to form.
11       THE WITNESS:  I don't know.
12  BY MR. LUFT:
13    Q    Ms. Ngok, do you have the right to spend
14  Greenwich Land's money?
15       MR. MAJOR:  Objection to form.
16       THE WITNESS:  I believe I do.
17  BY MR. LUFT:
18    Q    What are you allowed to spend Greenwich
19  Land's money on?
20       MR. MAJOR:  Objection to form.
21       THE WITNESS:  It's just like the family
22    day-to-day expenditures.
23  BY MR. LUFT:
24    Q    Related to the properties or any
25  expenditures related to the family?

Page 30

1    MR. MAJOR:  Objection to form.
2    THE WITNESS:  It's like the family
3    expenditure.  For instance, like landscaping,
4    utilities.
5  BY MR. LUFT:
6    Q    How about personal expenses not related to
7  upkeep of the house for -- let me just stop there.
8    MR. MAJOR:  Objection to form.
9    THE WITNESS:  Sometime, yes.
10  BY MR. LUFT:
11    Q    What personal expenses not related to the
12  house do you spend Greenwich Land money on?
13    MR. MAJOR:  Objection to form.
14    THE WITNESS:  Nothing too specific.
15  BY MR. LUFT:
16    Q    Give me your best recollection of personal
17  expenses not related to the upkeep of the two houses
18  you've mentioned for which you've used Greenwich
19  Land money.
20    MR. MAJOR:  Objection to form.
21    THE WITNESS:  I don't remember.
22  BY MR. LUFT:
23    Q    What's the source of Greenwich Land's
24  money that is used to pay for personal expenses not
25  related to the upkeep of the two houses we've been

Page 31

1  discussing?
2    MR. MAJOR:  Objection to form.
3    THE WITNESS:  I do not know.
4  BY MR. LUFT:
5    Q    Do you have any idea where Greenwich Land
6  gets the money from that you use to pay for personal
7  expenses unrelated to the two houses we've been
8  discussing?
9    MR. MAJOR:  Objection to form.
10    THE WITNESS:  I do not know.
11  BY MR. LUFT:
12    Q    Where does Greenwich Land get the money
13  from that it uses to pay for expenses related to the
14  two houses we've been discussing?
15    MR. MAJOR:  Objection to form.
16    INTERPRETER:  Can the interpreter
17    reinterpret?
18    THE WITNESS:  I do not know.
19  BY MR. LUFT:
20    Q    Who at Greenwich Land would know where it
21  gets the money it spends?
22    MR. MAJOR:  Objection to form.
23    THE WITNESS:  I do not know.
24  BY MR. LUFT:
25    Q    Who at Greenwich Land would know who

Page 32

1  provides the money that goes into Greenwich Land's
2  bank accounts?
3    MR. MAJOR:  Objection to form.
4    THE WITNESS:  I'm not clear about that.
5  BY MR. LUFT:
6    Q    Do you know who provides the funds that
7  have been placed into Greenwich Land's bank accounts
8  since its -- since they've been open till today?
9    MR. MAJOR:  Objection to form.
10    THE WITNESS:  I do not know.
11  BY MR. LUFT:
12    Q    Ms. Guo, do any -- sorry.  Let me strike
13  that. Let's get some clarity.
14        Ms. Ngok, my understanding is that your
15  last name is spelled N-G-O-K; is that correct?
16    A    Correct.
17    Q    In response -- if we look at Exhibit 3, in
18  response to our interrogatories, all the references
19  are either to a "Ms. Guo" or a "Mrs. Guo."  So my
20  first question is are you -- is the references to
21  "Mrs. Guo" to be understood to be a reference to
22  you, Ms. Ngok?
23    A    Correct.
24    Q    And are the references to "Ms. Guo" also
25  intended to be a reference to you, Ms. Ngok?





Page 33

1  A  Correct.
2  Q  Ms. Guo -- sorry.  Let me strike that.
3     (Witness speaking Mandarin.)
4     INTERPRETER:  She said she couldn't hear
5  me clear.
6     You okay?
7     (A discussion was held off the
8     stenographic record.)
9  BY MR. LUFT:
10  Q  Ms. Ngok, have you ever received money
11  from an entity called Hudson Diamond New York?
12  A  I don't remember.
13  Q  I'm going to ask the court reporter to
14  mark as Ngok Deposition Exhibit 4 a document Bates
15  stamped ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19     (Exhibit 4 was marked for I.D.)
20     MR. MAJOR:  Objection to form.  To the
21  extent that the question is to ask the witness
22  to read the document and state whether she can
23  identify it, I just want to note for the
24  record, she does not read English so would not
25  have the ability to answer that question.

Page 34

1     MR. LUFT:  Why don't you let me ask my
2  question and then object to it?
3     MR. MAJOR:  Okay.  I just didn't know if
4  you -- if your statement ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  was a question.  It's not a
7  question, right?
8  BY MR. LUFT:
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17  BY MR. LUFT:
18  Q  Ms. Ngok --
19  A  Yes.
20  Q  -- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22     MR. MAJOR:  Objection to form.
23     THE WITNESS:  I do not know.
24  BY MR. LUFT:
25  Q  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Page 35

1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2     MR. MAJOR:  Objection to form.
3     THE WITNESS:  I do not know.
4  BY MR. LUFT:
5  Q  Tell me everything you know about Hudson
6  Diamond New York.
7  A  I've never heard of this company before.
8  Q  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮
11     MR. MAJOR:  Objection to form.
▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16  BY MR. LUFT:
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19  A  Yes.
20  Q  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22     MR. MAJOR:  Objection to form.
23     THE WITNESS:  ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

Page 36

1     MR. LUFT:  Okay.  Why don't we take a
2  short break?  'Cause I'm going to go for a
3  while after that.
4     MR. MAJOR:  Sure.
5     VIDEOGRAPHER:  Okay.  We're off the
6  record.  The time is 11:25.
7     (A recess was taken.)
8     VIDEOGRAPHER:  We're back on the record.
9  The time is 11:46.
10     (A discussion was held off the
11     stenographic record.)
12  BY MR. LUFT:
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮
22     MR. LUFT:  The document's upside-down for
23  the witness.
24  BY MR. LUFT:
25  Q  Ms. Ngok, before you Exhibit 5, as I said,





Page 37

18    Q    Sure.
19
22         MR. MAJOR:  Objection to form.
23         THE WITNESS
24  BY MR. LUFT:
25    Q    Ms. Ngok, if it helps, I could show you.

Page 38

1    I've highlighted the two numbers I'm referring to on
2    my copy (indicating).
3    A    Okay.  I see it.

11  BY MR. LUFT:
12    Q
15         MR. MAJOR:  Objection to form.

18  BY MR. LUFT:

Page 39

8  BY MR. LUFT:
9    Q

20  BY MR. LUFT:
21    Q
23         MR. MAJOR:  Objection to form.

Page 40

1  BY MR. LUFT:
2    Q
5         MR. MAJOR:  Objection to form.
6         THE WITNESS:  I do not know.
7         MR. LUFT:  I'm going to ask the court
8    reporter to mark as Exhibit 6 a document Bates
9    stamped
13         (Exhibit 6 was marked for I.D.)
14  BY MR. LUFT:
15    Q



Page 41

16  BY MR. LUFT:
17      Q    Ms. Ngok, what address does Greenwich Land
18  use for its banking?
19          MR. MAJOR:  Objection to form.
20          THE WITNESS:  I do not know.
21  BY MR. LUFT:

Page 43

1   BY MR. LUFT:

14  BY MR. LUFT:

Page 42

1       INTERPRETER:  She's asking a question.
2       THE WITNESS:  I am unable to tell.
3   BY MR. LUFT:
4       Q    Ms. Ngok, what is the name of the company
5   that owns your home?
6       A    Let me think about it.
7            Okay.  I -- I struggle with spelling out
8   the name of the company, so I used to use some
9   Chinese similar pronunciation to write in Chinese
10  character.  It's called Guan Lei Chi.
11          INTERPRETER:  G-U-A-N L-E-I C-H-I.
12  BY MR. LUFT:
13      Q    Is that in pinyin?  Is that in pinyin?
14      A    Yes, it is pinyin.
15          INTERPRETER:  Ms. Guo -- Ms. Guo recorded
16  it down in Chinese character; the interpreter
17  made into pinyin.
18          MR. LUFT:  Okay.
19          THE WITNESS:  (In English) Sorry.
20  BY MR. LUFT:

Page 44

1           THE WITNESS:  I do not remember.
2   BY MR. LUFT:





Page 45

15   BY MR. LUFT:
16   Q
18        MR. MAJOR:  Objection to form.
19        THE WITNESS:  I do not know.
20        MR. LUFT:  Let's mark as Exhibit 8 a
21   document bearing the Bates Stamp
22
23        (Exhibit 8 was marked for I.D.)
24        INTERPRETER:  Thank you.
25        MR. LUFT:  Of course.

