**Exhibit 56**

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LAMP CAPITAL LLC**
GS008
667 MADISON AVE, 4TH FLR
NEW YORK, NY 10065

DIME BANK
898 VETS MEMORIAL HWY STE 560
HAUPPAUGE, NY 11788
50-666/214

1082

01/12/2022

PAY TO THE ORDER OF U.S. Legal Support, Inc. $ **1,028.75

One Thousand Twenty-Eight and 75/100*************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

U.S. Legal Support, Inc.
PO BOX 4772
Houston, TX 77210-4772

02 5660703 00514 0022 012022

MEMO

MP

⑈001082⑈ ⑆[redacted]6667⑆ [redacted]6250⑈

© 2014 INTUIT INC # 1571 1-800-433-8810

Details on Back
Intuit® CheckLock™ Secure Check

[redacted]7676
2022-01-21

01/20/2022 >[redacted]6295< Cadence Bank
Credit to the Account of the Within Named Payee