## Exhibit 57

This exhibit has been filed under seal.