## **Exhibit 58**

This exhibit has been filed under seal.