**Exhibit 59**

This exhibit has been filed under seal.