## Exhibit 60

This exhibit has been filed under seal.