## Exhibit 61

This exhibit has been filed under seal.