## Exhibit 64



# The Bank of Princeton
### Bank Wisely.

183 Bayard Lane, Princeton, NJ 08540
609.921.1700 | www.thebankofprinceton.com

**RETURN SERVICE REQUESTED**

LAMP CAPITAL LLC
DANIEL PODHASKIE
667 MADISON AVE FL 4
NEW YORK NY 10065-8029

**Statement Ending 11/30/2020**

Lamp Capital LLC                                    Page 1 of 4
Account Number:        389

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | Bayard Lane |
| 🖊 | Phone Number | 609-921-1700 |
| ✉ | Mailing Address | 183 Bayard Lane<br>Princeton NJ 08540 |
| 💻 | Website | www.thebankofprinceton.com |



** Interested in going paperless? Sign up for eStatements today! **

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Wise Business Checking | ████0389 | $10,000,985.89 |

## Wise Business Checking- ████ 0389

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/31/2020 | Beginning Balance | $4,230,400.00 |
| | 2 Credit(s) This Period | $9,094,258.34 |
| | 15 Debit(s) This Period | $3,323,672.45 |
| 11/30/2020 | Ending Balance | $10,000,985.89 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 11/20/2020 | WEB XFER FROM Wise Busin ████ 0199 ON 11/20 AT 19:07 CONF# 114055900 | $9,000,000.00 |
| | 1 item(s) totaling | $9,000,000.00 |

 Member FDIC

609.921.1700   |   thebankofprinceton.com

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**BEFORE YOU START-**

WITHDRAWALS OUTSTANDING-
NOT CHARGED TO ACCOUNT

PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT.

YOU SHOULD HAVE ADDED IF ANY OCCURRED:
1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

YOU SHOULD HAVE SUB-TRACTED IF ANY OCCURRED:
1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments.

| | | |
|---|---|---|
| BALANCE SHOWN ON THIS STATEMENT | $ | _____ |
| ADD | | |
| DEPOSITS NOT SHOWN ON THIS STATEMENT | $ | _____ |
| | | _____ |
| | | _____ |
| TOTAL | $ | _____ |
| SUBTRACT – | | |
| WITHDRAWALS OUTSTANDING | $ | _____ |
| BALANCE | $ | _____ |

SHOULD AGREE WITH YOUR REGISTER BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 l"#$!! days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

%&'()'*+,&-'/*&(012'
34 56784#96899:$ 6#;69<=>?>@A?AB==94C$9$D5"#$E:$9:$D6D6#!F$D488 DD$CG                    &1

### Check 21 Notification

If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Contact your branch or call the number on the front of this statement to request a Check 21 disclosure.

## Wise Business Checking-█████0389 (continued)

### Other Credits

| Date | Description | Amount |
|------|-------------|--------|
| 11/25/2020 | Incoming Wire ██ 296 BANK OF AMERICA | $94,258.34 |
| | | 1 item(s) totaling $94,258.34 |

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 11/06/2020 | Outgoing Wire 23970 Troutman Pepper Hamilton Sanders | $64,865.77 |
| 11/06/2020 | Outgoing Wire Fee 23970 | $25.00 |
| 11/09/2020 | Outgoing Wire 23992 Lamp Capital, LLC | $1,000,000.00 |
| 11/09/2020 | Outgoing Wire Fee 23992 | $25.00 |
| 11/13/2020 | Outgoing Wire 24035 Lamp Capital, LLC | $1,000,000.00 |
| 11/13/2020 | Outgoing Wire Fee 24035 | $25.00 |
| 11/23/2020 | Outgoing Wire 24117 Lamp Capital, LLC | $1,000,000.00 |
| 11/23/2020 | Outgoing Wire Fee 24117 | $25.00 |
| 11/25/2020 | Outgoing Wire 24134 Qiang Guo | $70,000.00 |
| 11/25/2020 | Outgoing Wire 24141 Pag New Jersey JL1 LLC | $94,303.34 |
| 11/25/2020 | Incoming Wire Fee 43928296 | $25.00 |
| 11/25/2020 | Outgoing Wire Fee 24134 | $25.00 |
| 11/25/2020 | Outgoing Wire Fee 24141 | $25.00 |
| 11/30/2020 | Outgoing Wire 24156 Pag New Jersey JL1, LLC | $94,303.34 |
| 11/30/2020 | Outgoing Wire Fee 24156 | $25.00 |
| | | 15 item(s) totaling $3,323,672.45 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 11/06/2020 | $4,165,509.23 | 11/20/2020 | $11,165,459.23 | 11/30/2020 | $10,000,985.89 |
| 11/09/2020 | $3,165,484.23 | 11/23/2020 | $10,165,434.23 | | |
| 11/13/2020 | $2,165,459.23 | 11/25/2020 | $10,095,314.23 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|------|-----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

THIS PAGE LEFT INTENTIONALLY BLANK