**Exhibit 68**




**The Bank of Princeton**
*Bank Wisely.*

183 Bayard Lane, Princeton, NJ 08540
609.921.1700 | www.thebankofprinceton.com

RETURN SERVICE REQUESTED

LAMP CAPITAL LLC
DANIEL PODHASKIE
667 MADISON AVE FL 4
NEW YORK NY 10065-8029

Statement Ending 10/30/2020

Lamp Capital LLC                                          Page 1 of 4
Account Number: 3500000389

### Managing Your Accounts

| | | |
|---|---|---|
| | Branch Name | Bayard Lane |
| | Phone Number | 609-921-1700 |
| | Mailing Address | 183 Bayard Lane Princeton NJ 08540 |
| | Website | www.thebankofprinceton.com |

** Interested in going paperless? Sign up for eStatements today! **

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Wise Business Checking | 3500000389 | $4,230,400.00 |

## Wise Business Checking-3500000389

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2020 | Beginning Balance | $0.00 |
| | 3 Credit(s) This Period | $5,011,000.00 |
| | 13 Debit(s) This Period | $780,600.00 |
| 10/30/2020 | Ending Balance | $4,230,400.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 10/26/2020 | WEB XFER FROM Wise Busin 3500000199 ON 10/26 AT 12:52 CONF# 111097670 | $1,000.00 |
| | | 1 item(s) totaling $1,000.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 10/15/2020 | Incoming Wire 43012337 LAMP CAPITAL LLC | $10,000.00 |
| 10/15/2020 | Incoming Wire 43026211 SAVIO LAW LLC | $5,000,000.00 |
| | | 2 item(s) totaling $5,010,000.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 10/15/2020 | WEB XFER TO CHECKING 3500000306 ON 10/15 AT 13:47 CONF# 111961205 | $1,000.00 |
| 10/15/2020 | WEB XFER TO CHECKING 3500000314 ON 10/15 AT 13:49 CONF# 111980183 | $1,000.00 |
| 10/15/2020 | WEB XFER TO CHECKING 3500000322 ON 10/15 AT 13:49 CONF# 111983669 | $1,000.00 |
| 10/15/2020 | WEB XFER TO CHECKING 3500000330 ON 10/15 AT 13:50 CONF# 111994468 | $1,000.00 |
| 10/15/2020 | WEB XFER TO CHECKING 3500000355 ON 10/15 AT 13:51 CONF# 112004097 | $1,000.00 |
| 10/15/2020 | WEB XFER TO CHECKING 3500000363 ON 10/15 AT 13:52 CONF# 112010274 | $1,000.00 |
| 10/15/2020 | WEB XFER TO CHECKING 3500000199 ON 10/15 AT 13:53 CONF# 112022361 | $1,000.00 |
| 10/15/2020 | WEB XFER TO CHECKING 3500000306 ON 10/15 AT 13:54 CONF# 112031606 | $1,000.00 |
| 10/29/2020 | WEB XFER TO CHECKING 3500000306 ON 10/29 AT 11:10 CONF# 119678737 | $500,000.00 |
| | | 9 item(s) totaling $508,000.00 |



609.921.1700  |  thebankofprinceton.com

THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**BEFORE YOU START-**

WITHDRAWALS OUTSTANDING- NOT CHARGED TO ACCOUNT

PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT.

| YOU SHOULD HAVE ADDED IF ANY OCCURRED: | YOU SHOULD HAVE SUB-TRACTED IF ANY OCCURRED: |
|---|---|
| 1. Loan advances. | 1. Automatic loan payments. |
| 2. Credit memos. | 2. Automatic savings transfers. |
| 3. Other automatic deposits. | 3. Service charges. |
|  | 4. Debit memos. |
|  | 5. Other automatic deductions and payments. |

BALANCE SHOWN ON THIS STATEMENT    $ _____

ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT    $ _____

_____

_____

TOTAL    $ _____

SUBTRACT –

WITHDRAWALS OUTSTANDING    $ _____

BALANCE    $ _____

SHOULD AGREE WITH YOUR REGISTER BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers telephone us at the phone number listed on the front, or write us at the address listed on the front as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must here from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 !"#$!! days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

%&'()*+,&-.'/*&(012'    &1
34 56784#96899:$ 6#;69<=>?>@A?AB==94C$9$D5"#$E:$9:$D69D6#!F$D488 DD$CG

**Check 21 Notification**

If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Contact your branch or call the number on the front of this statement to request a Check 21 disclosure.

## Wise Business Checking-3500000389 (continued)

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 10/15/2020 | Incoming Wire Fee 43026211 | $25.00 |
| 10/15/2020 | Incoming Wire Fee 43012337 | $25.00 |
| 10/29/2020 | Outgoing Wire 23886 Moran Yacht Management Inc. | $272,525.00 |
| 10/29/2020 | Outgoing Wire Fee 23886 | $25.00 |
| | | 4 item(s) totaling $272,600.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/15/2020 | $5,001,950.00 | 10/26/2020 | $5,002,950.00 | 10/29/2020 | $4,230,400.00 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

THIS PAGE LEFT INTENTIONALLY BLANK