**Exhibit 69**

# Certification of Beneficial Owner(s)



Persons opening an account on behalf of a Legal Entity must provide the following information for all sections:

**A. Name and Title of Natural Person opening account:**

| Name | NADEEM AKBAR | Title: | PRESIDENT |

Business EIN: ▓▓▓▓8073

**B. Full Legal Business Name:**
LAMP CAPITAL LLC

**Physical Business Address:**
162 E 64TH STREET     NEW YORK, NY 10065

**C.** The following information for each individual*, if any, who directly or indirectly, through any contract, arrangement, understanding, relationship, or otherwise, owns 25% or more of the equity interests of the Legal Entity listed above:

| # | Name | Date of Birth | Address (Residential or Business Street Address) | For U.S. Persons: Social Security Number | For Non-U.S. Persons: Social Security Number, Passport Number and Country of Issuance, or other similar identification number | % of Ownership |
|---|------|---------------|--------------------------------------------------|------------------------------------------|--------------------------------------------------------------------------------------------------------------------------------|----------------|
| 1 | QIANG GUO | ▓▓▓1987 | 162 E E 64TH STREET NEW YORK, NY 10065 | ▓▓▓3730 | ▓▓▓0321, CHINA | 100.00 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |

*If no individual meets this definition, please enter "Not Applicable" above and explain below (i.e. All <25%; Charity/Non-Profit; etc.):

**Beneficial Owner Detail:** As applicable, explain any layers of Beneficial Ownership, etc. (For example, ABC Co. is 50% owned by 123 Corp. 123 Corp. is 50% owned by John Doe; therefore, John is a 25% Beneficial Owner of ABC Co.)

# Certification of Beneficial Owner(s)



**D.** The following information for one individual with significant responsibility for managing the Legal Entity listed above:

An executive officer or senior manager (e.g. Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or,

Any other individual who regularly performs similar functions. (If appropriate, an individual listed under section (c) above may also be listed in this section (d)).

| Name/Title | Date of Birth | Address (Residential or Business Street Address) | For U.S. Persons: Social Security Number | For Non-U.S. Persons: Social Security Number, Passport Number and Country of Issuance, or other similar identification number |
|---|---|---|---|---|
| NADEEM AKBAR<br>PRESIDENT | ▮▮▮▮1981 | 88-01 35TH AVE APT 5F<br>JACKSON HEIGHTS, NY 11372 | ▮▮▮▮▮8538 | N/A |

**CERTIFICATION:**

I, NADEEM AKBAR _____ (name of natural person opening account), hereby certify, to the best of my knowledge, that the information above is complete and correct. Additionally, I agree to notify Dime Community Bank of any change in the information above.

SIGNATURE: *NADEEM AKBAR* (DocuSigned by: A979D29067914B8...)   DATE: 09/28/2021

**RECERTIFICATION:**

I hereby certify to the best of my knowledge that the above information has not changed.

SIGNATURE: _[signature]_

DATE: 10/04/2021

**INTERNAL USE ONLY**

Form Received By: S. SOOKNANDAN
Branch/Department: PB # 93
Port #: 194158

In lieu of a passport number, Non-U.S. persons may also provide a Social Security Number, an Alien Identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

Updated 02/01/21