**Exhibit 74**



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LAMP CAPITAL LLC**
GS008
667 MADISON AVE, 4TH FLR
NEW YORK, NY 10065

DIME BANK
898 VETS MEMORIAL HWY STE 560
HAUPPAUGE, NY 11788
50-666/214

1052

12/06/2021

PAY TO THE ORDER OF  THE MAR-A-LAGO CLUB    $ **300.00

Three Hundred and 00/100************************************************************************ DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

THE MAR-A-LAGO CLUB
1100 SOUTH OCEAN BOULEVARD
PALM BEACH, FL 33480

MEMO  Member 02635: Ho Wan Kwok

⑈00 10 5 2⑈ ⑆ ▇▇▇▇ 6 6 6 7⑇ ▇▇▇▇ 6 2 50⑈

0910739297
2021-12-14

```
For Deposit Only
Centennial Bank - FL
0829027 57
503827090
Mar-A-Lago Club
12/13/2021
```