**Exhibit 75**



198680090   03/04/2022   NY009   LR17763   BIC

0910875940
2022-03-07

PAY TO THE ORDER OF
CITIBANK, N.A. BR. #735
NEW YORK, NY 10022
021000089
FOR DEPOSIT ONLY
THE SHERRY NETHERLAND INC.
8967563277