## Exhibit 76

This exhibit has been filed under seal.