**<u>Exhibit 77</u>**

**From:** Margaret Conboy
**Sent:** Thursday, October 3, 2019 3:12:06 PM
**To:** Kevin A. Walsh
**Subject:** Mead Point
**Sensitivity:** Normal

---

Kevin,

My client, the Chinese billionaire, may purchase 602 Indian Field which is the 11 acre vacant parcel at the end of Mead's Point – the seller accepted his offer of $35 mil. I do not know if this will really go through, he is meeting with architects, engineers etc. I was wondering if you have any background about the property since Mike McKeever is on the board. Apparently, the current owner has approval to build 2 house, I am not sure if my client will just build one house or two – My client has had me hold off on ordering searches until he has an idea of what is involved in building on the parcel.

Margaret

**Margaret E. Conboy**



(203) 862-2412  Direct
(203) 869-1951  Fax
mconboy@wbamct.com

Whitman Breed Abbott & Morgan LLC | 500 W. Putnam Avenue, Greenwich, Connecticut 06830 | www.wbamct.com



---

This electronic message contains information which may be privileged, confidential or otherwise protected from disclosure. The information contained herein is intended to be for the addressee only. If you are not the addressee, any disclosure, copying, distribution or use of the contents of this message (including any attachments) is prohibited. If you have received this electronic message in error, please notify the sender immediately and destroy the original message and all copies.

ANY STATEMENTS REGARDING FEDERAL TAX LAW CONTAINED HEREIN ARE NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSES OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW OR TO MARKET ANY ENTITY, INVESTMENT PLAN OR ARRANGEMENT.

**WE DO NOT ACCEPT OR REQUEST** CHANGES TO WIRING INSTRUCTIONS VIA EMAIL OR FAX. Always call to verify.