## **Exhibit 78**

This exhibit has been filed under seal.