## Exhibit 79

This exhibit has been filed under seal.