**Exhibit 80**

# Delaware

The First State

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "LEADING SHINE NY LTD." AS RECEIVED AND FILED IN THIS OFFICE.*

*THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:*

*CERTIFICATE OF INCORPORATION, FILED THE THIRD DAY OF JANUARY, A.D. 2019, AT 9:58 O`CLOCK A.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID CORPORATION, "LEADING SHINE NY LTD.".*



Jeffrey W. Bullock, Secretary of State

7221157  8100H
SR# 20223918714

Authentication: 204759648
Date: 11-02-22

You may verify this certificate online at corp.delaware.gov/authver.shtml

**STATE *of* DELAWARE**
**CERTIFICATE *of* INCORPORATION**
***A* STOCK CORPORATION**

```
State of Delaware
Secretary of State
Division of Corporations
Delivered 09:58 AM 01/03/2019
FILED 09:58 AM 01/03/2019
SR 20190034320 - File Number 7221157
```

**FIRST**: The name of this Corporation is **Leading Shine NY Ltd.**

**SECOND**: The address of the registered office and the name and address of the registered agent of the corporation in the State of Delaware is 3411 Silverside Road Tatnall Building #104 in the City of Wilmington, in the County of New Castle, 19810. The name of its Registered Agent at such address is Corporate Creations Network Inc.

**THIRD**: The purpose of the Corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

**FOURTH**: The Corporation shall be authorized to issue the following shares:

| Class | Number of Shares | Par Value |
|---|---|---|
| Common Stock | 200 | None |

**FIFTH**: The name and mailing address of the incorporator are as follows:

Kyle M. Lawrence
c/o Sahn Ward Coschignano, PLLC
333 Earle Ovington Boulevard, Suite 601
Uniondale, New York 11531

**SIXTH**: Any person who was or is a party or is threatened to be made a party to any proceeding, (whether or not by or in the right of the Corporation) by reason of the fact that he is or was a director or officer of the Corporation, or is or was serving at the request of the Corporation as a director or officer of another corporation, partnership, joint venture, trust, or other enterprise, shall be entitled to be indemnified by the Corporation to the full extent then permitted by law against liability incurred in connection with such proceeding, including any appeal thereof. Such right of indemnification shall incur whether or not the claim asserted is based on matters which antedate the adoption of this Article SIXTH. Such right of indemnification shall continue as to a person who has ceased to be a director or officer and shall incur to the benefit of the heirs and personal representatives of such a person. The indemnification provided by this Article SIXTH shall not be deemed exclusive of any other rights which may be provided now or in the future under any provisions currently in effect or hereafter adopted by the By-Laws, by any agreement, by vote of stockholders, by resolution of disinterested directors, by provision of law, or otherwise.

**SEVENTH**: The personal liability of the directors of the Corporation is eliminated to the fullest extent permitted by the provisions of the General Corporation Law of Delaware, as same may be amended and supplemented from time to time.

**IN WITNESS WHEREOF**, the undersigned has, on this 2nd day of January, 2019, made and subscribed this Certificate of Incorporation in Uniondale, New York for the uses and purposes aforesaid.

                                               */s/Kyle M. Lawrence*
                                               Kyle M. Lawrence, Incorporator