**Exhibit 81**

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for LEADING SHINE NY LTD., File Number 190104000356 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on November 02, 2022.

Brendan C. Hughes
Executive Deputy Secretary of State

Authentication Number: 100002435077 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov



New York State
Department of State
DIVISION OF CORPORATIONS,
STATE RECORDS AND
UNIFORM COMMERCIAL CODE
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

# APPLICATION FOR AUTHORITY OF

LEADING SHINE NY LTD.
*(Insert Corporate Name)*

Under Section 1304 of the Business Corporation Law

**FIRST:** The name of the corporation is:

LEADING SHINE NY LTD.

If the name does not contain a required word or abbreviation indicating corporate character pursuant to § 301 of the Business Corporation Law, the corporation agrees to add the word or abbreviation _____ to the end of its name for use in this state.

*(Do not complete the following section unless the corporation's true name is not available pursuant to §301 or § 302 of the Business Corporation Law.)* The fictitious name under which the corporation will do business in New York is:

_____

**SECOND:** The jurisdiction in which the corporation was organized is:

Delaware_____. The date of its incorporation is: 1/3/2019_____.

**THIRD:** This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**FOURTH:** The county within this state in which the office of the corporation is to be located is: New York County_____. *(A county in New York State is required. Please note that the corporation is not required to have an actual physical office in this state.)*

DOS-1335-f-a (Rev. 03/17)

Page 1 of 3

190104000356

FIFTH: The Secretary of State is designated as agent of the corporation upon whom process against the corporation may be served. The address to which the Secretary of State shall mail a copy of any process accepted on behalf of the corporation is:

800 5th Avenue, Suite 21F, New York, NY 10065

SIXTH: *(Check the statement that applies.)*

[■] The foreign corporation has not since its incorporation or since the date its authority to do business in New York was last surrendered, engaged in any activity in this state.

[ ] The consent of the New York State Tax Commission is attached.

X _____
(Signature)

Kyle M. Lawrence, Esq.
(Name of Signer)

Authorized Person
(Title of Signer)

# Delaware

Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "LEADING SHINE NY LTD." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE THIRD DAY OF JANUARY, A.D. 2019.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "LEADING SHINE NY LTD." WAS INCORPORATED ON THE THIRD DAY OF JANUARY, A.D. 2019.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL FRANCHISE TAXES HAVE BEEN ASSESSED TO DATE.

Jeffrey W. Bullock, Secretary of State

7221157  8300
SR# 20190035155

Authentication: 202010219
Date: 01-03-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

# APPLICATION FOR AUTHORITY
# OF

LEADING SHINE NY LTD.

*(Insert Corporate Name)*

Under Section 1304 of the Business Corporation Law

Filer's Name and Mailing Address:

Kyle M. Lawrence, Esq.
*Name*

SAHN WARD COSCHIGNANO, PLLC
*Company, if Applicable*

333 Earle Ovington Boulevard, Suite 601
*Mailing Address*

Uniondale, New York 11553
*City, State and Zip Code*

**DRAWDOWN ACCOUNT # PT**

FILED 2019 JAN -4 12:41

**NOTES:**
1. You must submit a Certificate of Existence, Certificate of Good Standing or Certificate of Status from the official who files and maintains incorporation records in the jurisdiction of the corporation's formation.
2. The name of the corporation and date of incorporation must exactly match the name of the corporation and, if applicable, the date of incorporation stated in the Certificate of Existence Certificate of Good Standing or Certificate of Status.
3. The Application for Authority must be signed by an officer, director or duly authorized person.
4. Attach the consent of the NYS Tax Commission, if required. To request consent, call the NYS Department of Taxation and Finance at (518) 485-2639.
5. The Application for Authority must be submitted with a **$225** filing fee, made payable to the Department of State.
6. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores. the Department of State recommends that legal documents be prepared under the guidance of an attorney.

(For Office Use Only)

RECEIVED 2019 JAN -3 PM 4:08

Icc
STATE OF NEW YORK
DEPARTMENT OF STATE

FILED JAN 04 2019

TAX $ _____

BY: _____  AB