## **Exhibit 82**

This exhibit has been filed under seal.