## Exhibit 83

This exhibit has been filed under seal.