## Exhibit 85

This exhibit has been filed under seal.