**Exhibit 86**

This exhibit has been filed under seal.