**<u>Exhibit 87</u>**

This exhibit has been filed under seal.