## Exhibit 89

This exhibit has been filed under seal.