## **Exhibit 90**

This exhibit has been filed under seal.