## Exhibit 91

This exhibit has been filed under seal.