## **Exhibit 92**

This exhibit has been filed under seal.