# Exhibit 93

This exhibit has been filed under seal.