**<u>Exhibit 94</u>**



CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LAMP CAPITAL LLC**
GS008
667 MADISON AVE, 4TH FLR
NEW YORK, NY 10065

**DIME BANK**
898 VETS MEMORIAL HWY STE 560
HAUPPAUGE, NY 11788
50-666/214

1073

01/11/2022

PAY TO THE ORDER OF    The Francis Firm PLLC                                    $ **10,000.00

Ten Thousand and 00/100*************************************************************************************  DOLLARS

The Francis Firm PLLC
50 Riverside Boulevard, Apt 3G
New York, NY 10069

MEMO

⑈0010 7 3⑈  ⑆ 666 7⑆  6 250⑈

0910796103
2022-01-24