**Exhibit 95**





>021407912<
CAPITAL ONE, NA
0080531642   11222021
RICHMOND, VA 32821
RDC Deposit   1361028399

0910395327
2021-11-23