**Exhibit 96**



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LAMP CAPITAL LLC**
GS008
667 MADISON AVE, 4TH FLR
NEW YORK, NY 10065

DIME BANK
898 VETS MEMORIAL HWY STE 560
HAUPPAUGE, NY 11788
50-666/214

1096

01/26/2022

PAY TO THE ORDER OF: THE CASPER FIRM         $ **125,663.00

One Hundred Twenty-Five Thousand Six Hundred Sixty-Three and 00/100************************** DOLLARS

PROTECTED AGAINST FRAUD

THE CASPER FIRM
400 E. PRATT STREET, SUITE 903
BALTIMORE, MD 21202

MEMO

⑈001096⑈    ⑆667⑈    ⑆250⑈

>065000090<

CAPITAL ONE, NA

0064335958 01312022

RICHMOND, VA 133 21

Deposit 1360332493

0910405875
2022-02-01

FOR DEPOSIT ONLY
THE CASPER FIRM, LLC
1360332493