**Exhibit 97**





For Deposit Only
GANFER & SHORE LLP -
OPERATING 3446
1501293446

0910618045
2021-10-19