**Exhibit 98**



**LAMP CAPITAL LLC**
GS003
667 MADISON AVE, 4TH FLR
NEW YORK, NY 10065

DIME BANK
858 VETS MEMORIAL HWY STE 550
HAUPPAUGE, NY 11788
50-555214

1016

10/28/2021

PAY TO THE ORDER OF  Roy D. Simmon                            $ **16,000.00

Sixteen Thousand and 00/100************************************************************ DOLLARS

Roy D. Simmon
205 West End Avenue – Suit 8N
New York, NY 10023

MEMO

⑈00 1016⑈   :6667:   5250⑈

For Deposit Only - JPMC

0910193603
2021-11-01

Hongkong 96 acct #
20200795665