**Exhibit 99**



```
0910244508
2021-10-18
```

CREDIT TO WITHIN NAMED PAYEE
LACK OF END GTD BMO Harris Bank N.A.
LOCKBOX ID: 71303   SITE: CHI
DEPOSIT DATE: 10-18-2021
DDA ACCOUNT #: 4353462
BATCH #: 382   SEQ #: 0042