**<u>Exhibit 100</u>**



CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LAMP CAPITAL LLC**
GS008
667 MADISON AVE, 4TH FLR
NEW YORK, NY 10065

**DIME BANK**
898 VETS MEMORIAL HWY STE 560
HAUPPAUGE, NY 11788
50-666/214

1069

12/27/2021

PAY TO THE ORDER OF    BakerHostetler LLP                                          $  **275,000.00

Two Hundred Seventy–Five Thousand and 00/100************************************************************    DOLLARS

BakerHostetler LLP
45 Rockefeller Plaza
New York NY 10111

MEMO

⑆001069⑆   ⑈666⑉   250⑈

DDA 000354931000237 Lbx 0070189 CLE Batch 2107111 Seq 000044 Date 20211231

CREDIT TO DDA BILLING ACCOUNT
ABSENT ENDORSEMENT GUARANTEED
KEYBANK LB NATIONAL ASSOCIATION
LB 0070189>000354931000237<CLE

0910041250
2021-12-31