**Exhibit 101**



ISN: 123458833
Date/Time: 11/29/2021 4:37 PM
Valley National Bank 021201383
Branch: 083  Teller: 8305

PAY TO THE ORDER OF
VALLEY NATIONAL BANK
CHESTER NJ 07930
▼ 021201383 ▲
FOR DEPOSIT ONLY
LAWALL & MITCHELL LLC
0000291497

0910466828
2021-11-30