**Exhibit 102**



0910907784
2022-01-19

CLAYMAN & ROSENBERG LLP
305 MADISON AVENUE
NEW YORK, NY 10165