**Exhibit 103**



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LAMP CAPITAL LLC**
GS008
687 MADISON AVE, 4TH FLR
NEW YIORK, NY 10065

DIME BANK
898 VETS MEMORIAL HWY STE 580
HAUPPAUGE, NY 11788
50-668/214

1037

11/12/2021

PAY TO THE ORDER OF: HODGSON RUSS     $ **67.00

Sixty-Seven and 00/100************************************************************************ DOLLARS

HODGSON RUSS
140 PEARL STREET, SUITE 100
BUFFALO, NY 14202

MEMO VOID:

⑈0010371⑈ ⑆6671⑇ 6250⑈

ISN# 003001625507
Date 12/20/2021
WorkType:26  Batch#: 9

0910219545
2021-12-21

PAY MANUFACTURERS AND TRADERS TRUST CO.
BUFFALO, NY or order
HODGSON RUSS LLP
#34545