**Exhibit 104**



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**LAMP CAPITAL LLC**
GS008
667 MADISON AVE, 4TH FLR
NEW YIORK, NY 10065

DIME BANK
898 VETS MEMORIAL HWY STE 560
HAUPPAUGE, NY 11788
50-566/214

1029

11/10/2021

PAY TO THE ORDER OF __William Bradley Wendel__    $**9,391.67

__Nine Thousand Three Hundred Ninety-One and 67/100__*********************************************** DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

William Bradley Wendel
123 Burleigh Dr.
Ithaca, NY 14850

MEMO  RE: The Casper Firm LLC || September 13, 2021

⑈001029⑈  ⑆⑇  ⑆250⑈

```
>021302648< 20211123
Tompkins Trust Company
Drawer#/Trans#: 01402/0012
HIN: 799710730000038
```

<0021302648> 1402 12 11/23/21

0910687308
2021-11-24

For Deposit Only