**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| HO WAN KWOK, *et al.*,[1] | ) | Case No. 22-50073 (JAM) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | October 27, 2023 |

_____

## MOTION TO WITHDRAW APPEARANCE OF MARCY J. MCLAUGHLIN SMITH

Pursuant to Local Rule of Civil Procedure 7(e), made applicable by Local Rule of Bankruptcy Procedure 9083-4, Marcy J. McLaughlin Smith, Esq., of Troutman Pepper Hamilton Sanders LLP requests permission to withdraw her appearance on behalf of Bravo Luck Limited ("Bravo") in this action.

In support of this motion, the undersigned states that after October 27, 2023, Ms. McLaughlin Smith will no longer be employed by Troutman Pepper Hamilton Sanders LLP and no longer represent Bravo.

The undersigned further states that Francis J. Lawall, Esq., and Joanna J. Cline, Esq., of Troutman Pepper Hamilton Sanders LLP have already appeared on behalf of, and will continue to represent, Bravo in this action.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that the Court enter the order attached hereto as **Exhibit A** to grant leave to withdraw her appearance in the above-captioned case.

Dated at Wilmington, Delaware, this 27th day of October, 2023.

/s/ Marcy J. McLaughlin Smith
Marcy J. McLaughlin Smith (DE No. 6184)
(admitted *pro hac vice*)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 777-6500
Fax:          (302) 421-8390
E-mail: marcy.smith@troutman.com

*Withdrawing Counsel for Bravo Luck Limited*

-2-

164520628v1

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 27, 2023, the *Motion to Withdraw Appearance of Marcy J. Mclaughlin Smith* was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by United States first class mail, postage prepaid, to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A.    Electronic Notice Via CM/ECF Service List

| | |
|---|---|
| Gregory F. Arcaro | garcaro@grafsteinlaw.com; 5806@notices.nextchapterbk.com; office@grafsteinlaw.com; ArcaroGR49801@notify.bestcase.com |
| Laura Aronsson | laronsson@omm.com |
| Tristan G. Axelrod | taxelrod@brownrudnick.com |
| William R. Baldiga | wbaldiga@brownrudnick.com |
| Kellianne Baranowsky | kbaranowsky@gs-lawfirm.com; aevans@gs-lawfirm.com; kbaranowsky@ecf.courtdrive.com |
| Daniel D. Barnes | dbarnes@csglaw.com |
| Douglass E. Barron | douglassbarron@paulhastings.com |
| Nicholas A. Bassett | nicholasbassett@paulhastings.com; jonathonkosciewicz@paulhastings.com; lucdespins@paulhastings.com; alexbongartz@paulhastings.com; ezrasutton@paulhastings.com; douglassbarron@paulhastings.com; ecf.frg@paulhastings.com; aviluft@paulhastings.com |
| Patricia B. Bergamasco | bergamasco@csglaw.com |
| Patrick M. Birney | pbirney@rc.com, ctrivigno@rc.com |
| Christopher H. Blau | cblau@zeislaw.com |
| G. Alexander Bongartz | alexbongartz@paulhastings.com |
| Trevor L. Bradley | tbradley@rc.com |
| Carollynn H.G. Callari | ccallari@callaripartners.com |
| Daniel Cantor | dcantor@omm.com |
| Dennis M. Carnelli | dcarnelli@npmlaw.com |
| John L. Cesaroni | jcesaroni@zeislaw.com |
| Scott M. Charmoy | scottcharmoy@charmoy.com; ecf-3ae5beb98d9b@ecf.pacerpro.com; charmoysr97992@notify.bestcase.com |
| Holley L. Claiborn | holley.l.claiborn@usdoj.gov |
| Brian J Clifford | bclifford@sdvlaw.com; lucdespins@paulhastings.com |
| Michael T. Conway | mconway@lpgmlaw.com |
| Keith N. Costa | kcosta@otterbourg.com; kcosta@otterbourg.com; awilliams@otterbourg.com |
| James J. Costello, Jr | jjcostellojr@norris-law.com |
| Samuel Bryant Davidoff | sdavidoff@wc.com |
| Luc A. Despins | lucdespins@paulhastings.com; matlaskowski@paulhastings.com; davidmohamed@paulhastings.com |

