# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| HO WAN KWOK, et al., | ) | Case No. 22-50073 (JAM) |
| | ) | |
| Debtors. | ) | RE: ECF No. 2296 |
| | ) | |
| | ) | (Jointly Administered) |

## ORDER GRANTING WITHDRAWAL OF APPEARANCE
## OF MARCY J. MCLAUGHLIN SMITH

Upon the motion of Marcy J. McLaughlin Smith to withdraw her appearance as counsel for Bravo Luck Limited ("Bravo"), it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the appearance of Marcy J. McLaughlin Smith on behalf of Bravo is hereby withdrawn in the above referenced adversary proceeding.

Dated at Bridgeport, Connecticut this 30th day of October, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut