# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 (JAM) |
| | : Jointly Administered |
| Debtor.[1] | : RE: ECF No. 2297 |
| | : |

## ORDER GRANTING MOTION TO MODIFY ORDER LIMITING NOTICE FOR APPLICATIONS SEEKING COMPENSATION OF FEES OR REIMBURSEMENT OF EXPENSES

WHEREAS, on October 16, 2023, the Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 bankruptcy case of Ho Wan Kwok (the "Debtor"), and Pullman & Comley, LLC filed the *Second Interim Application of Pullman & Comley, LLC, for Reimbursement of Expenses for the Period from May 1, 2023 through August 31, 2023,* ECF No. 2255 (the "Second PC Expense Application").

WHEREAS, the Court previously entered the Order Limiting Service of Notice for Application Seeking Compensation of Fees or Reimbursement of Expenses, ECF No. 1611 (the "Order Limiting Notice") which, among other things, provides that applications for compensation of fees or reimbursement of expenses in these chapter 11 cases only need to be served upon: (i) all parties who receive notice in these chapter 11 cases by operation of the Court's

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

electronic filing ("CM/ECF") system; (ii) any party who requested notice in these chapter 11 cases, but is unable to accept electronic filing as indicated on the Notice of Electronic Filing; and (iii) the twenty (20) largest creditors in the Debtors' chapter 11 cases of Genever (BVI) and Genever (US) (collectively, the "Notice Parties");

WHEREAS, as the Committee has not been appointed in the Genever (BVI) and Genever (US) matters and the Committee does not have an appearance on those dockets, as well as the cost to serve the 20 largest unsecured creditors of the Genever (BVI) and Genever (US) matters, the Committee moved on October 27, 2023, that the Court modify the Order Limiting Service so as to allow the Committee to serve its Fee Applications on (i) all parties who receive notice in these chapter 11 cases by operation of the Court's electronic filing ("CM/ECF") system; (ii) any party who requested notice in these chapter 11 cases, but is unable to accept electronic filing as indicated on the Notice of Electronic Filing, via first class mail; and (iii) to the members of the Committee via e-mail (the "Committee Notice Parties")

WHEREAS, the Court finds good cause for the relief requested by the Committee, it is hereby:

ORDERED: that Pullman & Comley shall serve its Application on the Committee Notice Parties as specified above; and it is further

ORDERED: Notwithstanding the foregoing, hard copies of the complete Application, including the Monthly Fee Statements, shall be served on the United States Trustee; and it is further

ORDERED: Entry of this Order is without prejudice to any parties' right to seek further modifications to procedures relating to interim fee and expense reimbursement applications; and it is further

ORDERED: Pullman & Comley, LLC is authorized to take all actions necessary to effectuate the relief granted in this Order; and it is further

ORDERED: Except as stated herein, the Order Limiting Notice remains in full force and effect; and it is further

ORDERED: The terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED: This Court remains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order

Dated at Bridgeport, Connecticut this 31st day of October, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut