**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------x

**GENEVER HOLDINGS LLC'S FIRST MONTHLY STATUS REPORT REGARDING**
**REMEDIATION OF SHERRY NETHERLAND APARTMENT**

Genever Holdings LLC (the "Debtor" or "Genever US"), by and through its undersigned counsel, hereby files this first monthly status report (the "Status Report") in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Order"),[2] covering the period from September 19, 2023 (the date of entry of the Remediation Order) through October 31, 2023:

**STATUS REPORT**

1. Update on Asbestos Removal:  On October 12, 2023, Genever US submitted to the New York City environmental protection department its request for issuance of permits in

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined in this Status Report have the meanings ascribed to them in the Remediation Order.

order to conduct the asbestos removal in the Affected Area of the Sherry Netherland Apartment. At this time, Genever US is awaiting the issuance of the relevant permits by the City of New York, but it expects that such permits will be issued in the next couple of weeks. In accordance with the Remediation Order (and as further detailed below), Genever US also paid $48,900 to ABF Environmental, Inc. (*i.e.*, the asbestos removal company) and $7,348.06 to Gallagher Basset Services, Inc. (for preparing and filing the asbestos permits). The Sherry Netherland has agreed to reimburse Genever US for 80% of these payments, representing an aggregate amount of $44,998.45. In other words, Genever US's net outlays for these two payment will be $11,249.61. Genever US expects to receive the reimbursement from the Sherry Netherland shortly.

  2. <u>Update on General Contractors</u>:  On October 23, 2023, Genever US invited the following six general contractors to submit bids for the Remediation Project:

   a. Cliffco Construction
   b. Gustav Restoration
   c. Gem Contracting
   d. Liebhaber Company
   e. Quest Builders Group
   f. Sciame Construction

Prior to soliciting bids from general contractors, Acheson Doyle Partners Architects PC (*i.e.*, Genever US's architect for the Remediation Project) also prepared the requisite construction plans. The deadline to submit bids for the Remediation Project is November 17, 2023.[3] In accordance with the Remediation Order, Genever US will share with the Consultation Parties all bids it receives and will consult with them regarding the selection of the winning bid. Genever

---

[3] An earlier bid deadline was not practicable because it takes approximately three weeks for general contractors to prepare a bid, given the scope of the Remediation Project. In any event, the general contractor will not be able to commence work until after the asbestos removal has been completed, which itself will not be able to commence until all relevant permits have been issued by the City of New York.

2

US expects to be able to identify the winning bid, as well as provide the estimated cost of the Remediation Project (as indicated in the winning bid), in the next monthly status report.

3. <u>Summary of Expenses Paid to Date</u>: To date, Genever US has made the following payments in connection with the Remediation Project:

| Date | Recipient | Description | Amount |
| --- | --- | --- | --- |
| August 30, 2023 | Gallagher Bassett Services, Inc. | Asbestos survey and reporting | $3,871.56 |
| October 4, 2023 | Gallagher Bassett Services, Inc. | Asbestos permits | $7,348.06 |
| October 13, 2023 | ABF Environmental, Inc. | Asbestos abatement work | $48,900.00 |
| October 30, 2023 | Acheson Doyle Partners Architects PC | Architectural services | $3,380.86 |

4. <u>Other Updates</u>: In accordance with the Remediation Order and the Architect Agreement, and as required by the New York City building code, Genever US has engaged (i) a filing consultant (Burnham Nationwide) to handle the submission of the architectural plans to the New York City building department and (ii) a special inspector (Catalpa Special Inspections) to inspect masonry, mechanical systems, and fire stopping. The anticipated fees of the filing consultant are approximately $10,000.00, and the anticipated fees of the special inspector are approximately $6,000.00. No payments have yet been made to the filing consultant or the special inspector.

5. <u>Alteration Agreement</u>: Given that the Sherry Netherland building is a landmark building that functions as a co-operative apartment house and a luxury hotel, the Sherry Netherland has put in place a number policies and procedures that all shareholders of the co-operative must follow when making alterations to their apartments, including entry into an alteration agreement between the shareholder and the Sherry Netherland. As previewed in the

Motion, Genever US intends to file a motion in the near future requesting authorization to enter into such an alteration agreement.  This agreement will implement various procedures that will apply to the Remediation Project, including, among other things, that: (a) prior to commencing work, Genever US must submit to the Sherry Netherland certain necessary documentation, including but not limited to a description and specification of the work to be done, detailed plans, proof of licensing, proof of insurance, and the execution of specific riders addressing certain specific circumstances (such as asbestos removal and lead-based paint hazards); (b) the Sherry Netherland may designate an architect to review plans and inspect alterations to the extent necessary to determine that the work is proceeding in conformity with their policies; (c) prior to commencing work, all appropriate permits and approvals must have been obtained from the agencies having jurisdiction over the project; and (d) the Remediation Project must comply with regulations regarding manner and materials for the work, including days and hours of work, the protection of hallways and heating, electrical and plumbing systems, and quality of materials.

[*Remainder of page intentionally left blank*]

Dated: November 2, 2023
      New York, New York

By: */s/ G. Alexander Bongartz*
Luc A. Despins (admitted *pro hac vice*)
G. Alexander Bongartz (admitted *pro hac vice*)
Douglass Barron (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
lucdespins@paulhastings.com
alexbongartz@paulhastings.com
douglassbarron@paulhastings.com

    *and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

    *and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Genever Holdings LLC*