**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------x
                                                 :
In re:                                           :   Chapter 11
                                                 :
HO WAN KWOK, et al.,¹                            :   Case No. 22-50073 (JAM)
                                                 :
            Debtors.                             :   (Jointly Administered)
                                                 :
-------------------------------------------------x
```

**NOTICE OF FILING OF SECOND INVOICE OF ACHESON DOYLE PARTNERS
ARCHITECTS, P.C. FOR ARCHITECTURAL SERVICES**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Order"),² attached hereto as **Exhibit A** is Acheson Doyle's invoice, dated November 2, 2023 (the "Invoice"), related to reviewing the site conditions and scope of deficiencies at the Sherry Netherland Apartment (during the month of September 2023).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Architect Agreement, the Invoice covers the following services:

---

[1]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Remediation Order.

- Conditions report (fees charged on hourly basis): $23,560

  o  As detailed in the Architect Agreement, this work stream included a site review, verification of dimensions at the affected area, preparing a conditions report, etc.

  o  Under the Architect Agreement, this workstream was subject to a $35,000 cap, and, as noted above, actual fees charged are below that amount.

  o  The conditions report has been completed and no further fees will be charged with respect to this workstream.

- Schematic designs (fixed $22,000 fee): $22,000

  o  As detailed in the Architect Agreement, this work stream included preparing a measured AutoCAD plan template for floor plan and ceiling plan, attending walk-throughs, etc.

  o  The schematic design phase is now complete, and no further fees will be charged with respect to this work stream.

- Design development (fixed $36,000 fee): $18,000 (50% progress payment)

  o  As detailed in the Architect Agreement, this work stream includes developing a drawing set with required information for the NYC building department.

  o  As of the end of September 2023, a progress payment equal to 50% of the total fixed fee for this work stream ($36,000) was charged (as permitted by the Architect Agreement).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Remediation Order, (a)

parties in interest have fourteen (14) days from the date of this Notice to object to the Invoice

2

and (b) if no timely objections to the Invoice are filed with the Court, Genever Holdings LLC is

authorized to pay the Invoice without further Court order.

Dated:     November 2, 2023          GENEVER HOLDINGS LLC
             New York, New York


By: /s/ *G. Alexander Bongartz*

G. Alexander Bongartz (admitted *pro hac vice*)
Avram E. Luft (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com
alexbongartz@paulhastings.com

    *and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

    *and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Genever Holdings LLC*

3

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
HO WAN KWOK, et al.,¹                                  :    Case No. 22-50073 (JAM)
                                                       :
                      Debtors.                         :    (Jointly Administered)
                                                       :
-------------------------------------------------------x
```

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 2, 2023, the foregoing Notice was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated:     November 2, 2023
           New York, New York

                          By: */s/ G. Alexander Bongartz*
                              G. Alexander Bongartz (admitted *pro hac vice*)
                              PAUL HASTINGS LLP
                              200 Park Avenue
                              New York, New York 10166
                              (212) 318-6079
                              alexbongartz@paulhastings.com

                              *Counsel for Genever Holdings LLC*

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## Exhibit A

**Invoice**

| **Invoice** | | **Acheson Doyle** PARTNERS |
|---|---|---|

**Acheson Doyle Partners Architects, P.C.**
**226 West 26th Street, 5th Floor**
**New York, NY 10001-6700**
**Tel:  212-414-4500**
**info@adparchitects.com**

November 02, 2023
Project No:          52302.10
Invoice No:          24437

Genever Holdings LLC
c/o Luc A. Despins, as Chapter 11 Trustee for the
Estate of Ho Wan Kwok
Paul Hastings LLP
200 Park Avenue
New York, NY  10166

| Project | 52302.10 | The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY -  Genever Holdings LLC Apt 1801 - Apartment Stabilization Project |
|---|---|---|

Invoice to: G. Alexander Bongartz, Paul Hastings LLP *alexbongartz@paulhastings.com*

