**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, et al. | : Case No. 22-50073 (JAM) |
| | : Jointly Administered |
| Debtors.[1] | : |
| | : |
| | : |

---

**CERTIFICATE OF SERVICE**

I, Irve J. Goldman, hereby certify that on October 16, 2023, a true and correct copy of the *Second Interim Fee Application Of Pullman & Comley, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred From May 1, 2023 through August 31, 2023* [Doc. ID No. 2255] was filed with the Court and served on all parties that have filed a notice of appearance/requested notice via the Court's CM/ECF electronic filing system listed on Exhibit A.

I further certify that on October 23, 2023, a true and correct copy of the *Notice of Hearing* [Doc. ID. No. 2276] was filed with the Court and served on all parties that have filed a notice of appearance/requested notice via the Court's CM/ECF electronic filing system listed on Exhibit A.

I further certify that on November 3, 2023, a true and correct copy of the *Second Interim Fee Application Of Pullman & Comley, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred From May 1, 2023 through August 31, 2023*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[Doc. ID No. 2255] and *Notice of Hearing* [Doc. ID. No. 2276] (collectively the "Notice and Application") was served via first class postage prepaid regular mail upon all parties that have requested notice but are unable to receive electronic filing as indicated on the Notice of Electronic Filing listed on Exhibit B; and

I further certify that on November 3, 2023, a copy of the Notice and Application was served via electronic transmission upon the members of the Committee listed on Exhibit C (addresses and e-mail addresses are being withheld).

Finally, I certify that a true and correct copy of the foregoing documents was served by first class mail on Holley L. Claiborn at the U.S. Trustee's Office on November 3, 2023.

Dated: Bridgeport, Connecticut
November 3, 2023

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HO WAN KWOK**

By:      */s/Irve J. Goldman*
Irve J. Goldman
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601-7006
(203) 330-2213
igoldman@pullcom.com

Its Attorneys

ACTIVE/83201.1/IJG/11410110v1

# EXHIBIT A

**22-50073** Ho Wan Kwok and Genever Holdings LLC
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 02/15/2022 **Date of last filing:** 11/02/2023

# Attorneys

**Laura Aronsson**
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
212-728-5841
laronsson@omm.com
*Assigned: 04/08/2022*
*LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Kenneth Aulet**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
kaulet@brownrudnick.com
*Assigned: 04/26/2022*
*TERMINATED: 08/02/2022*
*LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Tristan G. Axelrod**
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
617-856-8456
617-289-0522 (fax)
taxelrod@brownrudnick.com
*Assigned: 08/12/2022*
*LEAD ATTORNEY*

representing

**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
617-856-8200
tfeinsmith@brownrudnick.com
*(Creditor)*

**Verdolino & Lowey, P.C.**
124 Washington Street
Foxborough, MA 02035
*(Creditor)*

**William Baldiga**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
wbaldiga@brownrudnick.com
*Assigned: 05/01/2023*
*TERMINATED: 07/25/2023*
*LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**William R. Baldiga**
Brown, Rudnik, Freed & Gesmer
One Financial Center
Boston, MA 02111
(617) 330-9000
617-289-0420 (fax)
wbaldiga@brownrudnick.com
 *Assigned: 03/09/2022*
  *TERMINATED: 08/02/2022*

 *Assigned: 08/05/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

representing

**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
617-856-8200
tfeinsmith@brownrudnick.com
*(Creditor)*

**Kellianne Baranowsky**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511
203-285-8545
203-823-4546 (fax)
kbaranowsky@gs-lawfirm.com
 *Assigned: 10/14/2022*

 *Assigned: 06/02/2023*

representing

**BakerHostetler**
*(Interested Party)*

representing

**G Club Operations, LLC**
*(Interested Party)*

**Daniel D. Barnes**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
9733251500
dbarnes@csglaw.com
 *Assigned: 01/13/2023*
 *LEAD ATTORNEY*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**Mei Guo**
*(Interested Party)*

**Douglass E. Barron**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6690
212-230-7690 (fax)
douglassbarron@paulhastings.com
 *Assigned: 07/22/2022*
 *LEAD ATTORNEY*

 *Assigned: 04/03/2023*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

representing

**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801

New York, NY 10022-5520
*(Debtor)*

**Nicholas A. Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036
202-551-1700
202-551-1705 (fax)
nicholasbassett@paulhastings.com
*Assigned: 07/22/2022*
*LEAD ATTORNEY*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Patricia B. Bergamasco**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-325-1500
973-530-2316 (fax)
Pbergamasco@csglaw.com
*Assigned: 02/23/2023*
*LEAD ATTORNEY*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**Mei Guo**
*(Interested Party)*

