AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Please Read Instructions:*

**FOR COURT USE ONLY**

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Patrick M. Birney | 2. PHONE NUMBER<br>(860) 275-8275 | 3. DATE<br>11/7/2023 |
| 4. DELIVERY ADDRESS OR EMAIL<br>pbirney@rc.com | 5. CITY<br>Hartford | 6. STATE  CT    7. ZIP CODE  06103 |
| 8. CASE NUMBER  22-50073    9. JUDGE  Judge Julie A. Manning | DATES OF PROCEEDINGS<br>10. FROM 11/7/2023 | 11. TO 11/7/2023 |
| 12. CASE NAME<br>Ho Wan Kwok and Genever Holdings LLC | LOCATION OF PROCEEDINGS<br>13. CITY Bridgeport | 14. STATE Connecticut |

15. ORDER FOR

☐ APPEAL ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☒ BANKRUPTCY
☐ NON-APPEAL ☐ CIVIL ☐ IN FORMA PAUPERIS ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify)<br>Hearing | 11/7/2023 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES  1 | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL  0.00

| | |
|---|---|
| 18. SIGNATURE<br>/s/ Patrick M. Birney | PROCESSED BY    Lorenzo M. Whitmore |
| 19. DATE<br>11/7/2023 | PHONE NUMBER    203-579-5808 |
| TRANSCRIPT TO BE PREPARED BY<br>Fiore Reporting and Transcription | COURT ADDRESS<br>915 Lafayette Blvd.<br>Bridgeport, CT 06604 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**  COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

### Honorable Julie A. Manning

### Tuesday November 07 2023

---

12:00 PM  22-50073   Ho Wan Kwok and Genever Holdings LLC
                     Ch: 11

**Matter:** **#2247;(ZG) Motion to Approve Settlement Agreement with the Casper Firm, LLC Pursuant to FRBP 9019 Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee.**

# Parties That Appeared at the November 7, 2023 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510