## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

|  |  |  |
|---|---|---|
| ----------------------------------x | : |  |
|  | : |  |
| In re: | : | Chapter 11 |
|  | : |  |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
| ----------------------------------x | : | RE: ECF No. 2314 |

**ORDER LIMITING SERVICE OF GENEVER HOLDINGS LLC'S MOTION, PURSUANT TO BANKRUPTCY CODE SECTION 363(b), FOR ENTRY OF ORDER AUTHORIZING GENEVER HOLDINGS LLC TO ENTER INTO, AND PERFORM UNDER, ALTERATION AGREEMENT WITH SHERRY NETHERLAND, INC. TO REMEDIATE AREAS OF SHERRY NETHERLAND APARTMENT AFFECTED BY <u>MARCH 15, 2023 FIRE</u>**

The Court having considered the motion (the "<u>Motion</u>") seeking an order limiting service of *Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Enter Into, and Perform Under, Alteration Agreement with Sherry Netherland, Inc. to Remediate Areas of the Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2313] (the "<u>Alteration Agreement Motion</u>")[2], filed in accordance with this Court's Contested Matter Procedure promulgated by Local Bankruptcy Rule 9014-1 and with a response date of November 29, 2023, to the Notice Parties, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court of Connecticut; and this Court having found that this is a core proceeding and that venue in this district is proper pursuant to 28 U.S.C. §§

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Motion shall have the meanings set forth in the Alteration Agreement Motion.

1408(2) and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the estate, its creditors, and other parties in interest; it is hereby

ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Genever US may serve the Alteration Agreement Motion only on:

    i. the Office of the United States Trustee for the District of Connecticut;

    ii. counsel for the Individual Debtor;

    iii. the Committee;

    iv. all parties who have requested notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002;

    v. all parties who receive notice in these chapter 11 cases by operation of the Court's electronic filing ("CM/ECF") system; and

    vi. any party who requested notice in these chapter 11 cases, but is unable to accept electronic filing as indicated on the Notice of Electronic Filing.

3. Genever US is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated at Bridgeport, Connecticut this 9th day of November, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut