**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.*, | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |
| | : | November 10, 2023 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 9, 2023, the *Notice of Appearance of Joseph M. Pastore III* [ECF No. 2318] and *Objection of Shin Hsin Yu and Jie Zhang to Eighth Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery with Respect to Additional Relevant Banks* [ECF No. 2319] (the "Served Documents") were filed electronically. Notice of these filings have been sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing system ("CM/ECF"), as set forth in **Exhibit A** appended hereto, or by U.S. Mail first-class delivery (sent November 10, 2023) to anyone unable to accept electronic notice pursuant to the Notice of Electronic Filing. These recipients are specifically set forth in **Exhibit B** appended hereto. Parties may access the Served Documents through the Court's CM/ECF system.

The Notice Parties, as defined in Local Bankr. R. 2004-1, will receive notice of these filings by CM/ECF, provided however, that parties appearing in the case who are unable to receive electronic notice were served via U.S. Mail as set forth above.

The Notice Parties, as defined in Local Bankr. R. 2004-1, will receive notice of these filings by CM/ECF, provided however, that the parties to be examined were served (on November 10,

2023) at the addresses appended hereto, via UPS overnight delivery, as set forth in **Exhibit C** appended hereto.

The undersigned hereby certifies that the foregoing constitutes service upon all of the Notice Parties and 2004 Parties.

Dated: November 10, 2023
Stamford, Connecticut

*/s/ Joseph M. Pastore III*
Joseph M. Pastore III (ct11431)
Pastore LLC
4 High Ridge Park, Third Floor
Stamford, CT 06905
203-658-8454 (Tel.)
Jpastore@pastore.net

## EXHIBIT A

## PARTIES THAT RECEIVED ELECTRONIC NOTICE VIA CM/ECF

Gregory F. Arcaro on behalf of Real Party
In Intere G-News Operations, LLC
garcaro@grafsteinlaw.com,
5806@notices.nextchapterbk.com;
office@grafsteinlaw.com;
ArcaroGR49801@notify.bestcase.com

Laura  Aronsson on behalf of 20 Largest
Creditor Pacific Alliance Asia Opportunity
Fund L.P.
laronsson@omm.com

Laura  Aronsson on behalf of Plaintiff
Pacific Alliance Asia Opportunity Fund L.P.
laronsson@omm.com

Tristan G. Axelrod on behalf of Creditor
Brown Rudnick LLP
taxelrod@brownrudnick.com

Tristan G. Axelrod on behalf of Creditor
Verdolino & Lowey, P.C.
taxelrod@brownrudnick.com

William R. Baldiga on behalf of Creditor
Brown Rudnick LLP
wbaldiga@brownrudnick.com

William R. Baldiga on behalf of Defendant
Kwok  Ho Wan
wbaldiga@brownrudnick.com

Kellianne  Baranowsky on behalf of
Interested Party BakerHostetler
kbaranowsky@gs-lawfirm.com,
aevans@gs-lawfirm.com;
kbaranowsky@ecf.courtdrive.com

Kellianne  Baranowsky on behalf of
Interested Party   G Club Operations, LLC
kbaranowsky@gs-lawfirm.com,
aevans@gs-lawfirm.com;
kbaranowsky@ecf.courtdrive.com

Daniel D. Barnes on behalf of Interested
Party   HK International Funds Investments
(USA) Limited, LLC
dbarnes@csglaw.com

Daniel D. Barnes on behalf of Interested
Party Mei  Guo
dbarnes@csglaw.com

Douglass E. Barron on behalf of Chapter 11
Trustee Luc A. Despins
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;
alexbongartz@paulhastings.com;
kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Counter-
Claimant Luc A. Despins
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;
alexbongartz@paulhastings.com;
kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Debtor
Genever Holdings Corporation
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;
alexbongartz@paulhastings.com;
kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Debtor
Genever Holdings LLC
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;
alexbongartz@paulhastings.com;
kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Defendant
Despins, Luc A., Chapter 11 Trustee
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;
alexbongartz@paulhastings.com;
kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Plaintiff
Despins, Luc A., Chapter 11 Trustee
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz
@paulhastings.com;
kristincatalano@paulhastings.com

Douglass E. Barron on behalf of Plaintiff
Genever Holdings LLC
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz
@paulhastings.com;kristincatalano@paulha
stings.com

Douglass E. Barron on behalf of Plaintiff
Luc A. Despins
douglassbarron@paulhastings.com,
ezrasutton@paulhastings.com;alexbongartz
@paulhastings.com;kristincatalano@paulha
stings.com

Nicholas A. Bassett on behalf of Chapter 11
Trustee Luc A. Despins
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucd
espins@paulhastings.com;alexbongartz@pa
ulhastings.com;ezrasutton@paulhastings.co
m;douglassbarron@paulhastings.com;ecf.frg
@paulhastings.com;aviluft@paulhastings.co
m

Nicholas A. Bassett on behalf of Counter-
Claimant Luc A. Despins
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucd
espins@paulhastings.com;alexbongartz@pa
ulhastings.com;ezrasutton@paulhastings.co
m;douglassbarron@paulhastings.com;ecf.frg
@paulhastings.com;aviluft@paulhastings.co
m

Nicholas A. Bassett on behalf of Defendant
Despins, Luc A., Chapter 11 Trustee
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucd
espins@paulhastings.com;alexbongartz@pa
ulhastings.com;ezrasutton@paulhastings.co
m;douglassbarron@paulhastings.com;ecf.frg
@paulhastings.com;aviluft@paulhastings.co
m

