## NOTES TO THE SEPTEMBER 2023 OPERATING REPORT

### PART 2: ASSET AND LIABILITY STATUS:

| | | |
|---|---|---|
| d. | Total current assets: | Unknown |
| e. | Total assets: | Unknown |

The Debtor's only known asset is its interest in Genever Holdings LLC, and the value of this interest is unknown.

### PART 5(a): PAYMENTS TO INSIDERS AND PROFESSIONALS:

In accordance with the Court's order dated June 29, 2023, a payment of $33,432.50 was made to Neubert, Pepe & Monteith P.C. for its approved fees from the estate of Ho Wan Kwok, case number 22-50073.

In accordance with the Court's order dated September 12, 2023, a payment of $712.00 was made to Neubert, Pepe & Monteith P.C. for its approved fees from the estate of Ho Wan Kwok, case number 22-50073.