# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

IN RE: KWOK,
    Debtors

HO WAN KWOK,
    *Debtor-Appellant*,

V.

LUC A. DESPINS,
    *Trustee-Appellee*.

BANKR. NO. 22-50073
CIVIL NO. 3:23-CV-1068 (KAD)

## JUDGMENT

This action having come before the Court on a notice of appeal from Bankruptcy Court before the Honorable Kari A. Dooley, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having entered an order dismissing the Appellant's motion for leave to appeal on November 8, 2023, it is hereby;

ORDERED, ADJUGED and DECREED that judgment be and is hereby entered dismissing the Appellant's motion for leave to appeal.

Dated at Bridgeport, Connecticut this 13th day of November 2023.

DINAH MILTON KINNEY, Clerk
By /s/ Kristen Gould
Kristen Gould
Deputy Clerk

EOD: 11/13/2023