UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

---

| | |
|---|---|
| GENEVER HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>AIG PROPERTY CASUALTY COMPANY,<br><br>Defendant. | Adv. Proceeding No. 23-05007<br><br>November 15, 2023 |

---

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned counsel, David G. Jordanrespectfully requests that the Court permit withdrawal of the undersigned on behalf of the Plaintiff, Genever Holdings LLC, on the basis that it is now being represented by Timothy P. Jensen Esq., Amy E. Markim, Esq., and Michael T. McCormack, Esq. of the law

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

offices of O'Sullivan McCormack Jensen & Bliss P.C, who have already appeared on its behalf. Notice of this motion is being sent to Genever Holdings LLC.

WHEREFORE, the undersigned counsel requests that the Court grant this motion and withdraw his appearance on behalf of Plaintiff, Genever Holdings, LLC.

Dated: Trumbull, CT
November 15, 2023

Respectfully submitted,

THE PLAINTIFF,
GENEVER HOLDINGS LLC

By:   /s/ David G. Jordan
David G.Jordan
djordan@sdvlaw.com
Saxe Doernberger & Vita, P.C.
35 Nutmeg Drive, Suite 140
Trumbull, Connecticut 06611
Tel.: (203) 287-2100
Fax: (203) 287-8847

**CERTIFICATE OF SERVICE**

I certify that on November 15, 2023, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. The Parties may access this filing through the court's CM/ECF system.

By: /s/ David G. Jordan
David G. Jordan
djordan@sdvlaw.com
Saxe Doernberger & Vita, P.C.
35 Nutmeg Drive, Suite 140
Trumbull, Connecticut 06611
Tel.: (203) 287-2100
Fax: (203) 287-8847