IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

## *EX-PARTE* MOTION TO EXPEDITE HEARING AND LIMIT NOTICE RE: MOTION TO STAY PENDING APPEAL, FILED BY G. CLUB OPERATIONS, LLC

Pursuant to Fed. R. Bankr. P. 9006(c)(1) and Fed. R. Bankr. P. 8007, G Club Operations, LLC ("**G Club Operations**"), respectfully moves that the Court expedite the hearing on *G Club Operations, LLC Emergency Motion to Stay Pending Appeal* (the "**Motion to Stay**"), filed concurrently herewith. G Club Operations seeks a hearing on **Thursday, November 16, 2023** (at any time, either in person or via Zoom.gov) as the Court has set Friday, November 17, 2023 (a date 4 days after entry of the November 13, 2023 *Order Granting Motion for Order Requiring Production of G-Club Documents* (Filed only in the Adv. Proc. 23-5013, the "**Ruling**"),[1] as the deadline for compliance with the Ruling.

1.     The background of this matter is well known to the Court and summarized in the Motion to Stay.

2.     Fed. R. Bankr. P. 9006(c)(1) provides that the Court may reduce the notice period for a motion upon cause shown.

---

[1] G Club Operations is not a party to, was never served in, and no counsel has an appearance in Adv. Proc. 23-5013 (the "**HCHK AP**"). The Ruling relates to G Club's opposition to certain elements of an order entered under Fed. R. Civ. P. 9019 (Main Case ECF No. 2038), approving certain aspects of a settlement of the HCHK AP between the Trustee and HCHK. *See* Main Case ECF Nos. 2270, 2242, 2237, 2233, 2077, 2038, 1977). A Notice of Appeal has been filed in both the Main Case and HCHK AP.

3. The Motion to Stay requires immediate consideration as the compliance date set by the Court is November 17, 2023, 4 days after the Court issued its Ruling.

4. As detailed in the Motion to Stay, G Club Operations satisfies the requisite elements for a stay pending appeal because (1) failure to grant the stay and forcing G Club Operations to turn privileged communications over to the Trustee before an appeal is heard will effectively deprive G Club Operations of the right to appeal by rendering the appeal moot and irrevocably impacting its due process rights; (2) there is no harm to the Trustee as the Trustee has already received more than 140,000 documents from G Club Operations in connection with the Rule 2004 process, in addition to having issued far in excess of 200 Rule 2004 subpoenas; (3) the ruling is against public policy as it implicates the privacy and constitutionally protected rights of millions of customers; and (4) G Club Operations is likely to succeed on the merits because the Court's reasoning is mistaken in fact and law. Accordingly, a stay <u>pending appeal</u> should be granted so protected documents are not turned over before the issues on appeal are finally resolved.

5. Because the Order requires compliance by November 17, 2023, exigent circumstances exist to address this motion on an emergency motion. ***Further, G Club Operations respectfully requests that, to the extent practical, the Court rule on this motion no later than Thursday, November 16, 2023, so that G Club Operations may have the opportunity to seek further appropriate relief from the District Court if necessary.*** In the absence of a ruling, G Club Operations intends to file a motion to stay in the District Court on Friday, November 15, 2023.

6. Thus, cause exists for the Court to grant this Motion to Expedite and to schedule an expedited hearing on the Motion to Stay.

**WHEREFORE**, G Club Operations respectfully requests that the Court expedite the hearing on the Motion to Stay to **Thursday, November 16, 2023**, and for such other and further relief as the Court deems just, proper, and necessary.

Dated:  November 15, 2023     G CLUB OPERATIONS, LLC

By:  */s/ Jeffrey M. Sklarz*
GREEN & SKLARZ LLC
Jeffrey M. Sklarz
Kellianne Baranowsky
One Audobon St, 3rd Floor
New Haven, CT 06511
Tel: 203-285-8545
jsklarz@gs-lawfirm.com
kbaranowsky@gs-lawfirm.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
Carolina A. Fornos (*pro hac vice*)
31 West 52nd Street
New York, NY 10019
Tel: 212-858-1558
carolina.fornos@pillsburylaw.com

*Attorneys for G Club Operations LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, a copy of the foregoing was served via CM/ECF. Parties may access this filing through the Court's CM/ECF system.

Date:   November 15, 2023.

> Jeffrey M. Sklarz
> */s/ Jeffrey M. Sklarz*