IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

### ORDER GRANTING EX-PARTE MOTION TO EXPEDITE HEARING AND LIMIT NOTICE RE: MOTION TO STAY PENDING APPEAL, FILED BY G. CLUB OPERATIONS, LLC

Pursuant to Fed. R. Bankr. P. 9006(c)(1) and Fed. R. Bankr. P. 8007, G Club Operations, LLC ("**G Club Operations**"), moved the Court to expedite the hearing on *G Club Operations, LLC's Emergency Motion to Stay Pending Appeal* (the "**Motion to Stay**"), it appears that the relief in the motion to expedite should be granted, it is hereby:

**ORDERED**, that a hearing on the Motion to Stay will be held on **November 16, 2023** at __:__ a.m./p.m., via zoom platform / in person at the United States Bankruptcy Court, Bridgeport, Connecticut.

**ORDERED**, that service of this Order and the motion to expedite must be made on all parties entitled to notice on or before __:__ a.m./p.m., on November __, 2023; and it is further

**ORDERED**, that a certificate of service demonstrating that the provisions of the Order Granting the motion to expedite have been complied with must be filed on or before __:__ a.m./p.m., on November ____, 2023.

{00340505.1 }