# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

### TRANSMITTAL FORM TO DISTRICT COURT REGARDING APPEALS AND RELATED DOCUMENTS

Debtor(s) Name: Ho Wan Kwok, et al.

Case No.: 22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☑ Notice of Appeal (only)   ECF No.: 2336

3. ☑ Related documents as indicated below:

   ☐ Designation of items designated by the Appellant

   ☐ Designation of items designated by the Appellee

   ☐ Cross Appeal

   ☐ Amended Appeal

   ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)

   ☐ Transcripts

   ☑ Other   The Order being appealed is ECF No. 179 dated 11/14/2023, entered in adv. pro. case no. 23-5013.

4. Other applicable information:

Filing Fee: ☒ Paid ☐ Not Paid

| | |
|---|---|
| Appellant's Name: | G Club Operations, LLC |
| Appellant's Attorney: | Jeffrey M. Sklarz, Esq. |
| | Kellianne T. Baranowsky, Esq. |
| | Green & Sklarz, LLC |
| | One Audubon Street, 3rd Floor |
| | New Haven, CT 06511 |
| | Phone: 203-285-8545 |
| | Email: jsklarz@gs-lawfirm.com |
| | Email: kbaranowsky@gs-lawfirm.com |
| | |
| | Carolina A. Fornos, Esq. (pro hac vice) |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | 31 West 52nd Street |
| | New York, NY 10019 |
| | Tel: 212-858-1558 |
| | carolina.fornos@pillsburylaw.com |
| | |
| Appellee's Name: | Luc A. Despins, Chapter 11 Trustee |
| Appellee's Attorney: | Douglas S. Skalka, Esq. |
| | Patrick R. Linsey, Esq. |
| | Neubert Pepe & Monteith, P.C. |
| | 195 Church Street, 13th Floor |
| | New Haven, CT 06510 |
| | Phone: (203) 781-2847 |
| | Email: dskalka@npmlaw.com |
| | Email: plinsey@npmlaw.com |
| | |
| | Nicholas A. Bassett, Esq. (pro hac vice) |
| | PAUL HASTINGS LLP |
| | 2050 M Street NW |
| | Washington, D.C., 20036 |
| | (202) 551-1902 |
| | nicholasbassett@paulhastings.com |
| | |
| | Avram E. Luft, Esq. (pro hac vice) |
| | Douglass Barron, Esq. (pro hac vice) |
| | PAUL HASTINGS LLP |
| | 200 Park Avenue |
| | New York, New York 10166 |
| | (212) 318-6079 |
| | aviluft@paulhastings.com |

Interested Party:

By: <u>Donna DeNicola</u>                               Date:   November 16, 2023
Deputy Clerk, U.S. Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name: Ho Wan Kwok, et al.

Bankruptcy Case No.: 22-50073

Adversary Case No.:

Previous Civil No.:

Previous Miscellaneous No.:

Transmittal dated:

**To the Bankruptcy Court:**

**The following number has been assigned:**

☐ Civil No. Assigned  _____

☐ Miscellaneous No. Assigned  _____

☐ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By: _____        Date:
     Deputy Clerk, U.S. District Court