UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| HO WAN KWOK, et al.[1] | Case No. 22-50073 (JAM) |
| Debtors. | |

### NOTICE OF APPEARANCE

Please take notice that the undersigned counsel hereby appears as Special Insurance Counsel in the above captioned action on behalf of Debtor, Genever Holdings LLC, and requests that all pleadings, motions, notices, correspondences, orders and other papers regarding this case be served upon the undersigned.

Dated: November 17, 2023
Glastonbury, Connecticut

GENEVER HOLDINGS LLC

By:   /s/Amy E. Markim
Amy E. Markim (ct27974)
O'Sullivan McCormack Jensen & Bliss PC
180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone (860) 258-1993
Fax (860) 258-1991
amarkim@omjblaw.com

*Special Insurance Coverage Counsel*
*for Debtor-in-Possession Genever*
*Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| HO WAN KWOK, et al. | ) | Case No. 22-50073 (JAM) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

**CERTIFICATION**

I hereby certify that on November 17, 2023 a copy of the foregoing was filed electronically and notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　　　　　/s/Amy E. Markim
　　　　　　　　　　　　　　　　　　　　　　Amy E. Markim (ct27974)