## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

### ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name: Ho Wan Kwok, et al.

Bankruptcy Case No.: 22-50073

Adversary Case No.:

Previous Civil No.:

Previous Miscellaneous No.:

Transmittal dated:

**To the Bankruptcy Court:**

**The following number has been assigned:**

[X] Civil No. Assigned    3:23-cv-01514-JAM

[ ] Miscellaneous No. Assigned

[X] I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

[ ] I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By:    /s/Nick Fanelle                    Date:    11/17/23
       Deputy Clerk, U.S. District Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

### TRANSMITTAL FORM TO DISTRICT COURT REGARDING APPEALS AND RELATED DOCUMENTS

Debtor(s) Name: Ho Wan Kwok, et al.

Case No.        22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

    If indicated below, the Notice of Appeal is attached:
    ☐ Notice of Appeal attached

2. ☑ Notice of Appeal (only)   ECF No.: 2336

3. ☑ Related documents as indicated below:
    ☐ Designation of items designated by the Appellant
    ☐ Designation of items designated by the Appellee
    ☐ Cross Appeal
    ☐ Amended Appeal
    ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)
    ☐ Transcripts
    ☑ Other   The Order being appealed is ECF No. 179 dated 11/14/2023, entered in adv. pro. case no. 23-5013.

4.       Other applicable information:

Filing Fee: ☒ Paid  ☐ Not Paid

| | |
|---|---|
| Appellant's Name: | G Club Operations, LLC |
| Appellant's Attorney: | Jeffrey M. Sklarz, Esq.<br>Kellianne T. Baranowsky, Esq.<br>Green & Sklarz, LLC<br>One Audubon Street, 3rd Floor<br>New Haven, CT 06511<br>Phone: 203-285-8545<br>Email: jsklarz@gs-lawfirm.com<br>Email: kbaranowsky@gs-lawfirm.com<br><br>Carolina A. Fornos, Esq. (pro hac vice)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>31 West 52nd Street<br>New York, NY 10019<br>Tel: 212-858-1558<br>carolina.fornos@pillsburylaw.com |
| Appellee's Name: | Luc A. Despins, Chapter 11 Trustee |
| Appellee's Attorney: | Douglas S. Skalka, Esq.<br>Patrick R. Linsey, Esq.<br>Neubert Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510<br>Phone: (203) 781-2847<br>Email: dskalka@npmlaw.com<br>Email: plinsey@npmlaw.com<br><br>Nicholas A. Bassett, Esq. (pro hac vice)<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>Washington, D.C., 20036<br>(202) 551-1902<br>nicholasbassett@paulhastings.com<br><br>Avram E. Luft, Esq. (pro hac vice)<br>Douglass Barron, Esq. (pro hac vice)<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6079<br>aviluft@paulhastings.com |

Interested Party:

By: <u>Donna DeNicola</u>                  Date:  November 16, 2023
Deputy Clerk, U.S. Bankruptcy Court