**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF O'SULLIVAN MCCORMACK JENSEN & BLISS PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] O'Sullivan McCormack Jensen & Bliss PC ("OMJB") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Special Insurance Counsel to Genever Holdings LLC ("Genever (US)"), for the period from October 1, 2023 through and including October 31, 2023 (the "Fee Period"). By this Monthly Fee Statement, OMJB respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $19,742.00 and $321.45, respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

**SERVICES RENDERED AND EXPENSES INCURRED**

1.Attached hereto as Exhibit A is a timekeeper summary that includes the name, title, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each OMJB individual who provided services during the Fee Period.  The rates charged by OMJB for services rendered to Genever (US) are the same rates that OMJB charges generally for professional services rendered to its non-bankruptcy clients.

2.Attached hereto as Exhibit B is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

3.Attached hereto as Exhibit C is the fee statement of OMJB for services provided during the Fee Period with redactions to protect certain privileged information.

**NOTICE AND OBJECTION PROCEDURES**

4.Notice of this Monthly Fee Statement will be given by email on the Notice Parties:  (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York,

New York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

5. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Special Insurance Counsel to Genever Holdings LLC, O'Sullivan McCormack Jensen & Bliss PC (Attn: Michael T. McCormack (mmccormack@omjblaw.com) (ii) the Notice Parties by email no later than **December 11, 2023 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, Genever (US) shall promptly pay OMJB 80% of the fees and 100% of the expenses as identified in this Monthly Fee Statement.

7. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estates shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: November 20, 2023
      Glastonbury, Connecticut

GENEVER HOLDINGS LLC

By:   */s/Michael T. McCormack*
     Michael T. McCormack (ct13799)
     Timothy P. Jensen (ct18888)
     Amy E. Markim (ct27974)
     O'Sullivan McCormack Jensen & Bliss PC
     180 Glastonbury Boulevard, Suite 210
     Glastonbury, CT 06033
     Tel: 860-258-1993
     Fax: 860-258-1991
     mmccormack@omjblaw.com
     tjensen@omjblaw.com
     amarkim@omjblaw.com

*Special Insurance Coverage Counsel for Debtor-In-Possession Genever Holdings LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

-------------------------------------------------------x
                                                      :

In re:                                    :         Chapter 11

HO WAN KWOK, *et al.*,[1]      :         Case No. 22-50073 (JAM)

        Debtors.             :         (Jointly Administered)

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on November 20, 2023, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

                                        GENEVER HOLDINGS LLC

                                        By:  */s/Michael T. McCormack*
                                             Michael T. McCormack (ct13799)
                                             Timothy P. Jensen (ct18888)
                                             Amy E. Markim (ct27974)
                                             O'Sullivan McCormack Jensen & Bliss PC
                                             180 Glastonbury Boulevard, Suite 210
                                             Glastonbury, CT 06033
                                             Tel: 860-258-1993
                                             Fax: 860-258-1991
                                             mmccormack@omjblaw.com
                                             tjensen@omjblaw.com
                                             amarkim@omjblaw.com
                                             *Special Insurance Coverage*
                                             *Counsel for Debtor-In-Possession Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## **EXHIBIT A**

## **HOURS AND RATES PER TIMEKEEPER**

| Name | Bar Date | Hourly Rate Billed | Hours Billed | Total Fees Billed |
|---|---|---|---|---|
| Timothy Jensen | 1997 | $450.00 | 30.5 | $13,725.00 |
| Amy Markim | 2008 | $350.00 | 7.1 | $2,485.00 |
| Michael McCormack | 1993 | $400.00 | 18.2 | $7,280.00 |
| Melissa Gambardella | | 125.00 | 9.5 | $1,187.50 |
| **Total** | | | | **$24,677.50** |

## EXHIBIT B

### SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Expense Category | Amount |
|---|---:|
| Fees Advanced for Logikcull Invoice – eDiscovery Program | $270.00 |
| Copying – Month of September | $6.40 |
| Westlaw – Month of September | $45.05 |
| **TOTAL** | **$321.45** |

