**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK, *et al.*,[1]                                :    Case No. 22-50073 (JAM)
                                                         :
    Debtors.                                             :    (Jointly Administered)
                                                         :
---------------------------------------------------------x

## CHAPTER 11 TRUSTEE'S MOTION FOR STATUS CONFERENCE

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor" or "Kwok"), hereby respectfully moves (the "Motion") the Court to schedule a status conference in the Chapter 11 Case for November 28, 2023, at 2 p.m. At such status conference, the Trustee intends to update the Court regarding, among other things, the Trustee's investigation and proposed next steps regarding the "February 15 Project" (*i.e.*, how the Trustee will handle certain issues related to the upcoming deadline under 11 U.S.C. § 546(a)). The Trustee notes that there are several other matters scheduled to be heard in this Chapter 11 Case at such date and time.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

WHEREFORE, the Court should grant this Motion, schedule a status conference in the Chapter 11 Case for November 28, 2023, at 2 p.m., and grant such other and further relief as is just and proper.

Dated:  November 20, 2023          LUC A. DESPINS
        New York, New York          CHAPTER 11 TRUSTEE


By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

      *and*

    Avram E. Luft (admitted *pro hac vice*)
    Douglass Barron (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6000
    aviluft@paulhastings.com
    douglassbarron@paulhastings.com

      *and*

    Nicholas A. Bassett (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C. 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                        :      Chapter 11
:
HO WAN KWOK, *et al.*,[1]                     :      Case No. 22-50073 (JAM)
:
Debtors.                       :      (Jointly Administered)
:
---------------------------------------------------------x

## [PROPOSED] ORDER GRANTING
## CHAPTER 11 TRUSTEE'S MOTION FOR STATUS CONFERENCE

Upon the motion (the "Motion") of Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), requesting that the Court schedule a status conference in the Chapter 11 Case, sufficient notice having been provided, and good cause appearing therefore, it is hereby

1.      ORDERED that the Motion is granted as set forth herein; and it is further

2.      ORDERED, that a status conference will be held in the Chapter 11 Case on November 28, 2023, at 2 p.m., at the United States Bankruptcy Court, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                              :    Chapter 11
                                                    :
HO WAN KWOK, *et al.*,[1]                            :    Case No. 22-50073 (JAM)
                                                    :
         Debtors.                                   :    (Jointly Administered)
                                                    :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2023, the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's case management/electronic case files system ("CM/ECF") or, to parties unable to receive electronic notice, by U.S. Mail.

Dated: November 20, 2023            LUC A. DESPINS,
       New Haven, Connecticut       CHAPTER 11 TRUSTEE

                                    By:   */s/ Patrick R. Linsey*
                                          Douglas S. Skalka (ct00616)
                                          Patrick R. Linsey (ct29437)
                                          NEUBERT, PEPE & MONTEITH, P.C.
                                          195 Church Street, 13th Floor
                                          New Haven, Connecticut 06510
                                          (203) 781-2847
                                          dskalka@npmlaw.com
                                          plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).