# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-50073 |
| | ) | |
| HO WAN KWOK, | ) | |
| | ) | |
| DEBTOR, | ) | |
| | ) | |

## MOTION TO WITHDRAW APPEARANCE OF STEPHEN G. WALKO, ESQ.

Pursuant to Local Rule of Civil Procedure 7(e), made applicable by Local Rule of Bankruptcy Procedure 9083-4, undersigned counsel Stephen G. Walko, Esq. of Ivey, Barnum & O'Mara, LLC hereby moves to withdraw his appearance from the above-captioned action (the "Action") for non-party Ivey, Barnum & O'Mara, LLC ("IBO"). In support of this Motion for Counsel to Withdraw Appearance, the undersigned counsel states as follows:

1. On January 6, 2023, Mr. Walko filed his appearance in the Action for IBO (Doc No. 1300) in connection with a third-party subpoena directed to IBO ("Subpoena").

2. Simultaneously therewith, Mr. Walko filed a motion to quash the Subpoena ("Motion to Quash") (Doc No. 1301).

3. On January 24, 2023, Mr. Walko filed a notice of withdrawal of the Motion to Quash due to the fact that, in consultation with the Bankruptcy Trustee, IBO has fully complied with the Subpoena.

4. Accordingly, Mr. Walko's appearance in this matter for IBO is no longer necessary and IBO no longer has any interest in the Action.

WHEREFORE, for the foregoing reasons, Mr. Walko respectfully requests that his appearance be withdrawn in the above-captioned Action.

Dated: Greenwich, Connecticut  
November 21, 2023

IVEY, BARNUM & O'MARA, LLC

By: */s/ Stephen G. Walko*  
Stephen G. Walko, Esq. (ct27644)  
170 Mason Street  
Greenwich, Connecticut 06830  
Telephone: (203) 661-6000  
Email: swalko@ibolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2023, a copy of the foregoing was filed electronically and served by U.S. mail, first class postage prepaid on any party unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any party unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                       */s/ Stephen G. Walko*
                                                      Stephen G. Walko, Esq. (ct27644)