Connecticut Local Form: Notice of Appearance of Counsel (BK)                                                                April 2021
(CTB-LF240)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:
Ho Wan Kwok, et al.

Case No. 22-50073

Debtor(s).

## NOTICE OF APPEARANCE OF COUNSEL
## AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears for
Please see attached                                                                                                               ,
in the above-captioned bankruptcy case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned demands that all notices given or required to be given in this case and all papers, documents, and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, Post Office address, email address, and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, every order, application, motion, petition, pleading, plan, request, complaint, demand, or other document which is filed with or brought before this Court or which affects the Debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, email, telex, or otherwise.

Attorney's Signature

Dated: November 22, 2023

Tyler W. Rutherford
Attorney's Printed Name

Law Firm Name  Pastore LLC

Law Firm Mailing Address  4 High Ridge Park, 3rd Fl.

City    Stamford                              State  CT    Zip Code  06905

Attorney's Email Address  pfenaroli@pastore.net

Attorney's Phone Number  (203) 658-8454

Attorney's Federal Bar Number   ct31528

Shin Hsin Yu,

1332156 B.C. LTD,

GWGOPNZ Limited, and

Jie Zhang