**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**CONSENTED TO MOTION OF CHAPTER 11 TRUSTEE TO ADJOURN HEARING ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING UBS AG TO COMPLY WITH RULE 2004 SUBPOENA**

Luc A. Despins, in his capacity as chapter 11 trustee (the "Trustee") in the above-captioned chapter 11 case of Ho Wan Kwok, upon the consent of UBS AG ("UBS" and, together with the Trustee, collectively, the "Parties"), hereby respectfully moves to adjourn the hearing on the *Motion of Chapter 11 Trustee for Entry of Order Compelling UBS AG to Comply with Rule 2004 Subpoena* [ECF No. 1362] (the "Motion to Compel"), pursuant to the terms set forth in the proposed *Consent Order Adjourning November 28, 2023 Hearing on Motion to Compel* attached hereto as **Exhibit A** (the "Proposed Consent Order"). Since the last hearing on the Motion to Compel (held October 17, 2023), UBS has produced additional documents to the Trustee, as well as a privilege log. The Trustee is in the process of reviewing the production from UBS to determine whether, in the Trustee's opinion, further issues remain outstanding. To provide time for such review, UBS and the Trustee have consented to adjourn the hearing on the Motion to Compel approximately three weeks. The Parties are available to attend a hearing on the Motion the week of December 18, 2023, and request that the hearing be scheduled that week or on a date thereafter that is convenient to the Court.

WHEREFORE, the Trustee respectfully requests that the Court adjourn the hearing on the Motion to Compel pursuant to the Proposed Consent Order and grant such other relief as is just and proper.

Dated: November 22, 2023    LUC A. DESPINS,
New Haven, Connecticut    CHAPTER 11 TRUSTEE

*/s/ Patrick R. Linsey*
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 22, 2023, the foregoing was electronically filed. Notice of this filing was sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing ("CM/ECF") system. Parties may access this filing through the Court's CM/ECF system.

Dated: November 22, 2023  
       New Haven, Connecticut

LUC A. DESPINS,
CHAPTER 11 TRUSTEE

/s/ *Patrick R. Linsey*
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

# EXHIBIT A

**(PROPOSED CONSENT ORDER)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**[PROPOSED] CONSENT ORDER ADJOURNING HEARING ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING UBS AG TO COMPLY WITH RULE 2004 SUBPOENA**

Upon the motion (the "Motion") of Luc A. Despins, chapter 11 trustee (the "Trustee"), filed upon the consent of UBS AG, to adjourn hearing on the Motion of Chapter 11 Trustee for Entry of Order Compelling UBS AG to Comply with Rule 2004 Subpoena [ECF No. 1362] (the "Motion to Compel"), and due and sufficient notice having been given, and good cause appearing for the relief sought by the Motion, it is hereby

**ORDERED,** that the Motion to Compel is adjourned to _____ ___, 2023, at __ p.m., to be held at the United States Bankruptcy Court for the District of Connecticut, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT.

Signed this __ day of _____, 2023

_____
Hon. Julie A. Manning
United States Bankruptcy Judge