**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                           :    Chapter 11
                                                 :
HO WAN KWOK, *et al.*,[1]                        :    Case No. 22-50073 (JAM)
                                                 :
                    Debtors.                     :    (Jointly Administered)
                                                 :
---------------------------------------------------------x

**NOTICE OF FILING EXHIBIT A TO**
**OMNIBUS REPLY OF CHAPTER 11 TRUSTEE TO**
**(A) G CLUB OPERATIONS LLC LIMITED'S OBJECTION AND**
**(B) SHIN HSIN YU AND JIE ZHANG'S OBJECTION TO CHAPTER 11**
**TRUSTEE'S EIGHTH SUPPLEMENTAL OMNIBUS RULE 2004 MOTION**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the above-captioned chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), hereby files the attached **Exhibit A** to the Trustee's *Reply to (A) G Club Operations LLC Limited's Objection and (B) Shin Hsin Yu and Jie Zhang's Objection to Chapter 11 Trustee's Eighth Supplemental Omnibus Rule 2004 Motion* originally filed November 22, 2023 [ECF No. 2369].

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated: November 26, 2023
     New Haven, Connecticut

                        LUC A. DESPINS, CHAPTER 11 TRUSTEE

                        By: */s/ Patrick R. Linsey*
                            Douglas S. Skalka (ct00616)
                            Patrick R. Linsey (ct29437)
                            NEUBERT, PEPE & MONTEITH, P.C.
                            195 Church Street, 13th Floor
                            New Haven, Connecticut 06510
                            (203) 781-2847
                            dskalka@npmlaw.com
                            plinsey@npmlaw.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK *et al.*, : Case No. 22-50073 (JAM)
: 
Debtors.² : Jointly Administered
: 
------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 26, 2023, the foregoing was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case able to receive electronic notice by operation of the Court's electronic filing ("CM/ECF") system, or (within one business day) by U.S. Mail to any parties unable to receive electronic notice. Parties may access this filing through the Court's CM/ECF system.

Dated: November 26, 2023  Luc A. Despins, as Chapter 11 Trustee
  New Haven, Connecticut

 By: */s/ Patrick R. Linsey*
  Douglas S. Skalka (ct00616)
  Patrick R. Linsey (ct29437)
  NEUBERT, PEPE & MONTEITH, P.C.
  195 Church Street, 13th Floor
  New Haven, Connecticut 06510
  (203) 781-2847
  dskalka@npmlaw.com
  plinsey@npmlaw.com

  *Counsel for the Chapter 11 Trustee*

---

² The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

# **EXHIBIT A**

**(Feb. 26, 2019 Email to Andrew Childe, *et al.*, regarding Debtor-Associated Entities)**

**Andrew Willins**

| | |
|---|---|
| **From:** | Shaheba Levons <shaheba.levons@ffp.vg> |
| **Sent:** | 05 November 2020 14:59 |
| **To:** | Shaheba Levons |
| **Subject:** | FW: Conflicts checking: New opportunity |

**From:** Hadley Chilton
**Sent:** Tuesday, 26 February 2019 6:27 pm
**To:** Michael Pearson ; Andrew Childe ; Richard Lewis ; Chris Rowland ; Stephen Briscoe
**Subject:** Conflicts checking: New opportunity

https://www.google.co.uk/amp/s/www.bloomberg.com/amp/news/articles/2018-08-16/chinese-tycoon-s-daughter-challenges-hong-kong-over-asset-freeze

Please could you let me know if we have any conflicts in acting in respect of:

Alfonso Global Limited

Alfa Global Ventures Limited


Best

Hadley J Chilton

FFP


www.FFP.vg

+1284 542 6076

---

**From:** Lauren Williamson <lauren.williamson@walkersglobal.com>

**Sent:** Tuesday, February 26, 2019 6:19 pm

**To:** Hadley Chilton

**Cc:** Oliver Clifton; Matthew Cowman; Stephen Briscoe; Trecia Vanterpool-Durrant

**Subject:** RE: EXTERNAL New opportunity


**External Email. Exercise Caution.**

---

Many thanks Hadley