**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                          :     Chapter 11
:
HO WAN KWOK, *et al.*,[1]                       :     Case No. 22-50073 (JAM)
:
Debtors.                          :     (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 17, 2023, the Court's *Order Scheduling Expedited Hearing* [ECF No. 2350] (the "Hearing Order") with respect to the Chapter 11 Trustee's *Motion for Entry of Order Compelling Seacoast National Bank to Comply with Rule 2004 Subpoena* was filed electronically.  Notice of the Hearing Order has been sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing system ("CM/ECF") (on November 17 2023) and by manual email to Seacoast National Bank (on November 17, 2023) via electronic mail at the following email address:

    John A. Anthony
    Anthony and Partners
    janthony@anthonyandpartners.com

Parties may access the foregoing through the Court's CM/ECF system.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated:  November 27, 2023  LUC DESPINS, as appointed Chapter 11 Trustee
        New Haven, Connecticut  for HO WON KWOK

By: */s/ Patrick R. Linsey*
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com