**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                              :

In re:                                   :      Chapter 11
                                                :

HO WAN KWOK, *et al*.,[1]          :      Case No. 22-50073 (JAM)
                                                :

         Debtors.           :      (Jointly Administered)
                                              :

---------------------------------------------------------x

**CHAPTER 11 TRUSTEE'S MOTION TO PERMIT EISNER ADVISORY GROUP**
**LLC'S REPRESENTATIVE TO APPEAR REMOTELY FOR NOV. 28, 2023 HEARING**

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Luc A. Despins, in his capacity as trustee in the above-captioned case filed under chapter 11 of Title 11 of the United States Code (the "Trustee"), respectfully moves (the "Motion") the Court for permission for Anthony Calascibetta ("Mr. Calascibetta") of Eisner Advisory Group LLC ("Eisner") the Trustee to appear remotely at the November 27, 2023 hearing at 2 p.m. on the Trustee's and Genever Holdings LLC and Genever Holdings Corporation's application to employ Eisner as their tax advisors [ECF No. 2282] (the "Retention Application"). The Trustee and his counsel will attend the hearing in person.

The Trustee would like Mr. Calascibetta, who is a partner at Eisner and executed a declaration appended to the Retention Application, to be available to answer any questions that the Court may have. The Trustee understands that Mr. Calascibetta, whose office is in New Jersey,

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

-2-

recently underwent back surgery, which limits his ability to travel.

WHEREFORE, for the foregoing reasons, the Trustee respectfully requests that Mr. Calascibetta be permitted to appear remotely before this Court at the hearing on the Retention Application on November 28, 2023 at 2 p.m.

Dated: November 27, 2023          LUC A. DESPINS,
      New Haven, Connecticut          CHAPTER 11 TRUSTEE


By:   */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

--------------------------------------------------------x
                            :

In re:                           :     Chapter 11
                            :

HO WAN KWOK, *et al.*,[2]         :     Case No. 22-50073 (JAM)
                            :

         Debtors.          :     (Jointly Administered)
                            :

--------------------------------------------------------x

**[PROPOSED] ORDER GRANTING**
**CHAPTER 11 TRUSTEE'S MOTION TO PERMIT EISNER ADVISORY GROUP**
**LLC'S REPRESENTATIVE TO APPEAR REMOTELY FOR NOV. 28, 2023 HEARING**

Upon the motion (the "Motion") of Luc A. Despins, as chapter 11 trustee (the "Trustee")

for the individual debtor in the above-captioned chapter 11 cases for permission for Mr. Calascibetta

to participate remotely at the hearing scheduled for November 27, 2023, at 2 p.m. on the Retention

Application[3], sufficient notice having been provided, and good cause appearing therefore, it is

hereby

    1.     ORDERED that the Motion is granted as set forth herein; and it is further

    2.     ORDERED that the Mr. Calascibetta may participate in the hearing of the Retention

Application scheduled for November 28, 2023 at 2 p.m. via the Court's Zoom.gov platform, by

contacting the Clerk's Office for instructions to connect to the ZoomGov remote conference by

sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

---

[2]     The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).
[3]     Capitalized terms not defined in this Order adopt the definitions as set forth in the Motion.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                         :
In re:                                                   :     Chapter 11
                                                         :
HO WAN KWOK, *et al.*,[1]                                :     Case No. 22-50073 (JAM)
                                                         :
            Debtors.                                     :     (Jointly Administered)
                                                         :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 27, 2023 the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated: November 27, 2023             LUC A. DESPINS,
       New Haven, Connecticut        CHAPTER 11 TRUSTEE


                                     By:    */s/ Patrick R. Linsey*
                                        Douglas S. Skalka (ct00616)
                                        Patrick R. Linsey (ct29437)
                                        NEUBERT, PEPE & MONTEITH, P.C.
                                        195 Church Street, 13th Floor
                                        New Haven, Connecticut 06510
                                        (203) 781-2847
                                        dskalka@npmlaw.com
                                        plinsey@npmlaw.com

---

[1]      The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

-2-