ct260 8/2023

# United States Bankruptcy Court
# District of Connecticut



In re:

    Ho Wan Kwok

Case Number: 22-50073

Chapter: 11

    Debtor *

## ORDER GRANTING REQUEST TO APPEAR REMOTELY

    Luc A. Despins, Chapter 11 Trustee having filed a Motion for Anthony Calascibetta of Eisner Advisory Group LLC to Appear Remotely, ECF No. 2374, in connection with Application to Employ Eisner Advisory Group LLC, ECF No. 2282, it appearing that the relief requested in the Motion to Appear Remotely should be granted for cause shown; it is hereby

    **ORDERED:** Anthony Calascibetta is authorized to attend the hearing on Application to Employ Eisner Advisory Group LLC, ECF No. 2282, currently scheduled to be heard on November 28, 2023 at 2:00 PM via ZoomGov; and it is further

    **ORDERED:** Anthony Calascibetta shall e-mail the Courtroom Deputy at CalendarConnect_BPT@ctb.uscourts.gov to obtain the ZoomGov connection information.

Dated: November 27, 2023

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.