IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF
G CLUB OPERATIONS LLC'S LIMITED
OBJECTION TO EIGHTH SUPPLEMENTAL OMNIBUS MOTION OF
CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER UNDER
BANKRUPTCY RULE 2004 AND LOCAL RULE 2004-1 AUTHORIZING
<u>DISCOVERY WITH RESPECT TO ADDITIONAL RELEVANT BANKS</u>**

G Club Operations LLC ("G Club Operations"), by and through undersigned counsel, hereby withdraws its *Limited Objection to the Eighth Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Relevant Banks* [Dkt. No. 2320] (the "Objection"), in light of the clarification provided by the Trustee in paragraphs 6 and 7 of his *Reply to G Club Operations LLC's Objection* (the "Trustee's Reply") [Dkt. No. 2369], as well as the clarification that the discovery is being propounded only to the Banks and the Banks "are set to receive subpoenas ***because of the business*** that the Debtor and his associates conducted there." (emphasis in original).

Dated: November 28, 2023

By:   /s/
GREEN & SKLARZ LLC
Jeffrey M. Sklarz
Kellianne Baranowsky
One Audobon St, 3rd Floor
New Haven, CT 06511
Tel: 203-285-8545
jsklarz@gs-lawfirm.com
kbaranowsky@gs-lawfirm.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
Carolina A. Fornos (*pro hac vice*)
31 West 52nd Street
New York, NY 10019
Tel: 212-858-1558
carolina.fornos@pillsburylaw.com

*Attorneys for G Club Operations LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, a copy of the foregoing was served via CM/ECF. Parties may access this filing through the Court's CM/ECF system.

Date:   November 28, 2023.

                                                                                            /s/
                                                                                        Jeffery M. Sklarz