IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF
G CLUB OPERATIONS LLC'S OBJECTION TO THE NINTH
SUPPLEMENTAL OMNIBUS MOTION OF CHAPTER 11 TRUSTEE
FOR ENTRY OF ORDER UNDER BANKRUPTCY RULE 2004 AND
LOCAL RULE 2004-1 AUTHORIZING DISCOVERY WITH RESPECT
TO ADDITIONAL ENTITIES AND INDIVIDUALS AFFILIATED WITH
<u>DEBTOR AND ENTITIES DOING BUSINESS WITH DEBTOR</u>**

G Club Operations LLC ("G Club Operations"), by and through undersigned counsel, hereby withdraws its *Objection to the Ninth Supplemental Omnibus Motion of Chapter 11 Trustee for Entry of Order Under Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Discovery With Respect to Additional Entities and Individuals Affiliated With Debtor and Entities Doing Business With Debtor* [Dkt. No. 2331] (the "Objection"), in light of the new information provided by the Trustee in paragraph 7 of his *Reply to G Club Operations LLC's Objection* and corresponding *Exhibit A* [Dkt. Nos. 2372 and 2371] (the "Trustee's Reply"), which was not set forth in the Trustee's *Ninth Supplemental Omnibus Motion* [Dkt. No. 2308], along with the Trustee's clarification that "the Trustee does not seek to subpoena Mr. Childe because of the structure of his engagement with G-Club."

{00341529.1 }

Dated: November 28, 2023

By:   _/s/_
GREEN & SKLARZ LLC
Jeffrey M. Sklarz
Kellianne Baranowsky
One Audobon St, 3rd Floor
New Haven, CT 06511
Tel: 203-285-8545
jsklarz@gs-lawfirm.com
kbaranowsky@gs-lawfirm.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
Carolina A. Fornos (*pro hac vice*)
31 West 52nd Street
New York, NY 10019
Tel: 212-858-1558
carolina.fornos@pillsburylaw.com

*Attorneys for G Club Operations LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, a copy of the foregoing was served via CM/ECF. Parties may access this filing through the Court's CM/ECF system.

Date:   November 28, 2023.

/s/
Jeffrey M. Sklarz

{00341529.1 }