**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

```
------------------------------------------------------x
                                                      :
In re:                                                :    Chapter 11
                                                      :
HO WAN KWOK et al.,                                   :    Case No. 22-50073 (JAM)
                                                      :
                        Debtors.¹                     :    Jointly Administered
                                                      :
------------------------------------------------------x
```

**NOTICE OF FILING OF REVISED PROPOSED
ORDER APPROVING SECOND INTERIM FEE APPLICATION
OF EPIQ CORPORATE RESTRUCTURING, LLC FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM
MARCH 1, 2023 THROUGH AUGUST 31, 2023**

**PLEASE TAKE NOTICE** that, on October 16, 2023, Epiq Corporate Restructuring (the

"Applicant") filed the *Second Interim Fee Application of Epiq Corporate Restructuring, LLC as*

*Claims and Noticing Agent for Allowance of Compensation for Services Rendered and for*

*Reimbursement of All Actual and Necessary Expenses Incurred for the Period from March 1,*

*2023 through August 31, 2023* [Docket No. 2258] (the "Second Interim Fee Application").²

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a revised

proposed order granting the Second Interim Fee Application.  The proposed order has been

revised to reflect the fee reduction as agreed with the United States Trustee.  *See* Docket No.

2330.

---

¹    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The
mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings
LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok
(solely for purposes of notices and communications).

²    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Second
Interim Fee Application.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>**Exhibit 2**</u> is a redline version of the revised proposed order marked to show the changes that have been made to the version attached to the Second Interim Fee Application.

Dated:      November 28, 2023
            New York, New York

By: */s/ G. Alexander Bongartz*
Avram E. Luft (admitted *pro hac vice*)
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com
alexbongartz@paulhastings.com

        *and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

        *and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------x
                                            :
In re:                                      :    Chapter 11
                                            :
HO WAN KWOK, et al.,¹                       :    Case No. 22-50073 (JAM)
                                            :
                 Debtors.                   :    (Jointly Administered)
                                            :
-------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 28, 2023, the foregoing Notice was

electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned

chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to

anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties

may access this filing through the Court's CM/ECF system.

Dated:    November 28, 2023
          New York, New York

                              By: */s/ G. Alexander Bongartz*
                              G. Alexander Bongartz (admitted pro hac vice)
                              PAUL HASTINGS LLP
                              200 Park Avenue
                              New York, New York 10166
                              (212) 318-6079
                              alexbongartz@paulhastings.com

                              *Counsel for the Chapter 11 Trustee, Genever*
                              *Holdings LLC, and Genever Holdings*
                              *Corporation*

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## Exhibit 1

**Revised Proposed Order (clean)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | )    Chapter 11 |
| | ) |
| HO WAN KWOK, et al., | )    Case No. 22-50073 (JAM) |
| | ) |
| | )    (Jointly Administered) |
| Debtors.[1] | ) |
| | ) |

**ORDER APPROVING SECOND INTERIM FEE APPLICATION OF**
**EPIQ CORPORATE RESTRUCTURING, LLC AS CLAIMS AND NOTICING**
**AGENT FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES**
**INCURRED FOR THE PERIOD FROM MARCH 1, 2023 THROUGH AUGUST 31, 2023**

This matter coming before this Court on the *Second Interim Fee Application of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent for Allowance of Compensation for Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period from March 1, 2023 through August 31, 2023* (the "Application,")[2] of Epiq Corporate Restructuring, LLC ("Epiq") pursuant to sections 330(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for an order (this "Order"):  (i) approving and allowing, on an interim basis, the aggregate sum of $106,598.34, including (a) compensation in the amount of $99,036.00 and (b) reimbursement of actual and necessary expenses in the sum of $7,562.34, incurred by Epiq from March 1, 2023, through August 31, 2023 (the "Compensation Period"); (ii) directing payment of the difference between (a) $106,598.34 and (b) any interim payments made to Epiq with respect

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Application.

to the Compensation Period; and (iii) granting related relief, all as further described in the Application; and upon consideration of the Application, and the Court having jurisdiction over this matter pursuant 28 U.S.C. §§ 157 and 1334, and notice of the Application was adequate under the circumstances and no further or other notice of the Application is required; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.    The Application is GRANTED, as set forth in this Order.

2.    Epiq is allowed, on an interim basis, compensation for services rendered during the Compensation Period in the aggregate sum of $102,598.34, including (a) compensation in the amount of $95,036.00 and (b) reimbursement of actual and necessary expenses in the sum of $7,562.34.

3.    The Debtors are hereby authorized and directed to pay Epiq the difference between (a) $102,598.34 and (b) any interim payments made to Epiq pursuant to the Interim Compensation Order with respect to the Compensation Period.

4.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

## Exhibit 2

**Revised Proposed Order (redline)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HO WAN KWOK, et al., | ) Case No. 22-50073 (JAM) |
| | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) |

**ORDER APPROVING SECOND INTERIM FEE APPLICATION OF**
**EPIQ CORPORATE RESTRUCTURING, LLC AS CLAIMS AND NOTICING**
**AGENT FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES**
**INCURRED FOR THE PERIOD FROM MARCH 1, 2023 THROUGH AUGUST 31, 2023**

This matter coming before this Court on the *Second Interim Fee Application of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent for Allowance of Compensation for Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period from March 1, 2023 through August 31, 2023* (the "Application,")[2] of Epiq Corporate Restructuring, LLC ("Epiq") pursuant to sections 330(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for an order (this "Order"): (i) approving and allowing, on an interim basis, the aggregate sum of $106,598.34, including (a) compensation in the amount of $99,036.00 and (b) reimbursement of actual and necessary expenses in the sum of $7,562.34, incurred by Epiq from March 1, 2023, through August 31, 2023 (the "Compensation Period");

---

[1]  The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]  Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Application.

(ii) directing payment of the difference between (a) $106,598.34 and (b) any interim payments made to Epiq with respect to the Compensation Period; and (iii) granting related relief, all as further described in the Application; and upon consideration of the Application, and the Court having jurisdiction over this matter pursuant 28 U.S.C. §§ 157 and 1334, and notice of the Application was adequate under the circumstances and no further or other notice of the Application is required; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is GRANTED, as set forth in this Order.

2.      Epiq is allowed, on an interim basis, compensation for services rendered during the Compensation Period in the aggregate sum of $~~106,598.34~~102,598.34, including (a) compensation in the amount of $~~99,036.00~~95,036.00 and (b) reimbursement of actual and necessary expenses in the sum of $7,562.34.

3.      The Debtors are hereby authorized and directed to pay Epiq the difference between (a) $~~106,598.34~~102,598.34 and (b) any interim payments made to Epiq pursuant to the Interim Compensation Order with respect to the Compensation Period.

4.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.