**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re: : Chapter 11
:
HO WAN KWOK *et al.*, : Case No. 22-50073 (JAM)
:
Debtors.[1] : Jointly Administered
:
---------------------------------------------------------x

**NOTICE OF FILING OF REVISED PROPOSED
ORDER APPROVING THIRD INTERIM FEE APPLICATION
OF PAUL HASTINGS LLP, FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD FROM JULY 1, 2023 THROUGH AUGUST 31, 2023**

**PLEASE TAKE NOTICE** that, on October 16, 2023, Paul Hastings LLP (the "Applicant") filed the *Third Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the Period from July 1, 2023 through August 31, 2023* [Docket No. 2256] (the "Third Interim Fee Application").[2]

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a revised proposed order granting the Third Interim Fee Application. The proposed order has been revised to reflect the fee reduction as agreed with the United States Trustee. *See* Docket No. 2359.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Third Interim Fee Application.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2** is a redline version of the revised proposed order marked to show the changes that have been made to the version attached to the Third Interim Fee Application.

Dated: November 28, 2023
       New York, New York

By: */s/ G. Alexander Bongartz*
Avram E. Luft (admitted *pro hac vice*)
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com
alexbongartz@paulhastings.com

    and

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

    and

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation*

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 28, 2023, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:  November 28, 2023
         New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted pro hac vice)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

# **Exhibit 1**

**Revised Proposed Order (clean)**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

------------------------------------------------------------x
:
In re:                                          : Chapter 11
                                                :
HO WAN KWOK, *et al.*,                          : Case No. 22-50073 (JAM)
                                                :
      Debtors.[1]                           : Jointly Administered
                                                :
------------------------------------------------------------x

**ORDER APPROVING THIRD INTERIM FEE APPLICATION OF PAUL HASTINGS LLP, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2023 THROUGH AUGUST 31, 2023**

Pursuant to 11 U.S.C. §§ 328, 330 and 331, Paul Hastings LLP (the "Applicant") filed the *Third Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the Period from July 1, 2023 through August 31, 2023* on October 16, 2023 (the "Application"). After notice and a hearing, and no objection to the Application having been filed by the Office of the United States Trustee, and in the absence of any other objection to the Application; it is hereby

    1.    ORDERED that the Application is granted and compensation in the amount of $3,525,984.25, and reimbursement of expenses in the amount of $146,137.57, are awarded to Paul Hastings, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full or as provided in the order approving the sale of the Lady May [ECF No. 1953]; it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2. ORDERED that nothing herein modifies the Retention Order; it is further

3. ORDERED that the Debtors' estates are authorized to pay the Trustee and Paul Hastings (a) 80% of the fees (*i.e.*, $2,820,787.40) and (b) 100% of the expense reimbursements (*i.e.*, $146,137.57) allowed in paragraph 1 above, in the aggregate amount of $2,966,924.97, and the remaining 20% of the fees allowed in paragraph 1 above in the amount of $705,196.85 shall be held back by the Debtors' estates pending further order of this Court; it is further

4. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

5. ORDERED that the Trustee and Paul Hastings are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

6. ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

7. ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

## Exhibit 2

**Revised Proposed Order (redline)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x
:
In re:                                                                : Chapter 11
                                                                          :
HO WAN KWOK, *et al.*,                                      : Case No. 22-50073 (JAM)
                                                                          :
         Debtors.[1]                                              : Jointly Administered
                                                                          :
------------------------------------------------------------x

**ORDER APPROVING THIRD INTERIM FEE APPLICATION OF PAUL HASTINGS LLP, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2023 THROUGH AUGUST 31, 2023**

Pursuant to 11 U.S.C. §§ 328, 330 and 331, Paul Hastings LLP (the "Applicant") filed the *Third Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the Period from July 1, 2023 through August 31, 2023* on October ~~——~~ 16, 2023 (the "Application"). After notice and a hearing, and no objection to the Application having been filed by the Office of the United States Trustee, and in the absence of any other objection to the Application; it is hereby

1.        ORDERED that the Application is granted and compensation in the amount of $~~3,725,984.25~~ 3,525,984.25, and reimbursement of expenses in the amount of $146,137.57, are awarded to Paul Hastings, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full or as provided in the order approving the sale of the Lady May [ECF No. 1953]; it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2. ORDERED that nothing herein modifies the Retention Order; it is further

3. ORDERED that the Debtors' estates are authorized to pay the Trustee and Paul Hastings (a) 80% of the fees (*i.e.*, $~~2,980,787.40~~2,820,787.40) and (b) 100% of the expense reimbursements (*i.e.*, $146,137.57) allowed in paragraph 1 above, in the aggregate amount of $~~3,126,924.97~~2,966,924.97, and the remaining 20% of the fees allowed in paragraph 1 above in the amount of $~~745,196.85~~705,196.85 shall be held back by the Debtors' estates pending further order of this Court; it is further

4. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

5. ORDERED that the Trustee and Paul Hastings are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

6. ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

7. ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).