**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x
:
In re:                                              : Chapter 11
:
HO WAN KWOK, *et al.*,                              : Case No. 22-50073 (JAM)
:
Debtors.[1]                                         : Jointly Administered
:
------------------------------------------------------------x

**ORDER GRANTING**
**APPLICATION OF NEUBERT, PEPE & MONTEITH, P.C., FOR THIRD INTERIM**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS**
**LOCAL AND CONFLICTS COUNSEL TO THE CHAPTER 11 TRUSTEE AND AS**
**COUNSEL TO DEBTORS GENEVER HOLDINGS CORPORATION AND GENEVER**
**HOLDINGS LLC**

Upon consideration of the Application (the "Application") of Neubert, Pepe & Monteith, P.C. ("NPM") as counsel to the Trustee[2] and the Genever Debtors for third interim allowance of compensation and reimbursement of expenses from July 1, 2023 through August 31, 2023; and sufficient notice having been given; and a hearing having been held on November 28, 2023 and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

1. ORDERED that the Application is granted as modified and compensation in the amount of $280,180.00 and reimbursement of expenses in the amount of $1,849.10 is awarded to NPM, subject to final adjustment and disgorgement in the event all administrative expenses are

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

not paid in full or as provided in the order approving the sale of the Lady May [ECF No. 1953]; it is further

2.  ORDERED that the Debtors' estates are directed to pay the NPM the Application Period Holdbacks less the $4000 reduction (*i.e.*, $52,836) within fourteen days of the date of this Order; it is further

3.  ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

4.  ORDERED that the Trustee and NPM are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

5.  ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

6.  ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------x
                                                 :
In re:                                           :    Chapter 11
                                                 :
HO WAN KWOK, et al.,[1]                          :    Case No. 22-50073 (JAM)
                                                 :
         Debtors.                                :    (Jointly Administered)
                                                 :
-------------------------------------------------x
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 28, 2023, the foregoing, revised proposed order, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated: November 28, 2023
New Haven, Connecticut

By: /s/ Douglas S. Skalka
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).