# *In re Ho Wan Kwok,* Chapter 11 Case No. 22-50073 (JAM)

## STATUS CONFERENCE REGARDING FEBRUARY 15, 2024 PROJECT

November 28, 2023



# "FEBRUARY 15 PROJECT"

- As the Trustee previously testified, until August 2023, the bulk of the Trustee's asset recovery activities was focused on identified assets such as the Lady May, the Sherry Netherland apartment, and identified accounts such as the HCHK accounts and the U.S. Bank escrow account.

- Given the lack of funding to hire a forensic accountant until the sale of the Lady May, the necessary step of conducting a forensic accounting of the hundreds of accounts used by Kwok-related entities did not commence in earnest until Kroll was retained.

- Nevertheless, the Trustee has commenced laying the foundation for the Trustee to prosecute avoidance actions arising out of the thousands of transfers made, effectively by the Debtor, using numerous Kwok-related entities.

- As the Court is aware, the two-year section 546(a) statute of limitation to bring avoidance actions under sections 544, 547, and 548 expires on February 15, 2024, thus the reference to the "February 15 Project." Moreover, the section 549 post-petition transfer avoidance limitation period expires 2 years from the date such post-petition transfers were made.



# "FEBRUARY 15 PROJECT"

- The Trustee's efforts to lay a foundation for the recovery of such avoidable transfers include seeking and obtaining alter ego rulings with respect to various Kwok-related entities, as shown on the attached diagram.
- Thus far, Kroll has identified more than **275** Kwok-related bank accounts, more than **55,000** transactions in and out of these accounts, and over **$2.6 billion** transiting through these accounts.  These numbers grow every day as Kroll's analysis progresses.
- Identification of transfers in and out of those accounts is largely completed as to certain, but not all, entities with respect to which adversary proceedings seeking alter ego rulings are already pending.  This is the case for Greenwich Land.
- Normally, the Trustee's focus would shift at this time to other entities with respect to which such alter ego litigation has not yet been commenced, such as the "G" entities, Hamilton Fund entities, or Rule of Law Foundation.

PAUL HASTINGS

## "FEBRUARY 15 PROJECT"

- However, this effort, particularly in the discovery or trial phase, could overlap with the Government's criminal trial scheduled to commence in April 2024. Given this overlap, it is unlikely that the Government would consent to the Trustee pursuing certain aspects of such actions until after the criminal trial.
- Moreover, given these limitations and the obstruction by the Debtor and his affiliates of the Trustee's investigation since its inception, it is very likely that the Trustee will not be in a position to commence all avoidance actions on or before February 15, 2024.
- Therefore, the Trustee contemplates filing a motion (along with a separate motion seeking approval of certain notice procedures) seeking the equitable tolling of the applicable limitations period.



