UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                                    :    Chapter 11
                                                          :
HO WAN KWOK *et al.*,                                     :    Case No. 22-50073 (JAM)
                                                          :
       Debtors.¹                                         :    Jointly Administered
                                                          :
---------------------------------------------------------x

**NOTICE OF FILING OF FURTHER REVISED PROPOSED
ORDER APPROVING THIRD INTERIM FEE APPLICATION
OF PAUL HASTINGS LLP, FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD FROM JULY 1, 2023 THROUGH AUGUST 31, 2023**

      **PLEASE TAKE NOTICE** that, on October 16, 2023, Paul Hastings LLP (the "Applicant") filed the *Third Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the Period from July 1, 2023 through August 31, 2023* [Docket No. 2256] (the "Third Interim Fee Application").²

      **PLEASE TAKE FURTHER NOTICE** that, on November 28, 2023, the Applicant filed a revised proposed order granting the Third Interim Fee Application (the "Revised Proposed Order"), reflecting the fee reduction as agreed with the United States Trustee. *See* Docket No. 2384.

---

¹    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

²    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Third Interim Fee Application.

**PLEASE TAKE FURTHER NOTICE** that, following the hearing on the Third Interim Fee Application on November 28, 2023, the Applicant further conferred with the United States Trustee regarding certain concerns raised by the United States Trustee with respect to the Revised Proposed Order. As a result of these discussions, the Applicant has further revised the Revised Proposed Order (the "Further Revised Proposed Order") to add language clarifying that, in light of the agreed-upon fee reductions, the Applicant will provide a credit (in the amount of $160,000) on its next monthly fee statement. Counsel to the United States Trustee has confirmed that the proposed additional language is acceptable.

**PLEASE TAKE FURTHER NOTICE** attached hereto as **Exhibit 1** is the Further Revised Proposed Order, and attached hereto as **Exhibit 2** is a redline version of the Further Revised Proposed Order marked to show the changes that have been made to the Revised Proposed Order.

Dated:   November 28, 2023
         New York, New York

                                        By: */s/ G. Alexander Bongartz*
                                        Avram E. Luft (admitted *pro hac vice*)
                                        G. Alexander Bongartz (admitted *pro hac vice*)
                                        PAUL HASTINGS LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 318-6079
                                        aviluft@paulhastings.com
                                        alexbongartz@paulhastings.com

                                                *and*

                                        Nicholas A. Bassett (admitted *pro hac vice*)
                                        PAUL HASTINGS LLP
                                        2050 M Street NW
                                        Washington, D.C., 20036
                                        (202) 551-1902
                                        nicholasbassett@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 28, 2023, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated: November 28, 2023
New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted pro hac vice)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

# Exhibit 1

**Further Revised Proposed Order (clean)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
                                         :
In re:                                    :   Chapter 11
                                         :
HO WAN KWOK, *et al.*,         :   Case No. 22-50073 (JAM)
                                         :
        Debtors.[1]                   :   Jointly Administered
                                         :
---------------------------------------------------------------x

**ORDER APPROVING THIRD INTERIM FEE APPLICATION OF PAUL HASTINGS LLP, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2023 THROUGH AUGUST 31, 2023**

Pursuant to 11 U.S.C. §§ 328, 330 and 331, Paul Hastings LLP (the "Applicant") filed the *Third Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the Period from July 1, 2023 through August 31, 2023* on October 16, 2023 (the "Application"). After notice and a hearing, and no objection to the Application having been filed by the Office of the United States Trustee, and in the absence of any other objection to the Application; it is hereby

1.     ORDERED that the Application is granted and compensation in the amount of $3,525,984.25, and reimbursement of expenses in the amount of $146,137.57, are awarded to Paul Hastings, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full or as provided in the order approving the sale of the Lady May [ECF No. 1953]; it is further

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2. ORDERED that nothing herein modifies the Retention Order; it is further

3. ORDERED that the Debtors' estates are authorized to pay the Trustee and Paul Hastings (a) 80% of the fees (*i.e.*, $2,820,787.40) and (b) 100% of the expense reimbursements (*i.e.*, $146,137.57) allowed in paragraph 1 above, in the aggregate amount of $2,966,924.97, and the remaining 20% of the fees allowed in paragraph 1 above in the amount of $705,196.85 shall be held back by the Debtors' estates pending further order of this Court; it is further

4. ORDERED that the Applicant shall include, as part of its September 2023 monthly fee statement, a credit in the amount of $160,000.00, which amount reflects the difference between (a) the fees previously paid to the Applicant pursuant the Interim Compensation Procedures Order (as defined in the Application) for services rendered during the months of July and August 2023 (*i.e.*, $2,980,787.40) and (b) the fees that the estates are authorized to pay pursuant to paragraph 3 of this Order (*i.e.*, $2,820,787.40); it is further

5. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

6. ORDERED that the Trustee and Paul Hastings are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

7. ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

8. ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

## **Exhibit 2**

**Further Revised Proposed Order (redline)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
: 
Debtors.[1] : Jointly Administered
: 
---------------------------------------------------------------x

**ORDER APPROVING THIRD INTERIM FEE APPLICATION OF PAUL HASTINGS LLP, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2023 THROUGH AUGUST 31, 2023**

Pursuant to 11 U.S.C. §§ 328, 330 and 331, Paul Hastings LLP (the "Applicant") filed the *Third Interim Fee Application of Paul Hastings LLP for Compensation and Reimbursement of Expenses for the Period from July 1, 2023 through August 31, 2023* on October 16, 2023 (the "Application").  After notice and a hearing, and no objection to the Application having been filed by the Office of the United States Trustee, and in the absence of any other objection to the Application; it is hereby

1.  ORDERED that the Application is granted and compensation in the amount of $3,525,984.25, and reimbursement of expenses in the amount of $146,137.57, are awarded to Paul Hastings, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full or as provided in the order approving the sale of the Lady May [ECF No. 1953]; it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2. ORDERED that nothing herein modifies the Retention Order; it is further

3. ORDERED that the Debtors' estates are authorized to pay the Trustee and Paul Hastings (a) 80% of the fees (*i.e.*, $2,820,787.40) and (b) 100% of the expense reimbursements (*i.e.*, $146,137.57) allowed in paragraph 1 above, in the aggregate amount of $2,966,924.97, and the remaining 20% of the fees allowed in paragraph 1 above in the amount of $705,196.85 shall be held back by the Debtors' estates pending further order of this Court; it is further

4. ORDERED that the Applicant shall include, as part of its September 2023 monthly fee statement, a credit in the amount of $160,000.00, which amount reflects the difference between (a) the fees previously paid to the Applicant pursuant the Interim Compensation Procedures Order (as defined in the Application) for services rendered during the months of July and August 2023 (*i.e.*, $2,980,787.40) and (b) the fees that the estates are authorized to pay pursuant to paragraph 3 of this Order (*i.e.*, $2,820,787.40); it is further

5. ~~4.~~ ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

6. ~~5.~~ ORDERED that the Trustee and Paul Hastings are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

7. ~~6.~~ ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

8. ~~7.~~ ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).