**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

-------------------------------------------------------x

In re:

HO WAN KWOK, *et al.*,[1]

          Debtors.

-------------------------------------------------------x

:
:
:
:
:
:
:
:

Chapter 11

Case No. 22-50073 (JAM)

(Jointly Administered)

**NOTICE OF FILING EMAIL CORRESPONDENCE
WITH COUNSEL FOR SEACOAST NATIONAL BANK**

Pursuant to the Court's instructions at the hearing held November 28, 2023 on the *Motion for Entry of Order Compelling Seacoast National Bank to Comply with Rule 2004 Subpoena* [ECF No. 2342] (the "Motion to Compel") filed by Luc A. Despins, as Chapter 11 Trustee for Ho Wan Kwok (the "Trustee"), the Trustee hereby files copies of the following email correspondence between counsel for the Trustee and counsel for Seacoast National Bank ("Seacoast"):

-      The January 26, 2023 email of Seacoast's counsel to counsel for the Trustee, in which Seacoast's counsel agreed to accept service of the Trustee's Rule 2004 subpoena to Seacoast via email, attached hereto as **Exhibit A**;

-      The November 9, 2023 email of Trustee's counsel to Seacoast's counsel specifying the accounts as to which account statements are missing (with account numbers redacted) (the "Missing Statements"), attached hereto as **Exhibit B**. *See* Motion to Compel

---

[1]      The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

at ¶¶ 4-5;

- The November 15, 2023 email of Seacoast's counsel to Trustee's counsel, following a meet-and-confer between Trustee's and Seacoast's respective counsel, attached as **Exhibit C**, wherein Seacoast's counsel wrote as follows:

> Dear Colleagues: I think we had a productive and collegial discussion last week, but once again I want to confirm to you that we have $8,266.32 in legal fees to be reimbursed and you're asking us to do more research for you. I understood that a motion will be forthcoming, and I'd like to get our fees paid. Some of the information and documentation that Seacoast's professionals have retrieved is probably of great value to you and your client, and comes at a cost presently borne by my client. Let's take care of that.

Further as discussed at the hearing, in addition to the Missing Statements, Seacoast has also failed to produce know-your-customer or anti-money-laundering compliance documents that banks typically maintain with respect to accounts such as those the Trustee has identified at Seacoast.  Any such documents are likewise responsive to the Trustee's subpoena and were also addressed by the Motion to Compel.  *See id.* at ¶ 6.


Dated:     November 28, 2023                LUC DESPINS, as appointed Chapter 11 Trustee
           New Haven, Connecticut           for HO WON KWOK


                                            By: */s/ Patrick R. Linsey*
                                               Patrick R. Linsey (ct29437)
                                               NEUBERT, PEPE & MONTEITH, P.C.
                                               195 Church Street, 13th Floor
                                               New Haven, Connecticut 06510
                                               (203) 781-2847
                                               plinsey@npmlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
                         :

In re:                        :     Chapter 11
                         :

HO WAN KWOK, *et al.*,[2]     :     Case No. 22-50073 (JAM)
                         :

        Debtors.        :     (Jointly Administered)
                         :

------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on November 28, 2023, the foregoing (including all exhibits and attachments thereto) was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case able to receive electronic notice operation of the Court's electronic filing ("<u>CM/ECF</u>") system.  A copy of the foregoing was also sent via email to counsel for Seacoast at janthony@anthonyandpartners.com.  Parties may access this filing through the Court's CM/ECF system.

Dated:     November 28, 2023
           New Haven, Connecticut

                    By: */s/ Patrick R. Linsey*
                      Patrick R. Linsey (ct29437)
                      NEUBERT, PEPE & MONTEITH, P.C.
                      195 Church Street, 13th Floor
                      New Haven, Connecticut 06510
                      (203) 781-2847
                      plinsey@npmlaw.com

---

[2]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## **EXHIBIT A**

**(Seacoast's Counsel's Email Accepting Service)**

**Patrick Linsey**

| | |
|---|---|
| **From:** | John Anthony <janthony@anthonyandpartners.com> |
| **Sent:** | Thursday, January 26, 2023 4:28 PM |
| **To:** | Patrick Linsey |
| **Cc:** | Doug Skalka; Cameryn Lackey; Karen Torelli; Inesse Chichou; Ellen Uzonwanne |
| **Subject:** | RE: U.S. Bankruptcy Court, District of Connecticut Case No. 22-50073:  In re Ho Wan Kwok - Conference Call Request |
| | |
| **Importance:** | High |

> **Caution:** External Email. Verify you know the sender before clicking a Link.

