## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                                                           :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                                            :    Case No. 22-50073 (JAM)
:
           Debtors.                                                          :    (Jointly Administered)
:
                                                                                    :    Re: ECF No. 2376
---------------------------------------------------------x

**ORDER PROVIDING (A) METHOD OF SERVICE OF, AND (B) FOR AN EXPEDITED HEARING ON, TRUSTEE'S MOTION, PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 363, BANKRUPTCY RULES 2002, 6004(c), AND 9014, AND LOCAL RULES 6004-1 AND 6004-2, SEEKING ENTRY OF ORDER: (I) AUTHORIZING AND APPROVING SALE OF THE LADY MAY II FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES, (II) AUTHORIZING AND APPROVING PURCHASE AND SALE AGREEMENT, AND <u>(III) GRANTING RELATED RELIEF</u>**

Upon the motion (the "<u>Motion</u>")[2] of Luc Despins, in his capacity as the chapter 11 trustee (the "<u>Trustee</u>") appointed in the chapter 11 case of Ho Wan Kwok (the "<u>Debtor</u>"), requesting entry of an emergency order, (I) confirming that, with respect to the Lady May II Sale Motion, the Trustee is only required to serve on the creditor matrix (a) the Hearing Notice and (b) the Sale Notice, instead of serving a copy of the entire Lady May II Sale Motion, and (II) scheduling an expedited hearing to consider and determine the Lady May II Sale Motion on the week of December 18, 2023, all as further detailed in the Motion (ECF No. 2376); and the Court having reviewed the Motion; and the Court having found that (a) the Court has jurisdiction over this

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Motion.

matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (d) good and sufficient notice of the Motion having been given; it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Fed. R. Bankr. P. 2002(i) and (m), and under the specific facts and circumstances in these jointly administered Chapter 11 cases regarding this asset, service of the Lady May II Sale Motion, including the Hearing Notice and the Sale Notice, shall be served on the creditors' committee which shall be deemed sufficient notice and service on the parties on the creditor matrix.

3. A hearing on the Lady May II Sale Motion shall be held on **December 18, 2023 at 3:00 p.m.** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604.

4. The deadline to object to the Lady May II Sale Motion shall be **December 15, 2023 at 5:00 p.m.**

5. The Trustee is authorized and empowered to take all actions necessary to effectuate the relief granted in this Order.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.  This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

8.  On or before November 30, 2023, the Trustee shall file a completed Notice of Proposed Private Sale of Estate Property on the docket which shall include the dates and times set forth in this order.

Dated at Bridgeport, Connecticut this 29th day of November, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut