**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

# TRANSCRIPT ORDER

FOR COURT USE ONLY
DUE DATE:

[Instructions]

| # | Field | Value |
|---|---|---|
| 1. | NAME | Patrick R. Linsey |
| 2. | PHONE NUMBER | (203) 781-2847 |
| 3. | DATE | 11/28/2023 |
| 4. | DELIVERY ADDRESS OR EMAIL | plinsey@npmlaw.com |
| 5. | CITY | New Haven |
| 6. | STATE | CT |
| 7. | ZIP CODE | 06510 |
| 8. | CASE NUMBER | 22-50073 |
| 9. | JUDGE | Hon. Julie A. Manning |
| 10. | FROM | 11/28/2023 |
| 11. | TO | 11/28/2023 |
| 12. | CASE NAME | Ho Wan Kwok and Genever Holdings LLC |
| 13. | CITY | Bridgeport |
| 14. | STATE | CT |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Entire Hearing | 11/28/2023 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [x] | NO. OF COPIES 1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

| 18. SIGNATURE | /s/Patrick R. Linsey |
|---|---|
| PROCESSED BY | Lorenzo M. Whitmore |
| 19. DATE | 11/28/2023 |
| PHONE NUMBER | 203-579-5808 |

TRANSCRIPT TO BE PREPARED BY: Reliable

COURT ADDRESS: 915 Lafayette Blvd., Bridgeport, CT 06604

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

[Print] [Save As...] [Reset]

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

## Honorable Julie A. Manning

### Tuesday November 28 2023

---

| 02:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |
|---|---|---|

**Matter:** #2255; Interim Application for Compensation for Pullman & Comley, LLC, Creditor Comm. Aty, Fee: $86,457.50, Expenses: $1,751.60. Filed by Pullman & Comley, LLC, Creditor Committee

---

| 02:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |
|---|---|---|

**Matter:** #2256; Interim Application for Compensation for Paul Hastings LLP, Trustee's Attorney, Fee: $3,725,984.25, Expenses: $146,137.57. Filed by Paul Hastings LLP, Debtor's Attorney

---

| 02:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |
|---|---|---|

**Matter:** #2258; Interim Application for Compensation for Epiq Corporate Restructuring, LLC, Other Professional, Fee: $99,036.00, Expenses: $7,562.34. Filed by Epiq Corporate Restructuring, LLC, Claims/Noticing Agent

| | | | |
|---|---|---|---|
| 02:00 PM | 22-50073 Ch: 11 | | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** #2259; : Interim Application for Compensation for Harney Westwood & Reigels LP, Trustee's Attorney, Fee: $438,648.00, Expenses: $41,729.06. Filed by Harney Westwood & Reigels LP, Trustee's Attorney

| | | | |
|---|---|---|---|
| 02:00 PM | 22-50073 Ch: 11 | | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** #2260; Interim Application for Compensation for Neubert, Pepe & Monteith, P.C., Trustee's Attorney, Fee: $284,180.00, Expenses: $1,849.10. Filed by Neubert, Pepe & Monteith, P.C., Trustee's Attorney

| | | | |
|---|---|---|---|
| 02:00 PM | 22-50073 Ch: 11 | | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** #2282; Application of Chapter 11 Trustee, Genever Holdings Corporation, and Genever Holdings LLC, for Entry of Order, Pursuant to Bankruptcy Code Sections 327 and 330, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing and Approving Retention and Employment of Eisner Advisory Group LLC as Tax Advisors, Effective as of October 23, 2023 Filed by Luc A. Despins on behalf of Luc A. Despins, Genever Holdings Corporation, Genever Holdings LLC, Chapter 11 Trustee, Debtors

| | | | |
|---|---|---|---|
| 02:00 PM | 22-50073 Ch: 11 | | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** #2304; Eighth Motion for Examination of Relevant Banks Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee

| | | | |
|---|---|---|---|
| 02:00 PM | 22-50073 Ch: 11 | | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** **#2308; Ninth Omnibus Motion for Examination of Additional Entities and Individuals Affiliated with Debtor and Entities Doing Business with Debtor Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee**

| | | |
|---|---|---|
| 02:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** **#2342; Motion to Compel Seacoast National Bank to Comply with Rule 2004 Subpoena Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee**

| | | |
|---|---|---|
| 02:00 PM | 22-50073 Ch: 11 | Ho Wan Kwok and Genever Holdings LLC |

**Matter:** **#2362; Order Granting Motion for Status Conference**

| | | |
|---|---|---|
| 02:00 PM | 23-05018 | Despins, Luc A., Chapter 11 Trustee v. Golden Spring (New York) LTD et al |

**Matter:** **#27; Request for Default Judgment pursuant to Fed. R. Civ. P. 55 (b)(2) against Golden Spring (New York) LTD and China Golden Spring Group (Hong Kong) Limited Filed by Douglas S. Skalka on behalf of Despins, Luc A., Chapter 11 Trustee, Plaintiff**

# Parties that Appeared at the November 28, 2023 Hearing

**Luc A. Despins**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Anthony R. Calascibetta**
Partner, Eisner Advisory Group, LLC
111 Wood Avenue South
Iselin, New Jersey 08830-2700

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

**Paul Fenaroli**
Pastore LLC
4 High Ridge Park, 3rd Floor
Stamford, CT 06905