**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                             :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                              :    Case No. 22-50073 (JAM)
:
                                  Debtors.                    :    (Jointly Administered)
:
                                                                     :    Re: ECF No. 2399
---------------------------------------------------------x

**ORDER SCHEDULING EXPEDITED HEARING**

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the Trustee's *Motion for Entry of Order Compelling DBS Bank Ltd to Comply with Rule 2004 Subpoena* [ECF No. 2396] (the "Motion to Compel"); and good cause appearing for the relief sought in the Motion to Expedite, it is hereby

ORDERED, that a hearing on the Motion to Compel shall be held on December 18, 2023 at 3:00 p.m. (ET) at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604 (the "Hearing"); and it is further

ORDERED, that the deadline to respond to the Motion to Compel shall be December 11, 2023 at 12 noon; and it is further

ORDERED, that the Trustee shall serve a copy of this Order, along with the Motion to Compel upon all parties to the above-captioned chapter 11 case able to receive electronic notice

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

and upon DBS Bank Ltd on or before December 1, 2023, and the Trustee shall file a certificate of service on or before December 4, 2023.

Dated at Bridgeport, Connecticut this 30th day of November, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut