**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re:                                             :   Chapter 11
:
HO WAN KWOK, *et al.*,[1]                          :   Case No. 22-50073 (JAM)
:   (Jointly Administered)
Debtors.                              :
:   Re: ECF No. 2342
------------------------------------------------------x

# ORDER COMPELLING SEACOAST NATIONAL BANK TO COMPLY WITH RULE 2004 SUBPOENA AND AWARDING SANCTIONS

Upon consideration of the Motion seeking an order compelling Seacoast National Bank ("Seacoast") to comply with the Court's *Order Granting Third Supplemental Omnibus Motion for 2004 Examination* dated January 18, 2023 (ECF No. 1339, the "Rule 2004 Order") and with the subpoena (the "Seacoast Subpoena") the Trustee issued to Seacoast pursuant to the Rule 2004 Order, it appearing that cause exists to grant the requested relief as conditioned hereafter, and after a hearing held on November 28, 2023; it is hereby

**ORDERED**: The Motion is granted as set forth below.

**ORDERED**: Seacoast shall fully comply with the Seacoast Subpoena within seven (7) days of the entry of this Order.

**ORDERED**: Seacoast shall be responsible for its own costs with respect to compliance with the Seacoast Subpoena, including, without limitation, with respect to any counsel fees incurred.

Dated at Bridgeport, Connecticut this 30th day of November, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).