UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, et al.,<br><br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered)<br><br>RE: ECF 2258 |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF
EPIQ CORPORATE RESTRUCTURING, LLC AS CLAIMS AND NOTICING
AGENT FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES
INCURRED FOR THE PERIOD FROM MARCH 1, 2023 THROUGH AUGUST 31, 2023**

This matter coming before this Court on the *Second Interim Fee Application of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent for Allowance of Compensation for Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period from March 1, 2023 through August 31, 2023* (the "Application,")[2] of Epiq Corporate Restructuring, LLC ("Epiq") pursuant to sections 330(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for an order (this "Order"): (i) approving and allowing, on an interim basis, the aggregate sum of $106,598.34, including (a) compensation in the amount of $99,036.00 and (b) reimbursement of actual and necessary expenses in the sum of $7,562.34, incurred by Epiq from March 1, 2023, through August 31, 2023 (the "Compensation Period"); (ii) directing payment of the difference between (a) $106,598.34 and (b) any interim payments made to Epiq with respect

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Application.

to the Compensation Period; and (iii) granting related relief, all as further described in the Application; and upon consideration of the Application, and the Court having jurisdiction over this matter pursuant 28 U.S.C. §§ 157 and 1334, and notice of the Application was adequate under the circumstances and no further or other notice of the Application is required; and after hearing held on November 28, 2023 and due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED, as set forth in this Order.

2. Epiq is allowed, on an interim basis, compensation for services rendered during the Compensation Period in the aggregate sum of $102,598.34, including (a) compensation in the amount of $95,036.00 and (b) reimbursement of actual and necessary expenses in the sum of $7,562.34.

3. The Debtors are hereby authorized and directed to pay Epiq the difference between (a) $102,598.34 and (b) any interim payments made to Epiq pursuant to the Interim Compensation Order with respect to the Compensation Period.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Dated at Bridgeport, Connecticut this 30th day of November, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut