UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------------x
:
In re:                                                         : Chapter 11
                                                               :
HO WAN KWOK, *et al.*,                                         : Case No. 22-50073 (JAM)
                                                               :
        Debtors.[1]                                            : Jointly Administered
                                                               :
                                                               : RE: ECF 2259
---------------------------------------------------------------x

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF HARNEY WESTWOOD & RIEGELS LP, AS BRITISH VIRGIN ISLANDS COUNSEL, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM JULY 31, 2022 THROUGH JULY 31, 2023**

Upon consideration of the Application (the "Application") of Harney Westwood & Riegels ("Harneys") as BVI[2] counsel to the Trustee and Genever (BVI) for interim allowance of compensation and reimbursement of expenses from July 31, 2022 through July 31, 2023; and sufficient notice having been given; and a hearing having been held on November 28, 2023 and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

1.    ORDERED that the Application is granted and compensation in the amount of $438,648.00 and reimbursement of expenses in the amount of $41.729.06 are awarded to Harneys, subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full; it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein adopt the definitions set forth in the Application.

2. ORDERED that nothing herein modified the Retention Order; it is further

3. ORDERED that the estates are authorized and directed to pay Harneys' fees in the amount of $87,729.60, *i.e.*, 20% of the fees allowed in paragraph 1 above, within fourteen days of the date of this Order; it is further

4. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; it is further

5. ORDERED that the Debtors' estates and Harneys are authorized and empowered to take all necessary actions to implement the relief granted in this Order; it is further

6. ORDERED that notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

7. ORDERED that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Dated at Bridgeport, Connecticut this 30th day of November, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut