**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK, *et al.*,[1]                                :    Case No. 22-50073 (JAM)
                                                         :
            Debtors.                                     :    (Jointly Administered)
                                                         :
---------------------------------------------------------x


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 29, 2023, the *Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd to Comply with Rule 2004 Subpoena* [ECF No. 2396] and on November 30, 2023, the *Order Scheduling Expedited Hearing* [ECF No. 2404] (collectively, the "Served Documents") were filed electronically.  Notice of the Served Documents was sent on the dates of filing by email to all parties to the above-captioned chapter 11 case able to receive electronic notice automatically by operation of the Court's case management/electronic case files ("CM/ECF") system and by manual email to counsel for DBS Bank Ltd at roberteward@dbs.com.  On December 1, 2023, copies of the Served Documents were sent via FedEx overnight (for Saturday delivery) to DBS Bank Ltd as follows: DBS Bank Ltd., c/o Thomas

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

1

2

Joseph McCabe, 300 South Grand Avenue, Suite 3075, Los Angeles, CA 90071. Parties may access the Served Documents through the Court's CM/ECF system.

Dated:    December 6, 2023
            New Haven, Connecticut

                                  By: */s/ Patrick R. Linsey*
                                        Patrick R. Linsey (ct29437)
                                        NEUBERT, PEPE & MONTEITH, P.C.
                                        195 Church Street, 13th Floor
                                        New Haven, Connecticut 06510
                                        (203) 781-2847
                                        plinsey@npmlaw.com