## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE

The undersigned hereby enters an appearance in this proceeding on behalf of DBS Bank Ltd., and the undersigned respectfully requests that all notices be served as set forth below:

<u>Mail</u>:      William S. Fish, Jr.
               Hinckley, Allen & Snyder LLP
               20 Church Street, 18th Floor
               Hartford, CT  06103-1221
<u>Email</u>:     wfish@hinckleyallen.com

Dated at Hartford, Connecticut, this 11th day of December, 2023.

               DBS BANK LTD.

               BY:    /s/ *William S. Fish, Jr.*
                         William S. Fish, Jr.
                         Federal Bar No. CT05439
                         Hinckley, Allen & Snyder LLP
                         20 Church Street, 18th Floor
                         Hartford, CT 06103-1221
                         Phone:  (860) 725-6200
                         wfish@hinckleyallen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2023, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all registered electronic filers through the Court's CM/ECF system, and will be sent by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing.

BY:    /s/ *William S. Fish, Jr.*
       William S. Fish, Jr.

64331984