**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**DBS BANK LTD'S MOTION *ON CONSENT* FOR EXTENSION OF TIME TO RESPOND TO MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING DBS BANK LTD TO COMPLY WITH RULE 2004 SUBPOENA (DOCKET NO. 2396)**

DBS Bank Ltd. ("DBS"), by and through its undersigned counsel, pursuant to D. Conn. L. Civ. R. 7(b) and L. Bankr. R. 7007-1, hereby moves solely on its own behalf for an extension of time to respond to the *Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd. to Comply with Rule 2004 Subpoena* (In re Ho Wan Kwok, Case No. 22-50073, Docket No. 2396) (the "Motion to Compel") dated November 29, 2023. As good cause for the granting of the requested extension of time DBS states:

1. On November 13, 2023, the Chapter 11 Trustee (the "Trustee") served a *Subpoena for Rule 2004 Examination* (the "Subpoena") on DBS.

2. On November 29, 2023, the Trustee filed the Motion to Compel (Docket No. 2396).

3. On November 29, 2023, the Trustee filed a *Motion, Pursuant to Bankruptcy Rules 9006(c)(1), for Entry of an Order Expediting Hearing on Motion of Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2

*for Entry of Order Compelling DBS Bank Ltd to Comply with Rule 2004 Subpoena* (the "Motion to Expedite"; Docket No. 2399).

4. On November 30, 2023, the Court entered an Order (the "November 30 Order") granting the Motion to Expedite and stating that "[a] hearing on the Motion to Compel shall be held on December 18, 2023."

5. The November 30 Order stated that "the deadline to respond to the Motion to Compel shall be December 11, 2023 at 12 noon."

6. DBS has recently retained outside counsel to assist with this matter and counsel is seeking to consensually resolve the matter with counsel for the trustee.

7. DBS has contacted the Trustee and requested an extension of the deadline to respond to the Motion to Compel, as ordered in the November 30 Order, from December 11, 2023 to December 13, 2023.

8. DBS thus moves for an extension of time to file an objection to the Motion to Compel, for a new deadline of December 13, 2023 at 5:00 p.m. Eastern Time.

9. This is DBS's first request for extension of time of this deadline.

10. Undersigned counsel for DBS (pro hac to be filed) inquired of counsel for the Trustee regarding its position on the requested extension of time, and the Trustee's counsel consented to the granting of the requested extension.

11. DBS's recently retained outside counsel in this matter worked expeditiously to get up to speed and contact the Trustee's counsel and only on December 7, 2023, confirmed agreement on the requested extension. As such there are compelling circumstances under D. Conn. L. Civ. R. 7(b) and L. Bankr. R. 7007-1 that warrant this motion for an

3

extension within three business days before the original deadline under the November 30 Order.

WHEREFORE, DBS respectfully moves for entry of an order extending its time to object to the Motion to Compel to December 13, 2023 at 5:00 p.m. Eastern Time, granting the relief requested herein and granting such other relief as the Court deems appropriate under the circumstances.

Dated: December 11, 2023
Los Angeles, California

**DBS BANK, LTD.**

/s/ *Genevieve G. Weiner*
Genevieve G. Weiner (*pro hac vice* to be filed)
Sidley Austin LLP
555 West Fifth Street
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email:  gweiner@sidley.com

*Proposed Counsel to DBS Bank, Ltd.*

/s/ *William S. Fish, Jr.*
William S. Fish, Jr.
Hinckley, Allen & Snyder LLP
20 Church Street, 18th Floor
Hartford, CT  06103
Telephone:  (860) 331-2700
Email:  wfish@hinckleyallen.com

*Counsel to DBS Bank, Ltd.*

[*Remainder of page intentionally left blank.*]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

### PROPOSED ORDER EXTENDING TIME FOR DBS BANK LTD TO RESPOND TO MOTION TO COMPEL

WHEREAS, DBS Bank Ltd., by and through its undersigned counsel, moved for an extension of time to respond to the *Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd. to Comply with Rule 2004 Subpoena* (In re Ho Wan Kwok, Case No. 22-50073, Docket No. 2396) (the "Motion to Compel") dated November 29, 2023,

IT IS HEREBY ORDERED that an extension of time to respond to the Motion to Compel is granted up to and including _____.