# United States Bankruptcy Court
## District of Connecticut

In re:

Ho Wan Kwok

Debtor*

Case Number: 22-50073

Chapter: 11

## ORDER GRANTING MOTION TO EXTEND TIME

DBS Bank Ltd., (the "Movant"), filed a consented to Motion to Extend Time to respond to the Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd. to Comply with Rule 2004 Subpoena dated December 11, 2023 (the "Motion", ECF No. 2427). After notice and a hearing, *see* 11 U.S.C. § 102(1), it appearing that cause exists to grant the relief sought in the Motion; it is hereby

**ORDERED:** The Motion is GRANTED and the date by which DBS Bank Ltd. is to respond to the Motion is extended to December 13, 2023.

Dated: December 11, 2023

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.