## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**DBS BANK LTD'S MOTION *ON CONSENT* FOR A *FURTHER* EXTENSION OF TIME TO RESPOND TO MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING DBS BANK LTD TO COMPLY WITH RULE 2004 SUBPOENA (DOCKET NO. 2396)**

DBS Bank Ltd. ("DBS"), by and through its undersigned counsel, pursuant to D. Conn. L. Civ. R. 7(b) and L. Bankr. R. 7007-1, hereby moves solely on its own behalf for a ***further two day*** extension of time to respond to the *Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd. to Comply with Rule 2004 Subpoena* (In re Ho Wan Kwok, Case No. 22-50073, Docket No. 2396) (the "Motion to Compel") dated November 29, 2023. As good cause for the granting of the requested extension of time DBS states:

1. On November 13, 2023, the Chapter 11 Trustee (the "Trustee") served a *Subpoena for Rule 2004 Examination* (the "Subpoena") on DBS.

2. On November 29, 2023, the Trustee filed the Motion to Compel (Docket No. 2396).

3. On November 29, 2023, the Trustee filed a *Motion, Pursuant to Bankruptcy Rules 9006(c)(1), for Entry of an Order Expediting Hearing on Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd to Comply with Rule 2004 Subpoena* (the "Motion to Expedite"; Docket No. 2399).

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2

64340878 v1

4. On November 30, 2023, the Court entered an Order (the "November 30 Order") granting the Motion to Expedite and stating that "[a] hearing on the Motion to Compel shall be held on December 18, 2023."

5. The November 30 Order stated that "the deadline to respond to the Motion to Compel shall be December 11, 2023 at 12 noon."

6. DBS has recently retained outside counsel to assist with this matter and counsel is seeking to consensually resolve the matter with counsel for the trustee.

7. On December 11, 2023, DBS with the consent of the Trustee moved for an extension of the deadline to respond to the Motion to Compel to December 13, 2023.

8. By order dated December 11, 2023, this Court granted that motion (Docket No. 2428).

9. DBS through undersigned counsel (pro hac to be filed) contacted the Trustee and requested a further two day extension of the deadline to respond to the Motion to Compel from December 13, 2023 to December 15, 2023 to allow the parties to continue to discuss a consensual resolution. The Trustee's counsel consented to the granting of the requested extension.

10. DBS thus moves for an extension of time to file any objection to the Motion to Compel to December 15, 2023 at 5:00 p.m. Eastern Time.

11. This is DBS's second request for an extension of time of this deadline.

12. DBS's recently retained outside counsel in this matter has been working expeditiously to get up to speed to potentially resolve the issues with the Trustee. As such there are compelling circumstances under D. Conn. L. Civ. R. 7(b) and L. Bankr. R. 7007-1 that warrant this motion for an extension within three business days before the extended deadline of December 13, 2023.

64340878 v1

WHEREFORE, DBS respectfully moves for entry of an order extending its time to object to the Motion to Compel to December 15, 2023 at 5:00 p.m. Eastern Time, granting the relief requested herein and granting such other relief as the Court deems appropriate under the circumstances.

Dated:  December 13, 2023
Los Angeles, California

**DBS BANK, LTD.**

/s/  *Genevieve G. Weiner*
Genevieve G. Weiner (*pro hac vice* to be filed)
Sidley Austin LLP
555 West Fifth Street
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: gweiner@sidley.com

*Proposed Counsel to DBS Bank, Ltd.*

/s/  *William S. Fish, Jr.*
William S. Fish, Jr.
Hinckley, Allen & Snyder LLP
20 Church Street, 18th Floor
Hartford, CT  06103
Telephone: (860) 331-2700
Email: wfish@hinckleyallen.com

*Counsel to DBS Bank, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

**PROPOSED ORDER EXTENDING TIME FOR DBS BANK LTD TO RESPOND TO MOTION TO COMPEL**

WHEREAS, DBS Bank Ltd., by and through its undersigned counsel, moved for an extension of time to respond to the *Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd. to Comply with Rule 2004 Subpoena* (In re Ho Wan Kwok, Case No. 22-50073, Docket No. 2396) (the "Motion to Compel") dated November 29, 2023,

IT IS HEREBY ORDERED that an extension of time to respond to the Motion to Compel is granted up to and including _____.

64340878 v1