UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

# GENEVER HOLDINGS LLC'S SECOND MONTHLY STATUS REPORT REGARDING REMEDIATION OF SHERRY NETHERLAND APARTMENT

Genever Holdings LLC (the "Debtor" or "Genever US"), by and through its undersigned counsel, hereby files this second monthly status report (the "Status Report") in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Order"),[2] covering the period from November 1, 2023 through November 30, 2023:

## STATUS REPORT

1. <u>Update on Asbestos Removal</u>: As noted in the prior monthly status report [Docket No. 2303] (the "First Monthly Status Report"), on October 12, 2023, Genever US

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined in this Status Report have the meanings ascribed to them in the Remediation Order.

submitted to the New York City environmental protection department its request for issuance of permits in order to conduct the asbestos removal in the Affected Area of the Sherry Netherland Apartment. On December 14, 2023, the City issued the relevant permits. Obtaining the permits took longer than anticipated because the City initially declined to issue a permit because it had a partial stop order on file with respect to prior renovation work at the Sherry Netherland; however, that partial stop order related to work in a different apartment at the Sherry Netherland (i.e., unrelated to the proposed work at the 18th floor apartment). Once that distinction had been explained to the City, the City issued the requisite permits for the asbestos removal project at the 18th floor apartment.

2. Genever US anticipates that the asbestos removal work will commence on January 4, 2023 and will take approximately 1 to 2 weeks to complete. As noted in the First Monthly Status Report, the Sherry Netherland previously agreed to reimburse Genever US for 80% of Genever US's payments made to ABF Environmental, Inc. and Gallagher Basset Services, Inc. in connection with the asbestos removal project. On November 2, 2023, Genever US received such payment from the Sherry Netherland (in the in the aggregate amount of $44,999.45).

3. <u>Update on Selection of General Contractors</u>: On October 23, 2023, Genever US invited the following six general contractors to submit bids for the Remediation Project:

    a. Cliffco Construction
    b. Gustav Restoration
    c. Gem Contracting
    d. Liebhaber Company
    e. Quest Builders Group
    f. Sciame Construction

Prior to (and following) the November 17, 2023 deadline to submit bids for the Remediation Project, Genever US received bids from each of the aforementioned general contractors, except

Cliffco Construction.[3]  In accordance with the Remediation Order, Genever US has shared with the Consultation Parties all general contractor bids it has received to date and will consult with the Consultation Parties.  At this time, Genever US is continuing to evaluate the general contractor bids.  Genever US expects to be able to identify the winning bid, as well as provide the estimated cost of the Remediation Project (as indicated in the winning bid), in the next monthly status report.

4.  <u>Summary of Expenses Paid Through November 30, 2023</u>:  Through the end of November 2023, Genever US has made the following payments in connection with the Remediation Project:

| Date | Recipient | Description | Amount |
|---|---|---|---|
| August 30, 2023 | Gallagher Bassett Services, Inc. | Asbestos survey and reporting | $3,871.56 |
| October 4, 2023 | Gallagher Bassett Services, Inc. | Asbestos permits | $7,349.06 |
| October 13, 2023 | ABF Environmental, Inc. | Asbestos abatement work | $48,900.00 |
| October 30, 2023 | Acheson Doyle Partners Architects PC | Architectural services | $3,380.86 |
| November 2, 2023 | Genever US | Reimbursement from Sherry Netherland (80% of payments made by Genever US to (i) ABF Environmental on October 13, 2023, and (ii) Gallagher Bassett Services, Inc. on October 4, 2023) | ($44,999.25) |
| November 9, 2023 | Gustav Restoration LLC | 50% deposit for removing fireplace (to prepare for asbestos removal) | $1,226.12 |

5.  <u>Alteration Agreement</u>:  Given that the Sherry Netherland building is a landmark building that functions as a co-operative apartment house and a luxury hotel, the Sherry Netherland has put in place a number policies and procedures that all shareholders of the co-

---

[3] Cliffco Construction advised Genever US that it declined to submit a bid.

operative must follow when making alterations to their apartments, including entry into an alteration agreement between the shareholder and the Sherry Netherland. On November 8, 2023, Genever US filed a motion requesting authorization to enter into such an alteration agreement. The motion was granted by order dated December 1, 2023 [Docket No. 2417].

| | |
|---|---|
| Dated: December 15, 2023<br>New York, New York | By: */s/ G. Alexander Bongartz*<br>Luc A. Despins (admitted *pro hac vice*)<br>G. Alexander Bongartz (admitted *pro hac vice*)<br>Douglass Barron (admitted *pro hac vice*)<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6079<br>lucdespins@paulhastings.com<br>alexbongartz@paulhastings.com<br>douglassbarron@paulhastings.com<br><br>*and*<br><br>Douglas S. Skalka (ct00616)<br>Patrick R. Linsey (ct29437)<br>NEUBERT, PEPE & MONTEITH, P.C.<br>195 Church Street, 13th Floor<br>New Haven, Connecticut 06510<br>(203) 781-2847<br>dskalka@npmlaw.com<br>plinsey@npmlaw.com<br><br>*Counsel for Genever Holdings LLC* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                           :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                         :    Case No. 22-50073 (JAM)
:
    Debtors.                                     :    (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 15, 2023, the foregoing Status Report was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:    December 15, 2023
          New York, New York

                                            By: */s/ G. Alexander Bongartz*
                                            G. Alexander Bongartz (admitted pro hac vice)
                                            PAUL HASTINGS LLP
                                            200 Park Avenue
                                            New York, New York 10166
                                            (212) 318-6079
                                            alexbongartz@paulhastings.com

                                            *Counsel for the Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).