**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

**TRANSMITTAL FORM TO DISTRICT COURT REGARDING**
**APPEALS AND RELATED DOCUMENTS**

Debtor(s) Name:  Ho Wan Kwok, et al.

Case No.            22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:            3:23-cv-1514-KAD

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☐ Notice of Appeal (only)   ECF No.:

3. ☑ Related documents as indicated below:

   ☑ Designation of items designated by the Appellant

   ☑ Designation of items designated by the Appellee

   ☐ Cross Appeal

   ☐ Amended Appeal

   ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)

   ☑ Transcripts  - ECF No. 62 in 23-05013, ECF Nos. 1907, 2023, 2030, 2119 in 22-50073 are on the electronic docket.

   ☑ Other  - Transcript ECF No. 2301 (ECF No. 168 in AP 23-05013) is under a 90-day restriction and will be sent via email. Also, the Complaint (ECF No. 2 in AP 23-05013) is under seal and will not be transmitted at this time pending notification of an order from the U.S. District Court accepting the documents under seal pursuant to Fed.R.Bankr.P. 8009(f).

4.      Other applicable information:

Filing Fee:  [X] Paid   ☐ Not Paid

Appellant's Name:

Appellant's Attorney:

Appellee's Name:

Appellee's Attorney:

<u>Interested Party:</u>

By: <u>Donna DeNicola</u>　　　　　　　　　　　　　　　　　Date:   December 15, 2023
　　　Deputy Clerk, U.S. Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name:  Ho Wan Kwok, et al.

Bankruptcy Case No.:    22-50073

Adversary Case No.:

Previous Civil No.:    3:23-cv-01514-KAD

Previous Miscellaneous No.:

Transmittal dated:    December 15, 2023

**To the Bankruptcy Court:**

**The following number has been assigned:**

☐ Civil No. Assigned    _____

☐ Miscellaneous No. Assigned    _____

☐ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By: _____    Date: _____
    Deputy Clerk, U.S. District Court