# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

### APPELLEE'S COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL

Appellee, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), by and through his undersigned counsel, hereby provides, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the following counter-designation of additional items to be included in the record on appeal.

### COUNTER-DESIGNATION OF RECORD ON APPEAL

Appellee respectfully counter-designates the following items for inclusion in the record on appeal pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure. This designation includes all exhibits attached or referred to in the pleadings or matters of record.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Adversary Proceeding Docket Entries (No. 23-05013 (JAM))**

| Docket No. | Date Filed | Description |
|---|---|---|
| 27 | 06/23/2023 | ORDER GRANTING IN PART MOTION TO CONTINUE PRELIMINARY INJUNCTION HEARING AND EXTEND TEMPORARY RESTRAINING ORDER WITH RESPECT TO CERTAIN CONSENTING DEFENDANTS AND SCHEDULE STATUS CONFERENCE |
| 28 | 06/23/2023 | Certificate of Service *Regarding 9019 Motion and Motion to Expedite and Limited Service* Filed by Douglass E. Barron on behalf of Luc A. Despins Plaintiff |
| 31 | 06/23/2023 | Notice of *Chapter 11 Trustee Regarding Temporary Restraining Order and June 26 Status Conference* |

### Main Bankruptcy Case Docket Entries (No. 22-50073 (JAM))

| Docket No. | Date Filed | Description |
|---|---|---|
| 1805 | 5/18/2023 | Motion to Compel Compliance with Rule 2004 Subpoenas (Second Omnibus) Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee. |
| 1844 | 6/1/2023 | Notice of Appearance Filed by Jeffrey M. Sklarz on behalf of G Club Operations, LLC Interested Party. |
| 1845 | 6/1/2023 | Motion to Extend Time to Time to Respond to Trustee's Motion to Compel Compliance with Rule 2004 Exam Subpoena to August 7, 2023 Filed by Jeffrey M. Sklarz on behalf of G Club Operations, LLC, Interested Party. |
| 1846 | 6/1/2023 | Objection *(Preliminary Objection) to Trustee's Motion to Compel Compliance with Rule 2004 Subpoena* Filed by Jeffrey M. Sklarz on behalf of G Club Operations, LLC Interested Party. |
| 1875 | 6/5/2023 | Reply to (related document(s): 1805 Motion to Compel Compliance with Rule 2004 Subpoenas (Second Omnibus) Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee filed by Chapter 11 Trustee Luc A. Despins) |
| 1884 | 6/6/2023 | Notice of Appearance Filed by Carolina A Fornos on behalf of G Club Operations, LLC Interested Party. |
| 1892 | 6/7/2023 | Order Granting In Part Motion for Entry of Order Holding Non-Responding Parties in Civil Contempt of Court. |
| 1898 | 6/9/2023 | Order Granting In Part Motion for Extension of Time. |
| 1907 | 6/14/2023 | Transcript . Hearing held on 6/6/23 |
| 1924 | 6/22/2023 | Objection *to Trustee's Motion to Compel and Request for Related Relief* |
| 1934 | 6/23/2023 | Reply to (related document(s): 1805 Motion to Compel Compliance with Rule 2004 Subpoenas (Second Omnibus) Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee filed by Chapter 11 Trustee Luc A. Despins)*Reply to G Club Operations LLC's Supplemental Objection [ECF No. 1824]* Filed by Patrick R. Linsey on behalf of Luc A. Despins Chapter 11 Trustee |
| 1960 | 6/28/2023 | Order Granting Motion to Compel G-Club to Comply with Rule 2004 Subpoena |

| Docket No. | Date Filed | Description |
|---|---|---|
| 2119 | 8/24/2023 | Transcript *Amended to correct adversary case number*. |

### CERTIFICATION REGARDING TRANSCRIPTS

Appellee, pursuant to Rule 8009(b)(3) of the Federal Rules of Bankruptcy Procedure, hereby certifies that he is not ordering any transcripts. All transcripts have been prepared and are either available on the docket or in the Bankruptcy Court Clerk's Office.

### RESERVATION OF RIGHTS

Appellee expressly reserves the right to (i) withdraw, supplement, amend or modify this Counter-Designation of Record on Appeal and (ii) move to strike any items included by the Appellant in its *Statement of Issues and Designation of Items to be Included in the Record on Appeal*. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Respectfully submitted,

Dated:   December 13, 2023        LUC A. DESPINS,
         New Haven, Connecticut   CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
   Patrick R. Linsey (ct29437)
   NEUBERT, PEPE & MONTEITH, P.C.
   195 Church Street, 13th Floor
   New Haven, Connecticut 06510
   (203) 781-2847
   plinsey@npmlaw.com

   *and*

Nicholas A. Bassett (admitted *pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

 *and*

Avram E. Luft (admitted *pro hac vice*)
Douglass Barron (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK, et al.,[1]                                  :    Case No. 22-50073 (JAM)
                                                         :
            Debtors.                                     :    (Jointly Administered)
                                                         :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 13th day of December 2023 a copy of the foregoing Appellee's Counter-Designation of Items to be Included in Record on Appeal was filed electronically and notice thereof emailed via the Court's case management/electronic case files ("CM/ECF") system to all appearing parties able to accept electronic notice. Parties may access this filing through the Court's CM/ECF system.

By: /s/ Patrick R. Linsey
Patrick R. Linsey

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).