**NEFSVC**

# U.S. Bankruptcy Court
## District of Connecticut (Bridgeport)
## Adversary Proceeding #: 23−05013

*Assigned to:* Julie A. Manning  *Date Filed:* 06/08/23
*Lead BK Case:* 22−50073
*Lead BK Title:* Ho Wan Kwok and Genever Holdings LLC
*Lead BK Chapter:* 11
*Demand:*
  *Nature[s] of Suit:*  91 Declaratory judgment
                       11 Recovery of money/property − 542 turnover of property
                       71 Injunctive relief − reinstatement of stay
                       02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

*Miscellaneous Proceeding Party*
−−−−−−−−−−−−−−−−−−−−−−−−
**Law Office of Bonnie C. Mangan,**  represented by  **Bonnie C. Mangan**
*Sponsoring Attorney for Defendant*   The Law Office of Bonnie C. Mangan, P.C.
Westview Office Park   1050 Sullivan Avenue, Suite A3
1050 Sullivan Avenue, #A3   Westview Office Park
South Windsor, CT 06074   South Windsor, CT 06074
860−644−4204   (860) 644−4204
  Fax : 860−644−4934
  Email: bonnie.mangan@manganlaw.com

*Plaintiff*
−−−−−−−−−−−−−−−−−−−−−−−−
**Luc A. Despins,** *Chapter 11 Trustee*   represented by  **Douglass E. Barron**
Paul Hastings LLP   Paul Hastings LLP
200 Park Avenue   200 Park Avenue
New York, NY 10166   New York, NY 10166
212−318−6001   212−318−6690
  Fax : 212−230−7690
  Email: douglassbarron@paulhastings.com
  *LEAD ATTORNEY*

  **Nicholas A. Bassett**
  Paul Hastings LLP
  2050 M Street NW
  Washington, DC 20036
  202−551−1902
  Email: nicholasbassett@paulhastings.com

  **Nicholas A. Bassett**
  Paul Hastings, LLP
  2050 M Street NW
  Washington, DC 20036
  202−551−1700
  Fax : 202−551−1705
  Email: nicholasbassett@paulhastings.com

**G. Alexander Bongartz**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212–318–6472
Fax : 212–303–7072
Email: alexbongartz@paulhastings.com

**Luc A. Despins**
200 Park Avenue
New York, NY 10166
212–318–6001
Email: lucdespins@paulhastings.com

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510
203–821–2000
Fax : 203–821–2009
Email: plinsey@npmlaw.com
*LEAD ATTORNEY*

**Avram E. Luft**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212–318–6079
Email: aviluft@paulhastings.com

**Avram Emmanuel Luft**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212–318–6079
Fax : 212–303–7079
Email: aviluft@paulhastings.com

V.

*Defendant*
————————————————
**HCHK Technologies, Inc.**　　　represented by **John T. Shaban**
3 Columbus Circle　　　　　　　　　　　　　　　LEVINE & LEVINE, PLLC
20th Floor　　　　　　　　　　　　　　　　　　2 Jefferson Plaza I
New York, NY 10019　　　　　　　　　　　　　　New York
　　　　　　　　　　　　　　　　　　　　　　Suite 100
　　　　　　　　　　　　　　　　　　　　　　Poughkeepsie, NY 12601
　　　　　　　　　　　　　　　　　　　　　　203–856–3885
　　　　　　　　　　　　　　　　　　　　　　Fax : 203–869–1951
　　　　　　　　　　　　　　　　　　　　　　Email: john@levinelevinelaw.com

*Defendant*
————————————————
**HCHK Property Management, Inc.**　represented by **Bonnie C. Mangan**
500 West Putnam Avenue　　　　　　　　　　　　(See above for address)
Suite 400, #171
Greenwich, CT 06830　　　　　　　　　　　　　**John T. Shaban**

(See above for address)

*Defendant*
——————————————————————
**Lexington Property and Staffing, Inc.**    represented by **John T. Shaban**
750 Lexington Avenue                                          (See above for address)
8th Floot
New York, NY 10022


*Defendant*
——————————————————————
**Holy City Hong Kong Ventures, LTD.**    represented by **John T. Shaban**
                                                              (See above for address)


*Defendant*
——————————————————————
**Anthony DiBattista**    represented by **Anthony DiBattista**
                                              PRO SE


*Defendant*
——————————————————————
**Yvette Wang**    represented by **Yvette Wang**
                                      PRO SE


