**NEFSVC**

# U.S. Bankruptcy Court
## District of Connecticut (Bridgeport)
## Adversary Proceeding #: 23−05013

*Assigned to:* Julie A. Manning  
*Lead BK Case:* 22−50073  
*Lead BK Title:* Ho Wan Kwok and Genever Holdings LLC  
*Lead BK Chapter:* 11  
*Demand:*  
   *Nature[s] of Suit:* 91 Declaratory judgment  
                            11 Recovery of money/property − 542 turnover of property  
                            71 Injunctive relief − reinstatement of stay  
                            02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

*Date Filed:* 06/08/23

*Miscellaneous Proceeding Party*
-----------------------

**Law Office of Bonnie C. Mangan,**  
*Sponsoring Attorney for Defendant*  
Westview Office Park  
1050 Sullivan Avenue, #A3  
South Windsor, CT 06074  
860−644−4204

represented by **Bonnie C. Mangan**  
The Law Office of Bonnie C. Mangan, P.C.  
1050 Sullivan Avenue, Suite A3  
Westview Office Park  
South Windsor, CT 06074  
(860) 644−4204  
Fax : 860−644−4934  
Email: bonnie.mangan@manganlaw.com

*Plaintiff*
-----------------------

**Luc A. Despins,** *Chapter 11 Trustee*  
Paul Hastings LLP  
200 Park Avenue  
New York, NY 10166  
212−318−6001

represented by **Douglass E. Barron**  
Paul Hastings LLP  
200 Park Avenue  
New York, NY 10166  
212−318−6690  
Fax : 212−230−7690  
Email: douglassbarron@paulhastings.com  
*LEAD ATTORNEY*

**Nicholas A. Bassett**  
Paul Hastings LLP  
2050 M Street NW  
Washington, DC 20036  
202−551−1902  
Email: nicholasbassett@paulhastings.com

**Nicholas A. Bassett**  
Paul Hastings, LLP  
2050 M Street NW  
Washington, DC 20036  
202−551−1700  
Fax : 202−551−1705  
Email: nicholasbassett@paulhastings.com

**G. Alexander Bongartz**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212–318–6472
Fax : 212–303–7072
Email: alexbongartz@paulhastings.com

**Luc A. Despins**
200 Park Avenue
New York, NY 10166
212–318–6001
Email: lucdespins@paulhastings.com

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510
203–821–2000
Fax : 203–821–2009
Email: plinsey@npmlaw.com
*LEAD ATTORNEY*

**Avram E. Luft**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212–318–6079
Email: aviluft@paulhastings.com

**Avram Emmanuel Luft**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212–318–6079
Fax : 212–303–7079
Email: aviluft@paulhastings.com

V.

*Defendant*
––––––––––––––––––––––––
**HCHK Technologies, Inc.**               represented by **John T. Shaban**
3 Columbus Circle                         LEVINE & LEVINE, PLLC
20th Floor                                2 Jefferson Plaza I
New York, NY 10019                        New York
                                          Suite 100
                                          Poughkeepsie, NY 12601
                                          203–856–3885
                                          Fax : 203–869–1951
                                          Email: john@levinelevinelaw.com


*Defendant*
––––––––––––––––––––––––
**HCHK Property Management, Inc.**        represented by **Bonnie C. Mangan**
500 West Putnam Avenue                    (See above for address)
Suite 400, #171
Greenwich, CT 06830                       **John T. Shaban**

(See above for address)

*Defendant*
-----------------------

**Lexington Property and Staffing, Inc.**　　represented by **John T. Shaban**
750 Lexington Avenue　　　　　　　　　　　　　　　(See above for address)
8th Floot
New York, NY 10022


*Defendant*
-----------------------

**Holy City Hong Kong Ventures, LTD.**　　represented by **John T. Shaban**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)


*Defendant*
-----------------------

**Anthony DiBattista**　　　　　　　　　　represented by **Anthony DiBattista**
　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE


*Defendant*
-----------------------

**Yvette Wang**　　　　　　　　　　　　　represented by **Yvette Wang**
　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE


*Defendant*
-----------------------

**Brian Hofmeister,** *in his capacity as*　　represented by **Bonnie C. Mangan**
*assignee*　　　　　　　　　　　　　　　　　　　　(See above for address)

