**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**CONSENTED TO MOTION OF CHAPTER 11 TRUSTEE TO ADJOURN HEARING ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING DBS BANK LTD TO COMPLY WITH RULE 2004 SUBPOENA**

Luc A. Despins, in his capacity as chapter 11 trustee (the "Trustee") in the above-captioned chapter 11 case of Ho Wan Kwok, upon the consent of DBS Bank Ltd ("DBS" and, together with the Trustee, collectively, the "Parties"), hereby respectfully moves to adjourn the hearing on the *Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd to Comply with Rule 2004 Subpoena* [ECF No. 2396] (the "Motion to Compel"), as set forth in the proposed Consent Order attached hereto as **Exhibit A** (the "Proposed Consent Order"). Since the Court scheduled a hearing on the Motion to Compel, the Parties have conferred in good faith and are seeking to resolve the motion. To provide further time for the Parties to seek a resolution, the Parties have consented to adjourn the hearing on the Motion to Compel for approximately five weeks. The Parties are available to attend a hearing on the Motion the week of January 22, 2024, and request that the hearing be scheduled that week or on a date thereafter that is convenient to the Court. The Parties further request that the deadline for DBS to respond to the Motion be set one week in advance of the hearing in January.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

2

WHEREFORE, the Trustee respectfully requests that the Court adjourn the hearing on the Motion to Compel pursuant to the Proposed Consent Order and grant such other relief as is just and proper.

Dated: December 15, 2023  
       New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

*/s/ Patrick R. Linsey*  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 15, 2023, the foregoing was electronically filed. Notice of this filing was sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing ("CM/ECF") system. Parties may access this filing through the Court's CM/ECF system.

Dated: December 15, 2023  
       New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

/s/ *Patrick R. Linsey*  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

# EXHIBIT A

## (PROPOSED CONSENT ORDER)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**[PROPOSED] CONSENT ORDER ADJOURNING HEARING ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING DBS BANK LTD TO COMPLY WITH RULE 2004 SUBPOENA**

Upon the motion (the "Motion") of Luc A. Despins, chapter 11 trustee (the "Trustee"), filed upon the consent of DBS Bank Ltd ("DBS"), to adjourn hearing on the Motion of Chapter 11 Trustee for Entry of Order Compelling DBS Bank Ltd to Comply with Rule 2004 Subpoena [ECF No. 2396] (the "Motion to Compel"), and due and sufficient notice having been given, and good cause appearing for the relief sought by the Motion, it is hereby

**ORDERED,** that the hearing on the Motion to Compel is adjourned to _____ ___, 2024, at __ p.m., to be held at the United States Bankruptcy Court for the District of Connecticut, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT; and it is further

**ORDERED**, that DBS shall file any response to the Motion to Compel by _____ ___, 2024

Signed this __ day of _____, 2023

_____
Hon. Julie A. Manning
United States Bankruptcy Judge