**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

-------------------------------------------------------x
:
In re:                                                          :        Chapter 11
:
HO WAN KWOK, *et al.*,[1]                         :        Case No. 22-50073 (JAM)
:
Debtors.                             :        (Jointly Administered)
:
-------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF DIRK JOHNSON IN SUPPORT OF
TRUSTEE'S MOTION, PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND
363, BANKRUPTCY RULES 2002, 6004(c), AND 9014, AND LOCAL RULES 6004-1 AND
6004-2, SEEKING ENTRY OF ORDER: (I) AUTHORIZING AND APPROVING SALE
OF LADY MAY II FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND
ENCUMBRANCES, (II) AUTHORIZING AND APPROVING PURCHASE AND SALE
AGREEMENT, AND (III) GRANTING RELATED RELIEF**

I, Dirk Johnson, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as

follows:

1.        I am a Yacht Broker at Edmiston and Company Limited ("Edmiston"),

maintaining offices at (a) 2 Marina Plaza, Newport, Rhode Island, 02840, and (b) Burleigh

Manor, Peel Road, Douglas, Isle of Man, IM1 5EP.

2.        I am duly authorized to make this supplemental declaration (this "Supplemental

Declaration") on behalf of Edmiston and submit this Supplemental Declaration in further support

of the *Trustee's Motion, Pursuant to Bankruptcy Code Sections 105 and 363, Bankruptcy Rules*

*2002, 6004(c), and 9014, and Local Rules 6004-1 and 6004-2, Seeking Entry of Order: (i)*

---

[1]        The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever
Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The
mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings
LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok
(solely for purposes of notices and communications).

*Authorizing and Approving Sale of the Lady May II Free and Clear of Liens, Claims, Interests, and Encumbrances, (ii) Authorizing and Approving Purchase and Sale Agreement, and (iii) Granting Related Relief* (the "Motion")[2] in the chapter 11 case of Ho Wan Kwok (the "Debtor"), seeking an order approving and authorizing the sale of the Lady May II to Patrick Cloppenburg (the "Buyer").

3.       Unless otherwise indicated below, I have personal knowledge of the matters set forth below, and if called to testify, I could and would testify competently thereto.

## Additional Marketing of Lady May II

4.       Following the filing of the Motion, on November 30, 2023, Edmiston engaged in a follow-up business email distribution, which was sent to approximately 1,875 brokers in the yacht industry.  That email distributions advised the brokers of the December 18, 2023 hearing on the proposed sale of the Lady May II (including the proposed purchase price of $375,000) and invited all parties interested in submitting a higher offer for the Lady May II to do so by no later than December 15, 2023.   A copy of this email distribution is attached hereto as **Exhibit 1**.

5.       In addition, also on November 30, 2023, Edmiston updated the Lady May II listing on Yatco.com and Yachtworld.com to notify interested parties of the December 18, 2023 hearing on the proposed sale as well as to invite interested parties to submit a higher offer by December 15, 2023.  Copies of the updated listings on Yatco.com and Yachtworld.com are attached hereto as **Exhibit 2** and **Exhibit 3**, respectively.

6.       As of the filing of this Supplemental Declaration, no additional bids have been received by the Trustee.

---

[2]     Capitalized terms used but otherwise not defined herein shall have the meaning ascribed to them in the Motion. My initial declaration in support of the Motion was attached as Exhibit C to the Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 18, 2023

*/s/ Dirk Johnson*
Dirk Johnson
Broker
Edmiston and Company Limited

**Exhibit A**



# Lady May II – Deadline for offers

Lady May II | 2013 | 16m | Windy | 40 knots cruising

*Newport, RI, USA*

Download brochure



*The bankruptcy court has scheduled a hearing on 18th December 2023 on the approval of the sale of Lady May II for a purchase price of $375,000 to a proposed buyer. All parties interested in submitting a higher offer for Lady May II should submit such offer to the court-appointed trustee by no later than 15th December 2023.  Contact information will be provided upon request.*

*Please note that all offers are contingent upon approval from the bankruptcy court and must adhere to specific conditions.*

With interior and exterior design by Dubois Naval Architects, LADY MAY II combines the excellent build quality, capability, and performance of the Windy brand with the exceptional design aesthetic of Dubois in its streamlined profile.

