# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

### ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name:  Ho Wan Kwok, et al.

Bankruptcy Case No.:    22-50073

Adversary Case No.:

Previous Civil No.:                 3:23-cv-01514-KAD

Previous Miscellaneous No.:

Transmittal dated:                 December 15, 2023

**To the Bankruptcy Court:**

**The following number has been assigned:**

[X] Civil No. Assigned      3:23-cv-01514-KAD

[ ] Miscellaneous No. Assigned  _____

[X] I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

[ ] I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By:    /s/Nick Fanelle                                    Date: 12/18/2023

       Deputy Clerk, U.S. District Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

### TRANSMITTAL FORM TO DISTRICT COURT REGARDING
### APPEALS AND RELATED DOCUMENTS

Debtor(s) Name: Ho Wan Kwok, et al.

Case No.          22-50073

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:               3:23-cv-1514-KAD

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1.    ☐    Motion for Leave to Appeal (only)

      If indicated below, the Notice of Appeal is attached:
      ☐    Notice of Appeal attached

2.    ☐    Notice of Appeal (only)   ECF No.:

3.    ☑    Related documents as indicated below:

      ☑    Designation of items designated by the Appellant

      ☑    Designation of items designated by the Appellee

      ☐    Cross Appeal

      ☐    Amended Appeal

      ☐    Original Court Exhibits, via mail or hand delivery (indicate how many)

      ☑    Transcripts  - ECF No. 62 in 23-05013, ECF Nos. 1907, 2023, 2030, 2119 in 22-50073 are on the electronic docket.

      ☑    Other  - Transcript ECF No. 2301 (ECF No. 168 in AP 23-05013) is under a 90-day restriction and will be sent via email. Also, the Complaint (ECF No. 2 in AP 23-05013) is under seal and will not be transmitted at this time pending notification of an order from the U.S. District Court accepting the documents under seal pursuant to Fed.R.Bankr.P. 8009(f).

4.          Other applicable information:

Filing Fee:  [X] Paid   [ ] Not Paid

Appellant's Name:

Appellant's Attorney:

Appellee's Name:

Appellee's Attorney:

Interested Party:

By:  Donna DeNicola                              Date:   December 15, 2023
    Deputy Clerk, U.S. Bankruptcy Court

## Nick Fanelle

| | |
|---|---|
| **From:** | CTBECF_Courtmail@ctb.uscourts.gov |
| **Sent:** | Friday, December 15, 2023 4:30 PM |
| **To:** | Courtmail@ctb.uscourts.gov |
| **Subject:** | 22-50073 Transmittal regarding Appeal and/or related documents (USDC) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Clerks Office dd, entered on 12/15/2023 at 4:29 PM EST and filed on 12/15/2023

| | |
|---|---|
| **Case Name:** | Ho Wan Kwok and Genever Holdings LLC |
| **Case Number:** | 22-50073 |
| **Document Number:** | 2437 |

**Docket Text:**
Transmittal of Record of Appeal to U.S. District Court, Case No. 3:23-cv-1514-KAD (RE: [2336] Notice of Appeal, [2398] Appellant Designation, Statement of Issues on Appeal, [2433] Appellee Designation (Attachments: # (1) Appellant Designation # (2) Appellee Designation # (3) Electronic Docket # (4) Appellant Designated Items from 23-05013 # (5) Appellee Designated Items from 23-05013). (dd)

The following document(s) are associated with this transaction:

 **Document description:**Main Document
 **Original filename:**22-50073 Transmittal of Record Form.pdf
 **Electronic document Stamp:**
 [STAMP bkecfStamp_ID=1018027260 [Date=12/15/2023] [FileNumber=15370074
 -0] [c9c6503e9a904e0bc5e1ebf7616eef006653947c0c426b8ec142866e66ca8b9ca
 908421664e08c5b066c158c2d6507549844c8ce31b6af6d967cafddf076ef67]]
 **Document description:** Appellant Designation
 **Original filename:**C:\fakepath\22-50073 Appellant Designation.pdf
 **Electronic document Stamp:**
 [STAMP bkecfStamp_ID=1018027260 [Date=12/15/2023] [FileNumber=15370074
 -1] [b0555b1d0e7c0ec5e72d7a553b4540a036b9891aea836c143dfc17c8ef6ca0b8e
 1f574ee7f8e61d990371eb65117ee30238b46bc3a2a7cfc1eeddfaba0011414]]
 **Document description:** Appellee Designation
 **Original filename:**C:\fakepath\22-50073 Appellee Designation.pdf
 **Electronic document Stamp:**
 [STAMP bkecfStamp_ID=1018027260 [Date=12/15/2023] [FileNumber=15370074