# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

### CHAPTER 11 TRUSTEE'S MOTION TO PERMIT DIRK JOHNSON, REPRESENTATIVE OF EDMISTON AND COMPANY LIMITED TO APPEAR REMOTELY FOR DECEMBER 18, 2023 HEARING

Pursuant to section 105(a) of the Bankruptcy Code and Rule 1001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Luc A. Despins, in his capacity as trustee in the above-captioned case filed under chapter 11 of Title 11 of the United States Code (the "Trustee"), respectfully moves (the "Motion") the Court for permission for Dirk Johnson ("Mr. Johnson") of Edmiston and Company Limited ("ECL") to appear remotely at the December 18, 2023 hearing at 2:30 p.m. at the *Trustee's Motion, Pursuant to Bankruptcy Code Sections 105 and 363, Bankruptcy Rules 2002, 6004(c), and 9014, and Local Rules 6004-1 and 6004-2, Seeking Entry of Order: (I) Authorizing and Approving Sale of the Lady May II Free and Clear of Liens, Claims, Interest, and Encumbrances, (II) Authorizing and Approving Purchase and Sale Agreement, and (III) Granting Related Relief* (the "Sale Motion") [Ecf No. 2375]. The Trustee and his counsel will attend the

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

hearing in person.

The Trustee would like Mr. Johnson, who is a broker at ECL, to be available to answer any questions regarding the Sale Motion that the Court may have. Mr. Johnson was prepared to appear in court to provide testimony in support of Sale Motion, however, due to inclement weather experienced overnight by the Northeast, is unable to leave his home.

WHEREFORE, for the foregoing reasons, the Trustee respectfully requests that Mr. Johnson be permitted to appear remotely before this Court at the hearing at the Sale Motion on December 18, 2023 at 2:30 p.m.

Dated: December 18, 2023  
       New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*  
    Douglas S. Skalka (ct00616)  
    Patrick R. Linsey (ct29437)  
    NEUBERT, PEPE & MONTEITH, P.C.  
    195 Church Street, 13th Floor  
    New Haven, Connecticut 06510  
    (203) 781-2847  
    dskalka@npmlaw.com  
    plinsey@npmlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                  :   Chapter 11
:
HO WAN KWOK, *et al.*,² :   Case No. 22-50073 (JAM)
:
Debtors.                :   (Jointly Administered)
:
---------------------------------------------------------x

**[PROPOSED] ORDER GRANTING**
**CHAPTER 11 TRUSTEE'S MOTION TO PERMIT DIRK JOHNSON, A**
**REPREPSENTATIVE OF EDMISTON AND COMPANY LIMITED**
**TO APPEAR REMOTELY FOR DECEMBER 18, 2023 HEARING**

Upon the motion (the "Motion") of Luc A. Despins, as chapter 11 trustee (the "Trustee") for the individual debtor in the above-captioned chapter 11 cases for permission for Mr. Johnson to participate remotely at the hearing scheduled for December 18, 2023, at 2:30 p.m. on the Sale Motion, notice having been provided, and good cause appearing therefore, it is hereby

1. ORDERED that the Motion is granted as set forth herein; and it is further

2. ORDERED that the Mr. Johnson may participate in the hearing of the Sale Motion scheduled for December 18, 2023 at 2:30 p.m. via the Court's Zoom.gov platform, by contacting the Clerk's Office for instructions to connect to the ZoomGov remote conference by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov.

---

² The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 18, 2023 the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: December 18, 2023  
       New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*  
    Douglas S. Skalka (ct00616)  
    Patrick R. Linsey (ct29437)  
    NEUBERT, PEPE & MONTEITH, P.C.  
    195 Church Street, 13th Floor  
    New Haven, Connecticut 06510  
    (203) 781-2847  
    dskalka@npmlaw.com  
    plinsey@npmlaw.com

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).