ct260                                                                                                                           8/2023

# United States Bankruptcy Court
# District of Connecticut



In re:

    Ho Wan Kwok

Case Number: 22-50073

Chapter: 11

    Debtor *

## ORDER GRANTING REQUEST TO APPEAR REMOTELY

    Dirk Johnson having filed a Motion to Appear Remotely, ECF No. 2445, in connection with Motion to Approve Sale of Lady May II, ECF No. 2375, it appearing that the relief requested in the Motion to Appear Remotely should be granted for cause shown; it is hereby

    **ORDERED:** Dirk Johnson is authorized to attend the hearing on Motion to Approve Sale of Lady May II, ECF No. 2375, currently scheduled to be heard on December 18, 2023 at 2:30 via ZoomGov; and it is further

    **ORDERED:** Dirk Johnson shall e-mail the Courtroom Deputy at CalendarConnect_BPT@ctb.uscourts.gov to obtain the ZoomGov connection information.

Dated: December 18, 2023

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.