UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*, : Case No. 22-50073 (JAM)
:
       Debtors.[1] : Jointly Administered
:
---------------------------------------------------------x

### NOTICE OF CHANGE IN HOURLY RATES OF EPIQ CORPORATE RESTRUCTURING, LLC, AS CLAIMS AND NOTICING AGENT TO CHAPTER 11 TRUSTEE AND GENEVER DEBTORS

**PLEASE TAKE NOTICE** that, on February 8, 2023, the Bankruptcy Court for the District of Connecticut (the "Court") entered the *Amended Order (I) Approving Retention and Appointment of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent, Effective as of December 1, 2022, and (II) Granting Related Relief* [Docket No. 1449] (the "Retention Order").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention Order, Epiq Corporate Restructuring, LLC, as claims and noticing agent to (a) Luc A. Despins, as chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, (b) Genever Holdings LLC, and (c) Genever Holdings Corporation, hereby provides notice of the following adjusted hourly rates, effective January 1, 2024:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

| Position | Current Hourly Rate | Hourly Rate Increase Effective on January 2, 2024 |
|---|---:|---:|
| Practice Director | $215.00 | $236.00 |
| Director/V.P. Consulting | $195.00 | $214.00 |
| Solicitation Consultant | $195.00 | $214.00 |
| Senior Consultant II | $185.00 | $203.00 |
| Director of Case Management II | $185.00 | $203.00 |
| Senior Consultant I | $175.00 | $192.00 |
| Director of Case Management I | $165.00 | $181.00 |
| Senior Case Manager III | $165.00 | $181.00 |
| Senior Case Manager II | $160.00 | $176.00 |
| Senior Case Manager I | $150.00 | $165.00 |
| Case Manager II | $125.00 | $137.00 |
| Case Manager I | $100.00 | $110.00 |
| Programmer III | $95.00 | $104.00 |
| Programmer II | $85.00 | $93.00 |
| Programmer I | $75.00 | $82.00 |
| Admin. Support III | $75.00 | $82.00 |
| Admin. Support II | $55.00 | $60.00 |
| Call Center Operator | $55.00 | $60.00 |
| Admin. Support I | $35.00 | $38.00 |

Dated: December 18, 2023

>LUC A. DESPINS, CHAPTER 11 TRUSTEE, GENEVER HOLDINGS LLC, AND GENEVER HOLDINGS CORPORATION
>
>By: */s/ G. Alexander Bongartz*
>    G. Alexander Bongartz (*pro hac vice*)
>    Douglass Barron (*pro hac vice*)
>    PAUL HASTINGS LLP
>    200 Park Avenue
>    New York, New York 10166
>    (212) 318-6079
>    douglassbarron@paulhastings.com
>
>    *and*
>
>    Nicholas A. Bassett *(pro hac vice)*
>    PAUL HASTINGS LLP
>    2050 M Street NW

Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                          :    Chapter 11
                                                :
HO WAN KWOK, *et al.*,[1]                       :    Case No. 22-50073 (JAM)
                                                :
          Debtors.                              :    (Jointly Administered)
                                                :
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 15, 2023, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:     December 18, 2023
           New York, New York

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted pro hac vice)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee, Genever Holdings LLC, and Genever Holdings Corporation*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).