**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------x
:
In re:                                                                      : Chapter 11
:
HO WAN KWOK, *et al.*,                                      : Case No. 22-50073 (JAM)
:
        Debtors.[1]                                            : Jointly Administered
:
------------------------------------------------------------x

**MONTHLY FEE STATEMENT OF O'SULLIVAN MCCORMACK JENSEN & BLISS PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated August 18, 2023* [Docket No. 2094] (the "Interim Compensation Order"),[2] O'Sullivan McCormack Jensen & Bliss PC ("OMJB") hereby submits this monthly statement (the "Monthly Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as Special Insurance Counsel to Genever Holdings LLC ("Genever (US)"), for the period from November 1, 2023 through and including November 30, 2023, 2023 (the "Fee Period"). By this Monthly Fee Statement, OMJB respectfully requests payment of 80% of all fees and 100% of all expenses actually and necessarily incurred for services rendered during the Fee Period, in the amounts of $23,708 and $1,614.41 respectively.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

**SERVICES RENDERED AND EXPENSES INCURRED**

1. Attached hereto as Exhibit A is a timekeeper summary that includes the name, title, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each OMJB individual who provided services during the Fee Period. The rates charged by OMJB for services rendered to Genever (US) are the same rates that OMJB charges generally for professional services rendered to its non-bankruptcy clients.

2. Attached hereto as Exhibit B is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

3. Attached hereto as Exhibit C is the fee statement of OMJB for services provided during the Fee Period with redactions to protect certain privileged information.

**NOTICE AND OBJECTION PROCEDURES**

4. Notice of this Monthly Fee Statement will be given by email on the Notice Parties: (i) Luc A. Despins, as chapter 11 trustee for the estate of Ho Wan Kwok (lucdespins@paulhastings.com); (ii) Counsel for the Trustee, (x) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: G. Alexander Bongartz (alexbongartz@paulhastings.com) and Douglass Barron (douglassbarron@paulhastings.com)) and (y) Neubert, Pepe & Monteith, P.C., 195 Church Street, 13th Floor, New Haven, Connecticut 06510 (Attn: Douglas S. Skalka (dskalka@npmlaw.com) and Patrick R. Linsey (plinsey@npmlaw.com)); (iii) the Office of The United States Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, Connecticut 06510 (Attn: Holley L. Claiborn (holley.l.claiborn@usdoj.gov)); (iv) counsel for the Official Committee of Unsecured Creditors, Pullman & Comley, LLC, 850 Main Street, 8th Floor, PO Box 7006, Bridgeport, Connecticut 06601-7006 (Attn: Irve J. Goldman (igoldman@pullcom.com); and (v) counsel for Pacific Alliance Asia Opportunity Fund L.P., O'Melveny & Myers LLP, 7 Times Square, New York, New

York 10036 (Attn: Peter Friedman (pfriedman@omm.com) and Stuart M. Sarnoff (ssarnoff@omm.com) (collectively, the "Notice Parties").

5. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon (i) Special Insurance Counsel to Genever Holdings LLC, O'Sullivan McCormack Jensen & Bliss PC (Attn: Michael T. McCormack (mmccormack@omjblaw.com) (ii) the Notice Parties by email no later than **January 11, 2023 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6. If no objections to this Monthly Fee Statement are filed and received on or before the Objection Deadline, Genever (US) shall promptly pay OMJB 80% of the fees and 100% of the expenses as identified in this Monthly Fee Statement.

7. To the extent that an objection to this Monthly Fee Statement is filed and received on or before the Objection Deadline, the estates shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: December 20, 2023
      Glastonbury, Connecticut

GENEVER HOLDINGS LLC

By:   */s/Michael T. McCormack*
     Michael T. McCormack (ct13799)
     Timothy P. Jensen (ct18888)
     Amy E. Markim (ct27974)
     O'Sullivan McCormack Jensen & Bliss PC
     180 Glastonbury Boulevard, Suite 210
     Glastonbury, CT 06033
     Tel: 860-258-1993
     Fax: 860-258-1991
     mmccormack@omjblaw.com
     tjensen@omjblaw.com
     amarkim@omjblaw.com

     *Special Insurance Coverage Counsel for*
     *Debtor-In-Possession Genever Holdings LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 20, 2023, the foregoing Monthly Fee Statement was electronically filed. In addition, a copy of the Monthly Fee Statement was served by email on the Notice Parties. Parties may access this filing through the Court's CM/ECF system.

