**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---

| | | |
|---|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | : | |
| | : | |
| | : | Adv. Proceeding No. 23-05013 (JAM) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| HCHK TECHNOLOGIES, INC., | : | |
| HCHK PROPERTY MANAGEMENT, INC., | : | |
| LEXINGTON PROPERTY AND STAFFING, INC., | : | |
| HOLY CITY HONG KONG VENTURES, LTD., | : | |
| ANTHONY DIBATTISTA, YVETTE WANG, | : | |
| and BRIAN HOFMEISTER (in his capacity as assignee), | : | |
| | : | |
| Defendants. | : | |

---

**EXPENSE REPORT OF CHAPTER 11 TRUSTEE FOR NOVEMBER 2023 IN CONNECTION WITH ORDER APPROVING, PURSUANT TO BANKRUPTCY RULE 9019, CHAPTER 11 TRUSTEE'S SETTLEMENT WITH ASSIGNEE OF HCHK ENTITIES UNDER NEW YORK COURT ASSIGNMENT PROCEEDINGS**

Pursuant to the *Order Approving, Pursuant to Bankruptcy Rule 9019 Chapter 11*

*Trustee's Settlement with Assignee of HCHK Entities Under New York Court Assignment*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Proceedings* [Adv. Proc. Docket No. 70] (the "9019 Order"),[2] Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), by and through his undersigned counsel, hereby files this *Expense Report of Chapter 11 Trustee for November 2023 in Connection with Order Approving, Pursuant to Bankruptcy Rule 9019, Chapter 11 Trustee's Settlement with Assignee of HCHK Entities Under New York Court Assignment Proceedings* (the "Expense Report") with respect to expenses paid in connection with the Authorized Assignee Actions for the period from November 1, 2023 through November 30, 2023 (the "Reporting Period"). As set forth in **Exhibit A** hereto, the expenses paid in connection with the Authorized Assignee Actions for the Reporting Period total $125,533.97.

Dated: December 20, 2023  
New York, New York

LUC A. DESPINS, CHAPTER 11 TRUSTEE

By: */s/ Douglass Barron*
    Douglass Barron (*pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    douglassbarron@paulhastings.com

    and

    Nicholas A. Bassett *(pro hac vice)*
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

    and

    Douglas S. Skalka (ct00616)

---

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the 9019 Order.

Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

```
---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
HO WAN KWOK, et al.,[1]                                        :   Case No. 22-50073 (JAM)
                                                               :
              Debtors.                                         :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x
                                                               :
LUC A. DESPINS, CHAPTER 11                                     :
TRUSTEE,                                                       :
                                                               :   Adv. Proceeding No. 23-05013 (JAM)
              Plaintiff,                                       :
v.                                                             :
                                                               :
                                                               :
HCHK TECHNOLOGIES, INC.,                                       :
HCHK PROPERTY MANAGEMENT, INC.,                                :
LEXINGTON PROPERTY AND STAFFING, INC.,                         :
HOLY CITY HONG KONG VENTURES, LTD.,                            :
ANTHONY DIBATTISTA, YVETTE WANG,                               :
and BRIAN HOFMEISTER (in his capacity                          :
as assignee),                                                  :
                                                               :
              Defendants.                                      :
---------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 20, 2023, the foregoing document, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 and adversary case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated:   December 20, 2023
         New Haven, Connecticut

By: <u>*/s/ Douglass Barron*</u>
Douglass Barron (pro hac vice)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
douglassbarron@paulhastings.com

*Counsel for the Chapter 11 Trustee*

2

# **EXHIBIT A**

**Expenses Paid in Connection with Authorized Assignee Actions**

| Date | Recipient | Regarding | Amount |
|---|---|---|---|
| 11/3/2023 | RKH IT Solutions | Fee paid to IT consultant in connection with inventorying and extracting of data from HCHK Entities' equipment | $ 4,200.00 |
| 11/10/2023 | ARD Facilities Management Group LLC dba Paramount | Moving HCHK Entities' property and equipment into storage | $ 64,087.50[1] |
| 11/15/2023 | Brosnan Risk Consultants | Security services for HCHK Assignee | $ 57,246.47[2] |
| | | Total: | $ 125,533.97 |

---

[1] Consistent with 9019 Order, ¶ 9, the Trustee provided three days' advance notice of this expense over $50,000 to the United States Trustee and the official committee of unsecured creditors, and no objection was received.

[2] Consistent with 9019 Order, ¶ 9, the Trustee provided three days' advance notice of this expense over $50,000 to the United States Trustee and the official committee of unsecured creditors, and no objection was received.