AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

| FOR COURT USE ONLY |
| --- |
| DUE DATE: |

| 1. NAME Patrick M. Birney | 2. PHONE NUMBER (860) 275-8275 | 3. DATE 12/19/2023 |
| --- | --- | --- |

| 4. DELIVERY ADDRESS OR EMAIL pbirney@rc.com | 5. CITY Hartford | 6. STATE CT | 7. ZIP CODE 06103 |
| --- | --- | --- | --- |

| 8. CASE NUMBER 22-50073 | 9. JUDGE Judge Julie A. Manning | DATES OF PROCEEDINGS | |
| --- | --- | --- | --- |
| | | 10. FROM 12/19/2023 | 11. TO 12/19/2023 |

| 12. CASE NAME Ho Wan Kwok | LOCATION OF PROCEEDINGS | |
| --- | --- | --- |
| | 13. CITY Bridgeport | 14. STATE Connecticut |

**15. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☒ BANKRUPTCY |
| --- | --- | --- | --- |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
| --- | --- | --- | --- |
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Hearing | 12/19/2023 |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
| --- | --- | --- | --- | --- | --- |
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES 1 | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | | | | | |
| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | | | ESTIMATE TOTAL | | 0.00 |

| 18. SIGNATURE /s/ Patrick M. Birney | PROCESSED BY |
| --- | --- |
| 19. DATE 12/19/2023 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY |
| --- | --- | --- |
| ORDER RECEIVED | | |

| DEPOSIT PAID | | DEPOSIT PAID | |
| --- | --- | --- | --- |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

### Honorable Julie A. Manning

### Tuesday December 19 2023

Current as of 12/20/2023, 5:45 pm

---

10:00 AM   22-50440    Keith W. Carroll and Jessica M. Carroll
Ch: 7
Trustee: Andrea M. O'Connor

1

**Matter:**   **#29; Order Setting Status Conference**

---

10:30 AM   05-50902    Sheryl-Ann Barrett
Ch: 7
Trustee: Ronald I. Chorches

2

**Matter:**   **#56; Order to Appear at Hearing and Show Cause**

---

12:00 PM   21-05005    McHugh v. Zaleski

Lead Case: 20-50489 Richard Zaleski                                  3

**Matter:**   **#86; Order to Show Cause**

---

02:00 PM   22-50073    Ho Wan Kwok and Genever Holdings LLC
Ch: 11

Lead Case: 23-05017 Despins et al v. Taurus Fund LLC et al          4

**Matter:**   **#2429; (ZG) Continued status conference**

---

02:00 PM   23-05008    Despins, Luc A., Chapter 11 Trustee et al v. Guo

Lead Case: 22-50073 Ho Wan Kwok and Genever Holdings LLC            5

**Matter:**   **#67; (ZG) Order Scheduling Status Conference**

---

03:00 PM   20-50946    Lee O. Kraus, Jr.
Ch: 11

6

**Matter:**   **#691; (ZG) Order Setting Status Conference**

---

# Parties that Appeared at the December 19, 2023 Hearing

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Patrick R. Linsey**
Neubert Pepe & Monteith, P.C.
195 Church St
13th Fl
New Haven, CT 06510

**Annecca H. Smith**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

**James Moriarty**
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT 06604

**Melissa F. Wernick**
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway Roseland,
NJ 07068

**Nick Bassett**
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036

**Stuart M. Sarnoff**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

**Kristin B. Mayhew**
Pullman & Comley, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601