# NOTES TO THE OCTOBER 2023 OPERATING REPORT

## PART 2: ASSET AND LIABILITY STATUS:

| | | |
|---|---|---|
| d. | Total current assets: | Unknown |
| e. | Total assets: | Unknown |

The Debtor's only known asset is its interest in Genever Holdings LLC, and the value of this interest is unknown.

## PART 5(a): PAYMENTS TO INSIDERS AND PROFESSIONALS:

Fees approved by Court orders dated June 29, 2023, and September 12, 2023, and paid by Luc Despins, Chapter 11 Trustee for the bankruptcy estate of Ho Wan Kwok to Neubert, Pepe & Monteith, PC, in the amount of $2,264.00 and paid in October 2023.

In accordance with the Court's order dated September 12, 2023, authorizing Genever Holdings Corporation, as Debtor-in-Possession, to obtain post-petition financing, a payment of $24,784.58 was made to Harneys Corporate Services Limited in October 2023 for approved fees, paid by Luc Despins, Chapter 11 Trustee, from the bankruptcy estate of Ho Wan Kwok, case number 22-50073.