**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>                     Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**CONSENTED TO MOTION OF UBS AG TO ADJOURN HEARING ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING UBS AG TO COMPLY WITH RULE 2004 SUBPOENA**

UBS AG ("UBS"), by its counsel Herbert Smith Freehills New York LLP, upon the consent of Luc A. Despins, in his capacity as chapter 11 trustee in the above-captioned chapter 11 case of Ho Wan Kwok (the "Trustee" and, together with UBS, collectively, the "Parties"), hereby respectfully moves to adjourn the hearing on the *Motion of Chapter 11 Trustee for Entry of Order Compelling UBS AG to Comply with Rule 2004 Subpoena* [ECF No. 1362] (the "Motion to Compel"), pursuant to the terms set forth in the proposed *Consent Order Adjourning January 30, 2024 Hearing on Motion to Compel* attached hereto as **Exhibit A** (the "Proposed Consent Order"). UBS believes that its document production is complete, and to provide additional time for the Trustee to review the production from UBS to determine whether, in the Trustee's opinion, issues remain outstanding, the Court previously adjourned the hearing on the Motion to Compel to January 30, 2024 [ECF No. 2443]. Counsel for UBS will be overseas on business the week of January 29, 2024 and therefore is not able to attend or participate at a hearing on January 30, 2024. The Parties therefore have consented to adjourn the hearing on the Motion to Compel until the following week.  The Parties are available to attend a hearing on the Motion to Compel on February 7, 2024, and request that the hearing be scheduled on that date or on a date thereafter that is

convenient to the Court.

WHEREFORE, UBS respectfully requests that the Court adjourn the hearing on the Motion to Compel pursuant to the Proposed Consent Order and grant such other relief as is just and proper.

Dated: December 21, 2023　　　　　　　　　　UBS AG
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　*/s/ Lisa J. Fried*
　　　　　　　　　　　　　　　　　　　　　　Lisa J. Fried (ct31425)
　　　　　　　　　　　　　　　　　　　　　　HERBERT SMITH FREEHILLS NEW YORK LLP
　　　　　　　　　　　　　　　　　　　　　　450 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　　　　(917) 542-7600
　　　　　　　　　　　　　　　　　　　　　　lisa.fried@hsf.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for UBS AG*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 21, 2023, the foregoing was electronically filed. Notice of this filing was sent by e-mail to all parties able to receive electronic notice by operation of the Court's electronic filing ("CM/ECF") system. Parties may access this filing through the Court's CM/ECF system.

Dated: December 21, 2023
New York, New York

*/s/ Lisa J. Fried*
Lisa J. Fried (ct31425)
HERBERT SMITH FREEHILLS NEW YORK LLP
450 Lexington Avenue
New York, New York 10017
(917) 542-7600
lisa.fried@hsf.com

*Counsel for UBS AG*

# EXHIBIT A

# (PROPOSED CONSENT ORDER)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |

**[PROPOSED] CONSENT ORDER ADJOURNING HEARING ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING UBS AG TO COMPLY WITH RULE 2004 SUBPOENA**

Upon the motion (the "Motion") of UBS AG, filed upon the consent of Luc A. Despins, chapter 11 trustee (the "Trustee"), to adjourn the hearing on the Motion of Chapter 11 Trustee for Entry of Order Compelling UBS AG to Comply with Rule 2004 Subpoena [ECF No. 1362] (the "Motion to Compel"), and due and sufficient notice having been given, and good cause appearing for the relief sought by the Motion, it is hereby

**ORDERED,** that the Motion to Compel is adjourned to _____ ___, 2024, at __ p.m., to be held at the United States Bankruptcy Court for the District of Connecticut, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT.

Signed this __ day of _____, 2023

                                                                _____
                                                                Hon. Julie A. Manning
                                                                United States Bankruptcy Judge