UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered)<br>Re: ECF No. 2469 |

### CONSENT ORDER ADJOURNING HEARING ON MOTION OF CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER COMPELLING UBS AG TO COMPLY WITH RULE 2004 SUBPOENA

　　Upon the motion (the "Motion") of UBS AG, filed upon the consent of Luc A. Despins, chapter 11 trustee (the "Trustee"), to adjourn the hearing on the Motion of Chapter 11 Trustee for Entry of Order Compelling UBS AG to Comply with Rule 2004 Subpoena [ECF No. 1362] (the "Motion to Compel"), and due and sufficient notice having been given, and good cause appearing for the relief sought by the Motion, it is hereby

　　**ORDERED**, that the Motion to Compel is adjourned to February 13, 2024, at 1:00 p.m., to be held at the United States Bankruptcy Court for the District of Connecticut, 915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT.

　　Dated at Bridgeport, Connecticut this 21st day of December, 2023.

　　　　　　　　　　　　　　　　　　　　　　　*Julie A. Manning*
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　　　　District of Connecticut

11/84583630_1