**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Ho Wan Kwok, | : Case No. 22-50073 (JAM) |
| | : Jointly Administered |
| Debtor.[1] | : |
| | : |
| | : |

**NOTICE OF CHANGE IN HOURLY RATES OF**
**PULLMAN & COMLEY, LLC,**
**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE** that, on April 29, 2022, the Bankruptcy Court for the District of Connecticut (the "Court") entered the *Order Authorizing and Approving the Retention and Employment of Pullman & Comley, LLC as Counsel to the Official Committee of Unsecured Creditors,* effective as of March 29, 2022 [Docket No. 298], (the "Retention Order").

**PLEASE TAKE FURTHER NOTICE** that Pullman & Comley, LLC, as counsel to the Official Committee of Unsecured Creditors, hereby provides notice of the following adjusted hourly rates, effective November 1, 2023:

| Timekeeper Category | Hourly Rate Range (pre-November 1, 2023) | Hourly Rate Range (post-November 1, 2023) |
|---|---|---|
| Irve Goldman | $580 | $600 |
| Kristin Mayhew | $575 | $590 |
| Jonathan Kaplan | $440 | $460 |

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2

| Timekeeper Category | Hourly Rate Range (pre-November 1, 2023) | Hourly Rate Range (post-November 1, 2023) |
|---|---|---|
| Partners | $450 to $675 | $415 to $670 |
| Associates | $285 to $420 | $300 to $410 |
| Paraprofessionals | $250 to $305 | $195 to $325 |

Dated: Hartford, Connecticut  
December 28, 2023

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HO WAN KWOK**

By: */s/Jonathan A. Kaplan*  
Irve J. Goldman  
Jonathan A. Kaplan  
Pullman & Comley, LLC  
90 State House Square  
Hartford, CT  06103  
860-424-4379  
jkaplan@pullcom.com  
Its Attorneys

2

**CERTIFICATION OF SERVICE**

I, Jonathan A. Kaplan, herby certify that on the 28th day of December, 2023, a true and correct copy of the foregoing was filed with the Court and served upon all parties that have filed a notice of appearance and request for notice electronically via the Court's CM/ECF electronic filing system.

*/s/ Jonathan A. Kaplan*

Active/83201.1/JKAPLAN/15044845v1