**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                           :

In re:                       :    Chapter 11
                           :

HO WAN KWOK, *et al.*,[1]    :    Case No. 22-50073 (JAM)
                           :

         Debtors.       :    (Jointly Administered)
                           :
-------------------------------------------------------x

**NOTICE OF FILING OF FOURTH INVOICE OF ACHESON DOYLE PARTNERS ARCHITECTS, P.C. FOR ARCHITECTURAL SERVICES**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Order"),[2] attached hereto as **Exhibit A** is Acheson Doyle's invoice, dated December 20, 2023 (the "Invoice"), related to reviewing the site conditions and scope of deficiencies at the Sherry Netherland Apartment (during the month of November 2023).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Architect Agreement, the Invoice covers the following services:

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Remediation Order.

- <u>Construction Bidding Plans Phase (fixed $37,000 fee)</u>: $27,750 (75% progress payment)

    o As detailed in the Architect Agreement, this work stream includes preparing a set of plans tailored for bids by general contractors, including explanatory notes, as well as walk-throughs with prospective bidders.

    o As of the end of November 2023, a progress payment equal to 75% of the total fixed fee for this work stream ($37,000) was charged (as permitted by the Architect Agreement).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Remediation Order, (a) parties in interest have fourteen (14) days from the date of this Notice to object to the Invoice and (b) if no timely objections to the Invoice are filed with the Court, Genever Holdings LLC is authorized to pay the Invoice without further Court order.

Dated:    December 28, 2023         GENEVER HOLDINGS LLC
          New York, New York

                              By: */s/ G. Alexander Bongartz*
                                  G. Alexander Bongartz (admitted *pro hac vice*)
                                  Avram E. Luft (admitted *pro hac vice*)
                                  PAUL HASTINGS LLP
                                  200 Park Avenue
                                  New York, New York 10166
                                  (212) 318-6079
                                  aviluft@paulhastings.com
                                  alexbongartz@paulhastings.com

                                      *and*

                                  Nicholas A. Bassett (admitted *pro hac vice*)
                                  PAUL HASTINGS LLP
                                  2050 M Street NW
                                  Washington, D.C., 20036
                                  (202) 551-1902
                                  nicholasbassett@paulhastings.com

                                      *and*

                                  Douglas S. Skalka (ct00616)
                                  Patrick R. Linsey (ct29437)
                                  NEUBERT, PEPE & MONTEITH, P.C.

195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for Genever Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
:
In re:                                                   :    Chapter 11
                                                         :
HO WAN KWOK, *et al.*,[1]                                :    Case No. 22-50073 (JAM)
                                                         :
                   Debtors.                              :    (Jointly Administered)
                                                         :
---------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on December 28, 2023, the foregoing Notice was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("<u>CM/ECF</u>") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated:     December 28, 2023
           New York, New York

                                    By: */s/ G. Alexander Bongartz*
                                        G. Alexander Bongartz (admitted *pro hac vice*)
                                        Paul Hastings LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 318-6079
                                        alexbongartz@paulhastings.com

                                        *Counsel for Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## Exhibit A

**Invoice**

**Invoice**

# Acheson Doyle PARTNERS

**Acheson Doyle Partners Architects, P.C.**
**226 West 26th Street, 5th Floor**
**New York, NY 10001-6700**
**Tel: 212-414-4500**
**info@adparchitects.com**

December 20, 2023
Project No:      52302.10
Invoice No:      24578

Genever Holdings LLC
c/o Luc A. Despins, as Chapter 11 Trustee for the
Estate of Ho Wan Kwok
Paul Hastings LLP
200 Park Avenue
New York, NY  10166

Project          52302.10          The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY - Genever
                                   Holdings LLC Apt 1801 - Apartment Stabilization Project

Invoice to: G. Alexander Bongartz, Paul Hastings LLP *alexbongartz@paulhastings.com*

