**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                        :
In re:                                                  :  Chapter 11
                                                        :
HO WAN KWOK, *et al.*,[1]                               :  Case No. 22-50073 (JAM)
                                                        :
       Debtors.                                         :  (Jointly Administered)
                                                        :
---------------------------------------------------------x

## NOTICE OF FILING OF CLOSING STATEMENT

**PLEASE TAKE NOTICE** that, pursuant to the Court's December 19, 2023 *Order, Pursuant to Bankruptcy Code Sections 105 and 363, Bankruptcy Rules 2002 and 6004(c) and Local Rules 6004-1 and 6004-2, (i) Authorizing and Approving Sale of the Lady May II Free and Clear of Liens, Claims, Interests, and Encumbrances, (ii) Authorizing and Approving Purchase and Sale Agreement, and (iii) Granting Related Relief* [Docket No. 2449] (the "Sales Order"), Luc A. Despins, in his capacity as the Chapter 11 Trustee (the "Trustee") appointed in the above-captioned chapter 11 case (the "Case") of Ho Wan Kwok (the "Debtor"), by and through his undersigned counsel, hereby files a copy of the closing statement (attached hereto as **Exhibit A**) with respect to the sale of the Lady May II[2] on December 21, 2023.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Sales Order.

Dated: January 2, 2024                            LUC A. DESPINS, CHAPTER 11 TRUSTEE

By: */s/ G. Alexander Bongartz*

    G. Alexander Bongartz (admitted *pro hac vice*)
    Douglass Barron (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    alexbongartz@paulhastings.com
    douglassbarron@paulhastings.com

       *and*

    Nicholas A. Bassett (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

       *and*

    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

    *Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 2, 2024, the foregoing Notice, and all declarations, exhibits and attachments thereto, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated: January 2, 2024        LUC A. DESPINS, CHAPTER 11 TRUSTEE

By: */s/ G. Alexander Bongartz*
G. Alexander Bongartz (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
alexbongartz@paulhastings.com

*Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

# **EXHIBIT A**

**Closing Statement**

**Closing Statement**

**SELLER**: Luc A. Despins, as Chapter 11 Trustee for the Estate of Ho Wan Kwok

**BUYER**: Patrick Cloppenburg

**VESSEL**: Lady May II, a 2014 Windy Scandinavia 14.95 meter motor yacht, British official number 746230, and its equipment, inventory, etc. (as detailed in the PSA)

**CLOSING DATE**: December 21, 2023

---

A. Purchase Price: $375,000.00

B. Deposit:[1]  93,750.00

C. Remaining Purchase Price Paid by Buyer at Closing:[2]  $281,250.00

D. Buyer's *Pro Rata* Share of Post-Closing Storage Costs:[3]  $12,599.31

E. Buyer's Share of Cost of Winterizing Vessel: $3,000.00

F. Total Payment by Buyer at Closing (*i.e.*, sum of line items B., C., D., and E): $390,599.31

G. Broker Commission to Be Paid by Seller:[4] ($18,750.00)

H. Net Proceeds from Sale: $371,849.31

---

[1] Buyer deposited $93,750.00 (or 25% of the Purchase Price of $375,000 million) with Seller on November 27, 2023.

[2] The amount paid by Buyer at Closing was the difference between the Purchase Price ($23,150,000.00) and the Deposit ($4,800,000.00).

[3] The cost of winter storage is $16,653.00 at the Safe Harbor shipyard in Newport, Rhode Island (for the period from November 15, 2023 to April 15, 2024).

[4] The broker commission, *i.e.*, 5% of the Purchase Price ($375,000.00), will be paid by the Seller to Edmiston following the Closing from the proceeds of the Sale.