**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | CHAPTER 11 |
| HO WAN KWOK, | Case No. 22-50073 (JAM) |
| Debtor. | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 23-05008 (JAM) |
| MEI GUO | |
| Defendant. | |

**DECLARATION OF LEE VARTAN**

I, Lee Vartan, Esq., hereby declare:

1.      I am a member of the law firm Chiesa Shahinian & Giantomasi PC, and counsel to defendant Mei Guo ("Ms. Guo") in the within action.

2.      I make this declaration pursuant to the Court's December 21, 2023 *Consented to in Part Preliminary Injunction Pursuant to Federal Rule of Bankruptcy Procedure 7065* (the "Preliminary Injunction Order") and the January 3, 2024 *Order Granting Consent Motion for Extension of Time*.

3.      Earlier today, my office received a wire, transferring the JNFX Assets, as defined in the Preliminary Injunction Order, to our Attorney Trust Account.

1

4.      On December 18, 2023, JNFX advised the Trustee that it was holding 9,359,720.99 Euros in an account held by Whitecroft Shore Limited.

5.      My firm received the entirety of those funds today into our Attorney Trust Account at Santander Bank.  A conversion rate of 1.0918 was applied by the bank, with a total of $10,218,943.38 deposited into our Attorney Trust Account.  A true and correct copy of the wire confirmation is annexed as Exhibit A.

6.      My firm is in receipt of the Preliminary Injunction Order and agrees to be bound by the Order.

Pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2024

By: s/*Lee Vartan*
Lee Vartan (*Pro Hac Vice)*
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 530-2107
Facsimile: (973) 530-2307
Email  lvartan@csglaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2024, a copy of foregoing Declaration was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:    *s/ Lee Vartan* _____
       Lee Vartan

# EXHIBIT A

# VIEW TRANSACTION

| | |
|---|---|
| **Transaction Date** | 01/05/2024 |
| **Account** | IOLTA CSG TRUST ACCOUNT - ******1582 |
| **Transaction Type** | Book Transfer Credit |
| **Credit/Debit** | Credit |
| **Amount** | 10,218,943.38 USD |
| **Bank Reference** | ██████ 2891 |
| **Description** | Payment Notes:FFC PC, 105 EISENHOWER PKWY ROSELAND, NJ 07068, AC ██████████ BANCO SANTANDER CENTRAL HISPANO S.A.,Reference for Beneficiary:█████████ Sender's Reference Number:███████████Bank to Bank Information:Originator Account:Originator Info:JNFX LIMITED - SEGREGATED 3RD FLOOR 114A CROMWELL ROAD,LONDON, SW7 4AG, GBBeneficiary Acct Number:████████Beneficiary Info:CHIESA, SHAHINIAN &amp; GIANTOMASI 105 EISENHOWER PKWYROSELAND NJ 07068 USReceiver bank Information:Originator Bank Information:██████████Santander BankIntermediary Bank Information:Beneficiary Bank Information:█████████Santander Bank |