UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------x

**MOTION OF CHAPTER 11 TRUSTEE TO EXPEDITE HEARING ON CHAPTER 11 TRUSTEE'S EMERGENCY MOTION FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 105(a) AND BANKRUPTCY RULES 2002 AND 9014, (I) APPROVING FORM AND MANNER OF NOTICE OF TRUSTEE'S FORTHCOMING TOLLING MOTION AND (II) SCHEDULING HEARING**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), debtor in these above-captioned jointly administered cases (the "Chapter 11 Cases"), hereby files this motion (this "Motion") requesting entry of an order, substantially in the form attached as **Exhibit A** hereto (the "Proposed Order") scheduling an expedited hearing to consider and determine the *Chapter 11 Trustee's Emergency Motion for Entry of Order, Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rules 2002 and 9014, (I) Approving Form and Manner of Notice of Trustee's Forthcoming Tolling Motion and (II) Scheduling Hearing* (the "Notice Motion").[2] In support of this Motion, the Trustee respectfully represents as follows:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Notice Motion.

## JURISDICTION, VENUE, AND STATUTORY BASIS

1. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District Court for the District of Connecticut. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2. Venue in the District of Connecticut is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief sought by this Motion is Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

4. Concurrently herewith, the Trustee filed the Notice Motion seeking entry of an order authorizing and approving the form and manner of notice of the Tolling Motion.

5. The Tolling Motion, which the Trustee intends to file in the coming days, will seek to extend the time in which the Trustee can bring avoidance actions and other actions, which will begin to expire on February 15, 2024, against Potential Defendants under various sections of the Bankruptcy Code.

6. The Trustee intends to serve notice of the Tolling Motion to many of the Potential Defendants at their known current addresses in accordance with traditional means of service set forth in Bankruptcy Rules 9014 and 7004(b). However, additional Potential Defendants cannot be so easily served for varying reasons, including because (i) they are located outside the United States in various foreign countries, including without limitation in the British Virgin Islands ("BVI"), (ii) their addresses (physical and/or digital) are unknown, and/or (iii) their identities are currently unknown.

7. Accordingly, the Notice Motion seeks authorization for the Trustee to serve the Tolling Motion on these Alternative Service Defendants by alternative means, including without limitation (i) by mailing notice to their last known addresses; (ii) by email; (iii) by mailing or emailing notice to their known counsel; (iv) by providing notice to their registered agents, and/or (v) by publication.

8. For additional background on the Notice Motion and this Motion, the Trustee refers to, and incorporates by reference, the background section in the Notice Motion.

## RELIEF REQUESTED

9. By this Motion, the Trustee respectfully requests the Court schedule a hearing with respect to the Notice Motion for **January 16, 2024,** or as soon as possible thereafter as the Court may be available. In addition, the Trustee requests the Court order that any opposition to the Notice Motion be filed on or before **January 15, 2024, at 12:00 p.m. (ET).**

## RELIEF REQUESTED

10. Pursuant to Bankruptcy Rule 9006(c)(1), the Court may reduce the notice period when requested by motion where cause is demonstrated. Cause exists to consider and determine the Notice Motion on an expedited basis.

11. The hearing on the Notice Motion should be heard on an expedited basis due to the urgent need to deliver Court-authorized notice of the Tolling Motion. As explained in the Notice Motion, the deadline to bring certain avoidance actions outlined in the Tolling Motion is set to expire on February 15, 2024. Although many Potential Defendants will receive notice of the Tolling Motion through traditional means, there are a number of Potential Defendants that will need to be served the Tolling Motion through the alternative means requested in the Notice Motion. It is critical that the Court consider the Notice Motion on an expedited basis in order for

the Trustee to file, serve, and have the Court consider the Tolling Motion prior to the February 15, 2024 deadline for commencing avoidance actions.

## NO PREVIOUS REQUEST

12.    No previous request for the relief sought herein has been made by the Trustee to this or any other court.

[*Remainder of page intentionally left blank.*]

WHEREFORE, for the foregoing reasons, Trustee requests that the Court enter an order granting the relief requested in this Motion and such other relief as is just and proper.

Dated:  January 9, 2024  
       New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

By: */s/ Douglass Barron*  
Avram E. Luft (admitted *pro hac vice*)  
Douglass Barron (admitted *pro hac vice*)  
PAUL HASTINGS LLP  
200 Park Avenue  
New York, New York 10166  
(212) 318-6079  
aviluft@paulhastings.com  
douglassbarron@paulhastings.com

    *and*

Nicholas A. Bassett (admitted *pro hac vice*)  
PAUL HASTINGS LLP  
2050 M Street NW  
Washington, D.C., 20036  
(202) 551-1902  
nicholasbassett@paulhastings.com

    *and*

Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 9, 2024, the foregoing Motion, and all declarations, exhibits and attachments thereto, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:  January 9, 2024
    New Haven, Connecticut

By: */s/ Douglass Barron*
    Douglass Barron (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6000
    douglassbarron@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## **EXHIBIT A**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re:                                              :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                           :    Case No. 22-50073 (JAM)
:
              Debtors.                    :    (Jointly Administered)
:
---------------------------------------------------------x

## ORDER SCHEDULING EXPEDITED HEARING

The Court having considered the motion (the "Motion to Expedite") seeking an expedited hearing on the *Chapter 11 Trustee's Emergency Motion for Entry of Order, Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rules 2002 and 9014, (I) Approving Form and Manner of Notice of Trustee's Forthcoming Tolling Motion and (II) Scheduling Hearing* [Docket No. ___] (the "Notice Motion")[2] and good cause appearing, it is hereby

ORDERED, that a hearing on the Notice Motion shall be held on **January 16, 2024 at [__]** at the United States Bankruptcy Court, District of Connecticut, Bridgeport Division, 915 Lafayette Boulevard, Room 123, Bridgeport, CT 06604; and it is further

ORDERED, that the deadline to object to the Notice Motion shall be **January 15, 2024 at 12:00 p.m.**; and it is further

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined in this Motion to Expedite have the meanings set forth in the Notice Motion.

ORDERED, that a copy of this Order, along with the Motion to Expedite and any attachments thereto, shall be served upon all parties to the above-captioned case, and the Trustee shall file a certificate of service in advance of the Hearing.