# United States Bankruptcy Court

## District of Connecticut



In re:

    Ho Wan Kwok
    Debtor*

Case Number: 22-50073
Chapter: 11

## ORDER SCHEDULING STATUS CONFERENCE

**ORDERED:** A Status Conference will be held remotely using the ZoomGov platform on January 10, 2024 at 3:00 p.m.  Participating Counsel must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address:

    CalendarConnect_BPT@ctb.uscourts.gov

Dated: January 10, 2024

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579-5808
VCIS* (866) 222-8029
* Voice Case Information System
http://www.ctb.uscourts.gov

*For the purposes of this order, "Debtor" means "Debtors" where applicable.