**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------x
                                          :
In re:                                    :          Chapter 11
                                          :
HO WAN KWOK, *et al.*,[1]                 :          Case No. 22-50073 (JAM)
                                          :
          Debtor.                         :          (Jointly Administered)
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

On January 10, 2024, the Court entered the *Order Scheduling Expedited Hearing* (the "Scheduling Order") [Docket No. 2498]. Notice of entry of the Scheduling Order was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system.

In addition, I caused to be served the Scheduling Order by (a) sending a true and correct copy by first class mail on the parties listed on **Exhibit A** hereto on January 11, 2024, and (b) sending a true and correct copy by email (as requested by counsel) to Dundon Advisers at md@dundon.com and ph@dundon.com on January 11, 2024.

Dated: January 12, 2024

                              */s/ Douglass Barron*
                              Douglass Barron (admitted *pro hac vice*)
                              PAUL HASTINGS LLP
                              200 Park Avenue
                              New York, New York 10166
                              (212) 318-6000
                              douglassbarron@paulhastings.com

                              *Counsel for the Chapter 11 Trustee*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, , New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

17 Miles LLC
769 Humphreys Road
Ardmore, PA 19003-2020

17 Miles, LLC
2510 East Sunset Road
Suite 5 – 878
Las Vegas, Nevada 89120

17 Miles, LLC
c/o GG International
6628 Skye Pointe Drive, Suite 129
Las Vegas, NV 89131
Attn: Lura Barua

270 W 39th St Co LLC
P.O. Box 300
Island Park, NY 11558

2B Packing LLC
2 W 45th Street
Suite #605
New York, NY 10036-4259

3 Columbus Circle LLC
Suite #2300
New York, NY 10019-8760

5700 MCD Assets 11 LLC
209 Washington Street
Mount Vernon, NY 10553

5780 Saguaro LLC
5780 N Saguaro Rd
Paradise Valley, Arizona 85253

5780 Saguaro LLC
Robert McKirgan
Papetti Samuels Weiss McKirgan LLP
16430 North Scottsdale Road,
Suite 290, Scottsdale, AZ 85254

596 Network Corp
394 N Main Street
Suite #7
Southampton, NY 11968-2837

6040 LLC
3945 Lorna Road
Hoover, AL 35244

615 Building Company LLC
730 5th Avenue
Apt #2202
New York, NY 10019

615 Garage Corporation
11 East 61st Street
New York, NY 10065

A1 Plumbing & Heating Corp
120 North Central Avenue
Ramsey, NJ 07446

Aaron Mitchell
55 Madison Avenue
Morristown, NJ 07960

Access Capital Inc
400 Park Avenue
Suite #1900
New York, NY 10022

Access Staffing
1011 Route 22 West
Suite #200
Bridgewater, NJ 08807

ADO Professional Solutions Inc
10151 Deerwood Park Boulevard
Suite #400
Jacksonville, FL 32256

Adorama
42 W 18th Street
New York, NY 10011

ADP
1 ADP Boulevard
Roseland, NJ 07068

Aerial Messages
1060 Woodcock Road
Orlando, FL 32803

Agora Lab Inc
2804 Mission College Blvd
Suite #110
Santa Clara, CA 95054

AI Group Holdings Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building Ste 104
Wilmington, DE 19810

AIG
1271 Avenue of the Americas
New York, NY 10020

Ajilon Professional Staffing LLC
305 N State Route 17
Suite #4
Paramus, NJ 07652-2913

Akamai Technologies
145 Broadway
Cambridge, MA 02142

Alex Hadjicharalambous
2318 28th Street
Astoria, NY 11105-2802

Alex Hadjicharalambous
c/o Jenna Dabbs
Kaplan Hecker & Fink LLP
350 Fifth Avenue
63rd Floor
New York, New York 10118

Alex Hadjicharalambous
Jenna Dabbs
Kaplan Hecker & Fink LLP
350 Fifth Avenue
63rd Floor
New York, New York 10118

AlixPartners LLP
40 West 57th Street
29th Floor
New York, NY 10019

All Air Custom Brokers Inc
14543 226th Street
Springfield Gardens, NY 11413

All Points Boats, Inc.
900 SW 21st Terrace
Fort Lauderdale, FL 33312

Alvarez and Marsal
600 Madison Avenue
Floor 8
New York, NY 10022

ALX Inc
210 Route 4 East
Paramus, NJ 07652-5108

American Conserv…
910 17th Street
Suite #400
Washington, D.C. 20006-2626

10166Amy Buck
500 International Dr.
Suite 122
Budd Lake, NJ 07828

10166Ana C. Izquiedo-Henn
Calle 9
E3
Guaynabo, Puerto Rico 00966

Ana C. Izquiedo-Henn
Samidh Guha
Partner | GUHA PLLC
1740 Broadway, 15th Floor,
New York, NY 10019

Andrew Sulner, MSFS, JD
220 E 57th Street
#200
New York, NY 10022

Ansell Grimm & Aaron PC
1177 Avenue of the Americas
5th floor
New York, NY 10036

Anthem Blue Cross Blue Shield
165 Broadway
New York, NY 10006

Anthony "Tony" DiBattista
Anthony DiBattista
Lexington Property and Staffing, Inc.
750 Lexington Avenue, 8th Floor
New York, NY 10022

Antichita Colella LLC
64 Longmeadow Road
Shelton, CT 06484

Appsflyer Inc
100 1st Street
Floor 25
San Francisco, CA 94105

AppsTek
5055 Keller Springs Road
Suite #200
Addison, TX 75001

Archer & Greiner PC
1025 Laurel Oak Road
Voorhees, NJ 08043

Aries Global Logistics, Inc.
365 Franklin Avenue
Franklin Square, NY 11010

Arista Air Conditioning Corp
38-26 10th Street
Queens, NY 11101

Arri Inc
617 NY-303
Blauvelt, NY 10913

Art Wolf Inc
520 1st Avenue
Seattle, WA 98104

Arvanaghi Consulting
2019 Q Street NW
Washington, D.C. 20009

AT&T
208 S. Akard Street
Dallas, TX 75202

Atlassian
888 Broadway
Floor 4
New York, NY 10003

Audio Video Intelligence Agency
519 Foundry Street
Easton, MA 02356

AVR Expos
1732 1st Avenue
Unit #21341
New York, NY 10128

B&H Photo
420 9th Avenue
New York, NY 10001

BAC Capital LLC
211 West 14th St.
Unit 9B
New York, New York, 10011

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

BakerHostetler LLP
P.O. Box 70189
Cleveland, OH 44190-0189

Bannon Strategic Advisors, Inc.
8391 Beverly Blvd
Unit #121
Los Angeles, CA 90048

