**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------x
:
In re:                                              :    Chapter 11
                                                    :
HO WAN KWOK, *et al.*,[1]                           :    Case No. 22-50073 (JAM)
                                                    :
        Debtors.                                    :    (Jointly Administered)
                                                    :
------------------------------------------------------x

**NOTICE OF FILING OF FIFTH INVOICE OF ACHESON DOYLE PARTNERS**
**ARCHITECTS, P.C. FOR ARCHITECTURAL SERVICES**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Granting Genever Holdings LLC's Motion, Pursuant to Bankruptcy Code Section 363(b), for Entry of Order Authorizing Genever Holdings LLC to Obtain Services Necessary to Remediate Areas of Sherry Netherland Apartment Affected by March 15, 2023 Fire* [Docket No. 2213] (the "Remediation Order"),[2] attached hereto as **Exhibit A** is Acheson Doyle's invoice, dated January 9, 2024 (the "Invoice"), related to reviewing the site conditions and scope of deficiencies at the Sherry Netherland Apartment (during the month of December 2023).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Architect Agreement, the Invoice covers the following services:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Remediation Order.

- Construction Bidding Plans Phase (fixed $37,000 fee): $9,250 (remaining 25% progress payment)

    o As detailed in the Architect Agreement, this work stream includes preparing a set of plans tailored for bids by general contractors, including explanatory notes, as well as walk-throughs with prospective bidders.

    o The initial 75% progress payment with respect to the construction bidding plans phase was charged in the invoice for the month of November 2023.

- Pricing Phase (fixed $12,000 fee): $6,000 (remaining 50% progress payment)

    o As detailed in the Architect Agreement, this work stream includes preparing invitations to bid for contractor pricing, attending bidder walk-throughs, and reviewing contractor bids

    o The initial 50% progress payment with respect to the pricing phase was charged in the invoice for the month of October 2023.

- DOB/LPC/Expeditor (fixed $25,000 fee): $12,500 (50% progress payment)

    o As detailed in the Architect Agreement, this work stream includes preparing filing the plan overlay information for the NYC Department of Buildings ("DOB") filing format and coordinate with expeditor for DOB plan filing.

    o As of the end of December 2023, a progress payment equal to 50% of the total fixed fee for this work stream ($12,500) was charged (as permitted by the Architect Agreement).

- Alteration Agreement (fixed $2,500 fee): $1,250 (50% progress payment)

    o As detailed in the Architect Agreement, this work stream includes preparing correspondence required by the Alteration Agreement.

    o As of the end of December 2023, a progress payment equal to 50% of the total fixed fee for this work stream ($1,250) was charged (as permitted by the Architect Agreement).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Remediation Order, (a) parties in interest have fourteen (14) days from the date of this Notice to object to the Invoice and (b) if no timely objections to the Invoice are filed with the Court, Genever Holdings LLC is authorized to pay the Invoice without further Court order.

Dated:    January 16, 2024        GENEVER HOLDINGS LLC
         New York, New York


By: */s/ G. Alexander Bongartz*
    G. Alexander Bongartz (admitted *pro hac vice*)
    Avram E. Luft (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com
    alexbongartz@paulhastings.com

    *and*

    Nicholas A. Bassett (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

    *and*

    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

    *Counsel for Genever Holdings LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 16, 2024, the foregoing Notice was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:    January 16, 2024
          New York, New York

                                        By: */s/ G. Alexander Bongartz*
                                            G. Alexander Bongartz (admitted *pro hac vice*)
                                            PAUL HASTINGS LLP
                                            200 Park Avenue
                                            New York, New York 10166
                                            (212) 318-6079
                                            alexbongartz@paulhastings.com

                                            *Counsel for Genever Holdings LLC*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

**Exhibit A**

**Invoice**

| Invoice | Acheson Doyle PARTNERS |
|---|---|

**Acheson Doyle Partners Architects, P.C.**
**226 West 26th Street, 5th Floor**
**New York, NY 10001-6700**
**Tel:  212-414-4500**
**info@adparchitects.com**

January 09, 2024
Project No:      52302.10
Invoice No:      24612

Genever Holdings LLC
c/o Luc A. Despins, as Chapter 11 Trustee for the Estate of Ho Wan Kwok
Paul Hastings LLP
200 Park Avenue
New York, NY  10166

Project      52302.10      The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY -  Genever Holdings LLC Apt 1801 - Apartment Stabilization Project

