**Exhibit 2**

Order Filed on
**2/2/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-2(c)

**McCARTER & ENGLISH, LLP**
Charles A. Stanziale, Jr.
Jeffrey T. Testa
Brian L. Baker
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone:  (973) 622-4444
Facsimile: (973) 624-7070

*Chapter 11 Trustee and Counsel to Chapter 11 Trustee*

Lead Case No.:  07-11757 (KCF)
(Jointly Administered)

In Re:

SOLOMON DWEK, *et al.*

Chapter 11

Debtors.

Judge:  Kathryn C. Ferguson

**ORDER EQUITABLY TOLLING THE TIME PRESCRIBED BY 11 U.S.C.**
**§ 546 FOR THE CHAPTER 11 TRUSTEE TO BRING AVOIDANCE ACTIONS AND**
**TIME PRESCRIBED BY 11 U.S.C. § 108 FOR THE TRUSTEE TO BRING ANY**
**ACTION UNDER APPLICABLE NONBANKRUPTCY LAW WHICH DID NOT**
**EXPIRE PRIOR TO THE PETITION DATE**

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED.**

**DATED: 2/2/2009**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

MEI 8006635v.1

Page:           - 2 -
Debtors:        Solomon Dwek, *et al.*
Lead Case No.:  07-11757 (KCF)
Caption:        **Order Equitably Tolling The Time Prescribed By 11 U.S.C. § 546 For The Chapter 11**
                **Trustee To Bring Avoidance Actions and Time Prescribed by 11 U.S.C. § 108 for the**
                **Trustee to Bring any Action Under Applicable Nonbankruptcy Law Which did not Expire**
                **Prior to the Petition Date**

---

The Court having considered the motion (the "**Motion**") of Charles A. Stanziale, Jr., as

Chapter 11 Trustee (the "**Chapter 11 Trustee**") for Solomon Dwek, *et al.*, for the entry of an

Order equitably tolling the time prescribed by 11 U.S.C. § 546 for the trustee to bring avoidance actions

and Time Prescribed by 11 U.S.C. § 108 for the Trustee to Bring any Action Under Applicable

Nonbankruptcy Law Which did not Expire Prior to the Petition Date; and good and sufficient notice of

the hearing and of the Motion having been given; and the Court having given due consideration

to any responses to the Motion, and it appearing that there is good cause to grant the relief

requested in the Motion and that the approval of the Motion is in the best interests of the estate

and all creditors, now therefore it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the limitation periods set forth in 11 U.S.C. §§ 108 and 546 are hereby

extended to and include February 9, 2010.

ME1 8006635v.1

*Approved by Judge Kathryn C. Ferguson  February 02, 2009*