**Exhibit 3**

1  MATTHEW W. GRIMSHAW, #210424
   mgrimshaw@marshackhays.com
2  DAVID A. WOOD, #272406
   dwood@marshackhays.com
3  LAILA MASUD, #311731
   lmasud@marshackhays.com
4  MARSHACK HAYS LLP
   870 Roosevelt
5  Irvine, California 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  Attorneys for Reorganized Debtors
   ROCKPORT DEVELOPMENT, INC. and
8  TIARA TOWNHOMES, LLC

**FILED & ENTERED**

**APR 12 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte        DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ROCKPORT DEVELOPMENT, INC, a California corporation,<br><br>    Debtor and Debtor-in-Possession.<br><br>☒ ALL DEBTORS<br><br>☐ Rockport Development, Inc., ONLY<br><br>☐ Tiara Townhomes, LLC ONLY | Case No. 8:20-bk-11339-SC<br><br>Chapter 11<br><br>(Jointly administered with Case No. 8:20-bk-11683-SC)<br><br>ORDER GRANTING DISBURSING AGENT'S MOTION FOR ORDER EXTENDING TIME TO FILE ACTIONS UNDER 11 U.S.C. §§ 108, 546(A), AND 549(D)<br><br>[MOTION – DK. NO. 815]<br><br>[No Hearing Required pursuant to Rule 9013-1(o) of the Local Bankruptcy Rules] |

The Court has read and considered the Disbursing Agent's motion for order extending time to file actions under 11 U.S.C. §§108, 546(a), and 549(d), filed on March 3, 2022, as Dk. No. 815 ("Motion"), and it appearing from the proof of service of the Notice Motion filed on March 3, 2022, as Docket No. 816 and the Declaration that no Party Requested a Hearing on Motion filed by David A. Wood on April 11, 2022 as Docket No. 821, that proper notice of the Motion has been given.

/ / /

1

1  For the reasons set forth in the Motion and the lack of opposition, good cause exists for the
2  Court to grant the Motion as follows:
3  IT IS ORDERED:
4  1.   The Motion is granted;
5  1.   The Litigation Deadlines to commence litigation pursuant to 11 U.S.C. §§108, 546(a),
6  and 549(d) are extended through and including August 5, 2022.
7                                     # # #

Date: April 12, 2022

Scott C. Clarkson
United States Bankruptcy Judge

2