**Exhibit 4**

| | |
|---|---|
| 1 | David M. Goodrich, State Bar No. 208675<br>dgoodrich@wgllp.com |
| 2 | Beth E. Gaschen, State Bar No. 245894<br>bgaschen@wgllp.com |
| 3 | Ryan W. Beall, State Bar No. 313774<br>rbeall@wgllp.com |
| 4 | **WEILAND GOLDEN GOODRICH LLP**<br>650 Town Center Drive, Suite 600 |
| 5 | Costa Mesa, California 92626<br>Telephone   714-966-1000 |
| 6 | Facsimile    714-966-1002 |
| 7 | Attorneys for Debtor<br>and Debtor-in-Possession |

**FILED & ENTERED**

**JUL 30 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** cargill      **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>VISITING NURSE ASSOCIATION OF THE INLAND COUNTIES,<br><br>         Debtor and Debtor-in-Possession. | Case No. 6:18-bk-16908-MH<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR ORDER EXTENDING TIME TO FILE ACTIONS UNDER 11 U.S.C. § 546(a)**<br><br>**DATE:**   July 29, 2020<br>**TIME:**    11:00 a.m.<br>**CTRM:**  Courtroom 303<br>                3420 Twelfth Street<br>                Riverside, CA 92501 |

1285122.1                                                        1                                                        ORDER

1  The Debtor's *Motion for Order Extending Time to File Actions Under 11 U.S.C.*
2  *§ 546(a)* [Docket 669] ("Motion") having come on for hearing on the date, at the time, and
3  in the courtroom above-referenced, with the parties being present as stated on the record,
4  and the Court having considered the matter, and good cause appearing,

5  **IT IS ORDERED** that the Motion is granted and the deadline for the Debtor to file
6  actions under §546(a) is extended to and including November 16, 2020.

7  ###

26  Date: July 30, 2020

    Mark Houle
    United States Bankruptcy Judge

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002