Page 46

1   BY MR. LUFT:
2   Q   And I'll represent to you that this is
3   anothe
8   A   Okay.
19   BY MR. LUFT:
20   Q

Page 47

1
2        MR. MAJOR:  There's no question.
3   BY MR. LUFT:
22        MR. LUFT:  Okay.  Let's mark as Exh bit 9
23   a document

Page 48

1
3        (Exhibit 9 was marked for I.D.)
4   BY MR. LUFT:
23   Q


ESQUIRE
DEPOSITION SOLUTIONS



Page 49

1      MR. MAJOR:  Objection to form.
2      THE WITNESS:

Page 51

Page 50

Page 52

2      Okay.  I see it now.  This one
3   (indicating), right?
4      MR. LUFT:  Yes, ma'am.
5   BY MR. LUFT:
6   Q

11      MR. MAJOR:  Objection to form.
12      THE WITNESS:  Yes, I see.
13   BY MR. LUFT:
14   Q   And Whitman Breed is the name of the law
15   firm that represented Greenwich Land in its purchase
16   of 33 Ferncliff, correct?
17      MR. MAJOR:  Objection to form.
18      THE WITNESS:  I do not know.
19   BY MR. LUFT:
20   Q   Let me help you.
21

24      MR. MAJOR:  Objection to form.
25      THE WITNESS:  I don't remember.





Page 53

1      MR. LUFT:  Let's mark as Exhibit 11 a
2   document bearing the Bates stamp ███████
███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████
9      (Exhibit 11 was marked for I.D.)
10  BY MR. LUFT:
11    Q   ███████████████████████
████████████████████████████
████████████████████████████
███████████████
16      MR. MAJOR:  Objection to form.
17      THE WITNESS:  I don't know.  I can't -- I
18   don't recognize this document.
19  BY MR. LUFT:
20    Q   █████████████████████
████████████████████████████
███████
23    A   I don't remember.
24    Q   █████████████████████

Page 54

1   █████████████████████████
███████████████████████████
██████████
5      MR. MAJOR:  Objection to form.
6      THE WITNESS:  ███████████
7   BY MR. LUFT:
8    Q   Okay.  ████████████████
████████████████████████████
████████████████████████
████████████████████████████
14      MR. MAJOR:  Objection to form.
15      THE WITNESS:  I -- I can't read these
16   words.
17  BY MR. LUFT:
18    Q   ███████████████████
████████████████████████████
████████████████████████████
████████████████████████
███████

Page 55

1      MR. MAJOR:  Objection to form.
2      THE WITNESS:  I can't tell.  I can't read.
3   BY MR. LUFT:
4    Q   ████████████████████████
████████████████████████████
7      MR. MAJOR:  Objection to form.
8      THE WITNESS:  I do not know why.
9   BY MR. LUFT:
10    Q   ███████████████████████
████████████████████████████
████████████████████████████
15      MR. MAJOR:  Objection to form.
16      THE WITNESS:  I do not know.
17  BY MR. LUFT:
18    Q   ████████████████████████
████████████████████████████
21      MR. MAJOR:  Objection to form and assumes
22   a fact not established.
23      MR. LUFT:  What fact is that?
24      MR. MAJOR:  Multiple facts in your
25   question -- alleged facts in your question.

Page 56

1   █████████████████████████
████████████████████████████
████████████████████████████
██████████████████████████
6      MR. LUFT:  We just walked through all the
7   documents, Mr. Major, showing that transfer,
8   right?  What more foundation could we have?
9      MR. MAJOR:  You're questioning a witness
10   using English language documents even though
11   you know she only reads Mandarin and trying to
12   ask questions off of these documents.  So I
13   objected to the question; I didn't instruct the
14   witness not to answer.  But it's an improper
15   question, so I object to it.
16      MR. LUFT:  Mr. Major, these are the bank
17   records and the statements of your client.
18   That they happen to be in English and you put
19   up a witness that doesn't speak English is your
20   choice, but I can only use the records of the
21   company.
22      MR. MAJOR:  I don't think these are
23   documents we produced to you, based on the
24   Bates numbering.
25      MR. LUFT:  You're right, Mr. Major.  Some



Page 57

1   are, and the bank records are not, because you
2   have failed to produce any bank records --
3   these bank records from ████████ to us,
4   despite our repeated requests, correct?
5        MR. MAJOR:  I just would also want to note
6   that you're saying you're only using the
7   records of the company, but we've been looking
8   at Hudson Diamond New York LLC documents.  And
9   it's not just account records; there's also a
10  lengthy real estate contract in English that
11  you put in front of the witness.
12       In any event, all I did was object.  We
13  don't need to hash this out.
14       MR. LUFT:  Mr. Major, whose Bates stamp is
15  the "lengthy real estate contract"?
16       MR. MAJOR:  I believe that's our Bates
17  stamp.
18       MR. LUFT:  Okay.
19  BY MR. LUFT:
20   Q   ████████████████████
████████████████████
████████████████████
████████████████████
25       MR. MAJOR:  Objection to form.

Page 58

1        THE WITNESS:  I do not know.
2        MR. LUFT:  I'm going to mark as
3   Exhibit 11 --
4        COURT REPORTER:  I think we're up to 12.
5        MR. MAJOR:  We're on 12.
████████████████████
████████████████
████████████████████
████████████████████
████████████████████
████████████████████
████████████████████
██████████████
████████████
████████████████
██████████
██████████
████████████████
████████████████████

Page 59

████████████████████
████████████████████
███████████████
████████████████
██████████
████████████████
████████████████
████████████████████
██████████████
████████████████
████████████████
20  BY MR. LUFT:
21   Q   Ms. Ngok, do you have any under -- or let
22  me strike that.
23  ████████████████
████████████████████

Page 60

1   ████████████
2    A   I have no understanding.
3    Q   ██████████████████
████████████████████
6        MR. MAJOR:  Objection to form.
7        THE WITNESS:  I don't have any
8   understanding.
9        MR. LUFT:  I know I went a couple
10  questions more; I know you have a headache.
11  Should we take a break?
12       THE WITNESS:  (In English) Oh, sorry.
13       (Via interpreter) Thank you.  Yes, I need
14  a break.
15       And also, I would like to explain:  Since
16  I have this deposition today, so yesterday I
17  didn't take my sleeping pills just so that I
18  can stay awake today.  But then that also makes
19  me not able to sleep the whole night.  I'm
20  having a lot of issue now in my head, I'm
21  feeling like it's buzzing in my head, and I'm
22  feeling like I'm going to vomit soon.
23       MR. LUFT:  Okay.  Well --
24       THE WITNESS:  I really don't feel good.
25       MR. LUFT:  -- it's -- let's take a longer





**Page 61**

1    break, then, 'cause I want you to feel better.

2        It's five to 1:00, so it's a good time for

3    a lunch break anyway.  Is that okay with

4    everyone?

5        And that way you have some time.

6        MR. MAJOR:  Yes.

7        VIDEOGRAPHER:  Off the record.  The time

8    is 12:54.

9        (A recess was taken.)

10       VIDEOGRAPHER:  We're back on the record.

11   The time is 2:31.

12   BY MR. LUFT:

13   Q    Good afternoon, Ms. Ngok.  How are you?

14   A    I'm okay.  Thank you.

15   Q    Ms. Ngok, earlier I asked you about at

16   what banks Greenwich Land held bank accounts, and I

17   believe you told me you did not know.  My question

18   now is at what banks do you personally hold bank

19   accounts currently?

20       MR. MAJOR:  Objection to form.  And to the

21   extent that this concerns a personal bank

22   account, I'd just like to mark this portion of

23   the transcript as "Highly Confidential."

24       MR. LUFT:  Okay.

25       THE WITNESS:  Yes, please.

**Page 62**

1        MR. LUFT:  It will be marked that way.

2        (The following testimony was deemed highly

3    confidential.)

4    BY MR. LUFT:

5    Q    But now you can answer my question.

6    A

11       MR. MAJOR:  Objection to form.

12       THE WITNESS:

14   BY MR. LUFT:

15   Q

16   A    I don't remember.

17   Q

23   BY MR. LUFT:

24   Q    Okay.  So you can put Exhibit 9 away; I'm

25   going to look at just Exhibit 13 right now.

**Page 63**

1    A

11       MR. LUFT:  Okay.  I'm going to ask the

12   court reporter to mark as Exhibit 13 a document

13   bearing the Bates stamp

15       INTERPRETER:  Ninety-seven to?

16       MR. LUFT:  197 through 200.

17       (Exhibit 13 was marked for I.D.)

18       INTERPRETER:  Thank you.

19   BY MR. LUFT:

**Page 64**





**Page 65**

1  ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
6       MR. MAJOR:  Objection to form.
7       THE WITNESS:  This one (indicating),
8    right?
9  BY MR. LUFT:
10     Q   Yes, ma'am.  The first line and then the
11   second line.
12     A   Yes, I see it.

**Page 66**

14   the witness answered the question that she did
15   not know.  We've given you interrogatory
16   responses explaining that Mrs. Guo is the only
17   person left at Greenwich Land, and then your
18   next question was who at Greenwich Land would
19   know what the law firm was?
20       And I objected to that question on a
21   number of grounds, including you're asking a
22   witness who doesn't -- who just said she
23   doesn't know a fact if she knows who knows that
24   fact that she doesn't know.  So the question
25   doesn't make a lot of sense to me.  That's one

**Page 67**

1    reason for the objection.  The other reason is
2    she is the only person left at Greenwich Land,
3    so if she doesn't know, the answer is obvious.
4        But I can't -- I mean, I guess if you want
5    me to, I could try to go back if you're asking
6    me the basis for all of my objections.
7        MR. LUFT:  No.
8        MR. MAJOR:  I'd have to -- there have been
9    a lot of questions.
10       MR. LUFT:  I don't think objecting to
11   questions because you think the answer is
12   obvious is a basis for objecting to a
13   question --
14       MR. MAJOR:  But the main reason for the
15   objections is it was a nonsensical question:
16   You're asking a witness who didn't know a fact
17   if she knew who knew that fact so --
18       MR. LUFT:  Well, she's the corporate
19   representative for the company; this is a house
20   that the company alleges that it owns.  I don't
21   think there's anything crazy about asking them
22   who would know what law firm -- who hired the
23   law firm that represented them.
24       So we'll move on.  I understand -- I'm
25   aware that you made an objection --

**Page 68**

1        MR. MAJOR:  I wasn't instructing the
2    witness not to answer, and I try to be
3    extremely judicious when I object so that I
4    don't interfere with your transcript.  And
5    that's why I've been, as I said, very
6    circumspect in my objections.
7        MR. LUFT:  Okay.
8        MR. MAJOR:  Or I should say "concise" in
9    my objections.
10   BY MR. LUFT:
11     Q   Ms. Ngok, what homes have you lived in
12   since you've come to the United States?  Meaning the
13   addresses.
14     A   When I first came to the United States, I
15   live in town.
16     Q   "In town" meaning Manhattan?
17     A   Correct.
18     Q   At the Sherry Netherland hotel?
19       INTERPRETER:  Sheraton?
20       MR. LUFT:  Sherry Netherland.
21       THE WITNESS:  Correct.
22   BY MR. LUFT:


ESQUIRE
DEPOSITION SOLUTIONS















**Page 81**

[text redacted]

**Page 82**

11 BY MR. LUFT:
12 Q [redacted]

17      MR. MAJOR: Objection to form.
18      THE WITNESS: This one (indicating),
19 right?
20 BY MR. LUFT:
21 Q Yes, ma'am, the third one.
22 A No, it's this (indicating) --
23 Q Oh, sorry. Yes, correct, ma'am. You're
24 right.
25 A Okay. I see it.