| | |
|---|---|
| Sam Della Fera, Jr. | sdellafera@csglaw.com |
| Janie Eddy | jeddy@sdvlaw.com |
| Paul Fenaroli | pfenaroli@pastore.net |
| Sabato P. Fiano | sfiano@znclaw.com |
| Ross G. Fingold | rfingold@lawssf.com |
| Carolina A. Fornos | carolina.fornos@pillsburylaw.com |
| David S. Forsh | dforsh@callaripartners.com |
| Richard N Freeth | rfreeth@freethfirm.com |
| Lisa Fried | lisa.fried@hsf.com; stephanie.morano@hsf.com |
| Peter Friedman | pfriedman@omm.com |
| Taruna Garg | tgarg@murthalaw.com; mgarcia@murthalaw.com |
| Irve J. Goldman | igoldman@pullcom.com; rmccoy@pullcom.com |
| Evan S. Goldstein | egoldstein@uks.com |
| Mia N. Gonzalez | mgonzalez@omm.com |
| Marc Gottridge | marc.gottridge@hsf.com |
| James C. Graham | jgraham@npmlaw.com; sgibbons@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Lawrence S. Grossman | LGrossman@gs-lawfirm.com; aevans@gs-lawfirm.com; ngolino@gs-lawfirm.com; lawrencegrossman@ecf.courtdrive.com; mbuckanavage@gs-lawfirm.com; eross@gs-lawfirm.com |
| David V. Harbach, II | dharbach@omm.com |
| James J. Healy | jhealy@cowderymurphy.com |
| Jeffrey Hellman | jeff@jeffhellmanlaw.com; christen@jeffhellmanlaw.com |
| Eric A. Henzy | ehenzy@zeislaw.com; cjervey@zeislaw.com |
| Zachary A. Intrater | zintrater@braflaw.com |
| Ryan T. Jareck | rjareck@coleschotz.com |
| Timothy P. Jensen | tjensen@omjblaw.com |
| David G. Jordan | djordan@sdvlaw.com; kryan@sdvlaw.com |
| Jonathan Kaplan | jkaplan@pullcom.com; prulewicz@pullcom.com; rmccoy@pullcom.com |
| Austin D Kim | adk@msf-law.com |
| Stephen M. Kindseth | skindseth@zeislaw.com; cjervey@zeislaw.com |
| Nancy Bohan Kinsella | nkinsella@npmlaw.com; moshea@npmlaw.com; smowery@npmlaw.com; npm.bankruptcy@gmail.com |
| Kathleen M. LaManna | klamanna@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| Julie A Lavoie | jlavoie@murthalaw.com |
| Andrew V. Layden | alayden@bakerlaw.com |
| Patrick R. Linsey | plinsey@npmlaw.com; karguello@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Avram Emmanuel Luft | aviluft@paulhastings.com |
| Christopher J. Major | cjm@msf-law.com |
| Bonnie C. Mangan | bonnie.mangan@manganlaw.com; becky.avery@manganlaw.com |
| Amy E. Markim | amarkim@omjblaw.com |
| Kristin B. Mayhew | kmayhew@pullcom.com; kwarshauer@mdmc-law.com; bdangelo@mdmc-law.com |
| Melissa Rose McClammy | mmcclammy@pastore.net |
| Michael T. McCormack | mmccormack@omjblaw.com; mgambardella@omjblaw.com |
| Danielle L. Merola | dmerola@bakerlaw.com |
| Sherry J. Millman | smillman@stroock.com |

| | |
|---|---|
| Aaron A Mitchell | aaron@lmesq.com |
| James M. Moriarty | jmoriarty@zeislaw.com; cgregory@zeislaw.com |
| Sara Pahlavan | spahlavan@omm.com |
| Joseph M. Pastore, III | jpastore@pastore.net |
| Sari B. Placona | splacona@msbnj.com |
| Patrick N. Petrocelli | ppetrocelli@stroock.com |
| Lucas Bennett Rocklin | lrocklin@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Aaron Romney | aromney@zeislaw.com; swenthen@zeislaw.com |
| Scott D. Rosen | srosen@cb-shea.com; msullivan@cbshealaw.com; dtempera@cbshealaw.com |
| Thomas J. Sansone | tsansone@carmodylaw.com |
| Stuart M. Sarnoff | ssarnoff@omm.com; stuart-sarnoff-1059@ecf.pacerpro.com |
| John T. Shaban | john@levinelevinelaw.com |
| Douglas S. Skalka | dskalka@npmlaw.com; smowery@npmlaw.com; NeubertPepeMonteithPC@jubileebk.net |
| Jeffrey M. Sklarz | jsklarz@gs-lawfirm.com; aevans@gs-lawfirm.com; mbuckanavage@gs-lawfirm.com; eross@gs-lawfirm.com, jsklarz@ecf.courtdrive.com |
| Michael B. Sloan | msloan@msf-law.com |
| Annecca H. Smith | asmith@rc.com |
| Anthony Sodono, III | asodono@msbnj.com |
| Michael P. Thompson | mpthompson@grsm.com; tbernier@grsm.com |
| John Troy | johntroy@troypllc.com |
| Tiffany Troy | tiffanytroy@troypllc.com; troylaw@troypllc.com |
| U.S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| Lee Vartan | lvartan@csglaw.com |
| Stephen G. Walko | swalko@ibolaw.com |
| Michael S. Weinstein | mweinstein@golenbock.com |
| Melissa F. Wernick | mwernick@csglaw.com |
| Latonia C. Williams | lwilliams@goodwin.com; bankruptcyparalegal@goodwin.com; bankruptcy@goodwin.com |
| Jay Marshall Wolman | jmw@randazza.com; ecf-6898@ecf.pacerpro.com |
| Peter J. Zarella | pzarella@mdmc-law.com |

B.     United States First Class Mail, Postage Prepaid, Service List

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042

Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

Brown Rudnick LLP
Attn: President or General Mgr
One Financial Center
Boston, MA 02111

Dundon Advisers LLC
Attn: President or General Mgr
10 Bank Street, Suite 1100
White Plains, NY 10606

Chao-Chih Chiu, Huizhen Wang
Yunxia Wu, Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Peter M. Friedman
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
PO Box 2839
New York, NY 10008-2839

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

J. Ted Donovan and Kevin J. Nash
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway 22nd Floor
New York, NY 10036

Gabriel Sasson
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Sherry Millman
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Douglas E. Spelfogel
Derek L. Wright
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Richard C. Morrissey
Office of the U.S. Trustee
201 Varick Street, Room
1006 New York, NY 10014

Stretto
Attn: President or General Mgr
410 Exchange, Suite 100
Irvine, CA 92602

Edward Moss, Diana Perez,
Stuart Sarnoff, and Daniel Shamah
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Yongbing Zhang
223 West Jackson Blvd. #1012
Chicago, IL 60606

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Genever Holdings Corporation
P.O. Box 3170
Road Town
Tortola, British Virgin Islands

Irve Goldman, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601

Genever Holdings LLC
781 Fifth Avenue Apt. 1801
New York, NY 10022-5520

-4-

Epiq Corporate Restructuring, LLC
777 Third Avenue
12th Floor
New York, NY 10017

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (admitted *pro hac vice*)