**Professional Services from September 01, 2023 to September 30, 2023**

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

| Phase | 01 | Scope of Work Item A: Condition Report |
|---|---|---|

**Fee is billed hourly, not to exceed $35,000**

- Project Administration (September 2023):
  Prepare Condition Report

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principal | | | | |
|    Acheson, David | 18.00 | 400.00 | 7,200.00 | |
| Project Manager | | | | |
|    Snyder, Brendon | 38.00 | 320.00 | 12,160.00 | |
| Project Architect | | | | |
|    Cirulli, Melissa | 21.00 | 200.00 | 4,200.00 | |
|      Totals | 77.00 | | 23,560.00 | |
|      **Total Labor** | | | | **23,560.00** |
| | | **Total this Phase** | | **$23,560.00** |

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

| Phase | 02 | Scope of Work Item B: Preparation of Plans |
|---|---|---|

**Fee**

| Billing Phase | Fee | Percent Complete | Earned | Previous Fee Billing | Current Fee Billing |
|---|---|---|---|---|---|
| Schematic Phase | 22,000.00 | 100.00 | 22,000.00 | 0.00 | 22,000.00 |
| Design Development Phase | 36,000.00 | 50.00 | 18,000.00 | 0.00 | 18,000.00 |
| Construction Document Phase | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Construction Bidding Plans Phase | 37,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Fee | 145,000.00 | | 40,000.00 | 0.00 | 40,000.00 |
| | | **Total Fee** | | | **40,000.00** |

Project        52302.10                      S/N- Genever Holdings LLC Apt 1801                      Invoice        24437

|  |  |  |  |
|---|---|---|---|
| | **Total this Phase** | | **$40,000.00** |

Phase                    RE                    Reimbursable Expenses

**Unit Billing**

| | | | | |
|---|---|---|---|---|
| In House Printing (BW & Color) | | | 146.16 | |
| **Total Units** | | **1.1 times** | **146.16** | **160.78** |
| | **Total this Phase** | | | **$160.78** |
| | **Total Due This Invoice** | | | **$63,720.78** |

Thank you for your prompt payment.

Project        52302.10               S/N- Genever Holdings LLC Apt 1801                Invoice        24437

# Billing Backup

Thursday, November 02, 2023

Acheson Doyle Partners Architects, P.C.            Invoice 24437 Dated 11/2/2023                      4:36:36 PM

| | | | | | |
|---|---|---|---|---|---|
| Project | 52302.10 | The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY -  Genever Holdings LLC Apt 1801 - Apartment Stabilization Project | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Phase | 01 | Scope of Work Item A: Condition Report | | |
|---|---|---|---|---|
| | | | **Total this Phase** | **$23,560.00** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Phase | RE | Reimbursable Expenses | | | |
|---|---|---|---|---|---|

**Unit Billing**

| | | | | |
|---|---|---|---|---|
| In House Printing (BW & Color) | | | 146.16 | |
| **Total Units** | | **1.1 times** | **146.16** | **160.78** |
| | | **Total this Phase** | | **$160.78** |
| | | **Total this Project** | | **$23,720.78** |
| | | **Total this Report** | | **$23,720.78** |

# Print Activity Report

**Project Summary - Internal**

09/01/2023 to 09/30/2023

## 52302.10

**Standard Pricing**

**SN Inc. - 781 Fifth Avenue - Genever Holdings LLC Apt 1801 - Apartment Stabilization Pro**

| Description | Qty. × (Cost) / Charge | Cost | Charge |
|---|---|---|---|
| Canon iR ADV C5560i : Letter | 59 × (0.24) / 0.24 ea. | 14.16 | 14.16 |
| Canon iR ADV C5560i : Tabloid | 132 × (1.00) / 1.00 ea. | 132.00 | 132.00 |
| **Totals For : 52302.10 - SN Inc. - 781 Fifth Avenue - Genever Holdings LLC Apt 1801 - Ap** | | **$146.16** | **$146.16** |