**Stephen A. Best**
Brown Rudnick LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
202-536-1737
212-938-2937 (fax)
sbest@brownrudnick.com
*Assigned: 04/11/2023*
 *TERMINATED: 08/02/2022*
*LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Patrick M. Birney**
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8200
(860) 275-8299 (fax)
pbirney@rc.com
*Assigned: 02/24/2022*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Christopher H. Blau**
290 Airpark Blvd
Suite 4
Chico, CA 95973
530-562-4589
cblau@zeislaw.com
*Assigned: 12/09/2022*
 *TERMINATED: 05/19/2023*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**G. Alexander Bongartz**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6472
212-303-7072 (fax)
alexbongartz@paulhastings.com
*Assigned: 08/04/2022*
*LEAD ATTORNEY*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Georg Alexander Bongartz**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6000
212-303-7072 (fax)
alexbongartz@paulhastings.com
*Assigned: 04/18/2023*

*Assigned: 07/10/2023*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

representing

**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520
*(Debtor)*

*Assigned: 10/20/2023*

representing

**Genever Holdings Corporation**
P.O. Box 3170
Road Town Tortola
British Virgin Islands
*(Debtor)*

**Trevor L. Bradley**
Robinson & Cole LLP
1055 Washington Blvd.
Stamford, CT 06901
203-462-7500
203-462-7599 (fax)
tbradley@rc.com
*Assigned: 06/06/2023*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Carollynn H.G. Callari**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
ccallari@callaripartners.com
*Assigned: 03/16/2022*
*LEAD ATTORNEY*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

**Dennis M. Carnelli**
Neubert, Pepe & Monteith, P.C.
195 Church Street
13th Floor
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
dcarnelli@npmlaw.com
 Assigned: 09/11/2023

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Andrew M. Carty**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
212-209-4800
212-209-4801 (fax)
acarty@brownrudnick.com
 Assigned: 04/15/2022
 TERMINATED: 08/02/2022
 *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**John L. Cesaroni**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
jcesaroni@zeislaw.com
 Assigned: 05/10/2022

representing

**Mei Guo**
*(Interested Party)*

 Assigned: 07/14/2022

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

 Assigned: 11/22/2022

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**Scott M. Charmoy**
Charmoy & Charmoy
1465 Post Road East
Suite 100
Westport, CT 06880
(203) 255-8100
203-255-8101 (fax)
scottcharmoy@charmoy.com
 Assigned: 12/26/2022
 TERMINATED: 02/22/2023

representing

**HCHK Property Management, Inc.**
500 West Putnam Avenue
Suite 400, #171
Greenwich, CT 06830
*(Interested Party)*

**HCHK Technologies, Inc.**
3 Columbus Circle
20th Floor
New York, NY 10019
*(Interested Party)*

**Lexington Property and Staffing, Inc.**
750 Lexington Avenue
8th Floot
New York, NY 10022
*(Interested Party)*

*Assigned: 02/16/2023*

representing

**Charmoy & Charmoy, LLC**
Scott M. Charmoy, Esq.
1465 Post Road East,
Suite 100
06880, CT 06880
*(Attorney)*

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
(203) 773-2217 (fax)
holley.l.claiborn@usdoj.gov
 *Assigned: 02/28/2022*

representing

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

**Brian J Clifford**
Saxe Doernberger & Vita, P.C.
35 Nutmeg Drive
Suite 140
Trumbull, CT 06611
203-287-2100
203-287-8847 (fax)
bclifford@sdvlaw.com
 *Assigned: 08/25/2023*

representing

**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520
*(Debtor)*

**Joanna J. Cline**
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza
1313 N. Market Street
Suite 5100
Wilmington, DE 19899
302-777-6500
215-981-4750 (fax)
joanna.cline@troutman.com
 *Assigned: 04/12/2023*
 *LEAD ATTORNEY*

representing

**Bravo Luck Limited**
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola
British Virgin Islands
*(Interested Party)*

**Stephen R. Cook**
Brown Rudnick LLP
2211 Michelson Drive 7th Floor
Irvine, CA 92612
949-440-0215
949-252-1514 (fax)
scook@brownrudnick.com
 *Assigned: 04/11/2023*
 *TERMINATED: 08/02/2022*
 *LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Keith N. Costa**
Barclay Damon LLP
1270 Avenue of The Americas
Suite 501
New York, NY 10020
212-784-5818
212-784-5769 (fax)
kcosta@otterbourg.com
*Assigned: 03/15/2023*

representing

**Leonard Scudder**
c/o Keith Costa, Esq.
Barclay Damon LLP
545 Long Wharf Drive, 9th
9th Fl
New Haven, CT 06514
212-784-5818
212-784-5769 (fax)
kcosta@barclaydamon.com
*(Interested Party)*

**Samuel Bryant Davidoff**
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
202-434-5648
sdavidoff@wc.com
*Assigned: 10/20/2022*

representing

**Williams & Connolly LLP**
Williams & Connolly LLP
680 Maine Ave SW
Washington, DC 20024
202-434-5000
*(Interested Party)*

**Sam Della Fera, Jr**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
973-530-2076
sdellafera@csglaw.com
*Assigned: 03/10/2023*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**Mei Guo**
*(Interested Party)*