Nicholas A. Bassett on behalf of Plaintiff
Despins, Luc A., Chapter 11 Trustee
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucd
espins@paulhastings.com;alexbongartz@pa
ulhastings.com;ezrasutton@paulhastings.co
m;douglassbarron@paulhastings.com;ecf.frg
@paulhastings.com;aviluft@paulhastings.co
m

Nicholas A. Bassett on behalf of Plaintiff
Genever Holdings LLC
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucd
espins@paulhastings.com;alexbongartz@pa
ulhastings.com;ezrasutton@paulhastings.co
m;douglassbarron@paulhastings.com;ecf.frg
@paulhastings.com;aviluft@paulhastings.co
m

Nicholas A. Bassett on behalf of Plaintiff
Luc A. Despins
nicholasbassett@paulhastings.com,
jonathonkosciewicz@paulhastings.com;lucd
espins@paulhastings.com;alexbongartz@pa
ulhastings.com;ezrasutton@paulhastings.co

m;douglassbarron@paulhastings.com;ecf.frg
@paulhastings.com;aviluft@paulhastings.co
m

Patricia B. Bergamasco on behalf of
Interested Party   HK International Funds
Investments (USA) Limited, LLC
Pbergamasco@csglaw.com

Patricia B. Bergamasco on behalf of
Interested Party Mei  Guo
Pbergamasco@csglaw.com

Patrick M. Birney on behalf of 20 Largest
Creditor   Pacific Alliance Asia Opportunity
Fund L.P.
pbirney@rc.com,  ctrivigno@rc.com

Patrick M. Birney on behalf of Creditor
Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com,  ctrivigno@rc.com

Patrick M. Birney on behalf of Plaintiff
Pacific Alliance Asia Opportunity Fund L.P.
pbirney@rc.com,  ctrivigno@rc.com

G. Alexander Bongartz on behalf of Chapter
11 Trustee Luc A. Despins
alexbongartz@paulhastings.com

G. Alexander Bongartz on behalf of Plaintiff
Luc A. Despins
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of
Chapter 11 Trustee Luc A. Despins
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of
Debtor   Genever Holdings Corporation
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of
Debtor   Genever Holdings LLC
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of
Defendant   Despins, Luc A., Chapter 11
Trustee
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of
Plaintiff   Despins, Luc A., Chapter 11
Trustee
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of
Plaintiff   Genever Holdings LLC
alexbongartz@paulhastings.com

Georg Alexander Bongartz on behalf of
Plaintiff Luc A. Despins
alexbongartz@paulhastings.com

Trevor L. Bradley on behalf of 20 Largest
Creditor   Pacific Alliance Asia Opportunity
Fund L.P.
tbradley@rc.com

Carollynn H.G. Callari on behalf of 20
Largest Creditor Rui  Ma
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of 20
Largest Creditor Weican  Meng
ccallari@callaripartners.com

Carollynn H.G. Callari on behalf of Creditor
Zheng  Wu ccallari@callaripartners.com

Daniel  Cantor on behalf of Plaintiff
Pacific Alliance Asia Opportunity Fund L.P.
dcantor@omm.com

John F. Carberry on behalf of Miscellaneous
Proceeding Party   Jetlaw LLC
jcarberry@cl-law.com

Dennis M. Carnelli on behalf of Chapter 11
Trustee Luc A. Despins
dcarnelli@npmlaw.com

Dennis M. Carnelli on behalf of Plaintiff
Despins, Luc A., Chapter 11 Trustee
dcarnelli@npmlaw.com

Dennis M. Carnelli on behalf of Plaintiff
Luc A. Despins  dcarnelli@npmlaw.com

John L. Cesaroni on behalf of Counter-
Defendant   HK International Funds
Investments (USA) Limited, LLC
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Counter-
Defendant Mei  Guo  jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Debtor Ho
Wan  Kwok  jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho
Wan  Kwok  jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Defendant Ho
Wan Kwok  jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested
Party   HK International Funds Investments
(USA) Limited, LLC
jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Interested
Party Mei  Guo  jcesaroni@zeislaw.com

John L. Cesaroni on behalf of Plaintiff   HK
International Funds Investments (USA)
Limited, LLC
jcesaroni@zeislaw.com

Scott M. Charmoy on behalf of Attorney
Charmoy & Charmoy, LLC
scottcharmoy@charmoy.com,  ecf-
3ae5beb98d9b@ecf.pacerpro.com;charmoys
r97992@notify.bestcase.com

Holley L. Claiborn on behalf of U.S. Trustee
U. S. Trustee
holley.l.claiborn@usdoj.gov

Brian J Clifford on behalf of Debtor
Genever Holdings LLC
bclifford@sdvlaw.com,
lucdespins@paulhastings.com

Brian J Clifford on behalf of Plaintiff
Genever Holdings LLC
bclifford@sdvlaw.com,
lucdespins@paulhastings.com

Joanna J. Cline on behalf of Defendant
Bravo Luck Limited
joanna.cline@troutman.com

Joanna J. Cline on behalf of Interested Party
Bravo Luck Limited
joanna.cline@troutman.com

Michael T. Conway on behalf of Defendant
Taurus Fund LLC
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant
Taurus Management LLC
mconway@lpgmlaw.com