## EXHIBIT C

**TIME AND EXPENSE DETAIL**



180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 27168
Date: 11/14/2023

Genever Holdings LLC
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

**Services**

| Date | Attorney | Activity | Time | Rate | Total |
|---|---|---|---|---|---|
| 10/01/2023 | TPJ | Reviewing draft motion for summary judgment papers | 1.40 | $450.00 | $630.00 |
| 10/03/2023 | MTM | Review of correspondence from AIG re denial of liability claim re flooding incident | 0.10 | $400.00 | $40.00 |
| 10/03/2023 | TPJ | Continue reviewing and revising draft summary judgment papers | 4.20 | $450.00 | $1,890.00 |
| 10/04/2023 | AM | Finalize supplemental document production (1.6); Draft/revise privilege logs (1.4); correspondence to counsel re: document production and non-waiver (.6) | 3.60 | $350.00 | $1,260.00 |
| 10/04/2023 | MBG | Preparation of privilege spreadsheets for service | 0.30 | $125.00 | $37.50 |
| 10/04/2023 | TPJ | Attend to privilege log | 0.20 | $450.00 | $90.00 |
| 10/05/2023 | MTM | Review of additional proposed edits re motion for summary judgment; email correspondence with Attny Despins | 0.30 | $400.00 | $120.00 |
| 10/05/2023 | MTM | Conference with L. Despins re motion for summary judgment and discovery | 0.50 | $400.00 | $200.00 |
| 10/05/2023 | MTM | Revise and supplement motion for summary judgment declarations; attention to motion for summary judgment and brief revision and comments | 2.70 | $400.00 | $1,080.00 |
| 10/06/2023 | MTM | Revise and edit brief in support of motion for summary judgment re T. Jensen and L. Despins comments and evidentiary citations; review of exhibits re same | 2.60 | $400.00 | $1,040.00 |
| 10/06/2023 | AM | Additional review of documents for responses to discovery and draft supplemental privilege log. | 2.20 | $350.00 | $770.00 |
| 10/06/2023 | MTM | Final review and revisions to motion for summary judgment, statement of facts, declarations and affidavits and memorandum of law for filing | 1.60 | $400.00 | $640.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 10/06/2023 | MBG | Revise and finalize Motion for Summary Judgment; prepare exhibits to Despins Declarations; revise and finalize Memorandum of Law and Statement of Undisputed Facts; finalize MTM Affidavit in support of same; finalize and e-file. | 6.50 | $125.00 | $812.50 |
| 10/10/2023 | MBG | Prepare sharefiling of MSJ pleadings as filed and share with Attorney Despins. | 0.20 | $125.00 | $25.00 |
| 10/11/2023 | MTM | Telephone conference with Attny Bogartz re fee application | 0.40 | $400.00 | $160.00 |
| 10/11/2023 | AM | Conference with T. Jensen re: REDACTED REDACTED | 0.30 | $350.00 | $105.00 |
| 10/11/2023 | AM | Analyze obligations under FRCP and Local Rules re: REDACTED REDACTED (.4); email to client re: same (.1). | 0.50 | $350.00 | $175.00 |
| 10/11/2023 | TPJ | Attend to discovery matters; Rule 26f conference | 1.10 | $450.00 | $495.00 |
| 10/12/2023 | MTM | Attention to Rule 26 report issues and communications with counsel re same | 0.20 | $400.00 | $80.00 |
| 10/12/2023 | MTM | Review of fee application bankruptcy order; drafting of monthly fee applications | 1.20 | $400.00 | $480.00 |
| 10/12/2023 | TPJ | Attend to Rule 26f report and discovery matters | 3.10 | $450.00 | $1,395.00 |
| 10/13/2023 | TPJ | Attend to discovery matters; work on Rule 26f report; Pure subpoena | 3.50 | $450.00 | $1,575.00 |
| 10/13/2023 | MTM | Telephone conference with L. Despins re Rule 26 report and pretrial issues | 0.10 | $400.00 | $40.00 |
| 10/13/2023 | MTM | Conference with J. O'Connor and T. Jensen re Rule 26 Report and pretrial issues | 0.40 | $400.00 | $160.00 |
| 10/13/2023 | MTM | Review and comment re draft Ruel 26 report; email communication with Attny O'Connor and Attny Despins re same; | 0.40 | $400.00 | $160.00 |
| 10/13/2023 | MTM | Conference with L. Despins and T. Jensen re Rule 26 Report, discovery and pretrial issues | 0.50 | $400.00 | $200.00 |
| 10/13/2023 | MTM | Conference with T. Jensen re motion for summary judgment and discovery strategy | 0.30 | $400.00 | $120.00 |
| 10/13/2023 | MTM | Telephone conference with Adam Wolfson re subpoena document production | 0.30 | $400.00 | $120.00 |
| 10/16/2023 | MBG | Set up sharefile for Wolfson subpoena responsive documents; download and organization of same. | 0.40 | $125.00 | $50.00 |
| 10/16/2023 | MTM | Telephone conference with L. Despins re pretrial conference and insurance issues | 0.20 | $400.00 | $80.00 |
| 10/16/2023 | TPJ | Attend to Pure subpoena matters; analysis re strategy | 0.80 | $450.00 | $360.00 |
| 10/17/2023 | MTM | Prepare for pretrial conference: Review and analysis of excess liability policy cancellation and reinstatement communications; review Judge Manning decision, email communications and telephone conferences with Attny O'Connor and L. Despins re excess liability policy reinstatement issues (1.5); review of draft Rule 26 report and outline dates re discovery, depositions and motions for summary judgment (.4) | 1.90 | $400.00 | $760.00 |
| 10/17/2023 | MTM | Revise and finalize monthly fee applications re August and September; email communications with Attny Bongartz re same | 0.40 | $400.00 | $160.00 |
| 10/17/2023 | MTM | Attend bankruptcy pretrial hearing conference re insurance adversary | 0.70 | $400.00 | $280.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | proceeding | | | |
| 10/17/2023 | MBG | Convert Adversary Proceeding Complaint to word and set up for REDACTED | 0.30 | $125.00 | $37.50 |
| 10/17/2023 | MTM | Preliminary review of Wolfson documents produced in response to subpoena (.3); telephone conference with Attny Bongartz re fee application submissions (.2) | 0.50 | $400.00 | $200.00 |
| 10/17/2023 | TPJ | Attend to document production and subpoenas; drafting REDACTED REDACTED | 4.50 | $450.00 | $2,025.00 |
| 10/18/2023 | MTM | Finalize draft fee application; email communication to Attny Bongartz re monthly fee application | 0.20 | $400.00 | $80.00 |
| 10/18/2023 | TPJ | Attend to matters re 3d party subpoena document requests | 3.90 | $450.00 | $1,755.00 |
| 10/18/2023 | MBG | Attention to transmitting sharefile of Wolfson document production to L. Despins | 0.10 | $125.00 | $12.50 |
| 10/19/2023 | MTM | Analysis re inquiry re REDACTED ; draft summary analysis re same | 0.50 | $400.00 | $200.00 |
| 10/19/2023 | AM | Email correspondence to L. Despins re: REDACTED REDACTED | 0.20 | $350.00 | $70.00 |
| 10/19/2023 | AM | Conference with M. McCormack re: REDACTED . | 0.30 | $350.00 | $105.00 |
| 10/19/2023 | MTM | Revise and finalize fee applications and redacted invoices; attention to comments from and email communications with Attny Bongartz | 0.80 | $400.00 | $320.00 |
| 10/19/2023 | MTM | Conference with L. Despins re follow up to pretrial conference issues (.3); conference with A. Markim re REDACTED (.2) | 0.50 | $400.00 | $200.00 |
| 10/19/2023 | TPJ | Attend to 3d party subpoena matters | 1.10 | $450.00 | $495.00 |
| 10/20/2023 | MBG | Review emails between counsel re Fee Application; confer with MTM re: redactions to invoices; redact invoices and prepare final set for TPJ review; further redactions to invoices and finalize Fee Applications. | 0.90 | $125.00 | $112.50 |
| 10/20/2023 | MBG | Issues with e-filing Fee Application; communications with court clerks, MTM, TPJ and Alex Bongartz; further attempts to e-file and continued issues; further communications with MTM, TPJ and Attorney Bongartz (.5).; draft Appearances for MTM, TPJ and AEM in main bankruptcy case (.3). | 0.80 | $125.00 | $100.00 |
| 10/20/2023 | TPJ | Attend to 3d party subpoena matters (.6); attend to fee submission (.4) | 1.00 | $450.00 | $450.00 |
| 10/23/2023 | MTM | Attention to and analysis of summary judgment, discovery and policy issues; email correspondence with Mr. Despins re same | 0.20 | $400.00 | $80.00 |
| 10/25/2023 | MTM | Review of Genever revised draft Rule 26 report; email correspondence to L. Despins re same | 0.30 | $400.00 | $120.00 |
| 10/25/2023 | TPJ | Attend to 3d party subpoena issues; attend to rule 26f report issues | 1.70 | $450.00 | $765.00 |
| 10/25/2023 | MTM | Receipt and review of AIG revised draft Rule 26 report; email correspondence to Attny Despins re same | 0.30 | $400.00 | $120.00 |
| 10/26/2023 | TPJ | Attend to 3d party subpoenas; attend to rule 26f report | 2.70 | $450.00 | $1,215.00 |
| 10/27/2023 | TPJ | Attend to Rule 26f report and revisions to same; | 1.30 | $450.00 | $585.00 |
| 10/28/2023 | MTM | Email correspondence to H. Claiborn re fee application | 0.10 | $400.00 | $40.00 |