I'm sorry I was in San Jose until midday today. I was due to be out all week. I will accept e-mail service of the subpoena, and hopefully this will put us in appropriate posture for a good faith conference about how to respond to all of this.

**John A. Anthony, Partner**
**Anthony & Partners, LLC**
100 South Ashley Drive, Suite 1600
Tampa, Florida 33602
Main: 813-273-5616 | Fax: 813-221-4113
Direct: 813-273-5066 | Cell: 813-833-5066
Toll Free: 1-888-247-8909

   

**www.anthonyandpartners.com**  |  **A&P Biography**  |  **A&P Facebook**  |  **My LinkedIn**

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Disclaimer under Circular 230: Any statements regarding tax matters made herein, including any attachments, are not formal tax opinions by this firm, cannot be relied upon or used by any person to avoid tax penalties, and are not intended to be used or referred to in any marketing or promotional materials.

**From:** Patrick Linsey <plinsey@npmlaw.com>
**Sent:** Thursday, January 26, 2023 4:25 PM
**To:** John Anthony <janthony@anthonyandpartners.com>
**Cc:** Doug Skalka <DSkalka@npmlaw.com>; Cameryn Lackey <CLackey@anthonyandpartners.com>; Karen Torelli <ktorelli@anthonyandpartners.com>; Inesse Chichou <ichichou@anthonyandpartners.com>; Ellen Uzonwanne <euzonwanne@anthonyandpartners.com>
**Subject:** Re: U.S. Bankruptcy Court, District of Connecticut Case No. 22-50073: In re Ho Wan Kwok - Conference Call Request

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi John —

I have asked a couple times if you will accept service by email, which is a courtesy we've typically received from counsel. Forgive me if you responded and I missed it. If I don't hear back by tomorrow I will assume the answer is no and we'll put the subpoena out for service the old fashioned way.

We will reply regarding the meeting if my office has not already. I would suggest that it would be more productive if we do it after you've seen the operative subpoena. Thanks very much.

Best,

Pat Linsey

> On Jan 25, 2023, at 6:37 PM, Ellen Uzonwanne <euzonwanne@anthonyandpartners.com> wrote:

**Caution:** External Email. Verify you know the sender before clicking a Link.

Good evening, Messrs. Skalka and Linsey.

Do you have availability for a conference call with John A. Anthony, Esquire, and Cameryn R. Lackey, Esquire, this coming Friday, January 27, 2027? Mr. Anthony and Ms. Lackey can readily make themselves available any time on Friday to accommodate your schedules.

Thank you.

**Ellen M. Uzonwanne**
Paralegal to John A. Anthony, Esq.
**Anthony & Partners, LLC**
100 South Ashley Drive, Suite 1600
Tampa, Florida  33602
E-mail:  euzonwanne@anthonyandpartners.com
Direct: (813) 712-1240
Main: (813) 273-5616
Toll Free: (888) 247-8909
Fax: (813) 221-4113
www.anthonyandpartners.com

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the

**EXHIBIT B**

**(Trustee's Counsel's Email Regarding Missing Statements)**

## Patrick Linsey

| | |
|---|---|
| **From:** | Patrick Linsey |
| **Sent:** | Thursday, November 9, 2023 11:41 AM |
| **To:** | Andrew Ghekas; John Anthony; Ciara Rodriguez |
| **Cc:** | Kari Mitchell |
| **Subject:** | RE: Seacoast_In re Ho Wan Kwok:  Seacoast's Proposed Objections to Subpoena (voice dictate) |

Dear All:

Thanks for the production that has been sent. Our financial advisor has been through the production and has identified certain missing pieces (*i.e.*, statements for certain accounts). These are as follows (with some context):

- The first set of documents Seacoast produced, with a Bates range of SEACOAST PROD 0001-0074, contained to statements for four (4) accounts:


    (HCHK Technologies Inc);
    (HCHK Technologies Inc);
    (HCHK Property Management Inc); and
    (HCHK Property Management Inc).