*Defendant*
——————————————————————
**Brian Hofmeister,** *in his capacity as*    represented by **Bonnie C. Mangan**
*assignee*                                                    (See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 06/08/2023 | 1 | Complaint *REDACTED* (91 (Declaratory judgment)) (11 (Recovery of money/property – 542 turnover of property)) (71 (Injunctive relief – reinstatement of stay)) (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) filed by Patrick R. Linsey on behalf of Chapter 11 Trustee Luc A. Despins against HCHK Technologies, Inc. , HCHK Property Management, Inc. , Lexington Property and Staffing, Inc. , Holy City Hong Kong Ventures, LTD. , Anthony DiBattista , Yvette Wang , Brian Hofmeister . Receipt #30081669 Fee Amount $350. PAID. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21 # 22 Exhibit 22 # 23 Exhibit 23 # 24 Exhibit 24) (pc) Additional attachment(s) added on 6/8/2023 – Form B1040 (Clerks Office pc). (Entered: 06/08/2023) |
| 06/08/2023 | 2 | Complaint *Unredacted* Filed *Under Seal* by Patrick R. Linsey on behalf of Chapter 11 Trustee Luc A. Despins, Plaintiff . (Attachments: # 1 Form |

| | | | |
|---|---|---|---|
| | | | B1040–Adversary Cover Sheet) (pc). Related document(s) 1 Complaint filed by Plaintiff Luc A. Despins.(Clerks Office pc). (Entered: 06/08/2023) |
| 06/08/2023 | | 4 | Emergency *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction Filed by Patrick R. Linsey on behalf of Chapter 11 Trustee Luc A. Despins, Plaintiff . (pc) (Entered: 06/08/2023) |
| 06/08/2023 | | 5 | Affidavit of Chapter 11 Trustee Luc A. Despins, Plaintiff (RE: 4 Motion For Temporary Restraining Order and Preliminary Injunction filed by Chapter 11 Trustee Luc A. Despins, Plaintiff) (pc) (Entered: 06/08/2023) |
| 06/08/2023 | | 6 | Certification of Douglass E. Barron (RE: 4 Motion For Temporary Restraining Order and Preliminary Injunction filed by Chapter 11 Trustee Luc A. Despins, Plaintiff) (pc) (Entered: 06/08/2023) |
| 06/09/2023 | | 14 | Supplemental Emergency *Ex Parte* Motion of Chapter 11 Trustee for Temporary Restraining Order and Preliminary Injunction Filed by Patrick R. Linsey on behalf of Chapter 11 Trustee Luc A. Despins, Plaintiff (RE: 4 Motion For Temporary Restraining Order filed by Plaintiff Luc A. Despins, Motion for Preliminary Injunction) (Attachments: # 1 Proposed Order) (pc) (Entered: 06/10/2023) |
| 06/09/2023 | | 15 | Affidavit of Chapter 11 Trustee Luc A. Despins, Plaintiff. Filed by Luc A. Despins (RE: 14 Supplemental Emergency *Ex Parte* Motion of Chapter 11 Trustee for Temporary Restraining Order and Preliminary Injunction Filed by Patrick R. Linsey on behalf of Chapter 11 Trustee Luc A. Despins, Plaintiff) (pc) (Entered: 06/10/2023) |
| 06/09/2023 | | 16 | Certification of Douglass E. Barron. Filed by Douglass E. Barron. (RE: 14 Supplemental Emergency *Ex Parte* Motion of Chapter 11 Trustee for Temporary Restraining Order and Preliminary Injunction Filed by Patrick R. Linsey on behalf of Chapter 11 Trustee Luc A. Despins, Plaintiff) (pc) (Entered: 06/10/2023) |
| 06/12/2023 | | 18 | Order Granting in part Emergency *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction . (pc) (Entered: 06/12/2023) |
| 06/23/2023 | | 25 | Motion to Compromise Controversy with Brian W. Hofmeister as Assignee for the Benefit of Creditors of HCHK Entities Under New York Court Assignment Proceedings, 3131 Princeton Pike Building 5, Suite 110 Lawrenceville, NJ 08648 Filed by Patrick R. Linsey on behalf of Luc A. Despins, Plaintiff . Response(s) due by 07/14/2023. (Linsey, Patrick) (Entered: 06/23/2023) |
| 07/05/2023 | | 37 | Objection Filed by Gregory F. Arcaro on behalf of G–News Operations, LLC Real Party In Intere (RE: 25 Motion to Compromise filed by Plaintiff Luc A. Despins) (Arcaro, Gregory) (Entered: 07/05/2023) |
| 07/06/2023 | | 40 | Objection of Shin Hsin Yu, 1332156 B.C. LTD, GWGOPNZ Limited and Japan Himalaya League, Inc. to Chapter 11 Trustee's Motion, Pursuant to Bankruptcy Rule 9019, regarding Settlement with Assignee of HCHK entities under New York Court Assignment Proceedings Filed by Joseph M. Pastore III on behalf of 1332156 B.C. LTD, GWGOPNZ Limited, Japan Himalaya League, Inc., Shin Hsin Yu (RE: 25 Motion to Compromise filed by Plaintiff Luc A. Despins) (Attachments: # 1 Exhibits) (sr). (Entered: 07/06/2023) |