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 06/23/2023 | 27 | **ORDER GRANTING IN PART MOTION TO CONTINUE PRELIMINARY INJUNCTION HEARING AND EXTEND TEMPORARY RESTRAINING ORDER WITH RESPECT TO CERTAIN CONSENTING DEFENDANTS AND SCHEDULE STATUS CONFERENCE:** On June 21, 2023, Mr. Luc A. Despins, in his capacity as Chapter 11 trustee for the estate of Mr. Ho Wan Kwok, (the "Trustee") filed the Emergency Motion to Adjourn HCHK Preliminary Injunction Hearing (the "Motion to Continue"). (ECF No. 21.) The Trustee represents that the defendants HCHK Technologies, Inc., HCHK Property Management, Inc., Lexington Property and Staffing, Inc., Mr. Anthony DiBattista, and Mr. Brian Hofmeister, in his capacity as assignee for the benefit of creditors, (the "Consenting Defendants") consent to the entry of an order continuing the hearing on the Preliminary Injunction (the "PI") and extending the ex parte Temporary Restraining Order (the "TRO"), ECF No. 18, until the conclusion of the PI hearing. However, the Trustee represents that Ms. Yvette Wang and Holy City Hong Kong Ventures, Limited (the "Non–Responding Defendants" and together with the Consenting Defendants, the "Named Defendants") have not responded to the Trustee's efforts to communicate about the PI and the TRO and therefore have not consented to the continuation of the PI hearing or the |

| | | | |
|---|---|---|---|
| | | | extension of the TRO. On June 22, 2023, the Trustee filed certificates of service demonstrating when and the manner in which service of the summons, complaint, TRO, and the Motion to Continue was made on the Named Defendants. (ECF Nos. 23, 24.) Accordingly, it is hereby<br><br>**ORDERED:** The PI hearing, ECF No. 18, insofar as it is a request for a PI against the Consenting Defendants, currently scheduled for June 26, 2023 at 10:00 a.m. is continued to a date and time to be determined and shall be held in the United States Bankruptcy Court, 915 Lafayette Boulevard in Bridgeport, Connecticut; and it is further<br><br>**ORDERED:** Because the Consenting Defendants have consented to the extension of the TRO, ECF No. 18, the TRO is extended as against the Consenting Defendants, their agents, and those in active concert with the foregoing, through and including the conclusion of the PI hearing in accordance with Fed. R. Civ. P. 65(b)(2) or until further order of the Court; and it is further<br><br>**ORDERED:** A Status Conference shall be held on June 26, 2023 at 11:00 a.m. in the United States Bankruptcy Court, 915 Lafayette Boulevard in Bridgeport, Connecticut to discuss, among other things, the TRO and PI Hearing as to the Non–Responding Defendants and/or to allow the Trustee to present evidence in support of extending the TRO or entering a PI against the Non–Responding Defendants; and it is further<br><br>**ORDERED:** At or before 5:00 p.m. on June 23, 2023, the Trustee shall serve this Order on all of the Named Defendants. The Trustee shall file a certificate of service evidencing compliance with this Order at or before 10:00 a.m. on or before June 24, 2023. Signed by Judge Julie A. Manning on June 23, 2023. (rms) (Entered: 06/23/2023) |
| 06/23/2023 | | 28 | Certificate of Service *Regarding 9019 Motion and Motion to Expedite and Limited Service* Filed by Douglass E. Barron on behalf of Luc A. Despins Plaintiff (RE: 25 Motion to Compromise filed by Plaintiff Luc A. Despins, 26 Motion to Expedite Hearing filed by Plaintiff Luc A. Despins) (Barron, Douglass) (Entered: 06/23/2023) |
| 06/25/2023 | | 31 | Notice of *Chapter 11 Trustee Regarding Temporary Restraining Order and June 26 Status Conference* Filed by Patrick R. Linsey on behalf of Luc A. Despins Plaintiff (RE: 27 Order) (Linsey, Patrick) (Entered: 06/25/2023) |