She comes with a well-equipped helm with three racing seats and three standing positions beneath the T-top and plenty of room for navigational equipment.

With triple Volva Penta IPS 600 engines, LADY MAY II can reach a top speed of 46 knots.

---

## Key features

- *46 knots maximum speed*
- *Rated best chase boat in the world by Superyacht Magazine*
- *Exceptional interior by Dubois*
- *Convertible double berth with full head and shower*
- *US duty paid*

View web page

---



### Broker
Dirk Johnson

### Office
Newport

### Telephone
+1 401 965 9189

### Email
daj@edmiston.com

---

Charter    Buy    Sell    Build    Manage



EDMISTON

Click here to unsubscribe.

**Exhibit B**

< Back to search





2013

Year

52' 10" (16.1m)

Length



# Lady May II 2013 52' 10" WINDY BOATS Sport Yacht

## Newport United States $960,000 USD

The 2013 52' 10" WINDY BOATS   High Performance   Sport Yacht Lady May II is a boat for sale located in   Newport,   Rhode Island,   United States.

*A hearing has been set by the bankruptcy court for 18th December 2023 to consider the sanction of Lady May II's sale, for a transaction sum of $375,000, to a prospective buyer. Those willing to present a more significant bid for Lady May II are required to deliver such bid to the court-designated trustee no later than 15th December 2023. Contact details can be made available upon inquiry.*

*Be aware that all proposal acceptances are reliant on the bankruptcy court's endorsement and certain criteria must be met.*

Contact the yacht broker to receive more information or schedule a showing of this 2013 52' 10" WINDY BOATS Sport Yacht High Performance Lady May II yacht for sale in Newport, Rhode Island, USA today!

**GET MORE INFORMATION ON THIS LISTING**

First Name*

Last Name*

Email Address*

Phone Number

MESSAGE BROKER

## Dirk Johnson

Edmiston & Company Newport

CALL

EMAIL

LENGTH
52' 10" (16.1m)

BUILDER
WINDY BOATS

ASKING PRICE
$960,000 USD

BUILT
2013

BEAM
14' 10" (4.5m)

DRAFT
4' 1" (1.23m)

MAX SPEED
N/A

CRUISING SPEED
N/A

CABINS
1

GROSS TONNAGE
0.00

DISPLACEMENT
N/A

LOCATION
Newport, Rhode Island, USA

VIEW ALL PHOTOS

# Full Specifications

Additional specifications are available for this listing. Click below to get detailed information.

REQUEST BROCHURE

**Listing Marketed by**

Dirk Johnson

Edmiston & Company Newport

2 Marina Plaza, Goat Island Newport, Rhode Island, 02840 USA

**I'm interested in Lady May II**

First Name*

Last Name*

Email*

I'm interested in Listing Name...

**CONTACT BROKER**

# Broker's Other Yachts for Sale



MAYBE

Barcelona,   Catalonia,   Spain

**€19,950,000**

Contact



**2002 PALMER JOHNSON 167' 9"**
HELIOS 2

Fort Lauderdale,   Florida,   United States

**$15,900,000**

Contact



**2009 BURGER 151' 3"**
NADAN

Boothbay,   Maine,   United States
**$22,500,000**

Contact



DONA LISA

Fort Lauderdale,   Florida,   United States

**$9,950,000**

Contact



### 1991 FEADSHIP 119' 8"
LADY VICTORIA

Boothbay,   Maine,   United States

**$6,450,000**

Contact

For over 20 years, the world's leading yacht builders, yacht brokers, and professionals have all relied on YATCO to power their yacht sales search, showcase their clients and manage their yacht data. And, unlike other online marketplaces within the yachting industry, YATCO Professional Members adhere to a strict code of rules and ethics, ensuring boat buyers will only find valid boats and yachts for sale listings.

700 West Hillsboro Boulevard
Suite 201

Privacy Policy      Terms & Conditions      Listing Rules & Regulations      SaaS Agreement

FAQ      (US) +1 561 204 1925      (EU) +44 203 411 2744




Copyright © 2020 VANCO LLC. All Rights Reserved.