        GENEVER HOLDINGS LLC

By:  */s/Michael T. McCormack*
     Michael T. McCormack (ct13799)
     Timothy P. Jensen (ct18888)
     Amy E. Markim (ct27974)
     O'Sullivan McCormack Jensen & Bliss PC
     180 Glastonbury Boulevard, Suite 210
     Glastonbury, CT 06033
     Tel: 860-258-1993
     Fax: 860-258-1991
     mmccormack@omjblaw.com
     tjensen@omjblaw.com
     amarkim@omjblaw.com
     *Special Insurance Coverage*
     *Counsel for Debtor-In-Possession Genever*
     *Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

# EXHIBIT A

## HOURS AND RATES PER TIMEKEEPER

| Name | Bar Date | Hourly Rate Billed | Hours Billed | Total Fees Billed |
|---|---|---|---|---|
| Timothy Jensen | 1997 | $450.00 | 17.4 | $7,830.00 |
| Amy Markim | 2008 | $350.00 | 17.4 | $6,090.00 |
| Michael McCormack | 1993 | $400.00 | 33.1 | $13,240.00 |
| Melissa Gambardella | | 125.00 | 19.8 | $2,475.00 |
| **Total** | | | | **$29,635.00** |

## EXHIBIT B

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Expense Category | Amount |
|---|---:|
| Fees Advanced for Logikcull Invoice – eDiscovery Program | $250.00 |
| Copying – Month of November | $106.40 |
| Westlaw – Month of November | $1,247.31 |
| PACER – Month of November | $10.70 |
| **TOTAL** | **$1,614.41** |

## **EXHIBIT C**

## **TIME AND EXPENSE DETAIL**



**OMJB**

O'Sullivan McCormack Jensen & Bliss PC
Attorneys at Law

180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone: 860-258-1993
www.omjblaw.com