**Professional Services from November 01, 2023 to November 30, 2023**

Phase          02          Scope of Work Item B: Preparation of Plans
**Fee**

| Billing Phase | Fee | Percent Complete | Earned | Previous Fee Billing | Current Fee Billing |
|---|---|---|---|---|---|
| Schematic Phase | 22,000.00 | 100.00 | 22,000.00 | 22,000.00 | 0.00 |
| Design Development Phase | 36,000.00 | 100.00 | 36,000.00 | 36,000.00 | 0.00 |
| Construction Document Phase | 50,000.00 | 100.00 | 50,000.00 | 50,000.00 | 0.00 |
| Construction Bidding Plans Phase | 37,000.00 | 75.00 | 27,750.00 | 0.00 | 27,750.00 |
| Total Fee | 145,000.00 | | 135,750.00 | 108,000.00 | 27,750.00 |
| | | **Total Fee** | | | **27,750.00** |
| | | | **Total this Phase** | | **$27,750.00** |

Phase          RE          Reimbursable Expenses
**Reimbursable Expenses**

| | | | | |
|---|---|---|---|---|
| Brendon Snyder | | | | |
| 11/30/2023 | Brendon Snyder | 11/14-Travel to & from Job Site Meeting | 5.80 | |
| | **Total Reimbursables** | **1.1 times** | **5.80** | **6.38** |

**Unit Billing**

| | | | | |
|---|---|---|---|---|
| In House Printing (BW & Color) | | | 3.88 | |
| | **Total Units** | **1.1 times** | **3.88** | **4.27** |
| | | **Total this Phase** | | **$10.65** |
| | | **Total Due This Invoice** | | **$27,760.65** |

Thank you for your prompt payment.

| Project | 52302.10 | S/N- Genever Holdings LLC Apt 1801 | Invoice | 24578 |

# Billing Backup

Wednesday, December 20, 2023

Acheson Doyle Partners Architects, P.C.          Invoice 24578 Dated 12/20/2023          2:44:41 PM

Project          52302.10          The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY -  Genever
                                   Holdings LLC Apt 1801 - Apartment Stabilization Project

Phase          RE          Reimbursable Expenses

**Reimbursable Expenses**

Brendon Snyder

| AP  33594 | 11/30/2023 | Brendon Snyder / 11/14-Travel to & from Job Site Meeting / Invoice: 20231130, 11/30/2023 | 5.80 | |
|---|---|---|---|---|
| | **Total Reimbursables** | **1.1 times** | **5.80** | **6.38** |

**Unit Billing**

| In House Printing (BW & Color) | | | 3.88 | |
|---|---|---|---|---|
| | **Total Units** | **1.1 times** | **3.88** | **4.27** |
| | | **Total this Phase** | | **$10.65** |
| | | **Total this Project** | | **$10.65** |
| | | **Total this Report** | | **$10.65** |

Acheson Doyle PARTNERS

**EXPENSE REPORT**

| | |
|---|---|
| **Name** | Brendon Snyder |
| **Project Name** | SN Apt. 1801 |
| **Project Number** | 52302.10 |
| **Date** | 11/30/2023 |

| Date | Purpose | Train | Subway | Mileage | Taxi | Parking | Tolls | Misc. | Totals |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| 11/14/23 | Travel to site - MTA OMNY | | $ 2.90 | | | | | | $ 2.90 |
| 11/14/23 | Travel from site - MTA OMNY | | $ 2.90 | | | | | | $ 2.90 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Totals** | | $    - | $   5.80 | $    - | $    - | $   - | $   - | $   - | $   5.80 |

Total: | $   5.80 |

# Print Activity Report

**Project Summary - Internal**
11/01/2023 to 11/30/2023

## 52302.10

**Standard Pricing**

**SN Inc. - 781 Fifth Avenue - Genever Holdings LLC Apt 1801 - Apartment Stabilization Pro**

| Description | Qty. × (Cost) / Charge | Cost | Charge |
|---|---|---|---|
| Canon iR ADV C5560i : Letter | 12 × (0.24) / 0.24 ea. | 2.88 | 2.88 |
| Canon iR ADV C5560i : Tabloid | 1 × (1.00) / 1.00 ea. | 1.00 | 1.00 |
| **Totals For : 52302.10 - SN Inc. - 781 Fifth Avenue - Genever Holdings LLC Apt 1801 - Ap** | | **$3.88** | **$3.88** |