BCG Marble & Granite
150 Farady Avenue
Jackson Township, NJ 08527

Beacon Hill Staffing
88 Pine Street
22nd Floor
New York, NY 10005

Beauvais Carpet
36 E 57th Street
New York, NY 10022

Benhar Office Interiors
148 West 37th Street
12th Floor
New York, NY 10018

Bergen Brick Stone & Tile Co
685 Wyckoff Avenue
Wyckoff, NJ 07481

Bernard Kerik
905 Mill Road
Franklin Lakes, NJ 07417

Bernardo Enriquez
Lamp Capital LLC
667 Madison Avenue
New York , NY 10065

Best Guest Media
57 W 57th Street
New York, NY 10019

Bingshang Jiao
2901 Brians Hill Ln
Oakton, VA 22124

Bitmovin
41 Drumm Street
2nd Floor
San Francisco, CA 94111

Blueberry Builders
299 Broadway
Suite #1320
New York, NY 10007

Bluegrounds
106 W 32nd Street
New York, NY 10001

BMW of Manhattan - New York NY
555 West 57th Street
New York, NY 10019

Boies Schiller Flexner LLP
Joshua Irwin Schiller, Esq.
55 Hudson Yards
20th Floor
New York, NY 10001

Booming Sail New York LLC
Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building, Ste 104
Wilmington, DE 19810

Boris Epshteyn Inc
One Chase Manhattan Plaza
New York, NY 10005

Bourne In Time
15 Barclay Road
Scarsdale, NY 10583

Brent Petro Inc.
108 West 13th St
Wilmington DE 19801
8100 Cambridge St. 128
Houston TX 77054

Brioni
688 Madison Avenue
New York, NY 10022

BrowerStack
444 De Haro Street
Suite #212
San Francisco, CA 94107

Brown Harris Stevens
770 Lexington Avenue
10th Floor
New York, NY 10065
445 Park Avenue
New York, NY 10022

Brown Rudnick LLP
7 Times Square
New York, NY 10036

Brown Rudnick LLP
William R. Baldiga, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

Brown Safe Manufacturing Inc
1081 Poinsettia Avenue
Vista, CA 92081

Bruce Green
3100 SE Pruitt Road
Apt #H103
Port St. Lucie, FL 34952

Buck Esq. LLC
500 International Dr.
Suite 122
Budd Lake, NJ 07828

Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

California Closet
26 Varick Street
New York, NY 10013

Castle Global Inc
575 Market Street
Floor 15
San Francisco, CA 94105-5815

Catafago Fini LLP.
60 E 42nd Street
Suite #4700
New York, NY 10165

Causeway Automotive
375 Route 72
Manahawkin, NJ 08050

Cavender Consulting
3 Cornelia Drive
Greenwich, CT 06830-3906

Cedric DuPont Antiques
3415 S. Dixie Highway
West Palm Beach, FL 33405

CFT Solutions
PO Box 6453
Douglasville, GA 30135

Chaudhry Law PLLC
147 W 25th Street
12th floor
New York, NY 10001

Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068

Chris Lee (a/k/a Nan Li, Chris Li, Mei Guo
Xiao Li)
649 Puma Canyon Ln
Glendora, CA 91740
7940 Garvey Ave.
Ste. 202
Rosemead, CA 91770

Christi C Bagley
4940 Pisgah Road
Cumming, GA 30028-3698

Christian Loop Corp
7501 Trafalgar Circle
Apt #223
Hanover, MD 21076

Christie's International Real Estate New
Jersey, Inc.
1 Rockefeller Plaza
#2402
New York, NY 10020

Christine Frosini
152 W. Saddle River Rd.
Saddle River, NJ 07458

Chubb
15 Mountain View Road
Warren, NJ 07061-1615

Churyk Company, Inc.
8 Center Street
Bedford Hills, NY 10507

Cirrus Aircraft
2 Cranbury Station Road
Hightstown, NJ 08520

Cirrus Design Corporation (d/b/a Cirrus
Aircraft)
4515 Taylor Cir
Duluth, MN 55811-1548

Cirrus Design Corporation (d/b/a Cirrus
Aircraft)
c/o Registered Agent Solutions, Inc.
222 S. 9th Street
Suite 450
Minneapolis, MN 55402

Cirrus Industries, Inc.
4515 Taylor Cir
Duluth, MN, 55811-1548

Cirrus Industries, Inc.
c/o Registered Agent Solutions, Inc.
838 Walker Road, Suite 21-2
Dover, DE 19904

Citi Realty Services
383 Greenwich Street
New York, NY 10013

Clark Hill PLC
1001 Pennsylvania Ave NW
Suite 1300 South
Washington, DC 20004

Clayman & Rosenberg LLP
305 Madison Avenue
Suite #650
New York, NY 10165

Cloud9 Smart LLC
1450 Broadway
11th Floor
New York, NY 10018

Cloudflare
101 Townsend Street
San Francisco, CA 94107

Cogent Communications
2450 N Street, NW
Washington, D.C. 20037

Cohen Howard LLP
766 Shrewsbury Avenue
Suite #200
Tinton Falls, NJ 07724

Cohn Birnbaum & Shea P.C
185 Asylum Street
15th Floor
Hartford, CT 06103

Cohn Birnbaum & Shea P.C.
185 Asylum Street,
City Place II, 15th Floor
Hartford, CT 06103

Cohn Birnbaum & Shea P.C.
Attn: Richard J. Shea Jr.
100 Pearl Street, 12th Fl.,
Hartford, CT 06103

Compass
90 Fifth Avenue
3rd Floor
New York, NY 10011

Conklin Associates
29 Church Street
Ramsey, NJ 07446

Connecticut Fence & Landscaping, LLC.
362 Danbury Road
New Milford, CT 06776

Counsel Press Inc
10 East 40th Street
5th Floor
New York, NY 10016

Crane Advisory Group LLC
c/o United States Corporation Agents, Inc.
7014 13th Avenue
Suite 202
Brooklyn, NY, 11228

Crane Advisory Group LLC
One World Trade Center
85th Floor
New York, NY 10007

Crocker Mansion Estate LLC
Ilija Pavlovic
19 Spear Road, Suite 306
Ramsey, NJ 07446

Daniel S. Steinberg P.C.
355 Lexington Avenue
Suite #401
New York, NY 10017

Daniel Thomas Podhaskie
1722 215th St.
Apt 2
Bayside, NY 11360

David Fallon
71-75 Uxbridge Rd,
Ealing, London W5 5SL,
United Kingdom

Day Pitney LLP
605 Third Avenue
31st floor
New York, NY 10158-1803

Defeng Cao
88 Regent St.
Apt 1012
Jersey City, New Jersey 07302-7320

Defeng Cao
Katherine E. Mateo
Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY 10019

Delaware E-corp
401 Federal Street
Suite #4
Dover, DE 19901

Dell
1 Dell Way
Round Rock, TX 78682

DHL Express
570 Polaris Parkway
Westerville, OH 43082

Diamond and Silk
7711 S. Raeford Road
Suite #102-171
Fayetteville, NC 28304

Ding "Ivan" Lin
101 Merritt 7 Corporate Park
Suite 300
Norwalk, Connecticut 06851