Invoice to: G. Alexander Bongartz, Paul Hastings LLP *alexbongartz@paulhastings.com*

**Professional Services from December 01, 2023 to December 31, 2023**

Phase      02      Scope of Work Item B: Preparation of Plans
Fee

| Billing Phase | Fee | Percent Complete | Earned | Previous Fee Billing | Current Fee Billing |
|---|---|---|---|---|---|
| Schematic Phase | 22,000.00 | 100.00 | 22,000.00 | 22,000.00 | 0.00 |
| Design Development Phase | 36,000.00 | 100.00 | 36,000.00 | 36,000.00 | 0.00 |
| Construction Document Phase | 50,000.00 | 100.00 | 50,000.00 | 50,000.00 | 0.00 |
| Construction Bidding Plans Phase | 37,000.00 | 100.00 | 37,000.00 | 27,750.00 | 9,250.00 |
| Total Fee | 145,000.00 | | 145,000.00 | 135,750.00 | 9,250.00 |

Total Fee                                                                                  9,250.00

Total this Phase                                                  $9,250.00

Phase      03      Scope of Work Item C: Pricing Phase
Fee

| Total Fee | 12,000.00 | | | |
|---|---|---|---|---|
| Percent Complete | | 100.00 | Total Earned | 12,000.00 |
| | | | Previous Fee Billing | 6,000.00 |
| | | | Current Fee Billing | 6,000.00 |

Total Fee                                                                                  6,000.00

Total this Phase                                                  $6,000.00

Phase      05      Scope of Work Item E: DOB/LPC/Expeditor
Fee

| Total Fee | 25,000.00 | | | |
|---|---|---|---|---|
| Percent Complete | | 50.00 | Total Earned | 12,500.00 |
| | | | Previous Fee Billing | 0.00 |
| | | | Current Fee Billing | 12,500.00 |

| | | | | |
|---|---|---|---|---|
| Project | 52302.10 | S/N- Genever Holdings LLC Apt 1801 | Invoice | 24612 |

| | | |
|---|---|---|
| **Total Fee** | | 12,500.00 |
| | **Total this Phase** | **$12,500.00** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Phase         06         Scope of Work Item F: SN Inc. Alteration Agreement**
**Fee**

| | | | |
|---|---|---|---|
| Total Fee | 2,500.00 | | |
| Percent Complete | 50.00 | Total Earned | 1,250.00 |
| | | Previous Fee Billing | 0.00 |
| | | Current Fee Billing | 1,250.00 |
| | | **Total Fee** | **1,250.00** |
| | | **Total this Phase** | **$1,250.00** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Phase         RE         Reimbursable Expenses**
**Unit Billing**

| | | | |
|---|---|---|---|
| In House Printing (BW & Color) | | 3.36 | |
| **Total Units** | **1.1 times** | **3.36** | **3.70** |
| | **Total this Phase** | | **$3.70** |

| | |
|---|---|
| **Total Due This Invoice** | **$29,003.70** |

Thank you for your prompt payment.

# Billing Backup

Tuesday, January 09, 2024

Acheson Doyle Partners Architects, P.C.          Invoice 24612 Dated 1/9/2024                 1:57:27 PM

| Project | 52302.10 | The Sherry-Netherland, Inc., 781 Fifth Avenue New York, NY - Genever Holdings LLC Apt 1801 - Apartment Stabilization Project |

Phase        RE        Reimbursable Expenses

**Unit Billing**

| | | | |
|---|---|---|---|
| In House Printing (BW & Color) | | 3.36 | |
| **Total Units** | **1.1 times** | **3.36** | **3.70** |
| | **Total this Phase** | | **$3.70** |
| | **Total this Project** | | **$3.70** |
| | **Total this Report** | | **$3.70** |

# Print Activity Report

**Project Summary - Internal**

12/01/2023 to 12/30/2023

**52302.10** **Standard Pricing**

**SN Inc. - 781 Fifth Avenue - Genever Holdings LLC Apt 1801 - Apartment Stabilization Pr**

| Description | Qty. × (Cost) / Charge | Cost | Charge |
|---|---|---|---|
| Canon iR ADV C5560i : Letter | 14 × (0.24) / 0.24 ea. | 3.36 | 3.36 |
| **Totals For : 52302.10 - SN Inc. - 781 Fifth Avenue - Genever Holdings LLC Apt 1801 - Ap** | | **$3.36** | **$3.36** |