**Page 83**

1 Q [redacted]

4      MR. MAJOR: Objection to form.
5      THE WITNESS: I do not know why.
6 BY MR. LUFT:
7 Q [redacted]

10      MR. MAJOR: Objection to form.
11      THE WITNESS: I do not know.
12 BY MR. LUFT:

21      MR. LUFT: And I will mark as Exhibit 14 a
22 copy of a document Bates [redacted]

**Page 84**

1 [redacted]
3      (Exhibit 14 was marked for I.D.)
4 BY MR. LUFT:
5 Q [redacted]

8      MR. MAJOR: Objection to form.
9      THE WITNESS: [redacted]
10      Okay.
11 BY MR. LUFT:
12 Q And if I ask you to turn to page ending in
13 Bates number 42 --
14      MR. MAJOR: I don't think she'll know what
15 a Bates number is. I can flip it for her or --
16 okay.
17      INTERPRETER: I can help her.
18      MR. MAJOR: Okay, please.
19      THE WITNESS: I'm on it.
20 BY MR. LUFT:
21 Q [redacted]

23      MR. MAJOR: Objection to form. The
24 witness can't read the words.
25      THE WITNESS: I'm not -- I can't read. I



ESQUIRE
DEPOSITION SOLUTIONS



Page 85

1 really can't read.
2     MR. LUFT: I understand. Not a problem.
3 BY MR. LUFT:

19 BY MR. LUFT:
20   Q   Ms. Ngok, do you have any ownership
21 interest in Saraca Media?
22   A   No. I don't know.
23   Q   Ms. Ngok, do you have any ownership
24 interest in Hudson Diamond New York?
25   A   What do you mean by that?

Page 86

1   Q   My question, I'll ask it in two ways: Do
2 you personally, Ms. Ngok, have any ownership
3 interest in the entity named Hudson Diamond New
4 York?
5   A   I don't remember. I don't even understand
6 what he means by that.
7   Q   Ms. Ngok, does Greenwich Land have any
8 ownership interest in Hudson Diamond New York?
9   A   I do not know.
10   Q   Does Greenwich Land have any ownership
11 interest in Saraca Media?
12   A   I'm a little confused. I really don't
13 know.
14   Q   That's okay. That's no worries.
15     MR. MAJOR: If she's not well, she
16 should -- you can take her out.
17     MR. LUFT: Okay. Let's take a break. Off
18 the record. Let's go off the record before --
19     VIDEOGRAPHER: The time is 3:20. Off the
20 record.
21     (A recess was taken.)
22     VIDEOGRAPHER: We're back on the record.
23 The time is 3:50.
24 BY MR. LUFT:
25   Q   Ms. Ngok, before we broke, I had asked you

Page 87

1 if Greenwich Land holds any ownership interest in
2 Saraca Media.
3   A   I do not know.
4   Q

8     MR. MAJOR: Objection to form.
9     THE WITNESS: I am not sure about that.
10 BY MR. LUFT:
11   Q

16   A   I do not know.
17   Q

25     MR. MAJOR: Objection to form.

Page 88

1     THE WITNESS: I don't know.
2 BY MR. LUFT:

20     (Exhibit 15 was marked for I.D.)
21     MR. LUFT: And would it be okay for us to
22 just email a copy of it?
23     COURT REPORTER: Sure.
24     MR. LUFT: All right. So that's what
25 we'll do.





**Page 89**

1  MR. MAJOR:  I could also print it for you
2  today.
3  MR. LUFT:  That would be great too.  I'm
4  happy to do it either way.
5  MR. MAJOR:  Email it to me and I'll print
6  it.
7  MR. LUFT:  Perfect.  Okay.
8  BY MR. LUFT:
9  Q   Ms. Ngok, earlier you told me that
10  Greenwich Land sold the house at 33 Ferncliff Road
11  in Greenwich, Connecticut.  Do you recall that?
12  A   Yes, I remember.
13  Q   Okay.  And do you -- and do you recall
14  that that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
17  A   I don't remember clearly.
18  Q   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓ off the record.)
22  THE WITNESS:  I don't remember.
23  MR. LUFT:  Okay.  Let's mark as
24  Exhibit 16, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Page 90**

1  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓ were marked for I.D.)
8  BY MR. LUFT:
9  Q   Ms. Ngok, my first question is simple:
10  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13  A   Where is the dates?
14  Q   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
17  MR. MAJOR:  Objection to form.
18  BY MR. LUFT:
19  Q   ▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓

**Page 91**

1  MR. MAJOR:  Objection to form.
2  THE WITNESS:  I don't remember.
3  BY MR. LUFT:
4  Q   Okay.  No problem.
5  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
8  A   I don't remember.
9  Q   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13  A   I don't remember.
14  Q   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
17  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓
22  BY MR. LUFT:
23  Q   That's okay.
24  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Page 92**

1  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
2  A   I don't remember.
3  Q   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
6  A   I have gone to view the house before.
7  Q   I appreciate -- that's helpful.
8  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13  A   It was me.
14  Q   Okay.  And when did you make that
15  decision?
16  A   I don't remember very clearly.
17  Q   Okay.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓
25  A   I don't remember.



ESQUIRE
DEPOSITION SOLUTIONS



Page 93

1    Q    ████████████████████████
████████████████████████████████
4    A    I don't.
5    Q    ████████████████████████
████████████████████████████████████
9    A    I do not remember.
10    Q    Okay.  I'm going to show you a document
11    that I'll ask the court reporter to mark as
12    Exhibit 18, which has a control number on it of
13    00016119.  That number is the number for the entire
14    document.  It was produced to us without Bates
15    stamps, so just for clarity, we put a control number
16    on it.
17    ████████████████████████████
████████████████████████████████
████████████████████████.
21         (Exh bit 18 was marked for I.D.)
22         THE WITNESS:  Okay.
23    BY MR. LUFT:
24    Q    Ms. Ngok, do you recognize this document?
25         MR. MAJOR:  Objection to form.

Page 94

1         THE WITNESS:  I -- I'm sure I'm not able
2    to recognize it.
3    BY MR. LUFT:
4    Q    Okay.  Well, let's see if we can find
5    something you recognize.
6    ████████████████████████
████████████████████████████
████████████████████████████████
12    A    Can you point it out to me which page it
13    is?
14    Q    Of course, ma'am.  I can show you on mine.
15    I'm about eight pages in --
16         MR. LUFT:  ████████████████
18         THE WITNESS:  You mean this page
19    (indicating)?
20    BY MR. LUFT:
21    Q    ████████████████████
████████████████████████████
24         MR. MAJOR:  Objection to form.
25         THE WITNESS: ████████████████,

Page 95

1    ████████████████████████
2    BY MR. LUFT:
3    Q    Okay.  And do you see --
4    A    ████████████████████
5    Q    Understood.
6    ████████████████████████████
████████████████████████████████
████████████████████
10         MR. MAJOR:  Objection to form.
11         THE WITNESS:  Okay.
12    BY MR. LUFT:
13    Q    ████████████████████████
████████████████████████████████
16         MR. MAJOR:  Objection to form.
17         THE WITNESS:  I really do not remember.
18    BY MR. LUFT:
19    Q    Okay.  Let me show you another document.
20         MR. LUFT:  Let's mark as Exhibit 19 --
21         COURT REPORTER:  Sorry.
22         MR. LUFT:  Sorry.
23         -- a document bearing the control stamp
24    CTRL00016119, which purports to be ████████

Page 96

1    ████████████████████████████
3         (Exhibit 19 was marked for I.D.)
4         THE WITNESS:  Okay.
5         MR. MAJOR:  Object...
6    BY MR. LUFT:
7    Q    ████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████
████████████████████████
████████████████
████████████████████████
████████████
████████████████████████
22         INTERPRETER:  Sorry.
23    BY MR. LUFT:
24    Q    ████████████████████



ESQUIRE
DEPOSITION SOLUTIONS



**Page 97**

1 ████████████████████████████

3    A    I don't remember.
4    Q    Okay.  You can put that aside.
5    A    Okay.
6    Q    Let me show you, then --
7         MR. LUFT:  Let's mark as Exhibit 20 --
8         (A discussion was held off the
9         stenographic record.)
10        MR. LUFT:  We'll mark as Exhibit 20 a
11   document with the control number CTRL00016119.
12   Again, this is a multipage document that was
13   produced to us without Bates stamps, so we just
14   put it on there.
15   ████████████████████████████
████████████████████████████████
████████████████████████████████
19        (Exhibit 20 was marked for I.D.)
20        THE WITNESS:  Okay.
21   BY MR. LUFT:
22   Q    ████████████████████████████
████████████████████████████████
████████████████████████████████

**Page 98**

1    of you.
2    A    Where did you see page No. 7?
3    Q    ████████████████████████████
████████████████████████████████
████████████████████████████████
7         MR. MAJOR:  Can I just flip to it for her?
8         MR. LUFT:  I -- I did.  She has it.
9         THE WITNESS:  I am on it, but I don't know
10   if that's the correct one.
11   BY MR. LUFT:
12   Q    That's the correct -- you're on the same
13   page as me.
14   ████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
19   A    ████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
24        THE WITNESS:  No, it is not either.
25        MR. LUFT:  No, it's not -- it's...