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*Assigned: 07/12/2022*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
212-230-7771 (fax)
lucdespins@pauhastings.com
*Assigned: 07/22/2022*
*LEAD ATTORNEY*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**J. Ted Donovan**
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036
(212)-221-5700
212-422-6836 (fax)
TDonovan@GWFGlaw.com

representing

**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520
*(Debtor)*

*Assigned: 11/22/2022*
*LEAD ATTORNEY*

**Melissa I Falk Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068          representing     **HK International Funds Investments (USA)**
973-530-2157                                **Limited, LLC**
973-530-2357 (fax)                          *(Interested Party)*
mwernick@csglaw.com
 *Assigned: 03/26/2023*

                                            **Mei Guo**
                                            *(Interested Party)*

**Sam Della Fera, Jr.**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052        representing     **HK International Funds Investments (USA)**
973-325-1500                                **Limited, LLC**
sdellafera@csglaw.com                        *(Interested Party)*
 *Assigned: 01/13/2023*
 *LEAD ATTORNEY*

                                            **Mei Guo**
                                            *(Interested Party)*

**Ross G. Fingold**                          **NODAL PARTNERS, LLC**
Stokesbury, Shipman & Fingold               c/o Stokesbury & Fingold, LLC
10 Waterside Drive                          10 Waterside Dr
Suite 204                                   Ste 204
Farmington, CT 06032        representing     Farmington, CT 06032
860-606-1709                                United States
860-606-1770 (fax)                          8606061709
rfingold@lawssf.com                         rfingold@lawssf.com
 *Assigned: 06/21/2023*                      *(Interested Party)*

**Carolina A Fornos**
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019          representing     **G Club Operations, LLC**
212-858-1000                                *(Interested Party)*
212-858-1500 (fax)
carolina.fornos@pillsburylaw.com
 *Assigned: 06/06/2023*

**Carolina A. Fornos**
Pillsury Winthrop Shaw Pittman, LLP
31 West 52nd Street
New York, NY 10019          representing     **G Club Operations, LLC**
212-858-1558                                *(Interested Party)*
212-585-1500 (fax)
carolina.fornos@pillsburylaw.com
 *Assigned: 06/05/2023*
 *LEAD ATTORNEY*

**David S. Forsh**
Law Firm of Callari Partners, LLC
One Rockefeller Plaza, 10th Floor
New York, NY 10020
212-202-3050
732-243-0163 (fax)
dforsh@callaripartners.com
 *Assigned: 03/17/2022*
 *LEAD ATTORNEY*

representing

**Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

**Richard N Freeth**
Richard N. Freeth
260 Madison Ave.
8th Floor
New York, NY 10016
917-775-7082
rfreeth@freethfirm.com
 *Assigned: 02/20/2023*

 *Assigned: 03/13/2023*

representing

**Jiaming Liu**
*(Interested Party)*

representing

**Himalaya Investment LLC**
7424 E Blackrock Rd
SCOTTSDALE, AZ 85255
*(Interested Party)*

**Lisa Fried**
Herbert Smith Freehills New York LLP
450 Lexington Avenue
14th Floor
New York, NY 10017
917-542-7600
917-542-7601 (fax)
lisa.fried@hsf.com
 *Assigned: 03/06/2023*

representing

**UBS AG**
600 Washington Boulevard
Stanford, CT 06901
United States
*(Interested Party)*

**Peter Friedman**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
202-383-5302
pfriedman@omm.com
 *Assigned: 02/25/2022*
 *LEAD ATTORNEY*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Taruna Garg**
Murtha Cullina LLP
107 Elm Street
Four Stamford Plaza
Suite 1101
Stamford, CT 06902
203-653-5400

representing

**The Sherry-Netherland, Inc.**
781 Fifth Avenue
New York, NY 10022-1046
*(Creditor)*

203-653-5444 (fax)
tgarg@murthalaw.com
*Assigned: 11/23/2022*

**Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604                    representing      **Official Committee of Unsecured Creditors**
203-330-2000                                             *(Creditor Committee)*
203-576-8888 (fax)
igoldman@pullcom.com
*Assigned: 04/05/2022*

*Assigned: 01/13/2023*                                    **Pullman & Comley, LLC**
                                                         850 Main Street
                                       representing       Bridgeport, CT 06601
                                                         (203)
                                                         *(Creditor Committee)*

**Evan S. Goldstein**
Updike, Kelly & Spellacy, P.C.
Goodwin Square
225 Asylum Street
Ste 20th Floor
Hartford, CT 06103                     representing       **Hing Chi Ngok**
860-548-2609                                             *(Interested Party)*
860-548-2680 (fax)
egoldstein@uks.com
*Assigned: 09/15/2022*
*TERMINATED: 04/06/2023*

*Assigned: 10/20/2022*                                    **Greenwich Land, LLC**
*TERMINATED: 04/06/2023*                representing      *(Interested Party)*

**Mia N. Gonzalez**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036                     representing       **Pacific Alliance Asia Opportunity Fund L.P.**
212-728-5698                                             *(20 Largest Creditor)*
mgonzalez@omm.com
*Assigned: 04/08/2022*
*LEAD ATTORNEY*