Michael T. Conway on behalf of Defendant
Scott  Barnett  mconway@lpgmlaw.com

Keith N. Costa on behalf of Interested Party
Leonard  Scudder  kcosta@otterbourg.com,
kcosta@otterbourg.com;awilliams@otterbo
urg.com

James J. Costello, Jr on behalf of Real Party
In Intere   G-News Operations, LLC
jjcostellojr@norris-law.com

Samuel Bryant Davidoff on behalf of
Interested Party   Williams & Connolly LLP
sdavidoff@wc.com

Sam  Della Fera, Jr on behalf of Cross
Defendant   HK International Funds
Investments (USA) Limited, LLC

sdellafera@csglaw.com

Sam  Della Fera, Jr on behalf of Defendant
HK International Funds Investments (USA)
Limited, LLC
sdellafera@csglaw.com

Sam  Della Fera, Jr on behalf of Defendant
Mei  Guo  sdellafera@csglaw.com

Sam  Della Fera, Jr on behalf of Interested
Party   HK International Funds Investments
(USA) Limited, LLC
sdellafera@csglaw.com

Sam  Della Fera, Jr on behalf of Interested
Party Mei  Guo  sdellafera@csglaw.com

Luc A. Despins
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmoh
amed@paulhastings.com;shlomomaza@pau
lhastings.com

Luc A. Despins on behalf of Chapter 11
Trustee Luc A. Despins
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmoh
amed@paulhastings.com;shlomomaza@pau
lhastings.com

Luc A. Despins on behalf of Defendant
Despins, Luc A., Chapter 11 Trustee
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmoh
amed@paulhastings.com;shlomomaza@pau
lhastings.com

Luc A. Despins on behalf of Plaintiff
Despins, Luc A., Chapter 11 Trustee
lucdespins@paulhastings.com,
matlaskowski@paulhastings.com;davidmoh
amed@paulhastings.com;shlomomaza@pau
lhastings.com

Janie  Eddy on behalf of Plaintiff   Genever
Holdings LLC
jeddy@sdvlaw.com

Melissa I Falk Wernick on behalf of
Counter-Defendant  HK International Funds
Investments (USA) Limited, LLC
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of
Counter-Defendant Mei  Guo
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of
Defendant   HK International Funds
Investments (USA) Limited, LLC
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of
Defendant Mei  Guo
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of
Interested Party   HK International Funds
Investments (USA) Limited, LLC
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of
Interested Party Mei  Guo
mwernick@csglaw.com

Melissa I Falk Wernick on behalf of
Plaintiff   HK International Funds
Investments (USA) Limited, LLC
mwernick@csglaw.com

Paul  Fenaroli on behalf of Interested Party
1332156 B.C. LTD
pfenaroli@pastore.net

Paul  Fenaroli on behalf of Interested Party
GWGOPNZ Limited
pfenaroli@pastore.net

Paul  Fenaroli on behalf of Interested Party
Japan Himalaya League, Inc.

pfenaroli@pastore.net

Paul  Fenaroli on behalf of Interested Party
Jie  Zhang pfenaroli@pastore.net

Paul  Fenaroli on behalf of Interested Party
Shin Hsin Yu pfenaroli@pastore.net

Sam Della Fera, Jr. on behalf of Interested
Party   HK International Funds Investments
(USA) Limited, LLC
sdellafera@csglaw.com

Sam Della Fera, Jr. on behalf of Interested
Party Mei  Guo sdellafera@csglaw.com

Sabato P. Fiano on behalf of Interested Party
RCI Bridgeport, LLC
sfiano@znclaw.com

Ross G. Fingold on behalf of Interested
Party   NODAL PARTNERS, LLC
rfingold@lawssf.com

Carolina A Fornos on behalf of Interested
Party   G Club Operations, LLC
carolina.fornos@pillsburylaw.com,
nydocket@pillsburylaw.com

Carolina A. Fornos on behalf of Interested
Party   G Club Operations, LLC
carolina.fornos@pillsburylaw.com

David S. Forsh on behalf of 20 Largest
Creditor Rui  Ma
dforsh@callaripartners.com

David S. Forsh on behalf of 20 Largest
Creditor Weican  Meng
dforsh@callaripartners.com

David S. Forsh on behalf of Creditor Zheng
Wu dforsh@callaripartners.com

Richard N Freeth on behalf of Interested
Party   Himalaya Investment LLC

rfreeth@freethfirm.com

Richard N Freeth on behalf of Interested
Party Jiaming  Liu rfreeth@freethfirm.com

Lisa  Fried on behalf of Interested Party
UBS AG
lisa.fried@hsf.com,
stephanie.morano@hsf.com

Peter  Friedman on behalf of 20 Largest
Creditor   Pacific Alliance Asia Opportunity
Fund L.P.
pfriedman@omm.com

Peter  Friedman on behalf of Plaintiff
Pacific Alliance Asia Opportunity Fund L.P.
pfriedman@omm.com

Taruna  Garg on behalf of Creditor   The
Sherry-Netherland, Inc.
tgarg@murthalaw.com,
mgarcia@murthalaw.com

Irve J. Goldman on behalf of Creditor
Committee   Official Committee of
Unsecured Creditors
igoldman@pullcom.com,
rmccoy@pullcom.com

Irve J. Goldman on behalf of Creditor
Committee   Pullman & Comley, LLC
igoldman@pullcom.com,
rmccoy@pullcom.com

Irve J. Goldman on behalf of Defendant
Official Committee of Unsecured Creditors
igoldman@pullcom.com,
rmccoy@pullcom.com