|  |  |
|---|---|
| **Services Subtotal** | **$24,677.50** |

## Expenses

| Type | Date | Activity | Total |
|---|---|---|---|
| Expense | 10/06/2023 | Fees advance to Logikcull INV 152264 9-30-2023 | $270.00 |
| Expense | 10/31/2023 | Copying: Month of October | $6.40 |
| Expense | 10/31/2023 | Westlaw: Month of October | $45.05 |
|  |  | **Expenses Subtotal** | **$321.45** |

| Time Keeper | Time | Rate | Total |
|---|---|---|---|
| Timothy Jensen | 30.5 | $450.00 | $13,725.00 |
| Amy Markim | 7.1 | $350.00 | $2,485.00 |
| Michael McCormack | 18.2 | $400.00 | $7,280.00 |
| Melissa Gambardella | 9.5 | $125.00 | $1,187.50 |
|  |  | **Invoice Subtotal** | **$24,998.95** |
|  |  | **Invoice Total** | **$24,998.95** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27021 | 09/25/2023 | $99,873.56 | $1,105.00 | $98,768.56 |
| 27098 | 10/11/2023 | $35,374.76 | $0.00 | $35,374.76 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27168 | 11/14/2023 | $24,998.95 | $0.00 | $24,998.95 |
|  |  |  | **Balance Due on All Invoices** | **$159,142.27** |
|  |  |  | **TOTAL AMOUNT DUE** | **$159,142.27** |

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC    Tax ID#   REDACTED

Payment is due upon receipt.