- The second set of documents, with a Bates range of SEACOAST PROD 0075-0264, contained account agreements, some other account opening documents, images of deposited items, and wire transfer detail for the following (6) accounts:


    (HCHK Technologies Inc);
    (HCHK Technologies Inc);
    (HCHK Technologies Inc);
    (HCHK Property Management Inc);
    (HCHK Property Management Inc); and
    (HCHK Property Management Inc).

As it stands, we are missing ***statements*** for the two highlighted accounts (for which the bank's second production included documents other than account statements)—        (HCHK Technologies Inc) and        (HCHK Property Management Inc).

Can Seacoast please provide these statements by November 17? We are available to discuss if you have any questions or concerns.

Sincerely,

Pat

---

**From:** Andrew Ghekas <AGhekas@anthonyandpartners.com>
**Sent:** Tuesday, October 31, 2023 5:28 PM
**To:** Patrick Linsey <plinsey@npmlaw.com>
**Cc:** John Anthony <janthony@anthonyandpartners.com>; Ciara Rodriguez <crodriguez@anthonyandpartners.com>
**Subject:** RE: Seacoast_In re Ho Wan Kwok: Seacoast's Proposed Objections to Subpoena (voice dictate)

 External email ›

## **EXHIBIT C**

**(Seacoast's Counsel's Email Following Meet and Confer)**

## Patrick Linsey

| | |
|---|---|
| **From:** | John Anthony <janthony@anthonyandpartners.com> |
| **Sent:** | Wednesday, November 15, 2023 8:55 PM |
| **To:** | Robert Flynn; Patrick Linsey |
| **Cc:** | Kari Mitchell; Andrew Ghekas; Ellen Uzonwanne |
| **Subject:** | RE: Seacoast_In re Ho Wan Kwok:  Seacoast's Proposed Objections to Subpoena (voice dictate) |
| | |
| **Importance:** | High |

⊙ **External email** ›

⊙ **Contains topics of a financial nature** ›

> **Caution:** External Email. Verify you know the sender before clicking a Link.

Dear Colleagues:  I think we had a productive and collegial discussion last week, but once again I want to confirm to you that we have $8,266.32 in legal fees to be reimbursed and you're asking us to do more research for you.  I understood that a motion will be forthcoming, and I'd like to get our fees paid.  Some of the information and documentation that Seacoast's professionals have retrieved is probably of great value to you and your client, and comes at a cost presently borne by my client. Let's take care of that.

**From:** John Anthony
**Sent:** Friday, November 10, 2023 1:05 PM
**To:** Robert Flynn <rflynn@npmlaw.com>; Andrew Ghekas <AGhekas@anthonyandpartners.com>; Ellen Uzonwanne <euzonwanne@anthonyandpartners.com>
**Cc:** Kari Mitchell <kmitchell@npmlaw.com>; Patrick Linsey <plinsey@npmlaw.com>
**Subject:** RE: Seacoast_In re Ho Wan Kwok: Seacoast's Proposed Objections to Subpoena (voice dictate)
**Importance:** High

The bridge line for 2:00 p.m. (813) 712-1239, PIN 1234.

**From:** Robert Flynn <rflynn@npmlaw.com>
**Sent:** Friday, November 10, 2023 10:59 AM
**To:** John Anthony <janthony@anthonyandpartners.com>
**Cc:** Ellen Uzonwanne <euzonwanne@anthonyandpartners.com>; Kari Mitchell <kmitchell@npmlaw.com>; Patrick Linsey <plinsey@npmlaw.com>
**Subject:** RE: Seacoast_In re Ho Wan Kwok: Seacoast's Proposed Objections to Subpoena (voice dictate)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

John,

I am one of Pat's partners.  I am available at 2 pm.  Can I contact you on your cell phone?

Best,
Rob