| | | | |
|---|---|---|---|
| 07/06/2023 | | 41 | Objection (Letter) Filed by Joshua I. Sherman, Interested Party (RE: 25 Motion to Compromise Controversy with Brian W. Hofmeister as Assignee for the Benefit of Creditors of HCHK Entities Under New York Court Assignment Proceedings, 3131 Princeton Pike Building 5, Suite 110 Lawrenceville, NJ 08648 filed by Plaintiff Luc A. Despins) (Attachments: # 1 Mail Envelope) (sr) (Entered: 07/06/2023) |
| 07/07/2023 | | 45 | Reply to (related document(s): 25 Motion to Compromise Controversy with Brian W. Hofmeister as Assignee for the Benefit of Creditors of HCHK Entities Under New York Court Assignment Proceedings, 3131 Princeton Pike Building 5, Suite 110 Lawrenceville, NJ 08648 Filed by Pat filed by Plaintiff Luc A. Despins)*(Reply in Support of Motion to Approve Compromise and to Responses to Motion)* Filed by Patrick R. Linsey on behalf of Luc A. Despins Plaintiff (RE: 25 Motion to Compromise filed by Plaintiff Luc A. Despins) (Linsey, Patrick) (Entered: 07/07/2023) |
| 07/07/2023 | | 46 | Response Brief *Brian W. Hofmeister, Assignee* Filed by Bonnie C. Mangan on behalf of HCHK Property Management, Inc. Defendant (RE: 25 Motion to Compromise filed by Plaintiff Luc A. Despins, 27 Order) (Mangan, Bonnie) (Entered: 07/07/2023) |
| 07/13/2023 | | 55 | Proposed Order Requested by Judge. Hearing was held on July 11, 2023. Filed by Douglass E. Barron on behalf of Luc A. Despins Plaintiff (RE: 25 Motion to Compromise filed by Plaintiff Luc A. Despins, 54 Hearing Held) (Barron, Douglass) (Entered: 07/13/2023) |
| 07/14/2023 | | 58 | Objection *to Revised Proposed Order filed at Main Case, ECF 2004* Filed by Joseph M. Pastore III on behalf of 1332156 B.C. LTD, GWGOPNZ Limited, Japan Himalaya League, Inc., Shin Hsin Yu . (Pastore, Joseph) (Entered: 07/14/2023) |
| 07/17/2023 | | 60 | Motion to Intervene Filed by Joseph M. Pastore III on behalf of 1332156 B.C. LTD, GWGOPNZ Limited, Japan Himalaya League, Inc., Shin Hsin Yu, . Response(s) due by 08/7/2023. (Attachments: # 1 Exhibit Proposed Order # 2 Exhibit 1332156 B.C. LTD's Loan Agreement # 3 Exhibit GWGOPNZ Limited's Loan Agreement # 4 Exhibit Japan Himalaya League, Inc.'s Loan Agreement # 5 Exhibit Mr. Yu's Bank Record) (Pastore, Joseph) (Entered: 07/17/2023) |
| 07/21/2023 | | 62 | Transcript . Hearing held on 7/11/23 Requested by Patrick M. Birney Pursuant to the new policy adopted by the judicial conference, viewing of a transcript is restricted for 90 days from the file date. Transcripts will be available for viewing only at the clerk's office during the 90 day period or may be purchased from the court transcriber. For more information contact the Clerk's Office. The following deadlines apply: Redaction Request due By 08/11/2023. Redacted Transcript Submission due By 08/21/2023. Transcript access will be restricted through 10/19/2023.(Fiore Reporting Service, LLC) (Entered: 07/21/2023) |
| 07/28/2023 | | 70 | Order Approving, Pursuant to Bankruptcy Rule 9019, Chapter 11 Trustee's Settlement with Assignee of HCHK Entities Under New York Court Assignment Proceedings (RE: 25). (rms) (Entered: 07/28/2023) |
| 08/11/2023 | | 86 | Memorandum of Law in Support*of Chapter 11 Trustee's Argument that G−Club Operations LLC has Waived any Privilege and has no Right to Object to Responsiveness as to G−Club Documents Turned Over from the Assignee of HCHK Technologies, Inc. to the Trustee Pursuant to Bankruptcy Rule 9019 Settlement Agreement* Filed by Avram Emmanuel |