**Exhibit C**



1 / 13

### 2013 Windy SR52  |  53ft

**US$960,000 tax included**

$8,024/month

Newport, Rhode Island

Loans    Payment Calculator

---

### BASICS

| | |
|---|---|
| Year: | 2013 |
| Make: | Windy |
| Model: | SR52 |
| Class: | Motor Yachts |
| Length: | 52.82ft |
| Fuel Type: | Diesel |
| Hull Material: | Fiberglass |
| Hull Shape: | Monohull |
| Offered By: | Edmiston Newport RI |

---

### DESCRIPTION

2013 Windy SR52
The bankruptcy court has scheduled a hearing on 18th December 2023 on the approval of the sale of Lady May II for a purchase price of $375,000 to a proposed buyer. All parties interested in submitting a higher offer for Lady May II should submit such offer to the court-appointed trustee by no later than 15th December 2023.  Contact information will be provided upon request.

Please note that all offers are contingent upon approval from the bankruptcy court and must adhere to specific conditions.

---

### CONTACT INFORMATION

Please contact Dirk Johnson at +1 401-619-2200

---

### YACHT LOANS

YachtWorld, partnering with the most trusted yacht loan provider Trident Funding, specializes in new and used yacht loans and refinancing. With 30 years of experience, we can help you get yacht financing anywhere in the United States. Get approved as fast as 24 hours!

Apply Now

## Reviews

 Financing

4.9 ★★★★★
Based on 374 reviews

**Vann, South Carolina**  G
★★★★★
We just closed a loan on our second yacht financed with Trident Funding. They continue to offer excellent customer service, a great rate, and timely processing. We would

**Sean, Connecticut**  G
★★★★★
We could not have been more pleased with the ease of the process to secure our boat financing. The Trident team got everything prepared for us remotely by working with our

**Sandy, Washington**  G
★★★★★
I wanted to take a moment to thank you for all your help in the purchase of our 2017 Beneteau Swift Trawler earlier this year. Throughout the process of budgeting,

## Rates

As of November 2023, the best interest rates for yacht loans typically start around 8.24%. These rates fluctuate with market conditions, inflation, and supply and demand. Borrowers with the highest credit scores and strongest overall financial profiles usually get the best yacht loan rates. The higher your credit score, the lower your interest rate will be. The best yacht interest rates are reserved for the most well qualified borrowers. A well qualified borrower will have an excellent credit score, a history of on-time payments, provable income, consistent employment history, and no recent bankruptcies or foreclosures.

## FAQs

Learn more about yacht loans and rates.

Powered by TRIDENT T FUNDING

## OTHER DETAILS

## Disclaimer

The Company offers the details of this vessel in good faith but cannot guarantee or warrant the accuracy of this information nor warrant the condition of the vessel. A buyer should instruct his agents, or his surveyors, to investigate such details as the buyer desires validated. This vessel is offered subject to prior sale, price change, or withdrawal without notice.

## FEATURES

*Electrical Equipment*

Shore Power Inlet:          ✓

*Electronics*

Depthsounder:          ✓
Radar:          ✓
Autopilot:          ✓
Compas:          ✓
Cockpit Speakers:          ✓
VHF:          ✓

*Inside Equipment*

Bow Thruster:          ✓
Electric Bilge Pump:          ✓
Microwave Oven:          ✓
Hot Water:          ✓
Refrigerator:          ✓

*Outside Equipment*

Teak Cockpit:          ✓
Cockpit Shower:          ✓
Teak Sidedecks:          ✓

Cockpit Cushions:        ✓
Swimming Ladder:        ✓

## PROPULSION

*Engine 1*

Engine Make:        Volvo
Engine Model:        PENTA IPS 600
Engine Type:        Inboard
Fuel Type:        Diesel

*Engine 2*

Engine Make:        Volvo
Engine Model:        PENTA IPS 600
Engine Type:        Inboard
Fuel Type:        Diesel

*Engine 3*

Engine Make:        Volvo
Engine Model:        PENTA IPS 600
Engine Type:        Inboard
Fuel Type:        Diesel

## SPECIFICATIONS

*Speed & Distance*

Cruising Speed:        40kn
Max Speed:        46kn

*Dimensions*

Length Overall:        52.82ft
Max Draft:        4.04ft
Beam:        14.76ft

*Tanks*

Fresh Water Tank:        1 X 63.4 Gal ()
Fuel Tank:        1 X 620.8 Gal ()
Holding Tank:        1 X 30.38 Gal ()

*Accommodations*

Double Berths:        1
Cabins:        1
Heads:        1