# INVOICE

Invoice No. 27274
Date: 12/08/2023

Genever Holdings LLC
200 Park Avenue
New York, NY 10166

## 3726-001-Genever Holdings/AIG Property Casualty

**Services**

| Date | Attorney | Activity | Time | Rate | Total |
|---|---|---|---|---|---|
| 11/03/2023 | AM | Conference with T. Jensen re: strategy re: briefing re REDACTED | 0.20 | $350.00 | $70.00 |
| 11/03/2023 | MBG | Updates to calendar re MSJ reply deadlines; review docket for updates in Adv. Pro. | 0.40 | $125.00 | $50.00 |
| 11/03/2023 | MBG | Preparation of Wolfson Insurance Brokerage responsive documents to subpoena for production to Attorney O'Connor. | 0.20 | $125.00 | $25.00 |
| 11/03/2023 | TPJ | Internal communications re excess policy; document productions | 0.80 | $450.00 | $360.00 |
| 11/06/2023 | AM | Legal research re: REDACTED | 1.90 | $350.00 | $665.00 |
| 11/06/2023 | MTM | Receipt and review of pretrial scheduling order | 0.10 | $400.00 | $40.00 |
| 11/06/2023 | TPJ | Internal communications re excess policy and continuing work on argument re same | 0.70 | $450.00 | $315.00 |
| 11/06/2023 | AM | Revise/supplement outline of excess policy brief. | 0.40 | $350.00 | $140.00 |
| 11/07/2023 | AM | Draft brief re: excess policy. | 5.20 | $350.00 | $1,820.00 |
| 11/07/2023 | AM | Meeting with L. Despins re: brief re: REDACTED | 0.20 | $350.00 | $70.00 |
| 11/07/2023 | MBG | Further review and index of Genever document production. | 3.90 | $125.00 | $487.50 |
| 11/07/2023 | TPJ | Analysis and outline argument re REDACTED | 3.70 | $450.00 | $1,665.00 |
| 11/08/2023 | MBG | Further review and index of Genever document production | 3.30 | $125.00 | $412.50 |
| 11/09/2023 | AM | Continue drafting brief in regarding excess policy/injunction order. | 3.20 | $350.00 | $1,120.00 |
| 11/09/2023 | TPJ | Communications re strategy | 0.20 | $450.00 | $90.00 |
| 11/09/2023 | MBG | Further review and index of Genever document production; correspondence to L. Despins re updated Wolfson documents | 2.90 | $125.00 | $362.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/09/2023 | MTM | Review draft supplemental brief re preliminary injunction issues; email correspondence with Attny Despins re same | 0.20 | $400.00 | $80.00 |
| 11/10/2023 | AM | Revise/finalize brief regarding excess policy. | 4.60 | $350.00 | $1,610.00 |
| 11/10/2023 | MTM | Analysis and strategy with A. Markim re REDACTED REDACTED | 0.20 | $400.00 | $80.00 |
| 11/10/2023 | TPJ | Review and revise draft brief on excess coverage | 3.30 | $450.00 | $1,485.00 |
| 11/10/2023 | MTM | Review and analysis of excess liability and primary liability policies re supplemental information for brief re preliminary injunction order; revise and supplement supplemental brief re preliminary injunction ) | 1.30 | $400.00 | $520.00 |
| 11/10/2023 | MTM | Email communications with L. Despins re REDACTED REDACTED (.2); telephone conference with Attny Despins re revisions to supplemental brief (.1) | 0.30 | $400.00 | $120.00 |
| 11/10/2023 | MTM | Receipt and preliminary review of AIG response to motion for summary judgment and response to statement of facts | 0.20 | $400.00 | $80.00 |
| 11/10/2023 | MBG | Attention to downloads of AIG MSJ Opposition pleadings and Memorandum re Scope of Preliminary Injuction and transmit same to L. Despins, share Wolfson document production with L. Despins; finalize and e-file Genever brief re Excess Policy issues. | 2.70 | $125.00 | $337.50 |
| 11/13/2023 | AM | Analysis of AIG's 56(a)(2) Statement. | 1.70 | $350.00 | $595.00 |
| 11/13/2023 | TPJ | Internal communications with re summary judgment | 0.50 | $450.00 | $225.00 |
| 11/15/2023 | MBG | Review of AIG MSJ Opposition documents and preparation of opposition binder | 1.00 | $125.00 | $125.00 |
| 11/15/2023 | MTM | Review and analysis of AIG opposition to motion for summary judgment and response to statement of fact | 2.20 | $400.00 | $880.00 |
| 11/15/2023 | TPJ | Attend to initial disclosures | 0.90 | $450.00 | $405.00 |
| 11/16/2023 | MTM | Continued analysis of AIG opposition to motion for summary judgment and begin outline arguments and evidence re reply brief | 1.40 | $400.00 | $560.00 |
| 11/16/2023 | MTM | Outline of reply brief issues re conference with L. Despins re status and strategy (.3); telephone conference with Mr. Despins re reply to AIG Opposition to Motion for Summary Judgment (.4); email correspondence to Attny O'Connor re reply brief issues (.1) | 0.80 | $400.00 | $320.00 |
| 11/16/2023 | MBG | Draft Motion for Extension of Time on Consent to file Reply to AIG Opposition to MSJ; confer with TPJ re Appearances to be filed in main bankruptcy case; review docket of same for previous filings and follow up. | 1.10 | $125.00 | $137.50 |
| 11/16/2023 | TPJ | Continue working on initial disclosures | 1.50 | $450.00 | $675.00 |
| 11/17/2023 | MTM | Receipt and review of AIG Initial disclosures | 0.10 | $400.00 | $40.00 |
| 11/17/2023 | MTM | Revise and supplement motion to extend time re motion for summary judgment reply brief | 0.20 | $400.00 | $80.00 |
| 11/17/2023 | MTM | Revise and supplement initial disclosures; email correspondence with Attny Despins re same (1.3); review of communications re investigation of claim (.3) | 1.60 | $400.00 | $640.00 |
| 11/17/2023 | MTM | Draft monthly fee application; email correspondence to Attny Bongartz re fee application | 0.80 | $400.00 | $320.00 |
| 11/17/2023 | MBG | Revise and finalize AEM, MTM and TPJ Appearances in main bankruptcy | 2.60 | $125.00 | $325.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | case; review emails from MTM and TPJ re same; attention to e-filing Appearances; revise, finalize and e-file Motion for Extension of Time to Reply to AIG Opposition to Motion for Summary Judgment in Adv. Pro.; Revise Initial Disclosures per MTM email; finalize and service; fwd copies of all filings to L. Despins including AIG Initial Disclosures | | | |
| 11/20/2023 | MTM | Attention to redaction issues re fee invoice monthly submission | 0.20 | $400.00 | $80.00 |
| 11/20/2023 | TPJ | Review/revise fee submission | 0.20 | $450.00 | $90.00 |
| 11/20/2023 | MBG | Review emails between counsel re redactions to OMJB invoice for Fee Application; attention to redactions of same; finalize Fee Application; review emails re filing of same and telcon with court clerk; create Notice Parties service list; attention to e-filing and service of Fee Application on Notice Parties. | 1.70 | $125.00 | $212.50 |
| 11/20/2023 | MTM | Revise and finalize fee submission documents and invoice issues | 0.90 | $400.00 | $360.00 |
| 11/21/2023 | MTM | Begin drafting reply brief and review and analysis of summary judgment cases cited by AIG in opposition (1.7); review and analysis of cases re intentional act exclusions and incident insured issues (1.2) | 2.90 | $400.00 | $1,160.00 |
| 11/22/2023 | MTM | Review and analysis of cases re AIG opposition to motion for summary judgment re misrepresentation issues | 0.80 | $400.00 | $320.00 |
| 11/25/2023 | TPJ | Review and analysis of summary judgment opposition papers | 1.90 | $450.00 | $855.00 |
| 11/27/2023 | MTM | Continued analysis of AIG Opposition to motion for summary judgment and drafting of reply brief re same | 2.80 | $400.00 | $1,120.00 |
| 11/28/2023 | MTM | Review and analysis of cases re REDACTED REDACTED re reply brief issues | 1.30 | $400.00 | $520.00 |
| 11/28/2023 | MTM | Drafting of reply brief re summary judgment and continued review and analysis of AIG opposition and documents in support re reply brief issues | 3.20 | $400.00 | $1,280.00 |
| 11/29/2023 | MTM | Continue drafting reply brief to AIG opposition to motion for summary judgment | 6.30 | $400.00 | $2,520.00 |
| 11/30/2023 | MTM | Revise and supplement draft reply brief to opposition to motion for summary judgment; email correspondence to Attny Despins re draft reply | 3.30 | $400.00 | $1,320.00 |
| 11/30/2023 | MTM | Revise and supplement draft amended complaint | 0.80 | $400.00 | $320.00 |
| 11/30/2023 | TPJ | Review and revise draft reply brief to opposition to summary judgment | 3.70 | $450.00 | $1,665.00 |
| 11/30/2023 | MTM | Email communications with Attny O'Connor re reply brief issues | 0.10 | $400.00 | $40.00 |
| 11/30/2023 | MTM | Conference with L. Despins re reply brief re summary judgment and amended complaint (.5); continue revising, supplementing and analysis re reply brief issues (.6) | 1.10 | $400.00 | $440.00 |