Ding "Ivan" Lin
134-25 Franklin Ave.
Apt. 217
Queens, New York 11355

Ding G. Wang a/k/a Dinggang Wang
7636 Heavenly Peak St.
Las Vegas, NV 89166-5202

Direct Persuasion
1300 17th Street North
Arlington, VA 22209

Disruptor Radio
701 German School Road
Richmond, VA 23225

DJD Creative LLC
43 Hunnewell Way
The Woodlands, TX 77382-5401

Doaa Dashoush
29 Vista Trl
Wayne, NJ 07470-6278

Donn Gerelli Associates
321 S Riverside Avenue
Croton-On-Hudson, NY 10520

East 57th Street LLC
555 Madison Avenue
Suite #18
New York, NY 10022

ECF Data LLC
4785 S Durango Drive
#206
Las Vegas, NV 89147

Eficens Systems
5400 Laurel Springs Parkway
Suite #603
Suwanee, GA 30024

Elixir Technical Consulting
707 Alexander Road
Suite #208
Princeton, NJ 08540

ELJM Consulting
790 Madison Avenue
New York, NY 10065

Emery Celli Brinkerhoff Abady Ward &
Maazel LLP
600 5th Avenue
10th Floor
New York, NY 10020

Emile P de Neree
12 Flying Cloud Rd
Stamford, Connecticut 06902-7723

Emile P de Neree
Compass Real Estate
200 Greenwich Ave
3rd Floor
Greenwich, Connecticut 06830

Empire Blue Cross Blue Shield
165 Broadway
New York, NY 10006

ENCON Heating and Air Conditioning
1265 Woodend Road
Stratford, CT 06615

Equity Stock Transfer LLC
237 W 37th Street
#602
New York, NY 10018

Eric Goldsmith MD LLC
420 Madison Avenue
Room 801
New York, NY 10017

Erich Courant & Co
25 E Spring Valley Avenue
Suite #270
Maywood, NJ 07607

EU-NY Trading Inc
73 Spring Street
New York, NY 10012-5800

Eversource
300 Cadwell Drive
Springfield Gardens, MA 01104

Fabre Technologies
27 Horseneck Road
Suite #220
Fairfield, NJ 07004

Fabrizio Lee & Associates
915 King Street
Alexandria, VA 22314

Fania Roofing Company
271 E. Blackwell Street
Dover, NJ 07801

Federal Corporation
120 E Main Street
Oklahoma City, OK 73104

Fedex
942 South Shady Grove Road
Memphis, TN 38120

Flat Rate Movers, LTD
555 West 25th Street
3rd Floor
New York, NY 10001

Flat Rate Moving
27 Bruckner Blvd
Bronx, NY 10454

Flat Rate Moving
936 Broadway
New York, NY 10010

Foley's Pump Service, Inc.
30 Miry Brook Road
Danbury, CT 06810

Fox Corporation
1211 Avenue of the Americas
New York, NY 10036

Frankfurt Kurnit Klein & Selz PC
28 Liberty Street
35th floor
New York, NY 10005

Fromm America
882 Fairacres Avenue
Westfield, NJ 07090

FungWan Trading Inc.
108 West 13th St.
Wilmington DE 19801

Funky Foundations, Inc.
357 West 21st Street
New York, NY 10011

Funky Foundations, Inc.
c/o Richard Kingman
302A West 12th Street
#117
New York, New York 10014

G Club One
c/o Leanne Li
800 N Harper Ave
Los Angeles, CA  90046

G Club Operations LLC
53 Calle Palmeras
Suite 1401
San Juan PR 00901

G Club Operations LLC
c/o CT Corporation
361 San Francisco Street
4th. Floor
San Juan, PR 00901

G Club Operations LLC
c/o Carolina A. Fornos
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY  10019

G Club Three
c/o Leanne Li
800 N Harper Ave
Los Angeles, CA  90046

G Club US Operations Inc.
590 Madison Avenue
New York, NY 10022

G Club US Operations Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE

G Club US Operations Inc.
UPS Found Address
800 N HARPER AVE
LOS ANGELES, CA 90046

G Club US Operations LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

G Fashion LLC
PO Box 9022946
San Juan, PR 00902

G Fashion LLC
CT Corporation System
361 San Francisco Street, 4th Floor
San Juan, PR 00901

G LIVE, LLC
(Voluntarily Dissolved)
c/o Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building Ste 104
Wilmington, DE 19810

G Live, LLC
Corporate Creations Network Inc
3411 Silverside Road
Tatnall Building Ste 104
Wilmington, DE 19810

G4S Secure Solutions (Hong Kong) Ltd
(via Wise in HKD)
176 Baronial Hts
Johnstown, NY 12095-3408

Gallagher O'Connor Development
140 1st Street
Yonkers, NY 10704

Ganfer Shore Leeds & Zauderer LLP
360 Lexington Avenue
New York, NY 10017

Gault Energy
11 Ferry Lane
Westport, CT 06880

GBROADCAST, LLC
c/o Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building #104
Wilmington, DE 19810

GEC Design Group LTD
143 West 30th Street
Suite #12B
New York, NY 10001

G-EDU Inc.
c/o Yue Zhou
301 West 110 Street, Apt. 8E
New York, NY 10026

Gettr USA, Inc.
c/o CT Corporation System
28 Liberty Street,
New York, NY 10005

Gettr USA, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

GFashion Media Group Inc.
5639 W. Sunset Blvd.
Los Angeles, CA 90028

GFashion Media Group Inc.
c/o Corporate Creations Network Inc.
5901 W. Century Blvd., #750
Los Angeles, CA 90045

GFNY, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Ginger Finds
110 East 25th Street
New York, NY 10010

Ginnel Associates, Inc. (d/b/a Ginnel Real
Estate)
c/o Daniel H. Ginnel
493 Bedford Center Road
Bedford Hills, New York 10507

Gladys Chow
10221 63rd Road
Apt. 64A
Forest Hills, NY 11375

GM 27 LLC
15 North Mill Street
Nyack, NY 10960

GM 27 LLC
c/o Corporate Creations Network Inc.
600 Mamaroneck Avenue, #400
Harrison, NY 10528

GM 27 LLC
c/o Russ LLP
140 Pearl Street
Suite 100
Buffalo, NY 14202

GMUSIC
Gmusic LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

GMUSIC
Gmusic LLC
c/o CT Corporation System
361 San Francisco Street, 4th Floor
San Juan, PR 00901

GMUSIC
Gmusic LLC
PO Box 9022946
San Juan, PR 00902

Gnews Media Group Inc.
c/o Corporate Creations Network
3411 Silverside Road
Tatnall Building #104
Wilmington, DE 19810

G-News Operations, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

G-News Operations, LLC
One Gateway Center
Suite 2600
Newark, New Jersey 07102

Gold Medal Service North
11 Cotters Lane
East Brunswick, NJ 08816

Goldberg Segalla LLP
1700 Market Street
Suite #1418
Philadelphia, PA 19103

Golden Spring (New York) Ltd.
c/o CT Corporation System
28 Liberty Street,
New York, NY 10005