**Page 99**

1         THE WITNESS:  No, it's not.
2         MR. LUFT:  It's -- I don't want to say it,
3    'cause I assume you don't want her social
4    security number in the record so...
5         MR. MAJOR:  ████████████████████
████████████████████████████
7         MR. LUFT:  Well...
8    BY MR. LUFT:
9    Q    ████████████████████████████████
████████████████████████████████
12   A    You mean this one (indicating)?
13   Q    Yes, ma'am.
14   A    ████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
23        MR. LUFT:  Completely fair.
24        THE WITNESS:  I do not -- I don't speak
25   English, I don't understand English, and I

**Page 100**

1    ████████████████████████████
2    BY MR. LUFT:
3    Q    ████████████████████████
████████████████████████████████
████████████████████████████████
████don't remember.  I really don't
11   remember.
12   Q    Okay.
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
25   A    It's an apartment?  It's an apartment?





**Page 101**

25

**Page 103**

1
3    MR. MAJOR:  Objection to form.
4    THE WITNESS:  Okay.  I see it.
5  BY MR. LUFT:
6    Q
9    MR. MAJOR:  Objection to form.
10    THE WITNESS:  Yes.
11  BY MR. LUFT:
12    Q
19    MR. MAJOR:  Objection to form.
20    THE WITNESS:  I do not know.
21  BY MR. LUFT:
22    Q

**Page 102**

1  BY MR. LUFT:
2    Q   Okay.  You can put the document aside.
3    MR. LUFT:  I'm going to ask the court
4  reporter to mark as Exhibit 21 another document
5  we received from
6  that we put a control number of CTRL00016125
7  on.  And it --
14    (Exhibit 21 was marked for I.D.)
15    THE WITNESS:  Okay.
16  BY MR. LUFT:
17    Q
20    MR. MAJOR:  Objection to form.
21    THE WITNESS:  Yes, I see it.
22  BY MR. LUFT:
23    Q

**Page 104**

1    MR. MAJOR:  Objection.
2    THE WITNESS:  I don't know.
3  BY MR. LUFT:
12  BY MR. LUFT:
13    Q   Does anyone at Greenwich Land know the
14  answer to that question?
15    MR. MAJOR:  Objection to form.
16    THE WITNESS:  Can you repeat?
17    MR. LUFT:  Sure.
18  BY MR. LUFT:
19    Q   Does anyone at Greenwich Land know the
20  answer to that question?
21    MR. MAJOR:  Objection to form.
22    THE WITNESS:  Me too don't know.
23    MR. LUFT:  Okay.  Ms. Ngok, I want to
24  be -- it's warm in here.  How are you feeling?
25  And do you need a break?


ESQUIRE
DEPOSITION SOLUTIONS



Page 105

1    THE WITNESS:  I really want a break, but
2  then, I don't want to take up too much of your
3  time.  So can I?
4    MR. LUFT:  Absolutely.  Don't worry about
5  my time; I just want to make sure you're
6  feeling okay.  So let's take a break and give
7  you a chance to cool off.
8    THE WITNESS:  (In English)  Oh, thank you.
9    VIDEOGRAPHER:  We're off the record.  The
10  time is 4:34.
11    (A recess was taken.)
12    VIDEOGRAPHER:  We're back on the record.
13  The time is 4:56.
14  BY MR. LUFT:

25

Page 106

1  BY MR. LUFT:
2  Q

6    MR. MAJOR:  Objection to form.
7    THE WITNESS:  This one (indicating),
8  right?
9  BY MR. LUFT:
10  Q  Yes, ma'am, this one right here
11  (indicating).
12  A  Yes, I see it.
13  Q

16  A  I don't remember.
17  Q

20  A  I don't remember.
21  Q

25  A  I don't remember.

Page 107

1  Q

7  A  I don't remember.
8  Q

12  A  I don't remember.

Page 108

7    MR. LUFT:  The next document, which I'll
8  ask the court reporter to mark as Exhibit 23,
9  is a
    And it bears the control number
13  CTRL00016125.
14    You need a copy.
15    (Exhibit 23 was marked for I.D.)
16    MR. LUFT:  Next I'll mark -- ask the court
17  reporter to mark as Exhibit 24 --
18    (A discussion was held off the
19  stenographic record.)
20    MR. LUFT:  -- a document that's a
    also bearing the control
24  number of CTRL00016125.  And, again, that will
25  be Exhibit 24.





Page 109

1    (Exhibit 24 was marked for I.D.)
2    MR. LUFT:  Okay.  Next I'll ask the court
3    reporter to mark as Exhibit 25

6    And it'll bear -- again bears the Bates stamp
7    CTRL00016125.
8    (Exhibit 25 was marked for I.D.)

24    (Exhibit 27 was marked for I.D.)

Page 110

Page 111

Page 112

18    MR. MAJOR:  Objection to form.
19    THE WITNESS:  Yes.
20    BY MR. LUFT:
21    Q



ESQUIRE
DEPOSITION SOLUTIONS



Page 113

1      Ms. Ngok, do you know what Bento
2  Technologies is?
3      A   I do not know.
4      Q   Ms. Ngok, you previously told me you have
5  a debit card for Greenwich Land -- for a Greenwich
6  Land account?
7      A   I don't know what it is.  It's -- I call
8  it the "consumer" card.  I can use it to consume
9  things, but I don't know what you call it.
10     Q   Ms. Ngok, that card is issued by Bento
11  Technologies, correct?
12         MR. MAJOR:  I've just been advised that
13     there may have been a part missing from the
14     translation.  She said something about not
15     taking money out of the card.
16         (Ms. Song speaking Mandarin.)
17         (The reporter requested clarification.)
18         MS. SONG:  So she just mentioned that she
19     never tried to take money out using that Bento
20     card and that she just used it to make some
21     consumptions.  So the part of --
22         MR. LUFT:  You can't take down her
23     testimony.
24         INTERPRETER:  Can the interpreter
25     reinterpret?

Page 114

1         MR. LUFT:  That's perfectly fine.
2         INTERPRETER:  Yeah, that's the proper way
3     to do it.
4         (Interpreter speaking Mandarin.)
5         THE WITNESS:  Okay.  I don't know what it
6     is called.  I call it the "consumer" card.  I
7     can use it to consume -- buy things, but I
8     never withdrawal any cash out of it.  But I
9     don't know what you call it.
10        MR. LUFT:  Okay.  Everyone good with that?
11     That's okay?  Okay.
12  BY MR. LUFT:
13     Q   Okay.
24         INTERPRETER:  I'm sorry.
25         MR. MAJOR:  Objection to form.

Page 115

1         THE WITNESS:  I don't remember.
2  BY MR. LUFT:
3     Q
10        MR. MAJOR:  Objection to form.
11        THE WITNESS:  I don't remember clearly.
12  BY MR. LUFT:
13     Q   Okay.
18     A   I do not know.
19     Q   Okay.  In the interest of trying to save
20  some time, I'm going to ask you a question that
21  consolidates a number of these exhibits.  But if you
22  need me to break any of it up, please let me know.

Page 116





**Page 117**

17  BY MR. LUFT:
18  Q

**Page 118**

1       MR. MAJOR:  Objection to form.
2       THE WITNESS:  I do not know why.
3  BY MR. LUFT:
4  Q

7       MR. MAJOR:  Objection to form.
8       THE WITNESS:  I am not sure about that.
9  BY MR. LUFT:
10  Q

14       MR. MAJOR:  Objection to form.
15       THE WITNESS:  I do not know.
16  BY MR. LUFT:
17  Q

20       MR. MAJOR:  Objection to form.
21       THE WITNESS:  I don't remember.
22  BY MR. LUFT:
23  Q   Okay.  You can -- we may have to go back,
24  but you can put these to the side first.
25       Ms. Ngok, if you will bear with me, I am

**Page 119**

1  going to again mark a series of documents, which
2  will hopefully move us along faster.
3       A   Okay.
4       MR. LUFT:  I'm going to start by marking
5  as Exhibit 33 a copy of a

8

10       INTERPRETER:

12       MR. LUFT:  Uh-huh.  The same entity we've
13  been discussing.
14       (Exhibit 33 was marked for I.D.)

**Page 120**

1

16       VIDEOGRAPHER:  We're off the record.  The
17  time is 5:37.
18       (Exhibits 34-43 were marked for I.D.)
19       (A recess was taken.)
20       VIDEOGRAPHER:  We're back on the record.
21  The time is 5:53.
22  BY MR. LUFT:
23  Q   Ms. Ngok, while we were on break, I had
24  the court reporter mark a series of exhibits that
25  are in front of you.  I'll just identify them for





Page 121
1  the record; you don't have to do anything with them
2  right now.
3       MR. LUFT:  I marked a document bearing --
4  as Exhibit 34 bearing the Bates stamp
5
9       As Exhibit 35, the next in that series,
10
14       (A discussion was held off the
15  stenographic record.)
16       MR. LUFT:  Exh bit -- we've marked as
17  Exhibit 36 another
22       We marked as Exhibit 37 a

Page 123
1
5       Chris, do you want her to translate all
6  that or...?
7       MR. MAJOR:  I'm okay not translating all
8  that.
9       MR. LUFT:  Okay.
10       THE WITNESS:  Okay.  I'll just give a gist
11  of it.
12       MR. LUFT:  You can just tell her that I --
13       INTERPRETER:  Oh, sorry.  Just give me one
14  second.
15       (Interpreter speaking Mandarin.)
16       THE WITNESS:  Okay.
17  BY MR. LUFT:
18    Q   Ms. Ngok, I'll ask you to turn to -- if
19  you could just pull out Exhibit 22 and Exhibit 33.
20
23       INTERPRETER:  Sorry.
24       MR. LUFT:  Go ahead.
25       THE WITNESS:  Yes.