**Marc Gottridge**
Herbert Smith Freehills New York LLP
450 Lexington Avenue                                      **UBS AG**
14th Floor                                               600 Washington Boulevard
New York, NY 10017                     representing       Stanford, CT 06901
917-542-7600                                             United States
917-542-7601 (fax)                                       *(Interested Party)*
marc.gottridge@hsf.com
*Assigned: 01/24/2023*

| | | |
|---|---|---|
| **James C. Graham**<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>(203)821-2000<br>(203)821-2009 (fax)<br>jgraham@npmlaw.com<br>*Assigned: 07/20/2022* | representing | **Luc A. Despins**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-318-6001<br>lucdespins@paulhastings.com<br>*(Chapter 11 Trustee)* |
| **Lawrence S. Grossman**<br>Green & Sklarz LLC<br>One Audubon Street<br>Third Floor<br>New Haven, CT 06511<br>203-285-8545<br>LGrossman@gs-lawfirm.com<br>*Assigned: 10/12/2022* | representing | **BakerHostetler**<br>*(Interested Party)* |
| **David V. Harbach, II**<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>202-383-5127<br>dharbach@omm.com<br>*Assigned: 02/25/2022*<br>*LEAD ATTORNEY* | representing | **Pacific Alliance Asia Opportunity Fund L.P.**<br>*(20 Largest Creditor)* |
| **James J. Healy**<br>Cowdery, Murphy & Healy, LLC<br>280 Trumbull Street<br>Hartford, CT 06103<br>860-278-5555<br>860-249-0012 (fax)<br>jhealy@cmandh.com<br>*Assigned: 10/24/2022* | representing | **Williams & Connolly LLP**<br>Williams & Connolly LLP<br>680 Maine Ave SW<br>Washington, DC 20024<br>202-434-5000<br>*(Interested Party)* |
| **Eric A. Henzy**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-5495<br>203-549-0861 (fax)<br>ehenzy@zeislaw.com<br>*Assigned: 07/14/2022* | representing | **Ho Wan Kwok**<br>373 Taconic Road<br>Greenwich, CT 06831<br>*(Debtor)* |
| *Assigned: 07/22/2022* | representing | **HK International Funds Investments (USA) Limited, LLC**<br>*(Interested Party)* |
| **Ryan T. Jareck**<br>Cole Schotz P. C.<br>25 Main Street<br>Court Plaza North<br>Hackensack, NJ 07602<br>201-489-3000 | representing | **HCHK Property Management, Inc.**<br>500 West Putnam Avenue<br>Suite 400, #171<br>Greenwich, CT 06830<br>*(Interested Party)* |

201-489-1536 (fax)
rjareck@coleschotz.com
*Assigned: 06/28/2023*
*LEAD ATTORNEY*

**HCHK Technologies, Inc.**
3 Columbus Circle
20th Floor
New York, NY 10019
*(Interested Party)*

**Lexington Property and Staffing, Inc.**
750 Lexington Avenue
8th Floot
New York, NY 10022
*(Interested Party)*

**Jeffrey L Jonas**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
2122094800
212-209-4801 (fax)
jjonas@brownrudnick.com
*Assigned: 04/21/2022*
*TERMINATED: 08/02/2022*
*LEAD ATTORNEY*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Jonathan Kaplan**
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
860-424-4379
860-424-4370 (fax)
jkaplan@pullcom.com
*Assigned: 04/05/2022*

representing

**Official Committee of Unsecured Creditors**
*(Creditor Committee)*

**Austin D Kim**
Meister Seelig & Fein PLLC
125 Park Avenue
New York, NY 10017
212-655-3500
212-655-3535 (fax)
adk@msf-law.com
*Assigned: 04/04/2023*

representing

**Greenwich Land, LLC**
*(Interested Party)*

**Hing Chi Ngok**
*(Interested Party)*

**Rachel Snow Kindseth**
Murtha Cullina
265 Church Street
New Haven, CT 06510
203-772-7700
203-772-7723 (fax)
rkindseth@murthalaw.com

representing

**The Sherry-Netherland, Inc.**
781 Fifth Avenue
New York, NY 10022-1046
*(Creditor)*

*Assigned: 08/29/2023*
*TERMINATED: 09/07/2023*

**Stephen M. Kindseth**
Zeisler & Zeisler
10 Middle Street
15th Floor
Bridgeport, CT 06604          representing
(203) 368-4234
203-367-9678 (fax)
skindseth@zeislaw.com
*Assigned: 04/11/2022*

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

*Assigned: 05/10/2022*          representing

**Mei Guo**
*(Interested Party)*

*Assigned: 07/14/2022*

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

representing

**Dylan Kletter**
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103          representing
860-509-6500
dkletter@brownrudnick.com
*Assigned: 02/15/2022*
*TERMINATED: 08/02/2022*

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

**Julie A Lavoie**
Murtha Cullina
280 Trumbull Street
Ste 12th Floor
Hartford, CT 06103          representing
860-240-6035
860-240-5875 (fax)
jlavoie@murthalaw.com
*Assigned: 01/31/2023*