Mia N. Gonzalez on behalf of 20 Largest
Creditor   Pacific Alliance Asia Opportunity
Fund L.P.
mgonzalez@omm.com

Mia N. Gonzalez on behalf of Plaintiff
Pacific Alliance Asia Opportunity Fund L.P.
mgonzalez@omm.com

Marc  Gottridge on behalf of Interested
Party   UBS AG
marc.gottridge@hsf.com

James C. Graham on behalf of Chapter 11
Trustee Luc A. Despins
jgraham@npmlaw.com,
sgibbons@npmlaw.com;NeubertPepeMonte
ithPC@jubileebk.net

James C. Graham on behalf of Defendant
Luc A. Despins jgraham@npmlaw.com,
sgibbons@npmlaw.com;NeubertPepeMonte
ithPC@jubileebk.net

James C. Graham on behalf of Trustee Luc
A. Despins jgraham@npmlaw.com,
sgibbons@npmlaw.com;NeubertPepeMonte
ithPC@jubileebk.net

Lawrence S. Grossman on behalf of
Interested Party   BakerHostetler
LGrossman@gs-lawfirm.com,  aevans@gs-
lawfirm.com;ngolino@gs-
lawfirm.com;lawrencegrossman@ecf.courtd
rive.com;mbuckanavage@gs-
lawfirm.com;eross@gs-lawfirm.com

David V. Harbach, II on behalf of 20
Largest Creditor   Pacific Alliance Asia
Opportunity Fund L.P.
dharbach@omm.com

David V. Harbach, II on behalf of Plaintiff
Pacific Alliance Asia Opportunity Fund L.P.
dharbach@omm.com

James J. Healy on behalf of Interested Party
Williams & Connolly LLP
jhealy@cmandh.com

Jeffrey  Hellman on behalf of Defendant Ho
Wan Kwok jeff@jeffhellmanlaw.com,
christen@jeffhellmanlaw.com

Eric A. Henzy on behalf of Debtor Ho Wan
Kwok ehenzy@zeislaw.com,
cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho
Wan  Kwok ehenzy@zeislaw.com,
cjervey@zeislaw.com

Eric A. Henzy on behalf of Defendant Ho
Wan Kwok ehenzy@zeislaw.com,
cjervey@zeislaw.com

Eric A. Henzy on behalf of Interested Party
HK International Funds Investments (USA)
Limited, LLC
ehenzy@zeislaw.com,
cjervey@zeislaw.com

Zachary A. Intrater on behalf of Defendant
Hing Chi Ngok zintrater@braflaw.com

Ryan T. Jareck on behalf of Interested Party
HCHK Property Management, Inc.
rjareck@coleschotz.com

Ryan T. Jareck on behalf of Interested Party
HCHK Technologies, Inc.
rjareck@coleschotz.com

Ryan T. Jareck on behalf of Interested Party
Lexington Property and Staffing, Inc.
rjareck@coleschotz.com

Timothy P. Jensen on behalf of Plaintiff
Genever Holdings LLC
tjensen@omjblaw.com

David G. Jordan on behalf of Plaintiff
Genever Holdings LLC
djordan@sdvlaw.com,  kryan@sdvlaw.com

Jonathan  Kaplan on behalf of Creditor
Committee   Official Committee of
Unsecured Creditors
jkaplan@pullcom.com,
prulewicz@pullcom.com;rmccoy@pullcom.com

Austin D Kim on behalf of Defendant
Greenwich Land, LLC
adk@msf-law.com

Austin D Kim on behalf of Defendant Hing
Chi Ngok adk@msf-law.com

Austin D Kim on behalf of Interested Party
Greenwich Land, LLC
adk@msf-law.com

Austin D Kim on behalf of Interested Party
Hing Chi Ngok adk@msf-law.com

Stephen M. Kindseth on behalf of Debtor
Ho Wan  Kwok skindseth@zeislaw.com,
cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Defendant
Ho Wan Kwok skindseth@zeislaw.com,
cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested
Party   HK International Funds Investments
(USA) Limited, LLC
skindseth@zeislaw.com,
cjervey@zeislaw.com

Stephen M. Kindseth on behalf of Interested
Party Mei  Guo skindseth@zeislaw.com,
cjervey@zeislaw.com

Nancy Bohan Kinsella on behalf of Plaintiff-
Intervenor Luc A. Despins
nkinsella@npmlaw.com,
moshea@npmlaw.com;smowery@npmlaw.com;npm.bankruptcy@gmail.com

Kathleen M. LaManna on behalf of Plaintiff
U.S. Bank National Association, as escrow
agent
klamanna@goodwin.com,
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Julie A Lavoie on behalf of Creditor   The
Sherry-Netherland, Inc.
jlavoie@murthalaw.com

Francis J. Lawall on behalf of Defendant
Bravo Luck Limited
francis.lawall@troutman.com,
susan.henry@troutman.com;marcy.smith@troutman.com

Francis J. Lawall on behalf of Interested
Party   Bravo Luck Limited
francis.lawall@troutman.com,
susan.henry@troutman.com;marcy.smith@troutman.com

Francis J. Lawall on behalf of Interested
Party   Bravo Luck Limited
francis.lawall@troutman.com,
susan.henry@troutman.com;marcy.smith@troutman.com

Andrew V. Layden on behalf of Interested
Party   BakerHostetler
alayden@bakerlaw.com