| | | | |
|---|---|---|---|
| | | | Luft on behalf of Luc A. Despins Plaintiff (RE: 70 Order on Motion to Compromise) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Luft, Avram) (Entered: 08/11/2023) |
| 08/11/2023 | | 87 | Motion to Seal (RE: related document(s)86 Memorandum of Law). / *Chapter 11 Trustee's Motion to File Complete, Unredacted Version of (A) Memorandum of Law in Support of Chapter 11 Trustee's Argument that G−Club Operations LLC has Waived any Privilege and has no Right to Object to Responsiveness as to G−Club Documents Turned Over from the Assignee of HCHK Technologies, Inc. to the Trustee Pursuant to Bankruptcy Rule* Filed by Avram Emmanuel Luft on behalf of Luc A. Despins, Plaintiff (RE: 86 Memorandum of Law filed by Plaintiff Luc A. Despins) Response(s) due by 09/1/2023. (Luft, Avram) (Entered: 08/11/2023) |
| 08/18/2023 | | 96 | Order Granting Chapter 11 Trustee's Motion to File Complete, Unredacted Version of (A) Memorandum of Law in Support of Chapter 11 Trustee's Argument that G−Club Operations LLC has waived any Privilege and has no right to Object to Responsiveness as to G−Club Documents turned over from the Assignee of HCHK Technologies, Inc. to the Trustee Pursuant to Bankruptcy Rule 9019 Settlement Agreement and (B) Certain Exhibits Thereto, Under Seal (Related Doc # 87). (sr) (Entered: 08/18/2023) |
| 09/26/2023 | | 130 | Notice of *Proposed Supplemental Order Regarding G−Club Documents Pursuant to Order Approving Chapter 11 Trustee's Settlement with Assignee of HCHK Entities Under New York Court Assignment Proceedings* Filed by Nicholas A. Bassett on behalf of Luc A. Despins Plaintiff (RE: 86 Memorandum of Law filed by Plaintiff Luc A. Despins) (Bassett, Nicholas) (Entered: 09/26/2023) |
| 09/28/2023 | | 136 | ***ORDER SUSTAINING IN PART OBJECTION TO PROPOSED SUPPLEMENTAL ORDER:*** On July 11, 2023 and July 18, 2023, hearings were held on, respectively, the Motion Regarding Settlement with Assignee of HCHK Entities under New York Court Assignment Proceedings (the 9019 Motion) (Main Case ECF No. 1936; Adv. ECF No. 25) and a revised proposed order (the Revised Proposed Order) regarding the 9019 Motion (Main Case ECF No. 2004; Adv. ECF No. 55), both filed by Mr. Luc A. Despins, in his capacity as Chapter 11 trustee (the Trustee) for the estate of Mr. Ho Wan Kwok. G−Club Operations LLC (G−Club) filed objections to the 9019 Motion and the Revised Proposed Order in the lead bankruptcy case but not in the adversary proceeding. (Main Case ECF Nos. 1977, 2007.) On July 28, 2023, the Court entered an order (the 9019 Order) granting the 9019 Motion and approving the settlement between the Trustee and the Assignee. (Main Case ECF No. 2038; Adv. ECF No. 70.) The 9019 Order responded to G−Clubs only remaining objection to the 9019 Motion (See Main Case ECF No. 2030, at 128:5148:8) by setting a briefing schedule whereby the Trustee and G−Club would contest whether G−Club had waived any and all rights regarding its documents in the possession of the assignee for the benefit of creditors (the Assignee). (Main Case ECF No. 2038 6; Adv. ECF No. 70 6.) The Trustee timely filed a memorandum (the Memo) on August 11, 2023, but only in the adversary proceeding. (Adv. ECF No. 87.) G−Club filed no timely response. On September 26, 2023, the Trustee filed a proposed supplemental order (the Proposed Supplemental Order) seeking an order compelling G−Club to produce to the Trustee all documents produced to G−Club by the Assignee and for the Assignee to produce any G−Club documents remaining in his possession to the Trustee. (Adv. ECF No. 130.) Also on September 26, 2023, G−Club objected (the Objection) to |