**Services Subtotal**     **$29,635.00**

## Expenses

| Type | Date | Activity | Total |
|---|---|---|---|
| Expense | 11/09/2023 | Fees advanced to Logikcull INV153376 10-31-2023 | $250.00 |
| Expense | 11/30/2023 | Copying: Month of November | $106.40 |
| Expense | 11/30/2023 | PACER: Month of November | $10.70 |

| | | | |
|---|---|---|---:|
| Expense | 11/30/2023 | Westlaw: Month of November | $1,247.31 |
| | | **Expenses Subtotal** | **$1,614.41** |

| Time Keeper | Time | Rate | Total |
|---|---:|---:|---:|
| Timothy Jensen | 17.4 | $450.00 | $7,830.00 |
| Amy Markim | 17.4 | $350.00 | $6,090.00 |
| Michael McCormack | 33.1 | $400.00 | $13,240.00 |
| Melissa Gambardella | 19.8 | $125.00 | $2,475.00 |
| | | **Invoice Subtotal** | **$31,249.41** |
| | | **Invoice Total** | **$31,249.41** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---:|---:|---:|
| 27021 | 09/25/2023 | $99,873.56 | $80,469.56 | $19,404.00 |
| 27098 | 10/11/2023 | $35,374.76 | $28,534.76 | $6,840.00 |
| 27168 | 11/14/2023 | $24,998.95 | $0.00 | $24,998.95 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---:|---:|---:|
| 27274 | 12/08/2023 | $31,249.41 | $0.00 | $31,249.41 |
| | | | **Balance Due on All Invoices** | **$82,492.36** |
| | | | **TOTAL AMOUNT DUE** | **$82,492.36** |

Please make all amounts payable to: O'Sullivan McCormack Jensen & Bliss PC          Tax ID# *REDACTED*

Payment is due upon receipt.