Goldfarb & Huck Roth Riojas PLLC
925 4th Avenue
Suite #3950
Seattle, WA 98104

Google AdWords
1600 Amphitheatre Parkway
Mountain View, CA 94043

Google Cloud
1600 Amphitheatre Parkway
Mountain View, CA 94043

Greenwich Land LLC
c/o Hing Ch Ngok
373 Taconic Road,
Greenwich, CT 06831

Greenwich Land, LLC
c/o Corporate Creations Network Inc.
3411 Silverside Road,
Tatnall Building, Ste 104
Wilmington, DE 19810

Greenwich Pool Service LLC
16 Liberty Street
Stamford, CT 06902

Grocyber LLC
5116 Forsgate Pl
Fairfax, VA 22030

Ground Floor Video
3251 Eagle Watch Drive
Woodstock, GA 30189

GS Security Solutions Inc.
218 Elsie Ave
Merrick, New York 11566

GS Security Solutions Inc.
c/o Rob Grand
Lax & Neville LLP
350 Fifth Avenue Suite 4640
New York, New York 10118

GS Security Solutions
176 Baronial Hts
Johnstown, NY 12095-3408

GTV Media Group, Inc.
c/o Aaron Mitchell, Esq.
Lawall & Mitchell, LLC
55 Madison Avenue
Morristown, NJ 07960

GTV Media Group, Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road, Tatnall Building Ste
104
Wilmington, DE 19810

Guidepost Solutions LLC
415 Madison Avenue
11th Floor
New York, NY 10017

Gypsy Mei Food Services LLC
c/o Corporate Creations Network Inc.
600 Mamaroneck Avenue, #400
Harrison, NY 10528

Gypsy Mei Food Services LLC
c/o Corporate Creations Network Inc.
Tatnall Building
3411 Silverside Road, Suite 104
Wilmington, DE 19810

Gypsy Mei Productions LLC
c/o Corporate Creations Network Inc.
Tatnall Building
3411 Silverside Road, Suite 104
Wilmington, DE 19810

H Shaw Enterprises LLC - Delray Beach
FL
1201 Georgia Street
Delray Beach, FL 33444

Hadron Strategies
1911 Sword Lane
Alexandria, VA 22308

Haitham Khaled
16 Princeton Drive
Dix Hills, NY 11746

Hallak Cleaners
1232 2nd Avenue
New York, NY 10065

Hamilton Capital Holdings Inc.
Corporate Creations Network
3411 Silverside Road, Tatnall Building
#104
Wilmington, DE 19810

Han Chunguang
162 E. 64th Street
New York, NY 10065

Han Chunguang
373 Taconic Rd
Greenwich, CT 06831

Harder Stonerock, LLP
8383 Wilshire Blvd
Suite #526
Beverly Hills, CA 90211

Havana Tranquility
25139 Marion Avenue
Punta Gorda, FL 33950

HCHK Property Management, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

HCHK Property Management, Inc.
500 Putnam Avenue
Suite #40
Greenwich, CT 06830

HCHK Technologies, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

HCHK Technologies, Inc.
c/o Corporation Service Company
80 State Street
Albany, NY 12207

HGA Property Management
c/o Qin Li
312 Colwick Ln
Morrisville, NC 27560-6624 US

HGA Property Management
One Gateway Center
Suite 2600
Newark, New Jersey, NJ 07102

HHS Capital Inc.
14660 SW 14 St.
Pembroke Pines, FL 33027

Himalaya Investment LLC
c/o Jiaming Liu
7424 E Blackrock Rd.
Scottsdale, AZ 85255

Himalaya New World Inc.
12587 Fair Lakes Cir, Ste 135
Fairfax, VA, 22033

Himalaya New World Inc.
c/o Bingshang Jiao
2901 Brians Hill Ln.
Oakton, VA, 22124, USA

Himalaya Ventures LLC
2500 El Camino Real #209
Palo Alto, CA 94306

Himalaya Ventures LLC
c/o Capitol Services, Inc.
108 Lakeland Avenue
Dover, DE 19901

Hing Ch Ngok
373 Taconic Road,
Greenwich, CT 06831

HK International Funds Investments (USA)
Limited, LLC
National Corporate Services, Inc.
203 NE Front Street, Suite 101
Milford, DE 19963

Hodgson Russ LLP
605 3rd Avenue
Suite #2300
New York, NY 10158

Hodgson Russ LLP
605 Third Ave.
New York, NY 10036
Attn: Kevin Kearny

HR Search Partners
555 5th Avenue
New York, NY 10017

Hudson Diamond Holding LLC
c/o Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building #104
Wilmington, DE 19810

Hudson Diamond Holding LLC
c/o Jim Moriarty
Zeisler & Zeisler, P.C.
10 Middle Street, 15th floor
Bridgeport, CT 06605

Huk Trading Inc.
651 N Broad St
Suite 206
Middletown, DE 19709

IDB Bank [Credit Card Payment]
1114 Sixth Avenue
New York, NY 10110

IHeartMedia
20880 Stone Oak Parkway
San Antonio, TX 78258

Impeccable Landscaping LLC
411 Shadyside Road
Ramsey, NJ 07446

Indium Software
300 Carnegie Centre
Suite #150
Princeton, NJ 08540

Infinity Treasury Management Inc.
(Inactive entity)
c/o Corporate Creations Network Inc.
3411 Silverside Road
Tatnall Building, Ste 104
Wilmington, DE 19810

Insight Title Services LLC
518 Stuyvesant Ave
Lyndhurst, NJ 07071

International Treasure Group LLC
4394 Fox Ridge Drive
Weston, FL 33331

Island Powersports - Massapequa NY
4116 Sunrise Highway
Massapequa, NY 11758

Ivey, Barnum & O'Mara Real Estate
170 Mason Street
Greenwich, CT 06830
Attn: Tom S. Ward

Jack s. Lipson, Esq.
830 Post Road East
Westport, CT 06880

Jackson Lewis PC
1601 Cherry Street
#1350
Philadelphia, PA 19102

Jamestown Associates
421 Chestnut Street
Philadelphia, PA 19106

JAMF
100 Washington Avenue
Suite #1100
Minneapolis, MN 55401

Janover LLC
485 Madison Avenue
9th Floor
New York, NY 10022

Janover LLC
c/o Rory G. Greebel
Wilson Elser Moskowitz Edelman &
Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604

Janover LLC
Mindy Kamen
100 Quentin Roosevelt Blvd
Suite 516
Garden City, NY 11530

Jason Miller
2305 N Lincoln St
Arlington, VA 22207-3856

Jaurigue Law Group
300 West Glenoaks Boulevard
Glendale, CA 91202

JB Mason N Carpentry LLC
64 Avery Street
1st Floor
Stamford, CT 06902

JDM Staffing Corp
5 Salem Road
New York, NY 10956

Jenner & Block LLP
1099 New York Ave., NW, Suite 900
Washington, DC 20001-4412

Jesse Brown
1425 S. Central Ave.
Flagler Beach, Florida 32136

Jessica Mastrogiovanni
Bragar Wexler Eagel & Squire, P.C.
885 3rd Ave Ste 3040
New York, NY, 10022-4834
Attn: Jessica Mastrogiovanni