Page 122
1       Exhibit -- we marked as Exhibit 38
6       We marked as Exhibit 39
11       We marked as Exhibit 40
16       And we marked as Exhibit 41
20       We marked as Exhibit 42
25       And as Exhibit 43,

Page 124
1  BY MR. LUFT:
2    Q
7       MR. MAJOR:  Objection to form.
8       THE WITNESS:  I see it.
9  BY MR. LUFT:
10    Q
16       MR. MAJOR:  Objection to form.
17       THE WITNESS:  Which date?
18       MR. LUFT:
19       THE WITNESS:  Yes, I see it.
20  BY MR. LUFT:
21    Q   Okay.  In the interest of trying to save
22  time


ESQUIRE
DEPOSITION SOLUTIONS



Page 125

1 ██████████████████████

████████████

██████████████████████

██████████████████████

6    INTERPRETER: Thank you.

7    MR. LUFT: Thank you.

8    THE WITNESS: I understand.

9 BY MR. LUFT:

10   Q   ████████████████

██████████████████████

██████████████████████

██████████████████

16   A   Yes.

17   Q   ████████████████████████

██████████████████████████

██████████████████████████

██████████████████

██████████████████████████

██████████████████████████

25        MR. MAJOR: Objection to form.

Page 126

1        THE WITNESS: I do not know.

2 BY MR. LUFT:

████████████████████████

██████████████████████████

██████████████████████████

████████████████████████████

██████████████████████████

████████████████████

13   Q   Okay. We're going to come back to these,

14 but for now you can put them to the side for a

15 second.

16        (A discussion was held off the

17        stenographic record.)

18 BY MR. LUFT:

19   Q   Ms. Ngok, I'm going to ask the court

20 reporter to mark as Exhibit 44 a document produced

21 to us by ████████████████████

██████████  The document bears the Bates stamp -- or

24 control number CTRL00016116.

25        (Exhibit 44 was marked for I.D.)

Page 127

1 BY MR. LUFT:

2    Q   Ms. Ngok, who had the authority to write

3 checks on behalf of Greenwich Land's bank account at

4 The First Bank of Greenwich?

5        MR. MAJOR: Objection to form.

6        THE WITNESS: I do not know.

7 BY MR. LUFT:

8    Q   Who at -- who at Greenwich Land had to

9 authorize the writing of checks from Greenwich

10 Land's bank account at The First Bank of Greenwich?

11       MR. MAJOR: Objection to form.

12       THE WITNESS: I do not know.

13 BY MR. LUFT:

14   Q   Ms. Ngok, are you familiar with a company

15 called Gypsy Mei -- M-E -- "Mei" is spelled M-E-I,

16 same as your daughter's -- Food Service, LLC?

17   A   I am not familiar with this.

18       MR. LUFT: Okay. So let's mark as

19 Exhibit 45 a document bearing the Bates stamp

20 HR0003000 through 32, titled "Minute Book of

21 Gypsy Mei Food Services, Hodgson Russ,

22 Attorneys."

23       (Exhibit 45 was marked for I.D.)

24 BY MR. LUFT:

██████████████████████████████

Page 128

████████████████████████

████████████████████████

██████████████████████████

██████████████████████████

████████████████████████████████

████████████████

██████████████████████████

██████████████████

██████████████████████

██████████████████████

██████████████████████

████████████

██████████████████████

██████████████████

██████████████████████████

████████████████████████████

██████████████████

24 BY MR. LUFT:

██████████████████████████


ESQUIRE
DEPOSITION SOLUTIONS



Page 129

Page 131

10    Q   Okay.  All right.  Does Exhibit 40 -- does
11   Exhibit 45 refresh your recollection that Gypsy Mei
12   Food Services is a company owned by your daughter,
13   Mei Guo?
14         MR. MAJOR:  Objection to form.
15         THE WITNESS:  I do not know.
16   BY MR. LUFT:

Page 130

Page 132









Page 137

Page 139

Page 138

Page 140

24    Q    Ms. Ngok, you have testified today that
25    you and your husband have been to the Mar-a-Lago



Page 141

1  Club and that you have not been to the Mar-a-Lago
2  Club in the past four years.  Other than yourself
3  and your husband, are you aware of any other member
4  of your family who has spent time and spent money at
5  the Mar-a-Lago Club?
6      A   My family member, I am certain that there
7  is none.
8      Q   And, Ms. Ngok, similarly, other than you
9  and your husband, are you aware of anyone associated
10  with Greenwich Land who has spent any money at the
11  Mar-a-Lago Club?
12      A   I do not know.



Page 142

14  BY MR. LUFT:
15      Q   Okay.  I'm going to ask you to look at
16  Exhibit 3, which is Greenwich Land's supplemental
17  response and objections to the first set of
18  interrogatories.
19          MR. LUFT:  Do you need some water, Echo?
20          INTERPRETER:  Thank you.
21          THE WITNESS:  Exhibit 3?
22  BY MR. LUFT:
23      Q   Yes, ma'am.
24          If it helps, I can read it to you and your
25  counsel can confirm that I read it correctly.



Page 145

1      MR. MAJOR:  That's fine.
2  BY MR. LUFT:
3      Q   Okay.  And specifically, Interrogatory
4  No. 6 asks Greenwich Land to "Identify all employees
5  of Greenwich Land, including directors and officers,
6  and the role of each identified individual."
7      And in response Greenwich Land stated that
8  you are presently the sole member of Greenwich Land
9  and Greenwich Land presently has no separate
10  manager, officers, or employees.  And then it says
11  Greenwich Land previously had officers.  Yvette
12  Wang, Daniel Podhaskie, and Max Krasner previously
13  served in the roles of vice president of Greenwich
14  Land.  All of them resigned before the end of 2022?
15      INTERPRETER:  End of 2022?
16      MR. LUFT:  Yes, that's what it says.
17  BY MR. LUFT:
18      Q   Ms. Ngok, was that information correct
19  when you signed and verified these interrogatories?
20      MR. MAJOR:  Objection to form.
21      THE WITNESS:  Yes.
22  BY MR. LUFT:
23      Q   Okay.  So is it fair to say that, to
24  Greenwich Land's knowledge, Chunguang Han was never
25  a manager, officer, or employee of Greenwich Land?

Page 146

1      MR. MAJOR:  Objection to form.
2      THE WITNESS:  I've never heard about it.
3  BY MR. LUFT:
4      Q   Okay.  Is it also fair to say that your
5  daughter, Mei Guo, has also never been a manager,
6  director, or officer of Greenwich Land -- or
7  employee.
8      MR. LUFT:  Sorry.
9      INTERPRETER:  Sorry.
10      THE WITNESS:  How do I put it?  Well, I
11  don't know.
12  BY MR. LUFT:
13      Q   Okay.  Well, when you signed the
14  interrogatory -- certified -- signed the
15  interrogatories to certify the answer, did Greenwich
16  Land have any reason to believe that Mei Guo has
17  been an employee, director, or officer of Greenwich
18  Land, such that she should be included in the
19  answer?
20      MR. MAJOR:  Objection to form.
21      THE WITNESS:  I'm not sure about that.
22  BY MR. LUFT:
23      Q   Okay.  And, Ms. Ngok, Greenwich Land has
24  filed documents with the court in this case stating
25  that on November 5, 2022, a person by the name of

Page 147

1  Max Krasner resigned from his position at Greenwich
2  Land.  Are you aware of those statements to the
3  court?
4      A   I do not know.
5      MR. MAJOR:  Just objection.  I just want
6  to -- it's fine, the answer is out.  But just
7  because it dealt with the court, I was going to
8  put in an objection regarding privilege.  But
9  she's already answered it and it didn't reveal
10  any privileged communication.  So I pardon the
11  interruption, but I just wanted to note that
12  since I had already interrupted, just telling
13  you why.
14      (A discussion was held off the
15  stenographic record.)
16      THE WITNESS:  Okay.
17  BY MR. LUFT:
18      Q   Ms. Ngok, if it helps refresh your
19  recollection, if you look at page 6 of your
20  interrogatories, under "Right to Supplement," it
21  references language related to Max Krasner resigning
22  on November 5, 2022.  Does that refresh your
23  recollection that someone by the name of Max Krasner
24  resigned from Greenwich Land on November 5, 2022?
25      MR. MAJOR:  Objection to form.

Page 148

1      (A discussion was held off the
2  stenographic record.)
3      THE WITNESS:  Which page?
4  BY MR. LUFT:
5      Q   Page 6.
6      A   I can't read it.
7      Q   That's okay.