**The Sherry-Netherland, Inc.**
781 Fifth Avenue
New York, NY 10022-1046
*(Creditor)*

**Francis J. Lawall**
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
18th & Arch Street
Philidelphia, PA 19103-2799          representing
(215) 981-4000
(215) 981-4750 (fax)
francis.lawall@troutman.com
*Assigned: 01/06/2023*
*LEAD ATTORNEY*

**Bravo Luck Limited**
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola
British Virgin Islands
*(Interested Party)*

**Francis J. Lawall**          representing
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

**Bravo Luck Limited**
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola

215-981-4000
215-981-4750 (fax)
francis.lawall@troutman.com
  *Assigned: 01/06/2023*
  *LEAD ATTORNEY*

**British Virgin Islands**
*(Interested Party)*

**Andrew V. Layden**
BakerHostetler
200 South Orange Avenue
Suite 2300
Orlando, FL 32801
407-649-4070
407-841-0168 (fax)
alayden@bakerlaw.com
  *Assigned: 10/12/2022*
  *LEAD ATTORNEY*

representing

**BakerHostetler**
*(Interested Party)*

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
plinsey@npmlaw.com
  *Assigned: 07/11/2022*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

  *Assigned: 01/17/2023*

representing

**Genever Holdings Corporation**
P.O. Box 3170
Road Town Tortola
British Virgin Islands
*(Debtor)*

**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520
*(Debtor)*

  *Assigned: 04/10/2023*

representing

**Paul Hastings LLP**
200 Park Avenue
New York, NY 10166
*(Debtor's Attorney)*

  *Assigned: 05/15/2023*
  *TERMINATED: 05/16/2023*

representing

**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520
*TERMINATED: 05/16/23*
*(Interested Party)*

  *Assigned: 09/11/2023*

representing

**Neubert, Pepe & Monteith, P.C.**
195 Church Street
New Haven, CT 06510
(203) 781-2847

plinsey@npmlaw.com
*(Trustee's Attorney)*

Assigned: 10/16/2023

**Epiq Corporate Restructuring, LLC**
777 Third Avenue
representing    12th Floor
New York, NY 10017
*(Claims/Noticing Agent)*

**Avram Emmanuel Luft**
Paul Hastings LLP
200 Park Avenue             **Luc A. Despins**
New York, NY 10166          Paul Hastings LLP
212-318-6079               200 Park Avenue
212-303-7079 (fax)    representing    New York, NY 10166
aviluft@paulhastings.com          212-318-6001
 *Assigned: 07/22/2022*          lucdespins@paulhastings.com
 *LEAD ATTORNEY*             *(Chapter 11 Trustee)*

**Steven E. Mackey**             **U. S. Trustee**
Office of the U.S. Trustee          Office of the U.S. Trustee
The Giaimo Federal Building          Giaimo Federal Building
150 Court Street, Room 302          150 Court Street, Room 302
New Haven, CT 06510    representing    New Haven, CT 06510
(203) 773-2210             (203)773-2210
 *Assigned: 03/22/2022*          USTPRegion02.NH.ECF@USDOJ.GOV
                    *(U.S. Trustee)*

**Christopher J. Major**
Meister Seelig & Fein LLP
125 Park Avenue
7th Floor                **Greenwich Land, LLC**
New York, NY 10017    representing    *(Interested Party)*
(212) 655-3500
212-655-3536 (fax)
cjm@msf-law.com
 *Assigned: 04/04/2023*

                    **Hing Chi Ngok**
                    *(Interested Party)*

**Bonnie C. Mangan**             **Bonnie C. Mangan**
The Law Office of Bonnie C. Mangan,    Law Office Bonnie C. Mangan, PC.
P.C.                    Westview Office Park
1050 Sullivan Avenue, Suite A3          1050 Sullivan Avneu
Westview Office Park          Suite A3
South Windsor, CT 06074    representing    South Windsor, CT 06074
(860) 644-4204             860-644-4204
860-644-4934 (fax)          860-644-4934 (fax)
bonnie.mangan@manganlaw.com          bonnie.mangan@manganlaw.com
 *Assigned: 02/17/2023*          *(Requested Notice)*

**Bonnie C. Mangan**    representing    **Bonnie C. Mangan**
Law Office of Bonnie C. Mangan          Law Office Bonnie C. Mangan, PC.
1050 Sullivan Avenue          Westview Office Park
Suite A3                1050 Sullivan Avneu

South Windsor, CT 06074
(860) 644-4204
860-644-4934 (fax)
Trusteemangan@yahoo.com
*Assigned: 06/27/2023*

Suite A3
South Windsor, CT 06074
860-644-4204
860-644-4934 (fax)
bonnie.mangan@manganlaw.com
*(Requested Notice)*

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601
203-330-2198
203-259-0251 (fax)
kmayhew@pullcom.com
*Assigned: 03/15/2022*

representing **Rui Ma**
*(20 Largest Creditor)*

**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

*Assigned: 12/05/2022*

representing **Official Committee of Unsecured Creditors**
*(Creditor Committee)*