Patrick R. Linsey on behalf of Chapter 11
Trustee Luc A. Despins
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of
Claims/Noticing Agent   Epiq Corporate
Restructuring, LLC
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Counter-Claimant Luc A. Despins
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Cross-Claimant   Despins, Luc A., Chapter 11 Trustee
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Debtor Genever Holdings Corporation
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Debtor Genever Holdings LLC
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Debtor's Attorney   Paul Hastings LLP
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Defendant Despins, Luc A., Chapter 11 Trustee
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Defendant Luc A. Despins plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff Despins, Luc A., Chapter 11 Trustee

plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff Genever Holdings Corporation
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff Genever Holdings LLC
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff Luc A. Despins plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Plaintiff-Intervenor Luc A. Despins
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Trustee Luc A. Despins plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Patrick R. Linsey on behalf of Trustee's Attorney   Neubert, Pepe & Monteith, P.C.
plinsey@npmlaw.com,
sdobson@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net

Avram Emmanuel Luft on behalf of Chapter 11 Trustee Luc A. Despins
aviluft@paulhastings.com

Avram Emmanuel Luft on behalf of Defendant   Despins, Luc A., Chapter 11 Trustee
aviluft@paulhastings.com

Avram Emmanuel Luft on behalf of Plaintiff
Despins, Luc A., Chapter 11 Trustee
aviluft@paulhastings.com

Avram Emmanuel Luft on behalf of Plaintiff
Genever Holdings Corporation
aviluft@paulhastings.com

Avram Emmanuel Luft on behalf of Plaintiff
Genever Holdings LLC
aviluft@paulhastings.com

Avram Emmanuel Luft on behalf of Plaintiff
Luc A. Despins aviluft@paulhastings.com

Christopher J. Major on behalf of Defendant
Greenwich Land, LLC
cjm@msf-law.com

Christopher J. Major on behalf of Defendant
Hing Chi Ngok cjm@msf-law.com

Christopher J. Major on behalf of Interested
Party   Greenwich Land, LLC
cjm@msf-law.com

Christopher J. Major on behalf of Interested
Party Hing Chi Ngok cjm@msf-law.com

Bonnie C. Mangan on behalf of Defendant
HCHK Property Management, Inc.
bonnie.mangan@manganlaw.com,
becky.avery@manganlaw.com

Bonnie C. Mangan on behalf of Defendant
Brian  Hofmeister
bonnie.mangan@manganlaw.com,
becky.avery@manganlaw.com

Bonnie C. Mangan on behalf of
Miscellaneous Proceeding Party   Law
Office of Bonnie C. Mangan
bonnie.mangan@manganlaw.com,
becky.avery@manganlaw.com

Bonnie C. Mangan on behalf of Requested
Notice Bonnie C. Mangan
Trusteemangan@yahoo.com,
ct19@ecfcbis.com;becky.avery@manganla
w.com

Bonnie C. Mangan on behalf of Requested
Notice Bonnie C. Mangan
bonnie.mangan@manganlaw.com,
becky.avery@manganlaw.com

Amy E. Markim on behalf of Plaintiff
Genever Holdings LLC
amarkim@omjblaw.com

Kristin B. Mayhew on behalf of 20 Largest
Creditor Rui  Ma kmayhew@pullcom.com,
kwarshauer@mdmc-
law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of 20 Largest
Creditor Weican  Meng
kmayhew@pullcom.com,
kwarshauer@mdmc-
law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor
Committee   Official Committee of
Unsecured Creditors
kmayhew@pullcom.com,
kwarshauer@mdmc-
law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Creditor
Zheng  Wu kmayhew@pullcom.com,
kwarshauer@mdmc-
law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Defendant
Official Committee of Unsecured Creditors
kmayhew@pullcom.com,
kwarshauer@mdmc-
law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff
Boxun Inc.

kmayhew@pullcom.com,
kwarshauer@mdmc-
law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff Rui
Ma kmayhew@pullcom.com,
kwarshauer@mdmc-
law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff
Weican (Watson)  Meng
kmayhew@pullcom.com,
kwarshauer@mdmc-
law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff
Yang  Lan kmayhew@pullcom.com,
kwarshauer@mdmc-
law.com;bdangelo@mdmc-law.com

Kristin B. Mayhew on behalf of Plaintiff
Zheng  Wu kmayhew@pullcom.com,
kwarshauer@mdmc-
law.com;bdangelo@mdmc-law.com

Melissa Rose McClammy on behalf of
Interested Party   1332156 B.C. LTD
mmcclammy@pastore.net

Melissa Rose McClammy on behalf of
Interested Party   GWGOPNZ Limited
mmcclammy@pastore.net

Melissa Rose McClammy on behalf of
Interested Party   Japan Himalaya League,
Inc.
mmcclammy@pastore.net

Melissa Rose McClammy on behalf of
Interested Party Shin Hsin Yu
mmcclammy@pastore.net

Michael T. McCormack on behalf of
Plaintiff   Genever Holdings LLC
mmccormack@omjblaw.com,
mgambardella@omjblaw.com

Danielle L. Merola on behalf of Interested
Party   BakerHostetler
dmerola@bakerlaw.com

Sherry J. Millman on behalf of Creditor
The Sherry-Netherland, Inc.
smillman@stroock.com

Aaron A Mitchell on behalf of Debtor Ho
Wan  Kwok aaron@lmesq.com

Aaron A Mitchell on behalf of Debtor's
Attorney   Lawall & Mitchell, LLC
aaron@lmesq.com