| | | | |
|---|---|---|---|
| | | | the Proposed Supplemental Order, asserting that it did not receive notice and service of the Memo because it was only filed in the adversary proceeding. (Main Case ECF No. 2233.) G–Club asked for seven (7) days until October 4, 2023 to respond to the Memo. (Id.) G–Club never filed anything asserting that the Trustee had waived his arguments by failing to file the required briefing. When the Court inquired about this issue during a hearing held on September 19, 2023, counsel for the Trustee represented it was his belief that the Trustees counsel was trying to reach out to G–Club to determine the status of the issue. Accordingly, it is hereby<br>***ORDERED:*** The Objection is SUSTAINED IN PART. G–Club shall file any response to the Memo on or before September 29, 2023 at 5:00 p.m. Signed by Judge Julie A. Manning on September 28, 2023. (lw) (Entered: 09/28/2023) |
| 10/20/2023 | | 157 | ***ORDER SCHEDULING HEARING REGARDING G CLUB DOCUMENTS:*** On July 11, 2023 and July 18, 2023, hearings were held on, respectively, the Motion Regarding Settlement with Assignee of HCHK Entities under New York Court Assignment Proceedings (the &ldquo;9019 Motion&rdquo;) (Main Case ECF No. 1936; Adv. ECF No. 25) and a revised proposed order (the &ldquo;Revised Proposed Order&rdquo;) regarding the 9019 Motion (Main Case ECF No. 2004; Adv. ECF No. 55), both filed by Mr. Luc A. Despins, in his capacity as Chapter 11 trustee (the &ldquo;Trustee&rdquo;) for the estate of Mr. Ho Wan Kwok. G–Club Operations LLC (&ldquo;G–Club&rdquo;) filed objections to the 9019 Motion and the Revised Proposed Order. (Main Case ECF Nos. 1977, 2007.) On July 28, 2023, the Court entered an order (the &ldquo;9019 Order&rdquo;) granting the 9019 Motion and approving the settlement between the Trustee and the Assignee. (Main Case ECF No. 2038; Adv. ECF No. 70.) The 9019 Order responded to G–Club&rsquo;s only remaining objection to the 9019 Motion (see Main Case ECF No. 2030, at 128:5&ndash;48:8) by setting a briefing schedule whereby the Trustee and G–Club would contest whether G–Club had waived any and all rights regarding its documents in the possession of the assignee for the benefit of creditors (the &ldquo;Assignee&rdquo;). (Main Case ECF No. 2038 ¶ 6; Adv. ECF No. 70 ¶ 6.) The Trustee timely filed a memorandum on August 11, 2023. (Adv. ECF No. 87.) After certain developments (see Main Case ECF No. 2237), G–Club filed a response to the Trustee&rsquo;s memorandum (Main Case ECF No. 2244). Accordingly, it is hereby<br>***ORDERED:*** A hearing on the Trustee&rsquo;s argument that G Club has waived any and all rights regarding its documents (formerly, as the case may be) in the possession of the Assignee shall be held on October 24, 2023 at 1:00 p.m. in the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport CT. Signed by Judge Julie A. Manning on October 20, 2023. (lw) (Entered: 10/20/2023) |
| 11/02/2023 | | 168 | Transcript . Hearing held on 10/24/23 Requested by Patrick M. Birney Pursuant to the new policy adopted by the judicial conference, viewing of a transcript is restricted for 90 days from the file date. Transcripts will be available for viewing only at the clerk's office during the 90 day period or may be purchased from the court transcriber. For more information contact the Clerk's Office. The following deadlines apply: Redaction Request due By 11/27/2023. Redacted Transcript Submission due By 12/4/2023. Transcript access will be restricted through 01/31/2024.(Fiore Reporting Service, LLC) (Entered: 11/02/2023) |
| 11/13/2023 | | 179 | Order Granting Motion for Order Requiring Production of G–Club Documents  (Re:)86 ) (rms) (Entered: 11/13/2023) |

| | | | |
|---|---|---|---|
| 11/15/2023 | | 189 | Notice of *Appeal* Filed by Jeffrey M. Sklarz on behalf of G Club Operations, LLC Interested Party (RE: 179 Order) (Sklarz, Jeffrey) (Entered: 11/15/2023) |
| 11/16/2023 | | 192 | Transmittal of Notice of Appeal to U.S. District Court. Interested Party G Club Operations, LLC, docketed the Notice of Appeal (ECF No. 189), but failed to use the correct CM/ECF event. The Clerk's Office has adjusted the event code of ECF No. 189 in order to transmit the Notice of Appeal to the U.S. District Court (RE: 189 Notice of Appeal) (Attachments: # 1 Notice of Appeal # 2 ECF No. 179 Order). (dd) (Entered: 11/16/2023) |
| 11/16/2023 | | 193 | Order Denying Motion to Stay Pending Appeal and Ex Parte Motion to Expedite Hearing on Motion to Stay Pending Appeal. (zaz) (Entered: 11/16/2023) |