Jiaming Liu
7424 E Blackrock Rd.
Scottsdale, AZ 85255

Jim Moroney's Inc - New Windsor NY
833 Union Avenue
New Windsor, NY 12553

JK Chef Collections LLC
500 West Putnam Avenue
East Suite #400
Greenwich, CT 06830

JM Bullion Inc
11700 Preston Road
Suite #660153
Dallas, TX 75230

Johnson Controls
5757 N. Green Bay Avenue
P.O. Box 591
Milwaukee, WI 53201

Jolley Urga Woodbury & Holthus
50 S Stephanie Street
#201
Henderson, NV 89012

Joshua I. Sherman
10 Mohawk Drive
Livingston, New Jersey 07039

Kamel Debeche
518 N San Vicente Blvd.
West Hollywood, California 90048

Karin Maistrello
17 Gifford Ave
Apartment 5F
Jersey City, New Jersey 07304

Karin Maistrello
445 Park Avenue
New York, NY 10022

King and Partners
9 E 40th Street
3rd floor
New York, NY 10016

KNI-Pro-Tec, Inc.
62 June Road North
Salem, NY 10560

Konica Minolta Business Solutions USA
Inc
100 Williams Drive
Ramsey, NJ 07446

Koons - Vienna VA
2050 Chain Bridge Road
Vienna, VA 22182

Kostelanetz LLP
250 Greenwich Street
F34
New York, NY 10007

KPC Acquisition LLC
5 Maple Avenue
Morristown, NJ 07960

Kyle Bass
Hayman Capital Management, L.P.
Parkland Hall at Old Parkland
3889 Maple Avenue
6th Floor
Dallas, Texas 75219
Attn: Kyle Bass

Kyle Bass
Hayman Capital Management, Parkland
Hall at Old Parkland
3889 Maple Avenue
6th Floor
Dallas, TX 75219

Labarbiera Custom Homes LLC
2 Patriots Lane
Saddle River, New Jersey 07458

LaBarbiera Custom Homes
Vincent LaBarbiera
1 Farmstead Road
Mahwah, NJ 07430

Lamp Capital LLC
c/o CT Corporation System
820 Bear Tavern Rd.
West Trenton, NJ 08628

Law Office of Neil M. Sunkin
22908 Gershwin Drive
Woodland Hills, CA 91364

Lawall & Mitchell, LLC
Aaron Mitchell, Esq.
55 Madison Avenue
Morristown, NJ 07960

Leading Shine NY Ltd.
3411 Silverside Road
Tatnall Building #104
Wilmington, Delaware 19810

LeewayHertz Technologies
388 Market Street
Suite #1300
San Francisco, CA 94111

Leo Brothers Landscaping Services
29 Meadow Street
Danbury, CT 06810

Lexington Property and Staffing, Inc.
750 Lexington Avenue, 8th Floor
New York, NY 10022

Lexolution LLC
75 Broad Street
Suite #610
New York, NY 10004

LH Gault & Son Inc
11 Ferry Lane
Westport, CT 06880

Liberty Jet Management
29 Schaefer Drive
Ronkonkoma, NY 11779

Liberty Jet Management
c/o American Incorporators Ltd.
1013 Centre Road, Suite 403-A
Wilmington, DE 19805

Lightworks Interactive
30-A Howard Place
Ronkonkoma, NY 11779

Lihong "Sara" Wei Lafrenz
14747 N Northsight Blvd
Ste 111
Scottsdale, Arizona 85260-2633

Lihong "Sara" Wei Lafrenz
1850 W Orange Grove Rd.
Tucson, Arizona 85704

Limarie Reyes
125 Harbour Dr.
Apt. 26
Humacao, Puerto Rico 00791

Limarie Reyes
Paul M. Krieger
Krieger Kim & Lewin LLP
350 Fifth Avenue,
77th Floor | New York, NY  10118

Line Drive Public
8647 Richmond Highway #183
Alexandria, VA 22309-4206

LinkedIn Corporation
1000 W. Maude Avenue
Sunnyvale, CA 94085

Linwan "Irene" Feng
1100 Frank E Rodgers Blvd S
Apt 457
Harrison, New Jersey 07029-2429

Linwan "Irene" Feng
One Gateway Center
Suite 2600
Newark, New Jersey 07102

Lionkube LLC
13173 Spica Drive
Lone Tree, CO 80124

Lipman Law PLLC
45 West 29th Street
Suite 303
New York, NY 10001

Lobel Modern NYC
200 Lexington Ave
Suite #915
New York, NY 10016

Logan Circle
1100 13th Street NW
Suite #800
Washington, D.C. 20005

Lopez Woodfloors LLC
33 Irving Avenue
Apt #1
Stamford, CT 06902

Loyens Loeff
555 Madison Avenue
New York, NY 10022

LPC Commercial Services
1530 Wilson Blvd
Suite #200
Arlington, VA 22209-2423

LSS Inc
1445 South Washington Avenue
Lansing, MI 48910

Luu Marine & Associates
2031 SW 20th Street
Fort Lauderdale, FL 33315

M Silberstein Interior Design
428 Broad Street
Shrewsbury, NJ 07702

Mandelli USA Inc
1 Wood Road
Wilmington, DE 19806

Manhattan Motorcars Inc - New York NY
711 11th Avenue
New York, NY 10019

Mar-a-Lago Club LLC
1100 S. Ocean Blvd.
Palm Beach, FL 33480

Mar-a-Lago Club LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Marcum LLP
730 3rd Avenue
11th Floor
New York, NY 10017

Mark Gundersen
2689 24th Road South
Arlington, VA 22206

Martha Jeffery
80 Northfield St.
Greenwich, Connecticut 06830-4618

Martha Jeffery
Sotheby's International Realty - Greenwich
Brokerage
One Pickwick Plaza
Greenwich, Connecticut
06830, United States

Mary Dowdle (a/k/a Muffin Dowdle)
41 Smith Road
Sharon, CT 06069-2401

Mary Jiang
33 Encina Ave
Palo Alto, CA 94301

Matt Mowers LLC
P.O. Box 10297
Bedford, NH 03110

Matthew Levine
Elliott Kwok Levine & Jaroslaw LLP
565 Fifth Avenue
New York, NY 10017

Mauro Lilling Naparty LLP
100 Crossways Park Drive West
#310
Woodbury, NY 11797

Mavrides Moyal Packman Sadkin
1981 Marcus Avenue
Suite #E117
New Hyde Park, NY 11042

Max Krasner
162 E. 64th Street
NY, NY 10605

Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Maywind Trading LLC
12810 N Cave Creek Rd.
Apt 206
Phoenix, AZ, 85022

Maywind Trading LLC
3341 S Wallace St., Apt B
Chicago IL 60616

Maywind Trading LLC
c/o Legalinc Corporate Services Inc.
200 E Randolph ST
Ste 5100
Chicago, IL 60601