[text redacted]

21  BY MR. LUFT:
22      Q   Okay.  Do you see if, when we look at the
23  exhibits --
24      INTERPRETER:  Okay.  The interpreter would
25  like to rectify the answer.  The answer is "I'm





Page 149

```
1    not sure."
2  BY MR. LUFT:
```
[redacted]

Page 151

[redacted]

```
7  BY MR. LUFT:
8     Q   Okay.  Ms. Ngok, as the Greenwich Land
9  representative, you're aware that starting as of
10  March 28, 2023, there was a TRO entered -- which is
11  a temporary restraining order -- in this case which
12  was then extended and then turned into a preliminary
13  injunction ordering that yourself and Greenwich
14  Land, your -- its officers, agents, servants,
15  employees, and attorneys and other persons in active
16  concert and participation with the foregoing be
17  restrained and enjoined from encumbering,
18  transferring, alienating, dissipating, paying over,
19  or assigning any property or assets of the
20  defendants, which would include Greenwich Land,
21  correct?
22          MR. MAJOR:  Objection to form.
23          THE WITNESS:  There is such order,
24      restraining order, but I don't remember which
25      date it was.
```

Page 150

```
2          MR. MAJOR:  Can I just make a suggestion?
3  Because, like, in -- if I could speak Mandarin
4  or if the witness spoke English, like when you
5  said that, if she went to answer it, I would
6  normally say there was no question pending
7  because you were just making an introductory
8  statement.  I don't have a way to do that quick
9  enough.  So I think the witness is thinking
10  that there is a question when, in fact, you're
11  just teeing it up.
12      MR. LUFT:  I'll just ask her a question.
13      MR. MAJOR:  Okay.
14  BY MR. LUFT:
```
[redacted]

Page 152

```
1          MR. LUFT:  I'll mark as Exhibit 46 a copy
2  of a document stating "Order Granting In Part
3  Ex Parte Motion for Temporary Restraining Order
4  and Preliminary Injunction" --
5          (The reporter requested clarification.)
6      MR. LUFT:  I'm sorry.
7      COURT REPORTER:  Okay.
8          MR. LUFT:  -- "Order Granting In Part Ex
9  Parte Motion for Temporary Restraining Order
10  and Preliminary Injunction," entered March 28,
11  2023, in the matter of Luc Despins, the
12  Greenwich Land, and Hing Chi Ngok.
13          (Exhibit 46 was marked for I.D.)
14  BY MR. LUFT:
15      Q   Ms. Ngok, does this document dated
16  March 28, 2023, refresh your recollection that that
17  was the date that the temporary restraining order
18  that we just discussed was entered in this case?
19          MR. MAJOR:  Objection to form.
20          THE WITNESS:  I don't remember.
21  BY MR. LUFT:
22      Q   Okay.  I'm going to mark as Exhibit 47 --
23          (A discussion was held off the record.)
24      Q   -- a document bearing Bates stamp
25
```





Page 153

1

4    (Exhibit 47 was marked for I.D.)
5    MR. LUFT:  I'm going to ask the court
6    reporter to mark as Exhibit 48

10    (Exhibit 48 was marked for I.D.)
11    MR. LUFT:  I'm going to ask the court
12    reporter to mark as Exhibit 49

16    (Exhibit 49 was marked for I.D.)
17    MR. LUFT:  And I'll ask the court reporter
18    to mark Exhibit 50

22    (Exhibit 50 was marked for I.D.)
23    MR. LUFT:

Page 154

1

6    MR. MAJOR:  Objection to form.
7    THE WITNESS:  I'm not able to read this
8    document.
9    BY MR. LUFT:
10    Q

14    INTERPRETER:  Can I have the question
15    again, sir?
16    MR. LUFT:  You could just strike it.
17    BY MR. LUFT:
18    Q

21    A    Yes.
22    Q

Page 155

6    MR. MAJOR:  Objection to form.
7    THE WITNESS:

12 BY MR. LUFT:
13

16    MR. MAJOR:  Objection to form.
17    THE WITNESS:

21 BY MR. LUFT:
22    Q    Okay.  Well, Ms. Ngok, let's just go to
23    our most recent one, which is from -- well, let me
24    strike that.  Let me find one that may stick out a
25    bit more.

Page 156

1    And -- well, let me first -- let me strike
2    that.
3    (The following testimony was deemed highly
4    confidential.)
5    BY MR. LUFT:
6    Q

10    (The reporter requested clarification.)
11    BY MR. LUFT:

19    MR. MAJOR:  Hold on.  Hold on.  I don't
20    want to have any attorney-client privileged
21    communications put on the record.  So I just
22    want to -- I don't know what the best thing to
23    do is, but I'd like to maybe -- and I have no
24    idea what the rest of the answer was, so I
25    don't know if it just a passing reference or


ESQUIRE
DEPOSITION SOLUTIONS

Page 157

1   not.
2        MR. LUFT:  I'll tell you what, let's be
3   safe.  Do you want a second to confer with your
4   client to figure out if there's a privilege
5   issue?
6        MR. MAJOR:  Yeah.  The other alternative
7   would be -- well, let's do that.  And then --
8   or you could just reask the question and I
9   could give the instruction.
10       MR. LUFT:  Well, why don't --
11       MR. MAJOR:  Okay.
12       MR. LUFT:  I mean, she's given it.  If
13   you're concerned, I'm happy to let you have a
14   second even though...
15       MR. MAJOR:  Okay.  Thank you.
16       MR. LUFT:  Let's go off the record.
17       VIDEOGRAPHER:  We're off the record.  The
18   time is 7:39.
19       (A recess was taken.)
20       VIDEOGRAPHER:  We're back on the record.
21   The time is 7:44.
22       MR. LUFT:  Ms. Ngok, before we broke, your
23   counsel indicated that he was concerned there
24   was a privilege issue, and we took a break so
25   that you guys could talk.  I think he wants to

Page 158

1   make a statement -- an instruction, so I'll let
2   him do that.
3        MR. MAJOR:  So -- well, I'm sorry.
4        MR. LUFT:  Why don't you just do it?
5        INTERPRETER:  I'll do it.
6        MR. MAJOR:  So I for the first time got
7   the sense that there was a upcoming disclosure
8   of a -- potential upcoming disclosure of
9   attorney-client privileged communications
10   during the translation of the answer, 'cause
11   obviously I don't -- didn't understand what the
12   witness was testifying to while she was
13   speaking in Mandarin.  And I had a chance --
14   Mr. Luft suggested we go outside and figure out
15   what the English -- a rough summary of what the
16   English translation would be, and it confirms
17   that it would have been a attorney-client
18   privileged communication.
19       So I'd instruct the witness not to divulge
20   any communications with her lawyers, and I'd
21   ask that the prior answer in Mandarin be
22   stricken from the record.  We don't have to
23   deal with that now, certainly, but we are
24   asserting the privilege over communications
25   between Ms. Guo and her lawyers.

Page 159

1        THE WITNESS:  Okay.
2   BY MR. LUFT:
3        Q    Are you going to follow your counsel's
4   instruction?
5        A    I'm -- I might be.  I will.
6        Q    Okay.
7        MR. MAJOR:  And I'd just ask that the
8   portion of the tape of the answer be marked
9   highly confidential, and that the English
10   translation of the beginning of the answer
11   before I cut it off be marked highly
12   confidential.
13       MR. LUFT:  Okay.
14       THE WITNESS:  Okay.
15   BY MR. LUFT:

Page 160

25





Page 161

1   BY MR. LUFT:

---

Page 163

24   BY MR. LUFT:
25       Q    Ms. Ngok, are you familiar with the

---

Page 162

1           THE WITNESS:  I don't know.
2   BY MR. LUFT:

---

Page 164

1   restaurant Henry Cipriani, which is in the same
2   building as the Sherry Netherland apartment?
3       A    I am not familiar.

13   BY MR. LUFT:
14       Q    Ms. Ngok, have you personally ever eaten
15   at Henry Cipriani [sic], which is located in the
16   same building as the Sherry Netherland hotel?
17       A    Yes, I have dined in the same -- in that
18   restaurant before, but that was years back when I
19   first came to the United States, probably in the
20   year of 2017.

ESQUIRE
DEPOSITION SOLUTIONS



Page 165

1          THE WITNESS:  I only have breakfast in the
2     restaurant when I first came to the United
3     States back in 2017. ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
6  BY MR. LUFT:
7     Q   But he is a person who has signed --
8  opened bank accounts and signed documents on behalf
9  of Greenwich Land, correct?
10         MR. MAJOR:  Just objection to form.
11     I'm sorry.
12         THE WITNESS:  I don't know about that.
13  BY MR. LUFT:

Page 166

Page 167

21          (Exhibit 51 was marked for I.D.)
22  BY MR. LUFT:
23     Q

Page 168

1     A   I don't remember.
2     Q   Okay.  Let me show you -- let's mark as
3  Exhibit 52 a

7          (Exhibit 52 was marked for I.D.)
8  BY MR. LUFT:
9     Q

form.
12         THE WITNESS:

14  BY MR. LUFT:
15     Q

21         MR. MAJOR:  Objection to form.
22         THE WITNESS:  I don't remember.
23         MR. LUFT:  Okay.  Let's mark as --
24         MR. MAJOR:  Can I just ask a question on
25     Exhibit 52?





Page 169

1    MR. LUFT:  Uh-huh.
2    MR. MAJOR:  ██████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
9    MR. LUFT:  ████████████████████
███████████████████████████████████
11    (The reporter requested clarification.)
12    MR. MAJOR:  ██████████████████
███████████████████████████████████
14    MR. LUFT:  Guys, I don't know.  I can tell
15  you this was produced by ████████████████
16  to us and produced to you in discovery.
17    MR. MAJOR:  Right.  But can we just know
18  when and where and how?  In other words --
19    MR. LUFT:  I'm not -- we're not spending
20  time on the record going into -- if you want to
21  talk to me later about this.  This was produced
22  to you.
23    Okay.  I'm going to ask to mark as
24  Exhibit 53 another document from ████████████
███████████████████████████████████

Page 170

1    bearing a control number of CTRL00031474.
2    (Exhibit 53 was marked for I.D.)
3  BY MR. LUFT:
4    Q    Ms. Ngok, this document --
5    (A discussion was held off the
6    stenographic record.)
7  BY MR. LUFT:
8    Q    -- ████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
15    (A discussion was held off the record.)
16  BY MR. LUFT:
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████.
25

Page 171

1  BY MR. LUFT:
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
13    MR. LUFT:  Let's just go off the record.
14    VIDEOGRAPHER:  We're off the record.  The
15  time is 8:19.
16    (A recess was taken.)
17    VIDEOGRAPHER:  We're back on the record.
18    The time is 8:20.
19  BY MR. LUFT:
20    Q    Ms. Ngok, do you see that on --
21    (A discussion was held off the record.)
22  BY MR. LUFT:
23    Q    ██████████████████████████
███████████████████████████████████

Page 172

1    MR. MAJOR:  Objection to form.
2    THE WITNESS:  Yes.
3  BY MR. LUFT:
4    Q    ██████████████████████████
███████████████████████████████████
6    A    I don't know.  I don't know why.
7    Q    ██████████████████████████
███████████████████████████████████
10    MR. MAJOR:  Objection to form.
11    THE WITNESS:  I'm not able to understand
12  this document.
13  BY MR. LUFT:
14    Q    ██████████████████████████
███████████████████████████████████
17    A    I don't know.  I don't know.
18    Q    ██████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
24    MR. MAJOR:  Objection to form.
25    THE WITNESS:  I do not know why.