**Marcy J. McLaughlin Smith**
Womble Bond Dickinson (US) LLP
Hercules Plaza
1313 N Market Street
Suite 1200
Wilmington, DE 19801
302-252-4378
302-421-8390 (fax)
marcy.smith@wbd-us.com
*Assigned: 01/17/2023*
*TERMINATED: 10/30/2023*
*LEAD ATTORNEY*

representing **Bravo Luck Limited**
P.O. Box 957
Offshore Incorporations Centre
Road Town
Tortola
British Virgin Islands
*(Interested Party)*

**Danielle L. Merola**
BakerHostetler
200 South Orange Avenue
Suite 2300
Orlando, FL 32801
407-649-4092
dmerola@bakerlaw.com
*Assigned: 10/13/2022*
*LEAD ATTORNEY*

representing **BakerHostetler**
*(Interested Party)*

**Sherry J. Millman**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
212-806-5400
212-806-6006 (fax)
smillman@stroock.com

representing **The Sherry-Netherland, Inc.**
781 Fifth Avenue
New York, NY 10022-1046
*(Creditor)*

*Assigned: 11/29/2022*
*LEAD ATTORNEY*

**Timothy D. Miltenberger**
Cohn Birnbaum & Shea P.C.
CityPlace II, 15th Floor
185 Asylum Street
Hartford, CT 06103          representing
860-493-2262
tmiltenberger@cbshealaw.com
 *Assigned: 03/31/2022*
 *TERMINATED: 08/17/2022*

**Golden Spring (New York) LTD**
*(Interested Party)*
PRO SE

**Aaron A Mitchell**
Lawall & Mitchell, LLC
55 Madison Ave
Suite 400
Morristown, NJ 07960          representing
973-285-3280
aaron@lmesq.com
 *Assigned: 07/11/2022*

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

 *Assigned: 02/08/2023*                    **Lawall & Mitchell, LLC**
                                            55 Madison Avenue
                                            Suite 400
                         representing        Morristown, NJ 07960
                                            973-285-3280
                                            aaron@lmesq.com
                                            *(Debtor's Attorney)*

**James M. Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604
203-368-4234          representing
203-549-0907 (fax)
jmoriarty@zeislaw.com
 *Assigned: 07/20/2022*

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

 *Assigned: 10/31/2022*                    **HK International Funds Investments (USA)**
                         representing        **Limited, LLC**
                                            *(Interested Party)*

                                            **Mei Guo**
                                            *(Interested Party)*

 *Assigned: 06/19/2023*                    **Hudson Diamond Holding LLC**
                         representing        *(Interested Party)*

**Kevin J. Nash**          representing    **Genever Holdings LLC**
Goldberg Weprin Finkel Goldstein LLP        781 Fifth Avenue
1501 Broadway                               Apt. 1801
22nd Floor                                  New York, NY 10022-5520
New York, NY 10036                          *(Debtor)*
(212)-301-6944
(212) 422-6836 (fax)
kjnash@gwflaw.com

*Assigned: 11/22/2022*
*LEAD ATTORNEY*

**Sara Pahlavan**
O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823          representing
415-984-8953
spahlavan@omm.com
 *Assigned: 05/05/2022*
 *LEAD ATTORNEY*

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Patrick N. Petrocelli**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038                    representing
212-806-6682
212-806-6006 (fax)
ppetrocelli@stroock.com
 *Assigned: 11/29/2022*
 *LEAD ATTORNEY*

**The Sherry-Netherland, Inc.**
781 Fifth Avenue
New York, NY 10022-1046
*(Creditor)*

**Sari B. Placona**
McManimon, Scotland & Baumann,
LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068                    representing
United States
9737215030
splacona@msbnj.com
 *Assigned: 02/23/2023*
 *LEAD ATTORNEY*

**HCHK Property Management, Inc.**
500 West Putnam Avenue
Suite 400, #171
Greenwich, CT 06830
*(Interested Party)*

**HCHK Technologies, Inc.**
3 Columbus Circle
20th Floor
New York, NY 10019
*(Interested Party)*

**Lexington Property and Staffing, Inc.**
750 Lexington Avenue
8th Floot
New York, NY 10022
*(Interested Party)*

**Sari Blair Placona**
McManimon Scotland & Baumann, LLC
75 Livingston Avenue
Suite 201                             representing
Roseland, NJ 07068
973-622-1800
splacona@msbnj.com
 *Assigned: 02/28/2023*

**HCHK Property Management, Inc.**
500 West Putnam Avenue
Suite 400, #171
Greenwich, CT 06830
*(Interested Party)*

**HCHK Technologies, Inc.**
3 Columbus Circle
20th Floor
New York, NY 10019
*(Interested Party)*

**Lexington Property and Staffing, Inc.**
750 Lexington Avenue
8th Floot
New York, NY 10022
*(Interested Party)*

**Lucas Bennett Rocklin**
Neubert, Pepe, Monteith, P.C.
195 Church Street,13th Floor
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
lrocklin@npmlaw.com
 *Assigned: 07/15/2022*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

**Aaron Romney**
Zeisler & Zeisler PC
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-4234
203-367-9678 (fax)
aromney@zeislaw.com
 *Assigned: 04/11/2022*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