Aaron A Mitchell on behalf of Defendant
Ho Wan Kwok aaron@lmesq.com

James M. Moriarty on behalf of Counter-
Defendant   HK International Funds
Investments (USA) Limited, LLC
jmoriarty@zeislaw.com,
cgregory@zeislaw.com

James M. Moriarty on behalf of Counter-
Defendant Mei  Guo
jmoriarty@zeislaw.com,
cgregory@zeislaw.com

James M. Moriarty on behalf of Debtor Ho
Wan  Kwok jmoriarty@zeislaw.com,
cgregory@zeislaw.com

James M. Moriarty on behalf of Defendant
HK International Funds Investments (USA)
Limited, LLC
jmoriarty@zeislaw.com,
cgregory@zeislaw.com

James M. Moriarty on behalf of Defendant
Ho Wan  Kwok jmoriarty@zeislaw.com,
cgregory@zeislaw.com

James M. Moriarty on behalf of Defendant
Ho Wan Kwok jmoriarty@zeislaw.com,
cgregory@zeislaw.com

James M. Moriarty on behalf of Defendant
Mei  Guo jmoriarty@zeislaw.com,
cgregory@zeislaw.com

James M. Moriarty on behalf of Interested
Party   HK International Funds Investments
(USA) Limited, LLC
jmoriarty@zeislaw.com,
cgregory@zeislaw.com

James M. Moriarty on behalf of Interested
Party   Hudson Diamond Holding LLC
jmoriarty@zeislaw.com,
cgregory@zeislaw.com

James M. Moriarty on behalf of Interested
Party Mei  Guo jmoriarty@zeislaw.com,
cgregory@zeislaw.com

James M. Moriarty on behalf of Plaintiff
HK International Funds Investments (USA)
Limited, LLC
jmoriarty@zeislaw.com,
cgregory@zeislaw.com

Sara  Pahlavan on behalf of 20 Largest
Creditor   Pacific Alliance Asia Opportunity
Fund L.P.
spahlavan@omm.com

Joseph M. Pastore, III on behalf of
Interested Party   1332156 B.C. LTD
jpastore@pastore.net

Joseph M. Pastore, III on behalf of
Interested Party   1332156 B.C. LTD
jpastore@pastore.net

Joseph M. Pastore, III on behalf of
Interested Party   GWGOPNZ Limited
jpastore@pastore.net

Joseph M. Pastore, III on behalf of
Interested Party   GWGOPNZ Limited
jpastore@pastore.net

Joseph M. Pastore, III on behalf of
Interested Party   Japan Himalaya League,
Inc.
jpastore@pastore.net

Joseph M. Pastore, III on behalf of
Interested Party Jie  Zhang
jpastore@pastore.net

Joseph M. Pastore, III on behalf of
Interested Party Shin Hsin Yu
jpastore@pastore.net

Joseph M. Pastore, III on behalf of
Interested Party Shin Hsin Yu
jpastore@pastore.net

Patrick N. Petrocelli on behalf of Creditor
The Sherry-Netherland, Inc.
ppetrocelli@stroock.com

Sari B. Placona on behalf of Interested Party
HCHK Property Management, Inc.
splacona@msbnj.com

Sari B. Placona on behalf of Interested Party
HCHK Technologies, Inc.
splacona@msbnj.com

Sari B. Placona on behalf of Interested Party
Lexington Property and Staffing, Inc.
splacona@msbnj.com

Sari Blair Placona on behalf of Interested
Party   HCHK Property Management, Inc.
splacona@msbnj.com

Sari Blair Placona on behalf of Interested
Party   HCHK Technologies, Inc.
splacona@msbnj.com

Sari Blair Placona on behalf of Interested Party   Lexington Property and Staffing, Inc.
splacona@msbnj.com

Lucas Bennett Rocklin on behalf of Chapter 11 Trustee Luc A. Despins
lrocklin@npmlaw.com,
NeubertPepeMonteithPC@jubileebk.net

Aaron  Romney on behalf of Counter-Defendant   HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com,
swenthen@zeislaw.com

Aaron  Romney on behalf of Counter-Defendant Mei  Guo
aromney@zeislaw.com,
swenthen@zeislaw.com

Aaron  Romney on behalf of Debtor Ho Wan  Kwok aromney@zeislaw.com,
swenthen@zeislaw.com

Aaron  Romney on behalf of Defendant HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com,
swenthen@zeislaw.com

Aaron  Romney on behalf of Defendant Ho Wan  Kwok aromney@zeislaw.com,
swenthen@zeislaw.com

Aaron  Romney on behalf of Defendant Ho Wan Kwok aromney@zeislaw.com,
swenthen@zeislaw.com

Aaron  Romney on behalf of Defendant Mei Guo aromney@zeislaw.com,
swenthen@zeislaw.com

Aaron  Romney on behalf of Interested Party   HK International Funds Investments (USA) Limited, LLC

aromney@zeislaw.com,
swenthen@zeislaw.com

Aaron  Romney on behalf of Interested Party   Hudson Diamond Holding LLC
aromney@zeislaw.com,
swenthen@zeislaw.com

Aaron  Romney on behalf of Interested Party   Hudson Diamond NY LLC
aromney@zeislaw.com,
swenthen@zeislaw.com

Aaron  Romney on behalf of Interested Party Aaron A. Romney
aromney@zeislaw.com,
swenthen@zeislaw.com

Aaron  Romney on behalf of Interested Party Mei  Guo aromney@zeislaw.com,
swenthen@zeislaw.com