McDermott Will & Emery LLP
P.O. Box 1675
Carol Stream, IL 60132-1675

McDonald Carano
2300 West Sahara Avenue
Suite #1200
Las Vegas, NV 89102

McDonnell & Whitaker LLC
245 E Main St.
Ramsey, NJ 07446

McLaughlin & Associates
566 South Route 303
Blauvelt, NY 10913

McManimon, Scotland & Baumann
75 Livingston Avenue
2nd Floor
Roseland, NJ 07068

Medical Supply System International LLC
3101 N. Central Ave
Ste 183 #2727
Phoenix, Maricopa, AZ 85012

Mei Guo
[Redacted]

Mei Guo
c/o Jim Moriarty
Zeisler & Zeisler, P.C.
10 Middle Street, 15th floor
Bridgeport, CT 06605

Melissa Francis
c/o Jonathan Bach
Shapiro Arato Bach LLP
500 Fifth Avenue
40th Floor
New York, NY 10110

Melissa Francis
Melissa Francis, Esq.
The Francis Firm PLLC
33 W 60th Street, Floor 2
New York, NY 10023

Meltwater News
1 Pennsylvania Plaza
Suite #4125
New York, NY 10119

Mercedez-Benz Manhattan Inc - New York
NY
770 11th Avenue
New York, NY 10019

Miller Motorcars Inc - Greenwich CT
342 West Putnam Avenue
Greenwich, CT 06830

Milo Kleinberg
902 Broadway
New York, NY 10010

Min Yang
10740 Queens Blvd.
Apt 11G
Forest Hills, NY 11375-4211

ModSquad Inc
2018 19th Street
Sacramento, CA 95818

Moran Yacht Management Inc
1300 SE 17th Street
#200
Fort Lauderdale, FL 33316

Morvillo Abramowitz Grand Iason &
Anello PC
565 5th Avenue
New York, NY 10017

Murphy Cordier
2025 North Third Street
Suite #200
Phoenix, AZ 85004

N.A.R. Enterprise
1717 77th Street
Brooklyn, NY 11214

N87 Inc
106B Sharon Road
Robbinsville, NJ 08691

Nadeem Akbar
Lamp Capital LLC
667 Madison Avenue
New York NY 10065

Nardello & Co LLC
565 Fifth Avenue
New York, NY 10017

Nash Events
1943 High Ridge Road
Annapolis, MD 21409-5814

New York MOS Himalaya LLC and/or
MOS Himalaya LLC
40 Brompton Road
Great Neck, NY 11021

New York MOS Himalaya LLC and/or
MOS Himalaya LLC
c/o A Registered Agent, Inc.
8 The Green, Ste. A
Dover, DE 19901

New York Young Republicans
122 East 83rd Street
New York, NY 10028

Nicholas F. Savio
3 Dale Court
Hazlet, New Jersey 07730

Nicholas F. Savio
63 New Jersey Ave.
Ocean Grove, New Jersey 07756

Nodal Partners, LLC
13809 N Highway 183
Suite 279
Austin, Texas 78750-1213

Nodal Partners, LLC
c/o Song Deng
13640 Briarwick Drive
Suite 180
Austin, Texas 78732

NRT New England LLC (d/b/a Coldwell
Banker Residential Brokerage)
c/o Corporate Creations Network Inc.
6 Landmark Square
4th Floor
Stamford, Connecticut 06901

O.S.C. Orbit Service Company LLC
101 Merritt 7
Corporate Park, Suite 300
Norwalk, CT 6851

Ocorian Consulting
505 5th Avenue
Suite #1501
New York, NY 10017

On the Spot
501 Cambria Avenue
Suite #194
Bensalem, PA 19020

One Trust LLC
1200 Abernathy Road
Suite #700
Atlanta, GA 30328

One Way Packaging
371 El Rancho Drive
La Habra, CA 90631

OSC Orbit II Service Company
101 Merritt
7 Corporate Place - 3rd Floor
Norwalk, CT 06851

Otis Elevator Company (HK) Limited (via
Wise in HKD)
1 Carrier Place
Farmington, CT 06032

PAG New Jersey JL1 LLC
2555 Telegraph Road
Bloomfield Hills, MI 48302

Parent Electric, Co.
47 Whooping Hollow Road
East Hampton, NY 11937

Parker and Lynch
1801 Market Street
Suite #550
Philadelphia, PA 19103

Parscale Strategy
321 6th Street
San Antonio, TX 78215

Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Attn: Nathan Gadd

Paychex
911 Panorama Trail
Rochester, NY 14625

Perfectgift.com
495 Mansfield Avenue
Pittsburgh, PA 15205

Petrillo Klein & Boxer LLP
655 Third Avenue
22nd Floor
New York, NY 10017

Phillips Nizer LLP
485 Lexington Avenue
Floor 14
New York, NY 10017
Attn: Jared R. Clark

Pixshow Film Inc.
108 West 13th St.
Wilmington DE 19801

Potomac Strategy
807 Brazos Street
Unit #810
Austin, TX 78701

Premiere Network
15260 Ventura Blvd
Suite #500
Sherman Oaks, CA 91403

Prime Trust LLC
330 S Rampart Blvd., Suite 260
Las Vegas, NV 89145

Prime Trust LLC
c/o CT Corporation System
3800 N Central Avenue
Suite 460
Phoenix, AZ 85012

Promemoria USA Inc.
152 Madison Ave
17th floor
New York, NY 10016

Prominent Properties Sotheby's
c/o CT Corporation System
600 N 2nd Street
Suite 401
Harrisburg, PA 17101

Putnam's Landscaping
1 Good Hill Road
Weston, CT 06883

Qi Yong
c/o Michael Conway
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York 10017

Qiang Guo
c/o Berkeley Rowe
Marble Arch Park House
116 Park St.
Mayfair, London, UK W1K 6SS

Qiang Guo
Flat 6, 5 Princes Gate
London SW7 1QJ

Qing "Serena" Cai
7636 Heavenly Peak St
Las Vegas, NV 89166

Raich Ende Molter Co. LLP
1375 Broadway, 15th Floor
New York, NY 10018

Raich Ende Molter Co. LLP
c/o Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530

Randazza Legal Group, PLLC
100 Pearl Street
4th Floor
Hartford, CT 06103

Randstad Technologies LLC
3625 Cumberland Blvd SE
Atlanta, GA 30339

RCN Telecom
650 College Road East
Suite 3100
Princeton, NJ 08540

RD Contractors LLC
127 Greyrock Place
Unit #904
Stamford, CT 06901

Redfin Corporation
1099 Stewart Street, Suite 600
Seattle, WA, 98101

Redfin Corporation
c/o Legalinc Corporate Services Inc.
30 Old Kings Highway South
Darien, Connecticut 06820

Redfin Corporation
c/o Legalinc Corporate Services Inc.
1967 Wehrle Drive, Suite 1 #086
Buffalo, NY 143221