ESQUIRE
DEPOSITION SOLUTIONS



Page 173

1  BY MR. LUFT:
2      Q   What if -- please tell me --
3      A   I do not know who.
4          INTERPRETER:  Sorry.
5      MR. LUFT:  Okay.
6  BY MR. LUFT:
10         MR. LUFT:  Okay.  Let's mark as Exhibit 55
11     a
14     (Exhibit 55 was marked for I.D.)
15  BY MR. LUFT:
25     A   I don't know.  I don't know why.

Page 174

1      (A discussion was held off the record.)
2  BY MR. LUFT:
3      Q
10         MR. MAJOR:  Objection to form.
11         THE WITNESS:  I really do not know why.
12  BY MR. LUFT:
13     Q
18         MR. MAJOR:  Objection.
19         THE WITNESS:  I do not understand your
20     question.
21  BY MR. LUFT:
22     Q

Page 175

1  later?
2          MR. MAJOR:  Objection to form.
3          THE WITNESS:  I do not know.
4  BY MR. LUFT:
5      Q
8      A   I do not know.
9      Q   Ms. Ngok, are you familiar with someone by
10 the name of Dinggang Wang?
11         INTERPRETER:  Can I have the spelling of
12     the name, sir?
13         MR. LUFT:  D-I-N-G-G-A-N-G, space, Wang,
14     W-A-N-G.
15         THE WITNESS:  I am not familiar.
16 BY MR. LUFT:
17     Q
19     A   I do not know.
20     Q   Okay.  Ms. Ngok, I'm going to have marked
21 as Exhibit -- what are we up to, 56? -- 56 documents
22 entitled "Residential Lease Renewal Agreement,"
23 between Greenwich Land, LLC, and Wang Dinggang.
24     (Exhibit 56 was marked for I.D.)
25

Page 176

1  BY MR. LUFT:
2      Q   Ms. Ngok, do you recognize this document?
3      A   I don't remember.
4      Q   Did you ever authorize Greenwich Land to
5  lease 33 Ferncliff to a man named Dinggang Wang?
6      A   I don't remember.
7      Q   Ms. Ngok, I'm going have the court
8  reporter mark as Exhibit 57 a copy of a document
9  entitled "Residential Lease Renewal Waiver
10 Agreement," which is an agreement between, again,
11 Greenwich Land, LLC, and Mr. Wang Dinggang dated
12 October 9, 2020.
13     (Exhibit 57 was marked for I.D.)
14 BY MR. LUFT:
15     Q   Ms. Ngok, who authorized Greenwich Land to
16 enter into this agreement with Mr. Dinggang Wang
17 related to he and his family living at 33 Ferncliff?
18         MR. MAJOR:  Objection to form.
19         THE WITNESS:  I'm not sure.
20 BY MR. LUFT:
21     Q   Okay.  Ms. Ngok, is part of Greenwich
22 Land's business to do media consulting?
23     A   I'm not sure.
24     Q   You're the sole member of Greenwich Land.
25 Are you aware of any media business that Greenwich



Page 177

1  Land is involved with?
2      A   I don't remember.
3      Q   Ms. Ngok, in your interrogatories, which
4  have been marked -- responses, which have been
5  marked as Exhibit 7, you state that the only
6  business that Greenwich Land is involved in, other
7  than the passive ownership of property, is its
8  ownership of the Taconic Road; that it has been sued
9  in this action; that it previously owned
10  33 Ferncliff Road; that those are the only
11  operations you are aware of.  Are you aware of any
12  media activity conducted by Greenwich Land?
13      A   I really do not know.  I really is not
14  sure.
15      Q   Okay.  Ms. Ngok, this agreement states
16  that Greenwich wishes to retain Mr. Wang's
17  professional service to assist Greenwich and its
18  affiliates with various projects, including but not
19  limited to media consulting.  Which of Greenwich's
20  affiliates are involved in media consulting?
21          MR. MAJOR:  Objection to form.
22          THE WITNESS:  I don't know and I really do
23  not know.  I'm...
24  BY MR. LUFT:
25      Q   The agreement goes on to state that

Page 178

1  Greenwich agreed to waive Wang's rental payment due
2  under the original lease in exchange for Wang's
3  agreement to provide professional services to
4  Greenwich and its affiliates, including Saraca Media
5  Group, Inc., with various projects, including but
6  not limited to media consulting.
7          Ms. Ngok, is Saraca Media Group -- what
8  type of media -- strike that.
9          Ms. Ngok, Saraca Media Group is a media
10  company run by your husband, correct?
11          MR. MAJOR:  Objection to form.
12          THE WITNESS:  I do not know.
13  BY MR. LUFT:
14      Q   Ms. Wang -- Ms. Ngok, Mr. Wang never paid
15  any rent in connection with his family living at
16  33 Ferncliff Road, correct?
17          MR. MAJOR:  Objection to form.
18          THE WITNESS:  I do not know.

Page 179

Page 180





of 52

Page 181

3   MR. LUFT:  Let's mark as Exhibit 59 a
4   document titled "Retail Fuel Delivery and
5   Service Agreement," dated February 6, 2020,
6   under the name of Ho Wan Kwok for the address
7   of 30 Ferncliff Road [sic].
8       (Exhibit 59 was marked for I.D.)
9       (A discussion was held off the
10      stenographic record.)
11      MR. LUFT:  Guys, I have to ask for a copy
12  back.  Sorry.  Thank you.
13  BY MR. LUFT:
14      Q   Ms. Ngok, this is a fuel delivery
15  agreement --
16      MR. MAJOR:  Wait.  Hold on.  The -- you
17  just took our copies back and --
18      MR. LUFT:  I didn't take your copies.  You
19  have two lawyers; I gave you one.  You guys
20  still have one, right?
21      MR. MAJOR:  No, we gave them both back.
22  You said it was the wrong document.
23      MR. LUFT:  No, I just needed a copy.
24      MR. MAJOR:  Ah, okay.
25

Page 182

1   BY MR. LUFT:
2       Q   Ms. Ngok, this is a retail fuel delivery
3   and service agreement dated February 6, 2020, for
4   the address 33 Ferncliff Road, Cos Cob, Connecticut,
5   under the name of Ho Wan Kwok.
6       MR. MAJOR:  Objection to form.
7   BY MR. LUFT:
8       Q   33 Ferncliff Road is the house Greenwich
9   Land owned, correct?  And Ho Wan Kwok is the name of
10  your husband, correct?
11      MR. LUFT:  She just answered something,
12  echo.  You got to translate it.
13      MR. MAJOR:  Hold on.  I have -- it's a
14  compound question.  You asked her what the
15  document was --
16      MR. LUFT:  She answered and it wasn't
17  translated, Chris.
18      MR. MAJOR:  No, but you asked two
19  questions at once.
20      MR. LUFT:  No, Chris, it just wasn't
21  translated.  She answered.
22      MR. MAJOR:  I'm looking at the realtime,
23  and I heard you --
24      MR. LUFT:  Whatever the -- 'cause Echo
25  didn't translate it, Chris.

Page 183

1       INTERPRETER:  Can the interpreter clarify?
2   I was still interpreting the first question;
3   you asked a second question.  Can the
4   interpreter reinterpret?
5       MR. LUFT:  And then she answered the
6   question, correct?
7       INTERPRETER:  Yes, she answered the
8   question.  She said yes.
9       MR. LUFT:  To my first question, and
10  then --
11      MR. MAJOR:  I don't know -- I disagree
12  with that.
13      MR. LUFT:  You can't disagree.  She's the
14  interpreter, Chris.  She's telling you that's
15  what happened.
16      MR. MAJOR:  I'm talking about the order of
17  the questions.
18      MR. LUFT:  Do you speak Chinese?
19      MR. MAJOR:  First of all, that's not a
20  language but -- and you've been saying that all
21  day but...
22      MR. LUFT:  It's not?  No, there are two
23  dialects I think you're referring to, but
24  there's obviously a language of Chinese, and
25  Mandarin is commonly referred to as "Chinese."