 *Assigned: 05/10/2022*

representing

**Mei Guo**
*(Interested Party)*

 *Assigned: 07/14/2022*

representing

**Ho Wan Kwok**
373 Taconic Road
Greenwich, CT 06831
*(Debtor)*

 *Assigned: 06/01/2023*

representing

**Hudson Diamond NY LLC**
162 East 64th Street
New York, NY 10065
*(Interested Party)*

 *Assigned: 06/06/2023*
*LEAD ATTORNEY*

representing

**Hudson Diamond Holding LLC**
*(Interested Party)*

 *Assigned: 07/07/2023*

representing

**Aaron A. Romney**
10 Middle Street, 15th Floor
Bridgeport
203-368-4234
aromney@zeislaw.com
*(Interested Party)*

**Scott D. Rosen**
Cohn Birnbaum & Shea P.C.
100 Pearl Street

representing

**Golden Spring (New York) LTD**
*(Interested Party)*
PRO SE

12th Floor
Hartford, CT 06103-4500
(860) 493-2200
860-727-0361 (fax)
srosen@cb-shea.com
  *Assigned: 03/28/2022*
  *TERMINATED: 08/17/2022*

  *Assigned: 08/12/2022*                representing   **Cohn Birnbaum & Shea, P.C.**
                                                       *(Attorney)*

**Thomas J. Sansone**
Carmody Torrance Sandak & Hennessey
LLP
195 Church Street
P.O. Box 1950                          representing   **Chong Shen Raphanella**
New Haven, CT 06509-1950                               *(Creditor)*
(203) 784-3100
203-784-3199 (fax)
tsansone@carmodylaw.com
  *Assigned: 06/24/2022*

                                                       **Rong Zhang**
                                                       *(Creditor)*

                                                       **Xiaodan Wang**
                                                       *(Creditor)*

  *Assigned: 07/15/2022*                representing   **Michael S. Weinstein**
                                                       *(Attorney)*

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square                         representing   **Pacific Alliance Asia Opportunity Fund L.P.**
New York, NY 10036                                     *(20 Largest Creditor)*
202-326-2293
ssarnoff@omm.com
  *Assigned: 02/25/2022*
  *LEAD ATTORNEY*

**David M.S. Shaiken**                                 **Bravo Luck Limited**
Shipman, Shaiken & Schwefel, LLC                       P.O. Box 957
433 South Main Street                                  Offshore Incorporations Centre
Suite 319                              representing   Road Town
West Hartford, CT 06110                                Tortola
860-606-1703                                           British Virgin Islands
866-431-3248 (fax)                                     *(Interested Party)*
david@shipmanlawct.com
  *Assigned: 01/04/2023*

**Bennett Silverberg**                 representing   **Ho Wan Kwok**
Brown Rudnick LLP                                      373 Taconic Road
Seven Times Square                                     Greenwich, CT 06831
New York, NY 10036                                     *(Debtor)*
212-209-4800
212-209-4801 (fax)

bsilverberg@brownrudnick.com
*Assigned: 03/01/2022*
*TERMINATED: 08/02/2022*
*LEAD ATTORNEY*

**Douglas S. Skalka**
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
(203) 821-2000
203-821-2009 (fax)
dskalka@npmlaw.com
*Assigned: 07/14/2022*

representing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6001
lucdespins@paulhastings.com
*(Chapter 11 Trustee)*

*Assigned: 11/02/2022*

representing

**Genever Holdings Corporation**
P.O. Box 3170
Road Town Tortola
British Virgin Islands
*(Debtor)*

*Assigned: 11/22/2022*
*LEAD ATTORNEY*

representing

**Genever Holdings LLC**
781 Fifth Avenue
Apt. 1801
New York, NY 10022-5520
*(Debtor)*

*Assigned: 10/20/2023*

representing

**Neubert, Pepe & Monteith, P.C.**
195 Church Street
New Haven, CT 06510
(203) 781-2847
plinsey@npmlaw.com
*(Trustee's Attorney)*

**Jeffrey M. Sklarz**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511
203-285-8545
203-823-4546 (fax)
jsklarz@gs-lawfirm.com
*Assigned: 10/07/2022*

representing

**BakerHostetler**
*(Interested Party)*

*Assigned: 06/01/2023*

representing

**G Club Operations, LLC**
*(Interested Party)*

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
860-275-8325
860-275-8299 (fax)
asmith@rc.com
*Assigned: 02/24/2022*

representing

**Pacific Alliance Asia Opportunity Fund L.P.**
*(20 Largest Creditor)*

**Anthony Sodono, III**
McManimon, Scotland & Baumann,

representing

**HCHK Property Management, Inc.**
500 West Putnam Avenue

LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
(973) 721-5038
asodono@msbnj.com
  *Assigned: 02/23/2023*
  *LEAD ATTORNEY*