Aaron  Romney on behalf of Plaintiff   HK International Funds Investments (USA) Limited, LLC
aromney@zeislaw.com,
swenthen@zeislaw.com

Scott D. Rosen on behalf of Attorney   Cohn Birnbaum & Shea, P.C.
srosen@cb-shea.com,
msullivan@cbshealaw.com;akuhn@cbshealaw.com

Tyler W. Rutherford on behalf of Interested Party   1332156 B.C. LTD
trutherford@pastore.net

Tyler W. Rutherford on behalf of Interested Party   GWGOPNZ Limited
trutherford@pastore.net

Tyler W. Rutherford on behalf of Interested Party Shin Hsin Yu trutherford@pastore.net

Thomas J. Sansone on behalf of Attorney
Michael S. Weinstein
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor
Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor
Rong  Zhang  tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Creditor
Xiaodan  Wang  tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff
Chong Shen Raphanella
tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff
Rong  Zhang  tsansone@carmodylaw.com

Thomas J. Sansone on behalf of Plaintiff
Xiaodan  Wang  tsansone@carmodylaw.com

Stuart M. Sarnoff on behalf of 20 Largest
Creditor   Pacific Alliance Asia Opportunity
Fund L.P.
ssarnoff@omm.com,  stuart-sarnoff-
1059@ecf.pacerpro.com

Stuart M. Sarnoff on behalf of Plaintiff
Pacific Alliance Asia Opportunity Fund L.P.
ssarnoff@omm.com,  stuart-sarnoff-
1059@ecf.pacerpro.com

John T. Shaban on behalf of Defendant
HCHK Property Management, Inc.
john@levinelevinelaw.com

John T. Shaban on behalf of Defendant
HCHK Technologies, Inc.
john@levinelevinelaw.com

John T. Shaban on behalf of Defendant
Holy City Hong Kong Ventures, LTD.
john@levinelevinelaw.com

John T. Shaban on behalf of Defendant
Lexington Property and Staffing, Inc.
john@levinelevinelaw.com

David M.S. Shaiken on behalf of Defendant
Bravo Luck Limited
david@shipmanlawct.com

David M.S. Shaiken on behalf of Interested
Party   Bravo Luck Limited
david@shipmanlawct.com

Douglas S. Skalka on behalf of Chapter 11
Trustee Luc A. Despins
dskalka@npmlaw.com,
smowery@npmlaw.com;NeubertPepeMonte
ithPC@jubileebk.net

Douglas S. Skalka on behalf of Counter-
Claimant Luc A. Despins
dskalka@npmlaw.com,
smowery@npmlaw.com;NeubertPepeMonte
ithPC@jubileebk.net

Douglas S. Skalka on behalf of Debtor
Genever Holdings Corporation
dskalka@npmlaw.com,
smowery@npmlaw.com;NeubertPepeMonte
ithPC@jubileebk.net

Douglas S. Skalka on behalf of Debtor
Genever Holdings LLC
dskalka@npmlaw.com,
smowery@npmlaw.com;NeubertPepeMonte
ithPC@jubileebk.net

Douglas S. Skalka on behalf of Defendant
Despins, Luc A., Chapter 11 Trustee
dskalka@npmlaw.com,
smowery@npmlaw.com;NeubertPepeMonte
ithPC@jubileebk.net

Douglas S. Skalka on behalf of Defendant
Luc A. Despins  dskalka@npmlaw.com,

smowery@npmlaw.com;NeubertPepeMonte
ithPC@jubileebk.net

Douglas S. Skalka on behalf of Plaintiff
Despins, Luc A., Chapter 11 Trustee
dskalka@npmlaw.com,
smowery@npmlaw.com;NeubertPepeMonte
ithPC@jubileebk.net

Douglas S. Skalka on behalf of Plaintiff
Genever Holdings LLC
dskalka@npmlaw.com,
smowery@npmlaw.com;NeubertPepeMonte
ithPC@jubileebk.net

Douglas S. Skalka on behalf of Plaintiff Luc
A. Despins  dskalka@npmlaw.com,
smowery@npmlaw.com;NeubertPepeMonte
ithPC@jubileebk.net

Douglas S. Skalka on behalf of Plaintiff-
Intervenor Luc A. Despins
dskalka@npmlaw.com,
smowery@npmlaw.com;NeubertPepeMonte
ithPC@jubileebk.net

Douglas S. Skalka on behalf of Trustee's
Attorney   Neubert, Pepe & Monteith, P.C.
dskalka@npmlaw.com,
smowery@npmlaw.com;NeubertPepeMonte
ithPC@jubileebk.net

Jeffrey M. Sklarz on behalf of Interested
Party   BakerHostetler
jsklarz@gs-lawfirm.com, aevans@gs-
lawfirm.com;mbuckanavage@gs-
lawfirm.com;eross@gs-
lawfirm.com;jsklarz@ecf.courtdrive.com

Jeffrey M. Sklarz on behalf of Interested
Party   G Club Operations, LLC
jsklarz@gs-lawfirm.com, aevans@gs-
lawfirm.com;mbuckanavage@gs-
lawfirm.com;eross@gs-
lawfirm.com;jsklarz@ecf.courtdrive.com

Michael B. Sloan on behalf of Defendant
Greenwich Land, LLC
msloan@msf-law.com

Michael B. Sloan on behalf of Defendant
Hing Chi Ngok  msloan@msf-law.com

Annecca H. Smith on behalf of 20 Largest
Creditor   Pacific Alliance Asia Opportunity
Fund L.P.
asmith@rc.com