Redis Lab Inc
700 E El Camino Real
Suite #250
Mountain View, CA 94041

Research Service Bureau Inc
6811 S 204th Street
Kent, WA 98032

Restoration Hardware
15 Koch Road
Corte Madera, CA 94925

RHND Ocala LLC
5331 N. US Hwy 441
Ocala, FL 34475

Right Side Broadcasting Network
1550 Opelika Road
Suite #6, Box 344
Auburn, AL 36830

Roadway Movers
845 3rd Avenue
6th Floor
New York, NY 10022

Rockland Electric
1 Blue Hill Plaza
Suite #20
Pearl River, NY 10965-3100

Rockland Wall Covering & Paint
14 Fair Haven Drive
New City, NY 10956

ROI Media Strategies
750 Park Of Commerce Drive
Suite #100
Boca Raton, FL 33487

Ross Heinemeyer
345 E 94th St.
Apt 18G
New York, New York 10128

Rovello Electric Inc
6 Deforest Avenue
#6
East Hanover, NJ 07936

Rule of Law Foundation III Inc.
57 West 57th Street,
Suite 400,
New York, NY 10019

Rule of Law Foundation III Inc.
c/o Richard E. Signorelli, Esq.
52 Duane Street
7th Floor
New York, New York 10007

Rule of Law Foundation III Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Rule of Law Society IV Inc.
57 West 57th Street,
Suite 400,
New York, NY 10019

Rule of Law Society IV Inc.
c/o Richard E. Signorelli, Esq.
52 Duane Street
7th Floor
New York, New York 10007

Rule of Law Society IV Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Ruskin Moscou Faltischek PC
1425 Rexcorp Plaza
Uniondale, NY 11556

RV Retailers East LLC
100 SE Third Avenue
Suite #1850
Fort Lauderdale, FL 33394

Rybovich Boat Company
2175 Idlewild Rd
Palm Beach Gardens, FL 33410

Safe Harbor Newport Shipyard
1 Washington Street
Newport, RI 02840

Sage IT
1100 Cornwall Road
#120
Monmouth Junction, NJ 08852

Saraca Media Group, Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road, Tatnall Building Ste
104
Wilmington, DE 19810

Savio Law
3 Dale Court
Hazlet, New Jersey  7730

Scenic Landscaping LLC
7 Argyle Road
Haskell, NJ 07420

Schulman Bhattacharya LLC
6116 Executive Boulevard
Suite #425
Bethesda, MD 20852

Sedgwick Realty Corp
162 E 64th Street
New York, NY 10065

Sercarz & Riopelle LLP
950 Third Avenue
31st Floor
New York, NY 10022

Sherry Lehmann Wine & Spirits
505 Park Avenue
New York, NY 10022

Short-N-Numbers - Groveland FL
P.O. Box 368
Groveland, FL 34736

Sirius Networking Inc.
651 N Broad St.
Suite 206
Middletown, DE 19709

Skadden, Arps, Slate, Meagher & Flom
920 N. King Street
Wilmington, DE 19801

Skyline Automobiles Inc
7500 West Side Avenue
North Bergen, NJ 07047

Slack Technologies LLC
500 Howard Street
San Francisco, CA 94105

Solgence LLC
300 Delaware Avenue
Suite #210-A
Wilmington, DE 19801

Solomon Treasure Antiques
1050 2nd Avenue
Gallery 83
New York, NY 10022

Sotheby's International Realty Affiliates
LLC
175 Park Avenue
Madison, NJ 07940

Sotheby's International Realty Affiliates
LLC
3290 Northside Parkway
Suite 200
Atlanta, Georgia 30327

Sotheby's International Realty Affiliates
LLC
c/o Corporate Creations Network Inc.
600 Mamaroneck Avenue, Suite 400
Harrison, NY 10528

Spears Imes LLP
51 Madison Avenue
New York, NY 10010

SRS Electrical Consultants, Inc.
2 Copper Avenue
Huntington Station, NY 11746

Stark Carpet Corporation
375 Fairfield Avenue
2nd Floor
Stamford, CT 06902

Statecraft Digital
37 N Orange Avenue
Orlando, FL 32801

Stephen Kindseth
10 Middle St, 15th Fl
Bridgeport, CT  06604

Stokes Lawrence PS
1420 5th Avenue
#3000
Seattle, WA 98101

Stradley Ronon Stevens & Young, LLP
2005 Market Street
Suite 2600
Philadelphia, PA 19103

Swans Team Design
8549 Wilshire Boulevard
Suite #5133
Beverly Hills, CA 90211

Talha Zobair
750 Lexington Avenue
NY, NY 10022

Tanis Concrete Inc
17-68 River Road
Fairlawn, NJ 07410

Target Enterprises
277 Old Branch Road
Unit #2
Thomaston, CT 06787

Teris
11333 N Scottsdale Road
Suite #294
Scottsdale, AZ 85254

The Casper Firm, LLC
c/o Cole Schotz P.C.
Gary H. Leibowitz
300 East Lombard Street
Suite 1800
Baltimore, MD 21202

The Fania Company
271 East Blackwell Street
Dover, NJ 07801

The Francis Firm PLLC
c/o Jonathan Bach
Shapiro Arato Bach LLP
500 Fifth Avenue
40th Floor
New York, NY 10110

The Kerik Group
905 Old Mill Road
Franklin Lakes, NJ 07417-1918

The Mar-a-lago Club
1100 S Ocean Boulevard
Palm Beach, FL 33480

Thomson Reuters/West Publishing
610 Opperman Drive
Eagan, MN 55123

The Casper Firm
400 E. Pratt Street
Suite #903
Baltimore, MD 21202

The Clear Creek Group
120 West Pearl Avenue
Jackson, WY 83001

The Francis Firm PLLC
215 East North Street
Raleigh, NC 27601

The Francis Firm PLLC
Melissa Francis, Esq.
33 W 60th Street, Floor 2
New York, NY 10023

The Lost Draft LLC
c/o Corporate Creations Network Inc.
600 Mamaroneck Avenue, #400
Harrison, NY 10528

Thistle Interiors
15 S Macquesten Parkway
Apt #1
Mount Vernon, NY 10550-1729

TIU Consulting
118 W. Streetsboro
Suite #183
Hudson, OH 44236

Township of Mahwah
475 Corporate Drive
Mahwah, NJ 07430

Tranquility Pools Inc
7 Argyle Road
Haskell, NJ 07420

Transperfect
1250 Broadway
New York, NY 10001

Troutman Pepper Hamilton Sanders LLP
Joanna J. Cline, Esq.
3000 Two Logan Square
Philadelphia, PA 19103

Turning Point USA
4940 East Beverly Road
Phoenix, AZ 85044

Una Wilkinson
c/o Zeisler and Zeisler
10 Middle St, 15th Fl
Bridgeport, CT  06604

UnitedHealthcare
P.O. Box 1459
Minneapolis, MN 55440

Updike, Kelley & Spellacy, P.C.
225 Asylum Street
20th Floor
Hartford, CT 06103

Urban Legend Media
4445 Corporation Ln
Suite #264
Virginia Beach, VA 23462

US Himalaya Capital Inc.
c/o Business Filings Incorporated
108 W 13th St.
Wilmington, DE 19801