Page 184

1   Let's not waste time.
2       MR. MAJOR:  Hold on.
3       MR. LUFT:  Chris, I understand there's ten
4   minutes; I understand you're trying to run it
5   out all of a sudden with all these --
6       MR. MAJOR:  I'm not trying to run it out.
7   You asked a compound question; I'm objecting to
8   the compound question.
9       MR. LUFT:  Okay.
10      Ms. Interpreter, can you please explain
11  what happened?
12      (The reporter requested clarification.)
13      INTERPRETER:  Can -- the interpreter was
14  still interpreting the first question and
15  Ms. -- Ms. Guo actually answered the second
16  question while I was interpreting them.
17      Can the interpreter reinterpret both the
18  questions?
19      MR. LUFT:  Why don't I just withdraw it
20  and we'll just do it very quick?
21      INTERPRETER:  Okay, then.
22  BY MR. LUFT:
23      Q   Exhibit 59 says 33 Ferncliff Road, which
24  is a house you had previously told me was owned by
25  Greenwich Land, the name on the account of -- is Ho



Page 185

1    Wan Kwok. That is your husband, correct?
2         MR. MAJOR: Objection to form, including
3    compound.
4         THE WITNESS: I never said that the
5    33 Ferncliff Road house is under my husband's
6    name.
7    BY MR. LUFT:
8    Q    No, I understand that. The document --
9    but Exhibit 59, which is the fuel agreement, states
10   that 33 Ferncliff Road is under your husband's name,
11   correct?
12        MR. MAJOR: Objection to form.
13        THE WITNESS: I still do not know what
14   this document means, even right now.
15   BY MR. LUFT:
16   Q    Ms. Ngok, do you have any involvement with
17   paying the fuel bill for -- did you have any
18   involvement with paying the fuel bill for
19   33 Ferncliff Road?
20   A    You mean fuel? What is it?
21   Q    Yes.
22   A    It's like gasoline?
23   Q    The fuel that heats the home.
24   A    And then? Then what?
25   Q    My question is did you have any

Page 186

1    involvement in paying for the fuel bill for
2    33 Ferncliff Road?
3    A    I don't remember.
4    Q    Let me show you another document.
5         MR. LUFT: We're going to mark as
6    Exhibit 60 a copy of a Petro Home Services bill
7    to Ho Wan Kwok at 33 Ferncliff Road, Cos Cob,
8    Connecticut.
9         (Exhibit 60 was marked for I.D.)
10   BY MR. LUFT:
11   Q    Ms. Ngok, do you see that this a copy of a
12   fuel bill for 33 Ferncliff Road in the name of your
13   husband, Ho Wan Kwok?
14        MR. MAJOR: Objection to form.
15        THE WITNESS: I see his name, yes, but I
16   don't recognize any other information on this
17   page.
18        MR. LUFT: Let's go off the record for a
19   minute.
20        VIDEOGRAPHER: We're off the record. The
21   time is 8:53.
22        (A recess was taken.)
23        VIDEOGRAPHER: We're back on the record.
24   The time is 9:01.
25

Page 187

1    BY MR. LUFT:
2    ████████ ██ ████████████████████
3    ██ █       ██ ████████████████████
4    ██████████████████████████████
5    ████████████████████████████
6    ████ ████████████████████
7    BY MR. LUFT:
8    ███████████████████████
9    ██ ██████████████████████
10   █████████████████████████████████
11   ██████████████████████████
12   ██ █  ████████████████
13   ██ ██   ████████████████████████
14   ████████████████████████
15   █████████████████████████
16   ████████████████
17        MR. LUFT: Ms. Ngok, I have no further
18   questions at this time. Thank you very much
19   for what has been long and a very hot day in
20   this room.
21        THE WITNESS: Thank you, everybody. It
22   has been a hard day for everyone. Thank you so
23   much.
24        MR. MAJOR: Actually, I just want to put
25   two -- I'll be very, very quick. I'd like to

Page 188

1    mark the video and then the still images
2    thereof highly confidential for security
3    reasons.
4         I'd like to reserve the right, as
5    ridiculous as it may sound, to read and sign.
6    I just don't want to let that go. I know it's
7    a logistical situation and we may well not do
8    that, but I just want to reserve that right.
9         MR. LUFT: Okay.
10        COURT REPORTER: And can I just get the
11   orders on the record?
12        MR. LUFT: Sure. We'd like the rough and
13   expedited.
14        MR. MAJOR: And I just ask that the
15   transcript be marked "Confidential" except
16   where we marked it "Highly confidential," and
17   then we'll give it a review. And if there are
18   spots that don't need to be marked, we'll deal
19   with that then.
20        MR. LUFT: I will -- I don't agree that
21   everything on the record should be
22   confidential. And that's going to create a
23   major headache for the court when they have to
24   use this, including the fact that we all have
25   to make any use of it and any filings, both in



Page 189

1  court and in briefs, confidential.  I don't
2  think there's any basis, other than where we
3  have specified that things should be marked
4  "Confidential" or "Highly confidentially," to
5  say that the rest of the record needs to be
6  marked "Confidential" for the entire
7  deposition.
8      MR. MAJOR:  I was just saying it for a
9  period of time, to allow us to review the
10  transcript to see if there's anything we want
11  to mark "Confidential."  We can deal with that
12  off the record.
13     And then, in terms of the order, I'll take
14  a -- I think regular delivery will be fine.
15  And I'm sure it includes it, but a mini as
16  well.
17     COURT REPORTER:  And did you want a rough?
18  Sorry.
19     MR. MAJOR:  I don't think we need a rough,
20  but if we do, we'll reach out to you.  Is that
21  okay?
22     COURT REPORTER:  Sure.
23     THE WITNESS:  Thank you.
24     MR. LUFT:  Thank you, everyone.
25     MS. SONG:  Thank you.

Page 190

1      VIDEOGRAPHER:  This is concludes today's
2  deposition.  We're off the record at 9:05 p.m.
3      (The deposition concluded at 9:05 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 191

1           C E R T I F I C A T E
2      I hereby certify that I am a Notary Public,
3  in and for the State of Connecticut, duly
4  commissioned and qualified to administer oaths.
5      I further certify that the deponent named in
6  the foregoing deposition was by me duly sworn, and
7  thereupon testified as appears in the foregoing
8  deposition; that said deposition was taken by me
9  stenographically in the presence of counsel and
10  reduced to typewriting under my direction, and the
11  foregoing is a true and accurate transcript of the
12  testimony.
13      I further certify that I am neither of
14  counsel nor attorney to either of the parties to
15  said suit, nor am I an employee of either party to
16  said suit, nor of either counsel in said suit, nor
17  am I interested in the outcome of said cause.
18      Witness my hand and seal as Notary Public
19  this 13th day of September, 2023.
20
21           _____
                Deborah Gentile
22              Notary Public
23
24  My commission expires:  October 31, 2026
25

Page 192

1
2           INDEX OF EXAMINATIONS
3                                        PAGE
4  DIRECT EXAMINATION BY MR. LUFT           7
5
6            INDEX OF EXHIBITS
7      TRUSTEE'S EXHIBITS MARKED FOR I.D.
8  Exhibit 1 - Notice of Deposition, Ms. Ngok   7
9  Exhibit 2 - Notice of Deposition, Greenwich  8
             Land, LLC
10
   Exhibit 3 - Greenwich Land's Supplemental   21
11             Responses to Interrogatories,
               9/9/23
12
13  Exhibit 4 -
14  Exhibit 5 -
15
16  Exhibit 6 -
17  Exhibit 7 -
18
19  Exhibit 8 -
20  Exhibit 9 -
21
22  Exhibit 10 -
23  Exhibit 11 -
24
25





**Page 193**

```
 1
 2                    INDEX OF EXHIBITS (CONT'D)
 3               TRUSTEE'S EXHIBITS MARKED FOR I.D.
 4
        Exhibit 12 –
 6      Exhibit 13 –
 7
        Exhibit 14 –
 9      Exhibit 15 –
10
        Exhibit 16 –
12      Exhibit 17 –
13
        Exhibit 18 –
15      Exhibit 19 –
16
        Exhibit 20 –
18      Exhibit 21 –
19
        Exhibit 22 –
21      Exhibit 23 –
22
23
24
25
```

**Page 194**

```
 1
 2                    INDEX OF EXHIBITS (CONT'D)
 3               TRUSTEE'S EXHIBITS MARKED FOR I.D.
 4
        Exhibit 24 –
 6      Exhibit 25 –
 7
 8      Exhibit 26 –
                           2
10      Exhibit 27 –

12      Exhibit 28 –

14      Exhibit 29 –

        Exhibit 31 –

18      Exhibit 31 –

20      Exhibit 32 –
21
        Exhibit 33 –
23      Exhibit 34 –
24
25
```

**Page 195**

```
 1
 2                    INDEX OF EXHIBITS (CONT'D)
 3               TRUSTEE'S EXHIBITS MARKED FOR I.D.
 4
        Exhibit 35 –
 6      Exhibit 36 –
 7
        Exhibit 37 –
 9      Exhibit 38 –
10
        Exhibit 39 –
12      Exhibit 40 –
13
        Exhibit 41 –
15      Exhibit 42 –
16
        Exhibit 43 –
18      Exhibit 44 –
19
20      Exhibit 45 – "Minute Book of Gypsy Mei Food     127
                     Services"
21      Exhibit 46 – TRO and Preliminary Injunction,    152
                     3/28/23
22
        Exhibit 47 –
24      Exhibit 48 –
25
```

**Page 196**

```
 1
 2                    INDEX OF EXHIBITS (CONT'D)
 3               TRUSTEE'S EXHIBITS MARKED FOR I.D.
 4
        Exhibit 49 –
 6      Exhibit 50 –
 7
 8      Exhibit 51 –
 9      Exhibit 52 –
10
        Exhibit 53 –
12      Exhibit 54 –
13
        Exhibit 55 –
15      Exhibit 56 – Residential Lease Renewal          175
                     Agreement, Mr. Wang
16
        Exhibit 57 – Residential Lease Renewal Waiver   176
17                   Agreement, Mr. Wang, 10/9/20
18      Exhibit 58 –
19
        Exhibit 59 – Retail Fuel Delivery and Service   181
20                   Agreement, 2/6/20
21      Exhibit 60 – Petro Home Services Bill, 33       186
                     Ferncliff Road
22
23      (Reporter's note:  Exhibits attached to original.)
24
25
```