Suite 400, #171
Greenwich, CT 06830
*(Interested Party)*

**HCHK Technologies, Inc.**
3 Columbus Circle
20th Floor
New York, NY 10019
*(Interested Party)*

**Lexington Property and Staffing, Inc.**
750 Lexington Avenue
8th Floot
New York, NY 10022
*(Interested Party)*

**John Troy**
Troy Law, PLLC
41-25 Kissena Blvd., Suite 110
Flushing, NY 11355
718-762-2332
johntroy@troypllc.com
  *Assigned: 10/20/2022*

representing

**Troy Law, PLLC**
41-00025 Kissena Blvd., Suite 103
Flushing, NY 11355
718-762-1324
troylaw@troypllc.com
*(Interested Party)*

**Tiffany Troy**
Troy Legal, PLLC
41-25 Kissena Blvd, #1A
Flushing, NY 11355
718-762-2332
troylegalpllc@gmail.com
  *Assigned: 08/24/2022*

representing

**Troy Law, PLLC**
*(Creditor)*

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973-530-2107
973-530-2307 (fax)
lvartan@csglaw.com
  *Assigned: 01/13/2023*
  *LEAD ATTORNEY*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**Mei Guo**
*(Interested Party)*

  *Assigned: 03/24/2023*

representing

**Chiesa Shahinian & Giantomasi PC**
105 Eisenhower Parkway
Roseland, NJ 07068
*(Interested Party)*

**Lee Vartan**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway

Roseland, NJ 07068
lvartan@csglaw.com
*(Attorney)*

*Assigned: 08/25/2023*
*LEAD ATTORNEY*

representing

**Hudson Diamond Holding LLC**
*(Interested Party)*

**Stephen G. Walko**
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830-6692
203-661-6000
203-661-9462 (fax)
swalko@ibolaw.com
*Assigned: 01/06/2023*

representing

**Ivey, Barnum & O'Mara LLC**
Ivey, Barnum & O'Mara LLC
170 Mason Street
Greenwich, CT 06830
United States
2036616000
*(Interested Party)*

**Michael S. Weinstein**
Golenbock Eiseman Assor Bell & Peskoe
LL
711 Third Avenue
New York, NY 10017
212-907-7347
212-754-0330 (fax)
mweinstein@golenbock.com
*Assigned: 07/22/2022*
*LEAD ATTORNEY*

representing

**Chong Shen Raphanella**
*(Creditor)*

**Rong Zhang**
*(Creditor)*

**Xiaodan Wang**
*(Creditor)*

**Melissa F. Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
United States
973-325-1500
mwernick@csglaw.com
*Assigned: 02/23/2023*
*LEAD ATTORNEY*

representing

**HK International Funds Investments (USA) Limited, LLC**
*(Interested Party)*

**Mei Guo**
*(Interested Party)*

*Assigned: 08/25/2023*
*LEAD ATTORNEY*

representing

**Hudson Diamond Holding LLC**
*(Interested Party)*

**Jay Marshall Wolman**
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
702-420-2001
jmw@randazza.com
*Assigned: 02/17/2022*

representing

**Logan Cheng**
c/o Randazza Legal Group, PLLC
100 Pearl Street
14th Floor
Hartford, CT 06103
*(Creditor)*

**Peter J. Zarella**
McElroy, Deutsch, Mulvaney &
Carpenter,
One State Street, 14th floor
Hartford, CT 06103
860-241-2688
860-522-2796 (fax)
pzarella@mdmc-law.com
 Assigned: 03/22/2022

representing

**Rui Ma**
*(20 Largest Creditor)*


**Weican Meng**
*(20 Largest Creditor)*

**Zheng Wu**
*(Creditor)*

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/03/2023 12:40:03 | | |
| **PACER Login:** | Pc_Library | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 22-50073 |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |

# EXHIBIT B



Ho Wan Kwok, Case No. 22-50073

List of Parties Requesting Notice        Unable to Receive Electronic Notification

Cheng Jian Wu Jian She
Gaosheng Guo
Yan Zhao
c/o Ning Ye, Esq.
Law office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354

Hong Qi Qu
Nan Tong Si Jian
Jian Gong
Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Liehong Zhuang
Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler & Zhang, LLP
224 West 35th Street, 11th Floor
New York, NY 10001

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Suite 112
Flushing, NY 11355

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

Golden Spring New York Ltd.
162 E. 64th Street
New York, NY 10065-7478

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153

Chao-Chih Chiu
Huizhen Wang
Yunxia Wu
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Edward Moss
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Kevin J. Nash
J. Ted Donovan
Goldberg Weprin Finkel Goldstein
LLP
125 Park Avenue, 12th Floor
New York, NY 10017

Diana Perez
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Stuart Sarnoff
O'Melveny & Myers LLP
7 Times Square
33rd Floor
New York, NY 10036

Daniel Shamah
O'Melveny & Myers, LLP
7 Times Square
New York, NY 10036

Douglas E. Spelfogel
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Derek L. Wright
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Yongbing Zhang
223 West Jackson Bl;vd. #1012
Chicago, IL 60606

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042

EXHIBIT C

KWOK COMMITTEE MEMBERS

Ning Ye ███████████████;
Carollynn H.G. Callari ████████████████;
Samuel Nunberg ██████████████████