Annecca H. Smith on behalf of Plaintiff
Pacific Alliance Asia Opportunity Fund L.P.
asmith@rc.com

Anthony  Sodono, III on behalf of Interested
Party   HCHK Property Management, Inc.
asodono@msbnj.com

Anthony  Sodono, III on behalf of Interested
Party   HCHK Technologies, Inc.
asodono@msbnj.com

Anthony  Sodono, III on behalf of Interested
Party   Lexington Property and Staffing, Inc.
asodono@msbnj.com

Michael P. Thompson on behalf of
Defendant   AIG Property Casualty
Company
mpthompson@grsm.com,
tbernier@grsm.com

John  Troy on behalf of Interested Party
Troy Law, PLLC
johntroy@troypllc.com

Tiffany  Troy on behalf of Creditor   Troy
Law, PLLC
troylegalpllc@gmail.com,
troylaw@troypllc.com

  U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Lee  Vartan on behalf of Attorney Lee
Vartan lvartan@csglaw.com

Lee  Vartan on behalf of Counter-Defendant
HK International Funds Investments (USA)
Limited, LLC
lvartan@csglaw.com

Lee  Vartan on behalf of Counter-Defendant
Mei  Guo lvartan@csglaw.com

Lee  Vartan on behalf of Cross Defendant
HK International Funds Investments (USA)
Limited, LLC
lvartan@csglaw.com

Lee  Vartan on behalf of Defendant   HK
International Funds Investments (USA)
Limited, LLC
lvartan@csglaw.com

Lee  Vartan on behalf of Defendant Mei
Guo lvartan@csglaw.com

Lee  Vartan on behalf of Interested Party
Chiesa Shahinian & Giantomasi PC
lvartan@csglaw.com

Lee  Vartan on behalf of Interested Party
HK International Funds Investments (USA)
Limited, LLC
lvartan@csglaw.com

Lee  Vartan on behalf of Interested Party
Hudson Diamond Holding LLC
lvartan@csglaw.com

Lee  Vartan on behalf of Interested Party
Mei  Guo lvartan@csglaw.com

Lee  Vartan on behalf of Plaintiff   HK
International Funds Investments (USA)
Limited, LLC
lvartan@csglaw.com

Stephen G. Walko on behalf of Interested
Party  Ivey, Barnum & O'Mara LLC
swalko@ibolaw.com

Michael S. Weinstein on behalf of Creditor
Chong Shen Raphanella
mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor
Rong  Zhang mweinstein@golenbock.com

Michael S. Weinstein on behalf of Creditor
Xiaodan  Wang
mweinstein@golenbock.com

Melissa F. Wernick on behalf of Interested
Party   HK International Funds Investments
(USA) Limited, LLC
mwernick@csglaw.com

Melissa F. Wernick on behalf of Interested
Party Mei  Guo mwernick@csglaw.com

Latonia C. Williams on behalf of Plaintiff
U.S. Bank National Association, as escrow
agent
lwilliams@goodwin.com,
bankruptcyparalegal@goodwin.com;bankru
ptcy@goodwin.com

Jay Marshall Wolman on behalf of Creditor
Logan  Cheng jmw@randazza.com,  ecf-
6898@ecf.pacerpro.com

Jay Marshall Wolman on behalf of Plaintiff
Logan  Cheng jmw@randazza.com,  ecf-
6898@ecf.pacerpro.com

Peter J. Zarella on behalf of 20 Largest
Creditor Rui  Ma pzarella@mdmc-law.com,
lgilbert@mdmc-law.com

Peter J. Zarella on behalf of 20 Largest
Creditor Weican  Meng pzarella@mdmc-
law.com,  lgilbert@mdmc-law.com

Peter J. Zarella on behalf of Creditor Zheng
Wu pzarella@mdmc-law.com,
lgilbert@mdmc-law.com

### EXHIBIT B

### PARTIES SERVED VIA U.S. MAIL

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042

Huizhen Wang, Yunxia Wu, Keyi Zilkie,
and Chao-Chih  Chiu
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

Dundon Advisers LLC
10 Bank Street, Suite 1100
White Plains, NY 10606

Epiq Corporate Restructuring, LLC
777 Third Avenue
12th Floor
New York, NY 10017

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Yongbing  Zhang
223 West Jackson Bl;vd. #1012
Chicago, IL 60606

Ning  Zhao
3611 Summer Ranch Dr.
Katy, TX 77694

## EXHIBIT C

## 2004 PARTIES SERVED VIA UPS

| Discovery Party | Address |
|---|---|
| Banco Popular de Puerto Rico | 209 Avenida Luis Munos Rivera<br>San Juan, PR 00918 |
| City National Bank | 555 S Flower St<br>Los Angeles, CA 90071 |
| First Bank | 11947 Olive Boulevard<br>Creve Coeur, MO 63141 |
| Kyrgyz-Swiss Bank CJSC | Baytik Baatyr Street 68<br>Bishkek, Kyrgyzstan |
| Medici Bank International | 1250 Ponce de Leon Avenue<br>San Juan, PR 00907 |
| NexBank | 2515 Mckinney Ave Ste 1100<br>Dallas, TX 75201 |
| Oriental Bank | 254 Munoz Rivera<br>San Juan, PR 00918 |
| Wells Fargo Bank, N.A. | 101 N Phillips Ave<br>Sioux Falls, SD 57104 |