US Himalaya Capital Inc.
P.O. Box 391271
Mountain View, CA 94041

USM Modular Furniture
28-30 Greene Street
New York, NY 10013

V.X. Cerda & Associates P.A.
601 Brickell Key Drive
Suite 700
Miami, Florida 33131

Van Berge Henegouwen
2860 W. State Road 84
Suite #107
Fort Lauderdale, FL 33312

Vandenloom Inc
250 East 59th Street
New York, NY 10022

Verdolino & Lowey, P.C.
Craig R. Jalbert, CIRA
124 Washington St.
Foxborough, MA 02035

Versace USA
11 West 42nd Street
Floor 28
New York, NY 10036

Visa
P.O. Box 8999
San Francisco, CA 94128

Voice of Guo Media, Inc.
c/o Lihong Wei Lafrenz
14747 N Northsight Blvd.
Ste 111, #405
Scottsdale, AZ 85260

VVA LLC
117 E 31st Street
New York, NY 10016

Wachtel Missry LLP
885 2nd Avenue
New York, NY 10017

Ward & Berry PLLC
2000 Pennsylvania Avenue
Suite #7000
Washington, D.C. 20006

Watershape Consulting Inc
140 Lomas Santa Fe Drive
Unit #202
Solana Beach, CA 92075

Victor Cerda
17 Jean St
Rye, New York 10580

Voice of Guo Media, Inc.
c/o Elaine Lam
1850 W Orange Grove Rd.
Tucson, AZ 85704

Voranda
650 Castro Street
Suite #120-275
Mountain View, CA 94041

W Hotels
One StarPoint
Stamford, CT 06902

Walden Macht & Haran LLP
One Battery Park Plaza
34th floor
New York, NY 10004

Warroom LLC
225-43 111th Avenue
Jamaica, NY 11429

Weathertest Company Inc.
c/o Karl R. Palzer
285 Amwell Road
P.O. Box 7078
Hillsborough, NJ 08844

Weddle Law PLLC
250 West 55th Street
30th floor
New York, NY 10019

Wencong Wang
6 Briton Ct
Greenville, SC 29615

Wencong Wang
826 North Avenue,
Forest Park, GA 30297

Westy's Storage
200 Route 17 North
Upper Saddle River, NJ 07458

Westy's Storage
c/o John Scagnelli
Scarinci & Hollenbeck LLC
150 Clove Rd, 9th FL
Little Falls, NJ 07424

Whitman Breed Abbott & Morgan LLC
James C. Riley, Esq.
500 West Putnam Avenue
Greenwich, CT 06830

Wildes & Weinberg, PC.
515 Madison Avenue
6th Floor
New York, NY 10022

Willard International Hotel
1401 Pennsylvania Avenue NW
Washington, D.C. 20004

William Je
162 E . 64th Street
NY, NY 10065

Williams & Connolly LLP
Jerry Shulman, Esq.
680 Maine Avenue SW
Washington, DC 20024

Williams & Hill Forwarding
47-14 32nd Pl
Queens, NY 11101

WinterWyman
34 Crosby Drive
Suite #400
Bedford, MA 01730

Yachtzoo Yacht Management LLC
1323 SW 1st Avenue
Fort Lauderdale, FL 33315

Yankwitt LLP
140 Grand Street
Suite #705
White Plains, NY 10601

Yanping "Yvette" Wang
Yanping Wang (Register No. 49116-510)
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brookyn, NY 11232

Yarmuth Wilsdon PLLC
818 Stewart Street
Suite #1400
Seattle, WA 98101

Yinying Wang (a/k/a Xiao Fei Xiang)
2030 Hudson St.
Unit 1019
Fort Lee, NJ 07024

Yongbing Zhang
67 East Madison Street
Suite 1616
Chicago, IL 60603

Yongping Yan (a/k/a Shan Mu)
3727 Seward Ln
Frederick, MD 21704

Yossi Almani
188 Wilson Dr.
Cresskill, New Jersey 07626-1712

Yue Zhou
301 West 110 Street
Apt. 8E
New York, NY 10026

Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
40th Floor
New York, NY 10036

Zeidman Consulting
10981 Willow Valley Court
Las Vegas, NV 89135

Zeisler & Zeisler, P.C.
10 Middle Street
Floor 15
Bridgeport, CT 06604

Zhizhe "Frank" Dong
165 Audubon Ave Apt 6,
New York, New York 10033-8764

Zhizhe "Frank" Dong
44 S. Broadway
Ste 100, #225
White Plains, New York 10601

Cheng Jian Wu Jian She
Gaosheng Guo
Yan Zhao
c/o Ning Ye, Esq.
Law office of Ning Ye, Esq.
135-11 8th Ave. #1A
Flushing, NY 11354

Hong Qi Qu
Nan Tong Si Jian
Jian Gong
Yua Hua Zhuang Shi
c/o Kevin Tung, Esq.
Kevin Kerveng Tung P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Liehong Zhuang
Xiao Yan Zhu
c/o Jonathan T. Trexler, Esq.
Trexler & Zhang, LLP
224 West 35th Street, 12th Floor
New York, NY 10001

Jun Chen aka Jonathan Ho
c/o Wayne Wei Zhu, Esq.
41-25 Kissena Blvd, Suite 112
Flushing, NY 11355

Samuel Dan Nunberg
600 S. Dixie Hwy, Suite 455
West Palm Beach, FL 33401

Golden Spring New York Ltd.
162 E. 64th Street
New York, NY 10065-7478

Romer Debbas LLP
275 Madison Ave., Ste 801
New York, NY 10016-1153

Chao-Chih Chiu
Huizhen Wang
Yunxia Wu
Keyi Zilkie
c/o TroyGould PC
1801 Century Park East, 16th Floor
Attn: Christopher A. Lilly
Los Angeles, CA 90067-2367

Gregory A. Coleman
Coleman Worldwide Advisors, LLC
P O Box 2839
New York, NY 10008-2839

Edward Moss
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Kevin J. Nash
J. Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
125 Park Avenue, 12th Floor
New York, NY 10017

Diana Perez
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Stuart Sarnoff
O'Melveny & Myers LLP
7 Times Square
33rd Floor
New York, NY 10036

Daniel Shamah
O'Melveny & Myers, LLP
7 Times Square
New York, NY 10036

Douglas E. Spelfogel
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Yongbing Zhang
223 West Jackson Blvd. #1012
Chicago, IL 60606

Derek L. Wright
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

Yuanlin Liu
192 Pendleton Dr.
Amherst, VA 24521

Xiaoxiao Lin
24 Sonrisa
Irvine, CA 92620

Edmiston and Company Limited
2 Marina Plaza
Newport, RI 02840

Xiaoming Liu
5-16-50 Nemotomachi
Tajimi City
Gifu Prefecture, 5070065

Affiliated Adjustment Group, Ltd.
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042

Ning Zhao
3611 Summer Ranch Dr.
Katy, TX 77694